Civil Action No. 17cv1112-JLS-NLS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CoreCivic, Inc., a Maryland corporation
was received by me on *(date)* 06/06/2017 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Daisy Montegero , who is
designated by law to accept service of process on behalf of *(name of organization)* CT Corporation System
818 W. 7th Street, Ste 930, Los Angeles, CA 90017 on *(date)* 06/07/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ 54.00 for services, for a total of $ 54.00 .

I declare under penalty of perjury that this information is true.

Date: 06/15/2017

*Carlos Canas*
*Server's signature*

Carlos Canas - reg# 4571 - Los Angeles Co.
*Printed name and title*
West Coast Legal Services, Inc.
146 N. San Fernando Blvd., Ste 216
Burbank, CA 91502
818-845-5067
*Server's address*

Additional information regarding attempted service, etc: