STRUCK WIENEKE & LOVE, P.L.C.
Daniel P. Struck, AZ Bar #012377
*(admitted pro hac vice)*
Rachel Love, AZ Bar #019881
*(admitted pro hac vice)*
Nicholas D. Acedo, AZ Bar #021644
*(admitted pro hac vice)*
Ashlee B. Fletcher, AZ Bar #028874
*(admitted pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com

LAW OFFICE OF ETHAN H. NELSON
Ethan H. Nelson, CA Bar #262448
4 Park Plaza, Suite 1025
Irvine, California 92614
Tel.: (949) 229-0961
Fax: (949) 861-7122
ethannelsonesq@gmail.com

Attorneys for Defendant CoreCivic, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated, | NO. 3:17-cv-01112-JLS-NLS |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Judge:  Honorable Janis L. Sammartino |
| CoreCivic, Inc., a Maryland corporation, | Magistrate Judge:  Honorable Nita L. Stormes |
| Defendants. | |

I am a citizen of the United States and am over the age of eighteen years, and not a party to the within action.  My business address is Struck Wieneke & Love, P.L.C., 3100 West Ray Road, Suite 300, Chandler, AZ 85226.  On July 25, 2017, I served the following document(s):

**SECOND UNOPPOSED MOTION TO EXTEND TIME FOR
DEFENDANT TO FILE ANSWER**

☐       **BY MAIL:**   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Phoenix, Arizona addressed as set forth below.

☒       **BY ELECTRONIC SUBMISSION:** per Court Order, submitted electronically by CM/ECF to be posted to the website and notice given to all parties that the document(s) has been served.

LAW OFFICE OF ROBERT L. TEEL
Robert L. Teel
207 Anthes Avenue, Suite 201
Langley, WA 98260
Telephone:  (866) 833-5529
Facsimile:   (855) 609-6911
Email:  lawoffice@rlteel.com
Attorney for Plaintiffs

I declare that I am employed in the office of a member who is admitted pro hac vice in this Court at whose direction the service was made.  I declare under penalty of perjury that the forgoing is true and correct.

Executed on July 25, 2017, at Chandler, Arizona.

s/ *Ashlee B. Fletcher*