# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>                                    Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>                                    Defendant. | Case No.: 17-CV-1112 JLS (NLS)<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**<br><br>(ECF No. 15) |

Presently before the Court is Defendant CoreCivic, Inc.'s Second Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint. (ECF No. 15.) Defendant requests a two-week extension of time in which to file a responsive pleading to Plaintiffs' Complaint in order to adequately review, assess, and respond to the many allegations (128) and claims (12) in the Complaint, as well as to accommodate the schedules of the attorneys responsible for preparing the response. (*Id.* at 1.) Plaintiffs' counsel has informed Defendant that he does not oppose this request. (*Id.*)

/ / /

/ / /

/ / /

17-CV-1112 JLS (NLS)

Good cause appearing, the Court **GRANTS** Defendant's motion (ECF No. 15). Accordingly, Defendant **SHALL FILE** an answer, or otherwise respond, to Plaintiff's Complaint on or before August 11, 2017.

**IT IS SO ORDERED.**

Dated:  July 27, 2017

Hon. Janis L. Sammartino
United States District Judge

2

17-CV-1112 JLS (NLS)