| | |
|---|---|
| 1 | STRUCK WIENEKE & LOVE, P.L.C. |
| | Daniel P. Struck, AZ Bar #012377 |
| 2 | *(admitted pro hac vice)* |
| | Rachel Love, AZ Bar #019881 |
| 3 | *(admitted pro hac vice)* |
| | Nicholas D. Acedo, AZ Bar #021644 |
| 4 | *(admitted pro hac vice)* |
| | Ashlee B. Fletcher, AZ Bar #028874 |
| 5 | *(admitted pro hac vice)* |
| | 3100 West Ray Road, Suite 300 |
| 6 | Chandler, Arizona 85226 |
| | Tel.: (480) 420-1600 |
| 7 | Fax: (480) 420-1696 |
| | dstruck@swlfirm.com |
| 8 | rlove@swlfirm.com |
| | nacedo@swlfirm.com |
| 9 | afletcher@swlfirm.com |
| 10 | LAW OFFICE OF ETHAN H. NELSON |
| | Ethan H. Nelson, CA Bar #262448 |
| 11 | 4 Park Plaza, Suite 1025 |
| | Irvine, California 92614 |
| 12 | Tel.: (949) 229-0961 |
| | Fax: (949) 861-7122 |
| 13 | ethannelsonesq@gmail.com |
| 14 | Attorneys for Defendant CoreCivic, Inc. |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic, Inc., a Maryland corporation,<br><br>Defendant. | NO. 3:17-cv-01112-JLS-NLS<br><br>**DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Pursuant to Fed. R. Civ. P. 7.1 and CivLR 40.2, Defendant CoreCivic, Inc. certifies that it does not have any parent corporation nor does any publicly held corporation owe 10% or more of its stock.

Dated: August 11, 2017

By s/ Nicholas D. Acedo
Daniel P. Struck
dstruck@swlfirm.com
Rachel Love
rlove@swlfirm.com
Nicholas D. Acedo
nacedo@swlfirm.com
Ashlee B. Fletcher
afletcher@swlfirm.com
STRUCK WIENEKE & LOVE, P.L.C.

Ethan H. Nelson
LAW OFFICE OF ETHAN H. NELSON
ethannelsonesq@gmail.com

Attorneys for Defendant CoreCivic, Inc.

3355371.1