UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>        Defendant. | Case No.: 17-CV-1112 JLS (NLS)<br><br>**ORDER GRANTING MOTION TO EXCEED PAGE LIMITATIONS**<br><br>(ECF No. 20) |

Presently before the Court is the parties' Joint Motion for Leave to Exceed the Page Limitation Pursuant to Local Rule 7.1 and Joint Stipulation Thereon. (ECF No. 20.) The parties seek leave to exceed the normal briefing page limits of (1) twenty-five pages for memoranda in support or in opposition to a motion, and (2) ten pages for replies set forth in Local Rule 7.1(h). (*Id.* at 2.) The parties seek leave to file a (1) thirty-one page memorandum by Plaintiffs in opposition to Defendant's Motion to Dismiss, and (2) a thirteen page reply memorandum by Defendant in support of its motion. (*Id.*) The parties stipulate and agree that good cause exists for the additional pages due to the complex nature of the motion and the importance of presenting the Court with complete and thoroughly briefed arguments. (*Id.*)

1

Good cause appearing, the Court **GRANTS** the parties' Joint Motion (ECF No. 20). Accordingly, Plaintiffs may file a thirty-one page memorandum in opposition to Defendant's Motion to Dismiss, and Defendant may file a thirteen page reply memorandum in support of its motion.

**IT IS SO ORDERED.**

Dated:  August 29, 2017

Hon. Janis L. Sammartino
United States District Judge

17-CV-1112 JLS (NLS)