**LAW OFFICE OF ROBERT L. TEEL**
ROBERT L. TEEL (SBN 127081)
*lawoffice@rlteel.com*
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Telephone:(866) 833-5529
Facsimile: (855) 609-6911

***Attorneys for Plaintiff and the Proposed Class***

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CORECIVIC, INC.,<br><br>　　　　　Defendant. | Case No.: 3:17-cv-1112-JLS-NLS<br><br>CLASS ACTION<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:　September 14, 2017<br>Time:　1:30 p.m.<br>Place:　Courtroom 4D<br>Judge:　Hon. Janis L. Sammartino |

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is Robert L. Teel, 1425 Broadway, Mail Code: 20-6690, Seattle, Washington 98122. On August 31, 2017, I served the following document(s):

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

by Notice of Electronic Filing, which is a notice automatically generated by the CM/ECF system at the time the document listed above was filed with this Court, to lead counsel listed by CM/ECF as "ATTORNEY TO BE NOTICED."

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: August 31, 2017              Respectfully submitted,

By: s/ Robert L. Teel
Robert L. Teel
**LAW OFFICE OF ROBERT L. TEEL**
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Telephone: (866) 833-5529
Facsimile: (855) 609-6911

*Attorney for Plaintiffs and the Proposed Class*

- 1 -