**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
Daniel P. Struck, AZ Bar #012377
*(admitted pro hac vice)*
Rachel Love, AZ Bar #019881
*(admitted pro hac vice)*
Nicholas D. Acedo, AZ Bar #021644
*(admitted pro hac vice)*
Ashlee B. Fletcher, AZ Bar #028874
*(admitted pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com

**LAW OFFICE OF ETHAN H. NELSON**
Ethan H. Nelson, CA Bar #262448
4 Park Plaza, Suite 1025
Irvine, California 92614
Tel.: (949) 229-0961
Fax: (949) 861-7122
ethannelsonesq@gmail.com
Attorneys for Defendant CoreCivic, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., a Maryland corporation,<br><br>Defendant. | NO. 3:17-cv-01112-JLS-NLS<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: September 14, 2017<br>Time: 1:30pm<br>Courtroom: 4D<br>Judge:  Honorable Janis L. Sammartino |

I am a citizen of the United States and am over the age of eighteen years, and not a party to the within action.  My business address is Struck Love Bojanowski & Acedo, PLC, 3100 West Ray Road, Suite 300, Chandler, AZ 85226.  On September 7, 2017, I served the following document(s):

Certificate of Service                                                               17cv01112-JLS-NLS

**REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT and this CERTIFICATE OF SERVICE**

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Phoenix, Arizona addressed as set forth below.

☒ **BY ELECTRONIC SUBMISSION:** per Court Order, submitted electronically by CM/ECF to be posted to the website and notice given to all parties that the document(s) has been served.

LAW OFFICE OF ROBERT L. TEEL
Robert L. Teel
1425 Broadway, Mail Code: 20-6690
Seattle, WA 98122
Telephone: (866) 833-5529
Facsimile: (855) 609-6911
Email: lawoffice@rlteel.com
Attorney for Plaintiffs

I declare under penalty of perjury that the forgoing is true and correct.

Executed on September 7, 2017, at Chandler, Arizona.

s/ Nicholas D. Acedo

3382973.1

Certificate of Service            2            17cv01112-JLS-NLS