UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>Defendant. | Case No.: 17-CV-1112 JLS (NLS)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**<br><br>(ECF No. 41) |

Presently before the Court is the parties' Joint Motion for an Extension of Time to File an Answer. (ECF No. 41.) Good cause appearing, the Court **GRANTS** the parties' Joint Motion. Accordingly, Defendant **SHALL** file a responsive pleading on or before June 8, 2018.

**IT IS SO ORDERED.**

Dated: May 31, 2018

Hon. Janis L. Sammartino
United States District Judge

1

17-CV-1112 JLS (NLS)