UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>                                   Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>                                   Defendant. | Case No.: 17-CV-1112 JLS (NLS)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 47) |

Presently before the Court is Defendant CoreCivic, Inc.'s Motion for Reconsideration, (ECF No. 47). On its own motion, the Court **VACATES** the hearing on Defendant's Motion, presently set for August 2, 2018, and takes the matter under submission without oral argument pursuant to Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated:  July 26, 2018

Hon. Janis L. Sammartino
United States District Judge