UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO, JONATHAN GOMEZ, on behalf of themselves, and all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CORECIVIC, INC., <br><br> Defendant. | Case No.:  3:17-cv-1112-JLS-NLS <br><br> **SCHEDULING ORDER REGULATING DISCOVERY AND CLASS CERTIFICATION MOTION FILING DEADLINE** |

Pursuant to Rule 16.1(d) of the Local Rules, the Court held an Early Neutral Evaluation and Case Management Conference on July 26, 2018.  After consulting with the attorneys of record, being advised of the status of the case, and good cause appearing, **IT IS ORDERED**:

1.　The parties must file a Joint Motion for entry of Protective Order by **August 10, 2018.** *See* Judge Stormes Civil Case Procedures, § VII.

2.　The parties must file a Joint Motion for entry of and Order Controlling Discovery of Electronically Stored Information by **August 17, 2018.**

3.　Any motion to join other parties, to amend the pleadings, or to file additional pleadings must be filed by **October 26, 2018**.  The deadline to add a PAGA specific

claim shall be 30 days following a notice from the Labor and Workforce Development Agency that it will not take action.

4.      Fact and class discovery are not bifurcated but class discovery must be completed by all parties by **March 15, 2019**.  "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, **so that it may be completed** by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure.

5.      The court expects the parties to prioritize discovery related to Plaintiff's motion for class certification and defer certain discovery that is not necessary for the class certification briefing.  To that end, lead trial counsel must meet and confer (in person, if practicable) within the next thirty (30) days to agree on a discovery plan that prioritizes class discovery.

6.      **Counsel must promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a).**  The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet and confer process.  If the parties reach an impasse on any discovery issue, counsel must, **within forty-five (45) days of the date upon which the event giving rise to the dispute occurred**, file a joint statement entitled, "Joint Motion for Determination of Discovery Dispute."  The parties must comply with Judge Stormes' "Chambers' Rules" (available on the court's website) when filing such a motion.

7.      The Court encourages the parties to consider an early private mediation after certain discovery has been exchanged.

8.      Plaintiff must file a motion for class certification by **April 15, 2019**.

///

///

///

///

2

3:17-cv-1112-JLS-NLS

9.    The parties must contact the Magistrate Judge's Chambers within three court days of receiving a ruling on the class certification motion to set a date for a further Case Management Conference.

**IT IS SO ORDERED.**

Dated:  July 27, 2018

Hon. Nita L. Stormes
United States Magistrate Judge

3

3:17-cv-1112-JLS-NLS