J. MARK WAXMAN  (SBN 58579)
  mwaxman@foley.com
NICHOLAS J. FOX (SBN 279577)
  nfox@foley.com
**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130
T:  858.847.6700 // F:   858.792.6773

EILEEN R. RIDLEY (SBN 151735)
  eridley@foley.com
ALAN R. OUELLETTE (SBN 272745)
  aouellette@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
T:  415.434.4484 // F: 415.434.4507

ROBERT L. TEEL  (SBN 127081)
  lawoffice@rlteel.com
**LAW OFFICE OF ROBERT L. TEEL**
1425 BROADWAY, MAIL CODE: 20-6690
SEATTLE, WASHINGTON 98122
T: 866. 833.5529 // F:855.609.6911

GEOFFREY RAUX (*pro hac vice*)
  graux@foley.com
**FOLEY & LARDNER LLP**
111 HUNTINGTON AVE., STE. 2500
BOSTON,MA02199-7610
T: 617.342.4000 // F: 617.342.4001

Attorneys for Plaintiffs SLYVESTER OWINO, JONATHAN GOMEZ, and the Proposed Class(es)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLYVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CORECIVIC, INC., <br><br> Defendant.. <br><br> CORECIVIC, INC., <br><br> Counter-Claimant, <br><br> vs. <br><br> SLYVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated, <br><br> Counter-Defendants. | Case No. 17-CV-01112-JLS-NLS <br><br> **CLASS ACTION** <br><br> **JOINT MOTION FOR ENTRY OF ORDER REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION** <br><br> Place:  Courtroom 4D <br> Judge:  Hon. Janis L. Sammartino <br> Magistrate:  Hon. Nita L. Stormes <br><br> DEMAND FOR JURY TRIAL |

Case No. 17-CV-01112-JLS-NLS

4820-9038-5776.1

Pursuant to this Court's Scheduling Order (D.I. 57) and Civil Local Rule 7.2, Plaintiffs and Counter-Defendants Sylvester Owino and Jonathan Gomez, on behalf of themselves and the putative classes ("Plaintiffs"), and Defendant and Counter-Claimant CoreCivic, Inc., hereby jointly move this Court for entry of an Order Regarding Discovery of Electronically Stored Information ("ESI Order") in this matter.

After meet and confer discussion and correspondence, the Parties have stipulated to the ESI Order attached hereto as **Exhibit A**.  The ESI Order complies with the required provisions as set forth in Section VII of Judge Stormes's Civil Case Procedures.

The parties request that the attached ESI Order be entered to govern proceedings in this matter.

DATED:  August 17, 2018

**FOLEY & LARDNER LLP**
J. Mark Waxman
Eileen R. Ridley
Geoffrey Raux
Nicholas J. Fox
Alan R. Ouellette


*s/ Nicholas J. Fox*
Nicholas J. Fox
Attorneys for Plaintiffs SLYVESTER OWINO, JONATHAN GOMEZ, and the Proposed Class(es)
Email: nfox@foley.com

Robert L. Teel
LAW OFFICE OF ROBERT L. TEEL
ROBERT L. TEEL
lawoffice@rlteel.com
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Telephone:(866) 833-5529
Facsimile: (855) 609-6911

***Attorneys for Plaintiffs and the Proposed Class(es)***

4820-9038-5776.1

-1-                    Case No. 17-CV-01112-JLS-NLS

DATED:  August 17, 2018

**STRUCK LOVE BOJANOWSKI & ACEDO, P.L.C.**
Daniel P. Struck

*s/ Daniel P. Struck*
Daniel P. Struck
Attorneys for Defendant CORECIVIC, INC.
Email: dstruck@strucklove.com

-2-                Case No. 17-CV-01112-JLS-NLS

4820-9038-5776.1

## CONSENT TO FILE JOINT MOTION

The undersigned hereby certifies that the required parties have approved an accepted the contend of this Joint Motion for Order Regarding Discovery of Electronically Stored Information, and that I have obtained authorization from counsel for Defendant CoreCivic, Inc., for his electronic signature to the Joint Motion and his consent to the joint filing of this Motion.

*s/ Nicholas J. Fox* _____

Nicholas J. Fox

-3-                    Case No. 17-CV-01112-JLS-NLS

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 17, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

*s/ Nicholas J. Fox* _____

Nicholas J. Fox

-4-                    Case No. 17-CV-01112-JLS-NLS

4820-9038-5776.1