J. MARK WAXMAN  (SBN 58579)
   mwaxman@foley.com
NICHOLAS J. FOX (SBN 279577)
   nfox@foley.com
**FOLEY & LARDNER LLP**
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
T:  858.847.6700 // F:   858.792.6773

EILEEN R. RIDLEY (SBN 151735)
   eridley@foley.com
ALAN R. OUELLETTE (SBN 272745)
   aouellette@foley.com
**FOLEY & LARDNER LLP**
555 California Street, Suite 1700
San Francisco, CA 94104-1520
T:  415.434.4484 // F: 415.434.4507

ROBERT L. TEEL  (SBN 127081)
   lawoffice@rlteel.com
**LAW OFFICE OF ROBERT L. TEEL**
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
T: 866. 833.5529 // F:855.609.6911

GEOFFREY RAUX (pro hac vice)
   graux@foley.com
**FOLEY & LARDNER LLP**
111 Huntington Ave., Suite 2500
Boston, MA 02199-7610
T: 617.342.4000 // F: 617.342.4001

Attorneys for Plaintiffs SLYVESTER OWINO,
JONATHAN GOMEZ, and the Proposed Class(es)

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SLYVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CORECIVIC, INC., <br><br> Defendant. <br><br> ──────────────── <br> CORECIVIC, INC., <br><br> Counter-Claimant, <br><br> vs. <br><br> SLYVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated, <br><br> Counter-Defendants. | Case No. 3:17-CV-01112-JLS-NLS <br><br> **CLASS ACTION** <br><br> **DECLARATION OF EILEEN R. RIDLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** <br><br> Date:  October 18, 2018 <br> Time: 1:30 p.m. <br> Place: Courtroom 4D <br><br> Judge: Hon. Janis L. Sammartino <br> Magistrate: Hon. Nita L. Stormes <br><br> DEMAND FOR JURY TRIAL |

Case No. 17-CV-01112-JLS-NLS

I, Eileen R. Ridley, declare as follows:

1. I am an attorney with the law firm of Foley & Lardner LLP, counsel of record for Plaintiffs Slyvester Owino and Jonathan Gomez ("Plaintiffs") in the above-captioned action. I am familiar with the action, including the facts and claims at issue and the pleadings on file. The facts stated herein are of my own personal knowledge, and if called upon to do so, I could and would competently testify thereto under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiffs' proposed First Amended Complaint.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a redline showing the differences between Plaintiffs' original Complaint and proposed First Amended Complaint.

4. On June 11, 2018, Plaintiffs provided notice to the Labor and Workforce Development Agency (the "LWDA") of the legal claims and theories of this case. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiffs' notice to the LWDA and the attachments thereto.

5. Plaintiffs simultaneously provided a copy of the written notice to Defendant and its counsel of record in this action by certified mail. Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiffs' correspondence to Defendant and its counsel, dated June 11, 2018.

6. On the same day, I received an email from the LWDA confirming receipt of Plaintiffs' notice. Attached hereto as **Exhibit 5** is a true and correct copy of the email from the LWDA to myself, dated June 11, 2018, confirming receipt of Plaintiffs' notice.

7. Under PAGA, the LWDA "shall notify the employer and the aggrieved employee or representative by certified mail that it does not intend to investigate the alleged violation within 60 calendar days of the postmark date of the notice received pursuant to paragraph (1)." Cal. Labor Code § 2699.3(a)(2). Alternatively, "if no notice is provided within 65 calendar days of the postmark date of the notice given pursuant to paragraph (1), the aggrieved employee may commence a civil action pursuant to Section

1  2699." The LWDA did not provide notice to Plaintiffs on or before August 15, 2018, *i.e.*,
2  "within 65 calendar days of the postmark date of" Plaintiffs' notice. To date, the
3  Plaintiffs have not received any form of written notice from the LWDA.
4        I declare under penalty of perjury under the laws of the United States of America
5  that the foregoing is true and correct. Executed this 11th day of September, 2018, in San
6  Francisco, California.

                                  */s/* Eileen R. Ridley
                                  Eileen R. Ridley

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 11, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

>/s/ Eileen R. Ridley
>Eileen R. Ridley