# Exhibit 5

From: noreply@salesforce.com [mailto:noreply@salesforce.com] On Behalf Of LWDA DO NOT REPLY
Sent: Monday, June 11, 2018 2:37 PM
To: Ridley, Eileen R.
Subject: Thank you for submission of your PAGA Case.

6/11/2018

LWDA Case No. LWDA-CM-545592-18

Item submitted: Initial PAGA Notice

Thank you for your submission to the Labor and Workforce Development Agency. Please make a note of the LWDA Case No. above as you may need this number for future reference when filing any subsequent documents for this Case.

If you have questions or concerns regarding this submission or your case, please send an email to pagainfo@dir.ca.gov.

DIR PAGA Unit on behalf of
Labor and Workforce Development Agency

Website: https://urldefense.proofpoint.com/v2/url?u=http-3A__labor.ca.gov_Private-5FAttorneys-5FGeneral-5FAct.htm&d=DwICAw&c=Rlm5WhGmPEr8srpDE4r86Q&r=pp4d_seT5UwD-946qp9DiTxBbjrC9rrUKj4kXxOn2qY&m=RAAtoe1XIT3ybuT4FtVFpsRrpBbtCA_9eM3mbgM8txE&s=SmQW748LMq5Zsdn-0f-4I0OolFvfkkme94IqRbqI2rQ&e=