UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CORECIVIC, INC., a Maryland corporation,

Defendant.

Case No.: 17-CV-1112 JLS (NLS)

**ORDER: (1) GRANTING MOTION TO FILE FIRST AMENDED COMPLAINT; (2) VACATING HEARING**

(ECF No. 64)

Presently before the Court is the Plaintiffs' Motion for Leave to File First Amended Complaint.  (ECF No. 64.)  Defendant filed notice that it does not oppose Plaintiff's Motion.  (ECF No. 65.)  Accordingly, the Court **GRANTS** Plaintiffs' Motion, and **VACATES** the hearing on Plaintiff's Motion scheduled for October 18, 2018.  Plaintiff may file the First Amended Complaint, attached as Exhibit 1 to the Declaration of Eileen R. Ridley in Support of Plaintiffs' Motion.  (ECF No. 64-3.)

**IT IS SO ORDERED.**

Dated:  October 9, 2018

Hon. Janis L. Sammartino
United States District Judge

17-CV-1112 JLS (NLS)