UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO, JONATHAN GOMEZ, on behalf of themselves, and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>Defendant. | Case No.:  3:17-cv-1112-JLS-NLS<br><br>**ORDER**<br><br>**(1) GRANTING EX PARTE APPLICATION TO EXTEND DEADLINE TO SUBMIT DISCOVERY DISPUTE; and**<br><br>**(2) SETTING DEADLINE FOR PRODUCTION OF DOCUMENTS**<br><br>**[ECF No. 71]** |

The Court, having considered Plaintiffs' Unopposed *Ex Parte* Application to Extend the Deadline to File Joint Motion for Determination of Discovery Dispute as to Plaintiffs' Subpoena For Production of Documents to Third-Party Trinity Services Group, Inc., and for good cause shown, hereby orders as follows:

1. The deadline for the parties to complete document production related to the "initial collection and production efforts on specific detainees at one of Defendant CoreCivic's facilities" is set for **December 10, 2018**.

1

2. The deadline to submit a Joint Motion for Determination of Discovery Dispute concerning Plaintiffs' Subpoena to Trinity Services Group, Inc. related to that production is **January 8, 2019**.

**IT IS SO ORDERED.**

Dated: November 8, 2018

Hon. Nita L. Stormes
United States Magistrate Judge

3:17-cv-1112-JLS-NLS