# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic, Inc., a Maryland corporation,<br><br>Defendant. | NO. 3:17-cv-01112-JLS-NLS<br><br>**ORDER EXTENDING TIME TO SUBMIT DISCOVERY MOTION REGARDING ESI**<br><br>Magistrate Judge:  Honorable Nita L. Stormes |

Having considered the parties' Joint Motion to Extend Discovery Motion Deadline as to ESI (Third Request), and good cause appearing therefore,

IT IS HEREBY ORDERED that the parties shall have an additional 45 days to submit any discovery disputes that may arise regarding ESI.

Dated:  January 16, 2019

Hon. Nita L. Stormes
United States Magistrate Judge

ORDER
3:17-CV-01112-JLS-NLS