J. MARK WAXMAN (SBN 58579)
mwaxman@foley.com
NICHOLAS J. FOX (SBN 279577)
nfox@foley.com
**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130
T: 858.847.6700 // F: 858.792.6773

EILEEN R. RIDLEY (SBN 151735)
eridley@foley.com
ALAN R. OUELLETTE (SBN 272745)
aouellette@foley.com
**FOLEY & LARDNER LLP**
555 California Street, Suite 1700
San Francisco, CA 94104-1520
T: 415.434.4484 // F: 415.434.4507

ROBERT L. TEEL (SBN 127081)
lawoffice@rlteel.com
**LAW OFFICE OF ROBERT L. TEEL**
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
T: 866. 833.5529 // F:855.609.6911

GEOFFREY M. RAUX (pro hac vice)
graux@foley.com
**FOLEY & LARDNER LLP**
111 Huntington Ave.
Boston, MA 02199-7610
T: 617.342.4000 // F: 617.342.4001

Attorneys for Plaintiffs SYLVESTER OWINO,
JONATHAN GOMEZ, and the Proposed Class(es)

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>CORECIVIC, INC.,<br><br>        Defendant.<br><br>CORECIVIC, INC.,<br><br>        Counter-Claimant,<br><br>vs.<br><br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>        Counter-Defendants. | Case No. 3:17-CV-01112-JLS-NLS<br><br>**CLASS ACTION**<br><br>**JOINT MOTION TO EXTEND DISCOVERY MOTION DEADLINE AS TO PLAINTIFFS' RESPONSES TO DEFENDANT'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES [FIRST REQUEST]**<br><br>Magistrate: Hon. Nita L. Stormes |

Case No. 17-CV-01112-JLS-NLS

4827-7749-8260.1

Plaintiffs Sylvester Owino and Jonathan Gomez ("Plaintiffs") and Defendant CoreCivic, Inc. ("Defendant"), through their undersigned counsel, request that this Court grant an extension of the deadline to file a discovery motion regarding Plaintiffs' responses to Defendant's Requests For Production of Documents (Set One) and Interrogatories (Set One).

The parties request a 45-day extension of the deadline. This is the parties' first extension request related to the discovery requests at issue.

Defendant electronically served the discovery requests at issue on January 25, 2019. Plaintiffs served by U.S. Mail their responses to the discovery requests on February 25, 2019. Electronic courtesy copies were provided to Defendant on February 26, 2019. On March 29, 2019, Defendant sent Plaintiffs a meet and confer letter regarding production of responsive documents and perceived deficiencies in Plaintiffs' written responses. Several of Plaintiffs' counsel were out of office for part of the week of April 1, 2019, including Plaintiffs' undersigned counsel, who is primarily handling Plaintiffs' discovery responses, document production, and meet and confer efforts regarding the responses. In addition, Plaintiffs' undersigned counsel was out of office on Monday, April 8, 2019, for court appearances in San Diego and Los Angeles.

On April 10, 2019, counsel for the parties briefly discussed the timing issue presented by the Court's discovery motion deadline and the need to request a first extension of that deadline.

Plaintiffs intend to produce documents in short order that are in their possession, custody, or control, and that are responsive to certain of Defendant's document requests. Plaintiffs further intend to review the issues raised in Defendant's meet and confer letter (and the authorities cited therein), and amend / supplement their responses as necessary, or further meet and confer with Defendant's counsel regarding the parties' respective positions regarding discovery requests still at issue.

Therefore, the parties jointly request a 45-day extension of the deadline to file a discovery motion regarding Plaintiffs' responses, which should allow sufficient time to

review the issues raised in Defendant's meet and confer letter from March 29, 2019, amend or supplement any discovery responses that may require it, produce responsive documents, and meet and confer on any remaining issues related to the discovery requests.

DATED:  April 11, 2019

**FOLEY & LARDNER LLP**
J. Mark Waxman
Eileen R. Ridley
Geoffrey Raux
Nicholas J. Fox
Alan R. Ouellette


*/s/* Nicholas J. Fox
Nicholas J. Fox

**LAW OFFICE OF ROBERT L. TEEL**
Robert L. Teel

Attorneys for Plaintiffs SYLVESTER OWINO, JONATHAN GOMEZ, and the Proposed Class(es)

DATED:  April 11, 2019

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
Daniel P. Struck
Rachel Love
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee


*/s/* Jacob B. Lee
Jacob B. Lee

**LAW OFFICE OF ETHAN H. NELSON**
Ethan H. Nelson

Attorneys for DEFENDANT/COUNTER-CLAIMANT CORECIVIC, INC.

## CERTIFICATE OF APPROVAL OF CONTENT AND CONSENT TO FILE

I, Nicholas J. Fox, counsel for Plaintiffs Sylvester Owino and Jonathan Gomez, and the Proposed Class(es), hereby certify that the required parties have approved and accepted the content of the Joint Motion to Extend Discovery Motion Deadline as to Plaintiffs' Responses to Defendant's Requests for Production of Documents and Interrogatories [First Request], and that I have obtained authorization from Jacob B. Lee, counsel for Defendant, for his electronic signature on the Joint Motion to Extend Discovery Motion Deadline as to Plaintiffs' Responses to Defendant's Requests for Production of Documents and Interrogatories [First Request].

*s/ Nicholas J. Fox*
Nicholas J. Fox

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 11, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

*/s/* Nicholas J. Fox
Nicholas J. Fox

4827-7749-8260.1