| | |
|---|---|
| J. MARK WAXMAN (SBN 58579)<br>   mwaxman@foley.com<br>NICHOLAS J. FOX (SBN 279577)<br>   nfox@foley.com<br>**FOLEY & LARDNER LLP**<br>3579 VALLEY CENTRE DRIVE, SUITE 300<br>SAN DIEGO, CA 92130<br>T: 858.847.6700 // F: 858.792.6773 | ROBERT L. TEEL (SBN 127081)<br>   lawoffice@rlteel.com<br>**LAW OFFICE OF ROBERT L. TEEL**<br>1425 Broadway, Mail Code: 20-6690<br>Seattle, Washington 98122<br>T: 866. 833.5529 // F:855.609.6911 |
| EILEEN R. RIDLEY (SBN 151735)<br>   eridley@foley.com<br>ALAN R. OUELLETTE (SBN 272745)<br>   aouellette@foley.com<br>**FOLEY & LARDNER LLP**<br>555 California Street, Suite 1700<br>San Francisco, CA 94104-1520<br>T: 415.434.4484 // F: 415.434.4507 | GEOFFREY M. RAUX (pro hac vice)<br>   graux@foley.com<br>**FOLEY & LARDNER LLP**<br>111 Huntington Avenue<br>Boston, MA 02199-7610<br>T: 617.342.4000 // F: 617.342.4001 |

Attorneys for Plaintiffs SYLVESTER OWINO,
JONATHAN GOMEZ, and the Proposed Class(es)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves, and all others similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>          Defendant. | Case No.: 17-cv-1112-JLS-NLS<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ROBERT TEEL REGARDING ADEQUACY IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Date: July 11, 2019<br>Time: 1:30 p.m.<br>Place: Courtroom 4D<br>Judge: Hon. Janis L. Sammartino<br><br>DEMAND FOR JURY TRIAL |

- 1 -

# DECLARATION OF ROBERT TEEL

Pursuant to 28 U.S.C. § 1746, I, Robert Teel, hereby declare and state:

1.  I am counsel of record and an attorney for Sylvester Owino and Jonathan Gomez (the "Plaintiffs"), plaintiffs in the above-referenced action. I am a member in good standing of the State Bar of California and the United States District Court for the Southern District of California, and I am duly registered as a member of the Kansas State Bar to practice law. I am also admitted to practice before the Ninth Circuit Court of Appeals, the United States District Court for the Eastern District California, and the United States District Court for the Western District of Wisconsin. I am admitted *pro hac vice* to practice before the United State District Court for the Southern District Court of Florida, the United States District Court for the Northern District Court of Illinois, the United States District Court for the Western District of Missouri, and the Circuit Court of Cook County Illinois.

2.  I am over the age of eighteen and am fully competent to make this declaration in support of Plaintiffs' Notice of Motion and Motion for Class Certification (the "Motion"). This Declaration is based on my own personal knowledge unless otherwise indicated. If called to testify, I could and would do so competently on the matters stated herein.

## Work Performed by Counsel

3.  To date, myself and other attorneys at my co-counsel's firm, Foley & Lardner LLP, have diligently investigated, prosecuted, and dedicated substantial resources to the claims in this matter. I have spent over 700 hours investigating and litigating this case since March 2017, and have personally, without limitation:

   a.  reviewed tens of thousands of pages of documents;

   b.  telephonically met and conferred with numerous attorneys who either have information about, or represent, potential witnesses;

///

///

- 2 -

*Owino, et al. v. CoreCivic, Inc.*, Case No. 17-cv-01112-JLS-NLS
DECLARATION OF ROBERT TEEL IN SUPPORT OF MOTION FOR
CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

  c. engaged in written and telephonic "meet and confer" discussions with counsel for Defendant CoreCivic ("Defendant" or "CoreCivic") and discussions with counsel for plaintiffs in other actions around the country;

  d. engaged in propounding and responding to Federal Freedom of Information Act and state open records requests;

  e. prepared and filed the original complaint in this action;

  f. responded to Defendant's motion to dismiss Plaintiffs' complaint;

  g. engaged and participated in reviewing, propounding, and responding to written discovery requests with Defendant;

  h. attended depositions by remote video;

  i. identified potential witnesses; and

  j. prepared and responded to other substantial law and motion matters, including Plaintiffs' motion to intervene and *ex parte* application to shorten time to file a response in opposition to a consolidation motion in a related case.

  4. I have committed, and will continue to commit, the resources necessary to adequately represent Plaintiffs and the Class throughout this action.

## Plaintiffs and the Putative Classes

  6. Plaintiffs are seeking to be appointed as class representatives for two nationwide putative classes and three California-wide subclasses of civil immigration detainees. They have represented the interests of the putative classes to date throughout this litigation, will continue to do so, and understand their obligations as a class representative.

  7. By definition, it would be impossible to designate a detainee class member who has never been in civil detention. I am informed and believe that neither of the Plaintiffs has a criminal conviction for fraud, or involvement in any other confirmed example of dishonesty directly relevant to this litigation, which would demonstrate a danger to absent class members. The Plaintiffs have no interests antagonistic or conflicting with the classes they seek to represent.
- 3 -

8. Plaintiffs have retained experienced counsel, including in the areas of complex litigation and class actions, and more importantly, in the specific areas of California labor and employment law and California unfair competition law at issue herein. In addition to the individual attorneys of record from Foley & Lardner LLP who are my co-counsel in this action, the Foley firm has attorneys who are certified specialists in California in the areas of Appellate Law, Workers' Compensation Law, and Immigration and Nationality Law. *See* Declarations of co-counsel filed concurrently herewith.

### Qualifications and Experience

9. In 1981 I received a Bachelor of Arts in Political Science and a Bachelor of Arts in International Relations from the University of Southern California, with a minor emphasis in civil engineering and architecture. I received my Juris Doctor and Masters in Business Administration from the University of Kansas in 1986 with an emphasis in finance. While attending the Kansas University Schools of Law and Business (1982-1986), I worked as a futures contract floor trader at the Kansas City Board of Trade.

10. I was admitted to the State Bar of California on January 2, 1987, and have been a member in good standing since that time. I actively practiced the law full time from 1987 to 1997. I started my solo practice in 1991 after working for two law firms, including the firm of Weissburg & Aronson, which was acquired by Foley & Lardner LLP, before leaving the active full-time practice of law to pursue a career in both law and finance as a member of the Chicago Mercantile Exchange, Chicago Board of Trade, and New York Mercantile Exchange.

11. As part of my career responsibilities in law and finance I have been responsible for prosecuting claims as a named plaintiff in the case of *Robert Charles Class A, L.P. v. Bank of Nova Scotia, et al.*, which is a class action on behalf of gold futures traders against several banks of manipulating the gold market; *Robert Charles Class A, L.P. v. Deutsche Bank, et al.*, which is a class action on behalf of

- 4 -

forex futures traders against several banks for conspiring to rig the foreign exchange market; and *Robert Charles Class A, L.P. v. J.P. Morgan, et al.*, which is a class action on behalf of treasury market futures traders against several banks for manipulating the treasury bond market.

### Impact Litigation and Anti-Forced Labor Advocacy

12. I returned to practice law full time in January 2016 following the death of my business partner in 2010. I currently work as a sole practitioner with an emphasis on impact litigation, class actions, and anti-human trafficking advocacy. As an anti-trafficking and anti-forced labor advocate I have served as a member of the International Development Stakeholder Forum for the First Corporate Compliance Evaluation with the U.K. Modern Slavery Act, and have been a contributor to the *Financier Worldwide* magazine in 2016 and 2017 on the topic of the use of forced labor in corporate finance.

13. My experience in human trafficking in business supply chains includes a settlement of a Petition for Writ of Mandate I filed on behalf of Christopher Bayer against the California Attorney General's office seeking to compel production of the annual list of companies subject to California's Transparency in Supply Chains Act of 2010 (SB 657, codified at California Civil Code Section 1714.43). Mr. Bayer is a leading international forced labor investigator who holds a Ph.D. from the Tulane University Law School's Payson Center for International Development.

14. Mr. Bayer is a premiere authority and expert in the use of forced labor in business supply chains, including without limitation in the areas of the use of child slave labor in the chocolate supply chain, and the use of conflict minerals in the electronics supply chains which are mined using forced labor. Mr. Bayer has worked with me as a consulting expert on several continuing investigations of cases involving the existence of human trafficking in international business supply chains.

///
///

- 5 -

*Owino, et al. v. CoreCivic, Inc.*, Case No. 17-cv-01112-JLS-NLS
DECLARATION OF ROBERT TEEL IN SUPPORT OF MOTION FOR
CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

## Complex and Class Action Litigation

15. Over the years I have acquired extensive experience in successfully prosecuting, defending, and advising plaintiffs and defendants in complex litigation, including matters pertaining to federal class actions, over 800 state court cases, adversary bankruptcy proceedings, several state and federal regulatory actions, and a grand jury investigation resulting from the 1991 Pioneer Mortgage Company "Ponzi scheme" litigation. In the course of my legal career, I have obtained settlements worth tens of millions of dollars as counsel to plaintiffs.

16. I am now devoting myself full time to prosecuting impact litigation and class action cases. In addition to this action, I am counsel of record for the Plaintiffs in the class action cases of *Romero, et al. v. Securus Technologies, Inc.*, Case No.: 16-cv-01283 (S.D. Cal.), *McCormick v. Adtalem Global Education, Inc.*, Case No. 2018-CH-04872 (Cir. Ct. Cook Co. Ill.), *Brown v. Adtalem Global Education, Inc.*, Case No. 19-cv-00250 (W.D. Mo.), *Fox, et al. v. Iowa Health System, Inc.*, Case No. 18-cv-00327 (W.D. Wis.), *Jackson v. The 3M Company, et al.*, Case No. 19-cv-00167 (W.D. Wa.), and *Marks v. City of San Diego*, Case No. 37-2018-000141120CU-MC-CTL (San Diego Sup. Ct.).

17. As a sole practitioner, I work with support from other law firms, either as co-counsel of record, or to provide case support and assistance. In this case, Foley & Lardner LLP is my co-counsel.

18. The Foley firm and The Law Offices of Ronald A. Marron, A.P.C. are my co-counsel in the complex class action case of *Romero, et al. v. Securus Technologies, Inc.* On May 31, 2016, I prepared and, with the Marron firm as my co-counsel, filed the *Romero* proposed class action lawsuit alleging unlawful recording of telephone calls between criminal detainees and their attorneys, violations of the California Unfair Competition Law, and attendant California common law claims, including unjust enrichment and negligence. The lawsuit seeks to stop Defendant's allegedly illegal practices of recording detainee-attorney

- 6 -

*Owino, et al. v. CoreCivic, Inc.*, Case No. 17-cv-01112-JLS-NLS
DECLARATION OF ROBERT TEEL IN SUPPORT OF MOTION FOR
CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

telephone calls in violation of California law.  I along with my co-counsel have been appointed as counsel for the class in the *Romero* action.

19. The law firm of Edelson P.C. is my co-counsel in the complex class action cases of *McCormick v. Adtalem Global Education, Inc.*, *Brown v. Adtalem Global Education, Inc.*, and *Jackson v. The 3M Company, et al.*  The *Adtalem* lawsuits seeks injunctive relief and damages for numerous allegedly deceptive claims regarding defendant's misrepresentations of student employment and income statistics.  The *Jackson* case involves claims for toxic contamination of the water supply and attendant personal injury claims from aqueous film-forming foams manufactured and sold by the defendants.  The *Jackson* action has been transferred to the District Court for the District of South Carolina for multi-district coordination.

20. The law firm of Keller Rohrback, L.L.P is my co-counsel in the complex class action case of *Fox, et al. v. Iowa Health System*.  The *Fox* lawsuit seeks damages for a HIPAA data breach involving 1.4 million class members.

21. As the above examples demonstrate, during my career I have been involved litigating and advising in dozens of matters, including lawsuits and arbitrations against major corporations, some of which have gone to trial or arbitration, and others which have successfully been settled.  I have been responsible for handling such diverse matters as a grand jury investigation and the prosecution of an election contest resulting in modification to the California election laws.

22. In this action I have been responsible for, *inter alia*, the initial and ongoing claims investigation, client communications, preparing and filing the initial complaint and pleadings, meeting and conferring with opposing counsel, interfacing with third parties on behalf of the plaintiffs' legal team, discussions with counsel for witnesses, responding to Defendant's motion to dismiss, preparing and filing the motion for limited intervention, participating in preparing and responding to law and motion matters, and participating in discovery, including attending depositions.

///

- 7 -

*Owino, et al. v. CoreCivic, Inc.*, Case No. 17-cv-01112-JLS-NLS
DECLARATION OF ROBERT TEEL IN SUPPORT OF MOTION FOR
CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

23. It is my custom and practice to work with teams of colleagues with specialties in appropriate areas. I have served as first or second chair in numerous jury and bench trials, trials by reference, and arbitrations. I have handled law and motion proceedings and all forms of written discovery and depositions. I have been responsible for determining and providing legal opinions in connection with the value and potential returns of plaintiffs' legal rights and lawsuits.

24. I also have experience in selecting jurors and witnesses and presenting evidence during trial and arbitration proceedings. I have defended and prosecuted appeals. I have also handled regulatory and compliance matters before the Commodity Futures Trading Commission, the Securities and Exchange Commission, the Office of the Comptroller of the Currency, the Department of Labor, the Financial Industry Regulatory Authority, commodity exchange arbitration boards, and other governmental and self-regulatory agencies.

25. As set forth above, I have substantial experience and resources to bring to bear in the prosecution of claims on behalf of the Owino Plaintiffs and the putative classes. I have committed, and will continue to commit, my experience and resources to adequately represent the Plaintiffs and the classes in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 15, 2019

*/s/ Robert Teel*
Robert Teel
*lawoffice@rlteel.com*
**LAW OFFICE OF ROBERT L. TEEL**
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Telephone: (866) 833-5529
Facsimile: (855) 609-6911

***An Attorney for Plaintiffs and the Proposed Classes***

*Owino, et al. v. CoreCivic, Inc.*, Case No. 17-cv-01112-JLS-NLS
DECLARATION OF ROBERT TEEL IN SUPPORT OF MOTION FOR
CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 15, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

>           */s/* Eileen R. Ridley
>           Eileen R. Ridley