# Exhibit 1

**Eileen R. Ridley Court Admissions List**

| State | Court | Address | Admission Date | Bar # |
|---|---|---|---|---|
| | U.S. Court of Appeals, 3rd Circuit | 21400 United States Courthouse 601 Market Street Philadelphia, PA 19106-1790 | 02/18/2014 | N/A |
| | U.S. Court of Appeals, 5th Circuit | 600 S. Maestri Place New Orleans, LA 70130 | 01/09/2014 | N/A |
| | U.S. Court of Appeals, 7th Circuit | 219 S. Dearborn Street, Rm. 2722 Chicago, IL 60604 | 11/05/2002 | N/A |
| | U.S. Court of Appeals, 9th Circuit | James R. Browning Courthouse 95 7th Street San Francisco, CA 94103 | 03/31/1992 | N/A |
| | U.S. Court of Appeals, Federal Circuit | Howard T. Markey National Courts Building 717 Madison Pl NW Washington, DC 20005 | 11/21/2007 | N/A |
| | U.S. Supreme Court | 1 First Street, Northeast Washington, DC 20543 | 10/07/2002 | N/A |
| California | California State Supreme Court | Supreme Court of California 350 McAllister Street San Francisco, CA 94102 | 12/07/1990 | 151735 |
| California | U.S. District Court, Central District of California | 312 North Spring Street Los Angeles, CA 90012 | 05/30/1991 | N/A |
| California | U.S. District Court, Eastern District of California | 501 I Street, Ste. 4-200 Sacramento, CA 95814 | 03/20/1992 | N/A |
| California | U.S. District Court, Northern District of California | 450 Golden Gate Ave. San Francisco, CA 94102 | 12/07/1990 | N/A |

1

Eileen R. Ridley Court Admissions List

Exhibit 1 - Page 1

| State | Court | Address | Admission Date | Bar # |
|-------|-------|---------|----------------|-------|
| California | U.S. District Court, Southern District of California | 880 Front Street, Ste. 4290 San Diego, CA 92101 | 08/06/1991 | N/A |
| Colorado | U.S. District Court, District of Colorado | 103 Sheppard Drive Durango, CO  81302 | 04/21/2010 | N/A |
| District of Columbia | District of Columbia Court of Appeals | 430 E Street, N.W., Washington, DC 20001 | 02/09/2009 | N/A |
| District of Columbia | District of Columbia Superior Court | 500 Indiana Ave., N.W Washington, DC 20001 | 02/09/2009 | 986019 |
| Hawaii | Hawaii State Supreme Court | 417 South King Street Honolulu, HI 96813 | 05/29/1997 | 6871 |
| Hawaii | U.S. District Court, District of Hawaii | 300 Ala Moana Blvd. Honolulu, HI 96850 | 05/29/1997 | N/A |
| Illinois | U.S. District Court, Northern District of Illinois | 219 South Dearborn Street Chicago, IL  60604 | Admitted to general bar 04/04/17; admitted to trial bar 4/4/17 (trial bar admission expires 4/4/20) | 151735 |
| Ohio | U.S. District Court, Northern District of Ohio | John F. Seiberling Federal Building & U.S. Courthouse 2 South Main Street Akron, Ohio 44308 | 2/22/18 | N/A |
| Oklahoma | U.S. District Court, Western District of Oklahoma | 200 Northwest 4th Street Oklahoma City, OK 73102 | 11/02/2006 | N/A |
| Texas | U. S. District Court, Western District of Texas | 501 W. 5th Street, Suite 1100 Austin, TX  78701 | 08/06/2014 | N/A |

2

Eileen R. Ridley Court Admissions List

Exhibit 1 - Page 2

| State | Court | Address | Admission Date | Bar # |
|-------|-------|---------|----------------|-------|
| Texas | U.S. District Court, Eastern District of Texas | 300 Willow<br>Beaumont, TX  77701 | 12/15/14 | N/A |
| Texas | U.S. District Court, Northern District of Texas | 1100 Commerce Street, Room 1452<br>Dallas, TX  75242 | 01/16/2014 | N/A |
| Texas | U.S. District Court, Southern District of Texas | 515 Rusk Ave.<br>Houston, TX 77002 | 07/25/1995 | 18910 |

3

Eileen R. Ridley Court Admissions List

Exhibit 1 - Page 3