# Exhibit 2



# Eileen R. Ridley



**PARTNER**
ERIDLEY@FOLEY.COM

P 415.438.6469
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520

555 SOUTH FLOWER STREET
SUITE 3300
LOS ANGELES, CA 90071-2411

Eileen R. Ridley is a partner and litigation lawyer with Foley & Lardner LLP. Ms. Ridley has tried over 40 cases (both bench and jury matters) and arbitrated in excess of 200 cases. Her experience includes handling complex commercial matters for a variety of industries including the high-tech, oil and gas, telecommunications, construction, insurance and health care industries. She is the firm's Chief Diversity Partner, a role in which she is a catalyst for and leader in carrying out the firm's commitment to diversity. Ms. Ridley is formerly a member of the firm's national Management Committee and is vice chair of the Litigation Department. She is co-chair of the Privacy, Security & Information Management Practice and is former managing partner of the firm's San Francisco office. Ms. Ridley is a member of the Insurance & Reinsurance Litigation; Construction; Appellate; Intellectual Property Litigation; Business Litigation & Dispute Resolution; Trademark, Copyright & Advertising; Labor & Employment; and Privacy, Security & Information Management Practices, as well as the Insurance & Reinsurance Industry and Food & Beverage Industry Teams.

Ms. Ridley's work has involved anti-trust and class actions (including multi-district and joint jurisdiction actions), unfair competition, trade secret and copyright matters, product liability claims, environmental claims (including CERCLA and CEQA), insurance coverage litigation, ERISA litigation, commercial disputes, and employment issues. She also has a vast knowledge base in insurance coverage and litigation issues regarding a wide variety of insurance programs. Through Ms. Ridley's appellate practice, she has briefed and/or appeared before California's State Appellate Courts, the California Supreme Court, the 9th Circuit and the 7th Circuit.

**Recognition**

Ms. Ridley has been Peer Review Rated as AV® Preeminent™, the highest performance rating in Martindale-Hubbell's peer review rating system and in 2005 was named as one of the "Bay Area's Best Lawyers in Appellate Practice" by *Bay Area Lawyer Magazine*. She was also

Exhibit 2 - Page 4

selected for inclusion in the *Northern California Super Lawyers®* lists in 2008-2016. In 2012 and 2016, she was recognized by the *Legal 500* for her work in insurance: advice to insurers.

**Education**

Ms. Ridley is a graduate of Santa Clara University Law School and is a former Emery Law Scholar. Ms. Ridley earned her B.A. degree from the University of Notre Dame.

**Certifications**

Ms. Ridley holds the Certified Information Privacy Professional/United States (CIPP/US) and the Certified Information Privacy Professionals/European (CIPP/E) credentials, a global gold standard and key industry benchmark accredited by the International Association of Privacy Professionals (IAPP).

**Admissions**

Ms. Ridley is admitted to all federal, state and appellate courts in California and Hawaii, the 7th Circuit Court of Appeals, the United States District Court for the Northern, Southern, Eastern, and Western Districts of Texas, the United States District Court – Northern District of Ohio, the United States District Court – Western District of Oklahoma, the District of Columbia, and the U.S. Supreme Court.

**Presentations**

- 2004 Business Litigation Conference – jointly sponsored with *Corporate Legal Times* and Martindale-Hubbell – "Maximizing the Protection of Privileged Communications"
- Mealey's, Inc. Coverage Disputes Concerning Construction Defects Conference– "Contractual Liability Coverage" (October 2004)
- California State Bar Convention –"Fifty Years After Brown: Examining Bias in the Legal Profession" (October 2004)
- The Daily Practice of Attorney-Client Privilege – Web Conference Series for Corporate Counsel (September 15, 2005)
- Information, Security and Privacy – The Rutter Group (November 2007)
- Privacy & Nondiscrimination in Genetic Testing – Webcast with West's Publishing (August 2008)
- Data Privacy and Security Best Practices for High Tech Companies, Manufacturers and Franchisors – Presentation at Foley's Drive Your Business Forward: Distribution and Franchise Law Update (September 2008)
- Foley NewsFeed: Foley Quarterly Food & Beverage Industry Web Conference Series (March 2009)

**Articles**

- "Construction's Four-Letter Word,"  *The Recorder* (April 30, 2004)
- "AB758: The Evolving Relationship Between Builder and Subcontractor," *California Real Estate Journal* (January 23, 2006)
- "Managing The Risk of Employee Blogs," *Midwest In-House Magazine* (February 1, 2007)
- "Unmasking the Anonymous Internet User, *The Recorder* (April 16, 2008)
- "Workplace Privacy and Employer Monitoring," BNA's  *Privacy & Security Law Report* (July

Exhibit 2 - Page 5

  2008)
- "Unresolved Questions: When Are Actual Damages Required in Stored Communications Act Cases?" – BNA's *Privacy & Security Law Report* (April 13, 2009)

**Published Cases**

- Kendall v. Visa U.S.A., Inc., et al., 518 F.3d 1042 (9th Cir. 2008)
- Reyn's Pasta Bella, LLC, et al. v. VISA, U.S.A., Inc., et. al. 442 F.3d 741 (9th Cir., March 27, 2006)
- Reyn's Pasta Bella, LLC v. VISA, U.S.A., Inc., et al. 259 F. Supp.2d 992 (N.D. Ca. 2003)
- Somerset Marine, Inc. v. Forespar Products Corp., 876 F.Supp. 1114 (C.D. Ca 1994)

Exhibit 2 - Page 6