# Exhibit 8

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF CALIFORNIA
 2
    SYLVESTER OWINO and           §
 3  JONATHAN GOMEZ, on behalf     §
    of themselves and all         §
 4  others similarly situated,    §
                                  §
 5       Plaintiffs,              §
                                  §
 6  vs.                           § CASE NO. 3:17-CV-01112
                                  §              -JLS-NLS
 7                                §
    CORECIVIC, INC.,              §
 8                                §
         Defendant                §
 9  _____  §
                                  §
10  CORECIVIC, INC.,              §
                                  §
11       Counter-Claimant,        §
                                  §
12  vs.                           §
                                  §
13  SYLVESTER OWINO and           §
    JONATHAN GOMEZ, on behalf     §
14  of themselves and all         §
    others similarly situated,    §
15                                §
         Counter-Defendants.      §
16  _____  §
17
18           ORAL VIDEOTAPED DEPOSITION OF
19              WARDEN ROBERT LACY, JR.
20                  March 13, 2019
21
22
23  Reported by:
24  Michelle Hartman
25  PAGES 1 - 274
```

Page 1

```
 1        ORAL VIDEOTAPED DEPOSITION OF WARDEN ROBERT
 2   LACY, JR., produced as a witness at the instance of
 3   the Plaintiff and duly sworn, was taken in the
 4   above-styled and numbered cause on the 13th day of
 5   March, 2019, from 9:13 a.m. to 4:45 p.m., before
 6   Michelle Hartman, Certified Shorthand Reporter in and
 7   for the State of Texas and Registered Professional
 8   Reporter, reported by computerized stenotype machine
 9   at the offices of Foley & Lardner, LLP, 1000
10   Louisiana Street, Suite 2000, Houston, Texas 77002,
11   pursuant to the Federal Rules of Civil Procedure and
12   the provisions stated on the record or attached
13   hereto.
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                        APPEARANCES
 2
 3   FOR THE PLAINTIFFS:
 4        Ms. Eileen R. Ridley
          FOLEY & LARDNER L.L.P.
 5        1425 Broadway
          Seattle, Washington 98122
 6        Telephone: 866-833-5529
          E-mail: eridley@foley.com
 7
     and
 8        Mr. Robert L. Teel (Telephonically and via video)
          LAW OFFICE OF ROBERT L. TEEL
 9        1425 Broadway
          Seattle, Washington 98122
10        Telephone: 866-833-5529
11   FOR THE DEFENDANTS:
12        Mr. Jacob B. Lee
          STRUCK LOVE BONJANOWSKI & ACEDO, PLC
13        3100 West Ray Road
          Suite 300
14        Chandler, Arizona 85226
          Telephone: 480-420-1600
15        E-mail: jlee@strucklove.com
16   ALSO PRESENT:
17        Ms. Brandi Pate, videographer
18
19
20
21
22
23
24
25
```

Page 3

```
 1                        INDEX
 2                                                    PAGE
 3   WARDEN ROBERT LACY, JR.
 4   Examination by Ms. Ridley ..........................8
     Examination by Mr. Lee ...........................265
 5   Further Examination by Ms. Ridley ................268
     Signature Page ...................................273
 6   Signature Page ...................................274
     Court Reporter's Certificate .....................275
 7
 8                  REQUESTED ON THE RECORD
 9                                                    PAGE
10   No. 1    Ms. Ridley requests that the log of      140
              detainee discipline be produced
11
12                        EXHIBITS
13   EXHIBIT              DESCRIPTION                 PAGE
14   Exhibit 98    Plaintiffs' Notice of               16
                   Deposition of Robert Lacey, Jr.
15
     Exhibit 99    Work/Program Plan Guidelines        17
16
     Exhibit 100   Detainee Volunteer Criteria         18
17                 Checklist 19-100C
18   Exhibit 101   Detainee Voluntary Work Program     19
                   Agreement
19
     Exhibit 102   Houston Processing Center,          20
20                 Number of shifts in
                   kitchen........
21
     Exhibit 103   e-mail between Brenda Powers        23
22                 and Michelle Carpenter dated
                   March 12th, 2009 re:  Average
23                 Length of Stay and a table
24   Exhibit 104   CCA Corrections Corporation of      47
                   America Houston Processing
25                 Center Detainee Handbook,
```

Page 4

```
                    EXHIBITS (cont.)
EXHIBIT             DESCRIPTION                              PAGE
Exhibit 105         CoreCivic Houston Processing              52
                    Center Detainee Handbook,
                    CCOG00022092 to 22120
Exhibit 106         Houston Processing Center                128
                    Resident Works Programs,
                    CCOG00022777 to 22778
Exhibit 107         Houston Processing Center                134
                    Resident Work Program effective
                    2/1/10, CCOG00022772 to 2276
Exhibit 108         Houston Processing Center                144
                    Resident Work Program effective
                    6/27/17, CCOG00022766 to 22771
Exhibit 109         Work/Program Plan Guidelines,            162
                    CCOG0033143 through 33146
Exhibit 110         Houston Processing Center                164
                    Classification Housing, Work
                    and Program Plan, CCOG00033127
                    to 33137
Exhibit 111         Security All Shift doc,                  171
                    CCOG00033008 to 33014
Exhibit 112         CoreCivic Food Service                   176
                    Operations document effective
                    2/3/14, CCOG00032956 through
                    32980
Exhibit 113         Houston Processing Center                186
                    Sanitation and Hygiene
                    document, CCOG00033003 to 33005
Exhibit 114         CoreCivic Inmate/Resident                189
                    Property doc effective 3/14/07,
                    CCOG00033059 to 33090
Exhibit 115         CoreCivic Inmate/Resident                193
                    Commissary Operations,
                    CCOG00032885 to 32889
```

```
 1                        EXHIBITS (cont.)
 2      EXHIBIT              DESCRIPTION                    PAGE
 3
        Exhibit 116   Houston Processing Center              202
 4                    Resident Rules and Disciplines
                      effective 6/27/17, CCOG00033102
 5                    to 33115
 6      Exhibit 117   Houston Processing Center              207
                      Special Management Resident
 7                    effective 6/27/17, CCOG00032915
                      to 323951
 8
        Exhibit 118   CoreCivic Policy                       211
 9                    Inmate/Resident Grievance
                      Procedures, CCOG0003330 to
10                    33047
11      Exhibit 119   CoreCivic Policy 3-38 re Human         213
                      Trafficking, effective 5/22/17,
12                    CCOG00032890 to 892
13      Exhibit 120   Houston Processing Center              215
                      Inmate/Detainee Commitment
14                    Summary for Benito Cardenas,
                      CCOG000073156 to 73210
15
        Exhibit 121   Inmate Information Sheet for           236
16                    Amaya Smith, CCOG00074187 to
                      74266
17
        Exhibit 122   Inmate Information Sheet for           247
18                    Sui Lian Thang, CCOG00074301 to
                      74361
19
        Exhibit 123   Commissary table for Mohamad           261
20                    Bokhetache, CCOG000074474 to
                      74489
21
        Exhibit 124   Commissary table for Samuel            263
22                    Fessahazion, CCOG00074619 to
                      4643
23
24
25

                                                            Page 6
```

```
 1              A.   Okay.
 2              Q.   You see it says, "We are in the high
 3    moderate offense category, "right?
 4              A.   Okay.
 5              Q.   And C is disciplinary segregation.
 6    That is a type of sanction?
 7              A.   Correct.
 8              Q.   What is disciplinary segregation?
 9              A.   Disciplinary segregation is when one
10    receives a disciplinary and they go and they receive
11    their -- part of their punishment is to spend days
12    into disciplinary segregation, which is isolating
13    them from the general population.
14              Q.   Is it a physically different place?
15              A.   Yes.
16              Q.   Okay.  And will they -- when it is
17    segregation, are they alone in the new place they
18    are --
19              A.   They are a single cell.
20              Q.   Single cell?
21              A.   Yeah.
22              Q.   Okay.  If you could turn to 22096.
23              A.   22096?
24              Q.   Yes.
25              A.   Okay, I'm there.
```

Page 67

```
 1    in R and D.
 2              Q.  Okay.
 3              A.  Because the process is they request
 4    that through the unit supervisor.  That may be as
 5    they get to the unit they get those details.  They
 6    can read in the handbook the process and it tells
 7    them that in the handbook.
 8              Q.  Okay.  Do you know if they sign
 9    anything with regard to the voluntary work program
10    at --
11              A.  Only I remember if they participate in
12    it.
13              Q.  Okay.
14              A.  If they participate in it.  If they
15    don't participate in it, they're not interested,
16    there's -- there's no need.
17              Q.  Okay.
18              A.  It's strictly voluntary.
19              Q.  Okay.  Has there ever been the case at
20    the Houston Processing Center where you've not had
21    enough participants in the voluntary work program?
22                   MR. LEE:  Form and foundation.
23                   THE WITNESS:  Not since I've been
24    there.
25              Q.  (BY MS. RIDLEY) Okay.  If there is a
```

```
 1   certain job that is not a voluntary work program
 2   where there isn't enough participants, what does the
 3   center do to get that work done?
 4             MR. LEE:  Form.
 5             THE WITNESS:  I never had that
 6   problem.  And staff would do it.
 7        Q.   (BY MS. RIDLEY) That's the -- the staff
 8   of CoreCivic?
 9        A.   Yeah.  When you -- when you look at the
10   jobs that I have, it is not many at all.  I don't
11   have a lot of workforce where I count on the
12   detaining population to get it done.
13        Q.   Okay.  As you sit here, which are the
14   jobs that you count on the detainee work force to get
15   the work done?  Is that one of your --
16        A.   That was the list.
17        Q.   Okay.
18        A.   And then as you can see, I can read
19   them all off if you would like.
20        Q.   Just tell me which document -- is that
21   the Work Program Plan Guidelines?
22        A.   Yes.
23        Q.   That's what we marked as Exhibit 99,
24   correct?
25        A.   Yes.
```

```
 1          I declare under penalty of perjury
 2   under the laws that the foregoing is
 3   true and correct.
 4
 5          Executed on _____ , 20___,
 6   at _____, _____.
 7
 8
 9
10
11          _____
12                  WITNESS SIGNATURE
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 273

```
 1    STATE OF TEXAS
      COUNTY OF HARRIS
 2
                    REPORTER'S CERTIFICATE
 3             ORAL VIDEOTAPED DEPOSITION OF
                   WARDEN ROBERT LACY, JR.
 4                     March 13, 2019
 5         I, Michelle Hartman, the undersigned
      Certified Shorthand Reporter in and for the State of
 6    Texas and Registered Professional Reporter, certify
      that the facts stated in the foregoing pages are true
 7    and correct.
           I further certify that I am neither
 8    attorney or counsel for, related to, nor employed by
      any parties to the action in which this testimony is
 9    taken and, further, that I am not a relative or
      employee of any counsel employed by the parties
10    hereto or financially interested in the action.
           That the deposition transcript was duly
11    submitted on _____ to the witness or to
      the attorney for the witness for examination,
12    signature, and returned to me by _____.
13         SUBSCRIBED AND SWORN TO under my hand and
14    seal of office on this 27th day of March, 2019.
15
16
17
18
           Michelle Hartman, CSR, RPR
19         Texas CSR 7093
20         Expiration:  12/31/19
21         Veritext Legal Solutions
22         Firm Registration No. 571
23         300 Throckmorton, Suite 1600
24         Ft. Worth, Texas 76102
25         817-336-3042
```

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

Exhibit 8 - Page 188

# VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

Exhibit 8 - Page 189