# Exhibit 10

AJO 203

# Detainee/Inmate Voluntary Work Program Agreement
## San Diego Correctional Facility

Detainees/Inmates that participate in the volunteer work program will not be permitted to work in excess of (7) hours daily or (35) hours weekly.

Detainees/Inmates that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees/Inmates must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation will be $1.00 per day.

I, ___Gomez___, A# or Reg. # ___97345832___ have read, and

    Detainee/Inmate Name

understand. I will comply with the above. I have received and understand relevant safety training regarding my work assignment.

___Windows / Doors___
Work Assignment

___Jonathan Henry___
Detainee/Inmate Signature

___8-30-12___
Date

Staff Signature

___8-30-12___
Date

---

## Detendio/Prisionero acuerdo de Programa de Trabajo Voluntario
## Facilidad de Correccion en San Diego

Detenido/Prisionero que participa en el programa de trabajo voluntario no se le permitira trabajar en el exceso de (7) horas diarias o (35) horas a la semana.

Detenido/Prisioneros que participen en el programa de trabajo voluntario requieren que trabajen segun el horario indicado y que participen en todas las clases de entrenamiento relacionado al trabajo. Faltas sin excusas del trabajo o mala conducta de trabajo puede resultar en removerlo del programa voluntario de trabajo. Detenidos/Prisioneros tienen que adherirse a todas las regulaciones de seguridad y todas las normas de medico y limpieza asociado con el trabajo asignado Compensacion sera $1.00 por dia.

Yo, _____ A# or Reg.# _____ yo he leido, entiendo y estoy de acuerdo a cumplir con todo. Recivi y entiendo el entrenamiento de seguridad relevante a mi trabajo indicado.

_____
Trabajo indicado

_____
Firma de Detenido/Prisionero

_____
Fecha

Staff Signature

_____
Date

19-100A

CCOG00025320

Exhibit 10 - Page 191