# EXHIBIT 14

# REDACTED VERSION OF DOCUMENT LODGED PROVISIONALLY UNDER SEAL