# Exhibit 21

# Otay Mesa Detention Facility

# Detainee Admission and Orientation Handbook

Revised: January 2018

CCOG00019841

Exhibit 21 - Page 386



(English Version)

2

CCOG00019842

Exhibit 21 - Page 387

## Table of Contents

INTRODUCTION AND MISSION ............................................................................................................ 5

FACILITY STRUCTURE ....................................................................................................................... 5

GENERAL HOUSING POD ................................................................................................................. 5

RESTRICTED / SEGREGATION HOUSING POD .................................................................................. 5

LEGAL FILE ...................................................................................................................................... 5

DETENTION FILE .............................................................................................................................. 5

HOUSING POD STAFF ...................................................................................................................... 6

STAFF COMMUNICATIONS .............................................................................................................. 6

ICE COMMUNICATIONS ................................................................................................................... 6

INTERPRETER SERVICES ................................................................................................................... 6

DETAINEE NOTICES .......................................................................................................................... 6

DETAINEE RIGHTS ........................................................................................................................... 6

MEALS ............................................................................................................................................. 7

DETAINEE DINING HALL PROCEDURES ............................................................................................ 7

BASIC DETAINEE RESPONSIBILITIES ................................................................................................ 8

PERSONAL PROPERTY ...................................................................................................................... 8

BEDDING, CLOTHING and HYGIENE STANDARD ISSUE .................................................................... 9

PROGRAM INFORMATION ............................................................................................................... 9

SECURITY INFORMATION .............................................................................................................. 10

PROCEDURES FOR TELEPHONE USE INCLUDE ............................................................................... 12

TELEPHONE INSTRUCTIONS .......................................................................................................... 12

MEDICAL INFORMATION ............................................................................................................... 13

UNDERSTANDING DIABETES ......................................................................................................... 15

DENTAL INFORMATION ................................................................................................................. 15

SERVICE INFORMATION ................................................................................................................ 16

GROUP PRESENTATIONS ON LEGAL RIGHTS ................................................................................ 23

LEGAL ORIENTATION PROGRAM (LOP) ......................................................................................... 23

MARRIAGE REQUESTS ................................................................................................................... 23

COMMISSARY SERVICE .................................................................................................................. 23

DEPOSITS TO TRUST FUND ACCOUNT .......................................................................................... 23

DIRECTIONS TO THE FACILITY ....................................................................................................... 24

VISITATION INFORMATION ........................................................................................................... 25

3

CCOG00019843

Exhibit 21 - Page 388

ATTORNEY VISITATION........................................................................................................................................26

HYGIENE INFORMATION ...................................................................................................................................27

CLOTHING / LINEN EXCHANGE..........................................................................................................................27

DETAINEE DRESS CODE/GROOMING STANDARDS ............................................................................................27

CORRESPONDENCE INFORMATION....................................................................................................................29

CONTRABAND ..................................................................................................................................................30

PROHIBITED CORRESPONDENCE.......................................................................................................................30

POSTAGE ALLOWANCE FOR INDIGENT STATUS ................................................................................................31

RETURNED MAIL...............................................................................................................................................32

OUTGOING PACKAGES......................................................................................................................................32

CERTIFIED MAIL ...............................................................................................................................................32

REQUEST FOR ASSISTANCE ..............................................................................................................................32

GRIEVANCE INFORMATION...............................................................................................................................32

CLASSIFICATION SYSTEM ..................................................................................................................................34

GANGS / SECURITY THREAT GROUPS (STG) ......................................................................................................35

RESIDENT SEXUAL ABUSE/MISCONDUCT/HARASSMENT ..................................................................................35

DISCIPLINE INFORMATION................................................................................................................................36

DETAINEE RULES AND REGULATIONS................................................................................................................37

RIGHTS AND RESPONSIBILITIES ........................................................................................................................39

GENERAL SAFETY RULES....................................................................................................................................40

GET DOWN PROCEDURES .................................................................................................................................40

EMERGENCY AND FIRE EVACUATION ................................................................................................................41

HAZARDOUS CHEMICALS..................................................................................................................................42

PROHIBITED ACTS DISCPLINARY AND SEVERITY SCALE (ICE ONLY) ...................................................................43

NOTICE OF OFFENSES AND PENALTIES (USMS ONLY).......................................................................................47

ALLOWABLE PROPERTY.....................................................................................................................................50

4

CCOG00019844

Exhibit 21 - Page 389

### ADMISSION AND ORIENTATION

#### INTRODUCTION AND MISSION
The Otay Mesa Detention Center, (OMDC), San Diego, CA. is a medium-maximum security facility operated by CoreCivic. The facility provides a safe and secure environment for ICE Detainees and U.S. Marshal, (USM), Detainees.

This admission and orientation handbook will provide specific rules and regulations which all detainees will be expected to follow and comply. It also provides general information about the operational aspects of the facility. Detainees will be held accountable for their conduct while housed at this facility therefore it is the detainee's responsibility to become familiar with the contents of this handbook.

The mission of the OMDC is to provide a facility that is safe, clean, and sanitary for detainees awaiting processing of their administrative hearing.

#### FACILITY STRUCTURE
Warden
Assistant Wardens
Chief of Security
Chief of Unit Management
Assistant Chief of Security
Shift Supervisor / Unit Manager
Assistant Shift Supervisor
Case Manager
Senior Detention Officer/Correctional Counselor
Detention Officer

#### SMOKE FREE ENVIRONMENT
This is a smoke free facility. Cigarettes and tobacco products are prohibited.

#### GENERAL HOUSING POD
General housing pods include detainee sleeping areas and day rooms. Day rooms are a multifunctional area in which the following activities occur: law library, television viewing, telephone access and indoor/outdoor recreation area.

#### RESTRICTED / SEGREGATION HOUSING POD
Restricted / Segregation housing pod consists of detainees who threaten the physical safety of other detainees, staff or the orderly operations, who pose the risk of escape, and / or have requested protective custody, and must be separated from the general population.

#### LEGAL FILE
An Immigration legal record commonly called an "A" file is maintained by Immigration and Customs Enforcement for each individual. This "A" file contains your legal transaction and documentation pertaining to your case; including but not limited to identification cards, photos, passports and immigration history.

#### DETENTION FILE
A detention record is maintained for each individual. This detention record shall include no less than the following:
1.     Facility Disciplinary Action
2.     Behavior Reports
3.     Funds, Valuables and Property Receipts
4.     Detainee's Written Request, Complaints and Issues

5

CCOG00019845

Exhibit 21 - Page 390

5. Immigration Responses to the aforementioned
6. Special Housing Pod Records

## HOUSING POD STAFF

All housing pods have Unit Management staff assigned to address legitimate detainee issues. Detention officers assigned to housing pods are responsible for your safety, security and sanitation of the pod, as well as enforcement of rules and regulations.

## STAFF COMMUNICATIONS

Communication is encouraged. If you approach staff with a legitimate concern, they are expected to be responsive and, if unable to provide an answer, they should provide proper direction to address your issue. Bulletin boards in the pods provide additional information. You are encouraged to read the bulletin boards daily. Activity schedules are posted with their times on the boards, such as, recreation, barber shop, program services.

## ICE COMMUNICATIONS

Communication requests with ICE Officials can be made through the request forms located in each housing area. Written requests must be submitted in the appropriate box located in the dining hall, segregation and medical areas. ICE Officials make weekly rounds so you can speak with ICE Officials during their rounds, or when there are unannounced rounds by various ICE Officials assigned to the facility.

ICE requests forms should address a specific issue or concern. Requests are collected, so that ICE Officials can provide you a written response in a timely manner.

- Contact Information for ICE/ERO Field Office 619 661-3823
- ICE scheduled hours and days: Monday through -Friday between 8-4PM

Note: Identity documents, such as passports, birth certificates, etc., in a detainee's possession are contraband and may be used by ICE/ERO as evidence against the detainee or for other purposes authorized by law.

## INTERPRETER SERVICES

Detainees requiring interpreter services for essential communication should contact Unit Management staff.

## DETAINEE NOTICES

Detainee notices are displayed in the pods to keep you informed of new changes or upcoming events in the facility. It is recommended that you read them daily.

## DETAINEE RIGHTS

**Detainees shall have the following rights:**

- The right to protection from personal abuse, corporal punishment, unnecessary or excessive use of force, personal injury, disease, property damage, and harassment;
- The right of freedom from discrimination based on race, religion, national origin, sex, sexual orientation, handicap, or political beliefs;
- The right to pursue a grievance in accordance with procedures provided in the Handbook without fear of retaliation;
- The right to pursue a grievance in accordance with the Grievance System Detention Standard and procedures provided in the handbook.
- The right to correspond with persons or organizations, consistent with safety, security, and the orderly operation of the facility; and
- The right to due process, including the prompt resolution of a disciplinary matter.

6

CCOG00019846

Exhibit 21 - Page 391

## MEALS

Meals are served three (3) times a day approximately 5:00 a.m., 11:00 a.m., and 4:30 p.m. Your identification badge will be scanned prior to receiving your tray. During meal service, detainees must be in a complete uniform to include shirt, t-shirt, pants, socks and shoes. Sweatshirts are allowed under the uniform shirt. **No jackets or shower shoes are allowed in the chow hall.**

The facility menu is free of all pork and pork by-products.

Special diets, for medical or religious reasons, are provided by food service with prior written approval. Medical diets must be approved by the Health Services. Religious diets are approved by the Chaplain. **If you are on a special diet, you must take the tray offered, if not, it will be considered a REFUSAL of your meal.** No food will be taken from the dining hall.

## DETAINEE DINING HALL PROCEDURES

The purpose of this procedure is to establish guidelines and identify roles and responsibilities for Detainee Dining Hall procedures.

- The Pod Officer will announce the preparation for meals, a minimum of 5 minutes prior to releasing the detainees. All detainees are required to be prepared for meal call and not be asleep, on the telephone, in the shower, etc. *Any detainee not prepared for meal service will NOT be given a food tray.* Detainees are to be properly dressed in full uniform, with T-Shirts tucked in and you issued Identification Badge displayed on your shirt.

- After the pod officer clears the pod for chow, no detainees will be allowed to leave the housing unit to go to chow. No straggling.

- Noise in the hallways and dining hall will be kept to a minimum. No loud talking. Detainees will walk in a single file line to and from the Dining Halls (Standard procedure for all movement throughout the Facility)

- Detainees who are designated as table cleaners, will be at the head of the line. Upon completing their meal, will be authorized to place their tray in the scullery window and begin cleaning tables and floor as required.

- Each detainee will receive one tray of food and one cup of beverage through the tray slot (Lunch and Dinner). Breakfast, the detainee will receive one cup for coffee at the beverage station, and one tray of food, a cup of dairy drink through the tray slot.

- Each detainee is responsible for clearing their table and placing waste in trashcans at the end of the meal.
- **Detainees will be seated at the direction of staff; filling one row at a time.** Once the row is completely filled, the staff member will move to the next row, allowing that row to be filled. Once seated, detainees will not get up until directed by a staff member. Detainees will not roam throughout the dining hall.

- Detainees will receive twenty minutes to eat their meal and will remain seated until instructed to take their trays to the tray window. The practice of getting up when you finish the meals is to stop. As detainees complete their meals staff will conduct an orderly release of the assigned table and row. Detainees will return the trays to the scullery and return to their seats, or follow the directives of staff.

- All kitchen utensils must be turned in at the completion of the meal. Unauthorized disposal of kitchen utensils or tableware will result in disciplinary action. No food is permitted to be removed from the chow hall for any reason.

7

CCOG00019847

Exhibit 21 - Page 392

- Pat down searches will be conducted on Detainees as they exit the dining hall, failure to clear a metal detector, or during any movement to and from their housing Units.

- Detainees are allowed to bring with them a small bottle of condiments/spices purchased from the facility commissary and in their original containers.

- All detainees will return to their assigned housing units following assigned meal times, with the exception of the food service workers.

- The detainee ID card must be worn at all times and be attached to the uniform shirt pocket fully visible, failure to comply could result in a meal refusal. A detainee can receive only one food tray. Holding a tray for another detainee is not allowed.

Conducting the meal procedures in this manner will allow the meal to be completed in a more expedient time, allowing for recreation, library and other program activities to be conducted in accordance with the establish building schedule.

**Segregation/restricted meals will be served in their respective housing pod.**


## BASIC DETAINEE RESPONSIBILITIES

It is the policy of this facility to treat detainees with dignity and respect while maintaining a safe and secure environment. **It is expected that staff will receive your full cooperation while you are in this facility:**

1. Obey all safety, security and sanitation rules, policies and procedures.
2. Obey all orders as given by staff members.
3. Respect staff and other detainees at all times.
4. Respect facility property and property of others.
5. Keep yourself, your clothing and living area clean at all times.
6. Detainees do not have authority to supervise other detainees.
7. Detainees do not have control over other detainees at any time for any reason.

## PERSONAL PROPERTY

Upon arrival, personal property will be inventoried and stored pending release or transfer from this facility. All U.S. currency will be receipted and placed in the detainee trust account for commissary purchases, etc. Identity documents, such as passports, birth certificates, etc., will be Inventoried, and then given to a deportation officer for placement In you A-file. Upon request ICE/ERO (Enforcement Removal Operations) will provide certified copies of identity documents. See the last page of this handbook for allowable personal property list.

The following items may be retained by the detainee:

*Legal documents, up to 10 family pictures (5x7 maximum size), prescription glasses, dentures, list of addresses, religious books/artifacts approved by the Chaplain and Chief of Security, and personal hygiene and commissary items which are unopened and sold in CORECIVIC's commissary. (Refer to the last page for a complete listing)*

It is important that you retain these receipts to claim your property, funds and valuables, when you are released. In the event that your property is Lost / Stolen / Damaged see your Unit Management staff for the proper form to fill out. All claims must be submitted within (7) seven calendar days of the incident.

8

CCOG00019848

Exhibit 21 - Page 393

## BEDDING, CLOTHING and HYGIENE STANDARD ISSUE

The following clothing, bedding and personal hygiene items will be considered the general standard issue for all detainees:

| | | | |
|---|---|---|---|
| 3 Shirts | 3 Pants | 5 Underwear | 5 Socks |
| 5 Bras | 5 Undershirts | 1 Pair of Shoes | 1 Pair of Shower Shoes |
| 2 Towels | 2 Washcloths | 2 Blankets | 1 Pillowcase |
| 2 Sheets | | | |

The following items will be provided inside the cells/dorm: Pillow, laundry loop, personal property storage container and mattress. The detainees' trust account will be charged for any item(s) that are damaged or not returned. Clothing and bedding items that are unserviceable notify your Case Manager / Unit Manager through a clothing request for replacement items.

**Hygiene:** Personal hygiene items will be replaced on a weekly basis. Disposable razors will be distributed and collected daily. Detainees attending court will be afforded the opportunity to shave before reporting to court. Items will be replaced on an as needed basis prior to the weekly issuance of hygiene supplies. See pod schedule. Personal hygiene items initially issued to all detainees upon arrival:

| | | |
|---|---|---|
| 1 bar of bath soap or equivalent | 1 comb | 1 tube of toothpaste |
| 1 toothbrush | 1 bottle of shampoo or equivalent | 1 container of skin lotion |

The following are the procedures for issuing hygiene and are to be adhered to:

1. The officer will announce hygiene issue. The detainee must be present to receive the hygiene.
2. The Unit Management Team will observe all pods periodically to ensure compliance.
3. The exchange will be a one for one swap only.
   a. One empty tooth paste for one full tooth paste.
   b. One empty shampoo for one full shampoo.
   c. One empty spool of toilet paper for one full spool of toilet paper.
   d. 2 bars of soap will be issued without an exchange.
   e. Toothbrushes will be issued monthly or on as needed basis.
   f. Lotion will be issued upon request only.

Detainees will be responsible for maintaining these items during the duration of their stay at this facility. Detainees are prohibited from marking or engraving on these items. Mattresses will not be rolled up. Mattresses and pillows are to remain in the cell/dorm where assigned. Detainees will be charged approximately $46.35 for the replacement of damaged mattresses. Beds will be made at all times when not physically occupied. **Any altering of these items will result in disciplinary action as it pertains to the destruction of CORECIVIC property. All items will be returned upon your departure. You will be assessed the monetary value of each item that is not returned.** Detainees will not hoard any general standard issue item, doing so, will result in disciplinary action. **Note:** General housekeeping and sanitation of your living space and general area are NOT on a VOLUNTARY BASIS. They are expected, as a mandatory basic sanitation and healthy living standard to be clean at all times.

## PROGRAM INFORMATION

**Unit Management:** Detainees will be assigned a Unit Manager, Case Manager, and Correctional Counselor to direct their programs. Unit management staff are available seven days a week.

**Psychological Services:** Psychologists are available as referred by medical staff.

**Religious Services:** All detainees shall have access to religious resources, services, instruction and counseling on a voluntary basis. All detainees shall be extended the greatest amount of freedom and opportunity for pursuing any legitimate religious belief or practice within the constraints of security and safety consideration. Announcements regarding such services will be posted on pod bulletin boards.

**Drug Surveillance:** This facility operates a drug surveillance program that includes suspect and random testing. Refusal to provide a urine sample will result in disciplinary action.

**Alcohol Detection:** Alcohol surveillance is in effect at this facility. Random testing of detainees is done on a regular basis. Any detainee suspected of alcohol use will be tested immediately. A positive test or refusal to submit to a test will result in disciplinary action.

**A.A. and N.A. Groups:** A.A. and N.A. groups are offered by volunteers. Request for assistance forms are available for those interested in attending. Submit your request to the Recreation Supervisor before you attend a group.

**Pod Based Programs:** Pod programs will be initiated if there are a sufficient number of detainees from one housing pod that will be at this facility for at least 30 consecutive days. Registration forms are available from your pod Case Manager or Correctional Counselor and must be completed, screened and approved before attending.

**Detainee work program:** Detainees may volunteer to be part of the work program. Wages are $1.00 per day and you will be paid daily. Ordinarily you will not be permitted to work in excess of eight (8) hours daily, or forty (40) hours weekly. Participants will be required to sign a Voluntary Work Program Contract and Safety Regulations. See your pod team if interested in participating in the program. Food Service workers will be paid at a higher rate, $1.25 per day.

**General Job descriptions:**
1. Specific job descriptions are established for all job assignments.
2. The Unit Manager will maintain a copy of these job descriptions.
3. Detainees may be terminated for unacceptable performance, conduct or absenteeism.
4. Detainees interested in working need to submit a request form and will be selected on a first come, first serve basis, but only if qualified for the position.
5. Detainees must have a medical clearance before working with food service.
6. It is mandatory that safety procedures and training be conducted before a detainee is allowed to operate any type of machinery or use chemicals for cleaning.

**Pay periods:**
1. The Unit Manager will prepare a roster for working detainees. You must sign it daily, at the end of the working day or once the work is completed, to be paid for that day.
2. In order for payment, your signature along with a signature from staff is needed confirming supervision of your work
3. Rosters are forwarded to the Unit Manager, and to the business office daily.

## SECURITY INFORMATION

**Official counts:** In order to maintain proper accountability of detainees at this facility, official counts are conducted daily. Count times <u>are</u> 0000, 0200, 0400, **Stand-up at 0730**, 1530, and **Stand up Face to Photo at 2200.** It is your responsibility to be ready for count. When the officer announces **"stand by for count"**, you must:

1. Return to your assigned cell and secure your cell door or return to your dorm room and stand by your bed.
2. The officer will ensure that you are present by conducting a face to photo, stand up count, or a regular count by verifying your presence. These counts are conducted daily; however the stand up and face to photo are done at a minimum of twice a day. No towels, sheets, clothing etc. will be allowed to hang from your bunks, as it hinders the officers' view. Nothing is allowed to cover the window, TO INCLUDE WHEN USING THE RESTROOM.
3. Stand-up count requires your presence at the door so staff can verify all occupants. You will face the cell door window so that the officer can verify you.
4. Your cell light must be turned on and remain on from the start of count until count has cleared. This applies to the 0730. 1530, & 2200 hour counts.
5. Remain in your cell or dorm room until the officer has announced **"count is cleared"**.

10

CCOG00019850

Exhibit 21 - Page 395

**Note:** Count is very important to the security of the institution. Should you delay or disrupt the count, you will be subject to disciplinary action. Staff have been trained to count living breathing flesh; therefore, to avoid disruptions to your sleep, ensure that you expose some portion of your body during count. **Delaying or interfering with a count is a serious offense and will result in corrective action.**

**Movement:**

1. Detainees must proceed directly from one location to another and walk on the right side of the hallway in a single file line.
2. ID card must be clipped to your shirt pocket or left chest area and visible at all times.
3. Detainees must be dressed appropriately with the shirt tuck in.
4. Loitering is prohibited and will result in discipline sanctions.
5. Detainees will not communicate with each other.

**Inspections of persons and property:** You are subject to a search upon admission into the facility and when there is reasonable cause to believe you may have contraband concealed on your person or in your cell/dorm. Searches are routine requirements upon entering the facility and upon completing a visit. For USM detainees, a visual strip search will occur after any contact visit, including attorney visits. For ICE detainees, a frisk search will be conducted after any contact visit with attorney visits.

If a contact visit (non-legal) is authorized for a detainee, a thorough pat down search will be conducted, prior to entering the visiting room. Upon completion of the visit, a visual strip search will be conducted.

Staff will conduct routine unscheduled searches of the facility, detainees and property, as deemed necessary.

Reasonable suspicion is determined under the totality of the circumstances. There is no simple, exact, or mathematical formula for reasonable suspicion. It may be based on one, or a combination of, the following factors:

- Observation of unusual, surreptitious, or suspicious appearance or behavior;
- Evasive or inconsistent responses to questions by law enforcement officers;
- Discovery of a weapon or other contraband during a pat search, metal detector scan, or other non-intrusive search;
- The detainee's criminal history, particularly prior felony or misdemeanor for convictions of crimes involving violence, weapons, contraband, or illegal substances. Ordinarily, convictions for minor or non-violent offenses should not be the only basis for reasonable suspicion;
- Whether the detainee was detained concurrently with an arrest for a crime of violence; or whether the detainee was arrested in possession of a weapon, or in possession of contraband such as illegal drugs;
- Information from law enforcement databases or from other reliable sources suggesting that the detainee has affiliations with terrorist organizations, criminal gangs, or organized crime;
- The detainee's history during confinement, particularly of violence, or of possession of contraband.
- The lack of identity documents, or the possession of multiple or fraudulent identity documents, making it difficult to verify the detainee's criminal or institutional confinement history.

**Evacuation drills:** Per local, state and federal laws, the facility is required to perform at least one (1) practice evacuation drill per month, per shift, for every department of the facility. These drills are not designed to inconvenience you, but rather to insure that you know where the exits are located in case of an actual danger, such as a fire, gas leak or other dangers. Fire exit diagrams are posted throughout all buildings, and are not to be tampered with.

**Access to telephone:** Telephones are provided for detainees in the housing pod dayroom. Dayroom telephones are subject to monitoring. For access to a Telecommunications Device for the Deaf (TDD), contact the Unit Manager or Case Manager, or Correctional Counselor. The Shift Supervisor should be notified if any of the pod staff are not available.

11

CCOG00019851

Exhibit 21 - Page 396

## PROCEDURES FOR TELEPHONE USE INCLUDE

1. The telephones are available daily (0500-2200), unless count is in progress or as otherwise directed (i.e. meal times, during lockdowns, etc.). Unit Management staff may place limitations of the number of telephone calls and or the time duration per call during high volume usage.

2. In case of an emergency, such as illness or death in your family, the Correctional Counselor, Case Manager or Unit Manager can assist you in making telephone calls when access to telephones would not normally be available.

3. Telephone calls to attorneys are not considered to be emergencies.

4. Business telephone: Otay Mesa Detention Center OMDC telephones are to be used for "official business only." You are permitted to receive messages for emergencies only.

5. Detainees who qualify for indigent status should see their Unit Manager, Case Manager or Correctional Counselor for assistance in making a telephone call. Qualifications for indigent status is less than $15.00 for a period of 10 days for ICE detainees only. Qualifications for USM detainees is $3.00 for a period of 30 days. Indigent detainees may request free calls that comply with the guidelines above by completing a "Request for Indigent Services" form located in your unit. Upon verification of indigent status you will be issued six (5) minute calls for a 30 day period within 24 hours.

6. Direct/Free Access Numbers – Pro-Bono Legal Service Providers and Immigration Courts/Board of Immigration Appeal numbers are posted in each housing pod. Consulate telephone numbers are available in the Unit Managers office and the detention officer's podium.

7. In order to make an unmonitored telephone call to Office of the Inspector General, OIG / CRCL, a court, a legal representative or for the purpose of obtaining legal representation, detainee must make their request in writing and submit to the Unit Management staff.

8. Detainees will not circumvent the telephone system by call forwarding, three-way calls or any other method that inhibit the phone systems ability to notify the outside party as to the origin of the call. Failure to comply with this directive may result in the involved number being blocked from receiving calls from this facility.

9. Requests for translation and interpretation services shall be provided as needed when requested. See your Unit Management staff for assistance.

## TELEPHONE INSTRUCTIONS (Attention: All Detainees)

1) On your arrival you will be given a pin number and allowed to make a free 3 minute call. This needs to be done within 24 hours upon arrival. On your first phone call, you will be prompted to record your full name and the location of the facility (Otay Mesa Detention Center ICE). You will be required to repeat your name and facility at the start of every phone call, so please remember and repeat it exactly the same each time.

2) The following are ways to deposit funds into your phone account:
   a) Family and friends can deposit via phone at (866) 348-6231.
   b) Family and Friends can deposit via the internet at: www.Talton.net
      *Rates are posted in the housing pods
   c) Funds may also be transfer from your trust account to phone time on your weekly commissary purchase

3) **3-way calls, conference calls, third party billing, and call forwarding are strictly prohibited and will be blocked! A fee will be assessed if you wish to unblock a number.**

4) Voice Mail-Each detainee has a personal voice mailbox accessible by entering the PIN number
   - When a purchase is made on behalf of detainee's phone account, the detainee will receive notification by an automated voice mail message.
   - Customer sends pre-recorded messages to detainees in response to an issue reported via 211#
   - Friends and family can also leave detainees a 3-minute voice mail message for a small fee by calling 888-516-0115

5) To report problems with the phones to a Talton Communications representative, enter your pin and press 211# and follow the following prompts:
   - Press one (1) for dropped calls
   - Press two (2) for other general phone issues
   - Press three (3) to report a voice verification error

12

- A reset will be done as long as:
    - You have not completed a call using general funds in the last 72 hours.
    - The name, facility and voice match the original recording.
  **You will be sent a voice mail, usually within 24 hours of addressing your problem**.
6) Do not tamper with or cause damage to telephone equipment.
7) Do not try to contact a victim or alleged victim of another detainee on his/her behalf.
8) Do not place calls for another detainee. **Do not allow another detainee to use your PIN.** Report all telephones not working properly to an officer.
9) Calls to clergy are recorded.
10) Released detainees with a prepaid phone balance may contact Talton Communications, Inc. at **1-866-348-6231** (Domestic) or **541-889-8900** (International) to receive a prepaid calling card equal in value to the remaining balance of the detainee's prepaid account. Instructions will be provided upon release.
11) 911 services are not allowed and do not work using the telephone equipment.
12) It is prohibited for you or a third party to place or transfer funds into another detainees phone account.

## MEDICAL INFORMATION

Access to medical and mental health care is available to all detainees. Detainees should access health care via regularly scheduled sick call. Health care staff are available seven (7) days a week, twenty-four (24) hours a day, in the event of an emergency. All detainees will receive a medical exam within the first fourteen days. The Health Services Administrator at this facility has overall responsibility for health care services, and the Clinical Director has overall responsibility for medical clinical care.

**Sick Call:** Daily sick call procedures: The detention officer will announce sick call every morning between 0500-0600 hours. If you wish to sign up for medical, dental or mental health services, sign the "Sick Call Request Log". Include your name, identification number, housing pod, cell number and the service requested (medical, dental, or mental health). The officer can assist you if you have trouble reading or writing. A registered nurse will speak with you the same day to assess your sick call request. The nurse will review your concerns with a provider and you will be scheduled for an appointment.

**Restricted/Segregation:** Detainees in restrictive / segregation may also request medical, dental, or mental health attention by contacting the pod officer and informing them of their desire to see medical staff during sick call. Sick call can also be requested during the medical rounds conducted in all pods on a daily basis.

**Medication:** Some prescribed medications will be delivered to you to be kept in your possession. Other prescribed medications will be administered to you on a dose-by-dose basis during daily *pill lines*. If your medication is delivered on the *pill line*, you must swallow all the medication in the presence of the nurse. Medical staff are forbidden to give "over the counter" medications during *pill line* if they have not been prescribed. Only *Pill Line* issues will be discussed during *Pill Line* sessions.

**Keep On Person (KOP):** "Medication Refill" forms are available in the housing pods, and must be submitted to the medical correspondence box located in the dining halls. You may request refills of medications that have already been prescribed by a provider at this facility if refills remain on that prescription. Medication that has a proscription label altered or removed is subject to confiscation. Medications that have been mixed with other medications are subject to confiscation. Possession of someone else's medication are subject to confiscation. Medications with expired prescription labels are subject to confiscation. No medications will be dispensed from the pharmacy WITHOUT a current prescription. You may request refills within 3 days prior to running out of the medication. No other requests should be entered on the Medication Refill Request form. All prescription medication must be stored in its original container with its original label. **Do not mix your medications together or they will be confiscated. ** **Detainees are required to bring all prescribed medications to medical appointments**.

13

CCOG00019853

Exhibit 21 - Page 398

**Medical Records:** You may request a copy of your medical record at any time during or after your stay by completing and submitting a Freedom of Information Act (FOIA) request from the medical department.

**Living Will:** In accordance with state and national standards, a "Living Will" form is available to any detainee wishing to complete this form. Make the request known by filling out a "Request for Assistance" form and submit to Medical or request this form at any visit to the medical clinic.

**Women's Health Services:** The following services are available and may be requested at any time through the sick call process. Medications and/or diagnostic testing will be ordered as the medical provider deems appropriate.

- STD Testing
- Family Planning Services
- Biennial mammograms and/or clinical breast exams
- Biennial pelvic exams and/or PAP testing

**Crisis Intervention Services:** Mental Health Services are available on-site through the sick call system, as well as seven (7) days a week, (24) twenty-four hours a day in the event of an emergency.

Community crisis intervention and counseling services are also available as follows:

National Suicide Prevention Lifeline
1-800-273-8255 (TALK)
Español 1-888-628-9454

National Sexual Assault Hotline
RAINN- Rape, Abuse, and Incest National Network
1-800-656-4673 (HOPE)
Center for Community Solutions
460 North Magnolia
EL Cajon, CA 92020

Program for Torture Victims
3550 Wilshire Blvd. Suite #1906 (19th Floor)
Los Angeles, CA 90010
213-384-4788
Fax: 213-465-4843
Email: Info @ptvla.org

LGBT National Help Center Hotline
1-888-843-4564
San Diego LGBT Community Center
3909 Centre Street
San Diego, CA 92103

**Medical Special Needs:** Medical Special Needs will expire upon the date indicated by the provider. When medical treatment is complete, any special adaptive devices must be returned to the medical department. You must maintain a copy to show proof to staff while in possession of a special adaptive devise.

**Medical Grievances:**

- A detainee may not submit a grievance on the behalf of another detainee.
- Detainees have the right to file medical grievances; informal and formal forms are available in every housing pod or upon request from staff.
- A detainee may obtain assistance from another detainee, facility staff, family member, legal representative or nongovernmental organization in preparing a grievance.
- A detainee can appeal the decision, if dissatisfied. Appeals must be submitted to the medical department within 5 days of the detainee receipt of the written response. A Grievance Appeal Board (GAB) will review the grievance appeal and issue a written decision to the detainee within 5 days of receipt of the grievance appeal by medical staff.
- The detainee has the option to appeal to the ICE Health Service Corp (IHSC) Regional Clinical Director (CD) or Health Services Administrator (HSA) if he/she is dissatisfied with the results of the GAB decision. Appeals to ICE Health Service Corp (IHSC) Regional staff must be filed within 5 days of the detainee receipt of the GAB decision. The Regional HSA or CD, as appropriate will review the appeal and issue a written decision to the detainee within 5 days of receiving the appeal. The Regional HSA/ CD Health Service Administrator/Clinical Director decision is to be considered final.

14

CCOG00019854

Exhibit 21 - Page 399

- ICE Detainee at any point can file a complaint directly to the Department of Homeland Security (DHS) OIG about staff misconduct, physical or sexual abuse or civil rights violations; complaints may be filed by calling the DHS OIG Hotline at 1-800-323-8603/ speed dial 518# or by writing to: Department of Homeland Security Atten: Office of the Inspector General Washington, DC 20528

**If you would like more information on the following health issues or any other health issues please contact the medical department.**

## UNDERSTANDING DIABETES
### What Is Diabetes?

Diabetes is a medical condition that occurs when your body can't use sugar (glucose) in the right way. The sugar stays in your bloodstream, which is not good.

Your body produces insulin, which is made by the pancreas. This insulin helps your body use glucose to give you energy. If you have diabetes, there is a problem with this.

### What are the 3 Types of Diabetes?

**Type 1 Diabetes** (Juvenile Diabetes or Insulin Dependent Diabetes) – Only 5-10% of diabetics have Type 1Diabetes. People with this kind of diabetes have little or no insulin in their body and most must take insulin injection shots.
**Type 2 Diabetes** (Non-Insulin Dependent Diabetes) – most people (90-95%) who have diabetes have Type 2 Diabetes. It is more common in people who are overweight and who are over 40 years of age. Women get this type of diabetes more often than men. It is also more common in those whose family members have diabetes. It is usually easier for your doctor to treat Type 2 diabetes than Type 1 Diabetes.

**Gestational Diabetes** – This type of diabetes happens in women who are pregnant. This is a temporary form of diabetes, but women who have it are more likely to get Type 2 Diabetes when they are older.

### Using Medicine Safely

When you are sick, medicines can help you get better. But medications can hurt you if you don't take them according to your doctor's instructions. Before taking any medicine, read and follow the directions on the label! There are two kinds of medicine: 1) **Over-the-Counter Medicine (also known as OTC)** and 2) **Prescription Medicine**. **Over-the-Counter Medicine** is the kind you normally buy in a pharmacy without a doctor's prescription. **Prescription Medicine** requires a doctor's prescription. Your doctor can help you learn how to take medicine safely. Medicine labels may be hard to read. Make sure you ask your doctor questions. Don't take more medicine than your doctor tells you to and don't take medication that someone else offers you. If the medication your doctor prescribes to you doesn't help, put in a **Sick Call Request** to talk with your doctor again. If a pharmacist is at your site, he/she may be available to answer questions about your medication(s).

### High Blood Pressure

You can have high blood pressure, or hypertension, and still feel just fine. That's because high blood pressure does not always cause signs of illness that you can see or feel. But high blood pressure, sometimes called "the silent killer," is a major health problem. If high blood pressure isn't controlled with lifestyle changes and medicine, it can lead to stroke, heart disease, eye problems, or kidney failure.

### What is Blood Pressure?

Blood pressure is the force of blood pushing against the walls of arteries. When the doctor measures your blood pressure, the results are given in two numbers: systolic and diastolic. A "normal" reading is a systolic pressure of less than 120 and a diastolic pressure of less than 80.

## DENTAL INFORMATION
### Sick Call

15

CCOG00019855

Exhibit 21 - Page 400

The Otay ICE Medical Facility dental clinic is established primarily for EMERGENCY dental treatment such as:
- severe tooth pain
- acute infection
- swelling
- trauma to teeth

To receive EMERGENCY DENTAL TREATMENT, sign up for sick call and explain your pain to the daily sick call provider. An appropriate referral and appointment will be made based on the information you provide. A detainee in *continuous ICE custody for more than one year* may be eligible for:
- cleanings
- fillings

These services are not offered to those in custody for less than one year. Dentures are not made or repaired. There are no crowns, bridges, root canals, braces, night-guards, teeth whitening, implants, TMJ or other oral surgery services provided to detainees.

## SERVICE INFORMATION

**Barbering service:** Detainees may receive haircuts once a month. There is no charge for this service. No special cuts are allowed that would pose a security issue or concern. Sign-up sheets are available in the gym and/ or housing area where satellite barber services are available.

**Recreational activities:** You are encouraged to participate in the leisure and recreational activities that are available daily within the dayroom and the outdoor recreation yard. Dayroom activities include numerous table games, i.e. dominoes, playing cards, chess & checkers and television viewing. Games/activity, contests and tournaments are scheduled periodically. Recreational items are used by all and are not to be stored within the detainee cell or dorm room. Leisure reading books will be located in the main library, available for check out.

Dayroom hours for recreation activities are available during waking hours, excluding emergencies, counts and meals.

All cells and dorm rooms will be cleaned, beds made before going out to the recreation yard and dayrooms.

### Gambling is a prohibited act and will result in disciplinary action.

General Population Housing Pods detainees are allowed to use the outside recreation yard up to four (4) hours per day. Detainee restroom breaks will be offered and/or upon request. For recreation times see your pod schedule.
*Detainees using the Pod recreation yard are required to follow these guidelines:*
1. Do not lean on, put feet on, or touch the wall.
2. Do not yell, comment, whistle or make remarks to others outside recreation yards.
3. No food is allowed on the recreation yard.
4. Do not hang or pull on the basketball rim/net or use the basketball for other than its intended purpose (kicking the basketball is prohibited).
5. Shirts are optional while at recreation (for males only). Females may wear tee shirts with proper under garments.
6. Shower shoes are prohibited in the recreation yard.
7. Group calisthenics are prohibited in the recreation yard, calisthenics can only be done in pairs of two. Unless organized and run by the facility staff (i.e. yoga). There is no calling cadence or leading the exercise by calling out the count.
8. Do not hang any items on the recreation wall, basketball pole or exit doors.
9. Noise level must be keep to a minimum on the recreation yard.
10. No hand signaling to others inside/outside of the recreation yards.
11. Do not block or loiter around the recreation yard windows and doors.
12. No passing anything between the recreation yards. This will also result in a disciplinary action.

16

CCOG00019856

Exhibit 21 - Page 401

13. Detainees are only allowed to come out to the recreation yards with their water bottle, radios and reading material, only (1) book. No legal material will be allowed.
14. Card playing is acceptable but only at the table.
15. Detainees are allowed to sit on the ground.
16. No writing materials allowed in the outside recreation yard.
17. No plastic chairs are allowed on the rec yard.
18. Rec yard start times are approximate based on the facility needs.
19. During inclement weather i.e. rain, outdoor recreation will be secured.

**Note:** *These rules are not all inclusive of every guideline. Additional directives may be given by staff at any time. Failure to follow any of these guidelines may result in suspension of recreation privileges.*

**Television viewing:** In each housing pod, there are usually multiple television sets. One TV will be designated for Spanish speaking channels and one will be designated for English speaking channels. The following rules apply to television viewing:

1. Television sets will be turned off during official counts, meals, cleaning of housing areas and when it is deemed necessary by staff.
2. All televisions will be turned off at 10:00 p.m.
3. Detainees will choose television programs by majority vote from those watching the TV, unless a program is being viewed and in progress. Detainees are prohibited from physically changing television channels. Channel checks must be requested to the pod officer.
4. Detainees need to use their headsets or ear buds, but must maintain a volume where they can hear directives from staff or emergencies (ie: fire alarms).
5. Noise levels in all areas must be kept to a minimum so it does not disrupt daily activities. Reasonable level of noise are determined by staff.
6. Detainees will not take blankets, pillows or linens in the day room/common area.
7. Detainees will be properly dressed while in the dayroom i.e. shirt, pants, under garments, socks and shoes.
8. Common areas will be clean and free of graffiti. Items may be removed if damaged and cannot be removed by cleaning products. (ie: furniture)

**Library services:** Leisure books are located in the main library. You are allowed to have one (1) book in your possession. The main law library is located on the northwest side of the building between the Chapel and the Gymnasium, off the main corridor and is available for legal use. A law library schedule is posted in each pod. **A sign-up sheet will be available for each pod on your scheduled day, Monday-Friday for at least 1-hour per day at the main law library.** You must be signed-up, in full uniform and ready to go at the time indicated. Do not bring any personal materials, such as books, letters or photos to the law library. If you need additional time in the law library, submit a written request to the library staff, stating the length of time needed and the reason for the request. Requests are granted on a case-by-case basis and depend on several factors. Priority will be given to detainees with an impending court date. If you find that you need legal material that is not available in the library, submit a written request to the library aide. Requests that cannot be granted by the library aide will be forwarded to ICE. Please notify the library staff/unit manager if you find any damaged, missing material or equipment to include computers, typewriters and or printer/copier. Contact Library staff if material are found out of date. The Lexis Nexis program is available for your legal work. The library rules and regulations are posted in each pod and in the main library. You are expected to follow these rules at all times.

Pod law libraries are available 0600-2200 for use throughout the day for those individuals requiring additional time. Sign-up sheet for the pod library is located in the housing pod.

Detainees who are housed in restricted / segregation pods will be visited by the library staff once per week for law library services and once per week for leisure reading materials.

17

CCOG00019857

Exhibit 21 - Page 402

Photocopying, printing services, and computer assistance is available for detainee residents through the Library Staff in the Main Library.

18

CCOG00019858

Exhibit 21 - Page 403



LEXISNEXIS
LexisNexis

**LexisNexis™ CD**
on Folio 4
**QUICK REFERENCE GUIDE**

## Starting the Program

1. In the lower-left corner of your Windows® desktop, click the **Start** button.

2. Choose **Programs** followed by **LexisNexis CD on Folio 4**.

3. On the LexisNexis CD on Folio 4 menu, choose **LexisNexis CD on Folio 4**.

   The *LexisNexis CD* application displays the Content Selector, from which you can open publications and begin working in the program.

   *Tip:* If you chose to place a program icon on your desktop during the installation process, you can also start the *LexisNexis CD* application by double-clicking the icon at step 1, above.

## Opening Publications

▶ To open a publication upon first launching the program

1. From the **Library** drop-down list in the Content Selector, choose the library containing the publication(s) that you want to open.

2. Select one or more publications by clicking the check box beside the listing for each publication that you want to open.

   *Tip:* Content Selector provides several means of helping you find and select publications. See the electronic Help or User's Guide for details.

3. Click the **Open** button.

*Main Window, All View*   Hit-navigation aids   Query-template links   Tagging button   Online links   Reference links



Menu bar
Main toolbar
View tabs
Reference pane
Query results in table of contents
Contents pane
Hit highlighting in publication content
Document pane
Hit List pane
Record entry in hit list
Hit entry in hit list
Status bar

19

CCOG00019859

Exhibit 21 - Page 404

▶ **To open a publication from within the program**

1 From the *LexisNexis CD* main window, open the Content Selector by clicking the **Content Selector** button (⊞) in the main toolbar.

> *Tip:* You can also open the Content Selector by clicking the **LexisNexis** menu and choosing **Content Selector**.

2 Follow steps 2 and 3 outlined under "To open a publication upon first launching the program," preceding.

## Using the Program in Accessibility Mode

For those users who are visually impaired, the *LexisNexis CD* application can be run in accessibility mode. Setting the program to run in this mode accommodates screen-reader software usage to the greatest extent possible.

1 From the **LexisNexis** menu choose **Accessibility Mode**.

The program displays a message indicating that switching between operating modes requires program to close and prompting you to confirm your desire to switch modes.

2 Choose **Yes** in the message.

The message and the program close.

3 Relaunch the program to begin working in the chosen mode.

## Navigating and Viewing Content from the Table of Contents

1 Expand or collapse the table of contents hierarchy until the entry for the desired content is displayed.

2 Display the desired content in the Document pane by double-clicking the corresponding entry in the table of contents.

## Running a Search Using the Advanced Query Window

1 Open one or more publications that you want to search (see "Opening Publications" earlier in this guide).

> *Tip:* If you are planning to search only one publication, you can elect to limit your search to only selected divisions of that publication. To do so, you must indicate those divisions in the table of contents before opening the Advanced Query window.

2 Open the Advanced Query window by clicking the **Advanced Query** button (⊞) in the toolbar.

3 In the **Query For** field, type your query.

> *Note:* For additional information on formulating a query, please refer to the electronic Help or User's Guide.

4 Apply your search as appropriate:
   • If you are searching only the active publication, click the **OK** button.
     **OR**
   • If you are searching all open publications, click the **Apply to All** button.

> *Note:* For information on viewing search results, see the electronic Help or User's Guide.

## Running a Search Using a Query Template

1 Open the publication that you want to search (see "Opening Publications" earlier in this guide).

> *Tip:* You can elect to limit your search to only selected divisions of a publication. To do so, you must indicate those divisions in the table of contents before opening the query template.

20

CCOG00019860

Exhibit 21 - Page 405

2  Open the desired query template by either clicking the **Search** menu and choosing the corresponding name from the bottom of the menu.

3  In the desired query input field(s), type your query.

> **Note:** For additional information on formulating a query, please refer to the electronic Help or User's Guide.

4  Activate the search by clicking the **OK** button.

> **Note:** For information on viewing search results, see the electronic Help or User's Guide.

## Navigating Search Results

The *LexisNexis CD* application provides the following navigation aids to assist you in viewing search results:

- ▶▶ (Next Hit) — Moves the focus to the hit that immediately follows the currently highlighted hit in the currently displayed record.

- ◀◀ (Previous Hit) — Moves the focus to the hit that immediately precedes the currently highlighted hit in the currently displayed record.

- ▶▶ (Next Record Hit) — Moves the focus to the beginning of the first record that follows the currently displayed record and contains hits.

- ◀◀ (Previous Record Hit) — Moves the focus to the beginning of the first record that precedes the currently displayed record and contains hits.

## Checking a Citation

> **Note:** To take advantage of this feature, you must subscribe to the *Shepard's®* Citations Service.

1  In the main window, click the **Check a Citation** button ( Check a Citation ▶ ).
The Check a Citation dialog box opens.

2  In the text field, type the citation for a case.

3  Click the corresponding radio button to indicate the type of report that you want to receive (i.e., **SHEPARD'S® for Validation** or **SHEPARD'S® for Research**).

4  Click the **Check** button.
Your browser opens to the *lexis.com®* Sign On page.

> **Note:** If you previously set the *lexis.com* service to remember your sign-on information, your browser opens to the *Shepard's* Citations Service, where the results of your citation check are displayed without additional steps.

5  In the *lexis.com* Sign On dialog, type your **LexisNexis®** or **Custom ID** and your **Password** in the corresponding fields.

6  Click **Sign On**.
The results of your citation check are displayed in the browser window.

## Running a Search of Updated Case Content on the *lexis.com* service

1  After running a search of a case collection using the *LexisNexis CD* application, click the **LexisNexis** menu and choose **Case Update**.
Your browser opens to the *lexis.com* Sign On page.

> **Note:** If you previously set the *lexis.com* service to remember your sign-on information, your browser opens to the Enter Search Terms page on the service. Proceed to step 4.

2  In the *lexis.com* Sign On dialog, type your **LexisNexis®** or **Custom ID** and your **Password** in the corresponding fields.

3  Click **Sign On**.
The *lexis.com* service opens to the Enter Search Terms page, where your translated query is displayed.

4  On the Enter Search Terms page, click the **Search** button.
Your search results are displayed in the browser window.

CCOG00019861

Exhibit 21 - Page 406

## Accessing Primary and Secondary Source Material on the *lexis.com* service

> *Note:* To take advantage of this feature, you must subscribe to the *lexis.com* service.

1  In the string of command buttons located in the upper-right portion of the *LexisNexis* CD main window, click *lexis.com®*.

   Your browser opens to the *lexis.com* Sign On page.

   > *Note:* If you have previously set the *lexis.com* service to remember your sign-on information, your browser opens to the *lexis.com* home page. Proceed to step 4.

2  In the *lexis.com* Sign On dialog, type your **LexisNexis®** or **Custom ID** and your **Password** in the corresponding fields.

3  Click **Sign On**.

4  Navigate the *lexis.com* service using the procedures that you normally follow.

## Exporting Content

> *IMPORTANT!* Exporting of content is subject to Terms and Conditions.

1  After opening the publication from which you want to export (see "Opening Publications" earlier in this guide), select or tag the desired content in the Document pane or select levels in the table of contents for the content that you want to export.

2  Open the Export dialog box by clicking the **File** menu and choosing **Export**.

3  In the corresponding areas of the Export dialog box, navigate to the destination drive and directory; provide a **File Name**; and indicate the **Save as Type** for the exported file.

4  In the **Export Range** field, choose applicable export range (e.g., **Selected Records**, **Checked Branches**, or **Tagged Records**).

5  Click the **Export** button.

## Printing Content

1  After opening the publication from which you want to print (see "Opening Publications" earlier in this guide), open the Print dialog box by clicking the **Print** button ( 🖨️ ) in the toolbar.

   > *Tip:* You can also open the Print dialog box by pressing **CTRL+P** or clicking the **File** menu and choosing **Print**.

2  Click the tab corresponding to the category of content that you want to print (i.e., **Print Document**, **Print Contents**, or **Print Hitlist**).

3  Indicate the scope of material to print (e.g., **Selection**, **Records**, or **Branch**).

4  Set additional print options, as desired, then click **OK**.

## Contacting Technical Support

Technical Support is available 24 hours a day, 7 days a week. When calling for technical assistance, please be at the computer on which the program is running, and please have your account number ready.

<div align="center">

**1-800-223-5297** *(U.S. and Canada)*

**1-937-859-5398** *(International)*



# LexisNexis®

*powered by*
**:::fast** *Folio®*

</div>

LexisNexis, the Knowledge Burst logo, *lexis.com* and *Shepard's* are registered trademarks of Reed Elsevier Properties Inc., used under license. Collier on Bankruptcy is a registered trademark of Matthew Bender & Company, Inc. Microsoft and Windows are registered trademarks of Microsoft Corporation. Folio is a registered trademark of Fast Search & Transfer ASA. Other products and services may be trademarks or registered trademarks of their respective companies.

© 2007 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Interface Controls & Indexing and Retrieval Engine Copyright © 2006 Fast Search & Transfer ASA. All rights reserved. Contains security software from RSA Data Security, Inc. Copyright © 1998 RSA Data Security, Inc. All rights reserved. ImageStream® Graphics Filters Copyright © 1991-1999 Inso Corporation. All rights reserved.

*4/18/2007, DMF*

CCOG00019862

Exhibit 21 - Page 407

## GROUP PRESENTATIONS ON LEGAL RIGHTS

When group presentations on legal rights are scheduled, detainees will be notified and afforded an opportunity to sign up to attend at least forty-eight hours before a scheduled presentation takes place. Informational posters will be displayed in the housing pods. Detainees planning to attend must sign up with Unit Management staff. Presentations are open to all detainees, regardless of the presenter's audience, except when a particular detainee's attendance would pose a security risk. If a detainee in segregation cannot attend for this reason, and both he/she and the presenter(s) so request, alternative arrangements shall be made.

## LEGAL ORIENTATION PROGRAM (LOP)

The LOP Legal Orientation Program informs immigrant detainees about their rights, immigration court, and detention process. If you would like to attend a legal rights presentation, sign up in your pod on the form provided. The list will be forward to the Court Supervisor. LOP staff will generate a call out list for orientation sessions. One presentation is held each Monday, Tuesday, Thursday and Friday beginning at 9:00 a.m. Please bring your Notice to Appear and any other immigration and/or criminal documents to the presentation.

## MARRIAGE REQUESTS

The request must specifically address that the detainee is legally eligible to be married in the state where the detainee is being held and must also be accompanied by the intended spouse's written affirmation of intent to marry the detainee. Request for marriage must be submitted through the Chaplain's office.

## COMMISSARY SERVICE

One (1) time per week detainees may fill out commissary order through the C-ORES Kiosk provided in the dayroom. A pin will be issued through intake, instruction are posted in the pod bulletin board. For those housed in Segregation and Medical, a standard commissary form will be filled out. Once the detainee signs accepting the order their account is automatically charged.

Detainees will be allowed to purchase and have in their possession only (1) radio from commissary, (1) CORECIVIC radio for television listening, (1) MP3 Player, (1) pair of shoes, (2) Bowls, (2) Sweatshirt, (2) Shorts, (1) plastic cup, (1) Spork, and a total of (5) socks will be allowed to include issued socks.

The detainee's signature verifies receipt of items ordered and received. If you have any questions, please ask when your items are delivered to you. Once you sign the receipt, you are responsible for your order. Any missing items should be reported immediately to any commissary staff before opening your bag. The maximum amount allowed to spend is $80.00 per week. Sweatshirts, shoes, thumb drives, radios, stamps, MP3 / music downloads and phone time are not part of your spending limit.

C-Mail is available for USMS Detainees only and are not part of your spending limit. There are fees associated with using this program. See the posted rates on the pod commissary board. All C-mails are monitored by facility staff prior to receipt or delivery to the intended recipient. Electronic requests to staff are also available to USMS detainees. Correspondence which is intended to be confidential or privileged, such as correspondence between a detainee/inmate and his /her attorney, should never be sent via the C-Cores System as C-Mail will be monitored and read regardless of the identities and relationship of the correspondence.

Postage stamps can be purchased through commissary services. See pod bulletin board for postage rates

## DEPOSITS TO TRUST FUND ACCOUNT

U.S. Money Orders and U.S. Treasury Checks must be mailed to the lockbox. Also available is Western Union transactions and will be credited to your account normally within the next business day from receipt. Cashier's checks will be held for ten (10) days. Money orders from a foreign country, personal checks and business checks **will not** be accepted through the mail and will be returned to sender. Procedures and addresses for the lockbox

23

CCOG00019863

Exhibit 21 - Page 408

and Western Union are posted in the pods. Ensure to use your commissary number on Western Union and mail when sending to the lockbox.

Sample Letter:
Dear Family and Friends:
This facility where I reside does not accept money at visitation or through the mail at the facility. Instead please follow the instructions below to send money to me.

Money orders and cashier's checks sent through the mail will be processed through a bank center near Atlanta, GA. This approach allows funds to be deposited to the detainee's account faster, but it requires the sender to follow the specific instructions outlined below:

1. Obtain money order and/or cashier's checks made payable to the detainee. Personal checks and cash are not accepted.
2. Mail money orders and/or cashier's checks in an envelope addressed and return addressed exactly like the sample below. If any of the information on the envelope is missing, funds may be delayed being deposited to the detainee's account. Do not write too close to the bottom of the envelope as this may cause a delay at the post office.

First & Last Name                                    Place
Return Address                                       Stamp
                                                     Here

            CORECIVIC Detainee Trust Account
            Detainee First and Last Name, Detainee Number_____
            Facility: Otay Mesa Detention Center
            PO Box 933488
            Atlanta, GA 31193-3488

3. Do not include any correspondence such as letters, cards, pictures, or packages with a money order or cashier's check. Nothing sent to this address will be forwarded to the detainee or returned to the sender. All other correspondence should continue to be sent to the facility address. Money orders and cashier's checks sent to this facility will be returned to the sender.
4. Unless approved by the Warden/Administrator, detainees / residents are not authorized to receive or deposit funds from /to the following individuals:
             a.    Other incarcerated detainees/ residents;
             b.    Families or visitors of other incarcerated residents;
             c.    Ex-residents or their families;
             d.    Employees or their families; and
             e.    Unidentifiable sources.
This policy does not affect your ability to send funds through Western Union. Western Union is the fastest way for the detainee to receive funds.

**Trust fund withdrawals:** You may request to have funds withdrawn from your detainee trust fund account by requesting a Release of Funds Form from your pod staff. This form authorizes the business office to withdraw funds from your account and send them to an approved designated addressee, to include legal services. Your request form should be completed and turned in to your Unit Manager or Counselor with a stamped and addressed envelope. Withdrawals of this type are completed on a daily basis or as submitted. No money transfers are allowed to other detainees, unless proven immediate family relationship.

## DIRECTIONS TO THE FACILITY
The OMDC Otay Mesa Detention Center is located approximately 4 miles from the Otay Mesa U.S./Mexico border crossing. It is reachable by taking the 905 freeway east (approx. 5-6 miles) exiting left on La Media to Otay Mesa Road and take a right. Follow the road to the stop sign (Alta Road) then turn left. Turn right on Calzada de la Fuente. The facility is located at 7488 Calzada de la Fuente, San Diego, CA. 92158

24

CCOG00019864

Exhibit 21 - Page 409

At this time, the Metropolitan Transit System (MTS) does not provide service directly to the (OMDC) Otay Mesa Detention Facility. The Metropolitan Transit System offers service to the 905 Highway. From the MTS Bus Stop on the 905 Highway, Taxi Cab service may be utilized as an alternative transportation.

## VISITATION INFORMATION (Family and Friends)
At any time, the maximum amount of visitors for any detainee is four (4) including children; excluding legal visits. All visitors must be checked-in with the lobby 45 min prior to the scheduled visit.

**Visitation Schedule:** refer to the pod bulletin board for your visitation schedule for Non-Contact and Contact visits.

*Non-contact* visiting is permitted according to posted pod schedule. Non-contact video visitation per scheduled visitation session is available not to exceed one (1) hour (see your posted schedule).

*Contact visitation* is available only for ICE detainees, Saturdays or Sundays and Federal Holidays. Visit are for no less than one (1) hour and no more than two (2) hours. Detainees receiving contact visits shall be given a thorough pat-down search prior to entering the visiting room. Upon exiting, searches of detainees shall be conducted in accordance with policy and procedures, which will include a strip search after contact visits, excluding legal visits. Detainees have the option to choose non-contact video visitation instead. Visitors must be pre –approved through ICE background clearance prior to the actual visit.

*Special contact visitation* may only be approved by the Chief of Security, Assistant Warden or Warden.

US Marshal approved special contact visits will take place on Friday's 1000-1100.

NOTE: When compelling circumstances or individual needs warrant, special consideration will be given on a case by case basis, as authorized by the facility administrator to extend or accommodate any unforeseen circumstances.

### In House Visitation Procedures
*ICE Detainee housed at this facility may visit another Detainee housed within this facility may visit, once it has been verified by Immigration and Custom Enforcement that the individuals are immediate family member. Visits will occur Saturdays Sundays and Federal Holidays.* Detainees receiving contact visits shall be given a thorough pat-down search prior to entering the visiting room. Upon exiting, searches of detainees shall be conducted in accordance with policy and procedures, which may include a strip search after contact visits, excluding legal visits. Detainees have the option to choose non-contact video visitation instead.

It is the detainee's responsibility to complete a visiting list and provide it to his/her Counselor prior to the visit. Detainees will not be allowed visitors until the list is received by the Unit Manager. Detainees will only be allowed to visit those individuals on his/her visitation list. Visitation forms must be filled out complete providing all information. Visitation can be updated through your Unit Manager, as needed.

### Identification of visitors:
All visitors over the age of 16 will be required to show proper photo identification. If your visitor(s) bring children 16 years of age or under they are expected to remain under the direct supervision of the adult visitor(s) so they will not disturb others who have visitor(s). Visitors unable to identify themselves properly will not be permitted to visit. Proper ID includes driver's license, military id, passports, photo visa, etc. Additional documentation may be required at the Unit Manager's request before a visit is approved.

All visitors will be subject to screening by the metal detector. Any visitor who cannot pass the metal detector will not be allowed to enter the institution.

### Dress Code for Visitation:
Any visitors who arrive at this facility with inappropriate attire such as "see-through" clothing, dresses, skirts, or shorts more than three (3) inches above the knee, will be denied entry. Minor children (under the age of twelve)

25

CCOG00019865

Exhibit 21 - Page 410

are permitted to wear shorts. Military clothing, spandex or tank tops/halter tops are not allowed. It is the detainee's responsibility to inform their family members of the visitation rules.

Detainees are required to wear a complete uniform and be neatly dressed. Detainees are not permitted to wear white uniforms, or shower shoes in the visiting room. The only authorized items allowed in the visiting room are one authorized religious medal and a wedding band.

**Visitation Conduct:**
Prior to entering the visiting room, all detainees are subject to a pat search.

Visitors are not allowed to bring folding money to visitation and may bring up to twenty dollars ($20.00) in change, but no bills are allowed. Visitors will be issued a table and wait for the detainee to arrive. Visitors and detainees must be seated across from one another, hand holding is allowed however all hands must remain on the top of the table to prevent contraband exchange.

Small children may be seated on the resident's lap during the visit. Children may not wander around the visiting room or be left unattended. If parents cannot or will not supervise their children, the visit will be terminated. Detainees and visitors are to remain at their assigned seating and are not to wander or visit with other detainees or their visitors.

No detainee or visitor will be permitted to engage in such actions or conduct which will disturb or otherwise disrupt the good order of the visiting room. The visiting room officer will issue a warning for violations of this rule, and repeated offenses will result in visit termination and possible disciplinary action, including suspension of visitation privileges for the detainee or visitor. Sitting on the tables is not permitted. Visitors are not permitted to leave anything at the facility for any detainee.

**Physical Touching:**
Handshaking, embracing and kissing on the check are permitted only at the beginning and end of the visit. However, staff may limit physical contact to minimize opportunities for contraband introduction and to maintain the orderly operation of the visiting area.

Clergy may be placed on your visiting list for approval by your Unit Manager, Case Manager or Correctional Counselor. Contact the Chaplain to request approval for special clergy visits.

## ATTORNEY VISITATION
Attorney visits shall be permitted between the hours of 8:15 a.m. and 9:30 p.m. daily.

**Legal material:**
During attorney visits, legal material will be allowed in the visiting area. A minimal amount of legal material may be transferred during attorney visits, once approved by the Shift Supervisor. Attorneys should utilize the institution's legal mail procedures and the US mail system to deliver their documents when possible. Any legal materials given to an detainee during a visit will be searched in the presence of the detainee for contraband, but will not be read by staff.

**Legal material:**
Legal material in your living space must be of your current case. Hard copies must be stored in your personal property box. Materials which constitute a fire hazard, trip hazard or excess material will be stored in your seized property in Receiving and Discharge.

**Attorney phone calls:**
In order to make an unmonitored phone call to an attorney, the detainee must arrange the call in advance with his/her Case Manager, Correctional Counselor or Unit Manager during business hours. Phone calls placed through

26

CCOG00019866

Exhibit 21 - Page 411

the regular detainee phones are subject to monitoring. Attorneys can leave you a voice message through your phone account.

**Legal information:**
A list of pro-bono organizations is posted on the bulletin boards inside the pods. Group legal rights presentations will be offered upon request. Legal Orientation Program is available through a Request for Assistance form submitted to your Unit Manager. "Refugee Rights: Know Your Rights" is available through the library computers in the pods or the main library to be viewed at your leisure in both English and Spanish.

## HYGIENE INFORMATION
### Personal hygiene:
Because you will be living in a room/dorm with another person(s), personal hygiene is essential. You are expected to bathe regularly and to keep your hair clean. Housing pod lights are turned on at approximately 5:00 a.m. each morning to give you an opportunity to wash up for breakfast.

### Living conditions:
Detainees are required to keep their beds and assigned living areas clean at all times. Keep your personal items stored in your assigned property box. All detainees are responsible for care of their living quarters. If there is something broken in your room, report it to the pod officer immediately. Detainees are responsible to keep their room free of contraband. An excuse that "it was here when I moved in" or "I didn't know it was in my room" is not an acceptable defense against disciplinary action.

Tampering with the vents, smoke detectors and fire sprinklers is prohibited. If malicious damage is discovered, the responsible person will be subject to disciplinary action and repair costs may be recommended as a sanction by the disciplinary hearing officer. **Detainees are not permitted to be in any cell or dorm room but their own.**

Food items that are left open create a health hazard. These items must be properly sealed at all times. Items not stored in original containers are consider contraband. Empty jars / containers may not be used as drinking containers and are to be thrown away.

## CLOTHING / LINEN EXCHANGE
Schedules are posted in all housing pod bulletin boards. Laundry loops are issued Monday – Friday in accordance with the laundry schedule. Laundry loops are issued and returned daily. Loops are prohibited in any cell. Detainees are not permitted to wash clothing, bedding, linens, tennis shoes, or other items in the living pod to include dayrooms, dorm rooms and cells. All facility issue items will be stored or hung on the approved hooks in the cell. At no time are items to be hung from beds, lighting fixtures, vents or furniture.

## CLOTHING
The basic uniform for detainees shall be distinctive in appearance as to identify the detainee according to his/her security level. In ICE and contract facilities, the basic uniform is Blue, Red and Orange.
1. Blue: uniforms and ID card – Level 1 detainees
2. Orange: uniforms and ID card – Level 2 detainees
3. Red: uniforms and ID card – Level 3 detainees
4. White: uniform for kitchen workers only
5. Brown: uniforms and ID card – Level 3 USM detainees
6. Green: uniforms and ID card – Level 3 USM detainees
7. Yellow: uniforms – Restricted /Segregation Unit Management detainees

## DETAINEE DRESS CODE/GROOMING STANDARDS
Detainees are required to comply with the dress code and grooming standards. Poor hygiene, poor sanitation and not wearing proper clothing and footwear can cause potential conflict with others. Failure to comply with the dress code and grooming standards will require staff intervention to correct the situation.

27

CCOG00019867

Exhibit 21 - Page 412

**All issued clothing shall be worn, as specified in the following prescribed instructions:**

Clothing must be clean, untorn and unaltered. ID cards must be worn and visible at all times and not be tampered with or removed. Any altered or broken ID will be replaced at the cost of the detainee. Detainees cannot be in the possession of another Detainee's I.D. card for any reason. Detainees in the allowed areas with a T-shirt on that has the sleeves torn off. The T-shirt will be taken, a disciplinary report will be written, and you will be charged the monitory amount for the shirt

In Pod:

- Starting at 0500 hours detainees will be allowed to wear the T-shirt or sweat shirt in the pod or recreation yard. This will continue until the lockdown at night. Wearing of T-shirts will only be allowed in the housing pod and recreation yards.
- Pants/Shorts, white t-shirts, undergarments, socks and shoes must be worn, at a minimum, at all times when not in your cell/dorm room.
- Detainees may not be in a complete state of undress, other than while taking a shower. Sleeping in the nude is not allowed.
- Pants must be pulled up around the waist (no sagging). Pants are not authorized to be tucked into socks.
- Undergarments (underwear) may be worn without outer garments only while inside the sleeping quarters.
- Detainees who are issued a bra must wear it when only wearing a T-shirt.
- Shoes will be worn at all times when outside your cell/dorm. Shower shoes are only authorized when going to and from the shower.

Outside the Pod:

1. Detainees will wear a complete uniform (shirt, pants, T-shirt, underwear, socks, and shoes) at all times outside the pod.
2. Your shirt must be tucked into the pants when exiting your housing pod. Your pants must not be tucked into your socks.

Gym and/or Soccer Field

- Detainee's participating in gym and/or soccer field recreation must wear a complete uniform to and from recreation area. Shorts must be worn underneath pants.
- Upon arriving to designated area, uniform shirts and pants will be allowed to be removed.

Off-Site Transportation

- Courts- only 1-set of clothing, no double clothing items (i.e. under pants and boxers are prohibited). Sweatshirts are authorized however, they must remain on. Elastic hair ties are prohibited and will not be authorized.
- Medical appointments- 1-set of clothing, no double clothing items (i.e. under pants and boxers are prohibited). Sweatshirts are prohibited and must be left in the housing pod.

Detainees will not wear caps, hats or headgear, except religious and work details. Religious headwear must be approved by the Chief of Security and the Chaplain and worn appropriately at all times
Head covers are prohibited in the dayroom. (ie: doo-rags, hair nets)
Facility issued jackets or sweaters purchased from the commissary are only authorized to be worn in the housing pod, the dining hall and during outdoor recreation. All other areas of the facility are prohibited.

28

CCOG00019868

Exhibit 21 - Page 413

Facility issue shoes shall be exchanged on a one-for- one basis as they wear out.

## GROOMING

1. Ordinarily, detainees may wear any hair style (nothing extreme) with the following exception: **Food Service workers:** For safety and hygiene reasons, food service workers and workers operating machinery will keep their hair neat, clean and in a style where hair will not cover any portion of the ear, not touching the shirt collar, not covering any portion of the eyebrows. Moderate "natural" type haircuts are permitted if they qualify within the limits as stated above, provided that the style does not interfere with the safety and hygiene requirements. Hairnets are required while preparing or serving food.
2. Ordinarily, facial hair may be grown without restriction. Food service workers will be required to wear a Face/Nose guard while involved in the preparation or serving of food.
3. Fingernail length for all detainees will not exceed 1/8 inch past the fingertip.
4. Body piercings are prohibited. No foreign objects will be inserted into the body.

## CORRESPONDENCE INFORMATION

### YOUR MAILING ADDRESS WHILE AT THIS FACILITY IS:
Your Name: _____
Your "A"# / Register #: _____
Otay Mesa Detention Center
P.O. Box 439049
San Diego, CA 92143-9049
Pod: _____

Advise all correspondents to provide the full address on all of your correspondence. Your A# or registration number must be noted on all incoming mail. The full address must also appear on all your outgoing correspondence as a return address.

Detainees may not write to other detainees within the Otay Mesa Detention Center without written approval of the Warden. Out-going mail, grievances, request for assistance, ICE requests and any other institutional correspondence can be placed in the drop boxes located in the dining halls for general population. Drop boxes for segregation and medical are located in their respective pods. All correspondence can be dropped off when going to the dining halls for meals. Collection times will be approximately 0700 hours Monday through Friday, excluding weekends and holidays.

### Incoming general mail:
1. General correspondence and other mail addressed to detainees will be opened and inspected in the detainee's presence, unless the facility administrator authorizes inspection without the detainee's presence for security reasons. Detainee mail will be inspected and searched without detainee presence prior to the detainee receiving general correspondence.
2. If the contraband is a violation of the law, it may be referred for investigation/prosecution.
3. Mail containing oily stains, discolorations, crystallization, excessive wrapping/tape/string is prohibited and will be returned to sender.
4. Incoming photos are not to exceed in size of 5x7. (No Polaroid or laminated pictures)
5. Mail containing stickers or greeting cards larger than 8 X 10 and or containing electronic or other non-paper parts are prohibited.
6. Newspapers and publications must be sent directly from the publisher with prior approval, and will be inspected in the mailroom prior to distribution.
7. Mail will be processed and delivered within twenty-four (24) hours of receipt excluding weekends and holidays.

29

CCOG00019869

Exhibit 21 - Page 414

8.    Soft cover books may be received at a limit five (5) per month. Books must come directly from the publisher or a bookstore, with prior approval.

## CONTRABAND

Contraband includes material prohibited by law or regulation, or material that can reasonably be expected to cause physical injury or adversely affect the security, safety, or good order of the facility.  Any item in your possession that is considered contraband will be confiscated and removed from your possession.  Some types of contraband can be mailed to a third party, or stored with the detainee's property. (If a detainee chooses not to provide an appropriate mailing address within thirty (30) days, or is unable to pay the postage, the facility administrator, after ICE/ERO concurrence, and after providing the detainee with written notice of intent to destroy the property along with information on how to retain the property in question.)  Refer to the Allowable Personal property list at the back of the handbook

Items, which are considered to be a detriment to the safety and orderly operation of the facility, are prohibited.

## PROHIBITED CORRESPONDENCE

- Plans to escape
- Plans for criminal activities
- Plans to introduce contraband into or out of the facility
- Plans for activities in violation of facility rules
- Threats to the safety and security of facility order, discipline, or rehabilitation
- Information which, if communicated, would create a clear and present danger of violence and physical harm to a human being
- Letters or materials written in code or a foreign language when the resident understands English
- Correspondence which attempts to forward unauthorized correspondence to a third party
- Obscene material
- Correspondence which encourages deviate sexual behavior which is criminal, in violation of facility rules, detrimental to the rehabilitation of residents or determined by the Warden or designee to be detrimental to the safety and security of the facility (these materials include, but are not limited to: pictures, drawings, or photographs which display or suggest vaginal, rectal, or oral penetration by a person or object, ejaculation, bestiality, sadistic or masochistic behaviors, child pornography, or the suggestion of child pornography).
- Correspondence which may enable one (1) or more detainees/ residents to ascertain the time(s), date(s), and/or location(s) of upcoming off-site appointments or transports
- Personal identifying information (e.g. birth certificate, social security number, driver's license number, etc.) of individuals other than the resident's and his/her immediate family
- Suspicious correspondence (oily stains, discoloration, crystallization, excessive wrapping/tape/string, deformed packaging, etc.)
- Other correspondence for which rejection is reasonably related to a legitimate penalogical interest. Any dangerous drug, narcotic drug, marijuana, intoxicating liquor of any kind, deadly weapons,  dangerous instruments, explosives or any other article that, if used or possessed, would endanger the preservation of order in the facility
- Any item which could be used to disguise or alter the appearance of a detainee
- Any article of clothing or item for personal use or consumption which has not been cleared first through the Facility Administrator or designee, or purchased by the detainee from the commissary
- Cameras, video, audio, or related equipment that can be used to make unauthorized photographs or audio, or audio/video recordings of detainees, staff, or government property
- Envelopes, stamps and blank writing paper received through incoming mail

30

CCOG00019870

Exhibit 21 - Page 415

- Any contraband, but is not limited to nuisance items that do not pose a direct and or immediate threat to safety but have the potential to create dangerous or unsanitary conditions in the facility

**Facility Disposition for Prohibited Correspondence is:**

☐ Returned to Sender        ☐ Referred for Disciplinary Proceedings

☐ Retained for Further Investigation        ☐ Forwarded to Law Enforcement Officials

When a Prohibited Correspondence form is issued by the mail room detainee has 24 hours to respond.

**Outgoing general mail:**

A mailbox is located in the main dining halls, segregation and medical.

1. All mail must have Detainee's full name, A number and return address (facility address).

    **Example:**   Your name_____
                   Your A#/Register #_____
                   Otay Mesa Detention Center
                   PO Box 439049
                   San Diego, CA  92143-9049
                   Pod _____

2. ICE detainees all outgoing mail must be sealed.
3. US Marshal Service detainee's out going correspondence will be screened for contraband.  Mail must be unsealed and the flap folded inside when dropping it into the receptacle.

**Special correspondence:**

"Special mail" means correspondence directed to or received from any of the following persons:

| | |
|---|---|
| The President and Vice President of the USA | Parole, State Legislature, State Courts, and State Probation |
| Secretaries of the Army, Navy, and Air Force | Officers of other Federal and State Law Enforcement Offices |
| US Courts (including Probation Offices) | Personal Attorneys and Representatives of the News Media |
| Director of the Attorney-General | US Public Health Services |
| State Attorney General and Prosecuting Attorneys | Director of State Departments of Corrections, State |
| Members of Congress | State Governors |
| The US Department of Justice | Embassies and Consulates |

Properly identified "special mail" will only be opened and inspected for contraband, but not read by staff in the presence of the detainee.

- The sender must be adequately identified.  The envelope is to be marked *"special/legal mail—open only in the presence of the detainee"*.
- Mail from the chambers of the judge and from members of the US Congress, which is clearly identified, will not require special mail marking.
- It is the detainee's responsibility to advise their attorney of the proper procedure for identifying attorney/client correspondence.
- The pod staff is responsible for pick up from the mailroom and delivery of special/legal mail.
- Outgoing Special Correspondence will be sealed in the housing unit prior to being dropped in the outgoing mail for ICE and USMS detainees.

**Restricted mail:**

Detainees may be placed on restricted correspondence, for security reasons.

## POSTAGE ALLOWANCE FOR INDIGENT STATUS

Writing material, pencils and pre-stamped as "indigent" envelopes will be provided to indigent detainees to mail a reasonable amount of mail each week, including at least seven (1 oz) pieces of special correspondence and three

31

CCOG00019871

Exhibit 21 - Page 416

(1oz) pieces of general correspondence. To qualify for indigent status, you should have less than $15.00 for ICE detainees or $3.00 for USM detainees in your account for thirty 30 days. It is your responsibility to re-submit a request for indigent status every thirty (30) days. Indigent out-going mail must be clearly identified by the pre-stamped "Indigent" envelope for processing. If you require writing implements, paper and envelopes see your pod team.

## RETURNED MAIL

All returned mail and packages will be opened and inspected to prevent the introduction of contraband. **This includes legal mail.**

### Incoming Packages:

1. Detainees are not allowed to receive packages, except ICE detainees. Release clothing may be sent as approved by the Unit Manager and ICE. If approved, the release clothing will be sent within thirty (30) days of release/deportation. The contents of the package will be inventoried and a copy of the inventory given to the detainee and the original copy placed with the property in storage. Contents of the package will not be given to the detainee prior to release under any circumstances.
2. Packages will be checked to ensure that they contain only the items authorized by the Unit Manager.
3. **Packages that contain unauthorized materials will be returned to the sender in its entirety.**
4. Packages not approved in advance will be sent back.
5. After approval to receive books is given on a package authorization form by the Unit Manager; only soft cover books from a bookstore or an <u>authorized</u> publisher are approved. The address of the publisher must be provided on the form.

## OUTGOING PACKAGES

Mailing packages out of the facility may occur as follows:

1. Hobby/craft materials, etc. will be mailed at the detainee's expense during special events that will be posted in advance.
2. Personal items will also be mailed at the detainee's expense, as approved by the Unit Manager.
3. Any outgoing packages will be packaged and sealed in the presence of the Unit Management staff.
4. The Unit Manager, Case Manager or Correctional Counselor will deliver the package to the mailroom.

## CERTIFIED MAIL

Certified mail services, at the detainee's expense, may be requested through your Correctional Counselor, Case Manager or Unit Manager.

**Copies of legal materials:** In accordance with institution procedures, detainees may copy <u>approved</u> materials necessary for their legal matters.

## REQUEST FOR ASSISTANCE

The detainee Request for Assistance Form is used to make a written request to a staff member. Any type of request can be made on this form. Request forms may be obtained from the housing staff. Staff members who receive a request will answer the request in a reasonable period of time. The answer will be written on the bottom of the request form.

## GRIEVANCE INFORMATION

The expectation is that to the greatest extent possible, staff and detainees will mutually resolve most complaints and grievances <u>orally and informally</u> during their daily interaction. Detainees have the right to file a formal grievance utilizing the forms available in all the housing pods. Staff shall provide the forms at the request of the detainee. A detainee may file a formal grievance at anytime during, after, or in lieu of lodging an informal complaint.

32

CCOG00019872

Exhibit 21 - Page 417

1. Grievances must be filed within a reasonable amount of time (generally 7 days) of the alleged incident. The grievance can cover a single complaint, or a cluster of closely related issues.
2. A detainee may not submit a grievance on the behalf of another detainee or grieve for another detainee.
3. Grievances are to be placed in the correspondence boxes located in dining halls or in medical/segregation for those not living in general population. Detainees are encouraged to keep the pink copy for reference. Grievances will be picked up from the correspondence drop boxes Monday through Friday, excluding weekends and holidays.
4. All grievances must be signed and dated by the detainee filing the grievance.
5. A detainee may obtain assistance from another detainee in the same housing pod, the housing officer, or other facility staff, family members, legal representatives and non-governmental organizations in preparing a grievance. Assistance for detainees with impairments or disabilities is available through interpretation / translation services for detainees with limited English proficiency (LEP) and assistance for detainees with limited literacy.
6. No detainee will be harassed, disciplined, or otherwise retaliated against for filing a complaint or grievance.
7. Detainees are prohibited in participating in group petitions
8. Sensitive/Emergency grievances involve an immediate threat to the detainee's health, safety, welfare. The detainees will present his or her emergency /sensitive grievance directly to the shift supervisor.
   - If the shift supervisor concurs that the grievance represents an emergency, it shall receive the immediate attention of the facility administrator and or administrative duty officer. If the matter is resolved at the shift level, the supervisor involved shall prepare a report for the facility administrator, or designee, describing the problem and its resolution. Emergency grievances not resolved at the shift level shall be sent up the chain of command in a timely manner until the matter is resolved.
9. Within the facility's grievance system, the decision of the facility administrator (or designee) is final and cannot be further appealed, except ICE detainees may appeal to directly to ICE/ERO. Depending on the nature of the grievance, however, the facility administrator may choose to forward the grievance file to the Field Office Director for notification and review.

10. **NON-GRIEVABLE ISSUES**
    - State and Federal court decisions;
    - State and Federal laws and regulations;
    - Final decisions on grievances;
    - Contracting agency (ICE, state department of corrections, etc.) policies, procedures, decisions, or matters (i.e., institutional transfers, parole and probation decisions, etc.);
    - Property issues (all property issues must be addressed in accordance with property procedures in place at the facility);
    - **NOTE:** Contracting agency policies, procedures, decisions, or matters shall be grieved in accordance with the regulations of the applicable contracting agency.

11. **Established Pattern of Abuse of the Grievance System:** If a detainee establishes a pattern of filing nuisance complaints or otherwise abusing the grievance system, the facility administrator may identify that person in writing, as one for whom not all subsequent complaints be fully processed. However, feedback shall be provided to the detainee and that records shall be maintained on grievances that are rejected.

12. ICE Detainee at any point can file a complaint directly to the Department of Homeland Security (DHS) OIG about staff misconduct, physical or sexual abuse or civil rights violations; complaints may be filed by calling the DHS OIG Hotline at 1-800-323-8603 / speed dial 518# or by writing to: Department of Homeland Security Atten: Office of the Inspector General Washington, DC 20528

**GRIEVANCE STRUCTURE:**

**Grievance Officer (GO)**

33

Designated Grievance Officer(s) i.e. pod management staff or department head will act on the grievance within 5 working days of receipt, providing a written response to detainees who filed formal grievances, including the basis for the decision. A detainee can appeal the decision if dissatisfied; appeals must be submitted to the grievance box within 5 days of detainee receipt of the initial response.

**Grievance Appeal Board (GAB)**
If the detainee does not accept the resolution Grievance Officers (GO), he or she may appeal to the facility's Grievance Appeal Board (GAB).

- Within 5 business days of receipt, the GAB shall address the matter.
- Personnel named in any grievance or involved either in attempts to resolve the grievance or assistance in preparing the grievance may not decide the matter in subsequent appeals.
- The designated members of the GAB shall review and provide a decision on the grievance within 5 business days of receipt of the appeal.

A detainee can appeal the decision of the Grievance Appeal Board if dissatisfied; appeals must be submitted to the grievance box within 5 days of detainee receipt of the GAB response.

**Appellate Review**
The detainee has the option to file an appeal to the Facility Administrator if dissatisfied with the GAB decision.  The Facility Administrator shall review the grievance appeal and issue a decision within 5 business days of receipt of the appeal.
**The yellow copy must be attached when processing a grievance.**

ICE/ERO detainees dissatisfied with the facility's response to a grievance or those fearing retaliation to be able to appeal or communicate directly with ICE/ERO.

## CLASSIFICATION SYSTEM

1. After the detainee has been processed by intake, they will be classified in intake.

2. Classification staff will interview and assess all detainees to determine their classification level.

3. Based on the results of classification interview and assessment, all detainees will be placed in a custody level.  New arrivals are generally classified by criminal convictions when assessing the criminal record reports. Use of convictions for classification will be limited, as suggested by the following guidelines.

   - **Level 1 Classification**
   May not be co-mingled with Level 3 Detainees
   May not include any detainee with a felony conviction that included an act of physical violence.
   May not include any detainee with an aggravated felony conviction.
   May include detainees with minor criminal records and nonviolent felonies.

   - **Level 2 Classification**
   May not include any detainee whose most recent conviction was for any offense listed under the "HIGHEST" section of the severity of offense guideline.
   May not include any detainee with a pattern or history of violent assaults, whether convicted or not.  A pattern is considered established for purposes of this guideline when an arrest record reveals two or more arrests in a five-year period for assault where force was used against another person with the intent to commit bodily injury.
   May not include any detainee convicted for assault on a correctional officer while in custody or where a previous institutional record suggests a pattern of assaults while in custody.

   - **Level 3 Classification**
   Level 3 detainees shall not be assigned work duties outside their assigned living pods

4. The classification system shall assign detainees to the least restrictive housing pod consistent with facility safety and security.  By grouping detainees with comparable records together, and isolating those at one

34

CCOG00019874

Exhibit 21 - Page 419

classification level from all others, the system reduces non-criminal and non-violent detainees' exposure to physical and psychological danger.

5. After classification assessment is complete an detainee will be assigned to an appropriate general population housing pod in accordance to his/her classification level.

6. If the detainee wants to appeal his/her classification level, they must complete a Grievance form (available at the pods), stating the reason for the classification appeal and submit through the correspondence box.

7. An detainee's classification level may be reclassified based on institutional behavior, additional charges or information received, attempted escape or upon release from restricted /segregation status.

8. The Case Manager/Unit Manager will review the detainee's file and any supporting information as well as interview the detainee.

## GANGS / SECURITY THREAT GROUPS (STG)

Detainees are prohibited from participating in GANG/STG activities. Detainees are not allowed to intimidate and control other detainees, staff or the public, while in custody. There is zero tolerance! STG/Gangs Security Threat Groups/Gangs are defined as disruptive and deviant groups. Any detainee, directly or indirectly, associated with gang or STG activity will be subject to disciplinary actions. All incidents will be investigated and reported to the contracting agency and can be used in your case. (ie: U.S. Marshal Services, ICE Immigration and Customs Enforcement, FBI, local law enforcement agencies and Department of Justice (DOJ)). Participating in GANG/STG activities may impact your custody classification level.

## RESIDENT SEXUAL ABUSE/MISCONDUCT/HARASSMENT

The OMDC Otay Mesa Detention Center has a ZERO TOLERANCE policy for sexual abuse, sexual harassment and sexual assault.

**Facts about sexual assault and sexual abuse**

- **In one year** over 6,500 sexual violence allegations were reported in American prisons, jails, and detention centers.
- **Allegations against staff** are more commonly reported than allegations against fellow residents.
- **Force** is alleged in at least half of the resident on resident sexual assault allegations.
- **Men** are more often the victims of sexual assault in state and federal prisons.
- **Women** are more often the victims of sexual assault in local jails.
- **Victims** are never to blame for their being victims of sexual assaults and abuse.

**There are many ways to report and seek help......**

If you or someone you know is a victim of sexual assault, abuse, or misconduct, there are several ways to report that information. Detainees / Residents will be encouraged to immediately report threats or instances of sexual violence and misconduct. Detainees/ Residents can report sexual violence and misconduct in any of the following manners:

♦**Verbally** telling any employee, including the Chaplain;

♦**Submitting** a request to meet with health services and/or reporting to a health services staff member during sick call;

♦**Forwarding a letter** to the Warden / Administrator, sealing and marking it "confidential";

♦**Calling** or writing someone outside the facility who can notify facility administrative staff;

♦**Forwarding a letter** to security staff, sealing and marking it "confidential";

♦**Forwarding a letter** to the Managing Director, Facility Operations at 10 Burton Hills Blvd., Nashville, TN 37215;

♦**Calling the following no-charge number:**

| ICE Detainee: 1-800-323-8603 | USM Detainee: 1-800-869-4499 |
|---|---|

♦**Calling Outside Victim Advocates for emotional services:**

| Local: | State: |
|---|---|

35

CCOG00019875

Exhibit 21 - Page 420

| San Diego Sexual Assault Victim Advocacy | California Coalition Against Sexual Assault |
|---|---|
| 4508 Mission Bay Drive, San Diego, CA  92109 | 1215 K Street, Suite 1850, Sacramento, CA  95814 |
| 1-888-385-4657 | National Hot Line:  1-800-799-7233 |

**Sex in prisons, jails, and detention facilities is prohibited...  You are the key to preventing sexual assault and sexual abuse...  If you or someone you know is a victim, tell**

There is no consent to sexual activity in a facility like this one. Any act makes you either a perpetrator or a victim. In this facility, all of the following types of conduct are prohibited:

**Rape** is contact of any person without his or her consent, or of a person who is unable to consent or refuse; and contact between the penis and the vagina or the penis and the anus including penetration, however slight; or contact between the mouth and the penis, vagina, or anus; or penetration of the anal or genital opening of another person by hand, finger, or other object.

**Sexual Assault is** abusive sexual contact of any person without his or her consent for the purpose of sexual gratification or arousal or of a person who is unable to consent or refuse; and intentional touching, either directly or indirectly or through the clothing, of the genitalia, anus, groin, breast, inner thigh or buttocks of any person.

**Staff on resident sexual misconduct** is any behavior or act of a sexual nature toward a resident by an employee, volunteer, official visitor, or agency representative. Romantic relationships between employees and residents are included. Consensual and non-consensual sexual acts include intentional touching of the genitalia, anus, groin, breast, inner thigh, or buttocks with the intent to arouse or gratify sexual desire; or completed, attempted, threatened, or requested sexual acts; or occurrences of indecent exposure, invasion of privacy or employee voyeurism for sexual gratification without a sound penological reason.

**Employee on resident sexual harassment** is repeated verbal statements or comments of a sexual nature to a resident by an employee, volunteer, official visitor, or agency representative, including demeaning references to gender or derogatory comments about body or clothing; or profane or obscene language or gestures.

**You are the key to preventing sexual assault and sexual abuse...**

You can help prevent sexual misconduct in this facility. If it happens, you can help prevent it from happening again. There are several examples of behaviors you can practice to help prevent sexual misconduct, sexual assault, and sexual abuse:

**Avoid** situations that encourage sexual misconduct such as conversations about sexual activity.

**Leave** a situation where you are uncomfortable and fear that there is sexual risk.

**Look around** and be aware of your surroundings. Avoid areas that are secluded or where you can't be seen by staff and other residents.

**Carry yourself** with confidence. Avoid looking like a victim or like someone who is easy to subdue, coerce, and control.

**Say NO** to advances from others seeking sexual contact.

**Don't accept gifts** such as commissary purchases or personal property. Don't get into debt to other residents.

**If you or someone you know is a victim, tell someone**

If you are the victim of sexual abuse or assault, the most important thing you can do is tell someone who can help you. Your report will be handled with confidentiality. And you will be protected.

**Help yourself** by telling someone. If you are a victim, you need help. This facility is ready not only to provide physical protection, but also to provide mental health counseling to help you heal.

**Help others** by telling someone. If you were assaulted or abused, the perpetrator will do it again. Reporting the abuser will allow the facility to protect others by investigating, isolating, and prosecuting.

NOTE:  Sexual assault is a serious issue.  Detainees who deliberately allege false claims of sexual abuse can be disciplined and referred for prosecution.

## DISCIPLINE INFORMATION

**Rules of conduct/disciplinary procedures:** You are expected to abide by established rules and facility schedules. These rules are posted in each housing pod and should be thoroughly reviewed immediately upon housing assignment.

36

CCOG00019876

Exhibit 21 - Page 421

A list of offenses and sanctions is included in the rules of conduct. There is an informal and formal discipline program. The informal procedure addresses minor infractions. The formal process will handle more serious offenses. If you are involved in an incident that results in formal charges being placed against you, you will be given written notice of the charges and allowed a reasonable amount of time twenty-four (24) hours to defend yourself against the charges. A hearing will be held at which time you may request assistance from a staff member or an interpreter, if necessary. A list of staff representatives is posted in each housing pod to assist detainees through the disciplinary process. Staff representatives include the Unit Managers, Case Managers, Counselors and Sergeants. You may call witnesses so long as it does not endanger institutional or individual safety. Following the rendering of a decision at the hearing you will be given a written record of the findings. You will be informed at the hearing about the process for contesting the disciplinary action. Appeals will be submitted through the facility grievance procedures. This process excluding the initial investigation shall not exceed seventy two (72) hours with the exception of weekends and holidays.

**Disciplinary segregation:**
Detainees in disciplinary segregation status will be subject to the loss of many privileges that are afforded to the general population, for instance:
1. A cell assignment in the special housing pod.
2. Restrictions are: One (1) family and friends video visitation will be afforded once in a 30 day period,
    a. ne twenty (20) minute personal phone call each thirty (30) days,
    b. Three (3) showers per week and
    c. One (1) hour of recreation five (5) times per week.
3. Access to legal visiting is not restricted.
4. Access to law library materials will be provided through a request to library staff. Requested items will be brought to your cell in the special housing pod. Access to law library will be in the segregation satellite law library.
5. Allowable commissary items will be limited to personal hygiene items. Allowed personal property items are:

    > Uniforms (3), towels (2), and one of the following items: toothpaste, toothbrush, deodorant, lotion, shampoo, comb/brush, pair of shower shoes, wash cloth, bible, koran or religious scripture, prescription eye glasses/contact lenses (if needed), religious items, limited legal materials needed for an on-going (active) case, paper and pencil for general correspondence.
6. Upon arrival, you will be provided a property restriction and allowance form.
7. Other restricted activities/privileges may apply as recommended by the DHO and approved by the Warden or designee, or as prescribed by CORECIVIC or ICE policy and procedure.

## DETAINEE RULES AND REGULATIONS

The following rules and regulations are designed for your *health and safety* and to ensure a *sanitary facility* for your living comfort. Please read and adhere to these rules and all other rules and regulations as stated in the *Detainee Admission & Orientation Handbook.* Please be courteous and understanding to all staff and detainees!!! Thank you.

1. *DO NOT TOUCH A STAFF FOR ANY REASON*

2. *DETAINEES ARE NOT TO TOUCH ANOTHER DETAINEE (PREA)*

3. It is prohibited to draw, write, damage or deface the walls, windows, desks, beds, telephone stands, tables, dayroom furniture, clothing or any other furnishings throughout this facility. Violators are subject to disciplinary action to include restitution for the damaged items, labor for the repairs, etc..

4. Stay three (3) feet away from the officer's podium.

5. Do not touch or loiter near the officer's desk, and do not touch or knock on the window, and stay away from connecting doors.

6. Do not loiter around the window or communicate with other detainees in the corridor.

7. Do not alter any clothing or other items in any way.

37

CCOG00019877

Exhibit 21 - Page 422

8.  Do not roll pant legs above the ankle level.  Do not tuck pant legs inside socks.

9.  Do not leave personal items in dayrooms. Take shoes, bowls, commissary items, etc. back to your room when not in use (SAFETY).

10. No shower shoes on the recreation yard. (SAFETY)

11. Plastic containers may contain only the original contents. Empty containers must be thrown away. ***Violations are considered contraband and will be confiscated.*** (HEALTH/SANITATION)

12. No cut off plastic jugs, other homemade bowls or medical issued equipment for food preparation or storage are allowed. (HEALTH/SANITATION)

13. All meals will be consumed in the dining halls with the exception where satellite meals are served.  No food will be stored for later use. (HEALTH/SANITATION)

14. During the cleaning of the pods, return and remain inside your cell/room.  Stay out of the doorway.

15. Beds must be neatly made when you are not in your bed.

16. **No photos, pictures, magazines, sexually explicit or provocative material, calendars, paper, etc. may be affixed to the walls, rest rooms, windows, beds, light fixtures, windowsills, or vents.** *Vents may not be covered with anything at any time.*

17. Call for dining hall will be called only once.  There will be no second call.

18. *Failure to report is considered refusal of the meal.*

19. Dayroom furniture is for sitting only.  No laying.

20. **No sitting, standing or lying on stairway, tables, trash cans, or in cell doorways. No leaning on railings, congregating or sitting on top tier passageways, or standing in the entrance/exit doorways.** (SAFETY)

21. No horseplay, martial arts, shadow boxing, running, loud talking, shouting or slapping of game pieces. (SAFETY/SECURITY)

22. No clotheslines. No homemade shelves. (SAFETY/SANITATION)

23. No Polaroid photos may be received via the mail. (SECURITY)

24. ID card must be clipped to your shirt pocket or left chest area and visible at all times.  (ACCOUNTABILITY)

25. No spitting on the floors. (HEALTH/SANITATION)

26. No knocking, kicking, or banging on cell doors, windows, etc. (SAFETY/SECURITY)

27. *No contact/communication with any detainee on lockdown status! Disciplinary action will result! (DO NOT APPROACH LOCKED CELL DOORS)* (SAFETY/SECURITY)

28. No propping feet on walls or tables. (SANITATION)

29. Staff will be addressed as Officer, Mr. or Ms. with their last names only. (No first names.)

30. No vulgar or abusive language will be used toward staff, or in the presence of staff, at any time. (SECURITY)

31. Detainees are **NOT PERMITTED** to give, accept, sell or trade from any detainee property, including items of value, crafts and commissary items. Any such items will be considered contraband and will be confiscated.

32. No craft items will be allowed in the cells/dorm rooms or day rooms.  They will be maintained in the program rooms.

33. Shaving, brushing teeth and washing of face is only allowed in dayroom restroom area.

34. No bathing or washing clothes in any of the dayroom sinks.

35. Radios may only be worn while inside the pods and the recreation yard. No radios on work details, food lines, medical appointments, court, etc.

36. Detainees are not permitted to be in any cell/dorm room but their own.

37. Do not touch the television sets. Tampering with televisions may result in loss of television privileges.

CCOG00019878

Exhibit 21 - Page 423

38. Do not approach commissary line, unless called by the Commissary Staff. Violations may result in discontinuance of commissary distribution.

39. There are no assigned seats in the dayroom, dining halls or any other areas of the facility for any reason.

40. Gathering at dayroom tables will not exceed (6) six detainees. There is no reserving seats in dayroom furniture.

41. No staging or lining up shoes or clothing at the showers.

42. No staging or lining up food, cups or bowls at the microwaves.

43. *ADHERE TO ALL OTHER RULES AS INSTRUCTED BY ANY STAFF MEMBER.*

..............................................................................

## RIGHTS AND RESPONSIBILITIES

1. You have the right to be informed of the rules, procedures and schedules concerning the operation of the facility.

2. You have the responsibility to know and abide by them.

3. You have the right to freedom of religious affiliation and voluntary religious worship.

4. You have the responsibility to recognize and respect the rights of others in this regard.

5. You have the right to health care which includes nutritious meals, proper bedding and clothing, a laundry schedule for cleanliness of the same, an opportunity to shower regularly, proper ventilation for warmth and fresh air, a regular exercise period, toilet articles and medical treatment.

6. It is your responsibility not to waste food, to follow the laundry and shower schedule, to maintain neat and clean living quarters and to seek medical care as needed.

7. You have the right to have family members and friends visit with you in keeping with the facility rules and schedules.

8. It is your responsibility to conduct yourself properly during visits and to not accept or pass contraband.

9. You have the right to unrestricted and confidential access to the courts by correspondence.

10. You have the right to legal counsel from an attorney of your choice by means of interviews and correspondence at no cost to you from the United States Government.

11. It is your responsibility to obtain the services of an attorney honestly and fairly.

12. You have the right to have access to reading material for your own enjoyment. These materials may include approved magazines.

13. It is your responsibility to seek and utilize such material for your personal benefit, without depriving others of the same benefit.

14. You have the right to participate in the use of law library reference materials to assist you in resolving legal problems. You also have the right to receive help when it is available through a legal assistance program.

15. It is your responsibility to use those resources in keeping with the procedures and schedule prescribed and to respect the rights of other detainees to the use of the material.

16. You have the right to a wide range of reading material for your own enjoyment. These materials may include magazines and newspapers sent from the publishers.

17. It is your responsibility to seek and utilize approved material for personal benefit, without depriving others of their equal rights to the use of this material.

18. You have the right to participate in a work program, as far as resources are available, and in keeping with your interests, needs and abilities.

19. You have the responsibility to take advantage of activities which may help you live a successful and law abiding life within the facility and in the community. You will be expected to abide by the regulation governing the use of such activities.

39

CCOG00019879

Exhibit 21 - Page 424

20. You have the right to an administrative hearing before an Immigration Judge to determine your status in the United States.
21. It is your responsibility to seek and provide evidence for your defense.
22. If you are not an exclusion case and eligible, you have the right to be released on bond until your scheduled administrative hearing.
23. It is your responsibility to seek methods of payment for your bond.
24. You have the right to apply for political asylum if you believe that you will be persecuted because of your race, religion, nationality, membership in a social group or political opinion.
25. It is your responsibility to prepare and submit the proper forms accurately. to a hearing.
26. You have the right to request voluntary departure, if statutorily eligible, prior to a hearing but if you request voluntary departure you waive that right
27. It is your responsibility to inform an ICE Officer that you request voluntary departure

## GENERAL SAFETY RULES
1. Removal of the blade of a disposable razor is strictly forbidden.
2. Detainees shall maintain their assigned living areas in a clean and fire safe condition.
3. Detainees shall make every effort to clean up liquid spills immediately/or watch over it until it can be cleaned up.
4. Detainees shall report any and all hazards to the appropriate supervisor and/or safety officer.
5. Detainees shall use extreme caution in all wet process areas, wet weather conditions and when utilizing showers to avoid slips and falls.
6. Detainees shall utilize proper lifting techniques in regards to all lifting tasks.
7. Detainees shall utilize the handrails when going up or coming down all stairs.
8. Detainees shall not store any form of chemicals, including cleaning supplies in their cells/rooms.
9. Detainees shall not lean back in any chair or stool. All chair legs must be in contact with the floor.
10. Detainees shall participate in all fire drills or other safety functions.
11. Detainees **shall use caution while getting on or off upper bunks.** The use of the desk, or stool is strictly prohibited.  Violators are subject to disciplinary action.
12. Detainees shall not stand on toilet fixtures, sinks, desks, or structural fixtures.
13. Detainees shall utilize an appropriate step stool/ladder for any task requiring such. No detainee will be allowed to climb on a chair or other furniture in place of an approved step stool/ladder. All ladders will be carried by two (2) people at all times. While an employee/detainee is standing on such, another person will hold the ladder to provide additional support.
14. Detainees shall not store any food items in the cells/rooms that require refrigeration, i.e. items taken from meal trays, etc.
15. Any detainee who willfully destroys any fire safety equipment (i.e. sprinkler heads) will be charged with "destruction of fire safety equipment" under Public Health Title 19 Article 10 of the Uniform Fire Code. Conviction of such is punishable by imprisonment in a county jail, not exceeding one year, or by fine, not exceeding one thousand dollars or both.
16. Detainees shall adhere to the whistle and get down policy.

## GET DOWN PROCEDURES
1. Upon an alarm being sounded and/or an announcement made via facility personnel, to "GET DOWN", or when the sound of a WHISTLE is heard, **all detainees are to immediately** cease all movement, and **assume a**

40

**"seated" position.** During this time, squatting, kneeling, or moving from one area to another is not permitted. A "Seated" position is described as, placing your buttocks on the ground while crossing or extending your legs.

- If on the recreation yard or in the gymnasium, all detainees are to get off all recreational equipment, benches, tables, etc., immediately cease all movement, and assume a seated position on the ground / floor.
- If in a program area, Work, Food Service, Chapel, Classroom, etc., all detainees are to get out of their chairs / standing position and immediately assume a "seated" position.

2. Those detainees identified as possibly being involved in the incident will be directed by responding staff to get down in a prone position (flat on the ground with their stomach downward and back facing upward), cross their legs, and place their crossed hands in the waist area of their back.

3. Detainees with physical limitations who are unable to assume a "seated" position will be identified with a Mobility Impaired Card. Detainees confined to a wheelchair will be considered in a seated position. These detainees will be required to follow staff instructions.

4. The Incident Commander will take into account the weather conditions (heat, cold, rain) and will adjust the duration of remaining in a "seated" position.

5. **Those detainees not assuming a "seated" position on the ground during an alarm will be approached by staff, placed in restraints and escorted away from the incident. Detainees found to have no documented medical reason for the failure to assume a position on the ground will receive disciplinary action.**

6. This procedure will be strictly enforced for the safety of staff and detainees. Any detainee failing to comply with this directive will be subject to disciplinary action.

## EMERGENCY AND FIRE EVACUATION

**The following general safety rules will be adhered to by all detainees during an actual emergency/fire evacuation or during any drill.**

1. Detainees will remain quiet and calm.
2. Detainees will not run, shove or otherwise act in a manner which can endanger their lives or the lives of others.
3. Detainees will do exactly as instructed/directed to do by the officer/employee.
4. Detainees will conduct themselves in a manner to not create any disturbance, interference or in any way or which would create other undesired problems.
5. Detainees will remain in their assigned/designated staging areas without wandering around until ordered to leave such areas by officer/employee.
6. Detainees will assist in any manner when directed to do so by an officer/employee.
7. Detainees will cooperate in all aspects and/or evacuation drill.
8. Detainees are not allowed to gather or bring personal belongings with them during any drill or actual emergency.
9. Detainees will be responsible for reviewing the posted emergency evacuation route maps, which are posted throughout the facility. Detainees are to ensure that they remain familiar with both the primary and secondary exits.
10. Detainees will immediately report any conditions which may hinder the safe and effective evacuation process to facility staff. Some examples of unsafe conditions would include, but are not limited to the following:
    a) Exit signs that have lights that are burnt out or flickering.
    b) Exit ways that are blocked or otherwise obstructed in a way that would prohibit a clear path or exit travel.
    c) Emergency exit route maps that have been removed, damaged or otherwise altered in such a way as to be unavailable or unreadable.

41

CCOG00019881

Exhibit 21 - Page 426

## HAZARDOUS CHEMICALS

Each detainee shall strictly adhere to the following rules and regulations in regards to the use of all hazardous/toxic chemicals. Failure to comply with any of these rules/regulations may result in disciplinary action.

1.  Detainees will not have in their possession any chemical, unless it has been issued to them by an officer/employee for the performance of their assigned task.
2.  No detainee will dispense any chemical from any storage room/closet. Dispensing must be done by an officer/employee.
3.  No detainee shall store any chemical in his/her assigned cell/room.
4.  Upon completion of any cleaning task detainees shall return any unused chemical to the officer/employee on duty.
5.  No detainee will enter into the chemical storage area unless they have been properly trained.
6.  Detainees will upon being issued any chemical, check to ensure that it is labeled with the correct name of the chemical and ensure chemicals are in the right colored container.
7.  Detainees will use any chemical from any container that is not properly labeled.
8.  No detainee will perform any assigned task without proper personal protective equipment.
9.  Detainees will use all chemicals in strict accordance with the manufactures recommendations or the guidelines of the material safety data sheet.
10. Horse playing with any chemical in strictly forbidden.
11. Detainees will use care, caution, and common sense when in possession of any chemical.
12. Detainees will report any safety violation to the officer/employee.
13. No detainee shall continue to work with any chemical or in any area that is deemed unsafe by the supervisor. If a detainee feels, after discussing a hazard with the supervisor that a hazard still exists, he/she should request that the supervisor contact the pod safety officer.
14. Any detainee that is exposed to a hazardous chemical shall immediately report such to the supervisor so that appropriate medical attention can be provided.
15. All detainees shall wash their hands after handling any chemical. Hands must be washed even though gloves were worn.
16. No detainee will knowingly, willfully or intentionally misuse, abuse or otherwise use any chemical in such a way as to create the possibility of any injury, illness or death.

42

CCOG00019882

Exhibit 21 - Page 427

# PROHIBITED ACTS DISCPLINARY AND SEVERITY SCALE (ICE ONLY)

## "GREATEST" OFFENSE CATEGORY

| Code | Prohibited Act |
|------|----------------|
| 100 | Killing |
| 101 | Assaulting any person (includes sexual assault) |
| 102 | Escape from escort; escape from a secure facility |
| 103 | Setting a fire (charged with this act in this category only when found to pose a threat to life or a threat of serious bodily harm or in furtherance of a prohibited act of greatest severity, e.g.., a riot or an escape; otherwise the charge is classified as Code 218 or 321) |
| 104 | Possession or introduction of a gun, firearm, weapon, sharpened instrument, knife, dangerous chemical explosive, escape tool, device, or ammunition. |
| 105 | Rioting |
| 106 | Inciting others to riot |
| 107 | Hostage-taking |
| 108 | Assaulting a staff member or any law enforcement officer with bodily harm |
| 109 | Threatening a staff member or any law enforcement officer with bodily harm |
| 198 | Interfering with a staff member in the performance of duties (conduct must be of the greatest severity). This charge is to be used only if another charge of greatest severity is not applicable. |
| 199 | Conduct that disrupts or interferes with the security or orderly running of the facility (conduct must be of the greatest severity).  This charge is to be used only if another charge of greatest severity is not applicable. |

### Sanctions

A. Initiate criminal proceedings
B. Disciplinary transfer (recommended)
C. Disciplinary Segregation (up to 60 days)
D. Make monetary restitution, if funds are available
E. Loss of privileges (e.g., commissary, vending machines, movies, recreation, etc.)

43

CCOG00019883

Exhibit 21 - Page 428

# (ICE ONLY)
## "HIGH" OFFENSE CATEGORY

| Code | Prohibited Acts |
| --- | --- |
| 200 | Escape from unescorted activities, open or secure facility, without violence. |
| 201 | Fighting, boxing, wrestling, sparring, and any other form of physical encounter, including horseplay that causes or could cause injury to another person; except when part of an approved recreational or athletic activity. |
| 202 | Possession or introduction of an unauthorized tool. |
| 203 | Loss, misplacement, or damage of any restricted tool |
| 204 | Threatening another with bodily harm |
| 205 | Extortion, blackmail, protection and demanding or receiving money or anything of value in return for protection against others, avoiding bodily harm, or avoiding a threat of being informed against. |
| 206 | Engaging in sexual acts |
| 207 | Making sexual proposals or threats |
| 208 | Wearing a disguise or mask |
| 209 | Tampering with or blocking any locking device |
| 210 | Adulteration of food or drink |
| 211 | Possession, introduction, or use of narcotic paraphernalia, or drugs not prescribed for individual by the medical staff. |
| 212 | Possessing an officer's or staff member's clothing |
| 213 | Engaging in or inciting a group demonstration |
| 214 | Encouraging others to participate in a work stoppage or refuse to work |
| 215 | Refusing to provide a urine sample or otherwise cooperate in a drug test |
| 216 | Introducing alcohol into the facility |
| 217 | Giving or offering an official or staff member a bribe or anything of value |
| 218 | Giving money to, or receiving money from, any person for an illegal or prohibited purpose, such as introducing/conveying contraband |
| 219 | Destroying, altering, or damaging property (government or another person's) worth more than $100.00 |
| 220 | Being found guilty of any combination of three or more high moderate or low moderate offenses within 90 days |
| 222 | Possessing or introducing an incendiary device, e.g., matches, a lighter, etc. |
| 223 | Engaging in any act that could endanger person(s) and/or property. |
| 298 | Interfering with a staff member in the performance of duties (conduct must be of highest severity).  This change is to be used only when no other charge of highest severity is applicable. |
| 299 | Conduct that disrupts or interferes with the security or orderly operation of the facility (conduct must be of highest severity).This charge is to be used only when no other charge of highest severity is applicable. |

### Sanctions

A.  Initiate criminal proceedings
B.  Disciplinary transfer (recommend)
C.  Disciplinary segregation (up to 30 days)
D.  Make monetary restitution, if funds are available
E.  Loss of privileges (e.g., commissary, vending machines, movies, recreation, etc.)
F.  Change housing
G.  Remove from program and/or group activity
H.  Loss of job
I.  Impound and store detainee's personal property

44

CCOG00019884

Exhibit 21 - Page 429

# (ICE ONLY)
## "HIGH MODERATE" OFFENSE CATEGORY

**Code    Prohibited Acts**

300    Indecent exposure
301    Stealing (theft)
302    Misuse of authorized medication
303    Loss, misplacement, or damage of a less restricted tool
304    Lending property or other item of value for profit/increased return
305    Possession of item(s) not authorized for receipt or retention; not issued through regular channels
306    Refusal to clean assigned living area
307    Refuse to obey a staff member/officer's order (may be categorized and charged as a greater or lesser offense, depending on the kind of disobedience:  continuing to riot is Code 105—Rioting; continuing to Fight, Code 201—Fighting; refusing to provide a urine sample, Code 215-Refusing to provide a urine sample or otherwise cooperate in a drug test.)
308    Insolence toward a staff member
309    Lying or providing false statement to staff
310    Counterfeiting, forging, or other unauthorized reproduction of money or other official document or item, (e.g., security document, identification card, etc); may be categorized as greater or lesser offense, depending on the nature and purpose of the reproduction (e.g., counterfeiting release papers to effect escape-Code 102 or 200)
311    Participating in an unauthorized meeting or gathering
312    Being in an unauthorized area
313    Failure to stand count
314    Interfering with count
315    Making, possessing, or using intoxicant(s)
316    Refusing a breathalyzer test or other test of alcohol consumption
317    Gambling
318    Preparing or conducting a gambling pool
319    Possession of gambling paraphernalia
320    Unauthorized contact with public
321    Giving money or another item of value to, or accepting money or another item of value from anyone, including another detainee, without staff authorization
322    Destroying, altering or damaging property (government or another person's worth less than $100
323    Signing, preparing, circulating or soliciting support for prohibited group petitions.
398    Interfering with a staff member in the performance of duties (offense must be of high moderate severity; this charge to be used only when on other charge in this category is applicable
399    Conduct that disrupts or interferes with the security or orderly running (offense must be of high moderate severity). This charge is to be used only when no other charge in this category is applicable.

**Sanctions**

A. Initiate criminal proceedings
B. Disciplinary Transfer (recommend)
C. Disciplinary segregation (up to 72 hours)
D. Make monetary restitution, if funds are available
E. Loss of privileges (e.g. commissary, vending machines, movies, recreation, etc.)
F. Change housing
G. Remove from program and/or group activity
H. Loss of job
I. Impound and store detainee's personal property
J. Confiscate contraband
K. Restrict to housing pod
L. Reprimand

45

CCOG00019885

Exhibit 21 - Page 430

M. Warning

# (ICE ONLY)

## "LOW MODERATE" OFFENSE CATEGORY

| Code | Prohibited Acts |
|------|-----------------|
| 400 | Possession of property belonging to another person |
| 401 | Possessing unauthorized clothing |
| 402 | Malingering, feigning illness. |
| 403 | Smoking of any type is prohibited |
| 404 | Using abusive or obscene language |
| 405 | Tattooing, body piercing, or self-mutilation |
| 406 | Unauthorized use of mail or telephone (with restriction or temporary suspension of the abused privileges often the appropriate sanction) |
| 407 | Conduct with a visitor in violation of rules and regulations (with restriction or temporary suspension of visiting privileges often the appropriate sanction) |
| 408 | Conducting a business |
| 409 | Possession of money or currency, unless specifically authorized |
| 410 | Failure to follow safety and sanitation regulations |
| 411 | Unauthorized use of equipment or machinery |
| 412 | Using equipment or machinery contrary to posted safety standards |
| 413 | Being unsanitary or untidy, failing to keep self and living area in accordance with posted standards. |
| 498 | Interfering with a staff member in the performance of duties (offense must be of low moderate severity). This charge is to be used only when on other charge in this category is applicable |
| 499 | Conduct that disrupts or interferes with the security or orderly running (offense must be of low moderate severity). This charge is to be used only when no other charge in this category is applicable. |

### Sanctions

A. Loss of privileges, commissary, vending machines, movies, recreation, etc.
B. Change housing
C. Remove from program and/or group activity
D. Loss of job
E. Impound and store detainee's personal property
F. Confiscate contraband
G. Restrict to housing pod
H. Reprimand
I. Warning

46

CCOG00019886

Exhibit 21 - Page 431

# NOTICE OF OFFENSES AND PENALTIES
# (USMS ONLY)

A copy of offenses and penalties will be given, in writing, and explained to each detainee upon admission to the facility during an orientation session. Any changes in the rules will be communicated to the detainee in writing. A copy of these offenses and penalties shall be posted in conspicuous locations throughout the facility.

B.  MINOR OFFENSES

1.  DISORDERLY CONDUCT: Behavior such as loud talking or yelling, pushing, which creates a disturbance and/or disrupts the orderly running of the facility.

2.  FAILURE TO MAINTAIN PERSONAL HYGIENE: Not having a clean body and clothes.

3.  POSSESSION OF GAMBLING PARAPHERNALIA: Having in one's control, items for use in operating or acting in any game of chance involving betting or wagering of goods or other valuables.

4.  PRESENT IN AN UNAUTHORIZED AREA: Being in an area that is designated through verbal, written or posted orders as "off limits" to a specific detainee or detainees in general.

5.  SELF MUTILATION: Inflecting injury on one's self. For example, cutting on one's own body or tattooing.

6.  SMOKING IN RESTRICTED AREA OR AT A RESTRICTED TIME: Smoking of any form in an area or at a time designated verbally or through written post orders as a no smoking area.

7.  UNEXCUSED ABSENCE FROM PLACE OF ASSIGNMENT: Being away without authorization from an appropriate supervisor, from the place of assignment such as dorm, work area, recreation area, infirmary, etc.

8.  UNSANITARY AND DISORDERLY HOUSING CONDITIONS: Not keeping a clean, neat living area. The area should be kept in a manner so that all possessions are stored in an organized manner in areas designated for such. The area should be free from dirt and clutter.

9.  USE OF VULGAR, ABUSIVE OR OBSCENE LANGUAGE: Use of words and/or phrases that are vulgar, abusive or obscene.

C.  MAJOR OFFENSES

1.  ARSON: Starting or causing to be started a fire which could or does cause damage to person(s) or property.

2.  ASSAULT: An attack upon the body of another person. This includes rape.

3.  ATTEMPT/CONSPIRACY: This is an offense for detainees who do not actually commit the offense but participate in the following ways:

a.  attempts to commit the offense;

b.  solicit another or others to commit the offense;

c.  conspires with another or others to commit the offense;

d.  facilitate the action of another or others in committing the offense.

4.  COUNTERFEITING, FORGERY OR UNAUTHORIZED REPRODUCTION:    counterfeiting, forging or reproducing without approval, any document, article, identification, money, security or official paper.

5.  DEATH OF ANY PERSON: Any act of which the end result is the death of any person including detinees, staff or civilians.

6.  DESTRUCTION, ALTERATION OR DAMAGE TO PROPERTY: Destroying, changing or hurting property of CORECIVIC or any other person.

7.  DETAINING A PERSON AGAINST HIS WILL: Keeping a person in or removing from an area without the agreement of the person who is being kept or removed. Example: Taking of hostages.

47

CCOG00019887

Exhibit 21 - Page 432

8. ESCAPE: Leaving the grounds of an institution or from the custody of an employee outside the facility without permission or failure to return from a furlough or pass.

# (USMS ONLY)

9. FAILURE TO FOLLOW VERBAL OR POSTED RULES AND/OR ORDERS: Not following specific rules and/or orders which have been designated for the clean, safe, orderly operation of the facility of which the detainees have been told of in advance through posting or verbally by an employee of the facility or person who has charge of the detainee at the time. This includes failure to follow the facility procedures for taking count.

10. FIGHTING: Engaging in physical conflict with another person.

11. GAMBLING: Operating or acting in any game of chance involving betting or waging of goods or other valuables; or possess gambling paraphernalia.

12. HINDERING AN EMPLOYEE IN THE PERFORMANCE OF HIS DUTIES: Acting in such a way to interrupt an employee during his work time such as causing delays, giving false information.

13. INSURRECTION: Participation or encouraging others to participate in unauthorized activity such as rioting or a work stoppage.

14. POSSESSION OF CONTRABAND: Having in one's control any item which has not been approved by the facility including weapons or any item which has been altered for use as a weapon, intoxicants, drug paraphernalia

15. POSSESSION OF STOLEN PROPERTY: Having in one's control any item which has been stolen from any other person.

16. REFUSAL TO SUBMIT TO A DRUG OR INTOXICANT TEST: Not giving a urine sample for use in testing for drug usage or refusing to submit to a breathalyzer.

17. REFUSAL TO SUBMIT TO A SEARCH: To refuse to allow a search of your body, belongings or living area when requested by a facility employee.

18. REFUSAL TO WORK: When a person refuses to perform an assigned job.

19. REPEATED VIOLATION OF MINOR RULES: Obtaining three or more minor rule violations within a 30 day period, said 30 day period starting from the date the first minor rule violation occurs and ending on the 30th day after that date.

20. SEXUAL MISCONDUCT: This includes, but is not limited to, the following acts:

a. Taking part in sex act(s) where all parties agree to take part.

b. Exposing the genitals or buttocks to an employee or visitor.

c. Masturbation where an employee, visitor or other detainee can see the act.

21. THEFT: Unauthorized taking of something that belongs to someone else.

22. THREATENING ANOTHER WITH HARM: Telling someone, through actions or words, that harm will come to him.

23. UNAUTHORIZED RECEIPT OF ANY ITEM OF VALUE: Receiving an item which has any value through false pretenses, threats or stealing.

24. UNAUTHORIZED SALE, TRANSFER OR RECEIPT OF PROPERTY: Any unauthorized sale or giving to another person or receipt from another person any belongings or property.

25. UNAUTHORIZED USE OF DRUGS OR INTOXICANTS: Use of any drug or intoxicants which has not been prescribed or approved for the detainee to use.

48

CCOG00019888

Exhibit 21 - Page 433

26. UNAUTHORIZED USE OF MAIL OR TELEPHONE: Using the mail or telephone to commit fraud, theft or against posted times and uses.

27. VIOLATION OF ANY FEDERAL, STATE OR LOCAL LAW: Any act, though not specifically listed in this policy that would be either a felony or misdemeanor under federal laws or under the state laws in which the detainee is housed will constitute a major or minor violation.

## (USMS ONLY)

D. PENALTIES

**USMS: IN ACCORDANCE WITH FPBDS, DISCIPLINARY SENTENCES FOR OFFENSES RESULTING FROM THE SAME INCIDENT ARE SERVED CONCURRENTLY.** *(Restrictive Housing Report)* **FPBDS C.8.20**

1. MINOR OFFENSES

The Disciplinary Board or Hearing Officer may impose up to two (2) of the below listed penalties after a determination of guilt on a minor offense:

a. Reprimand, written or verbal;

b. Living area restriction for a maximum of 15 days;

c. Loss of one of the following privileges for a maximum of 30 days

-Canteen

-Special activities

-work program (where applicable)

d. Extra duty up to four (4) hours

2. MAJOR OFFENSES

The Disciplinary Officer or Board may impose up to two (2) of the following penalties for a major offense:

a. Any penalty which may be imposed for a minor offense;

b. Extra duty up to eight (8) hours

c. Restitution

d. Cell or dorm restriction for a maximum of 15 days;

e. Loss of accumulated good conduct time, where applicable;

f. 1-30 days Disciplinary Segregation per offense, a maximum of 60 days for all offenses arising from one incident. Confinement past 30 days requires review and approval of the Facility Administrator; (INS - May be confined in Disciplinary Segregation of period up to 72 hours only).

g. Parole rescission or retardation, where applicable.

**USMS: IN ACCORDANCE WITH FPBDS, DISCIPLINARY SEGREGATION, A PENALTY FOR COMMITTING A PROHIBITED ACT IS RESERVED FOR OFFENSES INVOLVING VIOLENCE, ESCAPE, OR POSING A THREAT TO INSTITUTIONAL SAFETY BY ENCOURAGING OTHERS TO ENGAGE IN SUCH CONDUCT.** *(DOJ – Restrictive Housing Report)* **FPBDS C.8.2**

CCOG00019889

Exhibit 21 - Page 434

## ALLOWABLE PROPERTY

| ITEM | ALLOWED | MEDICAL | |
|---|---|---|---|
| **CLOTHING (no logos)** | | Eyeglasses | 1 |
| Shoes (personal shoes are not allowed | | Eyeglasses Case | 1 |
| **unless medically authorized** | 1 pair | Prostheses (as prescribed) | |
| Uniforms Trousers (facility issue) | 3 | Equipment (cases, crutches, etc) | as authorized by PHS |
| Uniforms Shirts (facility issue) | 3 | Hearing Aide | as authorized by PHS |
| Underwear (Boxers) | 5 | Medication | as authorized by PHS |
| T-shirts | 5 | Contacts with Case | 1 pair |
| | | **HYGIENE** | |
| Bras (as required) | 5 | Toothbrush (non-electric) | 3 |
| Panties (females only) | 5 | Fingernail Clippers (under 2" w/o file) | 1 |
| Socks | 5 pairs | Soap Box | 1 |
| Shower Shoes | 1 pair | Soap Bar | 2 |
| | | Shampoo Bottle | 1 |
| **LINENS** | | Toothpaste | 1 |
| Sheets (facility issue-flat) | 2 | Lotion | 1 |
| Pillowcase (facility issue) | 1 | Hygiene Products From Comm. | 1 ea |
| Blanket (facility issue) | 1 | | |
| Laundry Bag | 1 | **RECREATIONAL** | |
| Bath Towel | 2 | Playing Cards | 2 PK |
| Face/Hand Towel | 2 | | |
| **HAIRCARE PRODUCTS** | | **ELECTRICAL/AUDIO** | |
| Comb | 1 | Radio (portable AM/FM with earphones only) | 1 |
| Brush (Plastic-females only) | 1 | Headphones/Earbuds | 1 |
| | | Batteries To Power Radio | 8 ea |
| **COMMISSARY ITEMS** | | | |
| All items purchased from CORECIVIC Comm. | | **RELIGIOUS ITEMS** | |
| Shorts                    only | 2 | Wedding Band (plain) | 1 |
| Sweatshirt                only | 2 | Religious Necklace with Pendant | 1 |
| Tennis shoes              only | 1 | Quran/Bible/Torah, etc. | 1 |
| Shoe insoles              only | 1 | | |
| Bottle water (24) limit | 24 | | |
| **MISCELLANEOUS HOUSEHOLD ITEMS** | | | |
| Bowls W/Lids (plastic) | 2 | | |
| Cups (plastic) | 1 | | |
| Mug with lid | 1 | | |
| Books/Magazines/Periodicals | 5 | | |
| Photos (5X7 or smaller) | 10 | | |
| Legal Documents (pending/open case) *The volume of material must not create* | As Needed | | |

50

CCOG00019890

Exhibit 21 - Page 435

| a fire hazard or unsafe environment | | | | |
|---|---|---|---|---|
| Spork | 1 | | | |

51

CCOG00019891

Exhibit 21 - Page 436