# Exhibit 22



**CORRECTIONS CORPORATION OF AMERICA**

# FLORENCE CORRECTIONAL CENTER

# DETAINEE HANDBOOK

Approved by: _B. Koehn_     Date: __07/10/2012__
Brian Koehn, Warden

---

**Detainee Handbook**
Revised: 06/15/2012

1

Exhibit 22 - Page 437

CCOG00021859

## Administrative Staff

Title                                                       Name

Warden..................................................................B. Koehn
Assistant Warden....................................................B. Brown
Assistant Warden....................................................P. Hart
Chief of Unit Management.......................................L. Murchison
Chief of Security.....................................................M. Ortega
Assistant Chief of Security......................................C. McBurney

## Unit Team

Unit Managers...................................................   J. Snow
                                                                 J. Alexander
                                                                 J. Gonzales
                                                                 R. Robb
                                                                 R. Gastelum
                                                                 C. Mariscal


Case Manager.....................................................   J. Pool
                                                                 S. Pedersen
                                                                 D. Ramsey
                                                                 L. Frazier
                                                                 R. Romero
                                                                 F. Trentadue
                                                                 Cook
                                                                 Vacant
                                                                 W. Davis
                                                                 L. Arguello
                                                                 G. Aguilar
                                                                 J. Ward


## Support Staff

Health Services Administrator..........................................  I. Gonzalez

Food Service Manager.....................................................  J. Blair

Business Manager................................... .....................M. Garcia

Chaplain.........................................................................  E. Lungu/K. Edison

Quality Assurance............................................................  S. Smith

Grievance......................................................................  A. Partain

Classifications...............................................................  R. Medellin

CCOG00021860

Exhibit 22 - Page 438

# Detainee Handbook

## Table of Contents

Purpose of this Handbook……………………………………………… 4
Detainee Rights and Responsibilities ……….…..………………… 4
Initial Admission….…. …………………………………………… 5
Property …………………………………………………………… 6
Contraband ……………………………………………….......…… 6
Classification …………………………………………………….… 7
Use of Force …………………………………………………….…… 9
A-File and Detention File ...…………………………………….…… 10
Standards of Behavior ………………………………….....………… 10
Smoking Policy…………………………………………………….… 10
Living Conditions ………………………………………………….… 10
Personal Hygiene……………………………………………………… 11
Detainee Voluntary Work Program ………………….....…………… 12
Evacuation Drills ………………………………………………….… 12
Searches …………………………………………………………….… 12
Official Counts …………………………………………………….… 13
Meals ……………………………………………………………....… 12
Commissary…………………………………………………………… 13
Clothing/ Dress Code ……………………………………………….… 14
Medical Services ………………………………………………….… 14
Suicide Prevention …………………………………………….....…… 14
Sexual Abuse & Assault Prevention & Intervention Program ………… 14
Detainee Request Forms/Staff Communication …………………….… 15
Visitation ………………………………………………………….… 16
Mail ………………………………………………………………….… 18
Marriage Request Procedures ……………………………………….… 19
Telephones …………………………………………………………… 20
Recreational Facilities and Activities ……………………………….… 20
Financial Services………………………………………………….… 21
Religious Services ………………………………………………….… 23
Library ………………………………………………..…………….… 23
Law Library …………………………………….…..………………… 23
Grievances and Complaints ……………………………………….… 24
Group Legal Rights Presentation …………………………………… 26
Consulate and Court Services ……………………………………….… 26
Discipline ………………………………………………….....……… 26

CCOG00021861

Exhibit 22 - Page 439

**Purpose of this handbook:**

You are being detained at Florence Correctional Center because you are under removal proceedings for one or more violations of the U.S. Immigration Law(s). We realize that being detained in a foreign country can be a confusing experience. The purpose of this handbook is to explain the specific rules, regulations, policies and procedures that must be followed while detained at this facility. The handbook will also give you a general overview of the programs and services offered to you by the Immigration and Customs Enforcement Service (ICE) during your stay at this facility.

While here, you are responsible and held accountable for your actions. Therefore, it is your responsibility to become familiar with the contents of this handbook. Our goal is to create a safe and orderly environment where we can quickly help you settle your immigration matters. To that end, it is important that you know the rules and are prepared to follow them to help us and yourself complete your immigration proceedings as quickly as possible. Please become familiar with the information in this handbook and direct any questions you may have to the facility's staff.

**Description of Florence Correctional Center:**
Florence Correctional Center houses, USMS, ICE and Vermont State inmates. ICE detainees are housed in separate pods from the other inmates and will not co-mingle in any other with other contracts.

**Detainee Rights and Responsibilities**

It is the policy of the Florence Correctional Center to treat **ALL** detainees with dignity and respect while maintaining a safe, secure and sanitary detention facility. In return, it is expected of you to give the staff your full cooperation during your stay here. While in our custody, and in the custody of ICE, you have certain basic rights and we expect you to recognize the responsibilities attached to these rights. You/We have right to be protected from personal abuse, corporal punishment; deprivation of food services to include use of Nutraloaf or "food loaf"; deprivation of clothing, bedding, or items of personal hygiene; deprivation of correspondence privileges; deprivation of legal access and legal materials; deprivation of physical exercise unless such activity creates a documented unsafe condition, unnecessary or excessive use of force, personal injury, disease, property damage and harassment; and the right to due process.

**You have the responsibility of respecting facility staff, other detainees, government property and the property of other detainees.**

- You have the right of freedom from discrimination based on race, religion, national origin, sex, handicap, or political beliefs.

**You have the responsibility to report any such incident immediately to any available Officer.**

- You have the right to be informed of the rules and procedures at this facility.

**You have the responsibility to learn the rules and obey them.**

- You have the right to health care that includes nutritious meals, adequate bedding, proper clothing, a laundry exchange schedule, and an opportunity to maintain personal hygiene, a regular exercise period and necessary medical treatment.

**It is your responsibility not to waste food, to follow the laundry and shower schedules, to maintain neat and clean living quarters and seek medical care as needed.**

- You have the right to have family members and friends visit you according to facility rules and schedules.

**Your conduct and your visitor's conduct is your responsibility. You are to conduct yourself properly and not infringe upon the visitation rights of others.**

- You have the right to religious freedom.

---

CCOG00021862

Exhibit 22 - Page 440

**It is your responsibility to respect the religious rights of others.**

- You have the right to reading materials for educational purposes and for your own enjoyment.

**It is your responsibility to use reading materials for your personal benefit and return library materials when they are due.**

- You have the right to an administrative hearing before an Immigration Judge to determine your legality in the United States, depending on the particular facts and circumstances of your case. Alternative removal proceedings (as authorized by statute) may be used to determine your status in the United States.

**You have the responsibility to provide evidence for your defense.**

- You have the right to request a voluntary departure before a hearing, which means you waive your right to a hearing.

**It is your responsibility to inform the Immigration Court that you request Voluntary Departure.**

- You have the right to apply for Political Asylum if you believe that, upon your return to your country of origin, you will be persecuted because of your race, religion, nationality, political opinion or membership in a group.

**It is your responsibility to accurately prepare and submit the proper forms to the court, to include proper number of copies.**

- If you are eligible, you have the right to be released on bond until your scheduled administrative hearing.

**It is your responsibility to produce any bond that may be set in your case.**

- You have the right to legal counsel of your choice, by means of interviews and correspondence, at no cost to the U.S. Government.

**It is your responsibility to arrange for your own legal representation.**

- You have the right to use the law library reference materials to help you resolve legal problems, and to receive help through a legal assistance program.

**It is your responsibility to use these resources according to established procedures and schedules, and to respect the rights of others to use these resources.**

- You have the right to unrestricted and confidential access to the courts through correspondence.

**You have the responsibility to present your petitions to the court, with all necessary documentation, in a timely manner.**

**Initial Admission:** (*If you have any medical problems that require immediate attention from a medical provider, please inform staff during your intake process.*)

All persons and property arriving at this facility will be searched. As part of the intake procedure, the Processing Officer will retain your clothes, personal property and money for safekeeping. You will be given itemized receipts for all of your belongings. Your money and property will be returned to you upon your release from custody.

During the intake procedure, you will have an opportunity to utilize a telephone and will be issued a full set of clothing and bedding. Personal hygiene items and a copy of the rules, regulations and guidelines governing your behavior while in custody (Detainee Handbook) will be issued upon entering your housing unit.

CCOG00021863

Exhibit 22 - Page 441

You will receive the following personal hygiene items:
- One comb
- One tube of toothpaste
- One toothbrush
- Body soap/shampoo and lotion are available in the housing unit.
- Deodorant

You will also be issued the following clothing and bedding items:

- Two pairs of socks
- Two pairs of underwear
- One pair facility issued footwear
- Two uniforms; pants and shirts
- Blanket
- Two sheets/ one pillowcase
- One towel

Additional clothing and/or blankets may be issued, in accordance with weather/ seasonal conditions or with approval from medical staff.

## Property

Upon entering the facility you may be allowed to keep certain personal items in your possession after the booking process:

-a wedding ring if it is a plain band with no stones and is valued at less than $150.00
-prescribed medical devices (artificial limbs, hearing aids, prescription eyeglasses, dentures, etc.)
-legal materials for active cases
-a religious medal, only of a size that will not pose a threat as a potential weapon or escape device and is valued at less than $150.00
-a watch if it is plain with no stones and valued at less than $150.00

Any item in your possession that is not issued or approved at intake or purchased through commissary or any property that has been altered, modified, or has had identifying marks removed or modified will be considered contraband and may result in confiscation and disciplinary action. Property not listed above is considered excess inmate personal property. Excess inmate property is to be disposed of by the inmate within 30 days after processing at the facility. Excess inmate property may be disposed of by:

-mailing by certified mail, Federal Express or United Parcel Service or transferring with a written receipt to next of kin, the inmate's attorney or another individual designated by the inmate
-mailing property by certified mail, Federal Express or United Parcel Service or transferring the property to a storage company to be stored at the inmate's expense. Arrangements for storage of property must be made by the inmate or his attorney directly with a storage company
-except for one set of clothing that is stored until release/transfer; property not disposed of is considered abandoned after 30 days and must be destroyed or donated by the facility. All property will be stored in the grey box issued to you and if you require an additional box for legal work a request will be submitted to your unit team.

## Contraband

You are responsible for ensuring that you are not in possession of any item that can be considered contraband and understanding that possession of contraband may result in disciplinary action taken against you. Items considered to be detrimental to the safe and orderly operation of the facility are prohibited and considered to be "contraband". Contraband items include, but are not limited to:

- Any illegal drugs, alcoholic beverages, tobacco products, deadly weapons, dangerous instruments, explosives or any other article that could be used to endanger other persons or the preservation of order in the facility.
- Any legal drugs that are not prescribed to you.
- Any item which could be construed as an aid to escape.
- Any item which could be used to disguise or alter the appearance of a detainee.
- Any article of clothing or item for personal use or consumption which has not been cleared first through the Assistant Chief of Security or higher.
- Cell phones, cameras, video, audio, or related equipment that can be used to make unauthorized photographs or audio or audio-video recordings of detainees, staff, or government property.
- Any previously approved item that has been altered without permission or used in an inappropriate manner.

Detainee Handbook
Revised: 06/15/2012

6

Exhibit 22 - Page 442

CCOG00021864

Staff will seize contraband found in your physical possession or living area, common areas, and from incoming or outgoing mail. A religious authority will be consulted before confiscating any religious item that may be considered contraband. If ownership of contraband is disputed, the material will be inventoried and stored, and you will have seven days following receipt of the inventory to prove ownership of the item(s). If ownership cannot be established, the property may be destroyed.

Seized contraband that is not illegal under criminal statutes and would not pose a threat to security may be stored with your personal property or, at your request, mailed to a third party. If you choose not to provide a proper mailing address within 30 days or are unable to pay postage, the Supervisory Immigration Enforcement Agent (SIEA)—after providing you with written notice of intent to destroy property and how to prevent that outcome—may dispose of the property. Contraband that may be evidence in connection with a violation of a criminal statute will be inventoried, stored, and reported to the appropriate law enforcement authority for action and possible seizure. Contraband that is government property shall be retained as evidence for possible disciplinary action or criminal prosecution.

Contraband may be destroyed when no longer needed for disciplinary action or criminal prosecution. It may also be kept for official use. The Chief of Security, or equivalent, shall determine whether an item will be destroyed. Items of questionable ownership will be held for 120 days before considering destruction in order to give ample opportunity to obtain proof of ownership and appeal the decision. If disciplinary action is appropriate, the decision to destroy any item(s) will be deferred until the case and any subsequent appeals are resolved. The officer who physically destroys the property and at least one official observer shall submit written documentation to having witness the property's destruction. A copy of the disposal record shall be given to you and a copy will be placed in your detention file.

**Classification (Before arriving at FCC completed by ICE)**

All detainees will be classified upon their arrival at ICE. The classification system will ensure that each detainee is placed in the appropriate category and physically separated from detainees in other, higher categories. The Processing Officer will use the following information to learn the appropriate classification level to place you:

- Past offenses/ Severity of charges
- Escapes/ Escape attempts
- Institutional Disciplinary history
- Violent episodes/ incidents
- Other pertinent facts relevant to your behavior while in custody and or criminal past.

A point system is used in assigning a number of points for certain offenses. The points are then tallied, which in turn decides your classification level.

The classification system is used to assign the least restrictive housing unit consistent with facility safety and security. Detainees will be housed according to the following classification levels: Note at this facility only levels one and two are housed

All Level 2 and 3 detainees have the right to appeal their classification level. To appeal your classification, forward a Detainee Request Form to the Supervisory Immigration Enforcement Agent (SIEA), who in turn, will forward a recommendation to the Supervisory Detention and Deportation Officer (SDDO). The SDDO has the authority to reduce a classification level on appeal and every effort will be made to ensure all appeals will be resolved within five business days (with respect to the safe, secure and orderly running of the facility). You will receive written notification of the outcome of your appeal within 10 business days. The notification will include the date and time of the review, reason(s) for granting or denying the appeal, and will note your right to appeal an unfavorable decision to the Assistant Field Office Director (AFOD) or designee. The AFOD's decision is final. The classification system is also used to determine what work assignments you are eligible for. For further information, please refer to the "Detainee Voluntary Work Program" section.

Your classification level will automatically be reviewed every 60, 90, and 120 days. Failure to follow rules and regulations within the facility may result in changes to your custody classification level. If staff determines that you engage in misconduct while in custody, ICE will initiate and immediate review of your current classification. This

CCOG00021865

Exhibit 22 - Page 443

could result in your housing and/or voluntary work assignments being changed.  If at any time you are placed into a segregation unit, your classification level will be reviewed prior to your release back into general population.

1. .**Level 1 Classification**
   - May not be co-mingled with Level 3 Detainees.
   - May not include any detainee with a felony conviction that included an act of physical violence.
   - May not include any detainee with an aggravated felony conviction.
   - May include detainees with minor criminal records and nonviolent felonies.

2. **Level 2 Classification**
   - May not include any detainee whose most recent conviction was for any offense listed under the "HIGHEST" section of the severity of offense guideline (APPENDIX 1 or CCA policy 15-100).
   - May not include any detainee with a pattern or history of violent assaults, whether convicted or not.  A pattern is considered established for purposes of this guideline when an arrest record reveals two or more arrests in a five-year period for assault where force was used against another person with the intent to commit bodily injury.
   - May not include any detainee convicted for assault on a correctional officer while in custody or where a previous institutional record suggests a pattern of assaults while in custody.

3. **Level 3 Classification**
   - May be reclassified to Level 2 only based on institutional behavior, provided items under number 2 above do not apply (detainee must be in custody for a minimum of 60 days before reclassification).
   - Any detainee whose classification level is increased to Level 3 while housed at Florence Correctional Center will be placed in Administrative Segregation pending appropriate housing placement which is approved by ICE.

**Housing Assignments**

Florence Correctional Center has 6 housing units. Delta, Fox, Golf, Juliet, Lima units contain 8 pods holding 50 plus inmates/detainees per pod. Motel unit contains 2 pods that hold 183 inmates per pod.

The Segregation Unit houses up to 100 inmates/detainees. If you are violated or you are in need of separation from other detainees, you will be placed in this unit. If you are housed in Segregation you will receive orientation to that unit and receive a handbook specific to the segregation unit.

The facility classification system shall assign detainees to the least restrictive housing unit consistent with facility safety and security.  Grouping detainees with comparable histories together, and isolating those at one classification level from all others, reduces non-criminal and nonviolent detainees' exposure to physical and psychological danger. The system identifies and isolates the detainees whose histories indicate the characteristics of the "hardened criminal" who are most likely to intimidate, threaten, or prey on the vulnerable.

In facilities that have single cell living arrangements, detainees that pose an immediate and serious threat of violence to staff or other detainees shall be housed there.

**Housing Detainees of Different Classification Levels.-** When a facility is at capacity and it becomes necessary to house detainees of different classification levels in the same housing unit, the following guidelines shall apply:
   - Level 3 detainees may not be housed with Level 1 detainees.
   - Level 1s and low Level 2s may be housed together, and high Level 2s and Level 3s may be housed together. Low Level 2s are detainees who score 4 or fewer points in items A through G, of Section I without detainers or warrants.  High Level 2s are detainees who score 5 to 10 points on items A through G of Section I on the classification assessment forms.

Under no circumstance may a Level 2 detainee with a history of assaultive or combative behavior be placed in a Level 1 housing unit.

**Inmate Classification Systems: (once you arrive at FCC)**

CCA will manage inmates/residents in a safe and secure manner and make every effort to reduce risk throughout our facilities. An effective classification system enhances staff decisions regarding housing, work, and program assignments based upon determined custody levels.

All classifications are conducted by the Correctional Counselor, Case Manager or Unit Manager. The initial classification is conducted within three working days of intake of the inmate/detainee into the facility, to ensure supervision and personal contact. Reclassifications are conducted every six months. Reclassifications and reassessments can be conducted any time based on new and or additional information that would impact the classification score. The level assigned to each inmate/resident is based on the degree of supervision and management required for each inmate; custody levels are low, moderate, and high.

<u>Non-discretionary: over-rides</u> are based on CCA policies which specify that certain types of inmates/residents cannot receive low custody levels or must be housed separately. For example, an inmate/resident with a prior escape from a secure correctional facility within ten (10) years cannot receive a custody level of low. In this situation, the Classification Supervisor/Coordinator or designee ensures that the prisoner receives no lower than moderate custody. If an inmate/resident scoring as low custody falls into one of the following categories, the score must be over-ridden to moderate custody: sex offenders; inmates/residents ordered to be held without bond (with greatest severity offenses only); felony detainer or warrant; an extensive time left to serve on their criminal sentence; inmates/residents given high bail amounts; and as described in the example above, inmates who have escaped from a secure correctional facility within ten (10) years, as defined in Appendix 18-1AA, ICAS Internal Classification Assessment Manual.

<u>Discretionary: over-rides</u> are based on the inmate's behavior or status. These over-rides may result in recommendations that the inmate/resident receive a higher or lower custody level than the scored custody level. For example, a Case Manager/Counselor or designee may recommend over-riding an inmate/resident from moderate custody to high custody because the inmate/resident presents a serious, violent threat to other inmates/residents and/or staff and therefore requires more supervision. Discretionary over-rides that may be used to over-ride an inmate's scored custody level to a lower custody include, but are not limited to, prior good institutional conduct or an isolated incident of prior institutional misconduct.

**Classification Appeal Process:** Should the inmate/resident disagree with any factual information used in any factor score, a request for justification may be made (utilizing the facility's Inmate Request form) to the Supervisor/Coordinator or designee for review. The request must be submitted within ten (10) calendar days of the classification/re-classification. The Classification Supervisor may deny the request when proper justification for the denial exists. This will be documented in the inmate/resident's classification record.

Should the inmate/resident request to appeal the decision of the Classification Supervisor/Coordinator or designee, the inmate/resident may appeal to the Assistant Warden (utilizing the facility's Inmate Request form) with proper justification. The decision of the Assistant Warden shall be documented in the inmate/resident's classification record and is **final**.

At FCC the following ID colors will designate you are an ICE Detainee: Yellow Uniform. Level 1 inmates will be issued a Blue ID, Level 2 inmates will be issued a green ID


**Use of Force**

Officers may use physical force only after all reasonable efforts to resolve a detainee situation have failed. Officers shall use as little force as necessary to gain control of the detainee, protect and ensure the safety of other detainees and staff, prevent serious property damage, and ensure the secure of orderly operation of the facility.


**A-File and Detention File (This file is maintained by ICE and is not kept on site)**

ICE maintains an immigration legal record (A-file) for each housed individual. The A-file contains a summary of all legal transactions and documentation pertaining to your case, such as identification cards, photos, passports, and immigration history. The designated Deportation Officer assigned to your case is based on the last three digits of your A-number. Any questions or concerns regarding your A-file and/or case should be directed to the Deportation Officer by means of the Detainee Request Form. A detention record (Detention File) is also maintained for each housed individual and includes such documents as receipts for funds/valuables and property, behavior reports, disciplinary actions, special housing unit records, your written requests, complaints, and issues and government responses. Any questions or concerns regarding your Detention File should be directed to the Supervisory Immigration Enforcement Agent (SIEA) by means of the Detainee Request Form.

CCOG00021867

Exhibit 22 - Page 445

**Standards of Behavior**

While detained at the Florence Detention Center you will be treated with dignity and respect within the environment of a safe, secure, and sanitary detention facility. To make this possible, you are expected to give staff your full cooperation while you wait the processing of your case. In simple terms, you are expected to do the following:

- Follow and obey rules, laws, polices and procedures.
- Follow ALL instructions given by staff members.
- Respect staff and other detainees at all times.
- Respect government property and the property of others.
- Keep yourself, your clothing and your living area clean at all times.

Also, do not refer to staff members by their first names. Refer to uniformed staff by rank and last name (for example, Officer Smith, Captain Jones). Refer to non-uniformed staff by Mr., Mrs., or Ms., followed by the last name. Staff members will address you in the same manner. If you follow the above guidelines, you should encounter no problems while at this facility while awaiting the outcome of your Immigration case.

**Smoking Policy**

Due to the acknowledged hazards from exposure to environmental tobacco smoke, it is the policy of this facility to provide a tobacco free environment for all employees, visitors and detainees. This policy covers the smoking of any tobacco product and applies to all employees, visitors and detainees.

- There will be no use of tobacco products within the secure perimeter of the facility at any time.
- You are prohibited from entering the secure perimeter of the facility with any materials used for smoking, including cigarettes, matches, lighters, etc.

**Living Conditions**

The general population housing units at this facility are pod/cell style and intended for those detainees without special housing needs. Each housing unit sleeping area has an adjacent dayroom that can be used for reading, letter writing, watching television, making telephone calls, and for playing a variety of table games.

Please remember that it is in your best interest to maintain a clean and orderly living area. The following rules apply to the general population housing units:

- Lights are turned on each morning at 0430a.m. Lights are turned off at 10:30 p.m. during the week and 1:00 a.m. on weekends and days preceding a Federal Holiday. Dayrooms are open from -0530a.m. or when count clears until lights-out, at which time all detainees will be confined to the sleeping area.
- Please keep your assigned living area clean at all times. Upon getting up for the morning meal, you are to make your bed and leave it made during the day. If you choose not to attend the morning meal, your bed will be made by 8:00 a.m. and remain made during the day. Keep your bed and immediate area clean and neat through out the day. Stack any loose papers. If you desire to return to bed during the day, you are permitted to do so, lying upon the top blanket only and may be covered by sheet.
- Your shoes are the only items allowed to be stored under your bed; all other items must be placed in your assigned storage bin.. It's a requirement to keep the floor free of debris and dividers free of clutter
- For security and fire prevention guidelines, no sheets, blankets, pictures, keepsakes, newspapers or other items/ objects are to be hung from the bars, bed-frames, overhead lighting fixtures, air-vents or walls.
- If you hear your name being called by an Officer, answer as quickly as you can to obtain further instructions.

**What is available in the dayroom:**
- Televisions with cable access for the detainees to utilize
- Microwaves to heat up meals and items purchased in the commissary
- Pull up bars are in place under the steps for exercise
- Tables and chairs are present in the dayrooms for detainee use
- Fire exits in all pods, these are displayed on the walls.

Detainee Handbook                                         10
Revised: 06/15/2012

CCOG00021868

Exhibit 22 - Page 446

- Bulletin boards are in place to post required documentation and notices for detainee information. **PLEASE DO NOT REMOVE ITEMS FROM THE BULLETIN BOARDS**

Remember, personal effects, to include hygiene items, are to be stored in your storage bin. Do not place items on windowsills, windows, bunks, lockers, under a mattress, etc. These items will be confiscated and removed when left in unauthorized areas. It will be your responsibility to identify and reclaim the items through the appropriate shift supervisor.

While most persons detained at this facility live in the general population units described above, this facility also has a segregation unit to house detainees with special housing needs.

The Administrative Detention section of the Special Housing Unit is for detainees who are:

- Under investigation or awaiting a hearing concerning a rules violation;
- Under medical observation;
- Pending a special circumstance transfer or release;
- Determined to be a security risk; or,
- In Protective Custody.

If you are located in administrative segregation, you shall have your cases reviewed within three working days of being placed in administrative segregation to determine accurate housing. If you remain in administrative for seven days, a supervisor will conduct another review. You may appeal the order or the review decision, in writing, to the Supervisory Detention and Deportation Officer (SDDO) or designee.

The Disciplinary Segregation section of the Special Housing Unit is for detainees who are:

- Disruptive or assaultive towards staff or other detainees;
- Serving a sanction imposed for a facility rules violation; or,
- Requiring secure physical confinement.

A case review will be conducted on each detainee placed in disciplinary segregation every seven days to ensure that the detainee is abiding by rules and being offered showers, meals, recreation, etc.
While detainees housed in the Facility Segregation Units are fed and clothed the same as detainees in the general population, other facility services, such as recreation, visitation and telephone privileges, are subject to restrictions depending on sanctions imposed and each particular detainee's behavior.

Each segregated detainee shall be given the opportunity to maintain a normal level of personal hygiene. You will have the opportunity to shower and shave at least three times a week, unless the procedures would present an undue security hazard. To request barbering services, you must send a written request to the Recreation Specialist who will schedule you for an appointment.

**Personal Hygiene**

Because you will be living in a pod/cell with many other detainees, personal hygiene is essential. You are expected to bathe regularly and keep your hair clean. Your unit's Housing Officer will replace personal hygiene items issued to you when you were admitted to the facility on a one-for-one basis.

Detainees are allowed to grow facial hair. Kitchen workers will be restricted from growing facial hair and wearing hairstyles that create a safety or sanitation concern in the food service environment. Barbering services are available to you at no cost in the unit barber shop. To receive a haircut you must sign up on the barber list found in the day room of your pod. Haircuts, which are used as identifiers for members of groups or gangs, are prohibited. No detainee is allowed to shave his or her head.

Disposable razors are available from your unit's Housing Officer, issued on an as needed basis, and returned when you have finished shaving. Due to health and safety reasons meant to protect staff and detainees, disposable razors will not be used by more then one detainee.

---

CCOG00021869

Exhibit 22 - Page 447

Detainees attending court will be afforded the opportunity to shave before reporting to court.  However, keep in mind that time is limited.  Effort should be made to shave the night before your scheduled court date.

**Detainee Voluntary Work Program**

Every effort will be made to provide you an opportunity to participate in the facility's voluntary work program. Wages are $1.00 a day, paid on a weekly basis.  You are not permitted to earn more then $1.00 a day nor have more then one job per day.  Most jobs involve cleaning assignments in your housing unit.  If you are interested in one of these jobs, contact your Unit team by using an inmate/detainee request form you will then be placed on a job waiting list
This is a voluntary program and you will be required to sign a voluntary work program contract.  Detainees that participate are required to work according to an assigned work schedule, with appropriate training provided.  Unexcused absences from work or unsatisfactory work performance will result in removal from the program.  Your classification level is also restrictive in which jobs you are allowed to work and is at the discretion of the department head.

You are not entitled to compensation for tasks that involve maintaining your personal area or cleaning up after yourself in general use areas.  You are required to perform basic cleaning tasks within your living unit, regardless of where you are held.  For example, you could be disciplined if you refuse to make your bed or otherwise refuse to clean up after yourself.

At this facility all detainees will work inside their pods or in the ICE law library.

Physically and Mentally Challenged Detainee

While medical or mental restrictions may prevent some physically and mentally challenged detainees from working, those with less severe disabilities shall have the opportunity to participate in the voluntary work program in appropriate work assignments.

    a.    The selecting official must consider the precise limitations of a disabled individual before rejecting that individual for selected work assignments.

    b.    Expediency or convenience is insufficient justification to reject a detainee who, with reasonable accommodation, can perform essential functions of the work assignment.

    c.    In disputed cases, the selecting official shall consult medical personnel to ascertain the detainee's suitability for a given project.

<u>Note</u>: Work assignments will be made without regard to the detainee's race, religion, national origin, handicap, or political views.

**Evacuation Drills**

Due to local, state, and federal laws, we perform regular evacuation drills throughout the facility.  These drills are not meant to inconvenience you, but rather to ensure you can evacuate your building safely in event of a fire or other emergency.  Each unit has a diagram showing where the emergency exits are located and which ones to use.  Study this diagram carefully and follow the instructions of the Officers during the evacuation drills, your life may depend on it.

**Searches**

Searches of people and property are a routine occurrence in any detention facility to control the introduction of weapons and other contraband, and to ensure the safe and orderly operation of the facility.  Any attempt to disrupt or avoid a search will result in disciplinary action against you.

Any property in your possession at the time you are admitted to the facility will be searched and inventoried and you will be searched before leaving the Processing area.  During your stay here, you will be subjected to a pat-search each time you enter your housing unit and at other times such as before and after a lawyer visit and at the end of a work assignment.  Additionally, you will be subjected to a pat-down or strip-search, depending on the circumstances, any time there is reasonable cause to believe that you may have contraband concealed on your person.  All strip-searches of detainees at this facility will be conducted by officers of the same gender as the detainee.

CCOG00021870

Exhibit 22 - Page 448

Searches of housing units, work areas and personal property retained by detainees, will be conducted on a daily basis. Any property not issued by this facility or allowed as an approved item, will be taken from you during a search. Any property taken from you that involves illegal activity may be given to the appropriate law enforcement agency for criminal prosecution and disciplinary action.

**Official Counts**

In order to maintain proper accountability of detainees at this facility, official counts are conducted at set times. These are called Formal Counts. Formal Counts will be conducted at 5:45 am, 9:30 am, 3:00 pm, 7:00 pm, 10:00 pm and 1:00 am, 3:00am  During all Formal Counts, you are required to be on your bed.  No movement or talking is permitted during the count, and you must remain on your bed until the unit's Housing Officer tells you that the count has been cleared.  In addition, informal counts are conducted any time there is mass movement, (to the Rec-yard or the Kitchen, etc.).  A face-to-photo count will be conducted at 10:00 pm.  It is equally important that you follow instructions from the unit's Housing Officer during these counts also.  Emergency Counts are also conducted, upon the direction of the management staff, by the unit's Housing Officers.  Following these rules will help us conduct the counts as efficiently and accurately as possible, so that you may return to your regular activities.  Failure to cooperate is grounds for disciplinary action being taken against you.

**Meals**

All meals served are nutritionally balanced, dietician-approved and properly prepared.  We do not use food as either a disciplinary measure or reward.  All detainees will be provided with meals from a standard menu unless a special diet request is approved.  This facility is pork-free.

Meals are provided three times daily in the housing units for detainees in the general population.  Breakfast is served between 4:00 a.m. and 5:30 a.m. Lunch is served between 10:30 a.m. and 12:00 p.m. Dinner is served between 4:00 p.m. and 6:00 p.m. Your unit's Housing Officer will notify you when it is time for your Dormitory to go.
We try to provide healthy meals and enough time for you to enjoy them.  The difficult task of preparing and serving to such a large number of people requires that you follow certain rules, so that everyone has a chance to enjoy their meals.

- When mealtime is announced in your housing unit, line up at the door quickly, but in an orderly fashion. Meal times are posted on the bulletin board in your housing unit.
- You must be fully clothed each time you leave your housing unit, to include meal times.
- You will be given a food tray, drinking glass, and Spork at the serving line. When finished eating, you must carry your tray to the pod entry area where you will throw away your trash and stack your tray.
- You do not have to eat the food items you do not like. However, you will not receive bigger portions of other foods to make up for items that you do not eat.
- If you require a Special Diet for medical reasons, you can request it by sending a Medical Sick Call Form to the Medical Department.
- If you require a Special Diet for religious reasons, you can request it by sending a Request for Service Form to the facility's Chaplain.

**Commissary**

FCC provides an inmate commissary from which inmates can purchase approved items that are not furnished by the facility.  The commissary schedule is: Commissary form pick up will be every Friday morning, All commissary slips must be dropped in the Commissary Box by MIDNIGHT ON THURSDAY, and Commissary delivery will be scheduled for Golf Unit (Thursday morning) Motel Unit (Friday morning) for ICE detainees, and any missed deliveries will be covered on Friday.  This information will be posted in your pod as well.  Inmates must submit a commissary slip.  Commissary will be delivered to your pod.  If you are scheduled for court on your commissary day, you MUST turn in a commissary order before you leave for court.  It is your responsibility to ensure you received the items you ordered prior to signing the commissary slip, once signed, no shortages will be accepted. Refer to the back of the Commissary Slip for further information.

CCOG00021871

Exhibit 22 - Page 449

**Clothing/ Dress Code**

While detained at this facility, you may only wear the clothing that is issued to you. The following rules and procedures pertain to the wearing of your issued uniform:

- You will wear a complete uniform (shirt, pants, shoes) at all times while in the hall way for meals, Medical, Court, during Religious services, and visitation.
- Shower shoes are to be worn only inside the Housing Units.
- The wearing of mixed colors is not authorized for outer garments.
- Head coverings are prohibited,
- Undergarments may be worn without outer garments **ONLY** while inside the sleeping quarters or the restrooms. **NO EXCEPTIONS!**
- Uniform pants and shorts will be worn at a point above the waist that prevents the crease of the buttocks from showing.
- Detainees are not to walk about the facility with their hands inside the waistbands of the pants regardless of weather conditions.
- No article of clothing will be worn in a manner not intended for that item (using a shirt as a headband or head cover, etc.).
- **Detainees are not permitted to wash clothing, bedding, linens, tennis shoes or other items in the restroom sinks or showers.**

Clothing will be exchanged on a one-for-one basis, as needed. Laundry exchanges for the general population will occur in the housing units and be announced by the unit's Housing Officer. Bed linens will be exchanged a minimum of once per week, and blankets exchanged once per month. Other detainee workers will exchange clothing more often than scheduled when determined to be necessary. Laundry Schedules are posted in the Units for your reference.

**Medical Services**
Upon arrival at this facility, you will receive an initial medical and mental health screening by a health care provider. You will also receive a thorough medical examination conducted within 14 days after your arrival. To provide the best medical service possible, it is important that you are honest concerning any medical issues that you may have, any mental health problems, and your use of or dependence on mood and mind altering substances- alcohol, opiates hypnotics, sedatives, etc. While here, if you are sick and feel that you need medical attention, our medical staff can see you during Sick Call. You can access Sick Call by requesting a Sick Call slip from your unit's Housing Officer. Fill out the Sick Call slip and place it in the Medical Request Box in the Sally port area, located by the pod entrance. You will be scheduled to be seen during routine Sick Call. Sick Call is conducted Monday thru Friday (except Federal Holidays) from 7:00 a.m. to 3:00 p.m. every day of the week. Sick call slips are reviewed and put into order by priority cases, which are seen first, generally on the next business day. If you feel you have a medical problem of an emergency nature, notify your unit's Housing Officer and you will be evaluated by the medical staff for more immediate treatment.

Sick Call for detainees housed in the facility segregation units will be conducted daily during regular Sick Call hours.

**Suicide Prevention**

If you are feeling depressed, think you may harm yourself, or need someone to talk to, you should immediately advise your unit's Housing Officer. If you feel that another detainee is depressed or may harm him/herself, you should also alert the Housing Officer. You will be referred to the appropriate medical staff. All potentially suicidal or severely depressed individuals will receive the proper referrals for assistance and be treated with sensitivity.

**Sexual Abuse and Assault Prevention and Intervention Program**

FCC shall ensure that information is provided to detainees regarding sexual assault/abuse, sexual misconduct/harassment. If detainees feel they have been a victim of sexual assault/abuse or misconduct/harassment, they should immediately report it to a staff member without fear of reprisal or retaliation. All reports will be taken seriously and FCC will investigate all allegations appropriately. FCC understands these matters can be extremely sensitive and will make every effort to see it is investigated in a prompt and thorough manner. Relief for the detainee will be sought through treatment and counseling. Sexual conduct between staff, volunteers or contract personnel and detainees, regardless of consensual status, is prohibited and subject to administrative and/or criminal disciplinary

Detainee Handbook
Revised: 06/15/2012

14

Exhibit 22 - Page 450

CCOG00021872

actions.  FCC will assign all investigations to the Sexual Response Assault Team and they will follow policy on the investigation process.

Sexual misconduct – includes but is not limited to the following acts; taking part in sex act(s) whether all parties agree to take part or not; exposing the genitals, breast or buttocks to an employee or visitor; masturbating where an employee, visitor or other detainee can see the act.

Sexual harassment – includes sexually motivated verbal or physical contact and visual forms of harassment of a sexual nature.  Examples of sexual harassment include unwelcome sexual advances, requests for sexual favors, repeated offensive sexual flirtations, repeated verbal abuse of a sexual nature, sexually degrading words used to describe an individual and the display of sexually suggestive objects or pictures.

Detainee-on-detainee sexual abuse or assault-  One or more detainees engaging in a sexual act, including contact between the penis and the vulva or the penis and the anus, and for purposes of this subparagraph, contact involving the penis occurs upon penetration, however slight; contact between the mouth and the penis, the mouth and the vulva, or the mouth and the anus; or the penetration, however slight, of the anal or genital opening of another by a hand or finger or by any object, with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person ; or the use of threats, intimidation, inappropriate touching, or other actions and or communications by one or more detainees aimed at coercing and or pressuring another detainee to engage in a sexual act.

Staff-on-detainee sexual abuse or assault- One or more staff member, volunteer or contract personnel engaging in, or attempting to engage in a sexual act with any detainee, or the intentional touching of an detainee's genitalia, anus, groin, breast, inner thigh, or buttocks with the intent to abuse, humiliate, harass, degrade, arouse, or gratify the sexual desire of any person.

All staff and detainees are responsible for being alert to signs of potential situations in which sexual assaults might occur and making reports and intervention referrals.

Staff sensitivity toward detainees who are victims of sexual abuse or assault is critical.
Staff shall take seriously all statements from detainees claiming to be victims of sexual assaults and respond supportively and non-judgmentally.  Any detainee who alleges that he or she has been sexually assaulted shall be offered immediate protection from the assailant and referred for a medical examination and/or a clinical assessment of the potential for negative symptoms.  Staff becoming aware of an alleged assault shall immediately follow the reporting requirements set forth in the written policies and procedures.

If you feel unsafe because of threats of sexual abuse or assault, or if you are sexually abused or assaulted, you should immediately advise the housing officer, or another staff member.  Information concerning the identity of a detainee victim reporting an assault, and the facts of the report itself, shall be limited to those who have a need to know in order to make decisions concerning the victim's welfare, and for law enforcement/investigative purposes.

If you feel you are at risk of being abused, there are several ways that you can report the risk to protect yourself from becoming a victim:  contact your housing officer, file an emergency grievance stating your immediate needs, or contact ICE staff, using the Detainee Request Form.  You or a relative/friend may also file a complaint directly to the Office of the Inspector General by telephone at 1-800-323-8603, or by mail at:

**DHS OIG HOTLINE**
**245 Murray Drive, SE**
**Building 410**
**Washington, DC  20538**

If you are sexually abused or assaulted, the appropriate staff will arrange for medical treatment and victim counseling.

**Detainee Request Forms/Staff Communication**

You are encouraged to speak informally with staff about everyday concerns and for information about facility policies and procedures.  ICE/DRO staff will visit the facility to talk with detainees at least once each week.  If you need information or assistance other than that provided to you by this handbook or your unit's Housing Officer, you must fill out a Detainee Request Form. Your unit's Housing Officer will provide you with the form and assist you with filling it out, if necessary.  Be sure to provide all the information requested at the top of the form (as it appears on your

Exhibit 22 - Page 451

CCOG00021873

wrist band) and write your request simply and clearly.  Place the completed form in the request box located in the sally at the pod entrance

Use the ICE request forms to contact your assigned Deportation Officer.  Deportation Officers are the officers in charge of your case.  To identify your assigned Deportation Officer, use the last three digits (number) in your Alien Registration Number (A number).  In your housing unit dayroom, there is a list of Deportation Officers and the corresponding number that is assigned to them.  All questions concerning the status of your case should be directed to the appropriate Deportation Officer.

- Your local ICE facility/DHS agency address is:   **DHS/ICE**

  **3250 N. Pinal Parkway**

  **Florence AZ, 85132**

  **520-868-5862**

**Visitation**

ICE encourages you to receive visits from your family, friends and attorneys. You are also permitted visits from consular officials, special interest groups and the news media. Visiting hours for each type of visit have been established. The Assistant Chief of Security or designee must first approve special visits.

**A.     Visiting Hours**

We have established visiting times for the following categories:

- General visitation (including visits from children)
- Legal visitation
- Consultation visitation for expedited removal
- Consular visit
- Special family visits

The hours for each type of visit are posted in your housing unit and the visitor waiting room.  A written copy of the visiting hours and rules is also available to the public.  This facility also has visiting hours for those detainees in Administrative/ Disciplinary Segregation.

**B.     Legal Visitation**

You have the opportunity to meet privately with legal representatives, prospective legal representatives and legal assistants.  It is your responsibility to make contact with that individual or organization for an appointment.  It is also your responsibility to cancel an appointment if you do not intend to keep it.  Cancellations may not be accomplished on your behalf by an officer or another detainee.  These visits are confidential.  No facility staff will be at these meetings or listen in on them.  Any materials you get during legal visits for your personal use will be inspected, not read.  Legal visitation is available daily from 8:00 am to 4:30pm.

**C.     Pro Bono List and Detainee Sign-up**

The current list of pro bono legal organizations and individuals is posted in the housing area.  This list contains names of people and organizations that can offer you legal help, some at reduced rates or, in some cases, no charge.  Sometimes, these individuals or organizations ask us to post a sign-up sheet for you to request to see a representative from that organization.  You, as an individual or with a small group of detainees, may also have the opportunity to meet privately with these legal representatives, consistent with security concerns.

CCOG00021874

Exhibit 22 - Page 452

**D.     Consular Visitors**

You have a right to contact your consular representatives and receive visits from your consulate officers.  These visits may take place during normal attorney visiting hours or with special permission from the Assistant Chief of Security or designee.  These visits are also private, like meeting with legal representatives.

**E.     Special Visitation**

- To request a Special Visit, you must submit a Detainee Request Form to the Assistant Chief of Security or designee.    Special visits are granted for the following reasons, time and space permitting.
- Out-of-State visitors.
- Visitors who are unable to visit during the regular visitation hours.

**Visitation Rules**

Normal detainee visitation is conducted on weekends and all Federal Holidays.  The exact hours are posted on the bulletin board of your housing unit.

You will usually have two hours for a visit.  If there are more visitors than can fit in the visiting room, it may be necessary to shorten the visit.  We have tried to make our visiting area as comfortable and pleasant as possible. We ask your help in making sure that visits are conducted in a quiet, orderly and dignified manner with respect to the other visitors.  Rules prohibiting drugs, illegal and other unauthorized items and contraband are strictly enforced. Please follow the rules below so that visits are pleasant for everyone:

- The number of visitors is limited to no more then 3 visitors at a time unless **written authorization** has been received from the Supervisory Immigration Enforcement Agent (SIEA)
- Visitors are to be in appropriate and socially acceptable attire.  A copy of the dress code is available and given to **all** visitors.
- Visitors and any articles in their possession will be searched before and after entering the facility.  You will be pat searched after your visit for safety and security reasons.
- The ICE Supervisors must approve any items brought in by a visitor for you.  Only the on-duty SIEA may give permission for items to be brought in and is limited to one complete set of clothing and a bag to carry them in, unless prior **written authorization** is received.
- Any unruly or socially inappropriate behavior by either party will end the visit and may have an adverse effect on future visitation.
- Visitors who bring children (17 or younger) must closely supervise them so as not to disturb others.
- Visitors are responsible for their own transportation to and from the facility.
- You should discourage your visitors from bringing large quantities of hand carried parcels and other items, to include packages.
- Physical contact shall be allowed, within the confines of common decency.
- Kissing and embracing shall be permitted ONLY at the beginning and end of each visit and shall not be prolonged.
- Visitors or detainees shall not place their hands inside the other's clothing.
- All clothing shall remain fastened; hands shall remain outside the clothing at **all** times and the touching of any genital area, breast, or buttocks, under or over the clothing, is strictly prohibited.
- The use of profanity, making loud noises, disturbing other detainees or visitors, creating a mess or otherwise being a nuisance in the visitation area is prohibited.
- No items/ property will be exchanged between the visitor and detainee during the visit.  All transactions shall be initiated between the visitor and an Officer only, who in turn will inventory/ receipt the item.

CCOG00021875

Exhibit 22 - Page 453

**Mail**

Your address to receive mail at this facility is:

> Your Name (as it appears on your wrist band)
> Your Alien Number
> Florence Correctional Center
> 1155 N. Pinal Parkway
> Florence AZ, 85123

You will be able to request writing material, pencils, and envelopes for your use from the Housing Officer. Ink pens are not allowed. You may mail up to two letters per day, at ICE expense. Please write complete return address information given above in the upper left-hand corner of the envelope. If you do not, your letter will be opened for identification and returned to you. Seal the envelopes on your outgoing letters and give them to your unit's Housing Officer. All outgoing mail is mailed out the next business day. Due to postal regulations, drawing on the outside of the envelope is prohibited.

You are advised that the CCA defines mail as two types:

- General Correspondence and other mail.
- Special Correspondence

Special Correspondence is the term for your written communications to or from private attorneys and other legal representatives; government attorneys; judges, courts; embassies and consulates; the President or Vice-President of the United States, members of Congress, the Department of Justice (including ICE and Office of the Inspector General); the U.S. Public Health Service; administrators of grievance systems; and representatives of the news media. Correspondence will **NOT** be treated as special correspondence if the title and office of the sender (for incoming correspondence) is not identified on the envelope, clearly indicating that the correspondence is special. Out going correspondence will **NOT** be treated as special correspondence if the name, title and office of the recipient are not clearly identified on the envelope to provide clear indication that the mail is special.

Your incoming mail will generally be delivered to you on the same day that it arrives at this facility. Your special correspondence mail is opened in your presence to be inspected for contraband. General correspondence is opened at the mail and inspected for contraband. If you do not permit inspection, it will be returned to sender. Your mail will not be read; it will only be inspected for contraband items. Identity documents, such as passports, birth certificates, driver's license, etc., will be confiscated and turned over to the appropriate Deportation Officer for placement into your A-File. Upon request, ICE will provide a copy to you.

You will **not** be allowed to receive or send packages without making advanced arrangements, through the Unit Manager. The postage for packages, oversized or overweight mail will be paid by you.

You are responsible for the contents of the letters that you send. If staff members have reason to believe that you are violating mail regulations (mailing threatening letters or engaging in some type of criminal activity through the mail) your mail privileges may be restricted. This can mean that you will only be allowed to send letters to individuals who have been specifically approved. It also means that facility staff may read and censor all of your incoming and outgoing general mail. You may not write to other detention or correctional facilities without the express permission of the Field Office Director (FOD) and the AFOD. You may not write to another detainee detained within your own facility without permission from the AFOD or designee.

OUTGOING CORRESPONDENCE FROM ICE DETAINEES WILL ONLY BE INSPECTED AND READ IF IT MEETS ONE OR MORE OF THE FOLLOWING CRITERIA:
•THE ADDRESSEE IS ANOTHER DETAINEE;
•THERE IS REASON TO BELIEVE THE GENERAL CORRESPONDENCE MIGHT PRESENT A THREAT TO THE FACILITY'S SECURE OR ORDERLY OPERATION;
•THERE IS REASON TO BELIEVE THE GENERAL CORRESPONDENCE MIGHT ENDANGER THE RECIPIENT OR THE PUBLIC; AND/OR
•THERE IS REASON TO BELIEVE THE GENERAL CORRESPONDENCE MIGHT FACILITATE CRIMINAL ACTIVITY

---

CCOG00021876

Exhibit 22 - Page 454

If you wish to send money to your family or to others outside the facility, you send a detainee request to the SIEA, who can make arrangements for you to purchase a money order.  We advise that you do not send cash through the mail

You are also advised that there are circumstances where incoming and outgoing general correspondence may be confiscated or withheld.  If this happens, you will be given a receipt for the confiscated or withheld item(s). Correspondence and publications that may be rejected include, but are not limited to, items with the following contents:

- Material that depicts, describes, or encourages activates that could lead to physical violence or group disruption, including material dealing with self-defense or survival, weaponry, armaments, explosives, or incendiary devices.
- Information regarding escape plots plans to commit illegal activities or to violate ICE rules or facility guidelines.
- Information regarding the production of drugs or alcohol.
- Sexually explicit material.
- Threats, extortion, obscenity, or gratuitous profanity.
- In code;
- Other contraband. A package received without prior authorization is considered contraband.

Any incoming mail lacking your Alien number will be returned to the sender, including any legal correspondence or packages.  Both sender and addressee will be provided written notice, with explanation, when the facility rejects incoming or outgoing mail; the authorizing official will sign it.

When you are released from this facility, any further mail received for you will be returned to sender.

**Marriage Request**

To request permission to marry while detained by ICE, you must submit a Detainee Request Form to the Assistant Field Office Director (AFOD).  Final approval must be obtained from the AFOD.  The following information must be included/ addressed in the request:

- That each person is legally eligible to be married.
- He/ She is mentally competent to be married, as determined by a qualified medical practitioner.
- The intended spouse has affirmed, in writing, his/ her intent to marry the detainee.

The decision to deny a request and the reason(s) for it shall be provided in writing to the detainee and his/ her legal representative, if applicable.  If the request is denied, the detainee may appeal, in writing, to the Field Office Director (FOD).

When a request is approved, you or your legal representative, or others acting on your behalf, must make all arrangements for the marriage.  Arrangements include, but not limited to, taking a blood test, obtaining a marriage license, and retaining an official to perform the marriage ceremony.  **ICE personnel shall not participate in making marriage arrangements.**  The following conditions also apply:

- The AFOD will provide the detainee with a time and place during which he/ she may make marriage arrangements and the arrangements will be accommodated consistent with the security and orderly operation of the facility.  The AFOD reserves the right of final approval concerning the time, place and manner of all arrangements.
- A detainee will not be allowed to leave the facility for the purpose of making marriage arrangements.
- You or person(s) acting on your behalf shall bear all expenses relating to the marriage.
- The marriage will take place inside the facility.
- Only individual's essential for the ceremony may attend.
- Marriage ceremonies will be private, with no media publicity.
- A marriage request will have no effect on regular or scheduled processing or action in your legal case. That is, the marriage request will neither interrupt nor stay any hearing, transfer to another facility or removal from the United States.

The foregoing are internal guidelines for this facility. They are not to be constructed as creating rights for detainees or other persons, and they do not prevent the AFOD from exercising discretion in conducting his/ her case-by-case review.

**Telephones**

Telephones are located through out the facility in each housing unit dayroom for use by detainees in the general population and segregation units. You may make collect calls or use a pre-paid phone time, which can be purchased from the commissary. Housing unit telephones are available for detainee use daily from the morning meal (6:00 a.m.) until lights out, **EXCEPT** during count times. Dialing instructions are posted. Due to the number of detainees per Housing unit versus the number of available phones, detainees are requested to limit their telephone calls to 20 minutes to allow the others to use the phones. Should you become aware of any phone problems, please notify your unit's Housing Officer.

Your telephone access may be restricted if you are found to be violating the rules of the facility or are found to be abusing the equipment. Your access may also be severely restricted if you are found using the telephone to further illegal activities.

If the facility telephone system or schedule does not meet your special needs for a particular situation, or if you need to make an emergency phone call, you should send a Request Form to the Unit Manager who will evaluate your situation and may approve a special access call.

If you are having trouble making a confidential call about a legal matter, fill out a Detainee Request Form stating the problem. We can help you to make the call privately. While an officer may visually monitor you on the phone, your legal calls will not be overheard. The facility will provide a list of pro bono legal organizations and their phone numbers to you. This list is also posted in the housing unit.

You are entitled to access of free and toll-free telephone calls to the following: consulates, courts, immigration courts, pro bono attorneys or free legal aide groups recognized by the Executive Office for Immigration Review (EOIR), and the U.S. Department of Homeland Security, Office of the Inspector General.

We can also help you make direct (non-collect) calls in certain circumstances. To make these "special access calls", you should submit a Detainee Request Form to the Unit Manager and include the person to be called, the purpose of the call, and the number to be dialed. Indigent detainees will not have to pay for local special access calls or for non-local calls if they can demonstrate a compelling need. We will help you make the following direct calls:

- Calls to the local Immigration Court and the Board of Immigration Appeals
- Calls to Federal and State Courts where you are involved in a legal proceeding or may become involved in a legal proceeding
- Calls to consular officials
- Calls to legal service providers in an attempt to obtain legal representation or to have an expedited removal consultation
- Emergency and other calls where you can show a compelling need to make a direct call, as in the case of a personal or family emergency, or where you need to call a government office to obtain documents related to your immigration case. Routine telephone calls to attorneys are not considered emergencies.

**Recreational Facilities and Activities**

Weather and Security concerns permitting, each general population unit will be scheduled for at least one hour of recreation each day. The recreation schedule will be rotated so that each unit will receive both morning and afternoon recreation periods throughout the week. The recreation yard accommodates soccer, volleyball, basketball, and other opportunities to workout or participates in organized sports.
Detainees in the Segregation Units will be offered at least one hour of recreation per day, at least five days per week, if it does not pose a safety or security risk or if it is not a privilege revoked thru imposition of a sanction for a facility rules violation.
Television programming is available in the dayroom, during dayroom hours, which are from 6:00 AM to 10:30 PM. There will be both English and Spanish programming available, one television for each. When major sporting events

are televised they will be played as opposed to the general programming if available. Any disputes over television programs may result in the loss of television viewing privileges, we ask that all detainees respect one another and take turns when it comes to selecting channels.

Board and card games are available upon request from your unit team.

**Financial Services**

Currency/money is not allowed in your possession; if found, may result in disciplinary action. If you have funds that were left behind at another facility, you must send a request to that facility to have those funds transferred to you. CADC cannot accept responsibility for the transfer of your funds from another facility.  Inmates are not permitted Currency/money is not allowed in your possession; if found, may result in disciplinary action. If you have funds that were left behind at another facility, you must send a request to that facility to have those funds transferred to you. CADC cannot accept responsibility for the transfer of your funds from another facility.  Inmates are not permitted to transfer funds to another inmate's account.

The following is ways to have money put on your books:

Option one

**Instructions for Sending Money via Western Union**

There are three (3) ways to send money via Western Union.
Internet:
Go to **westernunion.com/corrections** and use a credit or debit card.
Phone:
Call **1-800-634-3422** and use a credit or debit card
Walk-in cash payments:
a. Call **1-800-325-6000** or visit **westernunion.com** for the Agent locations nearest you.
b. Fill out the Blue Western Union Quick Collect form.
c. A receipt will be provided to confirm transaction

Your friends\family will need the following information to complete any of these transactions

| | | |
|---|---|---|
| 1. | The Pay to: | Corrections Corp of America |
| 2. | The Code City: | TRUSTCCA |
| 3. | Senders Account#: | CommissaryNumberInmateLastName |
| 4. | Lastly, include the senders name, address, and phone number | |

*Make sure that the number and spelling matches what CCA has in the Offender Management System.
Option two

To receive money from friends\family they need to do the following:

1. Obtain money orders and/or cashier's checks made payable to the inmate with commissary number. Personal checks and cash are <u>not</u> accepted.

2. Mail money orders and/or cashier's checks in an envelope addressed to the following:

    CCA Inmate Trust

    Inmate First and Last Name, Inmate's CCA Commissary Number

    <u>FCC</u>

    P.O. Box 933488

    Atlanta, GA 31193-3488

3. The envelope should include the name and address of sender as well to avoid delay in processing.

---

CCOG00021879

Exhibit 22 - Page 457

4.  Please remember do **not** include any correspondence such as letters, cards, pictures, or packages with a money order or cashier's check.  Nothing sent to this address in Atlanta, GA will be forwarded to the inmate or returned to the sender.  All other such correspondence should continue to be sent to the facility address for delivery to a resident.

This policy does not affect your ability to send funds through Western Union.  Western Union is the fastest way for the inmate to receive funds.
 to transfer funds to another inmate's account.
The following are options you have to put money on your books:

Option one

**Instructions for Sending Money via Western Union**

There are three (3) ways to send money via Western Union.
Internet:
Go to **westernunion.com/corrections** and use a credit or debit card.
Phone:
Call **1-800-634-3422** and use a credit or debit card

Walk-in cash payments:
a.  Call **1-800-325-6000** or visit **westernunion.com** for the Agent locations nearest you.
b.  Fill out the Blue Western Union Quick Collect form.
c.  A receipt will be provided to confirm transaction

Your friends\family will need the following information to complete any of these transactions

1.  The Pay to:           Corrections Corp of America
2.  The Code City:        TRUSTCCA
3.  Senders Account#:     CommissaryNumberInmateLastName
4.  Lastly, include the senders name, address, and phone number

*Make sure that the number and spelling matches what CCA has in the Offender Management System.
Option two

To receive money from friends\family they need to do the following:

5.  Obtain money orders and/or cashier's checks made payable to the inmate with commissary number.  Personal checks and cash are **not** accepted.

6.  Mail money orders and/or cashier's checks in an envelope addressed to the following:

CCA Inmate Trust

Inmate First and Last Name, Inmate's CCA Commissary Number

FCC
P.O. Box 933488
Atlanta, GA 31193-3488

7.  The envelope should include the name and address of sender as well to avoid delay in processing.

8.  Please remember do **not** include any correspondence such as letters, cards, pictures, or packages with a money order or cashier's check.  Nothing sent to this address in Atlanta, GA will be forwarded to the

CCOG00021880

Exhibit 22 - Page 458

inmate or returned to the sender. All other such correspondence should continue to be sent to the facility address for delivery to a resident.

This policy does not affect your ability to send funds through Western Union. Western Union is the fastest way for the inmate to receive funds.

**Religious Services**

While at this facility, you will be afforded the opportunity to engage in practices of your religious faith that is deemed essential by the faiths judiciary, as long as it does not interfere with the safe, secure and orderly running of this facility. All faiths will be accommodated to the best of the facility's ability.

A variety of religious services and religious reading materials are available at this facility. The schedule of religious services is posted on the bulletin board in your housing unit, and the Housing Officer will announce turnouts for these services. Attendance at all religious services is voluntary and open to all, unless otherwise noted. Religious books and reading materials are available through the Chaplain.

Religious services may be held in the multi purpose room, the Recreation Yard, or any other area in the facility that is deemed appropriate. A Detainee Request Form should be submitted to the Chaplin for any particular religious need that you may have, which is not addressed in the normal schedule of religious services provided. Any requests concerning religious property (i.e. written materials, clothing) should also be directed to the Chaplain.

If a religious diet is needed, you must submit a Detainee Request to the Chaplin stating your dietary needs. Every effort will be made to accommodate your religious needs, with respect to the safe, secure, and orderly running of this facility. The Chaplain shall develop the religious fast schedule for the calendar year. When detainees observe a public fast that is mandated by law or custom for all the faith adherents (e.g. Ramadan, Lent, Yom Kippur), the facility will provide a meal nutritionally equivalent to the meal(s) you missed. If you decide to fast for personal reasons, no special accommodations will to be made for the meals missed. Requests for meals after a personal fast will be determined on a case-by-cast basis.

**Library**

This facility has a library, and contains standard books and periodicals that would normally be found in any community library. You are allowed to check out up to two books at any one time and keep them in your property to read. It is important that you take care of the books and return them on time so that other detainees have the opportunity to read and enjoy them. The library cart will be brought to your pod, please refer to library schedule posted in the unit.

**Law Library**

While here, you will have access to legal materials and be provided with a reasonable opportunity to prepare legal documents. Access to the Law Library for detainees in segregation may be more restrictive. You will have a minimum of five (5) hours weekly access to the Law Library, located in your pod, per request.

The ICE Law Library is open upon request daily. ICE Lexus / Nexus is available upon request from your unit team. If you want to use the law library, contact your unit's Housing Officer to reserve a time for you. If you require more then your allotted time in the Law Library, you must submit a Detainee Request Form to the Unit case manager. You will be scheduled for the Law Library depending on availability. The Law Library is available Monday Through Friday from 7:00 AM to 9:15 PM.
You can obtain copies of your legal materials, when such copies are reasonable and necessary for a legal proceeding in which you are involved. This can be accomplished by contacting your unit's Housing Officer.

The number of copies to be filed with a particular court, combined with the number required for ICE records and at least one copy for your personal use will determine the number of photocopies required (usually one for the Judge, one for the Trial Attorney, one for your A-File and one for your records, at minimum). Requests of legal material shall be denied only if:
- The documents might pose a risk to the security and orderly operation of the facility.
- There are other legitimate security concerns.

CCOG00021881

Exhibit 22 - Page 459

- Copying would constitute a violation of law or regulation.
- The request is clearly abusive or excessive.

Staff members shall inspect documents offered for photocopying to ensure that they comply with these rules. However, staff shall not read a document that is clearly related to a legal proceeding you are involved in.

You may request to electronically save your legal work on a floppy disk. You must submit a request to your unit team for the disk. The disk will be given to you in exchange for your ID card and returned to the unit team for storage when you are finished in the law library.

By submitting a Detainee Request Form to the unit case manager, you may be permitted to obtain assistance from other detainees in researching and preparing legal documents, except when such assistance may pose a security risk. Such assistance is voluntary; no detainee shall be allowed to charge a fee or accept anything of value for assistance. Illiterate unrepresented and non-English speaking detainees will be provided with access to more than English-language law books, assistance in using the Law Library, and contacting Pro Bono legal assistance organizations, upon request.

If you become aware that materials in the Law Library are missing or damaged, you should submit a Detainee Request Form to the Unit Manager, stating what is damaged or missing. The same procedure applies to request legal references not already maintained.

The location of the ICE Detainee Law Library Delta Unit Library Room D118.

A list of Pro Bono Legal Organizations will be posted in each pod for your reference.

**Grievances and Complaints**

CADC has an informal resolution process in place. Detainees are not required to utilize the informal resolution process, however are strongly encouraged to do so through the Unit Team, concerning questions, disputes or complaints prior to the submission of a formal grievance. ICE detainees may file grievance with ICE by utilizing the ICE Detainee request form and checking complaints box, then write the details of your complaint in the "explain" section at the bottom of the form. The unit team will assist any detainee who is disabled, illiterate, or who may be limited in English in preparing and pursing a grievance.

INMATES/RESIDENTS HAVE THE OPPORTUNITY TO FILE A COMPLAINT ABOUT OFFICER MISCONDUCT DIRECTLY WITH THE DEPARTMENT OF HOMELAND SECURITY BY CALLING THE DHS HOTLINE (1-800-323-8603) OR BY WRITING TO:

DEPARTMENT OF HOMELAND SECURITY

245 MURRAY DRIVE, S.E. BUILDING 410

WASHINGTON DC 20528

**Grievable Matters**
-Application of policies, rules, and procedures towards inmates over which CCA has control.
-Individual staff and inmate actions, including any denial of access to the grievance procedure.
-Reprisals against inmates for utilizing the inmate grievance procedure.
-The loss of property legitimately possessed by an inmate only after the procedures outlined in Policy 14-6, - Accountability for Inmate Property have been completed.
-Any other matter relating to the conditions of care and supervision within the authority of CCA.

**Non-Grievable Matters**
-State and Federal court decisions
-State and Federal laws and regulations
-Final decisions on grievances
-Contracting agency policies, procedures, decisions or matters
-Disciplinary hearings or appeals

CCOG00021882

Exhibit 22 - Page 460

If you do wish to pursue a formal complaint, it is important that the procedures outlined below be followed in order to ensure that your grievance is promptly addressed. Grievances filed improperly may be returned without being reviewed. You shall never be subjected to retaliation, reprisal or harassment for use of or participation in the grievance procedure. The Warden will promptly and thoroughly investigate any allegations of this nature. Grievance forms are available from your Unit Team.

**Informal Grievance Procedures**
INFORMAL RESOLUTIONS

With the exception of emergency grievances, inmates/residents are strongly recommended to utilize the informal resolution process concerning questions, disputes, or complaints prior to the submission of a formal grievance. If an inmate/resident is not satisfied with the results of the informal resolution process, the inmate/resident may file a formal grievance.

Filing

- The 14-5A Informal Resolution form must be utilized to initiate the informal resolution process.
- All 14-5A's related to medical care and treatment must be submitted to qualified health services staff through facility mail.
- With the exception of grievances related to medical care and treatment, inmates/residents are required to submit 14-5A's through facility mail, or in person, to the appropriate unit staff. In the absence of unit management, the Warden/Administrator will designate a staff member to receive informal resolution forms.
- The inmate/resident must submit the 14-5A within seven (7) calendar days of the alleged incident.
- The time for filing begins from the date the problem or incident became known to the inmate/resident.
- In the event the inmate/resident is not satisfied with the response, the inmate/resident will have five (5) calendar days to submit a formal grievance to the Grievance Officer. In the event the inmate/resident pursues a formal grievance, the inmate/resident will be required to attach a copy of the 14-5A to the formal grievance form.

**EMERGENCY GRIEVANCES**

If the subject matter of the grievance is such that compliance with the regular time guidelines would subject the inmate/resident to risk of personal injury, the inmate/resident may request that the grievance be considered an emergency grievance. The emergency grievance must detail the basis for requiring an immediate response. When the grievance is of an emergency nature, utilization of the informal resolution process is not required.

Filing

The 14-5B Inmate/Resident Grievance form must be utilized to file an emergency grievance. The inmate/resident will complete Page 1 of the 14-5B and place it in a sealed envelope marked "Emergency Grievance". Sealed envelopes may be placed in the grievance mail box. If a grievance mail box is not used, the emergency grievance will be forwarded to the Grievance Officer. **THE SEALED EMERGENCY GRIEVANCE WILL BE GIVEN TO THE UNIT MANAGER OR SHIFT SUPERVISOR AND DELIVERED TO THE EXECUTIVE ASSISTANT'S OFFICE.**

**Formal Grievance Procedure**
Filing

- The inmate/resident must file the grievance within five (5) calendar days of the response date listed on the 14-5A Informal Resolution form.
- The 14-5B Inmate/Resident Grievance form must be utilized to file a formal grievance. The inmate/resident will complete Page 1 of the 14-5B and place it in a sealed envelope marked "Grievance". Sealed envelopes may be placed in the grievance mail box. If a grievance mail box is not used, the formal grievance will be forwarded to the Grievance Officer.
- Unless a time extension has been granted, the inmate/resident will receive a response to the formal grievance within five (5) calendar days of submission.

CCOG00021883

Exhibit 22 - Page 461

**Appeals Procedure**

Filing

- If an inmate/resident is not satisfied with the decision of a formal or emergency grievance, the inmate/resident may complete the appeal section of the 14-5B and resubmit the grievance. Inmates/residents are entitled to appeal all adverse decisions, even those made on a purely procedural basis including but not limited to the expiration of a time limit. The inmate/resident must file the appeal within five (5) calendar days of the response date listed on the 14-5B Inmate/Resident Grievance form.

- ANY ICE INMATE/DETAINEE DISSATISFIED WITH THE FACILITIES' RESPONSE TO THE FORMAL GRIEVANCE MAY COMMUNICATE DIRECTLY WITH ICE PERSONNEL, BY CONTACTING THEM USING THE ICE REQUEST FORM OR SPEAK TO THEM DIRECTLY WHEN THE ICE AGENTS CONDUCT THEIR ROUNDS AT THE FACILITY.

- If the inmate/detainee does not accept the department head's solution, an inmate/detainee grievance committee (DGC) will convene to study the grievance within five (5) working days of the inmate's/detainee's appeal. At least one (1) member of the grievance committee will be an ice employee. The DGC may call witnesses, inspect evidence or otherwise gather facts essential to an impartial decision. The committee will offer the INMATE/detainee the opportunity to appear before it to present his/her case, answer questions, and respond to conflicting evidence or testimony.

- Within five (5) working days of receiving the appeal, the DGC will provide the inmate/detainee with its response to the grievance, in writing. Staff will not harass, discipline, punish, or otherwise retaliate against you for lodging a complaint. However, if you establish a pattern of filing nuisance complaints or otherwise abusing the grievance system, staff may refuse to process subsequent complaints.

**Group Legal Rights Presentation**

With respect given to safety concerns, ICE permits attorneys, accredited representatives, and their legal assistants to make presentations to detainees in ICE detention facilities to inform them of U.S. Immigration law and procedure. You will be notified before a planned presentation and given an opportunity to attend unless your attendance could pose a security risk. If your presence does, in fact, post a threat to the security of the facility, alternative arrangements may be made. Some group legal rights presentations may include confidential individual counseling. ICE will not provide interpreters for these presentations. All group presentations must be authorized by the FOD prior to taking place.

Group rights presentations will be conducted every Wednesday by the Florence Project. The Florence Project will provide a list a list of detainees whom they wish to have present for meeting.

**Consulate and Court Services**

You have the right to request assistance from the consulate of your country of origin. If you are unable or are having trouble contacting your consulate, you may request assistance by sending a Detainee Request Form to the Deportation Department.

If you would like to find out your initial Court date, you may call the Immigration Court at 1-800-898-7180. You will need your Alien Registration Number. (Please be aware that it takes approximately five to ten working days after arrival at this facility for your case to be scheduled for an initial hearing).

**Discipline**

**Offense and Penalty Code & Disciplinary Procedures**

Any action or attempted action by an inmate which violates established CCA Facility policy 15-100 Detainee Discipline and poses a threat to the safe and orderly operation of the facility will be dealt with through appropriate disciplinary action following the guidelines for offenses and penalties set out herein or as required by the contracting agency. Discipline will never be of a nature or administered in a way that will degrade or humiliate. The following actions will never be used as a means of discipline or punishment: corporal punishment; physical restraint; psychological intimidation, denial of regular meals, denial of medical care; denial of sufficient sleep, denial of sufficient exercise, and denial of legal assistance. Offenses are listed below; any changes in the rules will be communicated to the inmates in writing. You have the right to due process.

A list of offenses and sanctions is included in the rules of conduct. There will be an informal and formal

CCOG00021884

Exhibit 22 - Page 462

discipline program. The informal procedure addresses minor infractions. The formal process will handle more serious offenses. If you are involved in an incident that results in formal charges being place on you, you will be given written notice of the charges and allowed a reasonable amount of time (24 hours) to prepare for the hearing. A hearing will be held at which time you may request assistance from an interpreter if necessary. You may call witness, as long as it does not endanger institutional safety.

You have the right to appeal the disciplinary hearing decision by using the Detainee Grievance procedure within 15 days of the decision and disposition.

**Drug Surveillance:** This facility operates a drug surveillance program that includes suspect and random testing.  Refusal to provide a urine sample will result in disciplinary action.

**You shall have the right to the following:**
The right to protection from personal abuse, corporal punishment, unnecessary or excessive use of force, personal injury, disease, property damage, and harassment;
The right of freedom from discrimination based on race, religion, national origin, sex, sexual orientation, handicap, or political beliefs;
The right to pursue a grievance in accordance with procedures provided in the Handbook without fear of retaliation;
The right to correspond with persons or organizations, consistent with safety, security, and the orderly operation of the facility; and
The right to due process, including the prompt resolution of a disciplinary matter.

OFFENSE AND PENALTY CODE (ICE)
GREATEST CATEGORY

| CODE | PROHIBITED ACTS | | SANCTIONS |
|------|-----------------|---|-----------|
| 100 | Killing | A. | Initiate criminal proceeding |
| 101 | Assaulting any person (Includes sexual assault) | B. | Disciplinary transfer (Recommended) |
| | | | Disciplinary Segregation (up to 60 |
| 102 | Escape from escort | C. | days) |
| | Escape from a secure Institution | D. | Make monetary restitution |
| 103 | Setting a fire (charged with this act in this category only when found to pose a threat to life or a threat of serious bodily harm or in furtherance of a prohibited act of greatest severity (e.g. in furtherance of a riot or escape; otherwise the charge is properly classified code 218 or 321) | | |
| 104 | Possession or introduction of a gun, firearm, weapon, sharpened instrument, knife, dangerous chemical, explosive or any ammunition | | |
| 105 | Rioting | | |
| 106 | Encouraging others to riot | | |
| 107 | Taking hostage(s) | | |
| 108 | Assaulting a staff member or any law enforcement officer | | |
| 109 | Threatening a staff member or any law enforcement officer | | |
| 198 | Interfering with a staff member in the performance of their duties (Conduct must be of the greatest severity in nature).   This charge is to be used only when another charge of greatest severity is not applicable. | | |

CCOG00021885

Exhibit 22 - Page 463

Conduct which disrupts or interferes with the security or orderly running of the facility (conduct must be of the greatest severity in nature).  This charge is to be used only when another charge
199  of greatest severity is not applicable.

OFFENSE AND PENALTY CODE (ICE)

HIGH CATEGORY

CODE   PROHIBITED ACTS

| | | | |
|---|---|---|---|
| | Escape from unescorted activities in an open facility and/or from | | SANCTIONS |
| 200 | a secure facility without violence | A. | Initiate criminal proceedings |
| | Fighting, boxing, wrestling, sparring and any other form of physical encounter including horseplay, which causes or could cause injury to another person except as a part of an approved | B. | Disciplinary Transfer (recommended) |
| 201 | recreational or athletic activity | | Disciplinary Segregation (up to 30 |
| 202 | Possession or introduction of an unauthorized tool. | C. | days) |
| 203 | Loss, misplacement, or damage of any restricted tool. | D. | Monetary Restitution |
| | | | Loss of privileges (commissary, |
| 204 | Threatening another with bodily harm or any other offense | E. | movies, recreation, etc.) |
| | Extortion, blackmail, protection, demanding or receiving money or anything of value in return for protection against others, to | | |
| 205 | avoid bodily harm or under threat of informing. | F. | Change housing (quarters) |
| | | | Remove from program and/or group |
| 206 | Engaging in sexual acts | G. | activity |
| 207 | Making sexual proposals or threats to another | H. | Loss of job |
| | | | Impound and store detainees personal |
| 208 | Wearing a disguise or mask | I. | property |
| 209 | Tampering with or blocking any lock device | J. | Confiscate contraband |
| 210 | Adulteration of any food or drink | K. | Restrict to quarters |
| | Possession, introduction or use of any narcotics, narcotic paraphernalia, or drugs not prescribed for the individual by | | |
| 211 | medical staff. | | |
| 212 | Possessing any officer's or staff clothing | | |
| 213 | Engaging in or encouraging a group demonstration | | |
| | Encouraging others to refuse to work, or to participate in a work | | |
| 214 | stoppage. | | |
| | Refusing to provide a urine sample or to take part in other drug- | | |
| 215 | abuse testing | | |
| 216 | Introduction of alcohol into the facility | | |
| | Giving or offering an official or staff member a bribe, or anything | | |
| 217 | of value | | |
| | Giving money to, or receiving money from, any person for purposes of introducing contraband or for any other illegal or | | |
| 218 | prohibited purposes. | | Sanctions A-K |
| | Destroying, altering or damaging government property, or the | | |
| 219 | property of another person, having a value in excess of $100.00 | | |
| | Being found guilty of 3 or more of ay combination of high, | | |
| 220 | moderate, or low moderate categories within a 90 day period. | | |
| | Signing, preparing, circulating or soliciting support for group | | |
| 221 | petitions | | |

CCOG00021886

Exhibit 22 - Page 464

222   Possession or introduction of any incendiary device including but not limited to matches, lighters, etc.

223   Any acts which may cause endangerment to people or property

298   Interfering with a staff member in the performance of their duties (Conduct must be of the High severity nature). This charge is to be used only when another charge of high severity is not applicable.

299   Conduct which disrupts or interferes with the security or orderly running of the facility (conduct must be of the high severity nature). This charge is only to be used when another charge of High severity is not applicable.

OFFENSE AND PENALTY CODE (ICE)
HIGH MODERATE CATEGORY

| CODE | PROHIBITED ACTS | | SANCTIONS |
|---|---|---|---|
| 300 | Incident exposure | A. | Initiate criminal proceedings |
| 301 | Stealing (theft) | B. | Disciplinary Transfer (recommended) |
| 302 | Misuse of authorized medication | C. | Disciplinary Segregation (up to 72 hours) |
| 303 | Loss, misplacement or damage of a restricted tool | D. | Monetary Restitution |
| 304 | Loaning of property or anything of value for profit or increased return | E. | Loss of privileges; commissary, movies, recreation, etc. |
| 305 | Possession anything not authorized for retention or receipt by the detainee, and not issued to him through regular channels | F. | Change housing (quarters) |
| 306 | Refusing to clean assigned living quarters | G. | Remove from program and/or group activity |
| 307 | Refusing to obey an order by any staff member (may be categorized and discharged in terms of greater severity, according to the nature of the order being disobeyed; e.g. failure to obey an order which furthers a riot would be charged as 105-rioting; refusing to obey and order which furthers a fight would be charged as 20-fighting; refusing to provide a urine sample would be charged as code 215.) | H. | Loss of job |
| 308 | Insolence towards a staff member | I. | Impound and store detainees personal property |
| 309 | Lying or providing a false statement to a staff member | J. | Confiscate contraband |
| 310 | Counterfeiting, forging or unauthorized reproduction of any document, article of identification, money, security or official paper (may be categorized in terms of severity according to the nature of the item being reproduced; e.g. counterfeiting release papers to effect escape, Code 102 or Code 200) | K. | Restrict to housing unit |
| 311 | Participating in an unauthorized meeting or gathering. | L. | Reprimand |
| 312 | Being in an unauthorized area | M. | Warning |
| 313 | Failing to stand count | | |
| 314 | Interfering with the taking of count | | |
| 315 | making, possessing or using intoxicants | | |
| 316 | Refusing to breathe into a breathalyzer or other method of alcohol or abuse testing | | |
| 317 | Gambling | | |

CCOG00021887

Exhibit 22 - Page 465

318   Preparing or conducting a gambling pool
319   Possession of gambling paraphernalia
320   Unauthorized contacts with the public

321   Giving money or anything of value to, or accepting money or anything of value from another detainee or any other person without staff authorization

322   Destroying, altering or damaging government property or the property of another person having a value of $100.00 or less.

398   Interfering with a staff member in the performance of their duties (Conduct must be of the moderate severity nature).  This charge is to be used only when another charge of moderate severity is not applicable.

399   Conduct which disrupts or interferes with the security or orderly running of the facility (conduct must be of the moderate severity nature).  This charge is to be used only when another charge of the moderate severity is not applicable.

OFFENSE AND PENALTY CODE (ICE)
LOW CATEGORY

| CODE | PROHIBITED ACTS | | SANCTIONS |
|---|---|---|---|
| 400 | Possession of property belonging to another person | A. | Monetary Restitution |
| 401 | Possessing unauthorized clothing | B. | Loss of privileges; commissary, movies, recreation, etc. |
| 402 | Malingering, feigning an illness | C. | Change housing (quarters) |
| 403 | Smoking where prohibited | D. | Remove from program and/or group activity |
| 404 | Using abusive or obscene language | E. | Loss of job |
| 405 | Tattooing | F. | Change housing (quarters) |
| 406 | Unauthorized use of mail or telephone | G. | Confiscate contraband |
| 407 | Conduct with a visitor in violation of rules and regulations | H. | Restrict to quarters |
| 408 | Conducting a business | I. | Reprimand |
| 409 | Possession of money or currency, unless specifically authorized | J. | Warning |
| 410 | Failure to follow safety or sanitation regulations | | |
| 411 | Using any equipment or machinery which is not authorized | | |
| 412 | Using any equipment or machinery contrary to posted safety standards | | |
| 413 | Being unsanitary or untidy, failing to keep one's person and one's quarters in accordance with posted standards | | |

498   Interfering with a staff member in the performance of their duties (conduct must be of the low moderate severity nature).  This charge is to be used only when another charge of low moderate severity is not applicable

499   Conduct which disrupts or interferes with the security or orderly running of the facility (Conduct must be the low moderate severity nature).  This charge is to be used only when another charge of the low moderate severity is not applicable.

CCOG00021888

Exhibit 22 - Page 466

**Additional Procedures for ICE Detainees:**

Outlined below are additional procedures that ICE detainees will use to ensure they have the opportunity to submit written questions, request, or concerns to the appropriate ICE staff. To contact ICE you may use the Detainee Request Form or meet with a Detention Removal staff member during the site visits that are conducted twice a week.

- Using the Detainee Request Form a detainee can contact ICE officials about speaking to a Deportation Officer, or inquire about prints, pictures, special access call, special visits, complaints, permission to receive property, speak to a chaplain or other request. The detainee request form then will be placed into a locked box in the unit labeled **DRO**, which ensure that the there is no possibility of the items being read, altered, or delayed.

- Site visits are conducted by Deportation and Removal staff twice a week. The visits will take place in the housing unit(s) of ICE detainees. There is no scheduling of an appointment required to speak to the DRO staff during the visits. Please see the site visit schedule posted in the living area for dates and times.

- All ICE detainees are assigned a Deportation Officer, who can assist them with their current deportation case. A Deportation Officer Assignment list can be found posted in the living area.

- **SEXUAL ASSAULT:**

  **Prevention, Intervention and Remediation of Sexual Abuse/Assault**
  **PREVENCIÓN, INTERVENCIÓN Y REMEDIO DE ASALTO/ABUSO SEXUAL.**

  FCC shall ensure that information is provided to inmates/detainees regarding sexual assault/abuse, sexual misconduct/harassment. If an inmate/detainee feels he has been the victim of sexual assault/abuse or misconduct/harassment, he should immediately report it to a staff member. All reports will be taken seriously. FCC understands these matters can be extremely sensitive and will make every effort to see it is investigated in a prompt and through manner. Relief for the inmate/detainee will be sought through treatment and counseling. Sexual conduct between staff, volunteers or contract personnel and inmates/detainees, regardless of consensual status, is prohibited and subject to administrative and/or criminal disciplinary actions.

  SEXUAL MISCONDUCT—includes but is not limited to the following acts: taking part in sex act (s) whether all parties agree to take part or not; exposing the genitals, breast or buttocks to an employee or visitor or another inmate/detainee, masturbating where an employee, visitor or other inmate/detainee can see the act.
  SEXUAL HARASSMENT—includes sexually motivated verbal or physical contact and visual forms of harassment of a sexual nature. Examples of sexual harassment include unwelcome sexual advances, requests for sexual favors, repeated offensive sexual flirtations, repeated verbal abuse of a sexual nature, sexually degrading words used to describe an individual and the display of sexually suggestive objects or pictures.

  Any magazine, photo, book or drawing that portrays male or female frontal nudity will not be allowed in the facility. Any item that fits this precription will be confiscated and mailed out at the inmate/detainee expense or will be destroyed. The inmate/detainee may also face disciplinary action for possession of contraband. Any item mailed into the facility that has nudity described above will be returned as contraband.

  **WHAT SEXUAL ACTS ARE FORBIDDEN?**

  The following sexual acts are forbidden at Florence Correctional Center:

  **DISRUPTION—VIOLENCE.**

  **Rape of forcible sexual act:**

CCOG00021889

Exhibit 22 - Page 467

Example: Rape is defined as the penetration, however slight, of the oral, vaginal or anal opening for the purposes of sexual arousal, gratification, or abuse when the victim is incapable through any unsoundness of mind, whether temporary or permanent of giving consent; the victim resists but resistance is overcome by force or violence; where the victim is prevented from resistance by threats of immediate and great bodily harm, accompanied by apparent power of execution; where the victim is prevented from resistance by the use of any intoxicating, narcotic or anesthetic substance administered by or with the privities of the accused; or where the victim is at the time unconscious of the nature of the act.

**Indecent Exposure:**

Example: Every person who willfully and lewdly either: exposes his or her genitals in any public place, or in any place where there is present another person or persons who are offended or annoyed thereby; or procures, counsels, or assists any person so to expose his or her genitals where there is present another person or persons who are offended or annoyed.

Making sexual proposals/threats or sexually harassing another person.
Example: Subjecting another person to sexual contact through physical action and/or verbal or written statements without sexual intercourse, and the other person does or does not expressly or impliedly consent to the accused offender's conduct, or the other person is unconscious or otherwise physically incapable of resisting and has not consented to the physical contact.

Inappropriate physical contact
Example: Lingering touching, physical contact or inappropriate kissing.

The acts listed above are prohibited by CCA/FCC policy and violators will be subject to disciplinary actions.

Are there other sexual acts that are forbidden?

Yes.

Staff sexual misconduct is forbidden at FCC. Staff sexual misconduct is sexual behavior between any FCC staff member and any detainee under the care of FCC. This includes contractors and other agents of the contracting agencies.

Staff sexual misconduct is forbidden even if it is consensual.

What are my rights?

While you are incarcerated, no one has the right to pressure you to engage in sexual acts. Rape and sexual assault are violent acts. Regardless of your age, race, size, ethnicity, or sexual orientation, offenders should have the opportunity to serve their sentences with dignity.

You do not have to tolerate sexual pressure, harassment, manipulation, or assault. Every detainee has a responsibility to eliminate sexual assault and sexual activity. If you are approached, pressured, or assaulted– report it immediately.

To ensure that your environment is safe, if you are aware of another offender being sexually assaulted or involved in sexual behavior, report it immediately.

I can see why rape and sexual assaults are against the rules, but why is sexual activity forbidden? If both people consent, what's the big deal?

There are many reasons why sexual behavior is inappropriate in detention facilities. None of them involve moral judgments regarding sexual preferences. In a detention facility, sexual relationships, including those that are consensual, foster violence. Some offenders may disapprove of same-sex relationships and attack detainees involved in sexual activities. Fights often occur when a "couple" breaks up, or one partner discovers the other is "cheating."

CCOG00021890

Exhibit 22 - Page 468

Eliminating sexual assault and sexual activity promotes a safer environment.  In addition, the elimination of sexual activity and sexual assaults promotes an atmosphere where people can concentrate on making the changes in their lives that are necessary for success upon release.

What about confidentiality?

FCC staff members have been trained to limit the sharing of information regarding sexual assault and sexual activity to personnel who make decisions about the victim's welfare and for investigation/prosecution purposes.

What if I know someone who was sexually assaulted or know of someone involved in sexual activity?

<u>Report it to a staff member immediately.</u>

It is every offender's right to serve his or her sentence with dignity.  When others infringe upon that right, they release you from any bond of silence.  Detention facility rape can be eliminated best when people who live in the facility refuse to accept it under any circumstances.

If you fail to report this type of behavior, you erode your own safety.  Support others who take the initiative to report this behavior and keep the facility safe.

How do I avoid being assaulted?

You can take steps to protect yourself from being sexually assaulted.
- Do not accept gifts from others.  Gifts and favors usually have strings attached.
- Do not gamble or enter games of skill or chance.
- Does not use, possess, trade, purchase, or hold drugs, alcohol, or tobacco products.
- Do not become indebted to anyone either monetarily or for favors.
- Choose your associates wisely.  Do not become involved in gangs or hate groups.  Look for people doing positive things to change their lives such as education, programs, religious activities, etc.
- Do not accept another detainee's offers to protect you.
- Stay in well lit areas where staff can see you.
- Carry yourself in a confident manner at all times.  Do not permit your emotions such as fear and anxiety to be obvious to others.
- Trust your instincts.  If a situation seems dangerous, it probably is.  If you fear for your safety, report it to a staff member.

What do I do if I'm assaulted?

<u>Report it immediately to a staff member</u> who will offer you immediate protection from the assailant and will get you medical attention.  Because reporting sexual assault can be difficult, it is important that you understand there are several ways that you can report it.

<u>The first and best choice is to report it immediately to a staff member.</u>

You can also report using one or more of the following:

- By submitting a medical concern form and reporting to a medical staff member during sick call
- Call someone outside the facility who can contact facility administrative staff
- In a medical concern form
- In a concern form to security staff
- In a letter to the facility head sealed and marked confidential

<u>Remember any method that you use other than reporting directly to a staff member delays you getting help.</u>

---

Detainee Handbook
Revised: 06/15/2012

CCOG00021891

Exhibit 22 - Page 469

Do not shower, wash, drink, eat, change clothing, or use the bathroom, until after you have seen a medical professional trained to examine victims of sexual assault. (There will be a strong desire to clean up after a sexual assault, it is important that you do not.)

What will happen to me when I report a sexual assault?

Medical staff will examine you for injuries, which may not be readily apparent to you. They will also test you for sexually transmitted diseases and collect evidence.

To collect evidence, you will be asked to consent to a sexual assault examination. A medical professional will do this exam. Although, you have the right to refuse the exam, it is critical to collect as much evidence as possible.

You can receive medical attention without submitting to a sexual assault exam. It is important to understand the difference between the sexual assault exam and a medical care for the treatment of injuries and keeping you healthy.

The evidence gathered in the sexual assault exam will be used to prosecute the perpetrator. The evidence can include hair, skin, and body fluids of the perpetrator. However, the medical care you receive during treatment is confidential, unless you sign a medical release form to allow medical information to be used as evidence in the prosecution of the assault.

Do I have to reveal the assailant?

No. However, you are strongly encourage to name the assailant if you know who it was, or do your best to help staff identify the assailant. That is the only way to protect yourself and others from future attacks.

If I am a victim of a sexual assault, where will I be housed and what will happen to my property?

First, you will immediately be protected from the assailant and receive medical care. Beyond that exact answers are difficult because every facility and situation is different. However, here are some general things you can expect.

Sexual assault in the community or in detention facilities, is a traumatic and difficult experience, which is often exacerbated by the investigation. Fortunately, the criminal justice system is getting better at helping victims through this experience.

What if I'm falsely accused?

First, remember to avoid situations that put you at risk.

♦ Do not accept gifts from others;
♦ Do not gamble or enter games of skill or chance;
♦ Do not use, possess, trade, purchase, or hold drugs, alcohol, or tobacco products;
♦ Do not become indebted to anyone either monetarily or for favors;
♦ Choose your associates wisely;
♦ Do not accept if another detainee offers to protect you;
♦ Stay in well lit areas where staff can see you
♦ Carry yourself in a confident manner at all times;
♦ Trust your instincts; and
♦ Don't engage in sexual activity.

False accusations usually arise from vendettas, indebtedness, and gangs & hate groups, or rejection of sexual advances.

If you are falsely accused, cooperate with staff. Do not make threats. Don't attempt to harm or have others harm the person making the allegation. Keep your wits about you. Becoming verbally or physically abusive

CCOG00021892

Exhibit 22 - Page 470

will add credibility to the allegations and weaken your own credibility. Tell the truth. Even if you might be held accountable for your behavior. Lies will only further erode your credibility.

<u>Anyone found to have made a false allegation will be disciplined and/or prosecuted.</u>

What if I'm involved in consensual sex, but later feel that I was manipulated?

Most cases of sexual activity in detention facilities involve manipulation, pressure, or other coercion. It is common that one person who has no history of inappropriate sexual activity is involved with one who has a history of several different partners on many different occasions. When this happens, one is usually a perpetrator, and the other is a victim.

Avoid getting into the situation in the first place. Kissing, hugging, touching, lying on the same bed together, lying in someone's lap, massaging someone's neck or back all are forbidden in FCC and will result in disciplinary action. Remember, if you are involved in consensual sexual activity, you are subject to disciplinary action. However, by coming forward, you are taking responsibility for your behavior, which is an important step toward developing the attitude and skills necessary for success in the community. But the most important reason to come forward is to stop a sexual perpetrator from manipulating more victims into destructive behaviors.

*REMEMBER*

♦ SEXUAL ASSAULT IS A CRIME
♦ ALL SEXUAL ACTIVITY BETWEEN OFFENDERS IS PROHIBITED
♦ ALL SEXUAL ACTIVITY BETWEEN STAFF AND OFFENDERS IS PROHIBITED

<u>IF YOU ARE A VICTIM OF A SEXUAL ASSAULT, REPORT IT IMMEDIATELY.</u>

Allegations of sexual assault will be thoroughly investigated. Perpetrators of rape and sexual assault will be prosecuted and subject to disciplinary action. Sexual perpetrators will be considered for administrative segregation.

It is never appropriate for a staff member to make sexual advances or engage in sexual activity with an offender. Even if the offender wants to be involved with the staff member, the staff member is not allowed to respond.

It is never appropriate for an offender to make sexual advances or comments to a staff member, and such behavior will result in disciplinary or corrective action.

**Anonymous Reporting:**

If you wish to remain anonymous, you may place the information on a request form and place it in the grievance box. The grievance box is checked daily, with the exception of weekends and holidays. All claims will be investigated.

CCOG00021893

Exhibit 22 - Page 471

## INMATE HANDBOOK ACKNOWLEDGMENT FORM

I, _____ #_____ Have received a copy of the
C.C.A. / F.C.C. inmate handbook. I have read/reviewed and understand the information
contained in the handbook.

_____          _____
PRINT                                     SIGNATURE

DATE: _____

CCOG00021894

Exhibit 22 - Page 472