# Exhibit 23

# San Diego
# Correctional Facility
# Inmate/Detainee
# Admission and Orientation
# Handbook

Revised: October 2007

(English Version)

CCOG00002222

Exhibit 23 - Page 473

## ADMISSION AND ORIENTATION

### INTRODUCTION/MISSION

The San Diego Correctional Facility, San Diego, CA. is a medium-maximum security facility operated by Corrections Corporation of America under contract for Immigration and Customs Enforcement (ICE). The facility provides a safe and secure environment for ICE detainees and U.S. Marshal inmates.

This admission and orientation handbook will provide specific rules and regulations of which all inmates/detainees will be expected to follow and comply. It also provides general information about the operational aspects of the facility. Inmates/detainees will be held accountable for their conduct while housed at this facility therefore it is the inmate's/detainee's responsibility to become familiar with the contents of this handbook.

The mission of the Service Processing Center or ICE contract facility is to provide a facility that is safe, clean, and sanitary for (detainees waiting processing of their administrative hearing).

### FACILITY STRUCTURE

Warden
Assistant Wardens
Chief of Security
Chief of Unit Management
Assistant Chief of Security
Shift Supervisor
Unit Manager
Assistant Shift Supervisor
Case Manager
Senior Detention Officer/Correctional Counselor
Detention Officer

**Your mailing address while at this facility is:**

Your Name : _____
Your "A"# / Register # : _____
San Diego Correctional Facility
P.O. Box 439049
San Diego, CA 92143-9049
Building/Pod_____

Advise all correspondents to provide the **full** address on all of your correspondence. The full address must also appear on **all** your outgoing correspondence as a return address. Your A# should be noted on all incoming mail.

### SMOKE FREE ENVIORMENT

This is a smoke free facility. Cigarettes and tobacco are prohibited.

### LEGAL FILE

An Immigration legal record commonly called an "A" is file maintained by the Deportation Department for each individual. This "A" file contains your legal transaction and documentation pertaining to your case; including but not limited to identification cards, photos, passports and immigration history.

1

CCOG00002223

Exhibit 23 - Page 474

## DETENTION FILE

A detention record is maintained for each individual. This detention record shall include no less than the following:

1. Facility Disciplinary Action
2. Behavior Reports
3. Funds, Valuables and Property Receipts
4. Detainee's Written Request, Complaints and Issues
5. Immigration Responses to the aforementioned
6. Special Housing Unit Records

## HOUSING UNIT STAFF

All housing units have unit management staff assigned to address legitimate inmate/detainee issues. Detention officers assigned to housing units are responsible for your safety, the sanitation and security of the unit as well as enforcement of rules and regulations.

## COMMUNICATIONS

Communication is encouraged. If you approach staff with a legitimate concern they are expected to be responsive and if unable to provide an answer, they should provide proper direction to address your issue. Bulletin boards in the units provide additional information. You are encouraged to read the bulletin boards daily.

## MEALS

Meals are served three (3) times a day at approximately 6:00 a.m., 12:30 p.m. and 5:30 p.m. Special diets for medical or religious reasons are provided by food service with prior written approval. Medical diets must be approved by the health services unit and religious diets by the Chaplain. It is not permissible to place any food from the food serving line to your cells. Cup and Spork issue will take place at the beginning of each meal and returned at the end of each meal. **No personal cups are allowed during meals.**

## BASIC INMATE/DETAINEE RESPONSIBILITIES

It is the policy of this facility to treat inmates/detainees with dignity and respect while maintaining a safe and secure environment. **It is expected that staff will receive your full cooperation while you are in this facility:**

1. Obey all safety, security and sanitation rules, policies and procedures.
2. Obey all orders as given by staff members.
3. Respect staff and other inmates/detainees at all times.
4. Respect facility property and property of others.
5. Keep yourself, your clothing and living area clean at all times.

Inmates/Detainees do not have authority to supervise other inmates/detainees.
Inmates/Detainees do not have control over other inmates/detainees at anytime for any reason.

2

CCOG00002224

Exhibit 23 - Page 475

## PERSONAL PROPERTY

Upon arrival, personal property will be inventoried and stored pending release or transfer from this facility. All U.S. currency will be receipted and placed in the inmate/detainee trust account for commissary purchases, etc. the following items may be retained by the inmate/detainee. It is important that you retain these receipts to claim your property, funds and valuables, when you are released.

Identity documents, such as passports, birth certificates, etc., will be inventoried, and then given to a deportation officer for placement in you A-file.

> Legal documents, up to 10 family pictures (5x8 maximum size), prescription glasses, dentures, list of addresses, religious books/artifacts approved by the Chaplain and Chief of Security, and personal hygiene and commissary items which are unopened and sold in CCA's commissary.

## FACILITY STANDARD ISSUE

The following clothing, bedding and personal hygiene items will be considered the general standard issue for all inmates/detainees:

> Shirts (2), pants (2), underwear (5), socks (5), bras (3), undershirts (5), shoes (1), shower shoes (1), towels (2), washcloth (1), blanket/pillowcase (1), and sheets (2).

Initial issuance upon arrival personal hygiene items for all inmates/detainees:
1. One bar of bath soap, or equivalent
2. One comb
3. One tube of toothpaste
4. One toothbrush
5. One bottle of shampoo, or equivalent
6. One container of skin lotion

Personal hygiene items will be replaced twice on a weekly basis and disposable razors will be distributed and collected daily. See unit schedule.

The following items will be provided inside the cells: Pillow, laundry bag, and mattress.

Inmates/Detainees will be responsible for maintaining these items during the duration of their stay at this facility. Inmates/Detainees are prohibited from marking or engraving on these items. **Any altering of these items may result in disciplinary action as it pertains to the destruction of CCA property. All items will be returned upon your departure. You will be assessed the monetary value of each item that is not returned.**

Inmates/Detainees will not hoard any general standard issue item, doing so, may result in disciplinary action.

## PROGRAM INFORMATION

**Unit Management:** Inmates/Detainees will be assigned a Unit Manager, Case Manager, and Correctional Counselor to direct their programs. Unit management staff are available seven days a week.

3

CCOG00002225

Exhibit 23 - Page 476

**Psychological Services:** Psychologists are available as referred by medical staff.

**Religious Services:** All inmates/detainees shall have access to religious resources, services, instruction and counseling on a voluntary basis. All inmates/detainees shall be extended the greatest amount of freedom and opportunity for pursuing any legitimate religious belief or practice within the constraints of security and safety consideration. Announcements regarding such services will be posted on unit bulletin boards.

**Drug Surveillance:** This facility operates a drug surveillance program that includes suspect and random testing. Refusal to provide a urine sample will result in disciplinary action.

**Alcohol Detection:** Alcohol surveillance is in effect at this facility. Random testing of inmates/detainees is done on a regular basis. Any inmate/detainee suspected of alcohol use will be tested immediately. A positive test, or refusal to submit to a test will result in disciplinary action.

**A.A. and N.A. Groups:** A.A. and N.A. groups are offered by volunteers. Registration forms are available from your Counselor and must be completed before you attend a group.

**Educational Programs:** Educational programs will be initiated if there is a sufficient number of inmates/detainees from one housing unit that will be at this facility for at least 30 consecutive days. Registration forms are available from your unit Case Manager or Correctional Counselor and must be completed, screened and approved before attending an educational program.

**Inmate/Detainee work program:** Inmates/Detainees may volunteer to be part of the work program. Wages are $1.00 per day and you will be paid daily. Ordinarily you will not be permitted to work in excess of eight (8) hours daily, or forty (40) hours weekly. Participants will be required to sign a Voluntary Work Program Contract and Safety Regulations.

**Note:** General housekeeping and sanitation of your living space and general area are not on a <u>voluntary basis</u>. They are expected, as a mandatory basic sanitation, and healthy living standard to be clean at all times.

**General job descriptions:**

1. Specific job descriptions are established for all job assignments.
2. The Unit Manager will maintain a copy of these job descriptions.
3. Inmates/Detainees may be terminated for unacceptable performance or conduct.
4. Inmates/Detainees interested in working need to submit a request form and will be selected on a first come, first serve basis, but only if qualified for the position.
5. Working in food service requires a medical clearance.
6. It is mandatory that safety procedures be explained before a inmate/detainee is allowed to operate any type of machinery or use chemicals for cleaning.

**Pay periods:**

1. The Unit Manager will prepare a time sheet for each working inmate/detainee. You must sign it daily, at the end of the working day or once the work is completed, to be paid for that day.
2. Time sheets are forwarded to the Unit Manager, and to the business office daily.
3. In order for payment, a signature from staff is needed confirming supervision of your work.

4

CCOG00002226

Exhibit 23 - Page 477

<u>SECURITY INFORMATION</u>

**Official counts:** In order to maintain proper accountability of inmates/detainees at this facility, official counts are conducted daily. Count times are posted on the bulletin boards. It is your responsibility to be ready for count. When the officer announces **"stand by for count"**, you must:

1.   Return to your assigned cell and secure your cell door.
2.   Ensure that the officer knows that you are present. A face to photo stand up count will be conducted at the 8:00 pm count daily. From 11:00 pm to 6:00 a.m., a living and breathing inmate/detainee will be identified during each count. No towels, sheets, clothing etc. will be allowed to hang from your bunks as it hinders the officers' view.
3.   Remain in your cell until the officer has announced **"count is cleared"**.

<u>Note:</u> Count is very important to the security of the institution. Should you delay or disrupt the count, you will be subject to disciplinary action. Staff have been trained to count living, breathing flesh; therefore, to avoid disruptions to your sleep, ensure that you expose some portion of your body during count. Delaying or interfering with a count is a serious offense and will be dealt with accordingly.

**Inspections of persons and property:** You are subject to a search upon admission into the facility and when there is reasonable cause to believe you may have contraband concealed on your person or in your cell. Searches are routine requirements upon entering the facility and upon completing a visit. A visual strip search will occur after any contact visit including attorney visits. Staff will conduct routine unscheduled searches of the facility, inmates/detainees and property as deemed necessary.

**Evacuation drills:** Per local, state and federal laws, the facility is required to perform at least one (1) practice evacuation drill per month, per shift for every department of the facility. These drills are not designed to inconvenience you, but rather to insure that you know where the exits are located in case of an actual danger such as a fire, gas leak, or other dangers. Fire exit diagrams are posted throughout all buildings, and are not to be tampered with.

**Access to telephone:** Telephones are provided for inmates/detainees in the housing unit dayroom. For access to a Telecommunications Device for the Deaf (TDD), contact the Unit Manager or Case Manager, or Correctional Counselor. The Shift Supervisor should be notified if any of the unit staff are not available.

**Procedures for telephone use include:**

1.   Inmates/Detainees may purchase a phone card in Intake during their initial processing at a maximum purchase amount of $20.00 dollars. Thereafter phone cards can be purchased through the commissary to be used on the inmate/detainee phone system.
2.   Twenty (20) minute limit for all collect calls.
3.   The telephones are available daily, unless count is in progress or as otherwise directed (i.e. during and after meal times, during lockdowns, etc.).
4.   In case of an emergency, such as illness or death in your family, the Correctional Counselor, Case Manager or Unit Manager can assist you in making telephone calls when access to telephones would not normally be available.
5.   Telephone calls to attorneys are not considered to be emergencies.
6.   Business telephone: SDCF telephones are to be used for "official business only." You are permitted to receive messages for emergencies <u>only</u>.
7.   Inmates/Detainees who qualify for indigent status should see their Unit Manager, Case Manager or Correctional Counselor for assistance in making a telephone call (see page 15 for indigent status qualifications).

5

CCOG00002227

Exhibit 23 - Page 478

8.   Direct / Free Access Numbers – Pro-Bono Legal Service Providers and Immigration Courts/Board of Immigration Appeal number are posted in each housing unit on the bulletin board.   Consulate telephone numbers are available in the Unit Managers office and the detention officers podium.

## DIALING INSTRUCTIONS

TO PLACE A CALL:
Pick up handset - you will hear:

- "Press 1 for English, Press 2 for Spanish"

- "For a collect call, Press 0", "For a debit call, Press 1", "To transfer debit funds, Press 2"

AFTER DIALING "0" FOR  COLLECT:
For International Collect Calling –
- Enter  * 0011

- Follow the Spanish speaking instructions (English also available)
For Domestic Collect Calling –
- Enter the area code and phone number you are calling

- Wait while your call is being processed

The system will validate what you have dialed to see if this is a good number.

If it is not a good number, the recording will say:

- "This call is restricted"

If it is a good number, then the system will ask you to:

- "Please state your name at the beep"

Then the call will be put through.

FAMILIES WITH BILLING ISSUES OR BLOCKS ON THEIR PHONE NUMBER SHOULD CALL (800) 844-6591

## MEDICAL INFORMATION

Access to medical care is available to all inmates/detainees.   Inmates/Detainees should access health care via regularly scheduled sick call.  Health care staff are available seven (7) days a week, twenty-four (24) hours a day, in the event of an emergency.   All detainees/inmates will receive a medical exam within the first fourteen days after admission.

**Routine sick call procedures:  (see posted schedules)** Inmates/Detainees requesting medical attention should complete the "Sick Call Request Form" which is available in the housing unit. The forms are placed on the front of each pod podium freely available to all.  (**Note**: do not

6

CCOG00002228

Exhibit 23 - Page 479

confuse the medical form with CCA grievance forms, the medical form is clearly labeled ("**Sick Call Request Form**"). Place the Sick Call Request Form in the "medical box", located in the housing unit **yourself**. Inmates/Detainees requiring medical care will be scheduled in a manner consistent with the medical need.

**Segregation:** Inmates/Detainees in administrative or disciplinary segregation may also request medical attention by requesting and completing a "Sick Call Request Form". Sick call medical rounds are conducted in all segregation units on a daily basis.

**Medication:** Most prescribed medications will be delivered to you, to be kept in your possession during the *pill line* in the housing unit. Some medications will be administered to the inmate/detainee on a dose-by-dose basis during daily *pill lines*. If your medication is delivered on the *pill line*, you must bring your cup and swallow all the medication in the presence of the nurse. Medical staff are forbidden to give "over the counter" medications during *pill line* if they have not already been prescribed during sick call.

**Living will:** In accordance with state and national standards, a "Living Will" form is available to any inmate/detainee wishing to complete this form. Make the request known during sick call or any visit to the medical clinic.

## DENTAL INFORMATION:

### Sick Call

The San Diego ICE Medical Facility dental clinic is established mostly for emergency dental treatment. Some examples include severe tooth pain, infection and swelling, and trauma to teeth. To receive dental care from the dentist for EMERGENCY TREATMENT fill out a SICK CALL REQUEST FORM and put it in the red sick call pick up box located in your pod and an appointment will be made for you. You will be called by one of our officers to be escorted to the dental clinic at the time of your dental appointment.

DO NOT USE THE SICK CALL TO REQUEST ANY OTHER KIND OF TREATMENT. SICK CALL IS FOR EMERGENCY DENTAL PROBLEMS ONLY!!

To be eligible for routine dental care you MUST be in Immigration custody for 12 MONTHS or more. Some examples of routine dental treatment are cleanings, permanent fillings, etc.

### ORAL HEALTH EDUCATION

Bleeding gums are the first sign of the oral infection called periodontal disease. The first stage of the disease is called **gingivitis**. This is when your gums become tender and start to bleed due to a build up of bacteria on your teeth and gums. This bacterial build up is called plaque , and it will cause both cavities and gum infections if it is not removed daily by brushing and flossing. We all know a build up of plaque will also cause bad breath. Brushing and flossing twice daily will remove the bacterial plaque and help to keep your teeth and gums healthy. **YOU can prevent dental problems with good oral hygiene.** If your gums are tender and bleeding it is an early sign that you need to brush your teeth more often, and if you begin brushing and flossing right away the bleeding and tenderness will go away after about a week of good oral hygiene.

If you don't brush and floss as you should the bacterial plaque will continue to grow on your teeth and gums and start to gather in the pockets between your teeth and gums. When the plaque begins to grow and gather in your mouth like this it can destroy the gums and the bone supporting your teeth. The germs in the plaque are very toxic for your mouth, and eventually the gums and the bone surrounding your teeth will shrink away leaving loose and

7

CCOG00002229

Exhibit 23 - Page 480

sensitive teeth. This is the stage of gum infection called periodontitis. While there will be some damage to your gums and bone, you can usually still save your teeth at this point if you begin regular brushing and flossing along with regular visits to the dentist for special cleanings.

Finally, if this stage of gum infection called periodontitis is not treated and the plaque is allowed to continue to build up on the teeth and gums, the teeth will become very loose and painful and will need to be pulled out by a dentist. At this stage there is too much damage to repair. No one wants to lose their teeth, so brush and floss daily. Keeping your mouth healthy is good for your self esteem, and it is also a very important part of keeping the rest of your body healthy.

## Oral Hygiene:
Using a soft bristle toothbrush with fluoride toothpaste start on your:

1) Outside front teeth:
   -Hold brush at an angle where the teeth and gums meet
   -Move the brush gently in a circular motion while also moving the brush sideways using short strokes.

2) Inside and outside surfaces of back teeth:
   -Use short angled, circular brush strokes brushing both teeth and gums

3) Inside surfaces front teeth
   -Hold brush flat on inside surface and brush back and forth

Don't forget to brush your tongue. Your tongue is a hiding place for the bacteria that cause cavities, gum disease and bad breath.

### BRUSHING YOUR TEETH AND GUMS HARD CAN CAUSE PERMANENT DAMAGE !    BE CAREFUL.

### Helpful Hints:
- Brush two or three times a day for a few minutes each time you brush. Make sure you brush all surfaces of your teeth.
- Use toothpaste containing fluoride to help fight tooth decay.
- Use dental floss to clean between your teeth once a day. This cleans areas your brush can't reach. If you don't floss between your teeth you will miss 35% of all your tooth surfaces. IMPORTANT: OUR DENTAL CLINIC IS NOT ALLOWED TO DISPENSE DENTAL FLOSS IN THIS FACILITY.

### SERVICE INFORMATION

**Barbering service:** Inmates/Detainees may receive haircuts. Schedules vary from pod to pod and are posted in the unit. There is no charge for this service. No special cuts are allowed to include; no beards will be trimmed or cut.

**Recreational activities:** You are encouraged to participate in the leisure and recreational activities that are available daily within the dayroom and the recreation yard. Dayroom activities include numerous table games and television viewing. Movies are shown on weekends. Games/activity, contests and tournaments are scheduled periodically. Recreational items are used by all and are not to be stored within the inmate/detainee cell.

8

CCOG00002230

Exhibit 23 - Page 481

Housing unit inmates/detainees are allowed at a minimum, one hour per day to use the outside recreation yard. Recreation typically commences at 6:30 am and will continue throughout the day until all housing units have been recreated, depending on weather conditions.

Inmates/Detainees using the recreation yard are required to follow these guidelines:

1.  Stay within the yellow line.  Do not lean on or touch the yard fence.
2.  Do not yell, comment, whistle or make remarks to others outside of the recreation yard.
3.  No books, paper or food are allowed on the recreation yard.
4.  Do not hang or pull on the basketball net or use the basketball for other than its intended purpose.
5.  Shirts are optional while at recreation (for males only). Females may wear tee shirts with proper under garments.
6.  Group calisthenics are prohibited in the recreation yard.

**Note:**  Failure to follow these guidelines may result in suspension of recreation privileges.

**Television viewing:** In each housing pod there are usually two (2) television sets.  One TV will be designated for Spanish speaking channels and one will be designated for English speaking channels. Movies will be shown periodically, usually on weekends and federal holidays.

**The following rules apply to television viewing:**

1.  Television sets will be turned off during official counts, meals, cleaning of housing areas and when it is deemed necessary by staff.
2.  All televisions will be turned off at 11:00 p.m.
3.  Inmates/Detainees will choose television programs by majority vote.
4.  Inmates/Detainees should talk at a low level so they do not disturb those who are watching television.
5.  Inmates/Detainees will not take blankets, pillows or linens in the day room/common area.
6.  Inmates/Detainees will be properly dressed while in the dayroom i.e. shirt, pants, socks and shoes. (shower shoes and T-shirts allowed).
    This includes moving to and from the shower.
7.  Televisions will be turned off during all meal service.

**Library services:** Leisure books are in the unit book case. You are allowed to have two books in your possession. A law library is available for legal use. **A sign-up sheet will be available for each unit on a daily basis, Monday-Friday for at least 1-hour per day.** You must be signed-up, in full uniform and ready to go at the time indicated. Do not bring any personal materials, such as books, letters or photos to the law library. A law library schedule is posted in each pod. If you need additional time in the law library, submit a written request to the librarian, stating the length of time needed and the reason for the request. Requests are granted on a case-by-case basis and depend on several factors. Priority will be given to inmates/detainees with an impending court date. If you find that you need legal material that is not available in the library, submit a written request to the librarian. Requests that cannot be granted by the librarian will be forwarded to ICE. Please notify the librarian if you find any damaged or missing material. The library rules are posted in each pod and in the library. You are expected to follow these rules at all times. Inmates/Detainees who are housed in segregation units will be visited by the librarian or library aide once per week for law library services and once per week for leisure reading materials.

**Group Presentations on Legal Rights:** When group presentations on legal rights are scheduled, detainee notification and attendance, at least forty-eight hours before a scheduled presentation takes place. Informational posters will be displayed in the housing units. Detainees planning to attend must sign up with Unit Management staff.  Presentations are open to all detainees, regardless of the presenter's audience, except when a particular detainee's attendance would pose a security risk. If a

9

CCOG00002231

Exhibit 23 - Page 482

detainee in segregation cannot attend for this reason, and both he/she and the presenter(s) so request, alternative arrangements shall be made.

**Marriage Requests:** Request for marriage must be submitted through the Chaplain's office.

**Commissary service:** One (1) time per week inmates/detainees may fill out a Commissary Order Form. Once the inmate/detainee signs accepting the order their account is automatically charged for the order. Inmates/Detainees will be allowed to purchase and have in their possession only one (1) radio. Inmates/Detainees will only be allowed to purchase two (2) bowls, one (1) sweatshirt, and only have the same amount in their possession. The inmates/detainees signature verifies receipt of items ordered and received. If you have any questions, please ask when your items are delivered to you. Once you sign the receipt, you are responsible for your order. Any missing items should be reported immediately to any commissary staff before opening your bag. The maximum amount to spend is $50.00 per week. Telephone debit cards are available for purchase. There is a $70.00 limit on phone cards per week. Inmates/Detainees may only have five (5) phone cards in their possession not to exceed the $70.00 limit. Sweatshirts, shoes, radios and debit cards are not part of your spending limit.

**Deposits to accounts:** U.S. Money Orders and U.S. Treasury Checks mailed to you will be credited to your account normally within the next business day. Cashiers checks will be held for ten (10) days. Personal and business checks **will not** be accepted through the mail and will be returned to sender. Visitors are allowed to leave U.S. Currency and U.S. Money Orders with a designated staff member for deposit in a detainee's account. The visitor will receive a receipt for all money left at the facility.

**Commissary fund withdrawals:** You may request to have funds withdrawn from your inmate/detainee trust fund account by requesting a Release of Funds Form from your unit staff. This form authorizes the business office to withdraw funds from your account and send them to an approved designated addressee. Your request form should be completed and turned in to your Unit Manager or Counselor with a stamped and addressed envelope. Withdrawals of this type are completed on a daily basis or as submitted. No money transfers are allowed to other detainees, unless proven immediate family relationship.

## DIRECTIONS TO THE FACILITY

The San Diego Correctional Facility is located approximately 4 1/2 miles from the Otay Mesa U.S./Mexico border crossing. It is reachable by taking the 905 freeway east (approx. 6-7 miles) to Otay Mesa Road. Follow the road to the stop sign (Alta Road) then turn left. You will pass the entrance road to J.R. Donovan State Prison, continue for approximately 1.5 miles to the top of the hill. Turn left (East Mesa Detention Complex) immediately you will see another sign (Immigration Court / CCA) turn left, and the facility is located behind the George Bailey County Jail.  446 Alta Road #5400.

## VISITATION INFORMATION

Visits are non-contact using telephone communication systems.

**Visitation hours:**
Visiting is permitted Saturday, Sunday and on designated federal holidays from 8:00 a.m. – 4:00 p.m..

If there are more visitors than can be accommodated in the visiting room, it may be necessary to limit visits to lesser periods of time. Special visits may only be approved by the Chief of Security, Assistant Warden or Warden. At any time the maximum amount of visitors for any inmate/detainee is (8). 2 adults and up to 6 children; with no more than 1 visit in a day.

It is the detainee's/inmate's responsibility to complete a visiting list and provide it to his/her Counselor prior to the visit. Inmates/Detainees will not be allowed visitors until the list is received and approved

10

CCOG00002232

Exhibit 23 - Page 483

by the Unit Manager. Inmates/Detainees will only be allowed to visit those individuals on his/her approved visitation list.

**Identification of visitors:**
All visitors over the age of 16 will be required to show proper photo identification. If your visitor(s) bring children 17 years of age or under they are expected to remain under the direct supervision of the adult visitor(s) so they will not disturb others who have visitor(s). Visitors unable to identify themselves properly will not be permitted to visit. Proper ID includes drivers license, military id, passports, photo visa etc. Additional documentation may be required at the Unit Manager's request before a visit is approved.

All visitors will be subjected to screening by the metal detector. Any visitor who cannot pass the metal detector will not be allowed to enter the institution.

Any visitors who arrive at this facility with inappropriate attire such as "see-through" clothing, dresses, skirts, or shorts more than three (3) inches above the knee, will be denied entry. Minor children (under the age of twelve) are permitted to wear shorts. Military clothing, spandex or tank tops/halter tops are not allowed. It is the inmate's/detainee's responsibility to inform their family members of the visitation rules.

Prior to entering the visiting room, all inmates/detainees are subject to a pat search. Inmates/Detainees are required to wear a complete uniform and be neatly dressed. Inmates/Detainees are not permitted to wear whites, slippers, or shower shoes in the visiting room. The only authorized items allowed in the visiting room are one religious medal and a wedding band.

No inmate/detainee or visitor will be permitted to engage in such actions or conduct which will disturb or otherwise disrupt the good order of the visiting room. The visiting room officer will issue a warning for violations of this rule, and repeated offenses will result in visit termination and possible disciplinary action, including suspension of visitation privileges for the inmate/detainee.

Children may not wander around the visiting room or be left unattended. If parents cannot or will not supervise their children, the visit will be terminated. Inmates/Detainees and visitors are to remain at their assigned seating and are not to wander or visit with other inmates/detainees or their visitors.

Visitors are not permitted to leave anything at the facility for any inmate/detainee.

No food or drink is allowed in the visitation room.

Clergy may be placed on your visiting list for approval by your Unit Manager, Case Manager or Correctional Counselor. Contact the Chaplain to request approval for special clergy visits.

**Attorney Visits:**
Shall be permitted between the hours of 8:00 a.m. and 9:45 p.m. daily.

**Legal material:**
During attorney visits, legal material will be allowed in the visiting area. A minimal amount of legal material may be transferred during attorney visits, once approved by the Shift Supervisor. Attorneys should utilize the institution's legal mail procedures and the US mail system to deliver their documents when possible. Any legal materials given to an inmate/detainee during a visit will be searched in the presence of the inmate/detainee for contraband, but will not be read by staff.

**Attorney phone calls:**

11

CCOG00002233

Exhibit 23 - Page 484

In order to make an unmonitored phone call to an attorney, the inmate/detainee must arrange the call in advance with his/her Case Manager, Correctional Counselor or Unit Manager. Phone calls placed through the regular inmate phones are subject to monitoring.

**Legal information:**
A list of pro-bono organizations is posted on the bulletin boards inside the units. Group legal rights presentations will be offered upon request. Each weekday "Refugee Rights: Know Your Rights" is shown in all housing units in both English and Spanish.

**Inmate/Detainee notices:**
Inmate/Detainee notices are displayed on bulletin boards to keep you informed of new changes or upcoming events in the facility. It is recommended that you read this daily.

## HYGIENE INFORMATION

**Personal hygiene:**
Because you will be living in a room with another person, personal hygiene is essential. You are expected to bathe regularly and to keep your hair clean.

Housing unit lights shall be turned on at 6:00 a.m. each morning to give you an opportunity to wash up for breakfast.

**Living conditions:**
Inmates/Detainees are required to keep their beds and assigned living areas clean at all times. It is in your best interest to maintain a clean living area and avoid many of the problems associated with unsanitary living conditions. All inmates/detainees are responsible for care of their living quarters. If there is something broken in your room, report it to the pod officer immediately. Inmates/Detainees are responsible to keep their room free of contraband. An excuse that "it was here when I moved in" or "I didn't know it was in my room" are not an acceptable defense against disciplinary action.

You will be responsible for maintaining your room and its contents. If malicious damage is discovered, the responsible person will be subject to disciplinary action and repair costs may be recommended as a sanction by the disciplinary hearing officer.

## CLOTHING / LINEN EXCHANGE
**Schedules:** Are posted in all housing unit bulletin boards.

## CLOTHING

The basic uniform for detainees shall be distinctive in appearance as to identify the detainee according to his/her security level. In ICE and contract facilities, the basic uniform is Blue, Red and Orange.

1. Blue: uniforms and wristbands – Level 1 detainees
2. Orange: uniforms and wristbands – Level 2 detainees
3. Red: uniforms and wristbands – Level 3 detainees
4. White: uniforms will be the work uniform for kitchen workers only. In the housing units the kitchen workers will wear the appropriate color uniform.
5. Brown: uniforms and wristbands – Level 3 USM inmates
6. Green: uniforms and wristbands – Level 3 material witness

**Inmate/Detainee dress code/grooming standards:**

12

CCOG00002234
Exhibit 23 - Page 485

Inmates/Detainees are required to comply with the dress code and grooming standards as explained below:

Inmates/Detainees are required to keep themselves clean, wear proper clothing/footwear and maintain a proper appearance. All issued clothing shall be worn as specified in the following prescribed instructions:

1. Clothing must be clean, untorn and unaltered.
2. Undergarments (underwear) may be worn without outer garments only while inside the sleeping quarters or showers. **No exceptions!**
3. Shoes will be worn at all times when outside the housing unit/pod.
4. Religious headwear must be approved by the Chief of Security and the Chaplain.
5. Inmates/Detainees will wear a complete uniform (shirt, pants, socks, and shoes) at all times when outside of their unit pod (i.e. to and from the barber shop, visitation, staging area, recreation yard, during escort, etc.) T-shirts and sandals with socks can be worn in the unit pod.
6. Facility Issue (blue canvas) shoes shall be exchanged on a one-for- one basis as they wear out.
7. Inmates/Detainees will not wear caps, hats or headgear, except religious as indicated in #4 above and with the exception of work details.
8. **ID bands must be worn and visible at all times and not be tampered with or removed.**

**Clean and sanitary living area:**
Poor hygiene, poor sanitation and not wearing proper clothing and footwear can cause potential conflict with others. Failure to comply with the dress code and grooming standards will require staff intervention to correct the situation.

### GROOMING

1. Ordinarily, inmates/detainees may wear any hair style (nothing extreme) with the following exception.

   **Kitchen workers:** For safety and hygiene reasons, kitchen workers and workers operating machinery will keep their hair neat, clean and in a style where hair will not cover any portion of the ear, not touching the shirt collar, not covering any portion of the eyebrows. Moderate "natural" type haircuts are permitted if they qualify within the limits as stated above, provided that the style does not interfere with the safety and hygiene requirements. Hairnets are required while preparing or serving food on your head, and a sneeze guard over your mouth /nose. Hairnets are issued for food service purposes only and are not to be worn when not in food service or serving food!

2. Ordinarily, facial hair may be grown without restriction. Food service workers will be required to wear a Face/Nose guard while involved in the preparation or serving of food.
3. Fingernail length for all inmates/detainees will not exceed 1/8 inch past the fingertip.

### CORRESPONDENCE INFORMATION

**Mail/Correspondence:**
Inmates/Detainees may not write to other inmates/detainees within the San Diego Correctional Facility without written approval of the Warden.

**Incoming mail/general:**

1. General correspondence may be scanned as deemed necessary for security reasons.
2. If the contraband is a violation of the law, it may be referred for investigation/prosecution.

13

CCOG00002235

Exhibit 23 - Page 486

3.    Newspapers and publications must be sent directly from the publisher, and will be inspected in the mailroom prior to distribution.

4.    Mail will be processed and delivered within twenty-four (24) hours of receipt excluding weekends and holidays.

5.    Soft cover books may be received at a limit five (5) per month. Books must come directly from the publisher or a bookstore, with prior approval.

6.    All mail will be opened and inspected by designated staff in the presence of all Immigration Detainees. If contraband is discovered it will be seized to determine a final outcome.

**CONTRABAND:**

Contraband includes material prohibited by law or regulation, or material that can reasonably be expected to cause physical injury or adversely affect the security, safety, or good order of the facility. Any item in your possession that is considered contraband will be confiscated and removed from your possession.

Items, which are considered to be a detriment to the safe and orderly operation of the facility, are prohibited. Contraband items include but are not limited to:

A.    Any dangerous drug, narcotic drug, marijuana, intoxicating liquor of any kind, deadly weapons, dangerous instruments, explosives or any other article that, if used or possessed, would endanger the preservation of order in the facility.

B.    Any item which could be used as an aide to escape.

C.    Sexually explicit material.

D.    Any item which could be used to disguise or alter the appearance of a detainee.

E.    Any article of clothing or item for personal use or consumption which has not been cleared first through the OIC or purchased by a detainee from the vending machines.

F.    Cameras, video, audio, or related equipment that can be used to make unauthorized photographs or audio, or audio/video recordings of detainees, staff, or government property.

**Outgoing mail/general:**

1.    A mailbox is located in each housing unit.

2.    **All mail must have a return address (facility address) with full name and number of the inmate/detainee.**

3.    All outgoing mail must be sealed.

**Example**: Your Name_____
Your A# / Register #_____
San Diego Correctional Facility
P.O. Box 439049
San Diego, CA 92143-9049
Building/Pod_____

**Special correspondence:**

"Special mail" means correspondence directed to or received from any of the following persons:

The President and Vice President of the USA
Secretaries of the Army, Navy, and Air Force
US Courts (including Probation Offices)
Director of the Attorney-General
State Attorney General and Prosecuting Attorneys
Director of State Departments of Corrections, State
Parole, State Legislature, State Courts, and State Probation
Officers of other Federal and State Law Enforcement Offices
Personal Attorneys and Representatives of the News Media.

The US Department of Justice
US Public Health Services
Members of Congress
State Governors
Embassies and Consulates

Properly identified "special mail" will only be opened and inspected by staff in the presence of the inmate/detainee.

14

CCOG00002236

Exhibit 23 - Page 487

1. The sender must be adequately identified and the envelope marked "special/legal mail"—open only in the presence of the inmate/detainee.
2. Mail from the chambers of the judge and from members of the US Congress, which is clearly identified, will not require special mail marking.
3. It is the detainee's/inmate's responsibility to advise their attorney of the proper procedure for identifying attorney/client correspondence.
4. The unit staff is responsible for pick up and delivery of special/legal mail.

**Restricted mail:**
Inmates/Detainees may be placed on restricted correspondence, for security reasons.

**Postage allowance for Indigent status:**
Writing material, pencils and envelopes will be provided to indigent inmates/detainees to mail a reasonable amount of mail each week, including at least 5 pieces of special correspondence and three pieces of general correspondence. To qualify for indigent status, you should have less than $3.00 in your account for thirty 30 days. It is your responsibility to re-submit a request for indigent status every thirty (30) days.

**Returned mail:**
All returned mail and packages will be opened and inspected to prevent the introduction of contraband. **This includes legal mail.**

**Incoming Packages:**

1. Inmates/Detainees are not allowed to receive packages, except ICE detainees, release clothing may be sent as approved by the Unit Manager and ICE. If approved, the release clothing will be sent within thirty (30) days of release/deportation. The contents of the package will be inventoried and a copy of the inventory given to the inmate/detainee and the original copy placed with the property in storage. Contents of the package will not be given to the inmate/detainee prior to release under any circumstances.
2. Packages will be checked to ensure that they contain only the items authorized by the Unit Manager.
3. Packages that contain unauthorized materials will be returned to the sender in its entirety.
4. Packages not approved in advance will be sent back.
5. After approval to receive books is given on a package authorization form by the Unit Manager, only soft cover books from a bookstore or an <u>authorized</u> publisher are approved. The address of the publisher must be provided on the form.

**Outgoing Packages:**

Mailing packages out of the facility may occur as follows:

1. Hobby/craft materials, etc. will be mailed at the inmate's/detainee's expense during special events that will be posted in advance.
2. Personal items will also be mailed at the inmate's/detainee's expense, as approved by the Unit Manager.
3. Any outgoing packages will be packaged and sealed in the presence of the Unit Management staff.
4. The Unit Manager, Case Manager or Correctional Counselor will deliver the package to the mailroom.

**Certified mail:**
Certified mail services, at the detainee's/inmate's expense, may be requested through your Correctional Counselor, Case Manager or Unit Manager.

15

CCOG00002237

Exhibit 23 - Page 488

**Copies of legal materials:** In accordance with institution procedures, inmates/detainees may copy **approved** materials necessary for their legal matters.

**Detainee's/inmate's request to staff member:** The inmate/detainee Request for Assistance Form is used to make a written request to a staff member. Any type of request can be made on this form. Request forms may be obtained from the housing unit officer or Counselor. Staff members who receive a request will answer the request in a reasonable period of time. The answer will be written on the bottom of the request form.

## GRIEVANCE INFORMATION

**Grievance Procedure:** The grievance procedure is a informal / formal method for inmates/detainees to seek solutions to their problems or complaints. Detainees may orally present issues of concern to any staff member within (5) days of the event causing the concern. Staff members receiving a detainee's oral issue of concern will, if the issue falls within his/her scope of responsibility, attempt to resolve the issue informally. If the issue is beyond the scope of that employee's authority, he/she will notify the shift supervisor of the issue as soon as practical. If the detainee is not satisfied with the staff members response, the detainee will complete and submit a 14-5A (Informal Resolution) and submit to any member of the Unit Management Team within (5) days of the alleged incident. Your Unit Management/Supervisor will attempt to assist you in "informally" resolving your complaint or request. If you find the informal resolution unsatisfactory, you then have the right to request that your complaint or request be processed "formally" by filling out a 14-5B and attaching a copy of the 14-5A. The detainee is free to bypass or terminate the informal grievance process, and proceed directly to the formal grievance stage. Complete information on filing a grievance is posted in the housing unit. All grievances are forwarded to the facility grievance officer for processing and investigation. Staff will not harass, discipline, punish, or otherwise retaliate against a detainee lodging a complaint. However, if an individual establishes a pattern of filing nuisance complaints or otherwise abusing the grievance system, staff may refuse to process subsequent complaints. CDF's and IGSA facilities will forward all detainee grievances alleging officer misconduct to ICE to be investigated by a higher level supervisor and or to ICE Office of Internal Audit and or the DOJ Office of the Inspector General.

Grievance procedures follow:
1. Grievance forms are available within all housing units.
2. The grievance can cover a single complaint, or a cluster of closely related issues. Each grievance form filed by the detainee/inmate must contain only one subject or the form will be rejected without review.

    **NON-GRIEVABLE ISSUES**
    - State and Federal court decisions;
    - State and Federal laws and regulations;
    - Final decisions on grievances;
    - Contracting agency (ICE, state department of corrections, etc.) policies, procedures, decisions, or matters (i.e., institutional transfers, parole and probation decisions, etc.);
    - **NOTE:** Contracting agency policies, procedures, decisions, or matters shall be grieved in accordance with the regulations of the applicable contracting agency.
    - Disciplinary actions (all disciplinary action must be addressed in accordance with disciplinary procedures in place at the facility);
    - Property issues (all property issues must be addressed in accordance with property procedures in place at the facility);
    - Classification status (all classification status must be addressed in accordance with classification procedures in place at the facility).

16

CCOG00002238

Exhibit 23 - Page 489

3. Detainee/Inmates will place the grievance form in the grievance boxes provided in the each of the housing units. Segregation housing unit(s) will provide envelopes for grievances to be placed in the box by the Unit Management staff.

4. All grievances must be signed and dated by the detainee/inmate filing the grievance.

5. A detainee/inmate may obtain assistance from another detainee, housing officer or other Unit Management staff in preparing a grievance. Outside sources, such as family members or legal representatives, may also provide assistance. This is not justification for exceeding the time limit on submissions unless staff caused the delay.

6. No detainee /inmate may submit a grievance on another detainee' s/inmate's behalf.

7. The Warden will ensure that the standard operating procedures cover detainees/inmates with special requirements, including those who are disabled, illiterate, or know little or no English. Assistance is available through the Unit Management staff in assisting detainees/inmates in preparing and pursuing a grievance.

The guidelines for filing grievances at this facility are:

1. Inmates/Detainees must file grievances within five (5) days of the alleged incident, and only **after** attempting to informally resolve it through the Unit Management staff.

2. If the grievance is unable to be informally resolved the grievance will be forwarded to the Grievance Officer who will meet with the detainee to attempt to resolve the issue. If the Grievance Officer cannot resolve the issue it will be forwarded to the appropriate Department Head whom will act on the grievance within 5 working days. A written response consisting of both the decision and reason for that decision.

3. If the inmate/detainee does not except the Department Heads solution a detainee grievance committee (DGC) will convene to study the grievance within (5) working days of the detainee's appeal. At least one member of the grievance committee will be an ICE employee. Within (5) working days of reaching a decision the DGC will provide the detainee with its written response in writing.

4. If the inmate/detainee does not except the DGC decision the inmate/ detainee can submit an appeal within 5 days to the Warden who will render a final written decision within 5 days of receipt.

5. The procedures for filing a grievance against or allegation of officer misconduct are as follows:
   • Grievance procedures shall be adhered to with the addition being the Grievance Officer will forward a copy to ICE personnel
   • Inmates/ detainees have the opportunity to file a complaint about officer misconduct directly with the Department of Homeland Security by calling the DHS Hotline (1-800-323-8603) or by writing to:
     Department of Homeland Security
     245 Murry Drive, S.E. Building 410
     Washington, DC 20528

**Emergency Grievances:**
If the subject matter of the grievance is such that compliance with the regular time guidelines would subject the inmate/resident to risk of personal injury, the inmate/resident may request that the grievance be considered an emergency grievance. The emergency grievance must detail the basis for requiring an immediate response. When the grievance is of an emergency nature, utilization of the informal resolution process is not required

   • The procedure for filing an emergency grievance to the Grievance Officer will be done through any staff member or the grievance mailbox. The 14-5B will be completed by the inmate/detainee and placed in a sealed envelope marked Emergency grievance.

**Sensitive complaints:**

17

CCOG00002239

Exhibit 23 - Page 490

Sensitive complaints are those that an inmate/detainee believes would adversely affect him/her should the complaint become known. The inmate/detainee must explain in writing to the Warden, the reason for not filing the complaint using the established grievance process. If the Warden believes the complaint is sensitive in nature, it will be reviewed and a response will be issued with a final determination.

## CLASSIFICATION SYSTEM

1.  After the inmate/detainee has been processed by intake, they will be classified in intake.
2.  Classification staff will interview and assess all inmates/detainees to determine their classification level.
3.  Based on the results of classification interview and assessment, all detainees will be placed in a custody level:
    Level 1 = (Lowest Threat)
    Level 2 = (Medium Threat)
    Level 3 = (Highest Threat)
    The classification system shall assign detainees to the least restrictive housing unit consistent with facility safety and security. By grouping detainees with comparable records together, and isolating those at one classification level from all others, the system reduces non-criminal and non-violent detainees' exposure to physical and psychological danger.
4.  After classification assessment is complete an inmate/detainee will be assigned to an appropriate general population housing unit in accordance to his/her classification level.
5.  If the inmate/detainee wants to appeal his/her classification level, they must complete a Request for Assistance Form (available at the units), stating the reason for the classification appeal and submit it to the Unit Manager.
6.  An inmate's/detainee's classification level may be reclassified based on institutional behavior, additional charges or information received, attempted escape or upon release from segregation status.
7.  The Classification Supervisor will review the inmate's/detainee's file and any supporting information as well as interview the inmate/detainee.

## INMATE/RESIDENT SEXUAL ABUSE/MISCONDUCT/HARASSMENT

Inmate/Residents engaging in sexual conduct with other inmate/residents will be subject to disciplinary sanctions within the realm of the facility disciplinary system in addition to any criminal charges that may exist.

Sexual Act – Includes one (1) or more of the following behaviors:

*   Contact between the penis and the vagina or the penis and the anus involving penetration, however slight.

*   Contact between the mouth and the penis, vagina, or anus.

*   Penetration of the anal or genital opening of another person by hand, finger, or other object.

It does not include kicking, grabbing, or punching genitals when the intent is to harm or debilitate rather than to sexually exploit.

Reporting

1.  Inmate/residents may report incidents of sexual abuse/misconduct/harassment to any employee.

2.  Any report or alleged report of sexual abuse/misconduct/harassment will be taken seriously and immediately reported to the Warden/Administrator.

Treatment and counseling services available for sexual abuse/misconduct/harassment.

18

CCOG00002240

Exhibit 23 - Page 491

The policy that pertain to the above is located in the Law Library.

## DISCIPLINE INFORMATION

**Rules of conduct/disciplinary procedures:**
You are expected to abide by established rules and facility schedules. These rules are posted in each housing unit and should be thoroughly reviewed immediately upon housing assignment.

A list of offenses and sanctions is included in the rules of conduct. There is an informal and formal discipline program. The informal procedure addresses minor infractions. The formal process will handle more serious offenses. If you are involved in an incident that results in formal charges being placed against you, you will be given written notice of the charges and allowed a reasonable amount of time (twenty-four (24) hours) to defend yourself against the charges. A hearing will be held at which time you may request assistance from a staff member or an interpreter if necessary. You may call witnesses so long as it does not endanger institutional or individual safety. Following the rendering of a decision at the hearing you will be given a written record of the findings. You will be informed at the hearing about the process for contesting the disciplinary action.

**Disciplinary segregation:**
Inmates/Detainees in disciplinary segregation status will be subject to the loss of many privileges that are afforded to the general population, for instance:

1. A cell assignment in the special housing unit.
2. One twenty (20) minute phone call each thirty (30) days, three (3) showers per week and one (1) hour of recreation five (5) times per week.
3. Access to visiting is not to be restricted, unless recommended by the Disciplinary Hearing Officer (DHO) and approved by the Warden, or unless it would pose a security concern.
4. Access to law library will be provided through a request to library staff. Requested items will be brought to your cell in the special housing unit. Trips to the law library are normally prohibited.
5. Allowable commissary items will be limited to personal hygiene items. Allowed personal property items are:

   Uniforms (2), towels (2), and one of the following items: toothpaste, toothbrush, deodorant, lotion, shampoo, comb/brush, pair of shower shoes, wash cloth, bible, koran or religious scripture, prescription eye glasses/contact lenses (if needed), religious medal, and limited legal materials needed for an on-going (active) case.

6. Posted on the unit bulletin boards are additional property restrictions and allowances.

7. Other restricted activities/privileges may apply as recommended by the DHO and approved by the Warden or designee, or as prescribed by CCA or ICE policy and procedure.

## INMATE/DETAINEE RULES AND REGULATIONS

The following rules and regulations are designed for your *health and safety* and to ensure a *sanitary facility* for your living comfort. Please read and adhere to these rules and all other rules and regulations as stated in the *Inmate/Detainee Admission & Orientation Handbook*. Please be courteous and understanding to all staff and inmates/detainees!!! Thank you.

19

CCOG00002241

Exhibit 23 - Page 492

1. It is prohibited to draw, write, damage or deface in any way the walls, windows, desks, beds, telephone stands, dining tables, clothing or any other furnishings in your cell, in holding cells, or throughout this facility. Violators are subject to disciplinary action to include restitution for the damaged items, to include labor for the repairs, etc.

2. Stay ten (10) feet away and outside the yellow lines from the unit slider door unless otherwise instructed by staff. (SECURITY)

3. Do not alter any clothing or other items in any way.

4. Do not roll pant legs above the ankle level.

5. Do not leave personal items in dayrooms. Take shoes, bowls, commissary items, etc. inside your room (SAFETY).

6. Shoes with socks must be worn during meals. (HEALTH/SANITATION)

7. No sandals/shower shoes on the recreation yard. (SAFETY)

8. Plastic containers may contain only the original contents. Empty containers must be thrown away. *Violations are considered contraband and will be confiscated* (HEALTH/SANITATION)

9. No cut off plastic jugs or other homemade bowls for food preparation or storage are allowed. (HEALTH/SANITATION)

10. No meal trays or food from the kitchen are allowed in your room. Eat meals in dayroom **ONLY**. (HEALTH/SANITATION)

11. During the cleaning of the pods, return to your own cell and stay out of the doorway.

12. Beds must be neatly made when you are not in them.

13. *No photos, calendars, paper, etc. may be affixed to the walls, windows, bedposts, light fixtures, windowsills, or vents. Vents may not be covered with anything at anytime.*

14. No pictures from magazines/books will be displayed in rooms.

15. Report for meals when serving begins. *Failure to report is considered refusal of the meal.* Once the officer calls "last call", meal service will end.

16. No sexually explicit or provocative material/photos will be displayed in rooms.

17. No food, books, or other personal property is allowed in the recreation yard. A walkman only is allowed. (SANITATION/SECURITY)

18. *No sitting/standing on stairway, tables, trash cans, or in cell doorways. No leaning on railings, congregating or sitting on top tier passageways, or standing in the entrance/exit doorways.* (SAFETY)

19. No horseplay, martial arts, running, loud talking, shouting or slapping of game pieces. (SAFETY/SECURITY)

20. No lying down on tables, floors, or chairs in the dayroom. (SAFETY)

21. No clotheslines. No homemade shelves. (SAFETY/SANITATION)

20

CCOG00002242

Exhibit 23 - Page 493

22. No Polaroid photos may be received via the mail. (SECURITY)

23. All I.D. wristbands must be worn at all times when accessing commissary, medical, pill call, etc. (ACCOUNTABILITY)

24. No spitting on dayroom floors or in showers. (HEALTH/SANITATION)

25. No knocking, kicking, or banging on cell doors, windows, etc. (SAFETY/SECURITY)

26. *No contact/communication with any inmate/detainee on lockdown status! Disciplinary action will result! (DO NOT APPROACH LOCKED CELL DOORS)* (SAFETY/SECURITY)

27. No propping feet on walls. (SANITATION)

28. Staff will be addressed as Officer, Mr. or Ms. with their last names only. (No first names.)

29. No vulgar or abusive language will be used toward staff or in the presence of staff at any time. (SECURITY)

30. Detainees/Inmates are **NOT PERMITTED** to give or accept property including commissary items from another detainee/inmate. Any such items will be considered contraband and will be confiscated.

31. No shaving, bathing, washing clothes, or spitting in the large sinks in the dayroom.

32. Remain behind yellow line in the pods unless otherwise instructed by staff. Do not touch or loiter near the officer's desk, and do not touch or knock on the windows.

33. *DO NOT TOUCH A STAFF MEMBER FOR ANY REASON.*

34. Remain behind yellow line while on the recreation yard unless directed otherwise.

35. Walkmans may only be worn while inside the pods and the recreation yard. No walkmans on work details, food lines, medical appointments, court, etc.

36. Adhere to all other rules/regulations as stated in the Inmate/Detainee Admission and Orientation Handbook and other CCA and ICE policies and procedures.

37. Inmates/detainees are not permitted to be in any cell but their own.

38. No sitting, standing, or climbing on the restroom walls in the recreation yard or holding cells or telephone stands in the pods.

39. Do not touch the television sets. Tampering with televisions may result in loss of television privileges.

40. Do not approach commissary line unless called by the Commissary Staff. Violations may result in discontinuance of commissary distribution.

41. There are no assigned seats in the dayroom areas for meals or for any other reasons.

42. *ADHERE TO ALL OTHER RULES AS INSTRUCTED BY ANY STAFF MEMBER.*

21

CCOG00002243

Exhibit 23 - Page 494

## RIGHTS AND RESPONSIBILITIES

1. You have the right to be informed of the rules, procedures and schedules concerning the operation of the facility.

2. You have the responsibility to know and abide by them.

3. You have the right to freedom of religious affiliation, and voluntary religious worship.

4. You have the responsibility to recognize and respect the rights of others in this regard.

5. You have the right to health care which includes nutritious meals, proper bedding and clothing, a laundry schedule for cleanliness of the same, an opportunity to shower regularly, proper ventilation for warmth and fresh air, a regular exercise period, toilet articles and medical treatment.

6. It is your responsibility not to waste food, to follow the laundry and shower schedule, to maintain neat and clean living quarters, and to seek medical care as needed.

7. You have the right to have family members and friends visit with you in keeping with the    facility rules and schedules.

8. It is your responsibility to conduct yourself properly during visits, and to not accept or pass contraband.

9. You have the right to unrestricted and confidential access to the courts by correspondence.

10. You have the right to legal counsel from an attorney of your choice by means of interviews and correspondence at no cost to the United States Government.

11. It is your responsibility to obtain the services of an attorney honestly and fairly.

12. You have the right to have access to reading material for your own enjoyment. These materials may include approved magazines.

13. It is your responsibility to seek and utilize such material for your personal benefit, without depriving others of the same benefit.

14. You have the right to participate in the use of law library reference materials to assist you in resolving legal problems.    You also have the right to receive help when it is available through a legal assistance program.

15. It is your responsibility to use those resources in keeping with the procedures and schedule  prescribed and to respect the rights of other detainees to the use of the material.

16. You have the right to a wide range of reading material for educational purposes and for your own enjoyment. These materials may include magazines and newspapers sent from the publishers.

17. It is your responsibility to seek and utilize such material for personal benefit, without depriving others of their equal rights to the use of this material.

18. You have the right to participate in a work program, as far as resources are available, and in keeping with your interests, needs and abilities.

22

CCOG00002244

Exhibit 23 - Page 495

19. You have the responsibility to take advantage of activities which may help you live a successful and abiding life within the facility and in the community. You will be expected to abide by the regulation governing the use of such activities.

20. You have the right to an administrative hearing before an Immigration Judge to determine your status in the United States.

21. It is your responsibility to seek and provide evidence for your defense.

22. If you are not an exclusion case and eligible, you have the right to be released on bond until your scheduled administrative hearing.

23. It is your responsibility to seek methods of payment for your bond.

24. You have the right to apply for political asylum if you believe that you will be persecuted because of your race, religion, nationality, membership in a social group or political opinion.

25. It is your responsibility to prepare and submit the proper forms accurately.

26. You have the right to request voluntary departure, if statutorily eligible, prior to a hearing but if you request voluntary departure you waive that right to a hearing.

27. It is your responsibility to inform an ICE Officer that you request voluntary departure.

## General Safety Rules

1. Removal of the blade of a disposable razor is strictly forbidden.

2. Inmates/Detainees shall maintain their assigned living areas in a clean and fire safe condition.

3. Inmates/Detainees shall make every effort to clean up liquid spills immediately/or watch over it until it can be cleaned up.

4. Inmates/Detainees shall report any and all hazards to the appropriate supervisor and/or safety officer.

5. Inmates/Detainees shall use extreme caution in all wet process areas, wet weather conditions and when utilizing showers to avoid slips and falls.

6. Inmates/Detainees shall utilize proper lifting techniques in regards to all lifting    tasks.

7. Inmates/Detainees shall utilize the handrails when going up or coming down all stairs.

8. Inmates/Detainees shall not store any form of hazardous or toxic chemical including cleaning supplies in there cells.

9. Inmates/Detainees shall not lean back in any chair or stool. All legs must be in contact with the floor.

10. Inmates/Detainees shall participate in all fire drills or other safety functions.

11. Inmates/Detainees shall use extreme caution while entering or exiting upper bunks.

12. Inmates/Detainees shall not stand on toilet fixtures, sinks, desks, or structural members.

23

CCOG00002245

Exhibit 23 - Page 496

13. Inmates/Detainees shall utilize appropriate step stool/ladder for any task requiring such. No inmate/detainee will be allowed to climb on a chair or other furniture in place of an approved step stool/ladder. All ladders will be carried by two (2) people at all times. While an employee/inmate/detainee is standing on such, another person will hold the ladder to provide additional support.

14. Inmates/Detainees shall not store any food items in the cells that require refrigeration, i.e. taken from meal trays, etc.

15. Any inmate/detainee who willfully destroys any fire safety equipment (i.e. sprinkler heads) is to be charged with "destruction of fire safety equipment" under Public Health Title 19 Article 10 of the Uniform Fire Code. Conviction of such is punishable by imprisonment in a county jail, not exceeding one year, or by fine, not exceeding one thousand dollars or both.

### Fire/Emergency Evacuation
**The following general safety rules will be adhered to by all inmates/detainees during an actual fire/emergency evacuation or during any drill.**

1. Inmates/Detainees will remain quiet and calm.

2. Inmates/Detainees will not run, shove, or otherwise act in a manner which can endanger their lives or the lives of others.

3. Inmates/Detainees will do exactly as instructed/ordered to do by the officer/employee.

4. Inmates/Detainees will conduct themselves in a manner to not create any disturbances, interference or in any way, which would create other undesired problems.

5. Inmates/Detainees will remain in their assigned/designated staging areas without wandering around until ordered to leave such areas by officer/employee.

6. Inmates/Detainees will assist, in any manner when ordered to do so by an officer/employee.

7. Inmates/Detainees will cooperate in all aspects and/or evacuation drill.

8. Inmates/Detainees are not allowed to gather or bring personal belongings with them during any drill or actual emergency.

9. Inmates/Detainees will be responsible to review the posted emergency evacuation route maps, which are posted throughout the unit to ensure that they remain familiar with both the primary and secondary exits.

10. Inmates/Detainees will immediately report any conditions which may hinder the safe and effective evacuation process to their immediate supervisor, duty officer, and/or safety officer. Some examples of unsafe conditions would include, but are not limited to the following:

    a) Exit signs that have lights that are burnt out or flickering.

    b) Exit ways that are blocked or otherwise obstructed in a way that would prohibit a clear path or exit travel.

24

CCOG00002246

Exhibit 23 - Page 497

c)   Emergency exit route maps that have been removed, damaged, or otherwise altered in such a way as to be unavailable or unusable.

**Hazardous Chemicals**
**Each inmate/detainee shall strictly adhere to the following rules and regulations in regards to the use of all hazardous/toxic chemicals.**
**Failure to comply with any of these rules/regulations may result in disciplinary action.**

1.   Inmates/Detainees will not have in their possession any hazardous/toxic chemical, unless it has been issued to them by an officer/employee for the performance of their assigned task.

2.   No inmate/detainee will dispense any chemical from any storage room/closet. Dispensing must be done by an officer/employee.

3.   No inmate/detainee shall store any chemical in his/her assigned cell.

4.   Upon completion of any cleaning task inmates/detainees shall return any unused chemical to the officer/employee on duty.

5.   No inmate/detainee will enter into the chemical storage area unless they have been properly trained.

6.   Inmates/Detainees will upon being issued any chemical, check to ensure that it is labeled with the correct name of the chemical; and ensure chemicals are in the right colored container.

7.   No inmate/detainee will use any chemical from any container that is not properly labeled.

8.   No inmate/detainee will perform any assigned task without proper personal protective equipment.

9.   Inmates/Detainees will use all chemicals in strict accordance with the manufactures recommendations or the guidelines of the material safety data sheet.

10.  Horseplaying with any chemical in strictly forbidden.

11.  Inmates/Detainees will use care, caution, and common sense when in possession of any chemical.

12.  Inmates/Detainees will report any safety violation to the officer/employee.

13.  No inmate/detainee shall continue to work with any chemical or in any area that is deemed unsafe by the supervisor. If an inmate/detainee feels, after discussing a hazard with the supervisor that a hazard still exists, he/she should request that the supervisor contact the unit safety officer.

14.  Any inmate/detainee that is exposed to a hazardous chemical shall immediately report such to the supervisor so that appropriate medical attention can be provided.

15.  All inmates/detainees shall wash their hands after handling any chemical. Hands must be washed even though gloves were worn.

25

CCOG00002247

Exhibit 23 - Page 498

16. No inmate/detainee will knowingly, willfully or intentionally misuse, abuse or otherwise use any chemical in such a way as to create the possibility of any injury, illness or death.

### Disciplinary Severity Scale and Prohibited Acts

#### GREATEST OFFENSE CATEGORY

| Code | Prohibited Acts | | Sanctions |
|------|-----------------|---|-----------|
| 100 | Killing | A. | Initiate criminal proceedings |
| 101 | Assaulting any person (includes sexual assault) | B. | Disciplinary transfer (recommended) |
| 102 | Escape from escort; escape from a secure facility | C. | Disciplinary segregation (up to 60 days) |
| 103 | Setting a fire (charged with this act in this category only when found to pose a threat to life or a threat of serious bodily harm or in furtherance of a prohibited act of greatest severity, e.g.., a riot or an escape; otherwise the charge is classified as Code 218 or 321) | D. | Make monetary restitution, if funds are available. |
| 104 | Possession or introduction of a gun, firearm, weapon, sharpened instrument, knife, dangerous chemical explosive, escape tool, device, or ammunition. | | |
| 105 | Rioting | | |
| 106 | Inciting others to riot | | |
| 107 | Hostage-taking | | |
| 108 | Assaulting a staff member or any law enforcement officer with bodily harm | | |
| 109 | Threatening a staff member or any law enforcement officer with bodily harm | | |
| 198 | Interfering with a staff member in the performance of duties (conduct must be of the greatest severity).  This charge is to be used only if another charge of greatest severity is not applicable. | | |
| 199 | Conduct that disrupts or interferes with the security or orderly running of the facility (conduct must be of the greatest severity).  This charge is to be used only if another charge of greatest severity is not applicable. | | |

### Disciplinary Severity Scale and Prohibited Acts

26

CCOG00002248

Exhibit 23 - Page 499

### "HIGHEST" OFFENSE CATEGORY

| Code | Prohibited Acts | | Sanctions |
|---|---|---|---|
| 200 | Escape from unescorted activities, open or secure facility, without violence | A. | Initiate criminal proceedings |
| | | B. | Disciplinary transfer (recommended) |
| 201 | Fighting, boxing, wrestling, sparring, and any other form of physical encounter, including horseplay, that causes or could cause injury to another person; except when part of an approved recreational or athletic activity | C. | Disciplinary segregation (up to 60 days) |
| | | D. | Make monetary restitution, if funds are available |
| 202 | Possession or introduction of an unauthorized tool | E. | Loss of privileges: commissary, movies, recreation, etc. |
| 203 | Loss, misplacement, or damage of any restricted tool | F. | Change housing |
| 204 | Threatening another with bodily harm | G. | Remove from program and/ or group activity |
| 205 | Extortion, blackmail, protection; demanding or receiving money or anything of value in return for protection against others, avoiding bodily harm, or avoiding a threat being informed against. | H. | Loss of job |
| | | I. | Impound and store detainee's personal property |
| 206 | Engaging in sexual acts | J. | Confiscate contraband |
| 207 | Making sexual proposals or threats | K. | Restrict to housing unit |
| 208 | Wearing a disguise or mask | | |
| 209 | Tampering with or blocking any locking device | | |
| 210 | Adulteration of food or drink | | |
| 211 | Possession, introduction, or use of narcotic paraphernalia, or drugs not prescribed for individual by the medical staff. | | |
| 212 | Possessing an officer's or staff member's clothing | | |

### Disciplinary Severity Scale and Prohibited Acts

#### "HIGHEST" OFFENSE CATEGORY

| Code | Prohibited Acts | | Sanctions |
|---|---|---|---|
| 213 | Engaging in or inciting a group demonstration | A. | Initiate criminal proceedings |
| | | B. | Disciplinary transfer (recommended) |
| 214 | Encouraging others to participate in a work stoppage or refuse to work | C. | Disciplinary segregation (up to 60 days) |

27

CCOG00002249

Exhibit 23 - Page 500

215 Refusing to provide a urine sample or otherwise cooperate in a drug test

216 Introducing alcohol into the facility

217 Giving or offering an official or staff member a bribe or anything of value

218 Giving money to, or receiving money from, any person for an illegal or prohibited purpose, such as introducing/ conveying contraband

219 Destroying, altering, or damaging property (government or another person's) worth more than $100.00

220 Being found guilty of any combination of three or more high moderate or low moderate offenses within 90 days

221 Signing, preparing, circulating, or soliciting support for prohibited group petitions

222 Possessing or introducing an incendiary device, e.g., matches, a lighter, etc.

223 Any act that could endanger person(s) and or property

298 Interfering with a staff member in the performance of duties (conduct must be of highest severity). This change is to be used only when no other charge of highest severity is applicable.

299 Conduct that disrupts or interferes with the security or orderly operation of the facility (conduct must be of highest severity) This charge is to be used only when no other charge of highest severity is applicable.

D. Make monetary restitution, if funds are available

E. Loss of privileges: commissary, movies, recreation, etc.

F. Change housing

G. Remove from program and/ or group activity

H. Loss of job

I. Impound and store detainee's personal property

J. Confiscate contraband

K. Restrict to housing unit

### Disciplinary Severity Scale and Prohibited Acts

#### "HIGH MODERATE" OFFENSE CATEGORY

| Code | Prohibited Acts |
|---|---|
| 300 | Indecent exposure |
| 301 | Stealing (theft) |
| 302 | Misuse of authorized medication |
| 303 | Loss, misplacement, or damage of a less restricted tool |
| 304 | Lending property or other item of value for profit/increased return |
| 305 | Possession of item(s) not authorized for receipt or retention, not issued through regular channels |

Sanctions
A. Initiate criminal proceedings
B. Disciplinary transfer (recommended)
C. Disciplinary segregation (up to 72 hours)
D. Make monetary restitution, if funds are available
E. Loss of privileges: commissary, movies, recreation, etc.

28

CCOG00002250

Exhibit 23 - Page 501

306 Refusal to clean assigned living area

307 Refuse to obey a staff member/ officer's order (may be categorized and charged as a greater or lesser offense, depending on the kind of disobedience: continuing to not is Code 105—Rioting; continuing to Fight, Code 201—Fighting; refusing To provide a urine sample, Code 215

308 Insolence toward a staff member anything of value in return for protection against others, avoiding bodily harm, or avoiding a threat being informed against.

309 Lying or providing false statement to staff

F. Change housing

G. Remove from program and/ or group activity

H. Loss of job

I. Impound and store detainee's personal property

J. Confiscate contraband

K. Restrict to housing unit

L. Reprimand.

M. Warning

310 Counterfeiting, forging, or other unauthorized reproduction of money or other official document or item, e.g. counterfeiting release papers to effect escape—Code 102 or 200

## Disciplinary Severity Scale and Prohibited Acts

### "HIGH MODERATE" OFFENSE CATEGORY

| Code | Prohibited Acts | Sanctions |
|------|-----------------|-----------|
| 311 | Participating in an unauthorized meeting or gathering | A. Initiate criminal proceedings |
| 312 | Being in an unauthorized area | B. Disciplinary transfer (recommended) |
| 313 | Failure to stand count | C. Disciplinary segregation (up to 72 hours) |
| 314 | Interfering with count | D. Make monetary restitution, if funds are available |
| 315 | Making, possessing, or using intoxicant(s) | E. Loss of privileges: commissary, movies, recreation, etc. |
| 316 | Refusing a breathalyzer test or other test of alcohol consumption | F. Change housing |
| 317 | Gambling | G. Remove from program and/ or group activity |
| 318 | Preparing or conducting a gambling pool | H. Loss of job |
| 319 | Possession of gambling paraphernalia | I. Impound and store detainee's personal property |
| 320 | Unauthorized contact with public | J. Confiscate contraband |
| 321 | Giving money or another item of value to, or accepting money or another item of value from anyone, including another detainee, without staff authorization. | K. Restrict to housing unit |
| | | L. Reprimand |

29

CCOG00002251

Exhibit 23 - Page 502

322   Destroying, altering, or damaging
       property (government or another                M. Warning
       person's) worth less than $100

398   Interfering with a staff member
       in the performance of duties
       (offense must be of high moderate
       severity). This charge is to be used
       only when on other charge in this
       category is applicable

399   Conduct that disrupts or interferes with the security or orderly running (offense must be of high
       moderate severity). This charge is to be used only when no other charge in this category is
       applicable.

### Disciplinary Severity Scale and Prohibited Acts

#### "LOW MODERATE" OFFENSE CATEGORY

400   Possession of property belonging          A. Make monetary restitution.
       to another person

401   Possessing unauthorized clothing          B. Loss of privileges:
                                                     commissary, movies,
402   Malingering, feigning illness                  recreation, etc.

403   Smoking where prohibited                  C. Change housing

404   Using abusive or obscene language         D. Remove from program and/
                                                     or group activity
405   Tattooing, body piercing, or
       self-mutilation                           E. Loss of job

406   Unauthorized use of mail or telephone     F. Impound and store detainee's
       (with restriction or temporary              personal property
       suspension of the abused privileges
       often the appropriate sanction)          G. Confiscate contraband

407   Conduct with a visitor in violation       H. Restrict to housing unit
       of rules and regulations (with restriction
       or temporary suspension of visiting      I. Reprimand
       privileges often the appropriate sanction)
                                                 J. Warning
408   Conducting business

409   Possession of money or currency,
       unless specifically authorized

410   Failure to follow safety and sanitation
       regulations

411   Unauthorized use of equipment or machinery

412   Using equipment or machinery contrary to posted safety standards

413   Being unsanitary or untidy, failing to keep self and living area in accordance with posted
       standards.

30

CCOG00002252

Exhibit 23 - Page 503

498   Interfering with a staff member in the performance of duties (offense must be of low moderate severity).  This charge is to be used only when on other charge in this category is applicable.

499   Conduct that disrupts or interferes with the security or orderly running (offense must be of low moderate severity).  This charge is to be used only when no other charge in this category is applicable.

31

CCOG00002253

Exhibit 23 - Page 504