# Exhibit 24



**America's Leader in Partnership Corrections**

# LAREDO PROCESSING CENTER

# DETAINEE HANDBOOK

CCOG00019498

Exhibit 24 - Page 505

# THIS HANDBOOK

# WILL BE RETURNED

# TO THE OFFICER

# BEFORE YOU LEAVE

# THIS FACILITY.

# WRITING ON AND/OR

# DAMAGE TO THIS

# HANDBOOK IS

# PROHIBITED.

# THANK YOU

1                          Revised November 2016

CCOG00019499

Exhibit 24 - Page 506

## LAREDO PROCESSING CENTER ICE IGA DETENTION FACILITY
# DETAINEE HANBOOK
### (Current: November 2016)
## TABLE OF CONTENTS

| | Pages | | Pages |
|---|---|---|---|
| Introduction/Mission | 3 | Visitation | 34-37 |
| Purpose | 4 | Attorney Visitation | 37-38 |
| Mailing Address | 4 | Group Legal Rights Presentations | 38-39 |
| Basic Detainee Responsibilities | 5-9 | Marriage | 39 |
| Initial Admission | 9-14 | Inspection of Persons and or Property | 39-40 |
| Classification | 14-15 | Correspondence | 40-43 |
| Living conditions | 15-16 | Notary & Copies | 43 |
| Safety | 16-17 | Detainee Disciplinary Procedures | 44-53 |
| (evacuation Drills) | | Grievance Procedures | 53-57 |
| Official Counts | 17 | Segregation | 57-59 |
| Meals | 18 | Access to Medical Services | 59-61 |
| No Smoking Policy | 19 | Recreation | 61-64 |
| Medical Care | 19-23 | Dress Code | 64-66 |
| Laundry | 24 | Clothing | 66-67 |
| Personal Hygiene | 25 | Notice to Persons Under Exclusion | 68 |
| Barbering Services | 25 | or Removal Proceedings | |
| Sleeping Area/Sanitation | 25-26 | Contraband | 68-69 |
| Finances/Money Orders | 27 | Unauthorized Property | 69 |
| Access to Telephones | 27-29 | Legal File | 70 |
| Religious Services | 29 | Detention File | 70 |
| Commissary | 29-30 | Rights and Responsibilities | 70-72 |
| Detainee Work Program | 30-31 | OIG Information | 73-74 |
| Library/Law Library | 32-34 | PREA Pamphlet | 75 |

**This CoreCivic Inmate Orientation Handbook has been reviewed and approved.**

_____         _____
**Warden**                 **Date**

Revised November 2016

CCOG00019500

Exhibit 24 - Page 507

## INTRODUCTION / MISSION
➢ CoreCivic/Laredo Processing Center, (LPC) is a private company contracted by The Department of Homeland Security / Immigration and Customs Enforcement (ICE). The mission of the Laredo Processing Center is to provide a detention facility that is safe, secure, and sanitary for detainees awaiting processing of their administrative case.
➢ ICE will answer your questions regarding the status of your travel and/or immigration documentation. CoreCivic/LPC is not a part of ICE, and has no control over your present situation, court appearance, deportation matters, bonds, etc.

## CONTACTING ICE STAFF
➢ The ICE Assistant Field Office Director (AFOD), and/or designated department heads will conduct weekly announced and unannounced (unscheduled) visits to your housing area. The purpose of these visits is to address your personal concerns and observe your living and working conditions. You have the opportunity to submit written questions, requests or concerns to ICE staff utilizing the "Immigration Special Correspondence" form. The "Immigration Special Correspondence" forms are placed in your housing area in a box labeled "Immigration". These forms will be picked up by ICE staff after they are properly filled out and deposited in such box.   You may obtain assistance from another detainee, housing officer or other facility staff in preparing your request form. The ICE staff receiving your request form will respond as soon as possible, but not later than 72 hours from receiving your request. *This procedure is not to be used for submitting formal grievances. (See "Grievance" section.)*
➢ Procedures for appealing decisions made at the facility's highest level will require a written Immigration Special Correspondence form be submitted for its prompt attention. ICE will contact you for the final outcome.

Revised November 2016

CCOG00019501

Exhibit 24 - Page 508

## PURPOSE

➢ The purpose of this handbook is to explain to you the specific guidelines, schedules, responsibilities, rules, regulations, policies and procedures that must be followed while in custody at this facility. The handbook will also help provide you with a general overview of the programs and services available. You will be held accountable for your actions while in custody at this facility. Therefore, it is each detainee's responsibility to become familiar with the contents of this handbook.

➢ A copy of this handbook will be issued to each detainee upon intake and certain sections are posted on the bulletin boards in each housing area as well as on other bulletin boards throughout the facility. All detainees are required to acknowledge by signature, receipt of this handbook. The Orientation Handbook will be verbally explained/discussed via video presentation during intake process. If you have any questions regarding the contents of this book, please ask the officer stationed at your housing area or send a written "Request for Information" *(not to be used for sending requests for information to ICE Staff)* to the appropriate department, as listed throughout this handbook and on the bulleting board in your housing area.

## MAILING ADDRESS

Your Name: _____
Your Alien Number: _____
Your Housing Location: _____
CoreCivic/LPC is located at:        **4702 East Saunders**
                                    **Laredo, Texas. 78041**

➢ Directions are available to visitors and/or attorneys by calling (956) 727-4118, ext: 72711 Monday through Friday from 8:00 a.m. to 5:00 p.m., excluding holidays.  Saturday and Sunday directions are available by calling (956) 727-4118, ext: 72715 including holidays and after regular business hours.

4                          Revised November 2016

CCOG00019502

Exhibit 24 - Page 509

## <u>BASIC DETAINEE RESPONSIBILITIES</u>

➢ It is the policy of the CoreCivic/LPC and ICE to treat detainees with dignity and respect while maintaining a safe, secure, and sanitary detention facility. It is expected that staff will receive your full cooperation while awaiting the processing of your case. In the simplest terms, you are expected to:

1. Follow and obey rules, laws, policies and procedures;
2. Obey **all** instructions as given by staff members and contract security personnel;
3. Respect staff and other detainees at all times;
4. Respect LPC and government property and the property of others;
5. Keep yourself, your clothing and living area clean at all times; and
6. Obey **all** safety, security, and sanitation rules, policies and procedures.

➢ If you observe and comply with the above guidelines, you should have no difficulties adjusting to your stay while at this facility, awaiting the outcome of your immigration status. When addressing staff, you should not refer to them by first name or nickname. You must refer to staff by their rank/title and/or last name (i.e.; Officer, Shift Supervisor, Dr., Nurse, Mr., Mrs., Ms, etc). Staff members will address you in the same manner if they know your name. It is unreasonable to expect an officer to know all detainees within the facility by name. However, the officer or staff member will address you in an appropriate manner.

➢ The following regulations pertain to specific expectations of each detainee to ensure the safety, health and security of each person detained at this facility. These regulations are not separate from the posted rules of discipline. Therefore, any violation may result in sanctions imposed against you. The purpose for these regulations is to provide you with the opportunity to be aware of specific rules imposed related to

5                    Revised November 2016

CCOG00019503

Exhibit 24 - Page 510

activities, programs, and procedures while living and sharing space with other people at this facility.

1.    FURNITURE AND EQUIPMENT

Do not use furniture or other equipment in any way for which it is not intended or designed. (Example: Do not sit or stand on tables, chairs are for sitting only, do not use furniture or equipment to exercise, etc.)

2.    THEFT

You are not authorized to take, keep, appropriate, or borrow without permission any item of any kind that does not belong to you or belongs to someone else; including CoreCivic/LPC property.

3.    COMMISSARY

You are not authorized to take any commissary items outside of your housing unit unless authorized by the Shift Supervisor.

4.    FIGHTING

Fighting is not allowed. Sparring, boxing, wrestling, and play-fighting are not allowed at this facility.

5.    BED TIME

Bedtime/Lights out will be at 10:30pm Sunday through Thursday; and 1:00am on Fridays and Saturdays, and the night of a holiday observed by CoreCivic. Lights, televisions, telephones, and coffeepots are turned off at this time, and recreational games must be turned in. You must be in your assigned bed at this time and will not be allowed to visit with each other after lights are out. No one will be allowed in the dayroom, take showers, play recreational games, or make loud noises of any kind after bedtime, except when properly authorized by the housing officer. No detainee is allowed to laydown in another detainee's assigned bed and/or laydown together with another detainee on an assigned/unassigned bed.

Revised November 2016

CCOG00019504

Exhibit 24 - Page 511

6.  **RESTRICTED AREAS**
    You are not allowed to make physical contact with protection bars, overhead pipes, air condition units, glass windows, containment fences, or any object not authorized by a CoreCivic staff. You are also not permitted to physically be present in any area not authorized by CoreCivic staff.

7.  **GAMBLING**
    No gambling of any kind is allowed.

8.  **SELLING or GIVING AWAY OF PERSONAL ARTICLES IS PROHIBITED**
    No black-market activities shall take place. Running a "store" is prohibited (i.e., selling candy, food, clothing radios, etc.)

9.  **VERBAL AND PHYSICAL ABUSE**
    Verbal and physical abuse toward staff, other detainees, or any other person is prohibited and will not be tolerated.

10. **DESTRUCTION OF CoreCivic/LPC PROPERTY**
    Destruction, alteration, damaging, graffiti, hoarding, unauthorized use, or wasting of property belonging to CoreCivic/LPC or to another person is not allowed. Such property includes, but is not limited to the physical building, furniture, equipment, uniforms, linen, undergarments, library items, cleaning supplies such as trash bags, CoreCivic or ICE forms, etc.
    (c) Any item in your possession which is altered in any way will be considered contraband and disciplinary action will be taken.

11. **SEXUAL ACTIVITIES**
    Engaging in or pressuring others to engage in sexual activities is not allowed. Disciplinary and/or criminal charges will be filed. Educational materials regarding these acts are provided through the Health Services

7                  Revised November 2016

CCOG00019505

Exhibit 24 - Page 512

Department. Contact any staff member to report activities of this nature. While you are incarcerated, no one has the right to pressure you to engage in sexual acts. Rape and sexual assault are violent acts. Regardless of your gender, age, race, size, ethnicity, or sexual orientation, detainees should have the opportunity to serve their detention with dignity. PREA (Prison Rape Elimination Act) notices have been posted in all housing areas and in general areas. Exposure of body parts in a sexually oriented manner, or in a manner that is degrading, harassing, or sexual in nature will not be tolerated.

You do not have to tolerate sexual pressure, harassment, manipulation, or assault. Every detainee has a responsibility to eliminate sexual assault and sexual activity. If you are asked, harassed, pressured, or assaulted in sexual nature, **report it immediately**. Report it to your housing officer and/or by calling the PREA hotline which is posted throughout the hallways, general areas and inside your housing units.

If you are aware of another detainee being sexually assaulted or involved in sexual behavior, report it immediately to ensure that your environment is safe.

12. COMMISSARY RADIOS

Radios will only be allowed to be used with earphones. Only FM/AM walkman-type radios with earphones sold through the facility commissary are allowed. Any other radios brought in from the outside by the detainee, will be documented and secured along with the detainee's personal property. Radio use is only authorized inside the housing area and in the recreation yard. Radios taken to and from the recreation yard will remain in the detainee's uniform pocket until arriving to such location. Any alterations made to the radios will be considered a contraband item.

Revised November 2016

CCOG00019506

Exhibit 24 - Page 513

13.   RULES AND REGULATIONS
You must follow all orders, either written or verbal, given by CoreCivic staff.  Any modifications will be notified to all detainees via memorandum and will be posted in your housing areas.

## INITIAL ADMISSION

- ➤ You are subject to a pat search and metal scanning upon admission into the facility and when there is reasonable cause to believe you may have contraband concealed on your person.
- ➤ You will be allowed to make a free telephone call of up to three (3) minutes in duration. The free phone call will only be allowed to be placed within the United States, no free international phone calls are provided. (The free phone calls are provided by ICE personnel.)
- ➤ We must obtain specific information to ensure that records of your entry are adequately documented. This information will also be utilized so we may classify you to the living area most suited to your individual needs. Such information will include; previous residence, nationality, race, sex, medical history and criminal history, if any.
- ➤ Upon arrival your clothes, personal property, valuables, funds and Identity documents (passports, birth certificates etc..) will be inventoried, documented, and retained by the processing officer for safekeeping. Itemized receipts will be issued to you and one (1) will be placed in your file for all your clothing, personal property, valuables and funds. It is important that you review your receipts prior to signing and retain these receipts to claim your properties when you are released.    Personal property stored shall not exceed 40lbs.  Excess property must be forwarded to a third party and/or picked up by the detainee's family and/or friends at the detainee's expense.

9                          Revised November 2016

CCOG00019507

Exhibit 24 - Page 514

➢ All personal property and valuables that you bring with you will be inventoried and accounted for. A receipt will be issued to you for these items. It is important that you review your receipt prior to signing the acknowledgement.

➢ You will not be allowed to keep with you any type of beautification products (ex. makeup, etc.).  These items are considered contraband and are subject to disciplinary actions if found throughout the facility and or in your possession.

➢ Cash, money orders (US Postal/Western Union only), institutional checks in your possession at CoreCivic/LPC will be inventoried, a receipt issued and then placed in an account for your use at the commissary.

➢ Personal checks in your possession upon arrival to CoreCivic/LPC will be placed in your property. You will not need money during your stay to support yourself. If you are found with any **money in your possession, it will be considered as contraband** and you will be subject to disciplinary action.

➢ You may request for your personal clothing to be laundered by submitting a request to the facility Unit Manager.

➢ Before your release from this facility, you are required to turn in all CoreCivic/LPC property, including issued handbooks, to the officer assigned to the Receiving and Discharge area. After you have confirmed that all items have been accounted for, **you will be required to make restitution for lost or damaged property.** This includes clothing, bedding and any recreation/leisure time equipment (i.e. games and library books).

➢ Your property and any funds that you have on your accounts will be returned to you prior to your departure. You must sign for these items.  If for any reason your property and/or funds are missing and/or damaged, you should report it to your Receiving & Discharge (R/D) officer in which you will be required to complete a detainee incident statement.  The Shift Supervisor will initiate an investigation of this claim and will communicate the outcome in writing to you.

Revised November 2016

CCOG00019508

Exhibit 24 - Page 515

➢ Any property that you are not authorized to keep with you will be placed in an appropriate bag assigned to you and locked in a secure storage area. Extra personal property in excess of 40 lbs. should be mailed out or may be picked up by family and/or friends within 30 days of arrival.

➢ You may request to access your personal property in storage by submitting a facility written request form to the Unit Manager and/or Shift Supervisor on duty.

➢ While at this facility, you are permitted to retain with you. (all items listed must be retained prior to property storage being sealed):
  1. Legal documents,
  2. Legal papers,
  3. Legal information,
  4. Photos of family, friends and associates, (i.e. not more than ten (10) photos in your possession, (5) x (7) or smaller,
  5. Medical prostheses, (i.e. eyeglasses, dentures, etc.),
  6. Personal reference materials, (i.e. address/phone book and/or list of relatives, friends and/or other correspondents, soft cover only.)
  7. Radios, FM/AM walkman-type w/earphones purchased through the facility commissary. No radios or earphones are allowed outside of your dormitory. Your radio must have your Alien number etched on it or it will be considered contraband.
  8. Only a wedding band and a small religious pendant (not to exceed one (1) inch in size and must not have any sharp edges) will be authorized to remain in your possession during your stay here. All other jewelry will be inventoried and placed in a safe box for storage until your release. A receipt will be issued to you for your valuables. No in-

11                    Revised November 2016

CCOG00019509

Exhibit 24 - Page 516

housed made decorative jewelry is allowed to be worn at any time.

9. Newspapers, magazines, books and other literature are limited to any combination of five (5) to ensure accumulations do not exceed and/or effect fire safety standards. Items may only be received directly from a book store or publisher. No pornographic materials are allowed.

➢ All food items must be consumed upon being opened to ensure health standards are met. You are allowed to purchase and have in your possession two (2) bowls, (1) spork, and one (1) cup.

➢ Additional personal property allowed for retention by detainees, must be approved by the Chief of Security prior to purchase/possession to ensure acceptable sanitation is appropriately maintained.

➢ All personal items that you are allowed to keep in your housing area must be stored in the storage box you are issued. You are only authorized to have one storage box. No items of any kind are to be attached to the bunk, wall, windows or left on windowsills, around your issued mattress, on top of the issued storage box and/or on the floor around your assigned bed area. All commissary purchased items must not exceed the capacity of one issued storage box, along with the rest of your property.

➢ Detainees are responsible for the loss of personal items not safeguarded or stored by CoreCivic/LPC.

➢ Clean linens are provided for each person housed in CoreCivic/LPC, to include:

   One (1) mattress
   Two (2) sheets
   One (1) towel
   One (1) pillowcase
   One (1) pillow

Revised November 2016

CCOG00019510

Exhibit 24 - Page 517

One (1) blanket
One (1) laundry bag
One (1) storage box
Any damage to the above facility issued items is prohibited.

➢ Your initial issue of clothing/linens shall be limited to include;
  Two (2) uniform sets (shirt and pants)
  One (1) pair of shoes (personal shoes are not allowed unless medically authorized)
  Two (2) t-shirts
  Two (2) underwear
  Two (2) bras (for female detainees only)
  One (1) jacket (during cold season)
  Two (2) pairs of socks

➢ Issued uniforms may not be tight fitting when worn by detainees. If so, detainees will request said uniform to be exchange by another one that fits appropriately.

➢ Any items over these amounts in your possession, or if the items are being utilized other than its intended purpose, will be considered contraband. Quantities of clothing items include items purchased in the commissary.

➢ You will be issued a hygiene kit and will be required to take a shower and change into clean uniforms. Personal hair and fingernails must be maintained properly groomed. Any hygiene items in excess of one per detainee will be considered contraband.

➢ Medical services are provided by CoreCivic/LPC Health Services to ensure your health is adequately maintained and those medical problems that occur during your stay at this facility are resolved. The medical services offered and the procedures for obtaining these services are outlined below.

  1. Initial Intake Screening
     Each detainee entering the facility will receive an initial medical screening by the clinical staff. At that time, you should discuss any medications that you are taking and any health problems that you are experiencing. Some

13                        Revised November 2016

CCOG00019511

Exhibit 24 - Page 518

medications such as heart or diabetic medications will be continued when you arrive.

All detainees arriving without proper documentation of a recent chest x-ray will receive one during the initial medical survey. THIS TEST IS MANDATORY! Failure to follow this order will result in Isolation and Disciplinary Charges being filed.

All female detainees will be given a pregnancy test as part of the initial intake screening.

2. A medical examination will be conducted by a member of CoreCivic/LPC Health Services within fourteen (14) days of your arrival. At that time, you should discuss any medications that you are taking and any health problems that you may be experiencing.

## CLASSIFICATION

➤ All detainees are classified upon arrival before being admitted into the general population. The classification system will ensure that you are placed in the appropriate category and physically separated from detainees in other categories. You will be housed according to your classification level and issued color-appropriate uniforms (Newly arriving detainees are generally classified by criminal convictions).

➤ There are four (4) classification levels at this facility with corresponding uniform colors:

Low level – Blue uniform (male/female detainees)

Medium/Low level – Orange uniform (male/female detainees)

Medium/High level – Orange uniform (male/female detainees)

High level - Red uniform (male/female detainees)

➤ Housing Restrictions

Revised November 2016

CCOG00019512

Exhibit 24 - Page 519

> Low and Medium/Low detainees may be housed together (unless there is a history of assaultive or combative behavior).
> Medium/High and High detainees may be housed together.
> Low, Medium/Low and Medium/High, High detainees are never housed together.

➢ High detainees will always be escorted outside the housing area, and may only be in specified common areas with same or similar classification level detainees.

➢ All housing, work assignments and programmed activities will be decided by the level of classification you receive.

➢ Established guidelines state that Medium High and High level detainees may only be assigned inside housing area work.

➢ After your initial classification, your first review will be within Sixty (60) days to Ninety (90) days from your arrival date. Thereafter, assessment reviews will be ninety (90) days to one hundred and twenty (120) days from your original arrival date.

➢ Appeals

> All new arrivals classified as Medium/Low, Medium/High, or High may appeal their classification designation by submitting their appeal request on a Resident Request for Information Form to the reviewing Classification Officer who will forward a recommendation to the Chief of Security. Written notification of the outcome of the appeal will be made within ten (10) business days. The Chief's decision may be appealed in the same manner to the Warden.

## LIVING CONDITIONS AND GENERAL POPULATION

➢ Detainees are required to keep their person, assigned living area, and beds clean and presentable at all times. Your bed must be made with the pillow and blanket properly placed covering the entire mattress from 8:00 a.m. to 5:00 p.m. The detainee may lay down on his/her assigned bed, but the bed must remain made between the hours mentioned above.

Revised November 2016

CCOG00019513

Exhibit 24 - Page 520

➢ Maintaining a clean and sanitary living environment is part of CoreCivic and ICE regulations, it is your right, and it is in your best interest in order to avoid problems associated with unsanitary conditions. Therefore, Clean-up and sanitation of the dormitories will be conducted four times daily; once after each meal, and once at 9:00 p.m. only by detainees enrolled in the voluntary work program. NOTE: Each detainee will still be responsible for maintaining and keeping their person, assigned living area, and beds clean and presentable at all times.

➢ The dormitories have been designed to house multiple detainees in an open type setting and include sufficient areas for showers, toilet facilities, dining and in dorm recreation are in conformance with ADA requirements. Because of this type of living arrangement, we expect your cooperation by showing other detainees the respect you wish to receive and respecting the property of others. You are also asked to respect the need to share common equipment such as telephones, tables, televisions, recreational games and equipment.

## SAFETY

➢ The staff at CoreCivic/LPC will make every effort to help ensure your safety while you are here. You must assume some responsibility for helping to make this facility safe. Signs are available to mark hazardous areas wherever they occur. If you spill, clean it up. If you encounter a possible hazard, tell the officer in your area. Don't assume that problems have been reported. Pay attention to warning signs and use reasonable care in potentially hazardous situations such as wet floors.

➢ Per local, state and federal laws, we are required to perform evacuation drills. At this facility, we perform no less than one drill monthly. These drills are not designed to inconvenience you, but rather to insure that you know where the exits are located in case of an actual danger such as a fire, natural disaster or other dangers. You are expected to participate in

16                          Revised November 2016

CCOG00019514

Exhibit 24 - Page 521

these drills. At the immediate exit of your housing area is a diagram showing you the location of all fire exits and which exits to use. Study the diagram located in your housing area carefully, your life may depend on it. If a fire or other emergency in the dormitory should occur, be sure the Detention Officer on duty is notified and follow his/her instructions quickly and calmly.

## OFFICIAL COUNTS

➢ In order to maintain proper accountability of detainees at this facility, official counts are conducted at the following times;

1. <u>Formal counts</u> are conducted at the following times; 12:30am, 4:30am, 7:30am, 8:30am (Stand up), 3:30pm, 4:30pm, 8:00pm, 11:30pm. During the count, you are expected to stay quiet and stationed at your assigned bed until the officer has cleared the count. No phone, restroom visits, or showers are allowed during formal counts. You will be expected to stand up at your bedside during the official stand up count at 8:30 a.m. daily.

2. <u>Informal counts</u> are conducted at irregular, unannounced times.

➢ Detainees are expected to fully cooperate during each count. The televisions will be turned off and no movement is allowed while the count is being conducted. When officers are counting you must return to and remain seated on your bed until cleared for movement by the officer. During counts no talking is permitted. Disruptions during counts may result in a lock-down being initiated.

17                    Revised November 2016

CCOG00019515

Exhibit 24 - Page 522

## MEALS

- All meals are nutritionally balanced, dietician approved, properly prepared, and attractively served in wholesome, clean, and safe surroundings. To obtain a special diet for religious purposes, send a request stating the religion and the special diet requirements to the Unit Manager. Consumption of special diets is subject to monitoring for compliance. The use of food, (withholding of, or variation from the standard menu) as a disciplinary measure or reward is prohibited. You will be issued appropriate eating and drinking utensils, which must be returned upon completion of meal period. Menus are posted on the bulletin board in your dorm.
- For those detainees who cannot eat certain food items due to medical reasons, may be requested special diet through CoreCivic/LPC Health Services. To be considered, notify the nurse by written request form to Medical. Health Services will then make an appointment for you to see the facility Physician who will evaluate your request, and prescribe the special diet if necessary.
- CoreCivic/LPC will provide you with three (3) meals per day; breakfast at 6:00am, lunch at 11:00am and dinner at 5:00pm. These are approximate times. Meals and a beverage are served in each dormitory. You are to follow the verbal orders of the officers. No cutting in line, grabbing trays or cups or taking trays to the bed area is prohibited. You are only allowed one (1) tray of food, and 8 fluid ounces of drink per meal.
  1. All food is to be eaten at the tables provided in the dormitory.
  2. You are to eat at the designated time and immediately return your tray, cup and spork to the cart provided.
  3. No outside food will be permitted in the dorm other than that provided through the Food Service and commissary facilities.
  4. **MEALS ARE NOT TO BE EATEN IN THE BED AREA.**
  5. You will have a total of twenty (20) minutes to eat each meal.
  6. No food from meals will be stored in property boxes.

Revised November 2016

CCOG00019516

Exhibit 24 - Page 523

## SMOKING POLICY

➤ This is a non-smoking facility. NO CIGARETTES, tobacco or smoking paraphernalia of any kind is allowed. Detainees who violate these rules will face disciplinary actions.

➤ Smoking causes cancer, breathing problems, heart attacks and strokes. Secondhand smoke causes asthma and breathing problems.

➤ Smoking is not permitted during your stay at Laredo Processing Center. If you were a smoker, to help you cope with nicotine withdrawal we recommend the following:

1. Delay the urge- usually 3-5 minutes;
2. Distract yourself- play cards, talk to a friend;
3. Drink water to fight cravings;
4. Deep Breaths – Relax, close your eyes and take 10 slow deep breaths.
5. Discuss your feelings with someone.
6. Exercise.
7. Reward yourself by thinking of it as a protective measure for your quit program and better health.
8. Do not let nicotine withdrawal scare you. Nicotine withdrawal is temporary.

➤ For more information or help, please contact Health Services for assistance.

## MEDICAL CARE

➤ CoreCivic/LPC Health Services provides medical care to detainees at this facility. If it is after sick call hours, you must notify your Housing Unit Officer, who will contact the on-duty Shift Supervisor. Full-time and contract health care professionals are employed by the institution to provide a full range of comprehensive medical, dental, and mental health services. A clinic is operated for sick call, scheduled appointments, and emergencies. Should you require service at a hospital, an appointment will be made.

Revised November 2016

CCOG00019517

Exhibit 24 - Page 524

## SICK CALL

➤ Sick Call is conducted at least five days per week. If time permits, Sick Call will be conducted on weekends and holidays. If a detainee's custody status precludes his/her attendance at Sick Call, arrangements will be made to provide Sick Call services in the detainee's housing unit.  Scheduled Sick Call starts at approximately 1:00 p.m. until finished.  Sick Call schedules are available in the officer's housing area booth on a daily basis.  The officer will personally notify each detainee of their scheduled appointment.

➤ A detainee who suddenly becomes ill must report his/her illness to the Supervisor/Unit Officer.  The Supervisor/Unit Officer will then call Health Services.  Detainees who "drop in" to the Health Services Department and circumvent this process are subject to a disciplinary process.

➤ Detainees who are not in urgent need of Sick Call services, but want to request an appointment, must complete and submit a Detainee Medical Request in a secured box indentified "medical" located inside each housing unit.  The enclosed request will be picked up by Health Services staff every morning (including weekends and holidays).  The request should be specific about why an appointment is needed, as it will assist the Health Care Services in scheduling the appointment with the correct Health Services Provider. Medical requests are available on post.

➤ The system separates daily Sick Calls from scheduled medical appointments.  It allows detainees who need appointments to be scheduled in a timely manner with the appropriate provider. Most appointments are scheduled within reasonable time.  The system also allows for emergency care.

➤ Detainees who request medical, dental, or mental health services, and for whom services have been scheduled, may refuse such services; however, they must appear in the Health Services Unit at the appointed time and sign the necessary

Revised November 2016

CCOG00019518

Exhibit 24 - Page 525

refusal form.  For security reasons, you will not be informed of the date and time of outside appointments. Any abuse and/or misuse of medical services, medications, and/or equipment will result in disciplinary action.

## PILL CALL

➢ The approximate "Pill Call" times are 07:00 a.m., 12:00 p.m., 4:30 p.m., and 8:30 p.m.

➢ Detainees will be fully dressed with shoes, and will have their identification in their possession.

➢ Detainees will be escorted to the Health Services Department when called by Health Services staff.  No stragglers will be allowed to enter the Health Services Department.

➢ A visual search of mouth and hands will be conducted after you have swallowed the medicine.

➢ Upon instruction from the officer, you will return to your housing unit.

➢ The exact times may vary slightly.  It is the detainee's responsibility to be alert for instructions from the housing unit officer concerning the medication call time.

➢ If you miss your scheduled pill call time due to a court appearance or other staff-mandated reason, you may request your medicine as soon as you are available to take it. However, detainees may not substitute one scheduled pill time for another.

➢ Only medication that you receive on a routine basis will be dispensed during "Pill Call".  In the event that you do not want to take medication prescribed by the facility physician on as needed basis, you are still required to go to pill call in the medical department and sign that at that time you do not want to take such medication.

➢ Detainees not being in compliance, abusing or leaving medication at the reach of other detainees, will loose the privilege to keep medication on their person and will have to pick up their medication during pill call.  The detainee will be

Revised November 2016

CCOG00019519

Exhibit 24 - Page 526

subject to disciplinary action. Unannounced shakedowns will be conducted inside dormitories. If a detainee is found to have in his/her possession medication prescribed to another detainee or using medication for exchange of any items, the one responsible will loose his/her privilege of keeping the medication on his/her person on a permanent basis and disciplinary action will be given.

## INFECTIOUS DISEASE CONTROL

➢ We are all concerned about infectious disease control in an institutional setting. Laredo Processing Center has an infectious disease control program that monitors all communicable diseases to include chicken pox (varicella), influenza and others that could affect everyone's well being. In order to assist you and us, be sure and report any and all incidents that result in body fluid spills to your Unit Officer or area supervisor if you are not in your housing unit. Hygiene and grooming are important and are needed to maintain disease control.

➢ The most common infectious diseases are described below.

Tuberculosis (TB) is a disease that is spread from person to person through the air. TB usually affects the lungs but can also affect other parts of the body. TB is put into the air when a person coughs, sneezes, or laughs.

Human Immunodeficiency Virus (HIV) is a virus that causes AIDS, a disease that destroys a person's immune system. HIV is transmitted through blood, semen, vaginal secretions, breast milk, items such as contaminated syringes, needles, and unprotected sex.

Hepatitis is a very common disease caused by one of several viruses that attack the liver. Hepatitis "A" is excreted in feces and is transmitted by direct or indirect contact. Washing your hands and practicing good hygiene will help to

Revised November 2016

CCOG00019520

Exhibit 24 - Page 527

prevent an infection.  Hepatitis "B" and "C" is found in all body fluids.  It may be transmitted by blood, sexual contact, puncture of the skin with contaminated instruments such as those used for tattooing, ear piercing, acupuncture, dental and medical procedures.

Sexual Transmitted Disease (STD) formerly called "venereal disease" or VD refers to several serious contagious diseases, (Gonorrhea, Syphilis, Herpes, and Chlamydia) usually spread by sexual contact.  Sexually active people face an increase risk of infection since sexual partners can have STD, not know it, and infect others with it.  Prevention includes abstinence, or protected sex.

➢ Additional information may be requested from the Health Services Staff on any of the aforementioned infectious diseases.

➢ Sexual Assault incidents will be reported immediately to an officer or supervisor for immediate action.  PREA signs are posted at each housing unit.  PREA telephonic number is also available on these signs to report sexual assault incidents.

## LIVING WILLS AND ADVANCE DIRECTIVES

➢ CoreCivic/LPC uses the State Advance Directive Form for implementation of living wills and advance directives.  All detainees who wish to have a living will (different from the generic document available from the ICE Division of Immigration Health Services [DIHS]) and/or authorize or refuse permission to perform extraordinary measures to prolong his/her life, can have their private attorneys prepare such documents.

23                    Revised November 2016

CCOG00019521

Exhibit 24 - Page 528

## LAUNDRY

➤ In order to insure an adequate supply for all detainees, the hoarding of clothing is prohibited. Generally, detainees are not permitted to wash clothing, bedding or other items in their living unit.

➤ Laundry must be turned in to the laundry worker according to laundry schedule. If you must leave the dorm it is your responsibility to ensure that your laundry is turned in to and picked up from the laundry worker. It will be returned to you before the end of each day. (NOTE: Do not overfill your laundry bag. Ensure that the bags are tightly tied. Leave enough room in the bag for soap and water to flow through as well as heat from the dryer.)

➤ Clothing/laundering for male and female detainees, will be conducted according to the following schedule:

➤ Laundry Schedule:

| MONDAY<br>LUNES | ALL HOUSING<br>AREAS | UNIFORMS<br>UNIFORMES | ONLY<br>SOLAMENTE |
|---|---|---|---|
| TUESDAY<br>MARTES | ALL HOUSING<br>AREAS | UNDERGARMENTS<br>ROPA INTERIOR | ONLY<br>SOLAMENTE |
| WEDNESDAY<br>MIERCOLES | ALL HOUSING<br>AREAS | UNDERGARMENTS<br>ROPA INTERIOR | ONLY<br>SOLAMENTE |
| THURSDAY<br>JUEVES | ALL HOUSING<br>AREAS | UNIFORMS<br>UNIFORMES | ONLY<br>SOLAMENTE |
| FRIDAY<br>VIERNES | ALL HOUSING<br>AREAS | UNDERGARMENTS<br>ROPA INTERIOR | ONLY<br>SOLAMENTE |
| SATURDAY<br>SABADOS | ALL HOUSING<br>AREAS | SHEETS, BLANKETS,TOWELS, PILLOWCASES<br>SABANAS, COLCHAS,TOALLAS, FUNDAS | ONLY<br>SOLAMENTE |
| SUNDAY<br>DOMINGO | ALL HOUSING<br>AREAS | UNDERGARMENTS<br>ROPA INTERIOR | ONLY<br>SOLAMENTE |

SMU/Short stay units will follow all housing unit set laundry schedule.

➤ All Food Service detainee volunteer workers shall be required to exchange outer garments (whites) daily. All other volunteer workers may exchange outer garments when necessary.

24                      Revised November 2016

CCOG00019522

Exhibit 24 - Page 529

## PERSONAL HYGIENE

➢ You will be living in a dormitory with other individuals, so personal hygiene is essential. You are expected to bathe daily and to keep your hair and nails clean. Personal hygiene items for both male and female detainees, such as soap, toothpaste, toothbrushes, combs and other items will be issued to you upon admission and replenish as needed. If you should run out of an item, see your housing officer. Special personal hygiene items for female detainees will be available upon request to the housing officer.

➢ Disposable razors will be issued out to each individual detainee upon request or as a needed basis and only in exchange for the facility issued I.D. card during permitted times.  Permitted times to utilize razors will be from 6:00 a.m. to 10:30 p.m.  If the razor is returned without the blade, disciplinary action will be taken on that detainee that was issued the razor.

➢ Any excess or hoarding of the mentioned items is considered contraband and will be confiscated.

## BARBERING SERVICE

➢ General population and eligible segregated detainees will receive access to the barber/beauty shop between the hours of 12:30pm and 8pm according to the schedule posted on the bulletin boards in your housing area. For sanitary reasons, the cutting of hair in the dormitory is strictly prohibited. It is also prohibited to possess cut hair or clippings, either your own or others.  Issued barber equipment is required to be properly sanitized with the available barbecide between each and every use.

## SLEEPING AREA/SANITATION

➢ You are required to keep your bed and immediate area clean and neat. You are also required to make your bed daily before reporting to your work assignment or when you begin your daily routine from 8:00 a.m. to 5:00 p.m. The hanging of sheets,

Revised November 2016

CCOG00019523

Exhibit 24 - Page 530

towels, blankets or clothing from sash bars, walls, overhead lights, or beds is prohibited. Make shift clothes lines are prohibited.

➢ Personal effects, to include hygiene items, are to be stored in your storage box. Do not place items on windowsills, windows, walls, beds, vacant beds, lockers, under a mattress and on the floor. These items will be confiscated as contraband and removed when left in unauthorized areas. It will be your responsibility to identify and reclaim the items through the appropriate shift supervisor.

➢ Maintaining a clean and sanitary living environment is part of CoreCivic and ICE regulations, it is your right, and it is in your best interest in order to avoid problems associated with unsanitary conditions. Therefore, Clean-up and sanitation of the dormitories will be conducted four times daily; once after each meal, and once at 9:00 p.m. only by detainees enrolled in the voluntary work program.  NOTE: Each detainee will still be responsible for maintaining and keeping their person, assigned living area, and beds clean and presentable at all times.

➢ Should sanitary conditions be unsatisfactory, additional cleaning will be directed by the housing area officer. A staff member will issue all equipment, supplies and instructions. All issued equipment must be returned to the staff member after every clean up.

➢ It will be your responsibility to ensure that the area around your bed is clean.

➢ A significant number of showers are provided in each dorm to allow each detainee an opportunity to shower daily. Please respect the other detainees by cleaning up after you have finished in the area.

➢ All cleaning supplies will be placed in appropriate storage locations when not in use.

➢ All appliances, showers, and faucets will remain off when not in use.

    Revised November 2016

CCOG00019524

Exhibit 24 - Page 531

## FINANCE

➢ If you receive money or property in the mail, the mail/property officer, in your presence, will inspect, inventory, and issue you a receipt for the money or property and it will be placed in your account/storage area.  Money orders received through the mail must have your <u>full name</u> and <u>A#</u> written on them.

➢ Money Orders:

At this facility all money orders will be accepted.  The **only** money orders that will be deposited into the detainee's account are **U.S. Postal Money Orders, Western Union Money Orders and Cashiers checks.**  All other types of money orders will be stored in the detainee's property for safekeeping. A written request must be submitted if you decide to mail the money order out. CoreCivic/LPC has no control/accountability of mail once it is in transit to and from this facility.

- If cash will be deposited to you here at the facility is has to be directed through the Mail Officer.  Cash can be deposited to you here at the facility from Monday thru Friday between 8:00 a.m. to 4:00 p.m.

➢ Upon your release from this facility, all money orders in safekeeping will be returned to the detainee along with any other property/valuables.

## ACCESS TO TELEPHONES

➢ The dormitories have been equipped with telephones. These telephones have been provided so you can contact and communicate with family and friends.

➢ Telephone calls cannot be connected directly. Telephone calls can only be placed in two ways: Calling collect or with calling card. Calling cards can be purchased through the facility's commissary.

➢ <u>Incoming calls cannot be received on dormitory telephones, nor is three (3)-way calling available.</u>

Revised November 2016

CCOG00019525

Exhibit 24 - Page 532

➢ Phone calls are subject to monitoring and/or recording. **Note: To obtain an unmonitored call to a court, a legal representative or for the purposes of obtaining legal representation, submit a request for information form to the Chief of Security.**

➢ To respect the privacy of others, we ask that you quietly wait your turn beyond the red line indicator on the floor, as the telephones will be used on a first-come-first-serve basis. If you need assistance, ask the officer assigned to your area.

➢ The telephone numbers to inquire about the status of your case as well as the numbers to a majority of consulates have been made available to you at no charge. (Consult your dorm bulletin board for a list of numbers).

➢ In the event that you are unable to contact your attorney or consulate using the dorm phones, you may submit a Request for Information form to the Chief of Security or designee for alternative telephone access.

➢ TTY telephone machines are available for the hearing impaired.

➢ When telephone demand is high you are expected to limit your telephone calls to twenty (20) minutes to permit others the same telephone privileges.

➢ To increase the volume on the telephones, press the "loud" blue button which is located on the upper left side of the telephone device.

➢ The telephones are available for your use from wake-up time until bed time.(Sunday-Thursday from 6:00 am – 10:30 pm and Friday and Saturday from 6:00 am – 1:00 am)

➢ In case of an emergency, such as an illness or death in your family, your Housing Officer can assist you in making telephone calls when access to telephones would not normally be available. Routine telephone calls to attorneys are not considered to be emergencies.

Revised November 2016

CCOG00019526

Exhibit 24 - Page 533

➢ If the front entrance officer receives emergency calls from family members, we will notify you of the message, upon verification of their identity.
➢ Misuse of the dormitory phone system will result in disciplinary action.
➢ Telephone may not be used during designated Formal Counts and/or during light out periods.
➢ Calls made to cellphone numbers are not guaranteed connection by the facility's telephone service company when using calling card or collect due to external cellphone company restrictions.

## RELIGIOUS SERVICES
➢ All detainees will have access to religious resources, services, instructions and counseling on a voluntary basis. All detainees will be extended the amount of freedom and opportunity necessary for pursuing any legitimate religious belief or practice within the constraints of security and safety conditions.
➢ Religious services are provided through the Recreation Director/Chaplaincy Office and through services provided by community volunteers. These services may include individual counseling, group prayer, bible study and various religious organizational church/worship services. A schedule of the days and times of each regularly scheduled service is posted on the bulletin board in your dormitory. These services are open to all who wish to attend with regard to space limitations and security concerns.
➢ Religious materials from various faiths are available upon written request.
➢ All religious services and scheduling are subject to change.

## COMMISSARY
➢ Commissary will be open for your use Monday through Friday according to posted schedules in your dormitory.

29                          Revised November 2016

CCOG00019527

Exhibit 24 - Page 534

➢ Schedule is subject to change, especially during CoreCivic holidays.  All changes will be notified through a memorandum posted in all housing locations.

➢ Commissary orders are to be completed and submitted in the black kiosks located inside every dormitory.  You can log into the commissary kiosks utilizing your CoreCivic # and Pin # which will be provided to you during your intake process.

➢ All orders will be processed and delivered as per the schedules posted inside your dormitory.

➢ All purchased items and products are nonrefundable, non-exchangeable, and final.

➢ Once purchased items are issued to each individual detainee, items and/or products become the detainee's responsibilities to include phone debit cards.

➢ **Commissary items are subject to limitations and/or changes without notification.**


## VOLUNTARY WORK PROGRAM

➢ Every effort will be made to provide you with an opportunity to participate in the voluntary work program.

➢ Wages are paid $1.00 per day. Wages are subject to change due to facility's demand, but will **NEVER** be under $1.00 per day.

➢ You will not be permitted to work in excess of eight (8) hours daily, or forty (40) hours weekly. You are only allowed to have one work assignment.

➢ You will be required to sign a voluntary work program statement, the regulations, and a job description; you will also be required to receive the necessary training and instructions to perform your duties in an efficient and safe manner. A facility Health Services physical approval is required for all volunteer work assignments.

➢ All voluntary detainee work assignments are not official until the appropriate documentation is completed by an assigned

30                     Revised November 2016

CCOG00019528

Exhibit 24 - Page 535

staff member and filed in the detainees personal facility file. You will be notified when such procedure is completed and you are cleared to start work.

➢ Detainees who participate in the volunteer work program will work according to an assigned work schedule on a voluntary basis.

➢ One unexcused absence from work or an unsatisfactory performance of your tasks could result in your removal from the voluntary work program.

➢ You will be asked to perform tasks associated with the daily operation of the facility. These tasks may include general sanitation in or outside the housing area, working in Food Service, Laundry, Library, and Maintenance departments as well as other tasks. Under no circumstances will you be forced to take part in the work program.

➢ Participants of the volunteer work program will not receive any special treatment.

➢ Your eligibility to work will be determined by ICE and CoreCivic/LPC. If you desire to be placed on a work program, send a Resident Information Request to the responsible Shift Supervisor or Unit Manager, who will review your facility detention file for consideration. Please keep in mind that there are not enough job assignments for each person. Therefore, we ask for your patience and cooperation, LPC appreciates you help.

➢ Established guidelines state that Medium High and High level detainees may only be assigned inside housing area work assignments.

31                    Revised November 2016

CCOG00019529

Exhibit 24 - Page 536

## LIBRARY/LAW LIBRARY

- ➢ The library at this facility contains standard library materials found in a school or community library. The needs, interest and abilities of the majority of detainees is carefully considered in order to develop the facility library collection accordingly.
- ➢ One (1) general reading book may be checked out of the library for three (3) days and taken to your dormitory. It is important that you take care of the books and return them timely so other detainees have the opportunity to read and enjoy them.
- ➢ **Reference materials, legal materials are not to be taken out of the library.**
- ➢ The law library at this facility contains self help reference materials that ICE has determined to be essential in providing you with information relevant to immigration law and proceedings.
- ➢ Due to the number of detainees housed here, you are not permitted to use the Law Library for the purpose of assisting other detainees with their case, unless written approval is obtained from the Chief of Security.
- ➢ The Library/Law Library is open Monday through Sunday according to the following schedule:

### LIBRARY SCHEDULE
(One hour per day)

| | | |
|---|---|---|
| Dorm 1, 2, 3 | Monday through Saturday | 9:00 a.m. – 3:00 p.m. |
| Dorm 4, 5, 6, 7 | Monday through Saturday | 4:30 p.m. – 8:30 p.m. |
| Dorm 4, 5, 6, 7 | Sunday | 9:00 a.m. – 3:00 p.m. |
| Dorm 1, 2, 3 | Sunday | 4:30 p.m. – 8:30 p.m. |

## Library schedule is subject to change.

Revised November 2016

CCOG00019530

Exhibit 24 - Page 537

- All detainees will initial an entry roster for the Library usage that will be kept by post 7 & 8 Housing Officers.
- Library/Law Library is available to SMU (Segregation) Detainees by submitting a request to the Recreation Supervisor and/or housing officer.
- Extra Law Library time is available by submitting a request to the Recreation Department. Detainees with court deadlines will be given priority.
- Legal reference material not maintained in the Law Library can be requested by completing a CoreCivic request form addressed to the Recreation Supervisor, who is in charge of updating materials in the Law Library.  The facility will inform ICE of the request as quickly as possible. ICE, with the assistance of District Counsel, will answer all requests in a timely manner.  Any detainee requesting legal material that faces approaching deadlines will receive priority.
- Detainees will be provided upon request with a means of saving any legal work in a secured and private electronic format so that they may return at a later date to access previously saved legal work product, consistent with the safety and security needs of the detainees and the facility. Requests should be made to the attention of the Recreation Supervisor/Library Coordinator. Acknowledgement forms will be completed on all requested use of electronic saving device.
- **Typewriter and Computers**
  Typewriters and computers are available in the Law Library for preparation of legal documents **ONLY.** The typewriter and computers **are not to be used** for personal correspondence. Violators are subject to disciplinary actions.
- **<u>Any misuse, abuse, destruction of equipment, and violation of library guidelines may result in restriction from library use.</u>**

Revised November 2016

CCOG00019531

Exhibit 24 - Page 538

> **Missing and/or damaged material should be reported immediately to the Post 7 & 8 Officers or the Recreation Supervisor for prompt attention.**

## VISITATION
> CoreCivic/LPC will require all visitors to present the following legal documents to be eligible for visitation:
> <u>Foreigners</u> (Current legal status, Border Crossing Card, Resident Alien Card, VISA/Passport)
> <u>U.S. Citizens</u> (Current State Drivers License/Identification Card is required.)
> All visitors will be allowed one visit per visiting day (30 minutes minimum under normal conditions). Visitors from out of town are encouraged to please call ahead of time for any changes in schedule.
> If there are more visitors than can be accommodated in the visiting room, it may be necessary to limit visits to lesser periods of time. Visiting periods can also be shortened due to security risks, count, or other unanticipated events.
> For approval for visits on days that are not scheduled for your dorm or for extended visits due to long distance travel or other extenuating circumstances, submit a Request for Information form to the Chief of Security.
> Money orders and cash will be accepted Monday – Friday from 08:00 a.m. to 04:00 p.m. excluding weekends and holidays. All visitors leaving money for detainees must provide staff with your full name and A#. Cash and/or money orders will be collected, a receipt issued and it will be placed in your account within twenty-four (24) hours (excluding holidays and weekends).
> If visitor(s) bring children (seventeen (17) years of age or under) they are expected to remain under the direct supervision of the adult visitor(s) so they will not disturb others who have visitor(s). Only two (2) adults and two (2) minor children (ages seventeen (17) and under) will be allowed to

CCOG00019532

Exhibit 24 - Page 539

visit at a time, as space is limited, provided that the parent/guardian provides birth certificate of the minor(s).

➤ You should discourage visitors from bringing large quantities of hand carried items. The visitor(s) may be required to leave certain items in a locker or in their vehicle. All visitors and item(s) are subject to search. It is prohibited to exchange any items between detainee and visitors during visitation periods.

➤ Visitors must be in appropriate and socially acceptable attire. The following clothing is <u>PROHIBITED</u>:
1. SHORT SHORTS
2. ABOVE MID-THIGH MINI-SKIRT
3. SHORT DRESSES
4. TANK TOPS
5. SLEEVELESS SHIRTS
6. ANY SEE-THROUGH/REVEALING CLOTHING

➤ Visits between family members detained in this facility may be approved through request to the Chief of Security and after proof and verification of relationship has been obtained.

➤ The visiting hours will be as follows:

| | | |
|---|---|---|
| Mondays (Lunes) | 1:00 pm to 2:00 pm - will be exclusively for Low and Medium Low Female detainees only (será exclusivamente para mujeres detenidas de custodia Baja y Medio Bajo sólamente) | |
| Mondays (Lunes) | 2:00 pm to 3:00 pm - will be exclusively for Low and Medium Low Male detainees only (será exclusivamente para los hombres detenidos de custodia Baja y Medio Bajo sólamente) | |
| Fridays (Viernes) | 1:00 pm to 2:00 pm - will be exclusively for Medium High and High Male detainees only (será exclusivamente para los hombres detenidos de custodia Medio Alta y Alta sólamente) | |
| Fridays (Viernes) | 2:00 pm to 3:00 pm - will be exclusively for Medium High and High Female detainees only (será exclusivamente para mujeres detenidas de custodia Medio Alta y Alta sólamente) | |
| Saturdays (Sabados) | 9:00 am to 10:00 am -will be exclusively for Low and Medium Low Male detainees only (será exclusivamente para los hombres detenidos de custodia Baja y Medio Bajo sólamente) | |
| | 10:00 am to 11:00 am -will be exclusively for Low and Medium Low Female detainees only (será exclusivamente para mujeres detenidas de custodia Baja y Medio Bajo sólamente) | |
| Saturdays | 1:00 pm to 2:00 pm - will be exclusively for Medium High and High Male detainees only | |

35                                    Revised November 2016

CCOG00019533

Exhibit 24 - Page 540

(Sabados)    (será exclusivamente para los hombres detenidos de custodia Medio Alta y Alta sólamente)

2:00 pm to 3:00 pm - will be exclusively for Medium High and High Female detainees only
(será exclusivamente para mujeres detenidas de custodia Medio Alta y Alta sólamente)

Revised 04/05/2017

Sundays      9:00 am to 10:00 am -will be exclusively for Low and Medium Low Male detainees only
(Domingos)      (será exclusivamente para los hombres detenidos de custodia Baja y Medio Bajo sólamente)

10:00 am to 11:00 am -will be exclusively for Low and Medium Low Female detainees only
(será exclusivamente para mujeres detenidas de custodia Baja y Medio Bajo sólamente)

Sundays      1:00 pm to 2:00 pm - will be exclusively for Medium High and High Male detainees only
(Domingos)      (será exclusivamente para los hombres detenidos de custodia Medio Alta y Alta sólamente

2:00 pm to 3:00 pm - will be exclusively for Medium High and High Female detainees only
(será exclusivamente para mujeres detenidas de custodia Medio Alta y Alta sólamente)

Low and Medium Low custody Female detainees are suited in navy blue and orange uniforms.
(Mujeres detenidas de custodia Baja y Medio Bajo son uniformadas en color azul marino y naranja.)

Low and Medium Low custody Male detainees are suited in navy blue and orange uniforms.
(Hombres detenidos de custodia Baja y Medio Bajo son uniformados en color azul marino y naranja.)

Medium High and High custody Female detainees are suited in orange and red uniforms.
(Mujeres detenidas de custodia Medio Alto y Alto son uniformadas en color naranja y rojo.)

Medium High and High custody Male detainees are suited in orange and red uniforms.
(Hombres detenidos de custodia Medio Alto y Alto son uniformados en color naranja y rojo.)

Please assure that your visiting family and friends are notified in advance. No exceptions will be allowed.
(Por favor de asegurar que su familia y amigos sean avisados con anticipo. No habra excepciones.)

Delays may occur during detainee's meal, and counts.
(Las demoras pueden ocurrir durante comidas, y las cuentas de los detenidos.)

Revised 04/05/2017

36                          Revised November 2016

CCOG00019534

Exhibit 24 - Page 541

Low level detainees are suited in Blue uniform (male/female detainees)

Medium/Low and Medium/High level detainees are suited with Orange uniform (male/female detainees)

High level detainees are suited with Red uniform (male/female detainees)

➢ No exceptions to this schedule will be allowed. Any variations or special circumstances will require prior approval by the Facility Warden or designee.

➢ Visitation schedule is subject to change.

## ATTORNEY VISITS

➢ General attorney visitation hours are Monday – Sunday 8:00am – 9:00pm. On the day you go to court, your attorney will be allowed to visit with you from 6:00am – 8:00am. Attorney may request to visit up to ten (10) detainees per visit. Attorneys will be required to present a valid Bar card and Driver's license prior to be granted entry for an attorney/client visit.

➢ Legal representatives or paralegals may visit detainees between the hours established by the OIC, seven (7) days a week. If necessary, you will be given the option to meet with your legal representative during meal hours and you will be provided with a menu tray or a sack meal. Paralegals will be required to present a representation letter from an active and licensed attorney, present a valid driver's license and social security card, obtain background clearance from ICE, and acknowledge, understand and sign facility established Practice Ethics Guidelines.

➢ Bondsmen visitation hours are Monday – Friday 8:00am – 4:00pm and can request to visit up to six (6) detainees per visit.

➢ You are allowed to receive legal documents only from your attorney once approved by appropriate supervisory personnel. Only case related documents and/or legal material may be

CCOG00019535

Exhibit 24 - Page 542

transferred from attorneys, paralegals, and/or bondsman during visits. All other items are considered contraband and is subject to disciplinary action.

➢ If you have made an appointment to meet with an attorney, legal representative or paralegal from an organization, legal firm or other association or company, it is your responsibility to cancel the appointment if you do not intend to keep the appointment. Appointment cancellations will not be accomplished on your behalf by or through an officer or another.

➢ A list of pro bono (free) legal organizations will be posted in all detainee housing areas and other appropriate areas. If you wish to see a representative or paralegal from that organization, it is your responsibility to contact them for an appointment.

➢ You may contact them by mail or phone to request their assistance. If you have questions concerning the status of your case call #111 from the dorm phones or submit a Request for Information Form to ICE and place it in the ICE mailbox.

➢ Court hearings are conducted via video conference at this facility. You will be notified by the Bailiff before going to court.

➢ Razors will be available upon request or as needed to all detainees before court proceedings.

## GROUP RIGHTS PRESENTATIONS
➢ "Know Your Rights" (KYR) video presentations are shown every day to the detainee housing population.

➢ These video presentations cover general information and are not intended to give specific legal advice.

➢ Access to Group Presentations on Legal Rights: authorized persons will be authorized to make presentations to groups of detainees for the purpose of informing them of U. S. immigration law and procedures, consistent with the security

CCOG00019536

Exhibit 24 - Page 543

and orderly operation of the facility. Facility staff will fully cooperate with authorized persons seeking to make such presentations.

## MARRIAGE

➢ Request for marriage must be sent to the Warden and to the OIC. If denied by the Warden, the request will be reviewed by ICE officials who may uphold or reverse the Warden's denial. You must be able to provide documentation of the following:
  1. You are legally eligible to marry;
  2. You are mentally competent as determined by a qualified medical practitioner; and
  3. Your intended spouse has affirmed, in writing, his/her intent to marry you. (This must accompany your request.)
➢ Should marriage request be granted, time, date, and necessary arrangements will be coordinated with and through the facility designated coordinator.

## INSPECTIONS OF PERSONS AND PROPERTY

➢ Routine unscheduled searches of the facility, detainee's persons and property will be conducted as deemed necessary.
➢ Searches are conducted of persons when:
  1. Entering or exiting the housing units;
  2. Entering and exiting the visit area
  3. Entering or exiting other buildings or areas.
  4. Upon entering to the facility.
➢ Searches are conducted for the purposes of:
  1. Detecting and preventing the introduction of contraband (i.e.; weapons, drugs, unauthorized clothing items, etc.);
  2. Ensuring that safe and sanitary conditions exist within the facility;
  3. Recovering lost, missing or stolen property; and

CCOG00019537

Exhibit 24 - Page 544

4. Preventing escapes and other disturbances.

➢ Searches will be conducted in a manner that avoids unnecessary force, embarrassment or indignity to the detainee and is not intended to be punitive in nature.

➢ **Types of Searches Performed at LPC:**

1. Visual Inspection: A search of a detainee or an area for contraband without physical contact.
2. Frisk or Pat Search: A search conducted by placement of hands on the detainee's clothing to feel for weapons/contraband. A thorough search is done of all pockets, collar, jackets waistbands and shoes. Shoes are removed to check socks and bottom of feet.
3. Strip Search: A search of a detainee that requires all clothing to be removed during the search (when approved by ICE).
4. Shakedown: A physical or visual search of a specific area of the facility.

## CORRESPONDENCE
### MAILING ADDRESS

Your Name: _____

Your Alien Number: _____

Your Housing Location: _____

CoreCivic/LPC is located at:     4702 East Saunders
                                 Laredo, Texas 78041

➢ Mail will be picked up and delivered Monday – Friday (excluding holidays). CoreCivic/LPC has no control/accountability of correspondence once it is in transit to and from this facility.

➢ You may send or receive mail from anyone you know personally. You may seal your outgoing letters and place them in the box in your dorm marked "MAIL". Inner facility correspondence is prohibited. Any and all communication

Revised November 2016

CCOG00019538

Exhibit 24 - Page 545

between family members with in the facility requires prior approval from the Chief of Security and/or designee after proof and verification of relationship has been established.

➢ **All incoming and outgoing mail must be properly addressed and include your name, Immigration A# and dorm/bed number.** If all information is not included, mail will be returned.

➢ Drawing on the front of your outgoing envelopes is prohibited under postal regulations.

➢ "Special correspondence" is defined as written communication to or from private attorneys and other legal representatives, government attorneys, judges, courts, embassies and consulates, ICE and the Office of the Inspector General, IHS, grievance officers and news media representatives. If you receive incoming special correspondence, it will be opened in your presence (unless otherwise authorized by the Warden) and inspected for physical contraband. Staff will neither read nor copy special correspondence. If you do not accept the letter or permit the letter to be inspected, in your presence, it will be returned to the sender.  Correspondence will only be treated as "special" if the title and office of the sender or addressee are clearly identified on the envelope, indicating without a doubt that the correspondence is "special" as defined above.

➢ You will not be allowed to receive or send packages without documented (Approved Request Form) advance arrangements and prior approval from the Chief of Security and/or designee. The postage for sending packages and oversized or overweight mail will be your responsibility.

➢ All incoming and outgoing packages will be opened in your presence (unless otherwise authorized by the Warden) and inspected for contraband. Contraband includes, but is not limited to the following: materials that depict, describe or encourage activities that could lead to physical violence such as materials dealing with the subjects of self-defense or

CCOG00019539

Exhibit 24 - Page 546

survival, weaponry, armaments, explosives, or incendiary devices; information regarding escape plots, plans to commit illegal activities or to violate ICE rules or facility guidelines; information regarding the production of drugs or alcohol; sexually explicit material; threats, extortion, obscenity, or gratuitous profanity; a code; stamps, envelopes and blank paper; phone cards; photos larger than 5x7; books, newspapers, magazines, etc. (if approved, they must be received directly from the publisher); or other contraband as outlined in this handbook. A package received without prior approval is considered contraband. All packages post dated prior to written approval date will be returned to sender.

➢ Identity documents such as passports, birth certificates, etc., are contraband and may be used by ICE as evidence or as otherwise appropriate. You are not allowed to keep an identity document in your possession. You will be provided upon request a copy of the document, certified by an ICE officer to be a true and correct copy.

➢ When correspondence or packages are rejected, you will receive a written notice explaining the reasons for rejection.

➢ When you are released from the facility, your incoming mail will be endorsed as "Return to Sender". All such mail will be returned to the Post Office.

➢ Money received through the mail will be posted to your account within twenty-four (24) hours and a receipt will be issued. Remember, if you receive any type of money, it is your responsibility to notify the officer. Money orders must list your full name and A#.

➢ To obtain paper, writing implements and envelopes for your personal use, submit a Request for Information form to the Recreation Supervisor. Writing implements must be exchanged on a one (1) for one (1) basis.

➢ Postage stamps may be purchased from the commissary for outgoing mail.  Indigent detainees will be allowed postage to mail a reasonable amount of mail each week, including at least

CCOG00019540

Exhibit 24 - Page 547

5 pieces of special correspondence and 3 pieces of 1-ounce general correspondence. **(To be considered indigent you must have maintained a balance of $15.00 or less on your CoreCivic/LPC account for the past 30 days.)**

➢ **Indigent detainees may submit a request to the Chief of Security for approval in sending personal family correspondence prior to being officially classified as indigent detainees as per policy.**

➢ Requests for certified mail should be forwarded to the Mail Officer. Stamps for certified mail can be purchased at the commissary. Mail will be weighed by the facility Mail Officer to determine the amount of postage necessary.

## NOTARY AND COPIES
➢ **NOTARY**

Notary assistance may be obtained by sending a request to the Recreation Supervisor. You will be contacted as soon as possible to accomplish the task. Notary services are available only for detainees, not visitors and/or family members.

➢ **COPIES**

Request for copies of *legal material* should be forwarded to the Recreation Supervisor. Photocopying of legal material will only be done when such copies are reasonable and necessary for a legal proceeding involving the detainee. The number of copies of documents to be filed with a particular court and at least one copy for the detainee's personal use will determine the number of photocopies required. Requests for photocopies of legal material may be denied only if:

1. The document(s) might pose a risk to the security and orderly operation of the detention facility;

2. There are other legitimate security reasons;

3. Copying would constitute a violation of any law or regulation; or

4. The request is clearly abusive or excessive.

Revised November 2016

CCOG00019541

Exhibit 24 - Page 548

## DETAINEE DISCIPLINARY PROCEDURES

In a facility where many individuals live together in a relatively small amount of space, it is extremely important that order and discipline be maintained. Discipline and order are not only for the benefit of the staff, but also for the safety and welfare of you and all other detainees. While many problems can be solved informally through counseling, disciplinary measures must occasionally be imposed.

## CoreCivic/LPC DETAINEE RULES AND DISCIPLINE

➢ **NOTICE OF PROHIBITED ACTS AND SANCTIONS:** A copy of prohibited acts and sanctions (included in this handbook) shall be given and explained to each detainee upon admission to the facility during a video orientation session. Any changes in the rules will be communicated to the detainees in writing. A copy of these prohibited acts and sanctions are posted on each dorm bulletin board.   The due process for the disciplinary proceedings is as follows:

➢ A disciplinary report will be completed; depending on the charges filed you may be placed in the segregation unit for pre-hearing status.  An investigation will be ordered by the Shift Supervisor and commenced within 24 hours of receipt of incident for the collection of evidence and a written report submitted to the Unit Disciplinary Committee (UDC) of which is comprised from one (1) to three (3) members, at least one of whom is a supervisor not involved in the incident. The detainee will be provided a copy of the incident report/notice of charges at least 24 hours before the start of disciplinary proceedings. In addition staff will advise the detainee of his/her right, if applicable to an initial hearing before Unit Disciplinary Committee (UDC) within 24 hours of his/her notification of charges. The UDC will conduct hearings and, to the extent possible, informally resolve cases involving "high moderate" or

44                          Revised November 2016

CCOG00019542

Exhibit 24 - Page 549

"low moderate" charges, in accordance with the listed charges and related sanctions.  Unresolved cases and cases involving serious charges are forwarded to the Institutional Disciplinary Panel.

➢ The UDC shall advise the detainee of his/her rights. Detainees upon request can have staff representation. The UDC may refer the case to the Institutional Disciplinary Panel (IDP) for further action. Only the Institutional Disciplinary Panel can place a detainee in disciplinary segregation.  The IDP will consist of three (3) members, including the chairperson. The Facility Administrator shall appoint the three (3) members of the panel.  At this facility the chairperson assigned by the Facility Administrator is the Shift Supervisor.

➢ The duration of punishment shall be within established limits. Neither the panel recommending sanctions nor the Facility Administrator (OIC) making the final decision shall impose sanctions arbitrarily, outside these limits.

Revised November 2016

CCOG00019543

Exhibit 24 - Page 550

## <u>GREATEST OFFENSE CATEGORY</u>

| Code | Prohibited Acts | Sanctions |
|---|---|---|
| 100 | Killing | A. Initiate criminal proceedings |
| 101 | Assaulting any person (includes sexual assault) | B. Disciplinary transfer (recommended) |
| 102 | Escape from escort; escape from a secure facility | C. Disciplinary segregation (up to 60 days) |
| 103 | Setting a fire (charged with this act in this category only when found to pose a threat to life or a threat of serious bodily harm or in furtherance of a prohibited act of greatest severity, e.g.., a riot or an escape; otherwise the charge is classified as Code 218 or 321) | D. Make monetary restitution, if funds are available. |
| 104 | Possession or introduction of a gun, firearm, weapon, sharpened instrument, knife, dangerous chemical explosive, escape tool, device, or ammunition. | |
| 105 | Rioting | |
| 106 | Inciting others to riot | |
| 107 | Hostage-taking | |
| 108 | Assaulting a staff member or any law enforcement officer with bodily harm | |
| 109 | Threatening a staff member or any law enforcement officer with bodily harm | |
| *198 | Interfering with a staff member in the performance of duties (conduct must be of the greatest severity).  This charge is to be used only if another charge of greatest severity is not applicable. | |
| *199 | Conduct that disrupts or interferes with the security or orderly running of the facility (conduct must be of the greatest severity).  This charge is to be used only if another charge of greatest severity is not applicable. | |

46                         Revised November 2016

CCOG00019544

Exhibit 24 - Page 551

## "HIGHEST" OFFENSE CATEGORY

| Code | Prohibited Acts | Sanctions |
|---|---|---|
| 200 | Escape from unescorted activities, proceedings open or secure facility, without violence | A. Initiate criminal |
| 201 | Fighting, boxing, wrestling, sparring, and any other form of physical encounter, including horseplay, that causes or could cause injury to another person; except when part of an approved recreational or athletic activity | B. Disciplinary transfer (recommended)<br><br>C. Disciplinary segregation (up to 60 days) |
| 202 | Possession or introduction of an unauthorized tool | D. Make monetary restitution, if funds are available<br><br>E. Loss of privileges: commissary, movies, recreation, etc. |
| 203 | Loss, misplacement, or damage of any restricted tool | F. Change housing |
| 204 | Threatening another with bodily harm | G. Remove from program and/ or group activity |
| 205 | Extortion, blackmail, protection: demanding or receiving money or anything of value in return for protection against others, avoiding detainee's bodily harm, or avoiding a threat being informed against. | H. Loss of job<br><br>I. Impound and store personal property<br><br>J. Confiscate contraband |
| 206 | Engaging in sexual acts | K. Restrict to housing unit |
| 207 | Making sexual proposals or threats | |
| 208 | Wearing a disguise or mask | |
| 209 | Tampering with or blocking any locking device | |
| 210 | Adulteration of food or drink | |
| 211 | Possession, introduction, or use of narcotic paraphernalia, or drugs not prescribed for individual by the medical staff. | |
| 212 | Possessing an officer's or staff member's clothing | |

47

Revised November 2016

CCOG00019545

Exhibit 24 - Page 552

## "HIGHEST" OFFENSE CATEGORY

213   Engaging in or inciting a group proceedings
          demonstration

214   Encouraging others to participate in a work stoppage or refuse to work

215   Refusing to provide a urine sample or otherwise cooperate in a drug test

216   Introducing alcohol into the facility

217   Giving or offering an official or staff member a bribe or anything of value

218   Giving money to, or receiving money from, any person for an illegal or prohibited purpose, such as introducing/ conveying contraband

219   Destroying, altering, or damaging property (government or another person's) worth more than $100.00 detainee's

220   Being found guilty of any combination of three or more high moderate or low moderate offenses within 90 days

221   Signing, preparing, circulating, or soliciting support for prohibited group petitions

222   Possessing or introducing an incendiary device, e.g., matches, a lighter, etc.

223   Any act that could endanger person(s) and or property

*298   Interfering with a staff member in the performance of duties (conduct must be of highest severity).  This change is to be used only when no other charge of highest severity is applicable.

A.  Initiate criminal

B.  Disciplinary transfer (recommended)

C.  Disciplinary segregation (up to 60 days)

D.  Make monetary restitution, if funds are available

E.  Loss of privileges: commissary, movies, recreation, etc.

F.  Change housing

G.  Remove from program and/ or group activity

H.  Loss of job

I.  Impound and store personal property

J.  Confiscate contraband

K.  Restrict to housing unit

Revised November 2016

CCOG00019546

Exhibit 24 - Page 553

*299   Conduct that disrupts or interferes with the security or orderly operation of the facility (conduct must be of highest severity).This charge is to be used only when no other charge of highest severity is applicable.

When the prohibited act is interfering with a staff member in the performance of duties (Code 198, 298, 398, 498) or conduct that disrupts (Code 199, 299, 399 or 499), the Disciplinary Committee should specify in its findings the severity-level of the conduct, citing a comparable offense in that category.  For example, "we find the act of to be of high severity, most comparable to Code 213, "engaging in a group demonstration.""

## "HIGH  MODERATE" OFFENSE CATEGORY

| Code | Prohibited Acts | Sanctions |
|------|-----------------|-----------|
| 300 | Indecent  exposure | A.  Initiate criminal proceedings |
| 301 | Stealing (theft) | B.  Disciplinary transfer (recommended) |
| 302 | Misuse of authorized medication | C.  Disciplinary segregation (up to 72 hours) |
| 303 | Loss, misplacement, or damage of a less restricted tool | D.  Make monetary restitution, if funds are available |
| 304 | Lending property or other item of value for profit/increased return | E.  Loss of privileges: commissary, movies, recreation, etc. |
| 305 | Possession of item(s) not authorized for receipt or retention; not issued through regular channels | F.  Change housing |
| 306 | Refusal to clean assigned living area | G.  Remove from program |
| and/ 307 | member/ | Refuse to obey a staff or group activity |
| | officer's order (may be categorized and charged as a greater or lesser offense, depending on the kind of disobedience:  continuing to riot is | H.  Loss of job |
| detainee's | | I.  Impound and store |
| | Code 105—Rioting; continuing to Fight, Code 201—Fighting; refusing To provide a urine sample, Code 215 | personal property |
| | | J.  Confiscate contraband |

49                          Revised November 2016

CCOG00019547

Exhibit 24 - Page 554

| | | |
|---|---|---|
| 308 unit | Insolence toward a staff member | K. Restrict to housing |
| | anything of value in return for protection against others, avoiding bodily harm, or avoiding a threat being informed against. | L. Reprimand. |
| | | M. Warning |
| 309 | Lying or providing false statement to staff | |
| 310 | Counterfeiting, forging, or other   unauthorized reproduction of money or other official document or item, e.g.   counterfeiting release papers to effect escape—Code 102 or 200 | |

## "HIGH  MODERATE" OFFENSE CATEGORY

| Code | Prohibited Acts | Sanctions |
|---|---|---|
| 311 proceedings | Participating in an unauthorized meeting or gathering | A. Initiate criminal |
| 312 | Being in an unauthorized area | B. Disciplinary transfer (recommended) |
| 313 | Failure to stand count | C. Disciplinary segregation (up to 72 hours) |
| 314 | Interfering with count | D. Make monetary restitution, if funds are available |
| 315 | Making, possessing, or using intoxicant(s) | E. Loss of privileges: commissary, movies, recreation, etc. |
| 316 | Refusing a breathalyzer test or other test of alcohol consumption | |
| 317 | Gambling | F. Change housing |
| 318 | Preparing or conducting a gambling pool | G. Remove from program and/ or group activity |
| 319 | Possession of gambling paraphernalia | H. Loss of job |
| detainee's | | I.  Impound and store |
| 320 | Unauthorized contact with public | personal property |
| 321 | Giving money or another item of value | J. Confiscate contraband |

50

Revised November 2016

CCOG00019548

Exhibit 24 - Page 555

to, or accepting money or another item of value from anyone, including another detainee, without staff authorization

K. Restrict to housing unit

L. Reprimand

322    Destroying, altering, or damaging property (government or another person's) worth less then $100

M. Warning

*398   Interfering with a staff member in the performance of duties (offense must be of high moderate severity). This charge is to be used only when on other charge in this category is applicable

*399   Conduct that disrupts or interferes with the security or orderly running (offense must be of high moderate severity). This charge is to be used only when no other charge in this category is applicable.

NOTE: Any combination of high moderate and low moderate offenses during a 90-day period shall constitute a high offense.

## "LOW MODERATE" OFFENSE CATEGORY

400   Possession of property belonging to another person

A. Make monetary restitution,

401   Possessing unauthorized clothing

B. Loss of privileges: commissary, movies, recreation, etc.

402   Malingering, feigning illness

403   Smoking where prohibited

C. Change housing

404   Using abusive or obscene language

D. Remove from program and/ or group activity

405   Tattooing, body piercing, or self-mutilation

E. Loss of job

406   Unauthorized use of mail or telephone detainee's (with restriction or temporary suspension of the abused privileges often the appropriate sanction)

F. Impound and store personal property

G. Confiscate contraband

407   Conduct with a visitor in violation

H. Restrict to housing unit

Revised November 2016

CCOG00019549

Exhibit 24 - Page 556

of rules and regulations (with restriction or temporary suspension of visiting privileges often the appropriate sanction)

I. Reprimand

J. Warning

408   Conducting business

409   Possession of money or currency, unless specifically authorized

410   Failure to follow safety and sanitation regulations

411   Unauthorized use of equipment or machinery

412   Using equipment or machinery contrary to posted safety standards

413   Being unsanitary or untidy, failing to keep self and living area in accordance with posted standards.

498   Interfering with a staff member in the performance of duties (offense must be of low moderate severity).  This charge is to be used only when on other charge in this category is applicable

499   Conduct that disrupts or interferes with the security or orderly running (offense must be of low moderate severity).  This charge is to be used only when no other charge in this category is applicable.

➢ You will be advised of the following rights when served with disciplinary action:
  1. The right to protection from personal abuse, corporal punishment, unnecessary or excessive use of force, personal injury, disease, property damage and harassment;
  2. The right of freedom from discrimination based on race, religion, national origin, sex, handicap, or political beliefs;
  3. The right to pursue a grievance in accordance with written procedures (provided in the handbook); and
  4. The right to correspond with persons or organizations, consistent with safety, security, and the orderly operation of the facility; and the right to due process, including the prompt resolution of a disciplinary matter (in accordance with the rules, procedures and sanctions provided in the handbook).

Revised November 2016

CCOG00019550

Exhibit 24 - Page 557

5. Detainees having problems understanding the contents of the above mentioned procedures, interpretative services are available upon request.

## GRIEVANCE PROCEDURES

➤ CoreCivic/LPC provides a means for all detainees to address complaints regarding facility conditions, treatment, medical care and policies and procedures.  Most matters can and should be resolved directly and promptly between the detainee and staff.

➤ All detainees have access to an informal resolution process to resolve their complaints.  At any time the informal resolution process has not provided successful resolution of the complaint or in the event of an emergency grievance, detainees may use the formal grievance process.  All complaints will be assessed in a fair and impartial manner.  Resolution in the best interest of the detainee and the facility is the primary goal.

➤ You can invoke the grievance procedure regardless of disciplinary, classification, or other administrative decisions to which you may be subject.

➤ You may not submit a grievance on behalf of another detainee; however, assistance from a staff member or another detainee may be provided when necessary to communicate the problem on the grievance form. Grievances are considered special correspondence.

➤ **You will not be subject to retaliation, reprisal, harassment, or discipline for use or participation in the informal resolution process or grievance process.  Any allegations of this nature will be thoroughly investigated by the Warden.**

➤ If it is determined by the Warden that you are deliberately abusing the grievance system through excessive filing of grievances and/or repeated refusal to follow procedures, the Warden may suspend your right to file additional grievances until all pending grievances have been resolved. Continued abuse may result in an adverse action initiated against you.

Revised November 2016

CCOG00019551

Exhibit 24 - Page 558

➢ With the exception of emergency grievances, you will utilize the informal resolution process concerning questions, disputes, or complaints **prior** to the submission of a formal grievance. You may orally present your complaint to any staff member at any time within seven (7) days of the event or submit the 14-5A Informal Resolution Form to the housing officer or unit staff. You will receive a response on the issue within 15 days.

➢ While you are free to bypass or terminate the informal grievance process, and proceed directly to the formal grievance stage, you are encouraged to utilize the informal process and allow the complaint to be resolved at the lowest level since complaints should be, whenever possible, resolved through direct contact with the staff responsible for the particular issue and with two-way communication encouraged between staff and detainees.

➢ If you are not satisfied with the results of the informal resolution process, you may submit a 14-5B Formal Grievance Form within five (5) calendar days to the Grievance Officer by placing it in the box marked "Grievance" in the dorm along with a copy of the 14-5A Informal Resolution Form attached to it. The Grievance Officer will check the grievance mail boxes daily, excluding weekends and holidays. The appropriate department head will act on the grievance within five (5) working days through informal or formal resolution and provide you with a written response. All Health Services (Medical) grievances should be placed in the Medical Request Box.

➢ If you do not accept the department head's solution, a Detainee Grievance Committee (DGC) consisting of the Grievance Coordinator, a Security Staff Representative, and an ICE Representative will convene to study the grievance within five (5) working days of the detainee's appeal. Within five (5) working days of reaching a decision, the DGC will provide you with a response to the grievance, in writing.

➢ If you are dissatisfied with the Warden's response to your grievance, you may communicate directly with ICE regarding

Revised November 2016

CCOG00019552

Exhibit 24 - Page 559

the issue. Procedures for appealing decisions made at the facility's highest level will require a written ICE special correspondence form be submitted for its prompt attention. ICE will contact you for the final outcome.
(Reference back to page 3 "Contacting ICE staff")

➢ In certain instances, it may be necessary to extend response deadlines to allow for a more complete investigation of the claim(s).

➢ Justification for the extension will be provided to you on the 14-5C Grievance Extension Notice.  The time extension will be determined by the Warden and will not exceed fifteen (15) calendar days.

➢ A copy of all grievances will be maintained in your detention file.

➢ If you submit a grievance for review and you are released/deported, efforts to resolve the grievance will normally continue.   It is **your** responsibility to notify the Grievance Officer of your release/deportation and provide a forwarding address and any other pertinent information.

➢ EMERGENCY GRIEVANCE PROCEDURES - If the subject matter of the grievance is such that compliance with the regular time guidelines would subject you to risk of personal injury, you may request that the grievance be considered an emergency grievance.   Complete a 14-5B Formal Grievance form and place it in a sealed envelope marked "Emergency Grievance". The emergency grievance must detail the basis for requiring an immediate response and may be submitted to any staff member or unit staff or placed in the "Grievance" box in your dorm.   If the grievance is determined to be a legitimate emergency, it will be acted on within one (1) calendar day of receipt of the grievance and a written response will be made to you regarding resolution.

➢ If you feel that the issue is sensitive or that your safety or well-being would be jeopardized if others in the facility learned of the grievance, you may seal the grievance in an envelope,

Revised November 2016

CCOG00019553

Exhibit 24 - Page 560

clearly mark the envelope *"sensitive"* and submit it directly to the Warden. You have the opportunity to file a complaint about officer misconduct directly with the Department of Homeland Security by calling speed dial number code 518, which is programmed into the dorm telephones as a free call or you may write to:

> Department of Homeland Security
> (DHS OIG Hotline)
> 245 Murray Drive
> S.E. Building 410
> Washington, DC 20526

> ➢ NON-GRIEVABLE MATTERS - The following matters are <u>not</u> grievable by detainees through the grievance procedure:
>   1. State and Federal Court decisions;
>   2. State and Federal laws and regulations;
>   3. Final decisions on grievances;
>   4. Contracting agency (ICE) policies, procedures, decisions or matters (i.e., institutional transfers, release/deportations decisions, etc.); Disciplinary actions
>   5. Disciplinary appeals may be submitted on the disciplinary form after the hearing;
>   6. Property issues (all property issues must be addressed in accordance with property procedures); and
>   7. Classification status (all classification status must be addressed in accordance with classification procedures stated earlier in this handbook).
> ➢ No grievance may be submitted on behalf of another.

Revised November 2016

CCOG00019554

Exhibit 24 - Page 561

> You are limited to two (2) pending non-emergency grievances at a time.

## SEGREGATION/SHORT STAY UNIT
> **Administrative Segregation**
   1.   Intended for detainees with special housing requirements;
   2.   Pending investigation/hearing of prohibited acts(s);
   3.   Medical observation;
   4.   Pending a transfer or release within twenty-four (24) hours;
   5.   Security risk; or
   6.   Protective custody.

> **Disciplinary Segregation**
   1.   Are a serious disruption to general population;
   2.   Require additional physical confines; or
   3.   Have received a sanction by the Institutional Disciplinary Panel.

> **Programs and Services**
   1.   Programs and Services as offered to general population are available to administrative segregation.
   2.   Segregated detainees who are eligible will receive recreation between the hours of 8:00am – 4:00pm. Recreation may be cancelled at any time due to security reason.
   3.   The Law Library is open Monday – Friday for segregated detainees from 6:00pm to 8:30pm.
   4.   The General Library is available Monday – Friday upon request to the Recreation Supervisor.

CCOG00019555

Exhibit 24 - Page 562

5.   Medical Care/Sick Call for segregated detainees will be provided by CoreCivic/LPC Health Services staff through daily rounds.

6.   CoreCivic/LPC provides an opportunity for you to have one (1) visit per week (Monday-Sunday) for up to one (1) hour of contact visitation with family and friends between the hours of 9:00 am to 5:00 pm, after visitation for general population. Visit will require prior approval and will be coordinated through the facility Visitation Officer. Disruptive conduct by either party will result in the termination of the visit and may have an adverse affect on future visits.

7.   Detainees in segregation will be allowed to attend religious services if security is not compromised. If necessary, the Chaplain will minister to detainees in segregation or, upon special request and considering security concerns, arrangements can be made for religious volunteers of your faith to conduct one-on-one services.

8.   Personal hygiene items are available upon request from the segregation housing officer. Razors are not allowed in SMU. Razors are available upon request in Receiving and Discharge are while taking shower. Showers are available and should be taken advantage of.

9.   Mail will be picked up from segregation by 9:00 am Monday – Friday except on holidays. Mail will be handled for segregation detainees in the same manner as general population detainees.

10.   Prior to being released from segregation, detainees will be re-evaluated/reclassified to ensure that they have been properly classified and are housed in an appropriate dorm.

Revised November 2016

CCOG00019556

Exhibit 24 - Page 563

11. Laundry will be picked up from, washed and returned to segregated detainees according to the same schedule as set for general population.

12. All other services not specifically mentioned in this section regarding segregation will be subject to the same access procedures as outlined for general population detainees.

## ACCESS TO MEDICAL SERVICES

➤ **Routine Medical Services**

If you are experiencing non-emergency medical problems, you will have to complete a medical request and drop it in the medical box inside your dormitory. You will be called by the Detention Officer when Health Services has processed your request. You will be evaluated by the nursing staff. If the need exists, they will schedule you to see medical personnel. Appointments are scheduled according to medical necessity. Requests for copies of medical records and medical special needs are made following the procedures outlined above.

➤ **Emergency Medical Services**

If you are experiencing an emergency medical problem, notify the officer stationed in your area. The nursing staff will be notified and appropriate action will be taken by them to resolve your medical problems. Trained staff is available to administer emergency first aid and life saving techniques. Nursing staff and doctors are always available through on-call services.

➤ **Chronic Care Services**

The clinic provides chronic care services and education to those detainees who require medication renewals, treatments and follow-up care for specific illnesses (i.e. high blood pressure, diabetes, heart conditions, asthma, etc.). These services are provided on a regular basis.

➤ **Benefits of Physical Fitness**

59                    Revised November 2016

CCOG00019557

Exhibit 24 - Page 564

Physical fitness helps build strength, relax and reduce stress, weight control and improves sleep.   Exercise also helps decrease heart problems, blood pressure and some cancers.

➢ Living wills are available through ICE/CoreCivic LPC Health Services upon request.

➢ **DO NOT** come to the clinic without prior permission. The officer in your dorm must call the clinic and the Shift Supervisor on duty first to obtain prior approval for you to visit the clinic.

➢ **Mental Health Services**
If you are experiencing mental health problems, follow the procedures outlined above under routine/emergency services.

➢ **Dental Services**
If you are experiencing dental health problems, follow the procedures outlined above under routine/emergency medical services. Provisions will be made for emergency dental needs. Proper brushing helps minimize the risk of tooth decay and gum disease, the major causes of tooth loss.

➢ **Medication**
1. KOP (Keep on Person) medications are medications that detainees are allowed to keep in their possession. KOP medication must be stored and secured in your property box. Medications found in your property box or property that was not prescribed to you will be confiscated as contraband and disciplinary action will be taken. Detainees found to be not taking their medications as instructed will be taken off KOP status and will receive their medications under supervision of the nursing staff. Medication removed from the KOP package will be confiscated as contraband.

2. Medications are administered at pill call daily at the following times: 7:00am, 12:00pm, 4:30pm and 8:30pm.

3. Do not take medication that was not issued to you. Taking unknown medication could cause side effects that could be harmful to your health.

Revised November 2016

CCOG00019558

Exhibit 24 - Page 565

4. OTC medications (over the counter) are available for purchase through the facility commissary. These are listed in the commissary price list available in your dormitory. These items are available in medical only to indigent detainees.

➢ **HIV/AIDS Test**
HIV/AIDS test and educational information are available to all detainees in medical.

➢ Grievances against the Health Service
(Please refer to the Grievance Procedures section in this booklet).

## RECREATION

➢ Recreation activities are provided as a means to release built-up energy and to help you keep in good physical condition.

➢ **In-dorm recreation services**
The Recreation Coordinator will be scheduling specific activities for your pleasure and development. We ask that you cooperate and participate in these activities; some will be new and different.

➢ TELEVISIONS
At least one television has been placed in each dorm for your entertainment and should be shared to ensure each person has an opportunity to view programs of interest. While CoreCivic/LPC has no specific rules governing what programs will be viewed, we expect each of you to be considerate and avoid unnecessary problems regarding its usage. In the event a problem develops, the officer in your housing area will resolve the problem, and may decide to discontinue usage until the situation can be resolved, with the approval of the Shift Supervisor on duty. In large dormitories where two televisions are placed, one television will be set on English language and

Revised November 2016

CCOG00019559

Exhibit 24 - Page 566

one television will be set on Spanish language (NO EXCEPTIONS). In smaller dormitories where only one television is placed, and when an agreement can not be reached, a specific language schedule will be followed. Such schedule is posted inside the dormitory.

1. Television viewing and recreation activities may begin at 8:30am after count, and will end at bedtime 10:30pm Sunday through Thursday; and 1:00am Fridays and Saturdays, and the night of a Holiday observed by CoreCivic. You are cautioned not to begin viewing a program that will end after the designated viewing hours, because the television will be turned off as scheduled. Any special requests for viewing television beyond the scheduled hours must be submitted in writing via a Detainee Information Request form to the on-duty Supervisor a day prior to special programming.

2. Televisions will be turned off during official counts, cleaning of housing areas, and when they interfere with other facility operations.

3. At the end of a program, a vote may be taken to choose which program to watch next, **the majority vote rules**. The channel will not be changed while a program is in progress if someone is watching the television. Do not vote on a program and then leave the area.

4. **Detainees are strictly prohibited from touching the televisions in any manner.** Housing officer should be contacted to change the TV channel and/or volume when needed.

5. The volume of the televisions will be kept at a reasonable level so as to not disturb other detainees or facility operations.

6. Televisions are not to be removed from their locations or tampered with for any reason.

Revised November 2016

CCOG00019560

Exhibit 24 - Page 567

➢ LEISURE TIME ACTIVITIES

This facility provides leisure time activities in the dormitories for your entertainment, as well as for physical and mental development. Leisure time activities include table games, cards, television, etc. You are asked to handle these items with care and to be considerate of others who may wish to use them. Persons that are discovered abusing and/or hoarding these items may be subject to disciplinary procedures in accordance with specific guidelines established by this facility and be required to make restitution for damaged items.

1. The use of these leisure time items will be handled on a first-come first-serve basis to ensure that each person has an equal opportunity to use them.  To maintain indoor recreation equipment accountability, requested items will be issued for use in exchange for the detainee's individual facility issued ID sheet.

2. To obtain additional recreational supplies, ask the Recreation Supervisor.

3. We expect you to take care of supplies and equipment issued and for you to return the items after use. You will be held accountable for any recreational or leisure time item until it has been returned.

➢ A newspaper will be supplied daily to each dormitory for all to read and share, and it is not to be taken from the dayroom.

➢ **Access to Outside Recreation**

All detainees will be provided at a minimum of one hour of outdoor recreation Monday - Sunday. (Subject to favorable weather conditions)

1. Outdoor recreation activities may include basketball, soccer, handball, and walking/jogging. Activities and/or actions that endanger the detainees' health are strictly prohibited.

2. DO NOT SIT/LEAN/STAND AGAINST THE FENCE or hang clothes on it when in outside recreation.

63                      Revised November 2016

CCOG00019561

Exhibit 24 - Page 568

3. The recreation schedule for all dorms is rotated daily for fair and equal access. You will be advised when it is your dorm's turn to go.
4. Recreation for male dorms will be one (1) hour of outside recreation.
5. Recreation for female dorm will be one (1) hour of outside recreation.
6. Detainees who worked during the day and who are unable to attend recreation with their dorm will be provided recreational opportunities at the end of the day upon verification of their work attendance.
7. Complete uniform must be worn at all times when in route to the recreation yard and during your recreation session .

➢ **Recreation may be cancelled at any time for security reasons and due to adverse weather. Your cooperation is appreciated.**
➢ Unit assigned staff will announce initial verbal notice to the scheduled housing unit for outdoor recreation. A ten minute window of preparation time will be allowed.  Once the housing unit door is opened, all desiring detainee population must exit for outdoor recreation. All other failing to exit at that time, will be denied recreation for that specific day.

## DETAINEE DRESS CODE AND GROOMING
➢ You are required to keep yourself clean, hygienic, and wear proper clothing/footwear during all activities.
➢ You are reminded that poor hygiene, poor sanitation and not wearing proper clothing and footwear can cause potential conflict with your peers and others and can have a negative impact upon your health and safety as well as that of those around you.
➢ Failure to comply with the dress code and grooming standards will ultimately become an issue that requires staff intervention

Revised November 2016

CCOG00019562

Exhibit 24 - Page 569

in the form of appropriate disciplinary action to correct the situation.

➢ Ordinarily, detainees may wear any hairstyle with the following exceptions: hair should not cover the face area at any time.

    1. For safety and hygiene reasons, Kitchen workers and detainee workers operating machinery will keep their hair neat and clean and in a commonly acceptable style. ALL kitchen workers will wear a hairnet when working in the kitchen.

    2. Hairstyles will not interfere with the safety and hygiene requirements.

➢ Ordinarily, facial hair may be grown without restriction with the following exceptions;

    1. For safety reasons, detainee workers operating machinery may be expected to be clean shaven at all times. These restrictions are a requirement for employment in the above described work assignments and accepting a job in these areas denotes acceptance of the grooming standards for the above described work assignments.

➢ **There will be no exceptions to these requirements, even for medical reasons.**

➢ Complete uniforms (pants, shirts, shoes, and issued photo ID) are required to be worn when stepping outside the dormitory.

➢ T-shirts(with sport bra for female population), uniform pants, and shower shoes are required in the dayroom and bed areas.

➢ Headwear is not allowed outside the bed area unless authorized by the proper approving authority.

➢ Religious apparel may only be worn as approved by the Chaplain.

➢ No towels, sheets or blankets will be permitted as clothing and are not to be used for cleaning unless designated by staff as such.

Revised November 2016

CCOG00019563

Exhibit 24 - Page 570

> **Intentional or neglectful damage to CoreCivic/LPC property (altered, torn, lost, ripped, or gratified) will result in disciplinary action and restitution.**
> Detainees are not allowed to use any type of makeup items for facial enhancements.  This includes the alteration of items to be used for this reason.

## CLOTHING
> The basic uniform for detainees shall be distinctive in appearance in order to identify detainees according to their classification level. At CoreCivic/LPC, the basic uniform colors are:
1.   **Blue**   (male/female) uniforms – **Low** level detainees
2.   **Orange** (male/female) uniforms – **Medium Low** level detainees
                              and     **Medium High** level detainees
3.   **Red** (male/female) uniforms – **High** level   detainees.
4.   **White** (male/female) uniforms will be the work uniform for the **kitchen workers** only. In the housing units the kitchen workers will wear the appropriate color uniforms.
> All issued clothing and picture ID's will be worn as specified in the following instructions below and in no other manner.
>> 1. Picture ID must be carried at all times.  If your picture ID becomes torn or faded, notify the officer in your dorm that you need a new one and send a Request for Information form to the Classification Officer.
>> 2. Clothing must be clean and not torn when worn.

CCOG00019564

Exhibit 24 - Page 571

3. Only kitchen workers will be authorized to wear white uniforms and only while performing services while working in the kitchen.

4. The wearing of mixed colored uniforms is not authorized.

5. Undergarments may be worn without outer garments only while inside the restroom/shower area. **NO EXCEPTIONS!**

6. Shower shoes may be worn only while inside the housing units.

7. CoreCivic/LPC issued shoes will be worn at all times when outside the housing units. Personal shoes are not allowed unless medically required or authorized by the Chief of Security.

8. Hats or other head covers will not be authorized for the general population. Designated detainee workers will be issued the proper head cover when required to be worn only while performing work related duties.

9. Detainees will wear a complete uniform (shirts, pants, shoes) at all times while outside the dormitory.

10.   Pants will be worn at a point above the waist that prevents the crease of the buttocks and underwear from showing despite the length of the shirt.

11.   You are not to walk about the facility with your hands inside the waistband of your pants regardless of weather conditions.

12.   No article of clothing will be worn in a manner not normally intended for that item (example: using a shirt or sock as a head band, or head cover, etc.)

13.   Only personal addresses/phone numbers, facility purchased phone cards, and issued I.D. cards/wristbands may be carried on your person.

Revised November 2016

CCOG00019565

Exhibit 24 - Page 572

## <u>NOTICE TO PERSONS UNDER EXCLUSION</u>
## <u>OR REMOVAL PROCEEDINGS</u>

➢ Once a final order of removal has been issued in your case, you will be afforded a one time opportunity to have your personal effects delivered to the detention facility prior to your removal. You are responsible for making arrangements for the delivery of personal effects (clothing type only) which can <u>only</u> be received within seventy-two (72) hours after receipt of your notice.

➢ **No belongings will be received the day of departure by ICE or CoreCivic/LPC staff.**

➢ Personal effects must be inside a non-locking duffle bag, backpack, or luggage. No boxes or plastic bags will be accepted. Only one (1) standard bag no larger than twenty (20) inches wide by ten (10) inches deep, weighing no more than twenty (20) pounds will be accepted. **NO EXCEPTIONS.**

## <u>CONTRABAND</u>

➢ Items which are considered to be detrimental to the safe and orderly operation of the facility are prohibited. Contraband items include but are not limited to:

1. Any dangerous drug, narcotic drug, marijuana, intoxicating liquor of any kind, deadly weapons, dangerous instruments, explosives or any other article that, if used or possessed, would endanger the preservation of order in the facility;
2. Any item which could be used as an aide to escape;
3. Any item which could be used to disguise or alter the appearance of a detainee;
4. Any article of clothing or item for personal use or consumption which has not been cleared first through the OIC or purchased by a detainee from the commissary;
5. Any items made and/or constructed of glass material.

Revised November 2016

CCOG00019566

Exhibit 24 - Page 573

6. Cameras, video, audio, or related equipment that can be used to make unauthorized photographs or audio, or audio/video recordings of detainees, staff or government property;
7. Cigarettes, tobacco or smoking paraphernalia, alcoholic beverages, cardboard boxes and excessive magazines;
8. Pictures of any kind that have been placed on dormitory walls; and
9. Any item not purchased through authorized channels (commissary)
10.  Any beautification item (ex. makeup, etc...).

## UNAUTHORIZED PROPERTY
➢ Items not inherently illegal, which are considered contraband when possessed by a detainee or visitor within the facility including but not limited to:

1. Any approved item which, though approved, is in excess of the quantity allowed used inappropriately.
2. Unauthorized personal property received through the mail will be returned to sender at the detainee's expense. All detainees **must have prior approval** from the Chief of Security or above before property is received. If authorized, the property will be stored in your property bag until your release.
3. Due to space limitations, all detainees will be limited to one (1) duffle bag to store their property not exceeding (40) lbs. If property is received and will not fit into the duffle bag, it will be your responsibility to forward the property.

69                     Revised November 2016

CCOG00019567

Exhibit 24 - Page 574

## LEGAL FILE

➢ Your legal file is an Immigration legal record commonly called an "A" file maintained by the ICE Deportation Department for each individual. This "A" file contains your legal transactions and documentation pertaining to your case; including but not limited to identification cards, photos, passports and immigration history.

## DETENTION FILE

➢ Your detention file is maintained by CoreCivic/LPC for each individual and contains no less than the following:
  1. Facility Disciplinary Actions;
  2. Behavior Reports;
  3. Funds, Valuables and Property Receipts;
  4. Detainee's Written Requests, Complaints and Issues;
  5. Response to the aforementioned requests; and
  6. Special Housing Unit Records.

## RIGHTS AND RESPONSIBILITIES

➢ You have the right to be informed of the rules, procedures and schedules concerning the operation of the facility.
  o *You have the responsibility to know and abide by them.*
➢ You have the right to freedom of religious affiliation and voluntary religious worship.
  o *You have the responsibility to recognize and respect the rights of others in this regard.*
➢ You have the right to be free of situations where other detainees exercise power over you.
  o *You have the responsibility to report any situation where misconduct is present.*
➢ You have the right to health care which includes nutritious meals, proper bedding and clothing. A laundry schedule for cleanliness of the same, an opportunity to shower regularly,

Revised November 2016

CCOG00019568

Exhibit 24 - Page 575

proper ventilation for warmth and fresh air, a regular exercise period, toilet articles and medical treatment.

- o *It is your responsibility not to waste food, to follow the laundry and shower schedules, to maintain neat and clean living quarters and to seek medical care as needed.*

➢ You have the right to have family members and friends visit with you in keeping with the facility rules and schedules.

- o *It is your responsibility to conduct yourself properly during visits and to not accept or pass contraband.*

➢ You have the right to unrestricted and confidential access to the courts by correspondence.

- o *You have the responsibility to present honestly and fairly your petitions, questions and problems to the courts.*

➢ You have the right to legal counsel from an attorney of your choice by means of interviews and correspondence at no cost to the United States Government.

- o *It is your responsibility to obtain the services of an attorney honestly and fairly.*

➢ You have the right to have access to reading materials for your own enjoyment. These materials may include approved magazines.

- o *It is your responsibility to seek and utilize such materials for your personal benefit, without depriving others of the same benefit.*

➢ You have the right to participate in the use of the law library reference materials to assist you in resolving legal problems. You also have the right to receive help when it is available through legal assistance programs.

- o *It is your responsibility to use those resources in keeping with the procedures and schedule prescribed and to respect the rights of other detainees to the use of the materials.*

➢ You have the right to a wide range of reading material for educational purposes and for your own enjoyment. These materials may include magazines and newspapers sent from the publishers.

Revised November 2016

CCOG00019569

Exhibit 24 - Page 576

- o *It is your responsibility to seek and utilize such material for personal benefit, without depriving others of their equal rights to use this material.*
- ➢ You have the right to participate in a work program as far as resources are available, and in keeping with your interest, needs and abilities.
  - o *You have the responsibility to take advantage of activities which may help you live a successful and abiding life within the facility and in the community. You will be expected to abide by the regulations governing the use of such activities.*
- ➢ You have the right to an administrative hearing before an Immigration Judge to determine your status in the United States.
  - o *It is your responsibility to seek and provide evidence for your defense.*
- ➢ If you are not an exclusion case and eligible, you have the right to be released on bond until your scheduled administrative hearing.
  - o *It is your responsibility to seek methods of payments for your bond.*
- ➢ You have the right to apply for political asylum if you believe that you will be persecuted because of your race, religion, nationality, membership in a social group or political opinion.
  - o *It is your responsibility to prepare and submit the proper forms accurately.*
- ➢ You have the right to request voluntary departure if statutorily eligible prior to a hearing but if you request voluntary departure you waive your right to a hearing.
  - o *It is your responsibility to inform an ICE Officer that you request voluntary departures.*

Revised November 2016

CCOG00019570

Exhibit 24 - Page 577

## Contact Consulates

**ICE procedures to access direct/free consulate numbers are posted inside every housing unit.**

# Department of Homeland Security
# Immigration and Customs Enforcement

You are in the custody of Department of Homeland Security (DHS),
Immigration and Customs Enforcement (ICE), Office of Enforcement and
Removal. While in custody you have the right to an environment that
provides for your safety, care and well-being.

While in custody, if you are subjected to conditions of confinements that are
abusive or you feel violate your civil rights, you have the right to file a
complaint or request assistance to remedy your problem.

---

The DHS Office of the Inspector General wants to work with DHS
Employees and the public to protect the integrity, effectiveness and
efficiency of DHS programs.

As a detainee under the custody and care of ICE, you may report allegations
of abuse and civil rights violations along with officer misconduct directly
to the OIG using one of the following methods. Your communication with the OIG is
confidential.

---

**DHS OIG HOTLINE**

73                          Revised November 2016

CCOG00019571

Exhibit 24 - Page 578

**Write To:**
245 Murray Drive, S.E., Building 410
Washington, D.C. 20538

**Email To:**
DHSOIGHOTLINE@DHS.GOV

**Or Telephone:**
1-800-323-8603

**You must be able to access this number from any
ICE detention facility Toll Free!**

**Procedure for dialing from your housing unit phone is as follows:**
  **Press 1 for English;**
  **Press 0\*467;**
  **Say Your Name;**
  **Press 1 for English;**
  **Enter your 9 digit detainee number; Dial 518#**

**Important: If you only have an 8 digit number, add a 0 in front of your detainee number to
make it a 9 digit number.**

## Speed Dial number for the OIG Hotline at this facility is Code 518.

74                         Revised November 2016

CCOG00019572

Exhibit 24 - Page 579

## Facts about sexual assault and sexual abuse

## There are many ways to report and seek help

CCA
CORRECTIONS CORPORATION OF AMERICA

*Help us prevent sexual assault and abuse...*

## Preventing Sexual Abuse & Misconduct

## Sex in prisons, jails, and detention facilities is prohibited...

## You are the key to preventing sexual assault and sexual abuse...

## If you or someone you know is a victim, tell

CCOG00019573