# Exhibit 25

# ELOY DETENTION CENTER

# DETAINEE HANDBOOK SUPPLEMENT



## Revised January 15, 2013

CCOG00021164

Exhibit 25 - Page 581

# TABLE OF CONTENTS

|  | Page |
|---|---|
| Introduction of Key Staff | 3 |
| Initial Admission | 5 |
| Property | 8 |
| Classification System | 13 |
| Disciplinary Information | 15 |
| Contraband | 23 |
| Grievance Procedures and Appeal | 24 |
| Official Counts | 26 |
| Access to Medical | 27 |
| Access to Telephone | 29 |
| Visitation | 32 |
| Attorney Visits | 34 |
| Correspondence(Mail) | 35 |
| Finances | 39 |
| Meals | 40 |
| Commissary | 40 |
| Clothing | 41 |
| Razors | 43 |
| Barbering Service | 43 |
| Smoking Policy | 43 |
| Voluntary Work Program | 44 |
| Recreation | 44 |
| Library | 45 |
| Law Library | 45 |
| Religious Services | 46 |
| Marriage Requests | 47 |
| Sexual Assault | 47 |
| Directions to the Facility | 55 |
| Online Detainee Locator System | 55 |
| Legal Orientation Programs | 56 |

Approved: _____ **Signature on file** _____
                        *Warden's Signature*

2

CCOG00021165

Exhibit 25 - Page 582

**INTRODUCTION OF KEY STAFF**

| TITLE | NAME |
|---|---|
| Warden | Mr. C. DeRosa |
| Assistant Warden | Mr. J. Easterling |
| Chief of Security | Mr. K. Booker |
| Assistant Chief of Security | Mr. J. Ruiz |
| Chief of Unit Management | Ms. G. Sween |
| Classification Supervisor | Ms. M. VanNess |
| Chaplain | Ms. R. Beede |
| Business Manager | Ms. B. Ogle |
| Grievance Coordinator | Ms. C. Price |
| Shift Supervisors | Mr. Bollenberg |
| | Mr. Cook |
| | Mr. Amos |
| | Mr. Wead |
| | Mr. Mufti |
| STG Sgt. | Mr. Calderon |
| Unit Managers | Mr. J. Babuca |
| | Mr. F. Sena |
| | Mr. A. Madrid |
| | Ms. R. Bishop |
| | Ms. D. Marrufo |
| Food Service Manager | Ms. C. Green |
| Maintenance Supervisor | Mr. S. Sisson |

**Warden**: He is the final authority on all matters with the facility.  His decisions are based upon guidelines established by CCA, Contracting authorities and sound correctional management.  He is responsible for the total operation and has delegated certain responsibilities and duties to his staff.

The Warden is vitally interested in the overall welfare of the individuals at CCA/EDC (both staff and detainees).  You may see him at various places throughout the facility as he makes his daily rounds.  He makes rounds to meet with both staff and detainees.  Please do not abuse this privilege.  If you have a legitimate complaint, address it with your Counselor, Case Manager, Unit Manager, Chief of Unit Management or Security Supervisors before continuing with your request to the Warden.

**Assistant Warden**: He is primarily interested in the overall welfare of the individuals at CCA/EDC (both staff and detainees).  You may see him at various places around the facility, as he makes his daily tours.  He is available to handle the matters that cannot be resolved by the appropriate staff members.  He should be the one you consult your problems with before approaching the Warden with formal complaints.

**Chief of Security/Assistant Chief of Security**: They are responsible for maintaining the security of the institution and are in charge of correctional services.

**Chief of Unit Management**: She is responsible for the units and detainee programming opportunities.  Programs include case management, classification, programs and jobs.

**Classification Supervisor**- She reviews all classification documentation.

**Shift Supervisor**: They are responsible for the supervision of the administrative and operational security activities on a specific shift.

**Assistant Shift Supervisor**: They assist the Shift Supervisor in the supervision of the administrative and operational activities in a correctional facility.

CCOG00021166

Exhibit 25 - Page 583

**Unit Managers**:  The Unit manager is the administrative head of the unit and in that capacity is accountable for all detainees, staff and events in the unit and those events impacting staff and detainees assigned to the unit.

**Case Managers**: The case manager provides case management and counseling services to detainees.  This position assists the detainee in becoming aware of strengths and needs in adjusting socially their environment.

**Correctional Counselor:**  The unit counselor is responsible for addressing daily living issues of detainees before they expand into incidents and to ensure that services and programs are delivered to detainees assigned to the unit at the time and in the manner as designed.

**Food Service Manager**: She is responsible for the ordering and proper preparation of food by the staff.  Detainee jobs are available, but detainees must be medically cleared before consideration for work.

**Maintenance Supervisor**: He and his staff construct, repair and maintain the entire facility.

**Grievance Coordinator:** She administers the detainee grievance process in accordance with policy and procedures.

**Business Manager:**  She is responsible for all financial management for both institution and detainee monies.   The Business Manager supervises both Commissary and Warehouse.

**Commissary:**  They are responsible for assisting in operation of facility commissary.

**Warehouse Manager**: He directs and coordinates the activities of the warehouse/commissary operation.

**Warden:**  Él es la autoridad final sobre todas las cuestiones con la instalación. Sus decisiones se basan en los lineamientos establecidos por la SEP, las autoridades contratantes y la buena administración correccional. Es el responsable de la total de la operación y ha delegado determinadas responsabilidades y deberes a su personal.

El alcaide está vitalmente interesada en el bienestar general de los individuos en el CCA / EDC (tanto personal y detenidos). Usted puede verlo en varios lugares en toda la instalación como lo hace su ronda diaria. Él hace rondas para reunirse con el personal y los reclusos. Por favor, no abuse de este privilegio. Si usted tiene una queja legítima, la dirección con su Consejero, Administrador, Unidad Manager, Jefe de la Dependencia de Gestión o Supervisores de Seguridad antes de continuar con su petición al alcaide.

**Asistente de Warden**: Él es el principal interesado en el bienestar general de los individuos en el CCA / EDC (tanto personal y detenidos). Usted puede verlo en varios lugares alrededor de la instalación, como él hace su diario de viajes. Él está disponible para manejar los asuntos que no pueden ser resueltos por los funcionarios. Él debe ser el que usted consulte con su problemas antes de dirigirse con el alcaide con denuncias formales.

**Jefe de Seguridad / Asistente de Jefe de Seguridad**: Son responsables de mantener la seguridad de la institución y están a cargo de los servicios penitenciarios.

**Jefe de la Unidad de Gestión**: Ella es responsable de las unidades y detenido oportunidades de programación. Los programas incluyen la gestión de los casos, la clasificación, los programas y el empleo.

**Clasificación Supervisor**: Ella todos los comentarios de clasificación de documentación.

**Shift Supervisor**: Son responsables de la supervisión de los órganos de administración y actividades relacionadas con la seguridad operacional en un determinado turno.

**Asistente Shift Supervisor**: Ayudan a los Shift Supervisor en la supervisión de los órganos de administración y las actividades operacionales en un establecimiento penitenciario.

**Unidad de Administradores**: La Dependencia es el gerente administrativo jefe de la unidad y en tal carácter es responsable de todos los detenidos, el personal y los acontecimientos en la unidad y los hechos que afecten a los detenidos y el personal asignado a la unidad.

**Administradores de casos**: el caso Manager proporciona gestión de casos y servicios de asesoramiento a los detenidos. Esta posición ayuda a la persona detenida en cuanto tenga conocimiento de las fortalezas y necesidades de adaptación a su entorno social.

4

CCOG00021167

Exhibit 25 - Page 584

**Consejero Correccional**: El consejero de unidad es la responsable de resolver cuestiones de la vida diaria de los detenidos antes de que se amplie en los incidentes y para garantizar que los servicios y programas se entregan a los detenidos asignados a la unidad en el momento y en la forma tal como está establecido.

**Food Service Manager**: Es el responsable de los pedidos y la preparación adecuada de alimentos por el personal. Detenidos puestos de trabajo están disponibles, pero los detenidos deben ser médica antes del examen para el trabajo.

**Supervisor de mantenimiento**: Él y su personal, construir, reparar y mantener toda la instalación.

**Coordinador de Quejas**: Se administra el proceso interno de quejas de conformidad con la política y procedimientos.

**Gerente de Negocios**: Ella es responsable de todos los de gestión financiera para ambas instituciones y el dinero detenido. El Gerente de Negocios supervisa tanto Economato y bodega.

**Comisario**: Son responsables de la asistencia en la operación de instalación de economato.

**Warehouse Manager**: Dirige y coordina las actividades del almacén / economato operación.

---

**INITIAL ADMISSION**

Eloy Detention Center houses detainees for Immigration and Customs Enforcement (ICE). This is a campus-style facility with individual housing units. Each housing unit is sectioned in to five individual living pods with a dayroom in each pod for general activities. There are also Special Management Units located within the facility to house detainees with Administrative and Disciplinary segregation requirements which would pose a safety and security risk to all who are housed here. The facility is secured by dual security fences. No detainee is allowed within ten feet of the inner perimeter fence.

While housed at Eloy Detention Center, if you are in need of interpretive services for essential communication, please contact your housing unit staff.

Immigration and Customs Enforcement local contact information:

U. S. Department of Homeland Security
1705 E. Hanna Road
Eloy, AZ  85131

Telephone number: (520) 464-3000

Phoenix Field Office contact information:

2035 N. Central Ave.
Phoenix, AZ 85004

Your initial issue of clothes shall be limited to:

| | |
|---|---|
| Shirts: | 2 |
| Pants: | 2 |
| Underwear: | 4 |
| Socks(pair): | 4 |
| Shoes(pair): | 1 |

Your issue of personal hygiene items is:

| | |
|---|---|
| Toothbrush: | 1 |
| Toothpaste: | 1 |
| Soap: | 1 |
| Toilet Paper: | 1 |
| Razor upon request | |

5

CCOG00021168

Exhibit 25 - Page 585

**Staff-Detainee Communication:**
You may submit written questions, requests, or concerns to facility or ICE/DRO staff using a Detainee Request Form. In addition you may file a written request or complaint with ICE regarding your treatment at a facility using the Detainee Request Form. You may request this form from your housing officer. These forms are collected a minimum of twice a week and are forwarded to the ICE office with responsibility for your care and well-being. ICE is required to respond within three business days to your request or to notify you if your request cannot be responded to within three business days. In the absence of forms you may use a sheet of paper.

To prepare your request, you may obtain assistance from another detainee, your housing officer, or other facility staff. If you choose, you may seal the request in an envelope that is clearly addressed with the name, title and/or office to which the request is to be forwarded. Your request will be promptly routed and delivered to the appropriate officials by staff (not by detainees) without reading, alteration, or delay.

While you are in custody, you have the following rights and responsibilities:
• You have the right to be informed of the rules, procedures and schedules concerning the operation of the facility where you are detained.
***You have the responsibility to know them and abide by them.***
• You have the right to freedom of religious affiliation and to voluntary religious worship that does not detrimentally affect others or the order and security of the facility.
***You have the responsibility to recognize and respect the rights of other religious groups and/or beliefs.***
• You have the right to reasonable care. You have the right to be held in acceptable conditions of confinement, which includes nutritious meals, proper bedding and clothing, a regular laundry schedule, an opportunity to shower regularly, proper ventilation for warmth and fresh air, a regular exercise period, toilet articles and medical treatment.
***It is your responsibility not to waste food, to follow the laundry and shower schedules, maintain neat and clean living quarters, and to seek medical care as needed.***
• You have the right to receive visits from family members and friends, according to the facility's rules and schedules.
***It is your responsibility to conduct yourself properly during visits and to not accept or pass contraband.***
• You have the right to legal counsel from an attorney of your choice by means of interviews and correspondence, at no cost to the U.S. government.
***It is your responsibility to obtain the services of an attorney.***
• You have the right to unrestricted and confidential access to your attorney and the courts by correspondence.
***Presentation of your case is your responsibility, in consultation with your attorney.***
• You have the right to use law library reference materials to assist you in resolving legal problems. You also have the right to receive help, when it is available, through a legal assistance program.
***It is your responsibility to use those resources according to the prescribed procedures and schedule, and to respect the rights of other detainees to use of the materials.***
• You have the right to a wide range of reading material for educational purposes and for your own enjoyment.
***It is your responsibility to use these materials for personal benefit, without depriving others of their equal rights to the use of this material.***
• You may have the right to participate in a work program, depending on your detention location.
***You have a responsibility to take advantage of work opportunities and activities that may help you live more successfully within the facility and the community. You are expected to abide by the regulations governing the use of such activities.***
• You have the right to an administrative hearing before an immigration judge, depending on the particular facts and circumstances of your case. Alternative removal proceedings (as authorized by statute) may be used to determine your status in the United States. Should you have any questions in these areas, you should discuss them with your deportation officer.
***Presentation of your case is your responsibility, in consultation with your attorney.***
• You may be authorized for release on bond until your scheduled administrative hearing.
***It is your responsibility to arrange methods of payment for your bond.***
• You have the right to apply for political asylum if you believe that you could be persecuted in your native country because of your race, religion, or nationality, your membership in a particular social group, or your political opinions.
***It is your responsibility to prepare and submit the proper forms requesting consideration for political asylum in the United States.***
• You have the right to request voluntary departure, if statutorily eligible, prior to a hearing. If voluntary departure is granted, you waive your right to have your case presented at a hearing.
***It is your responsibility to inform an ICE officer that you request voluntary departure.***

6

CCOG00021169

Exhibit 25 - Page 586

• Each facility must provide you with a list of rules regarding the operation of the facility where you are detained. The facility must also provide you with reasonable information regarding all of the subjects covered in this handbook relating to non-security related operations of that facility.

*It is your responsibility to act responsibly and follow the rules of the facility and lawful instructions of the staff. The failure to follow these rules and instructions may result in disciplinary action being taken against you, as necessary, to ensure the order and security of the facility. ICE officers will visit all housing units weekly. You should discuss any issues of concern with those officers. You should have a reasonable expectation that they will respond appropriately to your request for information or assistance.*

---

Eloy casas Centro de Detención de los detenidos de Inmigración y Aduanas (ICE). Este es un campus con instalaciones de estilo de unidades de vivienda individuales. Cada unidad de vivienda es seccionada en cinco vainas de vida individual con un salón social en cada vaina de las actividades en general. También existen las Unidades Especiales de Gestión ubicado en las instalaciones para albergar a detenidos con requisitos administrativos y segregación disciplinaria que podría constituir un riesgo para la seguridad y la seguridad a todos los que se alojan aquí. La instalación está protegida por cercas de seguridad doble. Ningún detenido se le permite un plazo de diez metros de la valla del perímetro interior.

Si bien su sede en el Centro de Detención Eloy, si usted está en necesidad de servicios de interpretación para la comunicación esencial, por favor póngase en contacto con personal de la unidad de vivienda.

Inmigración y Aduanas de la información Aplicación de contacto local:

U. S. Department of Homeland Security
1705 E. Hanna Road
Eloy, AZ 85131

Teléfono: (520) 464-3000

Phoenix Oficina de Campo de la información de contacto:

2035 N. Central Ave,
Phoenix, AZ 85004

Su tema inicial de la ropa se limitará a:

Camisas: 2
Pantalones: 2
Ropa interior: 4
Calcetines (par): 4
Zapatos (par): 1

Su tema de artículos de higiene personal es:

Cepillo de dientes: 1
Pasta de dientes: 1
Jabón: 1
Papel higiénico: 1
Navaja bajo petición

**Comunicación Personal-Detenidos:**

Usted puede enviar sus preguntas por escrito, peticiones o inquietudes a las instalaciones o ICE / DRO personal utilizando un formulario de Solicitud de Detenidos. Además usted puede presentar una solicitud por escrito o queja con el ICE con respecto a su tratamiento en una instalación utilizando el Formulario de Solicitud de Detenidos. Usted puede solicitar esta forma de su oficial de vivienda. Estos formularios se recogen un mínimo de dos veces por semana y se remiten a la oficina del ICE con la responsabilidad de su cuidado y bienestar. ICE está obligado a responder en el plazo de tres días hábiles a su solicitud o para que le notifique si su solicitud no puede ser respondida dentro de los tres días hábiles. En la ausencia de formas que puede utilizar una hoja de papel.

Para preparar su solicitud, puede obtener ayuda de otro detenido, su oficial de vivienda, o el personal de otro centro. Si lo desea, puede sellar la solicitud en un sobre que se dirige claramente con el nombre, título y / o cargo para el cual la

CCOG00021170

Exhibit 25 - Page 587

petición debe ser remitida. Su solicitud será rápidamente derrotado y entregado a los funcionarios competentes por el personal (no por los detenidos) sin necesidad de leer, alteración o retraso.

Mientras que usted está bajo custodia, usted tiene los siguientes derechos y responsabilidades:
• Usted tiene el derecho a ser informados de las normas, procedimientos y programas relativos a la opera ¬ ción de la instalación donde se encuentra detenido.
Usted tiene la responsabilidad de conocer y cumplir con ellas.
• Usted tiene el derecho a la libertad de afiliación ¬ ción religiosa y de culto religioso voluntarias que no son perjudiciales para los demás o el orden y la seguridad de la instalación.
Usted tiene la responsabilidad de reconocer y respetar los derechos de otros grupos religiosos y / o creencias.
• Usted tiene el derecho a un cuidado razonable. Usted tiene el derecho a ser mantenidos en condiciones aceptables de con-confinamiento, que incluye comidas nutritivas, ropa de cama y ropa adecuados, un calendario regular del lavadero, una oportunidad para ducharse regularmente, ventilación adecuada ¬ ción de calor y aire fresco, un período de ejercicio regular , artículos de tocador y tratamiento médico.
Es su responsabilidad de no desperdiciar comida, seguir los horarios de lavandería y ducha, ¬ viven mantener limpio y ordenado ING cuartas partes, y buscar atención médica cuando sea necesario.
• Usted tiene el derecho a recibir visitas de sus familiares y amigos, de acuerdo a las normas de las instalaciones y los horarios.
Es su responsabilidad de comportarse correctamente durante las visitas y no aceptar o pasar de contrabando.
• Usted tiene el derecho a la asistencia legal de un en ¬ Torney de su elección a través de entrevistas y correspondencia, sin costo alguno para el gobierno de EE.UU..
Es su responsabilidad de obtener los servicios de un abogado.
• Usted tiene el derecho de acceso no restringido y confidencial con su abogado y los tribunales por correspondencia.
Presentación de su caso es su responsabilidad, en consulta ¬ ción con su abogado.
• Usted tiene el derecho a utilizar la ley de la colección de materiales de referencia para ayudar a resolver problemas legales. Usted también tiene derecho a recibir ayuda, cuando está disponible, a través de un programa de asistencia jurídica.
Es su responsabilidad de utilizar los recursos de acuerdo con los procedimientos previstos y el calendario, y de respetar los derechos de los otros detenidos a la utilización de los materiales.
• Usted tiene el derecho a una amplia gama de ma ¬ terial de lectura para los propósitos educativos y para su propio disfrute.
Es su responsabilidad de usar estos materiales para su beneficio personal, sin privar a otros de su igualdad de derechos al uso de este material.
• Usted puede tener el derecho a participar en un programa de trabajo, dependiendo de la zona de detención.
Usted tiene la responsabilidad de aprovechar las oportunidades de trabajo ¬ oportunidades y actividades que pueden ayudarle a vivir con más éxito dentro de la institución y la comunidad. Se espera cumplir con la normativa que regula el uso de dichas actividades.
• Usted tiene el derecho a una audiencia administrativa ante un juez de inmigración, en función de los hechos y circunstancias particulares de su caso. procedimientos alternativos de eliminación (según lo autorizado por la ley) se puede utilizar para determinar su estatus en los Estados Unidos. Si usted tiene alguna pregunta en estas áreas, usted debe hablar con su oficial de deportación.
Presentación de su caso es su responsabilidad, en consulta ¬ ción con su abogado.
• Es posible que se autorice la liberación bajo fianza hasta la audiencia administrativa prevista.
Es su responsabilidad de organizar métodos de pago de su fianza.
• Usted tiene derecho a solicitar asilo político si usted cree que podría ser perseguido en su país natal debido a su raza, religión o nacionalidad, su pertenencia a un determinado grupo social o sus opiniones políticas.
Es su responsabilidad de preparar y presentar los formularios solicitando la consideración de asilo político en Estados Unidos.
• Usted tiene el derecho de solicitar la salida voluntaria, si es legalmente elegible, antes de la audiencia. Si se concede la salida voluntaria, usted renuncia a su derecho a que su caso sea presentado en una audiencia.
Es su responsabilidad de informar a un oficial de ICE que solicitar la salida voluntaria.
• Cada institución debe proporcionarle una lista de normas relativas al funcionamiento de la instalación donde se encuentra detenido. La instalación también debe proporcionarle la información, sobre todos los temas tratados en este manual relativas a la no seguridad de las operaciones relacionadas de esa instalación.
Es su responsabilidad de actuar de manera responsable y seguir las reglas de la instalación y las instrucciones legales del personal. El incumplimiento de estas normas e instrucciones puede resultar en acción disciplinaria en su contra, según sea necesario, para garantizar el orden y la seguridad de la instalación. oficiales de ICE visitará todas las unidades de vivienda por semana. Usted debe hablar de cualquier asunto de interés con los funcionarios. Usted debe tener una expectativa razonable de que van a responder adecuadamente a su solicitud de información o asistencia.

8

CCOG00021171

Exhibit 25 - Page 588

**PROPERTY**

**Mailing and Storage of Personal Property:**

Eloy Detention Center may make shipping arrangements for the excess personal property of detainees requiring such help; the facility will assume the cost if you cannot afford postage. If you refuse to cooperate by providing an appropriate mailing address, or are financially able but unwilling to pay the postage, the Warden may dispose of the property after providing you with written notice. However; if your failure to specify a shipping address is because an appropriate mailing address does not exist, the facility will store the property for you.

**Transfer, Removal, or Release:**

At the time of transfer, removal or release, you will present a copy of your receipt(s) for all receipted property.
Depending on the size and kind of funds/valuables listed on the property receipt(s), staff shall conduct checks as follows:
- Small valuables: match the contents of the property envelope against the itemized list on all copies of the property receipt(s).
- Large valuables: match the tag against the description on all copies of the property receipt(s).
- Negotiable instruments: match the negotiable instruments against the description on all copies of the property receipt(s)
- Cash Funds: compare the fund description(s) on the funds receipt.
After the proper checks above, the shift supervisor will verify and the property officer shall return all property to you. You will then sign the property receipt(s) indicating your receipt of all funds and personal property due to you.
At Eloy Detention Center, your funds are returned in the form of cash at release/transfer.

**Lost or Damaged Property:**

Property that has been lost or damaged due to CCA employee negligence will be eligible for claim investigation.
If you wish to request an investigation of property that has been lost or damaged due to CCA employee negligence, you must complete Page 1 of the 14-6D Lost/Damaged/Stolen Property Claim and forward it to the Property Officer. All claims must be submitted within seven (7) calendar days of the incident.
Verification of proof of ownership and value must occur immediately upon investigation.

A copy of this policy will be available in the library.

While at this facility you are permitted to retain the following items. Allowable clothing is limited to facility-issued clothing or items purchased through the commissary only. For approved religious items, see your housing unit staff.

| ITEM | ALLOWED | ITEM | ALLOWED |
|---|---|---|---|
| **CLOTHING (no logos)** | | **MEDICAL** | |
| Shoes, shower | 1 | Eyeglasses | 1 |
| Shoes, work/dress (no heels) | 1 | Eyeglass Case | 1 |
| Shoes, Athletic (i.e. sneakers) | 1 | Prostheses (as prescribed) | |
| Athletic Supporter (jock strap) | 1 | Equipment (canes, crutches, etc - ) | As Authorized by HS |
| Underwear (briefs / boxers) | 4 | Hearing Aide | As Authorized by HS |
| Socks or Hosiery (knee-highs) | 4 | Medication | As Authorized by HS |
| T-Shirts/Undershirts (white - no pocket) | 3 | Arch Supports | 1 pair |
| Coat / Jacket (seasonal) | 1 | **HYGIENE** | |
| Sweat Pants | 1 | Toothbrush (non-electric) | 1 |
| Sweat Shirt (pullover - no hood) | 1 | Toothbrush Holder | 1 |
| Gym Shorts | 3 | Denture Cup | 1 |
| Hat (baseball style cap) | 1 | Soap Dish | 1 |
| Cap (knit skull cap/toboggan) | 1 | Shower Cap | 1 |
| Handkerchief (white only) | 3 | Tweezers, blunt | 1 |
| Uniform Trousers (facility issue only) | 2 | Fingernail Clippers (under 2" w/o file) | 1 |
| Uniform Shirts (facility issue only) | 2 | Mirror (plastic) | 1 |
| Gloves (knit) | 1 | **RECREATION** | |

9

CCOG00021172

Exhibit 25 - Page 589

| Extra Shoestrings / Laces | 1 | Board Games (chess, checkers, etc) | 2 |
|---|---|---|---|
| Bras (females only - no wires) | 4 | Playing Cards | 2 |
| Panties (females only) | 4 | Jigsaw Puzzle | 2 |
| **LINENS** | | Gloves, Weightlifting (fingerless) | **1 pair** |
| Flat/Fitted Sheets (facility issued only) | 2 | Gloves, Handball (fingerless) | **1 pair** |
| Blankets (facility issued only) | 1 | Handballs (1 can) | **1 can** |
| Towels | 1 | Mouth Piece | 1 |
| Washcloths | 2 | **JEWELRY** | |
| Pillow (personal must be flame retardant) | 1 | Wedding Band (plain - no stone) | 1 |
| Pillow Case (facility issued only) | 1 | Watch & Band (no stones- $50. max value) | 1 |
| Laundry Bag (facility issued only) | 1 | Religious Medallion ($50. max value) | 1 |
| Mattress (facility issued only) | 1 | Rosary | 1 |
| **HAIR CARE PRODUCTS** | | Necklace / Chain ($50. max value) | 1 |
| Comb | 1 | **ELECTRICAL / AUDIO** | |
| Brush (hair / club) | 1 | Walkman | 1 |
| Afro Pick (plastic, small flexible) | 1 | Headphones | 1 |
| Hair Net | 3 | Headphones Extension | 1 |
| **STATIONARY/EDUCATIONAL/READING MATERIALS** | | Headphone Pad replacements | **1 pair** |
| Address Book | 1 | Batteries, "AA" (each) | 2 |
| Photo Album | 1 | Batteries, "AAA" (each) | 2 |
| Calculator (battery or solar only) | 1 | Language Translator (battery or solar) | 2 |
| Ruler | 1 | **COMMISSARY** | |
| **MISCELLANEOUS HOUSEHOLD ITEMS** | | Candies | 5 |
| Bowl, cereal  (plastic) | 2 | Chips | 2 |
| Bowls w/ Lids (plastic) | 2 | Coffee | 2 |
| Spoon | 2 | Drink Mix | 2 |
| Spork | 2 | Crackers | 4 |
| Drinking Cup/Mug (plastic) | 2 | Fish Products | 5 |
| Utility Hooks | 3 | Ramen Soup | 15 |
| **MISCELLANEOUS ITEMS** | | Peanut Butter | 2 |
| Lock (combination or plastic security) | 1 | | |
| Lens Cloth | 1 | | |
| Jug (plastic 1 gallon) | 1 | | |

Correo y almacenamiento de bienes personales:
Eloy Centro de Detención de envío pueden hacer arreglos para el exceso de bienes personales de los detenidos que requieren ese tipo de ayuda; la instalación asumirá el costo si usted no puede pagar gastos de envio. Si se niegan a cooperar, proporcionando una dirección de correo postal, o están en condiciones financieramente, pero no quieren pagar los gastos de envío, el director podrá disponer de los bienes después de que le proporciona notificación por escrito. Sin embargo, si su fracaso para especificar una dirección de envío es porque una dirección de correo no existe, la instalación de almacén de la propiedad para usted.
Traslado, mudanza, o de lanzamiento:
En el momento de la transferencia, traslado o liberación, se presente una copia de su recibo (s) de recibo de todos los bienes.
Dependiendo del tamaño y tipo de fondos o valores de propiedad que aparecen en el recibo (s), el personal llevará a cabo los controles de la siguiente manera:
- Los pequeños valores: coincidir con el contenido de la propiedad en contra de la dotación lista detallada de todas las copias del recibo de propiedad (s).
- Los grandes valores: la etiqueta de partido en contra de la descripción que figura en todas las copias del recibo de propiedad (s).
- Títulos negociables: el partido en contra de los instrumentos negociables en la descripción de todas las copias del recibo (s)

CCOG00021173

Exhibit 25 - Page 590

- Efectivo fondos: Comparar la descripción de fondos (s) de recepción de los fondos.

Controles después de la anterior, el supervisor de turno verificará la propiedad y deberá devolver todos los bienes a usted. A continuación, firmar el recibo de propiedad (s) que indique el recibo de todos los fondos y bienes personales, debido a usted.

Centro de Detención en Eloy, sus fondos se devolverán en forma de efectivo en la liberación o transferencia.

Bienes perdidos o dañados:

Propiedad que se ha perdido o dañado debido a la negligencia de CCA empleado será elegible para la reclamación de investigación.

Si desea solicitar una investigación de la propiedad que se ha perdido o dañado debido a la negligencia de CCA empleado, debe completar la página 1 del 14-6D Perdidos / Daños o reclamación de propiedad robada, y lo remitirá a la Oficial de la Propiedad. Todas las reclamaciones deben ser presentadas dentro de los siete (7) días calendario de los hechos.

Verificación de la prueba de la propiedad y el valor debe ocurrir inmediatamente después de su investigación.

Una copia de esta política estará disponible en la biblioteca.

Si bien en esta planta se le permite mantener los siguientes temas. La ropa admisible se limita a las instalaciones emitida por la ropa o los artículos comprados a través de la cooperativa única. Por aprobada artículos religiosos, consulte a su personal de la unidad de vivienda.

| TEMA | PERMTIDO | | TEMA | PERMITIDO |
|---|---|---|---|---|
| ROPA (sin logos) | | | MÉDICOS | |
| Zapatos, ducha | 1 | | Anteojos | 1 |
| Zapatos, el trabajo y la vestimenta (sin tacones) | 1 | | Caso de anteojos | 1 |
| Zapatos, Athletic (es decir, zapatillas) | 1 | | Prótesis (en la forma prescrita) | |
| Athletic Supporter (jock correa) | 1 | | Equipo (bastones, muletas, etc -) | Como autorizado por HS |
| Ropa interior (calzoncillos / boxers) | 4 | | Audiencia Aide | Como autorizado por HS |
| Calcetines o calcetería (rodilla-altos) | 4 | | Medicación | Como autorizado por HS |
| T-Shirts/Undershirts (blanco - no de bolsillo) | 3 | | Arch Apoya | 1 par |
| Coat / Jacket (estacional) | 1 | | HIGIENE | |
| Sweat Pants | 1 | | Cepillo de dientes (no eléctrico) | 1 |
| Sweat Shirt (jersey - sin capucha) | 1 | | Titular de cepillo de dientes | 1 |
| Gimnasio cortos | 3 | | Dentadura de la Copa | 1 |
| Sombrero (gorra de béisbol estilo) | 1 | | Soap Dish | 1 |
| Cap (cap unida cráneo / tobogán) | 1 | | Ducha Cap | 1 |
| Pañuelo (blanco) | 3 | | Pinzas, romo | 1 |
| Pantalones Uniforme (instalación cuestión solamente) | 2 | | Los dedos de la mano Clippers (menos de 2 "w / o archivo) | 1 |
| Uniform Shirts (instalación cuestión solamente) | 2 | | Espejo (plástico) | 1 |
| Guantes (unida) | 1 | | RECREATIVO | |
| Extra Shoestrings / Lazos | 1 | | Juegos de mesa (ajedrez, damas, etc) | 2 |
| Bras (sólo para las niñas - sin cables) | 4 | | Naipes | 2 |

11

CCOG00021174

Exhibit 25 - Page 591

| | | | | |
|---|---|---|---|---|
| Bragas (mujeres únicamente) | 4 | Jigsaw Puzzle | 2 |
| La ropa de cama | | Guantes, Halterofilia (fingerless) | 1 par |
| Piso / Equipada Sheets (instalación expedirá únicamente) | 2 | Guantes, balonmano (fingerless) | 1 par |
| Mantas (instalación expedirá únicamente) | 1 | Handballs (1 CAN) | 1 lata |
| Toallas | 1 | Boquilla | 1 |
| Aseo | 2 | JEWELRY | |
| Almohada (personal debe ser retardador de llama) | 1 | Wedding Band (plain - no de piedra) | 1 |
| Caja De la Almohadilla (instalación expedirá únicamente) | 1 | Mira & Band (sin piedras-$ 50. Valor máximo) | 1 |
| Bolsa de lavandería (instalación expedirá únicamente) | 1 | Medallón Religiosos ($ 50. Valor máximo) | 1 |
| Colchones (instalación expedirá únicamente) | 1 | Rosario | 1 |
| Productos para el cuidado del cabello | | Collar / Cadena ($ 50. Valor máximo) | 1 |
| Comb | 1 | ELÉCTRICAS / AUDIO | |
| Brush (pelo / club) | 1 | Walkman | 1 |
| Afro Pick (plástico, flexible pequeño) | 1 | Auriculares | 1 |
| Cabello Net | 3 | Auriculares de Extensión | 1 |
| ESTACIONARIAS / EDUCACIÓN / MATERIALES DE LECTURA | | Pad de auriculares y sustituciones | 1 par |
| Libreta de direcciones | 1 | Baterías, "AA" (cada uno) | 2 |
| Album de fotos | 1 | Baterías, "AAA" (cada uno) | 2 |
| Calculadora (batería solar o solamente) | 1 | El traductor de la lengua (o la batería solar) | 2 |
| Gobernante | 1 | Economato | |
| Diversos artículos para el hogar | | Golosinas | 5 |
| Bowl, cereales (de plástico) | 2 | Chips | 2 |
| Bowls w / Tapas (plástico) | 2 | Café | 2 |
| Spoon | 2 | Mix Drink | 2 |
| Spork | 2 | Galletas | 4 |
| Beber Cup / Mug (plástico) | 2 | Productos Pesqueros | 5 |
| Utilidad Ganchos | 3 | Sopa Ramen | 15 |
| DIVERSOS TEMAS | | Crema de cacahuate | 2 |
| Lock (combinación de plástico o de seguridad) | 1 | | |
| Lens Tela | 1 | | |
| Galón (1 galón de plástico) | 1 | | |

Su primer tema de la ropa se limitará a:

12

CCOG00021175

Exhibit 25 - Page 592

Camisas: 2
Pantalones: 2
Ropa: 3
Calcetines (par): 3
Zapatos (par): 1

Su tema de artículos de higiene personal es el siguiente:

Cepillo de dientes: 1
Pasta de dientes: 1
Jabón: 1
Papel higiénico: 1
Razor que lo soliciten

## CLASSIFICATION SYSTEM

1. After you have been processed by intake, you will be classified in intake.
2. Classification staff will interview and assess all detainees to determine their classification level.
3. Based on the results of classification interview and assessment, all detainees will be placed in a custody level:

Level 1 = (Lowest Threat)
**Level 1 Classification**
- May not be housed with level 3 detainees.
- May not include any detainee with a felony conviction that includes an act of physical violence.
- May not include any detainee with an aggravated felony conviction
- May include detainees with minor criminal records and nonviolent felonies.

Level 2 = (Medium Threat)
**Level 2 Classification**
- May not include any detainee whose most recent conviction was for any offense listed under the "HIGHEST" section of the severity of offense guidelines.
- May not include any detainee with a pattern or history of violent assaults, whether convicted or not. A pattern is considered established for purposes of this guideline when an arrest record reveals two or more arrests in a five year period for assault where force was used against another person with the intent to commit bodily injury.
- May not include and detainee convicted for assault on a correctional officer while in custody or where a previous institutional record suggests a pattern of assaults while in custody.

Level 3 = (Highest Threat)
**Level 3 Classification**
- May include those detainees reclassified from level one and level two due to institutional incidents or changes in classification information.
- May be classified to level two only based on institutional behavior, provided there is not a severe criminal history that includes a history of escape or institutional violence (detainee may be in custody for a minimum of 60 days before reclassification).

Level three detainees are considered a high-risk category requiring medium to maximum security housing. Level three detainees are always monitored and escorted.

The classification system shall assign detainees to the least restrictive housing unit consistent with facility safety and security. By grouping detainees with comparable records together, and isolating those at one classification level from all others, the system reduces non-criminal and non-violent detainees' exposure to physical and psychological danger.

4. After classification assessment is complete you will be assigned to an appropriate general population housing unit in accordance to your classification level.
5. Your classification level may be reclassified based on institutional behavior, additional charges or information received, attempted escape or upon release from segregation status.

13

CCOG00021176

Exhibit 25 - Page 593

6.      The Classification Supervisor will review your file and any supporting information as well as interview you.

**Restrictions:**
1.   Level 1 detainees may work outside the housing units.
2.   Level 2 detainees may work outside the housing units.
3.   Level 3 detainees may not work outside the housing units.

**Appeal**
If you want to appeal your classification level, you must complete a 14-5B Grievance form and submit it to the Grievance Coordinator within 15 days of your classification or reclassification.

**Review, Re-Assessment And Re-Classification**
Once the initial classification is complete the Classification Coordinator will review the classification to ensure for accuracy.  Reclassification is conducted every 60 to 90 days, then 90 to 120 days thereafter.

1. Después de haber sido tratados por la ingesta, se le clasifica en la ingesta.
2. Clasificación entrevista personal y evaluación de todos los detenidos para determinar su nivel de clasificación.
3. Sobre la base de los resultados de la clasificación entrevista y evaluación, todos los detenidos se pondrán en un nivel bajo custodia:

> Nivel 1 = (Menor de amenazas)
> Nivel 1 Clasificación
> • Es posible que no se alojan con nivel 3 de los detenidos.
> • Es posible que no incluya ningún detenido con un delito mayor convicción de que incluye un acto de violencia física.
> • Es posible que no incluya ningún detenido con una convicción de delito grave con agravantes
> • Puede incluir los detenidos con antecedentes penales menores y delitos graves no violentos.
>
> Nivel 2 = (Amenaza mediana)
> Nivel 2 Clasificación
> • Es posible que no incluya ningún detenido, cuya más reciente fue la condena para cualquier ofensa incluidos en el grupo "más alto" de la gravedad de la ofensa directrices.
> • Es posible que no incluya ningún detenido con un patrón o historial de agresiones violentas, ya sea condenado o no. Un patrón se considera establecido a los efectos de esta directriz cuando se registro una detención pone de manifiesto dos o más arrestos en un periodo de cinco años para el asalto, donde se utilizó la fuerza contra otra persona con la intención de cometer lesiones corporales.
> • Es posible que no incluya detenido y condenado por asalto a un oficial correccional durante su detención o cuando un registro institucional anterior sugiere un patrón de agresiones durante su detención.
>
> Nivel 3 = (la más alta de amenazas)
> Nivel 3 Clasificación
> • Puede incluir los detenidos reclasificado de nivel uno y dos a nivel institucional debido a incidentes o cambios en la clasificación de información.
> • Puede ser clasificado a nivel dos, además de basarse en el comportamiento institucional, a condición de que no hay una grave historia criminal que incluye una historia de la fuga o la violencia institucional (puede ser detenido en prisión preventiva durante un mínimo de 60 días antes de la reclasificación).
>
> Nivel tres detenidos son considerados de alto riesgo, categoría mediano que requieren de máxima seguridad a la vivienda. Nivel tres detenidos son siempre acompañado y supervisado.
>
> El sistema de clasificación deberá asignar los detenidos a la menos restrictiva unidad de vivienda en consonancia con las instalaciones de seguridad y protección. Al agrupar los detenidos con los registros comparables en conjunto, y aislar a las personas en un nivel de clasificación de todos los demás, el sistema reduce no penales y no violenta de los detenidos de la exposición a la integridad física y psicológica peligro.

4. Después de la clasificación se ha completado la evaluación se le asignará a una población en general unidad de vivienda de acuerdo a su nivel de clasificación.
5. Su nivel de clasificación pueden ser reclasificados basado en el comportamiento institucional, los cargos adicionales o información recibida, el intento de fuga o de liberación a la segregación.
6. La Clasificación Supervisor revisará su expediente y cualquier información de apoyo, así como entrevista.

14

CCOG00021177

Exhibit 25 - Page 594

**Restricciones:**
Nivel 1 los detenidos pueden trabajar fuera de las unidades de vivienda.
Nivel 2 detenidos pueden trabajar fuera de las unidades de vivienda.
Nivel 3 los detenidos no pueden trabajar fuera de las unidades de vivienda.

**Recurso**
Si desea apelar su nivel de clasificación, deberá completar un formulario de queja 14-5B y lo presentará al Coordinador de reclamos dentro de los 15 días de su clasificación o reclasificación.

**Revisión: Re-evaluación y la Re-Clasificación**
Una vez que la clasificación inicial se haya completado la Clasificación Coordinador revisará la clasificación para asegurar su exactitud. La reclasificación se lleve a cabo cada 60 a 90 días, luego 90 a 120 días después.

## DISCIPLINARY INFORMATION

Rules of Conduct/ disciplinary Procedures: you are expected to abide by established rules and facility schedules during your time at Eloy Detention Center. These rules are posted in each housing unit and should be thoroughly reviewed immediately upon housing assignment.

A list of offenses and sanctions is included in the rules of conduct. There will be an informal and formal discipline program. The informal procedure addresses minor infractions. The formal process will handle more serious offenses. If you are involved in an incident that results in formal charges being place on you, you will be given written notice of the charges and allowed a reasonable amount of time (24 hours) to prepare for the hearing. A hearing will be held at which time you may request assistance from an interpreter if necessary. You may call witnesses, as long as it does not endanger institutional safety.

You have the right to appeal the disciplinary hearing decision by using the Detainee Grievance procedure within 5 days of the decision and disposition.

**Drug Surveillance:** This facility operates a drug surveillance program that includes suspect and random testing.  Refusal to provide a urine sample will result in disciplinary action.

**You shall have the right to the following:**
The right to protection from personal abuse, corporal punishment, unnecessary or excessive use of force, personal injury, disease, property damage, and harassment;
The right of freedom from discrimination based on race, religion, national origin, sex, sexual orientation, handicap, or political beliefs;
The right to pursue a grievance in accordance with procedures provided in the Handbook without fear of retaliation;
The right to correspond with persons or organizations, consistent with safety, security, and the orderly operation of the facility; and
The right to due process, including the prompt resolution of a disciplinary matter.

OFFENSE AND PENALTY CODE (ICE)
GREATEST CATEGORY

| CODE | PROHIBITED ACTS | | SANCTIONS |
|------|-----------------|---|-----------|
| 100 | Killing | A. | Initiate criminal proceeding |
| 101 | Assaulting any person (Includes sexual assault) | B. | Disciplinary transfer (Recommended) |
| | | | Disciplinary Segregation (up to 60 |
| 102 | Escape from escort | C. | days) |
| | Escape from a secure Institution | D. | Make monetary restitution |
| 103 | Setting a fire (charged with this act in this category only when found to pose a threat to life or a threat of serious bodily harm or in furtherance of a prohibited act of greatest severity (e.g. in furtherance of a riot or escape; otherwise the charge is properly classified code 218 or 321) | | |

15

CCOG00021178

Exhibit 25 - Page 595

104 Possession or introduction of a gun, firearm, weapon, sharpened instrument, knife, dangerous chemical, explosive or any ammunition
105 Rioting
106 Encouraging others to riot
107 Taking hostage(s)

108 Assaulting a staff member or any law enforcement officer

109 Threatening a staff member or any law enforcement officer

198 Interfering with a staff member in the performance of their duties (Conduct must be of the greatest severity in nature). This charge is to be used only when another charge of greatest severity is not applicable.

199 Conduct which disrupts or interferes with the security or orderly running of the facility (conduct must be of the greatest severity in nature). This charge is to be used only when another charge of greatest severity is not applicable.

OFFENSE AND PENALTY CODE (ICE)
HIGH CATEGORY

| CODE | PROHIBITED ACTS | | SANCTIONS |
|------|-----------------|---|-----------|
| 200 | Escape from unescorted activities in an open facility and/or from a secure facility without violence | A. | Initiate criminal proceedings |
| 201 | Fighting, boxing, wrestling, sparring and any other form of physical encounter including horseplay, which causes or could cause injury to another person except as a part of an approved recreational or athletic activity | B. | Disciplinary Transfer (recommended) Disciplinary Segregation (up to 30 days) |
| 202 | Possession or introduction of an unauthorized tool. | C. | |
| 203 | Loss, misplacement, or damage of any restricted tool. | D. | Monetary Restitution |
| 204 | Threatening another with bodily harm or any other offense | E. | Loss of privileges (commissary, movies, recreation, etc.) |
| 205 | Extortion, blackmail, protection, demanding or receiving money or anything of value in return for protection against others, to avoid bodily harm or under threat of informing. | F. | Change housing (quarters) |
| 206 | Engaging in sexual acts | G. | Remove from program and/or group activity |
| 207 | Making sexual proposals or threats to another | H. | Loss of job |
| 208 | Wearing a disguise or mask | I. | Impound and store detainees personal property |
| 209 | Tampering with or blocking any lock device | J. | Confiscate contraband |
| 210 | Adulteration of any food or drink | K. | Restrict to quarters |
| 211 | Possession, introduction or use of any narcotics, narcotic paraphernalia, or drugs not prescribed for the individual by medical staff. | | |
| 212 | Possessing any officer's or staff clothing | | |
| 213 | Engaging in or encouraging a group demonstration | | |
| 214 | Encouraging others to refuse to work, or to participate in a work stoppage. | | |
| 215 | Refusing to provide a urine sample or to take part in other drug-abuse testing | | |
| 216 | Introduction of alcohol into the facility | | |

16

CCOG00021179

Exhibit 25 - Page 596

217 Giving or offering an official or staff member a bribe, or anything of value

218 Giving money to, or receiving money from, any person for purposes of introducing contraband or for any other illegal or prohibited purposes.

Sanctions A-K

219 Destroying, altering or damaging government property, or the property of another person, having a value in excess of $100.00

220 Being found guilty of 3 or more of ay combination of high, moderate, or low moderate categories within a 90 day period.

221 Signing, preparing, circulating or soliciting support for group petitions

222 Possession or introduction of any incendiary device including but not limited to matches, lighters, etc.

223 Any acts which may cause endangerment to people or property

298 Interfering with a staff member in the performance of their duties (Conduct must be of the High severity nature). This charge is to be used only when another charge of high severity is not applicable.

299 Conduct which disrupts or interferes with the security or orderly running of the facility (conduct must be of the high severity nature). This charge is only to be used when another charge of High severity is not applicable.

OFFENSE AND PENALTY CODE (ICE)
HIGH MODERATE CATEGORY

| CODE | PROHIBITED ACTS | | SANCTIONS |
|------|-----------------|---|-----------|
| 300 | Incident exposure | A. | Initiate criminal proceedings |
| 301 | Stealing (theft) | B. | Disciplinary Transfer (recommended) |
| 302 | Misuse of authorized medication | C. | Disciplinary Segregation (up to 72 hours) |
| 303 | Loss, misplacement or damage of a restricted tool | D. | Monetary Restitution |
| 304 | Loaning of property or anything of value for profit or increased return | E. | Loss of privileges; commissary, movies, recreation, etc. |
| 305 | Possession anything not authorized for retention or receipt by the detainee, and not issued to him through regular channels | F. | Change housing (quarters) |
| 306 | Refusing to clean assigned living quarters | G. | Remove from program and/or group activity |
| 307 | Refusing to obey an order by any staff member (may be categorized and discharged in terms of greater severity, according to the nature of the order being disobeyed; e.g. failure to obey an order which furthers a riot would be charged as 105-rioting; refusing to obey and order which furthers a fight would be charged as 20-fighting; refusing to provide a urine sample would be charged as code 215.) | H. | Loss of job |
| 308 | Insolence towards a staff member | I. | Impound and store detainees personal property |
| 309 | Lying or providing a false statement to a staff member | J. | Confiscate contraband |

17

CCOG00021180

Exhibit 25 - Page 597

|  |  |  |  |
|---|---|---|---|
| 310 | Counterfeiting, forging or unauthorized reproduction of any document, article of identification, money, security or official paper (may be categorized in terms of severity according to the nature of the item being reproduced; e.g. counterfeiting release papers to effect escape, Code 102 or Code 200) | K. | Restrict to housing unit |
| 311 | Participating in an unauthorized meeting or gathering. | L. | Reprimand |
| 312 | Being in an unauthorized area | M. | Warning |
| 313 | Failing to stand count |  |  |
| 314 | Interfering with the taking of count |  |  |
| 315 | making, possessing or using intoxicants |  |  |
| 316 | Refusing to breathe into a breathalyzer or other method of alcohol or abuse testing |  |  |
| 317 | Gambling |  |  |
| 318 | Preparing or conducting a gambling pool |  |  |
| 319 | Possession of gambling paraphernalia |  |  |
| 320 | Unauthorized contacts with the public |  |  |
| 321 | Giving money or anything of value to, or accepting money or anything of value from another detainee or any other person without staff authorization |  |  |
| 322 | Destroying, altering or damaging government property or the property of another person having a value of $100.00 or less. |  |  |
| 398 | Interfering with a staff member in the performance of their duties (Conduct must be of the moderate severity nature). This charge is to be used only when another charge of moderate severity is not applicable. |  |  |
| 399 | Conduct which disrupts or interferes with the security or orderly running of the facility (conduct must be of the moderate severity nature). This charge is to be used only when another charge of the moderate severity is not applicable. |  |  |

OFFENSE AND PENALTY CODE (ICE)
LOW CATEGORY

| CODE | PROHIBITED ACTS |  | SANCTIONS |
|---|---|---|---|
| 400 | Possession of property belonging to another person | A. | Monetary Restitution |
| 401 | Possessing unauthorized clothing | B. | Loss of privileges; commissary, movies, recreation, etc. |
| 402 | Malingering, feigning an illness | C. | Change housing (quarters) |
| 403 | Smoking where prohibited | D. | Remove from program and/or group activity |
| 404 | Using abusive or obscene language | E. | Loss of job |
| 405 | Tattooing | F. | Change housing (quarters) |
| 406 | Unauthorized use of mail or telephone | G. | Confiscate contraband |
| 407 | Conduct with a visitor in violation of rules and regulations | H. | Restrict to quarters |
| 408 | Conducting a business | I. | Reprimand |
| 409 | Possession of money or currency, unless specifically authorized | J. | Warning |
| 410 | Failure to follow safety or sanitation regulations |  |  |
| 411 | Using any equipment or machinery which is not authorized |  |  |
| 412 | Using any equipment or machinery contrary to posted safety standards |  |  |

18

CCOG00021181

Exhibit 25 - Page 598

413   Being unsanitary or untidy, failing to keep one's person and one's quarters in accordance with posted standards

498   Interfering with a staff member in the performance of their duties (conduct must be of the low moderate severity nature). This charge is to be used only when another charge of low moderate severity is not applicable

499   Conduct which disrupts or interferes with the security or orderly running of the facility (Conduct must be the low moderate severity nature). This charge is to be used only when another charge of the low moderate severity is not applicable.

Reglas de conducta y procedimientos disciplinarios: se espera que acaten las normas y los horarios de instalación durante su tiempo en Eloy Centro de Detención. Estas normas se publican en cada unidad de vivienda y debe ser examinado a fondo inmediatamente después de la cesión de vivienda.

Una lista de infracciones y sanciones se incluye en las normas de conducta. Habrá un informal y formal de la disciplina. El procedimiento informal se ocupa de las infracciones leves. El proceso formal se encargará de los delitos más graves. Si usted está involucrado en un incidente que resulte en cargos formales en lugar de usted, se le dará aviso por escrito de los cargos y ha permitido una cantidad razonable de tiempo (24 horas) para preparar la audiencia. Una audiencia se llevará a cabo en ese momento usted puede solicitar la asistencia de un intérprete si es necesario. Usted puede llamar a testigos, siempre y cuando no ponga en peligro la seguridad institucional.

Usted tiene el derecho de apelar la decisión disciplinaria audiencia mediante el procedimiento de quejas Detenidos un plazo de 15 días de la decisión y disposición.
**Farmacovigilancia:** Esta planta opera un programa de vigilancia de medicamentos que incluye pruebas de sospecha y al azar. La negativa a proporcionar una muestra de orina se traducirá en una acción disciplinaria.
**Usted tendrá derecho a lo siguiente:**
• El derecho a la protección contra el abuso personal, los castigos corporales, el uso innecesario o excesivo de la fuerza, lesiones personales, enfermedades, daños a la propiedad, y el acoso;
• El derecho a la libertad de la discriminación por motivos de raza, religión, origen nacional, sexo, orientación sexual, discapacidad o creencias políticas;
• El derecho al ejercicio de una queja de conformidad con los procedimientos previstos en el Manual sin temor a represalias;
• El derecho a mantener correspondencia con personas u organizaciones, compatible con la seguridad, la seguridad y la operación ordenada de la instalación, y
• El derecho al debido proceso, incluida la pronta resolución de un asunto disciplinario.

Delito y pena de código (ICE)
GRAN CATEGORÍA

| CÓDIGO | ACTOS PROHIBIDOS | | SANCIONES |
|---|---|---|---|
| 100 | Matar | A. | Iniciar proceso penal |
| 101 | Agredir a cualquier persona (Incluye el asalto sexual) | | |
| 102 | Escape de escolta | B. | Disciplina transferencia (Recomendado) |
| 103 | Escape de un seguro Institución Configuración de un incendio (encargado de este acto en esta categoría sólo si se detecta una amenaza para la vida o una amenaza de daño grave a la integridad física o en cumplimiento de un acto prohibido de mayor severidad (e / g / en el marco de un motín o fuga; de lo contrario el cargo es debidamente clasificados código 218 o 321) | C.<br>D. | La segregación de Disciplina (hasta 60 días)<br>Haga restitución monetaria |

19

CCOG00021182

Exhibit 25 - Page 599

|     | La posesión o la introducción de un arma de fuego, armas de fuego, arma, instrumento afilado, un cuchillo, químicos peligrosos, explosivos o |
| --- | --- |
| 104 | cualquier munición |
| 105 | Disturbios |
| 106 | Animar a otras personas a disturbios |
| 107 | Tomando como rehenes (s) |
| 108 | Agredir a un funcionario o cualquier oficial de la ley |
| 109 | Amenazar a un funcionario o cualquier oficial de la ley |
| 198 | Interferir con un funcionario en el ejercicio de sus funciones (conducta debe ser la de mayor severidad en la naturaleza). Este cargo es para ser usado sólo cuando otro cargo de mayor gravedad no es aplicable. |
| 199 | Conducta que interrumpa o interfiera con la seguridad o la ordenada marcha de la instalación (se debe realizar con la mayor severidad en la naturaleza). Este cargo es para ser usado sólo cuando otro cargo de mayor gravedad no es aplicable. |

Delito y pena de código (ICE)

ALTO LA CATEGORÍA

| CÓDIGO | ACTOS PROHIBIDOS | | SANCIONES |
| --- | --- | --- | --- |
| 200 | Escape de escolta actividades en una instalación abierta y / o de una instalación segura, sin violencia | A. | Iniciar el proceso penal |
| 201 | Los combates, boxeo, lucha libre, sparring y cualquier otra forma de encuentro físico entre ellos horseplay, que cause o pueda causar daño a otra persona, excepto como parte de un aprobado recreativas o deportivas actividad | B. | Transferencia de Disciplina (recomendado) |
| 202 | La posesión o la introducción de un instrumento no autorizado. | C. | La segregación de Disciplina (hasta 30 días) |
| 203 | La pérdida, extravío o daño de cualquier herramienta restringida. | D. | Restitución Monetaria |
| 204 | Amenaza otro con daños corporales o cualquier otra ofensa | E. | La pérdida de privilegios |
| 205 | Extorsión, chantaje, la protección, exigiendo o recibiendo dinero o cualquier cosa de valor a cambio de protección contra otros, para evitar daños corporales o bajo la amenaza de informar. | F. | Cambio de vivienda (trimestres) |
| 206 | Participar en actos sexuales | G. | Eliminar del programa y / o actividad de grupo |
| 207 | Hacer propuestas sexuales o amenazas a otro | H. | Pérdida de empleo |
| 208 | El uso de un disfraz o máscara | I. | Embargar los detenidos y almacenar los bienes personales |
| 209 | La manipulación o el bloqueo con cualquier dispositivo de bloqueo | J. | Confiscar el contrabando |
| 210 | Adulteración de cualquier alimento o bebida | K. | Limitar a los cuartos |
| 211 | La posesión, uso o introducción de cualquier narcóticos, estupefacientes parafernalia, o drogas no prescritas por el individuo por el personal médico. | | |

20

CCOG00021183

Exhibit 25 - Page 600

| | |
|---|---|
| 212 | La posesión de cualquier funcionario o personal de la ropa |
| 213 | O Participar en el fomento de un grupo de demostración |
| 214 | Animar a otras personas a negarse a trabajar, o para participar en un paro laboral. |
| 215 | Negarse a proporcionar una muestra de orina o de tomar parte en otros el problema de las drogas de prueba |
| 216 | La introducción de alcohol en la instalación |
| 217 | La concesión o el ofrecimiento oficial o funcionario de un soborno, o cualquier cosa de valor |
| 218 | Dar dinero, o recibir dinero de cualquier persona a los efectos de la introducción de contrabando o de cualquier otra actividad ilegal o prohibido. |
| 219 | Destruir, alterar o dañar propiedad gubernamental, o la propiedad de otra persona, con un valor de más de US $ 100,00 |
| 220 | Al ser hallado culpable de 3 o más de ay combinación de alto, moderado, moderado o bajo las categorías dentro de un periodo de 90 días. |
| 221 | La firma, preparar, distribuir o solicitar apoyo a las peticiones del grupo |
| 222 | Posesión o introducción de cualquier dispositivo incendiario incluyendo pero no limitado a fósforos, encendedores, etc |
| 223 | Todos los actos que puedan causar peligro a las personas o los bienes |
| 298 | Interferir con un funcionario en el ejercicio de sus funciones (conducta deben ser de alta gravedad la naturaleza). Este cargo es para ser usado sólo cuando otro alto cargo de la gravedad no es aplicable. |
| 299 | Conducta que interrumpa o interfiera con la seguridad o la ordenada marcha de la instalación (conducta deben ser de alta gravedad la naturaleza). Este cargo es sólo para ser usado cuando otro alto cargo de la gravedad no es aplicable. |

Delito y pena de código (ICE)
MODERADA ALTA CATEGORÍA

| CÓDIGO | ACTOS PROHIBIDOS | | SANCIONES |
|---|---|---|---|
| 300 | Incidente exposición | A. | Iniciar el proceso penal |
| 301 | Robo (robo) | B. | Transferencia de Disciplina (recomendado) |
| 302 | Uso indebido de los medicamentos autorizados | C. | La segregación de Disciplina (hasta 72 horas) |
| 303 | La pérdida, extravío o daño de una herramienta restringida | D. | Restitución Monetaria |
| 304 | Préstamo de propiedad o cualquier cosa de valor con fines de lucro o el aumento de retorno | E. | La pérdida de privilegios; economato, cine, recreación, etc |
| 305 | La posesión lo que no esté autorizado para la conservación o la recepción por el detenido, y no se han concedido a él a través de canales regulares | F. | Cambio de vivienda (trimestres) |

21

CCOG00021184

Exhibit 25 - Page 601

306   Negarse a limpiar asignado vivienda
       La negativa a obedecer una orden por cualquier
       miembro del personal (puede ser categorizada y
       vertida en términos de mayor gravedad, según la
       naturaleza de la orden se desobedeció, por
       ejemplo, no obedecer una orden que promueve
       un motín se pagan como 105-disturbios; negarse
       a obedecer y el orden que promueve una lucha
       que se pagan como 20 combates; negarse a
       proporcionar una muestra de orina se pagan
307   como código 215.)

308   Insolencia hacia un funcionario
       Mentir o la prestación de una declaración falsa a
309   un funcionario
       La falsificación de moneda, falsificación o
       reproducción no autorizada de cualquier
       documento, el artículo de identificación, dinero, la
       seguridad o el documento oficial (puede ser
       dividido en categorías según su gravedad en
       función de la naturaleza del tema que se
       reproduce, por ejemplo, la falsificación de
       documentos de despacho a efecto de escape,
310   Code 102 o Código 200)

       Participar en una reunión no autorizada o la
311   recolección.
312   Estar en una zona no autorizada
313   El hecho de no contar con stand
314   Interferir con la toma de contar
315   toma, posesión o uso de intoxicantes
       Negarse a respirar en un aliento u otro método de
316   alcohol o abuso de ensayo
317   Apuestas
       Preparar o la realización de un juego de azar
318   piscina
319   La posesión de parafernalia de juego
320   No autorizado contactos con el público
       Dar dinero o cualquier cosa de valor, o aceptar
       dinero o cualquier cosa de valor de otro detenido
       o cualquier otra persona sin autorización del
321   personal

       Destruir, alterar o dañar bienes públicos o la
       propiedad de otra persona que tenga un valor de
322   $ 100,00 o menos.

       Interferir con un funcionario en el ejercicio de sus
       funciones (conducta debe ser de la naturaleza
       moderada gravedad). Este cargo es para ser
       usado sólo cuando otro cargo de gravedad
398   moderada no es aplicable.
       Conducta que interrumpa o interfiera con la
       seguridad o la ordenada marcha de la instalación
       (conducta debe ser de la naturaleza moderada
       gravedad). Este cargo es para ser usado sólo
       cuando otro cargo de la severidad moderada no
399   es aplicable.
Delito y pena de código (ICE)

G.   Eliminar del programa y / o actividad de
       grupo

H.   Pérdida de empleo
       Embargar los detenidos y almacenar los
I.    bienes personales

J.   Confiscar el contrabando

K.   Restringir a la unidad de vivienda

L.   Amonestación
M.  Advertencia

22

CCOG00021185

Exhibit 25 - Page 602

BAJO LA CATEGORÍA

| CÓDIGO | ACTOS PROHIBIDOS | | SANCIONES |
|---|---|---|---|
| 400 | La posesión de los bienes pertenecientes a otra persona | A. | Restitución Monetaria |
| 401 | La posesión no autorizada de ropa | B. | La pérdida de privilegios; economato, cine, recreación, etc |
| 402 | Malingering, fingiendo una enfermedad | C. | Cambio de vivienda (trimestres) |
| 403 | El fumar donde esté prohibido | D. | Eliminar del programa y / o actividad de grupo |
| 404 | Uso abusivo o lenguaje obsceno | E. | Pérdida de empleo |
| 405 | Tatuaje | F. | Cambio de vivienda (trimestres) |
| 406 | El uso no autorizado de teléfono o correo | G. | Confiscar el contrabando |
| 407 | Conducta con un visitante en violación de las normas y reglamentos | H. | Limitar a los cuartos |
| 408 | La realización de un negocio | I. | Amonestación |
| 409 | La posesión de dinero o moneda, a no ser especialmente autorizados | J. | Advertencia |
| 410 | El incumplimiento de la seguridad o la normativa de saneamiento | | |
| 411 | El uso de cualquier equipo o maquinaria que no está autorizado | | |
| 412 | El uso de cualquier equipo o maquinaria Nuevo contrario a las normas de seguridad | | |
| 413 | Ser desordenado o insalubres, en su defecto a mantener su propia persona y uno de cuartos de conformidad con las normas de Nuevo | | |
| 498 | Interferir con un funcionario en el ejercicio de sus funciones (conducta debe ser de la baja gravedad moderada naturaleza). Este cargo es para ser usado sólo cuando otro cargo de gravedad moderada baja no es aplicable | | |
| 499 | Conducta que interrumpa o interfiera con la seguridad o la ordenada marcha de la instalación (conducta debe ser la baja gravedad moderada naturaleza). Este cargo es para ser usado sólo cuando otro cargo de la baja gravedad moderada no es aplicable. | | |

## CONTRABAND

Items which are considered to be detrimental to the safe and orderly operation of the facility are prohibited. Contraband items include but are not limited to:

Any dangerous drug, narcotic drug, marijuana, intoxicating liquor of any kind, deadly weapons, dangerous instruments, explosives or any other article that, if used or possessed, would endanger the preservation of order in the facility.
Any item which could be used as an aide to escape.
Any item which could be used to disguise or alter the appearance of a detainee.
Any article of clothing or item for personal use or consumption which has not been cleared first through the OIC or purchased by a detainee from the commissary.
Cameras, video, audio, or related equipment that can be used to make unauthorized photographs or audio, or audio/video recordings of detainees, staff, or government property.

Staff shall seize all contraband. A detainee found in possession of contraband could face disciplinary action or criminal prosecution. As long as the contraband is not illegal under criminal statutes and would not otherwise pose a threat to security, staff shall inventory and receipt the property and, at the detainee's request, mail it to a third party at the

CCOG00021186

Exhibit 25 - Page 603

detainee's expense, or store it with the detainee's other stored personal property.  When a detainee's claimed ownership of potential contraband material is in question, staff shall:

A.    Inventory and store item pending verification of ownership;
B.    Provide the detainee a copy of the inventory (9-6c) as soon as practical and place a second copy in the detainee's detention file. The detainee shall have seven (7) days following receipt of the inventory to prove ownership of the listed items.

Detainees shall not, under any circumstances, sell, buy, barter, loan, give, store, or exchange property or be in possession of another detainee's property.  Property acquired by these means will be considered contraband and will be confiscated.
Any property that has been altered, modified, or has had identifying marks removed or modified will be considered contraband and will be confiscated.
Allowable property that is used to cover sprinkler heads, vents, windows, walls, doors, or safety or security equipment will be considered contraband and will be confiscated.
Any items in a detainee's possession that has not been approved during admission, issued by the facility, or purchased from the commissary/approved vendor will be considered contraband and will result in confiscation.

Los artículos que se consideran perjudiciales para la operación segura y ordenada de la instalación están prohibidos. Los artículos de contrabando incluyen, pero no están limitados a:

Cualquier droga peligrosa, de drogas narcóticas, marihuana, bebidas alcohólicas de cualquier tipo, armas letales, instrumentos peligrosos, explosivos o cualquier otro artículo que, si se utiliza o que posean, podría poner en peligro el mantenimiento del orden en las instalaciones.
Cualquier artículo que se podría utilizar como una ayuda para escapar.
Cualquier artículo que podría ser utilizado para disfrazar o alterar la apariencia de un detenido.
Cualquier artículo de ropa o artículo para uso o consumo personal que no ha sido aclarada primero a través de la OCI o adquiridos por un detenido de la comisaría.
Cámaras de foto, vídeo, audio, o los equipos que se pueden utilizar para hacer fotografías no autorizadas o grabaciones de audio o de audio / vídeo de los detenidos, el personal o bienes del Estado.

El agente deberá tomar todas las contrabando. Un detenido en posesión de contrabando podrían enfrentarse a acciones disciplinarias o penales. Mientras el contrabando no es ilegal bajo las leyes penales y de otro modo no representan una amenaza a la seguridad, el personal de inventario y recepción de propiedad y, a petición del detenido, por correo electrónico a un tercero a expensas del detenido, ni lo guarde con del detenido otros bienes personales almacenados. Cuando la propiedad se exige a un detenido de material de contrabando potencial de que se trate, el personal deberá:

A.    Inventario y almacén de verificación elemento pendiente de la propiedad;
B.    Proporcionar al detenido una copia del inventario (9-6c) tan pronto como sea posible y colocar una segunda copia en el archivo de la detención del detenido. El detenido tendrá siete (7) días siguientes a la recepción del inventario para demostrar la propiedad de los artículos mencionados.

Los detenidos no podrán, bajo ninguna circunstancia, vender, comprar, intercambiar, prestar, regalar, almacenar o intercambiar bienes o estar en posesión de la propiedad de otro detenido. Los bienes adquiridos por estos medios será considerado contrabando y será confiscada.
Cualquier propiedad que haya sido alterado, modificado o ha tenido marcas de identificación supresión o modificación será considerado contrabando y será confiscada.
Propiedad admisible que se utiliza para cubrir los aspersores, ventiladores, ventanas, paredes, puertas, o la seguridad o el equipo de seguridad será considerado contrabando y será confiscada.
Cualquier artículo en posesión de un detenido que no ha sido aprobado durante el ingreso, emitido por el centro, o comprados al proveedor comisario / aprobado será considerado contrabando y dará lugar a la confiscación.

## GRIEVANCE PROCEDURES AND APPEAL

Medical grievances will be addressed in the handbook section "ACCESS TO MEDICAL."

You may verbally present issues of concern to any staff member within five (5) days of the event causing the concern. Staff members receiving your oral issue/concern will, if the issue falls within his/her scope of responsibility, attempt to resolve the issue verbally.  If the issue is beyond the scope of that employee's authority, he/she will notify the appropriate supervisor of the issue as soon as practical.  If the grievance is not resolved at the informal level, you may continue

24

CCOG00021187

Exhibit 25 - Page 604

addressing your issue through the Formal Grievance procedures. A detainee is free to bypass or terminate the informal grievance process at any point and continue directly to the formal grievance procedures.

The 14-5B Inmate/Resident Grievance form must be used to file a formal grievance. You must submit the 14-5B within five (5) working days of the event causing concern. You will complete Page 1 of the 14-5B and place it in a sealed envelope marked "Grievance", or place the form directly in the grievance mail box. Sealed envelopes may be placed in the grievance mail box. The grievance coordinator will receive the formal grievance and assign a Counselor or Case Manager to officially meet with you and attempt to resolve the issue within 5 business days. The designated staff will determine a formal grievance resolution and include a written explanation for the approval/disapproval. The response must be documented on Page 2 of the 14-5B and given to you, in person, for signature. You will receive a copy of the formal grievance and any corresponding attachments. However, any records regarding the participation of an individual in the informal resolution process or grievance procedures will not be available for review.

If the formal grievance cannot be resolved by the Counselor/Case Manager, the grievance coordinator will assign a Unit Manager to investigate and provide a written response. The response will be given to the detainee within 5 business days.

At Eloy Detention Center, there are two levels of appeal for formal grievances. If you are not satisfied with the decision of a formal grievance, you may complete the appeal section of the CCA Policy attachment 14-5B, Inmate/Resident Grievance Form, and resubmit the grievance. The Grievance Coordinator will process the first appeal and respond to you within five business days of receipt. If you are not satisfied with the decision of the first appeal, you may submit a second appeal to the Facility Administrator or ICE. If you choose to submit an appeal to ICE you must state so in the appeal section of the 14-5B form. The Facility Administrator or ICE will process the second appeal and respond to you within five business days of receipt. You are entitled to appeal all adverse decisions, even those made on a purely procedural basis including but not limited to the expiration of a time limit. You must file the appeal within five (5) calendar days of the response date listed on the 14-5B Inmate/Resident Grievance Form.

If the subject matter of the grievance is such that compliance with the regular time guidelines would subject you to risk of personal injury, you may request that the grievance be considered an emergency grievance. The emergency grievance must detail the basis for requiring an immediate response. When the grievance is of an emergency nature, utilization of the informal resolution process is not required. The 14-5B Inmate/Resident Grievance form must be utilized to file an emergency grievance. You will complete Page 1 of the 14-5B and place it in a sealed envelope marked "Emergency Grievance". Sealed envelopes may be placed in the grievance mail box or given to any staff member. Emergency grievances will be reviewed by the Administrative Duty Officer to determine if the grievance is of an emergency nature. If the grievance is determined to be of an emergency nature, the ADO or designee shall take action to resolve the grievance within one (1) calendar day of receipt of the grievance and provide a written response.

Any detainee dissatisfied with the facility's response to his/her grievance may communicate directly with ICE. All grievances alleging officer misconduct will be forwarded to ICE/DRO.

A detainee may not submit a grievance on behalf of another detainee; however, assistance from a staff member or detainee may be provided when necessary to communicate the problem on the grievance form. Eloy Detention Center shall ensure procedures accommodate the special assistance needs of detainees who are disabled, illiterate, or limited in English in preparing and pursuing a grievance.

If it is determined by the Warden/Administrator that a detainee is deliberately abusing the grievance system through excessive filing of grievances and/or repeated refusal to follow procedures, the Warden/Administrator may suspend the filing of additional grievances until all pending grievances have been resolved. The Warden/Administrator will provide the detainee with written documentation of the suspension.

You may file a complaint about staff misconduct, physical or sexual abuse, or civil rights violations at any point directly to the Department of Homeland Security Inspector General by calling (800) 323-8603 or by writing to:
Department of Homeland Security Washington, DC 20528 Attn: Office of the Inspector General
In accordance with CCA policy 14-5 Inmate/Resident Grievance Procedures, you shall not be subject to retaliation, reprisal, harassment, or discipline for use or participation in the informal resolution process, grievance process, or after contacting the OIG.

A copy of this policy will be available in the library. In the event you have difficulties understanding the procedures outlined in this policy, employees will ensure that the information is effectively communicated on an individual basis.

CCOG00021188

Exhibit 25 - Page 605

Quejas médicas se abordará en la sección de manual de "acceso a servicios médicos."

Usted puede presentar verbalmente cuestiones de interés para cualquier miembro del personal dentro de los cinco (5) días del hecho causante de la preocupación. Los miembros del personal que reciben su problema oral y preocupación que, si el tema cae dentro de su ámbito de responsabilidad, tratar de resolver la cuestión verbal. Si el problema está más allá del alcance de la autoridad de ese empleado, se le notificará al supervisor apropiado de la cuestión tan pronto como sea posible. Si la queja no se resuelve en el plano informal, puede seguir haciendo frente a su problema a través de los procedimientos formales de quejas. Un detenido es libre de evitar o terminar el proceso de queja informal en cualquier momento y seguir directamente a los procedimientos de queja formal.

El 14-5B Interno Residente formulario de reclamo debe ser utilizado para presentar una queja formal. Usted debe presentar el 14-5B dentro de los cinco (5) días hábiles siguientes a la preocupación de eventos que causan. Deberá completar la página 1 del 14-5B y colóquelo en un sobre cerrado marcado "Quejas", o coloque el formulario directamente en el buzón de quejas. sobres sellados pueden ser colocados en el buzón de quejas. El coordinador de quejas que recibe la queja formal y asignar un consejero o administrador de casos para cumplir oficialmente con usted y tratar de resolver la cuestión dentro de los 5 días hábiles. El personal designado determinará una resolución de quejas formales e incluir una explicación por escrito de la aprobación / desaprobación. La respuesta debe ser documentado en la página 2 del 14-5B y dado a usted, en persona, a la firma. Usted recibirá una copia de la queja formal y los archivos adjuntos correspondientes. Sin embargo, los registros relativos a la participación de un individuo en el proceso de resolución informal o procedimientos para quejas no estará disponible para su revisión.

Si la queja formal no puede ser resuelto por el Consejero Gerente / asunto, el coordinador de quejas le asignará un Director de la Unidad de investigar y dar una respuesta por escrito. La respuesta se dará al detenido dentro de los 5 días hábiles.

En el centro de detención de Eloy, hay dos niveles de apelación para las quejas formales. Si usted no está satisfecho con la decisión de una queja formal, puede completar la sección de apelación de la CCA apego Política 14-5B, Preso / Formulario de Quejas Residente, y volver a presentar la queja. El Coordinador de Quejas proceso de la primera apelación y responder en un plazo de cinco días hábiles siguientes a la recepción. Si usted no está satisfecho con la decisión de la primera apelación, puede presentar una segunda apelación al Administrador del Fondo para el ICE. Si decide presentar un recurso ante el ICE debe indicar por lo que en la sección de apelación de la forma 14-5B. El administrador de la institución o ICE proceso de la segunda apelación y responder en un plazo de cinco días hábiles siguientes a la recepción. Usted tiene derecho a apelar todas las decisiones adversas, incluso las realizadas sobre una base puramente de procedimiento, incluyendo pero no limitado a la expiración de un plazo. Usted debe presentar la apelación dentro de los cinco días naturales (5) de la fecha de la respuesta que aparece en el 14-5B Interno Residente Formulario de Queja.

Si la materia objeto de la queja es tal que el cumplimiento de las directrices tiempo ordinario sujetos a riesgo de lesiones personales, usted puede solicitar que la queja se considera un agravio de la emergencia. La queja de emergencia debe detallar la base para solicitar una respuesta inmediata. Cuando la queja es de carácter de emergencia, la utilización del proceso de resolución informal no es necesario. El 14-5B Interno Residente formulario de reclamo debe ser utilizado para presentar una queja de emergencia. Deberá completar la página 1 del 14-5B y colóquelo en un sobre cerrado marcado "Queja de Emergencia". sobres sellados pueden ser colocados en el buzón de quejas o atención a cualquier miembro del personal. quejas de emergencia será revisado por el oficial administrativo de servicio para determinar si la queja es de carácter de emergencia. Si la queja se determine que es de carácter de emergencia, el ADO o la persona designada deberá tomar medidas para resolver la queja dentro de un día natural (1) de la recepción de la queja y una respuesta por escrito.

Todo detenido satisfecho con la respuesta de la instalación a su queja puede comunicarse directamente con el ICE. Todas las quejas alegando mala conducta oficial se remitirá al ICE / DRO.

El detenido no podrá presentar una queja en nombre de otro detenido, sin embargo, la asistencia de un miembro del personal o detenido, se puede proporcionar cuando sea necesario para comunicar el problema en el formulario de quejas. Eloy Centro de Detención deberá garantizar que los procedimientos acomodar las necesidades especiales de asistencia a los detenidos que son discapacitados, analfabetos, o limitada en Inglés en la preparación y tramitación de una queja.

Si se determina por el Guardián / Administrador que el detenido es deliberadamente abusando del sistema de quejas a través de la presentación excesiva de quejas y / o la reiterada negativa a seguir los procedimientos, el Guardián / administrador podrá suspender la presentación de quejas adicionales hasta que todas las quejas pendientes se han resuelto . El Guardián / Administrador presentará al detenido con documentación por escrito de la suspensión.

26

CCOG00021189

Exhibit 25 - Page 606

Usted puede presentar una queja sobre conducta indebida del personal, el abuso físico o sexual, o violaciónes de los derechos civiles en cualquier momento directamente al Departamento de Seguridad Inspector General llamando al (800) 323-8603 o escribiendo a:
Department of Homeland Security Washington, DC 20528 Attn: Office of the Inspector General
De conformidad con la política de CCA 14-5 Interno / Residente Procedimientos de Quejas, no será objeto de represalias, represalias, acoso o la disciplina para el uso o la participación en el proceso de resolución informal, proceso de queja, o después de entrar en contacto con la Oficina del Inspector General.

Una copia de esta política estará disponible en la biblioteca. En el caso de que tenga dificultades para comprender los procedimientos descritos en esta política, los empleados se asegurará de que la información es efectivamente comunicada a título individual.

## OFFICIAL COUNTS

In order to maintain proper accountability of detainees at this facility, official counts are conducted at the following times:

      11:00 p.m.,
      1:00 a.m.,
      3:00 a.m.,
      6:15 a.m.,
      1:15 p.m.,
      6:15 p.m., and
      9:30 p.m.

The count is very important to the security of the institution. Should you delay or disrupt the count, you will be subject to disciplinary action. Staff has been instructed to only count a body when they see exposed skin. Therefore, to avoid disruptions to your sleep, ensure that you expose some portion of your body during count. The 6:15 p.m. count is a "**STAND UP**" count. You must be standing in your room; no sitting, reclining, or sleeping is permitted. Failure to do so will result in disciplinary action against you.

Con el fin de mantener la adecuada rendición de cuentas de los detenidos en estas instalaciones, cuenta con oficiales se llevan a cabo en los siguientes horarios:

      11:00 p.m.,
      1:00 a.m.,
      3:00 a.m.,
      6:15 a.m.,
      1:15 p.m.,
      6:15 p.m., y
      9:30 p.m.

La cuenta es muy importante para la seguridad de la institución. En caso de retraso o interrumpir la cuenta, usted estará sujeto a medidas disciplinarias. El personal ha sido instruido para contar sólo un cuerpo al ver la piel expuesta. Por lo tanto, para evitar interrupciones en el sueño, asegurarse de que se expone una parte de su cuerpo durante el conteo. El recuento de 6:15 pm es un "Stand Up" cuenta. Usted debe estar de pie en su habitación, sin sentarse, descanso, o durmiendo está permitido. De lo contrario, resultará en una acción disciplinaria en su contra.

## ACCESS TO MEDICAL

**Sick Call Requests:** detainees in general population can access medical care by using a sick call request form. If you are ill or in need of medical attention you must first sign up for a sick call by using the appropriate form. Your sick call request form must be dropped off in the appropriate sick call box. If it is after sick call hours, you must notify your housing unit officer, who will contact the on-call medical staff member. Detainees in segregation must sign up for a sick call using the appropriate form. The sick call request forms will be placed in the appropriate sick call box.

**Medication Window:** detainees who are to receive medications will report to the Pill Window. Some medications are

27

allowed to be secured in the cell and must be taken as directed by medical staff. All other medications will be given out at the Pill Window during medication line schedule. These medications must be swallowed immediately. Water and cups will be provided. See schedule of medication lines below.

**Medication Window Schedule**
    4:20 a.m. to completion
    11:10 a.m. to completion
    7:00 p.m. to completion

**Advance Directives and Do Not Resuscitate (DNR):**
Information regarding Advance Directives or Do Not Resuscitate (DNR) Orders may be obtained from PHS personnel by utilizing a medical request form.

**Dental:** Dental care is obtained through sick call requests.

**Medical Grievances:** The medical grievance process may be initiated at any time during the medical complaint process. There is no limit to the number of medical grievance forms which may be issued to an individual detainee. A detainee may not submit a grievance on behalf of another detainee. However, you may obtain assistance from another detainee in the same housing unit, CCA staff members, family members, or legal representatives. You may also request the assistance of a member of the medical department team during routine medical rounds. The medical grievance form may cover a single complaint or a cluster of closely related issues. However, each form should clearly state your issue or concern, or the form shall be returned to you for clarification. To insure confidentiality, completed medical grievance forms will be submitted via sick call boxes located outside of the pill-line window and in the Echo building common area. Individuals housed in segregation areas may submit medical grievance forms directly to medical staff during daily provider rounds. Medical grievance forms will be retrieved from the designated collection areas on a daily basis. All medical grievances will be delivered unaltered directly to the medical department for review within 24 hours or within the next business day following receipt. Concerns which threaten the safety or welfare of a detainee will be acted upon immediately by the medical department. Within five working days of receipt, you will be provided a face-to-face meeting with the medical department grievance coordinator, as well as a written response which outlines the decision regarding the grievance. When a detainee is illiterate, disabled, or non-English speaking, the response shall be read to him or her in a language that he or she understands.

If you are not satisfied with the remedy suggested during the formal medical grievance process, you may file an appeal with the Regional Clinical Director. A response to the appeal will be filed for your review within five working days of submission.

**Pide a los enfermos:** los detenidos en la población general puede tener acceso a la atención médica mediante un formulario de solicitud de enfermos de llamada. Si usted está enfermo o necesita atención médica primero debe inscribirse en un enfermo mediante el uso de la Consigna comió forma. Su formulario de solicitud de enfermedad llamada debe ser dejados en el cuadro adecuado a los enfermos. Si es después de horas a los enfermos, debe notificar a su oficial de vivienda, que se pondrá en contacto con el tiempo de atención miembro del personal médico. Los detenidos en la segregación deben firmar para un enfermo utilizando el formulario correspondiente. Los formularios de solicitud de enfermedad llamada se coloca en el cuadro adecuado a los enfermos.

**Ventana de la medicación:** los detenidos que están recibiendo los medicamentos se informe a la píldora ventana. Algunos edicamentos se les permite ser garantizados en la celda y debe tenerse como dirigidas por el personal médico. Todos los demás medicamentos se dará a cabo en la píldora ventana de línea durante la medicación calendario. Estos medicamentos deben ser tragados de inmediato. Tazas de agua y se proporcionará. Ver calendario de la medicación líneas más abajo.

**Medicación ventana de calendario**
    4:20 am hasta el final
    11:10 am hasta el final
    19:00 hasta la finalización

**Directivas Anticipadas y de No Resucitar (DNR):**
La información relativa a Directivas Anticipadas o de No Resucitar (DNR) Órdenes pueden obtenerse en PHS personal utilizando un formulario de solicitud médica.

**Odontología:** La atención dental se obtiene a través de enfermos pide la palabra.

CCOG00021191

Exhibit 25 - Page 608

**Médico Quejas**: El proceso de quejas médicas podrán ser presentadas en cualquier momento durante el proceso de queja médica. No hay límite al número de formularios de quejas médicas que se pueden expedir a un detenido individuales. Un detenido no podrá presentar una queja en nombre de otro detenido. Sin embargo, puede obtener ayuda de otro detenido en la misma vivienda, los miembros del CCA personal, miembros de la familia o representantes legales. También puede solicitar la asistencia de un miembro del equipo del departamento médico de rutina durante las rondas médicas. El formulario de queja médica pueden abarcar una sola queja o un grupo de temas estrechamente relacionados. Sin embargo, cada forma debe indicar claramente su problema o preocupación, o el formulario será devuelto para que lo aclare. Para asegurar la confidencialidad, los formularios completos de queja médica se presentará a través de cabinas telefónicas enfermo, fuera de la ventana de la píldora-line y en la construcción de eco espacio común. Las personas alojadas en las zonas de segregación podrán presentar los formularios médicos queja directamente al personal médico durante la visita profesional al día. Médico de las formas de agravios se recuperará de las áreas de recolección designadas sobre una base diaria. Todas las quejas médicas se entregarán directamente a perfeccionar el departamento médico para su revisión dentro de 24 horas o en el siguiente día hábil siguiente a la recepción. Las preocupaciones que amenazan la seguridad o el bienestar de un detenido se actuará de inmediato por el departamento médico. Dentro de los cinco días hábiles siguientes a la recepción, se le proporcionará una reunión cara a cara con el coordinador del departamento de quejas médicas, así como una respuesta por escrito que resume la decisión sobre la queja. Cuando un detenido es analfabeto, discapacitado o no habla Inglés, la respuesta se entenderá con él o ella en un idioma que él o ella entienda.

Si usted no está satisfecho con la solución sugerida durante el proceso de queja médica formal, puede presentar una apelación ante el Director Regional clínica. Una respuesta a la apelación será presentada para su revisión en un plazo de cinco días hábiles de su presentación.

## ACCESS TO TELEPHONE

Telephones for detainee use are located in every general housing unit.  Telephones are also located in the Special Management Units.

Procedures for Telephone Use include:
1. Twenty (20) minute limit for all calls.
2. The telephones are available from 6:00 a.m. to 9:45 p.m. daily.
3. In case of an emergency, such as illness or death in your family, the Chaplain or Unit Management Staff can assist you in making telephone calls when access to telephones would not normally be available.
4. Business telephone:  EDC telephones are to be used for **"Official Business Only."**  However, you will be permitted to receive messages for emergencies only.
5. You may access the debit phone system by filling out a telephone request form and having the system programmed.
6. Three-way calling, possession and/or use of another detainee's pin number and allowing another detainee to use your pin number are all prohibited and will result in disciplinary action.

**Calling Instructions:**

From any detainee phone, pick up the receiver and listen for voice prompts:
1. For English press one, for Spanish press two.
2. For a collect call press one, for a calling card press two, for a crime tip call press eight.

**Collect**
3. Please enter the area code and phone number you are calling now.
4. Enter your PIN number now (This is your 12 digit PIN number).
5. This call is subject to recording and monitoring.  You may hear silence during the acceptance of your call, please continue to hold.
6. Thank you for using Evercom, you may start the conversation now.

**ProBono**
3. You will need to select option one for placing a collect call.
4. Please enter the area code and phone number you are calling now.  You will need to enter 451 to access the ProBono platform.  There will be silence while connecting to the platform.
5. Once connected to the platform you will be prompted to select a language; for English press one, for Spanish press two.

29

CCOG00021192

Exhibit 25 - Page 609

6. Enter your 9 digit Alien Number.
7. Enter the Speed Dial number from the listing of the location you wish to call followed by the # key.
8. You may hear silence during the acceptance of your call, please continue to hold.
9. Thank you for using Evercom, you may start the conversation now.

**Calling Card**
3. Please enter the area code and phone number you are calling now.
4. Enter your PIN number now (This is your 12 digit PIN number).
5. Enter your calling card number now.
6. This call is subject to recording and monitoring. You may hear silence during the acceptance of your call, please continue to hold. (You will be given your balance at this time.)
7. Thank you for using Evercom, you may start the conversation now.

**Crime Tip**
3. Please enter the area code and phone number you are calling now. Enter 520-555-1234.
4. Please leave your crime tip message now.

**Direct Calls**
Even if telephone service is generally limited to collect calls, Eloy Detention Center shall permit you to make direct calls in a personal or family emergency, or when you can otherwise demonstrate a compelling need (to be interpreted liberally). Staff will allow you to make such calls as soon as possible after the request, factoring in the urgency expressed by you. Generally, access will be granted within eight (8) (facility-established) waking hours of your request, excluding the hours between lights-out and morning resumption of scheduled activities. You will always be granted access within twenty-four (24) hour of your request. Incidents of delays extending beyond eight (8) (waking) hours must be documented and reported to ICE.

**Unmonitored Legal Calls**
Calls made from detainee phone systems are subject to monitoring, with the exception of calls to an attorney. You must send a request to the Business Department with the phone number of the attorney to ensure that the calls between you and your attorney are not monitored.

**Telephone Usage Restrictions**
Eloy Detention Center shall not restrict the number of calls a you place to your legal representatives, nor limit the duration of such calls by rule or automatic cut-off, unless necessary for security purposes or to maintain orderly and fair access to telephones. If time limits are necessary for such calls, they shall be no shorter than twenty (20) minutes, and you shall be allowed to continue the call if desired, at the first available opportunity.

The frequency and duration of the other direct and/or free calls listed above must not unduly limit you attempting to obtain legal representation.

The facility may restrict the number and duration of other types of telephone calls for the following reasons only:
Availability (i.e., the usage demands of other detainees); Orderly operation of the facility (e.g., scheduled detainee movements, court schedules, meals, counts, etc.); and Emergencies (e.g., escapes, escape attempts, disturbances, fires, power outages, etc.).

**Inter-facility Telephone Calls**
Upon your request, the facility shall make special arrangements permitting you to speak by telephone with an immediate family member detained in another facility. (Immediate family members include your spouse, mother, father, stepparents, foster parents, brothers, and sisters, and natural or adopted children.) Reasonable limitations may be placed on the frequency and duration of such calls.

**Incoming Calls**
Eloy Detention Center shall take and deliver telephone messages to you as promptly as possible. When facility staff receives an emergency telephone call for you, the caller's name and telephone number will be obtained and given to the detainee as soon as possible. You shall be permitted to return the emergency call as soon as possible within the constraints of security and safety. The facility shall enable indigent detainees to make a free return emergency call.

---

Teléfonos para uso detenido se encuentran en cada unidad de vivienda en general. Teléfonos también se encuentran en las Unidades de Manejo Especial.

CCOG00021193

Exhibit 25 - Page 610

Procedimientos para Uso del Teléfono incluyen:
1. Veinte (20) minutos para todas las llamadas.
2. Los teléfonos están disponibles de 6:00 am a 9:45 pm todos los días.
3. En caso de emergencia, tales como enfermedad o muerte en su familia, el capellán o Unidad de Gestión de Personal le puede ayudar a hacer llamadas telefónicas cuando el acceso a teléfonos no estaría normalmente disponible.
4. Negocios teléfono: EDC teléfonos se van a utilizar para la "comisión de servicio único." Sin embargo, se le permite recibir mensajes sólo para emergencias.
5. Usted puede acceder al sistema de débito por teléfono llenando un formulario de solicitud de teléfono y de haber programado el sistema.
6. Tres de Llamada, la posesión y / o el uso de otro detenido del número pin y otro detenido que permite usar su número PIN son todos prohibidos y dará lugar a medidas disciplinarias.

**Instrucciones para Llamada**

De cualquier teléfono del prisión, escuche para avisos de voz:
1. Para Ingles oprima el uno, para espanol oprima el dos.
2. Para hacer una llamada por cobrar oprima el uno, para llamadas con tarjeta de debito, oprima el dos y para reportar un crimen marque el ocho.

**Llamadas por Cobrar**
3. Marque el codigo de area y el numero de telefono que desea llamar.
4. Marque su numero de identificación personal ahora (Estos son sus 12 numeros de PIN).
5. Esta llamada puede ser grabada y monitoreada.  Usted puede oír silencio durante la aceptación de su llamada, por favor continue esperando.
6. Gracias por usar Evercom, puede empezar con su conversacion.

**ProBono**
3. Usted tendrá que seleccionar la primara   opción para hacer una llamada por cobrar.
4. Marque el codigo de area y el number de telefono que desea llamar. Usted tendrá que ingresar 451 para acceder a la plataforma ProBono.. Habrá silencio mientras se conecta a la plataforma.
5. Una vez conectado al sistema se le pedirá que seleccione un idioma; Para Ingles oprima el uno, para Espanol oprima el dos.
6. Introduzca los 9 dígitos del Número de Extranjero.
7. Introduce el número de tecla de marcado rapido de la lista de la ubicación que desea llamar seguido de la tecla #.
8. Usted puede oír silencio durante la aceptación de su llamada, por favor continue esperando
9. Gracias por usar Evercom, puede empezar con su conversacion.

**Tarjeta de Llamada**
3. Marque el codigo de area y el numero de telefono que desea llamar.
4. Marque su numero de identificación personal ahora (Estos son sus 12 numeros de PIN).
5. Entre su número de tarjeta de llamada ahora.
6. Esta llamada puede ser grabada y monitoreada.  Usted puede oír silencio durante la aceptación de su llamada, por favor continue esperando.  (Usted será dado su equilibrio en este momento.)
7. Gracias por usar Evercom, puede empezar con su conversacion.

**Linea para reportar Crimen**
3. Por favor marque el código de área y número de teléfono que está llamando ahora.Marque el 520-555-1234.
4. Por favor, deje su mensaje para la línea directa de la delincuencia.

Las llamadas telefónicas
Incluso si el servicio telefónico está generalmente limitada a llamadas por cobrar, Eloy Centro de Detención se le permiten hacer llamadas directas a un personal o familiar de emergencia, o cuando de otro modo se puede demostrar una necesidad imperiosa (que debe interpretarse liberalmente). Personal te permitirá hacer llamadas de ese tipo tan pronto como sea posible después de la solicitud, teniendo en cuenta la urgencia expresada por usted. En general, se garantizará el acceso dentro de los ocho (8) (instalación establecida) despertarse horas de su solicitud, con exclusión de las horas entre las luces-y mañana reanudación de las actividades programadas. Usted siempre podrá acceder dentro de los veinte y cuatro (24) horas de su solicitud. Los incidentes de retrasos se extienda más allá de ocho (8) (despertar) horas deben estar documentados e informó al ICE.

31

CCOG00021194

Exhibit 25 - Page 611

Pide sin control jurídico
Las llamadas realizadas desde los sistemas de teléfono detenidos son objeto de supervisión, con la excepción de las llamadas a un abogado. Usted debe enviar una solicitud al Departamento de Negocios con el número de teléfono del abogado para asegurarse que las llamadas entre usted y su abogado no se supervisan.

Teléfono restricciones de uso
Eloy Centro de Detención no restringir el número de llamadas que un lugar para sus representantes legales, ni limitar la duración de llamadas de ese tipo de norma o automática de corte, a menos que sea necesario por razones de seguridad o para mantener ordenado y equitativo el acceso a teléfonos. Si los plazos son necesarios para ese tipo de llamadas, que no será inferior a veinte (20) minutos, y usted se permite que continúe la convocatoria si así lo desea, en la primera ocasión.

La frecuencia y duración de los otros vínculos directos y / o llamadas gratuitas enumerados anteriormente no deben limitar de manera indebida usted tratando de obtener representación legal.

La instalación podrá limitar el número y la duración de otros tipos de llamadas telefónicas por las siguientes razones solamente: Disponibilidad (es decir, el uso de demandas de otros detenidos); ordenada explotación de la instalación (por ejemplo, los movimientos programados detenido, los tribunales horarios, comidas, condes, etc) y Emergencias (por ejemplo, fugas, intentos de escapar, los disturbios, incendios, el poder cortes de luz, etc.)

Inter-instalación Teléfono
Tras su solicitud, la instalación deberá establecer acuerdos especiales que permitan a hablar por teléfono con un familiar detenido en otro centro. (Miembros de la familia inmediata incluyen su cónyuge, madre, padre, padrastros, padres adoptivos, hermanos y hermanas, naturales o hijos adoptivos.) Limitaciones razonables, se podrá incluir en la frecuencia y duración de tales llamadas.

Llam
Eloy Centro de Detención deben adoptar y entregar mensajes telefónicos a usted tan pronto como sea posible. Cuando el personal recibe una llamada telefónica de emergencia para usted, el nombre y número de teléfono serán obtenidos y la posibilidad de que el detenido lo antes posible. Usted se permitirá el regreso a la llamada de emergencia tan pronto como sea posible dentro de las limitaciones de seguridad y vigilancia. La instalación deberá permitir a los detenidos indigentes a hacer una libre retorno de llamada de urgencia.

## VISITATION

Eloy Detention Center telephone number: (520) 466-4141

**Visitor Transportation Options:**
Facility visitors may contact taxi services in order to travel to and from the facility.  Local taxi services include:

VIP Taxi: 1 (800) 829-4222 or (480) 245-5368
Central Arizona Transport & Shuttle LLC: (520) 426-1914
Casa Grande VIP & Shuttle LLC: (520) 421-9600

**Identification of Visitors:**
All visitors over the age of 16 will be required to show proper photograph identification. Visitors unable to identify themselves properly will not be permitted to visit.

All visitors will be subjected to screening by the metal detector in the front lobby. Any visitor who cannot pass the metal detector will not be allowed to enter the Institution.

Any visitors who arrive at this facility with inappropriate attire such as "see through" blouses, dresses more than 2" above the knee, or shorts above the knee will be denied entry. Minor children [under the age of twelve (12)] are permitted to wear shorts. Military clothing, spandex or tank tops/halter tops are not allowed.

All detainees entering and exiting visitation are subject to pat searches.  Detainees are subject to strip searches upon exiting visitation when reasonable suspicion exists for possible introduction of contraband.  Detainees are required to be attired in the proper uniform and neatly dressed. Detainees are not permitted to wear whites, slippers, or shower shoes in the visiting room. The only authorized items that are permitted to be brought into the visiting room are one comb, a

CCOG00021195

Exhibit 25 - Page 612

religious medal, wedding band, and handkerchief.

No detainee or visitor will be permitted to engage in such actions or conduct which will disrupt the good order of the visiting room. Detainees and visitors may embrace and kiss (Within boundaries of good taste as determined by the visiting room officer) at the beginning and end of each visit. The visiting room officer will issue a warning for violations of this rule, and repeated offenses will result in visit termination and possible disciplinary action.

Children may not wander around the visiting room or be left unattended to cause disruptions to others. If parents cannot or will not supervise their children, the visit will be terminated. There will be a separate area of the visiting room where children can play and watch movies. Detainees and visitors are to remain at their assigned seating and are not to wander or visit with other detainees or their visitors.

Visitors are not permitted to give to or leave anything at the facility for any detainees.

At no time will detainees be permitted to use the visitor's restroom. Detainees may only use the "shakedown" room under the direct supervision of an officer.

Vending machines have been placed in the visiting room to be used by the detainee's visitors **ONLY.** While detainees are allowed to consume items purchased from the machine, they are not allowed to operate or approach the machine. The visiting room officer is in no way responsible for monies lost in these machines, nor the quality of contents of vending machines. All vended items must be consumed prior to leaving the visiting room.

Vending cards may be purchased by visitors in the facility lobby for use during visitation, but may not be given to a detainee at any time. Vending cards must be purchased with a $5.00 bill only. The $5.00 bill is inserted in to the machine in the lobby and a vending card is returned with a credit of $3.75. The cost of the card of $1.25 is deducted from the $5.00 inserted into the machine. Money can be added to the card after purchase in any increment from $1.00 to $20.00, using US bills only. Cards may only be loaded with a maximum of $50.00 at a time. All vending cards expire six months from the date of purchase, and any money left on the card will be forfeited. Any money left on a vending card will not be refunded should a detainee leave the facility. There are no refunds of any money on the cards at any time.

**Visiting Schedule:**

Visiting is permitted Saturday, Sunday, and on all designated federal holidays, between the hours of 8:00 a.m. and 3:30 p.m. If there are more visitors than can be accommodated in the visiting room, it may be necessary to limit visits to lesser periods of time.

**Visitation Approval Procedures:**

ICE will conduct background checks on all visitors that enter the facility. NO visitor will be allowed to visit without approval from ICE. Background checks and approval will be required for Court Visits and Special Visits.

1. Each detainee that enters the facility will be given the Visitation Approval form by the Case Manager or Unit Team.
2. The Visitation Approval Procedures will be explained to all detainees during Orientation.
3. Detainees will complete the Visitation Approval form. You are to list all visitors' names, date of birth, social security number, and relationship to yourself. Forms must be returned to the Case Manager. You are allowed eight (8) people on your visiting list, not including visitors under the age of sixteen.
4. When the form is completed and turned in to the Case Manager, the Case Manager will then turn the forms over to the Chief of Unit Management. All forms will then be turned over to ICE for approval or disapproval. All forms must be filled out accurately in order to receive approval.
5. ICE will conduct the background check on all visitors listed and will circle whether the visitor is approved or denied. ICE will then return the form to the Case Manager. The Case Manager will enter all information into IMS2 and sign the form, verifying that the information was entered into IMS2.
6. Once all information has been entered into IMS2, you do not have to complete a new form each week. This information will stay in the system until you want to make a change. However, if you want to make changes to your visitation list, you may do so once every 30 days. All visiting forms for new arrivals must be turned in to the Case Manager by Tuesday each week to gain approval for that weekend's visits.

**VISITAS**
Eloy Centro de Detención número de teléfono: (520) 466-4141
Visitante Transporte Opciones:

33

CCOG00021196

Exhibit 25 - Page 613

Fondo para los visitantes pueden comunicarse con los servicios de taxi para viajar desde y hacia el centro. Los taxis son:

Taxi VIP: 1 (800) 829-4222 o (480) 245-5368
Central Arizona Transportes y Traslados LLC: (520) 426-1914
Casa Grande VIP & Shuttle LLC: (520) 421-9600

Identificación de los visitantes:
Todos los visitantes de más de 16 años serán necesarios para mostrar la fotografía de identificación adecuada. Los visitantes no puedan identificarse correctamente no será permitido visitar.

Todos los visitantes serán sometidos a examen por el detector de metales en el vestíbulo frente. Cualquier visitante que no puede pasar el detector de metales no serán autorizados a entrar en la Institución. Todos los visitantes que llegan a esta instalación con vestimenta inadecuada como "ver a través de" blusas, vestidos de más de 2 "por encima de la rodilla, pantalones cortos o por encima de la rodilla se le negará la entrada. Los hijos menores de edad [menores de doce (12)] se les permite usar pantalones cortos. Militares de las prendas de vestir, spandex o tanque tops / cabestro cimas no están permitidas.

Todos los detenidos que entra y sale de visita están sujetos a las búsquedas pat. Los detenidos están sujetos a las búsquedas tira a la salida de visita cuando exista una sospecha razonable de posible introducción de contrabando. Los detenidos están obligados a ser vestido en el uniforme adecuado y bien vestidos. Los detenidos no están autorizados a usar los blancos, zapatillas, zapatos o ducha en la habitación de visita. El único autorizado temas que se permite que vaya a entrar en la sala de visita son un peine, una medalla religiosa, boda banda, y pañuelo.

Ningún detenido o visitante se permitirá a participar en este tipo de acciones o conductas que perturben el buen orden de la sala de visita. Los detenidos y los visitantes pueden abrazar y besar (Dentro de los límites del buen gusto según lo determinado por la visita oficial de sala) al principio y al final de cada visita. La sala de visita oficial emitirá una advertencia para violaciónes de esta norma, y repetidas ofensas dará lugar a visita de terminación y las posibles medidas disciplinarias.

Los niños no pueden pasear por la sala de visita o se deja de causar trastornos a los demás. Si los padres no pueden o no supervisar a sus hijos, la visita se dará por terminado. Habrá un área separada de la sala de visita donde los niños puedan jugar y ver películas. Los detenidos y los visitantes han de permanecer en sus asientos asignados y no son para pasear o visitar con otros detenidos o de sus visitantes.

Los visitantes no están autorizados a dar a cualquier cosa o salir a la instalación de los detenidos.

En ningún momento los detenidos se permitirá a los visitantes el uso del baño. Los detenidos sólo pueden utilizar el "shakedown" habitación bajo la supervisión directa de un oficial.

Las máquinas expendedoras se han colocado en la sala de visita para ser utilizados por los visitantes del detenido SOLAMENTE. Si bien los detenidos se les permite consumir artículos comprados de la máquina, no se les permite operar o enfoque de la máquina. La sala de visita oficial no es en modo alguno responsable de la pérdida de dinero en estas máquinas, ni la calidad del contenido de las máquinas expendedoras. Todos los puntos de venta debe ser consumido antes de salir de la sala de visita.

Vending tarjetas pueden ser adquiridas por los visitantes en el vestíbulo del centro para su uso durante la visita, pero no puede ser dada a un detenido en cualquier momento. Tarjetas de Vending se debe comprar con un billete de 5,00 dólares solamente. El billete de $ 5.00 se inserta en la máquina en el vestíbulo y una tarjeta de venta se devuelve con un crédito de $ 3.75. El costo de la tarjeta de $ 1.25 se deduce de los $5.00 dólares inserta en la máquina. El dinero puede ser añadido a la tarjeta después de la compra en cualquier incremento de $1.00 dólares a $20.00 dólares, utilizando billetes EE.UU. solamente. Tarjetas sólo podrán ser cargados con un máximo de $ 50.00 a la vez. Todas las tarjetas de venta expirará seis meses a partir de la fecha de compra, y cualquier dinero restante en la tarjeta se perderá. Cualquier dinero que queda en una tarjeta de venta no será reembolsado a un detenido debe salir de la instalación. No hay devolución de dinero en las tarjetas en cualquier momento.

Visitar Horario:
Visitar está permitido sábado, domingo, y todos los designados en días feriados federales, entre las 8:00 am y 3:30 pm Si hay más visitantes que pueden ser alojados en la sala de visita, puede ser necesario limitar las visitas a menor períodos de tiempo.

34

CCOG00021197

Exhibit 25 - Page 614

Visitación los procedimientos de aprobación:

CIE llevará a cabo un control de antecedentes a todos los visitantes que entran en las instalaciones. NO visitante se le permitirá visitar sin la aprobación de la ICE. Verificaciones de antecedentes y aprobación serán necesarios para Corte Visitas y visitas especiales.

1. Cada detenido que ingresa en la instalación se dará la Visitación forma de aprobación por el Administrador del Equipo o Unidad.
2. La Visitación los procedimientos de aprobación se explicará a todos los detenidos durante Orientación.
3. Los detenidos se completa la Visitación de aprobación. Usted se encuentra a una lista de todos los visitantes los nombres, fecha de nacimiento, número de seguro social, y la relación con usted mismo. Los formularios deberán devolverse al Administrador del procedimiento. Se le permite ocho (8) personas en su lista de visita, sin incluir los visitantes menores de dieciséis años.
4. Cuando el formulario se completará y se convirtió en el administrador de caso, el Administrador se gire a las formas más al Jefe de la Unidad de Gestión. Todas las formas serán entregados a ICE para su aprobación o desaprobación. Todos los formularios deben ser completados con precisión con el fin de recibir su aprobación.
5. CIE llevará a cabo la verificación de antecedentes a todos los visitantes que figuran círculo y si el visitante es aprobado o rechazado. ICE entonces devolver el formulario para el administrador del caso. El Administrador de Caso entrará toda la información en IMS2 y firmar el formulario, verificar que la información se inscribió en IMS2.
6. Una vez que toda la información que se ha entrado en IMS2, usted no tiene que completar un Nuevo formulario cada semana. Esta información se mantendrá en el sistema hasta que usted desea hacer un cambio. Sin embargo, si desea hacer cambios a su lista de visita, usted podrá hacerlo una vez cada 30 días. Todas las formas de visita para los recién llegados deben convertirse en el administrador el martes de cada semana para obtener la aprobación para que las visitas del fin de semana.

## ATTORNEY VISITS

Attorney visits shall be permitted between the hours of 8:00 a.m. and 4:00 p.m. Monday through Friday, and 8:00am-12 noon Saturdays, Sundays, and holidays. A 24-hour advance notice is requested for attorney visits.

On regular business days, legal visitations may proceed through a scheduled meal period, and the detainee shall receive a tray or sack meal after the visit.

**Telephone number for court information:  1(800)898-7180.**

Fiscal visitas se permitirá entre las 8:00 am y 4:00 pm de lunes a viernes, y 8:00 am-12 mediodía los sábados,  omingos y días festivos. A 24 horas de anticipación se solicitó a la Oficina del Procurador visitas.

En los días regulares de trabajo, visitas legales pueden proceder a través de un período de comida programada, y el detenido recibirá una bandeja de comida o saco después de la visita.

**Número de teléfono de información de corte: 1 (800) 898-7180.**

## CORRESPONDENCE (Mail)

Identity documents, such as passports, birth certificates, etc., in a detainee's possession are contraband and may be used by ICE/DRO as evidence against the detainee or for other purposes authorized by law.  However, upon request, the detainee will be provided a copy of each document, certified by an ICE/DRO officer to be a true and correct copy.

As long as you bear the mailing cost, there is no limit on the volume of correspondence that you can send/receive or on the length, language, content, or source of correspondence or publications except when it is a clear violation of policy 16-01 Correspondence Procedures.  A copy of this policy is available in the library.

**Mailing Address**
At a minimum, the following information must be included on any incoming correspondence sent to detainees:

Your name: _____
Your A-No.: _____

CCOG00021198

Exhibit 25 - Page 615

Eloy Detention Center
1705 E. Hanna Road
Eloy, AZ 85131

**Each detainee will sign an Acknowledgment of Mail Regulations while in Receiving and Discharge.**

A. **Incoming Mail/ General**
   1. In accordance with approved procedures, incoming general correspondence will not be opened in the presence of a detainee. All incoming general correspondence will be opened by the mail-room officer and inspected for contraband.
   2. General Correspondence may be read as deemed necessary for security reasons.
   3. Mail will be processed and delivered within twenty-four (24) hours excluding weekends and holidays.
   4. Newspapers and publications will be inspected in the Mailroom prior to distribution.
   5. Contraband that is found will cause the entire package/letter to be returned to the sender with appropriate documentation.
   6. If the contraband is a violation of the law it will be referred for investigation.
   7. Correspondence containing information about escape plots, threats, and plans to commit illegal activities will be reviewed by the internal controls officer.
   8. Detainees may receive hard cover books from the publisher or bookstore only.
   9. Number of single faced photos allowed is limited to 10 for ICE Detainees. No larger than 5" x 7".
   10. Identity documents, such as passports, birth certificates, etc., in a detainee's possession are contraband and may be used by ICE/DRO as evidence against the detainee or for other purposes authorized by law. However, upon request, the detainee will be provided a copy of each document, certified by an ICE/DRO officer to be a true and correct copy.

B. **Outgoing Mail/General**
   1. All outgoing mail must be sealed.
   2. A mail box will be located in each housing unit.

C. **Special Mail**
   **"Special Mail"** means correspondence directed to or received from any of the following persons:
   The President and the Vice President of the U.S.A.
   The U.S. Department of Justice,
   U.S. Public of Health Services,
   Secretaries of the Army, Navy, or Air Force,
   U.S. Courts (including Probation Offices)
   Members of Congress,
   Embassies and Consulates,
   State Governors,
   State Attorney General, Prosecuting Attorneys,
   Director of State Departments of Corrections,
   State Parole,
   State Legislature,
   State Courts,
   State Probation Officers
   Other Federal and State Law Enforcement Offices,
   Personal Attorneys, and
   Representatives of news media.

Properly Identified **"Special Mail"** will only be opened and inspected in the presence of Detainees.
   1. The sender must be adequately identified and the envelope marked **"Special/Legal Mail-open only in the presence of the detainee"**
   2. Mail from the chambers of the judge and form members of the U.S. congress which is clearly identified will not require special mail marking.
   3. It is the detainee's responsibility to advise his attorney of the procedure for identifying attorney-client correspondence.
   4. The Mailroom Staff is responsible for pick up and delivery of legal/special mail.
D. **Restricted Mail**
   1. Detainees may be placed on restricted correspondence.

36

CCOG00021199

Exhibit 25 - Page 616

    2.  The recommendation will be made by the Chief of Security and a determination will be made by the Warden.

**E. Mailing Supplies**
1. Stamps, envelopes, and paper are available for purchase through the facility Commissary. See the "Commissary" section for further ordering information.
2. The facility will provide writing paper, writing implements and envelopes at no cost. See your housing unit staff for these supplies.

**F. Stamps/Indigent Supplies**
1. You must submit a request for indigent supplies to the Business Office, who will verify your indigent status.
2. Once determined indigent, a detainee may receive envelopes and postage for three (3) pieces of general correspondence and seven (7) pieces of special correspondence per week.
3. In order to be declared indigent, a detainee cannot have had more than $15.00 in his account within the previous thirty (30) day period.

**G. Returned Mail**
1. All returned mail and packages will be opened and **INSPECTED** to prevent the introduction of contraband.

**H. Packages**
1. Detainees must seek prior written approval through the Chief of Security to receive packages.
2. Packages will be checked to ensure that they contain only the items authorized by the Chief of Security.
3. Packages that contain unauthorized materials shall be mailed back to the sender at the detainee's expense.
4. Packages not approved in advance will be sent back.
5. Mailing packages out of the facility may occur as follows:
    a.  Personal items will be mailed at the detainee's expense and approved by the unit manager.

**H. Certified Mail**
1. Detainees may have mail certified. Unit staff will provide further instructions.

**I. Detainee Correspondents**
Detainees may correspond with detainees incarcerated in other correctional facilities as outlined below.
a. Prior written approval of the Warden/Administrator or designee must be obtained from each facility. Copies of the approvals will be provided to both detainees.
    i.  Written approvals will remain in effect even though one (1) or both of the detainees are transferred to another facility.
b. Correspondence privileges will be limited to:
    i.  Immediate family members (spouse, parents, siblings, children, and grandchildren); and
    ii.  Co-defendants in active cases.
c. Correspondence will not be deemed to be special in any manner.
d. All outgoing correspondence must remain unsealed until reviewed by designated facility employees.
e. Photographs of incarcerated detainees must not be included in any correspondence.
f. Inmates/residents may not receive nor send correspondence to multiple detainees inside the same envelope.

---

Documentos de identidad, tales como certificados de nacimiento pasaportes, etc, en posesión de un detenido son de contrabando y puede ser utilizado por el ICE / DRO como prueba contra el detenido o con otros fines autorizados por la ley. No obstante, previa solicitud, la persona detenida se le proporcionará una copia de cada documento, certificada por un funcionario del ICE / DRO que es una copia verdadera y correcta.

Mientras usted correrá con los gastos de correo, no hay límite en el volumen de correspondencia que la que pueda enviar / recibir o de la duración, el idioma, contenido o fuente de la correspondencia o las publicaciones, excepto cuando se trata de una clara violación de la política 16 -01 procedimientos de correspondencia. Una copia de esta política está disponible en la biblioteca.

**Mailing Address**
Como mínimo, la siguiente información debe ser incluida en toda la correspondencia entrante enviado a los detenidos:
Su nombre: _____
Su A-No.: _____
Eloy Detention Center
1705 E. Hanna Road
Eloy, AZ 85131

Cada detenido firmará un acuse de Correo, mientras que en los Reglamentos de Recepción y Aprobación de la gestión.

A. de correo entrante / General

CCOG00021200

Exhibit 25 - Page 617

1. De acuerdo con los procedimientos aprobados, correspondencia general entrante no se abrirán en presencia de un detenido. Toda la correspondencia de entrada general, será inaugurado por el oficial de sala de correo-e inspeccionada por contrabando.
2. Correspondencia General puede leerse como se considere necesario por razones de seguridad.
3. Correo será procesado y entregado dentro de los veinte y cuatro (24) horas excluyendo los fines de semana y días festivos.
4. Prensa y publicaciones será inspeccionado por el correo antes de su distribución.
5. Contrabando que se encuentra hará que todo el paquete o carta a ser devueltos al remitente con la documentación adecuada.
6. Si el contrabando es una violación de la ley será referido a una investigación.
7. La correspondencia que contenga información sobre las parcelas de escape, las amenazas, y planes para cometer actividades ilegales será examinado por el oficial de los controles internos.
8. Los detenidos pueden recibir libros de tapa dura de la editorial o librería.
9. Cantidad de fotografías permitidas se enfrentan está limitado a 10 para los detenidos de Inmigración y Aduanas. No más de 5 "x 7".
10. Los documentos de identidad, tales como pasaportes, certificados de nacimiento, etc, en posesión de un detenido son de contrabando y puede ser utilizado por el ICE / DRO como prueba contra el detenido o con otros fines autorizados por la ley. No obstante, previa solicitud, la persona detenida se le proporcionará una copia de cada documento, certificado por un oficial de ICE / DRO a ser una copia fiel y correcta.

B. Correo saliente / General
1. Todos los mensajes salientes deben estar sellados.
2. Un buzón de correo se encuentra en cada unidad de vivienda.

C. Especial de correo
"Especial Correo", dirigido a la correspondencia recibida o de alguna de las siguientes personas:
El Presidente y el Vice President de los EE.UU.
El U. S. Departamento de Justicia,
U. S. público de los servicios de salud,
Secretarios del Ejército, Armada o Fuerza Aérea,
U. S. tribunales (incluido el de libertad vigilada oficinas)
Los miembros del Congreso,
Embajadas y Consulados,
Gobernadores del Estado,
Fiscal General del Estado, del ministerio fiscal,
Director de Departamentos de Estado de correcciones,
Estado de Libertad Condicional,
Legislatura del Estado,
Los tribunales estatales,
Estado agentes de libertad vigilada
Otras leyes federales y estatales encargados de hacer cumplir las oficinas,
Personal Abogados, y
Los representantes de los medios de comunicación.

Debidamente identificados "Correo Especial" sólo se abrió e inspeccionó a la presencia de los detenidos.
1. El remitente deberá estar debidamente identificado y el sobre marcado "Especial / Legal Correo-abierta solo en presencia del recluso"
2. Correo de las cámaras del juez y forma los miembros del Congreso de los EE.UU. que se identifica claramente no requerirá el marcado especial de correo.
3. Es el detenido tiene la responsabilidad de asesorar a su abogado de los procedimiento de identificación de abogado-cliente correspondencia.
4. El correo personal es responsable de recoger y la entrega de legal / correo especial.

D. restringido correo
1. Los detenidos podrán ser puestos en correspondencia restringida.
2. La recomendación será hecha por el Jefe de Seguridad y se tome una decisión será hecha por el alcaide.

E. Fuentes de Correo
1. Sellos, sobres y papel están disponibles para su compra a través de la instalación de comisario. Vea la sección "comisario" para obtener más información de pedido.
2. La instalación proporcionará papel de escribir, instrumentos de escritura y sobres, sin costo alguno. Consulte a su personal de la unidad de vivienda para estos suministros.

CCOG00021201

Exhibit 25 - Page 618

E. Sellos
   1. El consejero verificará que el detenido no tiene fondos, ni tiene la oportunidad de ganar rendimiento pagan para que los fondos destinados en su cuenta.
   2. 2. Una vez determinados los indigentes, un detenido puede recibir los sobres y el franqueo de tres (3) piezas de correspondencia en general y de siete (7) piezas de correspondencia especial a la semana.
   3. Con el fin de ser declarados indigentes, un detenido puede no han tenido más de US $ 15,00 en su cuenta dentro de la anterior (30) días.
F. regresó correo
   1. Todos regresaron de correo y paquetes serán abiertos e inspeccionados para evitar la introducción de contrabando.
G. Paquetes
   1. Los detenidos deberán obtener la aprobación previa por escrito a través del Jefe de Seguridad para recibir los paquetes.
   2. Los paquetes serán revisados para garantizar que en ellos sólo los elementos autorizados por el Jefe de Seguridad.
   3. Los paquetes que contienen materiales no autorizados deberá ser enviado por correo al remitente en la costa del detenido.
   4. Los paquetes que no apruebe previamente serán devueltos.
   5. Mailing paquetes de la instalación puede ocurrir lo siguiente:
        A. Artículos personales serán enviados a la costa del detenido y aprobado por el administrador de la unidad.

H. correo certificado
   1. Los detenidos pueden tener correo certificado. Personal de la Unidad proporcionará nuevas instrucciones.
I. Los corresponsales de Detenidos
Los detenidos pueden corresponder con los detenidos encarcelados en otros centros penitenciarios como se indica a continuación.
        a. Antes de la aprobación por escrito del Jefe / Administrador o la persona designada debe ser obtenido de cada instalación. Las copias de las aprobaciones se proporcionará a los detenidos.
            i. aprobaciones por escrito se mantendrá en efecto a pesar de un (1) o dos de los detenidos son trasladados a otro centro.
        b. privilegios de correspondencia se limitará a:
            i. Miembros de la familia inmediata (cónyuge, padres, hermanos, hijos y nietos), y
            ii. Co-acusados en los casos activos.
        c. La correspondencia no se considerará especiales de alguna manera.
        d. Toda la correspondencia saliente debe permanecer sin sellar hasta revisados por empleados de las instalaciones designadas.
        e. Las fotografías de los detenidos encarcelados no deben incluirse en cualquier tipo de correspondencia.
        f. Los internos y residentes no pueden recibir ni enviar correspondencia a los detenidos múltiples dentro del mismo sobre.

## FINANCES

To send money, contact unit management staff to make arrangements to prepare a release of funds.

**Deposits to accounts for New Arrivals:** Cash, US Postal money orders, US treasury checks, and US International Postal money orders will be credited to your account in two working days.

**General deposits to detainee accounts:** <u>Cash, personal and business checks and money orders will not be accepted at the facility or through detainee mail.</u> Deposits can be processed through Western Union (**Blue Quick Collect Form ONLY**) with the following information:

|  |  |
|---|---|
| Pay to: | Corrections Corp of America |
| Cody city: | Trustcca |
| State: | TN |
| Sender's account #: | COMMISSARY# and Detainee's last name (as it appears on your ID card. ) |
|  | example: 123456SMITH |
|  | Important: No spaces, no first names. |

In addition, money orders and cashiers checks for deposits may be mailed to the following address:

CCOG00021202

Exhibit 25 - Page 619

CCA Inmate Trust
*Detainee Last Name (as it appears on your ID card)*
*Detainee Commissary Number* _ _ _ _ _ _
Facility: ELYDC
P.O. Box 933488
Atlanta, GA 31193-3488

All detainees are strongly advised to inform persons sending money to them to keep a copy of the envelope in which the money has been sent and a copy of the cashier's check/money order for their personal records.

Additional information is located in the housing units.

Para enviar dinero, póngase en contacto con personal de la unidad de gestión para hacer los arreglos necesarios para preparar la liberación de los fondos.

**Los depósitos a las cuentas para los recién llegados:** dinero en efectivo, Postal de EE.UU. giros postales, cheques del Tesoro de EE.UU., y EE.UU. Postal Internacional giros postales serán acreditados a su cuenta en dos días hábiles.

**Otros depósitos a las cuentas detenido: <u>dinero en efectivo, personal y controles de negocios y giros postales no serán aceptados en la instalación oa través de correo detenido.</u>** Los depósitos pueden ser procesados a través de Western Union **(Blue Quick Collect sólo)** con la siguiente información:

Pagar a: Corrections Corp of America
Cody ciudad: Trustcca
Estado: TN
Del remitente cuenta #: # economato del detenido y apellido (tal como aparece en su tarjeta de identificación.)
ejemplo: 123456SMITH
Importante: No hay espacios, no los nombres.

Además, giros postales y cheques cajeros de los depósitos puede ser enviado por correo a la siguiente dirección:

CCA Inmate Trust
Detenidos Apellido (tal como aparece en su tarjeta de identificación)
Comisario detenido Número _ _ _ _ _ _
Facilidad: ELYDC
P.O. Box 933488
Atlanta, GA 31193-3488

Todos los detenidos son altamente recomendable informar a las personas que envían dinero a su alcance para conservar una copia del sobre en el que el dinero se ha enviado y una copia del cheque de caja o giro postal para sus registros personales.

Información adicional se encuentra en las unidades de vivienda.

## MEALS

Meals will generally be served to general population detainees in the dining hall. These meals must be consumed within the dining hall. Exceptions may be made for safety and security reasons. Detainees in special management units will receive their meals in their cells. Meal times are as follows:

Breakfast:    4:15 a.m.
Lunch:         11:00 a.m.
Dinner:        4:00 p.m.

Meal times may vary slightly, due to facility security concerns.

If you have a special dietary need due to religious or medical reasons, it is your responsibility to request a special diet that meets your needs. Your request will be evaluated to ensure that you will be provided with an appropriate meal. Requests

40

CCOG00021203

Exhibit 25 - Page 620

for religious diets must be submitted to the Chaplain for review and approval.  Requests for medical diets must be submitted to the Medical Department for review and approval.

The facility menu is free of pork and all pork by-products.

Las comidas en general, se sirve a los detenidos en la población general en el comedor. Estas comidas deben consumirse en el comedor. Se pueden hacer excepciones por razones de seguridad y de seguridad. Los detenidos en unidades especiales de gestión recibirán sus comidas en sus celdas.  Tiempos de comida son los siguientes:

|            |          |
|------------|----------|
| Desayuno:  | 4:15 am  |
| Almuerzo:  | 11:00 am |
| Cena:      | 4:05 pm  |

Horarios de las comidas pueden variar ligeramente, debido a las preocupaciones de protección de las instalaciones.

Si usted tiene una necesidad dietética especial, debido a motivos religiosos o médicos, es su responsabilidad de solicitar una dieta especial que se adapte a sus necesidades. Su solicitud será evaluada para asegurar que se le proporcionará con una comida adecuada. Las solicitudes de las dietas religiosas deben ser presentados al capellán para su revisión y aprobación. Las solicitudes de dietas médicas deberán presentarse al Departamento Médico para su revisión y aprobación.

## COMMISSARY

Your commissary will be delivered to you in your housing cells.  This procedure will be followed:

You can purchase commissary one time per week, this includes phone cards.  The spending limit is $125.00 per week. Stamps and phone cards are not included in the weekly limit.  Phone cards are non-refundable – if one is lost or stolen, it will NOT be replaced.  You MUST have the money available in your account at 6:00am Monday morning, or you will wait until the following week for commissary.  Commissary staff will not pick and choose what a detainee can afford.  The order will be processed until the money runs out or you reach your spending limit.

There will be no refunds for wrong items purchased.  It is your responsibility to properly fill out the order form.  Prior to opening your commissary bag, you must verify all items.  If you feel there is a problem with the order one of the commissary staff will verify the items in the bag with you prior to it being opened.  Once you have opened the bag, the order is complete.  There will not be any exchanges, refunds or replacement of missing items.
Commissary will provide a time for detainees at court, work, or medical to receive their commissary even if it is not at the specified time for their building.  Commissary is open from 8:00 a.m. to 4:00 p.m. Monday through Friday; the schedule is posted in the units and is subject to change without notice.

Su comisario será entregado a usted en las células de su vivienda. Este procedimiento será seguido:

Usted puede comprar comisario una vez por semana, esto incluye tarjetas telefónicas. El límite de gastos es de $ 125.00 por semana. Sellos y tarjetas de teléfono no están incluidos en el límite semanal. Las tarjetas telefónicas no son reembolsables - si uno se pierde o es robada, no será reemplazado. Usted debe tener el dinero disponible en su cuenta, a las 6:00 de la mañana del lunes, o te vas a esperar hasta la semana siguiente para comisario. Comisario personal no escoger y elegir lo que un detenido puede pagar. La orden será procesada hasta que el dinero se acaba o que llegue a su límite de gastos.

No habrá reembolsos para los artículos comprados equivocadas. Es su responsabilidad llenar correctamente el formulario de pedido. Antes de abrir su bolsa de comisario, debe comprobar todos los elementos. Si usted siente que hay un problema con el orden del comisario personal verificará los artículos en la bolsa con usted antes de que pueda ser abierta. Una vez abierta la bolsa, el orden es completa. No habrá ningún intercambio, reembolso o reemplazo de elementos faltantes.
Comisario dará un tiempo para que los detenidos en la corte, el trabajo o médicos para recibir su comisario, incluso si no está en el tiempo especificado para su edificio. Comisario está abierto de 8:00 am a 4:00 pm de lunes a viernes, el horario se puede encontrar en las unidades y está sujeta a cambios sin previo aviso.

CCOG00021204

Exhibit 25 - Page 621

**CLOTHING**

At Eloy Detention Center, the basic uniform for detainees is:

> **Green** uniforms - Level 1 detainees.
> **Khaki** uniforms - Level 2 detainees.
> **Blue** uniforms - Level 3 detainees.

<u>Laundry Exchange</u>

All detainees will receive a laundry bag for their cells and all clothing will be considered a permanent issue. The laundry bag belongs to the cell in which you live in. If a detainee moves to another cell or unit, then the clothing will go with the detainee and the laundry bag will remain with the cell or the unit team staff.

**South Side Laundry ( Bag ) Schedule**

| Unit | Monday | Tuesday | Wednesday | Thursday | Friday |
|------|--------|---------|-----------|----------|--------|
| Alpha | Socks/Underwear Pants/Shirts | Sheets Towels Pillowcase | Socks/Underwear Pants/Shirts | Blankets or Jackets Only Fill Unit Request | Socks/Underwear Pants/Shirts |
| Bravo | Socks/Underwear Pants/Shirts | Sheets Towels Pillowcase | Socks/Underwear Pants/Shirts | Blankets or Jackets Only Fill Unit Request | Socks/Underwear Pants/Shirts |
| Charlie | Socks/Underwear Pants/Shirts | Sheets Towels Pillowcase | Socks/Underwear Pants/Shirts | Blankets or Jackets Only Fill Unit Request | Socks/Underwear Pants/Shirts |
| A-400 | Socks/Underwear Jump Suits Pants/Shirts | Sheets Towels Pillowcase | Socks/Underwear Jump Suits Pants/Shirts | Blankets or Jackets Only Fill Unit Request | Socks/Underwear Jump Suits Pants/Shirts |

**North Side Laundry ( Bag ) Schedule**

| Unit | Monday | Tuesday | Wednesday | Thursday | Friday |
|------|--------|---------|-----------|----------|--------|
| Delta | Socks/Underwear Pants/Shirts | Sheets Towels Pillowcase | Socks/Underwear Pants/Shirts | Blankets or Jackets Only Fill Unit Request | Socks/Underwear Pants/Shirts |
| Echo | Socks/Underwear Pants/Shirts | Sheets Towels Pillowcase | Socks/Underwear Pants/Shirts | Blankets or Jackets Only Fill Unit Request | Socks/Underwear Pants/Shirts |
| Fox | Socks/Underwear Pants/Shirts | Sheets Towels Pillowcase | Socks/Underwear Pants/Shirts | Blankets or Jackets Only Fill Unit Request | Socks/Underwear Pants/Shirts |
| E 100 E 600 | Socks/Underwear Jump Suits Pants/Shirts | Sheets Towels Pillowcase | Socks/Underwear Jump Suits Pants/Shirts | Blankets or Jackets Only Fill Unit | Socks/Underwear Jump Suits Pants/Shirts |

CCOG00021205

Exhibit 25 - Page 622

| | | | | Request | |
|---|---|---|---|---|---|

En el Centro de Detención Eloy, de base uniforme para los detenidos es la siguiente:

Uniformes verdes - Nivel 1 detenidos.
Uniformes caqui - Nivel 2 detenidos.
Blue uniformes - Nivel 3 detenidos.

Intercambio de lavandería:

Todos los detenidos recibirán una bolsa de lavandería para su ropa de todas las células y se considera un problema permanente. La bolsa de lavandería pertenece a la celda en la que vivimos Si un detenido se mueve a otra celda o en la unidad, entonces la ropa se van con el detenido y la ropa con la bolsa seguirá siendo la célula o la unidad personal del equipo.

**Lado Sur de lavandería (bolsas) Calendario**

| Unidad | Lunes | Martes | Miércoles | Jueves | Viernes |
|---|---|---|---|---|---|
| Alpha | Calcetines/Ropa Interior<br><br>Pantalones/Camisas | Hojas<br>Toallas<br>Funda de almohada | Calcetines/Ropa Interior<br><br>Pantalones/Camisas | Mantas o chaquetas Sólo<br>Llenar solicitud de la Unidad | Calcetines/Ropa Interior<br><br>Pantalones/Camisas |
| Bravo | Calcetines/Ropa Interior<br><br>Pantalones/Camisas | Hojas<br>Toallas<br>Funda de almohada | Calcetines/Ropa Interior<br><br>Pantalones/Camisas | Mantas o chaquetas Sólo<br>Llenar solicitud de la Unidad | Calcetines/Ropa Interior<br><br>Pantalones/Camisas |
| Charlie | Calcetines/Ropa Interior<br><br>Pantalones/Camisas | Hojas<br>Toallas<br>Funda de almohada | Calcetines/Ropa Interior<br><br>Pantalones/Camisas | Mantas o chaquetas Sólo<br>Llenar solicitud de la Unidad | Calcetines/Ropa Interior<br><br>Pantalones/Camisas |
| A 400 | Calcetines/Ropa Interior<br><br>Overoles<br><br>Pantalones/Camisas | Hojas<br>Toallas<br>Funda de almohada | Calcetines/Ropa Interior<br><br>Overoles<br><br>Pantalones/Camisas | Mantas o chaquetas Sólo<br>Llenar solicitud de la Unidad | Calcetines/Ropa Interior<br><br>Overoles<br><br>Pantalones/Camisas |

**Lado Norte de lavandería (bolsas) Calendario**

| Unidad | Lunes | Martes | Miércoles | Jueves | Viernes |
|---|---|---|---|---|---|
| Delta | Calcetines/Ropa Interior<br><br>Pantalones/Camisas | Hojas<br>Toallas<br>Funda de almohada | Calcetines/Ropa Interior<br><br>Pantalones/Camisas | Mantas o chaquetas Sólo<br>Llenar solicitud de la Unidad | Calcetines/Ropa Interior<br><br>Pantalones/Camisas |
| Echo | Calcetines/Ropa Interior<br><br>Pantalones/Camisas | Hojas<br>Toallas<br>Funda de almohada | Calcetines/Ropa Interior<br><br>Pantalones/Camisas | Mantas o chaquetas Sólo<br>Llenar solicitud de la Unidad | Calcetines/Ropa Interior<br><br>Pantalones/Camisas |
| Fox | Calcetines/Ropa Interior<br><br>Pantalones/Camisas | Hojas<br>Toallas<br>Funda de almohada | Calcetines/Ropa Interior<br><br>Pantalones/Camisas | Mantas o chaquetas Sólo<br>Llenar solicitud de la Unidad | Calcetines/Ropa Interior<br><br>Pantalones/Camisas |
| E 100 | Calcetines/Ropa Interior | Hojas | Calcetines/Ropa Interior | Mantas o chaquetas Sólo | Calcetines/Ropa Interior |

43

CCOG00021206

Exhibit 25 - Page 623

| E 600 | Overoles | Toallas | Overoles | Llenar solicitud de la Unidad | Overoles |
|---|---|---|---|---|---|
| | Pantalones/Camisas | Funda de almohada | Pantalones/Camisas | | Pantalones/Camisas |

## RAZORS

Disposable razors will be provided daily. Razors will be checked out on an as needed basis and returned when you have finished shaving. Disposable razors will not be used by more than one (1) detainee; this is for health and safety reasons meant to protect the detainees and staff.

Maquinillas de afeitar

Maquinillas de afeitar desechables se prestará diariamente. Maquinillas de afeitar se verificará a medida en que sea necesario y regresó cuando haya acabado de afeitar. Maquinillas de afeitar desechables no será utilizada por más de un (1) detenido, lo que es para la salud y razones de seguridad destinadas a proteger a los detenidos y el personal.

## BARBERING SERVICE

Free barbering services will be provided to detainees Monday through Friday by assigned barbers only.   See posted schedules for barber hours.

Barbers or beauticians shall not provide service to any detainee when the skin of the detainee's face, neck, or scalp is inflamed, or when there is scaling, pus, or other skin eruptions, unless service of such detainee is performed in accordance with the specific authorization of the Chief Medical Officer. No person who is infested with head lice shall be served.

Libre barbería Se prestarán servicios a los detenidos de lunes a viernes de barberos asignado. Ver horarios de Nuevo barbero horas.

Peluqueros o esteticistas no proporcionará el servicio a cualquier persona detenida cuando la piel de la cara del detenido, el cuello o el cuero cabelludo está inflamado, o cuando hay escalamiento, pus, o de otras erupciones cutáneas, a menos que el servicio de los detenidos se realice de conformidad con las específicas autorización del Jefe de Servicios Médicos. Ninguna persona que está infestado de piojos de la cabeza se cumplirá.

## SMOKING POLICY

The facility has a no smoking or tobacco policy.  Possession of any tobacco products will result in disciplinary action.

La instalación no tiene un tabaco de fumar o política. La posesión de algún producto de tabaco se traducirá en la adopción de medidas disciplinarias.

## VOLUNTARY WORK PROGRAM

Every effort will be made to provide you an opportunity to participate in the voluntary work program. Wages are $1.00 per day, this does not mean per work assignment.

Ordinarily you will not be permitted to work in excess of eight (8) hours daily, or 40 hours weekly unless a request is made to and approved by the Assistant Warden. In addition, you shall be required to sign a voluntary work program statement and receive necessary training.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and unexcused absences from work or unsatisfactory work performance could result in removal from the voluntary work program.

CCOG00021207

Exhibit 25 - Page 624

Se hará todo lo posible para proporcionarle la oportunidad de participar en el programa de trabajo voluntario. Los salarios son de $ 1,00 por día, esto no significa trabajar por la cesión.

Por lo general, no se le permite trabajar más de ocho (8) horas diarias, o 40 horas semanales a menos que se haya hecho la petición y aprobado por el Asistente de Warden. Además, usted estará obligado a firmar un programa de trabajo voluntario declaración y recibir la formación necesaria.

Los detenidos que participan en el programa de trabajo voluntario se ven obligados a trabajar de acuerdo con un calendario de trabajo asignado y ausencias injustificadas de su trabajo o insatisfactorio desempeño en el trabajo puede resultar en la eliminación de programa de trabajo voluntario.

## RECREATION

**The recreation schedule will be posted in the housing units.**

**In-dorm recreational facilities**
The following rules apply for television viewing:
1.   Television programming is the responsibility of the Unit Manager. To ensure fairness to all detainees, the Unit Manager, will post sports viewing and a special programming schedule on a regular basis. **No deviations will be permitted.**
2.   Televisions will be turned off during official counts, cleaning of housing areas and when it will interfere with other facility operations.
**As previously stated, the schedule shall be strictly adhered to and no deviation is permitted unless authorized by the Unit Manager.** Any requests for special scheduling shall be forwarded to the Unit Manager's office for consideration. Recording of special programming or programs may be accomplished by submitting a written request to the Recreation Specialist for consideration. You are cautioned not to begin viewing a program that will end after the designated viewing hours, because the television will be turned off at the designated time (usually 10:00 pm but will be established by the Chief Detention Enforcement Officer).

Board games and movie nights are also offered to all detainees in general housing units. See your unit staff for additional information.

**Access To Outside Recreation**
All detainees, weather and physical layout permitting will be provided, at a minimum, one hour of outdoor recreation per day, five (5) days per week.

**Photos**
All photo tickets purchased in commissary will be taken on the Recreation yards. Pictures will be taken during scheduled recreation times.
- Photo tickets must have the detainee's name and number on the back.
- The tickets and the photos will be inspected by the Recreation staff before printing the pictures.
- Detainees must be dressed in their full uniform.
- Group photos will be allowed. Each detainee in the photo must have a ticket, if they would like a copy.
- No sunglasses, hats, etc. may be worn during photos.
- No security devices will be visible in the photo (doors, fences, etc.)
- Photos will be taken in a designated area on the recreation yard.

El horario de recreo se publicarán en las unidades de vivienda.
Las siguientes reglas se aplican para la televisión:
1. Programación de televisión está a cargo de la Unidad de Manager. Para garantizar la equidad a todos los detenidos, Gerente de la Unidad, puesto deportes: y una programación especial sobre una base regular. No se desviaciones permitidas.
2. Televisores se apagará durante la cuenta oficial, limpieza de viviendas y zonas cuando vayan a interferir con otras operaciones de instalación.

Como se ha indicado anteriormente, el calendario deberá ser estrictamente respetado y no se permite la desviación a menos que autorizado por la Unidad Manager. Las solicitudes de programación especial se transmitirá a la Unidad del jefe de la oficina para su examen. Grabación de programas especiales o programas puede realizarse mediante la

CCOG00021208

Exhibit 25 - Page 625

presentación de una solicitud por escrito para la Recreación especialista para su examen. Usted no se advirtió a comenzar: un programa que va a terminar después de la designada: horas, porque la televisión se apagará a la hora (10:00 pm por lo general, sino que será establecido por el Jefe de Detención Oficial de Cumplimiento).

Juegos de mesa y noches de cine también se ofrecen a todos los detenidos en unidades de vivienda en general. Consulte a su personal de la unidad para obtener información adicional.

El acceso a la recreación fuera
Todos los detenidos, el clima y la disposición física que permita se facilitará, como mínimo, a una hora de recreación al aire libre por día, cinco (5) días a la semana.

**Fotos**
Todos los boletos comprados en la comisaría de fotos se tomarán en los patios de recreo. Las fotos serán tomadas en momentos de recreación programada.
- Billetes de fotos debe tener el nombre del detenido y el número en la espalda.
- Las entradas y las fotos serán inspeccionados por el personal de Recreación antes de imprimir las fotos.
- Los detenidos deben ser vestida con su uniforme completo.
- Grupo de fotos será permitido. Cada detenido en la foto debe tener un boleto, si desea una copia.
- No gafas de sol, sombreros, etc se pueden usar durante las fotos.
- No hay dispositivos de seguridad serán visibles en la foto (puertas, vallas, etc)
- Las fotos serán tomadas en un área designada en el patio de recreo.

## LIBRARY

The library at this facility contains standard library materials found in a school or community library. The needs, interests and abilities of the majority of detainees are carefully considered and the library collection developed accordingly. You are permitted to check out books during library hours. The Recreation Specialist or detainee librarian can assist you. It is important that you take care of the books and return them timely so other detainees have the opportunity to read and enjoy them.

There is one library on the North side and one library on the South side of the facility. The libraries are located within the vocational buildings, and include both the leisure library and the law library. Hours of operation are posted in the housing units.

La biblioteca en esta instalación contiene materiales de la biblioteca estándar se encuentran en una escuela o biblioteca comunitaria. Las necesidades, intereses y habilidades de la mayoría de los detenidos son considerados cuidadosamente y la colección de la biblioteca desarrollados en consecuencia. Se le permite salir antes de libros de la biblioteca durante horas. El especialista en Recreación o detenido bibliotecario le puede ayudar. Es importante que usted tome cuidado de los libros y devolverlos a tiempo para que otros detenidos tienen la oportunidad de leer y disfrutar de ellas.

Hay una biblioteca en el lado norte y una biblioteca en el lado sur de la instalación. Las bibliotecas se encuentran dentro de los edificios profesional, e incluye tanto a la biblioteca de ocio y la biblioteca de leyes. El horario de operación se publican en las unidades de vivienda.

## LAW LIBRARY

The Law Library at Eloy Detention Center provides legal materials using the Lexis/Nexis publications on CD ROM.

The schedule for use is posted in all housing units. Self-help material will be provided and made available to all detainees for their use for research or preparation of their defense. Eloy Detention Center shall permit you to assist other detainees in researching and preparing legal documents upon request, except when such assistance poses a security risk. Such assistance is voluntary; no detainee shall be allowed to charge a fee or accept anything of value for assistance.

If you require additional legal material not available in the facility law library, you shall make a written request to the employee responsible for maintaining and updating library materials. Eloy Detention Center shall inform the ICE contact person of the request as quickly as possible. ICE will, with the assistance of District Counsel, answer all requests in a timely manner. Requests from detainees who are facing imminent deadlines will receive priority. Requests for copies of court decisions will normally be available within three business days, which should guide responses to other requests.

CCOG00021209

Exhibit 25 - Page 626

If any library material is missing or damaged, notify the Library Aide so that the facility may obtain a replacement.  The law library provides access to computers and printers for preparing legal work only.  Instructions for the use of the Lexis/Nexis computer system are available in the library.

Damaged or stolen materials shall be promptly replaced. In addition to its own inspections, the facility shall encourage detainees to report missing or damaged materials. Eloy Detention Center may obtain replacements by contacting the designated coordinator at ICE Headquarters. If materials submitted by outside organizations need to be replaced, Eloy Detention Center will contact ICE, which will obtain replacements from the submitting organization.

You shall be permitted to use the law library for a minimum of five (5) hours per week.  If additional time is needed, you can submit a request.  Requests for additional time in the law library shall be accommodated to the extent possible, consistent with the orderly and secure operation of the facility.   Special priority shall be taken into consideration for additional law library time when a detainee is facing a court deadline.

La Biblioteca de Derecho en el Centro de Detención Eloy proporciona materiales legales con el Lexis / Nexis publicaciones en CD-ROM.

El calendario para su uso se puede encontrar en todas las unidades de vivienda. De auto-ayuda material sera proporcionado y puesto a disposición de todos los detenidos para su utilización para la investigación o la preparación de su defensa. Eloy Detention Center se le permiten ayudar a otros detenidos en la investigación y la preparación de documentos legales que lo soliciten, salvo cuando dicha asistencia plantea un riesgo para la seguridad. Esa asistencia es voluntaria; detenido no se le permitirá cobrar una cuota o aceptar cualquier cosa de valor para obtener ayuda.

Si necesita material adicional legal no está disponible en el servicio de biblioteca de derecho, usted deberá hacer una solicitud por escrito al empleado responsable de mantener y actualizar los materiales de la biblioteca. Eloy Centro de Detención informará a la persona de contacto ICE de la solicitud lo antes posible.  ICE, con la asistencia del Asesor de Distrito, responda todas las solicitudes de manera oportuna. Las solicitudes de los detenidos que se enfrentan inminente plazos recibirá prioridad. Las solicitudes de copias de las decisions judiciales normalmente se dispone de un plazo de tres días hábiles, que deben guiar las respuestas a otras solicitudes.

Si algún material de la biblioteca se encuentra o está dañado, notifique al Ayudante de Biblioteca, de forma que el centro pueda obtener un reemplazo. La biblioteca de la ley permite el acceso a computadoras e impresoras para la preparación de trabajo legal solamente. Las instrucciones para el uso del sistema informático Lexis / Nexis están disponibles en la biblioteca.
Dañados o robados los materiales será comunicada inmediatamente sustituido. Además de sus propias inspecciones, la instalación deberá alentar a los detenidos desaparecidos informe o materiales dañados. Eloy Detention Center puede obtener reemplazos poniéndose en contacto con el coordinador designado a la Sede de Inmigración y Aduanas. Si los materiales presentados por organizaciones externas que ser reemplazado, Eloy Detention Center se pondrá en contacto con ICE, que obtener reemplazos de la presentación de la organización.

Usted se permite el uso de la biblioteca de derecho durante un mínimo de cinco (5) horas por semana. Si el tiempo adicional es necesario, la puede presentar una solicitud. Las solicitudes de tiempo adicional en la biblioteca de derecho se les dará cabida en la medida de lo posible, en consonancia con la ordenada y segura operación de la instalación. Especial prioridad se tomarán en consideración para la biblioteca de derecho adicionales momento en que un detenido se enfrenta a un tribunal plazo.

## RELIGIOUS SERVICES

All detainees shall have access to religious resources, services, instruction and counseling on a voluntary basis. You shall be extended the greatest amount of freedom and opportunity for pursuing any legitimate religious belief or practice within the constraints of security and safety considerations. The religious schedule is posted in your housing unit.

Todos los detenidos tendrán acceso a los recursos religiosos, los servicios, la instrucción y el asesoramiento sobre una base voluntaria. Usted se ampliará la mayor cantidad de libertad y oportunidad para ejercer una de las legítimas creencias religiosas o las prácticas dentro de las limitaciones de seguridad y las consideraciones de seguridad. El calendario religioso es de publicar en su unidad de vivienda.

47

CCOG00021210

Exhibit 25 - Page 627

## MARRIAGE REQUESTS

You or your legal representative may request permission to marry from the facility administrator, ICE Field Office Director, or his or her designee. Your request to marry must be submitted in writing to the facility administrator. Your written request must specifically address the following three issues:
• Whether you are legally eligible to be married;
• Whether you are mentally competent to enter into a marriage; and
• Whether the intended spouse will certify that they will marry you.
Your request must be accompanied by a written affirmation by your future spouse that certifies that he or she intends to marry you.
The facility administrator will refer your request to the DRO Field Office Director once it is complete. Final approval must be obtained from the Field Office Director in the area where you are detained. Failure to obtain this approval could result in a delay or cancellation of any ceremonies or approved visits for the purpose of marriage.
You are responsible for retaining an official to perform the marriage ceremony.
A copy of this policy (14-7 Inmate/Resident Marriages) will be available in the Library.

Usted o su representante legal podrá solicitar permiso para casarse con ¬ sión del administrador de la institución, el ICE Director de la Oficina, o su designado. Su solicitud para contraer matrimonio debe ser presentada por escrito al administrador de la institución. Su solicitud por escrito específicamente deben abordar las tres cuestiones siguientes:
• Si usted es legalmente elegible para casarse;
• Si usted es mentalmente competente para contraer matrimonio, y
• Si el futuro cónyuge se certifique que se casará contigo.
Su solicitud debe ir acompañada de una confirmación af escrito por su futuro cónyuge que certifica que él o ella tiene la intención de casarme contigo.
El administrador de la institución remitirá su solicitud a la Oficina de Campo de DRO Director una vez que se haya completado. La aprobación definitiva se debe obtener de la esfera de ICE Director en el área donde se encuentra detenido. El no obtener esta aprobación podría resultar en un retraso o cancelación de cualquier ceremonia o visitas aprobado para el propósito del matrimonio.
Usted es responsable de la retención de un funcionario para llevar a cabo la ceremonia de matrimonio.
Una copia de esta política (14-7 Interno Residente matrimonios) estará disponible en la Biblioteca.

## SEXUAL ASSAULT

What sexual acts are forbidden?

The following sexual acts are forbidden at Eloy Detention Center:

Disruption – Violence

Rape or forcible sexual act
Example: Rape is defined as the penetration, however slight, of the oral, vaginal or anal opening for the purpose of sexual arousal, gratification, or abuse when the victim is incapable through any unsoundness of mind, whether temporary or permanent of giving consent; the victim resists but resistance is overcome by force or violence; where the victim is prevented from resistance by threats of immediate and great bodily harm, accompanied by apparent power of execution; where the victim is prevented from resistance by the use of any intoxicating, narcotic or anesthetic substance administered by or with the privities of the accused; or where the victim is at the time unconscious of the nature of the act.

Sexual Activity

Engaging in sexual activity with another person.
Example: Has active or passive contact or fondling between his/her genitals, hand(s), mouth, buttocks, anus, breast and the genitals; hands, mouth, buttocks, anus, or breast of another person who expressly or impliedly consents to the accused offender's conduct.  Contact can be with or without clothing being worn by one or both parties.

CCOG00021211

Exhibit 25 - Page 628

Bestiality
Example: Any sexual contact with an animal.

Indecent exposure
Example: Every person who willfully and lewdly either: exposes his or her genitals in any public place, or in any place where there is present another person or persons who are offended or annoyed thereby; or procures, counsels, or assists any person so to expose his or her genitals where there is present another person or persons who are offended or annoyed.

Making sexual proposals/threats or sexually harassing another person.
Example: Subjecting another person to sexual contact through physical action and/or verbal or written statements without sexual intercourse, and the other person does or does not expressly or impliedly consent to the accused offender's conduct, or the other person is unconscious or otherwise physically incapable of resisting and has not consented to the physical contact.

Inappropriate physical contact
Example: Lingering touching, physical contact or inappropriate kissing.

The acts listed above are prohibited by CCA/EDC policy and violators will be subject to disciplinary actions.

Are there other sexual acts that are forbidden?

Yes.

Staff sexual misconduct is forbidden at EDC.  Staff sexual misconduct is sexual behavior between any EDC staff member and any detainee under the care of EDC.  This includes contractors and other agents of the contracting agencies.

Staff sexual misconduct is forbidden even if it is consensual.

What are my rights?

While you are incarcerated, no one has the right to pressure you to engage in sexual acts.  Rape and sexual assault are violent acts.  Regardless of your age, race, size, ethnicity, or sexual orientation, offenders should have the opportunity to serve their sentences with dignity.

You do not have to tolerate sexual pressure, harassment, manipulation, or assault.  Every detainee has a responsibility to eliminate sexual assault and sexual activity.  If you are approached, pressured, or assaulted–report it immediately.

To ensure that your environment is safe, if you are aware of another offender being sexually assaulted or involved in sexual behavior, report it immediately.

I can see why rape and sexual assaults are against the rules, but why is sexual activity forbidden?  If both people consent, what's the big deal?

There are many reasons why sexual behavior is inappropriate in detention facilities.  None of them involve moral judgments regarding sexual preferences.  In a detention facility, sexual relationships, including those that are consensual, foster violence.  Some offenders may disapprove of same-sex relationships and attack detainees involved in sexual activities.  Fights often occur when a "couple" breaks up, or one partner discovers the other is "cheating."

Eliminating sexual assault and sexual activity promotes a safer environment.  In addition, the elimination of sexual activity and sexual assaults promotes an atmosphere where people can concentrate on making the changes in their lives that are necessary for success upon release.

What about confidentiality?

EDC staff members have been trained to limit the sharing of information regarding sexual assault and sexual activity to personnel who make decisions about the victim's welfare and for investigation/prosecution purposes.

49

CCOG00021212

Exhibit 25 - Page 629

What if I know someone who was sexually assaulted or know of someone involved in sexual activity?

Report it to a staff member immediately.

It is every offender's right to serve his or her sentence with dignity. When others infringe upon that right, they release you from any bond of silence. Detention facility rape can be eliminated best when people who live in the facility refuse to accept it under any circumstances.

If you fail to report this type of behavior, you erode your own safety. Support others who take the initiative to report this behavior and keep the facility safe.

How do I avoid being assaulted?

You can take steps to protect yourself from being sexually assaulted.
- Do not accept gifts from others. Gifts and favors usually have strings attached.
- Do not gamble or enter games of skill or chance.
- Does not use, possess, trade, purchase, or hold drugs, alcohol, or tobacco products.
- Do not become indebted to anyone either monetarily or for favors.
- Choose your associates wisely. Do not become involved in gangs or hate groups. Look for people doing positive things to change their lives such as education, programs, religious activities, etc.
- Do not accept another detainee's offers to protect you.
- Stay in well lit areas where staff can see you.
- Carry yourself in a confident manner at all times. Do not permit your emotions such as fear and anxiety to be obvious to others.
- Trust your instincts. If a situation seems dangerous, it probably is. If you fear for your safety, report it to a staff member.

What do I do if I'm assaulted?

Report it immediately to a staff member who will offer you immediate protection from the assailant and will get you medical attention. Because reporting sexual assault can be difficult, it is important that you understand there are several ways that you can report it.

The first and best choice is to report it immediately to a staff member.

You can also report using one or more of the following:

- By submitting a medical concern form and reporting to a medical staff member during sick call
- Call someone outside the facility who can contact facility administrative staff
- In a medical concern form
- In a concern form to security staff
- In a letter to the facility head sealed and marked confidential

Remember any method that you use other than reporting directly to a staff member delays you getting help.

Do not shower, wash, drink, eat, change clothing, or use the bathroom, until after you have seen a medical professional trained to examine victims of sexual assault. (There will be a strong desire to clean up after a sexual assault, it is important that you do not.)

What will happen to me when I report a sexual assault?

Medical staff will examine you for injuries, which may not be readily apparent to you. They will also test you for sexually transmitted diseases and collect evidence.

To collect evidence, you will be asked to consent to a sexual assault examination. A medical professional will do this exam. Although, you have the right to refuse the exam, it is critical to collect as much evidence as possible.

50

CCOG00021213

Exhibit 25 - Page 630

You can receive medical attention without submitting to a sexual assault exam. It is important to understand the difference between the sexual assault exam and a medical care for the treatment of injuries and keeping you healthy.

The evidence gathered in the sexual assault exam will be used to prosecute the perpetrator. The evidence can include hair, skin, and body fluids of the perpetrator. However, the medical care you receive during treatment is confidential, unless you sign a medical release form to allow medical information to be used as evidence in the prosecution of the assault.

Do I have to reveal the assailant?

No. However, you are strongly encourage to name the assailant if you know who it was, or do your best to help staff identify the assailant. That is the only way to protect yourself and others from future attacks.

If I am a victim of a sexual assault, where will I be housed and what will happen to my property?

First, you will immediately be protected from the assailant and receive medical care. Beyond that exact answers are difficult because every facility and situation is different. However, here are some general things you can expect.

Sexual assault in the community or in detention facilities, is a traumatic and difficult experience, which is often exacerbated by the investigation. Fortunately, the criminal justice system is getting better at helping victims through this experience.

What if I'm falsely accused?

First, remember to avoid situations that put you at risk.

- ◆ Do not accept gifts from others;
- ◆ Do not gamble or enter games of skill or chance;
- ◆ Do not use, possess, trade, purchase, or hold drugs, alcohol, or tobacco products;
- ◆ Do not become indebted to anyone either monetarily or for favors;
- ◆ Choose your associates wisely;
- ◆ Do not accept if another detainee offers to protect you;
- ◆ Stay in well lit areas where staff can see you
- ◆ Carry yourself in a confident manner at all times;
- ◆ Trust your instincts; and
- ◆ Don't engage in sexual activity.

False accusations usually arise from vendettas, indebtedness, and gangs & hate groups, or rejection of sexual advances.

If you are falsely accused, cooperate with staff. Do not make threats. Don't attempt to harm or have others harm the person making the allegation. Keep your wits about you. Becoming verbally or physically abusive will add credibility to the allegations and weaken your own credibility. Tell the truth. Even if you might be held accountable for your behavior. Lies will only further erode your credibility.

<u>Anyone found to have made a false allegation will be disciplined and/or prosecuted.</u>

What if I'm involved in consensual sex, but later feel that I was manipulated?

Most cases of sexual activity in detention facilities involve manipulation, pressure, or other coercion. It is common that one person who has no history of inappropriate sexual activity is involved with one who has a history of several different partners on many different occasions. When this happens, one is usually a perpetrator, and the other is a victim.

Avoid getting into the situation in the first place. Remember, if you are involved in consensual sexual activity, you are subject to disciplinary action. However, by coming forward, you are taking responsibility for your behavior, which is an important step toward developing the attitude and skills necessary for success in the community. But

CCOG00021214

Exhibit 25 - Page 631

the most important reason to come forward is to stop a sexual perpetrator from manipulating more victims into destructive behaviors.

*REMEMBER*

♦   SEXUAL ASSAULT IS A CRIME
♦   ALL SEXUAL ACTIVITY BETWEEN OFFENDERS IS PROHIBITED
♦   ALL SEXUAL ACTIVITY BETWEEN STAFF AND OFFENDERS IS PROHIBITED

<u>IF YOU ARE A VICTIM OF A SEXUAL ASSAULT, REPORT IT IMMEDIATELY.</u>

Allegations of sexual assault will be thoroughly investigated. Perpetrators of rape and sexual assault will be prosecuted and subject to disciplinary action. Sexual perpetrators will be considered for administrative segregation.

It is never appropriate for a staff member to make sexual advances or engage in sexual activity with an offender. Even if the offender wants to be involved with the staff member, the staff member is not allowed to respond.

It is never appropriate for an offender to make sexual advances or comments to a staff member, and such behavior will result in disciplinary or corrective action.

**Anonymous Reporting:**
If you wish to remain anonymous, you may place the information on a request form and place it in the grievance box. The grievance box is checked daily, with the exception of weekends and holidays. All claims will be investigated.

**Se prohíben qué actos sexuales?**

**Los actos sexuales siguientes se prohíben en Eloy Detention Center:**

**Interrupción – Violencia**

Violación o ejemplo sexual fuerte del acto:
La violación se define como la penetración, al menos leve, de la abertura oral, vaginal o anal con el fin de despertar, de la satisfacción, o del abuso sexual cuando la víctima es incapaz con cualquier unsoundness de la mente, es temporal o permanente de dar consentimiento; la víctima se opone pero la resistencia es superada por la fuerza o la violencia; donde las amenazas del daño corporal inmediato previene a la víctima de resistencia y grande, acompañadas por la energía evidente de la ejecución; donde el uso de intoxicar previene a la víctima de resistencia, la sustancia narcótica o anestésica administró por o con los privities del acusado; o donde está en ese entonces inconsciente la víctima de la naturaleza del acto.

**Actividad Sexual**

Acoplamiento a actividad sexual con otra persona.
Ejemplo: Tiene el contacto activo o pasivo o fondling entre su órganos genitales, el hand(s), la boca, las nalgas, el anus, el pecho y los órganos genitales; las manos, la boca, las nalgas, el anus, o el pecho de otra persona que expreso o impliedly consiente a la conducta del delincuente acusado. El contacto puede estar con o sin la ropa que es usada por una o amba partes.

**Bestialidad**
Ejemplo: Cualquier contacto sexual con un animal.

**Ejemplo indecente de la exposición:**
Cada persona que voluntarioso y lewdly cualquiera: expone sus o sus órganos genitales en cualquier lugar público, o en cualquier lugar donde hay presente otra persona o personas que se ofendan o se molesten de tal modo; o procura, los consejos, o las ayudas cualquier persona tan para exponer sus o sus órganos genitales donde hay presente otra persona o personas se ofendan o se molesten que.

**Fabricación de proposals/threats sexual o sexual acosar otra persona.**
Ejemplo: Sujetar a otra persona al contacto sexual con la acción física y/o a las declaraciones verbales o escritas sin cópula sexual, y a la otra persona hace o no expreso o impliedly consentimiento a la conducta del delincuente

52

CCOG00021215

Exhibit 25 - Page 632

acusado, o la otra persona es inconsciente o de otra manera físicamente incapaz de oponerse y no ha consentido al contacto físico.

Ejemplo físico inadecuado del contacto:
Tacto persistente, contacto físico o el besarse inadecuado.

Los actos enumerados arriba son prohibidos por la política de CCA/EDC y los violadores estarán conforme a acciones disciplinarias.

**¿Hay otros actos sexuales se prohíban que?**

Sí.

**La mala conducta sexual** del personal se prohíbe en la EDC. La mala conducta sexual del personal es comportamiento sexual entre cualquier miembro del personal de la EDC y cualquier delincuente bajo cuidado de la EDC. Esto incluye a contratistas y a otros agentes de las agencias que contraen.

Se prohíbe la mala conducta sexual del personal incluso si es consensual.

**¿Cuáles mis correcto?**

Mientras que usted incarcerated, nadie tiene la derecha de ejercerle presión sobre para enganchar a actos sexuales. La violación y el asalto sexual son actos violentos. Sin importar su edad, raza, tamaño, pertenencia étnica, u orientación sexual, los delincuentes deben tener la oportunidad de servir sus oraciones con dignidad.
Usted no tiene que tolerar la presión, el hostigamiento, la manipulación, o el asalto sexual. Cada delincuente tiene una responsabilidad de eliminar asalto sexual y actividad sexual. Si le acercan, ejercido presión sobre, o asaltar-informe él inmediatamente.

Asegurarse de que su ambiente sea seguro, si usted está enterado de otro delincuente que es asaltado o implicado sexual en comportamiento sexual, lo divulga inmediatamente.

**¿Puedo ver porqué violación y los asaltos sexuales están contra las reglas, pero porqué se prohíbe la actividad sexual? ¿Si consiente amba gente, cuál es el reparto grande?**

Hay muchas razones por las que el comportamiento sexual es inadecuado en la prisión. Ningunas de ellas implican juicios morales con respecto a preferencias sexuales. En una prisión, relaciones sexuales, incluyendo los que son violencia consensual, foster. Algunos delincuentes pueden desaprobar los internos de las relaciones y del ataque del mismo-sexo implicados en actividades sexuales. Las luchas ocurren a menudo cuando un "par" se rompe para arriba, o un socio descubre que el otro "está engañando."

La eliminación de asalto sexual y de actividad sexual promueve un ambiente más seguro. Además, la eliminación de la actividad sexual y de los asaltos sexuales promueve una atmósfera donde la gente puede concentrarse en realizar los cambios en sus vidas que sean necesarias para el éxito sobre lanzamiento.

**¿Qué sobre secreto?**

Han entrenado a los miembros del personal de la EDC para limitar compartir de la información con respecto a asalto sexual y de la actividad sexual al personal que toma decisiones sobre el bienestar de la víctima y para los propósitos de investigation/prosecution.

**¿Qué si sé a alguien que fue asaltada sexual o lo sé alguien implicada en actividad sexual?**

Divulguéla a un miembro del personal inmediatamente.

Correcto de cada delincuente servir su o su oración con dignidad. Cuando otros infringen sobre ése a la derecha, le lanzan de cualquier enlace del silencio. La violación de la prisión se puede eliminar lo más mejor posible cuando la gente que vivo en la basura de la facilidad para aceptarla bajo cualquieres circunstancias.

Si usted no puede divulgar este tipo de comportamiento, usted erosiona su propia seguridad. Apoye a otros que lleven a iniciativa el informe este comportamiento y mantengan la facilidad segura.

53

CCOG00021216

Exhibit 25 - Page 633

**¿Cómo evito de ser asaltada?**

Usted puede tomar medidas para protegerse contra sexual ser asaltado.
- No acepte los regalos de otros. Los regalos y los favores tienen generalmente secuencias unidas.
- No juegue ni incorpore los juegos de la habilidad o de la occasion.
- No utiliza, poseyeron, negociaron, compraron, o sostuvieron las drogas, el alcohol, o productos del tabaco.
- No haga endeudado a cualquier persona monetarily o para los favores.
- Elija a sus asociados sabiamente. No haga implicado en cuadrillas u odie los grupos. ¿Busque a gente que hace cosas positivas para cambiar sus vidas tales como educación, programas, actividades religiosas, etc.
- No aceptan las ofertas de otro interno para protegerle.
- Permanezca en las áreas bien encendidas donde el personal puede verle.
- Llévese de una manera confidente siempre.  No permiten que sus emociones tales como miedo y ansiedad sean obvias a otros.
- Confíe en sus instintos. Si una situación se parece peligrosa, está probablemente. Si usted teme para su seguridad, divulguela a un miembro del personal.

**¿Qué hago si me asaltan?**

**Divulguelo inmediatamente a un miembro del personal** que le ofrezca la protección inmediata contra el asaltador y le consiga la atención médica. Porque la divulgación de asalto sexual puede ser difícil, es importante que usted entiende que hay varias maneras que usted puede divulgarlo.

La primera y mejor opción es divulgarlo inmediatamente a un miembro del personal.

Usted puede también divulgar con uno o más del siguiente:

- Sometiendo una preocupación médica forme y divulgando a un miembro médico del personal durante llamada enferma
- Llame a alguien fuera de la facilidad que puede entrar en contacto con el personal administrativo de la facilidad
- En una forma médica de la preocupación
- En una forma de la preocupación al personal de la seguridad
- En una letra a la facilidad la cabeza selló y marcó confidencial

Recuerde que cualquier método que usted utilice con excepción de la divulgación directamente a un miembro del personal le retrasa que consigue ayuda.

**No riegue, no se lave, no beba, no coma, no cambie la ropa, ni utilice el cuarto de baño, hasta que después de que usted haya visto a profesional médico entrenado para examinar a víctimas del asalto sexual.** (habrá un deseo fuerte de limpiar para arriba después de un asalto sexual, **él es importante que usted no lo hace.**)

**¿Qué me sucederá cuando divulgo un asalto sexual?**

El personal médico le examinará para lesiones, que pueden no ser fácilmente evidentes a usted. También le probarán para las enfermedades sexual transmitidas y recogerán evidencia.

Recoger evidencia, le pedirán consentir a una examinación sexual del asalto. Un profesional médico hará este examen. Aunque, usted tiene la derecha de rechazar el examen, es crítico recoger tanta evidencia como sea posible.

Usted puede recibir la atención médica sin someter a un examen sexual del asalto. Es importante entender la diferencia entre el examen sexual del asalto y una asistencia médica para el tratamiento de lesiones y mantenerle sano.

La evidencia recolectada en el examen sexual del asalto será utilizada para procesar el autor. La evidencia puede incluir el pelo, la piel, y los fluídos corporales del autor. Sin embargo, la asistencia médica que usted recibe durante el tratamiento es confidencial, a menos que usted firme una forma médica del lanzamiento para permitir que la información médica sea utilizada como evidencia en el procesamiento del asalto.

CCOG00021217

Exhibit 25 - Page 634

**¿Tengo que revelar al asaltador?**

No. Sin embargo, usted es anima fuertemente para nombrar al asaltador si usted sabe quién era, o hacer su mejor para ayudar a proveer de personal identifica a asaltador. Ésa es la única manera de protegerse y a otros contra los ataques futuros.

**¿Si soy una victima de un asalto sexual, dónde me contendrán y qué sucederá a mi caracteristica?**

Primero, le protegerán inmediatamente contra el asaltador y recibir asistencia médica. Más allá de ésa las respuestas exactas son difíciles porque cada facilidad y situación es diferentes. Sin embargo, aquí están algunas cosas generales que usted puede esperar.

El asalto sexual en la comunidad o en la prisión, es una experiencia traumática y difícil, que es exacerbada a menudo por la investigación. Afortunadamente, el sistema criminal de la justicia está consiguiendo mejor en las víctimas que ayudan con esta experiencia.

**¿Qué si estoy implicado en sexo consensual, pero una sensación más última que me manipularon?**

La mayoría de los casos de la actividad sexual en la prisión implican la manipulación, la presión, o la otra coerción. Es común que una persona que no tiene ninguna historia de la actividad sexual inadecuada está implicada con una quién tiene una historia de varios diversos socios en muchas diversas ocasiones. Cuando sucede esto, uno es generalmente un autor, y la otra es una víctima.

Evite de conseguir en la situación en el primer lugar. Recuerde, si usted está implicado en actividad sexual consensual, usted están conforme a la acción disciplinaria. Sin embargo, viniendo adelante, usted está tomando la responsabilidad de su comportamiento, que es un paso importante hacia desarrollar la actitud y las habilidades necesarias para el éxito en la comunidad. Pero la razón más importante de venir adelante es parar un autor sexual de manipular a más víctimas en comportamientos destructivos.

**Recuperación de asalto sexual.**

Cualquier forma de actividad sexual forzada o manipulada está degradando. Las víctimas de la violación y del asalto sexual pueden ser elegibles para los servicios de la víctima. Sin embargo, algunos de estos servicios pueden no estar disponibles hasta que después de usted se lanzan de la prisión. Entre en contacto con a su coordinador de los servicios de la víctima de la facilidad para más información.

***RECUERDE***
- **EL ASALTO SEXUAL ES Un CRIMEN**
- **TODA LA ACTIVIDAD SEXUAL ENTRE LOS DELINCUENTES SE PROHÍBE**
- **TODA LA ACTIVIDAD SEXUAL ENTRE EL PERSONAL Y LOS DELINCUENTES SE PROHÍBE SI USTED**

**ES Una VÍCTIMA De un ASALTO SEXUAL, DIVULGÚELO INMEDIATAMENTE.**

Las alegaciones del asalto sexual serán investigadas a fondo. Los autores de la violación y del asalto sexual serán procesados y conforme a la acción disciplinaria. Los autores sexuales serán considerados para la segregación administrativa.

Nunca es apropiado que un miembro del personal hacer avances sexuales o enganche a actividad sexual con un delincuente. Incluso si el delincuente desea estar implicado con el miembro del personal, no se permite al miembro del personal responder.

Nunca es apropiado que un delincuente haga avances sexuales o comenta a un miembro del personal, y tal comportamiento dará lugar a la acción disciplinaria o correctiva.

**Anónimo Informes:**
Si desea permanecer en el anonimato, usted puede colocar la información en un formulario de solicitud y colocarlo en la caja de quejas. La queja casilla está marcada diario, con la excepción de los fines de semana y días festivos. Todas las reclamaciones serán investigados.

CCOG00021218

Exhibit 25 - Page 635

## DIRECTIONS TO THE FACILITY

**From Phoenix:**

Take I-10 East towards Tucson to exit 194, Florence Boulevard/AZ-287.  Turn left on to Florence Boulevard/AZ-287 and follow to AZ-87.  Turn right on AZ-87 and follow to E. Hanna Road, approximately four miles.  Turn right on to E. Hanna Road, Eloy Detention Center will be the first facility on the left.

**From Tucson:**

Take I-10 West towards Phoenix to exit 211 toward Coolidge/Florence/AZ-87.  Merge onto Frontage Road and follow a slight right at AZ-84 W/AZ-87 N.  Continue to follow AZ-87 N approximately seven miles to E. Hanna Road.  Turn left on to E. Hanna Road, Eloy Detention Center will be the first facility on the left.

Desde Phoenix:
Tome I-10 East hacia Tucson para salir 194, Florencia Boulevard/AZ-287. Gire a la izquierda en Boulevard/AZ-287 a Florencia y siga a la Z-87. Gire a la derecha en AZ-87 y seguir a E. Hanna Road, aproximadamente cuatro millas. Gire a la derecha a E. Hanna Road, Eloy Centro de Detención será la primera instalación de la izquierda.

Desde Tucson:
Tome I-10 West hacia la salida a Phoenix 211 a Coolidge/Florence/AZ-87. Incorpórate a Frontage Road y siga un ligero derecho a la Z-84 W/AZ-87 N. Seguiría AZ-87 N aproximadamente siete millas a E. Hanna Road. Gire a la izquierda a E. Hanna Road, Eloy Centro de Detención será la primera instalación de la izquierda.

## ONLINE DETAINEE LOCATOR SYSTEM

The Online Detainee Locator System (ODLS) is a public system available on the internet that allows family members, legal representatives, and members of the public, to locate immigration detainees who are in ICE detention.  To use the ODLS, please visit http://www.ice.gov/locator.

You can search the ODLS in two ways:
1.   By Alien Registration Number (A Number) and country of birth
2.   By last name, first name, and country of birth
The ODLS performs an exact-match search.  This means that in order to find a detainee, you must enter the person's exact A number or their first and last name as it appears on his or her detention record.  More information on this system is available in your housing unit.

La línea de Detenidos Sistema localizador (ODLS) es un sistema público disponible en el Internet que permite a los miembros de la familia, representantes legales y miembros del público, para localizar los inmigrantes detenidos que se encuentran en detención del ICE. Para utilizar el ODLS, por favor visite http://www.ice.gov/locator.

Usted puede buscar la ODLS de dos maneras:
1. Por Alien Registration Number (un número) y país de nacimiento
2. Por nombre, apellido y país de nacimiento
El ODLS realiza una búsqueda de concordancia exacta. Esto significa que a fin de encontrar a un detenido, debe introducir la persona un número exacto o su nombre y apellido tal como aparece en el registro de detención de él o ella. Más información sobre este sistema está disponible en su unidad de vivienda.

## LEGAL ORIENTATION PROGRAMS
Volunteer groups within the local community will hold group legal rights presentations to provide information and assistance to ICE detainees. The facility will post notification in common areas so that you will be aware of these scheduled presentations in advance. A sign-up sheet will be available in each housing unit, and you will be given the

56

Exhibit 25 - Page 636

CCOG00021219

opportunity to attend. Presentations are open to all detainees, regardless of the presenter's intended audience. Exceptions may be made when a detainee's attendance could pose a security risk.

Detainees in segregation will be allowed to attend group presentations in accord with security requirements. If necessary, presentations may be made to individuals in segregation, provided that the presenter agrees to such arrangements and that security can be maintained. If a detainee in segregation cannot attend any type of presentation due to security reasons, and both the detainee and the presenters so request, alternative arrangements may be made.

## LEGAL PROGRAMAS DE ORIENTACIÓN

Los grupos de voluntarios en la comunidad local llevará a cabo presentaciones de los grupos de derechos legales de facilitar información y asistencia a los detenidos del ICE. La instalación se publicará la notificación en las zonas comunes para que usted estará al tanto de estas presentaciones programadas de antemano. Una hoja de inscripción estarán disponibles en cada unidad de vivienda, y se le dará la oportunidad de asistir. Las presentaciones están abiertas a todos los detenidos, independientemente de la audiencia del presentador. Se pueden hacer excepciones cuando la asistencia de un detenido podría plantear un riesgo de seguridad.

Los detenidos en la segregación se les permitirá asistir a presentaciones de grupo, de acuerdo con los requisitos de seguridad. Si es necesario, las presentaciones se pueden hacer a los individuos en la segregación, a condición de que el presentador está de acuerdo a los arreglos y la seguridad que se puede mantener. Si un detenido en la segregación no puede asistir a cualquier tipo de presentación por motivos de seguridad, y los dos detenidos y los ponentes así lo soliciten, planes alternativos se pueden hacer.

57

CCOG00021220

Exhibit 25 - Page 637