# Exhibit 26



# CORRECTIONS CORPORATION OF AMERICA

## HOUSTON PROCESSING CENTER

# DETAINEE HANDBOOK

Revised January 2013

CCOG00022121

Exhibit 26 - Page 638

# HOUSTON PROCESSING CENTER
## ICE CONTRACT DETENTION FACILITY
# DETAINEE HANBOOK

# TABLE OF CONTENTS

Introduction/Mission

Purpose

Mailing Address

Basic Detainee Responsibilities

Prison Rape Elimination Act

Initial Admission

Classification

Living Conditions

Evacuation Drills

Safety

Official Counts

Meals

No Smoking Policy

Medical Care

Laundry

Personal Hygiene

Barbering Services

Sleeping Area/Sanitation

Finances

Access to Telephones

Religious Services

Commissary

Detainee Work Program

Library

Law Library

Visitation

Attorney Visitation

Group Legal Rights Presentations

Marriage

Inspection of Persons and or Property

Correspondence

Notary, Copies & Money Orders

Detainee Disciplinary

Grievance Procedures

Sick Call

Access to Medical Services

Recreation

Dress Code

Clothing

Notice to Persons Under Exclusion or Removal Proceedings

Contraband

Unauthorized Property

Legal File

Detention File

Rights and Responsibilities

Revised January 2013

CCOG00022122

Exhibit 26 - Page 639

## INTRODUCTION / MISSION
- ➢ Corrections Corporation of America/Houston Processing Center, (CCA/HPC) is a private company contracted by The Bureau of Immigration and Customs Enforcement (ICE). The mission of the Houston Processing Center is to provide a detention facility that is safe, clean and sanitary for detainees awaiting processing of their administrative hearing.
- ➢ ICE will answer your questions regarding the status of your travel and/or immigration documentation. CCA/HPC is not a part of ICE and has no control over your present situation related to court appearance, deportation matters, etc.

## CONTACTING ICE STAFF & THE ON-SITE IMMIGRATION COURT
- ➢ The ICE Officer in Charge (OIC), the Assistant Officer in Charge (AOIC) and designated department heads will conduct weekly unannounced (not scheduled) visits to your housing area. The purpose of these visits is to address your personal concerns and observe your living and working conditions. You have the opportunity to submit written questions, requests or concerns to ICE staff utilizing the Immigration Special Correspondence form. The Immigration Special Correspondence form should be placed in the box labeled "ICE" or "MAIL" in your housing area and it will be delivered to ICE staff without reading, altering or delay.  You may obtain assistance from another detainee, housing officer or other facility staff in preparing your request form. The ICE staff receiving your request form will respond as soon as possible but not later than within 72 hours from receiving your request. *This procedure is not to be used for submitting formal grievances. (See "Grievance" section.)*
- ➢ For contacting the Immigration Court (EOIR) staff, utilize the same form and process, but place the form in the box marked "MAIL" in your dorm.

## PURPOSE
- ➢ The purpose of this handbook is to explain to you the specific rules, regulations, policies and procedures that must be followed while in custody at this facility. The handbook will also help provide you with a general overview of the programs, and services available. You will be held accountable for your actions while in custody at this facility. Therefore, **it is each detainee's responsibility to become familiar with the contents of this handbook.**
- ➢ A copy of this handbook will be issued to each detainee upon intake and certain sections are posted on the bulletin boards in each housing area as well as on other bulletin boards throughout the facility. All detainees are required to acknowledge by signature, receipt of this handbook. If you have any questions, please ask the officer stationed at your housing area or send a written "Request for Information" *(not to be used for sending requests for information to ICE Staff)* to the appropriate departments as listed throughout this handbook and on the bulletin board in your dorms.

## MAILING ADDRESS
- ➢ Your Name: _____
- ➢ Your Alien Number: _____
- ➢ Your Housing Location: _____
- ➢ CCA/HPC is located at:          15850 Export Plaza
                                                  Houston, Texas 77032

                                                  To write to the local ICE office the address is:
                                                  5520 Greens Road
                                                  Houston, Texas 77032
- ➢ Directions are available to visitors and/or attorneys by calling 281-449-1481.

## BASIC DETAINEE RESPONSIBILITIES
- ➢ It is the policy of the CCA/HPC and ICE to treat detainees with dignity and respect while maintaining a safe, secure, and sanitary detention facility. It is expected that staff will receive your full cooperation while waiting the processing of your case. In the simplest terms, you are expected to:
  1. Follow and obey rules, laws, policies and procedures;
  2. Obey **all** orders as given by staff members and contract security personnel;
  3. Respect staff and other detainees at all times;
  4. Respect HPC and government property and the property of others;
  5. Keep yourself, your clothing and living area clean at all times; and
  6. Obey **all** safety, security, and sanitation rules, policies and procedures.

Revised January 2013                                          3

Exhibit 26 - Page 640

CCOG00022123

➢ If you observe and comply with the above guidelines, you should have no problems while living at this facility awaiting the outcome of your hearing. When addressing staff, you should not refer to them by first name or nickname. You must refer to staff by their rank/title and last name (i.e.; Officer, Shift Supervisor, Dr., Nurse, Mr., and Mrs. Ms). Staff members will address you in the same manner if they know your name. It is unreasonable to expect an officer to know all detainees within the facility by name. However, the officer or staff member will address you in an appropriate manner.

➢ The following regulations pertain to specific expectations of each detainee to ensure the safety, health and security of each person assigned to this facility. These regulations are not separated from the posted rules of discipline; therefore, any violation may result in sanctions imposed against you. The purpose for separating these rules is to provide you with the opportunity to be aware of specific rules imposed relating to the activities, program and procedures related to living in the dormitory.

1. TABLES
   Do not sit on table tops.

2. THEFT
   No unauthorized taking of an item of any kind that belongs to someone else, including CCA/HPC property.

3. FIGHTING
   Fighting is not allowed. Sparring, boxing, wrestling and play-fighting are not allowed at this facility.

4. BED TIME
   Regular bedtime will be at 11:00pm Sunday – Thursday and 1:00am on Friday and Saturday and the day before a CCA Holiday. You must be in your bed at this time. You will not be allowed to visit with each other after lights are out and must stay in your own bed. No one will be allowed in the dayroom after bedtime except dorm orderlies while cleaning. No games of any kind are allowed in the bed area after bedtime.

5. RESTRICTED AREAS
   You are not allowed to make physical contact with the bars, doors, glass window area of the dormitories or the fence in the outside recreation areas.

6. GAMBLING
   No gambling of any kind is allowed.

7. SELLING or GIVING AWAY OF PERSONAL ARTICLES IS PROHIBITED
   No black-market activities shall take place. Running a "store" is prohibited (i.e., selling candy, food, clothing radios, etc.)

8. VERBAL AND PHYSICAL ABUSE
   Verbal and physical abuse toward staff, detainees or other persons is prohibited and will not be tolerated.

9. DESTRUCTION OF CCA/HPC PROPERTY
   Destruction, alteration, graffiti, unauthorized use or wasting of property belonging to CCA/HPC or to another person is not allowed.

10. RADIOS
    Radios played without earphones will be confiscated as contraband.

11. RULES AND REGULATIONS
    You must follow all orders, either written or verbal, given by CCA staff.

**PRISON RAPE ELIMINATION ACT (PREA)**
Engaging in or pressuring others to engage in sexual activities is not allowed.  Criminal or Disciplinary Charges will be filed.  Educational Materials regarding these acts are provided upon entry to the facility and are posted in each dormitory.  Contact any staff member to report activities of this nature.  While you are incarcerated, no one has the right to pressure you to engage in sexual acts.  Rape and sexual assault are violent acts.  Regardless of your age, race, size, ethnicity, or sexual orientation, detainees should have the opportunity to serve their detention with dignity.   **HOUSTON PROCESSING CENTER HAS A ZERO TOLERENCE FOR ALL FORMS OF SEXUAL ABUSE AND ASSUALT.**

You do not have to tolerate sexual pressure, harassment, manipulation, or assault.  Every detainee has a responsibility to eliminate sexual assault and sexual activity.  If you are approached, pressured, or assaulted– **report it immediately**.  You have several ways in which you can report sexual abuse:

Revised January 2013

4

1. Verbally telling any staff member you trust, to include housing officers, deportation officers, chaplains, medical staff or supervisors.  Staff member will keep your information confidential and only discuss it with the appropriate officials on a need to know basis.
2. Writing a letter to the Warden/Administrator, sealing and marking it "CONFIDENTIAL".
3. Calling or writing someone outside the facility who can notify facility administrative staff.
4. Call at no expense to you the Office of Inspector General (OIG) at the phone number posted in you dorm.
5. Writing the Office of Inspector General (OIG) at the following address:
   P.O. Box 27606
   Washington, D.C. 20530
6. Writing letter to Security or Unit Management Staff, sealing and marking it "CONFIDENTIAL".
7. Writing to the Managing Director, Facility Operations at the following address"
   10 Burton Hills Blvd
   Nashville, TN 37215

To ensure that your environment is safe, if you are aware of another detainee being sexually assaulted or involved in sexual behavior, reportit immediately.  Deliberate false allegations can result in disciplinary action and/or prosecution.

You will not be subjected to retaliation, reprisal, harassment, or disciplinary for truthfully reporting abuse or signs of abuse observed.

**INITIAL ADMISSION**
➤ You are subject to a search upon admission into the facility and when there is reasonable cause to believe you may have contraband concealed on your person.
➤ The telephone in the Receiving and Discharge (R/D) room (where you were booked into CCA/HPC) is for your use during in and out processing. Please be considerate of others in the room with you and limit your calls to twenty (20) minutes or less.
➤ We must obtain specific information to ensure that records of your entry are adequately documented. This information will also be utilized so we may classify you to the living area most suited to your individual needs. Such information will include; previous residence, nationality, race, sex, medical history and criminal history, if any.
➤ Identity documents such as Passports, Birth Certificates, etc. will be inventoried then given to your Deportation Officer for placement in your file.
➤ Upon arrival, your clothes, personal property, valuables and funds will be retained by the processing officer for safekeeping. Itemized receipts will be issued to you and one (1) placed in your file for all your clothing, personal property, valuables and funds. **It is important that you retain these receipts to claim your properties when you are released.**
➤ All personal property and valuables that you bring with you will be inventoried and accounted for.  A receipt will be issued to you for these items.
   1. Cash in your possession upon arrival at CCA/HPC will be inventoried, a receipt issued and then placed in an account for your use at the commissary.
   2. Personal checks in your possession upon arrival to CCA/HPC will be placed in your property. You will not need money during your stay. If you are found with any **money in your possession, it will be confiscated as contraband** and you will be subject to disciplinary action.
   3. You may request for your personal clothing to be laundered by submitting a request to the laundry officer.
   4. Upon your discharge from this facility, you are required to turn in all CCA/HPC property to the officer assigned to the Receiving and Discharge area. After you have confirmed that all items have been accounted for, **you will be required to make restitution for lost or damaged property.** This includes clothing, bedding and any recreation/leisure time equipment (i.e. games and library books).
   5. Your property and any funds that you have on your accounts will be returned to you prior to departure. You must sign for these items.
   6. Any property that you are not authorized to keep with you will be placed in an appropriate bag assigned to you and locked in a secure storage area.  Excess personal property should be mailed out or may be picked up by family and friends.
➤ While at this facility, you are permitted to retain (all items listed must be retained prior to property storage being sealed):
   1. Legal documents,

Revised January 2013                                          5

CCOG00022125

Exhibit 26 - Page 642

2. Legal papers,
3. Legal information,
4. Photos of family, friends and associates, (i.e. not more than ten (10) photos in your possession, (5) x (7) or smaller,
5. Medical prostheses, (i.e. eyeglasses, dentures, etc.),
6. Personal reference materials, (i.e. address/phone book and/or list of relatives, friends and/or other correspondents.
7. Radios must be used with earphones at all times, limit one (1) radio per person. No plug in radios permitted. Radios played without earphones will be confiscated and placed in your property. No radios or earphones are allowed outside of your dormitory. Your radio must have your Alien number etched on it or it will be considered contraband.
8. Only a wedding band will be authorized to remain in your possession during your stay here. All other jewelry will be inventoried and placed in a safe for storage until your release. A receipt will be issued to you for your valuables.
9. Newspapers, magazines, books and other literature are limited to any combination of five (5) to ensure accumulations do not produce and/or effect fire safety standards. Items may only be received directly from a book store or publisher. No pornographic materials are allowed.
➢ All food items must be consumed upon being opened to ensure sanitation standards are met. You are allowed to purchase and have in your possession two (2) bowls and one (1) cup.
➢ Additional personal property allowed to be retained by detainees must be approved by the Chief of Security prior to purchase/possession to ensure acceptable sanitation is appropriately maintained.
➢ All personal items that you are allowed to keep must be stored in your locker. No items are to be attached to the bunk, wall, windows or left on windowsills.
➢ Detainees are responsible for the loss of personal items not safeguarded or stored by CCA/HPC.
➢ Clean linens are provided for each person entering the facility to include:
two (2) sheets,
one (1) towel,
one (1) pillowcase,
one (1) blanket, and
one (1) laundry bag.
➢ Your initial issue of clothing/linens shall be limited to include;
Three (3) uniforms sets (pants and shirts)
One (1) pair of shoes (personal shoes are not allowed unless medically authorized)
Three (3) t-shirts (seasonal)
Three (3) pairs of underwear
Three (3) bras – females
Three (3) thermal tops (seasonal)
Three (3) pairs of socks
➢ Any items over these amounts will be considered contraband. Quantities of clothing items include items purchased in the commissary.
➢ You will be issued a hygiene kit and will be required to take a shower and change into clean uniforms.
➢ Medical services are provided by ICE Health Services to ensure your health is adequately maintained and those problems that occur during your stay at this facility are resolved. The medical services offered and the procedures for obtaining these services are outlined below.
    1. Initial Intake Screening:
        a. Each detainee entering the facility will receive an initial medical screening by the clinical staff. At that time, you should discuss any medications that you are taking and any health problems that you are experiencing. Some medications such as heart or diabetic medications will be continued when you arrive.
        b. All detainees arriving without proper documentation of a recent chest x-ray will receive one during the initial medical survey. **THIS TEST IS MANDATORY**! Failure to follow this order will result in Isolation and possible Disciplinary Charges being filed.
        c. All female detainees will be given a pregnancy test as part of the initial intake screening.
    2. A medical examination will be conducted by a member of ICE Health Services within fourteen (14) days of your arrival. At that time, you should discuss any medications that you are taking and any health problems that you may be experiencing.

**<u>CLASSIFICATION</u>**

Revised January 2013

6

CCOG00022126

Exhibit 26 - Page 643

➢ All detainees are classified upon arrival, before being admitted into the general population. The classification system will ensure that you are placed in the appropriate category and physically separated from detainees in other categories. You will be housed according to your classification level and issued color-appropriate uniforms and wristbands, (Newly arriving detainees are generally classified by criminal convictions).

➢ There are three (3) classification levels at this facility with corresponding clothing and wristbands colors.
   Level 1 Blue - (Low);
   Level 2 Orange - (Medium Low & Medium High); and
   Level 3 Red - (High).

➢ Housing Restrictions: Level 1 and Level 2 detainees may be housed together (unless there is a history of assaultive or combative behavior). High Level 2 and Level 3 detainees may be housed together. Level 1 and Level 3 detainees are never housed together.

➢ Level 3 detainees will be escorted outside the housing area and may only be in specified common areas with other classifications of detainees.

➢ All housing, work assignments and programmatic activities will be decided by the level of classification received.

➢ After your initial classification, your first review will be within sixty (60) days to ninety (90) days from your arrival date. Thereafter, assessment reviews will be conducted ninety (90) days to one hundred twenty (120) day intervals from your original arrival date.

➢ APPEALS:  All new arrivals classified as level 2 or level 3 may appeal their classification designation by submitting their appeal request to the Grievance Officer as outlined in the grievance procedures in this handbook.  Written notification of the outcome of the appeal will be made within fifteen (15) business days by the Grievance Officer.  The Grievance Officer's decision may be appealed in the same manner to the Facility Administrator.

## LIVING CONDITIONS – General Population

➢ Detainees are required to keep their assigned living areas clean at all times. Your bed must be made immediately upon waking and remain made when not in use. It is in your best interest to maintain a clean living area and avoid many of the problems associated with unsanitary living conditions.

➢ The dormitories have been designed to house multiple detainees in an open type setting and include sufficient areas for showers, toilet facilities, dining and in dorm recreation are in conformance with ACA requirements. Because of this type of living arrangement, we expect your cooperation by showing other detainees the respect you wish to receive and respecting the property of others. You are also asked to respect the need to share common equipment such as telephones, tables, televisions, recreational games and equipment.

## SAFETY

➢ The staff at CCA/HPC will make every effort to help ensure your safety while you are here. You must assume some responsibility for helping to make this facility safe. Signs are available to mark hazardous areas wherever they occur. If you spill, clean it up. If you encounter a possible hazard, tell the officer in your area. Don't assume that problems have been reported. Pay attention to warning signs and use reasonable care in potentially hazardous situations such as wet floors.

➢ Per local, state and federal laws, we are required to perform evacuation drills. At this facility, we perform no less than one drill monthly. These drills are not designed to inconvenience you, but rather to insure that you know where the exits are located in case of an actual danger such as a fire, gas leak, civil disaster or other dangers. You are expected to participate in these drills. In your housing area is a diagram showing you the location of all fire exits and which exits to use. Study the diagram located in your housing area carefully, your life may depend on it. If a fire or other emergency in the dormitory should occur, be sure the Detention Officer on duty is notified and follow his/her instructions quickly and calmly.

## OFFICIAL COUNTS

➢ In order to maintain proper accountability of detainees at this facility, official counts are conducted at the following times;
   1.   <u>Formal counts</u> are conducted at the following times; 1:15am, 3:15am, 5:00am, 6:15am, 9:20am, 1:20pm, 3:05pm, 6:15pm, 9:00pm, 11:10pm (picture ID/Roster count).
   2.   <u>Informal counts</u> are conducted at irregular, unannounced times.

➢ Detainees are expected to cooperate during each count. The televisions will be turned off and no movement is allowed while the count is being conducted. When Officer's are counting you must return to and remain seated on your bunk until cleared for movement by the officer. During counts no talking is permitted. Disruptions during counts may result in a lock-down being initiated.

CCOG00022127

**MEALS**
➢ All meals are nutritionally balanced, pork free, dietician approved, properly prepared and attractively served in wholesome, clean and safe surroundings. To obtain a special diet for religious purposes, send a request stating the religion and the special diet requirements to the Chaplain. Special diets are subject to monitoring for compliance. The use of food, (i.e., withholding of or variation from the standard menu) as a disciplinary measure or reward is prohibited. You will be issued appropriate eating and drinking utensil(s). Menus are posted on the bulletin board in your dorm.
➢ For those detainees who require a special diet due to medical reasons, the diet may be requested through ICE Health Services. To be considered, notify the nurse at sick call triage sign-up. The nurse will then make an appointment for you to see a medical provider who will evaluate your request.
➢ CCA/HPC will provide you with three (3) meals per day; breakfast at 4:30am, lunch at 10:00am and dinner at 4:30pm. These are approximate times. Meals and a beverage are served in each dormitory. You are to follow the rules of the officers. No cutting in line, grabbing trays or glasses or taking trays to the bed area. You are only allowed one (1) tray per meal.
  1. All food is to be eaten at the tables provided in the dormitory.
  2. You are to eat at the designated time and immediately return your tray to the cart provided.
  3. No outside food will be permitted in the dorm other than that provided through the kitchen and commissary facilities.
  4. **MEALS ARE NOT TO BE EATEN IN THE BED AREA.**
  5. DO NOT put meal trays in the microwaves. DO NOT put foil or metal items in the microwaves.
  6. Microwaves are to be cleaned after each use.
  7. You will have a total of twenty (20) minutes to eat each meal.
  8. No food from meals will be stored in lockers or locker boxes.

**SMOKING POLICY**
This is a non-smoking facility. NO CIGARETTES, tobacco or smoking paraphernalia of any kind is allowed. Detainees who violate these rules will face disciplinary actions.

**MEDICAL CARE**
ICE Health Services provides medical care to detainees at this facility. If you are ill or in need of medical attention, you must report to sick call when announced (see Sick Call Section). If it is after sick call hours, you must notify your Housing Unit Officer, who will contact the medical staff.

**LAUNDRY**
➢ In order to insure an adequate supply for all detainees, the hoarding of clothing is prohibited. Generally, detainees are not permitted to wash clothing, bedding or other items in their living unit.
➢ Laundry must be turned in to the in-dorm laundry worker by 8:00am. If you must leave the dorm it is your responsibility to ensure that your laundry is turned in to and picked up from the in-dorm laundry worker. It will be returned to you before the end of each day. (NOTE: Do not overfill your laundry bag. Ensure that the bags are tightly tied. Leave enough room in the bag for soap and water to flow through as well as heat from the dryer.)
➢ Clothing/laundering for male and female detainees, will be conducted according to the schedule posted in the dormitory bulletin boards.
➢ All Food Service detainee volunteer workers shall be required to exchange outer garments (whites) daily. All other volunteer workers may exchange outer garments when necessary.

**PERSONAL HYGIENE**
➢ You will be living in a dormitory with other individuals, so personal hygiene is essential. You are expected to bathe daily and to keep your hair clean. Personal hygiene items for both male and female detainees, such as soap, toothpaste, toothbrushes, combs, hairbrushes and other items will be issued to you upon admission. If you should run out of an item, see your housing officer. Special personal hygiene items for female detainees will be available upon request to the housing officer.
➢ Disposable razors will be provided on a daily basis. Razors will be checked out on an as needed basis and returned when you have finished shaving. Disposable razors will not be used by more than one (1) detainee for health and safety reasons meant to protect the detainees and staff. Toothbrushes/shampoo/toothpaste will be issued on a one (1) for one (1) exchange basis only. Empty shampoo bottles, tooth brushes and toothpaste tubes will be required for exchange.

CCOG00022128

Exhibit 26 - Page 645

**BARBERING SERVICE**
General population and eligible segregated detainees will receive access to the barber/beauty shop according to the schedule posted on the bulletin boards in your housing area. The officer stationed in your housing area will call for detainees who wish to have a haircut. For sanitary reasons, **the cutting of hair in the dormitory is strictly prohibited.** It is also prohibited to possess cut hair or clippings, either your own or others.

**SLEEPING AREA/SANITATION**
➢ You are required to keep your bed and immediate area clean and neat. You are also required to make your bed daily before reporting to your work assignment or when you begin your daily routine. When your bed is not in use it **must be made!** The hanging of sheets, towels, blankets or clothing from sash bars, overhead lights or beds is not permitted.
➢ Personal effects, to include hygiene items, are to be stored in your locker. Do not place items on windowsills, windows, bunks, lockers, under a mattress, etc. These items will be confiscated as contraband and removed when left in unauthorized areas. It will be your responsibility to identify and reclaim the items through the appropriate shift supervisor.
➢ To ensure cleanliness is maintained, you will be asked to participate in cleaning the dormitories to include dayroom areas, sleeping areas, restroom area and shower area in cooperation with the dormitory orderlies. While we realize your stay at this facility is temporary, it is your home during this time and we expect your cooperation to keep it safe and clean.
➢ The dormitories are cleaned as needed or as directed by a staff member, including after each meal, to ensure proper sanitation and safety. A staff member will issue all equipment, supplies and instructions.
➢ It will be your responsibility to ensure that the area around your bed is clean.
➢ A significant number of showers are provided in each dorm to allow each detainee an opportunity to <u>shower daily</u>. Please respect the other detainees by cleaning up after you have finished in the area.
➢ All cleaning supplies will be placed in appropriate storage locations when not in use.

**FINANCE**
➢ Occasionally you may wish to send money to your family or have money deposited to your account. CCA/HPC offers four (4) ways for family or friends to deposit money to your account. 1. **INTERNET**: Offers 24/7 access at westernunion.com/corrections. Credit or debit cards are accepted at this website address. 2. **MAIL**: Money Orders and Cashiers Checks only can be mailed to the Off Site Bank Lock Box. Clearly print the following address on the envelope prior to mailing:

> CCA Inmate Trust
> First Name and Last Name Your Commissary Number
> Facility-**HPC**
> P.O. Box 933488
> Atlanta, GA 31193-3488

3. **PHONE**: Offers 24/7 access by calling 1-800-634-3422. Credit or debit cards are accepted by phone. 4. **WALK-IN CASH PAYMENT**: By completing the blue Western Union "Quick Collect" form and taking it to any participating Western Union location. Processing and other fees may apply to all three ways listed above. Please tell friends and family to provide the following information to transfer money at any participating Agent location: PAY TO NAME (or Code City): TRUSTCCA TN, SENDER'S ACCOUNT #: This is your Commissary **#** and detainee's last name (example: 123456SMITH). To send money, submit an "Authorization to Release Funds" form to your Unit Management Team and a check will be issued from your account for the amount authorized, if funds are available. All forms can be obtained from your dorm officer.
➢ All transactions have to be verified before being posted to your account. This process can take up to 24 hours Monday-Thursday, excluding weekends and holidays.
➢ If you receive money in the mail, the mail officer, will return the money to the sender. **No money will be accepted at this facility**.

**ACCESS TO TELEPHONES**
➢ The dormitories have been equipped with telephones. These telephones have been provided so you can communicate essential business and contact friends and/or relatives.
➢ Upon your arrival, the Processing Officer will issue you a PIN number. This pin number will be active through out your stay at the Houston Processing Center.

Revised January 2013

CCOG00022129

➢ You will be required to activate your pin after you reach your housing unit.
➢ All detainees are required to setup a voice password prior to completing their first phone call.  The phone system is designed to make sure no other detainee can access your prepaid account.  **Prepaid accounts are your responsibility; you must protect your Voice Biometrics in order to protect your funds.**
➢ Direction for Voice Biometric set-up is posted on the housing unit bulletin boards.
➢ Once activated, you are entitled to an initial three (3) minute free phone call within twenty-four hours of your arrival at the facility.
➢ The telephone calls can be made collect or you may elect to participate in the prepaid calling system. This system allows you to purchase phone minutes through the commissary.
➢ Your family or friends may also deposit money to your phone account by calling Talton Customer Service at 1-866-348-6231, on the web at www.talton.net (credit card only), at the Lobby KIOSK (cash and credit card). Service fees may apply.
➢ To increase the volume on the telephones, press the star (*) button while you are talking.
➢ Incoming calls will not be received on these telephones, nor is three (3)-way calling available.
➢ To respect the privacy of others, we ask that you quietly wait your turn, as the telephones will be used on a first-come-first-serve basis. If you need assistance, ask the officer assigned to your area.
➢ **All phone calls are subject to monitoring and/or recording.** To obtain an unmonitored call to a court, a legal representative or for the purposes of obtaining legal representation, submit a Request for Information form to your Unit Manager.
➢ The telephone numbers to inquire about the status of your case as well as the numbers to a majority of consulates have been made available to you at no charge. (Consult your dorm bulletin board for a list of numbers).
➢ In the event that you are unable to contact your attorney or consulate using the dorm phones, you may submit a Request for Information form to any of your Unit Management Team for alternative telephone access.
➢ TTY telephone machines are available for the hearing impaired.
➢ When telephone demand is high you are expected to limit your telephone calls to twenty (20) minutes to permit others the same telephone privileges, but will be allowed to continue your call if you desire as soon as the demand allows.
➢ The telephones are available for your use from wake-up time until bed time.
➢ In case of an emergency, such as an illness or death in your family, your Housing Officer can assist you in making telephone calls when access to telephones would not normally be available. Routine telephone calls to attorneys are not considered to be emergencies.
➢ If the receptionist receives emergency calls from family members, we will notify you of the message, upon verification of their identity.
➢ Once released, if you purchased your own phone time and have credit of fifty ($50.00) dollars or less remaining on your account, you can call 541-889-8900 (international) or 866-348-6231 (domestic to obtain a PIN for a phone card you can use where you live, at a rate equal to the rates posted inside the facility.
➢ Once released, if your family/friends purchased phone time for you, they can call the customer service number (1-866-348-6231) and arrange for a credit to their account
➢

## RELIGIOUS SERVICES

➢ All detainees will have access to religious resources, services, instructions and counseling on a voluntary basis. All detainees will be extended the amount of freedom and opportunity necessary for pursuing any legitimate religious belief or practice within the constraints of security and safety conditions.
➢ Religious services are provided through the Chaplaincy Office and through services provided by community volunteers. These services may include individual counseling, group prayer, bible study and various religious organizational church/worship services. A schedule of the days and times of each regularly scheduled service is posted on the bulletin board in your dormitory. These services are open to all who wish to attend with regard to space limitations and security concerns.
➢ Religion-based educational programs and special activities are also available according to the activity schedule posted on the bulletin board in your dorm.
➢ Religious materials from various faiths are available upon request.

## COMMISSARY

➢ Commissary will be open for your use Monday – Friday according to posted schedules in your dorm, except on commissary inventory days.
➢ Commissary orders are to be completed and placed on top of the mail box located in each dorm. The order form must be properly completed in ink, with your name, dorm number and **commissary number,** in order to

Exhibit 26 - Page 647

CCOG00022130

receive commissary on that day. (WRITE LEGIBLY). All order forms must be received by 7:30am on the day of commissary.
➢ **Commissary items are subject to limitations and/or changes without notification.**


## VOLUNTARY WORK PROGRAM
➢ Every effort will be made to provide you with an opportunity to participate in the voluntary work program.
➢ Wages are paid $1.00 per day, this does not mean per work assignment.
➢ You will not be permitted to work in excess of eight (8) hours daily, or forty (40) hours weekly.
➢ You will be required to sign a voluntary work program statement and receive necessary training.
➢ Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program.  No detainee will have supervision/control over any other detainee.
➢ You are asked to perform tasks associated with the daily operation of the facility. Such task may include general sanitation, working in Food Service, Laundry and Maintenance departments as well as other tasks. Under no circumstances will you be forced to take part in the work program.
➢ Your eligibility to work will be determined by ICE and CCA/HPC. If you desire to be placed on a work program, send a Resident Information Request to the responsible Shift Supervisor or Department Head who will forward your name for consideration. Please remember that there are not enough job assignments for each person, therefore, we ask for your patience and cooperation.

## LIBRARY/LAW LIBRARY
➢ The library at this facility contains standard library materials found in a school or community library. The needs, interest and abilities of the majority of detainees is carefully considered and the library collection developed accordingly.
➢ Two (2) general reading books may be checked out of the library for three (3) days and taken to your dormitory. It is important that you take care of the books and return them timely so other detainees have the opportunity to read and enjoy them.
➢ **Reference materials, legal materials and magazines are not to be taken out of the library.**
➢ The law library at this facility contains self help reference materials that ICE has determined to be essential in providing you with information relevant to immigration law and proceedings.  This information is accessible on the computers in the library in the Lexis/Nexis Program.  The instructions for accessing the Lexis/Nexis Program are posted above the computers in the Law Library.
➢ The law library is located in the "B" East corridor for males and "A" East corridor for females.
➢ If you need additional reference materials not maintained in the law library, you may submit a request to the recreation department, stating the name and type of material needed.  Your request will be forwarded to ICE for approval.
➢ If you find library material missing or damaged, notify the library coordinator by submitting a request to the recreation department.
➢ Due to the number of detainees housed here, you are not permitted to use the Law Library for the purpose of assisting other detainees with their case unless written approval is obtained from the Chief of Security.  To use the Law Library you must submit a request to the Recreation department to obtain a Law Library pass.
➢ The Library/Law Library hours will be according to the posted schedule on the bulletin board in the housing units.
➢ Extra Law Library time is available by submitting a request to the Recreation Department. Detainees with court deadlines will be given priority.
➢ Detainees are not allowed to bring or work on legal material during "Regular Library" time.
➢ All detainees will sign in and out of the Library.
➢ **Computers-** computers are available in the Law Library for preparation of legal documents **ONLY.**  Violators are subject to disciplinary actions.  Printers will be provided during your law library session to print legal documents for the preparation of your case.

## VISITATION
➢ CCA/HPC provides an opportunity for you to have one (1) visit per week (Monday-Sunday) for up to one (1) hour of non-contact visitation with family and friends according to the schedule. If there are more visitors than can be accommodated in the visiting room, it may be necessary to limit visits to lesser periods of time. Visiting periods can also be shortened due to security risks, count, or other unanticipated events.

CCOG00022131

Exhibit 26 - Page 648

➢ For approval for visits on days that are not scheduled for your dorm or for extended visits due to long distance travel or other extenuating circumstances, submit a Request for Information form to the Chief of Security.
➢ If visitor(s) bring children (seventeen (17) years of age or under) they are expected to remain under the direct supervision of the adult visitor(s) so they will not disturb others who have visitor(s). Only two (2) adults and two (2) minor children (ages seventeen (17) and under) will be allowed to visit at a time, as space is limited.
➢ You should discourage visitors from bringing large quantities of hand carried items. The visitor(s) may be required to leave certain items in a locker or in their vehicle. All visitors and item(s) are subject to search.
➢ You will need to notify visitors of these hours and procedures and that they must bring a government issued picture I.D. (for ages eighteen (18) and up) in order to be allowed to visit.
➢ Visitors must be in appropriate and socially acceptable attire. The following clothing is <u>PROHIBITED</u>: SHORTS, ABOVE MID-THIGH MINI-SKIRT, SHORT DRESSES, TANK TOPS, SLEEVELESS SHIRTS, and AND ANY SEE-THROUGH CLOTHING during visitation.
➢ The visiting hours will be as follows:

| | | |
|---|---|---|
| Males- | Sunday thru Wednesday | 0700- 1400 hrs |
| Females- | Sunday thru Wednesday | 1400-1700 hrs |
| | | |
| Females- | Thursday thru Saturday | 0700- 1000 hrs |
| Males- | Thursday thru Saturday | 1000-1700 hrs |

Segregation Visits 1700-1900 hrs (everyday)

Visitation days will alternate according to the last digit of the detainee's A# number whether EVEN or ODD per the provided calendar posted on the bulletin boards in the housing units.

<u>Detainee / detainee visits are not normally allowed.</u>  **However, the ICE OIC may approve these types of visits on a non-contact basis for husbands/wives or children/parents.  There will be no contact visits allowed.**

<u>**ATTORNEY VISITS**</u>
➢ General attorney visitation hours are Monday – Friday 7:00am – 7:00pm and Saturday and Sunday 7:00am – 7:00pm. On the day you go to court, your attorney will be allowed to visit with you from 6:30am – 8:00am.
➢ Legal representatives or paralegals may visit detainees between the hours established by the OIC, seven (7) days a week. If necessary, you will be given the option to meet with your legal representative during meal hours and you will be provided with a menu tray or a sack meal.
➢ You are allowed to receive legal documents only from your attorney once approved by appropriate supervisory personnel.
➢ If you have made an appointment to meet with an attorney, legal representative or paralegal from an organization, legal firm or other association or company, it is your responsibility to cancel the appointment if you do not intend to keep the appointment. Appointment cancellations will not be accomplished on your behalf by, or through an officer or another.
➢ A list of *pro bono (free)* legal organizations will be posted in all detainee housing areas and other appropriate areas. If you wish to see a representative or paralegal from that organization, it is your responsibility to contact them for an appointment.
➢ You may contact them by mail or phone to request their assistance.
➢ If you have questions concerning the status of your case call #222 from the dorm phones or submits a Request for Information Form to the Judge or ICE and places it in the ICE mailbox.
➢ The Immigration Judges hold court in this facility between the hours of 8:30am – 3:30pm Monday – Friday. You will be notified by the Bailiff before going to court.
➢ Detainees, who are on the court docket, will be allowed to shower and/or shave early in the AM (on day of court only) before appearing in Court.

<u>**GROUP RIGHTS PRESENTATIONS**</u>
➢ "Know Your Rights" (KYR) / "Legal Orientation Programs" (LOP) are given by volunteer legal representatives. You will be given the opportunity to attend one of these presentations once you have been assigned housing. Attendance is voluntary and only limited by space available and security concerns of the facility.

Revised January 2013                                    12

CCOG00022132

Exhibit 26 - Page 649

➢ These presentations cover general information and are not intended to give specific legal advice.

## MARRIAGE
➢ Request for marriage must be sent to the Warden. If denied, the request will be reviewed by ICE officials who may uphold or reverse the Warden's denial. You must be able to provide documentation of the following:
  1. You are legally eligible to marry in this state; and
  2. Your intended spouse has affirmed, in writing, his/her intent to marry you. (This must accompany your request.)

## INSPECTIONS OF PERSONS AND PROPERTY
➢ Routine unscheduled searches of the facility, detainee's persons and property will be conducted as deemed necessary.
➢ Searches are conducted of persons when:
  1. Entering or exiting the housing units;
  2. Leaving the visit area after a visit; and
  3. Entering or exiting other buildings or areas.
➢ Searches are conducted for the purposes of:
  1. Detecting and preventing the introduction of contraband (i.e.; weapons, drugs, unauthorized clothing items, etc.);
  2. Ensuring that safe and sanitary conditions exist within the facility;
  3. Recovering lost, missing or stolen property; and
  4. Preventing escapes and other disturbances.
➢ Searches will be conducted in a manner that avoids unnecessary force, embarrassment or indignity to the detainee and is not intended to be punitive in nature.
➢ **Types of Searches Performed at HPC:**
  1. Visual Inspection: A search of a detainee or an area for contraband without physical contact.
  2. Frisk or Pat Search: A search conducted by placement of hands on the detainee's clothing to feel for weapons/contraband. A thorough search is done of all pockets, collar, jackets waistbands and shoes. Shoes are removed to check socks and bottom of feet.
  3. Shakedown: A physical or visual search of a specific area of the facility.
➢ CCA/HPC will conduct mandatory urinalysis testing under the following conditions:
  1. When security staff have reasonable suspicion that a detainee has used or is under the influence of drugs or intoxicants;
  2. When a detainee is found to be in possession of suspected unauthorized drugs or intoxicants or when suspected unauthorized drugs or intoxicants are detected or found in the area controlled, occupied or inhabited by a detainee;
  3. When the detainee is observed to be in possession of or using unauthorized drugs or intoxicants, but staff are unable to obtain a sample of the substance;
  4. On a random basis, utilizing an appropriate random testing procedure or on a routine basis when detainees return from an outside work detail; or
  5. Pursuant to an appropriate random testing procedure, the entire detainee population of the facility, any identifiable program area or any identifiable classification of detainees may be tested.
  6. The random testing program will not be used for the purpose or have the effect of harassing or intimidating any individual or group of detainees.
  7. Refusal to submit to urinalysis testing will result in severe disciplinary penalties.
  8.

## CORRESPONDENCE
➢ Mail will be picked up and delivered Monday – Friday (excluding holidays).
➢ You may send or receive mail from anyone you know personally. You may seal your outgoing letters and place them in the box in your dorm marked "MAIL".
➢ **All incoming and outgoing mail must be properly addressed and include your name, Immigration A# and dorm/bed number.** If all information is not included, mail will be returned.
➢ Drawing on the front of your outgoing envelopes is prohibited due to postal regulations.
➢ "Special correspondence" is defined as written communication to or from private attorneys and other legal representatives, government attorneys, judges, courts, embassies and consulates, ICE and the Office of the Inspector General, IHS, grievance officers and news media representatives. If you receive incoming special correspondence, it will be opened in your presence (unless otherwise authorized by the Warden) and inspected for physical contraband. Staff will neither read nor copy special correspondence. If you do not accept the letter

Exhibit 26 - Page 650

CCOG00022133

or permit the letter to be inspected, in your presence, it will be returned to the sender. Correspondence will only be treated as "special" if the <u>title</u> and <u>office</u> of the sender or addressee are clearly identified on the envelope, indicating without a doubt that the correspondence is "special" as defined above.

➢ You will not be allowed to receive or send packages without advance arrangements and prior approval from the Chief of Security. The postage for sending packages and oversized or overweight mail will be your responsibility.

➢ All incoming and outgoing packages will be opened in your presence (unless otherwise authorized by the Warden) and inspected for contraband. Contraband includes, but is not limited to the following: materials that depict, describe or encourage activities that could lead to physical violence such as materials dealing with the subjects of self-defense or survival, weaponry, armaments, explosives, or incendiary devices; information regarding escape plots, plans to commit illegal activities or to violate ICE rules or facility guidelines; information regarding the production of drugs or alcohol; sexually explicit material; threats, extortion, obscenity, or gratuitous profanity; a code; stamps, envelopes and blank paper; phone cards; photos larger than 5x7; books and magazines (if approved, they must be received directly from the publisher); or other contraband as outlined in this handbook. A package received without prior approval is considered contraband.

➢ Identity documents such as passports, birth certificates, etc., are contraband and may be used by ICE as evidence or as otherwise appropriate. You are not allowed to keep an identity document in your possession. You will be provided a copy of the document, certified by an ICE officer to be a true and correct copy.

➢ When correspondence or packages are rejected, you will receive a written notice explaining the reasons for rejection.

➢ When you are released from the facility, your incoming mail will be sent to the forwarding address you provide to the officers during your intake/release. If you do not provide a forwarding address, your mail will be endorsed, "No Forwarding Address, Return to Sender". All such mail will be returned to the Post Office.

➢ To obtain paper, writing implements and envelopes for your personal use, submit a Request for Information form to the Recreation Department. Writing implements must be exchanged on a one (1) for one (1) basis.

➢ Postage stamps may be purchased from the commissary for outgoing mail. Indigent detainees will be allowed postage to mail a reasonable amount of mail each week, including at least 7 pieces of special correspondence and 3 pieces of 1-ounce general correspondence. **(To be considered indigent you must have maintained a balance of $15.00 or less on your CCA/HPC account for the past 30 days.)**

➢ Requests for certified mail should be forwarded to the Mail Officer. Stamps for certified mail can be purchased at the commissary. Mail will be weighed by the facility Mail Officer to determine the amount of postage necessary.

## NOTARY, COPIES AND RELEASE OF FUNDS

➢ <u>NOTARY</u> - Notary assistance may be obtained by sending a request to the Recreation Department. You will be contacted as soon as possible to accomplish the task.

➢ <u>COPIES</u> - Request for copies of *legal material* should be forwarded to the Recreation Department.

➢ <u>RELEASE OF FUNDS</u> – Request for Release of Funds Form (2-5A) should be submitted to the Unit Management Team for approval. **You will not be allowed to send or transfer money from your account to other detainees account within CCA/HPC.**

## DETAINEE DISCIPLINE

In a facility where many individuals live together in a relatively small amount of space, it is extremely important that order and discipline be maintained. Discipline and order are not only for the benefit of the staff, but also for the safety and welfare of you and all other detainees. While many problems can be solved informally through counseling, disciplinary measures must occasionally be imposed.

You have the right to protection from personal abuse, corporal punishment, unnecessary or excessive use of force, personal injury, disease, property damage, and harassment.

## DETAINEE DISCIPLINARY SEVERITY SCALE (SANCTIONS) AND PROHIBITED ACTS

### GREATEST OFFENSE CATEGORY

| Code | Prohibited Acts | Sanctions |
|------|-----------------|-----------|
| 100 | Killing | A. Initiate criminal proceedings |
| 101 | Assaulting any person (includes | B. Disciplinary transfer (recommended) |

sexual assault)

| | | |
|---|---|---|
| 102 | Escape from escort; escape from a secure facility | C. Disciplinary segregation (up to 60 days) |
| 103 | Setting a fire (charged with this act in this category only when found to pose a threat to life or a threat of serious bodily harm or in furtherance of a prohibited act of greatest severity, e.g.., a riot or an escape; otherwise the charge is classified as Code 218 or 321) | D. Make monetary restitution, if funds are available. |

104    Possession or introduction of a gun, firearm, weapon, sharpened instrument, knife, dangerous chemical explosive, escapes tool, device, or ammunition.

105    Rioting

106    Inciting others to riot

107    Hostage-taking

108    Assaulting a staff member or any law enforcement officer with bodily harm

109    Threatening a staff member or any law enforcement officer with bodily harm

*198    interfering with a staff member in the performance of duties (conduct must be of the greatest severity). This charge is to be used only if another charge of greatest severity is not applicable.

*199    Conduct that disrupts or interferes with the security or orderly running of the facility (conduct must be of the greatest severity).  This charge is to be used only if another charge of greatest severity is not applicable.
### "HIGHEST" OFFENSE CATEGORY

| Code | Prohibited Acts | Sanctions |
|---|---|---|
| 200 | Escape from unescorted activities, open or secure facility, without violence | A. Initiate criminal proceedings |
| | | B. Disciplinary transfer (recommended) |
| 201 | Fighting, boxing, wrestling, sparring, and any other form of physical encounter, including horseplay, that causes or could cause injury to another person; except when part of an approved recreational or athletic activity etc. | C. Disciplinary segregation (up to 60 days) |
| | | D. Make monetary restitution, if funds are available |
| | | E. Loss of privileges:  Commissary, movies, recreation, |
| 202 | Possession or introduction of an unauthorized tool | |
| 203 | Loss, misplacement, or damage of any restricted tool | F. Change housing |
| 204 | Threatening another with bodily harm | G. Remove from program and/ or group activity |
| 205 | Extortion, blackmail, protection: | |

Revised January 2013

CCOG00022135

Exhibit 26 - Page 652

demanding or receiving money or
anything of value in return for
protection against others, avoiding
bodily harm, or avoiding a threat
being informed against.

H. Loss of job

I. Impound and store detainee's personal property

J. Confiscate contraband

K. Restrict to housing unit

206   Engaging in sexual acts

207   Making sexual proposals or threats

208   Wearing a disguise or mask

209   Tampering with or blocking any locking device

210   Adulteration of food or drink

211   Possession, introduction, or use of narcotic paraphernalia, or drugs not prescribed for individual by the
medical staff.

212   Possessing an officer's or staff member's clothing

213   Engaging in or inciting a group
demonstration

214   Encouraging others to participate
in a work stoppage or refuse to work

215   Refusing to provide a urine sample or
otherwise cooperate in a drug test

216   Introducing alcohol into the facility
217   Giving or offering an official or
staff member a bribe or anything
of value

218   Giving money to, or receiving
money from, any person for an illegal
or prohibited purpose, such as
introducing/ conveying contraband

219   Destroying, altering, or damaging
property (government or another
person's)  worth more than $100.00

220   Being found guilty of any combination
of three or more high moderate or
low moderate offenses within
90 days

221   Signing, preparing, circulating, or soliciting support for prohibited group petitions

222   Possessing or introducing an incendiary device, e.g., matches, a lighter, etc.

223   Any act that could endanger person(s) and or property

Revised January 2013

CCOG00022136

Exhibit 26 - Page 653

*298    Interfering with a staff member in the performance of duties (conduct must be of highest severity).  This change is to be used only when no other charge of highest severity is applicable.

*299    Conduct that disrupts or interferes with the security or orderly operation of the facility (conduct must be of highest severity).This charge is to be used only when no other charge of highest severity is applicable.

When the prohibited act is interfering with a staff member in the performance of duties (Code 198, 298, 398, 498) or conduct that disrupts (Code 199, 299, 399 or 499), the Disciplinary Committee should specify in its findings the severity-level of the conduct, citing a comparable offense in that category.  For example, "we find the act of to be of high severity, most comparable to Code 213, "engaging in a group demonstration."

### "HIGH  MODERATE" OFFENSE CATEGORY

| Code | Prohibited Acts | Sanctions |
|---|---|---|
| 300 | Indecent exposure | A.  Initiate criminal proceedings |
| 301 | Stealing (theft) | B.  Disciplinary transfer (recommended) |
| 302 | Misuse of authorized medication | |
| 303 | Loss, misplacement, or damage of a less restricted tool | C.  Disciplinary segregation (up to 72 hours) |
| 304 | Lending property or other item of value for profit/increased return etc. | D.  Make monetary restitution, if funds are available |
| | | E.  Loss of privileges:  Commissary, movies, recreation, |
| 305 | Possession of item(s) not authorized for receipt or retention; not issued through regular channels | |
| 306 | Refusal to clean assigned living area | F.  Change housing |
| 307 | Refuse to obey a staff member/ officer's order (may be categorized and charged as a greater or lesser offense, depending on the kind of disobedience:  continuing to riot is Code 105—Rioting; continuing to Fight, Code 201—Fighting; refusing To provide a urine sample, Code 215 | G.  Remove from program and/ or group activity<br><br>H.  Loss of job<br><br>I.   Impound and store detainee's personal property<br><br>J.  Confiscate contraband |
| 308 | Insolence toward a staff member anything of value in return for protection against others, avoiding bodily harm, or avoiding a threat being informed against. | K. Restrict to housing unit<br><br>L. Reprimand.<br><br>M. Warning |
| 309 | Lying or providing false statement to staff | |
| 310 | Counterfeiting, forging, or other unauthorized reproduction of money or other official document or item, e.g. counterfeiting release papers to effect escape—Code 102 or 200 | |
| 311 | Participating in an unauthorized meeting or gathering | |
| 312 | Being in an unauthorized area | |

CCOG00022137

Exhibit 26 - Page 654

313     Failure to stand count

314     Interfering with count

315     Making, possessing, or using intoxicant(s)

316     Refusing a breathalyzer test or other test of alcohol consumption

317     Gambling

318     Preparing or conducting a gambling pool

319     Possession of gambling paraphernalia

320     Unauthorized contact with public

321     Giving money or another item of value to, or accepting money or another item of value from anyone, including another detainee, without staff authorization

322     Destroying, altering, or damaging property (government or another person's) worth less then $100

*398     Interfering with a staff member in the performance of duties (offense must be of high moderate severity).  This charge is to be used only when on other charge in this category is applicable

*399     Conduct that disrupts or interferes with the security or orderly running (offense must be of high moderate severity).  This charge is to be used only when no other charge in this category is applicable.

NOTE:   Any combination of high moderate and low moderate offenses during a 90-day period shall constitute a high offense.

### "LOW MODERATE" OFFENSE CATEGORY

| | | | |
|---|---|---|---|
| 400 | Possession of property belonging to another person | A. | Make monetary restitution, |
| 401 | Possessing unauthorized clothing | B. | Loss of privileges:  Commissary, movies, recreation, etc. |
| 402 | Malingering, feigning illness | | |
| 403 | Smoking where prohibited | C. | Change housing |
| 404 | Using abusive or obscene language | D. | Remove from program and/ or group activity |
| 405 | Tattooing, body piercing, or | | |

Revised January 2013               18

CCOG00022138

Exhibit 26 - Page 655

| | | | |
|---|---|---|---|
| | self-mutilation | E. | Loss of job |
| 406 | Unauthorized use of mail or telephone (with restriction or temporary suspension of the abused privileges often the appropriate sanction) | F. | Impound and store detainee's personal property |
| | | G. | Confiscate contraband |
| 407 | Conduct with a visitor in violation of rules and regulations (with restriction or temporary suspension of visiting privileges often the appropriate sanction) | H. | Restrict to housing unit |
| | | I. | Reprimand |
| | | J. | Warning |
| 408 | Conducting business | | |
| 409 | Possession of money or currency, unless specifically authorized | | |
| 410 | Failure to follow safety and sanitation regulations | | |
| 411 | Unauthorized use of equipment or machinery | | |
| 412 | Using equipment or machinery contrary to posted safety standards | | |
| 413 | Being unsanitary or untidy, failing to keep self and living area in accordance with posted standards. | | |
| 498 | Interfering with a staff member in the performance of duties (offense must be of low moderate severity). This charge is to be used only when on other charge in this category is applicable | | |
| 499 | Conduct that disrupts or interferes with the security or orderly running (offense must be of low moderate severity).  This charge is to be used only when no other charge in this category is applicable. | | |

As a detainee charged with a prohibited act(s), if referred to the Institution Disciplinary Panel (IDP) for disposition, you will have the following rights:

1. The right to have a written copy of the charge(s) against you at least 24 hours prior to appearing before the IDP.
2. The right to have a full time member of staff who is reasonably available to assist you before the IDP.
3. The right to call witnesses and present documentary evidence in your behalf provided institutional safety would not be jeopardized.
4. The right to remain silent. Your silence may be used to draw an adverse inference against you. However, your silence alone may not be used to support a finding that you committed a prohibited act.
5. The right to be present throughout the IDP decision, except during committee deliberations and where institutional safety would be in jeopardy.
6. The right to be advised of the IDP decision in writing and the facts supporting the panel's decision, except where institutional safety would be jeopardized.
7. The right to appeal the decision of the IDP by means of the Detainee Grievance Procedure to the Warder/Administrator, within 15 days of the notice of the panel's decision and disposition.

## GRIEVANCE PROCEDURES

➢ CCA/HPC provides a means for all detainees to address complaints regarding facility conditions, treatment, medical care and policies and procedures.  Most matters can and should be resolved directly and promptly between the detainee and staff.
➢ HEALTH CARE GRIEVANCES: The procedure for filing complaints about the health care service is the same as for all other non-health related complaints, except the grievance is submitted directly to the Healthcare Administrator or designee, marked as "MEDICAL SENSITIVE" and sent through the Grievance Officer.  The Healthcare Administrator or designee will respond to your grievance in accordance with the facility grievance

CCOG00022139

Exhibit 26 - Page 656

policy.  You are encouraged to resolve the complaints informally first by requesting a sick call appointment to discuss the problem.

➢ All detainees have access to an informal resolution process to resolve their complaints.  At any time the informal resolution process has not provided successful resolution of the complaint or in the event of an emergency grievance, detainees may use the formal grievance process.  All complaints will be assessed in a fair and impartial manner.  Resolution in the best interest of the detainee and the facility is the primary goal.

➢ You can invoke the grievance procedure regardless of disciplinary, classification, or other administrative decisions to which you may be subject.

➢ You may not submit a grievance on behalf of another detainee; however, assistance from a staff member or another detainee may be provided when necessary to communicate the problem on the grievance form. Grievances are considered special correspondence.

➢ You will not be subject to retaliation, reprisal, harassment, or discipline for use or participation in the informal resolution process or grievance process.  Any allegations of this nature will be thoroughly investigated by the Warden.

➢ If it is determined by the Warden that you are deliberately abusing the grievance system through excessive filing of grievances and/or repeated refusal to follow procedures, the Warden may suspend your right to file additional grievances until all pending grievances have been resolved. Continued abuse may result in an adverse action initiated against you.

➢ With the exception of emergency grievances, you will utilize the informal resolution process concerning questions, disputes, or complaints **prior** to the submission of a formal grievance.  You may orally present your complaint to any staff member at any time within seven (7) days of the event or submit the 14-5A Informal Resolution Form to the housing officer or unit staff.  You will receive a response on the issue within 15 days.

➢ While you are free to bypass or terminate the informal grievance process, and proceed directly to the formal grievance stage, you are encouraged to utilize the informal process and allow the complaint to be resolved at the lowest level since complaints should be, whenever possible, resolved through direct contact with the staff responsible for the particular issue and with two-way communication encouraged between staff and detainees.

➢ If you are not satisfied with the results of the informal resolution process, you may submit a 14-5B Formal Grievance Form within five (5) calendar days to the Grievance Officer by placing it in the box marked "Grievance" in the dorm along with a copy of the 14-5A Informal Resolution Form attached to it. The Grievance Officer will check the grievance mail boxes daily, excluding weekends and holidays.  The appropriate department head will act on the grievance within five (5) working days through informal or formal resolution and provide you with a written response.

➢ If you do not accept the department head's solution, a Detainee Grievance Committee (DGC) will convene to study the grievance within five (5) working days of the detainee's appeal.  Within five (5) working days of reaching a decision, the DGC will provide you with a response to the grievance, in writing.

➢ If you disagree with the Detainee Grievance Committee (DGC), you may appeal to the Warden.

➢ The Warden after reviewing the finding of the Detainee Grievance Committee (DGC) will provide you with a written decision within five (5) days of receiving the appeal.

➢ The decision of the Warden is final and cannot be further appealed.

➢ In certain instances, it may be necessary to extend response deadlines to allow for a more complete investigation of the claim(s).  Justification for the extension will be provided to you on the 14-5C Grievance Extension Notice.  The time extension will be determined by the Warden and will not exceed fifteen (15) calendar days.

➢ A copy of all grievances will be maintained in your detention file.

➢ If you submit a grievance for review and you are released/deported, efforts to resolve the grievance will normally continue.  It is **your** responsibility to notify the Grievance Officer of your release/deportation and provide a forwarding address and any other pertinent information.

➢ EMERGENCY GRIEVANCE PROCEDURES - If the subject matter of the grievance is such that compliance with the regular time guidelines would subject you to risk of personal injury, you may request that the grievance be considered an emergency grievance.  Complete a 14-5B Formal Grievance form and place it in a sealed envelope marked "Emergency Grievance".  The emergency grievance must detail the basis for requiring an immediate response and may be submitted to any staff member or unit staff or placed in the "Grievance" box in your dorm.  If the grievance is determined to be a legitimate emergency, it will be acted on within one (1) calendar day of receipt of the grievance and a written response will be made to you regarding resolution.

➢ If you feel that the issue is sensitive or that your safety or well-being would be jeopardized if others in the facility learned of the grievance, you may seal the grievance in an envelope, clearly mark the envelope *"sensitive"* and submit it directly to the Warden. You have the opportunity to file a complaint about officer misconduct directly

CCOG00022140

Exhibit 26 - Page 657

with the Department of Homeland Security by calling 1-800-323-8603, which is programmed into the dorm telephones as a free call or calling your local ICE office at 281-985-8400 or you may write to:

>Department of Homeland Security
>Washington, D.C. 20528
>Attn:  Office of the Inspector General

➢ NON-GRIEVABLE MATTERS - The following matters are not grievable by detainees through the grievance procedure:
1.  State and Federal Court decisions;
2.  State and Federal laws and regulations;
3.  Final decisions on grievances;
4.  Contracting agency (ICE) policies, procedures, decisions or matters (i.e., institutional transfers, release/deportations decisions, etc.);
5.  Property issues (all property issues must be addressed in accordance with property procedures); and
6.  No grievance may be submitted on behalf of another.
7.  You are limited to two (2) pending non-emergency grievances at a time.

## SEGREGATION/SHORT STAY UNIT
**Administrative Segregation**
1.  Intended for detainees with special housing requirements;
2.  Pending investigation/hearing of prohibited acts(s);
3.  Medical observation;
4.  Pending a transfer or release within twenty-four (24) hours;
5.  Security risk; or
6.  Protective custody.

**Disciplinary Segregation**
1.  Special housing unit for detainees who;
2.  Are a serious disruption to general population;
3.  Require additional physical confines; or
4.  Have received a sanction by the Institutional Disciplinary Panel.

**Programs and Services**
1.  Programs and Services as offered to general population are available to administrative segregation.
2.  Detainees in Administrative Segregation will be offered at least two (2) hours of recreation or exercise opportunities per day, seven (7) days a week.  Detainees in Disciplinary Segregation will be offered one (1) hour of recreation or exercise opportunity per day, seven (7) days a week.
3.  The Law Library is located in segregation and available upon request.
4.  The General Library is available on a weekly basis.
5.  Medical Care/Sick Call for segregated detainees will be provided by ICE Health Services staff through daily rounds.
6.  CCA/HPC provides an opportunity for you to have one (1) visit per week (Monday-Sunday) for up to one (1) hour of non-contact visitation with family and friends from 5:00pm to 7:00pm. Disruptive conduct by either party will result in the termination of the visit and may have an adverse affect on future visits.
7.  Detainees in segregation will be allowed to attend religious services if security is not compromised. If necessary, the Chaplain will minister to detainees in segregation or, upon special request and considering security concerns, arrangements can be made for religious volunteers of your faith to conduct one-on-one services.
8.  Personal hygiene items are available upon request from the segregation housing officer.  Showers are available and should be taken advantage of on Mondays, Wednesdays and Fridays between the hours of 8:00am and 4:00pm.
9.  Mail will be picked up from segregation by 8:30am Monday – Friday except on holidays.  Mail will handled for segregation detainees in the same manner as general population detainees.
10.  Detainees in segregation will be allowed to attend Group Legal Rights Presentations, if security is not compromised. If it becomes necessary, presentations may be made to individuals in segregation, pending agreement with the presenter and security can be maintained. If a detainee in segregation cannot attend for this reason, and both he/she and the presenter(s) so request, alternative arrangements will be made.

CCOG00022141

Exhibit 26 - Page 658

    11.     Prior to being released from segregation, detainees will be re-evaluated/reclassified to ensure that they have been properly classified and are housed in an appropriate dorm.

    12.     Laundry will be picked up, washed and returned to segregated detainees according to the same schedule as set for general population.

    13.     All other services not specifically mentioned in this section regarding segregation will be subject to the same access procedures as outlined for general population detainees.

## SICK CALL

➢ Sick call at CCA/HPC is provided by ICE Health Services staff to all detainees, from the time of admission to the time of release in order to provide continuous medical care.

➢ Clinic Hours - The clinic will be open and nursing staff available twenty-four (24) hours a day. The facility health care providers schedule appointments Monday through Friday from 7:30am–10:00PM and may schedule appointments on weekends/holidays.

## ACCESS TO MEDICAL SERVICES

➢ Routine Medical Services - If you are experiencing non-emergency medical problems, go to sick call sign – up when announced by the dorm security officer at approximately 0530 (0730 on Saturdays, Sundays and Holidays) after breakfast each morning for male detainees and 0730-0800 for female detainees. You will be evaluated by the nursing staff. If the need exists, they will schedule you to see medical personnel. Appointments are scheduled according to medical necessity. Requests for copies of medical records and medical special needs are made following the procedures outlined above.

➢ Emergency Medical Services - If you are experiencing an emergency medical problem, notify the officer stationed in your area. The nursing staff will be notified and appropriate action will be taken by them to resolve your medical problems. Trained staff is available to administer emergency first aid and life saving techniques. Nursing staff and doctors are always available through on-call services.

➢ Chronic Care Services - The clinic provides chronic care services to those detainees who require medication renewals, treatments and follow-up care for specific illnesses (i.e. high blood pressure, diabetes, heart conditions, asthma, etc.). These services are provided on a regular basis.

➢ Living wills are available through ICE Health Services upon request.

➢ **DO NOT** come to the clinic without prior permission. The officer in your dorm must call the clinic first to obtain prior approval for you to visit the clinic.

➢ Mental Health Services - If you are experiencing mental health problems, follow the procedures outlined above under routine/emergency services. You will be seen by a health care provider who will determine if a mental health referral is needed.

➢ Dental Services - If you are experiencing dental health problems, follow the procedures outlined above under routine/emergency medical services. You will be seen by the health care provider who will determine if a dental referral is needed. Provisions will be made for emergency dental needs.

➢ Medication

    1.     KOP (Keep on Person) medications are medications that detainees are allowed to keep in their possession. KOP medication must be stored and secured in your locker. Medications found in your locker or property that was not prescribed to you will be confiscated as contraband and disciplinary action will be taken. Detainees found to be not taking their medications as instructed will be taken off KOP status and will receive their medications under supervision of the nursing staff. Medication removed from the KOP package will be confiscated as contraband.

    2.     Non-KOP medications are dispensed at pill call daily at the following times: 4:30am, 8:00am, 12:00pm, 4:00pm and 10:00pm.

    3.     OTC (Over-the-Counter) medications are available for your purchase through the facility commissary. These are listed on the Commissary List available in your dorm. These items are available through the clinic for indigent detainees.

➢ AIDS/HIV Education / Testing - Testing for AIDS/HIV are available and education services are provided to all detainees. You may request these services from the medical staff at sick call sign-up.

## RECREATION

➢ Recreation activities are provided as a means to release built-up energy and to help you keep in good physical condition.

➢ **In-dorm recreation facilities -** The Recreation Coordinator will be scheduling specific activities for your pleasure and development. We ask that you cooperate and participate in these activities; some will be new and different.

Revised January 2013

CCOG00022142

Exhibit 26 - Page 659

➢ TELEVISIONS have been placed in each dorm for your entertainment and should be shared to ensure each person has an opportunity to view programs of interest. While we have no specific rules governing what programs will be viewed, we expect each of you to be considerate (i.e.; Spanish/English language programs) and avoid unnecessary problems regarding its usage. In the event a problem develops, the officer in your dorm will resolve the problem and may decide to discontinue usage until the situation can be resolved.

1. Television viewing and recreation activities may begin at 7:00am wake-up and will end at bedtime 11:00pm Sunday-Thursday and 1:00am Friday- Saturday and the day before a CCA Holiday. You are cautioned not to begin viewing a program that will end after the designated viewing hours, because the television will be turned off at the designated time.
2. Televisions will be turned off during official counts, cleaning of housing areas and when it interferes with other facility operations.
3. At the end of a program, a vote may be taken to choose which program to watch next. The majority vote rules. The channel will not be changed during a program if someone is watching the television. Do not vote on a program and then leave the area.
4. The volume of the televisions will be kept at a reasonable level so as to not disturb other detainees or facility operations.
5. Televisions are not to be removed from their locations or tampered with for any reason.

➢ LEISURE TIME ACTIVITIES - This facility provides leisure time activities in the dormitories for your entertainment, as well as for physical and mental development. Leisure time activities include table games, cards, television, etc. You are asked to handle these items with care and to be considerate of others who may wish to use them. Persons that have been discovered abusing these items may be disciplined in accordance with specific guidelines established by this facility and be required to make restitution for damaged items.

1. The use of these leisure time items will be handled on a first-come first-serve basis to ensure that each person has an equal opportunity to use them.
2. To obtain additional recreational supplies, ask a recreation staff member.
3. We expect you to take care of supplies and equipment issued and for you to return the items after use. You will be held accountable for any recreational or leisure time item until it has been returned.

➢ **Access to Outside Recreation -** All detainees, weather permitting, will be provided at a minimum, one hour of outdoor recreation daily.

1. Outdoor recreation activities may include basketball, soccer, handball, track and cardiovascular exercise equipment.
2. DO NOT SIT AGAINST THE FENCE or hang clothes on it when in outside recreation.
3. The recreation schedule for all dorms is rotated daily for fair and equal access. You will be advised when it is your dorm's turn to go.
4. Recreation for male dorms includes open access to the inside recreation area (gym) and outside recreation yard simultaneously.
5. Due to logistics, recreation for female dorms will be separated into one (1) hour of outside and one (1) hour of inside recreation (gym).
6. Detainees who worked during the day and who are unable to attend recreation with their dorm will be provided recreational opportunities at the end of the day upon verification of their work attendance.
7. T-shirts must be worn at all times during inside/outside recreation.

➢ **Recreation may be cancelled at any time for security reasons and due to adverse weather. Your cooperation is appreciated.**

## FACILITY SERVICES AND PROGRAMS

➢ In addition to the services previously mentioned in this handbook, during your stay at the Houston Processing Center, you will be given the opportunity to participate in a variety of programs, such as; English as a Second Language, Drug Awareness, Thinking for a Change and Anger Management.  If you wish to attend any of these programs advise your housing officer and the Unit Management team member.

## DETAINEE DRESS CODE

➢ You are required to keep yourself clean and wear proper clothing/footwear during all activities.
➢ You are reminded that poor hygiene, poor sanitation and not wearing proper clothing and footwear can cause potential conflict with your peers and others and can have a negative impact upon your health and safety as well as that of those around you.
➢ Failure to comply with the dress code and grooming standards will ultimately become an issue that requires staff intervention in the form of appropriate disciplinary action to correct the situation.
➢ Ordinarily, detainees may wear any hairstyle with the following exceptions:

Revised January 2013                                   23

CCOG00022143

Exhibit 26 - Page 660

    1.  For safety and hygiene reasons. Kitchen workers and detainee workers operating machinery will keep their hair in a neat, clean and in a commonly acceptable style. ALL kitchen workers will wear a hairnet when working in the kitchen.

    2.  Hairstyles will not interfere with the safety and hygiene requirements.

➢ Ordinarily, facial hair may be grown without restriction with the following exceptions;

    1.  For safety reasons, detainee workers operating machinery may be expected to be clean shaven at all times. These restrictions are a requirement for employment in the above described work assignments and accepting a job in these areas denotes acceptance of the grooming standards for the above described work assignments.

➢ **There will be no exceptions to these requirements, even for medical reasons.**

➢ Complete uniforms (pants, shirts, shoes and wristbands) are required to be worn when outside the dormitory.

➢ T-shirts and shower shoes are allowed in the dayroom areas.

➢ T-shirts are allowed on the recreation yard.

➢ Headwear is not allowed outside the bed area unless authorized by the proper approving authority.

➢ Religious apparel may only be worn as approved by the Chaplain.

➢ No towels, sheets or blankets will be permitted as clothing and are not to be used for cleaning unless designated by staff as such.

➢ **Intentional or neglectful damage to CCA/HPC property (altered, torn, lost ripped, or gratified) will result in disciplinary action and restitution.**

### CLOTHING

➢ The basic uniform for detainees shall be distinctive in appearance in order to identify detainees according to their security level. In CCA/HPC, the basic uniform colors are:

    1.  **Blue** uniforms and wristbands – Level 1 detainees.

    2.  **Orange** uniforms and wristbands – Level 2 detainees.

    3.  **Red** uniforms and wristbands – Level 3 detainees.

    4.  **White** uniforms will be the work uniform for the kitchen workers only. In the housing units the kitchen workers will wear the appropriate color uniforms.

➢ All issued clothing and wristbands will be worn as specified in the following instructions and in no other manner. These requirements are essential to ensure compliance of Security, Hygiene and Conduct within the realm of property for all people.

    1.  Wristbands must be worn at all times.  If your wristband becomes torn or is broken, notify the officer in your dorm that you need a new one and send a Request for Information form to the Classification Officers.

    2.  Clothing must be clean and not torn when worn.

    3.  Only kitchen workers will be authorized to wear white uniforms and only while performing services while working in the kitchen.

    4.  The wearing of mixed colored uniforms is not authorized.

    5.  Undergarments may be worn without outer garments <u>only</u> while inside the sleeping quarters or in the restroom/shower areas. **NO EXCEPTIONS!**

    6.  Shower shoes may be worn <u>only</u> while inside the housing units.

    7.  CCA/HPC issued shoes will be worn at all times when outside the housing units.  Personal shoes are not allowed unless medically required or authorized by the Chief of Security.

    8.  Hats or other head covers will not be authorized for the general population. Designated detainee workers will be issued the proper head cover when required to be worn <u>only</u> while performing work related duties.

    9.  Detainees will wear a complete uniform (shirts, pants, shoes) at all times while outside the dormitory.

   10.  Pants will be worn at a point about the waist that prevents the crease of the buttocks from showing despite the length of the shirt.

   11.  You are not to walk about the facility with your hands inside the waistband of your pants regardless of weather conditions.

   12.  No article of clothing will be worn in a manner not normally intended for that item (using a shirt as a head band or head cover, etc.)

### NOTICE TO THOSE PERSONS UNDER EXCLUSION OR REMOVAL PROCEEDINGS

➢ Once a final order of removal has been issued in your case, you will be afforded a one time opportunity to have your personal effects delivered to the detention facility prior to your removal. Only with approval from the Chief

CCOG00022144

Exhibit 26 - Page 661

of Security, Chief of Unit Management or higher authority, detainees that have received a final order of removal of less than one (1) week will be allowed to have visitors drop off property prior to release. This property will only consist of one (1) change of clothing, one (1) jacket and one (1) pair of shoes. You are responsible for making arrangements for the delivery of these items. Drop off time will be from 9:00a.m. to 10:00a.m. Tuesday's and Thursday's only.
- ➤ **No belongings will be received the day of departure by ICE or CCA/HPC staff.**
- ➤ The authorized property must be inside a non-locking backpack, or luggage. No boxes or plastic bags will be accepted. **NO EXCEPTIONS.**

## CONTRABAND
- ➤ Items, which are considered to be detrimental to the safe and orderly operation of the facility, are prohibited. Contraband items include but are not limited to:
    1. Any dangerous drug, narcotic drug, marijuana, intoxicating liquor of any kind, deadly weapons, dangerous instruments, explosives or any other article that, if used or possessed, would endanger the preservation of order in the facility;
    2. Any item which could be used as an aide to escape;
    3. Any item which could be used to disguise or alter the appearance of a detainee;
    4. Any article of clothing or item for personal use or consumption which has not been cleared first through the OIC or purchased by a detainee from the commissary;
    5. Cameras, video, audio, or related equipment that can be used to make unauthorized photographs or audio, or audio/video recordings of detainees, staff or government property;
    6. Cigarettes, tobacco or smoking paraphernalia, alcoholic beverages, cardboard boxes and excessive magazines;
    7. Pictures of any kind that have been placed on dormitory walls; and
    8. Any item not purchased through authorized channels (commissary).

## UNAUTHORIZED PROPERTY
- ➤ Items not inherently illegal, which are considered contraband when possessed by a detainee or visitor within the facility including but not limited to:
    1. Any approved item which, though approved, is in excess of the quantity allowed.
    2. Unauthorized personal property received through the mail will be returned to sender at the detainee's expense. All detainees **must have prior approval** from the Chief of Security or above before property is received. If authorized, the property will be stored in your property bag until your release.
    3. Due to space limitations, all detainees will be limited to one (1) duffle bag to store their property. If property is received and will not fit into the duffle bag, it will be your responsibility to forward the property.

## LEGAL FILE
Your legal file is an Immigration legal record commonly called an "A" file maintained by the ICE Deportation Department for each individual. This "A" file contains your legal transactions and documentation pertaining to your case; including but not limited to identification cards, photos, passports and immigration history.

## DETENTION FILE
- ➤ Your detention file is maintained by CCA/HPC for each individual and contains no less than the following:
    1. Facility Disciplinary Actions;
    2. Behavior Reports;
    3. Funds, Valuables and Property Receipts;
    4. Detainee's Written Requests, Complaints and Issues;
    5. Response to the aforementioned requests; and
    6. Special Housing Unit Records.

## RIGHTS AND RESPONSIBILITIES
- ➤ You have the right to be informed of the rules, procedures and schedules concerning the operation of the facility.
    - o *You have the responsibility to know and abide by them.*
- ➤ You have the right to freedom of religious affiliation and voluntary religious worship.
    - o *You have the responsibility to recognize and respect the rights of others in this regard.*
- ➤ You have the right to health care which includes nutritious meals, proper bedding and clothing. A laundry schedule for cleanliness of the same, an opportunity to shower regularly, proper ventilation for warmth and fresh air, a regular exercise period, toilet articles and medical treatment.

CCOG00022145

Exhibit 26 - Page 662

- o *It is your responsibility not to waste food, to follow the laundry and shower schedules, to maintain neat and clean living quarters and to seek medical care as needed.*
- ➢ You have the right to have family members and friends visit with you in keeping with the facility rules and schedules.
  - o *It is your responsibility to conduct yourself properly during visits and to not accept or pass contraband.*
- ➢ You have the right to unrestricted and confidential access to the courts by correspondence.
  - o *You have the responsibility to present honestly and fairly your petitions, questions and problems to the courts.*
- ➢ You have the right to legal counsel from an attorney of your choice by means of interviews and correspondence at no cost to the United States Government.
  - o *It is your responsibility to obtain the services of an attorney honestly and fairly.*
- ➢ You have the right to have access to reading materials for your own enjoyment. These materials may include approved magazines.
  - o *It is your responsibility to seek and utilize such materials for your personal benefit, without depriving others of the same benefit.*
- ➢ You have the right to participate in the use of the law library reference materials to assist you in resolving legal problems. You also have the right to receive help when it is available through legal assistance programs.
  - o *It is your responsibility to use those resources in keeping with the procedures and schedule prescribed and to respect the rights of other detainees to the use of the materials.*
- ➢ You have the right to a wide range of reading material for educational purposes and for your own enjoyment. These materials may include magazines and newspapers sent from the publishers.
  - o *It is your responsibility to seek and utilize such material for personal benefit, without depriving others of their equal rights to use this material.*
- ➢ You have the right to participate in a work program as far as resources are available, and in keeping with your interest, needs and abilities.
  - o *You have the responsibility to take advantage of activities which may help you live a successful and abiding life within the Facility and in the community. You will be expected to abide by the regulations governing the use of such activities.*
- ➢ You have the right to an administrative hearing before an Immigration Judge to determine your status in the United States.
  - o *It is your responsibility to seek and provide evidence for your defense.*
- ➢ If you are not an exclusion case and eligible, you have the right to be released on bond until your scheduled administrative hearing.
  - o *It is your responsibility to seek methods of payments for your bond.*
- ➢ You have the right to apply for political asylum if you believe that you will be persecuted because of your race, religion, nationality, membership in a social group or political opinion.
  - o *It is your responsibility to prepare and submit the proper forms accurately.*
- ➢ You have the right to request voluntary departure if statutorily eligible prior to a hearing but if you request voluntary departure you waive your right to a hearing.
  - o *It is your responsibility to inform an ICE Officer that you request voluntary departures.*
- ➢ You have the right to have an interpretative service if you do not understand the orientation language in which it is written.
  - o *It is you responsibility to contact CCA staff members to request the interpretative service.*
- ➢ You have the right of freedom from discrimination based on race, religion, national origin, sex, sexual orientation, handicap, or political beliefs.

Revised January 2013

26

CCOG00022146

Exhibit 26 - Page 663