# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., a Maryland corporation,<br><br>Defendant. | NO. 3:17-cv-01112-JLS-NLS<br><br>**ORDER GRANING IN PART JOINT MOTION TO EXTEND TIME TO SUBMIT DISCOVERY MOTION REGARDING ELECTRONIC STORED INFORMATION (FIFTH REQUEST)** |
| CoreCivic, Inc., a Maryland corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated,<br><br>Counter-Defendants. | Magistrate Judge: Honorable Nita L. Stormes |

ESI Order                                                    17cv01112-JLS-NLS

4840-3548-9172.2

The Court considered the Joint Motion to Extend Discovery Motion Deadline as to Electronically Stored Information ("ESI") (Fifth Request).  In light of the pending motion for class certification, the Court will grant in part and deny in part the parties' request.

**IT IS HEREBY ORDERED** that the parties shall have until **August 16, 2019** to submit any discovery disputes that may arise reading ESI.

Dated:  April 17, 2019

Hon. Nita L. Stormes
United States Magistrate Judge

ESI Order                                    2                          17cv01112-JLS-NLS

4840-3548-9172.2