# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,

               Plaintiffs,

vs.

CORECIVIC, INC.,

               Defendant.

CORECIVIC, INC.,

               Counter-Claimant,

vs.

SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,

               Counter-Defendants.

Case No. 3:17-CV-01112-JLS-NLS

**<u>CLASS ACTION</u>**

**ORDER EXTENDING TIME TO SUBMIT DISCOVERY MOTION DEADLINE AS TO PLAINTIFFS' RESPONSES TO DEFENDANT'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**

Magistrate: Hon. Nita L. Stormes

Case No. 17-CV-01112-JLS-NLS

Having considered the parties' Joint Motion To Extend Discovery Motion Deadline As To Plaintiffs' Responses To Defendant's Request For Production Of Documents (Set One) and Interrogatories (Set One), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the parties shall have an additional 45 days to submit any discovery disputes that may arise regarding Plaintiffs' written responses or production of documents to Defendant's Request For Production Of Documents (Set One) and Interrogatories (Set One).

Dated:  April 17, 2019

Hon. Nita L. Stormes
United States Magistrate Judge

-1-    Case No. 17-CV-01112-JLS-NLS