# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,

      Plaintiffs,

vs.

CORECIVIC, INC.,

      Defendant..

_____

CORECIVIC, INC.,

      Counter-Claimant,

vs.

SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,

      Counter-Defendants.

Case No. 17-CV-01112-JLS-NLS

**ORDER EXTENDING TIME TO SUBMIT DISCOVERY MOTION REGARDING PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Magistrate Judge: Hon. Nita L. Stormes

Case No. 17-CV-01112-JLS-NLS

The Court having considered the Joint Motion to Extend Discovery Dispute Motion Deadline as to Plaintiffs' Second Set of Requests for Production of Documents, finding no objection and good cause appearing,

**IT IS HEREBY ORDERED** that the parties shall have an additional 120 days to submit any discovery disputes that may arise reading Plaintiffs' Second Set of Requests for Production of Documents. Any discovery motions regarding Plaintiffs' Second Set of Requests for Production of Documents must be filed on or before August 27, 2019.

Dated:  May 6, 2019

Hon. Nita L. Stormes
United States Magistrate Judge

-1-                    Case No. 17-CV-01112-JLS-NLS