UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO, JONATHAN GOMEZ, on behalf of themselves, and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>Defendant.<br><br>AND RELATED CROSS ACTION | Case No.: 3:17-cv-1112-JLS-NLS<br><br>**ORDER EXTENDING TIME TO SUBMIT DISCOVERY MOTION DEADLINE AS TO PLAINTIFFS' RESPONSES TO DEFENDANT'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES [SECOND REQUEST]**<br><br>**[ECF No. 93]** |

Having considered the parties' Joint Motion To Extend Discovery Motion Deadline As To Plaintiffs' Responses To Defendant's Request For Production Of Documents (Set One) and Interrogatories (Set One) [Second Request], and good cause appearing,

IT IS HEREBY ORDERED that the parties shall have until August 23, 2019 to submit any discovery disputes that may arise regarding Plaintiffs' written responses or production of documents to Defendant's Request For Production Of Documents (Set One)

1

and Interrogatories (Set One).  **The parties are cautioned that the Court will not grant any further extensions for this dispute.**

Dated:  May 22, 2019

Hon. Nita L. Stormes
United States Magistrate Judge

3:17-cv-1112-JLS-NLS