J. MARK WAXMAN (SBN 58579)
   mwaxman@foley.com
NICHOLAS J. FOX (SBN 279577)
   nfox@foley.com
**FOLEY & LARDNER LLP**
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
T: 858.847.6700 // F: 858.792.6773

EILEEN R. RIDLEY (SBN 151735)
   eridley@foley.com
ALAN R. OUELLETTE (SBN 272745)
   aouellette@foley.com
**FOLEY & LARDNER LLP**
555 California Street, Suite 1700
San Francisco, CA 94104-1520
T: 415.434.4484 // F: 415.434.4507

ROBERT L. TEEL (SBN 127081)
   lawoffice@rlteel.com
**LAW OFFICE OF ROBERT L. TEEL**
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
T: 866. 833.5529 // F:855.609.6911

GEOFFREY M. RAUX (pro hac vice)
   graux@foley.com
**FOLEY & LARDNER LLP**
111 Huntington Ave.
Boston, MA 02199-7610
T: 617.342.4000 // F: 617.342.4001

Attorneys for Plaintiffs SYLVESTER OWINO,
JONATHAN GOMEZ, and the Proposed Class(es)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>CORECIVIC, INC.,<br><br>                Defendant.<br><br>CORECIVIC, INC.,<br><br>                Counter-Claimant,<br><br>vs.<br><br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>                Counter-Defendants. | Case No. 3:17-CV-01112-JLS-NLS<br><br>**CLASS ACTION**<br><br>**DECLARATION OF EILEEN R. RIDLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  October 10, 2019<br>Time:  1:30 p.m.<br>Place:  Courtroom 4D<br><br>Judge:  Hon. Janis L. Sammartino<br>Magistrate:  Hon. Nita L. Stormes |

Case No. 17-CV-01112-JLS-NLS

1         I, Eileen R. Ridley, declare as follows:

2         1.      I am over the age of eighteen, and I am an attorney at law duly licensed to practice in the State of California and before this Court.  I am a partner at the law firm of Foley & Lardner LLP, counsel of record for Plaintiffs and Counter-Defendants Sylvester Owino and Jonathan Gomez, as well as the putative classes ("Plaintiffs").  I am one of the attorneys principally responsible for the representation of Plaintiffs in this lawsuit, and as a result I am familiar with the file, documents, and history related to this action.  I make this Declaration based upon my own personal knowledge and am willing to testify, under oath, to the truth of the matter asserted herein if called to do so.

2.      I make this Declaration in support of Plaintiffs' Motion For Partial Summary Judgment, filed concurrently herewith.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the Deposition of Fred Figueroa, current Warden of the Otay Mesa Detention Center ("OMDC"), which deposition occurred on February 19, 2019.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the Deposition (Vol. 1) of Mr. Jason Ellis, CoreCivic's designated corporate witness, which deposition occurred on March 4, 2019.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the Deposition (Vol. 2) of Mr. Jason Ellis, CoreCivic's designated corporate witness, which deposition occurred on March 5, 2019.

6.      Attached hereto as **Exhibit 4** is a true and correct copy excerpts from the Deposition of Susan Huffman, third-party Trinity Services, Inc.'s designated corporate witness, which deposition occurred on January 21, 2019.  The public, redacted version of this document is attached hereto.  The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of the OMDC Inmate Detainee Employment System Policy (2015), Policy No. 19-100.  The document was produced during this litigation by CoreCivic at CCOG00076707 – 12.  The public, redacted

version of this document is attached hereto. The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

8. Attached hereto as **Exhibit 6** is a true and correct copy of OMDC's Inmate Detainee Employment System Policy (2017), Policy No. 19-100. The document was produced during this litigation by CoreCivic at CCOG00002817 – 22. The public, redacted version of this document is attached hereto. The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

9. Attached hereto as **Exhibit 7** is a true and correct copy of San Diego Correctional Facility's ("SDCF") Inmate/Detainee Employment System (Policy No. 19-100) (2011). The document was produced during this litigation by CoreCivic at CCOG00030898 – 900. The public, redacted version of this document is attached hereto. The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the California City Correctional Facility's ("CCCF") Inmate/Resident Work Assignment Participation Policy (Policy No. 19-100) (2010). The document was produced during this litigation by CoreCivic at CCOG00022965 – 69. The public, redacted version of this document is attached hereto. The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

11. Attached hereto as **Exhibit 9** is a true and correct copy of SDCF's Work/Program Guidelines (2008). The document was produced during this litigation by CoreCivic at CCOG00030893 – 897. The public, redacted version of this document is attached hereto. The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

12. Attached hereto as **Exhibit 10** is a true and correct copy of SDCF's Removal From Work Detail Form. The document was produced during this litigation by CoreCivic at CCOG00030913. The public, redacted version of this document is attached hereto. The

1  sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion
2  To Seal, also filed concurrently herewith.

3    13.  Attached hereto as **Exhibit 11** is a true and correct copy of SDCF's Inmate/Detainee Voluntary Work Program Agreement. The document was produced during this litigation by CoreCivic at CCOG00030902.

6    14.  Attached hereto as **Exhibit 12** is a true and correct copy of a pay report for detainee workers generated from CoreCivic's "Offender Management System." The document was produced during this litigation by CoreCivic at CCOG00009325. The public, redacted version of this document is attached hereto. The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

12    15.  Attached hereto as **Exhibit 13** is a true and correct of a pay report for detainee workers generated from CoreCivic's "Offender Management System." The document was produced during this litigation by CoreCivic at CCOG00009314. The public, redacted version of this document is attached hereto. The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

17    16.  Attached hereto as **Exhibit 14** is a true and correct of a pay report for detainee workers generated from CoreCivic's "Offender Management System." The document was produced during this litigation by CoreCivic at CCOG00025034. The public, redacted version of this document is attached hereto. The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

22    17.  Attached hereto as **Exhibit 15** is a true and correct of a pay report for detainee workers generated from CoreCivic's "Offender Management System." The document was produced during this litigation by CoreCivic at CCOG00009327. The public, redacted version of this document is attached hereto. The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

27    18.  Attached hereto as **Exhibit 16** is a true and correct of a pay report for detainee workers generated from CoreCivic's "Offender Management System." The document was

produced during this litigation by CoreCivic at CCOG00025043.  The public, redacted version of this document is attached hereto.  The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

19. Attached hereto as **Exhibit 17** is a true and correct of a pay report for detainee workers generated from CoreCivic's "Offender Management System."  The document was produced during this litigation by CoreCivic at CCOG00025044.  The public, redacted version of this document is attached hereto.  The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

20. Attached hereto as **Exhibit 18** is a true and correct of a pay report for detainee workers generated from CoreCivic's "Offender Management System."  The document was produced during this litigation by CoreCivic at CCOG00025044.  The public, redacted version of this document is attached hereto.  The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

21. Attached hereto as **Exhibit 19** is a true and correct copy of SDCF'S Inmate/Detainee Safety Rules.  The document was produced during this litigation by CoreCivic at CCOG00030905.

22. Attached hereto as **Exhibit 20** is a true and correct copy of SDCF's Hazardous Chemical Training.  The document was produced during this litigation by CoreCivic at CCOG00030911.

23. Attached hereto as **Exhibit 21** is a true and correct copy of SDCF's Inmate/Detainee Pre-Assignment Training Record.  The document was produced during this litigation by CoreCivic at CCOG00030655.  The public, redacted version of this document is attached hereto.  The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

24. Attached hereto as **Exhibit 22** is a true and correct copy of CCCF's Control of Hazardous Chemicals Policy (2006).  The document was produced during this litigation by CoreCivic at CCOG00035159 – 68.  The public, redacted version of this document

1  attached hereto.  The sealed, unredacted document is attached to my declaration in support
2  of Plaintiffs' Motion To Seal, also filed concurrently herewith.

3      25.    Attached hereto as **Exhibit 23** is a true and correct copy of CoreCivic's Work
4  Program Guidelines (Policy No. 18-100CC) (2013) and Approved Work Program
5  Assignments for OMDC (2017).  The document was produced during this litigation by
6  CoreCivic at CCOG00026287 – 94.  The public, redacted version of this document is
7  attached hereto.  The sealed, unredacted document is attached to my declaration in support
8  of Plaintiffs' Motion To Seal, also filed concurrently herewith.

9      26.    Attached hereto as **Exhibit 24** is a true and correct copy of CoreCivic's Work
10 Program Guidelines (Policy No. 18-100CC) (2016) and Approved Work Program
11 Assignments for OMDC (2016).  The document was produced during this litigation by
12 CoreCivic at CCOG00027955 – 61.  The public, redacted version of this document is
13 attached hereto.  The sealed, unredacted document is attached to my declaration in support
14 of Plaintiffs' Motion To Seal, also filed concurrently herewith.

15     27.    **Exhibit 25** has intentionally been omitted from this submission.

16     28.    Attached hereto as **Exhibit 26** is a true and correct copy of OMDC's Buffer
17 Job Description.  The document was produced during this litigation by CoreCivic at
18 CCOG00025899.  The public, redacted version of this document is attached hereto.  The
19 sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion
20 To Seal, also filed concurrently herewith.

21     29.    Attached hereto as **Exhibit 27** is a true and correct copy of OMDC's Dining
22 Hall Porter Job Description.  The document was produced during this litigation by
23 CoreCivic at CCOG00025902.  The public, redacted version of this document is attached
24 hereto.  The sealed, unredacted document is attached to my declaration in support of
25 Plaintiffs' Motion To Seal, also filed concurrently herewith.

26     30.    Attached hereto as **Exhibit 28** is a true and correct copy of OMDC's Laundry
27 Job Description.  The document was produced during this litigation by CoreCivic at
28 CCOG00025900.  The public, redacted version of this document is attached hereto.  The

sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

31. Attached hereto as **Exhibit 29** is a true and correct copy of OMDC's Pod Porter Job Description. The document was produced during this litigation by CoreCivic at CCOG00025903. The public, redacted version of this document is attached hereto. The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

32. Attached hereto as **Exhibit 30** is a true and correct copy of OMDC's Recreation Windows and Doors Job Description. The document was produced during this litigation by CoreCivic at CCOG00025901. The public, redacted version of this document is attached hereto. The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

33. Attached hereto as **Exhibit 31** is a true and correct copy of OMDC's Shower Porter Job Description. The document was produced during this litigation by CoreCivic at CCOG00025904. The public, redacted version of this document is attached hereto. The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

34. Attached hereto as **Exhibit 32** is a true and correct copy of OMDC's Food Service Operations Policy (2017). The document was produced during this litigation by CoreCivic at CCOG00002672 – 99. The public, redacted version of this document is attached hereto. The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

35. Attached hereto as **Exhibit 33** is a true and correct copy of OMDC's "Kitchen Workers" Memorandum Dated July 11, 2016. The document was produced during this litigation by CoreCivic at CCOG00025711. The public, redacted version of this document is attached hereto. The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

36. Attached hereto as **Exhibit 34** is a true and correct copy of OMDC's "Town Hall – Kitchen Workers" Memorandum Dated October 3, 2016. The document was produced during this litigation by CoreCivic at CCOG00027854 – 55. The public, redacted version of this document is attached hereto. The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

37. Attached hereto as **Exhibit 35** is a true and correct copy of OMDC's "Kitchen Worker Rules, Numbers, Work Times and Incentives" Memorandum Dated October 19, 2016. The document was produced during this litigation by CoreCivic at CCOG00026600 – 01. The public, redacted version of this document is attached hereto. The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

38. Attached hereto as **Exhibit 36** is a true and correct copy of SDCF's Food Service Operations Policy (2010). The document was produced during this litigation by CoreCivic at CCOG00030620 – 53. The public, redacted version of this document is attached hereto. The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

39. Attached hereto as **Exhibit 37** is a true and correct copy of CCCF's Food Service Operations Policy (2011). The document was produced during this litigation by CoreCivic at CCOG00035169 – 91. The public, redacted version of this document is attached hereto. The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

40. Attached hereto as **Exhibit 38** is a true and correct copy of the Contract Between the SDCF and the Office of the Federal Detention Trustee, dated July 2005. The document was produced during this litigation by CoreCivic at CCOG00006354 – 435. The public, redacted version of this document is attached hereto. The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

41. Attached hereto as **Exhibit 39** is a true and correct copy of CCCF's Contract with the United States Department of Justice, dated September 2010. The document was produced during this litigation by CoreCivic at CCOG00006439 – 59. The public, redacted version of this document is attached hereto. The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

42. Attached hereto as **Exhibit 40** is a true and correct copy of CoreCivic's Response to Plaintiffs' Amended Request for Admission.

43. Attached hereto as **Exhibit 41** is a true and correct copy of excerpts from Plaintiff Sylvester Owino's detainee files. The document was produced during this litigation by CoreCivic at CCOG00025333 – 532. The public, redacted version of this document is attached hereto. The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

44. Attached hereto as **Exhibit 42** is a true and correct copy of excerpts from Plaintiff Jonathan Gomez's detainee files. The document was produced during this litigation by CoreCivic at CCOG00025257 – 332. The public, redacted version of this document is attached hereto. The sealed, unredacted document is attached to my declaration in support of Plaintiffs' Motion To Seal, also filed concurrently herewith.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of June, 2019, in San Francisco, California.

*/s/ Eileen R. Ridley*
Eileen R. Ridley

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 5, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

*/s/ J. Mark Waxman*
J. Mark Waxman