# EXHIBIT 1

```
 1                UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF CALIFORNIA
 3
 4
 5   SYLVESTER OWINO and JONATHAN   )
     GOMEZ, on behalf of themselves )
 6   and all others similarly       )
     situated,                      )
 7                                  )
               Plaintiffs,          )
 8                                  )
         vs.                        ) Case No. 3:17-CV-01112-
 9                                  ) JLS-NLS
     CORECIVIC, INC.,               )
10                                  )
               Defendants.          )
11   _____/   )
                                    )
12   CORECIVIC, INC.,               )
                                    )
13             Counter-Claimant,    )
                                    )
14       vs.                        )
                                    )
15   SYLVESTER OWINO and JONATHAN   )
     GOMEZ, on behalf of themselves )
16   and all others similarly       )
     situated,                      )
17                                  )
               Counter-Defendants. )
18   _____/
19
          VIDEO-RECORDED DEPOSITION OF FRED FIGUEROA
20
                  San Diego, California
21
               Tuesday, February 19, 2019
22
23   Reported by:
     BARBARA A. BAKER
24   RPR, CSR No. 13033
     Job No. 3225065
25   Pages 1 - 183

                                             Page 1
```

```
 1                  UNITED STATES DISTRICT COURT
 2                 SOUTHERN DISTRICT OF CALIFORNIA
 3
 4
 5    SYLVESTER OWINO and JONATHAN  )
      GOMEZ, on behalf of           )
 6    themselves and all others     )
      similarly situated,           )
 7                                   )
               Plaintiff,           )
 8                                   )
          vs.                       )  Case No. 3:17-CV-01112-
 9                                   )  JLS-NLS
      CORECIVIC, INC.,              )
10                                   )
               Defendants.          )
11    _____/  )
                                     )
12    CORECIVIC, INC.,              )
                                     )
13             Counter-Claimant,    )
                                     )
14        vs.                       )
                                     )
15    SYLVESTER OWINO and JONATHAN  )
      GOMEZ, on behalf of           )
16    themselves and all others     )
      similarly situated,           )
17                                   )
               Counter-Defendants.)
18    _____/
19
20         Video-recorded deposition of FRED FIGUEROA, taken
21    on behalf of Plaintiffs at 3579 Valley Centre Drive,
22    Suite 300, San Diego, California, beginning at 9:31 a.m.
23    and ending at 3:04 p.m. on February 19, 2019, before
24    BARBARA A. BAKER, Certified Shorthand Reporter No.
25    13033.
```

                                                    Page 2

```
 1   APPEARANCES:
 2
 3   For Plaintiffs:
 4             FOLEY & LARDNER LLP
             BY:  J. MARK WAXMAN
 5           Attorney at Law
             3579 Valley Centre Drive
 6           Suite 300
             San Diego, California  92130
 7           858.847.6700
             858.792.6773  Fax
 8           mwaxman@foley.com
 9
10           FOLEY & LARDNER LLP
             BY:  ALAN R. OUELLETTE
11           Attorney at Law
             555 California Street
12           Suite 1700
             San Francisco, California  94104-1520
13           415.434.4484
14           415.434.4507  Fax
             aouellette@foley.com
15
             LAW OFFICE OF ROBERT L. TEEL
16           ROBERT L. TEEL, ESQ.
             1425 Broadway
17           Mail Code 20-6690
             Seattle, Washington  98122
18           866.833.5529
19           855.609.6911  Fax
20           lawoffice@rlteel.com
21           (Appearing via videoconference)
22
23
24
25
```

Page 3

```
 1   APPEARANCES:
     (Continued)
 2
 3   For Defendant CoreCivic, Inc.:
 4            STRUCK LOVE BOJANOWSKI & ACEDO, PLC
              BY:  ASHLEE B. HESMAN
 5            Attorney at Law
              3100 West Ray Road
 6            Suite 300
              Chandler, Arizona   85226
 7            480.420.1600
              ahesman@strucklove.com
 8
 9   The Videographer:
10            JAKE THOMPSON, VERITEXT LEGAL SOLUTIONS
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1                        I N D E X
2                                                   Page
3   EXAMINATION BY MR. WAXMAN                         9
4
5                      E X H I B I T S
6
7   NUMBER              DESCRIPTION                  PAGE
8   Exhibit 15 Otay Mesa Detention Facility, Detainee  36
               Admission and Orientation Handbook,
9              Revised January 2019
10  Exhibit 16 Approved Work/Program Assignments,     85
               date:  6/30/17
11
    Exhibit 17 CoreCivic, Food Service Operations,    92
12             Facility Effective Date:  6/30/17
13  Exhibit 18 Sanitation and Hygiene, Daily         100
               Housekeeping Plan,
14             Effective Date:  09/01/15
15  Exhibit 19 Classification Plan Guidelines        104
16  Exhibit 20 Resident Work Agreement, Dining Hall  114
               Porter
17
    Exhibit 21 Resident Work Agreement, Buffer       117
18
    Exhibit 22 Resident Work Agreement, Pod Porter   117
19
    Exhibit 23 Resident Work Agreement, Recreation,  117
20             Windows, Barber's Responsibilities
21  Exhibit 24 Resident Work Agreement, Laundry      117
22  Exhibit 25 Executive Meeting Minutes, October 24, 120
               2016
23
    Exhibit 26 OMDC Department Head Meeting Agenda,  124
24             October 27, 2016
25

                                               Page  5
```

```
 1                    E X H I B I T S
                        (Continued)
 2
 3    NUMBER              DESCRIPTION              PAGE
 4    Exhibit 27  CCA/Otay Mesa Detention Facility,    132
                  Unit Staff Meeting Record,
 5                Date: 11/22/16
 6    Exhibit 28  CCA/Otay Mesa Detention Facility,    135
                  Unit Staff Meeting Record,
 7                Date: 2/10/17
 8    Exhibit 29  Award/Contract, Bates CCOG00006354 -  137
                  CCOG00006435
 9
      Exhibit 30  E-mail from Mardysam Madrid to       149
10                Laronda Williams et al.,
                  dated 10/14/16
11
      Exhibit 31  E-mail from Dennis Morris RA to      153
12                Daniel Topasna, dated 10/17/16
13    Exhibit 32  E-mail from Richard Crouch to        156
                  Jarrett Williams, dated 1/24/17
14
      Exhibit 33  E-mail from Rupert Rivera to Fred    157
15                Figueroa, dated 10/27/16
16    Exhibit 34  E-mail from Kimberly Morales to      160
                  Darrick Gillespie, dated 1/19/17
17
      Exhibit 35  E-mail from Daniel Topasna to Billie 161
18                Handsbur, et al., dated 6/16/17
19    Exhibit 36  E-mail from Darrick Gillespie to     162
                  Zandro Blas, et al., dated 9/12/17
20
21              PREVIOUS EXHIBITS REFERENCED
22                 Exhibit      Page
23                    9         173
24
25
                                            Page  6
```

1                     FRED FIGUEROA,

2        Having been first duly sworn, testifies as follows:

3

4                      EXAMINATION

5    BY MR. WAXMAN:

6        Q   Good morning.  We have met before.  My name is

7    Mark Waxman.  I'm one of the counsel for the plaintiff

8    and will be the -- the plaintiffs, and will be asking

9    you some questions today in the form of this deposition.

10           Would you initially state and spell your name     09:33:52

11   again for the record.

12       A   It's Fred, F-r-e-d.  Figueroa, F-i-g-u-e-r-o-a.

13       Q   And during the course of the deposition, would

14   you prefer I call you Mr. Figueroa or Warden, or what

15   would you like?                                           09:34:08

16       A   It doesn't matter.

17       Q   Okay.

18       A   Yes, sir.

19       Q   Have you had your deposition taken before?

20       A   Yes, sir, I have.                                 09:34:15

21       Q   Do you have any questions about what a

22   deposition is?

23       A   No.

24       Q   Can you give me an estimate about how many

25   times you've been deposed?                                09:34:21

                                                      Page 9

```
 1    shouldn't proceed today with your deposition?

 2        A    None.

 3        Q    All right.  Would you state your current

 4    employment.

 5        A    I'm the warden at the Otay Mesa Detention      09:35:21

 6    Center.

 7        Q    And how long have you been in that position?

 8        A    Since May of 2016.

 9        Q    Can you give me a brief overview of your job

10    history prior to that.                                  09:35:34

11        A    Yes, sir.  I've got 38 years in corrections.

12    September, it will be 20 with CoreCivic.  And I did

13    another 18 years, nine months with the Department of

14    Corrections in Texas.

15        Q    When did the current Otay Mesa facility        09:35:53

16    actually open?

17        A    2015.

18        Q    And prior to that opening, where were you?

19        A    I was warden at the Tallahatchie Correctional

20    facility in Mississippi.                                09:36:07

21        Q    And was that facility a facility which housed

22    detainees and U.S. Marshal pre-trial prisoners as well,

23    or was that a different --

24        A    No, sir.

25        Q    -- residency?                                  09:36:16
```

Page 11

```
 1        Q   And can you describe the process from the time

 2   they hit the border to the time they hit Otay Mesa as

 3   best you understand it?

 4        MS. HESMAN:  Foundation.

 5        THE WITNESS:  As best I understand it, they'll     09:37:31

 6   come across, or they'll be apprehended if they're going

 7   over the fence, the wall, by Border Patrol.

 8        They'll pick them up and process them and

 9   actually bring them to our facility or other facilities

10   for detainment.                                         09:37:49

11   BY MR. WAXMAN:

12        Q   And within your facility, you have detainees

13   and others?

14        A   Yes, sir.

15        Q   And who are the others?                        09:37:57

16        A   The marshals, Marshal detainees.

17        Q   How many residents are there, approximately,

18   currently in the Otay Mesa facility?

19        A   Today's count was 1442, if I remember

20   correctly.                                              09:38:13

21        Q   And can you estimate an average over the last

22   year?

23        A   The average is right around 1340.

24        Q   And what's the capacity?

25        A   Total capacity is 1572.                        09:38:23
```

Page 13

1     Q   And of those, again, looking at estimates, how

2  many are detainees as opposed to U.S. Marshal Service?

3     A   Approximately 980 of those are ICE detainees.

4     Q   Male and female?

5     A   Yes, male and female.           09:38:45

6     Q   Can you give me a range of their ages?

7     A   That, I don't know.  I am trying to remember

8  the last time I looked at their age.  I want to say the

9  average age is like 28.

10    Q   Are there teenagers there?         09:39:03

11    A   No, sir, no teenagers.

12    Q   And senior citizens over 60?

13    A   Yes.

14    Q   And the ration of males to females?

15    A   We have approximately 128 females and the other  09:39:15

16  800 are males.

17    Q   And in terms of your role at the facility, were

18  you involved in any way in its construction?

19    A   No, sir.

20    Q   So when you arrived there, it was built,     09:39:36

21  occupied with detainees and U.S. Marshal Service as you

22  arrived?

23    A   Yes, sir.

24       MS. HESMAN:  Form.

25  ///

Page 14

```
 1    assigned to those positions.

 2        Q    And what about the bays themselves?

 3        A    Each individual detainee is responsible for

 4    cleaning their own areas.

 5        Q    You mentioned the porters or the orderlies.        09:50:54

 6             Is that a specific job classification within

 7    the facility?

 8        A    Yes, sir.

 9        Q    Is that job classification within the voluntary

10    work program?                                               09:51:13

11        A    Yes.

12        Q    So are those individuals paid to do their work?

13        A    Yes.

14        Q    How much are they currently paid?

15        A    A dollar.                                          09:51:22

16        Q    A dollar a day?

17        A    A dollar a day.

18        Q    Are they eligible for any type of incentive pay

19    or bonuses?

20        A    Yes.  Mainly when I walk through, if I see an     09:51:33

21    area that's just exceptional from what I seen in other

22    areas, I may tell the unit manager member to provide

23    that group of detainees, whether they're buffers, shower

24    cleaners, whatever, a bonus.

25             And I normally give a $5 bonus to the             09:51:53
```

Page 24

1    individuals.

2        Q    Is the amount of the bonus solely within your

3    discretion?

4        A    Yes.

5        Q    Is there any formal bonus program within the        09:52:04

6    facility?

7        A    To say that there's one all the time, no.

8    There is one for after, you know, a big audit or

9    something that we have, and everybody pulls together to

10   get the place looking like it needs to look, like it        09:52:28

11   should look, we might do some type of bonus for that.

12       Q    Would that be a monitory bonus?

13       A    It could be.   It could be pizza, popcorn,

14   sodas; whatever.

15       Q    During the last year, do you recall what's the      09:52:47

16   largest bonus you've given somebody?

17       A    Five dollars is the largest.

18       Q    While you've been at the facility, is $5 the

19   largest, or has it been higher?

20       A    From what I recall, it's been -- $5 is what I        09:53:07

21   normally give.

22       Q    Are you the one responsible for all the awarded

23   bonuses, or is anyone else able to do that as well?

24       A    No.   The other ADO, administrative duty

25   officers, can do it, chief or above.   But it filters       09:53:21

1    through me.

2         Q    Is the bonus limit for them $5 as well?

3         A    Yes.

4         Q    How is the bonus tracked for purposes of

5    recordkeeping?                                    09:53:36

6         A    Ms. Alvarez, our administrative clerk, whose

7    title is job coordinator, she does that.

8         Q    So would that be entered into a detainee's

9    record so they be given a $5 credit?

10        A    Yes.                                     09:53:52

11        Q    How long has the bonus program been in effect?

12        A    I can only speak since I have been there.   I

13   don't know.

14        Q    Has it been in effect since you've been there?

15        A    Since I have been there, yes, sir.      09:54:05

16        Q    I would only want you to talk about your

17   knowledge or, if I ask you for an estimate, you might

18   provide an estimate.

19             But if it's something that you don't know, it's

20   perfectly fine to say I don't know.               09:54:16

21             In terms of the bonuses, were you authorized to

22   provide bonuses by somebody you report to within

23   CoreCivic?

24        A    No.   That's just something that I've always

25   done at all my facilities.                        09:54:43

Page 26

```
 1         Q    Do you know whether CoreCivic has a formal

 2    company policy with respect to bonuses?

 3         A    No.

 4         Q    Have you ever discussed bonuses with other

 5    wardens?                                              09:54:57

 6         A    No.

 7         Q    Has anyone at CoreCivic ever told you you

 8    couldn't give somebody a bonus?

 9         A    No.

10         Q    In terms of a direction to others who are able   09:55:05

11    to give bonuses, what criteria do they use?

12              MS. HESMAN:  Form.  Foundation.

13              THE WITNESS:  Pretty much the same as I do.

14    You know, they'll -- what they'll do is they'll ask,

15    "Can we give them a bonus?  Can we give them popcorn?   09:55:26

16    You know, they've been doing a good job"; that kind of

17    stuff.

18    BY MR. WAXMAN:

19         Q    Is the base pay, if you will, throughout the

20    facility currently a dollar a day or some other number?   09:55:37

21         A    A dollar a day for all the detainees that work

22    within the housing areas.

23              And everyone who works off -- out of the

24    housing area, it's $1.50.

25         Q    What's the reason for the $1.50 versus the      09:55:52
```

Page 27

1  dollar?

2      A   The $1.50, those detainees, they're working

3  more hours.  When I say working more hours, they have a

4  set schedule compared to a porter, who can get his job

5  done within x amount of hours.                    09:56:11

6          And we use kitchen workers.  Kitchen workers,

7  they have to get the meal out.  They've got to get it

8  prepped.  They got to get it cooked; that kind of stuff.

9      Q   So is there a list of those who get $1.50 as

10 opposed to a dollar?                              09:56:27

11     A   Yes.

12     Q   What's the name of that list or document that

13 would show that?

14     A   There was a memo that was recently put out.  I

15 can't remember the actual subject.  But it reflects  09:56:39

16 those detainees that are eligible for the $1.50 and that

17 kind of stuff.

18     Q   Does the $1.50 go in your budget?

19     A   Yes.

20     Q   Do you prepare or sign off on the budget for  09:56:54

21 your facility?

22     A   I don't sign off on it.  I review it with my

23 supervisors.

24     Q   Who would --

25     A   It's formulated, and we review it.          09:57:04

Page 28

```
  1        A    He's -- he is eligible to work from home.

  2   So . . .

  3        Q    So administratively, is he an FSC person or

  4   part --

  5        A    Yes.  He's an FSC, FSC person.              09:58:38

  6        Q    I'll try not to interrupt you.  If you let me

  7   finish; that way we'll make sure you hear the full

  8   question.  And I'll try to make sure I hear the full

  9   answer before I jump in.

 10            So as I understand it, part of your budget    09:58:54

 11   would include bonuses, and that's been true since you've

 12   gotten there?

 13        A    Yes.

 14        Q    These would be amounts that are paid over and

 15   above whatever the amount per day is?               09:59:07

 16        A    Yes.

 17        Q    And they're given to people who have,

 18   typically, more set schedules than others?

 19            MS. HESMAN:  Form.

 20            THE WITNESS:  No.  That's the $1.50.         09:59:17

 21   BY MR. WAXMAN:

 22        Q    I'm sorry.  This is given for performance that

 23   you or those who are authorized to give bonuses believe

 24   is for over and above a standard level?

 25        A    Yes, sir.                                   09:59:30
```

Page 30

```
 1       Q    In terms of the distinction between the $1.50
 2   and a dollar, in terms of the work you do, is the $1.50
 3   primarily for those who work more hours?
 4       A    More hours and a set schedule.
 5       Q    Set schedule meaning?                        09:59:47
 6       A    I have X amount of days that I have to work and
 7   with two days off; that kind of stuff.
 8       Q    How did you determine it was $1.50 as opposed
 9   to the standard dollar?
10       A    That was just a number we came up with.       10:00:03
11       Q    Was it based on anything?
12       A    No.  It just seemed like we wanted to look at
13   giving those workers a little bit more incentive than
14   just your basic dollar working in the housing area.
15       Q    This would be incentive to work in those jobs? 10:00:24
16       A    In those jobs, yes.
17       Q    I think you said kitchen workers were in that
18   category?
19       A    Kitchen workers, outside crews, administrative
20   porters.  And I think that is it.                     10:00:41
21       Q    What do outside crews do?
22       A    They go outside the fence.  And they take care
23   of the foliage that's out there.  Pick up all the trash
24   and beautify the grounds.
25       Q    Clean the parking lots?                       10:01:08
```

Page 31

```
 1        Q   Is there a minimum?

 2        A   I would assume minimum of two.  But the maximum

 3   is four.

 4        Q   Why would you assume two?

 5        A   Just it would take two detainees to do          10:02:33

 6   everything that they're doing outside, at least a

 7   minimum of two.

 8        Q   What does an administrative porter do?

 9        A   They clean the various offices both for ICE and

10   for CoreCivic, the courts, for everybody.              10:02:48

11        Q   Do they work in crews?

12        A   There's a morning crew, and then we have an

13   evening crew.

14        Q   You mentioned set hours.

15            Is that done weekly?  Monthly?  How does that  10:03:07

16   work?

17        A   For which?

18        Q   Does it vary?

19        A   Well, for the -- it depends on -- the kitchen

20   is 24/7.  The administrative crew is Monday through     10:03:17

21   Friday.

22        Q   And the outside?

23        A   The outside is Monday through Friday.

24        Q   Monday through Friday are fixed hours every

25   day?                                                    10:03:38
```

Page 33

```
1        A    Yes.   7:30 to 3:00 for the outside crew.

2        Q    And is there a lunch break in the middle?

3        A    Yes.

4        Q    What about other breaks?   Are there any others?

5        A    When the officer takes his break, yes, there        10:03:56

6   may be a break for them, too.

7        Q    But no regularly scheduled break?

8        A    Just the lunch break.

9        Q    And the administrative porter staff, what are

10  their hours?                                                   10:04:11

11       A    For the day crew, 7:30 to 3:00.  And then the

12  evening crew is pretty much 11:00 to maybe 3:00 o'clock

13  in the morning.

14       Q    And what do they do?

15       A    They clean up mainly the corridors in the main       10:04:34

16  hallway, the staff restrooms down on the first floor,

17  the lobby.

18       Q    Do they report to any one individual in

19  particular?

20       A    There is a detention officer that carries that      10:04:56

21  crew, yes.

22       Q    So one detention officer in the morning, one on

23  the night shift?

24       A    Yes.

25       Q    And the kitchen workers, you said 24/7.              10:05:10
```

Page 34

```
 1        A    Pretty much as needed.  We try to do it once a

 2   year.  But if there's not a lot of changes, we'll just

 3   insert a page.

 4        Q    Do you recall whether there -- excuse me.

 5             Do you recall when the revision was prior to      10:08:44

 6   this one?

 7        A    No, I don't.

 8        Q    Do you recall that there had been more than one

 9   revision since you've been there?

10        A    Yes.                                              10:08:54

11        Q    Do you recall that there were any major

12   revisions while you were there?

13             MS. HESMAN:  Form.

14             THE WITNESS:  Probably the -- the get-down

15   rule.  And I'm trying to remember.  Chow hall            10:09:09

16   procedures.

17   BY MR. WAXMAN:

18        Q    Do you recall whether there have been any

19   changes that have been made since you've been there to

20   the intake process?                                        10:09:30

21        A    No.

22        Q    Or to the manner in which the work program has

23   been implemented?

24        A    No.

25        Q    When did the compensation for the jobs that pay  10:09:40
```

Page 37

Exhibit 1 Page 20

1    $1.50 -- excuse me.

2          When did you move to $1.50 for the categories

3    that you described?

4      A   I want to say probably a year to 18 months

5    after being there.                                    10:10:04

6      Q   So it would have been in the last three budgets

7    at least?

8      A   Yes.

9      Q   Yeah.  Is there an annual meeting that all the

10   wardens go to?                                         10:10:25

11     A   Yes.

12     Q   And do they discuss such things as the

13   voluntary work program?

14     A   No.

15     Q   Do they discuss compensation of detainees?      10:10:36

16     A   No.

17     Q   Has that ever been discussed between you and

18   anyone else at CoreCivic that you can recall?

19     A   No.

20     Q   If you take a look at, again, Exhibit 15, is     10:10:50

21   this translated into a number of different languages?

22     A   Spanish.

23     Q   Any others?

24     A   Just Spanish.

25     Q   And when a detainee arrives at the facility and  10:11:11

Page 38

1          Q    Are there other areas of the facilities where

2    there's been a shortage of detainee workers?

3          MS. HESMAN:   Form.   Foundation.

4          THE WITNESS:   Yes.   It seems like every area of

5    the facility.   I know we lost a lot of the detail          10:28:33

6    workers, the administrative workers, and the outside

7    detail workers, too.

8    BY MR. WAXMAN:

9          Q    And when that happens, who does their work?

10         A    Staff will do their work or even whatever is     10:28:48

11   left on the crew.

12         Q    When you say staff, you mean the detention

13   officers?

14         A    The detention officers, yes.

15         Q    I'm sorry.   And so that would be for outside    10:29:00

16   workers, kitchen workers, to name two groups?

17         A    Yes.

18         Q    Is your staff unionized?

19         A    No.

20         Q    And in terms of, I guess, detention officers,    10:29:28

21   how many are in the facility?

22         A    My complement is 261 detention officers.

23         Q    Are those slots, or are those actual people?

24         A    No.   That's the total number I can have as my

25   complement.                                                 10:29:52

Page 52

1        Q    So that would be --

2        A    We have --

3        Q    I'm sorry.

4        A    We have approximately 359 -- or 259, I mean.

5    I'm sorry.                                          10:30:05

6        Q    So you're budgeted, if you will, for 261.   And

7    you actually have 259?

8        A    Yes.

9        Q    And what's their range of compensation?

10           MS. HESMAN:   Form.                          10:30:17

11           THE WITNESS:   What do you mean, "their range of

12   compensation"?

13   BY MR. WAXMAN:

14       Q    What do they get paid?

15       A    33.84 an hour.                              10:30:22

16       Q    Does that include benefits?

17       A    No.

18       Q    So what would the benefits be?

19       A    No.   That includes everything, yes.   Benefits.

20   Everything.                                          10:30:40

21       Q    So that's an all-in number?

22       A    Yes.

23       Q    Are there people, other than detention

24   officers, who perform some of the administrative work?

25           MS. HESMAN:   Form.                          10:30:57

Page 53

```
 1            THE WITNESS:   Administrative clerks.
 2    BY MR. WAXMAN:
 3        Q    How many of those are in the facility?
 4        A    I have nine, if memory serves me correctly.
 5        Q    And what do they get paid?                    10:31:09
 6        A    Fifteen and some change.
 7        Q    Again, that's an all-in number?
 8        A    Yes, sir.
 9        Q    Does compensation for those folks go up by a
10    cost of living every year?                             10:31:33
11        A    It depends.   We are a wage-an-hour facility.
12        Q    What does that mean?
13        A    The federal government, if they get a raise,
14    then the staff will get a raise.
15        Q    So it's pegged to changes in federal          10:31:47
16    compensation system?
17        A    Yes.
18        Q    If Congress says, for example, it goes up
19    1.9 percent, all of the -- all of the folks working in
20    the facility would also go up 1.9 percent?             10:32:00
21        A    Yes.
22        Q    I know that because my son just told me that.
23            MR. WAXMAN:  I'll tell you.  Why don't we take
24    a ten-minute break, if that's okay.
25            THE WITNESS:  Okay.                             10:32:12
```

Veritext Legal Solutions
866 299-5127

Exhibit 1 Page 24

```
 1        Q   Anything else?

 2        A   I mean, if they're not idle, they're going to

 3   be busy all day long and, hopefully, doing positive

 4   things instead of sitting around and thinking about what

 5   they could do because they're bored.              11:20:38

 6        Q   And I take it from your prior answer, if enough

 7   of them don't work, it takes more of your staff's time

 8   to do the work?

 9        A   Yes.

10        Q   Looking at Page 39, it starts Rights and      11:21:00

11   Responsibilities.  And it goes onto 40.  Number 26 talks

12   about voluntary departure.

13             Just so I know and the record knows, what does

14   that mean?

15        A   It means that I may be here for an asylum case,  11:21:17

16   and then all of a sudden I decide, you know what, I am

17   tired of sitting in this setting.  I want to just

18   volunteer and tell ICE I want to go ahead leave now.  I

19   am not worried about my asylum case anymore.

20        Q   What happens when I tell ice I want to leave      11:21:45

21   now?

22        A   Then they'll initiate the paperwork and go from

23   there.

24        Q   And the paperwork for you to go where?

25             MS. HESMAN:  Foundation.                        11:21:57
```

Page 81

```
 1      let's say we start working maintenance inmates in there.

 2      I don't see that they're in there.  We would add that

 3      category.

 4          Q   Then on Page 26292, this sets forth how one

 5      gets a work assignment.                              12:07:49

 6          A   Yes.

 7          Q   What does STG stand for?

 8          A   Security threat group.

 9          Q   That's a type of classification?

10          MS. HESMAN:  Form.                               12:08:13

11          THE WITNESS:  That is a gang member.

12      BY MR. WAXMAN:

13          Q   Oh.  So if I'm an SDG designated person, that

14      means I'm a member of an identified gang?

15          A   Yes, sir.                                    12:08:26

16          Q   If you would turn to 26293, at the top it talks

17      about what happens when you get approved for a program.

18          So I would get an on-the-job sort of

19      description of the work?

20          A   Correct.                                     12:08:54

21          Q   Then I would sign a voluntary work agreement or

22      contract?

23          A   Yes, sir.

24          Q   Then I'm told what it is that my

25      responsibilities are, who I report to, what I need to do  12:09:03
```

Page 110

```
 1        A   It's in the standards what we pay.

 2        Q   The $1.50 is in the standards?

 3        A   No.  The dollar, the minimum of a dollar.

 4        Q   But that's a minimum; right?

 5        A   Yes.                                   14:09:13

 6        Q   So has anyone ever told you you couldn't pay

 7   more?

 8        A   No.

 9        Q   And you decided how much they would actually

10   get over the minimum?                           14:09:21

11        A   Yes.

12        Q   And you decide what their hours are?

13        A   Well, the department does, yes.

14        Q   Okay.  So you decide what training they will

15   receive?                                        14:09:34

16        A   Yes.

17        Q   And you do performance reviews?

18        A   Yes.

19        Q   And performance can lead to a bonus?

20        A   Yes.                                   14:09:45

21        Q   Poor performance can lead to termination?

22        A   Correct.

23        Q   And in terms of those who might volunteer to

24   work, you decide who actually gets to work?

25        A   When you say --                        14:09:59
```



```
 1        Q    Just because I volunteer doesn't mean I get the

 2   job I want?

 3        A    Correct.

 4        Q    It doesn't necessarily mean I get to work at

 5   all?                                              14:10:10

 6        A    Correct.

 7        Q    And at all times I'm working, I'm supervised?

 8        A    Yes.

 9        Q    It might be direct supervision or even

10   intermittent?                                     14:10:23

11        A    Correct.

12        Q    But everybody is supervised?

13        A    Correct.

14        Q    For the entire time they are working?

15        A    Yes.                                    14:10:30

16        Q    And for anyone who works, the work they do is

17   documented?

18        A    Yes.

19        Q    Okay.

20             MR. WAXMAN:  If you would take a look at    14:10:44

21   Exhibit 31.

22             (Exhibit 31 marked)

23

24

25
```

                                                            Page 153

1                              DECLARATION

2

3

4          I hereby declare I am the deponent in the

5    within matter; that I have read the foregoing deposition

6    and know the contents thereof.  And I declare that the

7    same is true of my knowledge except as to the matters

8    which are therein stated upon my information or belief.

9    And as to those matters, I believe it to be true.

10         I declare under the penalties of perjury of

11   the State of California that the foregoing is true and

12   correct.

13         Executed on the _____27_____ day of

14   __March_____, 2019, at ___Eloy_____,

15   ~~California.~~ ARIZONA.

16

17

18   _____

19                    FRED FIGUEROA

20

21

22

23

24

25

                                            Page 182

Exhibit 1 Page 29

## INSTRUCTIONS FOR READING/CORRECTING YOUR DEPOSITION

To assist you in making corrections to your deposition testimony, please follow the directions below. If additional pages are necessary, please furnish them and attach the pages to the back of the errata sheet.

This is the final version of your deposition transcript.

Please read it carefully. If you find any errors or changes you wish to make, insert the corrections on the errata sheet beside the page and line numbers.

If you are in possession of the original transcript, do NOT make any changes directly on the transcript.

Do NOT change any of the questions.

After completing your review, please sign the last page of the errata sheet, above the designated "Signature" line.

### ERRATA SHEET

| Page | Line | | |
|------|------|--------|---|
| 29 | 23 | Change: | Berkible to Berkebile |
| | | Reason: | Misspelled |
| 41 | 4 | Change: | weblo to Whiteville |
| | | Reason: | Misspelled |
| 42 | 19 | Change: | stiff to stuff |
| | | Reason: | Misspelled |
| 74 | 25 | Change: | carte blanche to blocked |
| | | Reason: | Misspelled |

Exhibit 1 Page 30

| Page | Line | |
|------|------|---|
| | | Change:   I-W-U-B-A to Iwuaba |
| 164 | 20 | Reason:   Misspelled |
| | | Change: |
| | | Reason: |
| | | Change: |
| | | Reason: |
| | | Change: |
| | | Reason: |
| | | Change: |
| | | Reason: |
| | | Change: |
| | | Reason: |
| | | Change: |
| | | Reason: |
| | | Change: |

_____X_____   Subject to the above changes, I certify that the transcript is true and correct.


_____   No changes have been made. I certify that the transcript is true and correct.


_____          27 Mar 2019
**Signature**                      **Date**

Exhibit 1 Page 31

```
 1                         CERTIFICATE

 2           I, the undersigned, a Certified Shorthand

 3      Reporter of the State of California, do hereby

 4      certify:

             That the foregoing proceedings were taken

 5      before me at the time and place herein set forth;

 6      that any witnesses in the foregoing proceedings,

 7      prior to testifying, were administered an oath; that

 8      a record of the proceedings was made by me using

 9      machine shorthand which was thereafter transcribed

10      under my direction; that the foregoing transcript is a

11      true record of the testimony given.

12           Further, that if the foregoing pertains to the

13      original transcript of a deposition in a Federal Case,

14      before completion of the proceedings, review of the

15      transcript [] was [] was not requested.

16           I further certify I am neither financially

17      interested in the action nor a relative or employee of

18      any attorney or any of the parties.

19           IN WITNESS WHEREOF, I have this date subscribed

20      my name.

21      Dated:  February 22, 2019

22

23
             Barbara A. Baker
24

25           BARBARA A. BAKER, RPR, CSR No. 13033

                                            Page 183
```

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

Exhibit 1 Page 33

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted
to access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

Exhibit 1 Page 34