# EXHIBIT 3

1                UNITED STATES DISTRICT COURT

                SOUTHERN DISTRICT OF CALIFORNIA

2        _____

3       SYLVESTER OWINO, on behalf of

        themselves, and all others similarly

4       situated, et al.,

5                          Plaintiff,

6          vs.              Case No. 3:17-cv-01112-JLS-NLS

7       CORECIVIC, INC., a Maryland

        corporation,

8

                           Defendant.

9        _____

10

11

12           THE DEPOSITION OF JASON ELLIS

13                   VOLUME II

14                 MARCH 5, 2019

15

16

17

18

19

20

21

22

23       Reported by:

24       PATRICIA A. NILSEN, RMR, CRR, CRC

25       PAGES 271 - 468

                                        Page 271

1                   The deposition of JASON ELLIS, taken

2          on behalf of the Plaintiffs, pursuant to Notice on

3          MARCH 5, 2019, beginning at approximately 8:07 a.m.

4          in the offices of Alpha Reporting.

5                   This deposition is taken in

6          accordance with the terms and provisions of the

7          Federal Rules of Civil Procedure.  All objections

8          are reserved except as to form.

9                   The signature of the witness is

10         reserved.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page  272

Exhibit 3 Page 75

```
 1                      APPEARANCES
 2

        For the Plaintiffs:
 3
                        EILEEN REGINA RIDLEY
 4                      ALAN R. OUELLETE
                        Attorneys at Law
 5                      FOLEY & LARDNER LLP
                        555 California Street, Suite 1700
 6                      San Francisco, CA 94104
                        (415) 434-4484
 7                      eridley@foley.com
 8                      ROBERT L. TEEL (via video conf.)
                        Attorney at Law
 9                      1425 Broadway
                        Mail Code: 20-6690
10                      Seattle, WA 98122
                        866-833-5529
11                      lawoffice@rlteel.com
12      For the Defendant:
13                      DANIEL P. STRUCK
                        Attorney at Law
14                      STRUCK LOVE BOJANOWSKI & ACEDO, PLC
                        3100 West Ray Road, Suite 300
15                      Chandler, AZ 85226
                        (480) 420-1620
16                      dstruck@strucklove.com
17      Reported By:
18                      PATRICIA A. NILSEN, RMR, CRR, CRC
                        TN Certified Court Reporter
19                      Alpha Reporting Corporation
                        One Vantage Way
20                      Nashville, Tennessee 38228
                        615.244.4812
21
22      Videotaped By: DAVID DRUMEL
23
24
25

                                        Page 273
```

Exhibit 3 Page 76

```
 1                        INDEX
 2
        WITNESS:                              PAGE
 3
 4           JASON ELLIS
 5    Examination
        By Ms. Ridley                          277
 6
 7                      EXHIBITS
 8    NUMBER              DESCRIPTION           PAGE
 9    EXHIBIT 74   Document entitled Stewart     281
10              Detention Center, Sanitation and
11              Hygiene
12    EXHIBIT 75   Document entitled San Diego    286
13              Correctional Facility, Sanitation
14              and Hygiene
15    EXHIBIT 76   Sanitation and hygiene daily   292
16              housekeeping plan for North Georgia
17              Detention Center
18    EXHIBIT 77   Excerpts from a disciplinary   293
19              log
20    EXHIBIT 78   Excerpts from a disciplinary   314
21              log
22    EXHIBIT 79   Document entitled T. Don       317
23              Hutto Residential Center Informal
24              Resolution Counseling 2018
25    EXHIBIT 80   Segregation/restrictive        323
```

                                            Page 274

```
 1                 housing unit management policy
 2    EXHIBIT 81    Index of policies                327
 3    EXHIBIT 82    Chapter 15 Resident Rules        329
 4                  and Discipline for Otay Mesa
 5                  Detention Center
 6    EXHIBIT 83    Segregation/restrictive          338
 7                  housing unit management policy for
 8                  Otay Mesa Detention Center
 9    EXHIBIT 84    Inmate/Resident Grievance        341
10                  Procedures for California City
11                  Correctional Center
12    EXHIBIT 85    OMDC Grievance Log               343
13    EXHIBIT 86    Document titled Authorized       354
14                  In-cell Property List
15    EXHIBIT 87    Inmate resident property         355
16                  policy for the California City
17                  Correctional Center, effective 2012
18    EXHIBIT 88    Document Bates-stamped           364
19                  CCOG00002503 to 2506, facility
20                  commissary checking account
21    EXHIBIT 89    Document Bates-stamped           374
22                  CGOG00002531 to 2535,
23                  inmate/resident commissary
24                  operations Chapter 2 policy for the
25                  Otay Mesa Detention Center
```

Veritext Legal Solutions
866 299-5127

Exhibit 3 Page 78

```
 1    EXHIBIT 90   CoreCivic 2018 commissary        380
 2              manual
 3    EXHIBIT 91   San Diego Correctional            411
 4              Facility inmate account summary
 5    EXHIBIT 92   Copy of a detainee               418
 6              fingerprint card
 7    EXHIBIT 93   Record of compensation or        454
 8              pay received by a detainee at the
 9              California City Correctional
10              Facility
11    EXHIBIT 94   Record of compensation or        457
12              pay received by a detainee at the
13              Otay Mesa Detention Center
14    EXHIBIT 95   Record of compensation or        457
15              pay received by a detainee at the
16              San Diego Correctional Facility
17    EXHIBIT 96   Record of compensation or        458
18              pay received by a detainee at the
19              Houston Processing Center
20    EXHIBIT 97   Wage determination approval      460
21              for Webb County, Texas
22
23
24
25
```

Page 276

```
 1                    VIDEOGRAPHER:  Good morning.  Today

 2        is March 5, 2019.  The time is approximately

 3        8:07 a.m.  The location is One Vantage Way in

 4        Nashville, Tennessee.

 5                    This is case number

 6        3:17-CV-01112-JLS-NLS, filed in the United

 7        States District Court for the Southern

 8        District of California, in the case of

 9        Owino vs. CoreCivic, Inc.  This is day two in

10        the video deposition of Jason Ellis.

11                    Do we need to state appearances again

12        or ...

13                    MS. RIDLEY:  Sure.  Eileen Ridley,

14        Foley & Lardner, on behalf of the plaintiffs.

15                    MR. STRUCK:  Dan Struck, on behalf of

16        the defendant.

17                    MR. OUELLETTE:  Alan Ouellette, for

18        plaintiffs, is also present.

19                    MR. STRUCK:  Sorry, Alan.

20                    MR. OUELLETTE:  It's all right.

21                    THE WITNESS:  Jason Ellis.

22                    JASON ELLIS,

23        having been previously duly sworn, was examined

24        and testified as follows:

25
```

Page 277

```
 1          CoreCivic?

 2          A.      I don't know when that -- the -- the

 3          operational part of that changed.  I believe it was

 4          approximately ten years ago, but I'm not quite sure

 5          of the exact time frame or exact date.

 6          Q.      Okay.  And I take it you don't know right

 7          now what the relationship is of CoreCivic to

 8          California City Correctional Center?

 9          A.      I don't.  I believe we don't currently

10          operate the facility and manage the -- manage the

11          facility with the -- with detainees inside the

12          facility.

13          Q.      Okay.  And what do you base that

14          understanding on?

15          A.      That -- that's just my understanding that,

16          as you mentioned earlier, that there was a change.

17          I don't know -- I can't recall how you put it

18          exactly, but there was a change in how we operated

19          the facility or -- that relationship existed.

20          Q.      Do you -- you keep -- you've mentioned a

21          lease a couple of times.  Do you have any belief as

22          to what entity might have leased it from CoreCivic?

23          A.      I do not.

24                  MR. STRUCK:  We'll -- we'll

25          stipulate, Cal City is being leased by California
```

Page 359

1      Department of Corrections and Rehabilitation.

2                      MS. RIDLEY:   Okay.

3                      MR. STRUCK:   And that's housing.

4      They're operating it, and they house their inmates

5      in that facility.

6                      MS. RIDLEY:   Okay.

7                      MR. STRUCK:   And when I say "they," I

8      mean CDCR is operating it.

9                      MS. RIDLEY:   So the -- the lease was

10     with regard to the real estate?

11                     MR. STRUCK:   Correct.

12                     MS. RIDLEY:   Okay.

13     BY MS. RIDLEY:

14     Q.       If I wanted to know how many ICE detainees

15     were in a CoreCivic facility for a particular year,

16     where would I seek that information?

17     A.       Each facility has a classification

18     department and a business department that could

19     produce that information, between the two --

20     between the two groups or -- or areas of control,

21     departments.

22     Q.       And -- and so you could -- you could

23     ask -- between the two areas for each facility; is

24     that correct?

25     A.       Correct.

Page 360

```
 1        Q.        Okay.

 2                  MS. RIDLEY:  I'm going to have this

 3        marked as 93.

 4                  (EXHIBIT NO. 93, record of

 5        compensation or pay received by a detainee at

 6        the California City Correctional Facility, was

 7        marked for identification and attached

 8        hereto.)

 9        BY MS. RIDLEY:

10        Q.        What I've marked as 93 is a document that

11        is an excerpt from the document produced as

12        CCOG00009314.  Do you recognize this form of

13        document?

14        A.        I do recognize this form of document.

15        Q.        What do you recognize it as?

16        A.        It appears that this is a record of

17        compensation or pay received by a detainee at the

18        California City Correctional Facility.

19        Q.        Okay.  Have you heard the phrase "OMS

20        report"?

21        A.        I have.

22        Q.        What is "OMS"?

23        A.        Offender management services.

24        Q.        Okay.

25        A.        Or offender management system.
```

Page 454

```
 1                COURT REPORTER'S CERTIFICATE

 2

 3   STATE OF TENNESSEE:

 4                    I, PATRICIA A. NILSEN, Licensed
          Reporter for the State of Tennessee, CERTIFY:

 5                    1. The foregoing deposition was
          taken before me at the time and place stated in the

 6        foregoing styled cause with the appearances as
          noted;

 7                    2. Being a Court Reporter, I then
          reported the deposition in Stenotype to the best of

 8        my skill and ability, and the foregoing pages
          contain a full, true and correct transcript of my

 9        said Stenotype notes then and there taken;

                      3. I am not in the employ of and am
10        not related to any of the parties or their counsel,
          and I have no interest in the matter involved.

11

                      WITNESS MY SIGNATURE, this,
12        the 18th day of March, 2019.

13

14

15

16

17

18                    <%8338,Signature%>

19                    PATRICIA A. NILSEN, RMR, CRR, CRC

20                    TN Licensed Court Reporter

21                    LCR Number: 717

22                    Expiration: 6/30/2020

23

24

25

                                          Page 469
```

1        I declare under penalty of perjury

2   under the laws that the foregoing is

3   true and correct.

4

5          Executed on ___April 5___, 20_19_,

6   at _Nashville_, _____TN_____.

7

8

9

10

11   _____Jason T. Ellis_____

12      WITNESS SIGNATURE

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 468

Exhibit 3 Page 85

## INSTRUCTIONS FOR READING/CORRECTING YOUR DEPOSITION

To assist you in making corrections to your deposition testimony, please follow the directions below. If additional pages are necessary, please furnish them and attach the pages to the back of the errata sheet.

This is the final version of your deposition transcript.

Please read it carefully. If you find any errors or changes you wish to make, insert the corrections on the errata sheet beside the page and line numbers.

If you are in possession of the original transcript, do NOT make any changes directly on the transcript.

Do NOT change any of the questions.

After completing your review, please sign the last page of the errata sheet, above the designated "Signature" line.

### ERRATA SHEET

| Page | Line | |
|------|------|---|
| 19 | 19 | Change: off of the other contracts |
| | | Reason: grammatical enhancement |
| 35 | 13 | Change: yes, it was |
| | | Reason: grammatical enhancement |
| 42 | 10 | Change: Ms. Norman provided detainee wage information (email) for the jobs at the Stewart Detention Center. |
| | | Reason: I didn't recall this during my testimony. |
| 44 | 18 | Change: I reviewed the recent depositions of Fred Figueroa and Troy Pollock |
| | | Reason: I didn't recall this during my testimony. |

Exhibit 3 Page 86

| Page | Line | |
|---|---|---|
| | | **Change:** (nomenclature) |
| 51 | 16 | **Reason:** grammatical enhancement |
| | | **Change:** change "had" to "have" |
| 97 | 24 | **Reason:** grammatical enhancement |
| | | **Change:** between CoreCivic and the detainee. Remove "them and us". |
| 117 | 10 | **Reason:** the change provides a better explanation. |
| | | **Change:** replace "if" with "unless" |
| 122 | 19 | **Reason:** incorrect wording |
| | | **Change:** replace "Uh-huh" with "correct" |
| 128 | 18 | **Reason:** response is more discernable |
| | | **Change:** replace "length" with "Frequency" |
| 130 | 15 | **Reason:** appropriate response |
| | | **Change:** remove "That's right" and replace with "the facility/applicable staff member complies with the payment obligation". |
| 136 | 25 | **Reason:** appropriate response |
| | | **Change:** |

✓ (OB) Subject to the above changes, I certify that the transcript is true and correct.

_____ No changes have been made. I certify that the transcript is true and correct.

**Signature** _Jan Eus_

**Date** 4.4.19

Exhibit 3 Page 87

| Page | Line | |
|------|------|---|
| 146 | 23 | Change: replace "sentence" with "asylum or case review" |
| | | Reason: Correction |
| 148 | 2 | Change: Teresa Smith |
| | | Reason: confirmed her last name |
| 151 | 15 | Change: replace "it's" with "he is" |
| | | Reason: Correction |
| 185 | 13 | Change: replace "Uh-huh" with "Yes" |
| | | Reason: more accurate response |
| 329 | 5 | Change: replace "Uh-huh" with "Yes" |
| | | Reason: more accurate response |
| 381 | 4 | Change: replace "Uh-huh" with "Yes" |
| | | Reason: more accurate response |
| ___ | ___ | Change: _____ |
| | | Reason: _____ |
| | | Change: _____ |

✓ Subject to the above changes, I certify that the transcript is true and correct.


_____ No changes have been made. I certify that the transcript is true and correct.


Signature _Jan Ewi_____    Date _4.4.19_

Exhibit 3 Page 88

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

Exhibit 3 Page 89

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

Exhibit 3 Page 90