# EXHIBIT 4

# REDACTED VERSION OF DOCUMENT LODGED PROVISIONALLY UNDER SEAL