# EXHIBIT 8

# REDACTED VERSION OF DOCUMENT LODGED PROVISIONALLY UNDER SEAL