# EXHIBIT 11

## Detainee/Inmate Voluntary Work Program Agreement
## San Diego Correctional Facility

Detainees/Inmates that participate in the volunteer work program will not be permitted to work in excess of seven (7) hours daily or forty (40) hours weekly.

Detainees/Inmates that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work related training.  Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees/Inmates must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment.  Compensation will be $1.00 per day.

I, _____, A# or Reg. # _____ have read, and
         Detainee/Inmate Name
understand. I will comply with the above.  I have received and understand relevant safety training regarding my work assignment.

_____
        Work Assignment

_____          _____
  Detainee/Inmate Signature                              Date

_____          _____
     Staff Signature                                         Date

---

## Detendio/Prisionero acuerdo de Programa de Trabajo Voluntario
## Facilidad de Correccion en San Diego

Detenido/Prisionero que participa en el programa de trabajo voluntario no se le permitira trabajar en el exceso de (7) horas diarias o (40) horas a la semana.

Detenido/Prisioneros que participen en el programa de trabajo voluntario requieren que trabajen segun el horario indicado y que participen en todas las clases de entrenamiento relacionado al trabajo.  Faltas sin excusas del trabajo o mala conducta de trabajo puede resultar en removerlo del programa voluntario de trabajo.  Detenidos/Prisioneros tienen que adherirse a todas las regulaciones de seguridad y todas las normas de medico y limpieza asociado con el trabajo asignado. Compensacion sera $1.00 por dia.

Yo, _____, A# or Reg.# _____ yo he leido, entiendo y estoy de acuerdo a cumplir con todo.  Recivi y entiendo el entrenamiento de seguridad relevante a my trabajo indicado.

_____
       Trabajo indicado

_____          _____
   Firma de Detenido/Prisionero                          Fecha

_____          _____
     Staff Signature                                         Date