# EXHIBIT 12

# REDACTED VERSION OF DOCUMENT LODGED PROVISIONALLY UNDER SEAL