# EXHIBIT 19

# SAN DIEGO CORRECTIONAL FACILITY
# INMATE/DETAINEE SAFETY RULES

Each new commitment will be required to read and sign the below safety regulations. In the event the inmate/detainee cannot read, the regulations will be read and explained to him/her, and this will be indicated in the signature area. If, for any reason, an inmate/detainee refuses to sign, it will be noted on the bottom portion of this form.

# DISCIPLINARY ACTION MAY RESULT FROM FAILURE TO FOLLOW THESE SAFETY REGULATIONS:

1. Every effort will be made to provide a safe environment for inmates/detainees incarcerated in the facility. Matters relating to occupational safety and health policy and practice will adhere to state and local codes. Compliance with established safety practices will be the responsibility of each CCA employee, inmate and detainee.
2. It is the responsibility of each inmate/detainee worker to use the safety equipment issued to protect them against physical injury and/or health hazards. Make certain you follow instructions for properly wearing required personal protective equipment, such as goggles, aprons, and arm guards before you begin an operation.
3. Hearing protection must be worn on all workstations designated as high noise level areas.
4. You must wear work or safety shoes, when instructed to do so.
5. Report all safety hazards immediately to your work supervisor. Do not continue to work in any area or on any machinery or equipment that is deemed unsafe or improperly guarded by the work supervisor. If your work supervisor does not agree that an unsafe work condition exists, you should report the information to the Safety Officer, either verbally or in writing.
6. Inmates/detainees will perform only work that is assigned to them. Operation of equipment, or performing any operation that has not been specifically assigned, is strictly forbidden.
7. Operating equipment without using the safety guard(s) provided or removal of the safety guard(s) is forbidden.
8. The fabrication or repair of personal items using CCA equipment is against safety regulations and is prohibited.
9. Do not try to adjust, oil, repair, or perform any maintenance on any machine while it is in motion. Stop the machine first. Use the lockout devices where possible.
10. Inmate/detainees who are injured while performing their assigned duties will immediately report such injury to their work supervisor (staff member). Report a work injury to your supervisor or any other staff member, immediately.
11. It is the responsibility of each inmate/detainee worker to exercise care, cooperation, and common sense in conducting his/her assigned work. Horseplay on the job or in this facility will not be tolerated.
12. Cell and dayroom fixtures and furniture (chairs, tables, etc.) will not be used as ladders or stepstools for any reason.

"I HAVE READ AND UNDERSTAND THE ABOVE SAFETY RULES"

_____    _____    _____
Inmate/detainee Signature            Number                      Date

_____    _____    _____
Staff Witness Signature              Title                       Date

Form 19-100B

Exhibit 19 Page 204

CCOG00030905