# EXHIBIT 20

# CORRECTIONS CORPORATION OF AMERICA
# SAN DIEGO CORRECTIONAL FACILITY

# HAZARDOUS CHEMICAL
# TRAINING ACKNOWLEDGEMENT

..............................................................................................

1. YOU HAVE THE RIGHT TO INFORMATION CONCERNING HAZARDOUS CHEMICALS THAT YOU MAY BE EXPOSED TO IN YOUR WORKPLACE.

2. MATERIAL SAFETY DATA SHEETS **(MSDS),** ARE AVAILABLE TO ALL EMPLOYEES, INMATES/DETAINEES, THEIR DESIGNATED REPRESENTATIVE, AND TREATING HEALTH CARE WORKERS UPON REQUEST, AND AT THE LOCATION WHERE THE MATERIAL IS STORED.

3. ALL CONTAINERS OF HAZARDOUS CHEMICALS MUST BE LABELED WITH CHEMICAL NAME(S), APPROPRIATE WARNINGS, AND MANUFACTURERS NAME AND ADDRESS.

4. YOU MAY NOT BE DISCHARGED FROM YOUR JOB OR DISCIPLINED FOR SEEKING INFORMATION ABOUT ANY HAZARDOUS CHEMICAL.

5. IF PERSONAL PROTECTIVE EQUIPMENT OR SPECIAL INSTRUCTIONS ARE NEEDED BEFORE USING A CHEMICAL THIS INFORMATION WILL BE PROVIDED BY YOUR SUPERVISOR.

6. USE ALL CHEMICALS ACCORDING TO THE MANUFACTURER'S RECOMMENDATIONS. IF YOU HAVE, ANY QUESTIONS ASK YOUR SUPERVISOR.

**I HAVE RECEIVED THE HAZARDOUS COMMUNICATIONS TRAINING AS DESCRIBED IN THE WRITTEN HAZARD COMMUNICATIONS PROGRAM AND THE INSTRUCTOR ANSWERED ANY QUESTIONS THAT I MAY HAVE HAD.**

_____     _____
SIGNATURE OF INMATE/DETAINEE            SIGNATURE OF INSTRUCTOR

_____     _____
INMATE/DETAINEE     A or Reg #              DATE

19-100C

Exhibit 20 Page 205

CCOG00030911