# EXHIBIT 34

# REDACTED VERSION OF DOCUMENT LODGED PROVISIONALLY UNDER SEAL