# EXHIBIT 38

# REDACTED VERSION OF DOCUMENT LODGED PROVISIONALLY UNDER SEAL