J. MARK WAXMAN (SBN 58579)
  mwaxman@foley.com
NICHOLAS J. FOX (SBN 279577)
  nfox@foley.com
**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130
T: 858.847.6700 // F: 858.792.6773

EILEEN R. RIDLEY (SBN 151735)
  eridley@foley.com
ALAN R. OUELLETTE (SBN 272745)
  aouellette@foley.com
**FOLEY & LARDNER LLP**
555 California Street, Suite 1700
San Francisco, CA 94104-1520
T: 415.434.4484 // F: 415.434.4507

ROBERT L. TEEL (SBN 127081)
  lawoffice@rlteel.com
**LAW OFFICE OF ROBERT L. TEEL**
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
T: 866.833.5529 // F:855.609.6911

GEOFFREY M. RAUX (pro hac vice)
  graux@foley.com
**FOLEY & LARDNER LLP**
111 Huntington Ave.
Boston, MA 02199-7610
T: 617.342.4000 // F: 617.342.4001

Attorneys for Plaintiffs SYLVESTER OWINO,
JONATHAN GOMEZ, and the Proposed Class(es)

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>vs.<br>CORECIVIC, INC.,<br>　　　　　　　　Defendant.<br><br>CORECIVIC, INC.,<br>　　　　　　　　Counter-Claimant,<br>vs.<br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br>　　　　　　　　Counter-Defendants. | Case No. 3:17-CV-01112-JLS-NLS<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MARK WAXMAN IN SUPPORT OF THE JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE NO. 3**<br><br>Judge: Hon. Janis L. Sammartino<br>Magistrate: Hon. Nita L. Stormes |

Case No. 17-CV-01112-JLS-NLS

I, J. Mark Waxman, declare as follows:

1. I am an attorney with the law firm of Foley & Lardner LLP, counsel of record for Plaintiffs Sylvester Owino and Jonathan Gomez ("Plaintiffs") in the above-captioned action. I am familiar with the action, including the facts and claims at issue and the pleadings on file. The facts stated herein are of my own personal knowledge, and if called upon to do so, I could and would competently testify thereto under oath.

2. On January 4, 2019, Plaintiffs' counsel noticed a deposition of Defendant CoreCivic, Inc. ("Defendant") pursuant to Fed. R. Civ. P. 30(b)(6). An amended notice was served on February 25, 2019.

3. On March 4-5, 2019, Plaintiffs' counsel took 11 hours of deposition of Jason Ellis, Defendant's 30(b)(6) designee, covering 15 topics.

4. Defendant has produced three sets of documents to Plaintiffs since the close of class discovery. These productions were on March 18, April 5, and April 17, 2019.

5. On April 23, 2019, Plaintiffs' counsel noticed a second deposition of Defendant pursuant to Fed. R. Civ. P. 30(b)(6). This deposition notice is on the topic of the budgeting and financial considerations and the profitability of Defendant's contracts with I.C.E.

6. On May 3, 2019, Defendant's counsel responded to Plaintiffs' deposition April 23 deposition notice. This letter stated that Plaintiffs would need to seek leave of court for additional deposition time due to the fact that 11 hours of 30(b)(6) deposition time had already been taken. The letter also stated that the requested deposition topics was not relevant, duplicative of prior deposition testimony, and covered topics that involve protected trade secret information.

7. Defendant's counsel's May 3 letter identifies four instances in the prior 30(b)(6) deposition. The testimony referenced is attached hereto as **Exhibit 1**. Even a cursory reading of the deposition transcripts cited by Defendant indicates that the topics sought were not covered.

8. On May 14, 2019, Plaintiffs' counsel replied to Defendant's counsel's letter regarding the noticed deposition. This letter clarified the topic of the noticed deposition, indicated the relevance of the noticed topic, and voiced Plaintiffs' willingness to modify the notice as needed, based on negotiation with Defendant.

9. The parties met and conferred telephonically on May 16, 2019 regarding the noticed deposition, but were unable to resolve their disagreements informally.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of June, 2019, in San Francisco, California.

_____
J. Mark Waxman