1  STRUCK LOVE BOJANOWSKI & ACEDO, PLC
   Daniel P. Struck, AZ Bar #012377
2  *(admitted pro hac vice)*
   Rachel Love, AZ Bar #019881
3  *(admitted pro hac vice)*
   Nicholas D. Acedo, AZ Bar #021644
4  *(admitted pro hac vice)*
   Ashlee B. Hesman, AZ Bar #028874
5  *(admitted pro hac vice)*
   Jacob B. Lee, AZ Bar #030371
6  *(admitted pro hac vice)*
   3100 West Ray Road, Suite 300
7  Chandler, Arizona 85226
   Tel.: (480) 420-1600
8  Fax: (480) 420-1695
   dstruck@strucklove.com
9  rlove@strucklove.com
   nacedo@strucklove.com
10 ahesman@strucklove.com
   jlee@strucklove.com
11
   LAW OFFICE OF ETHAN H. NELSON
12 Ethan H. Nelson, CA Bar #262448
   4 Park Plaza, Suite 1025
13 Irvine, California 92614
   Tel.: (949) 229-0961
14 Fax: (949) 861-7122
   ethannelsonesq@gmail.com
15
   Attorneys for Defendant/Counter-Claimant
16 CoreCivic, Inc.

17                    **UNITED STATES DISTRICT COURT**

18                    **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 19  Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated, | NO. 3:17-cv-01112-JLS-NLS |
| 20 | **DECLARATION OF ASHLEE B. HESMAN** |
| 21                Plaintiffs, | |
| 22  v. | Judge: Hon. Janis L. Sammartino<br>Magistrate: Hon. Nita L. Stormes |
| 23  CoreCivic, Inc., a Maryland corporation, | |
| 24 | |
| 25                Defendant. | |

26

27

28

| | |
|---|---|
| 1 | CoreCivic, Inc., a Maryland corporation, |
| 2 | Counter-Claimant, |
| 3 | |
| 4 | v. |
| 5 | Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated, |
| 6 | |
| 7 | Counter-Defendants. |

I, ASHLEE B. HESMAN, make the following Declaration:

1. I am over the age of 18 years and competent to testify to the matters set forth in this Declaration.

2. On March 4 and 5, 2019, pursuant to Fed.R.Civ.P. 30(b)(6), Plaintiffs deposed Jason Ellis (the individual CoreCivic designated in response to Plaintiffs' Second Amended 30(b)(6) Notice) in Nashville, Tennessee. *See* Attachment 1 (Plaintiffs' First 30(b)(6) Notice).

3. On April 23, 2019, Plaintiffs noticed a second deposition of CoreCivic. *See* Exhibit A to Joint Motion.

4. On May 3, 2019, Defendant sent correspondence to Plaintiffs noting its objections to the second deposition and requesting a meet-and-confer.

5. On May 15, 2019, Plaintiffs responded to Defendant's May 3, 2019 correspondence.

6. In their correspondence, Plaintiffs conceded they were required to seek leave of court before noticing a second deposition of CoreCivic.

7. The parties participated in a meet-and-confer on May 16, 2019.

8. After the meet-and-confer, Plaintiffs' counsel advised he would send a draft of their portion of a joint motion the following week.

9. Defense counsel heard nothing from Plaintiffs' counsel on this issue until they sent their portion of a joint motion on June 11, 2019.

Declaration of Ashlee Hesman     2     17cv01112-JLS-NLS

10. Plaintiffs' counsel asked Mr. Ellis questions regarding CoreCivic's negotiation and budgeting process during the first deposition of CoreCivic. *See* Declaration of M. Waxman at ¶7.

11. On May 29, 2019, Plaintiffs propounded written discovery requesting the same information requested in their second Notice. *See* Attachment 2 (Plaintiffs' Third Set of Requests for Production).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 17th day of June, 2019 at Chandler, Arizona.

*Ashlee Hesman*
Ashlee B. Hesman

3590534.1