| | |
|---|---|
| J. MARK WAXMAN  (SBN 58579)<br>  mwaxman@foley.com<br>NICHOLAS J. FOX (SBN 279577)<br>  nfox@foley.com<br>**FOLEY & LARDNER LLP**<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130<br>T:  858.847.6700 // F:  858.792.6773 | ROBERT L. TEEL  (SBN 127081)<br>  lawoffice@rlteel.com<br>**LAW OFFICE OF ROBERT L. TEEL**<br>1425 Broadway, Mail Code: 20-6690<br>Seattle, Washington 98122<br>T: 866. 833.5529 // F:855.609.6911 |
| EILEEN R. RIDLEY (SBN 151735)<br>  eridley@foley.com<br>ALAN R. OUELLETTE (SBN 272745)<br>  aouellette@foley.com<br>**FOLEY & LARDNER LLP**<br>555 California Street, Suite 1700<br>San Francisco, CA 94104-1520<br>T:  415.434.4484 // F: 415.434.4507 | GEOFFREY M. RAUX (pro hac vice)<br>  graux@foley.com<br>**FOLEY & LARDNER LLP**<br>111 Huntington Ave.<br>Boston, MA 02199-7610<br>T: 617.342.4000 // F: 617.342.4001 |

Attorneys for Plaintiffs SYLVESTER OWINO, JONATHAN GOMEZ, and the Proposed Class(es)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>                         Plaintiffs,<br><br>vs.<br><br>CORECIVIC, INC.,<br><br>                         Defendant.<br>_____<br>CORECIVIC, INC.,<br><br>                         Counter-Claimant,<br><br>vs.<br><br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>                         Counter-Defendants. | Case No. 3:17-CV-01112-JLS-NLS<br><br>**CLASS ACTION**<br><br>**NOTICE REGARDING PUBLICLY FILED EXHIBITS TO DECLARATION OF EILEEN R. RIDLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [PER COURT ORDER DKT. NO. 107]**<br><br>Date:  August 22, 2019<br>Time:  2:00 p.m.<br>Place:  Courtroom 4D<br><br>Judge:  Hon. Janis L. Sammartino<br>Magistrate:  Hon. Nita L. Stormes |

Case No. 17-CV-01112-JLS-NLS

1  Per Court Order (D.I. 107), the following exhibits to the Declaration of Eileen R. Ridley In Support of Plaintiffs' Motion For Partial Summary Judgement are being publicly filed by Plaintiffs:

1. Attached hereto as **Exhibit 5** is a true and correct copy of the OMDC Inmate Detainee Employment System Policy (2015), Policy No. 19-100.  The document was produced during this litigation by CoreCivic at CCOG00076707 – 12.

2. Attached hereto as **Exhibit 6** is a true and correct copy of OMDC's Inmate Detainee Employment System Policy (2017), Policy No. 19-100.  The document was produced during this litigation by CoreCivic at CCOG00002817 – 22.

3. Attached hereto as **Exhibit 7** is a true and correct copy of San Diego Correctional Facility's ("SDCF") Inmate/Detainee Employment System (Policy No. 19-100) (2011).  The document was produced during this litigation by CoreCivic at CCOG00030898 – 900.

4. Attached hereto as **Exhibit 8** is a true and correct copy of the California City Correctional Facility's ("CCCF") Inmate/Resident Work Assignment Participation Policy (Policy No. 19-100) (2010).  The document was produced during this litigation by CoreCivic at CCOG00022965 – 69.

5. Attached hereto as **Exhibit 9** is a true and correct copy of SDCF's Work/Program Guidelines (2008).  The document was produced during this litigation by CoreCivic at CCOG00030893 – 897.

6. Attached hereto as **Exhibit 10** is a true and correct copy of SDCF's Removal From Work Detail Form.  The document was produced during this litigation by CoreCivic at CCOG00030913.

7. Attached hereto as **Exhibit 21** is a true and correct copy of SDCF's Inmate/Detainee Pre-Assignment Training Record.  The document was produced during this litigation by CoreCivic at CCOG00030655.

///
///

8. Attached hereto as **Exhibit 22** is a true and correct copy of CCCF's Control of Hazardous Chemicals Policy (2006). The document was produced during this litigation by CoreCivic at CCOG00035159 – 68.

9. Attached hereto as **Exhibit 23** is a true and correct copy of CoreCivic's Work Program Guidelines (Policy No. 18-100CC) (2013) and Approved Work Program Assignments for OMDC (2017). The document was produced during this litigation by CoreCivic at CCOG00026287 – 94.

10. Attached hereto as **Exhibit 24** is a true and correct copy of CoreCivic's Work Program Guidelines (Policy No. 18-100CC) (2016) and Approved Work Program Assignments for OMDC (2016). The document was produced during this litigation by CoreCivic at CCOG00027955 – 61.

11. Attached hereto as **Exhibit 26** is a true and correct copy of OMDC's Buffer Job Description. The document was produced during this litigation by CoreCivic at CCOG00025899.

12. Attached hereto as **Exhibit 27** is a true and correct copy of OMDC's Dining Hall Porter Job Description. The document was produced during this litigation by CoreCivic at CCOG00025902.

13. Attached hereto as **Exhibit 28** is a true and correct copy of OMDC's Laundry Job Description. The document was produced during this litigation by CoreCivic at CCOG00025900.

14. Attached hereto as **Exhibit 29** is a true and correct copy of OMDC's Pod Porter Job Description. The document was produced during this litigation by CoreCivic at CCOG00025903.

15. Attached hereto as **Exhibit 30** is a true and correct copy of OMDC's Recreation Windows and Doors Job Description. The document was produced during this litigation by CoreCivic at CCOG00025901.

///

///

16. Attached hereto as **Exhibit 31** is a true and correct copy of OMDC's Shower Porter Job Description. The document was produced during this litigation by CoreCivic at CCOG00025904.

17. Attached hereto as **Exhibit 32** is a true and correct copy of OMDC's Food Service Operations Policy (2017). The document was produced during this litigation by CoreCivic at CCOG00002672 – 99.

18. Attached hereto as **Exhibit 33** is a true and correct copy of OMDC's "Kitchen Workers" Memorandum Dated July 11, 2016. The document was produced during this litigation by CoreCivic at CCOG00025711.

19. Attached hereto as **Exhibit 34** is a true and correct copy of OMDC's "Town Hall – Kitchen Workers" Memorandum Dated October 3, 2016. The document was produced during this litigation by CoreCivic at CCOG00027854 – 55.

20. Attached hereto as **Exhibit 35** is a true and correct copy of OMDC's "Kitchen Worker Rules, Numbers, Work Times and Incentives" Memorandum Dated October 19, 2016. The document was produced during this litigation by CoreCivic at CCOG00026600 – 01.

21. Attached hereto as **Exhibit 36** is a true and correct copy of SDCF's Food Service Operations Policy (2010). The document was produced during this litigation by CoreCivic at CCOG00030620 – 53.

22. Attached hereto as **Exhibit 37** is a true and correct copy of CCCF's Food Service Operations Policy (2011). The document was produced during this litigation by CoreCivic at CCOG00035169 – 91.

23. Attached hereto as **Exhibit 41** is a true and correct copy of excerpts from Plaintiff Sylvester Owino's detainee files. The document was produced during this litigation by CoreCivic at CCOG00025333 – 532.

///
///
///

1  24. Attached hereto as **Exhibit 42** is a true and correct copy of excerpts from Plaintiff Jonathan Gomez's detainee files. The document was produced during this litigation by CoreCivic at CCOG00025257 – 332.

DATED: June 27, 2019

**FOLEY & LARDNER LLP**
J. Mark Waxman
Eileen R. Ridley
Geoffrey M. Raux
Nicholas J. Fox
Alan R. Ouellette


*/s/ Nicholas J. Fox*
Nicholas J. Fox
Attorneys for Plaintiffs SYLVESTER OWINO, JONATHAN GOMEZ, and the Proposed Class(es)

**LAW OFFICE OF ROBERT L. TEEL**
Robert L. Teel
 lawoffice@rlteel.com
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Telephone: (866) 833-5529
Facsimile: (855) 609-6911

Attorneys for Plaintiffs SYLVESTER OWINO, JONATHAN GOMEZ, and the Proposed Class(es)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 27, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

*/s/ Nicholas J. Fox*
Nicholas J. Fox