## Index of Exhibits to Ridley Declaration

| Exhibit No. | Description | Page(s) |
|---|---|---|
| 1 | A true and correct copy of excerpts from the Deposition of Fred Figueroa | 1-34 |
| 2 | A true and correct copy of excerpts from the Deposition (Vol. 1) of Mr. Jason Ellis | 35-73 |
| 3 | A true and correct copy of excerpts from the Deposition (Vol. 2) of Mr. Jason Ellis | 74-90 |
| 4 | A true and correct copy excerpts from the Deposition of Susan Huffman (**Filed Under Seal**) | 91-106 |
| 5 | A true and correct copy of the OMDC Inmate Detainee Employment System Policy (2015), Policy No. 19-100 (**Public Version per Court Order Dkt. No. 107**) | 107-112 |
| 6 | A true and correct copy of OMDC's Inmate Detainee Employment System Policy (2017), Policy No. 19-100 (**Public Version per Court Order Dkt. No. 107**) | 113-118 |
| 7 | A true and correct copy of San Diego Correctional Facility's ("SDCF") Inmate/Detainee Employment System (Policy No. 19-100) (2011) (**Public Version per Court Order Dkt. No. 107**) | 119-121 |
| 8 | A true and correct copy of the California City Correctional Facility's ("CCCF") Inmate/Resident Work Assignment Participation Policy (Policy No. 19-100) (2010) (**Public Version per Court Order Dkt. No. 107**) | 122-126 |
| 9 | A true and correct copy of SDCF's Work/Program Guidelines (2008) (**Public Version per Court Order Dkt. No. 107**) | 127-131 |
| 10 | A true and correct copy of SDCF's Removal From Work Detail Form (**Public Version per Court Order Dkt. No. 107**) | 132 |
| 11 | A true and correct copy of SDCF's Inmate/Detainee Voluntary Work Program Agreement | 133 |
| 12 | A true and correct copy of a pay report for detainee workers generated from CoreCivic's "Offender Management System" (**Filed Under Seal**) | 134-143 |
| 13 | A true and correct copy of a pay report for detainee workers generated from CoreCivic's "Offender Management System" (**Filed Under Seal**) | 144-153 |
| 14 | A true and correct copy of a pay report for detainee workers generated from CoreCivic's "Offender Management System" (**Filed Under Seal**) | 154-163 |
| 15 | A true and correct copy of a pay report for detainee workers generated from CoreCivic's "Offender Management System" (**Filed Under Seal**) | 164-173 |

| 16 | A true and correct copy of a pay report for detainee workers generated from CoreCivic's "Offender Management System" (**Filed Under Seal**) | 174-183 |
|---|---|---|
| 17 | A true and correct copy of a pay report for detainee workers generated from CoreCivic's "Offender Management System" (**Filed Under Seal**) | 184-193 |
| 18 | A true and correct copy of a pay report for detainee workers generated from CoreCivic's "Offender Management System" (**Filed Under Seal**) | 194-203 |
| 19 | A true and correct copy of SDCF'S Inmate/Detainee Safety Rules | 204 |
| 20 | A true and correct copy of SDCF's Hazardous Chemical Training | 205 |
| 21 | A true and correct copy of SDCF's Inmate/Detainee Pre-Assignment Training Record (**Public Version per Court Order Dkt. No. 107**) | 206 |
| 22 | A true and correct copy of CCCF's Control of Hazardous Chemicals Policy (2006) (**Public Version per Court Order Dkt. No. 107**) | 207-216 |
| 23 | A true and correct copy of CoreCivic's Work Program Guidelines (Policy No. 18-100CC) (2013) and Approved Work Program Assignments for OMDC (2017) (**Public Version per Court Order Dkt. No. 107**) | 217-224 |
| 24 | A true and correct copy of CoreCivic's Work Program Guidelines (Policy No. 18-100CC) (2016) and Approved Work Program Assignments for OMDC (2016) (**Public Version per Court Order Dkt. No. 107**) | 225-231 |
| 25 | Intentionally Omitted | |
| 26 | A true and correct copy of OMDC's Buffer Job Description (**Public Version per Court Order Dkt. No. 107**) | 232 |
| 27 | A true and correct copy of OMDC's Dining Hall Porter Job Description (**Public Version per Court Order Dkt. No. 107**) | 233 |
| 28 | A true and correct copy of OMDC's Laundry Job Description (**Public Version per Court Order Dkt. No. 107**) | 234 |
| 29 | A true and correct copy of OMDC's Pod Porter Job Description (**Public Version per Court Order Dkt. No. 107**) | 235 |
| 30 | A true and correct copy of OMDC's Recreation Windows and Doors Job Description (**Public Version per Court Order Dkt. No. 107**) | 236 |
| 31 | A true and correct copy of OMDC's Shower Porter Job Description (**Public Version per Court Order Dkt. No. 107**) | 237 |
| 32 | A true and correct copy of OMDC's Food Service Operations Policy (2017) (**Public Version per Court Order Dkt. No. 107**) | 238-265 |

| 33 | A true and correct copy of OMDC's "Kitchen Workers" Memorandum Dated July 11, 2016 (**Public Version per Court Order Dkt. No. 107**) | 266 |
|---|---|---|
| 34 | A true and correct copy of OMDC's "Town Hall – Kitchen Workers" Memorandum Dated October 3, 2016 (**Public Version per Court Order Dkt. No. 107**) | 267-268 |
| 35 | A true and correct copy of OMDC's "Kitchen Worker Rules, Numbers, Work Times and Incentives" Memorandum Dated October 19, 2016 (**Public Version per Court Order Dkt. No. 107**) | 269-270 |
| 36 | A true and correct copy of SDCF's Food Service Operations Policy (2010) (**Public Version per Court Order Dkt. No. 107**) | 271-304 |
| 37 | A true and correct copy of CCCF's Food Service Operations Policy (2011) (**Public Version per Court Order Dkt. No. 107**) | 305-327 |
| 38 | A true and correct copy of the Contract Between the SDCF and the Office of the Federal Detention Trustee, dated July 2005 (**Filed Under Seal**) | 328-409 |
| 39 | A true and correct copy of CCCF's Contract with the United States Department of Justice, dated September 2010 (**Filed Under Seal**) | 410-430 |
| 40 | A true and correct copy of CoreCivic's Response to Plaintiffs' Amended Request for Admission | 431-437 |
| 41 | A true and correct copy of excerpts from Plaintiff Sylvester Owino's detainee files (**Public Version per Court Order Dkt. No. 107**) | 438-462 |
| 42 | A true and correct copy of excerpts from Plaintiff Jonathan Gomez's detainee files (**Public Version per Court Order Dkt. No. 107**) | 463-473 |