# EXHIBIT 7

Case 3:17-cv-01112-JLS-NLS   Document 110-4   Filed 06/27/19   PageID.3747   Page 2 of 4

| SAN DIEGO CORRECTIONAL FACILITY | PAGE 1 OF 3 | POLICY 19-100 |
|---|---|---|

| | |
|---|---|
| **CHAPTER 19:** | **RESIDENT WORK PROGRAM** |
| **SUBJECT:** | **INMATE/DETAINEE EMPLOYMENT SYSTEM** |
| **SUPERSEDES:** | **JUNE 21, 2006** |
| **EFFECTIVE DATE:** | **AUGUST 30, 2011** |
| **APPROVED:** | <u>**SIGNATURE ON FILE**</u><br>**FRED LAWRENCE**<br>**WARDEN** |

**19-100.1  POLICY:**

It is the policy to provide an inmate/detainee work assignment plan that provides for inmate/detainee labor, subject to the number of work opportunities available, and the maintenance of the facility security. There are a variety of work assignments that afford inmates/detainees an opportunity to develop good work habits and attitudes that can be applied to jobs after release. Inmates/detainees will be compensated commensurate with the requirements of the contract. Inmate/detainee working conditions will comply with all applicable federal, state, or local work safety laws and regulations.

**19-100.2  AUTHORITY:**

Facility Policy and Management Agreement.

**19-100.3  DEFINITIONS:**

None

**19-100.4  PROCEDURES:**

    A.    EMPLOYMENT PROCESS

        1.    All inmates/detainees will be given the choice of being assigned to a job.

        2.    All inmates/detainees assigned to work must sign an Inmate/Detainee Voluntary Work Program Agreement, Form 19-100A, prior to assuming their work assignment.

        3.    Inmates/detainees may be removed from a work assignment if they pose a security risk, in addition to any pending disciplinary action that may be taken.

        4.    Inmates/detainees requesting to change their programming must notify their Counselor or Unit Manager.

        5.    Work assignments will be made without regard to inmates/detainee's race, religion, national origin, handicap, or political views.

        6.    Disabled inmates/detainees will be equally considered for positions that they are physically capable of filling. All efforts will be made to create a position that disabled inmates/detainees can work.

        7.    Inmates/detainees will wear the appropriate safety gear for the job they are doing i.e. hard plastic toe protectors, gloves, hair net, face/eye protection, and hearing protection. They will sign and adhere to all safety requirements outlined on Form 19-100B, Inmate/Detainee Safety Rules.

        8.    Inmates/detainees will be trained in the usage of hazardous chemicals. This training is documented on Form 19-100C, Hazardous Chemical Training Acknowledgement.

Exhibit 7 Page 119

CCOG00030898

      9.    Inmates/detainees on outside work details will be screened by a Unit Manager and approved by the Chief of Security before hired.

     10.   Inmates/detainees performance will be regularly evaluated and recorded. If applicable, they will receive written recognition of competencies or training that they acquire.

B.   GENERAL EMPLOYMENT PROGRAMS

   1.   The following work programs consist of full-time and part-time employment under the direct supervision of a staff member:

      a.   Food Service (medical clearance required)

      b.   Maintenance: Grounds keeping

      c.   Administration: Janitorial

      d.   Housing Units: Janitorial

      e.   Hallways: Janitorial

      f.   Laundry: Laundry Workers, including Janitorial

      g.   Barbers

   2.   Inmates/Detainees shall not be permitted to work in excess of 8 hours daily, 40 hours weekly. It is the responsibility of staff supervisors in these areas to schedule their inmate/detainee workers accordingly.

   3.   All inmates/detainees assigned to food service or who prepare food will meet state and local health codes pertaining to health and sanitation.

   4.   Food service workers are trained in accident prevention and proper chemical usage.

   5.   Clean outer garments will be worn by the inmates/detainees working in food service or as food servers, They will maintain a high degree of personal cleanliness.

   6.   Inmates/detainees do not have the authority to supervise other inmate/detainees. Inmates/Detainees do not have control over other inmates/detainees at anytime for any reason.

C.   HOURS/RATE OF PAY

Inmates/detainees will be compensated in accordance with the pay rates contained in Attachment 19-100A - $1.00 per day. The inmate/detainee workday will approximate the workday in the community.

D.   REMOVAL FROM WORK DETAIL

An inmate/detainee may be removed from the voluntary work program / detail for various reasons.

      a.   Unsatisfactory performance

      b.   Disruptive behavior, threats to security, etc..

      c.   Physical inability to perform all functions required by the job, whether because of a lack of strength or a medical condition;

      d.   Prevention of injuries to the detainee;

      e.   A removal sanction imposed by the Institutional Disciplinary Panel for an infraction of a facility rule, regulation, or policy.

When a detainee is removed from a work detail a Worker's removal form will be completed noting the circumstances and reasons and place in the inmate/detainee detention file.

**19-100.6   REVIEW:**

This policy will be reviewed annually by the Assistant Warden of Programs who will recommend necessary changes to the Warden.

**19-100.7   APPLICABILITY:**

All inmates/detainees and staff.

**19-100.8   ATTACHMENTS:**

| | |
|---|---|
| 19-100A | Inmate/Detainee Voluntary Work Program Agreement (English/Spanish) |
| 19-100B | Inmate/Detainee Safety Rules (English/Spanish) |
| 19-100C | Hazardous Chemical Training Acknowledgement (English/Spanish) |
| 19-100D | Request for removal of detainee from work detail |

**19-100.9   REFERENCES:**

ACA Standards.  The ACA Standards for this facility are:

**4-ALDF- 5C-06, 5C-08, 5C-10, 5C-11, 5C-12, and 6B-05**

OFDT FPBDS G.3.1, G.4.1, & G.4.5