# EXHIBIT 8

CALIFORNIA CITY CORRECTIONAL CENTER     PAGE 1 OF 5     POLICY 19-100

| | |
|---|---|
| **CHAPTER 19:** | **INMATE WORK PROGRAM** |
| **SUBJECT:** | **INMATE/RESIDENT WORK ASSIGNMENT PARTICIPATION** |
| **SUPERSEDES:** | **NONE** |
| **EFFECTIVE DATE:** | **OCTOBER 1, 2010** |
| **APPROVED:** | **SIGNATURE ON FILE**<br>**BARBARA WAGNER**<br>**WARDEN** |

**19-100.1    POLICY:**

To ensure that California City Correctional Center's Inmate Work Program allows maximum opportunity for inmate participation and employment. The facility will use the advice and assistance of labor, business, and industrial organizations to assist in providing skills relevant to the job market.

Inmates/residents will have equal opportunity for job assignments without regard to race, religion, national origin, disability, sex, or age. Reasonable modifications/accommodations shall be provided to ensure access for inmates/residents with short-term or long-term disabilities to participate in academic, vocational, or work programs. Eligibility to participate in a work assignment depends upon the inmate/resident's ability to perform the essential functions of the program with or without reasonable accommodations.

**19-100.2    AUTHORITY:**

Facility Policy

**19-100.3    DEFINITIONS:**

<u>Full Time</u> - A full time assignment, either job or program, will consist of more than six (6) hours daily.

<u>Jobs Coordinator</u> - Staff member assigned to coordinate the job program and responsible for all inmate/resident job assignments.

<u>Part Time</u> - A part time assignment either job or program will consist of less than six (6) hours daily.

<u>Work Supervisor</u> - Staff assigned to supervise inmate/resident workers in designated program/job assignments.

**19-100.4    PROCEDURES:**

    A.    PROGRAM REQUIREMENTS

        1.    The facility will develop a Work/Program Plan as outlined in CCA Policy 18-2 Classification and Inmate/Resident Management. The plan, and any revisions to the plan, must be approved by USMS.

        2.    Pre-trial and un-sentenced inmate/residents are not required to work except for personal housekeeping. However, inmates/residents may sign a waiver of their right not to work and may volunteer for work assignments or programs within the secure confines of the facility.

        3.    USMS inmates/residents with suicidal tendencies, attempted escapes or escape history, violent history, gang affiliations or with detainers for

pending charges with other local, state, or federal agencies will not be considered for the volunteer work program.

4. USMS inmates are not permitted to act as trustees and may not work in positions that permit unsupervised contact with segregation inmates/residents or inmates/residents of the opposite gender.

5. USMS inmates/residents are restricted from operating equipment that may expose them to grave bodily harm or any work assignment requiring security risk items and controlled tools that could be used to facilitate an escape or used as a weapon that could endanger staff, citizens, or other inmates/residents.

6. Inmates/residents will not have access to inmate/resident or employee records in their work assignment.

7. No inmate/resident shall have authority over another inmate/resident.

8. Inmates/residents will not be used to perform the responsibilities or duties of an employee.

9. Inmates/residents will not be assigned to work that is considered hazardous or dangerous. This includes, but is not limited to, areas or assignment requiring great heights, extreme temperatures, use of toxic substances, and unusual physical demands.

10. Good Time Credit, or sentence reduction credits, will be determined by the contracting agency.

11. Inmates/residents will be compensated for work performed in accordance with BOP Program Statement 5251.05 and BOP Operations Memorandum 128-90(5251) dated September 17, 1990.

B. OBTAINING AN INMATE/RESIDENT JOB

1. An inmate/resident may request a job by sending a job request form to the Jobs Coordinator.

2. An inmate/resident may request a job or program change through the appropriate counselor.

3. An inmate/resident who has been approved in each area will be notified of request status by the Jobs Coordinator/designee (i.e., assignment, placed on a waiting list). Changes may only be made on the last three (3) working days of each month.

4. Documentation, which indicates that the detainee wants to work, will be maintained on file for all detainees participating in non-routine housekeeping and sanitation work assignments.

C. JOB QUALIFICATIONS

1. In order to be assigned to a certain job or programs the inmate is required to have successfully met specific programs criteria. The criteria for each position are detailed in the Inmate/Resident Position Description.

2. Other factors will be taken into consideration before assigning or removing an inmate/resident from a job. They are as follows:

   a. Disciplinary behavior.

   b. Security classification.

    c. Health status.

    d. Education.

    e. Special program needs.

    f. Current or previous work history.

    g. Institutional needs.

  3. An inmate/resident must be assigned at least 90 days prior to requesting a job change. This assignment may be waived by the Job Coordinator, or above for Institutional need.

D. **ASSIGNMENT**

  1. The Jobs Coordinator must approve any job assignment an inmate/resident receives. Inmates/residents may be assigned to work or program assignments on a full-time or part-time basis. Certain security sensitive positions will require approval of the Assistant Warden.

  2. Some jobs may require written and/or skills testing prior to assignment.

  3. The inmate/resident who is assigned a job will report to the appropriate detail supervisor to complete the appropriate paperwork.

  4. The inmate/resident will review and sign a copy of the job description. By signing the job description, the inmate/resident is acknowledging that he/she understands what is required for job performance.

  5. The inmate/resident may hold only one (1) full time job or program at a time. An inmate/resident may hold a part time job and a part time program assignment concurrently.

  6. In cases when there are insufficient jobs available, the inmates/residents may be placed on a waiting list.

E. **JOB/PROGRAM DISMISSAL**

  1. Inmates/residents may be removed from a job for the following reasons.

    a. Poor work performance.

    b. Repeated absences and/or tardiness.

    c. Disrespect toward staff.

    d. Medical reasons.

    e. Action deemed necessary by Chief of Security, or above, for security reasons.

    f. Repeated safety violations.

    g. Inability to perform skills/tasks of job.

  Inmates/residents may be removed from a job by the Disciplinary Hearing Officer as a disciplinary sanction only if a dismissal is requested by the work supervisor and approved by the Assistant Warden.

  2. Administrative removal or suspension will be documented on the Job/Education Change form.

  3. The Jobs Coordinator will notify the supervisor and inmate/resident of the final approval or disapproval using the Job/Education Change form.

   4. The Job Coordinator will make recommendations for removal with final approval of the Assistant Warden.

   5. Inmates/residents may be removed from a program assignment based on a recommendation from the respective department head through a Job/Education Change Form.

 F. INMATE/RESIDENT RESPONSIBILITIES

   1. It is the inmate/resident's responsibility to report for his/her job assignment on a daily basis, as scheduled.

   2. An inmate/resident may be excused from a job assignment because of illness if deemed necessary by the medical department. The inmate/resident must show the medical lay-in to his/her work/program supervisor. The inmate/resident may also be excused from his/her work assignment if participating in programs testing or as directed by the Warden or designee.

   3. The inmate/resident may be temporarily assigned to complete job tasks in an area other than where he/she is assigned as directed.

 G. INMATE/RESIDENT TRACKING

   1. The work supervisor will be issued an inmate/resident worker sign-in sheet monthly to record the hours each inmate/resident works. The pay period will run from the 28th of the month to the 27th of the following month.

   2. All completed inmate/resident sign-in sheets will be forwarded to the Jobs Coordinator no later than the last day of each month.

   3. The Business Manager will receive the Inmate/Resident Pay List from the Job Coordinator on the first business day of each month. The Business Office will monetarily compensate the inmates/residents by crediting the trust account for wages earned. Wage credit posting will occur no later than the 15th of the following month.

   4. The Jobs Coordinator will provide the work supervisor a copy of the job change form anytime an inmate has a change in his job status. All changes will be effective immediately upon notice from the Jobs Coordinator.

 H. WORK SCHEDULE

  The Jobs Coordinator, Program Manager and Department Heads will determine the hours of work so as to allow the maximum participation in the job and education program. The inmate/resident workday will approximate the workday in the community.

 I. SAFETY STANDARDS

   1. All institutional work, vocational, and education programs meet minimum applicable federal, state, or local health and safety standards. These programs are inspected by federal, state, or local health and safety officials annually. These programs will be inspected weekly by qualified departmental staff and monthly by the institutional safety officer.

   2. Inmates/residents will be issued special and, when appropriate, protective clothing and equipment when assigned to the institutions food

service, medical, grounds workers, maintenance workers, and other special work details.

**19-100.5   REVIEW:**

This policy will be reviewed annually by the Jobs Coordinator with recommendations to the Assistant Warden.

**19-100.6   APPLICABILITY:**

All Staff and Inmates/Residents.

**19-100.7   APPENDICES**

None

**19-100.8   ATTACHMENTS:**

19-100A   Job/Education Change Form.

**19-100.9   REFERENCES:**

ACA Standards:

4-ADLF-5C-06, 5C-07, 5C-08, 5C-10, 5C-12

OFDT FPBDS G.3.1, G.4.1, & G.4.5