# EXHIBIT 9

# WORK/PROGRAM PLAN GUIDELINES

Every facility will develop a plan to assign work and programs with consideration of custody classification levels. At a minimum, the plan must address the following areas:

I.  **Facility Expectations**

   Describe how facility expectations are explained to the inmates/residents and the procedures inmates/residents must follow to participate in institutional work assignments and programs.

   - Orientation video is shown describing the program and procedures to all inmates/residents being processed in receiving.
   - Inmates/residents will submit a request for assistance form requesting to be placed on the jobs waiting list.
   - Work contracts are given to new hire inmate/resident and the Unit Management Staff discuss safety precautions/ rules for the job assignment/ description.

II. **Listing of Approved Work/Programs Assignments**

   Every facility will develop and maintain a complete listing of all available work/program assignments that are approved by the Warden/Administrator. (*See following page for sample*).  This list identifies the work/program assignment, category (1, 2, or 3), level of supervision (direct or intermittent), ICAS or agency equivalent custody level of Low, Moderate or High, location whether inside or outside the secure perimeter, special criteria and the required approval(s).

```
Job Assignments
```

| A-Building-32 | | Males |
|---|---|---|
| Pod Porters | 16 | L-2, L-3 |
| Food Servers | 7 | L-2, L-3 |
| Staging Porters | 4 | L-2, L-3 |
| Buffers | 3 | L-2, L-3 |
| Barber | 2 | L-2, L-3 |

| B-Building-46 | | Males |
|---|---|---|
| Pod Porters | 33 | L-2, L-3 |
| Food Servers | 6 | L-2, L-3 |
| Staging Porters | 4 | L-2, L-3 |
| Buffers | 2 | L-2, L-3 |
| Barber | 1 | L-2, L-3 |

# WORK/PROGRAM PLAN GUIDELINES

| C-Building-48 | Males | |
|---|---|---|
| Pod Porters | 33 | L-1, L-2 |
| Food Servers | 7 | L-1, L-2 |
| Staging Porters | 4 | L-1, L-2 |
| Buffers | 3 | L-1, L-2 |
| Barber | 1 | L-1, L-2 |

| D-Building-49 | Females | |
|---|---|---|
| Pod Porters | 33 | L-1, L-2 |
| Food Servers | 7 | L-1, L-2 |
| Staging Porters | 4 | L-1, L-2 |
| Buffers | 3 | L-1, L-2 |
| Barber | 2 | L-1, L-2 |

| K-Building-48 | Males usm | |
|---|---|---|
| Pod Porters | 30 | L-1, L-2 |
| Food Servers | 6 | L-2 |
| Staging Porters | 4 | L-1, L-2 |
| Buffers | 1 | L-1, L-2 |
| Barber | 1 | L-1, L-2 |

| Miscallaneous-73 | | |
|---|---|---|
| Kitchen | 40 | L-1, L-2 |
| Outside Detail | 8 | L-1 |
| Admin Detail | 10 | L-1 |
| Commissary | 4 | L-1 |
| Laundry | 4 | L-1 |
| Intake | 6 | L-1 |
| Medical Porter | 1 | L-1 |

# WORK/PROGRAM PLAN GUIDELINES

```
Jobs: 278
Kitchen: 60
Total Allotment: 338
```

**III.**     **Position Descriptions**

Facilities will maintain an updated set of all work and program assignment position descriptions. Explain how inmates/residents familiarize themselves with the position descriptions and job requirements and qualifications during the assignment process. Identify where position descriptions are located and how inmates/residents are advised of the procedures to apply for or enroll in work/program assignments. Information regarding special programs such as the Therapeutic Community, Faith Based Programs, industries etc. will also be referenced within this section.

**Unit Job Description**

| |
|---|
| Buffer- sweep, mop, buff and strip deck surfaces. |
| Pod Porter- clean tables, sweep, mop the pod floors and any other duties as prescribed by unit staff, to include remove trash and clean cells. |
| Window Porter- clean interior and exterior windows of the unit. |
| Food Server- set up for meals and serve meals. |
| Staging Porter- after meals- return food pans back to food carts, clean serving tables, sweep and mop staging floors. |
| Maintenance- performs maintenance duties within the unit (i.e. changing light bulbs, cleaning drains, painting). |
| Barber- assigned to cut residents hair within the unit. Keep space and barber equipment clean and sanitary (i.e. combs, clippers guards). |
| Admin- clean admin area- sweep, mop, buff, vacuum, clean windows, clean bathroom and empty trash. |
| Outside Detail- clean parking lot, pull weeds, pick up trash, and rake the dirt. |
| Commissary- clean commissary area, sweep and mop. Prepare and deliver commissary orders to the units. |
| Laundry- wash and dry all clothing. Sweep and mop the laundry area. Delivery and pick up laundry from housing area. |
| Medical Porter- clean, buff, sweep, mop, clean windows, empty trash, clean restrooms and assist with laundry exchange |
| Laundry Porters- (UNIT) collect dirty clothing and exchange with clean clothing. Ensure clothing room is clean and orderly. |

3/17/08

Proprietary Information – Not For Distribution – Copyrighted         Property of Corrections Corporation of America

Exhibit 9 Page 129

CCOG00030895

# WORK/PROGRAM PLAN GUIDELINES

```
Kitchen- prepare and cook/bake all menu items. Deliver meals to units.
Prepare special diets. Maintain the cleanliness and sanitation for the
kitchen (i.e. clean walls, sweep, mop, spray counter tops, scrub inside and
out of ovens).  Clean and sanitize all food trays, utensils, pots and pans.
```

```
Intake- prepare clothing for incoming residents, sweep, mop, buff and
ensure that holding cells are clean and sanitary.
```

### IV.  Approving Work/Program Assignments

Describe the process to review and approve work/program assignments. The review and approval process must give consideration to custody classification levels of the inmates/residents.  Describe the procedures in place to approve work/program assignments that may be required by contract.  Decisions rendered in approving work/program assignments must consider the safety and security of the facility and the general public. This section will also describe the approving authority and the notification process that ensures inmates/residents are advised of the final decision regarding the application for the work/program assignment.

- Files are reviewed, for arrest / past criminal offense and any disciplinary actions.  The Investigator, Chief of Security and Warden will review the files and interview the inmate/residents for outside and Administrative work details.
- Housing workers files are reviewed and inmates are interviewed by the Unit Management Staff.
- Once hired all workers sign a work contract covering the job description and safety procedures for the job of assignment.

### V.  Reporting Procedures

Monthly reports of work/program activities may be required by your jurisdiction(s).  This section will provide a description of the process used and the staff responsible for monitoring and reporting participation results.

N/A

The Warden/Administrator or designee is required to review and approve the Work/Program Plan prior to implementation and then at least annually, or as revisions are made.  A copy of the approved plan, and any revisions, will be forwarded to the FSC, Director, Classification & STG.

18-2CC

## APPROVED WORK/PROGRAM ASSIGNMENTS

| Facility Name | SAN DIEGO CORRECTIONAL FACILITY | | | | | Date | |

| Type | Category | Supervision (Direct or Intermittent) | ICAS Custody Level (Low, Moderate, or High) | Location (Outside or Inside Secure Perimeter) | Special Criteria (Indicate if High Risk and any other special criteria) | Required Approval(s) |
|---|---|---|---|---|---|---|
| Outside /Inside Perimeter Work Crew | 1 | Direct | Low | Outside/ Inside | High Risk | Warden/Administrator |
| Administration Work Detail | 2 | Direct | Low | Inside | High Risk<br>No access to Class (A) tools | Chief of Security |
| Food Service Workers | 2 | Direct | Low, Moderate | Inside | High Risk area, back dock for deliveries and dumping of trash<br>Access to a Class A tool | Unit Team Management |
| Laundry Worker | 2 | Direct | Low | Inside | High Risk<br>No access to Class A tools | Chief of Security |
| Medical Worker | 3 | Direct | Low | Inside | No access to high risk areas<br>No access to Class A tools | Unit Team Management |
| Commissary Workers | 3 | Direct | Low or Moderate | Inside | No access to high risk areas<br>No access to Class A tools | Unit Team Management |
| Unit Window workers | 3 | Direct | Low , Moderate or High | Inside | No access to high risk areas<br>Has access to class A tool (Ladder) periodically. | Unit Team Management |
| Housing Unit Orderly | 3 | Direct | Low,  or Moderate | Inside | No access to high risk areas<br>No access to Class A tools | Unit Team Management |

NOTE:  Prior to implementation, this for must be reviewed and approved by the Warden/Administrator.

| Warden Signature | | Date | |