EXHIBIT 10

## Removal from Work Detail

Detainee Name _____     A# _____

Position _____     Housing _____

A inmate / detainee was removed from a work detail for the following reason:

**Please check one of the below reasons removal is required**

|   |   | |
|---|---|---|
|   |   | Unsatisfactory performance; |
|   |   | Disruptive behavior, threats to security, etc.; |
|   |   | Physical inability to perform all functions required by the job, whether because of a lack of strength or a medical condition; |
|   |   | Prevention of injuries to the detainee; |
|   |   | A removal sanction imposed by the Institutional Disciplinary Panel for an infraction of a facility rule, regulation, or policy. |
|   |   | Other: (describe) |

_____     _____
Supervisor Requesting Removal            Date

_____     _____
Unit Manager                             Date

Addition Comments: