# EXHIBIT 21

11-100E

# Inmate/Resident Pre-Assignment Training Record

Inmate Name / **Nombre del Confinado:**\_\_\_\_\_

Inmate Number / **Numero de Registro:** \_\_\_\_\_

Date Hired / **Fecha de Inicio:** \_\_\_\_\_

- ☐ Job Description Review
  **Descripcion del Trabajo**
- ☐ Food Service Department Rules & Regulations
  **Reglas & Regulaciones del Departamento del Servicio de Comida**
- ☐ Food Safety
  **Comida Saludable**
- ☐ Accident Prevention
  **Prevencion de Accidentes**
- ☐ Use of Safety Equipment
  **Uso del Equipo de Seguridad**
- ☐ Chemical Usage
  **Uso de los Quimicos**
- ☐ Floor Care
  **Cuidado del Piso**
- ☐ Sanitation & Hygiene Issues
  **Limpieza y Higiene**
- ☐ Proper Cleaning Procedures for Food Service Space and Equipment
  **Procedimientos Apropiados para la Limpieza en el Area del Servicio de Comida y el equipo**

- ☐ Other / **Otro:**
- ☐ Other / **Otro:**
- ☐ Other / **Otro:**
- ☐ Other / **Otro:**
- ☐ Other / **Otro:**

---

I certify that I have received the training listed above and am responsible for performing my work duties as trained.

**Yo certifico que he recibido el entrenamiento que esta en el listado de arriba y soy responsable de hacer el trabajo basado en el entramiento.**

_____     _____     _____
**Inmate/Resident Signature**          **Inmate/Resident Number**          **Date**

---

_____     _____
**Signature of Staff Trainer**                          **Date**

**5/1/08**

**Proprietary Information – Not For Distribution – Copyrighted**                          **Property of Corrections Corporation of America**

Exhibit 21 Page 206

CCOG00030655