# EXHIBIT 22

| | POLICY TITLE | Control of Hazardous Chemicals/Materials | | |
|---|---|---|---|---|
| **CCA** CORRECTIONS CORPORATION OF AMERICA | CHAPTER | 8 | POLICY NUMBER | 8-5 | Page 1 of 10 |
| | EFFECTIVE DATE OCTOBER 1, 2006 | | SUPERSEDES DATE JUNE 20, 2005 | |
| SIGNATURE ON FILE AT FACILITY SUPPORT CENTER<br>Richard P. Seiter<br>Executive Vice President/Chief Corrections Officer<br>SIGNATURE ON FILE AT FACILITY SUPPORT CENTER<br>G.A. Puryear, IV<br>Executive Vice President/General Counsel | FACILITY NAME | CALIFORNIA CITY CORRECTIONAL CENTER | | |
| | FACILITY EFFECTIVE DATE DECEMBER 1, 2010 | | FACILITY SUPERSEDES DATE OCTOBER 1, 2010 | |

**8-5.1  POLICY:**

Adequate controls of hazardous chemicals will be provided through an organized system of procedures and training governing the acquisition, use, and dispensing of all such materials. Each facility will ensure that the hazards of all chemicals located or used at this facility and the information concerning the hazards, precautions, and procedures for use, storage, and control of such chemicals is communicated to employees, inmates/residents, contractors, visitors, and volunteers who may be exposed.

**8-5.2  AUTHORITY:**

CCA Company Policy

**8-5.3  DEFINITION:**

Caustic (corrosive) Material - A substance capable of destroying or eating away by chemical reaction.

Toxic (poisonous) Material - A substance that through chemical reaction or mixture can produce possible body injury or harm to the body by entering through the skin, digestive tract, or respiratory tract. The toxicity is dependent on the quantity absorbed and the rate, method, and the site of absorption and the concentration of the chemical.

Flammable Material - A substance with a flash point below 100 degrees Fahrenheit (37.8 degrees Centigrade). Classified by flash point as a Class I liquid.

Combustible Material - A substance with a flash point at or above 100 degrees Fahrenheit which will readily burn when exposed to an ignition source. Classified by flash point as a Class II or Class III liquid.

Non-Hazardous Material - Includes those substances which in their diluted form and used in accordance with manufacturer's directions create little or no hazard to health. Chemicals with a hazard rating of 0 or 1 are considered non-hazardous in their diluted form. In addition, those chemicals whose MSDS does not indicate a hazard rating will be subjectively defined as hazardous or non-hazardous by the Fire/Safety Authority, including those chemicals which may be labeled as "Keep Out of Reach of Children" or "May Be Harmful if Swallowed".

Flash Point - The minimum temperature at which a liquid will give off sufficient vapors to form an ignitable mixture within the air.

Material Safety Data Sheet (MSDS) - A document required by government regulation for all hazardous chemical substances produced and/or sold in the United States. Each MSDS shall be in English and shall contain the following information: the identity used on the label, physical and chemical characteristics (vapor pressure, flash point, etc.), physical and health hazards, primary routes of entry, exposure limits, precautions for safe handling and use, control measures, emergency and first aid procedures, and the chemical manufacturer's name, address, and telephone number.

| Page 2 of 10 | OCTOBER 1, 2006 | 8-5 |

Hazard Communication Placard/NFPA 704 Hazard Communication Placard/Label - A four colored diamond placard that identifies the specific hazards of a chemical/material by using a 0-4 number rating system; to aid identification of hazardous chemicals. The Haz-Com Placard/NFPA 704 Hazard Communication Placard can be used conjunctively with material safety data sheets to identify the hazards of chemicals used in the facility along with any noted warnings as listed on the chemical/material container. The hazard warnings listed in the MSDS will be used to determine the hazard of the chemical and the NFPA 704 Hazard Communication Placard will be used to label the secondary container when manufacturer containers and labels are non-existent. The placard is divided up into four hazard ratings: **red** – flammability hazard, **blue** – health hazard, **yellow** – reactivity hazard, and **white** – specific hazard.

> Flammability Hazard (Red) - This degree of hazard is measured by using the flash point assigned to the product as specified on the MSDS. (0, will not burn; 1, above 200°F; 2, above 100°F and below 200°F; 3, below 100°F; and 4, below 73°F).
>
> Health Hazard (Blue) - The likelihood of a material to cause, either directly or indirectly, temporary or permanent injury or incapacitation due to an acute exposure by contact, inhalation, or ingestion. (0, normal material; 1, slightly hazardous; 2, moderately hazardous; 3, extreme danger; and 4, deadly).
>
> Reactivity Hazard (Yellow) - The violent chemical reaction associated with the introduction of water, chemicals could also polymerize, decompose or condense, become self-reactive, or otherwise undergo a violent chemical change under conditions of shock, pressure, or temperature. (0, stable; 1, unstable if heated; 2, violent chemical change; 3, shock and heat detonate; and 4, may detonate).
>
> Specific Hazard (White) - Other properties of the material that cause special problems or require special fire-fighting techniques (ACID=acid, ALK=alkali, COR=corrosive, OXY=oxidizer, P=polymerization, or Y=radioactive).

Personal Protective Equipment (PPE) - Equipment clothing (i.e. gloves, safety glasses, safety harness, etc.) intended to be worn by an individual to create a barrier against workplace hazards.

Secondary Container - An approved container labeled by the FSA to transfer chemicals for use. The container must include the manufacturer's name, the chemical name, and any warnings. Hand written labels will include the use of the **Hazard Communication Placard/NFPA 704 Hazard Communication Placard** and only when labeling from the manufacturer is non-existent.

8-5.4   PROCEDURES:

PROCEDURES INDEX

| SECTION | SUBJECT |
|---|---|
| A | Procurement of Hazardous Chemicals |
| B | Licensure |
| C | Hazardous Chemical Container Labeling |
| D | Dispensing of Hazardous Chemicals |
| E | Procedures for Use of Hazardous Products |
| F | Storage of Hazardous Chemicals |
| G | Use of Personal Protective Equipment/Clothing |
| H | Procedures for Chemical Emergencies |
| I | Inventory of Hazardous Chemicals |
| J | Non-Hazardous Chemicals |
| K | Hazard Communication Program Training |
| L | Disposal |

Proprietary Information – Not For Distribution – Copyrighted        Property of Corrections Corporation of America

Exhibit 22 Page 208

CCOG00035160

| Page 3 of 10 | OCTOBER 1, 2006 | 8-5 |
|---|---|---|

A.  PROCUREMENT OF HAZARDOUS CHEMICALS

All employees will make every effort to replace hazardous chemicals with products less likely to cause harm, be abused, or misused. The department head/designee responsible for procurement will also make every attempt to obtain the least hazardous product capable of performing the task. All hazardous chemicals/products must be approved by the FSA for use within the facility prior to procurement.

The Facility Safety Authority will ensure that each chemical product in the facility has a MSDS and will remove from the premises any hazardous material for which an MSDS cannot be obtained.

1. The Facility Safety Authority shall require that suppliers and/or manufacturers of all hazardous chemicals/materials purchased by the facility provide MSDS for such materials before those materials are accepted and/or admitted into the facility. The receiving authorities of such materials shall refuse same unless accompanied by the proper MSDS or unless an MSDS is already on hand.

2. A complete set of MSDS will be kept by the Health Services Administrator and the Facility Safety Authority. MSDS will be located in all work areas where hazardous chemicals are used. In individual work areas the MSDS will be located in the same book or folder behind the inventory of the specified chemical. All personnel shall be kept informed of the locations of MSDS and shall be encouraged and provided the opportunity to frequently review MSDS relating to the materials they routinely handle and/or are exposed to. A copy of all Material Safety Data Sheets will be maintained for a period of thirty (30) years.

**AT THIS FACILITY, ADDITIONAL SETS OF COMPLETE MATERIAL SAFETY DATA SHEETS WILL BE LOCATED IN THE FOLLOWING LOCATIONS (IF APPLICABLE):**

| **IN ACCORDANCE WITH NDS "ENVIRONMENTAL HEALTH AND SAFETY", A PLANT DIAGRAM AND LEGEND SHOULD BE INCLUDED IN EACH MSDS FILE.** |
|---|

B.  LICENSURE

1. Certain chemicals (i.e. insecticides, pesticides, refrigerants, etc.) may only be dispensed by a qualified individual who maintains current certification/licensure.

2. The FSA shall ensure that chemicals that require certification/licensure are only dispensed by qualified individuals maintaining current certification/licensure.

C.  HAZARDOUS CHEMICAL CONTAINER LABELING

The department head/designee will ensure that all hazardous chemicals are received, stored or transferred, in the original container or secondary container with the manufacturer's label in tact. The label will contain the following information:

1. Identity of the hazardous chemical(s);

2. Appropriate hazard warnings; and

3. Name and address of the manufacturer.

D.  DISPENSING OF HAZARDOUS CHEMICALS

The department head/designee will:

| Page 4 of 10 | OCTOBER 1, 2006 | 8-5 |

1. Be responsible for the proper dispensing of **all** hazardous chemicals in his/her respective department.

2. Limit the amounts of chemicals dispensed at one time to that amount sufficient to achieve the daily task.

3. Dispense chemicals only to those employees or inmates/residents who have been properly trained on the safe use of such chemicals.

4. Record the receiving and dispensing of **all** hazardous chemicals on the 2-8B Perpetual Inventory Form.

5. Maintain close supervision when inmates/residents are in possession of chemicals with a Hazard Rating of two (2) or more.

6. Ensure that PPE is worn.

7. Allow hazardous chemicals to be dispensed ONLY into properly labeled containers/secondary containers.

8. Prohibit the mixing of any chemicals.

E. PROCEDURES FOR USE OF HAZARDOUS PRODUCTS

1. Flammable/Combustible Liquids

    a. The amount located outside of a secure, flammables cabinet will be limited to the amount necessary for one (1) day's use.

    b. May only be used under close supervision.

    c. May only be used in a well ventilated area and are not to be used in any area which exposes the vapors to open flame, sparks, or other sources of ignition.

    d. Manufacturer instructions for INTENDED use must be strictly adhered to.

    e. Only liquids with a flash point above one hundred (100) degrees Fahrenheit can be used for cleaning. Such operations must be performed in an approved parts cleaner or dip-tank fitted with a fusible link with a one hundred sixty (160) degree F. melting-temperature link. Under no circumstances may flammable liquids be used for cleaning.

    f. Flammable and combustible liquids can only be dispensed and disposed of by an authorized staff member. The only acceptable methods for drawing from or transferring these liquids into containers inside a building are:

        i. Through a closed piping system;

        ii. From safety cans;

        iii. By a device drawing through the top of the container; or

        iv. By gravity through an approved self-closing system.

        An approved grounding and bonding system must be used when liquids are dispensed from drums.

    g. Personal protective clothing/equipment will be utilized, as required.

2. Toxic And Caustic Substances

    At no time will caustic or toxic materials be stored with flammables. Caustic/toxic materials shall be:

    a. Stored in the original container with manufacturer's label intact.

| Page 5 of 10 | OCTOBER 1, 2006 | 8-5 |
|---|---|---|

      b.    Stored in a secure area.

      c.    Stored away from food/medical supplies intended for human consumption and in no case directly over such items where leaking containers/packages would contaminate such supplies.

      d.    Stored STRICTLY in accordance with the manufacturer's recommended storage procedures with compatibility being a key issue.

3. Flammable/Combustible Gases

      a.    All compressed gas cylinders shall be utilized as per manufacturer's specifications.

      b.    Ensure that the threads on the regulator correspond to those on the cylinder valve outlet. DO NOT FORCE connections that do not fit.

      c.    Open cylinder valves slowly.

      d.    Do not use a cylinder of compressed gas without a pressure-reducing regulator attached to the cylinder valve.

      e.    Always point the cylinder valve opening away from self, others, and sources of ignition.

      f.    Only use those regulators or pressure gauges with gases for which they are designed and intended.

      g.    Do not attempt to repair or alter cylinders, valves, or attachments.

      h.    All regulators and equipment attached to the cylinder must be removed after use.

      i.    Fuel gas cylinders that have developed a leak should be taken out of service and handled as follows:

           i.    Move the cylinder outdoors, well away from any source of ignition.

           ii.    Promptly tag the cylinder, notify the supplier and make necessary arrangements for the safe removal and return of the cylinder to the supplier.

           iii.    Post a warning device, sign, etc. against approaching cylinder with any source of ignition.

      j.    Do not permit sparks, molten metal, electric currents, excessive heat, or flames to come into contact with cylinder or attachments.

      k.    Never use oil or grease as a lubricant on valves or attachments on oxygen cylinders.

      l.    Personal protective clothing/equipment will be utilized, as required.

F. STORAGE OF HAZARDOUS CHEMICALS

1. Flammable/Combustible Liquids

At no time will flammables be stored with caustic or toxic materials or oxygen producing chemicals. All flammable liquids will be stored in cabinets manufactured from non-flammable materials. Flammable cabinets displaying the Factory Mutual (FM) approval are acceptable.

      a.    Flammable Storage Cabinets will:

| Page 6 of 10 | OCTOBER 1, 2006 | 8-5 |
|---|---|---|

    i. Be properly constructed and securely locked.

    ii. Be conspicuously labeled "Flammable - Keep Fire Away" and properly secured.

    iii. Not be used to store more than sixty (60) gallons of Class I or Class II liquids or one–hundred twenty (120) gallons of Class III liquids.

    iv. Be supervised by an authorized staff member anytime they are unsecured.

  b. Secondary Portable Containers

    i. Must be approved safety cans listed or labeled by a nationally recognized testing laboratory and maintained in good condition.

    ii. Must bear legible labels identifying contents.

2. Flammable/Combustible Gases Cylinders

  a. All cylinders shall be stored with a valve cap protector.

  b. All compressed gas cylinders shall be utilized as per manufacturer's specifications.

  c. Oxygen cylinders shall be separated from fuel gas cylinders by at least twenty (20) feet with the exception of bottles that are combined on a work cart (in this instance they may remain on the cart, however the cart cannot be stored within twenty (20) feet of other stored bottles). Oxygen cylinders may also be separated from gas cylinders by a noncombustible barrier at least five (5) feet high having a fire rating of at least one-half hour.

  d. Gas cylinders shall be chained or stored in racks in the upright position, whether empty or full.

  e. Cylinders must not be exposed to temperatures in excess of one-hundred and thirty (130) degrees F.

  f. Empty cylinders shall have their valves closed.

  g. Cylinders shall be stored in a well-ventilated area

  h. Cylinders stored outside of a building shall be protected against effects of weather extremes.

3. Storage Responsibilities

  The department head/designee shall be responsible for ensuring that:

  a. Storage rooms, cabinets, or areas are securely locked when not in use.

  b. Control of the storage rooms, cabinets, and areas is maintained by authorized personnel only.

  c. Storage of all hazardous chemicals is in STRICT compliance with required storage practices to prevent accidental fires, explosions, exposures, contaminations, spills, reactions, or other possible events of an unfavorable nature.

  d. All flammable/combustible liquid covers, barriers, or seals are in place as to prevent the release of explosive vapors.

  e. Inspecting their storage areas at least weekly.

**Proprietary Information – Not For Distribution – Copyrighted**  Property of Corrections Corporation of America

Exhibit 22 Page 212

CCOG00035164

| Page 7 of 10 | OCTOBER 1, 2006 | 8-5 |
|---|---|---|

G. USE OF PERSONAL PROTECTIVE EQUIPMENT/CLOTHING

1. Department head/designee will;

   a. Review the MSDS for each hazardous chemical used in his/her respective department to determine the quantity and type of PPE that is required.

   b. Request and obtain approval from the Facility Safety Authority for the acquisition of PPE when such equipment or clothing is required, lost, damaged, or destroyed.

   c. Provide and ensure the use of PPE to those employees or inmates engaged in any tasks requiring such equipment/clothing.

2. The Facility Safety Authority shall:

   a. Assist the department head in determining the proper type of PPE when required.

   b. Ensure the availability and condition of PPE and report all needs and/or deficiencies of such equipment/clothing to the Warden/Administrator. Any needs and/or deficiencies noted will require an internal plan of action for replacement or removal.

H. PROCEDURES FOR CHEMICAL EMERGENCIES

Procedures for chemical emergencies will be in accordance with CCA Policy 8-1 Emergency Response.

I. INVENTORY OF HAZARDOUS CHEMICALS

1. The Facility Safety Authority will ensure that a current listing of all hazardous chemicals/materials is maintained on the chart located in the CCA Team Safety Hazardous Communication Program.

2. Procedures for inventory of hazardous chemicals will be in accordance with CCA Policy 2-8 Inventory Control utilizing the 2-8B Perpetual Inventory Form.

3. When hazardous chemicals/materials (2), (3), (4) are used, at a minimum the following must be addressed:

   a. Name of chemical;

   b. Location;

   c. Date of issue;

   d. Issued to;

   e. Issued by;

   f. Amount issued (specified by weight or quantity, as appropriate); and

   g. Remaining balance.

4. Inventories must be completed on all locked storage areas or cabinets containing hazardous materials.

5. Physical checks of chemical storage areas will be conducted by the responsible department head to ensure inventories are being maintained and safety requirements are adhered to (i.e. eyewash stations, MSDS, books, etc.).

   **AT THIS FACILITY THE FOLLOWING INVENTORY FORM IS MANDATED FOR USE BY THE STATE, CONTRACTING AGENCY, ETC.:**

Proprietary Information – Not For Distribution – Copyrighted        Property of Corrections Corporation of America

Exhibit 22 Page 213

CCOG00035165

| Page 8 of 10 | OCTOBER 1, 2006 | 8-5 |

**NONE**

J.  NON-HAZARDOUS CHEMICALS

    1.  Diluted products with a hazardous rating of (0) or (1) for health, flammability, and reactivity, using the guidelines from the MSDS, do not meet the definition of hazardous material.

    2.  All non-hazardous containers must be labeled.

    3.  Issue logs will be utilized in lieu of the 2-8B for non-hazardous chemicals.

    4.  At the discretion of the Warden/Administrator it is permissible to allow inmates/residents to issue non-hazardous chemicals.

    5.  Non-hazardous chemicals are required to be inventoried by container (not quantity [i.e. weight or ounces]) from the area of issuance.

    6.  MSDS sheets must be maintained on these substances and readily available.

    7.  Physical checks of chemical storage areas will be conducted by the responsible department head to ensure inventories are being maintained and safety requirements are adhered to (i.e. eyewash stations, MSDS, books, etc.).

K.  HAZARD COMMUNICATION PROGRAM TRAINING

    1.  Employees

        a.  The Facility Safety Authority will maintain the CCA Team Safety Hazard Communication Program.

        b.  In addition to the CCA Team Safety Hazard Communication Program the Facility Safety Authority will be responsible for:

            i.  Keeping employees informed of their rights and provide information concerning hazardous materials/chemicals. Wherever possible, such training shall take place before initial exposure. All new employees shall be advised of the program during their initial orientation period.

            ii.  Training of those employees who are routinely exposed to hazardous materials/chemicals, in proper control and safe handling procedures on an annual basis, to include emergency procedures.

            iii.  Providing information on proper labeling of hazardous materials/chemicals according to OSHA Standards.

            iv.  Training shall include the availability and use of proper Personal Protective Equipment (PPE), engineering controls, proper work practices, and emergency procedures for the handling of hazardous materials/chemicals. Training shall include the availability and locations of Material Safety Data Sheets (MSDS) at the facility.

    2.  Inmates/Residents

        a.  Employees supervising inmates will be responsible for:

            i.  Keeping the inmate/resident informed of information concerning hazardous materials/chemicals. Inmates/residents assigned to work in an area/department where there is possible exposure to hazardous materials/chemicals shall be provided necessary information regarding

| Page 9 of 10 | OCTOBER 1, 2006 | 8-5 |
|---|---|---|

those hazardous materials/chemicals and the use of PPE. Upon completion of the orientation, the staff member conducting the orientation and the inmate/resident will be required to read and sign the 8-5A Documentation of Inmate Work Place Safety Orientation. Orientation must be completed and documented on the 8-5A for each area/department that the inmate/resident is assigned to work and maintained on file.

**AT THIS FACILITY COMPLETED 8-5A FORMS WILL BE MAINTAINED IN THE FOLLOWING LOCATION:**

> <u>**ORIGINAL TO BE MAINTAINED IN THE INMATE/RESIDENT WORK LOCATION AND A COPY IN THE FSA'S OFFICE.**</u>
>
> <u>**NOTE: UPON TERMINATION/RE-ASSIGNMENT THE ORIGINAL WILL BE MAINTAINED IN THE INMATE'S CENTRAL FILE.**</u>

  ii. The availability and proper use of Personal Protective Equipment (PPE), engineering controls, proper work practices, and emergency procedures for the handling of hazardous chemicals/materials.

L. DISPOSAL

 1. The FSA must approve the method of disposal for all caustic, toxic, of flammable substances.

 2. Special non-combustible containers must be provided for flammable liquids and for cloths used with flammable liquids. These containers must be emptied and cleaned daily.

 3. Cloths may be laundered for re-use only if the cloth has been laid flat and allowed to completely air dry prior to laundering.

M. <u>**AT CALIFORNIA CITY CORRECTIONAL CENTER, ADDITIONAL PROCEDURES ARE:**</u>

<u>**IN ACCORDANCE WITH OFDT FPBDS, THE CONTROL OF ASBESTOS AND LEAD WILL BE IN ACCORDANCE WITH THE 8-5AA ASBESTOS & LEAD AWARENESS PROGRAM.**</u>

**8-5.5 REVIEW:**

The Chief Correction Officer or designee will review this policy on an annual basis.

**8-5.6 APPLICABILITY:**

All CCA Facilities (Provided contractual requirements do not mandate otherwise)

**8-5.7 APPENDICES:**

None

<u>**AT CALIFORNIA CITY CORRECTIONAL CENTER, THE FOLLOWING APPENDIX IS UTILIZED:**</u>

<u>**8-5AA ASBESTOS & LEAD AWARENESS PROGRAM**</u>

**8-5.8 ATTACHMENTS:**

8-5A Documentation of Inmate/Resident Work Place Safety Orientation

**8-5.9 REFERENCES:**

| Page 10 of 10 | OCTOBER 1, 2006 | 8-5 |
|---|---|---|

CCA Policy 2-8

CCA Policy 8-1

CCA Team Safety Manual

**ICE PERFORMANCE-BASED NATIONAL DETENTION STANDARD:**

- **ENVIRONMENTAL HEALTH AND SAFETY (12/02/08)**

ACA Standards.  The ACA Standards for this facility are:

4-4215M/4-ALDF-1C-11M/1-ALDF-1C-10M/3-JTS-3B-05M/3-JCRF-3B-03M/3-JDF-3BM

NFPA 704 Hazard Communication Placard

29 CFR 1910.20 Access to Employee Exposure and Medical Records

29 CFR 1910.1200 Hazard Communication

Title 29 of the Code of Federal Regulations part 1910.20 Access to Employee Exposure and Medical Records.

Title 29 of the Code of Federal Regulations part 1910.1200 Hazard Communication.

**FPBDS F.3.1.b**

Proprietary Information – Not For Distribution – Copyrighted        Property of Corrections Corporation of America

Exhibit 22 Page 216

CCOG00035168