EXHIBIT 23

18-100CC

# WORK/PROGRAM PLAN GUIDELINES

The facility will develop a plan to assign detainees voluntary work and programs with consideration of custody classification levels. At a minimum, the plan must address the areas outlined below.

I. **Facility Expectations**

Describe how facility expectations are explained to the inmates/residents and the procedures inmates/residents must follow to participate in institutional work assignments and programs.

- Upon arrival inmate/residents are oriented on facility procedures including voluntary work/program assignments.
- Inmate/residents interested in working will submit a Request for Assistance form or sign up on the unit's Job Waiting List.
- Unit teams will consider candidates for work assignments after a thorough review of history, current offense, institutional conduct, history of violence, etc. If selected, inmate/residents will be notified by a Unit Team member.

II. **Listing of Approved Work/Programs Assignments**

Every facility will develop and maintain a complete listing of all available work/program assignments that are approved by the Warden/Administrator. This list identifies the work/program assignment, category (1, 2, or 3), level of supervision (direct or intermittent), ICAS or agency equivalent custody level of Low, Moderate or High, location whether inside or outside the secure perimeter, special criteria and the required approval(s).

Job Assignments

| ALPHA (32) | FEMALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 |
| Shower Porter | 4 |
| Sink / Toilet Porter | 4 |
| Floors / Buffer Porter | 4 |
| Barber / Rec Yard Porter | 2 |
| Special Detail | 2 |
| Laundry Porter | 2 |
| Chemical / Staging Porter | 2 |
| Dining Hall Porter | 3 |
| Library/Chapel/Gym Porter | 1 |

| BRAVO (23) | FEMALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 6 |
| Shower Porter | 4 |
| Floors / Buffer Porter | 4 |
| Barber / Rec Yard Porter | 2 |
| Special Detail | 2 |
| Laundry Porter | 2 |
| Dining Hall Porter | 2 |
| Library/Chapel/Gym Porter | 1 |

05/07/13

18-100CC

| CHARLIE 1 (10) | FEMALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 3 |
| Shower Porter | 2 |
| Floors / Buffer Porter | 2 |
| Barber / Rec Yard Porter | 1 |
| Laundry Porter | 1 |
| Chemical / Staging Porter | 1 |

| CHARLIE 2 (1) SEGREGATION | FEMALES |
|---|---|
| Pod Porter | 1 |

| DELTA (3) SEGREGATION | MALES |
|---|---|
| Pod Porters | 3 |

| ECHO (18) | MALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 6 |
| Shower Porter | 2 |
| Floors / Buffer Porter | 2 |
| Barber / Rec Yard Porter | 2 |
| Laundry Porter | 2 |
| Chemical / Staging Porter | 1 |
| Dining Hall Porter | 2 |
| Library/Chapel/Gym Porter | 1 |

| FOX (33) | MALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 |
| Shower Porter | 4 |
| Sink / Toilet Porter | 4 |
| Floors / Buffer Porter | 4 |
| Barber / Rec Yard Porter | 3 |
| Special Detail | 2 |
| Laundry Porter | 2 |
| Chemical / Staging Porter | 2 |
| Dining Hall Porter | 3 |
| Library/Chapel/Gym Porter | 1 |

| GOLF (29) | MALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 |
| Shower Porter | 4 |
| Barber / Rec Yard Porter | 3 |
| Floors / Buffer Porter | 4 |
| Special Detail | 2 |
| Dining Hall Porter | 3 |
| Chemical / Staging Porter | 2 |
| Laundry Porter | 2 |
| Library/Chapel/Gym Porter | 1 |

05/07/13

Proprietary Information -- Not for Distribution -- Copyrighted -- Property of CCA

Exhibit 23 Page 218

CCOG00026288

CONFIDENTIAL

18-100CC

| HOTEL (29) | MALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 |
| Shower Porter | 4 |
| Barber / Rec Yard Porter | 3 |
| Floors / Buffer Porter | 4 |
| Special Detail | 2 |
| Dining Hall Porter | 3 |
| Chemical / Staging Porter | 2 |
| Laundry Porter | 2 |
| Library/Chapel/Gym Porter | 1 |

| JULIET (33) | MALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 |
| Shower Porter | 4 |
| Sink / Toilet Porter | 4 |
| Floors / Buffer Porter | 4 |
| Barber / Rec Yard Porter | 3 |
| Special Detail | 2 |
| Laundry Porter | 2 |
| Chemical / Staging Porter | 2 |
| Dining Hall Porter | 3 |
| Library/Chapel/Gym Porter | 1 |

| KILO (33) | MALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 |
| Shower Porter | 4 |
| Sink / Toilet Porter | 4 |
| Floors / Buffer Porter | 4 |
| Barber / Rec Yard Porter | 3 |
| Special Detail | 2 |
| Laundry Porter | 2 |
| Chemical / Staging Porter | 2 |
| Dining Hall Porter | 3 |
| Library/Chapel/Gym Porter | 1 |

| LIMA (29) | MALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 |
| Shower Porter | 4 |
| Barber / Rec Yard Porter | 3 |
| Floors / Buffer Porter | 4 |
| Special Detail | 2 |
| Dining Hall Porter | 3 |
| Chemical / Staging Porter | 2 |
| Laundry Porter | 2 |
| Library/Chapel/Gym Porter | 1 |

Proprietary Information -- Not for Distribution -- Copyrighted -- Property of CCA

Exhibit 23 Page 219

05/07/13

CCOG00026289

18-100CC

| MARY (29) | MALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 |
| Shower Porter | 4 |
| Barber/ Rec Yard Porter | 3 |
| Floors / Buffer Porter | 4 |
| Special Detail | 2 |
| Dining Hall Porter | 3 |
| Chemical / Staging Porter | 2 |
| Laundry Porter | 2 |
| Library/Chapel/Gym Porter | 1 |

| NANCY (33) | MALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 |
| Shower Porter | 4 |
| Sink / Toilet Porter | 4 |
| Floors / Buffer Porter | 4 |
| Barber / Rec Yard Porter | 3 |
| Special Detail | 2 |
| Laundry Porter | 2 |
| Chemical / Staging Porter | 2 |
| Dining Hall Porter | 3 |
| Library/Chapel/Gym Porter | 1 |

| PAPA POD (33) | MALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 |
| Shower Porter | 4 |
| Sink / Toilet Porter | 4 |
| Floors / Buffer Porter | 4 |
| Barber / Rec Yard Porter | 3 |
| Special Detail | 2 |
| Laundry Porter | 2 |
| Chemical / Staging Porter | 2 |
| Dining Hall Porter | 3 |
| Library/Chapel/Gym Porter | 1 |

| MEDICAL (8) | MALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 |

| MISCELLANIOUS (186) | |
|---|---|
| Admin Detail | 8 |
| Commissary | 6 |
| Intake Detail | 5 |
| Kitchen | 135 |
| Laundry | 12 |
| Maintenance | 4 |
| Medical Porter | 8 |
| Outside Detail | 4 |
| Segregation | 4 |

05/07/13

Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

Exhibit 23 Page 220

CCOG00026290

### III. Position Descriptions

Facilities will maintain an updated set of all work and program assignment position descriptions. Explain how inmates/residents familiarize themselves with the position descriptions and job requirements and qualifications during the assignment process. Identify where position descriptions are located and how inmates/residents are advised of the procedures to apply for or enroll in work/program assignments. Information regarding special programs such as the Therapeutic Community, Faith Based Programs, industries etc. will also be referenced within this section.

**Job Description**

| |
|---|
| **ADMINSTRATIVE DETAIL-** Clean Administrative offices and restrooms. Dust and high dust areas, disinfect all counter tops, sweep and mop as needed. Spot clean walls and scuff marks. Vacuum as needed. |
| **BARBER-** Assigned to cut hair of residents in same pod. Keep space and barber equipment clean and sanitary (i.e. combs, clippers guards). Maintain the barbershop clean and orderly. Barbers are required to work the in pod as recreation yard porters the days they are not used in the gymnasium with the exception of days off. |
| **CHEMICAL/STAGING PORTER-** Clean and organize the pod Janitor Closets. Fill all chemical bottles with the correct cleaning chemical using appropriate personal protective equipment. Stage chemicals and equipment out for use during dayroom clean-up and dorm/cell cleaning. Sweep and mop Janitor Closet Daily. |
| **COMMISARY-WAREHOUSE-** Prepare commissary orders, assist Commissary staff with incoming shipments, sweep, mop and clean commissary storeroom. |
| **DINING HALL PORTERS-** Duties consist of wiping down and disinfecting all tables, chairs, sweeping and cleaning the floor upon completion of meal service. Maintain awareness of allotted time to ensure clean-up is completed in a timely manner. |
| **FLOORS/BUFFERS-** Sweep and mop floors daily. Check corners for collection of dust/dirt. Maintain edges clean by scrubbing and wiping down. Maintain waxed floors by re-waxing, stripping or buffing. |
| **INTAKE-** Maintain space by wiping down and disinfecting all surfaces, holding tanks and sweeping and mopping floors. May prep clothing for initial issue. Wax, strip and buff floors as needed. |
| **KITCHEN** - Prepare and cook/bake all menu items. Deliver meals to pods. Prepare special diets. Maintain the cleanliness and sanitation for the kitchen (i.e. clean walls, sweep, mop, spray counter tops, and scrub inside and out of ovens). Clean and sanitize all food trays, utensils, pots and pans. |
| **LAUNDRY PORTER-** Maintain proper inventory of all laundry loops assigned to pod. Be present for the collecting and issuing of clothes, maintaining a check in/out form. Report any discrepancies. |
| **LIBRARY/CHAPEL/GYM PORTER-**Clean and disinfect restrooms. Wipe down all surfaces. Wipe down tables and chairs, organize. Collect all trash. Restock books. Vacuum, sweep and mop as needed. When there is no program available, porter must assist in pod during clean-up times. |
| **LAUNDRY-** Maintain cleanliness of space by dusting, cleaning, sweeping and moping area. Assist Laundry Officer in loading and unloading washing/drying machines. Deliver and pick up laundry from housing pod. Sort, fold, roll and store clean clothes. |
| **MAINTENANCE-** Work under the direction and supervision of Maintenance Personnel. |
| **MEDICAL** - Maintain cleanliness of space by dusting, cleaning, sweeping and |

05/07/13

| |
|---|
| moping as necessary. Clean/disinfect all holding tanks not occupied and offices as requested. |
| **OUTSIDE DETAIL-** Expected to complete a variety of task to include, cleaning, raking, painting, etc. inside and outside the perimeter of the facility. Alert at all times for hazards and assigned Officer's directives. |
| **POD PORTER-** Wipe and disinfect all tables, phones, chairs, counter tops, couches and the microwave. Clean all windows, doors and hand-rails. Scrub scuff marks off walls and wipe down. Collect all trash. |
| **RECREATION PORTER-**Sweep Recreation yard floor, wipe down the windows and remove all trash. Scrub scuff marks off walls and high dust corners and lights. |
| **SEGREGATION DETAIL-** May be tasked with a variety of assignments including but not limited to, cleaning, waxing, painting, etc. |
| **SHOWER PORTER** -Clean and sanitize showers, remove soap scum as necessary. Maintain shower curtains in good condition, reporting any discrepancies. |
| **SINK/TOILET PORTER-** Remove all trash from each toilet area. Wipe down and disinfect all doors, walls and fixtures in toilet area. Sink areas must be cleaned and disinfected ensuring paper is stocked in all dispensers. Report all discrepancies. |
| **SPECIAL DETAIL-** Assigned to special detail may include but it is not limited to: painting, corridor cleaning, deep cleaning, spot cleaning, etc. |

IV. **Approving Work/Program Assignments**

Describe the process to review and approve work/program assignments. The review and approval process must give consideration to custody classification levels of the inmates/residents. Describe the procedures in place to approve work/program assignments that may be required by contract. Decisions rendered in approving work/program assignments must consider the safety and security of the facility and the general public. This section will also describe the approving authority and the notification process that ensures inmates/residents are advised of the final decision regarding the application for the work/program assignment.

- Unit teams will select inmates/residents eligible for work after reviewing and taking into consideration their classification level, institutional conduct, STG designation, history and specific requirements of the job.

- Inmates/Residents approved to work in assignments categorized as one through three, considered "non-risk" areas, will be selected by Unit Team members.

- Selection of work assignments considered "high-risk" require a thorough assessment of all security factors including classification level, attempted escape or escape, safety and security of the facility and the general public. Unit teams will interview all candidates and select the inmates/residents for final review. Request for final approval will be forwarded to the Chief of Security or higher. Files are reviewed for arrest / past criminal offense and any disciplinary actions.

- Once selected for "high-risk" assignments, identification cards are generated for each inmate/resident identifying their name, picture, agency number and the signature of final approver. The identification cards are maintained in Central Control where they are checked in and out using a chit process by assigned staff. Inmates/residents are required to wear the identification card while on assignment.

05/07/13

18-100CC

- Inmate/residents approved for work programs will be provided with an on-the-job description as well as signing a Voluntary Work Agreement. Inmate/residents will also be informed on responsibilities, reporting procedures, safety, and pay rate and work schedule.
- Pay vouchers are printed and placed in each housing pod identifying inmate/resident's, work assignment, schedule and signature line for both inmate/resident and staff. Unit Management Clerks collect pay vouchers daily, except weekends, and process for payment.
- Inmates/residents that do not meet the guidelines for work opportunities will be notified and advised of reasons they were not selected. If future opportunities exist, the inmate/resident will be notified.

**V.   Reporting Procedures**

Monthly reports of work/program activities may be required by your jurisdiction(s). This section will provide a description of the process used and the staff responsible for monitoring and reporting participation results.

- OMSE work program spread sheet will be used by Unit Management staff and others to track work/program activities. This may be used for statistical purposes as well as tracking detainees work history.

The Warden/Administrator or designee is required to review and approve the Work/Program Plan prior to implementation and then at least annually, or as revisions are made. A copy of the approved plan, and any revisions, will be forwarded to the FSC, Director, Classification & STG

05/07/13

Proprietary Information – Not for Distribution – Copyrighted – Property of CCA
Exhibit 23 Page 223

CCOG00026293

CONFIDENTIAL

18-100CC

## APPROVED WORK/PROGRAM ASSIGNMENTS

| Facility Name | OTAY MESA DETENTION CENTER | | | | | Date | 5/23/2017 |

| Type | Category | Supervision (Direct or Intermittent) | Custody Level (Low, Medium or High) | Location (Indicate Inside or Outside) | Special Criteria (Indicate if High Risk and any other special criteria) | Required Approval(s) |
|---|---|---|---|---|---|---|
| Admin Detail | 1 | Direct | Low | Inside | High Risk | Warden |
| Barber | 3 | Intermittent | Low, Medium, or High | Inside | Barbershop located in Gymnasium. Classification separation still applies. | Unit Team |
| Buffer | 3 | Intermittent | Low, Medium, or High | Inside | | Unit Team |
| Commissary | 2 | Direct | Low, Medium-Low | Inside | | Unit Team |
| Dining Hall Porter | 3 | Direct | Low, Medium or High | Inside | | Unit Team |
| Intake | 2 | Direct | Low, Medium-Low | Inside | | Unit Team |
| Kitchen Worker | 2 | Intermittent | Low, Medium-Low | Inside | Medical Clearance Required | Unit Team |
| Laundry | 2 | Direct | Low, Medium-Low | Inside | | Unit Team |
| Library/Chapel/Gym | 3 | Direct | Low, Medium, or High | Inside | | Unit Team |
| Maintenance | 1 | Direct | Low | Inside | High Risk Direct supervision required when using Class "A" tools | Warden |
| Medical Porter | 2 | Direct | Low, Medium Low | Inside | High Risk | Chief of Security or above |
| Outside Detail | 1 | Direct | Low | Outside | High Risk Direct supervision required when using Class "A" tools | Warden |
| Pod Porter | 3 | Intermittent | Low, Medium, or High | Inside | | Unit Team |
| Segregation Porter | 1 | Direct | Low | Inside | High Risk | Warden |

NOTE: Prior to implementation, this form must be reviewed and approved by the Facility Administrator.

| Administrator Printed Name | F. FIGUEROA | | |
|---|---|---|---|
| Administrator Signature | [signature] | Date | 5/23/2017 |