EXHIBIT 24

18-100CC

# WORK/PROGRAM PLAN GUIDELINES (ICE)

Every facility will develop a plan to assign work and programs with consideration of custody classification levels. At a minimum, the plan must address the following areas:

I. **Facility Expectations**

Describe how facility expectations are explained to the inmates/residents and the procedures inmates/residents must follow to participate in institutional work assignments and programs.

- Upon arrival inmate/residents are oriented on facility procedures including voluntary work/program assignments.
- Inmate/residents interested in working will submit a Request for Assistance form or sign up on the unit's Job Waiting List.
- Unit teams will consider candidates for work assignments after a thorough review of history, current offense, institutional conduct, history of violence, etc. If selected, inmate/residents will be notified by a Unit Team member.

II. **Listing of Approved Work/Programs Assignments**

Every facility will develop and maintain a complete listing of all available work/program assignments that are approved by the Warden/Administrator. This list identifies the work/program assignment, category (1, 2, or 3), level of supervision (direct or intermittent), ICAS or agency equivalent custody level of Low, Moderate or High, location whether inside or outside the secure perimeter, special criteria and the required approval(s).

| ALPHA (32) | ICE | FEMALES |
|---|---|---|
| Assignment | No. | Level |
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 | 1, 2 |
| Shower Porter | 4 | 1, 2 |
| Sink / Toilet Porter | 4 | 1, 2 |
| Floors / Buffer Porter | 4 | 1, 2 |
| Barber / Rec Yard Porter | 2 | 1, 2 |
| Special Detail (corridor, painting, etc.) | 2 | 1, 2 |
| Laundry Porter | 2 | 1, 2 |
| Chemical / Staging Porter | 2 | 1, 2 |
| Dining Hall Porter | 3 | 1, 2 |
| Library/Chapel/Gym Porter | 1 | 1, 2 |

| CHARLIE 1 (11) | ICE | FEMALES |
|---|---|---|
| Assignment | No. | Level |
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 3 | 2, 3 |
| Shower Porter | 2 | 2, 3 |
| Floors / Buffer Porter | 2 | 2, 3 |
| Barber / Rec Yard Porter | 1 | 2, 3 |
| Laundry Porter | 1 | 2, 3 |
| Chemical / Staging Porter | 1 | 2, 3 |

| DELTA (3) | SEGREGATION | MALES |
|---|---|---|
| Assignment | No. | Level |
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 3 | 1, 2, 3 |

18-100CC

# WORK/PROGRAM PLAN GUIDELINES (ICE)

| ECHO (18) | ICE | MALES |
|---|---|---|
| Assignment | No. | Level |
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 6 | 1, 2 |
| Shower Porter | 2 | 1, 2 |
| Floors / Buffer Porter | 2 | 1, 2 |
| Barber / Rec Yard Porter | 2 | 1, 2 |
| Laundry Porter | 2 | 1, 2 |
| Chemical / Staging Porter | 1 | 1, 2 |
| Dining Hall Porter | 2 | 1, 2 |
| Library/Chapel/Gym Porter | 1 | 1, 2 |

| GOLF (29) | ICE | MALES |
|---|---|---|
| Assignment | No. | Level |
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 | 2, 3 |
| Shower Porter | 4 | 2, 3 |
| Barber / Rec Yard Porter | 3 | 2, 3 |
| Floors / Buffer Porter | 4 | 2, 3 |
| Special Detail (corridor, painting, etc.) | 2 | 2, 3 |
| Dining Hall Porter | 3 | 2, 3 |
| Chemical / Staging Porter | 2 | 2, 3 |
| Laundry Porter | 2 | 2, 3 |
| Library/Chapel/Gym Porter | 1 | 2, 3 |

| KILO (33) | ICE | MALES |
|---|---|---|
| Assignment | No. | Level |
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 | 1, 2 |
| Shower Porter | 4 | 1, 2 |
| Sink / Toilet Porter | 4 | 1, 2 |
| Floors / Buffer Porter | 4 | 1, 2 |
| Barber / Rec Yard Porter | 3 | 1, 2 |
| Special Detail (corridor, painting, etc.) | 2 | 1, 2 |
| Laundry Porter | 2 | 1, 2 |
| Chemical / Staging Porter | 2 | 1, 2 |
| Dining Hall Porter | 3 | 1, 2 |
| Library/Chapel/Gym Porter | 1 | 1, 2 |

| HOTEL (29) | ICE | MALES |
|---|---|---|
| Assignment | No. | Level |
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 | 2, 3 |
| Shower Porter | 4 | 2, 3 |
| Barber / Rec Yard Porter | 3 | 1, 2 |
| Floors / Buffer Porter | 4 | 2, 3 |
| Special Detail (corridor, painting, etc.) | 2 | 2, 3 |
| Dining Hall Porter | 3 | 2, 3 |
| Chemical / Staging Porter | 2 | 2, 3 |
| Laundry Porter | 2 | 2, 3 |
| Library/Chapel/Gym Porter | 1 | 2, 3 |

| JULIET (33) | ICE | MALES |
|---|---|---|
| Assignment | No. | Level |
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 | 1, 2 |
| Shower Porter | 4 | 1, 2 |
| Sink / Toilet Porter | 4 | 1, 2 |
| Floors / Buffer Porter | 4 | 1, 2 |
| Barber / Rec Yard Porter | 3 | 1, 2 |
| Special Detail (corridor, painting, etc.) | 2 | 1, 2 |
| Laundry Porter | 2 | 1, 2 |
| Chemical / Staging Porter | 2 | 1, 2 |
| Dining Hall Porter | 3 | 1, 2 |
| Library/Chapel/Gym Porter | 1 | 1, 2 |

12/5/16

Proprietary Information – Not For Distribution – Copyrighted

Property of Corrections Corporation of America

Exhibit 24 Page 226

CCOG00027956

18-100CC

# WORK/PROGRAM PLAN GUIDELINES (ICE)

| MARY (29) | ICE | MALES |
|---|---|---|
| Assignment | No. | Level |
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 | 2, 3 |
| Shower Porter | 4 | 2, 3 |
| Barber/ Rec Yard Porter | 3 | 2, 3 |
| Floors / Buffer Porter | 4 | 2, 3 |
| Special Detail (corridor, painting, etc.) | 2 | 2, 3 |
| Dining Hall Porter | 3 | 2, 3 |
| Chemical / Staging Porter | 2 | 2, 3 |
| Laundry Porter | 2 | 2, 3 |
| Library/Chapel/Gym Porter | 1 | 2, 3 |
| | | |

| PAPA UNIT (33) | ICE | MALES |
|---|---|---|
| Assignment | No. | Level |
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 | 1, 2 |
| Shower Porter | 4 | 1, 2 |
| Sink / Toilet Porter | 4 | 1, 2 |
| Floors / Buffer Porter | 4 | 1, 2 |
| Barber / Rec Yard Porter | 3 | 1, 2 |
| Special Detail (corridor, painting, etc.) | 2 | 1, 2 |
| Laundry Porter | 2 | 1, 2 |
| Chemical / Staging Porter | 2 | 1, 2 |
| Dining Hall Porter | 3 | 1, 2 |
| Library/Chapel/Gym Porter | 1 | 1, 2 |

| NANCY (33) | ICE | MALES |
|---|---|---|
| Assignment | No. | Level |
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 | 1, 2 |
| Shower Porter | 4 | 1, 2 |
| Sink / Toilet Porter | 4 | 1, 2 |
| Floors / Buffer Porter | 4 | 1, 2 |
| Barber / Rec Yard Porter | 3 | 1, 2 |
| Special Detail (corridor, painting, etc.) | 2 | 1, 2 |
| Laundry Porter | 2 | 1, 2 |
| Chemical / Staging Porter | 2 | 1, 2 |
| Dining Hall Porter | 3 | 1, 2 |
| Library/Chapel/Gym Porter | 1 | 1, 2 |

| MEDICAL (8) | ICE/USM | Males |
|---|---|---|
| Assignment | No. | Level |
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 | 1, 2, 3 |

| Miscellaneous (192) | ICE/USM Males/Females | |
|---|---|---|
| Assignment | No. | Level |
| Kitchen | 135 | 1, 2, 3 |
| Outside Detail | 4 | 1 |
| Admin Detail | 8 | 1 |
| R & D Detail | 5 | 1 |
| Commissary | 6 | 1 |
| Laundry | 22 | 1 |
| Medical Porter | 8 | 1 |
| Segregation | 4 | 1 |

| TOTALS | |
|---|---|
| Jobs | 291 |
| Kitchen | 135 |
| Miscellaneous | 57 |
| Total Allotment | 483 |

12/5/16

Proprietary Information – Not For Distribution – Copyrighted   Property of Corrections Corporation of America

Exhibit 24 Page 227

CCOG00027957

18-100CC

# WORK/PROGRAM PLAN GUIDELINES (ICE)

### III. Position Descriptions

Facilities will maintain an updated set of all work and program assignment position descriptions. Explain how inmates/residents familiarize themselves with the position descriptions and job requirements and qualifications during the assignment process. Identify where position descriptions are located and how inmates/residents are advised of the procedures to apply for or enroll in work/program assignments. Information regarding special programs such as the Therapeutic Community, Faith Based Programs, industries etc. will also be referenced within this section.

```
Unit Job Description
```

| |
|---|
| **POD PORTER**- Wipe and disinfect all tables, phones, chairs, counter tops, couches and the microwave. Clean all windows, doors and hand-rails. Scrub scuff marks off walls and wipe down. Collect all trash. |
| **SHOWER PORTER** -Clean and sanitize showers, remove soap scum as necessary. Maintain shower curtains in good condition, reporting any discrepancies. |
| **SINK/TOILET PORTER**- Remove all trash from each toilet area. Wipe down and disinfect all doors, walls and fixtures in toilet area. Sink areas must be cleaned and disinfected ensuring paper is stocked in all dispensers. Report all discrepancies. |
| **FLOORS/BUFFERS**- Sweep and mop floors daily. Check corners for collection of dust/dirt. Maintain edges clean by scrubbing and wiping down. Maintain waxed floors by re-waxing, stripping or buffing. |
| **BARBER / REC YARD PORTER**- Assigned to cut hair of residents in same unit. Keep space and barber equipment clean and sanitary (i.e. combs, clippers guards). Maintain the barbershop clean and orderly. Barbers are required to work the in pod as recreation yard porters the days they are not used in the gymnasium with the exception of days off. |
| **RECREATION PORTER-**Sweep Recreation yard floor, wipe down the windows and remove all trash. Scrub scuff marks off walls and high dust corners and lights. |
| **SPECIAL DETAIL-** Assigned to special detail may include but it is not limited to: painting, corridor cleaning, deep cleaning, spot cleaning, etc. |
| **LAUNDRY PORTER-** Maintain proper inventory of all laundry loops assigned to unit by counting in and out when issuing and collecting clothes. Ensure all loops are properly closed before placing in bin and that the assigned items for that day are sent out. Report any discrepancies. |
| **CHEMICAL/STAGING PORTER-** Clean and organize the pod Janitor Closets. Fill all chemical bottles with the correct cleaning chemical using appropriate personal protective equipment. Stage chemicals and equipment out for use during dayroom clean-up and dorm/cell cleaning. Sweep and mop Janitor Closet Daily. |
| **DINING HALL PORTERS**- Ensure you are first in line to be first to finish to start the clean-up process. Duties consist of wiping down and disinfecting all tables, chairs, sweeping and cleaning the floors. |
| **LIBRARY/CHAPEL/GYM PORTER**-Clean and disinfect restrooms. Wipe down all surfaces. Wipe down tables and chairs, organize. Collect all trash. Restock books. Vacuum, sweep and mop as needed. When there is no program available, porter must assist in unit during clean-up times. |
| **KITCHEN** – Prepare and cook/bake all menu items. Deliver meals to units. Prepare special diets. Maintain the cleanliness and sanitation for the kitchen (i.e. clean walls, sweep, mop, spray counter tops, and scrub inside |

12/5/16

Proprietary Information – Not For Distribution – Copyrighted                    Property of Corrections Corporation of America

Exhibit 24 Page 228

CCOG00027958

# WORK/PROGRAM PLAN GUIDELINES (ICE)

| |
|---|
| and out of ovens).  Clean and sanitize all food trays, utensils, pots and pans |
| **OUTSIDE DETAIL**– Maintain outer and inner perimeter by cleaning parking lot area, pulling weeds, raking dirt, collecting and taking out trash. Outside detail may be used for a variety of miscellaneous jobs such as moving equipment, painting, prepping for facility functions, etc. |
| **ADMINSTRATIVE DETAIL-** Clean Administrative offices and restrooms. Dust and high dust areas, disinfect all counter tops, sweep and mop as needed. Spot clean walls and scuff marks. Vacuum as needed. |
| **INTAKE-** Maintain space by wiping down and disinfecting all surfaces, holding tanks and sweeping and mopping floors. May prep clothing for initial issue. Wax, strip and buff floors as needed. |
| **COMMISARY-WAREHOUSE**- Prepare commissary orders, assist Commissary staff with incoming shipments, sweep, mop, clean commissary storeroom. |
| **LAUNDRY-** Maintain cleanliness of space by dusting, cleaning, sweeping and moping area. Assist Laundry Officer in loading and unloading washing/drying machines. Deliver and pick up laundry from housing unit. Sort, fold, roll and store clean clothes. |
| **MEDICAL –** Maintain cleanliness of space by dusting, cleaning, sweeping and moping as necessary. Clean/disinfect all holding tanks not occupied and offices when requested. |
| **SEGREGATION DETAIL-** May be tasked with a variety of assignments including but not limited to, cleaning, waxing, painting, etc. |

IV.     Approving Work/Program Assignments

Describe the process to review and approve work/program assignments. The review and approval process must give consideration to custody classification levels of the inmates/residents.  Describe the procedures in place to approve work/program assignments that may be required by contract.  Decisions rendered in approving work/program assignments must consider the safety and security of the facility and the general public. This section will also describe the approving authority and the notification process that ensures inmates/residents are advised of the final decision regarding the application for the work/program assignment.

- Unit teams will select inmates/residents eligible for work after reviewing and taking into consideration their classification level, institutional conduct, STG designation, history and specific requirements of the job.

- Inmates/Residents approved to work in assignments categorized as one through three, considered "non-risk" areas, will be selected by Unit Team members.

- Selection of work assignments considered "high-risk" require a thorough assessment of all security factors including classification level, attempted escape or escape, safety and security of the facility and the general public. Unit teams will interview all candidates and select the inmates/residents for final review.  Request for final approval will be forwarded to the Chief of Security or higher. Files are reviewed for arrest / past criminal offense and any disciplinary actions.

- Once selected for "high-risk" assignments, identification cards are generated for each inmate/resident identifying their name, picture, agency number and the signature of final approver. The identification cards are maintained in Central Control where they are checked in and out using a chit process by assigned staff. Inmates/residents are required to wear the identification card while on assignment.

18-100CC

# WORK/PROGRAM PLAN GUIDELINES (ICE)

- Inmate/residents approved for work programs will be provided with an on-the-job description as well as signing a Voluntary Work Agreement. Inmate/residents will also be informed on responsibilities, reporting procedures, safety, and pay rate and work schedule.

- Pay vouchers are printed and placed in each housing unit identifying inmate/resident's, work assignment, schedule and signature line for both inmate/resident and staff. Unit Management Clerks collect pay vouchers daily, except weekends, and process for payment.

- Inmates/residents that do not meet the guidelines for work opportunities will be notified and advised of reasons they were not selected. If future opportunities exist, the inmate/resident will be notified.

V.  **Reporting Procedures**

Monthly reports of work/program activities may be required by your jurisdiction(s).  This section will provide a description of the process used and the staff responsible for monitoring and reporting participation results.

- ??????????????????????????????????


The Warden/Administrator or designee is required to review and approve the Work/Program Plan prior to implementation and then at least annually, or as revisions are made.  A copy of the approved plan, and any revisions, will be forwarded to the FSC, Director, Classification & STG.

18-100C

# APPROVED WORK/PROGRAM ASSIGNMENTS (ICE)

| Facility Name | OTAY MESA DETENTION CENTER (ICE) | | | | | Date | 12/13/16 |

| Type | Category | Supervision (Direct or Intermittent) | ICAS Custody Level (Low, Moderate, or High) | Location (Outside or Inside Secure Perimeter) | Special Criteria (Indicate if High Risk and any other special criteria) | Required Approval(s) |
|---|---|---|---|---|---|---|
| Medical Porters | 1 | Direct | Low | Inside | | Unit Management Team |
| Commissary Porter | 1 | Intermittent | Low | Inside | | Unit Management Team |
| Admin Detail | 1 | Direct | Low | Inside | Access to general public areas (high risk) | Chief of Security or higher |
| Kitchen Workers | 1/2 | Direct | Low- Moderate Low | Inside | Access to a Class B tool | Unit Management Team |
| Housing Unit Workers | 1/2/3 | Intermittent | Low-Moderate-High | Inside | | Unit Management Team |
| Laundry Detail | 1 | Intermittent | Low | Inside | | Unit Management Team |
| Intake Porters | 1 | Intermittent | Low | Inside | | Unit Management Team |
| Perimeter Inside & Outside Detail | 1 | Direct | Low | Outside | Access to Class B tool (high risk) | Chief of Security or higher |
| Segregation Detail | 1 | Direct | Low | Inside | | Unit Management Team |
| Library/Chapel/Gym Porters | 1 | Intermittent | Low | Inside | | Unit Management Team |

NOTE: Prior to implementation, this for must be reviewed and approved by the Warden/Administrator.

| Warden Signature | F. Figueroa | Date | 12/13/16 |