EXHIBIT 26

Otay Mesa Detention Center

# Resident Work Agreement

<div style="border:1px solid">BUFFER</div>

## Duties

1. Follow all safety instructions and posted operational rules. Wear appropriate safety gear.

2. Strip floor of old wax if needed.

3. Lay down wax in a safe manner using proper technique. Maintain upkeep of wax on floors.

4. Buff floors regularly to maintain shine.

5. Keep equipment clean.

6. Other duties as directed by your unit team.


I _____ understand that I am being paid to work for eight (8) hours of work each day. I also understand that I will not be paid if my duties are not completed in a satisfactory manner.

_____   _____   _____
Resident Signature                   A#                    Date

_____   _____
Supervisor Signature                 Date

DAYS OFF: _____/_____

Exhibit 26 Page 232
CCOG00025899