# EXHIBIT 27

Otay Mesa Detention Center

# Resident Work Agreement

## DINING HALL PORTER

## Duties

1. Follow all safety instructions and posted operational rules. Wear appropriate safety gear.

2. It is your responsibility to be towards the front of the chow line such that you can finish your meal and begin cleaning promptly.

2. Wipe off tables in the dining hall at the completion of <u>each meal each day</u> with proper sanitizing chemicals.

3. Attend to any spills present.

4. Pick up any trays left by residents.

5. Empty trash can if needed.

6. Wipe down tables in pod upon returning from meals.

7. Other tasks as directed by dining hall staff and/or your unit team.


I _____ understand that I am being paid to work for eight (8) hours of work each day. I also understand that I will not be paid if my duties are not completed in a satisfactory manner.


_____    _____    _____
Resident Signature           A#                 Date


_____         _____
Supervisor Signature             Date


DAYS OFF: _____/_____

Exhibit 27 Page 233

CCOG00025902