# EXHIBIT 28

Otay Mesa Detention Center

# Resident Work Agreement

## LAUNDRY

## Duties

1. Follow all safety instructions and posted operational rules. Wear appropriate safety gear.

2. Collect dirty clothing and linens on the appropriate days. Laundry is to be placed on loops <u>in</u> the laundry room, loops are <u>not</u> issued out to residents. Maintain accountability of loops.

3. Put laundry out to be picked up by laundry officer.

4. Maintain accountability of linens, blankets and jackets for each cell when those items are washed. Return all laundry to residents. Notify staff if an item is found missing.

5. Keep laundry room clean and organized.

6. Pass back clean laundry when it is returned to the pod.


I _____ understand that I am being paid to work for eight (8) hours of work each day. I also understand that I will not be paid if my duties are not completed in a satisfactory manner.


_____   _____   _____

Resident Signature                                A#                                    Date


_____              _____

Supervisor Signature                                          Date


DAYS OFF: _____/_____

Exhibit 28 Page 234

CCOG00025900