# EXHIBIT 29

Otay Mesa Detention Center

# Resident Work Agreement

## POD PORTER

## Duties

1. Follow all safety instructions and posted operational rules. Wear appropriate safety gear.

2. Wipe off kiosks and microwaves with appropriate chemicals.

3. Clean all unit rails and stairways.

4. Empty all trash cans and replace trash bags.

5. Clean satellite medical clinic with staff supervision.

6. Sweep and/or dust mop floors on top and bottom tiers.

7. Other tasks as directed by your unit team.

I _____ understand that I am being paid to work for eight (8) hours of work each day. I also understand that I will not be paid if my duties are not completed in a satisfactory manner.

_____    _____    _____
Resident Signature         A#                Date

_____    _____
Supervisor Signature       Date

DAYS OFF: _____/_____

Exhibit 29 Page 235

CCOG00025903