EXHIBIT 30

Otay Mesa Detention Center

# Resident Work Agreement

**RECREATION, WINDOWS & DOORS**
**(BARBER'S RESPONSIBILITIES ON NON-HAIRCUT DAYS)**

## Duties

1. Follow all safety instructions and posted operational rules. Wear appropriate safety gear.

2. Sweep recreation yard, wipe windows and pick up trash.

3. Wash recreation yard windows twice per week.

4. Wipe down pod windows and windows on doors and all window ledges.

5. Complete high dusting inside the pod at least once a week.

6. Clean any splashes or spills on the doors.

7. Other tasks as directed by your unit team.


I _____ understand that I am being paid to work for eight (8) hours of work each day. I also understand that I will not be paid if my duties are not completed in a satisfactory manner.


_____   _____   _____

Resident Signature                            A#                              Date


_____   _____

Supervisor Signature                          Date


DAYS OFF: _____/_____

Exhibit 30 Page 236
CCOG00025901