# EXHIBIT 31

Otay Mesa Detention Center

# Resident Work Agreement

## SHOWER PORTER

## Duties

1. Follow all safety instructions and posted operational rules. Wear appropriate safety gear.

2. Clean all unit showers using proper sanitizing chemicals.

3. Ensure there is no soap scum present on any metal fixtures in the showers (ie. handicap seats, railings) or on the walls.

4. Scrub shower grates.

5. Clean drains at direction of your unit team.

6. Ensure the showers are free of hair, soap pieces and other debris.

7. Other tasks as directed by dining hall staff and/or your unit team.


I _____ understand that I am being paid to work for eight (8) hours of work each day. I also understand that I will not be paid if my duties are not completed in a satisfactory manner.


_____    _____    _____
Resident Signature           A#                  Date


_____              _____
Supervisor Signature                Date


DAYS OFF: _____/_____

Exhibit 31 Page 237

CCOG00025904