EXHIBIT 32

| ![CoreCivic] | POLICY TITLE | **Food Service Operations** | | |
|---|---|---|---|---|
| | CHAPTER | 11 | POLICY NUMBER | 11-1 | Page **1** of 28 |
| | EFFECTIVE DATE | | SUPERSEDES DATE | |
| | FEBRUARY 3, 2014 | | MARCH 11, 2011<br>MARCH 14, 2013 – 11-1(01) | |
| SIGNATURE ON FILE AT FACILITY SUPPORT CENTER<br>Harley G. Lappin<br>Executive Vice President/Chief Corrections Officer | FACILITY NAME | **OTAY MESA DETENTION CENTER** | | |
| SIGNATURE ON FILE AT FACILITY SUPPORT CENTER<br>Steven E. Groom<br>Executive Vice President/General Counsel | FACILITY EFFECTIVE DATE | | FACILITY SUPERSEDES DATE | |
| | JUNE 30, 2017 | | JULY 15, 2016 | |

**11-1.1  POLICY:**

It is the policy of CoreCivic to serve meals, under employee supervision, that will be nutritionally balanced, well-planned, prepared, served, and delivered in a manner that meets established governmental and safety codes while adhering to ADA, NAS, ACA, NCCHC, local, state, and federal requirements and, if applicable, contractor requirements/standards/guidelines/policies. Food service operations in CoreCivic facilities may be contracted.

**11-1.2  AUTHORITY:**

CoreCivic Company Policy

**11-1.3  DEFINITION:**

Therapeutic/Special Diet – A diet prepared and served to inmates/residents according to the orders of the treating physician or as directed by the responsible health authority.

Religious Diet – A diet prepared and served to inmates/residents according to religious beliefs that require adherence to religious dietary laws and are approved by the Chaplain.

Qualified Nutritionist or Dietitian – An individual registered, or eligible for registration, by the Commission on Dietetic Registration.

ADA – American Dietetic Association

NAS – National Academy of Science

ACA – American Correctional Association

NCCHC – National Commission on Correctional Health Care

**AT THIS FACILITY, ADDITIONAL DEFINITIONS ARE:**

> **COOK FOREMAN – FOR THE PURPOSE OF THIS POLICY, THE FACILITY EQUIVALENT FOR THE POSITION ENTITLED "COOK FOREMAN" IN ICE PERFORMANCE-BASED NATIONAL DETENTION STANDARD (PBNDS) 4.1 IS ASSISTANT FOOD SERVICE MANAGER.**
>
> **FOOD SERVICE ADMINISTRATOR – IN ACCORDANCE WITH ICE PBNDS 4.1, THE OFFICIAL RESPONSIBLE FOR PLANNING, CONTROLLING, DIRECTING AND EVALUATING FOOD SERVICE DEPARTMENT OPERATIONS. FOR THE PURPOSE OF THIS POLICY, THE FACILITY EQUIVALENT FOR THE POSITION ENTITLED IN ICE PBNDS 4.1 AS "FOOD SERVICE ADMINISTRATOR" IS FOOD SERVICE MANAGER.**

**11-1.4  PROCEDURES:**

**PROCEDURES INDEX**

| SECTION | SUBJECT |
|---|---|
| A | Staffing |

---

CONFIDENTIAL

| B | Management |
|---|---|
| C | Budgeting and Purchasing |
| D | Maintenance of Records |
| E | Nutritional Adequacy |
| F | Menu Planning |
| G | Meal Preparation |
| H | Therapeutic/Special Diets |
| I | Religious Diets |
| J | Meal Service |
| K | Food Service Variations |
| L | Health and Safety Regulations |
| M | Inspection and Control of Food Products |
| N | Facilities/Equipment |
| O | Inspections |
| P | Storage |
| Q | Temperatures |
| R | Security |
| S | Incidents |
| T | Monitoring |
| U | Reporting |
| V | ATF Section |

A.   STAFFING

1.   Staffing for the Food Service Department shall meet minimum staffing patterns outlined by the facility or as specified by the prime contract. When food services are contracted, staffing patterns are indicated in the Contractor Agreement.

2.   All hiring practices will be consistent with CoreCivic Policies 3-20-1 Career Opportunities (Internal Applicants) and 3-20-2 Career Opportunities (External Applicants). Contracted employees will be required to provide necessary documentation to the facility Manager, Human Resources, in order to maintain employment within a facility as well as any prime contract requirements.

3.   The 11-1K Food Service Scheduling form will be utilized to schedule all inmate/resident workers.

4.   **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

   | <u>NONE</u> |
   |---|

B.   MANAGEMENT

1.   Food service operations will be supervised by a full-time employee who has a minimum of three (3) years experience in food service management and is certified in sanitation. *(4-4313/4-ALDF-4A-04)*

2.   The Food Service Manager should have the resources, authority, and responsibility to provide food service for the facility.

3.   To enhance the operation of the Food Service Department, a weekly meeting will be conducted between the Warden/Administrator and/or designee and the Food Service Manager. An agenda will be developed for each meeting (see 11-1AA Food Service Meeting Agenda Sample) and meeting minutes shall be maintained by the Food Service Manager and available for review upon request.

| Page 3 of 28 | FEBRUARY 3, 2014 | 11-1 |
|---|---|---|

    a.   If extenuating circumstances exist that prevent a meeting from being held, the reason must be documented.

4.   The Food Service Manager's responsibilities include, but are not limited to:

    a.   Planning, controlling, directing, and evaluating food service operations;

    b.   Training and developing food service staff and inmates/residents;

    c.   Ensuring compliance with standards of sanitation, safety, and security;

    **IN ACCORDANCE WITH PBNDS 4.1 FOOD SERVICE, ADDITIONAL PROCEDURES ARE OUTLINED IN THE 11-1GG GENERAL AND ENVIRONMENTAL SANITATION AND SAFETY APPENDIX**

    d.   Adhering to the approved nutritionally-adequate menus and evaluating acceptance of the menus by the inmate/resident population;

    e.   Adhering to specifications for the procurement of food, equipment, and supplies; and

    f.   Adhering to a training program that ensures operational efficiency and a high quality food program.

C.    BUDGETING AND PURCHASING

1.   The Food Service Manager will employ specific food service budgeting, purchasing, and accounting practices to include, but not limited to:

    a.   Food expenditure cost accounting designed to determine cost per meal per inmate/resident;

    b.   Estimation of food service requirements;

    c.   Purchase of supplies at wholesale or other favorable prices and conditions, when possible;

    d.   Determination of and responsiveness to inmate/resident eating preferences; and

    ***e.***   Refrigeration of food, with specific storage periods. ***(4-4314/4-ALDF-4A-05)***

2.   Inventory

    a.   The master-cycle menu will be used to determine an established inventory of food and supplies for the facility.

    b.   A physical inventory of food and supplies will be completed once per month at a minimum.

    c.   Inventory levels will be monitored and may be periodically adjusted to correct excesses or shortages of food and supplies.

    d.   All food service staff are responsible for assisting in the security of food and supplies from the point of receipt until expended.

3.   **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

| |
|---|
| **IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE:** |
| **a.**   **WHILE THE FOOD SERVICE MANAGER SHALL BASE INVENTORY LEVELS ON FACILITY NEEDS, EACH FACILITY SHALL ALWAYS STOCK A FIFTEEN (15) DAY FOOD SUPPLY AT A MINIMUM.** |

CONFIDENTIAL

> **b.** **INVENTORY LEVELS SHALL BE ESTABLISHED, MONITORED, AND PERIODICALLY ADJUSTED TO CORRECT EXCESSES OR SHORTAGES.**
>
> **c.** **ACCOUNTING OF FOOD AND SUPPLIES CAN BE ACCOMPLISHED THROUGH A PERPETUAL INVENTORY RECORD.**
>
> **d.** **A PHYSICAL INVENTORY OF STORAGE AREAS WILL BE CONDUCTED AT LEAST QUARTERLY.**
>
> **e.** **AN OFFICIAL INVENTORY OF THE ENTIRE FOOD SERVICE DEPARTMENT MUST BE CONDUCTED ANNUALLY.**

D. MAINTENANCE OF RECORDS

1. Accurate records will be maintained of all meals served **(4-4315/4-ALDF-4A-06)** and shall include:

   a. Number, cost, and type of meals served to inmates/residents, employees, guests, and visitors;

   b. Published menus, information on waste, food costs, nutritional accounting, and notation of food products grown or produced in the system;

   c. An annual budget plan for equipment necessary to meet food service requirements;

   d. Documentation to support annual review and approval, by a qualified nutritionist or dietitian, of all meals served.  The registered dietitian will include the nutritional adequacy of the menu and menu planning effectiveness; and

   e. Documentation of safety training records that show food service personnel receive safety training, at a minimum, in accident prevention, first aid, knife storage (where applicable), and use of safety devices, to include the fire extinguisher will be maintained.

2. All records will be maintained in accordance with CoreCivic Policy 1-15, Retention of Records.

E. NUTRITIONAL ADEQUACY

1. Nutritional adequacy of menus, to include therapeutic/special diets and religious diets, will be reviewed and signed at least annually by a qualified nutritionist or dietitian to ensure menus meet nationally recommended allowances for basic nutrition for appropriate age groups.  **(4-4316M/4-ALDF-4A-07M)**

   **AT THIS FACILITY, ADDITIONAL NUTRITIONAL ADEQUACY REQUIREMENTS MANDATED BY THE CONTRACTING AGENCY ARE AS FOLLOWS:**

   > **IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, IF THE MASTER CYCLE MENUS CHANGE SIGNIFICANTLY DURING THE YEAR, THE MENUS WILL BE RE-EVALUATED AS OUTLINED IN E.1. ABOVE TO ENSURE NUTRITIONAL VALUES ARE MAINTAINED.**

2. Facilities adhering to NCCHC standards shall have a registered or licensed dietitian review regular and medical diets for nutritional adequacy at least every six (6) months and whenever a substantial change in the menus is made.  Review may take place through a documented on-site visit or by written consultation.  Either way, written

documentation of menu reviews includes the date, signature, and title of the consulting dietitian(s). *(P-F-02/J-F-02)*

3. Menu evaluations will be conducted at least quarterly by the Food Service Manager to verify adherence to established basic daily servings. Menu evaluations shall include a review of the quarter's 11-1B Menu Substitution Logs. The quarterly review shall indicate that substitutions were reviewed and that the substitutes comply with the approved list for nutritional replacement.

4. Nutritional adequacy, as adjusted for age, sex, and activity, shall meet or exceed the recommended nutritional adequacies published by the National Academy of Sciences.

F. MENU PLANNING

1. All menus and special diets are planned, dated, and available for review at least one (1) week in advance.

   a. The master-cycle menu will be posted in the Food Service Department.

   b. Meals shall substantially follow the menu plan.

   c. In preparation of all meals, consideration will be given to food flavor, texture, temperature, appearance, palatability, and culturally diverse populations. *(4-4317/4-ALDF-4A-08)*

   d. **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

> **IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE:**
>
> - **A STANDARD THIRTY-FIVE (35) DAY MENU CYCLE SHALL BE USED.**
>
> - **CARE MUST BE TAKEN TO ENSURE THAT CULTURALLY DIVERSE MEALS ARE PROVIDED IN SUCH PORTIONS AS TO BE NUTRITIONALLY ADEQUATE.**

2. In the event menu substitutions are required, the Food Service Manager or designated supervisor will contact the Warden/Administrator or designee (during normal business hours) or the Administrative Duty Officer (after hours) via telephone a minimum of two (2) meal periods prior to the menu substitution. Menu substitutions will provide equal nutritional value. The 11-1A Menu Substitution Notification will be completed electronically and e-mailed to the Warden/Administrator and the individual contacted prior to completion of the shift.

3. Menu substitutions will be documented on the 11-1B Menu Substitution Log and forwarded to the Warden/Administrator or designee for review and signature each month. A copy of the completed 11-1B will be maintained in the Food Service Department. Menu substitutions will provide equal nutritional value. *(4-ALDF-4A-08)*

4. A master file of tested recipes shall be maintained in the Food Service Department and the Administration Area.

5. A file of food purchasing specifications should be maintained on the premises.

6. Food shall be served as soon as possible after preparation and at an appropriate temperature.

7. At least three (3) meals (including two (2) hot meals) shall be provided at regular meal times during each twenty-four (24) hour period, with no more than fourteen (14) hours between the evening meal and breakfast. A sample tray of the general population meal

CONFIDENTIAL

| Page 6 of 28 | FEBRUARY 3, 2014 | 11-1 |

will be prepared and maintained in the freezer for a period of twenty-four (24) hours. Variations may be allowed based on weekend and holiday food service demands provided basic nutritional goals are met. *(4-4328/4-ALDF-4A-18)*

a.    Sack meals shall not be served for more than one (1) meal daily, unless security issues require such action.

**IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, ADDITIONAL PROCEDURES ARE:**

i.    **WHEN WEEKEND AND/OR HOLIDAY MEAL SCHEDULES DIFFER FROM THE WEEKDAY SCHEDULE, DETAINEES IN THE SMU SHALL RECEIVE A CONTINENTAL BREAKFAST OR REGULAR BREAKFAST ITEMS. BRUNCH SERVICE SHALL CONFORM TO THE BREAKFAST MEAL PATTERN, AND DINNER SERVICE TO THE NOON OR EVENING MEAL PATTERN.**

ii.   **SACK MEALS SHALL BE PROVIDED FOR DETAINEES BEING TRANSPORTED FROM THE FACILITY, DETAINEES ARRIVING OR DEPARTING BETWEEN SCHEDULED MEAL HOURS.**

- **SACK MEALS SHALL BE OF THE SAME QUALITY AS OTHER MEALS PREPARED BY THE FOOD SERVICE.**

- **DETAINEE VOLUNTEERS ASSIGNED IN THE FOOD SERVICE SHALL NOT BE INVOLVED IN PREPARING SACK MEALS FOR TRANSPORTATION, THEY MAY PREPARE SACK MEALS FOR ON-SITE CONSUMPTION.**

- **MEMBERS OF THE FOOD SERVICE STAFF SHALL PREPARE SACK MEALS FOR DETAINEES WHO ARE BEING TRANSPORTED.**

  - ➢ **WHENEVER POSSIBLE, THE FOOD SERVICE DEPARTMENT SHALL PACK SACK MEALS INTENDED FOR TRANSPORT IN DISPOSABLE "SNACK BOXES" THAT ARE DESIGNED FOR PROPER PLACEMENT OF CONTENTS AND TO AFFORD MAXIMUM PROTECTION DURING HANDLING, PACKAGING, AND TRANSPORTING.**

  - ➢ **IF NECESSARY, PAPER BAGS MAY BE USED.**

  - ➢ **SACK LUNCHES SHALL BE STORED IN A SECURED, REFRIGERATED AREA UNTIL PICKUP.**

- **TRANSPORTATION STAFF WILL PICK UP ALL SACK MEALS PREPARED FOR DETAINEE TRANSPORTS. BEFORE DEPARTING THE FOOD SERVICE AREA, THE TRANSPORTATION STAFF SHALL INSPECT THE SACKS FOR QUALITY OF CONTENTS, PROPER WRAPPING, AND CORRECT INDIVIDUAL COUNTS.**

8.    Inmates/residents in segregation shall be served the same food as the general population.  Alternative meal service may be provided to an inmate/resident in segregation who uses food or food service equipment in a manner that is hazardous to self, employees, or other inmates/residents.  Alternative meal service is on an individual basis, is based on health or safety considerations only, meets basic nutritional requirements, and occurs with the written approval of the Warden/Administrator or designee and responsible health authority or designee.  The substitution period shall not exceed seven (7) days. *(4-4264)*

CCOG00002677

9. Employees shall be served the same food as the inmates/residents. Employee meals shall be documented in accordance with the following procedures:

    a. All employees must sign the 11-1C Daily Staff Meal Accountability Form prior to receiving any meal. Employees shall ensure that guests/visitors of the facility sign the form as well prior to receiving any meal.

    b. Employees are allowed one (1) meal per meal period (for example, if an employee is scheduled during breakfast and lunch, then they would receive one (1) meal at breakfast and one (1) meal at lunch). Modifications (i.e. extra portions, food not included in the menu, etc.) of the meal are prohibited unless otherwise approved by the Warden/Administrator.

    c. Should a person be unable to pick up a meal from the dining area, an employee may be authorized to deliver the meal to them. Only authorized staff may pick up meals for other employees. The authorized staff member delivering the meal shall sign the 11-1C Daily Staff Meal Accountability Form and provide justification for receipt of the meal.

    d. All completed forms are to be forwarded to the Business Manager/Manager, Operations Finance, for review and signature.

10. The Food Service Manager shall ensure that an adequate supply of food is on hand to comply with the Food Service Contingency Plan in the event of an emergency.

11. **IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, ADDITIONAL PROCEDURES REGARDING MEALS FOR FOOD SERVICE WORKERS ARE:**

    a. **THE FOOD SERVICE SUPERVISOR SHALL ESTABLISH A MEAL SCHEDULE FOR DETAINEE WORKERS.**

    b. **DETAINEE WORKERS SHALL RECEIVE THE SAME FOOD AS OTHER DETAINEES. DETAINEE WORKERS SHALL NOT BE ALLOWED TO PREPARE "SPECIAL" DISHES OR CONDIMENTS FOR THEIR OWN OR OTHER DETAINEE'S CONSUMPTION.**

    c. **DETAINEE WORKERS ASSIGNED TO THE STAFF DINING ROOM MAY BE ALLOWED TO EAT IN THAT AREA. ALL OTHER DETAINEE WORKERS SHALL EAT IN THE MAIN DINING ROOM. FOR FACILITIES WITHOUT A MAIN DINING ROOM, THE FOOD SERVICE SUPERVISOR SHALL DESIGNATE AN AREA FOR INMATE/RESIDENT WORKERS TO CONSUME THEIR MEAL.**

G. MEAL PREPARATION

1. All food service workers, both employees and inmates/residents, will be trained in meal preparation of regular, therapeutic/special, and religious diets. Meal preparation training shall include information on appropriate substitutions.

2. The Food Service Manager or designee is responsible for taking measures to prepare for meals in advance, such as:

    a. Separating and labeling dry storage items (excluding bread) three (3) days in advance;

    b. Chopping vegetables for recipes the day prior to use; and

    c. Preparing compound salads (pasta salad, potato salad, etc.) and desserts (gelatin, cakes, etc.) the day prior to use.

| Page 8 of 28 | FEBRUARY 3, 2014 | 11-1 |
|---|---|---|

**NOTE:**  Those facilities limited on space will make every effort to prepare for the meal in advance.

3.    Thawing Food

Food must be thawed as follows:

a.    Under refrigeration that maintains food temperature at thirty-five degrees (35°F) to forty degrees Fahrenheit (40°F) or below;

b.    Under running water at seventy degrees Fahrenheit (70°F) or below; or

c.    By cooking (to include microwave cooking).

**IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, ADDITIONAL PROCEDURES ARE:**

- **WHEN THAWING UNDER RUNNING WATER, THE WATER VELOCITY MUST BE SUFFICIENT TO FLOAT OFF LOOSE PARTICLES IN AN OVERFLOW AND THE PERIOD OF TIME THAWED CANNOT ALLOW THAWED PORTION OF READY-TO-EAT OR RAW ANIMAL FOODS TO RISE ABOVE FORTY-ONE DEGREES (41°F) FAHRENHEIT.  THE ALLOWED PERIODS FOR THAWING INCLUDE THE TIME THE FOOD IS EXPOSED TO THE RUNNING WATER, THE TIME TO PREPARE FOR COOKING, AND/OR THE TIME IT TAKES UNDER REFRIGERATION TO COOL THE FOODS TO FORTY-ONE DEGREES (41°F) FAHRENHEIT.**

- **WHEN THAWING BY COOKING, CONTINUOUS COOKING MUST BE CONDUCTED THROUGHOUT THE PROCESS.**

- **AT NO TIME SHALL POTENTIALLY HAZARDOUS FOOD THAW AT ROOM TEMPERATURE.**

4.    Food shall be prepared with minimal manual contact.  Food service workers shall thoroughly wash fruits and vegetables with fresh water before cooking or serving raw food.

5.    Potentially hazardous foods (e.g. whole or part milk, milk products, eggs, meat, poultry, fish or shellfish, or other high protein foods, etc.) shall be prepared from chilled ingredients whenever feasible.

6.    Cross-Contamination

a.    To prevent cross-contamination, separate cutting boards must be used for raw and cooked foods.  Cutting boards must be washed, rinsed, and sanitized between each use.

    i.    Color-coded cutting boards, which reduce the rise of cross-contamination, may be used as determined by the Food Service Manager.

b.    To prevent cross-contamination, food service workers who prepare or serve food shall not be assigned to clean latrines, garbage cans, sewers, drains, grease traps, or other duties when performing meal preparation duties.

**IN ACCORDANCE WITH APPLICABLE US FOOD CODES:**

**CUTTING OR PIERCING PARTS OF CAN OPENERS SHALL BE KEPT SHARP TO MINIMIZE THE CREATION OF METAL FRAGMENTS THAT CAN CONTAMINATE FOOD WHEN THE CONTAINER IS OPENED.**

CONFIDENTIAL

**SINKS, BASINS, OR OTHER RECEPTACLES USED FOR WASHING AND RINSING EQUIPMENT, UTENSILS, OR RAW FOODS AND DRAIN BOARDS OR OTHER EQUIPMENT USED TO SUBSTITUTE FOR DRAIN BOARDS SHALL BE CLEANED BEFORE USE, THROUGHOUT THE DAY AT A FREQUENCY NECESSARY TO PREVENT RECONTAMINATION OF EQUIPMENT AND UTENSILS AND TO ENSURE THE EQUIPMENT PERFORMS ITS INTENDED FUNCTION; AND IF USED AT LEAST EVERY 24 HOURS.**

7. A clean utensil must be used for each taste-testing conducted during meal preparation. Once the utensil has been used it must be disposed of or washed, as appropriate, and will not be used again.

8. Food service staff and inmate/resident workers involved in meal preparation must ensure that foods are cooked at the required temperatures.

9. All pre-cooked, potentially hazardous, refrigerated, or frozen food intended for re-heating shall be heated rapidly to an internal temperature of 165° or higher for a minimum of fifteen (15) seconds.

10. Food service staff shall use thermometers to ensure the attainment and maintenance of proper internal cooking, holding, or refrigeration temperatures of potentially hazardous foods.

11. **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

> **IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, STEAM, TABLES, WARMER AND SIMILAR HOT FOOD HOLDING EQUIPMENT IS PROHIBITED FOR THE RAPID REHEATING OF POTENTIALLY HAZARDOUS FOODS.**

H. THERAPEUTIC/SPECIAL DIETS *(4-4318M/4-ALDF-4A-09M)*

1. Therapeutic/special diets shall be provided as prescribed by appropriate clinicians. Therapeutic/special diets shall be prepared and served to inmates/residents according to the orders of the treating clinician or as directed by the responsible health authority.

2. Prescriptions for therapeutic/special diets should be specific and complete (i.e. include the type of diet, the duration for which it is to be provided, and special instructions, if any), furnished in writing, on the 13-85A Therapeutic/Special Diet Request, electronic diet report, or similar contracting agency form (if required), to the Food Service Manager. *(P-F-02/J-F-02)*

   a. Therapeutic/special diets should be kept as simple as possible and should conform as closely as possible to the food served other inmates/residents.

   b. Therapeutic/special diets shall be rewritten annually for adult facilities and monthly for juvenile facilities.

3. A copy of each 13-85A, electronic diet report, or similar contracting agency form (if required), shall be maintained in the Food Service Department for the duration of the prescribed therapeutic/special diet.

4. On a weekly basis, the Health Services Administrator (HSA) or designee will ensure that the Food Service Manager is provided an updated therapeutic diet roster or electronic equivalent.

5. Inmates/residents on any therapeutic/special diet shall be monitored regularly to ensure compliance with the prescribed diet. When inmates/residents refuse prescribed diets, the Health Services Department is notified so that follow-up nutritional counseling can be provided. *(P-F-02/J-F-02)*

CCOG00002680

CONFIDENTIAL

| Page 10 of 28 | FEBRUARY 3, 2014 | 11-1 |
|---|---|---|

6. A therapeutic/special diet manual will be available in the health services and food services areas for reference and information.

7. Workers who prepare therapeutic/special diets are trained in preparing the diets, including appropriate substitutions and portions. **(P-F-02/J-F-02)**

8. **AT THIS FACILITY, ADDITIONAL THERAPEUTIC/SPECIAL DIET REQUIREMENTS MANDATED BY THE CONTRACTING AGENCY ARE AS FOLLOWS:**

> **IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE:**
>
> - **ONCE PRESCRIBED, THE THERAPEUTIC DIET SHALL BE MADE AVAILABLE TO THE INMATE/RESIDENT BY THE NEXT BUSINESS DAY.**
>
> - **THE FOOD SERVICE SUPERVISOR WILL BE NOTIFIED, IN WRITING, ANY TIME AN ICE DETAINEE ON A THERAPEUTIC DIET REFUSES THE SPECIAL MEAL OR ACCEPTS THE REGULAR MEAL FROM THE MAIN FOOD SERVICE LINE.**

I. RELIGIOUS DIETS

1. Religious diets shall be provided for inmates/residents whose religious beliefs require adherence to religious dietary laws. **(4-4319/4-ALDF-4A-10)**

2. Religious diets shall be approved by the Chaplain. In the absence of a full-time Chaplain, the Warden/Administrator may authorize a qualified individual to approve religious diets. **(4-ALDF-4A-10)**

**IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, WHEN CONSIDERING DENYING A REQUEST BY A DETAINEE TO PARTICIPATE IN THE RELIGIOUS DIET PROGRAM, OR REMOVAL OF A DETAINEE FROM THE RELIGIOUS DIET PROGRAM, THE FACILITY ADMINISTRATOR, OR HIS/HER DESIGNEE, SHALL CONSULT WITH THE LOCAL ICE FIELD OFFICE DIRECTOR (FOD) PRIOR TO DENYING THE REQUEST OR PRIOR TO REMOVING A DETAINEE FROM THE PROGRAM.**

- **IN ADDITION, ONCE A DETAINEE HAS BEEN APPROVED FOR A RELIGIOUS DIET PROGRAM, HE OR SHE MAY NOT BE REMOVED FROM THE PROGRAM WITHOUT PRIOR CONSULTATION WITH AND CONCURRENCE FROM THE FOD. DENIAL OR REMOVAL FROM A RELIGIOUS DIET MUST BE DOCUMENTED WITH THE DATE AND REASON, AND MUST BE APPROVED BY THE FACILITY ADMINISTRATOR. THE DOCUMENTATION SHOULD ALSO INCLUDE THE DATE OF FOD CONCURRENCE.**

a. Religious diet approvals should be specific and complete, and furnished to the Food Service Manager, via email, as approved. Once an inmate/resident has been placed on a religious diet, the 11-1M Religious Diet List will be updated.

i. **IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, THE CHAPLAIN OR RELIGIOUS SERVICES COORDINATOR AND FOOD SERVICE MANAGER SHALL ISSUE SPECIFIC WRITTEN INSTRUCTIONS FOR THE IMPLEMENTATION OF THE DIET AS SOON AS PRACTICABLE AND WITHIN TEN (10) BUSINESS DAYS OF VERIFICATION.**

CONFIDENTIAL

    b.    By the 5th day of each month, the Chaplain will review and update the 11-1M Religious Diet List and email a copy to the Food Service Manager.

3.    Religious diets should be kept as simple as possible and should conform as closely as possible to the food served other inmates/residents.

4.    **AT THIS FACILITY, ADDITIONAL RELIGIOUS DIET REQUIREMENTS MANDATED BY THE CONTRACTING AGENCY ARE AS FOLLOWS:**

> **IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, ADDITIONAL RELIGIOUS DIET REQUIREMENTS FOR ICE DETAINEES ARE OUTLINED IN THE 11-1EE ICE COMMON FARE, RELIGIOUS FASTS, AND SEASONAL OBSERVANCES.**
>
> **WHILE EACH REQUEST FOR RELIGIOUS DIET ACCOMMODATION IS TO BE DETERMINED ON A CASE-BY-CASE BASIS, ICE ANTICIPATES THAT FACILITIES WILL GRANT THESE REQUESTS UNLESS AN ARTICULABLE REASON EXISTS TO DISQUALIFY SOMEONE FOR RELIGIOUS ACCOMMODATION OR THE DETAINEE'S PRACTICE POSES A SIGNIFICANT THREAT TO THE SECURE AND ORDERLY OPERATION OF THE FACILITY.**
>
> **IN THE CASE OF AN UNORTHODOX REQUEST, THE CHAPLAIN OR RELIGIOUS SERVICES COORDINATOR IS ENCOURAGED TO CONSULT ESTABLISHED CLERGY CONTACTS IN THE COMMUNITY TO DETERMINE WHETHER A REQUEST PERTAINING TO A PARTICULAR FAITH IS APPROPRIATE.  FACILITIES MAY EMPLOY DIFFERENT MECHANISMS TO DETERMINE IF A DETAINEE'S REQUEST SHOULD BE GRANTED; HOWEVER, THE DETERMINATION MAY NOT IMPOSE A SUBSTANTIAL BURDEN ON A DETAINEE'S RELIGIOUS EXERCISE OR NECESSITATE LENGTHY QUESTIONNAIRES OR NUMEROUS INTERVIEWS.**
>
> **RESPONSE TO THE REQUEST FOR A RELIGIOUS DIET MUST BE PROVIDED IN A TIMELY MANNER, AND DOCUMENTED.  ABSENT AN ARTICULABLE REASON TO DENY THE REQUEST, THE PRESUMPTION MUST BE THAT THE DETAINEE'S REQUEST CONSTITUTES A LEGITIMATE EXERCISE OF RELIGIOUS BELIEF AND PRACTICE.**

J.    MEAL SERVICE

1.    Pre-Meal/Post-Meal Meetings

    a.    The Food Service Manager and/or designated supervisor will be responsible for managing the meal service by conducting pre-meal and post-meal meetings for each meal served.

        i.    Pre-meal meetings should include discussion/observation of the following:

- Worker assignments;
- Food quality and quantity;
- Line set-up;
- Tray set-up;
- Use of appropriate utensils;
- Food temperature checks;

    •     Preparation of sample tray;

    •     Special diet review; and

    •     Any other items deemed necessary by the person conducting the meeting.

ii.    Post-meal meetings should include discussion/observation of the following:

    •     Issues related to meal service;

    •     Proper wrapping, dating, and storage of leftovers; and

    •     Any other items deemed necessary by the person conducting the meeting.

    b.    All personnel and inmates/residents involved in the meal serving process are required to attend the meeting.  In the event the facility serves meals via satellite, employees and/or inmates/residents in satellite serving locations are not required to attend the meeting.

2.    Meals are prepared, delivered, and served under staff supervision.  The serving of meals should be under conditions that minimize regimentation.  **(4-4326/4-ALDF-4A-17)**

3.    When dining halls are available, meals will be served in the dining hall for all general population inmates/residents except when security or safety considerations justify otherwise.  **(4-4327)**

    a.    The dining area should provide normal group eating facilities and conversation should be permitted during dining hours and meals should not be served in cells unless necessary for safety and security.

    b.    Facility security/program personnel shall be responsible for inmate/resident management and supervision of the dining areas during meal services.

4.    When dining halls all not available at a facility, meals will be served in the housing areas.

5.    **IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, ADDITIONAL PROCEDURES ARE OUTLINED IN APPENDIX 11-1FF FOOD SERVICE DINING ROOM/SATELLITE MEAL OPERATIONS.**

K.    FOOD SERVICE VARIATIONS

1.    Food shall not be used as a disciplinary measure. **(4-4320)**

2.    All inmates/residents except those on therapeutic/special diets, religious diets, or alternative meal service shall be issued the same meals.

3.    Food shall not be withheld, nor the standard menu varied, as a disciplinary sanction for an individual inmate/resident.  This does not preclude rewarding groups of inmates/residents with special foods in return for special services or under special circumstances.

    a.    Inmates/residents in segregation shall not have their meal portions increased or decreased based on behavior.

4.    Variances may be made for emergency and/or security reasons.

L.    HEALTH AND SAFETY REGULATIONS

CONFIDENTIAL

| Page 13 of 28 | FEBRUARY 3, 2014 | 11-1 |
|---|---|---|

1.  Training

The Food Service Manager is responsible for ensuring pre-assignment and on-going training conducted and documented for all persons working in the Food Service Department.  All employees, contractors, and inmate/resident workers are trained in the use of food service equipment and in the safety procedures to be followed in the Food Service Department.  *(4-4321-1/4-ALDF-4A-12)*

a.  Pre-assignment and on-going training for employees will be conducted and documented on the 4-2A Training Activity Enrollment/Attendance Roster, with a copy provided to the facility Training Manager.  At a minimum, pre-assignment training will include:

    i.  Job Description Review;

    ii.  Food Service Department Rules and Regulations;

    iii.  Food Safety;

    iv.  Accident Prevention;

    v.  Use of Safety Equipment;

    vi.  Chemical Usage;

    vii.  Floor Care;

    viii.  Sanitation and Hygiene Issues;

    ix.  Food Service Space and Equipment – Proper Operation and Cleaning;

    x.  Knife Storage (if applicable);

    xi.  First Aid;

    xii.  Use of Safety Devices;

    xiii.  Use of Fire Extinguisher; and

    xiv.  Other areas as determined by the Food Service Manager or designee.

b.  Pre-assignment training for inmates/residents will be documented on the 11-1E Inmate/Resident Pre-Assignment Training Record and shall include the following:

    i.  Job Description Review;

    ii.  Food Service Department Rules and Regulations;

    iii.  Food Safety;

    iv.  Accident Prevention;

    v.  Use of Safety Equipment;

    vi.  Chemical Usage;

    vii.  Floor Care;

    viii.  Sanitation and Hygiene Issues;

    ix.  Proper Cleaning Procedures for Food Service Space and Equipment; and

    x.  Other areas as determined by the Food Service Manager or designee.

CONFIDENTIAL

| Page 14 of 28 | FEBRUARY 3, 2014 | 11-1 |
|---|---|---|

**IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, COMPLETED COPIES OF THE 11-1E FORMS FOR ICE DETAINEES WILL BE PLACED IN THE DETAINEE'S DETENTION FILE.**

2.   Meetings

Food service employees should attend regular meetings to discuss accident prevention and analyze major accidents to prevent recurrence.   In addition, the Food Service Manager will participate in the facility's Team Safety Committee as outlined in CoreCivic Policy 8-2 Facility Safety Authority/Team Safety Program.

3.   Health Protection

a.   Adequate health protection shall be maintained for all inmates/residents and employees in the facility, and inmates/residents and other persons working in the Food Service Department, including the following:

i.   Where required by laws and/or regulations, applicable to food service employees in the community where the facility is located, all persons involved in the preparation of food receive a pre-assignment medical examination and periodic re-examinations to ensure freedom from diarrhea, skin infections, and other illnesses transmissible by food or utensils; all examinations are conducted in accordance with local requirements.

- **IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, THE FACILITY ADMINISTRATOR SHALL DOCUMENT THAT FOOD SERVICE PERSONNEL HAVE RECEIVED A PRE-EMPLOYMENT MEDICAL EXAMINATION TO IDENTIFY COMMUNICABLE DISEASES THAT MAY CONTRAINDICATE FOOD SERVICE WORK.**

- **THE MEDICAL DEPARTMENT SHALL DOCUMENT DETAINEES' CLEARANCE FOR FOOD SERVICE WORK PRIOR TO THEIR ASSUMING FOOD SERVICE DUTIES. THE FOOD SERVICE DEPARTMENT SHALL REFER TO THE MEDICAL DEPARTMENT DETAINEES THAT HAVE BEEN ABSENT FROM WORK FOR REASONS OF COMMUNICABLE ILLNESS, FOR A DETERMINATION OF MEDICAL CLEARANCE PRIOR TO RESUMING FOOD SERVICE WORK.**

ii.   When the facility's food services are provided by an outside agency or individual, the facility will have written verification that the outside provider complies with the state and local regulations regarding food service.

iii.   All food handlers are instructed to wash their hands with soap and hot water upon reporting to duty, before preparing food, after using toilet facilities, and after touching contaminated surfaces.

iv.   Inmates/residents and other persons working in food service will be monitored daily for health and cleanliness by the Food Service Manager or designee.   In the event of an unhealthy appearance or open wounds by any individual assigned to work in the food service area, the individual will be released from duty until an updated medical clearance has been received. *(4-4322M/4-ALDF-4A-13M)*

CCOG00002685

CONFIDENTIAL

| Page 15 of 28 | FEBRUARY 3, 2014 | 11-1 |
|---|---|---|

    b.    All employees and inmates/residents will be tested for TB annually.  Any person having a positive result on the TB test will be restricted from working in the Food Service Department until the facility receives written documentation from the applicable outside health department or a qualified health professional approving return to the Food Service Department.

    c.    **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

> **IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE:**
>
> - **DETAINEE FOOD SERVICE WORKERS WORKING IN FOOD PREPARATION AREAS OR ON THE SERVING LINE SHALL BE PROVIDED WITH AND REQUIRED TO USE CLEAN WHITE UNIFORMS.**
>
> - **. _"UNLESS THE FACILITY ADMINISTRATOR ESTABLISHES OTHER POLICY, THE DETAINEE FOOD WORKER UNIFORM SHALL CONSIST OF THE FOLLOWING:   WHITE, SHORT-SLEEVED, SUMMER-TYPE UNIFORM SHIRT AND PANTS; SAFETY WORK SHOES, AND A WHITE PAPER HAT OR WHITE CAP. WHITE APRONS OR SMOCKS OF EITHER CLOTH OR DISPOSABLE PLASTIC MAY BE PART OF THE UNIFORM."_**
>
> - **_AT THIS FACILITY A HAIR NET IS SUBSTITUTED FOR THE WHITE PAPER HAT OR WHITE CAP._**
>
> - **ALL FOOD SERVICE PERSONNEL WORKING IN THE FOOD SERVICE DEPARTMENT SHALL BE PROVIDED WITH AND REQUIRED TO USE APPROVED RUBBER-SOLED SAFETY SHOES.**
>
> - **DETAINEES WITH FACIAL HAIR SHALL BE REQUIRED TO WEAR BEARD GUARDS WHEN WORKING IN FOOD PREPARATION AND SERVING AREAS.**
>
> - **DETAINEES WORKING IN GARBAGE, DISH MACHINE, PAN-WASHING AREAS, ETC. SHALL BE REQUIRED TO WEAR RUBBER OR PLASTIC APRONS SUITED TO THE TASK AND RUBBER BOOTS, FOR SANITATION AND SAFETY.**
>
> - **DETAINEES WORKING IN REFRIGERATED AND FREEZER AREAS SHALL BE PROVIDED APPROPRIATELY INSULATED CLOTHING.**
>
> **NEITHER STAFF NOR DETAINEES SHALL USE TOBACCO IN A FOOD SERVICE WORK AREA.  IF THEY USE TOBACCO IN A SMOKING-PERMITTED AREA, THEY SHALL WASH THEIR HANDS BEFORE RESUMING WORK.**
>
> **USMS:  IN ACCORDANCE WITH FPBDS, FOOD SERVICE EMPLOYEES/WORKERS ARE REQUIRED TO:**
>
> - **REPORT INFORMATION ABOUT THEIR HEALTH AND ACTIVITIES AS THEY RELATE TO DISEASES THAT ARE TRANSMISSIBLE THROUGH FOOD, IN A TIMELY MANNER AND SUFFICIENT DETAIL TO REDUCE THE RISK OF FOODBORNE DISEASE TRANSMISSION. FPBDS D.2.2**
>
> - **CLEAN THEIR HANDS AND EXPOSED PORTIONS OF THEIR ARMS IMMEDIATELY BEFORE ENGAGING IN FOOD PREPARATION INCLUDING WORKING WITH EXPOSED FOOD,**

CCOG00002686

CONFIDENTIAL

| Page 16 of 28 | FEBRUARY 3, 2014 | 11-1 |
|---|---|---|

CLEAN EQUIPMENT, AND UTENSILS. FPBDS D.2.3

> ➢ HANDS ARE TO BE CLEANED IN A HAND WASHING SINK OR APPROVED AUTOMATIC HAND WASHING FACILITY AND MAY NOT BE CLEANED IN A SINK USED FOR FOOD PREPARATION OR WARE WASHING, OR IN A SERVICE SINK OR A CUBED CLEANING FACILITY USED FOR THE DISPOSAL OF MOP WATER AND SIMILAR LIQUID WASTE. FPBDS D.2.4

- WEAR CLEAN OUTER CLOTHING TO PREVENT CONTAMINATION OF FOOD, EQUIPMENT, UTENSILS, LINENS, AND SINGLE-SERVICE AND SINGLE-USE ARTICLES. FPBDS D.2.5

- WEAR HAIR RESTRAINTS SUCH AS HATS, HAIR COVERINGS OR NETS, BEARD RESTRAINTS, AND CLOTHING TO KEEP THEIR HAIR FROM CONTACTING EXPOSED FOOD; CLEAN EQUIPMENT, UTENSILS, AND LINENS. FPBDSD.2.6

FOOD SERVICE EMPLOYEES AND DETAINEE WORKERS SHALL EAT OR DRINK ONLY IN DESIGNATED AREAS WHERE CONTAMINATION OF EXPOSED FOOD, CLEAN EQUIPMENT, UNTENSILS OR OTHER ITEMS CANNOT OCCUR. FPBDS D.2.7

M. INSPECTION AND CONTROL OF FOOD PRODUCTS

1. Food products that are grown or produced within the system are inspected and approved by the appropriate government agency. *(4-4323/4-ALDF-4A-14)* Government inspection of food grown in inmate/resident gardens and used in food service is not required where the garden is not part of a larger agriculture operation and the inmate/resident does not work full-time at food production for use by the inmate/resident population. All garden-grown food should, however, be inspected by food service employees prior to use.

2. A distribution system ensures prompt delivery of food products to facility food service departments. *(4-4323/4-ALDF-4A-14)*

3. Food products shall meet or surpass government inspection levels, and the distribution system shall ensure that they are delivered when fresh and in a condition for optimum food service.

4. Incoming shipments will be inspected, prior to storage, to ensure products are free from damage, contamination, and/or pest infestation. Such products will be promptly removed to a separate area pending disposal.

   IN ACCORDANCE WITH APPLICABLE US FOOD CODES, INCOMING SHIPMENTS SHALL ALSO BE INSPECTED FOR EVIDENCE OF PREVIOUS TEMPERATURE ABUSE.

   IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, ADDITIONAL PROCEDURES ARE:

   - WEEKLY DELIVERIES OF FRESH PRODUCE, MEAT, AND OTHER PERISHABLE ITEMS SHALL BE INSPECTED FOR FRESHNESS, QUALITY, AND GENERAL APPEARANCE. STAFF SHALL SUPPLEMENT THEIR INSPECTIONS OF PERISHABLES WITH RANDOM CHECKS OF WEIGHT, COUNT, SIZE, ETC.

CONFIDENTIAL

| Page 17 of 28 | FEBRUARY 3, 2014 | 11-1 |

- **ALL FOOD SERVICE PERSONNEL MUST BE AWARE OF THE VALUE OF THE INVENTORY AND OF HIS/HER RESPONSIBILITY FOR THE SECURITY OF THESE GOODS UPON RECEIPT.**

5.   Cans of food that are bulging at the ends, swelling, leaking, or showing abnormalities will not be served.

6.   Foods that have abnormal color, taste, or appearance shall not be served.

7.   Controlled items (such as sugar, yeast, nutmeg, raisins, fruit and any other items which are used for the manufacture of contraband beverages) will be the joint responsibility of the Food Service Manager and the Chief of Security.  These types of items will be maintained in a secure storage area and will be issued to an employee only when needed for a recipe.

**IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, ADDITIONAL PROCEDURES ARE:**

a.   **A 2-8B PERPETUAL INVENTORY FORM WILL BE MAINTAINED FOR THE RECEIPT AND ISSUANCE OF ALL CONTROLLED FOOD ITEMS.  YEAST INVENTORIES WILL BE DOCUMENTED IN POUNDS AND OUNCES.**

b.   **EMPLOYEES SHALL DIRECTLY SUPERVISE THE USE OF CONTROLLED FOOD ITEMS.**

c.   **PURCHASE ORDERS FOR CONTROLLED FOOD ITEMS SHALL SPECIFY THE SPECIAL-HANDLING REQUIREMENTS FOR DELIVERY AND SHALL BE MARKED "HOT".**

8.   **IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, ADDITIONAL PROCEDURES ARE:**

a.   **PASTEURIZED MILK AND MILK PRODUCTS WILL BE OBTAINED FROM APPROVED FACILITIES ONLY AND SHALL MEET FEDERAL STANDARDS FOR QUALITY.**

b.   **RECONSTITUTED DRY MILK AND DRY MILKS PRODUCTS MAY BE USED FOR COOKING AND BAKING PURPOSES, IN INSTANT DESSERTS, AND IN WHIPPED ITEMS.  IF RECONSTITUTED IN-HOUSE, THE DRY MILK AND MILK PRODUCTS SHALL ONLY BE USED FOR COOKING PURPOSES.**

c.   **POWDERED MILK RECONSTITUTED IN AN APPROVED MILK-DISPENSING MACHINE OR "MECHANICAL COW" MAY BE USED FOR DRINKING PURPOSES.  TO ENSURE WHOLESOMENESS, AN APPROVED LABORATORY SHALL TEST MILK PRODUCED IN THE MECHANICAL COW TWICE MONTHLY FOR PRESENCE OF BACTERIA.   THE MECHANICAL COW SHALL BE DISASSEMBLED, CLEANED, AND SANITIZED BEFORE AND AFTER EACH USE.**

d.   **POWDERED MILKSHAKE OR ICE CREAM MIX, RECONSTITUTED IN AN APPROVED ICE CREAM MACHINE, MAY BE USED.  AN APPROVED LABORATORY SHALL TEST DAIRY-BASED PRODUCTS PRODUCED IN THE MACHINE FOR THE PRESENCE OF BACTERIA MONTHLY.  THE ICE CREAM MACHINE SHALL BE DISASSEMBLED, CLEANED, AND SANITIZED BEFORE AND AFTER EACH USE.**

e.   **LIQUID, FROZEN, AND DRY EGG PRODUCTS ARE PASTEURIZED AT TEMPERATURES HIGH ENOUGH TO DESTROY PATHOGENIC ORGANISMS THAT MIGHT BE PRESENT; HOWEVER BECAUSE OF THE**

CCOG00002688

| Page 18 of 28 | FEBRUARY 3, 2014 | 11-1 |
|---|---|---|

POSSIBILITY OF CONTAMINATION OR RECONTAMINATION AFTER OPENING, THAWING, OR RECONSTITUTION, THESE PRODUCTS SHALL BE PRIMARILY USED IN COOKING AND BAKING.

f.   NON-DAIRY CREAMING, WHITENING, OR WHIPPING AGENTS MAY BE RECONSTITUTED IN-HOUSE ONLY IF IMMEDIATELY STORED IN SANITIZED, COVERED CONTAINERS NOT LARGER THAN ONE (1) GALLON, AND COOLED TO FORTY-ONE DEGREES (41°F) FAHRENHEIT WITHIN FOUR (4) HOURS OF PREPARATION.

g.   FOOD AND ICE SHALL BE PROTECTED FROM DUST, INSECTS AND RODENTS, UNCLEAN UTENSILS AND WORK SURFACES, UNNECESSARY HANDLING, COUGHS AND SNEEZES, FLOODING, DRAINAGE, OVERHEAD LEAKAGE AND OTHER SOURCES OF CONTAMINATION.  PROTECTION SHALL BE CONTINUOUS, WHETHER THE FOOD IS IN STORAGE, IN PREPARATION, ON DISPLAY OR IN TRANSIT.

h.   THE FACILITY SHALL ESTABLISH A WRITTEN STOCK ROTATION SCHEDULE.

N.   FACILITIES/EQUIPMENT

1.   Facilities

Food service facilities shall meet all standards and requirements set by qualified professional or governmental bodies.

2.   Equipment

a.   All equipment shall be of such material, design, workmanship, or installation to permit full compliance with regulations.

b.   Equipment and hood systems shall be kept clean and in good repair at all times.  Food service areas and equipment (to include pots, pan, and food trays) will be cleaned after each use.

i.   Each facility will establish additional cleaning requirements for all food service areas and equipment by developing a Monthly Deep Cleaning Schedule (see 11-1BB Sample).

ii.   After washing, pots, pans, and food trays will be stacked or placed on a drying rack in a manner that allows for air drying.

iii.   **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, THE FOOD SERVICE MANAGER WILL ENSURE THE DEEP CLEANING SCHEDULE IS POSTED FOR EASY REFERENCE.

DRY, CLEAN CLOTHS MAY ONLY BE USED TO POLISH UTENSILS AFTER THEY HAVE BEEN AIR-DRIED.

c.   Mobile equipment maintained under the kitchen hood, must be tethered to ensure that gas and electric lines cannot be pulled loose.

d.   All food storage units must be equipped with accurate easy-to-read thermometers.

IN ACCORDANCE WITH APPLICABLE US FOOD CODES:

**EQUIPMENT COMPONENTS SUCH AS DOORS, SEALS, HINGES, FASTENERS, AND KICK PLATES SHALL BE KEPT INTACT, TIGHT, AND ADJUSTED IN ACCORDANCE WITH MANUFACTURER'S SPECIFICATIONS.**

**EQUIPMENT, FOOD-CONTACT SURFACES, NON-FOOD-CONTACT SURFACES, AND UTENSILS SHALL BE CLEAN TO SIGHT AND TOUCH.**

**FOOD-CONTACT SURFACES OF COOKING EQUIPMENT AND PANS SHALL BE KEPT FREE OF ENCRUSTED GREASE DEPOSITS AND OTHER SOIL ACCUMULATIONS.**

**NON-CONTACT FOOD SURFACES OR EQUIPMENT SHALL BE KEPT FREE OF AN ACCUMULATION OF DUST, DIRT, FOOD RESIDUE, AND OTHER DEBRIS.**

**LUBRICATING AND REASSEMBLING**

- **FOOD-CONTACT SURFACES MUST BE LUBRICATED IN A MANNER THAT DOES NOT INTRODUCE CONTAMINANTS TO THOSE SURFACES.**

- **EQUIPMENT MUST BE REASSEMBLED IN A WAY THAT FOOD-CONTACT SURFACES ARE NOT CONTAMINATED.**

**IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, NEW HEATING AND/OR REFRIGERATION EQUIPMENT PURCHASES SHALL INCLUDE A ZONE-TYPE THERMOMETER WITH TEMPERATURE GRADUATIONS. REFRIGERATION EQUIPMENT SHALL BE DESIGNED AND OPERATED TO MAINTAIN A TEMPERATURE OF FORTY-ONE DEGREES (41°F) FAHRENHEIT OR BELOW.AT OTAY MESA DETENTION CENTER, ADDITIONAL PROCEDURES IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE ARE:**

    e.    In the event a piece of equipment/fixture becomes damaged, an 11-1N Equipment Damage Worksheet will be completed to aid in determining cause of damages and to develop methods to prevent future damages.

3.    Hazardous Materials

    a.    Only those toxic and caustic materials required for cleaning of the facility, equipment, and utensils shall be used in the Food Service Department.

    b.    All toxic, flammable, and caustic materials shall be segregated from food products and stored in a locked and labeled cabinet or room.

    c.    Toxic, flammable, and caustic materials shall not be used in a manner that could contaminate food, equipment, or utensils or could pose a hazard to individuals working with, or consuming, food service products.

O.    INSPECTIONS

All areas and equipment related to food preparation (for instance, ranges, ovens, refrigerators, mixers, dishwashers, garbage disposals, etc.) require frequent inspections to ensure their sanitary and operating condition.

1.    Daily Inspection

    a.    Food service employees will conduct daily inspections of the Food Service Department and satellite serving areas and equipment. Each facility will develop and utilize a Daily Closing Inspection (see 11-1CC Sample).

    b.    The Food Service Manager will be responsible for reviewing and signing the completed daily inspections forms.

2.    Weekly Inspections

CONFIDENTIAL

| Page 20 of 28 | FEBRUARY 3, 2014 | 11-1 |
|---|---|---|

a. Weekly inspections of all food service areas shall be conducted, including dining and food preparation areas and equipment, by administrative, medical, or dietary personnel; these include the person supervising food service operations or his/her designee. **(4-4324M/4-ALDF-4A-15M)** Copies of all inspections shall be forwarded to the Facility Safety Authority and must include corrective action for all deficiencies.

    i. **IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, THE FACILITY ADMINISTRATOR SHALL IMPLEMENT WRITTEN PROCEDURES REQUIRING THE FOOD SERVICE ADMINISTRATOR OR DESIGNEE TO CONDUCT THE WEEKLY INSPECTIONS WHICH, IN ADDITION TO THE AREAS CITED ABOVE, INCLUDES STORAGE AREAS**.

b. The Food Service Manager is responsible for conducting a weekly follow-up of all identified deficiencies.

3. Monthly Inspections

a. In addition to monthly inspections required by CoreCivic Policy 8-6 Safety Inspections, the Food Service Manager, Facility Safety Authority, and Maintenance Supervisor will conduct a monthly inspection of the Food Service Department. Each facility will develop a facility specific inspection form (see 11-1DD Monthly Food Service Inspection Sample).

b. A plan of action will be developed by the supervisor responsible for the correction (e.g. Maintenance Supervisor for maintenance issues, Facility Safety Authority for safety issues, Food Service Manager for food service issues, etc.) in accordance with CoreCivic Policy 1-22 Plan of Action, for all identified deficiencies. The supervisor responsible for the correction will conduct a weekly follow-up on all outstanding plans of action.

4. Outside Independent Inspections

An outside independent source will verify that all food service facilities and equipment meet established health and safety codes. When deficiencies are found, corrective actions will be taken. **(4-4321/4-ALDF-4A-11)**

5. **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

> **IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, FIXED FIRE-SUPPRESSION SYSTEMS SHALL BE INSPECTED BY A QUALIFIED CONTRACTOR EVERY SIX (6) MONTHS.**
>
> **AN INDEPENDENT, EXTERNAL INSPECTOR SHALL CONDUCT ANNUAL INSPECTIONS TO ENSURE THAT FOOD SERVICE FACILITIES AND EQUIPMENT MEET GOVERNMENTAL HEALTH AND SAFETY CODES.**

P. STORAGE

1. All food supplies not in preparation are to be stored in a locked, clean, well-ventilated room, which is free from vermin. Food products will not be stored in locker rooms, restrooms, dressing rooms, garbage rooms, mechanical rooms, or under sewer lines, potentially leaking water lines, or other sources of contamination.

2. Dry food supplies will be stored in a clean, dry, ventilated room not subject to waste water backflow or other contamination.

CCOG00002691

CONFIDENTIAL

| Page 21 of 28 | FEBRUARY 3, 2014 | 11-1 |
|---|---|---|

3.      All food items shall be stored a minimum of six (6) inches off the floor and eighteen (18) inches from the ceiling, in properly sealed packaging.  The use of wooden pallets is prohibited for permanent storage.

4.      A locked storage area separate from food supplies will be provided for soaps, detergents, waxes, cleaning compounds, etc.

5.      Inmate/resident workers are prohibited from bringing personal items to the food service area. Clothing items (e.g. uniforms, jackets, coats, rubber boots, etc.) will not be stored in food service area used for preparation, storage, and serving of food or areas where utensils are washed and stored.

6.      **IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, ADDITIONAL PROCEDURES ARE:**

         a.      **STORAGE ROOMS MUST BE KEPT DRY AND COOL (FORTY-FIVE TO EIGHTY DEGREES [45-80°F] FAHRENHEIT) TO PREVENT SWELLING OF CANNED GOODS AND GENERAL SPOILAGE.**

         b.      **REFRIGERATORS**

                 i.      **BUTTER, MILK, EGGS, AND CREAM SHALL BE SEPARATED FROM FOODS HAVING STRONG ODORS.  EGGS SHALL NOT BE SUBJECTED TO FREEZING TEMPERATURES.**

                 ii.      **REFRIGERATION UNITS SHALL BE KEPT UNDER LOCK AND KEY.**

         **IN ACCORDANCE WITH US FOOD CODES:**

         **THE IMPROPER STORAGE OF CLEAN AND SANITIZED EQUIPMENT, UTENSILS, AND SINGLE-SERVICE AND SINGLE-USE ARTICLES MAY ALLOW CONTAMINATION BEFORE THEIR INTENDED USE.  CONTAMINATION CAN BE CAUSED BY MOISTURE FROM ABSORPTION, FLOODING, DRIPPAGE, OR SPLASH.  IT CAN ALSO BE CAUSED BY FOOD DEBRIS, TOXIC MATERIALS, LITTER, DUST, AND OTHER MATERIALS.  THE CONTAMINATION IS OFTEN RELATED TO UNHYGIENIC EMPLOYEE PRACTICES, UNACCEPTABLE HIGH-RISK STORAGE LOCATIONS, OR IMPROPER CONSTRUCTION OF STORAGE FACILITIES.**

Q.      TEMPERATURES

Refrigerator and water temperatures are checked daily by administrative, medical, or dietary personnel.  *(4-4324M/4-ALDF-4A-15)*  At a minimum, food temperatures are checked prior to serving and storage.  To ensure proper temperatures are obtained, calibration of thermometers will be performed and recorded at least once per day.  Calibration will also be performed any time a thermometer has been dropped.

1.      Prepared Meals

         Temperature checks must be documented on all prepared meals to include cooked temperature, holding temperature, and serving temperature in accordance with established industry standards and/or local health codes.  When using satellite tray service, serving temperatures may be replaced by time control mechanisms as determined by local health codes.

         **AT THIS FACILITY, IN ACCORDANCE WITH ESTABLISHED INDUSTRY STANDARDS AND/OR LOCAL HEALTH CODES, THE PROPER COOKED TEMPERATURE, HOLDING TEMPERATURE, AND SERVING TEMPERATURE ARE:**

CCOG00002692

CONFIDENTIAL

| Page 22 of 28 | FEBRUARY 3, 2014 | 11-1 |
|---|---|---|

**IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, COOKED TEMPERATURES WILL BE AS FOLLOWS:**

a. **RAW EGGS, FISH, MEAT AND FOODS CONTAINING THESE ITEMS – ONE-HUNDRED-FORTY-FIVE DEGREES (145°F) FAHRENHEIT OR HIGHER.**

b. **GAME ANIMALS, COMMINUTED (GROUND) FISH AND MEATS, INJECTED MEATS AND EGGS NOT INTENDED FOR IMMEDIATE CONSUMPTION – ONE-HUNDRED-FIFTY-FIVE DEGREES (155°F) FAHRENHEIT OR HIGHER.**

c. **STUFFING CONTAINING FISH, MEAT, OR POULTRY – ONE-HUNDRED-SIXTY-FIVE DEGREES (165°F) FAHRENHEIT OR HIGHER.**

d. **ROAST BEEF AND CORNED BEEF – ONE-HUNDRED-FORTY-FIVE DEGREES (145°F) FAHRENHEIT OR HIGHER.**

**HOLDING TEMPERATURE - REHEATED FOODS MAY BE MAINTAINED AT ONE-HUNDRED-FORTY DEGREES (140°F) FAHRENHEIT ON A HEATED STEAM LINE OR EQUIVALENT WARMING EQUIPMENT.**

2.  Leftover Food Items

    a.  Temperature checks must be documented for all leftovers to ensure that they reach proper cooling in accordance with established industry standards and/or local health codes.

        **AT THIS FACILITY, IN ACCORDANCE WITH ESTABLISHED INDUSTRY STANDARDS AND/OR LOCAL HEALTH CODES, THE PROPER COOLING TEMPERATURE FOR LEFTOVERS IS:**

        **IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE:**

        i. **POTENTIALLY HAZARDOUS FOODS MUST BE COOLED FROM ONE-HUNDRED-FORTY DEGREES (140°F) TO SEVENTY DEGREES (70°F) FAHRENHEIT WITHIN TWO (2) HOURS OF COOKING, AND FROM SEVENTY DEGREES (70°F) TO FORTY-ONE DEGREES (41°F) FAHRENHEIT WITHIN FOUR (4) HOURS.**

        ii. **FOODS PREPARED FORM INGREDIENTS AT AMBIENT TEMPERATURE, SUCH AS RECONSTITUTED FOODS AND CANNED TUNA, MUST BE COOLED TO FORTY-ONE DEGREES (41°F) FAHRENHEIT WITHIN TWO (2) HOURS OF COOKING/ PREPARATION.**

        iii. **TIME AND TEMPERATURE REQUIREMENTS FOR COOLING CAN BE MET BY USING AND OR ALL OF THE FOLLOWING TECHNIQUES TO EXPEDITE COOLING:**

        • **PLACING THE FOOD IN A SHALLOW PAN;**

        • **SEPARATING FOOD INTO SMALLER OR THINNER PORTIONS;**

        • **USING RAPID COOLING EQUIPMENT;**

        • **STIRRING THE FOOD IN A CONTAINER PLACED IN AN ICE WATER BATH;**

**Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic**

Exhibit 32 Page 259

CCOG00002693

| Page 23 of 28 | FEBRUARY 3, 2014 | 11-1 |
|---|---|---|

- • **USING CONTAINERS THAT FACILITATE HEAT TRANSFER;**
- • **ADDING ICE AS AN INGREDIENT; AND/OR**
- • **USING A COMMERCIAL BLAST-CHILLER.**

iv. **DURING COOLING, THE FOOD CONTAINERS SHALL BE ARRANGED IN COOLING OR COLD-HOLDING EQUIPMENT IN A WAY THAT MAXIMIZES HEAT TRANSFER THROUGH THE WALLS OF THE CONTAINERS.**

v. **FOOD PROTECTED FROM OVERHEAD CONTAMINATION SHALL BE LEFT UNCOVERED DURING THE COOLING PERIOD. IF THE RISK OF OVERHEAD CONTAMINATION EXISTS, THE FOOD MUST BE LOOSELY COVERED TO FACILITATE HEAT TRANSFER FROM THE SURFACE OF THE FOOD.**

vi. **PREPARED FOOD ITEMS THAT HAVE NOT BEEN PLACED ON THE SERVING LINE MAY BE RETAINED FOR NO MORE THAN TWENTY-FOUR (24) HOURS. LEFTOVERS OFFERED FOR SERVICE A SECOND TIME SHALL NOT BE RETAINED FOR LATER USE, BUT SHALL BE DISCARDED IMMEDIATELY AFTER OFFERING. ALL LEFTOVERS SHALL BE LABELED TO IDENTIFY THE PRODUCT, PREPARATION DATE, AND TIME.**

b.   **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

> NONE

3.   Stored Food Items *(4-4325/4-ALDF-4A-16)*

a.   Unless national or state health codes specify otherwise, refrigerator, freezer, and shelf goods temperatures shall be checked and recorded daily by administrative, medical, or dietary personnel to ensure they meet the following requirements:

i.   Refrigerated foods at thirty-five degrees (35°F) to forty degrees Fahrenheit (40°F).

ii.   Frozen foods at zero degrees Fahrenheit (0°F) or below.

iii.   Shelf goods at forty-five degrees (45°F) to eighty degrees Fahrenheit (80°F).

**AT THIS FACILITY, IN ACCORDANCE WITH NATIONAL OR STATE HEALTH CODES, THE FOLLOWING TEMPERATURES WILL BE USED IN LIEU OF THOSE LISTED ABOVE:**

> NONE

4.   Dishwashers/Manual Sinks

a.   Dishwashers

Unless national or state health codes specify otherwise, dishwasher temperatures shall be checked and recorded daily by administrative, medical, or dietary personnel to ensure they meet the following requirements:

CONFIDENTIAL

| Page 24 of 28 | FEBRUARY 3, 2014 | 11-1 |
|---|---|---|

i.    When using hot water to sanitize, the final rinse temperature must be at least one-hundred and eighty degrees Fahrenheit (180°F).

ii.    When using a chemical sanitizer, the final rinse temperature will be in accordance with local codes and the chemical and/or dish machine manufacturer's recommendations.  Final PPMs shall be between fifty (50) and one hundred (100) PPM.

iii.    **AT THIS FACILITY, IN ACCORDANCE WITH NATIONAL OR STATE HEALTH CODES, THE FOLLOWING TEMPERATURES WILL BE USED IN LIEU OF THOSE LISTED ABOVE:**

> **IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE:**
>
> - **SINGLE-TANK, STATIONARY RACK, DUAL TEMPERATURE MACHINE – WASH TEMPERATURE ONE-HUNDRED-FIFTY DEGREES (150°F) FAHRENHEIT; FINAL RINSE ONE-HUNDRED-EIGHTY DEGREES (180°F) FAHRENHEIT.**
>
> - **SINGLE-TANK, STATIONARY RACK, SINGLE TEMPERATURE MACHINES – WASH AND RINSE OF ONE-HUNDRED-SIXTY-FIVE DEGREES (165°F) FAHRENHEIT.**
>
> - **SINGLE TANK, POT/PAN/UTENSIL WASHER (STATIONARY OR MOVING RACK) – WASH TEMPERATURE OF ONE-HUNDRED-FORTY DEGREES (140°F) FAHRENHEIT; FINAL RINSE ONE-HUNDRED-EIGHTY DEGREES (180°F) FAHRENHEIT.**
>
> **WHEN USING A CHEMICAL SPRAY IN A SINGLE-TANK, STATIONARY RACK, GLASS-WASHER – WASH TEMPERATURE OF ONE-HUNDRED-TWENTY DEGREES (120°F) FAHRENHEIT, UNLESS OTHERWISE SPECIFIED BY THE MANUFACTURER.**

b.    Manual Sinks

i.    Water temperature for manual sinks should be maintained at established industry standards or in accordance with local health codes and checked daily by administrative, medical or dietary personnel.

ii.    **AT THIS FACILITY, IN ACCORDANCE WITH ESTABLISHED INDUSTRY STANDARDS OR LOCAL HEALTH CODES, THE FOLLOWING TEMPERATURE WILL BE USED FOR MANUAL SINKS:**

> **IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, MANUAL SINK SANITIZING IN A SEPARATE COMPARTMENT CAN BE ACCOMPLISHED USING ONE OF THE FOLLOWING METHODS:**
>
> - **IMMERSE FOR AT LEAST THIRTY (30) SECONDS IN CLEAN WATER AT A CONSTANT TEMPERATURE OF ONE-HUNDRED-SEVENTY-ONE DEGREES (171°F) FAHRENHEIT THAT IS MAINTAINED WITH A HEATING DEVICE AND FREQUENTLY CHECKED WITH A THERMOMETER.  USE DISH BASKETS TO IMMERSE ITEMS COMPLETELY.**

CONFIDENTIAL

| Page 25 of 28 | FEBRUARY 3, 2014 | 11-1 |
|---|---|---|

> - **IMMERSE FOR AT LEAST SIXTY (60) SECONDS IN A SANITIZING SOLUTION CONTAINING AT LEAST FIFTY (50) PARTS PER MILLION (PPM) CHLORINE AT A TEMPERATURE OF AT LEAST SEVENTY-FIVE DEGREES (75°F) FAHRENHEIT.**
>
> - **IMMERSE FOR AT LEAST SIXTY (60) SECONDS IN A SANITIZING SOLUTION CONTAINING AT LEAST 12.5 PPM IODINE, WITH A PH NOT HIGHER THAN 5.0 AND A TEMPERATURE OF AT LEAST SEVENTY-FIVE DEGREES (75°F) FAHRENHEIT.**
>
> - **IMMERSE IN A SANITIZING SOLUTION CONTAINING AN EQUIVALENT SANITIZING CHEMICAL AT STRENGTHS RECOMMENDED BY THE U.S. PUBLIC HEALTH SERVICE.**
>
> **CHEMICAL CONCENTRATIONS IN A SANITIZING SOLUTION WILL BE PERIODICALLY TESTED AND ADJUSTED AS NECESSARY USING A TEST KIT.**

    c.    **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

> **NONE**

5.    Temperature Logs

The Food Service Manager or designee will be responsible for maintaining a file of all temperature logs.

    a.    The 11-1L Daily Temperature Log will be used for documenting temperatures of coolers, freezers, and dry storage areas.

    b.    The 11-1O Daily Dishwasher/Manual Sink Check will be used for documenting daily checks of dishwashers/manual sinks.

R.    SECURITY

1.    The correctional officer assigned to the Food Service Department will ensure the security of the area by monitoring and controlling the issuance of tools and equipment in accordance with CoreCivic Policy 9-8 Control of Tools & Equipment.

2.    Inmates/residents will not be allowed to enter and/or exit the Food Service Department unless authorized by the assigned correctional officer.

3.    Food service personnel must authorize and supervise inmate/resident movement into food storage areas, coolers, etc.

S.    INCIDENTS

1.    In the event of a food service incident (e.g. menu non-compliance, portion size concerns, sanitation, food shortages, etc.), facility employees will be responsible for completing the 11-1H Food Service Incident Report.

2.    Once the 11-1H has been completed, it must be forwarded to the Food Service Manager for a response. The Food Service Manager must respond to all 11-1H forms within seventy-two (72) hours of receipt. All responses will be forwarded to the Warden/Administrator or designee for review. The Warden/Administrator or designee is responsible for forwarding the 11-1H to the Facility Support Center Manager, Food Service Analysis, and Coordinator, Operations Support, upon receipt.

CCOG00002696

CONFIDENTIAL

| Page 26 of 28 | FEBRUARY 3, 2014 | 11-1 |
|---|---|---|

    3.    In the event the food service operation is contracted to another agency, a copy of the incident report shall be forwarded to the district contact for that agency.  Upon receipt of the incident report, the contracting agency will provide written justification to the Warden/Administrator or designee.

T.    MONITORING

    1.    The Administrative Duty Officer (ADO) will monitor one (1) meal service per week (Saturday, Sunday, or holiday) and complete the 11-1I Meal Monitoring Form.

    2.    To enhance the operation of the Food Service Department, it is recommended that in addition to the weekly monitoring from the ADO that each meal is monitored by an employee who works outside of the Food Service Department using the 11-1I.

    3.    The Food Service Manager or designee must be notified of any concerns identified during the meal monitoring process to ensure that corrective action is taken.

U.    REPORTING

The Food Service Manager is responsible for completing the 11-1J Monthly Food Service Report each month and forwarding it to the Warden/Administrator no later than the 5th of the following month.

V.    **AT THIS FACILITY, ADDITIONAL CONTRACTING AGENCY REQUIREMENTS PERTAINING TO FOOD SERVICE OPERATIONS ARE:**

<table>
<tr><td>

**<u>IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, THE FOLLOWING PROCEDURES PERTAIN TO DETAINEE JOB DESCRIPTIONS:</u>**

1.    **<u>THE FOOD SERVICE MANAGER SHALL REVIEW DETAINEE JOB DESCRIPTIONS ANNUALLY TO ENSURE ACCURACY AND INCLUSION OF SPECIFIC REQUIREMENTS.</u>**

2.    **<u>COPIES OF ALL FOOD SERVICE DETAINEE JOB DESCRIPTIONS WILL BE AVAILABLE IN THE FOOD SERVICE AREA.</u>**

3.    **<u>BEFORE STARTING WORK IN THE FOOD SERVICE DEPARTMENT, EACH DETAINEE SHALL SIGN FOR RECEIPT OF THE APPLICABLE JOB DESCRIPTION.</u>**

**<u>THE FOOD SERVICE MANAGER OR DESIGNEE SHALL MAINTAIN A FILE OF THE SIGNED RECEIPTS FOR EACH DETAINEE AS LONG AS THE DETAINEE IS ASSIGNED TO THE FOOD SERVICE DEPARTMENT.</u>**

</td></tr>
</table>

## 11-1.5  REVIEW:

This policy will be reviewed by the Chief Corrections Officer or qualified designee on an annual basis.

## 11-1.6  APPLICABILITY:

All CoreCivic Facilities (Provided contractual requirements do not mandate otherwise)

## 11-1.7  APPENDICES:

11-1AA    Food Service Meeting Agenda Sample

11-1BB    Monthly Deep Cleaning Schedule Sample

11-1CC    Daily Closing Inspection Sample

11-1DD    Monthly Food Service Inspection Sample

CCOG00002697

CONFIDENTIAL

| Page 27 of 28 | FEBRUARY 3, 2014 | 11-1 |
|---|---|---|

**IN ACCORDANCE WITH ICE PBNDS 4.1 FOOD SERVICE, ADDITIONAL APPENDICES ARE:**

**11-1EE    COMMON FARE, RELIGIOUS FASTS AND OBSERVANCES**

**11-1FF    FOOD SERVICE DINING ROOM/SATELLITE MEAL OPERATIONS**

**11-1GG    GENERAL AND ENVIRONMENTAL SANITATION AND SAFETY**

**11-1.8   ATTACHMENTS:**

11-1A      Menu Substitution Notification

11-1B      Menu Substitution Log

11-1C      Daily Staff Meal Accountability Form

11-1D      Pre & Post Meal Checklist **(DELETED December 21, 2007)**

11-1E      Inmate/Resident Pre-Assignment Training Record

11-1F      Hygiene Monitoring **(DELETED December 21, 2007)**

11-1G      Daily Closing Checklist **(RELOCATED TO 11-1.7 APPENDICES December 21, 2007)**

11-1H      Food Service Incident Report

11-1I      Meal Monitoring Form

11-1J      Monthly Food Service Report

11-1K      Food Service Scheduling

11-1L      Daily Temperature Log

11-1M      Religious Diet List

11-1N      Equipment Damage Worksheet

11-1O      Daily Dishwasher/Manual Sink Check

4-2A      Training Activity Enrollment/Attendance Roster

13-85A      Therapeutic/Special Diet Request

**AT THIS FACILITY ADDITIONAL FORMS UTILIZED ARE:**

| |
|---|
| **AUTHORIZATION FOR COMMON FARE PARTICIPATION (4.1A)** <br> **RELIGIOUS DIET IDENTIFICATION CARD** <br> **DHS/HIS DETAINEE SPECIAL NEEDS FORM** |

**11-1.9   REFERENCES:**

**ICE 2011 PERFORMANCE-BASED NATIONAL DETENTION STANDARDS (WITH 2013 ERRATA AND 2016 REVISIONS)**

- **4.1 FOOD SERVICE**

2016 Federal Performance-Based Detention Standards (FPBDS)

CoreCivic Policy 1-15

CoreCivic Policy 1-22

CoreCivic Policy 3-20

CoreCivic Policy 4-2

CONFIDENTIAL

| Page 28 of 28 | FEBRUARY 3, 2014 | 11-1 |
|---|---|---|

CoreCivic Policy 8-2

CoreCivic Policy 8-6

CoreCivic Policy 9-8

CoreCivic Policy 13-85

ACA    4-4264

       4-4313/4-ALDF-4A-04

       4-4314/4-ALDF-4A-05

       4-4315/4-ALDF-4A-06

       4-4316M/4-ALDF-4A-07M

       4-4317/4-ALDF-4A-08

       4-4318/4-ALDF-4A-09M

       4-4319/4-ALDF-4A-10

       4-4320

       4-4321M/4-ALDF-4A-11M

       4-432-1/4-ALDF-4A-12

       4-4322M/4-ALDF-4A-13M

       4-4323/4-ALDF-4A-14

       4-4324M/4-ALDF-4A-15M

       4-4325/4-ALDF-4A-16

       4-4326/4-ALDF-4A-17

       4-4327

       4-4328/4-ALDF-4A-18

NCCHC  P-F-02/J-F-02

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

Exhibit 32 Page 265

CCOG00002699