# EXHIBIT 33



America's Leader in Partnership Corrections

# MEMORANDUM

TO: All Staff

FROM: Dennis Morris, Assistant Warden
Otay Mesa Detention Center

DATE: July 11, 2016

RE: KITCHEN WORKERS

---

Rules and procedures for kitchen workers:
* Job description and training will be provided by Mr. Sam Adler, Trinity Manager.
* Inmates/detainees MUST be medically cleared to work in the kitchen.
* NO stealing or any food items etc. are to be taken out of the kitchen.
* NO items from the pod i.e. radios, pencils, etc. are to be taken to the kitchen.
* Inmates/detainees must conduct themselves in a respectful manner at all times.
* There will be no daily special meals.
* If Kitchen Workers refuse to work, worker will be removed from the kitchen workers list, unless sick and a medical validation from PHS is provided.
* All workers removed from the Kitchen worker list will have the opportunity to be re-instated back on the work list. The Unit Team, in coordination with the other staff will evaluate detainee/inmate behavior/conduct for re-instatement.

Schedule consists of 3 shifts, with a min/max number of worker per shift:
  * 1st Shift  0300-0900hrs,  28-45 workers
  * 2nd Shift  0930-1400hrs,  38-45 workers
  * 3rd Shift  1430-1930hrs,  28-45 workers
* If the number of workers fall below 25, the scullery will be closed down. Styrofoam/paper plates will be utilized and two steam lines will remain opened.
* If the number of workers fall below 20 the scullery will be closed down. Styrofoam paper/plates will be utilized and one steam will be opened.

Incentives for kitchen workers:
* Increased Pay to $1.25 per day
* Fresh ground coffee for 1st & 2nd shift (0300-1300hrs)
* If the number of workers are maintained one over the minimum required as noted above, that shift will be entitled to take existing menu items and prepare them as they like. This will be approved by the Food Service Manager.
* Monthly incentive items will be approved by CCA management staff, if the kitchen and dining rooms meet cleanliness inspection, and no incidents. Late night (till midnight) activities may be authorized by the Unit Manager.

Exhibit 33 Page 266

CCOG00025711