# EXHIBIT 34



America's Leader in Partnership Corrections

# MEMORANDUM

| | |
|---|---|
| **TO:** | Kitchen Workers |
| **FROM:** | Dennis Morris, Assistant Warden<br>Otay Mesa Detention Center |
| **DATE:** | October 03, 2016 |
| **REGARDING:** | Town Hall – Kitchen Workers |

As of October 03, 2016, the rules and procedures for kitchen workers are listed below:
- Job description and training will be provided by Mr. Sam Adler, Trinity Manager.
- Inmates MUST be medically cleared to work in the kitchen.
- NO stealing from the kitchen
- Inmates must not be involved in gang activity.
- Schedule consists of 3 shifts:
    - 1st Shift 0300-1130
    - 2nd Shift 0830 – 1700
    - 3rd Shift 1230 – 2000
- Minimum/Maximum number of required workers:
    - 1st Shift 28 to 45
    - 2nd Shift 28 to 45
    - 3rd Shift 28 to 45
- There will be no daily special meals.
- If Kitchen Workers refuse to work, worker will be removed from the pod permanently, unless sick and a medical validation from PHS is provided.

**Incentives for kitchen workers:**
- Increased Pay to **$1.25** per day
- Fresh ground coffee for 1st shift (0300-1130)
- If the number of workers are maintained one over the minimum required as noted above, that shift will be entitled to take existing menu items and prepare them as they like. This will be approved by the Food Service Manager.
- Once a month additional incentive items will be approved by CCA management staff, if the kitchen and dining rooms meet cleanliness inspection, and no incidents. These will include the following:
- Friday and Saturday nights the kitchen workers will receive additional time after the last count till midnight. This will continue until we have issue with workers not going to the kitchen on the following days then it will cease.
- Popcorn will be given 2 times per month.
- Special movie for kitchen workers once during the month. This will occur in J-Unit, then B-Unit and L-Unit will have to be moved to another location.
- Additional hour on the soccer yard or gym
- Haircuts bi-monthly instead of monthly.

Exhibit 34 Page 267

CCOG00027854

**The below list requirements will be followed for the above mentioned incentives to be given.**

- 2 consecutive days of work missed without medical approval will not be allowed, and you will be removed from food service.
- Stealing from the kitchen prohibited.
- 2 disciplinary reports that deal with issues of refusing orders, or disrespect of staff etc. that have been processed by the unit staff. Upon the disciplinary reports being completed this will be implemented by the Unit Manager, and/or Case Manager.
- Failure to report to work or going to work and then returning without completing your shift, this will not include visitation, medical, or legal visits.

Exhibit 34 Page 268
CCOG00027855