EXHIBIT 35



**Corrections Corporation of America**

# Otay Mesa Detention Center

| | |
|---|---|
| To: | OMDC Staff |
| From: | COUM D. Topasna thru<br>A/Warden Morris<br>Warden F. Figueroa |
| Subject: | Kitchen Worker Rules, Numbers, Work Times and Incentives |
| Date: | October 19, 2016 |

<u>Rules and procedures</u> for kitchen workers:

- Job description and <u>training</u> will be provided by Mr. Sam Adler, Trinity Manager.
- Detainees MUST be <u>medically cleared</u> to work in the kitchen.
- NO stealing or food items to be taken out of the kitchen.
- NO items from the pod i.e. radios, pencils, etc. are to be taken to the kitchen.
- NO consecutive Disciplinary Reports imposed within 30 days
- Inmates/detainees must conduct themselves in a respectful manner at all times.
- If Kitchen Workers refuse to work, he/she will be removed from the kitchen worker list, unless sick and a medical validation from PHS is provided.
- Workers removed from the Kitchen worker list will have the opportunity to be re-instated back on the work list. The Unit Team, in coordination with the other staff will evaluate detainee/inmate behavior/conduct for re-instatement.

<u>Schedule</u> consists of **3 shifts**, with a min/max number of worker per shift:
- 1st Shift  0300-0900hrs,  28-45 workers
- 2nd Shift 0930–1400hrs,  28-45 workers
- 3rd Shift 1430- 1930hrs,  28-45 workers

If the number of workers fall below <u>25</u>, the scullery will be closed down. Styrofoam/paper plates will be utilized and <u>two</u> steam lines will remain opened. (ADO approval only)

If the number of workers fall below <u>20</u> the scullery will be closed down. Styrofoam paper/plates will be utilized and <u>one</u> steam will be opened. (ADO approval only)

<u>Incentives</u> for kitchen workers:
- Increased Pay to **$1.50** per day
- Fresh ground coffee for $1^{st\ \&}\ 2^{nd}$ shift (0300-1300hrs)
- <u>Additional Monthly incentive</u> items by CCA management staff, if the kitchen, dining rooms and pods meet <u>cleanliness inspection, no incidents or DRs</u> will be:
  1. Late night Fri, Sat (till midnight) as authorized by the Unit Manager.
  2. Popcorn provided 2 times per month.  Ice cream once a month.
  3. New release movies every 2 weeks.
  4. Soccer field or Gym  (1hr) more each week (availability based)
  5. Detainees who maintain a punctual work schedule—NO missed work day during the 30 day work period will receive a $5.00 bonus.

CC: Pod Bulletin Board, Kitchen, Trinity, Unit Staff, Shift Supervisors

Exhibit 35 Page 269

CCOG00026600

6. Detainee who maintain a punctual work schedule- No missed work days (not counting your days off) during the 30 day work period without any disciplinary reports will receive a Contact Visit of approved visitors. This will consist of every 30 days of completed consistent worked days.

CC: Pod Bulletin Board, Kitchen, Trinity, Unit Staff, Shift Supervisors

Exhibit 35 Page 270

CCOG00026601