EXHIBIT 36

CONFIDENTIAL

| | |
|---|---|
| **CHAPTER 11:** | **FOOD SERVICE** |
| **SUBJECT:** | **FOOD SERVICE OPERATIONS** |
| **SUPERSEDES:** | **MARCH 28, 2008  (POLICY 11-1)** |
| **EFFECTIVE DATE:** | **JANUARY 30, 2010** |
| **APPROVED:** | **SIGNATURE ON FILE_** |
| | **FRED LAWRENCE** |
| | **FACILITY ADMINISTRATOR/WARDEN** |

**11-100.1   POLICY:**

It is the policy of CCA to serve meals, under employee supervision, that will be nutritionally balanced, well-planned, prepared, served, and delivered in a manner that meets established governmental and safety codes while adhering to ADA, NAS, ACA, NCCHC, local, state, and federal requirements and if applicable, prime contractor's requirements/standards/guidelines/policies.  Food service operations in CCA facilities may be contracted.

**11-100.2   AUTHORITY:**

CCA Company Policy

**11-100.3   DEFINITION:**

*Cook Foreman* – CCA equivalent Assistant Food Service Manager.

Food Service Administrator or equivalent – An experienced person delegated and responsible for the food service program. For the purpose of this policy, the Food Service Administrator equivalent is the Food Service Manager.

Therapeutic/Special Diet – A diet to be prepared and served to inmates/residents according to the orders of the treating physician or as directed by the responsible health authority.

Religious Diet- A diet to be prepared and served to inmates/residents according to religious beliefs that require adherence to religious dietary laws and are approved by the Chaplain.

Qualified Nutritionist or Dietician – An individual registered or eligible for registration by the American Dietetic Association or who has the documented equivalent in education, training, or experience, with evidence of relevant continuing education.

ADA – American Dietetic Association

NAS – National Academy of Science

ACA – American Correctional Association

NCCHC – National Commission on Correctional Health Care

**11-100.4   PROCEDURES:**

**PROCEDURES INDEX**

| SECTION | SUBJECT |
|---|---|
| A | Staffing |
| B | Management |
| C | Budgeting and Purchasing |

| D | Maintenance of Records |
|---|---|
| E | Dietary Allowances |
| F | Menu Planning |
| G | Meal Preparation |
| H | Therapeutic/Special Diets |
| I | Religious Diets |
| J | Meal Service |
| K | Food Service Dining Room/Satellite Meal Operations |
| L | Food Service Variations |
| M | Health and Safety Regulations |
| N | Equipment and Utensils |
| O | Inspection and Control of Food Products |
| P | Facilities/Equipment |
| Q | Inspections |
| R | Storage |
| S | Temperatures |
| T | Security |
| U | Incidents |
| V | Monitoring |
| W | Reporting |
| X | ATF Section |

A.  STAFFING

1.  Staffing for the food service department shall meet minimum staffing patterns outlined by the facility or as specified by the prime contract.

2.  All hiring practices will be consistent with CCA Policy 3-20 Employee Recruiting, Selection, and Hiring. Contracted employees will be required to provide necessary documentation to the facility Human Resources Manager in order to maintain employment within a facility as well as any prime contract requirements.

3.  The 11-10000K Food Service Scheduling form will be utilized to schedule all employee and inmate/resident workers.

B.  MANAGEMENT

1.  Food service operations will be supervised by a full-time employee who has a minimum of three (3) years experience in food service management.

2.  The Food Service Manager should have the resources, authority, and responsibility to provide food service for the facility.

3.  To enhance the operation of the food service department, a weekly meeting will be conducted between the Warden/Administrator and/or designee and the Food Service Manager. An agenda will be developed for each meeting (See 11-10000AA Food Service Agenda Sample) and meeting minutes shall be maintained by the Food Service Manager and available for review upon request.

4.  The Food Service Manager is responsible for:

    a.  Planning, controlling, directing, and evaluating food service;

    b.  Training and developing the *cook foreman*;

    c.  Establishing standards of sanitation; safety and security;

    d.  Developing nutritionally adequate menus and evaluation inmate/detainee acceptance of them;

Proprietary Information – Not For Distribution – Copyrighted          Property of Corrections Corporation of America
Exhibit 36 Page 272

CCOG00030621

    e.    Developing specifications for the procurement of food, equipment, and supplies; and

    f.    Establishing a training program that ensures operational efficiency and a high quality food service program.

5.    The *cook foreman* is on duty on days when the Food Service Manager is off duty and vice-versa.

**C.    BUDGETING AND PURCHASING**

The Food Service Manager will employ specific food service budgeting, purchasing, and accounting practices to include:

1.    Food expenditure cost accounting designed to determine cost per meal per inmate/resident.

2.    Estimation of food service requirements.

3.    Purchase of supplies at wholesale or other favorable prices and conditions, when possible.

4.    Determination of and responsiveness to inmate/resident eating preferences.

5.    Refrigeration of food, with specific storage periods.

6.    Inventory

    a.    Each facility shall at all times stock a fifteen (15) day minimum food level.

    b.    All food service personnel must be aware of the value of inventory and of his or her responsibility for the security of these goods upon receipt.

    c.    The master-cycle menus offer guidance to managers planning inventory levels.

    d.    Inventory levels are established, monitored and periodically adjusted to correct excesses or shortages.

7.    Perpetual Inventory

    a.    Perpetual inventory is a process of recording all food service purchases and food distribution. Although details may vary, the information recorded always includes the quantity on hand, quantity received, quantity issued and unit cost for each food and supply item.

    b.    Perpetual inventory records are important because they provide the Food Service Manager with up-to-date information on product usage and act as a guide for further purchases.

    c.    For accurate accounting of all food and supplies, a perpetual inventory record is insufficient. An official inventory of stores on hand must be conducted annually.

    d.    All food service departments shall complete a physical inventory of the warehouse quarterly.

**D.    MAINTENANCE OF RECORDS**

1.    Accurate records will be maintained of all meals served and shall include:

    a.    Number, cost, and type of meals served to inmates/residents, employees, guests, and visitors.

**Proprietary Information – Not For Distribution – Copyrighted**          **Property of Corrections Corporation of America**
Exhibit 36 Page 273

CCOG00030622

b.   Published menus, information on waste, food costs, nutritional accounting, and notation of food products grown or produced in the system.

c.   An annual budget plan for equipment necessary to meet food service requirements.

d.   Documentation to support annual review and approval, by a qualified nutritionist or dietician, of all meals served.  The registered dietician will include the nutritional adequacy of the menu and menu planning effectiveness.

e.   Documentation of safety training records will be maintained showing the food service personnel receive safety training, at a minimum, in accident prevention, first aid, knife storage (where applicable), and use of safety devices, to include the fire extinguisher.

2.   All records will be maintained in accordance with Policy 1-15, Retention of Records.

E.   DIETARY ALLOWANCES

1.   Dietary allowances will be reviewed at least annually by a qualified nutritionist or dietician to ensure menus meet nationally recommended allowances for basic nutrition.

2.   In accordance with NDS (Food Service), a Registered Dietician shall conduct a complete nutritional analysis, at least annually, of every master-cycle menu planned by the Food Service Manager.  If necessary, the Food Service Manager shall modify the menu in light of the nutritional analysis to ensure nutritional adequacy. The menu will need to be revised and re-certified by the registered dietician in that event.

**AT THIS FACILITY, ADDITIONAL DIETARY ALLOWANCES REQUIREMENTS MANDATED BY THE CONTRACTING AGENCY ARE AS FOLLOWS:**

| <u>NONE</u> |
| --- |

3.   Facilities adhering to NCCHC standards shall have a registered or licensed dietician review regular and medical diets for nutritional adequacy at least every six (6) months and whenever a substantial change in the menus is made.  Review may take place through a documented on-site visit or by written consultation.  Either way, written documentation of menus reviews includes the date, signature, and titles of the consulting dietician.

4.   Menu evaluations will be conducted at least quarterly by the Food Service Manager to verify adherence to established basic daily servings.  Menu evaluations shall include a review of the quarter's 11-10000B Menu Substitution Logs.  The quarterly review shall indicate that substitutions were reviewed and that the substitutes comply with the approved list for nutritional replacement.

5.   Dietary allowances, as adjusted for age, sex, and activity, shall meet or exceed the recommended dietary allowances published by the National Academy of Sciences.

F.   MENU PLANNING

1.   A standard 35-day menu cycle shall be utilized.

2.   All menus and special diets are planned, dated, and available for review at least one (1) week in advance.  Meals shall substantially follow the menu plan.  In preparation of all meals, consideration will be given to food flavor, texture, temperature, appearance, and palatability.

3.   In the event menu substitutions are required, the Food Service Manager or designated supervisor will contact the Warden/Administrator or designee (during normal business

Proprietary Information – Not For Distribution – Copyrighted                    Property of Corrections Corporation of America
Exhibit 36 Page 274

CCOG00030623

hours) or the Administrative Duty Officer (after hours) via telephone prior to authorizing the menu substitution. Menu substitutions will provide equal nutritional value. The 11-100A Menu Substitution Notification will be completed electronically and e-mailed to the Warden/Administrator and the individual contacted prior to completion of the shift.

4.   Menu substitutions will be documented on the 11-100B Menu Substitution Log and forwarded to the Warden/Administrator or designee for review and signature each month. A copy of the completed 11-100B will be maintained in the Food Service Department. Menu substitutions will provide equal nutritional value.

5.   A file of tested recipes adjusted to a yield appropriate for the facility's size should be maintained on the premises.

6.   Food shall be served as soon as possible after preparation and at an appropriate temperature.

7.   At least three (3) meals (including two (2) hot meals) shall be provided at regular meal times during each twenty-four (24) hour period, with no more than fourteen (14) hours between the evening meal and breakfast. A sample tray of each meal will be prepared and maintained in the freezer for seventy-two (72) hours. Variations may be allowed based on weekend and holiday food service demands provided basic nutritional goals are met.

    a.   When weekend and/or holiday meal schedules differ from the weekday schedule, inmates/detainees in the SMU shall receive a continental breakfast or regular breakfast items. Brunch service shall conform to the breakfast meal patter and dinner service to the noon or evening meal pattern. Care must be taken to ensure that meals are provided in such portions as to be nutritionally adequate.

8.   Sack meals shall not be served for more than one (1) meal daily, unless security issues require such action.

9.   Inmates/residents in segregation shall be served the same food as the general population. Alternative meal service may be provided to an inmate/resident in segregation who uses food or food service equipment in a manner that is hazardous to self, employees, or other inmates/residents. Alternative meal service is on an individual basis, is based on health or safety considerations only, meets basic nutritional requirements, and occurs with the written approval of the Warden/Administrator and responsible health authority. The substitution period shall not exceed seven (7) days.

    a.   Food items in excess of the normal prescribed ration shall not be given to inmates/residents in segregation units as reward for good behavior, nor shall food rations be reduced or changed or otherwise used as a disciplinary tool. Food is not used to punish or reward inmates/residents based upon behavior.

9.   Employees shall be served the same food as the inmates/residents. Employee meals shall be documented in accordance with the following procedures:

    a.   All employees must sign the 11-100C Daily Staff Meal Accountability Form prior to receiving any meal. Employees shall ensure that guests/visitors of the facility sign the form as well prior to receiving any meal.

    b.   Employees are allowed one (1) meal per meal period (for example, if an employee is scheduled during breakfast and lunch, then they would receive one (1) meal at breakfast and one (1) meal at lunch). Modifications (i.e. extra portions, food not included in the menu, etc.) of the meal are prohibited unless otherwise approved by the Warden/Administrator.

Proprietary Information – Not For Distribution – Copyrighted          Property of Corrections Corporation of America
Exhibit 36 Page 275

CCOG00030624

CONFIDENTIAL

c.   Should a person be unable to pick up a meal from the dining area, an employee may be authorized to deliver the meal to them.  Only authorized staff may pick up meals for other employees.  The authorized staff member delivering the meal shall sign the 11-100C Daily Staff Meal Accountability Form and provide justification for receipt of the meal.

d.   The Warden/Administrator may authorize the serving of meals without charge to persons rendering a special service to the facility and to certain other guests by issuing them guest meal tickets. When practicable, the Warden/Administrator shall notify the Food Service Manager, in writing, before the appearance of an authorized guest in the dining room.

   i.   Examples of persons who may receive meals gratis include advisors, guest speakers, technicians/others rendering a service without charge, equipment demonstrations, athletic teams, entertainers, foreign visitors, volunteers and others whose service to the facility is in the best interest of the facility.

e.   All completed forms are to be forwarded to the Business Manager/Manager, Operations Finance for review and signature, who will forward it to the Warden/Administrator for review and signature.

G.   MEAL PREPARATION

1.   All food service workers, both employees and inmates/residents, will be trained in meal preparation of regular, therapeutic/special, and religious diets.  Meal preparation training shall include information on appropriate substitutions.

2.   The Food Service Manager or designee is responsible for taking measures to prepare for meals in advance such as:

a.   Separating and labeling dry storage items (excluding bread), three (3) days in advance;

b.   Chopping vegetables for recipes the day prior to use; and

c.   Preparing compound salads (pasta salad, potato salad, etc.) and desserts (gelatin, cakes, etc.) the day prior to use.

**NOTE:**  Those facilities limited on space will make every effort to prepare for the meal in advance.

3.   Preparation Guidelines

a.   Food shall be prepared with minimal manual contact. Food service workers shall thoroughly wash fruits and vegetables with fresh water before cooking or serving raw.

b.   A worker shall taste-test with a clean fork or spoon only; using a soiled food preparation utensil is prohibited. Test-tasting utensils, unless disposable, must be washed after every use.

c.   Any food cooked at a lower temperature than provided below constitutes a food safety hazard and shall not be served. Food service staff and inmate/detainee workers involved in cooking shall ensure that foods are cooked at the required temperatures.

d.   The facility shall obtain pasteurized milk and milk products from approved facilities only. Manufactured milk products shall meet federal standards for quality.

Proprietary Information – Not For Distribution – Copyrighted          Property of Corrections Corporation of America
Exhibit 36 Page 276

CCOG00030625

CONFIDENTIAL

e.   The facility may use reconstituted dry milk and dry milk products for cooking and baking purposes, in instant desserts, and in whipped items. If reconstituted in-house, the dry milk and milk products shall be used for cooking purposes only. Powdered milk reconstituted in an approved milk-dispensing machine or "mechanical cow" may be used for drinking purposes. To ensure wholesomeness, an approved laboratory shall test milk produced in the mechanical cow for presence of bacteria twice monthly. The mechanical cow shall be disassembled, cleaned, and sanitized before and after each use.

f.   Powdered milkshake or ice cream mix reconstituted in an approved ice cream machine may be used. An approved laboratory shall test dairy-based products produced in the machine for the presence of bacteria monthly. The ice cream machine shall be disassembled, cleaned, and sanitized before and after each use.

g.   Liquid, frozen, and dry eggs and egg products are pasteurized at temperatures high enough to destroy pathogenic organisms that might be present; however, because of the possibility of contamination or recontamination after opening, thawing, or reconstitution, these products should be primarily used in cooking and baking.

h.   Nondairy creaming, whitening, or whipping agents may be reconstituted in-house only if immediately stored in sanitized, covered containers not larger than one gallon and cooled to 41 F degrees or lower within four hours of preparation.

i.   The Cook Foreman shall use thermometers to ensure the attainment and maintenance of proper internal cooking, holding, or refrigeration temperatures of all potentially hazardous foods.

j.   To prevent cross-contamination, separate cutting boards must be used for raw and cooked foods. The cutting boards must be washed, rinsed, and sanitized between every use.

k.   The Food Service Manager may require use of color-coded cutting boards, which reduce the risk of cross-contamination during food preparation.

4.   Food Thawing

a.   Potentially hazardous food shall be thawed:

i.   Under refrigeration that maintains the food at 41 F degrees or below.

ii.   Submerged in running water:

- At a water temperature of 70 F degrees or below.

- With sufficient water velocity to agitate and float off loose particles in an overflow.

- For a period that does not allow thawed portions of ready-to-eat or raw animal foods to rise above 41 F degrees.

- The allowed periods for thawing include the time the food is exposed to the running water, the time to prepare food for cooking, and/or the time it takes under refrigeration to cool the food to 41 F degrees.

iii.   As part of a cooking process, provided there is continuous cooking

Proprietary Information – Not For Distribution – Copyrighted       Property of Corrections Corporation of America
Exhibit 36 Page 277

CCOG00030626

throughout the process.

5.    Food Protection

    a.    Food and ice shall be protected from dust, insects and rodents, unclean utensils and work surfaces, unnecessary handling, coughs and sneezes, flooding, drainage, overhead leakage, and other sources of contamination. Protection shall be continuous, whether the food is in storage, in preparation, on display, or in transit.

    b.    All food storage units must be equipped with accurate easy-to-read thermometers. New heating and/or refrigeration equipment purchases should include a zone-type thermometer with temperature graduations.  Refrigeration equipment shall be designed and operated to maintain temperature of 41 F degrees or below.

    c.    Hermetically (canned) sealed foods that has abnormal color, taste, or appearance or which is contained in cans that show abnormalities such as bulging at ends, swelling, or leakage shall not be served. Unsuitable canned food shall be surveyed and destroyed.

6.    Potential Hazardous Foods

    a.    Potentially hazardous foods are those foods that provide a good medium for bacteria growth.  They include any perishable food that consists in whole or part of milk, milk products, eggs, meat, poultry, fish or shellfish, or other high protein foods.

    b.    Potentially hazardous foods shall be prepared with a minimum of manual contact. Such products shall be prepared from chilled ingredients whenever feasible.  The surfaces of equipment, containers, cutting boards, and utensils used for preparation and subsequent storage of potentially hazardous food shall be effectively cleaned after each use.

    c.    Potentially hazardous food should be prepared as close to serving time as practicable. Potentially hazardous raw frozen food should be cooked from the frozen state whenever practical.  Tempering shall be accomplished by refrigeration at 40 F degrees or below or, with potable running water, at 70 F degrees or below. The potable water technique may be used only if the product is sealed in its original container.  At no time shall potentially hazardous food thaw at room temperature.

    d.    All precooked, potentially hazardous, refrigerated, or frozen food intended for reheating shall be heated rapidly to a temperature above 165 F degrees.

7.    Refrigerators

    a.    Butter, milk, eggs, and cream shall be separated from foods having strong odors. Eggs shall not be subjected to freezing temperatures.

    b.    Refrigeration units shall be kept under lock and key when not in use. Walk-in boxes shall be equipped with safety locks that require no more than fifteen (15) pounds of pressure to open easily from the inside. If latches and locks are incorporated in the door's design and operation, the interior release mechanism must open the door with the same amount of pressure even when locks or bars are in place.

    c.    Whether new or used, the inside liver of a hasp-type lock must be able to disengage locking devices and provide egress. The Food Service Manager,

Proprietary Information – Not For Distribution – Copyrighted          Property of Corrections Corporation of America
Exhibit 36 Page 278

CCOG00030627

along with the Facility Safety Authority, shall review the walk-in freezer(s) and refrigerator(s) to ensure proper operation.

8.   Members of the food service staff shall prepare sack meals for inmates/residents who are being transported to/from other locations by bus or air service. While inmate/resident volunteers assigned to the food service department shall not be involved in preparing meals for transportation, they may prepare sack meals for on-site consumption.

9.   For any inmate/detainee who will be transported by the Justice Prisoner Air and Transportation System (JPATS), the sack lunch must comply with JPATS criteria. Otherwise the following requirements are applicable:

   a.   Each sack shall contain at least two (2) sandwiches, of which at least one (1) shall be meat (non-pork). Commercial bread or rolls may be preferable because they include preservatives. To ensure freshness, fresh, facility-made bread may be used only if made on the day of lunch preparation. Sandwiches should be individually wrapped or bagged in a secure fashion to prevent the food from spoiling. Meats, cheeses, etc., should be freshly sliced the day of sandwich preparation. Leftover cooked meats shall not be used after 24 hours. In addition, each sack lunch shall include:

      i.   One (1) piece of fresh fruit or properly packaged canned fruit (or paper cup with lid), complete with a plastic spoon.

      ii.  One (1) ration of a dessert item, like cookies, donuts, and fruit bars;

      iii. Such extras as:

         ▪   Properly packaged fresh vegetables, like celery sticks and carrot sticks, and

         ▪   Commercially packaged "snack foods," such as peanut butter crackers, cheese crackers, and individual bags of potato chips.

      Note:  Extremely perishable items such as fruit pie, cream pie, and other items made with mild, cream or other dairy ingredients shall be excluded.

   b.   Whenever possible, the food service department shall pack meals intended for bus or air service in disposable "sanck boxes" that are designed for proper placement or contents and to afford maximum protection during handling, packaging and transporting. If necessary, paper bags may be used. These lunches shall be stored in a secured, refrigerated area until pickup.

H.   THERAPEUTIC/SPECIAL DIETS

1.   Therapeutic/special diets shall be provided as prescribed by appropriate clinicians. Therapeutic/special diets shall be prepared and served to inmates/residents according to the orders of the treating clinician or as directed by the responsible health authority.

2.   Prescriptions for therapeutic/special diets should be specific and complete, furnished in writing, on the 13-85A Therapeutic/Special Diet Request or I-819 ICE Detainee Special Need(s) form, to the Food Service Manager.  Therapeutic/special diets shall be renewed in ninety (90) day increments (PBNDS) for adult facilities.  Therapeutic/special diets should be kept as simple as possible and should conform as closely as possible to the food served other inmates/residents.

   a.   Once a therapeutic diet has been prescribed, the Health Services department shall issue in duplicate, a special diet identification card. The special diet identification card shall contain:

Proprietary Information – Not For Distribution – Copyrighted          Property of Corrections Corporation of America
                                                                          Exhibit 36 Page 279

CCOG00030628

       i.      Inmate/detainee name and number;

       ii.     Type of diet;

       iii.    Duration (up to 90 days); and

       iv.    Health authority signature

b.    Health Services shall contact the appropriate individual or department to obtain a photo of the inmate/detainee and attach the photo to the identification card. The second identification card shall be issued to the inmate/detainee, who must present the card at each meal to the cook on duty.

c.    The cook on duty shall notify the Food Service Manager or designee in writing anytime an inmate/detainee on a therapeutic diet refuses the special meal or accepts the regular meal from the main food service line.

d.    Snacks or Supplemental Meals

    The physician may order snacks or supplemental meals for such reasons as:

       i.      Insulin-dependent diabetes.

       ii.     A need to increase protein or calories for pregnancy, cancer, AIDS, etc.

       iii.    Prescribed medication must be taken with food.

3.    A copy of each 13-85A, or I-819 ICE Detainee Special Need(s) form, shall be maintained in the food service department for the duration of the prescribed therapeutic/special diet.

4.    Inmates/residents on any therapeutic/special diet shall be monitored regularly to ensure compliance with the prescribed diet.

5.    A therapeutic/special diet manual will be available in the health services and food services areas for reference and information.

I.    RELIGIOUS/SPECIAL DIETS

1.    Religious diets shall be provided for inmates/residents whose religious beliefs require the adherence to religious dietary laws.

2.    Religious diets shall be approved by the Chaplain.  In the absence of a full time Chaplain, the Warden/Administrator may authorize a qualified individual to approve religious diets.  Religious diet prescriptions should be specific and complete, furnished in writing to the Food Service Manager, and rewritten monthly.

3.    Religious diets should be kept as simple as possible and should conform as closely as possible to the food served other inmates/residents.

4.    COMMON FARE

a.    ICE/DRO requires all facilities to provide detainees requesting a religious diet a reasonable and equitable opportunity to observe their religious dietary practice within the constraints of budget limitations and the security and orderly running of the facility by offering a Common Fare Menu. The detainee shall provide a written statement articulating the religious motivation for participation in the common fare program.  To participate in the religious diet program, a detainee shall initiate an **Authorization for Common Fare Participation** form (Attachment A) for consideration by the chaplain

b.    Common fare refers to a no-flesh protein option provided whenever an entrée containing flesh is offered as part of a meal.  Likewise, a common fare meal offers vegetables, starches, and other foods that are not seasoned with flesh.

This diet is designed as the "common ground" from which modifications can be made to accommodate the religious diets of various faiths.

c.   Detainees whose religious beliefs require adherence to particular dietary laws or generally accepted religious guidelines and practices shall be referred to the chaplain.   The chaplain shall verify the religious diet requirement by reviewing files and consulting with religious representatives.  The chaplain and FSA shall collectively verify the requirement and issue specific written instructions for the implementation of the diet as soon as practicable but within 10 business days of verification.

d.   Once a religious diet has been approved, the FSA shall issue, in duplicate, a special-diet identification card. This diet-identification card shall contain the following:

i.    Detainee name and A-number

ii.   Type of religious diet prescribed

iii.  Expiration date, within 90 days

iv.  Signature of the FSA

e.   The FSA shall contact the appropriate individual or department to obtain a photo of the detainee and attach the photo to the identification card. The FSA shall issue that the food service department receives one copy of the special-diet identification card.  The second identification card shall be issued to the detainee who, at every meal, must present the card to the cook on duty.  The second copy of the consultation sheet shall be filed in the detainee's Detention File.

**NOTE:** At any time a detainee on a religious diet refuses a meal and/or accepts the regular mainline meal in place of the religious meal, the cook on duty shall notify the FSA in writing.

f.   Standard Common Fare Menu (Religious Diet)

i.    Common Fare is intended to accommodate detainees whose religious dietary needs cannot be met on the mainline.  The Common Fare menu is based on a 14-day cycle, with special menus for the 10 Federal holidays.  The menus must be certified as exceeding minimum daily nutritional requirements and meeting daily allowances (RDAs). Beverages shall be selected from the regular menu.

ii.   Changes to the Standard Common Fare Menu

Modifications to the standard Common Fare menu may be made at the local level for various reasons. For example, seasonal variations affect the availability of fresh produce in different locations, making menu modifications inevitable. There are modifications that may also be made to meet the different requirements of various faith groups, for example, the inclusion of kosher and/or halal flesh-food options.

With the facility administrator's concurrence, the FSA may make temporary, nutritionally equal substitutions for fresh seasonal produce that violates no religious dietary requirements.  The chaplain or local religious representatives shall be consulted if technical questions arise. The Chaplain shall escort other clergy to the Common Fare preparation area for frequent, random monitoring of compliance with religious

CCOG00030630

dietary requirements.

iii.    Hot Entree Availability

To the extent practicable, a hot flesh-food entree shall be available to accommodate detainees' religious dietary needs. Hot entrees shall be offered three times a week and shall be purchased, prepared, and served in a manner that does not violate the religious requirements of any faith group.

iv.    Kosher Requirements

With the exception of fresh fruits and vegetables, the facility's kosher-food frozen entrees shall be purchased precooked in a sealed container, heated, and served hot. Other kosher-food purchases shall be fully prepared, ready-to-use, and bearing the symbol of a recognized kosher-certification agency.  Any item containing pork or a pork product is prohibited. Only bread and margarine labeled "pareve" or "parve" shall be purchased for the kosher tray.

v.    Plates and Utensils

Kosher trays shall be served with disposable plates and utensils, except when a supply of reusable plates and utensils has been set aside for kosher-food service only.  Separate cutting boards, knives, food scoops, food inserts, and other such tools, appliances, and utensils shall be used to prepare kosher-foods, and shall be identified accordingly.  Meat and dairy food items and the service utensils used with each group shall be stored in areas separate from each other.  A separate dishpan shall be provided for cleaning these items, if a separate or three-compartment sink is not available.

vi.    Religious Requirements

With the exception of fresh fruits and vegetables, the facility's kosher-food purchases shall be fully prepared, ready-to-use, and bearing the symbol of a recognized kosher-certification agency.   Any item containing pork or a pork product is prohibited. Only bread and margarine labeled "pareve" or "parve" shall be purchased for the Common Fare tray.

If a facility has a no-pork menu, in order to alleviate any confusion for those who observe no-pork diets for religious reasons, this information should be included in the facility's handbook and the facility orientation. If the facility has a chaplain, he or she should also be made aware of the policy.

vii.    Nutritional Requirements

Common Fare menus shall meet U.S. recommended daily allowances (RDAs).  A detainee who chooses the Common Fare menu shall select only beverages from the regular menu.

viii.    Instant Food and Beverages

The food service shall provide a hot-water urn for reconstituting instant beverages and foods for use by detainees.

Proprietary Information – Not For Distribution – Copyrighted          Property of Corrections Corporation of America
                                                                      Exhibit 36 Page 282

CCOG00030631

CONFIDENTIAL

ix.     Plates and Utensils

Common Fare meals shall be served with disposable plates and utensils, except when a supply of reusable plates and utensils has been set aside for Common Fare service only.   Separate cutting boards, knives, food scoops, food inserts, and other such tools, appliances, and utensils shall be used to prepare Common Fare foods, and shall be identified accordingly.  Meat and dairy food items and the service utensils used with each group shall be stored in areas separate from each other.  A separate dishpan shall be provided for cleaning these items, if a separate or three-compartment sink is not available.

The chaplain shall escort other clergy to the Common Fare preparation area for frequent, random monitoring of compliance with religious dietary requirements.

x.      Application and Removal

- The facility administrator, in consultation with the chaplain, shall be the approving official for a detainee's removal from the Common Fare program.

- Food service staff shall refer to the daily roster to identify detainees in the Common Fare program.  Staff shall not use this information to disparage a detainee's religion or religious views or to attempt to dissuade him or her from participating in the program.

  ➢ The FSA shall monitor the food selections of all detainees participating in the Common Fare program to ensure the legitimacy of their participation.

  ➢ Staff shall train and supervise all detainees with Common Fare assignments.

  ➢ A detainee's temporary adoption of a medically prescribed diet or placement in a Special Management Unit (SMU) shall not affect his or her access to Common Fare meals, which both the SMU and the facility hospital provide. However, if a prescribed medical diet conflicts with the Common Fare diet, the medical diet takes precedence.

  ➢ A detainee who has been approved for a common fare menu must notify the chaplain, in writing if he or she wishes to withdraw from the religious diet.

- The chaplain may recommend withdrawal from a religious diet if the detainee is documented as being in violation of the terms of the religious diet program to which the detainee has agreed in writing.  If a detainee misses three consecutive Common Fare meals, the chaplain may recommend in writing that the facility administrator remove the detainee from the program. Detainees participating in the Common Fare program may also consume items for sale through the facility's commissary program without risk of being removed from the program as long as such purchases are consistent with the Common Fare program. However, purchase of foods items inconsistent with

Proprietary Information – Not For Distribution – Copyrighted          Property of Corrections Corporation of America
                                                                                                                                Exhibit 36 Page 283

                                                                                                                                CCOG00030632

the Common Fare program may be grounds for removal from the program.

- To preserve the integrity and orderly operation of the religious diet program and to prevent fraud, detainees who withdraw or are removed may not be immediately re-established back into the program.

- The process of re-approving a religious diet for a detainee who voluntarily withdraws or who is removed ordinarily may take up to ten days. Repeated withdrawals, voluntary or otherwise, however, may result in a waiting period of up to one month before the re-approval request is decided. The decision to remove a detainee rests with the facility administrator, in consultation with the chaplain and/or local religious representatives, if necessary.

- Although the facility administrator has authority to remove and reinstate detainees' participation in the program, ordinarily, this authority is delegated to the chaplains. To participate in the Common Fare program a detainee shall initiate an Authorization for Common Fare Participation form (Attachment A) for consideration by the chaplain (or FSA). If participation is approved, the chaplain or FSA shall forward a copy of the form for inclusion in the detainee's detention file.

xi.   Annual Ceremonial Meals

- The chaplain, in consultation with local religious leaders if necessary, shall develop the ceremonial meal schedule for the following calendar year and provide it to the facility administrator. This schedule shall include the date, religious group, estimated number of participants, and special foods required. Ceremonial and commemorative meals shall be served in the food service facility unless otherwise approved by the facility administrator.

- The food service department shall be the only source of procurement for food items. To maintain equity in menu design, all meals shall be limited to food items on the facility's master-cycle menu. To facilitate food preparation, consultations between the FSA and local religious representative(s) concerning appropriate menus shall occur six to eight weeks in advance of the scheduled observance. The religious provider may, through the food service department, procure the ritual observance food items (in minimal quantities). Such items shall not generally constitute the main entree for the ceremonial meal.

5.   RELIGIOUS FASTS AND SEASONAL OBSERVANCES

The Common Fare Program Shall Accommodate Detainees Abstaining From Particular Foods Or Fasting For Religious Purposes At Prescribed Times Of The Year.

a.   Ramadan

      I.     During Ramadan, Muslims participating in the fast shall receive the approved meals after sundown for consumption in the food service department or SMU.

      II.    During the December fast, vegetarian or hot fish dishes shall replace meat entrees. Fasters shall receive both noon and evening meals after sundown.

      III.   Inmates/residents not participating in the common fare program but electing to observe Ramadan or the December fast shall be served the main meal after sundown. If the main menu does not meet the religious requirements, the inmate/resident may participate in the common fare program during the period in question.

      IV.   A bag breakfast may be provided for breakfast before dawn, when applicable. Bag breakfasts should contain nonperishable items such as ultra-high pasteurized milk, fresh fruit, peanut butter, dry cereal, etc. The menu for the common fare program cannot be used for bag breakfasts.

b.    Passover

      I.     The standard kosher Passover foods are available for Jewish inmate/resident during the eight (8) day holiday. The food service department shall be prepared to provide Passover meals to new arrivals.

      II.    All Jewish inmates/residents observing Passover shall be served the same kosher Passover meals, whether or not they are participating in the common fare program.

c.    Lent

      i.     During the Christian season of lent, a meatless meal (lunch or dinner) shall be served on the mainline on Fridays and ash Wednesday.

**AT THIS FACILITY, ADDITIONAL RELIGIOUS DIET REQUIREMENTS MANDATED BY THE CONTRACTING AGENCY ARE AS FOLLOWS:**

| <u>NONE</u> |
|---|

J.    MEAL SERVICE

1.    Pre-Meal/Post-Meal Meetings

a.    The Food Service Manager and/or designated supervisor will be responsible for managing the meal service by conducting pre-meal and post-meal meetings for each meal served.

      i.     Pre-meal meetings should include discussion/observation of the following:

- Worker assignments;
- Food quality and quantity;
- Line set-up;
- Tray set-up;
- Use of appropriate utensils;

- Food temperature checks;
- Preparation of sample tray;
- Special diet review; and
- Any other items deemed necessary by person conducting the meeting.

    ii.    Post-meal meetings should include discussion/observation of the following:

- Issues related to meal service;
- Proper wrapping, dating, and storage of leftovers; and
- Any other items deemed necessary by person conducting the meeting.

    b.    All personnel and inmates/residents involved in the meal serving process are required to attend the meeting.  In the event the facility serves meals via satellite, employees and/or inmates/residents in satellite serving locations are not required to attend the meeting.

2.    Inmate/detainee workers shall receive the same fare as other inmates/detainees. Cook supervisors may not allow inmate's/detainee's to prepare "special" dishes or condiments for their own (or other inmate/detainee) consumption. Inmate/detainee workers are prohibited from eating between meals.

3.    Inmate/detainee workers shall consume their meals in accordance with the locally established schedule. Inmate/detainee workers assigned to staff dining room (where applicable) may be allowed to eat in that area, as authorized. All other inmate/detainee workers shall eat in the main dining area (where applicable), or, if the facility has no main dining room, the Food Service Manager shall designate an are for workers to eat.

4.    Meals are served under conditions that minimize regimentation, although there should be direct supervision by employees.

5.    When dining halls are available, meals will be served in the dining hall for all general population inmates/residents except when security or safety consideration justify otherwise.  When dining halls all not available at a facility, meals will be served in the housing areas.

6.    Where dining areas exist, the dining area should provide normal group eating facilities and consumption should be permitted during dining hours and meals should not be served in cells unless necessary for safety and security.

K.    FOOD SERVICE DINING ROOM/SATELLITE MEALS OPERATIONS

In the interest of efficiency, security, and economy in operations, inmate/detainee dining room hours shall not exceed the time required to serve all meals.  Meals shall always be prepared, delivered, and served under staff (or contractor) supervision.

1.    Dining room facilities will provide sufficient space and time for inmate/residents to eat meals in a relatively relaxed, unregimented atmosphere. The table arrangement must facilitate free seating, ease of movement, and ready supervision. The dining room shall have the capacity to allow each inmate/detainee a minimum of twenty (20) minutes dining time for each meal.

2.    Display and Service

The following procedures apply to the display, service, and transportation of food to main and satellite food service areas:

a.   Before and during the meal, the cook supervisor in charge shall inspect the food service line to ensure:

    i.   All menu items are ready for consumption;

    ii.   Food is appropriately presented; and

    iii.   Sanitary guidelines are observed (hot and cold temperatures).

b.   Every open food item and beverage shall be protected from contaminants by easily cleaned sneeze-guards, cabinets, display cases, or other such equipment.

c.   Servers must wear food grade plastic gloves and hairnets whenever there is direct contact with a food or beverage. Servers must use tongs, forks, spoons, ladles, or other such utensils to serve any food or beverage. Serving food without use of utensils is strictly prohibited.

d.   Servers shall use scoops, tongs, or other approved utensils when handling or dispensing ice for consumption. *The Food Service Manager should consider practicability of purchasing automatic ice-dispensing equipment.*

e.   Utensils shall be sanitized:

    i.   As often as necessary to prevent cross-contamination and other food-handling hazards during food preparation and service;

    ii.   After every food preparation/service session; and

    iii.   Again, if necessary, immediately before being used.

f.   Sugar, condiments, seasonings, and dressings available for self-service shall be provided in individual packages, closed dispensers, or automated condiment dispensing systems. Salad dressings may be served in open containers if the serving ladle extends beyond the top edge of the container.

g.   If the facility does not have enough equipment to maintain the minimum or maximum temperatures required for food safety, the affected items (for example, salad bar staples such as lettuce, meat, eggs, cheese) must be removed and discarded after two (2) hours at room temperatures.

h.   Food shall be delivered from one place to another in covered containers. These may be individual containers, such as pots with lids, or larger conveyances that can move objects in bulk, such as enclosed, satellite-meal carts.

    i.   Food carts must have locking devices. In any facility, if food carts are delivered to housing unit by detainees, they must be locked unless they are under constant supervision of staff.

    ii.   All food safety procedures (sanitation, safe-handling, storage, etc.) apply without exceptions to food in transit.

i.   Soiled equipment and utensils must be transported to the appropriate receptacles to food in transit.

j.   A member of the food service staff shall oversee the loading of satellite-meal carts. Staff shall inspect all food carts before allowing their removal from the food service area.

3.   Dining Room Supervision

The Shift Supervisor on duty shall be responsible for supervision of the dining room.

4.      Dining Room Workers

   a.      The Cook Foreman in charge shall train dining room workers in the requirements of the job, including how to perform specific tasks. A basic task common to all dining room workers is to keep the tables and floors clean during the meal service. Once the meal service is over and the inmates/detainees have left the room, the workers can undertake major cleaning tasks.

5.      Serving Lines

   The serving counter shall be designed and constructed to separate and insulate the hot foods on the one side and cold foods on the other. A transparent "sneeze-guard" is required.

6.      Salad Bars and Hot Bars

   Food items at salad bars and hot bars shall be arranged for logical and efficient service. A transparent "sneeze-guard" is required.

7.      Beverage Counter/Bar

   Self-service beverage-and-ice stations shall be designed for quick and easy access. These stations shall be designed for sanitary and efficient service, including traffic flow.

8.      Staff Dining Room

   The Food Service Manager shall have jurisdiction over the staff dining room. The staff dining room shall offer the same food items as the inmate/detainee dining room.

9.      Satellite meals

   a.      Satellite meals refer to foods prepared in one location for consumption elsewhere, for example, SMU, general housing units, remote housing units, etc.

   b.      The sanitary standards required in the food service department also apply to satellite meals, from preparation to actual delivery. Satellite meals and microwave instructions (if applicable) shall be posted where satellite meals are served.

   c.      Foods shall be kept hot enough or cold enough to arrest o0r destroy the growth of infectious organisms. The Food Service Manger shall ensure that staff understands the special handling required with potentially hazardous foods, such as meat, cream, or egg dishes. Staff must understand the critical importance of time and temperature in delivering safe food.

   d.      To prevent bacteria growth, food must be prepared and held at the proper temperatures until served. Satellite tray meals must be delivered and served within two (2) hours of food being plated.

   e.      Foods in the potentially hazardous category should remain under refrigeration until cooking time and, after cooking, maintained at or above 140 Fahrenheit degrees. Hot foods must be placed in a heated serving line during tray assembly. Thermal bags and carts, refrigerated carts, thermal compartment trays, etc., shall be used for satellite meals.

   f.      Outside food prepared in bulk for transportation to a remote housing unit or other location shall be transported in thermal containers that maintain cold items at temperatures below 41 Fahrenheit degrees, excluding items served within the two (2) hour window for meal service.

L.      FOOD SERVICE VARIATIONS

Proprietary Information – Not For Distribution – Copyrighted            Property of Corrections Corporation of America
                                                                       Exhibit 36 Page 288

CCOG00030637

1. Food shall not be used as a disciplinary measure.

2. All inmates/residents except those on therapeutic diets, religious diets, or alternative meal service shall be issued the same meals.

3. Food shall not be withheld, nor the standard menu varied, as a disciplinary sanction for an individual inmate/resident.  This does not preclude rewarding groups of inmates/residents with special foods in return for special services or under special circumstances.  Variances may be made for emergency and/or security reasons.

M.   HEALTH AND SAFETY REGULATIONS

1.   Training

The Food Service Manger is responsible for ensuring pre-assignment and on-going training is conducted and documented for all persons working in the food service department.  All employees and other persons working in the food service department will be trained to safely use equipment.

a.   Pre-assignment and on-going training for employees will be conducted and documented on the 4-2A Training Activity Enrollment/Attendance Roster, with a copy provided to the facility Training Manager.  At a minimum, pre-assignment training will include:

i.     Job Description Review;

ii.    Food Service Department Rules & Regulations;

iii.   Inmate/detainee custodial issues;

iv.    Food Safety;

v.     Accident Prevention;

vi.    Use of Safety Equipment;

vii.   Chemical Usage;

viii.  Floor Care;

ix.    Sanitation and Hygiene Issues;

x.     Proper Cleaning Procedures for Food Service Space and Equipment;

xi.    Knife Storage (if applicable);

xii.   First Aid;

xiii.  Use of Safety Devices;

xiv.   Use of Fire Extinguisher; and

xv.    Other areas as determined by the Food Service Manager or Designee.

b.   Pre-assignment training for inmates/residents will be documented on the 11-100E Inmate/Resident Pre-Assignment Training Record and shall include the following:

i.     Job Description Review;

ii.    Food Service Department Rules & Regulations;

iii.   Food Safety;

iv.    Accident Prevention;

v.     Use of Safety Equipment;

      vi.        Chemical Usage;

      vii.      Floor Care;

      viii.     Sanitation and Hygiene Issues;

      ix.        Proper Cleaning Procedures for Food Service Space and Equipment; and

      x.        Other areas as determined by the Food Service Manager or Designee.

<u>NOTE:</u> The *cook foreman* documents all training in the individual inmate/resident file.

2.    Meetings

Food service employees should attend regular meetings to discuss accident prevention and analyze major accidents to prevent recurrence. In addition, the Food Service Manager will participate in the facility's Team Safety Committee as outlined in CCA Policy 8-2 Facility Safety Authority/Team Safety Program.

3.    Health Protection

a.    Adequate health protection shall be maintained for all inmates/residents and employees in the facility, and inmates/residents and other persons working in the food service, including the following:

      i.        At NCCHC accredited facilities and where required by laws and/or regulations, applicable to food service employees in the community where the facility is located, all persons involved in the preparation of food receive a pre-assignment medical examination and periodic re-examinations to ensure freedom from diarrhea, skin infections, and other illnesses transmissible by food or utensils; all examinations are conducted in accordance with local requirements.

      ii.      When the facility's food services are provided by an outside agency or individual, the facility will have written verification that the outside provider complies with the state and local regulations regarding food service.

      iii.     All food handlers are instructed to wash their hands with soap and hot water upon reporting to duty, before preparing food, after using toilet facilities, and after touching contaminated surfaces.

      iv.     Inmates/residents and other persons working in food service will be monitored daily for health and cleanliness. The Food Service Manager or designee will visually check all inmates/residents and other persons working in the food service area prior to work assignment. Hygiene monitoring forms will be generated from the 11-100K Food Service Scheduling and shall verify the following:

- Good healthy appearance;

- Free from open wounds;

- Clean hands;

- Clean fingernails;

- Hair restraint; and

- Clean garments.

In the event of an unhealthy appearance or open wounds by any individual assigned to work in the food service area, the individual will be released from duty until an updated medical clearance has been received.

b.    Inmate/detainee clothing

   i.    Workers assigned to food service shall have a neat and clean appearance.

   ii.    The inmate/detainee uniform shall consist of the following:

   - White, short-sleeved, summer-type uniform shirts and pants;

   - Safety work shoes (rubber soled);

   - White paper hat or white "baseball" cap; and

   - White aprons or smocks of either cloth or disposable plastic.

     ➢ Inmate/detainees with hair shoulder-length or longer shall be required to wear a hair net under their hat or cap.

     ➢ Inmates/detainees with facial hair shall be required to wear beard guards when working in the food service preparation or food serving areas.

     ➢ Inmates/detainees working in the garbage room, dish machine room, or pan-washing area, etc., shall be required to wear rubber or plastic aprons suited to the task and rubber boots, if required, for sanitation or safety.

c.    All employees and inmates/residents will be tested for TB annually.    Any person having a positive result on the TB test will be restricted from working in the Food Service Department until the facility receives written documentation from the applicable outside health department or a qualified health professional approving return to the food service department.

d.    Personal Hygiene of Staff and Inmates/Detainees

   i.    All food service personnel shall wear clean garments, maintain a high level of personal cleanliness, and practice good hygiene at all times. They shall wash hands thoroughly with soap or detergent before starting work and as often as necessary during the shift to remove soil or other contaminants.

   ii.    Staff and inmates/detainees shall not resume work after visiting the toilet facility without first washing their hands with soap and detergent. The Food Service Manager shall post signs to this effect.

   iii.    Neither staff nor inmate/detainees

e.    Tobacco in all its forms is prohibited in the food service department. If tobacco in a smoking-permitted area (where applicable), staff and inmates/detainees shall wash their hands before resuming work.

f.    To prevent cross-contamination, staff and inmates/detainees who prepare or serve food shall not be assigned to clean latrines, garbage cans, sewers, drains, grease traps, or other duties during the period of food preparation.

g.    Garbage and other trash shall be collected and removed as often as possible. The garbage/refuse containers shall have sufficient capacity for the volume and shall be kept covered, cleaned frequently, and insect-and-rodent-proof.

4.    Lavatories

Adequate and conveniently located toilet facilities shall be provided for all food service staff and inmate/detainee workers.

a.    Toilet fixtures shall be of sanitary design and readily cleaned.

b.    Toilet rooms and fixtures shall be kept clean and in good repair.

c.    Signs shall be prominently displayed.

d.    Lavatories shall have readily available hot and cold water.

e.    Soap or detergent and paper towels or a hand-drying device providing heated air shall be available at all times in each lavatory.

f.    Waste receptacles shall be conveniently placed near the hand-wash facility.

5.    Pest Control

a.    Good sanitation practices are essential to an effective pest control program. The Food Service Manager is responsible for pest control in the food service department, including contracting the services of an outside exterminator.

b.    Outside openings shall be protected by tight-fitting screens, windows, controlled air curtains, and self-closing doors where food is prepared or stored, to protect against feeding or nesting of insects and rodents.

6.    Hazardous Materials

Only those toxic and caustic materials required for sanitary maintenance of the facility, equipment, and utensils shall be used in the food service department.

a.    All food service staff shall know where and how much toxic, flammable, or caustic material is on hand and be aware that their use must be controlled and accounted for daily.

b.    Inmate/detainee-type combination locks shall not be used to secure such material.

c.    All containers of toxic, flammable, or caustic materials shall be prominently and distinctively labeled for easy content identification.

d.    All toxic, flammable, and caustic materials shall be segregated from food products and stored in a locked and labeled cabinet or room.

e.    Cleaning and sanitizing compounds shall be stored apart from food products.

f.    Toxic, flammable, and caustic materials shall not be used in a manner that could contaminate food, equipment, or utensils or could pose a hazard to personnel or inmates/detainees working with or consuming food service products.

g.    A system for intermediate storage of received hazardous substances shall secure the materials form time of receipt to time of issue.

h.    The Food Service Manager shall obtain and file for reference Material Safety Data Sheets on all flammable, toxic, and caustic substances used in the facility.

7.    General Safety Guidelines

Proprietary Information – Not For Distribution – Copyrighted          Property of Corrections Corporation of America
Exhibit 36 Page 292

CCOG00030641

a.    Extension cords shall be UL-listed and UL-labeled and may not be used in tandem.

b.    All steam lines within seven feet of the floor or working surface, and with which a worker may come in contact, shall be insulated or covered with a heat-resistant material or be otherwise guarded from contact.  Inaccessible steam lines, guarded by location, need not be protected from contact.

c.    Machines shall be guarded in compliance with OSHA standards:

  i.    Fans within seven (7) feet of the floor or work surface shall have blade guard openings no larger than two (2) inches.

  ii.   Protective eye and face equipment shall be used, as appropriate, to avert risk of injury.  Dangerous areas presenting such risks shall be conspicuously marked with eye-hazard warning signs.

  iii.  Safety shoes shall be worn in FSA-designated foot hazard areas.

  iv.   Meat saws, slicers, and grinders shall be equipped with anti-restart devices.

  v.    The maintenance manager shall provide ground fault protection wherever needed in the food service department and shall document this for the FSA.

d.    Light fixtures, vent covers, wall-mounted fans, decorative materials, and similar equipment and materials attached to walls or ceilings shall be maintained in good repair.

e.    Lights in food production areas, utensil and equipment washing areas and other areas displaying or storing food, equipment, or utensils shall be equipped with protective shielding.

f.    An approved, fixed fire-suppression system shall be installed in ventilation hoods over all grills, deep fryers and open flame devices.  A qualified contractor shall inspect the system every six months.  The fire-suppression system shall be equipped with a locally audible alarm and connected to the control room's annunciator panel.

g.    Hood systems shall be cleaned after each use to prevent grease build-up, which constitutes a fire risk.  All deep fryers and grills shall be equipped with automatic fuel or energy shut-off controls.

N.    EQUIPMENT AND UTENSILS

4.    Information

All food service equipment and utensils shall meet the National Sanitation Foundation International (NSF) standards or equivalent standards of other agencies.

5.    Materials

a.    Materials used in the construction or repair of multi-use equipment and utensils shall:

  ▪    Be nontoxic, non-corrosive, non-absorbent, durable under normal use, smooth, and easily cleaned.

  ▪    Impart no odors, color, or taste.

  ▪    Retain their original properties under repeated use, creating no risk of food-adulteration as they deteriorate.

CCOG00030642

b.     Paint on any surface that could come into contact with food is prohibited.

c.     Milk-dispensing tubes shall be cut diagonally about two inches from the cutoff valve. Bulk milk dispensers shall be equipped with thermometers.

6.     Design and Fabrication

a.     All food service equipment and utensils (including plastic ware) shall be designed and fabricated for durability under normal use. Such equipment shall be readily accessible, easily cleaned, and resistant to denting, buckling, pitting, chipping, and cracking.

b.     Equipment surfaces not intended for contact with food, but located in places exposed to splatters, spills, etc., require frequent cleaning. Therefore, they shall be reasonably smooth, washable, free of unnecessary ridges, ledges, projections, and crevices. Upkeep of equipment surfaces should contribute to cleanliness and sanitation.

7.     Installation

a.     Equipment shall be installed in accordance with the manufacturer's instructions and good engineering practices.

b.     Installers shall allow enough space between pieces of equipment and between equipment and walls to facilitate routine cleaning. Adjacent pieces may be butted together if the gap between them is sealed.

8.     General Cleaning Procedures

a.     Moist cloths for wiping food spills on kitchenware and food-contact surfaces on equipment shall be clean, rinsed frequently in sanitizing solution, and used solely for this purpose. They shall soak in the sanitizing solution between uses.

b.     Moist cloths used for non-food-contact surfaces like counters, dining table tops, and shelves shall be cleaned, rinsed, and stored in the same way as the moist cloths used on food-contact surfaces. They shall be used on non-food-contact surfaces only.

c.     Detergents and sanitizers must have Food and Drug Administration approval for food service uses.

8.     Equipment and Utensil Storage

a.     Eating utensils should be picked up by their bases or handles only. Utensils shall be stored in perforated pans only.

b.     Glasses, tumblers, and cups shall be inverted before storing. Other tableware and utensils may be either covered or inverted.

9.     Storage of Clothing and Personal Belongings

a.     Clothes and other personal belongings like jackets, shoes, etc. shall be stored in designated areas apart from:

i.     Areas for the preparation, storage, and serving of food, and

ii.     Areas for the washing and storing of utensils.

Note: The Food Service Manager shall identify space for storing inmate/detainee belongings.

O.     INSPECTION AND CONTROL OF FOOD PRODUCTS

CCOG00030643

1.  Food products that are grown or produced within the system are inspected and approved by the appropriate government agency.  Government inspection of food grown in inmate/resident gardens and used in food service is not required where the garden is not part of a larger agriculture operation and the inmate/resident does not work full-time at food production for use by the inmate/resident population.  All garden-grown food should, however, be inspected by food service employees prior to use.

2.  A distribution system ensures prompt delivery of food products to facility food service departments.

3.  Food products shall meet or surpass government inspection levels, and the distribution system shall ensure that they are delivered when fresh and in a condition for optimum food service.

    a.  Incoming shipments will be inspected for damage, contamination, and pest infestation. Rats, mice, or insects may be hiding in the middle of a pallet.

        i.  Promptly remove damaged pallets and broken containers of food. Separate damaged food containers from other food and store separately for disposal. Take special care in handling flour, cereal, nuts, sugar, chocolate, and other products highly susceptible to contamination.

4.  Controlled items (such as sugar, yeast, nutmeg, raisins, fruit and any other items which are used for the manufacture of contraband beverages) will be the joint responsibility of the Food Service Manager and the Chief of Security.  These types of items will be maintained in a secure storage area and will be issued to an employee only when needed for a recipe.

    a.  Yeast and Yeast Products

        i.  All yeast and yeast products must be stored in an area with no inmate/detainee access, preferably in a locked metal yeast cabinet for which the food service department has only one key. The locked cabinet should be kept in a locked area.

        ii.  Until the yeast is thoroughly incorporated as an ingredient in the item being prepared, only one member of the food service staff, closely supervised, may handle and dispense it.

        iii.  Staff shall keep a record of the yeast inventory (in pounds and ounces) indicating quantity of receipt and issue, balance on hand, and the record-keeper's initials.

    b.  Other food items:

        i.  Mace, nutmeg, clover, sugar, and alcohol-based flavorings also require special handling and storage.

            •  The purchase order for any of these items shall specify the special handling requirements for delivery.

            •  Staff shall store and inventory these items in a secure area in the food service department.

            •  Staff shall directly supervise the use of these items.

P.  FACILITIES/EQUIPMENT

    1.  Facilities

Food service facilities shall meet all standards and requirements set by qualified professional or governmental bodies.

2.      Equipment

All equipment shall be of such material, design, workmanship, or installation to permit full compliance with regulations.  Equipment shall be kept clean and in good repair at all times.

3.      Food service areas and equipment will be cleaned after each use.  Each facility will establish additional cleaning requirements for all food service areas and equipment by developing a Monthly Deep Cleaning Schedule (See 11-100BB Sample).

4.      The cleaning schedule for each food service area is conspicuously posted for easy reference.

Q.      INSPECTIONS

All areas and equipment related to food preparation (for instance, ranges, ovens, refrigerators, mixers, dishwashers, garbage disposals, etc.) require frequent inspections to ensure their sanitary and operating condition.

1.      Daily Inspection

a.      Food service employees will conduct daily inspections of the food service department and satellite serving areas and equipment.  Each facility will develop and utilize a Daily Closing Inspection (See 11-100CC Sample).

b.      The Food Service Manager will be responsible for reviewing and signing the completed daily inspections forms.

2.      Weekly Inspections

a.      Weekly inspections of all food service areas shall be conducted, including dining and food preparation areas and equipment, by administrative, medical, or dietary personnel; these may include the person supervising food service operations or his/her designee.  Copies of all inspections shall be forwarded to the Facility Safety Authority and must include corrective action for all deficiencies.

b.      The Food Service Manager is responsible for conducting a weekly follow-up of all identified deficiencies.

3.      Monthly Inspections

a.      In addition to monthly inspections required by CCA Policy 8-6 Safety Inspections, the Food Service Manager, Facility Safety Authority, and Maintenance Supervisor will conduct a monthly inspection of the food service department.  Each facility will develop a facility specific inspection form (See 11-100DD Monthly Food Service Inspection Sample).

b.      The Food Service Manager is responsible for developing a plan of action in accordance with CCA Policy 1-22 Plan of Action, for all identified deficiencies and conducting a weekly follow-up.

4.      Outside Independent Inspections

Independent inspections are conducted annually. An outside independent source will verify that all food service facilities and equipment meet established health and safety codes.  When deficiencies are found, corrective actions will be taken.

R.      STORAGE

Proprietary Information – Not For Distribution – Copyrighted          Property of Corrections Corporation of America
Exhibit 36 Page 296

CCOG00030645

CONFIDENTIAL

1.    All food supplies not in preparation are to be stored in a locked, clean, well-ventilated room, which is free from vermin. No pests or infestations may be present.

    a.    Sealing or otherwise making impenetrable all walls, ceiling, and floor openings to prevent entry of dirt, water, pests, etc.

2.    Keeping the storeroom dry and cool (45-80 Fahrenheit degrees) to prevent swelling of canned goods and general spoilage.

3.    Prevent cross-contamination by storing foods requiring washing or cooking separately from those that do not.

4.    Dry food supplies will be stored in a clean, dry, ventilated room not subject to waste water backflow or other contamination.

5.    A locked storage area separate from food supplies will be provided for soaps, detergents, waxes, cleaning compounds, etc.

6.    Bags, containers, bundles, etc., should be stored in tiers and stacked, blocked, interlocked, and limited in height for stability and security against sliding or collapsing.

7.    Store all products at least six (6) inches from the floor and sufficiently far from walls to facilitate pest-control measures.

8.    Wooden pallets may be used to store canned goods and other non-absorbent containers but not to store dairy products of fresh produce. A painted line may guide pallet placement.

9.    Do not store food in locker rooms, toilet rooms, dressing rooms, garbage rooms, mechanical rooms, under sewer lines, potentially leaking water lines, open stairwells or other sources of contamination.

10.    No flammable material, loose cords, debris, or other obvious hazards may be present.

11.    Each facility shall establish a written stock rotation schedule.


S.    TEMPERATURES

1.    Prepared Meals

Temperature checks must be documented on all prepared meals to include cooked temperature, holding temperature, and serving temperature in accordance with established industry standards and/or local health codes.  When using satellite tray service, serving temperatures may be replaced by time control mechanisms as determined by local health codes.

**AT THIS FACILITY, IN ACCORDANCE WITH ESTABLISHED INDUSTRY STANDARDS AND/OR LOCAL HEALTH CODES, THE PROPER COOKED TEMPERATURE, HOLDING TEMPERATURE, AND SERVING TEMPERATURE ARE:**

| |
|---|
| **IN ACCORDANCE WITH CALIFORNIA CODE:** |
| **PROPER COOKED TEMPERATURE:** |
| **FRUITS & VEGETABLES FOR HOT HOLDING - 135° F** |
| **SHELL EGGS COOKED FOR IMMEDIATE SERVICE; FISH; SINGLE PIECES OF MEAT- 145°FOR 15 SECS** |
| **COMMUNICATED MEAT; INJECTED MEATS; RAW EGGS FOR LATER SERVICE- 155°F FOR 15 SECS** |

Proprietary Information – Not For Distribution – Copyrighted          Property of Corrections Corporation of America
Exhibit 36 Page 297

CCOG00030646

---

> **POULTRY; COMMUNICATED POULTRY; STUFFED ITEMS (FISH, MEAT, POULTRY, PASTA); STUFFING CONTAINING FISH; MEAT; POULTRY - 165° F FOR 15 SECS**
>
> **ROASTS (BEEF, PORK, AND HAM) - 135° F OR AS SPECIFED IN THE CALIFORNIA RETAIL FOOD CODE**
>
> **IN ACCORDANCE WITH ICE NATIONAL DETENTION STANDARD (FOOD SERVICE), THE FOLLOWING FOODS SHALL BE COOKED TO THE REQUIRED TEMPERATURES:**
>
> - **RAW EGGS, FISH, MEAT, AND FOODS CONTAINING THESE ITEMS – 145 FAHRENHEIT DEGREES OR HIGHER.**
>
> - **GAME ANIMALS, COMMINUTED (GROUND) FISH AND MEATS, INJECTED MEATS, AND EGGS NOT INTENDED FOR IMMEDIATE CONSUMPTION - 155 FAHRENHEIT DEGREES OR HIGHER.**
>
> - **STUFFING CONTAINING FISH, MEAT OR POULTRY – 165 FAHRENHEIT DEGREES OR HIGHER.**
>
> - **ROAST BEEF AND CORNED BEEF - 145 FAHRENHEIT DEGREES OR HIGHER.**

2.   Leftover Food Items

    a.   Temperature checks must be documented for all leftovers to ensure that they reach proper cooling in accordance with established industry standards and/or local health codes.

       **AT THIS FACILITY, IN ACCORDANCE WITH ESTABLISHED INDUSTRY STANDARDS AND/OR LOCAL HEALTH CODES, THE PROPER COOLING TEMPERATURE FOR LEFTOVERS IS:**

> **COOLED WITHIN  TWO (2) HOURS FROM BETWEEN 135° TO 70° AND FROM 70°TO 41°OR BELOW WITHIN FOUR (4) HOURS**
>
> **IN ACCORDANCE WITH ICE NDS (FOOD SERVICE), POTENTIALLY HAZARDOUS FOOD MUST BE COOLED FROM 140 TO 70 FAHRENHEIT DEGREES WITHIN TWO (2) HOURS OF COOKING, AND FROM 70 TO 40 FAHRENHEIT DEGREES OR BELOW WITHIN FOUR (4) HOURS. FOODS PREPARED FROM INGREDIENTS AT AMBIENT TEMPERATURES, SUCH AS RECONSTITUTED FOODS AND CANNED TUNA, MUST BE COOLED TO 41 FAHRENHEIT DEGREES WITHIN TWO (2) HOURS OF COOKING.**

    b.   Prepared food items that have not been placed on the serving line may be retained for no more than twenty-four (24) hours. Leftovers offered for service a second time shall not be retained for later use, but shall be discarded immediately after offering. All leftovers shall be labeled to identify the product, preparation date, and time.

    c.   Food Cooling

---

Proprietary Information – Not For Distribution – Copyrighted                          Property of Corrections Corporation of America
Exhibit 36 Page 298

CCOG00030647

   i.    The food service department can meet time-and-temperature requirements for cooling by using any or all of the following techniques, which expedite cooling:

- Placing the food in shallow pans.
- Separating food into smaller or thinner portions.
- Using rapid cooling equipment.
- Stirring the food in a container placed in an ice water bath.
- Using containers that facilitate heat transfer.
- Adding ice as an ingredient.
- Using a commercial blast-chiller.

   ii.    During cooling, the food containers shall be arranged in cooling or cold-holding equipment in a way that maximizes heat transfer through the walls of the containers.

   iii.    Food protected from overhead contamination should be left uncovered during the cooling period.  If the risk of overhead contamination exists, the food must be loosely covered to facilitate heat transfer from the surface of the food.

Potentially hazardous foods that have been cooked and then refrigerated should be quickly and thoroughly reheated at a minimum of 165 Fahrenheit degrees before being served.

   i.    After being reheated at 165 Fahrenheit degrees, the food may be maintained at 140 Fahrenheit degrees on a heated steam line or equivalent warming equipment.

3.    Stored Food Items & Dishwashers/Manual Sinks

   a.    Unless national or state health codes specify otherwise, refrigerator, freezer, shelf goods, and dishwasher temperatures shall be checked and recorded daily by administrative, medical, or dietary personnel to ensure they meet the following requirements:

   i.    Refrigerated foods at thirty-five (35) degrees to forty (40) degrees Fahrenheit.

- Store perishables at thirty-five (35) degrees to forty (40) Fahrenheit degrees to prevent spoilage and other bacterial action.

   ii.    Frozen foods at zero (0) degrees Fahrenheit or below.

   iii.    Shelf goods at forty-five (45) degrees to eighty (80) degrees Fahrenheit.

   iv.    Water temperatures for dishwashers on the final rinse should be one-hundred and eighty (180) degrees Fahrenheit.  If chemical sanitizer is being used, between one-hundred and forty (140) and one-hundred and sixty (160) degrees Fahrenheit.

   v.    Dishwasher temperatures will be checked after each meal and documented.

AT THIS FACILITY, IN ACCORDANCE WITH NATIONAL OR STATE HEALTH CODES, THE FOLLOWING TEMPERATURES WILL BE USED IN LIEU OF THOSE LISTED ABOVE:

> **IN ACCORDANCE WITH SERVICE SOLUTIONS THE FINAL RINISE TEMPERATURE OF THE DISHWASHING MACHINE,  WITH CHEMICAL SANITIZER, IS 120º OR ABOVE.**

b.   Water temperature for manual sinks should be maintained at established industry standards or in accordance with local health codes.

c.   A sink with at least three (3) labeled compartments is required for manually washing, rinsing, and sanitizing utensils and equipment.  Sanitize in the third compartment using one of the following methods:

   i.   Immerse for at least thirty (30) seconds in clean water at a constant temperature of 171 degrees fahrenheit (171°) that is maintained with a heating device and frequently checked with a thermometer.  Use dish brackets to immerse items completely.

   ii.   Immerse for at least sixty (60) seconds in a sanitizing solution containing at least fifty (50) parts per million (ppm) chlorine at a temperature of at least 75 degrees Fahrenheit (75°f).

   iii.   Immerse for at least sixty (60) seconds in a sanitizing solution containing at least 12.5 ppm iodine, with a ph not higher than 5.0 and a temperature of at least 75 degrees Fahrenheit (75°f).

   iv.   Immerse in a sanitizing solution containing an equivalent sanitizing chemical at strengths recommended by the public health service.

   v.   Periodically check and adjust as necessary the chemical concentrations in a sanitizing solution, using a test kit.

   NOTE: A fourth sink compartment with a garbage-diposer shall be included in plans for facilities being built of renovated.

4.   Mechanical Cleaning and Sanitizing

   Spray or immersion dishwashers or devices -- including automatic dispensers for detergents, wetting agents, and liquid sanitizer -- shall be maintained in good repair. Utensils and equipment placed in the machine must be exposed to all cycles.

   d.   The pressure of the final rinse water must be between 15 and 25 pounds per square inch (psi) in the water line immediately adjacent to the final-rinse control valve.

   e.   Install machine- or water line-mounted thermometers to check water temperature in each dishwasher tank, including the final rinse water.

      i.   Use baffles, curtains, etc., to prevent wash water from entering the rinse water tank(s).  Time conveyors to ensure adequate exposure during each cycle.

      ii.   Place equipment and utensils on conveyors or in racks, trays, and baskets to expose all food-contact surfaces to detergent, washing, and rinsing without obstruction and to facilitate free draining.

Proprietary Information – Not For Distribution – Copyrighted          Property of Corrections Corporation of America
                                                                            Exhibit 36 Page 300

CCOG00030649

    f.    Maintain the following temperatures for hot-water sanitizing:

        i.    Single-tank, stationary rack, dual-temperature machine: wash temperature of 150 F degrees; final rinse, 180 F degrees.

        ii.    Single-tank, stationary rack, single-temperature machine: wash and rinse temperature of 165 F degrees.

        iii.    Multi-tank, conveyor machine: wash temperature of 150 F degrees; pumped rinse, 160 F degrees; final rinse, 180 F degrees.

        iv.    Single-tank, pot/pan/utensil washer (stationary or moving rack): wash temperature of 140 F degrees; final rinse, 180 F degrees.

- When using a chemical spray in a single-tank, stationary rack, glass-washer, maintain a wash temperature of at least 120 F degrees unless otherwise specified by the manufacturer.

- Air-dry all equipment and utensils after sanitizing, by means of drain boards, mobile dish tables, and/or carts.

**AT THIS FACILITY, IN ACCORDANCE WITH ESTABLISHED INDUSTRY STANDARDS OR LOCAL HEALTH CODES, THE FOLLOWING TEMPERATURE WILL BE USED FOR MANUAL SINKS:**

| |
|---|
| **IN ACCORDANCE WITH CALIFORNIA CODE:**<br><br>**MINIMUM TEMPERATURE OF 120°F FOR UTENSIL WASHING AND 100°F FOR HAND WASHING.** |

5.    Temperature Logs

The Food Service Manager or designee will be responsible for maintaining a file of all temperature logs. The 11-100L Daily Temperature Log will be used for documenting temperatures of coolers, freezers and dry storage areas. All other temperatures will be maintained on facility specific forms.

T.    SECURITY

1.    The correctional officer assigned to the food service department will ensure the security of the area by monitoring and controlling the issuance of tools and equipment in accordance with CCA Policy 9-8 Control of Tools.

2.    Inmates/residents will not be allowed to enter and/or exit the food service department until pat searched by the assigned correctional officer.

    a.    Food service personnel as well as security staff shall conduct searches/shakedowns of inmate/resident work areas frequently, paying particular attention to trash receptacles.

3.    Food service personnel must authorize and supervise inmate/resident movement into food storage areas, coolers, etc.

4.    Counting Procedures

    a.    The food service manager (administrator) shall inform staff of the counting procedures, to include a staff observer/back-up during each count. Inmates/residents will be assembled in an area/manner to be observed during count.

Proprietary Information – Not For Distribution – Copyrighted    Property of Corrections Corporation of America
Exhibit 36 Page 301

CCOG00030650

      b.      Staff shall account for inmates/detainees at all times.

U.    INCIDENTS

1. In the event of a food service incident (e.g. menu non-compliance, portion size concerns, sanitation, food shortages, etc.), facility employees will be responsible for completing the 11-100H Food Service Incident Report.

2. Once the 11-100H has been completed, it must be forwarded to the Food Service Manager for a response. The Food Service Manager must respond to all 11-100H forms within seventy-two (72) hours of receipt. All responses will be forwarded to the Warden/Administrator or designee for review. The Warden/Administrator or designee is responsible for forwarding the 11-100H to the Facility Support Center Director, Food Service Analysis and Coordinator, Operations Support upon receipt.

3. In the event the food service operation is contracted to another agency, a copy of the monitoring report shall be forwarded to the district contact for that agency. Upon receipt of the monitoring report, the contracting agency will provide written justification to the Warden/Administrator or designee.

V.    MONITORING

1. The Administrative Duty Officer (ADO) will monitor one (1) meal service per week (Saturday, Sunday, or holiday) and complete the 11-100I Meal Monitoring Form.

2. To enhance the operation of the food service department, it is recommended that in addition to the weekly monitoring from the ADO that each meal is monitored by an employee who works outside of the food service department using the 11-100I.

3. The Food Service Manager or Designee must be notified of any concerns identified during the meal monitoring process to ensure that corrective action is taken.

W.    REPORTING

The Food Service Manager is responsible for completing the 11-100J Monthly Food Service Report each month and forwarding it to the Warden/Administrator no later than the 5th of the following month.

X.    **AT THIS FACILITY, ADDITIONAL CONTRACTING AGENCY REQUIREMENTS PERTAINING TO FOOD SERVICE OPERATIONS ARE:**

| <u>NONE</u> |
| --- |

**11-100.5    REVIEW:**

The Facility Support Center Director, Food Services Analysis will review this policy on an annual basis or as needed.

**11-100.6    APPLICABILITY:**

All CCA Facilities (Provided contractual requirements do not mandate otherwise)

**11-100.7    APPENDICES:**

11-10000AA    Food Service Agenda Sample

11-100BB    Monthly Deep Cleaning Schedule Sample

11-100CC    Daily Closing Inspection Sample

11-100DD    Monthly Food Service Inspection Sample

Proprietary Information – Not For Distribution – Copyrighted    Property of Corrections Corporation of America
Exhibit 36 Page 302

CCOG00030651

**11-100.8     ATTACHMENTS:**

| | |
|---|---|
| 11-100A | Menu Substitution Notification |
| 11-100B | Menu Substitution Log |
| 11-100C | Daily Staff Meal Accountability Form |
| 11-100D | Pre & Post Meal Checklist **(11-100D DELETED December 21, 2007)** |
| 11-100E | Inmate/Resident Pre-Assignment Training Record |
| 11-100F | Hygiene Monitoring **(11-100F DELETED December 21, 2007)** |
| 11-100G | Daily Closing Checklist **(11-100G RELOCATED TO 11-100.7 APPENDICES December 21, 2007)** |
| 11-100H | Food Service Incident Report |
| 11-100I | Meal Monitoring Form |
| 11-100J | Monthly Food Service Report |
| 11-100K | Food Service Scheduling |
| 11-100L | Daily Temperature Log |

**AT THIS FACILITY ADDITIONAL FORMS UTILIZED ARE:**

> **NDS FORMS:**
> - **AUTHORIZATION FOR COMMON FARE PARTICIPATION**
> - **RELIGIOUS DIET IDENTIFICATION CARD**

**11-100.9     REFERENCES:**

CCA Policy 1-15

CCA Policy 1-22

CCA Policy 3-20

CCA Policy 8-2

CCA Policy 8-6

CCA Policy 9-8

CCA Policy 13-85

**ICE PERFORMANCE-BASED NATIONAL DETENTION STANDARD:**

**FOOD SERVICE (12/02/08)**

ACA

  4-4264

4-4313/4-ALDF-4A-04/3-JTS-4A-01

4-4314/4-ALDF-4A-05/3-JTS-4A-02/3-JCRF-4A-01

4-4315/4-ALDF-4A-06/3-JTS-4A-03/3-JTS-4A-06

4-4316M/4-ALDF-4A-07M/3-JTS-4A-04M/3-JCRF-4A-02M

4-4317/4-ALDF-4A-08/3-JTS-4A-05/3-JCRF-4A-03

4-4318/4-ALDF-4A-09M/3-JTS-4A-07M/3-JCRF-4A-05M

4-4319/4-ALDF-4A-10/3-JTS-4A-09/3-JCRF-4A-06

4-4320/3-JTS-4A-08

4-4321M/4-ALDF-4A-11M/3-JTS-4A-10M/3-JCRF-4A-07M

4-4322M/4-ALDF-4A-13M/3-JTS-4A-15M

4-4323/4-ALDF-4A-14

4-4324M/4-ALDF-4A-15M/3-JTS-4A-11/3-JCRF-4A-08

4-4325/4-ALDF-4A-16/3-JTS-4A-12

4-4326/4-ALDF-4A-17/3-JTS-4A-13/3-JCRF-4A-09

4-4327

4-4328/4-ALDF-4A-18/3-JTS-4A-14/3-JCRF-4A-10

4-ALDF-4A-12

NCCHC  P-B-03/J-B-03

        P-F-02/J-F-02

Proprietary Information – Not For Distribution – Copyrighted                    Property of Corrections Corporation of America
                                                                                                    Exhibit 36 Page 304

CCOG00030653