EXHIBIT 37

| ![CCA Logo] CORRECTIONS CORPORATION OF AMERICA | POLICY TITLE | **Food Service Operations** | | |
|---|---|---|---|---|
| | CHAPTER | **11** | POLICY NUMBER **11-1** | **Page 1 of 23** |
| | EFFECTIVE DATE | | SUPERSEDES DATE | |
| | MARCH 11, 2011 | | DECEMBER 21, 2007 | |
| SIGNATURE ON FILE AT FACILITY SUPPORT CENTER<br>*Richard P. Seiter*<br>*Executive Vice President/Chief Corrections Officer* | FACILITY NAME | **CALIFORNIA CITY CORRECTIONAL CENTER** | | |
| SIGNATURE ON FILE AT FACILITY SUPPORT CENTER<br>*Steve Groom*<br>*Executive Vice President/General Counsel* | FACILITY EFFECTIVE DATE | | FACILITY SUPERSEDES DATE | |
| | JUNE 27, 2011 | | (11-100) DECEMBER 1, 2010 | |

**11-1.1   POLICY:**

It is the policy of CCA to serve meals, under employee supervision, that will be nutritionally balanced, well-planned, prepared, served, and delivered in a manner that meets established governmental and safety codes while adhering to ADA, NAS, ACA, NCCHC, local, state, and federal requirements and if applicable, contractor requirements/standards/guidelines/policies.   Food service operations in CCA facilities may be contracted.

**11-1.2   AUTHORITY:**

CCA Company Policy

**11-1.3   DEFINITION:**

<u>Therapeutic/Special Diet</u> – A diet prepared and served to inmates/residents according to the orders of the treating physician or as directed by the responsible health authority.

<u>Religious Diet</u>- A diet prepared and served to inmates/residents according to religious beliefs that require adherence to religious dietary laws and are approved by the Chaplain.

<u>Qualified Nutritionist or Dietitian</u>– An individual registered, or eligible for registration, by the Commission on Dietetic Registration.

<u>ADA</u> – American Dietetic Association

<u>NAS</u> – National Academy of Science

<u>ACA</u> – American Correctional Association

<u>NCCHC</u> – National Commission on Correctional Health Care

**AT THIS FACILITY, ADDITIONAL DEFINITIONS ARE:**

> **IN ACCORDANCE WITH ICE PERFORMANCE-BASED NATIONAL DETENTION STANDARDS (PBNDS):**
>
> **COOK FOREMAN – CCA EQUIVALENT, ASSISTANT FOOD SERVICE MANAGER**
>
> **FOOD SERVICE ADMINISTRATOR OR EQUIVALENT – AN EXPERIENCED PERSON DELEGATED AND RESPONSIBLE FOR THE FOOD SERVICE PROGRAM. FOR THE PURPOSE OF THIS POLICY, THE FOOD SERVICE ADMINISTRATOR EQUIVALENT IS THE FOOD SERVICE MANAGER.**

**11-1.4   PROCEDURES:**

**PROCEDURES INDEX**

| SECTION | SUBJECT |
|---|---|

CONFIDENTIAL

| Page 2 of 23 | JUNE 27, 2011 | 11-1 |
|---|---|---|

| A | Staffing |
|---|---|
| B | Management |
| C | Budgeting and Purchasing |
| D | Maintenance of Records |
| E | Nutritional Adequacy |
| F | Menu Planning |
| G | Meal Preparation |
| H | Therapeutic/Special Diets |
| I | Religious Diets |
| J | Meal Service |
| K | Food Service Variations |
| L | Health and Safety Regulations |
| M | Inspection and Control of Food Products |
| N | Facilities/Equipment |
| O | Inspections |
| P | Storage |
| Q | Temperatures |
| R | Security |
| S | Incidents |
| T | Monitoring |
| U | Reporting |
| V | ATF Section |

A.      STAFFING

1.      Staffing for the food service department shall meet minimum staffing patterns outlined by the facility or as specified by the prime contract. When food services are contracted, staffing patterns are indicated in the Contractor Agreement.

2.      All hiring practices will be consistent with CCA Policy 3-20 Employee Recruiting, Selection, and Hiring.  Contracted employees will be required to provide necessary documentation to the facility Manager, Human Resources in order to maintain employment within a facility as well as any prime contract requirements.

3.      The 11-1K Food Service Scheduling form will be utilized to schedule all employee and inmate/resident workers.

4.      **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

> **IN ACCORDANCE WITH ICE PBNDS, THE COOK FOREMAN IS ON DUTY ON DAYS WHEN THE FOOD SERVICE MANAGER IS OFF DUTY AND VICE-VERSA.**

B.      MANAGEMENT

1.      Food service operations will be supervised by a full-time employee who has a minimum of three (3) years experience in food service management and is certified in sanitation.

2.      The Food Service Manager should have the resources, authority, and responsibility to provide food service for the facility.

3.      To enhance the operation of the food service department, a weekly meeting will be conducted between the Warden/Administrator and/or designee and the Food Service Manager.  An agenda will be developed for each meeting (See 11-1AA

| Page 3 of 23 | JUNE 27, 2011 | 11-1 |
| --- | --- | --- |

Food Service Agenda Sample) and meeting minutes shall be maintained by the Food Service Manager and available for review upon request.

   a.   If extenuating circumstances exist that prevent a meeting from being held, the reason must be documented.

4.   The Food Service Managers responsibilities include, but are not limited to:

   a.   Planning, controlling, directing, and evaluating food service operations;

   b.   Training and developing food service staff and inmates/residents;

   c.   Ensuring compliance with standards of sanitation, safety, and security;

   d.   Adhering to the approved nutritionally adequate menus and evaluating acceptance of the menus by the inmate/resident population;

   e.   Adhering to specifications for the procurement of food, equipment, and supplies; and

   f.   Adhering to a training program that ensures operational efficiency and a high quality food program.

C.   BUDGETING AND PURCHASING

The Food Service Manager will employ specific food service budgeting, purchasing, and accounting practices to include, but not limited to:

1.   Food expenditure cost accounting designed to determine cost per meal per inmate/resident.

2.   Estimation of food service requirements.

3.   Purchase of supplies at wholesale or other favorable prices and conditions, when possible.

4.   Determination of and responsiveness to inmate/resident eating preferences.

5.   Refrigeration of food, with specific storage periods.

6.   Inventory

   a.   The master-cycle menu will be used to determine an established inventory of food and supplies for the facility.

   b.   A physical inventory of food and supplies will be completed at least weekly.

   c.   Inventory levels will be monitored and may be periodically adjusted to correct excesses or shortages of food and supplies.

   d.   All food service staff are responsible for assisting in the security of food and supplies from the point of receipt until expended.

7.   **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

> **IN ACCORDANCE WITH ICE PBNDS, A FIFTEEN (15) DAY MINIMUM FOOD LEVEL SHALL BE STOCKED AT ALL TIMES**

D.   MAINTENANCE OF RECORDS

1.   Accurate records will be maintained of all meals served and shall include:

| Page 4 of 23 | JUNE 27, 2011 | 11-1 |
|---|---|---|

a.   Number, cost, and type of meals served to inmates/residents, employees, guests, and visitors.

b.   Published menus, information on waste, food costs, nutritional accounting, and notation of food products grown or produced in the system.

c.   An annual budget plan for equipment necessary to meet food service requirements.

d.   Documentation to support annual review and approval, by a qualified nutritionist or dietitian, of all meals served.   The registered dietitian will include the nutritional adequacy of the menu and menu planning effectiveness.

e.   Documentation of safety training records will be maintained showing the food service personnel receive safety training, at a minimum, in accident prevention, first aid, knife storage (where applicable), and use of safety devices, to include the fire extinguisher.

2.   All records will be maintained in accordance with Policy 1-15, Retention of Records.

E.   NUTRITIONAL ADEQUACY

1.   Nutritional adequacy of menus, to include therapeutic/special diets and religious diets, will be reviewed and signed at least annually by a qualified nutritionist or dietitian to ensure menus meet nationally recommended allowances for basic nutrition.

**AT THIS FACILITY, ADDITIONAL NUTRITIONAL ADEQUACY REQUIREMENTS MANDATED BY THE CONTRACTING AGENCY ARE AS FOLLOWS:**

> <u>NONE</u>

2.   Facilities adhering to NCCHC standards shall have a registered or licensed dietitian review regular and medical diets for nutritional adequacy at least every six (6) months and whenever a substantial change in the menus is made.   Review may take place through a documented on-site visit or by written consultation.   Either way, written documentation of menu reviews includes the date, signature, and title of the consulting dietitian(s).

3.   Menu evaluations will be conducted at least quarterly by the Food Service Manager to verify adherence to established basic daily servings.   Menu evaluations shall include a review of the quarter's 11-1B Menu Substitution Logs.   The quarterly review shall indicate that substitutions were reviewed and that the substitutes comply with the approved list for nutritional replacement.

4.   Nutritional adequacy, as adjusted for age, sex, and activity, shall meet or exceed the recommended nutritional adequacies published by the National Academy of Sciences.

F.   MENU PLANNING

1.   All menus and special diets are planned, dated, and available for review at least one (1) week in advance.

a.   The master menu cycles will be posted in the Food Service Department.

b.   Meals shall substantially follow the menu plan.

c.   In preparation of all meals, consideration will be given to food flavor, texture, temperature, appearance, palatability, and culturally diverse populations.

d.   **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

| Page 5 of 23 | JUNE 27, 2011 | 11-1 |
|---|---|---|

> **IN ACCORDANCE WITH ICE PBNDS, A STANDARD THIRTY-FIVE (35) DAY MENU CYCLE SHALL BE UTILIZED.**

2.     In the event menu substitutions are required, the Food Service Manager or designated supervisor will contact the Warden/Administrator or designee (during normal business hours) or the Administrative Duty Officer (after hours) via telephone a minimum of two (2) meal periods prior to the menu substitution. Menu substitutions will provide equal nutritional value. The 11-1A Menu Substitution Notification will be completed electronically and e-mailed to the Warden/Administrator and the individual contacted prior to completion of the shift.

3.     Menu substitutions will be documented on the 11-1B Menu Substitution Log and forwarded to the Warden/Administrator or designee for review and signature each month. A copy of the completed 11-1B will be maintained in the Food Service Department. Menu substitutions will provide equal nutritional value.

4.     A master file of tested recipes shall be maintained in the Food Service Department and the Administration Area.

5.     A file of food purchasing specifications should be maintained on the premises.

6.     Food shall be served as soon as possible after preparation and at an appropriate temperature.

7.     At least three (3) meals (including two (2) hot meals) shall be provided at regular meal times during each twenty-four (24) hour period, with no more than fourteen (14) hours between the evening meal and breakfast. A sample tray of the general population meal will be prepared and maintained in the freezer for a period of twenty-four (24) hours. Variations may be allowed based on weekend and holiday food service demands provided basic nutritional goals are met.

   a.     Sack meals shall not be served for more than one (1) meal daily, unless security issues require such action.

8.     Inmates/residents in segregation shall be served the same food as the general population. Alternative meal service may be provided to an inmate/resident in segregation who uses food or food service equipment in a manner that is hazardous to self, employees, or other inmates/residents. Alternative meal service is on an individual basis, is based on health or safety considerations only, meets basic nutritional requirements, and occurs with the written approval of the Warden/Administrator and responsible health authority. The substitution period shall not exceed seven (7) days.

9.     Employees shall be served the same food as the inmates/residents. Employee meals shall be documented in accordance with the following procedures:

   a.     All employees must sign the 11-1C Daily Staff Meal Accountability Form prior to receiving any meal. Employees shall ensure that guests/visitors of the facility sign the form as well prior to receiving any meal.

   b.     Employees are allowed one (1) meal per meal period (for example, if an employee is scheduled during breakfast and lunch, then they would receive one (1) meal at breakfast and one (1) meal at lunch). Modifications (i.e. extra portions, food not included in the menu, etc.) of the meal are prohibited unless otherwise approved by the Warden/Administrator.

   c.     Should a person be unable to pick up a meal from the dining area, an employee may be authorized to deliver the meal to them. Only authorized staff may pick

Proprietary Information – Not For Distribution – Copyrighted - Property of CCA

Exhibit 37 Page 309

CCOG00035173

| Page 6 of 23 | JUNE 27, 2011 | 11-1 |
|---|---|---|

up meals for other employees.  The authorized staff member delivering the meal shall sign the 11-1C Daily Staff Meal Accountability Form and provide justification for receipt of the meal.

    d.    All completed forms are to be forwarded to the Business Manager/Manager, Operations Finance for review and signature, who will forward it to the Warden/Administrator for review and signature.

10.    The Food Service Manager shall ensure that an adequate supply of food is on hand to comply with the Food Service Contingency Plan in the event of an emergency.

G.    **MEAL PREPARATION**

1.    All food service workers, both employees and inmates/residents, will be trained in meal preparation of regular, therapeutic/special, and religious diets.  Meal preparation training shall include information on appropriate substitutions.

2.    The Food Service Manager or designee is responsible for taking measures to prepare for meals in advance such as:

    a.    Separating and labeling dry storage items (excluding bread), three (3) days in advance;

    b.    Chopping vegetables for recipes the day prior to use; and

    c.    Preparing compound salads (pasta salad, potato salad, etc.) and desserts (gelatin, cakes, etc.) the day prior to use.

**NOTE:**  Those facilities limited on space will make every effort to prepare for the meal in advance.

3.    Thawing Food

Food must be thawed as follows:

    a.    Under refrigeration that maintain food temperature at thirty-five (35) degrees to forty (40) degrees Fahrenheit or below;

    b.    Under running water at seventy degrees Fahrenheit (70°F) or below; or

    c.    By cooking (to include microwave cooking).

4.    Food shall be prepared with minimal manual contact.  Food service workers shall thoroughly wash fruits and vegetables with fresh water before cooking or serving raw food.

5.    Potentially hazardous foods (e.g. whole or part milk, milk products, eggs, meat, poultry, fish or shellfish, or other high protein foods, etc.) shall be prepared from chilled ingredients whenever feasible.

6.    Cross-Contamination

    a.    To prevent cross-contamination, separate cutting boards must be used for raw and cooked foods.  Cutting boards must be washed, rinsed, and sanitized between each use.

        i.    Color-coded cutting boards, which reduce the rise of cross-contamination, may be used as determined by the Food Service Manager.

    b.    To prevent cross-contamination, food service workers who prepare or serve food shall not be assigned to clean latrines, garbage cans, sewers, drains, grease traps, or other duties when performing meal preparation duties.

CONFIDENTIAL

| Page 7 of 23 | JUNE 27, 2011 | 11-1 |
|---|---|---|

7.    A clean utensil must be used for each taste-testing conducted during meal preparation. Once the utensil has been used it must be disposed of or washed, as appropriate, and will not be used again.

8.    Food service staff and inmate/resident workers involved in meal preparation must ensure that foods are cooked at the required temperatures.

9.    All pre-cooked, potentially hazardous, refrigerated, or frozen food intended for re-heating shall be heated rapidly to an internal temperature of 165° or higher for a minimum of fifteen (15) seconds.

10.    Food service staff shall use thermometers to ensure the attainment and maintenance of property internal cooking, holding, or refrigeration temperatures of potentially hazardous foods.

11.    **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

> **IN ACCORDANCE WITH OFDT FPBDS, SACK LUNCHES PREPARED FOR TRANSPORTS WILL BE OF SUFFICIENT QUALITY (I.E. PROPER PACKAGING AND TEMPERATURE CONTROL).**
>
> **IN ACCORDANCE WITH ICE PBNDS:**
>
> a.    **MEMBERS OF THE FOOD SERVICE STAFF SHALL PREPARE SACK MEALS FOR INMATES/RESIDENTS WHO ARE BEING TRANSPORTED TO/FROM OTHER LOCATIONS BY BUS OR AIR SERVICE. WHILE INMATE/RESIDENT VOLUNTEERS ASSIGNED TO THE FOOD SERVICE DEPARTMENT SHALL NOT BE INVOLVED IN PREPARING MEALS FOR TRANSPORTATION, THEY MAY PREPARE SACK MEALS FOR ON-SITE CONSUMPTION.**
>
> b.    **FOR ANY INMATE/DETAINEE WHO WILL BE TRANSPORTED BY THE JUSTICE PRISONER AIR AND TRANSPORTATION SYSTEM (JPATS), THE SACK LUNCH MUST COMPLY WITH JPATS CRITERIA. OTHERWISE THE FOLLOWING REQUIREMENTS ARE APPLICABLE:**
>
> I.    **EACH SACK SHALL CONTAIN AT LEAST TWO (2) SANDWICHES, OF WHICH AT LEAST ONE (1) SHALL BE MEAT (NON-PORK). COMMERCIAL BREAD OR ROLLS MAY BE PREFERABLE BECAUSE THEY INCLUDE PRESERVATIVES. TO ENSURE FRESHNESS, FRESH, FACILITY-MADE BREAD MAY BE USED ONLY IF MADE ON THE DAY OF LUNCH PREPARATION. SANDWICHES SHOULD BE INDIVIDUALLY WRAPPED OR BAGGED IN A SECURE FASHION TO PREVENT THE FOOD FROM SPOILING. MEATS, CHEESES, ETC., SHOULD BE FRESHLY SLICED THE DAY OF SANDWICH PREPARATION. LEFTOVER COOKED MEATS SHALL NOT BE USED AFTER 24 HOURS. IN ADDITION, EACH SACK LUNCH SHALL INCLUDE:**
>
> - **ONE (1) PIECE OF FRESH FRUIT OR PROPERLY PACKAGED CANNED FRUIT (OR PAPER CUP WITH LID), COMPLETE WITH A PLASTIC SPOON.**
>
> - **ONE (1) RATION OF A DESSERT ITEM, LIKE COOKIES, DONUTS, AND FRUIT BARS;**
>
> - **SUCH EXTRAS AS:**

CONFIDENTIAL

| Page 8 of 23 | JUNE 27, 2011 | 11-1 |
|---|---|---|

> o **PROPERLY PACKAGED FRESH VEGETABLES, LIKE CELERY STICKS AND CARROT STICKS, AND**
>
> o **COMMERCIALLY PACKAGED "SNACK FOODS," SUCH AS PEANUT BUTTER CRACKERS, CHEESE CRACKERS, AND INDIVIDUAL BAGS OF POTATO CHIPS.**
>
> **NOTE:   EXTREMELY PERISHABLE ITEMS SUCH AS FRUIT PIE, CREAM PIE, AND OTHER ITEMS MADE WITH MILD, CREAM OR OTHER DAIRY INGREDIENTS SHALL BE EXCLUDED.**
>
> **II.    WHENEVER POSSIBLE, THE FOOD SERVICE DEPARTMENT SHALL PACK MEALS INTENDED FOR BUS OR AIR SERVICE IN DISPOSABLE "SANCK BOXES" THAT ARE DESIGNED FOR PROPER PLACEMENT OR CONTENTS AND TO AFFORD MAXIMUM PROTECTION DURING HANDLING, PACKAGING AND TRANSPORTING. IF NECESSARY, PAPER BAGS MAY BE USED. THESE LUNCHES SHALL BE STORED IN A SECURED, REFRIGERATED AREA UNTIL PICKUP.**

H.    THERAPEUTIC/SPECIAL DIETS

1.    Therapeutic/special diets shall be provided as prescribed by appropriate clinicians. Therapeutic/special diets shall be prepared and served to inmates/residents according to the orders of the treating clinician or as directed by the responsible health authority.

2.    Prescriptions for therapeutic/special diets should be specific and complete, furnished in writing, on the 13-85A Therapeutic/Special Diet Request, electronic diet report, or similar contracting agency form (if required), to the Food Service Manager.

    a.    Therapeutic/special diets should be kept as simple as possible and should conform as closely as possible to the food served other inmates/residents.

    b.    Therapeutic/special diets shall be rewritten annually for adult facilities and monthly for juvenile facilities.

3.    A copy of each 13-85A, electronic diet report, or similar contracting agency form (if required), shall be maintained in the food service department for the duration of the prescribed therapeutic/special diet.

4.    On a weekly basis, the HSA or designee will ensure that the Food Service Manager is provided an updated therapeutic diet roster or electronic equivalent.

5.    Inmates/residents on any therapeutic/special diet shall be monitored regularly to ensure compliance with the prescribed diet.

6.    A therapeutic/special diet manual will be available in the health services and food services areas for reference and information.

7.    **AT THIS FACILITY, ADDITIONAL THERAPEUTIC/SPECIAL DIET REQUIREMENTS MANDATED BY THE CONTRACTING AGENCY ARE AS FOLLOWS:**

> **IN ACCORDANCE WITH ICE PBNDS:**
>
> o     **THERAPEUTIC/SPECIAL DIETS FOR ICE DETAINEES SHALL BE**

| Page 9 of 23 | JUNE 27, 2011 | 11-1 |
|---|---|---|

> **RENEWED IN NINETY (90) DAY INCREMENTS, IN LIEU OF ANNUALLY AS OUTLINED IN H.2.b ABOVE.**
>
> o **ONCE A THERAPEUTICE DIET HAS BEEN PRESCRIBED, THE HEALTH SERVICES DEPARTMENT SHALL ISSUE IN DUPLICATE, A SPECIAL DIET IDENTIFICATION CARD. THE SPECIAL DIET IDENTIFICATION CARD SHALL CONTAIN:**
>
> > o **INMATE/DETAINEE NAME AND NUMBER;**
> >
> > o **TYPE OF DIET;**
> >
> > o **DURATION (UP TO 90 DAYS) AND**
> >
> > o **HEALTH AUTHORITY SIGNATURE.**
>
> • **HEALTH SERVICES SHALL CONTACT THE APPROPRIATE INDIVIDUAL OR DEPARTMENT TO OBTAIN A PHOTO OF THE INMATE/DETAINEE AND ATTACH THE PHOTO TO THE IDENTIFICATION CARD. THE SECOND IDENTIFICATION CARD SHALL BE ISSUED TO THE INMATE/DETAINEE, WHO MUST PRESENT THE CARD AT EACH MEAL.**

I.   RELIGIOUS DIETS

1.   Religious diets shall be provided for inmates/residents whose religious beliefs require the adherence to religious dietary laws.

2.   Religious diets shall be approved by the Chaplain.  In the absence of a full-time Chaplain, the Warden/Administrator may authorize a qualified individual to approve religious diets.

   a.   Religious diet approvals should be specific and complete, furnished to the Food Service Manager, via email, as approved.  Once an inmate/resident has been placed on a religious diet, the 11-1M Religious Diet List will be updated.

   b.   By the 5th day of each month, the Chaplain will review and update the 11-1M Religious Diet List and email a copy to the Food Service Manager.

3.   Religious diets should be kept as simple as possible and should conform as closely as possible to the food served other inmates/residents.

**4.   AT THIS FACILITY, ADDITIONAL RELIGIOUS DIET REQUIREMENTS MANDATED BY THE CONTRACTING AGENCY ARE AS FOLLOWS:**

> **APPLICABLE TO ICE DETAINEES ONLY:**
>
> **ADDITIONAL RELIGIOUS DIET REQUIREMENTS ARE OUTLINED IN APPENDIX 11-1EE "ICE COMMON FARE, RELIGIOUS FASTS, AND SEASONAL OBSERVANCES"**

J.   MEAL SERVICE

1.   Pre-Meal/Post-Meal Meetings

Proprietary Information – Not For Distribution – Copyrighted - Property of CCA
Exhibit 37 Page 313
CCOG00035177

| Page 10 of 23 | JUNE 27, 2011 | 11-1 |
|---|---|---|

a.   The Food Service Manager and/or designated supervisor will be responsible for managing the meal service by conducting pre-meal and post-meal meetings for each meal served.

　　i.   Pre-meal meetings should include discussion/observation of the following:

- Worker assignments;
- Food quality and quantity;
- Line set-up;
- Tray set-up;
- Use of appropriate utensils;
- Food temperature checks;
- Preparation of sample tray;
- Special diet review; and
- Any other items deemed necessary by the person conducting the meeting.

　　ii.   Post-meal meetings should include discussion/observation of the following:

- Issues related to meal service;
- Proper wrapping, dating, and storage of leftovers; and
- Any other items deemed necessary by the person conducting the meeting.

b.   All personnel and inmates/residents involved in the meal serving process are required to attend the meeting.  In the event the facility serves meals via satellite, employees and/or inmates/residents in satellite serving locations are not required to attend the meeting.

2.   Meals are served under conditions that minimize regimentation, although there should be direct supervision by employees.

3.   When dining halls are available, meals will be served in the dining hall for all general population inmates/residents except when security or safety consideration justify otherwise.

a.   The dining area should provide normal group eating facilities and conversation should be permitted during dining hours and meals should not be served in cells unless necessary for safety and security.

b.   Facility security/program personnel shall be responsible for inmate/resident management and supervision of the dining areas during meal services.

4.   When dining halls all not available at a facility, meals will be served in the housing areas.

5.   **AT CALIFORNIA CITY CORRECTIONAL CENTER, ADDITIONAL PROCEDURES REQUIRED BY CONTRACT ARE:**

**AS OUTLINED IN APPENDIX 11-1FF "FOOD SERVICE DINING ROOM/SATELLITE MEALS OF OPERATIONS"**

Proprietary Information – Not For Distribution – Copyrighted - Property of CCA

Exhibit 37 Page 314

CCOG00035178

CONFIDENTIAL

| Page 11 of 23 | JUNE 27, 2011 | 11-1 |
|---|---|---|

K.   FOOD SERVICE VARIATIONS

1.   Food shall not be used as a disciplinary measure.

2.   All inmates/residents except those on therapeutic/special diets, religious diets, or alternative meal service shall be issued the same meals.

3.   Food shall not be withheld, nor the standard menu varied, as a disciplinary sanction for an individual inmate/resident.   This does not preclude rewarding groups of inmates/residents with special foods in return for special services or under special circumstances.

   a.   Inmates/residents in segregation shall not have their meal portions increased or decreased based on behavior.

4.   Variances may be made for emergency and/or security reasons.

L.   HEALTH AND SAFETY REGULATIONS

1.   Training

The Food Service Manger is responsible for ensuring pre-assignment and on-going training is conducted and documented for all persons working in the food service department.  All employees and other persons working in the food service department will be trained to safely use equipment.

   a.   Pre-assignment and on-going training for employees will be conducted and documented on the 4-2A Training Activity Enrollment/Attendance Roster, with a copy provided to the facility Training Manager.  At a minimum, pre-assignment training will include:

   i.   Job Description Review;

   ii.   Food Service Department Rules & Regulations;

   iii.   Food Safety;

   iv.   Accident Prevention;

   v.   Use of Safety Equipment;

   vi.   Chemical Usage;

   vii.   Floor Care;

   viii.   Sanitation and Hygiene Issues;

   ix.   Food Service Space and Equipment – Proper Operation and Cleaning;

   x.   Knife Storage (if applicable);

   xi.   First Aid;

   xii.   Use of Safety Devices;

   xiii.   Use of Fire Extinguisher; and

   xiv.   Other areas as determined by the Food Service Manager or Designee.

   b.   Pre-assignment training for inmates/residents will be documented on the 11-1E Inmate/Resident Pre-Assignment Training Record and shall include the following:

   i.   Job Description Review;

   ii.   Food Service Department Rules & Regulations;

CCOG00035179

| Page 12 of 23 | JUNE 27, 2011 | 11-1 |
|---|---|---|

    iii.    Food Safety;

    iv.    Accident Prevention;

    v.    Use of Safety Equipment;

    vi.    Chemical Usage;

    vii.    Floor Care;

    viii.    Sanitation and Hygiene Issues;

    ix.    Proper Cleaning Procedures for Food Service Space and Equipment; and

    x.    Other areas as determined by the Food Service Manager or Designee.

2.    Meetings

Food service employees should attend regular meetings to discuss accident prevention and analyze major accidents to prevent recurrence. In addition, the Food Service Manager will participate in the facility's Team Safety Committee as outlined in CCA Policy 8-2 Facility Safety Authority/Team Safety Program.

3.    Health Protection

    a.    Adequate health protection shall be maintained for all inmates/residents and employees in the facility, and inmates/residents and other persons working in the food service, including the following:

        i.    At NCCHC accredited facilities and where required by laws and/or regulations, applicable to food service employees in the community where the facility is located, all persons involved in the preparation of food receive a pre-assignment medical examination and periodic re-examinations to ensure freedom from diarrhea, skin infections, and other illnesses transmissible by food or utensils; all examinations are conducted in accordance with local requirements.

        ii.    When the facility's food services are provided by an outside agency or individual, the facility will have written verification that the outside provider complies with the state and local regulations regarding food service.

        iii.    All food handlers are instructed to wash their hands with soap and hot water upon reporting to duty, before preparing food, after using toilet facilities, and after touching contaminated surfaces.

        iv.    Inmates/residents and other persons working in food service will be monitored daily for health and cleanliness. The Food Service Manager or designee will visually check all inmates/residents and other persons working in the food service area prior to work assignment. Hygiene monitoring forms will be generated from the 11-1K Food Service Scheduling and shall verify the following:

            •    Good healthy appearance;

            •    Free from open wounds;

            •    Clean hands;

            •    Clean fingernails;

| Page 13 of 23 | JUNE 27, 2011 | 11-1 |
|---|---|---|

- Hair restraint; and

- Clean garments.

In the event of an unhealthy appearance or open wounds by any individual assigned to work in the food service area, the individual will be released from duty until an updated medical clearance has been received.

b.   All employees and inmates/residents will be tested for TB annually. Any person having a positive result on the TB test will be restricted from working in the food service department until the facility receives written documentation from the applicable outside health department or a qualified health professional approving return to the food service department.

c.   **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

<div style="border:1px solid">

**IN ACCORDANCE WITH ICE PBNDS,**

- **WORKERS ASSIGNED TO FOOD SERVICE SHALL HAVE A NEAT AND CLEAN APPEARANCE.**

- **THE INMATE/DETAINEE UNIFORM SHALL CONSIST OF THE FOLLOWING:**

  o   **SHORT-SLEEVED, SUMMER-TYPE UNIFORM SHIRTS AND PANTS;**

  o   **SAFETY WORK SHOES (RUBBER SOLED);**

  o   **WHITE PAPER HAT OR WHITE BASEBALL CAP; AND**

  o   **WHITE APRONS OR SMOCKS OR EITHER CLOTH OR DISPOSABLE PLASTIC.**

- **INMATE/DETAINEES WITH HAIR SHOULDER-LENGTH OR LONGER SHALL BE REQUIRED TO WEAR A HAIR NET UNDER THEIR HAT OR CAP.**

- **INMATES/DETAINEES WITH FACIAL HAIR SHALL BE REQUIRED TO WEAR BEARD GUARDS WHEN WORKING IN THE FOOD SERIVCE PREPARATION OR FOOD SERVING AREAS.**

- **INMATES/DETAINEES WORKING IN THE GARBAGE ROOM, DISH MACHINE ROOM, OR PAN-WASHING AREA, ETC., SHALL BE REQUIRED TO WEAR RUBBER OR PLASTIC APRONS SUITED TO THE TASK AND RUBBER BOOTS, IF REQUIRED, FOR SANITATION OR SAFETY.**

</div>

M.   INSPECTION AND CONTROL OF FOOD PRODUCTS

1.   Food products that are grown or produced within the system are inspected and approved by the appropriate government agency. Government inspection of food grown in inmate/resident gardens and used in food service is not required where the garden is not part of a larger agriculture operation and the inmate/resident does not

Proprietary Information – Not For Distribution – Copyrighted - Property of CCA

Exhibit 37 Page 317

CCOG00035181

work full-time at food production for use by the inmate/resident population. All garden-grown food should, however, be inspected by food service employees prior to use.

2. A distribution system ensures prompt delivery of food products to facility food service departments.

3. Food products shall meet or surpass government inspection levels, and the distribution system shall ensure that they are delivered when fresh and in a condition for optimum food service.

4. Incoming shipments will be inspected, prior to storage, to ensure products are free from damage, contamination, and/or pest infestation. Such products will be promptly removed to a separate area pending disposal.

5. Cans of food that are bulging at the ends, swelling, leaking, or showing abnormalities will not be served.

6. Foods that have abnormal color, taste, or appearance shall not be served.

7. Controlled items (such as sugar, yeast, nutmeg, raisins, fruit and any other items which are used for the manufacture of contraband beverages) will be the joint responsibility of the Food Service Manager and the Chief of Security. These types of items will be maintained in a secure storage area and will be issued to an employee only when needed for a recipe.

N. FACILITIES/EQUIPMENT

1. Facilities

Food service facilities shall meet all standards and requirements set by qualified professional or governmental bodies.

2. Equipment

a. All equipment shall be of such material, design, workmanship, or installation to permit full compliance with regulations.

b. Equipment shall be kept clean and in good repair at all times. Food service areas and equipment (to include pots, pan, and food trays) will be cleaned after each use,

i. Each facility will establish additional cleaning requirements for all food service areas and equipment by developing a Monthly Deep Cleaning Schedule (See 11-1BB Sample).

ii. After washing, pots, pans, and food trays will be stacked or placed on a drying rack in a manner that allows for air drying.

iii. Hood systems shall be cleaned after each use to prevent grease build-up and potential fire risk.

iv. **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

> **IN ACCORDANCE WITH OFDT FPBDS, CLEANING SCHEDULES WILL BE POSTED IN ALL WORK AREAS.**
>
> **IN ACCORDANCE WITH ICE PBNDS, GENERAL CLEANING PROCEDURES:**
>
> - **THE CLEANING SCHEDULE FOR EACH FOOD SERVICE ARE IS CONSPICUOUSLY POSTED FOR EASY**

Proprietary Information – Not For Distribution – Copyrighted - Property of CCA

Exhibit 37 Page 318

CCOG00035182

CONFIDENTIAL

| Page 15 of 23 | JUNE 27, 2011 | 11-1 |
|---|---|---|

> REFERENCE.
>
> - **MOIST CLOTHS FOR WIPING FOOD SPILLS ON KITCHENWARE AND FOOD-CONTACT SURFACES ON EQUIPMENT SHALL BE CLEAN, RINSED FREQUENTLY IN SANITIZING SOLUTION, AND USED SOLELY FOR THIS PURPOSE. THEY SHALL SOAK IN THE SANITIZING SOLUTION BETWEEN USES.**
>
> - **MOIST CLOTHS USED FOR NON-FOOD-CONTACT SURFACES LIKE COUNTERS, DINING TABLE TOPS, AND SHELVES SHALL BE CLEANED, RINSED, AND STORED IN THE SAME WAY AS THE MOIST CLOTHS USED ON FOOD-CONTACT SURFACES. THEY SHALL BE USED ON NON-FOOD-CONTACT SURFACES ONLY.**
>
> - **DETERGENTS AND SANITIZERS MUST HAVE FOOD AND DRUG ADMINISTRATION APPROVAL FOR FOOD SERVICE USES.**

    c.    Mobile equipment maintained under the kitchen hood, must be tethered to ensure that gas and electric lines cannot be pulled loose.

    d.    All food storage units must be equipped with accurate easy-to-read thermometers.

    e.    In the event a piece of equipment/fixture becomes damaged, an 11-1N Equipment Damage Worksheet will be completed to aid in determining cause of damages and to develop methods to prevent future damages.

3.    Hazardous Materials

    a.    Only those toxic and caustic materials required for cleaning of the facility, equipment, and utensils shall be used in the food service department.

    b.    All toxic, flammable, and caustic materials shall be segregated from food products and stored in a locked and labeled cabinet or room.

    c.    Toxic, flammable, and caustic materials shall not be used in a manner that could contaminate food, equipment, or utensils or could pose a hazard to individuals working with, or consuming, food service products.

O.    INSPECTIONS

All areas and equipment related to food preparation (for instance, ranges, ovens, refrigerators, mixers, dishwashers, garbage disposals, etc.) require frequent inspections to ensure their sanitary and operating condition.

1.    Daily Inspection

    a.    Food service employees will conduct daily inspections of the food service department and satellite serving areas and equipment. Each facility will develop and utilize a Daily Closing Inspection (See 11-1CC Sample).

    b.    The Food Service Manager will be responsible for reviewing and signing the completed daily inspections forms.

2.    Weekly Inspections

Proprietary Information – Not For Distribution – Copyrighted - Property of CCA

Exhibit 37 Page 319

CCOG00035183

CONFIDENTIAL

| Page 16 of 23 | JUNE 27, 2011 | 11-1 |
|---|---|---|

a.   Weekly inspections of all food service areas shall be conducted, including dining and food preparation areas and equipment, by administrative, medical, or dietary personnel; these may include the person supervising food service operations or his/her designee.  Copies of all inspections shall be forwarded to the Facility Safety Authority and must include corrective action for all deficiencies.

b.   The Food Service Manager is responsible for conducting a weekly follow-up of all identified deficiencies.

3.   Monthly Inspections

a.   In addition to monthly inspections required by CCA Policy 8-6 Safety Inspections, the Food Service Manager, Facility Safety Authority, and Maintenance Supervisor will conduct a monthly inspection of the food service department.  Each facility will develop a facility specific inspection form (See 11-1DD Monthly Food Service Inspection Sample).

b.   The Food Service Manager is responsible for developing a plan of action in accordance with CCA Policy 1-22 Plan of Action, for all identified deficiencies and conducting a weekly follow-up.

4.   Outside Independent Inspections

An outside independent source will verify that all food service facilities and equipment meet established health and safety codes.  When deficiencies are found, corrective actions will be taken.

5.   **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

> **IN ACCORDANCE WITH ICE PBNDS, INDEPENDENT INSPECTIONS ARE CONDUCTED ANNUALLY.**

P.   STORAGE

1.   All food supplies not in preparation are to be stored in a locked, clean, well-ventilated room, which is free from vermin.  Food products will not be stored in locker rooms, restrooms, dressing rooms, garbage rooms, mechanical rooms, or under sewer lines, potentially leaking water lines, or other sources of contamination.

2.   Dry food supplies will be stored in a clean, dry, ventilated room not subject to waste water backflow or other contamination.

3.   All food items shall be stored a minimum of six (6) inches off the floor and eighteen (18) inches from the ceiling, in properly sealed packaging.  The use of wooden pallets is prohibited for permanent storage.

4.   A locked storage area separate from food supplies will be provided for soaps, detergents, waxes, cleaning compounds, etc.

5.   Inmate/resident workers are prohibited from bringing personal items to the food service area. Clothing items (e.g. uniforms, jackets, coats, rubber boots, etc.) will not be stored in food service area used for preparation, storage, and serving of food or areas where utensils are washed and stored.

6.   **AT CALFORNIA CITY CORRECTIONAL CENTER, ADDITIONAL PROCEDURES REQUIRED BY CONTRACT ARE:**

CONFIDENTIAL

| Page 17 of 23 | JUNE 27, 2011 | 11-1 |
|---|---|---|

**FOOD WILL NOT BE STORED IN LOCKER ROOMS, TOILET ROOMS, DRESSING ROOMS, GARBAGE ROOMS, MECHANICAL ROOMS, UNDER SEWER LINES, POTENTIALLY LEAKING WATER LINES, OPEN STAIRWELLS OR OTHER SOURCES OF CONTAMINATION.**

Q.   TEMPERATURES

To ensure proper temperatures are obtained, calibration of thermometers will be performed and recorded at least once per day.  Calibration will also be performed any time a thermometer has been dropped.

1.   Prepared Meals

Temperature checks must be documented on all prepared meals to include cooked temperature, holding temperature, and serving temperature in accordance with established industry standards and/or local health codes.  When using satellite tray service, serving temperatures may be replaced by time control mechanisms as determined by local health codes.

**AT THIS FACILITY, IN ACCORDANCE WITH ESTABLISHED INDUSTRY STANDARDS AND/OR LOCAL HEALTH CODES, THE PROPER COOKED TEMPERATURE, HOLDING TEMPERATURE, AND SERVING TEMPERATURE ARE:**

---

**IN ACCORDANCE WITH PBNDS, THE FOLLOWING FOODS SHALL BE COOKED TO THE REQUIRED TEMPERATURES:**

- **RAW EGGS, FISH, MEAT, AND FOODS CONTAINING THESE ITEMS – 145 FAHRENHEIT DEGREES OR HIGHER.**

- **GAME ANIMALS, COMMINUTED (GROUND) FISH AND MEATS, INJECTED MEATS, AND EGGS NOT INTENDED FOR IMMEDIATE CONSUMPTION - 155 FAHRENHEIT DEGREES OR HIGHER.**

- **STUFFING CONTAINING FISH, MEAT OR POULTRY – 165 FAHRENHEIT DEGREES OR HIGHER.**

- **ROAST BEEF AND CORNED BEEF - 145 FAHRENHEIT DEGREES OR HIGHER.**

---

2.   Leftover Food Items

a.   Temperature checks must be documented for all leftovers to ensure that they reach proper cooling in accordance with established industry standards and/or local health codes.

**AT THIS FACILITY, IN ACCORDANCE WITH ESTABLISHED INDUSTRY STANDARDS AND/OR LOCAL HEALTH CODES, THE PROPER COOLING TEMPERATURE FOR LEFTOVERS IS:**

---

**IN ACCORDANCE WITH ICE PBNDS, POTENTIALLY HAZARDOUS FOOD MUST BE COOLED FROM 140 TO 70  FAHRENHEIT DEGREES WITHIN TWO (2) HOURS OF COOKING, AND FROM 70 TO 40 FAHRENHEIT DEGREES OR BELOW WITHIN FOUR (4) HOURS. FOODS PREPARED FROM INGREDIENTS AT AMBIENT TEMPERATURES, SUCH AS RECONSTITUTED FOODS AND CANNED TUNA, MUST BE COOLED TO 41 FAHRENHEIT DEGREES WITHIN TWO (2) HOURS OF COOKING.**

---

Exhibit 37 Page 321

CCOG00035185

| Page 18 of 23 | JUNE 27, 2011 | 11-1 |

b.   **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

> **IN ACCORDANCE WITH ICE PBNDS, PREPARED FOOD ITEMS THAT HAVE NOT BEEN PLACED ON THE SERVING LINE MAY BE RETAINED FOR NO MORE THAT TWENTY-FOUR (24) HOURS. LEFTOVERS OFFERED FOR SERVICE A SECOND TIME SHALL NOT BE RETAINED FOR LATER USE, BUT SHALL BE DISCARDED IMMEDIATELY AFTER OFFERING. ALL LEFTOVERS SHALL BE LABELED TO IDENTIFY THE PRODUCT, PREPARATION DATE, AND TIME.**

3.   Stored Food Items

   a.   Unless national or state health codes specify otherwise, refrigerator, freezer, and shelf goods temperatures shall be checked and recorded daily by administrative, medical, or dietary personnel to ensure they meet the following requirements:

   i.   Refrigerated foods at thirty-five (35) degrees to forty (40) degrees Fahrenheit.

   ii.   Frozen foods at zero (0) degrees Fahrenheit or below.

   iii.   Shelf goods at forty-five (45) degrees to eighty (80) degrees Fahrenheit.

   **AT THIS FACILITY, IN ACCORDANCE WITH NATIONAL OR STATE HEALTH CODES, THE FOLLOWING TEMPERATURES WILL BE USED IN LIEU OF THOSE LISTED ABOVE:**

   > **NONE**

4.   Dishwashers/Manual Sinks

   a.   Dishwashers

   Unless national or state health codes specify otherwise, dishwasher temperatures shall be checked and recorded daily by administrative, medical, or dietary personnel to ensure they meet the following requirements:

   i.   When using hot water to sanitize, the final rinse temperature must be at least one-hundred and eighty (180) degrees Fahrenheit.

   ii.   When using a chemical sanitizer, the final rinse temperature will be in accordance with local codes and the chemical and/or dish machine manufacturer's recommendations.  Final PPMs shall be between fifty (50) and one hundred (100) PPM.

   iii.   **AT THIS FACILITY, IN ACCORDANCE WITH NATIONAL OR STATE HEALTH CODES, THE FOLLOWING TEMPERATURES WILL BE USED IN LIEU OF THOSE LISTED ABOVE:**

   > **NONE**

   b.   Manual Sinks

Proprietary Information – Not For Distribution – Copyrighted - Property of CCA

Exhibit 37 Page 322

CCOG00035186

CONFIDENTIAL

| Page 19 of 23 | JUNE 27, 2011 | 11-1 |
|---|---|---|

i.   Water temperature for manual sinks should be maintained at established industry standards or in accordance with local health codes and checked daily by administrative, medical or dietary personnel.

ii.   **AT THIS FACILITY, IN ACCORDANCE WITH ESTABLISHED INDUSTRY STANDARDS OR LOCAL HEALTH CODES, THE FOLLOWING TEMPERATURE WILL BE USED FOR MANUAL SINKS:**

> MANUAL SINKS WILL BE LABELED PROPERLY AND WATER TEMPERATURES MAINTAINED AS OUTLINED BELOW:
>
> WASH SINK: 120 - 140°F
>
> RINSE SINK:  75°F
>
> SANITIZING SINK: 170°F FOR CLEAN HOT WATER

c.   **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

> IN ACCORDANCE WITH ICE PBNDS:
>
> A SINK WITH AT LEAST THREE (3) LABELED COMPARTMENTS IS REQUIRED FOR MANUALLY WASHING, RINSING, AND SANITIZING UTENSILS AND EQUIPMENT.  SANITIZE IN THE THIRD COMPARTMENT USING ONE OF THE FOLLOWING METHODS:
>
> - IMMERSE FOR AT LEAST THIRTY (30) SECONDS IN CLEAN WATER AT A CONSTANT TEMPERATURE OF 171 DEGREES FAHRENHEIT (171°) THAT IS MAINTAINED WITH A HEATING DEVICE AND FREQUENTLY CHECKED WITH A THERMOMETER.  USE DISH BRACKETS TO IMMERSE ITEMS COMPLETELY.
>
> - IMMERSE FOR AT LEAST SIXTY (60) SECONDS IN A SANITIZING SOLUTION CONTAINING AT LEAST FIFTY (50) PARTS PER MILLION (PPM) CHLORINE AT A TEMPERATURE OF AT LEAST 75 DEGREES FAHRENHEIT (75°F).
>
> - IMMERSE FOR AT LEAST SIXTY (60) SECONDS IN A SANITIZING SOLUTION CONTAINING AT LEAST 12.5 PPM IODINE, WITH A PH NOT HIGHER THAN 5.0 AND A TEMPERATURE OF AT LEAST 75 DEGREES FAHRENHEIT (75°F).
>
> - IMMERSE IN A SANITIZING SOLUTION CONTAINING AN EQUIVALENT SANITIZING CHEMICAL AT STRENGTHS RECOMMENDED BY THE PUBLIC HEALTH SERVICE.
>
> - PERIODICALLY CHECK AND ADJUST AS NECESSARY THE CHEMICAL CONCENTRATIONS IN A SANITIZING SOLUTION, USING A TEST KIT.
>
> NOTE: A FOURTH SINK COMPARTMENT WITH A GARBAGE-DISPOSAL SHALL BE INCLUDED IN PLANS FOR FACILITIES BEING BUILT OR RENOVATED.
>
> MECHANICAL CLEANING AND SANITIZING
>
> - SPRAY OR IMMERSION DISHWASHERS OR DEVICES -- INCLUDING

| Page 20 of 23 | JUNE 27, 2011 | 11-1 |
|---|---|---|

AUTOMATIC DISPENSERS FOR DETERGENTS, WETTING AGENTS, AND LIQUID SANITIZER -- SHALL BE MAINTAINED IN GOOD REPAIR. UTENSILS AND EQUIPMENT PLACED IN THE MACHINE MUST BE EXPOSED TO ALL CYCLES.

- o THE PRESSURE OF THE FINAL RINSE WATER MUST BE BETWEEN 15 AND 25 POUNDS PER SQUARE INCH (PSI) IN THE WATER LINE IMMEDIATELY ADJACENT TO THE FINAL-RINSE CONTROL VALVE.

- o INSTALL MACHINE- OR WATER LINE-MOUNTED THERMOMETERS TO CHECK WATER TEMPERATURE IN EACH DISHWASHER TANK, INCLUDING THE FINAL RINSE WATER.

  - ▪ USE BAFFLES, CURTAINS, ETC., TO PREVENT WASH WATER FROM ENTERING THE RINSE WATER TANK(S). TIME CONVEYORS TO ENSURE ADEQUATE EXPOSURE DURING EACH CYCLE.

  - ▪ PLACE EQUIPMENT AND UTENSILS ON CONVEYORS OR IN RACKS, TRAYS, AND BASKETS TO EXPOSE ALL FOOD-CONTACT SURFACES TO DETERGENT, WASHING, AND RINSING WITHOUT OBSTRUCTION AND TO FACILITATE FREE DRAINING.

- • MAINTAIN THE FOLLOWING TEMPERATURES FOR HOT-WATER SANITIZING:

  - o SINGLE-TANK, STATIONARY RACK, DUAL-TEMPERATURE MACHINE: WASH TEMPERATURE OF 150 F DEGREES; FINAL RINSE, 180 F DEGREES.

  - o SINGLE-TANK, STATIONARY RACK, SINGLE-TEMPERATURE MACHINE: WASH AND RINSE TEMPERATURE OF 165 F DEGREES.

  - o MULTI-TANK, CONVEYOR MACHINE: WASH TEMPERATURE OF 150 F DEGREES; PUMPED RINSE, 160 F DEGREES; FINAL RINSE, 180 F DEGREES.

  - o SINGLE-TANK, POT/PAN/UTENSIL WASHER (STATIONARY OR MOVING RACK): WASH TEMPERATURE OF 140 F DEGREES; FINAL RINSE, 180 F DEGREES.

    - ▪ WHEN USING A CHEMICAL SPRAY IN A SINGLE-TANK, STATIONARY RACK, GLASS-WASHER, MAINTAIN A WASH TEMPERATURE OF AT LEAST 120 F DEGREES UNLESS OTHERWISE SPECIFIED BY THE MANUFACTURER.

    - ▪ AIR-DRY ALL EQUIPMENT AND UTENSILS AFTER SANITIZING, BY MEANS OF DRAIN BOARDS, MOBILE DISH TABLES, AND/OR CARTS.

5.    Temperature Logs

Proprietary Information – Not For Distribution – Copyrighted - Property of CCA

Exhibit 37 Page 324

CCOG00035188

The Food Service Manager or designee will be responsible for maintaining a file of all temperature logs.

  a.  The 11-1L Daily Temperature Log will be used for documenting temperatures of coolers, freezers, and dry storage areas.

  b.  The 11-1O Daily Dishwasher/Manual Sink Check will be used for documenting daily checks of dishwashers/manual sinks.

R.  SECURITY

  1.  The correctional officer assigned to the food service department will ensure the security of the area by monitoring and controlling the issuance of tools and equipment in accordance with CCA Policy 9-8 Control of Tools & Equipment.

  2.  Inmates/residents will not be allowed to enter and/or exit the food service department until pat searched by the assigned correctional officer.

  3.  Food service personnel must authorize and supervise inmate/resident movement into food storage areas, coolers, etc.

S.  INCIDENTS

  1.  In the event of a food service incident (e.g. menu non-compliance, portion size concerns, sanitation, food shortages, etc.), facility employees will be responsible for completing the 11-1H Food Service Incident Report.

  2.  Once the 11-1H has been completed, it must be forwarded to the Food Service Manager for a response.  The Food Service Manager must respond to all 11-1H forms within seventy-two (72) hours of receipt.  All responses will be forwarded to the Warden/Administrator or designee for review.  The Warden/Administrator or designee is responsible for forwarding the 11-1H to the Facility Support Center Manager, Food Service Analysis and Coordinator, Operations Support upon receipt.

  3.  In the event the food service operation is contracted to another agency, a copy of the monitoring report shall be forwarded to the district contact for that agency.  Upon receipt of the monitoring report, the contracting agency will provide written justification to the Warden/Administrator or designee.

T.  MONITORING

  1.  The Administrative Duty Officer (ADO) will monitor one (1) meal service per week (Saturday, Sunday, or holiday) and complete the 11-1I Meal Monitoring Form.

  2.  To enhance the operation of the food service department, it is recommended that in addition to the weekly monitoring from the ADO that each meal is monitored by an employee who works outside of the food service department using the 11-1I.

  3.  The Food Service Manager or designee must be notified of any concerns identified during the meal monitoring process to ensure that corrective action is taken.

U.  REPORTING

The Food Service Manager is responsible for completing the 11-1J Monthly Food Service Report each month and forwarding it to the Warden/Administrator no later than the 5th of the following month.

V.  **AT THIS FACILITY, ADDITIONAL CONTRACTING AGENCY REQUIREMENTS PERTAINING TO FOOD SERVICE OPERATIONS ARE:**

| NONE |

| Page 22 of 23 | JUNE 27, 2011 | 11-1 |
|---|---|---|

**11-1.5**     **REVIEW:**

This policy will be reviewed by the Chief Corrections Officer or qualified designee on an annual basis.

**11-1.6**     **APPLICABILITY:**

All CCA Facilities (Provided contractual requirements do not mandate otherwise)

**11-1.7**     **APPENDICES:**

11-1AA Food Service Agenda Sample

11-1BB Monthly Deep Cleaning Schedule Sample

11-1CC Daily Closing Inspection Sample

11-1DD Monthly Food Service Inspection Sample

**AT CALIFORNIA CITY CORRECTIONAL CENTER, ADDITIONAL APPENDICES ARE:**

**11-1EE ICE COMMON FARE, RELIGIOUS FASTS, AND SEASONAL OBSERVANCES**

**11-1FF FOOD SERVICE DINING ROOM/SATELLITE MEALS OF OPERATIONS**

**11-1.8**     **ATTACHMENTS:**

11-1A   Menu Substitution Notification

11-1B   Menu Substitution Log

11-1C   Daily Staff Meal Accountability Form

11-1D   Pre & Post Meal Checklist **(DELETED December 21, 2007)**

11-1E   Inmate/Resident Pre-Assignment Training Record

11-1F   Hygiene Monitoring **(DELETED December 21, 2007)**

11-1G   Daily Closing Checklist **(RELOCATED TO 11-1.7 APPENDICES December 21, 2007)**

11-1H   Food Service Incident Report

11-1I   Meal Monitoring Form

11-1J   Monthly Food Service Report

11-1K   Food Service Scheduling

11-1L   Daily Temperature Log

11-1M   Religious Diet List

11-1N   Equipment Damage Worksheet

11-1O   Daily Dishwasher/Manual Sink Check

4-2A     Training Activity Enrollment/Attendance Roster

13-85A Therapeutic/Special Diet Request

**AT THIS FACILITY ADDITIONAL FORMS UTILIZED ARE:**

| **IN ACCORDANCE WITH ICE PBNDS:** |
|---|
| • **AUTHORIZATION FOR COMMON FARE PARTICIPATION** |
| • **RELIGIOUS DIET IDENTIFICATION CARD** |

| Page 23 of 23 | JUNE 27, 2011 | 11-1 |
|---|---|---|

- **I-819 ICE DETAINEE SPECIAL NEEDS (APPLICABLE AT ELOY, ELIZABETH, HPC, SAN DIEGO, AND STEWART ONLY)**

**11-1.9        REFERENCES:**

CCA Policy 1-15

CCA Policy 1-22

CCA Policy 3-20

CCA Policy 4-2

CCA Policy 8-2

CCA Policy 8-6

CCA Policy 9-8

CCA Policy 13-85

ACA        4-4264

4-4313/4-ALDF-4A-04

4-4314/4-ALDF-4A-05

4-4315/4-ALDF-4A-06

4-4316M/4-ALDF-4A-07M

4-4317/4-ALDF-4A-08

4-4318/4-ALDF-4A-09M

4-4319/4-ALDF-4A-10

4-4320

4-4321M/4-ALDF-4A-11M

4-4322M/4-ALDF-4A-13M

4-4323/4-ALDF-4A-14

4-4324M/4-ALDF-4A-15M

4-4325/4-ALDF-4A-16

4-4326/4-ALDF-4A-17

4-4327

4-4328/4-ALDF-4A-18

4-ALDF-4A-12

NCCHC    P-B-03/J-B-03

P-F-02/J-F-02

OFDT FPBDS D.1.6.a, D.1.7.b, D.1.7.f, D.1.7.g, D.1.9, D.2.1, & D.2.10

**ICE PERFORMANCE-BASED NATIONAL DETENTION STANDARD (PBNDS):**

- **FOOD SERVICE (12/02/08**