**Index of Exhibits to Ridley Declaration**

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 1 | A true and correct copy of a table listing of all the Courts wherein Eileen R. Ridley has been admitted to practice law. | 1-3 |
| 2 | A true and correct copy of Eileen R. Ridley's Current Biography. | 4-6 |
| 3 | A true and correct copy of excerpts from the transcript of the deposition of Jason Ellis taken on March 4, 2019. | 7-70 |
| 4 | A true and correct copy of excerpts from the transcript of the deposition of Jason Ellis taken on March 5, 2019. **FILED UNDER SEAL** | 71-104 |
| 5 | A true and correct copy of excerpts from the transcript of the deposition of Susan Huffman taken on January 21, 2019. **(Public Version per Court Order Dkt. No. 107)** | 105-127 |
| 6 | A true and correct copy of excerpts from the transcript of the deposition of Fred Figueroa taken on February 19, 2019. **(Public Version per Court Order Dkt. No. 107)** | 128-153 |
| 7 | A true and correct copy of excerpts from the transcript of the deposition of Troy G. Pollock taken on February 26, 2019. **(Public Version per Court Order Dkt. No. 107)** | 154-176 |
| 8 | A true and correct copy of excerpts from the transcript of the deposition of Robert Lacy, Jr. taken on March 13, 2019. | 177-189 |
| 9 | A true and correct copy of Defendant's Detainee Voluntary Work Program Agreement Form, Bates No. CCOG22900. **(Public Version per Court Order Dkt. No. 107)** | 190 |
| 10 | A true and correct copy of Defendant's Detainee Voluntary Work Program Agreement Form, signed by Plaintiff Jonathan Gomez. | 191 |
| 11 | A true and correct copy of a detainee file, Bates Nos. CCOG43011 through CCOG43166. **FILED UNDER SEAL** | 192-347 |
| 12 | A true and correct copy of Otay Mesa Detention Center's Sanitation and Hygiene Policy, effective September 1, 2015, Bates Nos. CCOG2711 through CCOG2714. **(Public Version per Court Order Dkt. No. 107)** | 348-351 |
| 13 | A true and correct copy of Stewart Detention Center's Sanitation and Hygiene Policy, effective April 1, 2013, Bates Nos. CCOG7912 through CCOG7915. **(Public Version per Court Order Dkt. No. 107)** | 352-355 |

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 14 | A true and correct copy of San Diego Correctional Facility's Sanitation and Hygiene Policy, effective February 17, 2004, Bates Nos. CCOG8558 through CCOG8561. **(Public Version per Court Order Dkt. No. 107)** | 356-359 |
| 15 | A true and correct copy of North Georgia Detention Center's Sanitation and Hygiene Policy, effective April 1, 2009, Bates Nos. CCOG32093 through CCOG32096. **(Public Version per Court Order Dkt. No. 107)** | 360-363 |
| 16 | A true and correct copy of Northeast Ohio Correctional Center's Sanitation and Hygiene Policy, effective June 1, 2004, Bates Nos. CCOG31605 through CCOG31607. **(Public Version per Court Order Dkt. No. 107)** | 364-366 |
| 17 | A true and correct copy of T. Don Hutto Residential Center's Sanitation and Hygiene Policy, effective May 8, 2006, Bates Nos. CCOG76351 through CCOG76356. **(Public Version per Court Order Dkt. No. 107)** | 367-372 |
| 18 | A true and correct copy of Stewart Detention Center's Sanitation and Hygiene Policy, effective October 1, 2006, Bates Nos. CCOG8881 through CCOG8884. **(Public Version per Court Order Dkt. No. 107)** | 373-376 |
| 19 | A true and correct copy of San Diego Correctional Facility's Sanitation and Hygiene Policy, effective April 11, 2003, Bates Nos. CCOG30664 through CCOG30668. **(Public Version per Court Order Dkt. No. 107)** | 377-381 |
| 20 | A true and correct copy of La Palma Correctional Center's Sanitation and Hygiene Policy, effective January 22, 2018, Bates Nos. CCOG32688 through CCOG32691. **(Public Version per Court Order Dkt. No. 107)** | 382-385 |
| 21 | A true and correct copy of Otay Mesa Detention Facility's Detainee Admission and Orientation Handbook, dated January 2018, Bates Nos. CCOG19841 through CCOG19891. | 386-436 |
| 22 | A true and correct copy of Florence Correctional Center's Detainee Handbook, dated July 10, 2012, Bates Nos. CCOG21859 through CCOG21894. | 437-472 |
| 23 | A true and correct copy of San Diego Correctional Facility's Inmate/Detainee Admission and Orientation Handbook, dated October 2007, Bates Nos. CCOG2222 through CCOG2253. | 473-504 |
| 24 | A true and correct copy of Laredo Processing Center's Detainee Handbook, dated November 2016, Bates Nos. CCOG19498 through CCOG19573. | 505-580 |

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 25 | A true and correct copy of Eloy Detention Center's 2013 Admissions Handbook, Bates Nos. CCOG21164 through CCOG21220. | 581-637 |
| 26 | A true and correct copy of Houston Processing Center's 2013 Admissions Handbook, Bates Nos. CCOG22121 through CCOG22146. | 638-663 |
| 27 | A true and correct copy of Otay Mesa Detention Center's Food Service Post Orders, Bates Nos. CCOG2833 through CCOG2838.<br>**FILED UNDER SEAL** | 664-669 |
| 28 | A true and correct copy of Laredo Processing Center's Food Service Post Orders, Bates Nos. CCOG7637 through CCOG7642.<br>**FILED UNDER SEAL** | 670-675 |
| 29 | A true and correct copy of Stewart Detention Center's Food Service Post Orders, Bates Nos. CCOG8028 through CCOG8033.<br>**FILED UNDER SEAL** | 676-681 |
| 30 | A true and correct copy of an excerpt from a Disciplinary Log, Bates No. CCOG25046.<br>**FILED UNDER SEAL** | 682-684 |
| 31 | A true and correct copy of an excerpt from a Disciplinary Log, Bates No. CCOG25153.<br>**FILED UNDER SEAL** | 685-687 |
| 32 | A true and correct copy of an excerpt from a Disciplinary Log, Bates No. CCOG25049.<br>**FILED UNDER SEAL** | 688-690 |
| 33 | A true and correct copy of an excerpt from a Disciplinary Log, Bates No. CCOG25045.<br>**FILED UNDER SEAL** | 691-693 |
| 34 | A true and correct copy of Plaintiff Jonathan Gomez's Commissary Purchase Record, Bates Nos. CCOG45309 through CCOG45327.<br>**FILED UNDER SEAL** | 694-712 |
| 35 | A true and correct copy of a detainee Commissary Purchase Record, Bates Nos. CCOG56592 through CCOG56601.<br>**FILED UNDER SEAL** | 713-722 |
| 36 | A true and correct copy of a detainee Commissary Purchase Record, Bates Nos. CCOG57056 through CCOG57059.<br>**FILED UNDER SEAL** | 723-726 |

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 37 | A true and correct copy of Plaintiff Sylvester Owino's Commissary Purchase Record, Bates Nos. CCOG45345 through CCOG45347.<br>**FILED UNDER SEAL** | 727-729 |
| 38 | A true and correct copy of a detainee Commissary Purchase Record, Bates Nos. CCOG74453 through CCOG74454.<br>**FILED UNDER SEAL** | 730-731 |
| 39 | A true and correct copy of a detainee Commissary Purchase Record, Bates Nos. CCOG54219 through CCOG54220.<br>**FILED UNDER SEAL** | 732-733 |
| 40 | A true and correct copy of a detainee Commissary Purchase Record, Bates Nos. CCOG54050 through CCOG54051.<br>**FILED UNDER SEAL** | 734-735 |
| 41 | A true and correct copy of a detainee Commissary Purchase Record, Bates Nos. CCOG74650 through CCOG74654.<br>**FILED UNDER SEAL** | 736-740 |
| 42 | A true and correct copy of a detainee Commissary Purchase Record, Bates Nos. CCOG74564 through CCOG746566.<br>**FILED UNDER SEAL** | 741-743 |
| 43 | A true and correct copy of Otay Mesa Detention Center's Facility Commissary Checking Account Policy, effective September 1, 2015, Bates Nos. CCOG2503 through CCOG2506.<br>**(Public Version per Court Order Dkt. No. 107)** | 744-747 |
| 44 | A true and correct copy of Defendant's response to Plaintiffs Request for Admission, Set One, dated November 1, 2019. | 748-753 |
| 45 | A true and correct copy of an excerpt of a spreadsheet for California City Correctional Facility, Bates No. CCOG9314.<br>**FILED UNDER SEAL** | 754-763 |
| 46 | A true and correct copy of an excerpt of a spreadsheet for California City Correctional Facility, Bates No. CCOG25034.<br>**FILED UNDER SEAL** | 764-773 |
| 47 | A true and correct copy of an excerpt of a spreadsheet for Otay Mesa Detention Center, Bates No. CCOG9326.<br>**FILED UNDER SEAL** | 774-783 |
| 48 | A true and correct copy of an excerpt of a spreadsheet for San Diego Correctional Facility, Bates No. CCOG9327.<br>**FILED UNDER SEAL** | 784-793 |

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 49 | A true and correct copy of an excerpt of a spreadsheet for San Diego Correctional Facility, Bates No. CCOG25043. **FILED UNDER SEAL** | 794-803 |
| 50 | A true and correct copy of an excerpt of a spreadsheet for San Diego Correctional Facility, Bates No. CCOG25044. **FILED UNDER SEAL** | 804-813 |
| 51 | A true and correct copy of an excerpt of a spreadsheet for Central Arizona Florence Complex, Bates No. CCOG9302. **FILED UNDER SEAL** | 814-823 |
| 52 | A true and correct copy of an excerpt of a spreadsheet for Central Arizona Florence Complex, Bates No. CCOG9303. **FILED UNDER SEAL** | 824-831 |
| 53 | A true and correct copy of an excerpt of a spreadsheet for Central Arizona Florence Complex, Bates No. CCOG9304. **FILED UNDER SEAL** | 832-841 |
| 54 | A true and correct copy of an excerpt of a spreadsheet for Central Arizona Florence Complex, Bates No. CCOG9305. **FILED UNDER SEAL** | 842-850 |
| 55 | A true and correct copy of an excerpt of a spreadsheet for Central Arizona Florence Complex, Bates No. CCOG9306. **FILED UNDER SEAL** | 851-860 |
| 56 | A true and correct copy of an excerpt of a spreadsheet for Cibola County Correctional Center, Bates No. CCOG9315. **FILED UNDER SEAL** | 861-870 |
| 57 | A true and correct copy of an excerpt of a spreadsheet for Elizabeth Detention Center, Bates No. CCOG9317. **FILED UNDER SEAL** | 871-880 |
| 58 | A true and correct copy of an excerpt of a spreadsheet for Elizabeth Detention Center, Bates No. CCOG25035. **FILED UNDER SEAL** | 881-890 |
| 59 | A true and correct copy of an excerpt of a spreadsheet for Eloy Detention Center, Bates No. CCOG9316. **FILED UNDER SEAL** | 891-900 |
| 60 | A true and correct copy of an excerpt of a spreadsheet for Florence Correctional Center, Bates No. CCOG9307. **FILED UNDER SEAL** | 901-910 |
| 61 | A true and correct copy of an excerpt of a spreadsheet for Florence Correctional Center, Bates No. CCOG9308. **FILED UNDER SEAL** | 911-920 |

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 62 | A true and correct copy of an excerpt of a spreadsheet for Florence Correctional Center, Bates No. CCOG9309. **FILED UNDER SEAL** | 921-930 |
| 63 | A true and correct copy of an excerpt of a spreadsheet for Florence Correctional Center, Bates No. CCOG9310. **FILED UNDER SEAL** | 931-940 |
| 64 | A true and correct copy of an excerpt of a spreadsheet for Florence Correctional Center, Bates No. CCOG9311. **FILED UNDER SEAL** | 941-950 |
| 65 | A true and correct copy of an excerpt of a spreadsheet for Florence Correctional Center, Bates No. CCOG9312. **FILED UNDER SEAL** | 951-960 |
| 66 | A true and correct copy of an excerpt of a spreadsheet for Florence Correctional Center, Bates No. CCOG9313. **FILED UNDER SEAL** | 961-970 |
| 67 | A true and correct copy of an excerpt of a spreadsheet for Florence Correctional Center, Bates No. CCOG25041. **FILED UNDER SEAL** | 971-980 |
| 68 | A true and correct copy of an excerpt of a spreadsheet for Houston Processing Center, Bates No. CCOG9318. **FILED UNDER SEAL** | 981-990 |
| 69 | A true and correct copy of an excerpt of a spreadsheet for Houston Processing Center, Bates No. CCOG9319. **FILED UNDER SEAL** | 991-1000 |
| 70 | A true and correct copy of an excerpt of a spreadsheet for Houston Processing Center, Bates No. CCOG9320. **FILED UNDER SEAL** | 1001-1010 |
| 71 | A true and correct copy of an excerpt of a spreadsheet for T. Don Hutto Residential Center, Bates No. CCOG9321. **FILED UNDER SEAL** | 1011-1020 |
| 72 | A true and correct copy of an excerpt of a spreadsheet for T. Don Hutto Residential Center, Bates No. CCOG25036. **FILED UNDER SEAL** | 1021-1030 |
| 73 | A true and correct copy of an excerpt of a spreadsheet for La Palma Correctional Facility, Bates No. CCOG9323. **FILED UNDER SEAL** | 1031-1040 |

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 74 | A true and correct copy of an excerpt of a spreadsheet for Laredo Processing Center, Bates No. CCOG9322. **FILED UNDER SEAL** | 1041-1050 |
| 75 | A true and correct copy of an excerpt of a spreadsheet for Nevada Southern Detention Center, Bates No. CCOG9325. **FILED UNDER SEAL** | 1051-1060 |
| 76 | A true and correct copy of an excerpt of a spreadsheet for Nevada Southern Detention Center, Bates No. CCOG25040. **FILED UNDER SEAL** | 1061-1070 |
| 77 | A true and correct copy of an excerpt of a spreadsheet for Northeast Ohio Correctional Center, Bates No. CCOG9324. **FILED UNDER SEAL** | 1071-1080 |
| 78 | A true and correct copy of an excerpt of a spreadsheet for Stewart Detention Center, Bates No. CCOG9328. **FILED UNDER SEAL** | 1081-1090 |
| 79 | A true and correct copy of an excerpt of a spreadsheet for Stewart Detention Center, Bates No. CCOG9329. **FILED UNDER SEAL** | 1091-1100 |
| 80 | A true and correct copy of an excerpt of a spreadsheet for South Texas Family Residential Center, Bates No. CCOG9330. **FILED UNDER SEAL** | 1101-1110 |
| 81 | A true and correct copy of an excerpt of a spreadsheet for Tallahatchie County Correctional Facility, Bates No. CCOG25042. **FILED UNDER SEAL** | 1111-1112 |
| 82 | A true and correct copy of an excerpt of a spreadsheet for Torrance County Detention Center, Bates No. CCOG9331. **FILED UNDER SEAL** | 1113-1123 |
| 83 | A true and correct copy of an excerpt of a spreadsheet for Torrance County Detention Center, Bates No. CCOG25037. **FILED UNDER SEAL** | 1124-1133 |

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 84 | A true and correct copy of an excerpt of a spreadsheet for Webb County Detention Center, Bates No. CCOG9332. **FILED UNDER SEAL** | 1134-1143 |
| 85 | A true and correct copy of an excerpt of a spreadsheet for Webb County Detention Center, Bates No. CCOG25038. **FILED UNDER SEAL** | 1144-1153 |
| 86 | A true and correct copy of an excerpt of a spreadsheet for West Tennessee Detention Facility, Bates No. CCOG23010. **FILED UNDER SEAL** | 1154-1158 |
| 87 | A true and correct copy of an excerpt of a spreadsheet for West Tennessee Detention Facility, Bates No. CCOG23011. **FILED UNDER SEAL** | 1159-1160 |
| 88 | A true and correct copy of an excerpt of a spreadsheet for California City Correctional Facility, Elizabeth Detention Center, Eloy Detention Center, Florence Correctional Center, Houston Processing Center, T. Don Hutto Residential Center, Laredo Processing Center, Nevada Southern Detention Center, North Georgia Detention Center, San Diego Correctional Facility, Stewart Detention Center, Tallahatchie County Correctional Facility, Torrance County Detention Center, Bates No. CCOG230. **FILED UNDER SEAL** | 1161-1170 |