# Exhibit 9

# Exhibit 9

19-100A

# Detainee Voluntary Work Program Agreement

Detainees that participate in the volunteer work program will not be permitted to work in excess of eight (8) hours daily or forty (40) hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation will be $1.00 per day.

I, _____, A# or Reg. # _____ have read, and
    (Detainee Name)
understand. I will comply with the above. I have received and understand relevant safety training regarding my work assignment.

_____
Work Assignment

_____                _____
Detainee Signature                                 Date

_____                _____
Staff Signature                                      Date

---

## Detendio acuerdo de Programa de Trabajo Voluntario

Detenido que participa en el programa de trabajo voluntario no se le permitira trabajar en el exceso de (8) horas diarias o (40) horas a la semana.

Detenido que participen en el programa de trabajo voluntario requieren que trabajen segun el horario indicado y que participen en todas las clases de entrenamiento relacionado al trabajo. Faltas sin excusas del trabajo o mala conducta de trabajo puede resultar en removerlo del programa voluntario de trabajo. Detenidos tienen que adherirse a todas las regulaciones de seguridad y todas las normas de medico y limpieza asociado con el trabajo asignado. Compensacion sera $1.00 por dia.

Yo, _____, A# or Reg.# _____ yo he leido, entiendo y estoy de acuerdo a cumplir con todo. Recivi y entiendo el entrenamiento de seguridad relevante a my trabajo indicado.

_____
Trabajo indicado

_____                _____
Firma de Detenido                                  Fecha

_____                _____
Staff Signature                                      Date

Effective Date: TBA

Proprietary Information – Not For Distribution – Copyrighted    Property of Corrections Corporation of America

CCOG00022900

Exhibit 9 - Page 190