# Exhibit 13

CONFIDENTIAL

| CoreCivic/STEWART DETENTION CENTER | PAGE 1 OF 5 | POLICY 12-100 |
|---|---|---|

| CHAPTER 12: | SANITATION AND HYGIENE |
|---|---|
| SUBJECT: | DAILY HOUSEKEEPING PLAN |
| SUPERSEDES | OCTOBER 1, 2006 |
| EFFECTIVE DATE: | APRIL 1, 2013 |
| APPROVED: | **SIGNATURE ON FILE**<br>**STACEY STONE**<br>**FACILITY ADMINISTRATOR** |

**12-100.1   POLICY:**

It is the policy of Stewart Detention Center (SDC) to provide healthful and sanitary living conditions for all inmates/residents. Weekly and monthly sanitation inspections will be conducted by the designated staff members to ensure a high level sanitation. Additionally, SDC shall develop and implement a system of waste disposal and pest control in accordance with local and state health regulations.

**12-100.2   AUTHORITY:**

Facility Policy

**12-100.3   DEFINITIONS:**

<u>Common Living Area</u> – Any area in the unit other than the assigned cell that is used by all inmates/residents assigned to that unit.

<u>Hot Trash</u> – Items for disposal that could be used as weapons, aid in escape, or pose a threat to the security of the facility.

<u>Inmate/Resident</u> – Any adult or juvenile, male or female, housed in a CoreCivic facility. Inmates/residents may also be referred to as detainees, prisoners or offenders depending on classification and in accordance with facility management contracts.

**12-100.4   PROCEDURE:**

A.   Common Living Areas

All inmates/residents assigned to a unit are responsible for maintaining the common living area in a clean and sanitary manner. The correctional officer assigned to that unit will see that all necessary materials are provided to carry out the cleaning assignment. If additional materials are needed, the officer will contact the Unit Manager.

1.   Trash will not be thrown anywhere or disposed of in any area except in the trash containers provided in each unit.

2.   Towels, blankets, clothing or any personal belongings will not be left in the common area.

3.   The walls will be kept free of writing.

4.   Inmate/resident workers will be assigned to each area on a regular basis to perform the daily cleaning routine of the common area. Sufficient workers will be assigned to each shift to provide seven (7) day per week coverage to maintain sanitation of the facility.

5.   Duties to be performed by inmate/resident workers include the following:

a.   All trash will be removed daily.

**Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic/Stewart Detention Center**

CCOG00007912

Exhibit 13 - Page 352

| CoreCivic/STEWART DETENTION CENTER | PAGE 2 OF 5 | POLICY 12-100 |

      b.    All floors will be swept and wet-mopped daily and, as required, throughout the day. Offices that are closed on weekends and holidays are not included.

      c.    All toilet bowls, sinks, and showers will be thoroughly cleaned and scrubbed daily.

      d.    Furniture will be wiped off daily.

      e.    Any duty that the unit officer determines needs to be assigned in order to correct deficiencies and maintain good sanitary conditionsd.

B. Private Living Areas

1. All inmates/residents are responsible for maintaining their assigned living area in a clean and sanitary manner on a daily basis.

      a.    Trash will be removed daily.

      b.    Hazardous and combustible materials such as boxes, newspapers and magazines will not be allowed to accumulate within the cells/living areas.

      c.    All personal belongings will be kept in a neat and orderly manner, and must fit in the storage space provided.

      d.    Windows in each cell/common area will remain completely free of any material and will be cleaned as needed.

      e.    There will be no writing on the walls.

      f.    All floors will be swept daily.

      g.    Beds must be made anytime the inmate/resident is not in the bed.

      h.    Any duty that the unit officer determines needs to be assigned in order to correct deficiencies and maintain good sanitary conditions.

2. Before being released for work, inmates/residents assigned to the morning shift will be required to have their areas in order with beds made.

C. Cleaning Program/Guidelines for Other Areas

The following tasks provide a guideline, but are not all inclusive, for assuring that good housekeeping practices are met.

1. All areas will be clean and orderly.
2. Lighting, heating and ventilation equipment will function properly.
3. No fire or health hazards will be allowed to exist.
4. All plumbing equipment, including toilet, bathing, washing and laundry facilities should operate properly.
5. The floors will be clean and free of hazardous substance.
6. All floors will be swept and mopped on a daily basis if accessed daily. If floors are covered by a carpet, they will be vacuumed when necessary.
7. Toilet bowls and sinks will be cleaned daily. The showers and floors will be mopped daily and scrubbed when necessary.
8. All furniture will be dusted on a daily basis and cleaned when necessary.
9. All trash will be emptied daily.
10. Windows will be washed weekly or more often when required.
11. Walls and doors will be wiped daily.

**Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic/Stewart Detention Center**

CCOG00007913

Exhibit 13 - Page 353

| CoreCivic/STEWART DETENTION CENTER | PAGE 3 OF 5 | POLICY 12-100 |
|---|---|---|

        12.    All equipment will be dusted or cleaned on a daily basis.

E.    Requisitions for Sanitation Supplies

    1.    The Safety Manager will provide department heads with the materials necessary to conduct the monthly inmate/resident worker safety and sanitation training. Materials will be handed out and discussed at the monthly Team Safety meeting.

    2.    Sanitation supplies will be distributed to the units on a regular schedule and manner determined by the Safety Manager.

    3.    All staff will ensure cleaning equipment is used in the proper manner. Proper maintenance and storage of equipment will be part of the daily inspections.

    5.    Supervision of the requisition for supplies will be provided by the department head to ensure that a proper amount of items is ordered and an excess of materials and equipment is avoided.

F.    Liquid, Solid and Toxic Waste

    1.    Liquid waste is disposed of through the sewer system. Any emergency repairs will be conducted by SDC or a contract plumber.

    2.    Each housing area shall be issued one (1) fifty-five (55) gallon trash container. All such containers will be emptied and cleaned daily.

    3.    Liquid food service trash will be placed in covered containers and removed according to the contract with the grease rendering company.

    4.    Solid trash from the administrative area shall be collected and deposited in the trash bins supervised by correctional staff. Inmates/residents may perform clean-up duties in the administration area under direct supervision of the correctional staff.

    5.    Medical waste is kept in special containers and disposed of through a service contract.

    6.    Trash Bins

        a.    Trash bin doors shall remain closed and locked except during the disposal of trash.

        b.    The trash compactor will be emptied by the refuse contractor at a minimum of two (2) days per week.

G.    Vermin and Pest Control

    1.    A service contract with a licensed pest control organization shall provide for regularly scheduled pest control treatment of the facility. In the event of an infestation, the service will be called immediately. An exterminating contractor shall provide facility pest control services to include:

        a.    Control of roaches, ants, silverfish, spiders, crickets, rats, and mice;

        b.    Service visits conducted once per month; and

        c.    Completion of a pest control technician's service report form after each service call.

    2.    Staff shall report any observations of insects, rodents or vermin in the facility to the Safety Manager who will, in turn, notify the pest control contractor.

H.    Hair Care Services

    1.    Inmates/residents will receive a hair cut according to the hair cut schedule. This schedule shall be arranged according to living areas and posted on all bulletin boards in the living areas.

**Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic/Stewart Detention Center**

CCOG00007914

Exhibit 13 - Page 354

| CoreCivic/STEWART DETENTION CENTER | PAGE 4 OF 5 | POLICY 12-100 |
|---|---|---|

      2.    When not in use the Barber Shop tools will be secured with a hasp and padlock under the sink in that area. Additionally, the Barber Shop entry door will be secured.

      3.    All Barber Shop tools will be shadowed in "black" to reflect each tool.

      4.    Two members of the Unit Team will verify the inventory of Barber Shop tools prior to opening the Barber Shop. Additionally, two (2) members of the Unit Team will verify the inventory before the detainee Barber is excused when the Barber Shop is closing.

      5.    Barber Shop Sanitation Guidelines will be posted conspicuously in each barber service area. All sanitation requirements will be strictly adhered to. Barber instruments will be cleaned and disinfected between use on each inmate/detainee as outlined in 12-100AA Barber Shop Sanitation Guidelines.

      6.    There will be no more than two (2) inmate/residents in the barber service area in addition to the barber.

   I.    Inmate/Resident Laundry Services

      1.    Laundry services shall be available to inmate/residents Monday thru Friday.

      2.    A laundry schedule will be posted in each living area. Items that may be laundered include uniforms, underclothing, socks, linen, towels, washcloths, and sweatshirts.

      3.    SDC is not responsible for any personal items that are lost or damaged in the inmate/resident laundry.

      4.    Linen and clothing returned to the facility property inventory by discharging inmates/residents will be properly laundered before being reissued.

      5.    The laundry carts will be cleaned with a disinfectant solution before being used to return clean laundry to the cells.

   J.    Sanitation of Mattresses and Pillows

      All mattresses and pillows returned to the facility property inventory by discharging inmates/residents will be cleaned with disinfectant solution.

**12-100.5   REVIEW:**

This policy will be reviewed by the Facility Safety Manager on an annual basis. Recommendations and revisions will be submitted to the Facility Administrator.

**12-100.6   APPLICABILITY:**

All Staff and Inmates/Residents

**12-100.7   APPENDICES:**

12-100AA   Barber Shop Sanitation Guidelines

**12-100.8   ATTACHMENTS:**

12-100A    Stewart Weekly Sanitation Inspection Report

12-100B    Weekly Cell Sanitation Inspection Log

**12-100.9   REFERENCE:**

ACA Standards. The ACA Standards for this facility are:

4-ALDF-1A-01, 4-ALDF-1A-02, 4-ALDF-1A-03, 4-ALDF-4B-07

**Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic/Stewart Detention Center**