# Exhibit 14

| SAN DIEGO CORRECTIONAL FACILITY | PAGE 1 OF 4 | POLICY 12-100 |
|---|---|---|

| | |
|---|---|
| **CHAPTER 12:** | **SANITATION AND HYGIENE** |
| **SUBJECT:** | **DAILY HOUSEKEEPING PLAN** |
| **SUPERSEDES:** | **APRIL 11, 2003** |
| **EFFECTIVE DATE:** | **FEBRUARY 17, 2004** |
| **APPROVED:** | _____ |
| | **BARBARA WAGNER** |
| | **WARDEN** |

**12-100.1   PURPOSE:**

To establish procedures for detainees and staff for the cleaning and sanitation of the institution.

**12-100.2   AUTHORITY:**

Contract.

**12-100.3   DEFINITIONS:**

<u>Common Living Area</u> - Any area in the unit other than the assigned cell that is used by all detainees assigned to that unit.

**12-100.4   POLICY:**

A. The San Diego Correctional Facility will ensure adequate standards of housekeeping and sanitation conditions within the facility.

B. The Safety Manager will inspect all areas of the institution on a monthly basis. At least annual inspections of the institution will be made by a San Diego County inspector for sanitation and health issues to assure compliance with all applicable laws and regulations.

**12-100.5   PROCEDURE:**

A. Common Living Areas

1. All detainees/inmates assigned to a unit are responsible for maintaining the common living area in a clean and sanitary manner. The officer assigned to that unit will see that all materials needed to carry out this cleaning assignment are provided. If additional materials are needed, the officer will contact the Unit Manager.

2. Trash will not be thrown anywhere except in the trash containers provided in each unit.

3. Towels, blankets, clothing or any personal belongings will not be left in the common area.

4. The walls in the common area will be kept free of writing.

5. Detainees/inmates who serve food will wash their hands upon reporting to duty. No person will be assigned to duties or allowed to work in the food service areas when there is knowledge and/or signs of:

    a. Communicable diseases;

    b. Open wounds; and,

    c. Sores and respiratory infections

SAN DIEGO CORRECTIONAL FACILITY          PAGE 2 OF 4                    POLICY 12-100

        Detainees/inmates will wear gloves when serving meals. Hair nets or hats and beard guards will also be worn by food handlers.

6. Detainee/inmate workers will be assigned to each area on a permanent basis to perform the daily cleaning routine of the common area.

   a. Sufficient workers will be allowed to each shift so as to provide 7 day a week 24 hour a day coverage.

   b. Work details necessary for the sanitation of the unit will be assigned.

7. Duties to be performed by detainee/inmate workers:

   a. All trash will be removed daily.

   b. All floors will be swept and wet mopped daily, and as required during the day. Offices closed on weekends and holidays are not included.

   c. All toilet bowls, sinks, and showers will be thoroughly cleaned and scrubbed daily.

   d. Furniture is to be wiped off daily.

   e. Any other tasks assigned by staff in order to maintain good sanitary conditions.

8. The unit officer will be responsible for inspecting during their shift and logging in the time of their inspection in the unit logbook. The logbook will be reviewed by the Shift Supervisor.

B. Private Living Areas

1. All detainees/inmates are responsible for maintaining their assigned living area in a clean and sanitary manner.

   a. No trash will be allowed to accumulate in cells/dormitories.

   b. Hazardous and combustible materials such as boxes, newspapers and magazines will not be allowed to accumulate within the cells.

   c. All personal belongings will be kept in a neat and orderly manner, and must fit in the storage container provided.

   d. Windows and window sills in each cell will remain completely free of any material.

   e. There will be no writing on the walls.

   f. No clotheslines.

   g. Nothing taped or pasted on walls or furnishings (beds).

   h. No clothing, bedding or towels will be draped or hung on the bed.

2. All detainees/inmates will be required to perform a daily cleaning routine of their cells. Duties to be performed:

   a. Trash will be removed from the cells/dormitories daily.

   b. All floors will be swept daily.

   c. Beds must be made anytime the detainee/inmate is not in the bed.

   d. Windows will be wiped down in cells.

**Property of San Diego Correctional Facility**

SAN DIEGO CORRECTIONAL FACILITY        PAGE 3 OF 4                    POLICY 12-100

        e.    Any other tasks assigned by staff in order to maintain good sanitary conditions in the cells/dormitories.

        f.    Pod Officers will complete the Daily Cell Inspection sheet.

    3.    Detainees/inmates assigned to Food Service will be required to have their areas in order with beds made before being released for work. Upon returning from work, materials needed to complete the cleaning routine will be furnished.

C.    Cleaning Program for Other Areas

The following should be used as guidelines in assuring that good housekeeping practices are met.

1. All floors will be swept and mopped on a daily basis.
2. Toilet bowls and sinks will be cleaned daily. The showers and floors will be mopped and scrubbed daily.
3. All furniture will be dusted on a daily basis and cleaned when necessary.
4. All trash will be emptied daily.
5. Windows will be washed weekly or more often when required.
6. Walls and doors will be wiped daily.
7. All equipment will be dusted or cleaned on a daily basis.

D.    Inspection Guidelines for All Other Areas

1. All areas will be clean and orderly.
2. Lighting, heating and ventilation equipment will function properly.
3. No fire or health hazards will be allowed to exist.
4. All plumbing equipment, including toilet, bathing, washing and laundry facilities should operate properly.
5. The floors will be clean, dry and free of hazardous substance.

E.    Requisitions of Sanitation Supplies

1. The Safety Manager will be responsible for ensuring that an appropriate amount of sanitation items are available for distribution.
2. Sanitation supplies will be distributed to the units on a weekly schedule and in a manner determined by the Safety Manager.
3. Unit officers and Department Heads will ensure cleaning equipment is used in the proper manner.
4. Cleaning equipment such as brooms, mops, toilet brushes, etc., will be requisitioned on a one-for-one exchange program.
5. Supervision of the requisition of supplies will be provided by the Unit Manager or Shift Supervisor to ensure proper amounts of items are ordered and excess of materials and equipment is avoided.

F.    Liquid and Solid Waste Control

1. Liquid waste is disposed of through the sewer system.
2. Solid waste is taken out of the facility at least daily and placed in the trash dumpster.

**Property of San Diego Correctional Facility**

| SAN DIEGO CORRECTIONAL FACILITY | PAGE 4 OF 4 | POLICY 12-100 |

      3.      Medical waste is kept in special containers and disposed of through a service contract.

      4.      Waste that is considered hazardous, i.e. oils, solvents etc. will not be disposed of using the sewer system. These items must be taken offsite and disposed in accordance with local and federal laws.

G.    Vermin and Pest Control

A service contract with a licensed pest control organization provides for regularly scheduled spraying of the facility. In the event of an infestation, the service will be called immediately.

H.    Issue of Clean Clothing and Linen

All inmates/detainees are issued three sets of undershirts, underwear, and socks upon arrival. Laundry schedule for washing is as follows:

Monday – whites

Tuesday – uniforms

Wednesday – linen

Thursday – whites

Friday – uniforms

15th of every month – blankets

Uniforms may be exchanged one for one as needed.

**12-100.6**    **REVIEW:**

This policy will be reviewed by the Safety Manager, on an annual basis with recommended revisions submitted to the Warden.

**12-100.7**    **APPLICABILITY:**

All staff and detainees.

**12-100.8**    **ATTACHMENTS:**

None

**12-100.9**    **REFERENCE:**

ACA Standards. The ACA Standards for this facility are: 4D-04, 4D-05.

**Property of San Diego Correctional Facility**

CCOG00008561

Exhibit 14 - Page 359