# Exhibit 17

CONFIDENTIAL

| T. DON HUTTO RESIDENTIAL CENTER | PAGE 1 OF 6 | POLICY 12-100 |
|---|---|---|

| | |
|---|---|
| CHAPTER 16: | SANITATION AND HYGIENE |
| SUBJECT: | DAILY HOUSKEEPING PLAN |
| SUPERSEDES: | NONE |
| EFFECTIVE DATE: | MAY 8, 2006 |

APPROVED:  _____
MICKEY LILES
FACILITY ADMINISTRATOR

---

**12-100.1   POLICY:**

Environmental health conditions will be maintained at a level that meets recognized standards of hygiene. The standards include those from the American Correctional Association, the Occupational Safety and Health Administration, the Environment Protection Agency, the Food and Drug Administration, the National Fire Protection Association's Life Safety Code, and the National Center for Disease Control and Prevention.

**12-100.2   AUTHORITY:**

Facility Policy

**12-100.3   DEFINITIONS:**

<u>Common Living Area</u> – Any area in the unit other than the assigned cell that is used by all residents assigned to that unit.

**12-100.4   PROCEDURES:**

A.   COMMON LIVING AREAS

1. All residents assigned to a unit are responsible for maintaining the common living area in a clean and sanitary manner. The detention officer assigned to that unit will ensure that all materials needed to carry out this cleaning assignment are provided. If additional materials are needed, the detention officer will contact the Unit Manager.

2. Trash will not be thrown anywhere except in the trash containers provided in each unit.

3. Towels, blankets, clothing or any personal belongings will not be left in the common area.

4. The walls will be kept free of writing.

5. Residents will be assigned to each area on a regular basis to perform the daily cleaning routine of the common area. Sufficient residents will be assigned to provide seven (7) days a week coverage to maintain sanitation of the designated areas.

6. Duties to be performed by residents will include:

    a. Removing all trash daily.

    b. All floors will be swept and wet mopped daily, and as required throughout the day. If floors are covered by a carpet, they will be vacuumed daily.

    c. All toilet bowls, sinks, and showers will be thoroughly cleaned and scrubbed daily.

**T. DON HUTTO RESIDENTIAL CENTER**     **PAGE 2 OF 6**     **POLICY 12-100**

        d.    Furniture will be wiped off daily

B    PRIVATE LIVING AREAS

    1.    All residents are responsible for maintaining their assigned living area in a clean and sanitary manner on a daily basis.

        a.    Trash will be removed daily.

        b.    Hazardous and combustible materials such as boxes, newspapers and magazines will not be allowed to accumulate within the living areas.

        c.    All personal belongings will be kept in a neat and orderly manner; and must fit in the storage space provided.

        d.    Windows in each common area will remain completely free of any material and will be cleaned as needed.

        e.    All floors will be swept daily, if rugs are used they will be vacuumed daily.

        f.    Beds must be made anytime the resident is not in the bed.

    2.    Private living areas may be decorated with personal possessions as long as decorations do not prohibit staff observation.

C    HEALTH SERVICES DEPARTMENT

    1.    General Housekeeping Procedures

        a.    All areas will be cleaned and orderly.

        b.    All floors will be swept and mopped on a daily basis. If floors are covered by a carpet, they will be vacuumed daily.

        c.    Toilet bowls and sinks will be cleaned daily.

        d.    All furniture and fixtures will be dusted on a daily basis and cleaned when necessary.

        e.    All trash will be emptied daily.

        f.    Walls and doors will be wiped down daily.

        g.    All equipment will be dusted or cleaned on a daily basis.

        h.    Windows will be washed weekly or more often as needed.

        i.    All plumbing equipment, including toilet, bathing, washing and laundry facilities should operate properly.

        j.    Lighting, heating and ventilation equipment will function properly.

        k.    No fire or health hazards will be allowed to exist.

    2.    Special Housekeeping Procedures

Hospital grade disinfectant-detergent formulations registered by the Environmental Protection Agency may be used for environmental surface cleaning, but the physical removal of microorganisms by scrubbing is probably as important as any antimicrobial effect of the cleaning agent used. Therefore cost, safety, and acceptance by staff can be the criteria for selecting any such registered agent. *The manufacturer's instructions for use will be followed exactly.*

| T. DON HUTTO RESIDENTIAL CENTER | PAGE 3 OF 6 | POLICY 12-100 |
|---|---|---|

    a.  Every item in patient rooms will be cleaned with an approved hospital germicidal solution.

    b.  Any linens used in patient rooms will be stripped from the bed with care to ensure the linen is not shook. Linens will be folded away from the person and folded inward into a bundle, then removed with minimal agitation.

    c.  All reusable receptacles such as drainage bottles, urinals, bedpans, water pitchers, etc. will be emptied and rinsed with germicidal solutions.

    d.  All equipment that is not to be discarded, such as IV poles, respirators and suction machines, will be washed with an approved germicidal solution following manufacturer's guidelines for cleaning the specific piece of equipment.

    e.  Mattresses and pillows covered with durable plastic covers will be thoroughly washed with the approved germicidal solution.

    f.  Beds will be washed thoroughly using a small brush soaked in a germicidal solution to gain access to small holes and crevices, to areas between the springs and the castors.

    g.  All furniture will be washed with a germicidal detergent solution. A small brush will be used if necessary. Outside and underside as well as legs and castor must also e washed.

    h.  Wastebaskets will be thoroughly washed with a germicidal solution after trash has been removed.

    i.  Telephones will be thoroughly cleaned with a clean cloth soaked in the germicidal solution. The earpiece and mouthpiece with be unscrewed, scrubbed, dried, and replaced.

    j.  Walls and ceiling need not be washed entirely, but areas that are obviously soiled will e washed with germicidal solution.

    k.  Blood and Body Fluid Clean-Up

        i.  Clean-Up Kits

        The following items will be contained in a 12 X 15 clear zip lock bag clean-up kits to be utilized for blood and body fluid spills:

- Two (2) pairs rubber or vinyl gloves;
- Four (4) clean absorbent rags;
- Fifteen (15) absorbent paper towels;
- One (1) 23"X10"X39" disposable bag, with a minimum thickness of 1.5 mils, marked "CONTAMINATED";
- One (1) clear plastic bag 13"X10"39" with a minimum thickness of 1.5 mils; and
- One (1) bottle of "hospital disinfectant" containing quaternary ammonium chlorides in at least 0.8% dilution or a bottle of household bleach such as "Clorox" or "Purex" (5.25% sodium hypochlorite).

T. DON HUTTO RESIDENTIAL CENTER        PAGE 4 OF 6              POLICY 12-100

      ii.    Selection of Disinfectants

- Quaternary disinfectants are less effective against Hepatitis B, while dilute solution of sodium hypochlorite are reported extremely effective against both HIV and Hepatitis B virus, and therefore have been recommended for use in environmental decontamination procedures rather than quaternary ammonium compounds. Chlorine in solution inactivates virus quickly and efficiently, but must reach the virus particles to do so. Proteinaceous materials may interfere with the ability of the appropriate disinfectant solution to reach the virus particles. Since quaternary disinfecting compounds may act as a detergent as well as a disinfectant, their use may help in the cleaning and removal of proteinaceous materials from surfaces. A facility may wish to use one of those compounds to help clean the surface, then follow with the use of chlorine solution for final disinfection. Using one disinfectant compound rather than two would keep the procedures as simple as possible. By following the mechanical procedure listed in the article, most blood or fluids would be removed from the surface before application of the disinfectant, so the use of sodium hypochlorite solution will be sufficient.

      iii.   Selection of Gloves

Household or industrial rubber gloves should be used that have been recommended for use rather than surgical rubber gloves. Surgical gloves are somewhat porous and are less resistant to mechanical damage and punctures during cleanup procedures.

D    OTHER AREAS

With the exception of common living areas, and private living areas, facility staff will be responsible for maintaining adequate standards of housekeeping and sanitation in all other areas.

1. All areas will be cleaned and orderly.
2. All floors will be swept and mopped on a daily basis if accessed daily. If floors are covered by a carpet, they will be vacuumed when necessary.
3. Toilet bowls and sinks will be cleaned daily.
4. All furniture and fixtures will be dusted on a daily basis and cleaned when necessary.
5. All trash will be emptied daily.
6. Walls and doors will be wiped daily.
7. All equipment will be dusted or cleaned on a daily basis.
8. Windows will be washed weekly or more often when required
9. All plumbing equipment, including toilet, bathing, washing and laundry facilities should operate properly.

**PROPERTY OF T. DON HUTTO RESIDENTIAL CENTER**

**T. DON HUTTO RESIDENTIAL CENTER   PAGE 5 OF 6            POLICY 12-100**

      10. Lighting, heating and ventilation equipment will function properly.

      11. No fire or health hazards will be allowed to exist.

E    SANITATION SUPPLIES

      1. Only products contained on the 8-5AA Hazardous Chemicals/Material will be used.

      2. All cleaning supplies, to include equipment, will be issued and controlled by staff. Note: Chemicals will not be dispensed to juvenile residents.

      3. Sanitation supplies will be distributed to the units on a regular schedule and in a manner determined by the Safety Manager.

      4. All staff will ensure cleaning equipment is used in the proper manner. Proper maintenance and storage of equipment will be part of the daily inspections.

      5. Supervision of the requisition of supplies will be provided by the department head to ensure proper amounts of items are ordered and excess of materials and equipment is avoided.

F    GARBAGE AND REFUSE DISPOSAL

Refuse includes all garbage, rubbish, and other putrescible and non-putrescible solid waste, except the solid and liquid waste discharged into the sanitary sewer system of the facility. Methods of handling and disposing of refuse affects the local environment, compliance with the requirement of local and federal agencies is essential.

      1. Garbage and refuse will be collected and removed at least daily or more often as necessary to maintain sanitary conditions and to avoid creating health hazards.

      2. Liquid waste will be disposed of through the sewer system.

      3. Solid waste will be placed in an outside compactor.

G    HAZARDOUS AND INFECTIOUS WASTE DISPOSAL

Infectious and hazard waste generated at the facility such as medical waste, disposable razors, and disposable diapers will be stored and disposed of safely and in accordance with all applicable federal and state regulations.

      1. Medical waste includes, but is not limited to, the following:

          a. Microbiology laboratory waste;

          b. Human blood or blood products;

          c. Sharps;

          d. Laboratory and other chemicals;

          e. Certain drugs such as neoplastic; and

          f. Bandages, dressings, catheters, and disposable pads.

      2. Collection and Storage

Infectious waste must be separated from the general waste stream and clearly labeled as infectious. Infectious waste will be double-bagged and tied and marked with a label reading "INFECTIOUS WASTE". The bags must be impermeable, commercially supplied red bags, sold specifically for biohazardous waste storage. Miscellaneous biomedical waste will be double-bagged and tied, but need not be labeled as infectious.

| T. DON HUTTO RESIDENTIAL CENTER | PAGE 6 OF 6 | POLICY 12-100 |
|---|---|---|

    3. Treatment and Disposal

    Blood products and designated body fluids will be poured slowly and carefully down the toilet to prevent splash. Compacting of untreated infectious waste is prohibited. The waste disposal contractor must meet all state and/or local requirements for transportation and disposal.

 H VERMIN & PEST CONTROL

   1. Residents will not be allowed to store any perishable foods or other items which entice vermin or produce unsanitary conditions in their living areas.

   2. A licensed pest control organization will provide a monthly scheduled inspection of the facility. In the event of an infestation, the service will be called immediately.

**12-100.5 REVIEW:**

This policy will be reviewed at least annually by the Assistant Administrator who will recommend necessary revisions to the Facility Administrator.

**12-100.6 APPLICABILITY:**

All Staff and Residents

**12-100.7 APPENDICES**

None

**12-100.8 ATTACHMENTS:**

None

**12-100.9 REFERENCES:**

<u>NDS: ENVIRONMENTAL HEALTH & SAFETY</u>

<u>CCA POLICY 8-5</u>

ACA Standards. The ACA Standards for this facility are: