# Exhibit 18

| STEWART DETENTION CENTER | Page 1 of 3 | Policy 12-100 |
|---|---|---|

| | |
|---|---|
| CHAPTER 12: | SANITATION AND HYGIENE |
| SUBJECT: | DAILY HOUSEKEEPING PLAN |
| SUPERSEDES | NONE |
| EFFECTIVE DATE: | OCTOBER 1, 2006 |
| APPROVED: | _____<br>VANCE LAUGHLIN<br>FACILITY ADMINISTRATOR |

12-100.1   POLICY:

The facility will ensure adequate standards of housekeeping and sanitation conditions within the facility.

12-100.2   AUTHORITY:

Facility Policy

12-100.3   DEFINITIONS:

<u>Common Living Area</u> - Any area in the unit other than the assigned cell that is used by all inmate/residents assigned to that unit.

<u>Hot Trash</u> - Items to be disposed which can be used as weapons, aid in escape, or pose a threat to the security of the facility.

12-100.4

12-100.5   PROCEDURE:

A.   Common Living Areas

1.   All inmate/residents assigned to a unit are responsible for maintaining the common living area in a clean and sanitary manner.  The officer assigned to that unit will see that all materials needed to carry out this cleaning assignment are provided.  If additional materials are needed, the officer will contact the Unit Manager.

2.   Trash will not be thrown anywhere except in the trash containers provided in each unit.

3.   Towels, blankets, clothing or any personal belongings will not be left in the common area.

4.   The walls will be kept free of writing.

5.   Inmate/residents workers will be assigned to each area on a regular basis to perform the daily cleaning routine of the common area.  Sufficient workers will be assigned to each shift so as to provide seven (7) day a week coverage to maintain sanitation of the facility.

6.   Duties to be performed by inmate/residents workers:

a.   All trash will be removed daily.

b.   All floors will be swept and wet mopped daily, and as required throughout the day.  Offices closed on weekends and holidays are not included.

| STEWART DETENTION CENTER | Page 2 of 3 | Policy 12-100 |
|---|---|---|

      c.    All toilet bowls, sinks, and showers will be thoroughly cleaned and scrubbed daily.

      d.    Furniture is to be wiped off daily.

      e.    Any other condition that the unit officer feels needs to be corrected in order to maintain good sanitary conditions can be assigned.

B.    Private Living Areas

    1.    All inmates/residents are responsible for maintaining their assigned living area in a clean and sanitary manner on a daily basis.

        a.    Trash will be removed daily.

        b.    Hazardous and combustible materials such as boxes, newspapers and magazines will not be allowed to accumulate within the cells/living areas.

        c.    All personal belongings will be kept in a neat and orderly manner, and must fit in the storage space provided.

        d.    Windows in each cell/common area will remain completely free of any material and will be cleaned as needed.

        e.    There will be no writing on the walls.

        f.    All floors will be swept daily.

        g.    Beds must be made anytime the inmate/resident is not in the bed.

        h.    Any other condition that the unit officer feels needs to be corrected in order to maintain good sanitary conditions in the cells can be assigned.

    2.    Inmate/residents assigned to the morning shift will be required to have their areas in order with beds made before being released for work.

C.    Cleaning Program for Other Areas

The following should be used as guidelines but is not al inclusive in assuring that good housekeeping practices are met.

    1.    All floors will be swept and mopped on a daily basis if accessed daily. If floors are covered by a carpet, they will be vacuumed when necessary.

    2.    Toilet bowls and sinks will be cleaned daily. The showers and floors will be mopped daily and scrubbed when necessary.

    3.    All furniture will be dusted on a daily basis and cleaned when necessary.

    4.    All trash will be emptied daily.

    5.    Windows will be washed weekly or more often when required.

    6.    Walls and doors will be wiped daily.

    7.    All equipment will be dusted or cleaned on a daily basis.

D.    Guidelines for All Other Areas

    1.    All areas will be clean and orderly.

    2.    Lighting, heating and ventilation equipment will function properly.

    3.    No fire or health hazards will be allowed to exist.

**PROPERTY OF CORRECTIONS CORPORATION OF AMERICA**

CCOG00008882

Exhibit 18 - Page 374

| STEWART DETENTION CENTER | Page 3 of 3 | Policy 12-100 |

    4. All plumbing equipment, including toilet, bathing, washing and laundry facilities should operate properly.

    5. The floors will be clean, and free of hazardous substance.

  E. Requisitions of Sanitation Supplies

    1. The Safety Manager will provide the department heads with the materials necessary to conduct the monthly inmate/resident worker safety and sanitation training. Materials will be handed out and discussed at the monthly Workwise meeting.

    2. Sanitation supplies will be distributed to the units on a regular schedule and in a manner determined by the Safety Manager.

    3. All staff will ensure cleaning equipment is used in the proper manner. Proper maintenance and storage of equipment will be part of the daily inspections.

    5. Supervision of the requisition of supplies will be provided by the department head to ensure proper amounts of items are ordered and excess of materials and equipment is avoided.

  F. Liquid, Solid, and Toxic Waste

    1. Liquid waste is disposed of through the sewer system.

    2. Solid waste is taken out of the facility at least daily and placed in an outside compactor.

    3. Medical waste is kept in special containers and disposed of through a service contract.

  G. Vermin and Pest Control

    1. Inmate/residents will not be allowed to store any perishable foods or other items which entice vermin or produce unsanitary conditions in their living units.

    2. A licensed pest control organization provides a monthly scheduled inspection of the facility. In the event of an infestation, the service will be called immediately.

**12-100.5**   **REVIEW:**

This policy will be reviewed by the Safety Manager on an annual basis. Recommendations and revisions will be submitted to the Facility Administrator.

**12-100.6**   **APPLICABILITY:**

All staff and inmate/residents.

**12-100.7**   **APPENDICES:**

None

**12-100.8**   **ATTACHMENTS:**

12-100A - Weekly Sanitation Inspection Form

12-100B - Weekly Pod Sanitation Inspection Form

12-100C - Monthly Sanitation Inspection Form

**12-100.9**   **REFERENCE:**

ACA Standards. The ACA Standards for this facility are:

**PROPERTY OF CORRECTIONS CORPORATION OF AMERICA**

CCOG00008883

Exhibit 18 - Page 375

CONFIDENTIAL

**STEWART DETENTION CENTER**               **Page 4 of 3**                **Policy 12-100**

PROPERTY OF CORRECTIONS CORPORATION OF AMERICA

CCOG00008884

Exhibit 18 - Page 376