# Exhibit 20

LA PALMA CORRECTIONAL CENTER            PAGE 1 OF 4            POLICY 12-100

| | |
|---|---|
| **CHAPTER 12:** | **SANITATION AND HYGIENE** |
| **SUBJECT:** | **DAILY HOUSEKEEPING PLAN** |
| **SUPERSEDE DATE:** | **JUNE 1, 2008** |
| **EFFECTIVE DATE:** | *JANUARY 22, 2018* |
| **APPROVED:** | <u>Signature on File</u><br>**C. KEETON**<br>**WARDEN** |

---

**12-100.1**    **POLICY:**

The La Palma Correctional Center will ensure adequate standards of housekeeping and sanitation conditions within the facility.

**12-100.2**    **AUTHORITY:**

Facility Policy

**12-100.3**    **DEFINITIONS:**

<u>Common Living Area</u> - Any area in the unit other than the assigned cell that is used by all inmates/residents assigned to that unit.

**12-100.4**    **PROCEDURE:**

    A.    Common Living Areas

        1.    All inmates/residents assigned to a unit are responsible for maintaining the common living area in a clean and sanitary manner. The officer assigned to that unit will see that all materials needed to carry out this cleaning assignment are provided. If additional materials are needed, the officer will contact the Warehouse Worker.

        2.    Trash will not be thrown anywhere except in the trash containers provided in each unit.

        3.    Towels, blankets, clothing or any personal belongings will not be left in the common area.

        4.    The walls in the common area will be kept free of writing.

        5.    Inmate/Resident workers will be assigned to each area on a permanent basis to perform the daily cleaning routine of the common area.

            a.    Sufficient workers will be allowed to each shift so as to provide seven (7) days a week twenty-four (24) hour a day coverage.

            b.    Work details necessary for the sanitation of the unit will be assigned to the worker(s).

        6.    Duties to be performed by inmate/resident workers:

            a.    All trash will be removed daily.

            b.    All floors will be swept and wet mopped daily, and as required during the day. Offices closed on weekends and holidays are not included.

            c.    All toilet bowls, sinks, and showers will be thoroughly cleaned and scrubbed daily.

            d.    Furniture will be wiped off daily.

| LA PALMA CORRECTIONAL CENTER | PAGE 2 OF 4 | POLICY 12-100 |
|---|---|---|

        e.    Any other condition that the unit officer feels needs to be corrected in order to maintain good sanitary conditions can be assigned.

    7.    The Safety Manager will inspect all areas of the institution on a monthly basis. At least annual inspections of the institution will be made by a Safety Manager from another CoreCivic facility for sanitation and health issues to assure compliance with all applicable laws and regulations.

B.    Private Living Areas

    1.    All inmates/residents are responsible for maintaining their assigned living area in a clean and sanitary manner.

        a.    No trash will be allowed to accumulate in cells.

        b.    Hazardous and combustible materials such as boxes, newspapers and magazines will not be allowed to accumulate within the cells.

        c.    All personal belongings will be kept in a neat and orderly manner, and must fit in the storage space provided.

        d.    Windows and air supply/return vents in each cell/dormitory will remain completely free of any material. At no time will the vents be blocked or diverted.

        e.    There will be no writing/graffiti on any cell furnishings, including the walls.

        f.    Approved photos will be displayed in the designated area in each cell.

    2.    All inmates/residents will be required to perform a daily cleaning routine of their cells. Duties to be performed:

        a.    Trash will be removed from the cells daily.

        b.    All floors will be swept daily.

        c.    Beds must be made anytime the inmate is not in the bed.

        d.    Windows will be wiped down in cells.

        e.    Any other condition that the unit officer feels needs to be corrected in order to maintain good sanitary conditions in the cells/dormitories can be assigned.

    3.    Inmates/Residents assigned to the morning shift in Food Service will be required to have their areas in order with beds made before being released for work. Upon returning from work, materials needed to complete the cleaning routine, will be furnished.

C.    Cleaning Program for Other Areas

The following should be used as guidelines in assuring that good housekeeping practices are met.

    1.    All floors will be swept and mopped on a daily basis. If floors are covered by a carpet, they will be vacuumed daily.

    2.    Toilet bowls, sinks, and showers will be cleaned daily.

    3.    All furniture will be dusted on a daily basis and cleaned when necessary.

    4.    All trash will be emptied daily.

**PROPERTY OF LA PALMA CORRECTIONAL CENTER**

| LA PALMA CORRECTIONAL CENTER | PAGE 3 OF 4 | POLICY 12-100 |
|---|---|---|

      5.    Windows will be washed weekly or more often when required.

      6.    Walls and doors will be wiped daily.

      7.    All equipment will be dusted or cleaned on a daily basis.

D.    Inspection Guidelines for All Other Areas

      1.    All areas will be clean and orderly.

      2.    Lighting, heating and ventilation equipment will function properly.

      3.    No fire or health hazards will be allowed to exist.

      4.    All plumbing equipment, including toilet, bathing, washing and laundry facilities should operate properly.

      5.    The floors will be clean, dry, and free of hazardous substance.

E.    Inspection Requirements of All Other Areas

      1.    Daily inspection will be conducted by the staff member within his/her area of responsibility. Any discrepancies will be corrected.

      2.    Unit Managers are responsible for inspecting their areas weekly and submitting their inspection forms to the Safety Manager by 12:00 PM on the Monday following the inspection.

      3.    A monthly inspection will be conducted by the Safety Manager.

      4.    Reports from the Safety Manager will be submitted to the Assistant Warden.

      5.    At least once each year the Fire Marshal will inspect the facility to insure compliance with all applicable laws and regulations. Any deficiencies will be noted, and a written report submitted to the Warden, who will ensure that all deficiencies are corrected.

F.    Requisitions of Sanitation Supplies

      1.    The Warehouse Worker will be responsible for ensuring that an appropriate amount of sanitation items are available for distribution.

      2.    Sanitation supplies will be distributed to the units on a schedule and in a manner determined by the Safety Manager and Warehouse Worker.

      3.    Unit officers and Department Heads will ensure cleaning equipment is used in the proper manner. Unit officers will make this part of their daily inspections.

          a.    Floors: Mop heads will be used for all-purpose and floor finishing applications. When not in use, mopping equipment will be stored in a manner to allow for draining/drying.

          b.    Each unit will maintain five (5) gallon chemical depots used for dispensing cleaning and disinfecting solutions. Smaller spray bottles will also be utilized. Inmates as well as officers must ensure that all chemicals are dispensed into correctly labeled secondary containers.

      4.    Cleaning equipment such as brooms, mops, toilet brushes, etc., will be requisitioned on a one-for-one exchange program. This equipment will be disposed of by the warehouse worker.

      5.    Supervision of the requisition of supplies will be provided by the Department Head to ensure proper amounts of items are ordered and excess of materials and equipment is avoided.

**PROPERTY OF LA PALMA CORRECTIONAL CENTER**

| LA PALMA CORRECTIONAL CENTER | PAGE 4 OF 4 | POLICY 12-100 |
|---|---|---|

  G. Liquid and Solid Waste Control

    1. Liquid waste is disposed of through the sewer system.

    2. Solid waste is taken out of the facility at least daily and placed in an outside compactor.

    3. Medical waste is kept in special containers and disposed of through a service contract.

  H. Vermin and Pest Control

    1. Inmates/Residents will not be allowed to store any perishable foods or other items, which entice vermin or produce unsanitary conditions in their living units.

    2. A service contract with a licensed pest control organization provides for regularly scheduled spraying of the facility. In the event of an infestation, the service will be called immediately.

    3. Monthly reports by the professional pest control contractor are submitted to the Safety Manager and maintained on file in accordance with CoreCivic policy 1-15, Retention of Records.

**12-100.5** **REVIEW:**

This policy will be reviewed by the Safety Manager and the Maintenance Supervisor on an annual basis with recommended revisions submitted to the Warden.

**12-100.6** **APPLICABILITY:**

All Staff and Inmates/Residents.

**12-100.7** **APPENDICES:**

None

**12-100.8** **ATTACHMENTS:**

 None

**12-100.9** **REFERENCE:**

ACA Standards. The ACA Standards for this facility are: