# Exhibit 43

CONFIDENTIAL

| CoreCivic | POLICY TITLE | Facility Commissary Checking Account | | |
|---|---|---|---|---|
| | CHAPTER | 2 | POLICY NUMBER | 2-4 | Page 1 of 4 |
| | EFFECTIVE DATE | | SUPERSEDES DATE | |
| | JULY 3, 2006 | | JANUARY 1, 2005 | |
| SIGNATURE ON FILE AT FACILITY SUPPORT CENTER<br>David M. Garfinkle<br>Vice President, Finance | FACILITY NAME | OTAY MESA DETENTION CENTER | | |
| SIGNATURE ON FILE AT FACILITY SUPPORT CENTER<br>Richard P. Seiter<br>Executive Vice President/Chief Corrections Officer<br>SIGNATURE ON FILE AT FACILITY SUPPORT CENTER<br>G.A. Puryear, IV<br>Executive Vice President/General Counsel | FACILITY EFFECTIVE DATE | | FACILITY SUPERSEDES DATE | |
| | SEPTEMBER 1, 2015 | | MARCH 1, 2007 (SDCF) | |

2-4.1   POLICY:

CoreCivic will establish controls and a system of accountability for all monetary transactions at each facility. The Warden/Administrator is ultimately responsible for fiscal policy, management and control of the facility though the daily fiscal management of the facility rests with the Business Manager/Manager, Operations Finance.

2-4.2   AUTHORITY:

CoreCivic Company Policy

2-4.3   DEFINITION:

Commissary Checking Account:  An account established by the Facility Support Center and replenished by inmate commissary sales to process all expenses related to the inmate/resident commissary.

2-4.4   PROCEDURES:

**PROCEDURES INDEX**

| SECTION | SUBJECT |
|---|---|
| A | Establishment |
| B | Operation |
| C | Replenishment |
| D | End of Month Procedures |
| E | Bonding |
| F | Independent Audit |
| G | ATF Section |

A.   ESTABLISHMENT

Each facility will maintain a commissary checking account to process expenses related to the replenishment of the commissary inventory and commissary operational expenses and to maintain commissary profits which are generally used to pay for inmate/resident welfare expenses or as otherwise dictated by the terms of the appropriate management contract.

1.   Approval to open a new bank account or change banks for commissary checking accounts must be received by the Vice President, Finance.

2.   The commissary checking account will be located in a properly chartered local bank insured by the FDIC and which has been approved by the Facility Support Center (FSC).

Δ π EXHIBIT 88
Deponent CoreCivic
Date 3/5/19  Rptr PN
WWW.DEPOBOOK.COM

Proprietary Information – Not For Distribution – Copyrighted          Property of CoreCivic

CCOG00002503

Exhibit 43 - Page 744

CONFIDENTIAL

| Page 2 of 4 | JULY 3, 2006 | 2-4 |

3. The color of the commissary checking account checks will be different from other facility checks in an effort to help distinguish them from other checking accounts.

4. Authorized Account Signatures

   A manual signature is required on all checks; signature stamps are prohibited.

   a. Facility

      i. The Warden/Administrator and Assistant Warden/Administrator(s) are authorized to sign checks written from the commissary checking account.

      ii. In addition, the Warden/Administrator has the authority to allow the Chief of Security to sign checks written from the commissary checking account.

   b. Facility Support Center

      The Assistant Controller and Senior Director, Accounting are authorized to sign checks written from the commissary checking account.

5. The facility will receive a loan from the FSC so that it may purchase its initial commissary inventory. Profits from the facility commissary will be used to repay the FSC until the loan is paid in full. Other than operational issues outlined in 2-4.4 B. below, no other items should be paid for until the loan is paid in full.

B. OPERATION

1. To ensure accurate inventories, the following procedures must be completed;

   a. Order is submitted to the vendor;

   b. Upon receipt of goods, quantities received are verified against the packing slip and original order with any discrepancies noted on the packing slip;

      **NOTE:** In the event of discrepancies, the vendor must be notified immediately.

   c. Received goods are entered into the commissary system;

   d. Upon receipt of the invoice from the vendor, the invoice will be compared to the packing slip and the information entered into the commissary system;

   e. Upon completion of the above procedures, the invoice will be processed for payment by the business office.

   Additional information pertaining to commissary operations is outlined in CoreCivic Policy 2-6 Inmate/Resident Commissary Operations and the Commissary Manual.

2. All invoices will be stamped with a stamp that requests the following information:

   a. Check number;

   b. Date;

   c. Amount Paid; and

   d. "By" - Initials of the Warden/Administrator or authorized check signer.

3. The Business Manager/Manager, Operations Finance or Bookkeeper will write the check, stamp the invoice, and complete the required information. The check and the related invoice will be presented to an authorized check signer for approval. A manual signature is required on the check and invoice; signature stamps are prohibited.

Proprietary Information – Not For Distribution – Copyrighted        Property of CoreCivic

CONFIDENTIAL

| Page 3 of 4 | JULY 3, 2006 | 2-4 |

4. The check will be sent to the vendor and the supporting documents will be maintained as follows:

    a. Original supporting documentation will be forwarded to the FSC as part of the end of month procedures outlined in 2-4.4D.

    b. Copies of supporting documentation will be maintained at the facility in accordance with CoreCivic Policy 1-15, Retention of Records.

5. After each transaction, the Business Manager/Manager, Operations Finance will update the 2-2A Checking Account Monthly Activity.

6. Every attempt should be made to pay for stock received and placed into inventory by the 25th of the month.

7. Anytime checks or the checkbook are not in use, they will be placed in a safe or locked location with access restricted to the Business Manager/Manager, Operations Finance or designated business office staff, who do not have check signing authority.

8. Profits from the commissary, after repayment of the FSC loan, will generally be spent on inmate/resident welfare expenses or as otherwise dictated by the appropriate management contract.

9. Company expenses are never to be paid with commissary funds, unless approved by the Vice President, Finance and only as permitted under the terms of the appropriate management contract.

10. For commissary operations outsourced to a third party operator, only commissions/revenue sharing payments are to be deposited into the commissary checking account and only payments as outlined in 2-4.4 B.8. and 9. above are to be paid out of the commissary checking account.

C. REPLENISHMENT

On the first business day of each month a check will be written from the facility inmate (special) account to the commissary checking account for all accumulated sales from the previous month unless otherwise stated in the facility's management contract. The commissary will then use those funds to replenish the commissary inventory and to pay for operating expenses and other items as outlined in the management contract.

D. END OF THE MONTH PROCEDURES

1. Each facility will fax a completed 2-10A Month End Checklist, along with all required supporting documentation for each checking account, to the FSC Facility Accounting Manager assigned to the facility by the date determined by the FSC. The original 2-10A Month End Checklist must also be mailed to the FSC.

2. Bank Statements

    a. Bank statements are to be mailed directly to the FSC from the bank.

    b. Bank reconciliations will be performed by a FSC Bookkeeper and reviewed and approved by a FSC Accounting Manager.

E. BONDING

The commissary checking account is bonded under the company's crime insurance policy.

F. INDEPENDENT AUDIT

Proprietary Information – Not For Distribution – Copyrighted     Property of CoreCivic

| Page 4 of 4 | JULY 3, 2006 | 2-4 |

1. An annual independent audit of the company will be conducted by an independent accounting firm. The commissary checking account at the facility is included in the annual audit.
2. The accounting firm will issue an opinion on the entire company which includes the commissary checking account.

G. **AT THIS FACILITY ADDITIONAL CONTRACTUAL PROCEDURES ARE AS FOLLOWS:**

> **IN ACCORDANCE WITH THE ICE CONTRACT, THE FACILITY SHALL PROVIDE INDEPENDENT AUDITOR CERTIFICATION OF THE FUNDS TO THE COTR EVERY NINETY (90) DAYS.**

**2-4.5 REVIEW:**

The Vice President, Finance will review this policy on an annual basis.

**2-4.6 APPLICABILITY:**

All CoreCivic Facilities (Provided contractual requirements do not mandate otherwise)

**2-4.7 APPENDICES:**

None

**2-4.8 ATTACHMENTS:**

2-2A    Checking Account Monthly Activity

2-10A   Month End Checklist

**2-4.9 REFERENCES:**

CoreCivic Policy 1-15

CoreCivic Policy 2-2

CoreCivic Policy 2-6

CoreCivic Policy 2-10

Commissary Manual

ACA Standards. The ACA Standards for this facility are as follows:

4-4025/4-ALDF-7D-10/3-JTS-1B-01/3-JCRF-1B-01

4-4027/4-ALDF-7D-11/3-JTS-1B-03/3-JCRF-1B-02

4-4031/3-JTS-1B-07

4-4034/3-JTS-1B-10

4-4035/3-JTS-1B-11

4-4036/4-ALDF-7D-12/3-JTS-1B-12/3-JCRF-1B-10

4-4043/3-JCRF-1B-16

4-4044/4-ALDF-7D-16/3-JTS-1B-18

3-JCRF-1B-09

3-JCRF-1B-19

Proprietary Information – Not For Distribution – Copyrighted         Property of CoreCivic

CCOG00002506

Exhibit 43 - Page 747