J. MARK WAXMAN (SBN 58579)
  mwaxman@foley.com
NICHOLAS J. FOX (SBN 279577)
  nfox@foley.com
**FOLEY & LARDNER LLP**
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
T: 858.847.6700 // F: 858.792.6773

EILEEN R. RIDLEY (SBN 151735)
  eridley@foley.com
ALAN R. OUELLETTE (SBN 272745)
  aouellette@foley.com
**FOLEY & LARDNER LLP**
555 California Street, Suite 1700
San Francisco, CA 94104-1520
T: 415.434.4484 // F: 415.434.4507

ROBERT L. TEEL (SBN 127081)
  lawoffice@rlteel.com
**LAW OFFICE OF ROBERT L. TEEL**
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
T: 866. 833.5529 // F:855.609.6911

GEOFFREY M. RAUX (pro hac vice)
  graux@foley.com
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, MA 02199-7610
T: 617.342.4000 // F: 617.342.4001

Attorneys for Plaintiffs SYLVESTER OWINO,
JONATHAN GOMEZ, and the Proposed Class(es)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CORECIVIC, INC.,<br><br>　　　　　　　　　Defendant.<br>_____<br>CORECIVIC, INC.,<br><br>　　　　　　　　　Counter-Claimant,<br><br>vs.<br><br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Counter-Defendants. | Case No. 3:17-CV-01112-JLS-NLS<br><br>**CLASS ACTION**<br><br>**NOTICE REGARDING PUBLICLY FILED DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [PER COURT ORDER DKT. NO. 107]**<br><br><br>Date: August 22, 2019<br>Time: 2:00 p.m.<br>Place: Courtroom 4D<br><br><br>Judge: Hon. Janis L. Sammartino<br>Magistrate: Hon. Nita L. Stormes |

Per Court Order (D.I. 107), the following documents are being publicly filed by Plaintiffs relating to their previously filed Motion For Class Cartification:

**A.    MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Based on the meet and confer between Parties, the public version of this document is attached hereto as **Exhibit A**.  There are no redactions in the document.

**B.    EXHIBITS TO DECLARATION OF EILEEN R. RIDLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1. Attached hereto as **Exhibit 4** is a true and correct copy of a redacted excerpt from the transcript of the deposition of Jason Ellis taken on March 5, 2019.  A detainee's name was redacted from line 15 on page 455 of Exhibit 4 because it contained personal identifying information.

2. Attached hereto as **Exhibit 11** is a true and correct copy of a redacted detainee file, Bates Nos. CCOG43011 through CCOG43166, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation.  Names, A-numbers, other identifying numbers, birthdates, fingerprints, photos, and signatures were redacted from Exhibit 11 for both detainees and personnel of Defendant because the information is personal identifying information.

3. Attached hereto as **Exhibit 27** is a true and correct copy of Otay Mesa Detention Center's Food Service Post Orders, Bates Nos. CCOG2833 through CCOG2838, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation.  Safety-sensitive and security-sensitive information was redacted from Exhibit 27.

4. Attached hereto as **Exhibit 28** is a true and correct copy of Laredo Processing Center's Food Service Post Orders, Bates Nos. CCOG7637 through CCOG7642, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Safety-sensitive and security-sensitive information was redacted from Exhibit 28.

5. Attached hereto as **Exhibit 29** is a true and correct copy of Stewart Detention Center's Food Service Post Orders, Bates Nos. CCOG8028 through CCOG8033, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Safety-sensitive and security-sensitive information was redacted from Exhibit 29.

6. Attached hereto as **Exhibit 30** is a true and correct copy of a redacted excerpt from a Disciplinary Log, Bates No. CCOG25046, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names, A-numbers and birthdates were redacted from Exhibit 30 because the information is personal identifying information.

7. Attached hereto as **Exhibit 31** is a true and correct copy of a redacted excerpt from a Disciplinary Log, Bates No. CCOG25153, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names, A-numbers and birthdates were redacted from Exhibit 31 because the information is personal identifying information.

8. Attached hereto as **Exhibit 32** is a true and correct copy of a redacted excerpt from a Disciplinary Log, Bates No. CCOG25049, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names, A-numbers and birthdates were redacted from Exhibit 32 because the information is personal identifying information.

9. Attached hereto as **Exhibit 33** is a true and correct copy of a redacted excerpt from a Disciplinary Log, Bates No. CCOG25045, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names, A-numbers and birthdates were redacted from Exhibit 33 because the information is personal identifying information.

10. Attached hereto as **Exhibit 34** is a true and correct copy of Plaintiff Jonathan Gomez's Commissary Purchase Record, Bates Nos. CCOG45309 through CCOG45327, which was produced by Defendant to Plaintiffs during the course of discovery in this

litigation. Detainee names, A-numbers, and other identification numbers were redacted from Exhibit 34 because the information is personal identifying information.

11. Attached hereto as **Exhibit 35** is a true and correct copy of a detainee Commissary Purchase Record, Bates Nos. CCOG56592 through CCOG56601, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names, A-numbers, and other identification numbers were redacted from Exhibit 35 because the information is personal identifying information.

12. Attached hereto as **Exhibit 36** is a true and correct copy of a detainee Commissary Purchase Record, Bates Nos. CCOG57056 through CCOG57059, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names, A-numbers, and other identification numbers were redacted from Exhibit 36 because the information is personal identifying information.

13. Attached hereto as **Exhibit 37** is a true and correct copy of Plaintiff Sylvester Owino's Commissary Purchase Record, Bates Nos. CCOG45345 through CCOG45347, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names, A-numbers, and other identification numbers were redacted from Exhibit 37 because the information is personal identifying information.

14. Attached hereto as **Exhibit 38** is a true and correct copy of a detainee Commissary Purchase Record, Bates Nos. CCOG74453 through CCOG74454, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names, A-numbers, and other identification numbers were redacted from Exhibit 38 because the information is personal identifying information.

15. Attached hereto as **Exhibit 39** is a true and correct copy of a detainee Commissary Purchase Record, Bates Nos. CCOG54219 through CCOG54220, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names, A-numbers, and other identification numbers were redacted from Exhibit 39 because the information is personal identifying information.

16. Attached hereto as **Exhibit 40** is a true and correct copy of a detainee Commissary Purchase Record, Bates Nos. CCOG54050 through CCOG54051, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names, A-numbers, and other identification numbers were redacted from Exhibit 40 because the information is personal identifying information.

17. Attached hereto as **Exhibit 41** is a true and correct copy of a detainee Commissary Purchase Record, Bates Nos. CCOG74650 through CCOG74654, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names, A-numbers, and other identification numbers were redacted from Exhibit 41 because the information is personal identifying information.

18. Attached hereto as **Exhibit 42** is a true and correct copy of a detainee Commissary Purchase Record, Bates Nos. CCOG74564 through CCOG746566, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names, A-numbers, and other identification numbers were redacted from Exhibit 42 because the information is personal identifying information.

19. Attached hereto as **Exhibit 45** is a true and correct copy of a redacted excerpt of a spreadsheet for California City Correctional Facility, Bates No. CCOG9314, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 45 because the information is personal identifying information.

20. Attached hereto as **Exhibit 46** is a true and correct copy of a redacted excerpt of a spreadsheet for California City Correctional Facility, Bates No. CCOG25034, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 46 because the information is personal identifying information.

21. Attached hereto as **Exhibit 47** is a true and correct copy of a redacted excerpt of a spreadsheet for Otay Mesa Detention Center, Bates No. CCOG9326, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation.

Detainee names and A-numbers were redacted from Exhibit 47. Detainee names and A-numbers were redacted from Exhibit 47 because the information is personal identifying information.

22. Attached hereto as **Exhibit 48** is a true and correct copy of a redacted excerpt of a spreadsheet for San Diego Correctional Facility, Bates No. CCOG9327, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 48 because the information is personal identifying information.

23. Attached hereto as **Exhibit 49** is a true and correct copy of a redacted excerpt of a spreadsheet for San Diego Correctional Facility, Bates No. CCOG25043, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 49 because the information is personal identifying information.

24. Attached hereto as **Exhibit 50** is a true and correct copy of a redacted excerpt of a spreadsheet for San Diego Correctional Facility, Bates No. CCOG25044, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 50 because the information is personal identifying information.

25. Attached hereto as **Exhibit 51** is a true and correct copy of a redacted excerpt of a spreadsheet for Central Arizona Florence Complex, Bates No. CCOG9302, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 51 because the information is personal identifying information.

26. Attached hereto as **Exhibit 52** is a true and correct copy of a redacted excerpt of a spreadsheet for Central Arizona Florence Complex, Bates No. CCOG9303, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 52 because the information is personal identifying information.

27. Attached hereto as **Exhibit 53** is a true and correct copy of a redacted excerpt of a spreadsheet for Central Arizona Florence Complex, Bates No. CCOG9304, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 53 because the information is personal identifying information.

28. Attached hereto as **Exhibit 54** is a true and correct copy of an excerpt of a spreadsheet for Central Arizona Florence Complex, Bates No. CCOG9305, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 54 because the information is personal identifying information.

29. Attached hereto as **Exhibit 55** is a true and correct copy of a redacted excerpt of a spreadsheet for Central Arizona Florence Complex, Bates No. CCOG9306, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 55 because the information is personal identifying information.

30. Attached hereto as **Exhibit 56** is a true and correct copy of a redacted excerpt of a spreadsheet for Cibola County Correctional Center, Bates No. CCOG9315, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 56 because the information is personal identifying information.

31. Attached hereto as **Exhibit 57** is a true and correct copy of a redacted excerpt of a spreadsheet for Elizabeth Detention Center, Bates No. CCOG9317, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 57 because the information is personal identifying information.

32. Attached hereto as **Exhibit 58** is a true and correct copy of a redacted excerpt of a spreadsheet for Elizabeth Detention Center, Bates No. CCOG25035, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation.

1  Detainee names and A-numbers were redacted from Exhibit 58 because the information is
2  personal identifying information.
3      33.   Attached hereto as **Exhibit 59** is a true and correct copy of a redacted excerpt
4  of a spreadsheet for Eloy Detention Center, Bates No. CCOG9316, which was produced
5  by Defendant to Plaintiffs during the course of discovery in this litigation.  Detainee names
6  and A-numbers were redacted from Exhibit 59 because the information is personal
7  identifying information.
8      34.   Attached hereto as **Exhibit 60** is a true and correct copy of a redacted excerpt
9  of a spreadsheet for Florence Correctional Center, Bates No. CCOG9307, which was
10 produced by Defendant to Plaintiffs during the course of discovery in this litigation.
11 Detainee names and A-numbers were redacted from Exhibit 60 because the information is
12 personal identifying information.
13     35.   Attached hereto as **Exhibit 61** is a true and correct copy of a redacted excerpt
14 of a spreadsheet for Florence Correctional Center, Bates No. CCOG9308, which was
15 produced by Defendant to Plaintiffs during the course of discovery in this litigation.
16 Detainee names and A-numbers were redacted from Exhibit 61 because the information is
17 personal identifying information.
18     36.   Attached hereto as **Exhibit 62** is a true and correct copy of a redacted excerpt
19 of a spreadsheet for Florence Correctional Center, Bates No. CCOG9309, which was
20 produced by Defendant to Plaintiffs during the course of discovery in this litigation.
21 Detainee names and A-numbers were redacted from Exhibit 62 because the information is
22 personal identifying information.
23     37.   Attached hereto as **Exhibit 63** is a true and correct copy of a redacted excerpt
24 of a spreadsheet for Florence Correctional Center, Bates No. CCOG9310, which was
25 produced by Defendant to Plaintiffs during the course of discovery in this litigation.
26 Detainee names and A-numbers were redacted from Exhibit 63 because the information is
27 personal identifying information.
28

38. Attached hereto as **Exhibit 64** is a true and correct copy of a redacted excerpt of a spreadsheet for Florence Correctional Center, Bates No. CCOG9311, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 64 because the information is personal identifying information.

39. Attached hereto as **Exhibit 65** is a true and correct copy of a redacted excerpt of a spreadsheet for Florence Correctional Center, Bates No. CCOG9312, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 65 because the information is personal identifying information.

40. Attached hereto as **Exhibit 66** is a true and correct copy of a redacted excerpt of a spreadsheet for Florence Correctional Center, Bates No. CCOG9313, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 66 because the information is personal identifying information.

41. Attached hereto as **Exhibit 67** is a true and correct copy of a redacted excerpt of a spreadsheet for Florence Correctional Center, Bates No. CCOG25041, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 67 because the information is personal identifying information.

42. Attached hereto as **Exhibit 68** is a true and correct copy of a redacted excerpt of a spreadsheet for Houston Processing Center, Bates No. CCOG9318, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 68 because the information is personal identifying information.

43. Attached hereto as **Exhibit 69** is a true and correct copy of a redacted excerpt of a spreadsheet for Houston Processing Center, Bates No. CCOG9319, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation.

1  Detainee names and A-numbers were redacted from Exhibit 69 because the information is
2  personal identifying information.

3        44.    Attached hereto as **<u>Exhibit 70</u>** is a true and correct copy of a redacted excerpt
4  of a spreadsheet for Houston Processing Center, Bates No. CCOG9320, which was
5  produced by Defendant to Plaintiffs during the course of discovery in this litigation.
6  Detainee names and A-numbers were redacted from Exhibit 70 because the information is
7  personal identifying information.

8        45.    Attached hereto as **<u>Exhibit 71</u>** is a true and correct copy of a redacted excerpt
9  of a spreadsheet for T. Don Hutto Residential Center, Bates No. CCOG9321, which was
10 produced by Defendant to Plaintiffs during the course of discovery in this litigation.
11 Detainee names and A-numbers were redacted from Exhibit 71 because the information is
12 personal identifying information.

13       46.    Attached hereto as **<u>Exhibit 72</u>** is a true and correct copy of a redacted excerpt
14 of a spreadsheet for T. Don Hutto Residential Center, Bates No. CCOG25036, which was
15 produced by Defendant to Plaintiffs during the course of discovery in this litigation.
16 Detainee names and A-numbers were redacted from Exhibit 72 because the information is
17 personal identifying information.

18       47.    Attached hereto as **<u>Exhibit 73</u>** is a true and correct copy of a redacted excerpt
19 of a spreadsheet for La Palma Correctional Facility, Bates No. CCOG9323, which was
20 produced by Defendant to Plaintiffs during the course of discovery in this litigation.
21 Detainee names and A-numbers were redacted from Exhibit 73 because the information is
22 personal identifying information.

23       48.    Attached hereto as **<u>Exhibit 74</u>** is a true and correct copy of a redacted excerpt
24 of a spreadsheet for Laredo Processing Center, Bates No. CCOG9322, which was produced
25 by Defendant to Plaintiffs during the course of discovery in this litigation.  Detainee names
26 and A-numbers were redacted from Exhibit 74 because the information is personal
27 identifying information.
28 ///

49.     Attached hereto as **Exhibit 75** is a true and correct copy of a redacted excerpt of a spreadsheet for Nevada Southern Detention Center, Bates No. CCOG9325, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 75 because the information is personal identifying information.

50.     Attached hereto as **Exhibit 76** is a true and correct copy of a redacted excerpt of a spreadsheet for Nevada Southern Detention Center, Bates No. CCOG25040, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 76 because the information is personal identifying information.

51.     Attached hereto as **Exhibit 77** is a true and correct copy of a redacted excerpt of a spreadsheet for Northeast Ohio Correctional Center, Bates No. CCOG9324, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 77 because the information is personal identifying information.

52.     Attached hereto as **Exhibit 78** is a true and correct copy of a redacted excerpt of a spreadsheet for Stewart Detention Center, Bates No. CCOG9328, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation.  Detainee names and A-numbers were redacted from Exhibit 78 because the information is personal identifying information.

53.     Attached hereto as **Exhibit 79** is a true and correct copy of a redacted excerpt of a spreadsheet for Stewart Detention Center, Bates No. CCOG9329, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation.  Detainee names and A-numbers were redacted from Exhibit 79 because the information is personal identifying information.

54.     Attached hereto as **Exhibit 80** is a true and correct copy of a redacted excerpt of a spreadsheet for South Texas Family Residential Center, Bates No. CCOG9330, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation.

Detainee names and A-numbers were redacted from Exhibit 80 because the information is personal identifying information.

55. Attached hereto as **Exhibit 81** is a true and correct copy of a redacted excerpt of a spreadsheet for Tallahatchie County Correctional Facility, Bates No. CCOG25042, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 81 because the information is personal identifying information.

56. Attached hereto as **Exhibit 82** is a true and correct copy of a redacted excerpt of a spreadsheet for Torrance County Detention Center, Bates No. CCOG9331, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 82 because the information is personal identifying information.

57. Attached hereto as **Exhibit 83** is a true and correct copy of a redacted excerpt of a spreadsheet for Torrance County Detention Center, Bates No. CCOG25037, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 83 because the information is personal identifying information.

58. Attached hereto as **Exhibit 84** is a true and correct copy of a redacted excerpt of a spreadsheet for Webb County Detention Center, Bates No. CCOG9332, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 84 because the information is personal identifying information.

59. Attached hereto as **Exhibit 85** is a true and correct copy of a redacted excerpt of a spreadsheet for Webb County Detention Center, Bates No. CCOG25038, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 85 because the information is personal identifying information.

///

60. Attached hereto as **Exhibit 86** is a true and correct copy of a redacted excerpt of a spreadsheet for West Tennessee Detention Facility, Bates No. CCOG23010, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 86 because the information is personal identifying information.

61. Attached hereto as **Exhibit 87** is a true and correct copy of a redacted excerpt of a spreadsheet for West Tennessee Detention Facility, Bates No. CCOG23011, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 87 because the information is personal identifying information.

62. Attached hereto as **Exhibit 88** is a true and correct copy of a redacted excerpt of a spreadsheet for California City Correctional Facility, Elizabeth Detention Center, Eloy Detention Center, Florence Correctional Center, Houston Processing Center, T. Don Hutto Residential Center, Laredo Processing Center, Nevada Southern Detention Center, North Georgia Detention Center, San Diego Correctional Facility, Stewart Detention Center, Tallahatchie County Correctional Facility, Torrance County Detention Center, which was produced by Defendant at Bates No. CCOG23006 during the course of discovery in this litigation. Detainee names and A-numbers were redacted from Exhibit 88 because the information is personal identifying information.

DATED: July 8, 2019

**FOLEY & LARDNER LLP**
J. Mark Waxman
Eileen R. Ridley
Geoffrey M. Raux
Nicholas J. Fox
Alan R. Ouellette


*/s/ Eileen R. Ridley*
Eileen R. Ridley
Attorneys for Plaintiffs SYLVESTER OWINO, JONATHAN GOMEZ, and the Proposed Class(es)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LAW OFFICE OF ROBERT L. TEEL**
Robert L. Teel
  lawoffice@rlteel.com
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Telephone:  (866) 833-5529
Facsimile:  (855) 609-6911

Attorneys for Plaintiffs SYLVESTER OWINO, JONATHAN GOMEZ, and the Proposed Class(es)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 8, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

*/s/ Eileen R. Ridley*
Eileen R. Ridley