# Exhibit 11

| 1. FAMILY NAME | | 2. AGE | 3. COUNTRY OF CITIZENSHIP | | |
|---|---|---|---|---|---|
| | | 25 | SOMALIA | | |
| 4. ALIAS | | 5. DATE APPREHENDED 06/21/2017 | | 6. OFFICE ICE (SAN CARD) | |
| 7. BIRTH DATE | 8. BIRTH PLACE GEDO | | | | |
| 6. SEX MALE | 10. OSC/WA SERVED ☐ Yes ☐ No | | | | |
| 11. FILE NUMBER | 12. BOND    DATE POSTED $ | | | | |
| 13. CINS ☐ Yes ☐ No | 14. MEDICAL ALERT ☑ No ☐ Yes (Explain) | | | | |
| | | | | 14A. | |

| 15. TRANSFER DATE | FROM | TO |
|---|---|---|
| A  06/21/2017 | BSC-5 | OTAY MESA DETENTION CENTER |
| B  12/12/18 | IMDC | ECDC |
| C | | |

| 16. ADMITTED BY: | 19. RELEASED BY: ☐ VR  ☐ DEPORT | 22. RT. INDEX PRINT -IN | 23. RT. INDEX PRINT -OUT |
|---|---|---|---|
| 17. SEARCHED IN BY: | 20. RELEASED BY: | | |
| 18. DATE ADMITTED: 06/21/2017 | 21. DATE RELEASED: 12/12/18 | | |
| 24. REMARKS | | | |

FORM I-385 11-15-77j    ALIEN BOOKING RECORD

X

Δ JT EXHIBIT 92
Deponent Carolin. c
Date 3/5/19 Rpr PN
WWW.EXPOBOOK.COM

CCOG00043011

Exhibit 11 - Page 192

CONFIDENTIAL

Exhibit 11 - Page 193

CONFIDENTIAL

**FULL NAME:**
**AGENCY #**
**PERM #**
**BOOKING #**



P20 6

**COMMITTED BY:**      IMMIGRATION AND CUSTOMS ENFORCEMENT
**ARRESTED BY:**
**TRANSPORTED BY:**
**ADMISSION TYPE:**    ICE - LEVEL 1 DETAINEE
**BOOKING DATE:**      06/21/2017
**BOOKING TIME:**      8:15 pm
**BOOKING OFFICER:**

**DATE OF BIRTH:**
**AGE AT BOOKING:**    25
**GENDER:**            MALE
**RACE:**              UNKNOWN
**MARITAL STATUS:**    SINGLE
**SSN:**               XXX-XX-XXXX
**HEIGHT:**            6' 0"
**WEIGHT:**            195 LBS
**EYE COLOR:**         BROWN
**HAIR COLOR:**        BLACK
**COMPLEXION:**        BLACK
**BUILD:**             MEDIUM FRAME

**HOUSING:**           INTAKE/HOLD/75NULL
**CUSTODY LEVEL:**     213081948
**POPULATION STATUS:**

**EMERGENCY**
**CONTACT:**

**INMATE HOME**
**ADDRESS INFO:**

**CITIZEN OF:**        SOMALIA
**PLACE OF BIRTH:**    GEDO
**COUNTRY OF BIRTH:**  SOMALIA
**RELIGION:**          ISLAM/MUSLIM  (SUFISM)
**STG AFFILIATION:**   NO
**DRIVER'S LIC. STATE:**
**DRIVER LICENSE #**

**SCARS / TATTOOS:**

SCAR, HEAD NONSPECIFIC
BACK OF HEAD HIT WITH A KNIFE

**ALIAS INFORMATION:**

NONE

FILE OPEN:
DATE: 062117
TIME: 2015

CCOG00043013

Exhibit 11 - Page 194

CONFIDENTIAL

CCOG00043014

Exhibit 11 - Page 195

CONFIDENTIAL

### CHARGE INFORMATION

| CASE NUMBER | OFFENSE DATE | OFFENSE | OFFENSE CODE |
|---|---|---|---|
| | | IMMIGRATION | NCIC-0399 |

| GRADE | DEGREE | DISPOSITION | SENTENCE DATE |
|---|---|---|---|
| | | | |

| MINIMUM DATE | MAXIMUM DATE | DISCHARGE DATE | EFFECTIVE DATE | OFFENDER TRACKING # |
|---|---|---|---|---|
| | | | | |

**SUPERVISOR (SIGNATURE)**

6/22/17

**INMATE/DETAINEE (SIGNATURE)**

4

CCOG00043015

Exhibit 11 - Page 196

CCOG00043016

Exhibit 11 - Page 197

# DETAINER PROCEDURE CHECKLIST

## RECEIVING



| DETENTION OFFICER | |
|---|---|
| | YES |
| DETAINER IN FILE | NO |
| PLACE YELLOW SHEET IN FILE | N/A |
| INPUT DETAINER IN OMS SYSTEM | |
| PLACE AN ALERT IN OMS SYSTEM | |
| ICE DETAINEES WITH DETAINERS FROM OTHER AGENCIES WERE PLACED IN A RED FILE FOLDER | YES / NO |

| SENIOR DETENTION OFFICER | |
|---|---|
| | YES |
| CHECK FOR DETAINER | NO |
| MAKE AND DISTRIBUTE COPIES OF DETAINER | |
| AFTER INITIAL PROCESSING VERIFY THE FILE FOR YELLOW DETAINER SHEET | |
| CHECK COMPUTER FOR DETAINER INFORMATION AND ALERT PLACEMENT | |
| ICE DETAINEES WITH DETAINERS FROM OTHER AGENCIES WERE PLACED IN A RED FILE FOLDER | YES / NO |

| INTAKE SUPERVISOR PRINT NAME |
|---|
| |

| SIGNATURE | DATE |
|---|---|
| | 6/22/17 |

## DISCHARGE

| SENIOR DETENTION OFFICER | |
|---|---|
| | INITIAL |
| VERIFY DETAINEE/ INMATE FILE FOR DETAINER | |
| VERIFY OMS SYSTEM FOR ALERS | |
| RELEASE DETAINER FROM OMS SYSTEM | |
| PLACE RED DETAINER SHEET IN FRONT OF FILE | |
| PLACE FILE IN DESIGNATED AREA AWAY FROM OTHER FILES | |

| FINAL CHECK OF FILE AND DETAINER REPORT FOR ACTIVE DETAINERS | |
|---|---|
| | INITIAL |
| INTAKE SUPERVISOR | |
| PROPERTY OFFICER | |
| SHIFT SUPERVISOR | |

| SHIFT SUPERVISOR PRINT NAME |
|---|
| |

| SIGNATURE | DATE |
|---|---|
| | 4/12/16 |

Date Taken: 8/22/17

Date Committed: 8/21/17  8:15 pm
Date Taken: 8/22/17

CCOG00043017

Exhibit 11 - Page 198

CCOG00043018

Exhibit 11 - Page 199

CONFIDENTIAL

OTAY MESA DETENTION CENTER
RECEIVING & DISCHARGE CHECKLIST

| Inmate/Resident Name:<br>Nombre del Detenido: | Inmate/Resident #:<br>Numero del Detenido: |
| --- | --- |

## RECEIVING CHECKLIST:

[ ] Verification of Commitment Papers
[ ] Searched at intake
[ ] Showered at intake
[ ] Issue of Clean, laundered clothing.
[ ] Disposition of all monies at intake
[ ] Medical, dental mental health screening
[ ] Assignment of Corecivic Number
[ ] Personal Property inventoried (copy given to inmate resident)
[ ] PREA Pamphlet

[ ] Assignement to a Housing unit
[ ] Photograph/I.D. Card
[ ] Classification Booking Sheet
[ ] Hygiene Items Issued
[ ] Explaination of Mail and Visiting Procedures
[ ] Issue of Lock (if applicable)
[ ] Telephone Calls
[ ] Other

**[ ] INMATE/RESIDENT HANDBOOK ACKNOWLEDGMENT:** BY SIGNING BELOW, I ACKNOWLEDGE RECEIVING AN INMATE/RESIDENT HANDBOOK ON THIS DATE.
**[ ] ACUSE DE RECIBO MANUAL POR DETENIDOS:** POR MI FIRMA, YO RECIBO UN MANUAL POR DETENIDOS EN ESTE DIA.

_____     06/22/2017
Inmate/Resident Signature/Firma del Detenido      Date/Fecha

_____
Receiving Officer (Signature)

## VOLUNTARY WORK RELEASE
As a pre-trial or un-sentenced detainee, I understand that I may not be compelled to work other than to perform housekeeping tasks in my own cell and the community living area. I would like to volunteer for work assignments in addition to my housekeeping tasks. By signing below I am volunteering to participate in work assignments.

## LIBERACION VOLUNTARIA DE TRABAJO
Como un detenido antes de prueba o sin sentencia, yo entiendo que no puedo ser obligado a trabajar en ninguna area nada mas que sea la limpieza de mi propia celda y el area comun. Me gustaria ser voluntario para asignaciones de trabajo junto de mi lares de limpieza de mi celda. Por mi firma abajo yo de voluntario quiero participar en asignaciones de trabajo.

_____     06/22/2017
Inmate/Resident Signature/Firma del Detenido      Date/Fecha

## DISCHARGE CHECKLIST:

[ ] Verfication of identity of inmate/resident
[ ] Return of All inmate resident personal property (if any)
[ ] Completion of all pending actions with Corecivic
[ ] Return of all Inmate/resident funds (if any)

[ ] Verfifcation of proper release authority
[ ] Return of all Corecivic issued Property
[ ] Inmate/resident received all release paperwork
[ ] Other: _____

_____
Discharging Officer (Signature)

_____     12/12/18
Inmate/Resident (Signature)/Firma del Detenido    Date/Fecha

**Property of Corecivic**

Revised: 11/29/2005

CCOG00043019

Exhibit 11 - Page 200

CONFIDENTIAL

CCOG00043020

Exhibit 11 - Page 201

CONFIDENTIAL

## OTAY MESA DETENTION CENTER
### INMATE PROPERTY RECEIPT

NAME:
AGENCY ID#:

### SEIZED PROPERTY



| PROPERTY#: | LOCATION | QTY | | DESCRIPT | STYLE | COLOR | ORIG_COND |
|---|---|---|---|---|---|---|---|
| 103-A | LUGGAGE LOCATION / SECTION 2 | 103 | | | | | USED |
| 103-A | LUGGAGE LOCATION / SECTION 2 | 103 | | | | | USED |
| 103-A | LUGGAGE LOCATION / SECTION 2 | 103 | | | | | USED |
| A | LUGGAGE LOCATION / SECTION 2 | 103 | | | | | USED |
| 103-A | LUGGAGE LOCATION / SECTION 2 | 103 | | | | | USED |
| 103-A | LUGGAGE LOCATION / SECTION 2 | 103 | | | | | USED |
| 103-A | LUGGAGE LOCATION / SECTION 2 | 103 | | | | | USED |
| 103-A | PROPTYOTAYM / BAG103-A | 1 | | | | BLK | USED |
| 103-A | LUGGAGE LOCATION / SECTION 2 | 7 103 | | | | MUL | USED |
| 103-A | LUGGAGE LOCATION / SECTION 2 | 103 | | | | BLK | USED |
| 103-A | LUGGAGE LOCATION / SECTION 2 | 103 | | | | BRO | USED |
| 103-A | PROPTYOTAYM / BAG103-A | 1 | | | | GRN | USED |
| 103-A | LUGGAGE LOCATION / SECTION 2 | 103 | | | AKERS | MUL | USED |
| 103-A | PROPTYOTAYM / BAG103-A | 1 | | | KS | BLK | USED |
| 103-A | PROPTYOTAYM / BAG103-A | 1 | | | KS | GRY | USED |
| 103-A | LUGGAGE LOCATION / SECTION 2 | 103 | | ATPANTS | | GRY | USED |
| 103-A | LUGGAGE LOCATION / SECTION 2 | 103 | | ATSHIRT | | WHT | USED |
| 103-A | LUGGAGE LOCATION / SECTION 2 | 103 | | TOOTHBRUSH | | GRY | USED |
| 103-A | PROPTYOTAYM / BAG103-A | 1 | | UNDERWEAR | | GRY | USED |
| A | VALUABLE PROPERTY / DRAWER 2L 103 | | | UNDERWEAR | | RED | USED |
| | | | | WATCH | | | |

### PROPERTY IN INMATE CUSTODY

| PROPERTY#: | LOCATION | QTY | CATEGORY | DESCRIPT | STYLE | COLOR | ORIG_COND |
|---|---|---|---|---|---|---|---|
| | | 1 | MISC | LERGAL PAPERWORK | | MUL | USED |

CCOG00043021

Exhibit 11 - Page 202

CONFIDENTIAL

CCOG00043022

Exhibit 11 - Page 203

## OMS Offender Management System
## Clothing Issued Receipt

Today's Date: 7/3/2017 10:04

| Clothing Issued Receipt For: | |
|---|---|
| Receipt Date/Time: | 7/3/2017 10:04 |
| Booking Number: | |
| Permanent Number: | |

| Description | Quantity | Date Issued | Issued Condition | Date Returned | Returned Condition |
|---|---|---|---|---|---|
| BLANKET_OTAYM | 2 | 06/22/2017 | Acceptable | | |
| BLUE DEMIN JACKET_OTAYM | 1 | 06/22/2017 | Acceptable | | |
| HYGIENE KIT_OTAYM | 1 | 06/22/2017 | Acceptable | | |
| PANTS#1_OTAYM | 3 | 06/22/2017 | Acceptable | | |
| PILLOW CASE_OTAYM | 1 | 06/22/2017 | Acceptable | | |
| SHEETS#1_OTAYM | 2 | 06/22/2017 | Acceptable | | |
| SHIRT#1_OTAYM | 3 | 06/22/2017 | Acceptable | | |
| SHOES_OTAYM | 1 | 06/22/2017 | Acceptable | | |
| SHOWER SHOES_OTAYM | 1 | 06/22/2017 | Acceptable | | |
| SOCKS#1_OTAYM | 5 | 06/22/2017 | Acceptable | | |
| T-SHIRT#1_OTAYM | 5 | 06/22/2017 | Acceptable | | |
| TOWEL#1_OTAYM | 2 | 06/22/2017 | Acceptable | | |
| UNDERWEAR#1_OTAYM | 5 | 06/22/2017 | Acceptable | | |
| WASHCLOTH_OTAYM | 1 | 06/22/2017 | Acceptable | | |

Inmate Signature: _____     Date: 06-22-2017

Officer Signature: _____     Date: 06-22-2017

Signature certifies that I have carefully inspected the entire list of property and that I have no other items in my possession. I further understand that should any of the issued items I received be damaged (other than normal use), destroyed, or missing, I may be charged for replacement costs. I further certify that I have no legal recourse against the facility upon signing this receipt.

Clothing Issued Receipt                                                                 Page 1 of 1

CONFIDENTIAL

CCOG00043024

Exhibit 11 - Page 205

CONFIDENTIAL

## Clothing Issued Receipt

Today's Date: 6/22/2017 3:16

| Clothing Issued Receipt For: | ████████████ |
| Receipt Date/Time: | 6/22/2017 3:16 |
| Booking Number: | ████████ |
| Permanent Number: | |

| Description | Quantity | Date Issued | Issued Condition | Date Returned | Returned Condition |
|---|---|---|---|---|---|
| BLANKET_OTAYM | 1 | 06/22/2017 | Acceptable | | |
| BLUE DEMIN JACKET_OTAYM | 1 | 06/22/2017 | Acceptable | | |
| HYGIENE KIT_OTAYM | 1 | 06/22/2017 | Acceptable | | |
| PANTS#1_OTAYM | 1 | 06/22/2017 | Acceptable | | |
| PILLOW CASE_OTAYM | 1 | 06/22/2017 | Acceptable | | |
| SHEETS#1_OTAYM | 1 | 06/22/2017 | Acceptable | | |
| SHIRT#1_OTAYM | 1 | 06/22/2017 | Acceptable | | |
| SHOES_OTAYM | 1 | 06/22/2017 | Acceptable | | |
| SHOWER SHOES_OTAYM | 1 | 06/22/2017 | Acceptable | | |
| SOCKS#1_OTAYM | 1 | 06/22/2017 | Acceptable | | |
| T-SHIRT#1_OTAYM | 1 | 06/22/2017 | Acceptable | | |
| TOWEL#1_OTAYM | 1 | 06/22/2017 | Acceptable | | |
| UNDERWEAR#1_OTAYM | 1 | 06/22/2017 | Acceptable | | |
| WASHCLOTH_OTAYM | 1 | 06/22/2017 | Acceptable | | |

Inmate Signature: ████████████████    Date: 062217

Officer Signature: ████████████████    Date: 062217

Signature certifies that I have carefully inspected the entire list of property and that I have no other items in my possession. I further understand that should any of the issued items I received be damaged (other than normal use), destroyed, or missing, I may be charged for replacement costs. I further certify that I have no legal recourse against the facility upon signing this receipt.

Clothing Issued Receipt                                                                 Page 1 of 1

CCOG00043025

Exhibit 11 - Page 206

CONFIDENTIAL

CCOG00043026

Exhibit 11 - Page 207

CONFIDENTIAL



## Transaction Receipt

Today's Date: 6/22/17  2:03AM

INTAKE/HOLD/75/NUI

| | |
|---|---|
| Inmate Name: | |
| Agency #: | |
| Perm #: | |
| Booking #: | |
| Amount: | $200.00 |
| Transaction Type: | CASH |
| Transaction Date: | 6/22/17  2:02 |
| Zero Dollar Transaction?: | |
| Method of Deposit: | Intake |
| Deposit From: | DETAINEE |
| Document Locator #: | E2111255 |
| Case/Order #: | |
| Memo: | |
| Check #: | |
| Receipt #: | 6357990 |

CONTROL NO. E2111255

Disclaimer:
This is a temporary receipt.
The amount will be verified and deposited into
your account by the close of the next business day.

6/22/17

(Inmate Signature Line

6/22/19

Staff Signature Line

CCOG00043027

Exhibit 11 - Page 208

CONFIDENTIAL

CCOG00043028

Exhibit 11 - Page 209

CONFIDENTIAL

## OTAY MESA DETENTION CENTER

### PROPERTY DISCLAIMER

Having been allowed to have in my possession certain articles of my own personal property, I am aware that I am responsible for such articles. I hereby relieve Corecivic of any responsibility for my personal property and will not hold them responsible for any loss or damage sustained that cannot be directly attributed to Corecivic.

To minimize the chance of damage or theft of my personal property, I am aware that I should notify the pod officer to lock my room door when I leave the pod. If I reside in a dorm, I will keep my property locker/closet secured at all times.

If I choose to acquire personal property valued above the maximum reimbursable amount designated by the Warden/Administrator, then I do so at my own risk. I understand that a claim for such property, if found valid, will still only result in the maximum reimbursable amount set by the Warden/Administrator for reimbursement.

I am also fully aware that should I ever abandon any of my personal property, Corecivic will have full authority to dispose of that property in a manner of their choosing.

**Should Corecivic elect to have my property mailed out or picked up by a friend or family member, I am designating that the following individual be contacted:**

Name:

Address:

City: _____ State: _____ Zip Code: _____

Telephone Number:

Inmate Resident Signature:

ID Number: _____ Date: 06/22/2017

Staff Witness: _____ Date: 06/22/2017

CONFIDENTIAL

CCOG00043030

Exhibit 11 - Page 211

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**

**MONITORING OF INMATE/DETAINEE TELEPHONE CALLS**

**Inmate Name:** ███████████████                    **AGENCY #:** ███████████

Corecivic reserves the authority to monitor (this includes recording) conversations on any telephone located within its institutions, said monitoring to be done to preserve the security and orderly management of the institution and to protect the public. An inmate's use of institutional telephones constitutes consent to this monitoring. A properly placed phone call to an attorney is not monitored. You must contact your unit team to request an unmonitored attorney call.

I have read or had read to me (cross out one) the above notification on the monitoring of inmate telephone calls. I understand that telephone calls I make from institution telephones may be monitored and recorded.

Signature of Inmate Detainee: ██████████████  Date: _____ 06/22/2017 _____

Printed Name of Staff Member: ██████████████

Signature of Staff Member: ██████████████  Date: _____ 06/22/2017 _____

CCOG00043031

Exhibit 11 - Page 212

CONFIDENTIAL

CCOG00043032

Exhibit 11 - Page 213

## Detainee Free Admission Telephone Call

Detainee Name: ██████████████████████████

Last Name _____ First Name 6/21/2017 2|44

ICE A-Number: ██████████ Date/time of the call: 6/21/2017 2|44

Telephone call completed successfully: Yes or (No) (Circle One)

If the call was not completed, state reason: Declined or Other (Circle One)

Name of the person called: N/A          Telephone Number: N/A

Relationship: N/A          Length of the call: 3 MIN

Name of Officer: ██████████          Signature of Officer: ██████████

---

## Detainee Free Release Telephone Call

Detainee Name: ___ ██████████████████

First Name

Date Committed: 6/21/17  6:15 pm
Date Taken: 6/22/17

ICE A-Number: ██████████          Date/time of the call: 12|12|18

Telephone call completed successfully: Yes or (No) Circle One

If the call was not completed, state reason: Declined or Other (Circle One)

Name of the person called: _____          Telephone Number: ██████████

Relationship: _____ ██████████          Length of the call: ___

Name of Officer: _____          Signature of Officer: ██████████

CCOG00043033

Exhibit 11 - Page 214

CONFIDENTIAL

CCOG00043034

Exhibit 11 - Page 215

CONFIDENTIAL

OMS Offender Management System

## Booking Observation Report
### OTAY MESA DETENTION CENTER

Today's Date: 6/22/17 3:22

| Name: █████████ | Booking #: █████ |
|---|---|
| Sex: Male | Permanent #: █████ |
| Race: UNKNOWN | SSN: |
| Birth Date █████ | |

## Booking Observation Questions
Answers are 'Y' = Yes, 'N' or Blank = No, 'R' = Refused To Answer

| Order | Question | Y/N/R | Comments |
|---|---|---|---|
| 1 | HAVE YOU BEEN INCARCERATED BEFORE? (LIST DATES, LOCATIONS AND LENGTH) | N | |
| 4 | DID YOU HAVE ANY PROBLEMS WHILE INCARCERATED? IF YES, EXPLAIN. | N | |
| 9 | DO YOU HAVE OTHER NAMES, ALIAS, OR MONIKER? IF YES (SPECIFY) | N | |
| 11 | HAVE YOU EVER BEEN INVOLVED WITH A GANG OR GROUP? IF YES, LIST GROUP(S) AND LOCATION(S) | N | |
| 14 | HAVE YOU BEEN INVOLVED IN ANY FIGHTS OR ASSAULTS WHILE INCARCERATED? IF YES, LIST SPECIFICS INCIDENTS, DATES, LOCATIONS AND IF WEAPONS WERE INVOLVED: | N | |
| 18 | ARE YOU AWARE OF ANYONE AT THIS FACILITY THAT YOU HAVE PROBLEMS WITH, OR CANNOT BE HOUSED WITH, FOR ANY REASON? SPECIFY REASON AND CONCERNS: | N | |
| 22 | DO YOU HAVE PROBLEMS WITH ANYONE INCARCERATED AT ANOTHER JAIL OR PRISON? IF YES LIST NAMES, LOCATIONS AND ISSUES: | N | |
| 24 | ARE YOU A CO-CODEFENDENT OF ANYONE INCARCERATED AT THIS FACILITY OR ANY OTHER JAIL OR PRISON? IF YES LIST NAMES AND CRIMES: | N | |
| 28 | IS THIS AN ICE COMMITMENT? | Y | IMMIGRATION HOLD |
| 29 | ICE SOURCE - BOP | N | |
| 30 | ICE SOURCE - USMS | N | |
| 31 | ICE SOURCE - BORDER PATROL | N | |
| 32 | ICE SOURCE - PORT OF ENTRY(AIR/LND) | N | |
| 33 | ICE SOURCE - STATE AGENCY | N | |
| 34 | ICE SOURCE - LOCAL AGENCY | Y | BARRACKS 5 |
| 39 | ARE YOU RELATED TO ANYONE INCARCERATED? IF YES, LIST NAMES AND LOCATIONS: | N | |
| 44 | ARE YOU RELATED TO ANY EMPLOYEE OF THE JAIL, PRISON OR LAW ENFORCEMENT AGENCY? IF YES LIST NAMES AND LOCATIONS: | N | |
| 49 | HAVE YOU EVER ESCAPED OR ATTEMPTED TO ESCAPE FROM A SECURE JAIL OR PRISON? IF YES LIST LOCATIONS AND DATES: | N | |
| 54 | WHAT IS YOUR LAST CURRENT EMPLOYMENT? LIST ANY SPECIALIZED SKILLS (I.E. LOCKSMITH, PILOT ETC): | Y | STUDENT |
| 59 | DO YOU HAVE ANY OTHER INFORMATION TO OFFER THAT YOU FEEL MAY BE IMPORTANT DURING YOUR INCARCERATION AT THIS FACILITY? | N | |
| 64 | DO YOU HAVE ANY MEDICAL/MENTAL HEALTH PROBLEMS AND ARE YOU CURRENTLY TAKING MEDICATIONS? | X | |

CCOG00043035

Exhibit 11 - Page 216

CONFIDENTIAL

CCOG00043036

Exhibit 11 - Page 217

CONFIDENTIAL



| Order | Question | | | | | | | |
|-------|----------|---|---|---|---|---|---|---|

**Booking Observation Questions**

Answer: where 'Y' = Yes, 'N' or Blank = No, 'R' = Refu    To Answer

| Order | Question | Y/N/R | Comments |
|-------|----------|-------|----------|

By my signature, I agree that the above is true to the best of my knowledge.

6/22/17

Inmate Signature

6/22/17

Witness Signature

Booking Observation Report    Page 2 of 2

CCOG00043037

Exhibit 11 - Page 218

CONFIDENTIAL

CCOG00043038

Exhibit 11 - Page 219

CCA/OTAY MESA DETENTION CENTER

## CORRECTIONS CORPORATION OF AMERICA
## OTAY MESA DETENTION CENTER

# HAZARDOUS CHEMICAL
# TRAINING ACKNOWLEDGEMENT

1. YOU HAVE THE RIGHT TO INFORMATION CONCERNING HAZARDOUS CHEMICALS THAT YOU MAY BE EXPOSED TO IN YOUR WORKPLACE.

2. SAFETY DATA SHEETS (**SDS**), ARE AVAILABLE TO ALL EMPLOYEES, INMATES/DETAINEES, THEIR DESIGNATED REPRESENTATIVE, AND TREATING HEALTH CARE WORKERS UPON REQUEST, AND AT THE LOCATION WHERE THE MATERIAL IS STORED.

3. ALL CONTAINERS OF HAZARDOUS CHEMICALS MUST BE LABELED WITH CHEMICAL NAME(S), APPROPRIATE WARNINGS, AND MANUFACTURERS NAME AND ADDRESS.

4. YOU MAY NOT BE DISCHARGED FROM YOUR JOB OR DISCIPLINED FOR SEEKING INFORMATION ABOUT ANY HAZARDOUS CHEMICAL.

5. IF PERSONAL PROTECTIVE EQUIPMENT OR SPECIAL INSTRUCTIONS ARE NEEDED BEFORE USING A CHEMICAL THIS INFORMATION WILL BE PROVIDED BY YOUR SUPERVISOR.

6. USE ALL CHEMICALS ACCORDING TO THE MANUFACTURER'S RECOMMENDATIONS. IF YOU HAVE, ANY QUESTIONS ASK YOUR SUPERVISOR.

**I HAVE RECEIVED THE HAZARDOUS COMMUNICATIONS TRAINING AS DESCRIBED IN THE WRITTEN HAZARD COMMUNICATIONS PROGRAM AND THE INSTRUCTOR ANSWERED ANY QUESTIONS THAT I MAY HAVE HAD.**

SIGNATURE OF INMATE/DETAINEE     SIGNATURE OF INSTRUCTOR

06 22/7

INMA                   DATE

Date Committed: 6/21/17 8:15 pm

19-100C

CCOG00043039

Exhibit 11 - Page 220

## OTAY MESA DETENTION CENTER
## INMATE/DETAINEE SAFETY RULES

Each new commitment will be required to read and sign the below safety regulations. In the event the Inmate/detainee cannot read, the regulations will be read and explained to him/her, and this will be indicated in the signature area. If, for any reason, an inmate/detainee refuses to sign, it will be noted on the bottom portion of this form.

## DISCIPLINARY ACTION MAY RESULT FROM FAILURE TO FOLLOW THESE SAFETY REGULATIONS:

1. Every effort will be made to provide a safe environment for inmates/detainees incarcerated in the facility. Matters relating to occupational safety and health policy and practice will adhere to state and local codes. Compliance with established safety practices will be the responsibility of each CCA employee, inmate and detainee.
2. It is the responsibility of each inmate/detainee worker to use the safety equipment issued to protect them against physical injury and/or health hazards. Make certain you follow instructions for properly wearing required personal protective equipment, such as goggles, aprons, and arm guards before you begin an operation.
3. Hearing protection must be worn on all workstations designated as high noise level areas.
4. You must wear work or safety shoes, when instructed to do so.
5. Report all safety hazards immediately to your work supervisor. Do not continue to work in any area or on any machinery or equipment that is deemed unsafe or improperly guarded by the work supervisor. If your work supervisor does not agree that an unsafe work condition exists, you should report the information to the Safety Officer, either verbally or in writing.
6. Inmates/detainees will perform only work that is assigned to them. Operation of equipment, or performing any operation that has not been specifically assigned, is strictly forbidden.
7. Operating equipment without using the safety guard(s) provided or removal of the safety guard(s) is forbidden.
8. The fabrication or repair of personal items using CCA equipment is against safety regulations and is prohibited.
9. Do not try to adjust, oil, repair, or perform any maintenance on any machine while it is in motion. Stop the machine first. Use the lockout devices where possible.
10. Inmate/detainees who are injured while performing their assigned duties will immediately report such injury to their work supervisor (staff member). Report a work injury to your supervisor or any other staff member, immediately.
11. It is the responsibility of each inmate/detainee worker to exercise care, cooperation, and common sense in conducting his/her assigned work. Horseplay on the job or in this facility will not be tolerated.
12. Cell and dayroom fixtures and furniture (chairs, tables, etc.) will not be used as ladders or stepstools for any reason.



**"I HAVE READ**       **SAFETY RULES"**

Date Taken: 6/22/17

Date Committed: 6/21/17 8:15 pm

| Inmate/detainee Signature | Number | 062217 |
| --- | --- | --- |
| | | Date |
| Staff Witness Signature | Title | 062217 |
| | | Date |

Form 19-100B

17-100G

# OTAY MESA DETENTION CENTER
## Acknowledgment of Inmate/Detainee Orientation
### (Reconocimiento de Orientación al Prisionero/Detenido)

Date Taken: 6/22/17

I, _____ _____ HEREBY AKNOWLEDGE THAT I

Date Committed: 8/21/17 8:15 pm

HAVE RECEIVED, READ, AND UNDERSTOOD THE INMATE/DETAINEE ORIENTATION HANDBOOK. IN ADDITION, I ALSO ACKLOWLEDGE THAT I HAVE ATTENDED AND UNDERSTOOD ALL INFORMATION GIVEN DURING A VIDEO ORIENTATION SESSION DURING THE ADMISSIONS AND ORIENTATION PROCESS. I HAVE ALSO BEEN INFORMED ABOUT THE PRISON RAPE ELIMINATION ACT AND THE FACILITY'S POLICY ON SEXUAL ABUSE PREVENTION AND RESPONSE, INCLUDING THE AVAILABILITY OF SUCH POLICIES. I ALSO ACKNOWLEDGE PARTICIPATING IN A QUESTION AND ANSWER SESSION WITH OTAY MESA DETENTION CENTER STAFF FOLLOWING THE ORIENTATION VIDEO.

06221?

_____     _____     _____
Inmate/Detainee Signature                    Date                    Unit/Pod/Cell

YO, _____ _____ POR ESTE MEDIO RECONOSCO QUE

Nombre y Numero de Identificación

HE RECIBIDO, LEÍDO Y ENTENDIDO EL MANUAL DE LA ORIENTACION DEL PRISIONERO/DETENIDO. ADEMÁS, TAMBIÉN RECONOZCO QUE HE ASISTIDO Y COMPRENDIDO LA INFORMACION DADA EN EL VIDEO DE ORIENTACION DURANTE EL PROCESO DE ADMISION Y ORIENTACION. TAMBIEN HE SIDO INFORMADO DE LA LEY DE ELIMINACION DE VIOLACIONES EN LA PRISION Y DE LA POLITICA DE PREVENCION ABUSO SEXUAL Y REACCION, INCLUSO LA DISPONIBILIDAD DE TAL POLITICAS. TAMBIÉN RECONOSCO QUE PARTICIPE EN UNA SESION DE PREGUNTA Y RESPUESTA CON PERSONALES DE OTAY MESA CENTRO DE DETENCIÓN SIGUIENTE EL VIDEO DE ORIENTACION.

_____     _____     _____
Firma del Prisionero/Detenido                Fecha                  Unidad/Celda

PROPERTY OF OTAY MESA DETENTION CENTER

CCOG00043041

Exhibit 11 - Page 222

CONFIDENTIAL

CCOG00043042

Exhibit 11 - Page 223

| U.S. Department of Homeland Security | Subject ID ███████ | Record of Deportable/Inadmissible Alien |
|---|---|---|

| | | | Sex | Hair | Eyes | Complexion |
|---|---|---|---|---|---|---|
| Family Name (CAPS) ███████ | First | Middle | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| SOMALIA | | CASE No: | 73 | 195 | LABORER |

| U.S. Address | Scars and Marks |
|---|---|
| IN DHS CUSTODY | NCAR NECK |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | FBI Number | ☐ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
|---|---|---|---|
| 06/18/2017, 1800, 2 mile(s) E of OTM, PWA (AFOOT) | | | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| QOXOTIGA BELED HAWO, GEDO, SOMALIA | OA |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| | Age:25 | 06/18/2017 | SDC/CHU | Otay Mesa, CA | 06/18/2017 1900 |

| City, Province (State) and Country of Birth | AR [X] Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|
| BELED HAWO, GEDO, SOMALIA | | ESLTON BAJO |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | PWA Mexico | TRAVEL/SEEKIN |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | AT ENTRY |

| Immigration Record | Criminal Record | Number and Nationality of Minor Children |
|---|---|---|
| NEGATIVE | None Known | NONE |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | |
|---|---|
| NONE | |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Name, Nationality, and Address, if Known |
|---|---|
| See Narrative | See Narrative |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? [X] Yes ☐ No | Systems Checks See Narrative | Charge Code Word(s) |
|---|---|---|---|
| None Claimed | | | 27A1 |

| Name and Address of (Last) (Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | | $ | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS # ███ I77

ARREST COORDINATES:
---------------------
Latitude:  32.57487
Longitude: -136.91378

CONSEQUENCE DELIVERY SYSTEM:
---------------------------
Classification: FIRA

CREDIBLE FEAR CLAIM
OTM          OTM

BORDER PATROL AGENT
(Signature and Title of Immigration Officer)

| Alien has been advised of communication privileges ___ (Initials) | Disposition: | Received: (Subject and Documents) (Report of Interview) |
|---|---|---|

EXPEDITED REMOVAL PROCEEDINGS

TO FILE
SDC
CHU    8USC 11B2

| Officer: | |
|---|---|
| at: June 18, 2017 at 2321 | (Date) |
| Disposition: Expedited Removal with Credible Fear | |
| Examining Officer: | |

Form I-213 (Rev. 08/01/07) Y

Reviewed by Prosecutions
Midnights

CCOG00043043

Exhibit 11 - Page 224

CONFIDENTIAL

CCOG00043044

Exhibit 11 - Page 225

CONFIDENTIAL

| U.S. Department of Homeland Security | | Continuation Page for Form _____ I213 |
|---|---|---|
| Alien's Name | File Number | Date 05/18/2017 |
| | Event No: | |

**FATHER NAME AND ADDRESS:**
---------------------------
Nationality: SOMALIA

BELED HAWO, GEDO, SOMALIA

**MOTHER NAME AND ADDRESS:**
---------------------------
Nationality: SOMALIA

BELED HAWO, GEDO, SOMALIA

**ASSISTING ASSETS:**
-------------------
Other

**FUNDS IN POSSESSION:**
---------------------
United States Dollar 222.00     *M A H*

**RECORDS CHECKED:**
------------------
BVS Positive
CIS Negative
EARM Negative
IAFIS Positive
NCIC Positive

**NARRATIVE:**
---------
On June 18, 2017, at approximately 6:45 p.m., Border Patrol Agent _____, was assigned linewatch duties in the Chula Vista Area of Responsibility. Agent ____ was alerted by San Diego Sector Border Patrol Communications, via DHS service radio, of a request for an immigration inspection from a security guard working at CCA. The security guard had stated that four individuals had approached him asking for assistance. This area is known to Border Patrol Agents as "North Calpine." This area is commonly used by individuals attempting to enter into the U.S. without having been inspected by an immigration officer. This area is located approximately two miles east of the Otay Mesa, California, Port of Entry and approximately one and one half miles north of the United States/Mexico International Boundary. Agent ____ responded to the request, and after arriving in the area, via his service issued vehicle, Agent ____ encountered the group of the four individuals. Agent ____ identified himself as a United States Border Patrol Agent in the English and Spanish languages. Agent ____ then questioned the individuals as to their citizenship and nationality. All four individuals spoke English, and three of the

| Signature | Title BORDER PATROL AGENT |
|---|---|

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

CCOG00043045

Exhibit 11 - Page 226

CONFIDENTIAL

CCOG00043046

Exhibit 11 - Page 227

U.S. Department of Homeland Security                    Continuation Page for Form _____ I213

| Alien's Name | File Number | Date |
|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | 06/18/2017 |
| Event No: | | |

individuals, including one later identified as ▮▮▮▮ responded "Somalia," the fourth individual responded "Ghana." Agent ▮▮▮ then questioned ▮▮▮ and the three other individuals to see if they had any immigration documents that would allow them to enter or remain in the United States legally, they all responded "No." At approximately 7:00 p.m., Agent ▮▮▮ placed ▮▮▮ and the three other individuals under arrest and had them transported to the Chula Vista Border Patrol Station for further processing.

At the station, as a routine step in processing, ▮▮▮'s biographical and biometric information was entered into the processing systems. These systems, along with record checks revealed no immigration or criminal history, but did reveal the following number:

FBI#: ▮▮▮▮

▮▮▮ was assigned the following numbers:

A#: ▮▮▮▮
FIN#:

On June 18, 2017, at approximately 10:52 p.m., Border Patrol Agent ▮▮▮▮ advised ▮▮▮ of his Somalian consulate communication rights in the English language as witnessed by Border Patrol Agent ▮▮▮▮ stated that he understood his rights but declined to exercise them at this time.

At the Chula Vista Border Patrol Station, ▮▮▮ again freely stated that he was a citizen and national of Somalia and not in possession of any immigration documents allowing him to enter or remain in the United States legally. ▮▮▮ stated that he had illegally entered the United States on June 18, 2017, at approximately 6:00 p.m. by climbing over the U.S./Mexico International Boundary fence east of the Otay Mesa, California, Port of Entry.

▮▮▮ stated that he has credible fear of returning to his country, and that he has no immigration petitions pending on his behalf.

▮▮▮ was served with DHS forms I-296, I-860, I-867A, I-867B, M-444, and a list of free legal services.

▮▮▮ is being held in DHS custody pending Expedited Removal proceedings.

| Signature | | Title |
|---|---|---|
| ▮▮▮▮ | | BORDER PATROL AGENT |

Form I-831 Continuation Page (Rev. 08/01/07)

CCOG00043047

Exhibit 11 - Page 228

CCOG00043048

Exhibit 11 - Page 229

CONFIDENTIAL

FBI Number: ███████
Name: ███████
TID: ███████

FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

CACBP1900                    ICN ███████

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
- FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME ███████        FBI NO.      DATE REQUESTED
                                 2017/08/19

SEX RACE BIRTH DATE HEIGHT WEIGHT EYES HAIR
M   B    ███████  511    179    BRO  BLK

BIRTH PLACE
SOMALIA

PATTERN CLASS          CITIZENSHIP
WU WU RS RS RS WU AU LS LS LS  SOMALIA

1-ARRESTED OR RECEIVED 2016/12/18
   AGENCY-ICE/HSI/OIA/ATTACHE CLAYTON (PMICE0000)
   AGENCY CASE-

   FINGERPRINT INFORMATION
   BSI/40152684295
   PRINT DATE/2016/12/18

   PHOTO INFORMATION - 1 PHOTOS AVAILABLE
   BSI/40152684294
   POSE/ DESC/
   PHOTO DATE/2016/12/18

   CHARGE 1-SPECIAL INTEREST ALIEN - NOT ARRESTED BY U.S. AGENCY - SUB
      JECT BIOMETRICS WERE CAPTURED THROUGH PARTNER NATION
      COOPERATION AND SHARED FOR INTELLIGENCE AND SCREENING
      PURPOSES ONLY. DO NOT TAKE ANY ACTION BASED SOLELY ON
      THIS RECORD. REMARKS:

END OF PART 1 - PART 2 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

CONFIDENTIAL

CCOG00043050

Exhibit 11 - Page 231

CONFIDENTIAL

CACBP1900                          ICN ███████████
PART 2
                    - FBI IDENTIFICATION RECORD - FBI NO.-███████

2-ARRESTED OR RECEIVED 2017/01/13
   AGENCY-ICE/HSI/OIA/ATTACHE MEXICO CITY (DFICE0000)
   AGENCY CASE-

   FINGERPRINT INFORMATION
     BSI/40155446239
     PRINT DATE/2017/01/13

   PHOTO INFORMATION - 1 PHOTOS AVAILABLE
     BSI/40155446238
     POSE/ DESC/
     PHOTO DATE/2017/01/13

   NAME USED-ABDI,MOHAMUD
   CHARGE 1-PERSON OF INTEREST - NOT ARRESTED BY U.S. AGENCY - SUBJECT
        BIOMETRICS WERE CAPTURED THROUGH PARTNER NATION
        COOPERATION AND SHARED FOR INTELLIGENCE AND SCREENING
        PURPOSES ONLY.  DO NOT TAKE ANY ACTION BASED SOLELY ON
        THIS RECORD.  CONTACT HSI ATTACHE MEXICO CITY AT
        011-52-55-5080-2000. REMARKS:

3-ARRESTED OR RECEIVED 2017/08/18
   AGENCY-CBP OBP CHULA VISTA SAN YSIDRO (CACBP1900)
   AGENCY CASE-CBCHU317081817233858

   FINGERPRINT INFORMATION
     BSI/40175837071
     PRINT DATE/2017/08/18

   PHOTO INFORMATION - 1 PHOTOS AVAILABLE
     BSI/40175837070
     POSE/ DESC/
     PHOTO DATE/2017/08/18

   NAME USED-ABDI-HASSAN,MOHAMUD
   CHARGE 1-ALIEN INADMISSIBILITY UNDER SECTION 212

END OF PART 2 - PART 3 TO FOLLOW

            UNITED STATES DEPARTMENT OF JUSTICE
            FEDERAL BUREAU OF INVESTIGATION
       CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
               CLARKSBURG, WV  26306

CACBP1900                          ICN ███████████
PART 3
                    - FBI IDENTIFICATION RECORD - FBI NO.-███████

RECORD UPDATED 2017/06/19

Exhibit 11 - Page 232

CONFIDENTIAL

CCOG00043052

Exhibit 11 - Page 233

CONFIDENTIAL

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW. IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*      Federal Deoxyribonucleic Acid (DNA) Indicator         *
*                                                            *
*      DNA Not In CODIS - Collect DNA              *
*                                                            *
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -2.2018:N
```

CCOG00043053

Exhibit 11 - Page 234

CONFIDENTIAL

CCOG00043054

Exhibit 11 - Page 235

FORM I-216
U.S. DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION & CUSTOMS ENFORCEMENT
(REV. 03/07)

**RECORD OF PERSON(S) AND PROPERTY TRANSFERRED**

FROM/ORIGIN ID: USBP/ BX-5
San Diego Field Office

VIA (1)
VIA (2)

TO: OTAY MESA DETENTION CENTER
DEST FO: San Diego Field Office

Transfer Date:

MODE:
OTHER:

| Name of Person | DOB | Nationality | Status | Sex | Conditions | Carry Monitoring | Class Level | Distance Escort | Property 137# |
|---|---|---|---|---|---|---|---|---|---|
| | | SOMAL | ER-NEW | Male | | | | | |
| | | MEXIC | NTA-NEW | Male | | | | | |
| | | MEXIC | NTA-NEW | Female | | | | | |
| | | GHANA | ER-NEW | Male | | | | | |
| | | SOMAL | ER-NEW | Male | | | | | |
| | | SOMAL | ER-NEW | Male | | | | | |
| | | INDIA | ER-NEW | Male | | | | | |
| | | INDIA | ER-NEW | Male | | | | | |

Review complete. Transferring and Receiving Personnel are responsible for Transfer Standards and JPATS Boarding Requirements for this JPATS/Charter movement.

Office: CMXC          Contract Numbers:

Name and Title:

* Show whether person(s) is a detainee. For transfer. Show whether NTA or Final.

* Show medical conditions, high risks, flight risk, epileptic, heart, etc.

| | HOLDING CELL # | IN | OUT | CELL INSP | DVD |
|---|---|---|---|---|---|
| | 0205 | 1915 | 2035 | | |
| | 1205 | 8224 07:31 | | | |
| | 1205 | 0222 07:15 | | | |

Received the above named person(s), property and baggage check.

Signature:

Time & Date:

CCOG00043055

Exhibit 11 - Page 236

CONFIDENTIAL

CCOG00043056

Exhibit 11 - Page 237

CONFIDENTIAL

# Form I-203A/B, Order to Detain / Release Aliens

Sheet No. ___

U.S. Department of Homeland Security

Name of Facility: Otay Mesa Detention Center San Diego / CCA

(Name and Title of Person in Charge of Facility)
Warden or Officer in Charge

Date and Time of admission / release: Approx. 6/21/2017 1300

DETAIN / RELEASE the aliens listed below:
Should read:

| # | Last Name | First Name | A-Number | Nationality | Status | Sex | Convicted | Class Level | DOB | PINS # | Detaine Branch | Sector |
|---|-----------|-----------|----------|-------------|--------|------|-----------|-------------|-----|--------|----------------|--------|
| | | | | SOMAL | ER-NEW | Male | | | | | sec I-216 | |
| | | | | MEXIC | NTA-NEW | Male | | | | | sec I-216 | |
| | | | | MEXIC | NTA-NEW | Female | | | | | sec I-216 | |
| | | | | GHANA | ER-NEW | Male | | | | | sec I-216 | |
| | | | | SOMAL | ER-NEW | Male | | | | | sec I-216 | |
| | | | | SOMAL | ER-NEW | Male | | | | | sec I-216 | |
| | | | | INDIA | ER-NEW | Male | | | | | sec I-216 | |
| | | | | INDIA | ER-NEW | Male | | | | | sec I-216 | |

Basis for Detention / Release (e.g. NTA, Reinstatement, Administrative Removal, Expedited Removal, Order of Supervision, Order of Recognizance, etc.)

Printed Name and Signature of Receiving Officer

I&C Office and Telephone Number
OMD/OCCA 619 661-9350

Badge and Telephone Number

Date

Form I-203A/B (Rev. 06/09/2017)

CCOG00043057

Exhibit 11 - Page 238

CONFIDENTIAL

CCOG00043058

Exhibit 11 - Page 239

CONFIDENTIAL



DRAFT

DRAFT

U.S. DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION & CUSTOMS ENFORCEMENT
Form I-216
(Rev.04/29/11)

Manifest No. __420351 (pg 1 of 2)__

Transfer Date: __12/13/216__

RECORD OF PERSONS TRANSFERRED

FROM: OTAY MESA DETENTION CENTER
Origin FO: SAN DIEGO, CA

VIA (1)
VIA (2)

TO: ETOWAH COUNTY JAIL (AL)
Dest. FO: ERO - Etowah, AL Sub Office

MODE:
Other:

| File No. | Name of Person LAST / FIRST | DOB | Nationality | Status (1) | Sex | Criminal History | Geog Membership | Class Level | Fins # | Subject ID | Comments (2) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SOMAL | BG | M | NC | N | LO | | | |
| | | | MEXIC | BD | M | Larceny | N | NL | | | |
| | | | MEXIC | BC | M | NC | N | NL | | | |
| | | | MEXIC | BC | M | Driving Unauth Influence of Liquor | N | LO | | | |
| | | | INDIA | BG | M | NC | N | LO | | | |
| | | | MEXIC | 3 | M | Smuggling Aliens | N | HI | | | |
| | | | ELSAL | BC | M | Robbery | N | WH | | | |
| | | | MEXIC | 16 | M | Burglary | N | NL | | | |
| | | | ELSAL | 2A | M | Theft Terrorist, Seize (Citizen) | N | HI | | | |
| | | | SOMAL | BG | M | NC | N | LO | | | |
| | | | MEXIC | CO | M | Possession Of Weapon | N | ML | | | |
| | | | MEXIC | BC | IA | NA and Run | N | MH | | | |
| | | | CAMER | BG | M | NC | N | LO | | | |
| | | | MEXIC | BG | M | NC | N | LO | | | |
| | | | HONDU | 11 | M | Robbery | N | HI | | | |
| | | | ELSAL | 3B | M | Domestic Violence | N | LO | | | |
| | | | ELSAL | BC | M | Illegal Entry | N | LO | | | |
| | | | MEXIC | 1B | M | NC | N | MH | | | |
| | | | ETHIO | BG | M | NC | N | LO | | | |
| | | | MEXIC | BD | M | Driving Under Influence (Liquor) | N | ML | | | |

I certify compliance with all the above referenced standards and ICE Air Boarding Requirements for this ICE Air/Ground movement.

Name and Title: _____

Office: _____

Contact Number(s): _____

Received the above listed persons

Signature: _____

Title: _____

Place and Date: __12 - 13 - 2016__

DRAFT

(1) - Show whether transfer or removal. For transfers show whether NTA or Final Order (FFO).

(2) - Show medical conditions, high risk, flight risk, epileptic, leave, etc.

Use a separate line for each person transferred.
This form is to be executed in sufficient number of copies to show receiving officer to retain one copy of this purpose expected voucher and two additional copies for station of final delivery.

CCOG00043059

Exhibit 11 - Page 240

CONFIDENTIAL

CCOG00043060

Exhibit 11 - Page 241

CONFIDENTIAL



CCOG00043061

Exhibit 11 - Page 242

CONFIDENTIAL

CONFIDENTIAL

UTAY MESA DETENTION CENTER
TRUST ACCOUNT CLOSING RECEIPT

Disclaimer

Inmate Name: ▉▉▉▉▉▉▉▉▉▉        Agency Number: ▉▉▉▉▉▉▉▉

---

This is the cashier's authorization to pay to the above named inmate the total sum of the inmate's trust account balances. The inmate is being released from the facility and his/her trust account balance as of 12/12/18 was as follows:

| Account 1 Balance: | $14.16 |
| Account 2 Balance: | $0.00 |
| **Total:** | **$14.16** |

The inmate by signing below acknowledges receipt of the funds shown in full settlement of his/her account balances and recognizes that any check received will become void after 180 days from the date of the check. The inmate's signature also acknowledges that he/she is responsible for any bank charges related to stopping payment and replacement of a check.

▉▉▉▉▉▉▉▉▉▉▉        12.12.18

Signature and Employee # of Employee Releasing Inmate

▉▉▉▉▉▉        12.12.18

Inmate's Signature and Date

▉▉▉▉▉▉        12.12.18

Signature and Employee # of Cashier

Trust Account Closing Receipt

CONFIDENTIAL

CCOG00043064

Exhibit 11 - Page 245

CONFIDENTIAL

## Offender Information and Controls

| Offender Code: | Facility | Institution Last Name | First Name | Housing Unit | Account Status |
|---|---|---|---|---|---|
| 5329047 | –) ⌦ OTM | OTM | | | Active |

Settings/Controls   Contact List   Restrictions   System Usage   Group Assn   Media

**Inmate Fund Account Information**
Available Balance

| PIN | Offender Kiosk Balance | Expedited Release Refund Amount |
|---|---|---|
| 93684 | $0.50 | $0.00 |

Get Offender Fund Balance

**Individual Control Settings**

| Locked | Parameters | Time Restriction | Unique Restrictions | Block All | Restricted Viewing | Group Member | Contact Pre-Approval |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ End Date: [ ] | ☐ | ☐ | ☐ | ☐ |

[Unlock Account]   [Release Offender]                                        [Close]

CCOG00043065

Exhibit 11 - Page 246

CONFIDENTIAL

CCOG00043066

Exhibit 11 - Page 247

CONFIDENTIAL

## Appendix 2.2.A: ICE Custody Classification Worksheet

ICE Custody Classification Worksheet[*]

120 day Reclass

| Part 1. Basic Information | Initial ☐ | Reclassification ☑ | Special Classification ☐ |
|---|---|---|---|
| Field/Sub Office: SAN DIEGO | Facility: OMDC | | Date: 08/27/18 |
| Officer Name: | Language(s) Used during the Interview: ENGLISH | | Interpreter line: ☐ |

| Alien Number: ██████ | DOB: ████ | Gender: | ☐ F  ■ M |
|---|---|---|---|
| Last Name: ████ | | First Name: ████ | |

| Part 2. Special Vulnerabilities and Management Concerns |
|---|
| Does a Special Vulnerability exist? Inquire, observe, and review all documentation. If based on your assessment the vulnerability exists, select the appropriate boxes below. Also indicate whether there are other management concerns that may affect the custody decision.     ☐ Y   ■ N |
| ☐ serious physical illness<br>☐ serious mental illness<br>☐ disability<br>☐ elderly<br>☐ pregnancy<br>☐ nursing<br>☐ sole caretaking responsibility<br>☐ risk based on sexual orientation/gender identity<br>☐ victim of persecution/torture<br>☐ victim of sexual abuse or violent crime<br>☐ victim of human trafficking<br>☐ other (specify): |
| Provide further explanation as necessary: |
| |
| *If any boxes are checked, consult with the local ICE Field Office regarding appropriate placement and other management considerations, and record the date and time of consultation here:* |

CCOG00043067

Exhibit 11 - Page 248

CONFIDENTIAL

CCOG00043068

Exhibit 11 - Page 249

| Part 3. Custody Classification Worksheet | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Severity of Charge/ Conviction Associated with the ICE Encounter (Use Appendix 2.2.C Severity of Offense Scale) | | | | | | |
| | None : IMMIGRATION | | | | | 0 | Enter the score here: |
| | Low : | | | | | 2 | |
| | Moderate: | | | | | 4 | |
| | High | | | | | 6 | 0 |
| | Highest | | | | | 7 | |
| 2 | Single Most Serious Conviction in the Individual's Criminal History (Excluding Item 1). list conviction regardless of time frame: | | | | | | |

| | | None | >15 Years | 10-15 Years | 5-10 Years | < 5 Years | Enter the score here: |
|---|---|---|---|---|---|---|---|
| See Appendix 2.2.C | Highest | 0 ✓ | 5 | 5 | 6 | 7 | |
| | High | 0 ✓ | 5 | 5 | 6 | 6 | |
| | Moderate | 0 ✓ | 1 | 2 | 3 | 4 | 0 |
| | Low | 0 ✓ | 0 | 0 | 1 | 2 | |

| 3 | Additional Prior Convictions (Excluding Items 1 and 2) | | |
|---|---|---|---|
| | None | 0 | Enter the score here: |
| | 1-2 misdemeanors, no felonies | 1 | |
| | 3-4 misdemeanors, or 1 felony | 2 | |
| | 5 or more misdemeanors, or 2 felonies | 4 | 0 |

| 4 | Supervision History | | |
|---|---|---|---|
| | None | 0 | |
| | Walk-away or attempted escape from an unsecured facility, absconding, bond breach, violations of prior voluntary departure orders or conditions of supervision, or prior revocation of supervision | 3 | Enter the score here: |
| | Escape or attempted escape from a secure facility | 7 | 0 |

| 5 | Security Threat Group (STG) - List below | | |
|---|---|---|---|
| | The individual has no known membership or affiliation with an STG | 0 | Enter the score here: |
| | The individual is a member of an STG ; | 5 | 0 |

| 6 | History/Pattern of Violence (Two or more arrests most recent arrest) | | |
|---|---|---|---|
| | 15 or more years ago | 1 | |
| | Over 10 years and less than 15 years ago: | 2 | Enter the score here: |
| | Over 5 years and less than 10 years ago | 3 | |
| | Within the last 5 years | 5 | 0 |

| 7 | Number of Sustained Disciplinary Infractions Involving Violence or Behavior Representing a Threat to the Facility (Institution(s) List Offense Code (Greatest and/or High using Appendix 2.2: Disciplinary Offense Involving Violence or Behavior Representing a Threat to the facility): | | |
|---|---|---|---|
| | None | 0 | |
| | One | 2 | Enter the score here: |
| | Two | 4 | |
| | Three or more | 6 | |
| | Check if data not available: | ☐ | 0 |

| Total Custody Classification Score  0 |
|---|

CCOG00043069

Exhibit 11 - Page 250

CONFIDENTIAL

| | Custody Level Guideline Ranges | | | |
|---|---|---|---|---|
| | If the person has no violent conviction for a violent offense, use this table. | | If the person has a conviction for a violent offense, use this table. | |
| 0 | Low Custody | 0-2 | | |
| | Medium-Low Custody | 3-5 | | |
| | Medium-High Custody | 6-11 | | 0-6 |
| | High Custody | 12+ | | 7+ |

If the Officer makes a custody recommendation outside of the custody level guideline ranges above, provide the rationale and include aggravating/ mitigating circumstances that were considered in the decision:

| Recommendation Outside the Guideline Ranges | Low ☑ | Medium-Low ☐ | Medium-High ☐ | High ☐ |
|---|---|---|---|---|
| Officer Signature | | | Date | |

In the section below, check the custody level of the individual's housing assignment, following the guidance provided in the instructions, F. Housing Assignment.

For purposes of housing medium-custody individuals with low-or high level custody individuals, use the following guidelines:

Medium-Low may be housed with low custody individuals;

Medium-High may be housed with high-custody individuals; but,

Low custody individuals may never be housed with high-custody individuals, or medium custody individuals who have any history of assaultive or combative behavior.

If the individual is to be placed in administrative segregation, a copy of the administrative segregation order shall be immediately provided to the Field Office Director or his designee, as required by Standard 2.12 "Special Management Units."

| Final Housing Assignment Custody Level | Low ☑ | Medium-Low ☐ | Medium-High ☐ | High ☐ | Administrative ☐ |
|---|---|---|---|---|---|

RECLASS: DETAINEE SIGNATURE: ▮▮▮▮

| Supervisor Signature | ▮▮▮▮ | Date | 08/27/2018 |
|---|---|---|---|

CONFIDENTIAL

CONFIDENTIAL

Form 18-100A

# OTAY MESA DETENTION CENTER

# Classification Status Review

# 48 Hours Notice of Hearing

Inmate Name ▮▮▮▮▮▮▮▮ (Print)    IDOC # ▮▮▮▮▮▮▮ (Print)

Reason for classification: ☒ Scheduled    ☐ Unscheduled

I understand that I am scheduled to meet with my counselor for a classification

hearing on or about __8/26/18__ (Date)

I understand that this hearing will take place no sooner than 48 hours from the date of this notice.

I waive the right to be present at the hearing and choose to sign my reclassification form now. ☐ Yes ☐ No _____ (Inmate Signature)

Inmate Signature ▮▮▮▮▮▮    Date _08-20-2018_

Staff Signature ▮▮▮▮▮▮▮    Date _8/20/18_

Original: Inmate File    Copy: Inmate

602605-2639

CCOG00043073

Exhibit 11 - Page 254

CONFIDENTIAL

CCOG00043074

Exhibit 11 - Page 255

## Appendix 2.2.A: ICE Custody Classification Worksheet

ICE Custody Classification Worksheet*

| Part 1. Basic Information | Initial ☐ | Reclassification ✓ | Special Classification ☐ |
|---|---|---|---|
| Field/Sub Office: SAN DIEGO | Facility: OMDC | | Date: 5/14/18 |
| Officer Name: | Language(s) Used during the Interview: ENGLISH | | Interpreter line: ☐ |

| Alien Number: | | DOB: | | Gender: | ☐ F  ☑ M |
|---|---|---|---|---|---|
| Last Name: | | First Name: | | | |

### Part 2. Special Vulnerabilities and Management Concerns

| Does a Special Vulnerability exist? Inquire, observe, and review all documentation. If based on **your** assessment the vulnerability exists, select the appropriate boxes below. Also indicate whether there are other management concerns that may affect the custody decision. | ☐ Y  ☑ N |
|---|---|

☐ serious physical illness
☐ serious mental illness
☐ disability
☐ elderly
☐ pregnancy
☐ nursing
☐ sole caretaking responsibility
☐ risk based on sexual orientation/gender identity
☐ victim of persecution/torture
☐ victim of sexual abuse or violent crime
☐ victim of human trafficking
☐ other (specify):

Provide further explanation as necessary:

*If any boxes are checked, consult with the local ICE Field Office regarding appropriate placement and other management considerations, and record the date and time of consultation here:*

CCOG00043075

Exhibit 11 - Page 256

CONFIDENTIAL

## Part 3. Custody Classification Worksheet

| 1 | Severity of Charge/ Conviction Associated with the ICE Encounter (Use Appendix 2.2.C Severity of Offense Scale) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | None : IMMIGRATION | | | | | 0 | | Enter the score here: |
| | Low | | | | | 2 | | |
| | Moderate | | | | | 4 | | 0 |
| | High | | | | | 6 | | |
| | Highest | | | | | 7 | | |

| 2 | Single Most Serious Conviction in the Individual's Criminal History (Excluding Item 1). list conviction regardless of time frame: | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | None | >15 Years | 10-15 Years | 5-10 Years | < 5 Years | Enter the score here: |
| | See Appendix 2.2.C | Highest | 0 ✓ | 6 | 5 | 6 | 7 | |
| | | High | 0 ✓ | 5 | 5 | 6 | 4 | 0 |
| | | Moderate | 0 ✓ | 1 | 2 | 3 | 4 | |
| | | Low | 0 ✓ | 0 | 0 | 1 | 2 | |

| 3 | Additional Prior Convictions (Excluding Items 1 and 2) | | |
|---|---|---|---|
| | None | 0 | Enter the score here: |
| | 1-2 misdemeanors, no felonies | 1 | |
| | 3-4 misdemeanors, or 1 felony | 2 | 0 |
| | 5 or more misdemeanors, or 2 felonies | 4 | |

| 4 | Supervision History | | |
|---|---|---|---|
| | None | 0 | Enter the score here: |
| | Walk-away or attempted escape from an unsecured facility, absconding, bond breach, violations of prior voluntary departure orders or conditions of supervision, or prior revocation of supervision | 3 | 0 |
| | Escape or attempted escape from a secure facility | 7 | |

| 5 | Security Threat Group (STG) - List below | | |
|---|---|---|---|
| | The individual has no known membership or affiliation with an STG | 0 | Enter the score here: |
| | The individual is a member of an STG | 5 | 0 |

| 6 | History/Pattern of Violence (Two or more arrests most recent arrest) | | |
|---|---|---|---|
| | 15 or more years ago | 1 | Enter the score here: |
| | Over 10 years and less than 15 years ago | 2 | |
| | Over 5 years and less than 10 years ago | 3 | 0 |
| | Within the last 5 years | 5 | |

| 7 | Number of Sustained Disciplinary Infractions Involving Violence or Behavior Representing a Threat to the Facility (Institution(s)) List Offense Code (Greatest) and/or High using Appendix 2.2: Disciplinary Offense Involving Violence or Behavior Representing a Threat to the facility): | | |
|---|---|---|---|
| | None | 0 | Enter the score here: |
| | One | 2 | |
| | Two | 4 | |
| | Three or more | 6 | 0 |
| | Check if data not available: | | |

Total Custody Classification Score  0

CCOG00043077

Exhibit 11 - Page 258

CONFIDENTIAL

CONFIDENTIAL

| | Custody Level Guideline Ranges | | | |
|---|---|---|---|---|
| | If the person has no violent conviction for a violent offense, use this table. | | If the person has a conviction for a violent offense, use this table. | |
| 0 | Low Custody | 0-2 | | |
| | Medium-Low Custody | 3-5 | | |
| | Medium-High Custody | 6-11 | | 0-6 |
| | High Custody | 12+ | | 7+ |

If the Officer makes a custody recommendation outside of the custody level guideline ranges above, provide the rationale and include aggravating/ mitigating circumstances that were considered in the decision:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Recommendation Outside the Guideline Ranges | Low | ✓ | Medium-Low | | Medium-High | | High |
| Officer Signature | | | | | Date | | |

In the section below, check the custody level of the individual's housing assignment, following the guidance provided in the instructions, F. Housing Assignment.

For purposes of housing medium-custody individuals with low-or high level custody individuals, use the following guidelines:

Medium-Low may be housed with low custody individuals;

Medium-High may be housed with high-custody individuals; but,

Low custody individuals may never be housed with high-custody individuals, or medium custody individuals who have any history of assaultive or combative behavior.

If the individual is to be placed in administrative segregation, a copy of the administrative segregation order shall be immediately provided to the Field Office Director or his designee, as required by Standard 2.12 "Special Management Units."

| Final Housing Assignment  Custody Level | Low ☑ Medium-Low ☐ Medium-High ☐ High ☐ Administrative |
|---|---|

RECLASS:INMATE SIGNATURE:_____ ███████

| Supervisor Signature | ███ ███████ | | Date | 5/14/18 |
|---|---|---|---|---|

CCOG00043079

Exhibit 11 - Page 260

CONFIDENTIAL

CONFIDENTIAL

Form 18-100A

## CCA OTAY MESA DETENTION CENTER

# Classification Status Review

# 48 Hours Notice of Hearing

Inmate Name ███████ IDOC ███████
(Print)        (Print)

Reason for classification: ☒ Scheduled    ☐ Unscheduled

I understand that I am scheduled to meet with my counselor for a classification

hearing on or about ___5/11/18___
(Date)

I understand that this hearing will take place no sooner than 48 hours from the
date of this notice.

I waive the right to be present at the hearing and choose to sign my reclassification
form now. ☐ Yes   ☐ Now _____
(Inmate Signature)

Inmate Signature ███████ Date _30_/_04_/_2018_

Staff Signature ███████ Date _4/30/18_

Original: Inmate File      Copy: Inmate

602605-2639

CCOG00043081

Exhibit 11 - Page 262

CONFIDENTIAL

CCOG00043082

Exhibit 11 - Page 263

## Appendix 2.2.A: ICE Custody Classification Worksheet

ICE Custody Classification Worksheet*

| Part 1. Basic Information | | Initial | | Reclassification ✓ | Special Classification | |
|---|---|---|---|---|---|---|
| Field/Sub Office: San Diego | | Facility: Otay Mesa Detention Facility | | | Date: 01/16/2018 | |
| Officer Name: ▮ | | Language(s) Used during the Interview: English | | | Interpreter line: ▯ | |

| Alien Number: ▮ | | DOB: ▮ | | Gender: | ☐ F | ▣ M |
|---|---|---|---|---|---|---|
| Last Name: ▮ | | | First Name: ▮ | | | |

### Part 2. Special Vulnerabilities and Management Concerns

| Does a Special Vulnerability exist? Inquire, observe, and review all documentation. If based on your assessment the vulnerability exists, select the appropriate boxes below. Also indicate whether there are other management concerns that may affect the custody decision. | ☐ Y  ▣ N |
|---|---|

☐ serious physical illness
☐ serious mental illness
☐ disability
☐ elderly
☐ pregnancy
☐ nursing
☐ sole caretaking responsibility
☐ risk based on sexual orientation/gender identity
☐ victim of persecution/torture
☐ victim of sexual abuse or violent crime
☐ victim of human trafficking
☐ other (specify):

Provide further explanation as necessary:

90-120 DAY RE-CLASSIFICATION

*If any boxes are checked, consult with the local ICE Field Office regarding appropriate placement and other management considerations, and record the date and time of consultation here:*

CCOG00043083

Exhibit 11 - Page 264

CONFIDENTIAL

CCOG00043084

Exhibit 11 - Page 265

| | **Part 3. Custody Classification Worksheet** | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | Severity of Charge/ Conviction Associated with the ICE Encounter (Use Appendix 2.2.C Severity of Offense Scale) | | | | | | | |
| | None | | | | | | 0 | Enter the score here: |
| | Low | | | | | | 2 | |
| | Moderate | | | | | | 4 | |
| | High | | | | | | 6 | 0 |
| | Highest | | | | | | 7 | |
| 2 | Single Most Serious Conviction in the Individual's Criminal History (Excluding Item 1). list conviction regardless of time frame: | | | | | | | |

| | | | None | >15 Years | 10-15 Years | 5-10 Years | < 5 Years | Enter the score here: |
|---|---|---|---|---|---|---|---|---|
| See Appendix 2.2.C | | Highest | 0 ✓ | 5 | 5 | 6 | 7 | |
| | | High | 0 ✓ | 5 | 5 | 6 | 6 | |
| | | Moderate | 0 ✓ | 1 | 2 | 3 | 4 | 0 |
| | | Low | 0 ✓ | 0 | 0 | 1 | 2 | |

| | | | |
|---|---|---|---|
| 3 | Additional Prior Convictions (Excluding Items 1 and 2) | | |
| | None | 0 | Enter the score here: |
| | 1-2 misdemeanors, no felonies | 1 | |
| | 3-4 misdemeanors, or 1 felony | 2 | 0 |
| | 5 or more misdemeanors, or 2 felonies | 4 | |
| 4 | Supervision History | | |
| | None | 0 | |
| | Walk-away or attempted escape from an unsecured facility, absconding, bond breach, violations of prior voluntary departure orders or conditions of supervision, or prior revocation of supervision | 3 | Enter the score here: |
| | | | 0 |
| | Escape or attempted escape from a secure facility | 7 | |
| 5 | Security Threat Group (STG) - List below | | Enter the score here: |
| | The individual has no known membership or affiliation with an STG | 0 | |
| | The individual is a member of an STG | 5 | 0 |
| 6 | History/Pattern of Violence (Two or more arrests most recent arrest) | | |
| | 15 or more years ago | 1 | |
| | Over 10 years and less than 15 years ago | 2 | Enter the score here: |
| | Over 5 years and less than 10 years ago | 3 | |
| | Within the last 5 years | 5 | |
| 7 | Number of Sustained Disciplinary Infractions Involving Violence or Behavior Representing a Threat to the Facility (Institution(s)) List Offense Code (Greatest and/or High using Appendix 2.2.D Disciplinary Offense Involving Violence or Behavior Representing a Threat to the facility): | | |
| | None | 0 | |
| | One | 2 | Enter the score here: |
| | Two | 4 | |
| | Three or more | 6 | 0 |
| | Check if data not available: | ✓ | |
| | **Total Custody Classification Score** 0 | | |

CCOG00043085

Exhibit 11 - Page 266

CONFIDENTIAL

CCOG00043086

Exhibit 11 - Page 267

| | Custody Level Guideline Ranges | | | | | |
|---|---|---|---|---|---|---|
| | If the person has no violent conviction for a violent offense, use this table. | | | | | |
| | Low Custody | | 0-2 | If the person has a conviction for a violent offense, use this table. | | |
| | Medium-Low Custody | | 3-5 | | | |
| 0 | Medium-High Custody | | 6-11 | | | 0-6 |
| | High Custody | | 12+ | | | 7+ |

If the Officer makes a custody recommendation outside of the custody level guideline ranges above, provide the rationale and include aggravating/ mitigating circumstances that were considered in the decision:

| Recommendation Outside the Guideline Ranges | Low ✓ | Medium-Low ☐ | Medium-High ☐ | High ☐ |
|---|---|---|---|---|
| Officer Signature | | | Date | |

In the section below, check the custody level of the individual's housing assignment, following the guidance provided in the instructions, F. Housing Assignment.

For purposes of housing medium-custody individuals with low-or high level custody individuals, use the following guidelines:

Medium-Low may be housed with low custody individuals;

Medium-High may be housed with high-custody individuals; but,

Low custody individuals may never be housed with high-custody individuals, or medium custody individuals who have any history of assaultive or combative behavior.

If the individual is to be placed in administrative segregation, a copy of the administrative segregation order shall be immediately provided to the Field Office Director or his designee, as required by Standard 2.12 "Special Management Units."

| Final Housing Assignment Custody Level | Low ✓ | Medium-Low ☐ | Medium-High ☐ | High ☐ | Administrative ☐ |
|---|---|---|---|---|---|

90-120 DAY RE-CLASSIFICATION

| DETAINEE SIGNATURE | ███████████████ | | | |
|---|---|---|---|---|
| Supervisor Signature | ███████████████ | | Date | 01/16/2018 |

CCOG00043087

Exhibit 11 - Page 268

CONFIDENTIAL

CONFIDENTIAL

90-12u

Form 18-100A

## CCA OTAY MESA DETENTION CENTER

# Classification Status Review

# 48 Hours Notice of Hearing

Inmate Name ███████████ IDOC # ███████████
(Print) (Print)

Reason for classification: ☐ Scheduled ☐ Unscheduled

I understand that I am scheduled to meet with my counselor for a classification

hearing on or about _____~~10/17/17~~ A.L. 1/16/18
(Date)

I understand that this hearing will take place no sooner than 48 hours from the date of this notice.

I waive the right to be present at the hearing and choose to sign my reclassification form now. ☐ Yes ☐ Now _____
(Inmate Signature)

Inmate Signature ███████████ Date 1/12/18

Staff Signature ███████████ Date 1/13/18

Original: Inmate File        Copy: Inmate

602605-2639

CCOG00043089

Exhibit 11 - Page 270

CONFIDENTIAL

CCOG00043090

Exhibit 11 - Page 271

CONFIDENTIAL

P2W

## Appendix 2.2.A: ICE Custody Classification Worksheet

ICE Custody Classification Worksheet*

| Part 1. Basic Information | | Initial ☐ | Reclassification ✓ | Special Classification ☐ |
|---|---|---|---|---|
| Field/Sub Office: **OTAY MESA** | Facility: **OMDC** | | Date: **9/19/2017** | |
| Officer Name: | Language(s) Used during the Interview: | | Interpreter line: ☐ | |

| Alien Number: ▓ | | DOB: ▓ | Gender: | ☐ F , | ▓ M |
|---|---|---|---|---|---|---|
| Last Name: ▓ | | | First Name: ▓ | | |

| Part 2. Special Vulnerabilities and Management Concerns | |
|---|---|
| Does a Special Vulnerability exist? Inquire, observe, and review all documentation. If based on your assessment the vulnerability exists, select the appropriate boxes below. Also indicate whether there are other management concerns that may affect the custody decision. | ☐ Y ▓ N |
| ☐ serious physical illness<br>☐ serious mental illness<br>☐ disability<br>☐ elderly<br>☐ pregnancy<br>☐ nursing<br>☐ solo caretaking responsibility<br>☐ risk based on sexual orientation/gender identity<br>☐ victim of persecution/torture<br>☐ victim of sexual abuse or violent crime<br>☐ victim of human trafficking<br>☐ other (specify): | |
| Provide further explanation as necessary: | |
| | |
| *If any boxes are checked, consult with the local ICE Field Office regarding appropriate placement and other management considerations, and record the date and time of consultation here:* | |

60 - 90 DAY
REVIEW

CCOG00043091

Exhibit 11 - Page 272

CONFIDENTIAL

CCOG00043092

Exhibit 11 - Page 273

| Part 3. Custody Classification Worksheet | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Severity of Charge/ Conviction Associated with the ICE Encounter (Use Appendix 2.2.C Severity of Offense Scale) | | | | | | |
| | None IMMIGRATION | | | | | 0 | Enter the score here: |
| | Low | | | | | 2 | |
| | Moderate | | | | | 4 | |
| | High | | | | | 6 | 0 |
| | Highest | | | | | 7 | |
| 2 | Single Most Serious Conviction in the Individual's Criminal History (Excluding Item 1). list conviction regardless of time frame: | | | | | | |

| | | None | >16 Years | 10-15 Years | 6-10 Years | < 5 Years | Enter the score here: |
|---|---|---|---|---|---|---|---|
| See Appendix 2.2C | Highest | 0 | 5 | 5 | 6 | 7 | |
| | High | 0 | 5 | 5 | 6 | 6 | |
| | Moderate | 0 | 1 | 2 | 3 | 4 | 0 |
| | Low | 0 | 0 | 0 | 1 | 2 | |

| 3 | Additional Prior Convictions (Excluding Items 1 and 2) | | |
|---|---|---|---|
| | None | 0 | Enter the score here: |
| | 1-2 misdemeanors, no felonies | 1 | |
| | 3-4 misdemeanors, or 1 felony | 2 | 0 |
| | 5 or more misdemeanors, or 2 felonies | 4 | |
| 4 | Supervision History | | |
| | None | 0 | |
| | Walk-away or attempted escape from an unsecured facility, absconding, bond breach, violations of prior voluntary departure orders or conditions of supervision, or prior revocation of supervision | 3 | Enter the score here: 0 |
| | Escape or attempted escape from a secure facility | 7 | |
| 5 | Security Threat Group (STG) - List below | | Enter the score here: |
| | The individual has no known membership or affiliation with an STG | 0 | 0 |
| | The individual is a member of an STG | 5 | |
| 6 | History/Pattern of Violence (Two or more arrests most recent arrest) | | |
| | 15 or more years ago | 1 | Enter the |
| | Over 10 years and less than 15 years ago | 2 | score here: |
| | Over 5 years and less than 10 years ago | 3 | 0 |
| | Within the last 5 years | 5 | |
| 7 | Number of Sustained Disciplinary Infractions Involving Violence or Behavior Representing a Threat to the Facility (Institutional) List Offense Code (Greatest and/or High using Appendix 2.2 Disciplinary Offense Involving Violence or Behavior Representing a Threat to the facility): | | |
| | None | 0 | |
| | One | 2 | Enter the |
| | Two | 4 | score here: |
| | Three or more | 6 | 0 |
| | Check if data not available: | | |
| Total Custody Classification Score 0 | | | |

CCOG00043093

Exhibit 11 - Page 274

CONFIDENTIAL

CCOG00043094

Exhibit 11 - Page 275

CONFIDENTIAL

| | Custody Level Guideline Ranges | | | | | |
|---|---|---|---|---|---|---|
| | If the person has no violent conviction for a violent offense, use this table. | | | If the person has a conviction for a violent offense, use this table. | | |
| 0 | Low Custody | | 0-2 | | | |
| | Medium-Low Custody | | 3-5 | | | |
| | Medium-High Custody | | 6-11 | | | 0-6 |
| | High Custody | | 12+ | | | 7+ |

If the Officer makes a custody recommendation outside of the custody level guideline ranges above, provide the rationale and include aggravating/ mitigating circumstances that were considered in the decision:

| Recommendation Outside the Guideline Ranges | Low ☐ | Medium-Low ☐ | Medium-High ☐ | High ☐ |
|---|---|---|---|---|
| Officer Signature | | | Date | |

In the section below, check the custody level of the individual's housing assignment, following the guidance provided in the instructions, F. Housing Assignment.

For purposes of housing medium-custody individuals with low-or high level custody individuals, use the following guidelines:

Medium-Low may be housed with low custody individuals;

Medium-High may be housed with high-custody individuals; but,

Low custody individuals may never be housed with high-custody individuals, or medium custody individuals who have any history of assaultive or combative behavior.

If the individual is to be placed in administrative segregation, a copy of the administrative segregation order shall be immediately provided to the Field Office Director or his designee, as required by Standard 2.12 "Special Management Units."

| Final Housing Assignment  Custody Level | Low ☑ Medium-Low ☐ Medium-High ☐ High ☐ Administrative ☐ |
|---|---|

| Detainees signature | ■■■■ | |
|---|---|---|
| Supervisor Signature | ■■■■ | Date 9/19/2017 |

CONFIDENTIAL

CONFIDENTIAL

P2ell

Form 18-100A

## CCA OTAY MESA DETENTION CENTER

# Classification Status Review

# 48 Hours Notice of Hearing

Inmate Name _____  IDOC # _____
(Print)                                    (Print)

Reason for classification:  ☑ Scheduled   ☐ Unscheduled

I understand that I am scheduled to meet with my counselor for a classification

hearing on or about _____9/14/17_____
(Date)

I understand that this hearing will take place no sooner than 48 hours from the
date of this notice.

I waive the right to be present at the hearing and choose to sign my reclassification
form now. ☐ Yes  ☐ Now _____
(Inmate Signature)

Inmate Signature _____  Date 9/14/17

Staff Signature _____  Date 9/14/17

Original: Inmate File          Copy: Inmate

602605-2639

CCOG00043097

Exhibit 11 - Page 278

CCOG00043098

Exhibit 11 - Page 279

CONFIDENTIAL

## SEXUAL ABUSE SCREENING TOOL

| Facility: | CMOC | Date: 9/16/19 |
|---|---|---|
| Detainee/Resident Name: | | |
| Detainee/Resident ID Number: | | Detainee/Resident DOB: | Date of Arrival: 10/21/19 |

**CHECK ONE:** ☐ Initial  ☐ New Information-  ☑ 60-90 Day Assessment

### SECTION I: VICTIMIZATION HISTORY/RISK

After interviewing the detainee/resident and recording observations and findings from the file review, indicate the following:

☐ **Victim** – Check here if detainee/resident answers YES to question 1 below

☐ **Potential Victim** – Check here if answering YES to three or more of remaining questions 2-11 below

☑ **Not Applicable** – Check here if detainee/resident has no known victimization history/risk

| Detainee/Resident Questions | Response | |
|---|---|---|
| 1. Have you been the victim of sexual abuse or unwelcome sexual activity? Was this in the community or while detained? | YES | NO |
| Comments: | | |
| 2. Do you feel that you are vulnerable to sexual abuse or assault while detained, or do you fear for your safety? | YES | NO |
| Comments: | | |
| 3. Is your sexual orientation or status lesbian, gay, bisexual, transgender, intersex or gender non-conforming? | YES | NO |
| Comments: | | |
| 4. Do you have a physical, mental, or developmental disability? | YES | NO |
| Comments: | | |
| 5. Do you have a current or prior conviction of sexual offense/abuse against a child or adult? | YES | NO |
| Comments: | | |
| **Staff Observation / File Review** | **Response** | |
| 6. Detainee/resident appears to be physically, developmentally, or mentally disabled. | YES | NO |
| Comments: | | |
| 7. Detainee/resident has a small build or appears to be vulnerable. | YES | NO |
| Comments: | | |
| 8. Detainee/resident appears to be gender non-conforming. | YES | NO |
| Comments: | | |
| 9. Detainee/resident has a youthful or elderly appearance which may contribute to vulnerability. | YES | NO |
| Comments: | | |
| 10. This is the first time the detainee/resident has been detained. | YES | NO |
| 11. Detainee/resident has only non-violent or non-sexual offenses. | YES | NO |

Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

7/20/16

CCOG00043099

Exhibit 11 - Page 280

CONFIDENTIAL

SEXUAL ABUSE SCREENING TOOL

| Detainee/Resident Name | | ID Number | | Date | |
|---|---|---|---|---|---|

## SECTION II: PREDATORY HISTORY/RISK

After interviewing the detainee/resident and recording observations and findings from the file review, indicate the following:

☐ Predator – Check here if detainee/resident answers YES to question 12 below

☐ Potential Predator – Check here if answering YES to both questions 13 and 14 below

☑ Not Applicable – Check here if detainee/resident has no known predatory history/risk

| Detainee/Resident Questions | Response |
|---|---|
| 12. Do you have a current or prior conviction of sexual offense/abuse against a child or adult? | YES / NO |
| Comments: | |
| 13. Do you have a current or prior conviction of a violent offense against a child or adult? | YES / NO |
| Comments: | |
| 14. Have you received a disciplinary sanction for violence while detained? | YES / NO |
| Comments: | |

## SECTION III: DISCREPANCIES BETWEEN THE INTERVIEW AND THE FILE REVIEW

| 15. Are there discrepancies between the interview and the file review? | YES | NO |
|---|---|---|
| Comments: | | |

| Screener's Printed Name | | Title | |
|---|---|---|---|
| Screener's Signature | | Date | |

Forward a copy of each completed form to classification/unit staff for housing, bed, work, education, and program assignments, and to the Health Services Department for further evaluation and screening.

Copy: Detainee/Resident File
Classification/Unit Staff
Health Services Department
Medical File

CCOG00043100

Exhibit 11 - Page 281

## SEXUAL ABUSE SCREENING TOOL

14-2B-DHS/FRS

### DIRECTIONS FOR COMPLETION

~~For the purpose of numbers 11-12 and to determine if the individual is considered to receive a YES response when the criminal action is against a person(s) and would not include destruction of property.~~

2. It should also be noted that questions 5 and 12 are the same ("Do you have a current or prior conviction of sexual offense/abuse against a child or adult?"). The question only needs to be asked once, but the response should be provided in both areas. It has been intentionally duplicated in both sections I and II based on the fact this behavior can be both an indicator of potential victimization and predatory behavior.

3. With the exception of numbers 10 and 11, comments should be provided for any YES answer in the space provided below each question or staff observation/file review item. As an example, if the detainee/resident responds he/she has been the victim of sexual assault or unwelcomed activity, and is willing to share information regarding the incident, provide a brief description (i.e. raped while in the community, sexually abused by a parent when young, other detainees/residents sexually harassed him/her, etc.).

4. If the staff observations or file reviews are in conflict with the answers provided by the detainee/resident, it should be noted and any additional YES answers should be taken into consideration in the scoring of each area. (i.e. the detainee/resident responds that he/she has not been convicted of a sexual offense, but the file review reveals a criminal conviction for a sexual offense; the detainee/resident should receive a YES response for that question).

5. PREA (Prison Rape Elimination Act) alerts for the purpose of tracking predators, potential predators, victims and potential victims are in OMS as follows:

   - HOUP – Housing P (Predator);
   - HOUPP – Housing PP (Potential Predator);
   - HOUPV – Housing PV (Potential Victim); and
   - HOUV – Housing V (Victim).

   Use of these alerts should correspond with the findings of the 14-2B-DHS/FRS Sexual Abuse Screening Tool. As an example, if an individual answers YES to question(s) one, the Victim box should be checked on the 14-2B-DHS/FRS and they should be assigned an alert for HOUV in OMS. If the screening tool reflects YES answers to three or more of the questions 2 through 11, the Potential Victim box should be checked on the 14-2B-DHS/FRS and an alert for HOUPV should be entered in OMS. This same direction applies to answers related to predatory history/risk; however, it should be noted that the detainee/resident must answer YES to both questions 13 and 14 to be considered a Potential Predator.

6. It is very important that the completed Sexual Abuse Screening Tools (14-2B-DHS/FRS) get forwarded to the Health Services Department to ensure the completion of further mental health screening and evaluation.

Confidential – Not for Distribution – Copyrighted – Property of CCA

CCOG00043101

Exhibit 11 - Page 282

CONFIDENTIAL

CONFIDENTIAL

**STG QUESTIONNAIRE**

| | |
|---|---|
| FACILITY | Date Taken: 8/22/17 |
| INMATE/R | ID NUMBER |
| DATE OF | Date Committed: 8/21/17 8:15 pm |
| | Date Taken: 8/22/17 |
| NICKNAME / AKA / MONIKER (s): | None |

## I. INMATE/RESIDENT ADVISEMENT

Inmate/Resident (printed name): _____ was advised on (date): _____ that

failure to respond to the questions in a truthful manner could result in disciplinary action being

taken. In addition, information obtained can be released to the contracting agency and/or law

enforcement.

## II. RACE (Note: Check applicable race(s) as expressed by the inmate/resident):

☐ White   ☒ Black or African American   ☐ Hispanic/Latino

☐ American Indian or Alaska Native   ☐ Asian or Pacific Islander

## III. QUESTIONS

| | | |
|---|---|---|
| 1. Where is your Hometown? | None Somalia | |
| 2. Are you related to or do you know any employees of this facility? | ☐ Yes - If yes, Name & Relationship: ☐ No   ☐ Unknown | |
| 3. Do you have any tattoos? | ☒ No   ☐ YES | If Yes --Describe: _____ If Yes – When: _____ Where: _____ |
| 4. Have you ever been involved in a gang, disruptive group? | ☐ Yes (**see note below) | ☒ No (*see note below) |
| 5. Have you ever been associated with a terrorist organization or involved in terrorist activities? | ☐ Yes (**see note below) | ☒ No (*see note below) |

**IF THE ANSWER TO #4 OR #5 IS "YES," COMPLETE QUESTIONS 6-23 BELOW.   **If THE ANSWER TO #5 IS "YES," COMPLETE A 9-12C IN ADDITION TO 9-12A.

* IF THE ANSWER TO #4 AND/OR #5 IS "NO," PROCEED TO SECTION IV; UNLESS THERE ARE SPECIFIC CHARACTERISTICS ABOUT THE SUSPECT WHICH ARE BELIEVED TO BE TRUE, BASED UPON CREDIBLE EVIDENCE TO SUPPORT ASSIGNMENT AND APPROVAL; THEN PROCEED WITH COMPLETING QUESTIONS 6-23 BELOW.

| | | | |
|---|---|---|---|
| 6. What is the name of the group? | | | |
| 7. Are you a member or an associate? | ☐ Member | ☐ Associate | |
| 8. At what age did you become a member? | | | |
| 9. Did you become a member or associate before or after incarceration? | ☐ Before   ☐ After | How long involved? | |
| 10. Describe how you became a member? | | | |
| 11. Do you hold a position or rank in the group? | ☐ Yes - if yes, Position: | | ☐ No |
| 12. Are there other members of the group at this facility? | ☐ Yes   ☐ No   ☐ Unknown | | |
| 13. Who are enemies of the group? | | | |

OCTOBER 1, 2009

Proprietary Information – Not For Distribution – Copyrighted

Property of Corrections Corporation of America

Confidential and/or Sensitive – for Official Use Only

CCOG00043103

Exhibit 11 - Page 284

CONFIDENTIAL

## STG QUESTIONNAIRE

| | | |
|---|---|---|
| 14. Do you associate with any other groups? | ☐ Yes – if yes, who: | ☐ No |
| 15. Does the group have contact with other groups outside of the facility? | ☐ Yes – if Yes, Who: _____ Where: _____ | ☐ No |
| 16. Does the group receive financial support from outside the facility? | ☐ Yes – if Yes, From Who: ____ How: | ☐ No |
| 17. Have you ever been ordered to assault or "hit" anyone? | ☐ Yes – if Yes, Who: _____ Why: _____ | ☐ No |
| 18. How do members of the group communicate? | | |
| 19. Who is/are the leader(s) of the group at the facility? | | |
| 20. Who is/are the leader(s) of the group in your housing unit? | | |
| 21. How does the leadership structure of the group function? | | |
| 22. Do you want out of the group? | ☐ Yes | ☐ No |
| 23. Do you fear for your safety as a result of your membership/affiliation with the group? | ☐ Yes – if Yes, From Who: | ☐ No |

Interviewer Printed Name ███████ Date: 06217

(STG Coordinator/Designee)

Interviewer Signature ███████ Date: 06217

**NOTE:** This form can be completed and filed electronically via the CCA/STG designated intranet site; therefore, this hard copy form is required only where a hard copy file is being maintained.

.......................................................................................................................................

OCTOBER 1, 2009

Proprietary Information – Not For Distribution – Copyrighted                  Property of Corrections Corporation of America
Confidential and/or Sensitive – for Official Use Only

CCOG00043104

Exhibit 11 - Page 285

CONFIDENTIAL

**STG QUESTIONNAIRE**
**To Be Completed By Interviewer**

## IV.  INTERVIEWER COMMENTS

Inmate/resident's demeanor during interview:    ☑ Cooperative    ☐ Uncooperative

| Interviewer's Comments: |
|---|
| _____  denies gang affiliation |
| |
| |
| |
| |

| List and describe location of scars, brands, tattoos or other identifying marks of body: |
|---|
| S= Scars    B= Brands    T= Tattoos    O = Other (explain) |
| S- back of head from being hit w/ a knife |
| |
| |
| |

| Determining factors to conclude reasonable suspicion: |
|---|
| _____  none |
| |
| |
| |
| |

OCTOBER 1, 2009

Proprietary Information – Not For Distribution – Copyrighted          Property of Corrections Corporation of America
Confidential and/or Sensitive – for Official Use Only

CCOG00043105

Exhibit 11 - Page 286

CONFIDENTIAL

CCOG00043106

Exhibit 11 - Page 287

CONFIDENTIAL

| | 14-2B |
|---|---|
| **Facility: OTAY MESA DETENTION CENTER** | |
| **Assessments For:** | |
| **Agency #:**      **DOB:** | **Commitment Date: 06/21/2017** |

**Assessment Type: INITIAL SCREENING TOOL**

Date/Time of Screening: 06/22/2017  1:24 am      Screening Officer:

| # | Question | Answer |
|---|---|---|
| **SECTION I: VICTIMIZATION HISTORY/RISK** | **POTENTIAL VICTIM** | |
| 1 | HAVE YOU BEEN THE VICTIM OF SEXUAL ABUSE OR UNWELCOME SEXUAL ACTIVITY? | NO |
| 2 | HAVE YOU EVER BEEN THREATENED WITH SEXUAL ASSAULT BY ANOTHER INMATE/RESIDENT WHILE INCARCERATED? | NO |
| 3 | HAVE YOU EVER BEEN APPROACHED BY ANOTHER INMATE/RESIDENT FOR SEX WHILE INCARCERATED? | NO |
| 4 | DO YOU FEEL THAT YOU ARE VULNERABLE TO SEXUAL ABUSE OR ASSAULT WHILE INCARCERATED? | NO |
| 5 | IS YOUR SEXUAL ORIENTATION OR STATUS LESBIAN, GAY, BISEXUAL, TRANSGENDER, INTERSEX OR GENDER NON-CONFORMING OR DO YOU BELIEVE YOU ARE PERCEIVED TO BE LESBIAN, GAY, BISEXUAL, TRANSGENDER, INTERSEX OR GENDER NON-CONFORMING? | NO |
| 6 | DO YOU HAVE A PHYSICAL, MENTAL, OR DEVELOPMENTAL DISABILITY? | NO |
| 7 | DO YOU HAVE A CURRENT OR PRIOR CONVICTION OF SEXUAL OFFENSE/ABUSE AGAINST A CHILD OR ADULT? | NO |
| 8 | INMATE/RESIDENT APPEARS TO BE PHYSICALLY, DEVELOPMENTALLY, OR MENTALLY DISABLED. | NO |
| 9 | INMATE/RESIDENT HAS A SMALL BUILD OR APPEARS TO BE VULNERABLE. | NO |
| 10 | INMATE/RESIDENT APPEARS TO BE GENDER NON-CONFORMING. | NO |
| 11 | INMATE/RESIDENT APPEARS TO BE A LONER, INTROVERTED, OR NAIVE. | NO |
| 12 | INMATE/RESIDENT HAS A YOUTHFUL OR ELDERLY APPEARANCE WHICH MAY CONTRIBUTE TO VULNERABILITY. | NO |
| 13 | THIS IS THE FIRST TIME THE INMATE/RESIDENT HAS BEEN INCARCERATED.<br>Additional Information: FIRST INCARCERATION | YES |
| 14 | INMATE/RESIDENT HAS ONLY NON-VIOLENT OFFENSES OR INSTITUTION RECORD.<br>Additional Information: NON VIOLENT OFFENSES | YES |
| 15 | INMATE/RESIDENT IS BEING DETAINED SOLELY FOR CIVIL IMMIGRATION PURPOSES.<br>Additional Information: IMMIGRATION HOLD | YES |
| **SECTION II: PREDATORY HISTORY/RISK** | **NOT APPLICABLE** | |
| 16 | DO YOU HAVE A PREVIOUS CONVICTION OF SEXUAL ASSAULT OR ABUSE IN A PRISON OR JAIL? | NO |
| 17 | HAVE YOU RECEIVED A DISCIPLINARY SANCTION FOR SEXUAL ABUSE WHILE INCARCERATED IN A PRISON OR JAIL? | NO |
| 18 | DO YOU HAVE A CURRENT OR PRIOR CONVICTION OF SEXUAL OFFENSE/ABUSE AGAINST A CHILD OR ADULT? | NO |
| 19 | DO YOU HAVE A CURRENT OR PRIOR CONVICTION OF A VIOLENT OFFENSE AGAINST A CHILD OR ADULT? | NO |
| 20 | HAVE YOU RECEIVED A DISCIPLINARY SANCTION FOR VIOLENCE WHILE INCARCERATED IN A PRISON OR JAIL? | NO |
| 21 | INMATE/RESIDENT HAS A SECURITY THREAT GROUP AFFILIATION. | NO |
| **SECTION III: Discrepancies between the interview and the file review** | | |
| 22 | ARE THERE DISCREPANCIES BETWEEN THE INTERVIEW AND THE FILE REVIEW? | NO |

CCOG00043107

Exhibit 11 - Page 288

CONFIDENTIAL

## Appendix 2.2.A: ICE Custody Classification Worksheet

ICE Custody Classification Worksheet\*

| Part 1. Basic Information | | Initial | ✓ | Reclassification | | Special Classification | |
|---|---|---|---|---|---|---|---|
| Field/Sub Office: | SAN DIEGO | Facility: OMDC | | | Date: 06/21/2017 | | |
| Officer Name: | | Language(s) Used during the Interview: ENGLISH | | | | Interpreter line : | |

| Alien Number: | | | DOB: | | Gender: | ☐ F | ☑ M |
|---|---|---|---|---|---|---|---|
| Last Name: | | | | First Name: | | | |

| Part 2. Special Vulnerabilities and Management Concerns | |
|---|---|
| Does a Special Vulnerability exist? Inquire, observe, and review all documentation. If based on your assessment the vulnerability exists, select the appropriate boxes below. Also indicate whether there are other management concerns that may affect the custody decision. | ☐ Y ☑ N |

☐ serious physical illness
☐ serious mental illness
☐ disability
☐ elderly
☐ pregnancy
☐ nursing
☐ sole caretaking responsibility
☐ risk based on sexual orientation/gender identity
☐ victim of persecution/torture
☐ victim of sexual abuse or violent crime
☐ victim of human trafficking
☐ other (specify):

Provide further explanation as necessary:

*If any boxes are checked, consult with the local ICE Field Office regarding appropriate placement and other management considerations, and record the date and time of consultation here:*

CCOG00043109

Exhibit 11 - Page 290

CONFIDENTIAL

CCOG00043110

Exhibit 11 - Page 291

| Part 3. Custody Classification Worksheet | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Severity of Charge/ Conviction Associated with the ICE Encounter (Use Appendix 2.2.C Severity of Offense Scale) | | | | | | |
| | None IMMIGRATION | | | | | 0 | Enter the score here: |
| | Low | | | | | 2 | |
| | Moderate | | | | | 4 | |
| | High | | | | | 6 | 0 |
| | Highest | | | | | 7 | |

| 2 | Single Most Serious Conviction in the Individual's Criminal History (Excluding Item 1). list conviction regardless of time frame: | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | None | >15 Years | 10-15 Years | 5-10 Years | < 5 Years | Enter the score here: |

| | | | None | >15 Years | 10-15 Years | 5-10 Years | < 5 Years | |
|---|---|---|---|---|---|---|---|---|
| See Appendix 2.2.C | Highest | | 0 ✓ | 5 | 5 | 6 | 7 | |
| | High | | 0 ✓ | 5 | 5 | 6 | 6 | |
| | Moderate | | 0 ✓ | 1 | 2 | 3 | 4 | 0 |
| | Low | | 0 ✓ | 0 | 0 | 1 | 2 | |

| 3 | Additional Prior Convictions (Excluding Items 1 and 2) | | |
|---|---|---|---|
| | None | 0 | Enter the score here: |
| | 1-2 misdemeanors, no felonies | 1 | |
| | 3-4 misdemeanors, or 1 felony | 2 | 0 |
| | 5 or more misdemeanors, or 2 felonies | 4 | |

| 4 | Supervision History | | |
|---|---|---|---|
| | None | 0 | |
| | Walk-away or attempted escape from an unsecured facility, absconding, bond breach, violations of prior voluntary departure orders or conditions of supervision, or prior revocation of supervision | 3 | Enter the score here: 0 |
| | Escape or attempted escape from a secure facility | 7 | |

| 5 | Security Threat Group (STG) - List below | | |
|---|---|---|---|
| | The individual has no known membership or affiliation with an STG | 0 | Enter the score here: |
| | The individual is a member of an STG | 5 | 0 |

| 6 | History/Pattern of Violence (Two or more arrests most recent arrest) | | |
|---|---|---|---|
| | 15 or more years ago | 1 | |
| | Over 10 years and less than 15 years ago | 2 | Enter the score here: |
| | Over 5 years and less than 10 years ago | 3 | 0 |
| | Within the last 5 years | 5 | |

| 7 | Number of Sustained Disciplinary Infractions Involving Violence or Behavior Representing a Threat to the Facility (Institution(s)) List Offense Code (Greatest and/or High using Appendix 2.2 Disciplinary Offense Involving Violence or Behavior Representing a Threat to the facility): | | |
|---|---|---|---|
| | None | 0 | |
| | One | 2 | Enter the score here: |
| | Two | 4 | |
| | Three or more | 6 | 0 |
| | Check if data not available: | ✓ | |

| Total Custody Classification Score 0 | | | |

CCOG00043111

Exhibit 11 - Page 292

CONFIDENTIAL

CCOG00043112

Exhibit 11 - Page 293

| | Custody Level Guideline Ranges | | |
|---|---|---|---|
| | If the person has no violent conviction for a violent offense, use this table. | | If the person has a conviction for a violent offense, use this table. |
| 0 | Low Custody | 0-2 | |
| | Medium-Low Custody | 3-5 | |
| | Medium-High Custody | 6-11 | 0-6 |
| | High Custody | 12+ | 7+ |

If the Officer makes a custody recommendation outside of the custody level guideline ranges above, provide the rationale and include aggravating/ mitigating circumstances that were considered in the decision:

| Recommendation Outside the Guideline Ranges | Low ☐ | Medium-Low ☐ | Medium-High ☐ | High ☐ |
|---|---|---|---|---|
| Officer Signature | | | Date | |

In the section below, check the custody level of the individual's housing assignment, following the guidance provided in the instructions, F. Housing Assignment.

For purposes of housing medium-custody individuals with low-or high level custody individuals, use the following guidelines:

Medium-Low may be housed with low custody individuals;

Medium-High may be housed with high-custody individuals; but,

Low custody individuals may never be housed with high-custody individuals, or medium custody individuals who have any history of assaultive or combative behavior.

If the individual is to be placed in administrative segregation, a copy of the administrative segregation order shall be immediately provided to the Field Office Director or his designee, as required by Standard 2.12 "Special Management Units."

| Final Housing Assignment Custody Level | Low ☑ | Medium-Low ☐ | Medium-High ☐ | High ☐ | Administrative ☐ |
|---|---|---|---|---|---|

| Supervisor Signature | ███████ | Date | 6/22/7 |
|---|---|---|---|

CCOG00043113

Exhibit 11 - Page 294

CONFIDENTIAL

CCOG00043114

Exhibit 11 - Page 295

CONFIDENTIAL



U.S. Immig . tion
and Customs
Enforcement

Enf      ement and Removal Operations

U.S. Department of Homeland Security
7488 Calzada De La Fuente
San Diego, CA 92154

## ICE Detainee Request Form
*(Peticion de Detenido)*

| | |
|---|---|
| Last Name: ▮▮▮▮ *(Apellido)* | First Name: ▮▮▮▮ *(Primer Nombre)* |
| Housing Unit/Pod: ▮ Room #: *10 4 D* *(Unidad letra de Unidad)* *(Habitacion)* | Alien #: ▮▮▮▮ *(Numero de Inmigracion)* |
| Docket/Deportation Officer: ▮▮▮▮ *(Oficial de ICE)* | Nationality: *SOMALIA* *(Nacionalidad)* |

☐ Who is my Deportation Officer?          Response: _____
   *(Quien es mi oficial de deportacion?)*
☐ When is my next court date?              Response: _____
   *(Cuando sera mi proxima corte?)*
☐ When will I get deported?                Response: _____
   *(Cuando sere deportado?)*
☑ What is my case status?                  Response: _____
   *(Cual es el estado de mi caso?)*
☑ Other/Otros: *Dear Sir since the BIA reform my case to*
   *the immigration cou__ we have any information*
   *about the Classe give us information concerning*
   *o__ ___ __ of BIA reso...*
   *____ __.*

Detainee Signature: ▮▮▮▮
*(Firma del Detenido)*

Request Date: *07-15-2018*
*(Fecha de Solicitud)*

ICE Response:
*NO COURT DATE HAVE BEEN SET UP*
*AT THIS MOMENT CASE WAS REMANDED BACK TO*
*IMMIGRATION COURT. WHICH YOU ARE STILL*
*PENDING COURT DATE*

ICE Officer Name: ▮▮▮▮
            (Print)

ICE Officer Signature ▮▮▮▮

Date Received: **JUL 1 6 2018**    Request Number: *3234*    Date Responded: *0 7 | 16 | 2018*

Notice! You must fill out this form completely, or it will not be delivered to your Deportation Officer.
Aviso! Debe llenar esta forma completamente, o no sera entregada a su oficial de deportacion.

CCOG00043115

Exhibit 11 - Page 296

CONFIDENTIAL



U.S. Immigr~ ~ion
and Custom~
Enforcement

U.S.   rtment of HomelandSecurity
7488 Calzada De La Fuente
San Diego, CA 92154

## ICE Detainee Request Form
### (Peticion de Detenido)

Last Name:
(Apellido)

First Name:
(Primer Nombre)

Housing Unit/Pod: **J**   Room #: *101-D*
(Unidad letra de Unidad)   (Habitacion)

Alien #:
(Numero de Inmigracion)

Docket/Deportation Officer:

Nationality: *Somalia*
(Nacionalidad)

Oficial de ICE)

☐ Who is my Deportation Officer?   Response: _____
   (Quien es mi oficial de deportacion?)
☐ When is my next court date?   Response: _____
   (Cuando sera mi proxima corte?)
☐ When will I get deported?   Response: _____
   (Cuando sere deportado?)
☒ What is my case status?   Response: _____
   (Cual es el estado de mi caso?)
☐ Other/Otros: *Dear sir since the BIA reform my case*
*to immigration cout. I didn't get any information*
*concerning my case. That why I am asking*
*for infor/information. I about to copy of Letter*
*I received lastly from BIA.*

*Thank you.*

Detainee Signature:

Request Date: *07/11/2018*
(Fecha de Solicitud)

(Firma del Detenido)

ICE Response:
*AT THIS MOMENT THE court HAS NOT SCHEDULED YOU FOR*
*THE NEXT COURT DOTE. YOUR CASE HAS BEEN TRANSFER*
*FROM THE BIA BACK TO US. NO SCHEDULE COURT*
*DATE FOR NOW*

ICE Officer Name:
(Print)

ICE Officer Signature:

Date Received: **JUL 16 2018**   Request Number: *3207*   Date Responded: *07/14/2018*

Notice! You must fill out this form completely, or it will not be delivered to your Deportation Officer.
Aviso! Debe llenar esta forma completamente, o no sera entregada a su oficial de deportatcion.

CONFIDENTIAL



**U.S. Immigration and Customs Enforcement**

*Enforcement and Removal Operations*

U.S. Department of Homeland Security
7488 Calzada del la Fuente
San Diego, CA 92158

## ICE Detainee Request Form
*(Peticion de Detenido)*

Last Name:
(Apellido)

First Name:
(Primer Nombre)

Housing Unit/Pod: __J__  Room #: _298B_
(Unidad letra de Unidad)  (Habitacion)

Alien #:
(Numero de Inmigracion)

Docket/Deportation Officer:
(Oficial de ICE)

Nationality: _SOMALIA_
(Nacionalidad)

☐ Who is my Deportation Officer?   Response: _____
(Quien es mi oficial de deportacion?)
☐ When is my next court date?   Response: _____
(Cuando sera mi proxima corte?)
☐ When will I get deported?   Response: _____
(Cuando sere deportado?)
☐ What is my case status?   Response: _____
(Cual es el estado de mi caso?)
☒ Other/Otros: _Dear Sir I need a copy of my Birth Certificate I delivered it Certificate I ... information I was sent original through mail and was lost I ICE Took it Thank you_

Detainee Signature:
(Firma del Detenido)

Request Date: _01/31/2018_
(Fecha de Solicitud)

ICE Response:
_I have attached the requested copies._  (

ICE Officer Name: _____ (Print)

ICE Officer Signature

Date Received: FEB 0 1 2018   Request Number: _478_   Date Responded: _2/1/18_

**Notice! You must fill out this form completely, or it will not be delivered to your Deportation Officer.**
**Aviso! Debe llenar esta forma completamente, o no sera entregada a su oficial de deportatcion.**

CONFIDENTIAL

CONFIDENTIAL

# REQUEST FOR ASSISTANCE

Inmate / Detainee name: ███████████ #: ███████ Unit: _P-206-B_

TO: _Counselor_ Date: _10/01/17_

SUBJECT: (state briefly the problem on which you need assistance) _I would like_
_to request to work in the_
_laundry. Thank you._

NOTE: If necessary, you may be interviewed in order to handle your request. Your failure to specifically state your problem
may result in no action being taken.

DO NOT WRITE BELOW THIS LINE

DISPOSITION / RESPONSE: _Assigned on Laundry Porter._

███████████  _10-2-17_
STAFF MEMBER DATE

602805-3036

CCOG00043121

Exhibit 11 - Page 302

CONFIDENTIAL

CCOG00043122

Exhibit 11 - Page 303

CONFIDENTIAL

# REQUEST FOR ASSISTANCE

Inmate / Detainee name: ███████  #: ███████  Unit: *P-206-A*

TO: *Case Manager*  Date: *09 - 01 - 2017*

SUBJECT: (state briefly the problem on which you need assistance) *I am asking for
assistance to be given a chance to work
in the kitchen. I requested several times
before but still waiting for response. I
am currently working as special details
which I don't get paid mostly. and I
need money to buy basic needs. I
will really be grateful for your
acceptance.
Thank you so much.*

NOTE: If necessary, you may be interviewed in order to handle your request. Your failure to specifically state your problem
may result in no action being taken.

### DO NOT WRITE BELOW THIS LINE

DISPOSITION / RESPONSE: _____

*See attachment*

*You're getting paid!*

███████████████

STAFF MEMBER

*9|8|17*

DATE

602605-3036

CONFIDENTIAL

CCOG00043124

Exhibit 11 - Page 305

CONFIDENTIAL

# REQUEST FOR ASSISTANCE

Inmate / Detainee name: ███████████  #: ███████  Unit: _L-206-A_

TO: _Manager unit_  Date: _16-08-2017_

SUBJECT: (state briefly the problem on which you need assistance) _____

_Please six I need to take a birth certificate in my bag._

_Thank you._

NOTE: If necessary, you may be interviewed in order to handle your request. Your failure to specifically state your problem may result in no action being taken.

### DO NOT WRITE BELOW THIS LINE

DISPOSITION / RESPONSE: _THIS IS ICE REQUEST. PLS CONTACT YOUR DEPORTATION OFFICER FOR A COPY OF YOUR BIRTH CERTIFICATE_

███████████████

STAFF MEMBER

_8-20-17_

DATE

602805-3036

CCOG00043125

Exhibit 11 - Page 306

CONFIDENTIAL

CONFIDENTIAL

## PROHIBITED PUBLICATION

**Facility Name:** OMDC

**Inmate Name:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **Inmate Number:** ▮▮▮▮▮▮▮

Publications listed on the facility's ban list or publications that contain pictures, depictions, illustrations, or information (as outlined below) will be denied when the content is extensive enough that removal of the affected pages will be overwhelmingly burdensome, will destroy the publication, or will modify the publication in any way that would endanger the safety and security of the facility, employees, and/or inmates/residents. The following publication is being denied:

**Publication Name:** "COMPLETE ENGLISH GRAMMAR RULES" - FARLEX INTERNATIONAL
AMAZON. COM

Is this publication on the facility's ban list: ☐ Yes ☒ No

Contents of Publication That Support Denial (Check All That Apply):

☐ Inciting, aiding, or abetting riots, work stoppages, or means of resistance

☒ Sending/receiving of contraband - NO PACKAGE AUTHORIZATION ON FILE - PLEASE

☐ Gang information (to include codes, signs, symbols, training material, etc.) - PLEASE SUBMIT INE

☐ Terrorism information

☐ Functionality of locks and/or security devices (e.g. cameras, alarms) or how to bypass or defeat the security functions of these devices

☐ Use of hands, feet, or head as weapons, fighting weapons and techniques, self-defense and martial arts

☐ Drug paraphernalia, brewing of alcoholic beverages, or the manufacture or cultivation of drugs, narcotics, or poisons

☐ Racism and/or religious oppression and the superiority of one race/religion/political group over another, and/or the degradation of one race/religion/political group by another

☐ Sale, manufacture, concealment, or construction of ammunition, guns, rifles, bombs, explosives, or any other type weaponry

☐ Sabotage or disruption of computers, communications, or electronics

☐ Identity theft

☐ Escape methods (e.g. blueprints, drawings, road maps, or descriptions of a correctional facility, etc.)

☐ Survival skills that could be used as an aid to eluding capture following an escape

☐ Obscene material

☐ Publications which encourage deviate sexual behavior which is criminal, in violation of facility rules, detrimental to the rehabilitation of inmates/residents or determined by the Warden or designee to be detrimental to the safety and security of the facility (these materials include, but are not limited to, pictures, drawings, or photographs which display or suggest vaginal, rectal, or oral penetration by a person or object, ejaculation, bestiality, sadistic or masochistic behaviors, child pornography, or the suggestion of child pornography

☐ Gambling strategies and other gambling-related material

☐ Patterns for tattoos and/or skin modification equipment which would provide, at a minimum, visual aids for inmates/residents wishing to reproduce this type of body ornamentation and/or equipment

☐ Contents that include cipher or code or instruct on the usage of codes

☐ Acts of violence, that cause or intend to cause, serious criminal injury or harm such as murder, rape, sexual assault, and cruelty to animals

☐ Graphic violence that includes amputation, decapacitation, dismemberment, or mutilation, maiming or disfigurement 4/2/18

**Form Completed By:**

**Printed Name:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **Date:** 03/2?/18

Attached to this form is a 16-1H Correspondence/Items/Publication Appeal form. You have seven (7) calendar days from receipt to appeal.

Original: Inmate/Resident
Copy: Mail Room File

*Complete Sent book out 4/2/18*

10/28/09

Proprietary Information – Not For Distribution – Copyrighted          Property of Corrections Corporation of America

CCOG00043128

Exhibit 11 - Page 309

CONFIDENTIAL

16-1H

# CORRESPONDENCE/PUBLICATIONS APPEAL

| | | | |
|---|---|---|---|
| Facility Name | OTAY MESA DETENTION CENTER | | |
| Inmate Name | [redacted] | Inmate Number | [redacted] |

**What was denied (Check One)?**

☐ Correspondence (Attach copy of the 16-1E) ☒ Publication (Attach copy of the 16-1G)

**State Reason for Appeal (Attach additional pages if necessary):**

[illegible handwriting]

2/3/18

| | |
|---|---|
| Signature | X [redacted] |
| Date | X 04-05-2018 |

*This section to be completed by facility employees:*

**Warden or Asst. Warden's Response (Attach additional pages if necessary):**

Complete Sent book Out

04/02/18

[redacted]

**Disposition of Appeal:** ☒ Approved ☐ Denied [redacted]

| | |
|---|---|
| Signature | [redacted] |
| Date | [redacted] 4/3/18 |

**Prohibited correspondence was returned to the sender. Prohibited publications will be destroyed by facility staff.**

Original: Inmate/Resident
Copy: Sender (for correspondence only)
Copy: Mail Room File

10/29/09

**Proprietary Information – Not For Distribution – Copyrighted**

**Property of Corrections Corporation of America**

CONFIDENTIAL

CCOG00043130

Exhibit 11 - Page 311

CONFIDENTIAL

## PROHIBITED ITEMS

| Facility Name: | Otay Mesa Detention Center | |
|---|---|---|
| Inmate Name: | ███████████ | Inmate Number: ███████████ |

This is to inform you that prohibited items to/from the following individual have been discovered with your correspondence:

| Name | |
|---|---|
| Address | ███████████ |
| City | ███████ | State | MT | Zip Code | 04240 |

List of Prohibited Items Received:

Mailing Stamps.

Form Completed By:

| Printed Name | ███████████ | |
|---|---|---|
| Signature | | Date | 09/13/17 |

*This section to be completed by the inmate/resident for prohibited items received.*

☑ I request the prohibited items to be destroyed
☐ I request the prohibited items to be picked up by my visitor (I understand Warden or designee approval is required for this option)
☐ I request to pay for the prohibited items to be mailed to the following address:

| Name | |
|---|---|
| Address | |
| City | | State | | Zip Code | |

| Inmate Signature: | ███████ | Date: | 09/13/17 |
|---|---|---|---|

NOTE: In the event a disposition has not been received within thirty (30) calendar days and no pending grievances or other hold notices exist, the prohibited items will be destroyed.

*This section to be completed by facility employees:*

For items requesting to be destroyed or for items where no disposition indicated within thirty (30) calendar days of notice:

Are there any pending appeals, grievances, or other hold notices for the prohibited item? ☐ Yes ☐ No
If yes, do not destroy the prohibited items until a final disposition has been reached.

Destruction Information:

| Date of Destruction | | Time of Destruction | |
|---|---|---|---|
| Employee Signature | | | |
| Employee Signature | | | |

For items requesting to be picked up by visitor:

☐ Approved ☐ Disapproved

| Warden or Designee Signature | | Date: | |
|---|---|---|---|

For items requesting to be mailed out:

| Mailed By: | | Date Mailed | |
|---|---|---|---|

Original: Inmate/Resident    RTS SENDER
ct: Mail Room File           ht STINK9A

Information – Not For Distribution – Copyrighted

Property of Corrections Corporation of America

10/28/09

CONFIDENTIAL

CCOG00043132

Exhibit 11 - Page 313

CONFIDENTIAL

## CORRESPONDENCE/PUBLICATIONS APPEAL

**Facility Name:** OMDC

**Inmate Name:** ▮▮▮▮▮▮▮▮▮     **Inmate Number:** ▮▮▮▮▮▮▮

**What was denied (Check One)?**

☐ Correspondence (Attach copy of the 16-1E)    ☐ Publication (Attach copy of the 16-1G)

**State Reason for Appeal (Attach additional pages if necessary):** prohibited items IV-1F

*(handwritten:)* APPeal RTS 1455P 17

*(handwritten:)* NO APPeal RTS 1455P 17

**Signature** (X) ▮▮▮▮▮▮

**Date** (X) 8/4/17

*This section to be completed by facility employees.*

**Warden or Asst. Warden's Response (Attach additional pages if necessary):**

**Disposition of Appeal:** ☐ Approved ☐ Denied

**Signature**

**Date**

Prohibited correspondence was returned to the sender. Prohibited publications will be destroyed by facility staff.

Original: Inmate/Resident
Copy: Sender (for correspondence only)
Copy: Mail Room File

10/28/09

Proprietary Information – Not For Distribution – Copyrighted     Property of Corrections Corporation of America

CCOG00043133

Exhibit 11 - Page 314

CONFIDENTIAL



CONFIDENTIAL

20-4J

## RELIGIOUS DIET AGREEMENT

Inmate/Resident's Name: ▓▓▓▓▓▓▓▓▓▓▓ Number: ▓▓▓▓▓▓▓

Facility: _O.M.D.C._

Inmate/Resident's Religion: _ISLAM_

By signing this agreement, I confirm that continuing participation in the Religious Diet Program requires compliance with rules associated with the program.

Having requested and been approved for participation in the Religious Diet Program, I understand that I will receive a diet as described below. I understand the facility's Food Service staff will make every effort to meet my dietary needs and that menus will be prepared and evaluated by appropriate staff.

I understand I have the responsibility to participate in the Religious Diet Program by presenting myself to receive my Religious Diet Tray/Meal as directed by the Food Service Schedule. I understand that I am to present my Identification (ID) and sign for my Religious Diet Tray/Meal at the time I receive it. I understand that my failure to pick up my Religious Diet Tray/Meal creates an administrative and cost burden for the facility and undermines the overall Religious Diet Program. I further understand that I may be subject to removal from the Religious Diet List when facility personnel determine that my failure to comply with this agreement is interfering with the orderly administration of the Religious Diet Program and/or the facility Food Service Program.

I further understand that eating from the regular food line is a violation of the Religious Diet Program unless my Religious Diet and the regular menu are one and the same for that meal. Facility personnel will monitor my participation to ensure the orderly administration of the Food Service Program and will document instances of non-compliance.

I understand that purchases I make from the Commissary of items that are inconsistent with my Religious Diet may result in my being removed from the Religious Diet Program. If I am removed from the Program, I understand that I will be required to re-apply for participation in the Religious Diet Program, and that reinstatement may take up to thirty (30) days due to the administrative process necessary to review and evaluate my request.

If I am removed from the Religious Diet Program for cause (violation of my Religious Dietary Laws/Requirements), I may request to be reinstated by submitting to the Chaplain a new 20-4D Request for Religious Diet. I recognize that reinstatement may take up to thirty (30) days due to the administrative process necessary to review and evaluate my request. I also understand that repeated removals may lead to my being required to wait six (6) months before applying for reinstatement.

I understand that I may request, in writing, to withdraw from the Religious Diet Program and thus be removed. If I desire reinstatement after a voluntary removal, I may request to be reinstated after a period of six (6) months.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                                   7-6-17
  Inmate/Resident's Signature                                        Date

Staff Name: ▓▓▓▓▓▓▓▓                     Title: _CHAPLAIN_

                                                                     7-6-17
  Signature of Staff Witness                                         Date

cc: File

Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

08/20/16

CONFIDENTIAL

CCOG00043136

Exhibit 11 - Page 317

## Appendix 4.1.A: Authorization for Common Fare Participation

Name of detainee:

_____  A-number: _____

I hereby request authorization to participate in the Common Fare Program. I agree to comply with the program requirements. I understand that if I am observed consuming mainline foods or violating other program requirements, I may be removed from program participation and will not be eligible for immediate reinstatement. Repeated program violations may result in removal from the program for up to one year. I further understand that the same conditions for reinstatement may apply if I voluntarily withdraw from the program for any reason.

I understand that I must have a recorded religious preference in order to be eligible for the program and that I must provide a written reason for requesting to participate in the religious diet program.

Religious preference: ___ISLAM___

Specific reason for wanting to participate in the Common Fare Religious Diet Program:

HALAL .

Signature of detainee:

_____  A-number: _____

Date: _7-6-17_ .

Signature of Chaplain:

_____

Date: _7-6-17_

Record Copy—Detainee Detention File: Copy - Chaplaincy File; Copy—Detainee

4.1 | Food Service                          228                          PBNDS 2011

CCOG00043137

Exhibit 11 - Page 318

CONFIDENTIAL

CCOG00043138

Exhibit 11 - Page 319

# REQUEST FOR ASSISTANCE

Inmate / Detainee name: ███████  #: ███████  Unit: P-206-A

TO: _Manage unit_  Date: 02/07/2017

SUBJECT: (state briefly the problem on which you need assistance) _____

_Please I need HALAL food_

_be cause I am a Muslim_

NOTE: If necessary, you may be interviewed in order to handle your request. Your failure to specifically state your problem may result in no action being taken.

DO NOT WRITE BELOW THIS LINE

7/5/2017

DISPOSITION / RESPONSE: _____

OK (H)
Begin 7-7-17 lunch
approved ah plan

STAFF MEMBER ███████  DATE 7-6-17

602805-3036

CONFIDENTIAL

8-5A

**CORRECTIONS CORPORATION OF AMERICA**
**DOCUMENTATION OF INMATE/RESIDENT WORK PLACE SAFETY ORIENTATION**

Assigned Work Place: _Kitchen_

I have been provided all necessary information regarding those hazardous materials, chemicals, and personal protective equipment (PPE) which I may come in contact with in the performance of my assigned job duties.

_____
Inmate/Resident's Printed Name

_____
Inmate/Resident's Number

_____
Inmate/Resident's Signature

_____
Signature of Staff Conducting Orientation

_12/19/2017_
Date

**NOTE:** Completion of this form is required in each area/department that the inmate/resident is assigned to work.

Proprietary Information – Not For Distribution – Copyrighted
Property of Corrections Corporation of America

10/06

CCOG00043141

Exhibit 11 - Page 322

CONFIDENTIAL

CONFIDENTIAL

11-1E

## Inmate/Resident Pre-Assignment Training Record

Inmate Name / **Nombre del Confinado:** ▮▮▮▮▮▮

Inmate Number / **Numero de Registro:** ▮▮▮▮▮▮     LABEL

Date Hired / **Fecha de Inicio:** _12/19/2017_

- ☑ Job Description Review
  **Descripcion del Trabajo**

- ☑ Food Service Department Rules & Regulations
  **Reglas & Regulaciones del Departamento del Servicio de Comida**

- ☑ Food Safety
  **Comida Saludable**

- ☑ Accident Prevention
  **Prevencion de Accidentes**

- ☑ Use of Safety Equipment
  **Uso del Equipo de Seguridad**

- ☑ Chemical Usage
  **Uso de los Quimicos**

- ☑ Floor Care
  **Cuidado del Piso**

- ☑ Sanitation & Hygiene Issues
  **Limpieza y Higiene**

- ☑ Food Service Space and Equipment – Proper Operation and Cleaning
  **Equipo y Espacio del Servicio de Alimentos – Limpieza y Operacion
  Adecuada**

- ☐ Other / **Otro:**
- ☐ Other / **Otro:**
- ☐ Other / **Otro:**
- ☐ Other / **Otro:**
- ☐ Other / **Otro:**

I certify that I have received the training listed above and am responsible for performing my work duties as trained.

Yo certifico que he recibido el entrenamiento que esta en el listado de arriba y soy responsable de hacer el trabajo basado en el entramiento.

▮▮▮▮▮▮                                          _12/19/2017_
Inmate/Resident Signature          Inmate/Resident Number          Date

▮▮▮▮▮▮                              _12-19-17_
Signature of Staff Trainer                     Date

Proprietary Information – Not For Distribution – Copyrighted - Property of CCA

3/11/11

CCOG00043143

Exhibit 11 - Page 324

CONFIDENTIAL

CCOG00043144

Exhibit 11 - Page 325

## CANTEEN CORRECTIONAL SERVICES
## INMATE WORKER SERVICE SAFETY LIST

- Keep all perishable foods at 40 degrees F. or below until ready to use.
- Keep all cold food cold 40 degrees F. and below and all hot food hot, 140 degrees F. and above.
- Do not place cooked food on shelves under raw meat. Raw meat must always be stored on bottom shelves.
- Do not use any food if there is a doubt about its freshness or wholesomeness.
- Discard all food dropped on the floor after consulting with your immediate supervisor.
- *Slice, dice, chop and mince on a clean sanitized cutting* board. Cut away from yourself when using a peeler.
- When opening can foods, avoid touching the rim.
- Follow all job procedures. Never short cut approved procedures.
- Use the proper equipment for the job ensuring that it is in good condition.
- *Follow instructions or warning labels on all toxic and flammable* materials. Keep work areas clean and clutter free.
- Observe restricted areas, such as "No Smoking" or "Authorized Personnel Only".
- Report all unsafe conditions to your immediate supervisor.
- Watch where you are going at all times, especially through doorways, busy isles and around comers.
- Keep isles, halls and walkways free from clutter, electrical cords, and hoses.
- *Pull; do not push carts through doorways.*
- Turn down heat once food starts boiling to avoid boiling over.
- Potholders save you from burns. Keep them near the stove or oven. While using potholders keep them away from open flames.
- Turn off oven or stove when cooking process is finished.
- Put plug into electrical appliance, then into wall outlet when using electrical appliance. (Note: Do not let plug or extension cord rest on the floor. When finished, remove the plug from the wall outlet ad then from the appliance). Pull the plug, not the cord when unplugging an appliance.
- Do not touch an electrical appliance with wet hands.

Inmates Signatures: ███████████          Date: 12/19/2017

Trainer/Manager's Signature: ███████████          Date: 12-19-17

LABEL

## CANTEEN CORRECTIONAL SERVICES

### INMATE KITCHEN WORKER HYGIENE AND GROOMING STANDARDS

Report to work in a clean uniform as specified by the correctional facility.

Hair restraints are to be worn at all times in the production, storage, and serving areas.

Jewelry is not to be worn, other than a watch, wedding ring or stud earrings.

Practice personal cleanliness:
- Take a bath or shower daily
- Brush your teeth at least twice a day
- Use a deodorant
- Wash hair at least once a week and keep it neat
- Keep nails clean, neat and well-trimmed
- Wear clean undergarments daily

Avoid touching your face, hair or nose. Do not scratch, pick sores or work with open wounds.

Wash hands frequently and every time after having performed one of these activities:
- Visiting the toilet
- Coughing or sneezing into hands or handkerchief
- Touching your face, nose or hair
- Smoking: the saliva from the butt of the cigarette or cigar will contaminate hands
- Handling boxes, crates, packages
- Handling garbage
- Handling anything soiled

Report to your supervisor when you have been injured, including minor injuries such as cuts and burns. Report any skin eruptions, boils and the like.

Report to your supervisor any illness of the respiratory system (head colds, etc.) and intestinal disorders, such as diarrhea.

Keep hands and fingers out of food; do not taste food with your fingers; use a clean tasting spoon each time.

As much as possible, use utensils for preparing food. Use tongs, spoon, forks, etc., for handling ice, butter (Oleo) rolls, breads, etc., instead of using hands. Be sure all utensils are clean before using.

Observe the "No Smoking" rule in all food preparation and service and storage areas.

Avoid touching parts of dishes, trays, and utensils that will come in contact with food.

If food must be manipulated by hand, use plastic disposable gloves. Dispose of used gloves.

I HAVE READ, UNDERSTAND, AND AGREE TO ABIDE BY THE ABOVE STATED STANDARDS TO THE BEST OF MY ABILITY.

INMATE SIGNATURE: _____ DATE: _____

TRAINER/MANAGER'S SIGNATURE: _____ DATE: /2-19-17

C10

CCOG00043146

Exhibit 11 - Page 327

## CANTEEN CORRECTIONAL SERVICES
## INMATE AGREEMENT CONTRACT

DATE: _12/19/2017_

I, █████████████ agree to abide by and follow any and all rules and regulations set by the CANTEEN Company and or any regulatory agency governing to operations of the Food Service Department.

1. I will perform duties as listed and described on any Job Description and any additional work assigned to me by a Food Service Supervisor to the best of my ability.
2. I will work the times assigned me as scheduled by the Food Service Department.
3. I will eat only during designed break times, set by the Food Service Department.
4. I will eat off the service line only those items and portions served to the General Population, unless assigned a special diet or unless permitted by a Food Service Supervisor.
5. I will not be in possession of, nor will I cook or prepare items which are not designated menued items for that particular meal for myself or others, unless directed to do so by a Food Service Supervisor.
6. I will not eat, drink, or smoke in any food preparation area, dish room, or food storage areas.
7. I am not allowed in the Food Service Department Office unless authorized by the Site Manager.
8. I will not attempt to nor remove any food items, supplies, or equipment from the Food Service Building unless directed to do so by Food Service Supervisor.
9. I will take breaks only when scheduled or approved by a Food Service Supervisor.
10. I will not bring any personal property into the kitchen or dining facility, including radios, stereos, games, cards, etc.
11. I will not enter the Food Service Department kitchen at unscheduled times, unless called for or authorized by a Supervisor.
12. I will wear clean kitchen whites and appropriate hair coverings at all times while in any food preparation, dish room or food storage areas.
13. I understand that by not complying with these and other rules and regulations listed and described in the *San Diego Correctional Facility Inmate/Detainee Admission and Orientation Handbook*, it could result in disciplinary action, loss of good time and or loss of my job.
14. I understand that I shall be evaluated on my job performance on a monthly basis, which could effect, pay, promotions, demotions or loss of job.

JOB: _utility_

Inmate Name █████████████          █████████████
       Last         First        M.I.        D. O.C.#

SIGNATURE                            _12/19/2017_
                                    DATE

FOOD SERVICE SUPERVISOR: ████████████  _Spring_
              Last         First     MI      Title

                                      _12-19-17_
SIGNATURE                             DATE

C1                       LABEL

CCOG00043147

Exhibit 11 - Page 328

## CANTEEN CORRECTIONAL SERVICES
## INMATE WORKER KITCHEN RULES

1. Inmate must report to work in the proper uniform. Hair restraints supplied by Canteen Correctional Services must be worn working in the kitchen and during the meal service period.
2. Inmate kitchen workers must be clean and fingernails must be trimmed and clean.
3. Plastic gloves must be worn when handling any food during the various *preparation* and *cooking stages* and *during the serving of food*.
4. There is to be no smoking in any food preparation, storage, or service area. Smoking is allowed only in designated areas.
5. No sitting on the worktables or other equipment is allowed.
6. Horseplay and/or fighting will not be tolerated.
7. There will be no eating in the kitchen except at your scheduled mealtime and in the designated break or eating area.
8. There will be no drinking in any food preparation area. All beverages are to be consumed in the designated break or eating area.
9. *Leaving the kitchen area with food, beverages or utensils* without permission is prohibited.
10. No inmate is permitted a double portion of food.
11. Playing with tools or equipment is prohibited.
12. Only one inmate will be permitted to use the restroom at a time.
13. The use of foul or abusive language in the kitchen is prohibited.
14. Inmates working with knives or utensils are not permitted to leave the work area with those items.
15. Inmates are not allowed to serve themselves.
16. Inmates are expressly forbidden to leave the kitchen and/or department without first obtaining permission from the Canteen Supervisor.
17. Inmates on the serving line must be polite to the inmates they are feeding.
18. No inmate is permitted to operate any equipment without being trained by an employee of Canteen Correctional Services.
19. No inmate is allowed in any office area without permission.

Inmate Signature: ███████████████████ Date: 12/19/2017

Trainer/Manager's Signature: ███████████████ Date: 12-19-17

C2

CONFIDENTIAL

---

### CANTEEN CORRECTIONAL SERVICES          JOB DESCRIPTION

---

Our mission is to: Provide wholesome hot meals in a timely manner and in accordance to the established menu, to all residents and staff of San Diego Correctional Facility every day of the year.

### SANITATION WORKER

PURPOSE:          To maintain a clean and sanitary kitchen in a correctional food service program.

DUTIES:

A. The *Sanitation Worker* in the area of "Sanitation" will:
1. Check cleaning schedule daily.
2. Assist in the cleaning of all areas of the kitchen.
3. Use only authorized cleaning chemicals.
4. Clean and sanitize equipment per written instructions.
5. Sweep and mop floors as required throughout the day.
6. Keep trash containers emptied.
7. Clean restrooms, hand sinks, and break areas at designated times.
8. Clean walls, ceilings and other areas with proper cleaning equipment.
9. Keep all cleaning chemicals away from food area.
10. Follow instructions from staff personnel in the cleaning and sanitizing of the kitchen.
11. Assist in any other duties deemed necessary by food service.

B. The *Sanitation Worker* in the area of "Equipment Usage" will:
1. Completely understand the operation and safety procedures of all cleaning equipment.
2. Make sure that equipment is in the proper working condition at all times.
3. Place cleaning equipment in the proper working condition at all times.
4. Assist in any other duties deemed necessary by food service.

*"All kitchen workers will wear hair restraints, etc. while in the kitchen and gloves when handling food."*

Print Name: ▮▮▮▮▮▮▮▮          A#: ▮▮▮▮▮▮▮▮

Signature: ▮▮▮▮▮▮▮▮          Date: 12/19/2017

### LABEL

C11

CCOG00043149

Exhibit 11 - Page 330

CONFIDENTIAL

## CANTEEN CORRECTIONAL FOOD SERVICES

### INMATE JOB DESCRIPTION

| | |
|---|---|
| **JOB TITLE:** | UTILITY |
| **WORK AREA:** | KITCHEN |
| **NORMAL WORK HOURS:** | AM Shift or PM Shift. Shift will be assigned by Food Service Manager. |
| **PAY SCALE:** | GRADE UNSKILLED |

**CAPSULE JOB DESCRIPTION:** Assist in cleaning and sanitation of all areas in the kitchen. Must be in Utility position for a minimum of 90 and have three (3) evaluations of 2.5 or above to stay in position.

**SPECIFIC WORK DUTIES:**

1. Clean and sanitize all hot carts, segregation carts, and cambro carts when they are returned to the kitchen.
2. Clean and sanitize all dry storage racks and tray carts.
3. Clean and sanitize baking racks.
4. Keep kitchen floor swept and mopped at all times.
5. Keep floor drains clean.
6. Empty and wash out trash containers, as needed.
7. Assist in trash runs to dispose of trash.
8. Wash and sanitize walls, walk-ins, freezer doors, and tables, etc.
9. Follow all safety instructions and posted operational rules.
10. Any other duties asked of you by Food Service Staff.

**SPECIAL REQUIREMENTS:** Medical Clearance must be able to lift 40 lbs.

**TERMINATION:**

1. Failure to follow Safety Procedures.
2. Failure to follow Supervisor's instructions.
3. Excessive absenteeism.
4. Misconduct, horseplay, etc.
5. Theft
6. Unsatisfactory work performance.

**NOTE:** These are not all of your work duties; other duties may be assigned as deemed necessary.

| | |
|---|---|
| **PRINT NAME:** | **NUMBER:** |
| **OFFENDER SIGNATURE:** | **DATE:** 12/28/2017 |
| **SUPERVISOR:** | **DATE:** 12-19-17 |

C12

CCOG00043150

Exhibit 11 - Page 331

CONFIDENTIAL

## CANTEEN CORRECTIONAL SERVICES
## INMATE TRAINING
## LESSON PLAN

LABEL

### COURSE TITLE: KITCHEN EQUIPMENT

**Lesson Title: Safety Precautions (all equipment)**

Course Objective: To instruct inmate workers on the following safety guidelines for all kitchen equipment.

Equipment/Supplies Required: Slicer or Mixer to be used in demonstration.

Lesson Tools: Presenter Demonstrations/Lecture

Safety precautions must be observed and proper maintenance and cleaning must be consistently applied in order to keep equipment functioning properly and to prevent injury or accidents. Observe the following safety guidelines when working with any kitchen equipment.

1. Obtain proper instruction in the machine's safe operation. Do not be afraid to ask questions.
2. First turn off and then unplug electrical equipment before assembling or breaking down the equipment for cleaning.
3. Use all safety features: Be sure that lids are secure, hand guards are used, and the piece of equipment is stable.
4. Clean and sanitize the equipment thoroughly after each use.
5. Be sure that all pieces of equipment are properly reassembled and left unplugged after each use.
6. Report any problems or malfunctions promptly to your supervisor.

Presenter uses a particular piece of equipment to demonstrate safety features, break down, and set-up.

C8

CCOG00043151

Exhibit 11 - Page 332

CONFIDENTIAL

CANTEEN CORRECTIONAL SERVICES
INMATE TRAINING
LESSON PLAN

## COURSE TITLE: KITCHEN EQUIPMENT

**Lesson Title: Kettles and Steamers – THE BASICS**

Course Objective: To instruct the inmate on the various pieces of equipment listed above.

Equipment/Supplies Required: Demonstrator to lecture at each piece of equipment listed above point out its features and explain what it does.

Lesson Tools: Presenter Demonstrations/Lecture

Kettles and steamers enable a chef to prepare large amounts of food efficiently, since the heat is applied over a much larger area than is possible when a single burner is used. Cooking times for dishes prepared in steamers and large kettles are often shorter than for those prepared on a range top.

STEAM-JACKET KETTLE – This freestanding or tabletop kettle circulates steam through the walls of the jacket, providing even heat. Units vary: they may tilt, may be insulated and may have spigots or lids. Available in a range of sizes, these kettles are excellent for producing stocks, soups and sauces, as well as some casserole items. They are generally made of stainless steel and sometimes have specially treated non-stick surface. Gas or electric models are available.

TILTING KETTLE – This large, relatively shallow freestanding unit is used for braising, stewing and a hot of other cooking processes. Most tilting kettles have lids, allowing for steaming, as well. They are usually made of stainless steel and are available in gas or electric models.

PRESSURE STEAMER – Water is heated under pressure in a sealed compartment, allowing it to reach higher than boiling temperature (212 degrees F.) The cooking time is controlled by automatic timers, which open the exhaust valves at the end. The doors cannot be opened until the pressure has been released.

CONVECTION STEAMER – The steamer generated in a boiler and then piped to the cooking chamber, where it is vented over the food. Pressure does not build up in the unit; it is continuously exhausted, which means the door may be opened at any time without danger of scalding or burning.

C5

CCOG00043152

Exhibit 11 - Page 333

CANTEEN CORRECTIONAL SERVICES
INMATE TRAINING
LESSON PLAN

### COURSE TITLE: KITCHEN EQUIPMENT

Lesson Title: Stoves, Ranges and Ovens — THE BASICS

Course Objective: To instruct and demonstrate to the inmate workers the various pieces of equipment listed above.

Equipment/Supplies Required: Demonstrator to lecture at each piece of equipment listed above, point out its features and explain what it does.

Lesson Tools: Presenter Demonstrations/Lecture

It is difficult to imagine a kitchen without a stove. The stove top is known as the range; the oven is usually below the range. There are a number of different variations on this standard arrangement, however, just as there a number of different range tops and ovens available today.

RANGES — Gas or electric ranges are available in many sizes with various combinations of open burners, flattops (not to be confused with griddle units), and ring tops. Open burners and ring tips supply direct heat, which is easy to change and control. Small units known as candy stoves or stockpot ranges have rings of gas jets that allow for excellent heat control. Flat-tops provide indirect heat, which is more even and less intense than direct heat. Foods that require long, slow cooking, such as stocks, are more effectively cooked on a flat-top.

Open Burner — This is an individual grate-style burner that allows for easy adjustment of heat.

Flat-Top — This consists of a thick plate of cast-iron or steel set over the heat source. Flat-tops give relatively even and consistent heat but do not allow for quick adjustment of temperature.

Ring Top — This is flat-top with concentric rings or plates that can be removed to widen or close the opening, supplying more or less direct heat.

Induction Burner — This is a relatively new technology based on the transference of an electric current into a magnetic vibration. It is the vibration that heats the pan as it sits on the top of the burner. The food is cooked via heat transferred from the pan while the burner itself stays cool. All pans used on this type of burner must be made of steel or iron; copper and aluminum cookware will not respond to this type of process.

C3

CONFIDENTIAL

## CANTEEN CORRECTIONAL SERVICES
## INMATE TRAINING
## LESSON PLAN

### COURSE TITLE: KITCHEN EQUIPMENT

Lesson Title: Stoves, Ranges and Ovens – THE BASICS (Page 2)

OVENS – Ovens cook foods by surrounding them with hot air, a gentler and more even source of heat than the direct heat of a burner. Many types of roasted and baked food are prepared in ovens. Delicate foods, such as custards, are also cooked in an oven usually in a hot water bath (bain-marie). Different ovens are available to suit a variety of needs, and both the establishment's menu and its available space should be evaluated before determining what type and size oven to install.

Convection Oven – Hot air is forced through fans to circulate around the food, cooking it evenly and quickly. Some convection ovens have the capacity to introduce steam. They are available in gas or electric models, in a range of sizes, with stainless steel interiors and exteriors, and glass doors. Special features may include infrared and a convection-microwave combination.

Conventional Oven – The heat source is located on the bottom, underneath the deck, or floor, of the oven. Heat is conducted through the deck into the cavity. Conventional ovens can be located below a range top or as individual shelves arranged one above another. The latter are known as deck ovens, and the food is placed directly on the deck, (in a pan), instead of on a wire rack. Deck ovens usually are gas or electric, although charcoal and wood burning units are also options. The basic deck oven is most often used only for roasting, but several variations are available for other purposes. Additional styles of ovens include pizza ovens, rotary ovens, conveyor ovens and rotating deck ovens.

Slow Cookers/Combi Stoves – These stoves have been used extensively in Europe and are becoming more common in this country. The stove cooks at low temperatures, and may also steam foods. It can be used for both cooking and holding them at the correct serving temperatures, making them desirable in a number of different instances (catering, banquets, large scale operations). Some versions of these stoves are capable of smoking foods, as well.

C4

CCOG00043154

Exhibit 11 - Page 335

CONFIDENTIAL

CANTEEN CORRECTIONAL SERVICES
INMATE TRAINING
LESSON PLAN

**COURSE TITLE: KITCHEN EQUIPMENT**

Lesson Title: Griddles and Grills – THE BASICS

Course Objective: To instruct and demonstrate to the inmate workers the various pieces of equipment listed above.

Equipment/Supplies Required: Demonstrator to lecture inmate workers the various pieces of equipment (if available), listed above.

Lesson Tools: Presenter Demonstrations/Lecture

There are two other over/range features, the griddle and the grill that are part of the traditional commercial food service setup.

GRIDDLE – Similar to a flat-top range top, a griddle has a heat source located beneath a thick plate of metal, generally cast-iron or steel. The food is cooked directly on this surface. A griddle may be a gas or electric.

GRILLS, BROILERS AND SALAMANDER – In a grill, the heat source is located below the rack, in a boiler or salamander the heat source is above. Some units have adjustable racks, which allow the food to be raised or lowered to control cooking speed. Most units are gas, although electric units with ceramic "rocks" create a bed of coals, producing the effect of a charcoal grill. Salamanders are small broilers used primarily to finish or glaze foods.

C6

## CANTEEN CORRECTIONAL SERVICES
## INMATE TRAINING
## LESSON PLAN
## COURSE TITLE: KITCHEN EQUIPMENT

### Lesson Title: Grinding, Slicing and Pureeing Equipment – THE BASICS

Course Objective: To instruct the inmate on the various pieces of equipment listed above.

Equipment/Supplies Required: Demonstrator to lecture at each piece of equipment listed above, point out its features and explain what it does.

Lesson Tools: Presenter Demonstrations/Lecture

MEAT GRINDER – This is a freestanding machine or an attachment for a standing mixer. A meat grinder should have "dies" of varying sizes and in general will have a feed tray and pusher. The "dies" determine the coarseness of the grind, the smaller the holes in the "die" the finer the grind. All food contact areas should be kept clean.

VERTICAL CHOPPING MACHINE – This machine operates on the same principle as a blender. A motor at the base is permanently attached to a bowl with integral blades. As a safety precaution, the hinged lid must be locked in place before the unit will operate. The vertical chopping machine is used to grind, whip emulsify, blend, or crush foods.

FOOD CHOPPER (Buffalo Chopper) – The food is placed in a rotating bowl that passes under a hood, where blades chop the food. Some units have hoppers or feed tubes and interchangeable disks for slicing, and grating. Food choppers are in floor and tabletop models and are generally made of aluminum with a stainless steel bowl.

FOOD PROCESSOR – This is a processing machine that houses the motor separately from the bowl, blades, and lid. Food processors can grind, crush, knead, and, with special disks, slice, julienne, and shred foods.

FOOD/MEAT SLICER – This machine is used to slice foods in even thickness. A carrier moves the food back and forth against circular blade, which is generally carbon steel. There may be separate motors to operate the carrier and the blade. To avoid injury, all safety features incorporated in a food slicer, especially the hand guard, should be used.

C7

CONFIDENTIAL



J209



U.S. Immigration
and Customs
Enforcement

## Department of Health Inmate Food Handler's Certificate



| PATIENT NAME: | FACILITY: San Diego Contract Detention Facility - CCA |
|---|---|
| A: | SubID: |

New

### DEPARTMENT OF CORRECTIONS COPY

### RECEIPT OF NOTIFICATION OF
### PATIENT'S FOOD HANDLER CERTIFICATE



Electronically signed by:

07/04/2017 18:37

Print Name/Date/Time

I have reviewed patient's record and found (his) (her) general health to be satisfactory for assignment in food handling, preparation and service areas or in the bakery.

CONFIDENTIAL

DRAFT

Manifest No. 220351 (page 1 of 3)

TO:
ERO - Etowah, AL Sub Office

Please detain or release the following

ORDER TO □ Detain ☒ ALIEN

NAME OF FACILITY:
ETOWAH COUNTY JAIL (AL)

Nature of Proceedings

| NAME | POUCH NO. | AGE | SEX | NATIONALITY | BIRTHDATE Month/Date/Year | ALIEN NUMBER | CLS CODE | PREVIOUS REMOVAL Criminal History | FINS NUMBER |
|------|-----------|-----|-----|-------------|---------------------------|--------------|----------|-----------------------------------|-------------|
|  | 8G | 25 | M | SOMAL |  |  | LO | NC |  |
|  | 8D | 41 | M | MEXIC |  |  | ML | Larceny |  |
|  | 8C | 41 | M | MEXIC |  |  | ML | NC |  |
|  | 8D | 61 | M | INDIA |  |  | LO | Direct (door minimal idea) |  |
|  | 8G | 24 | M | MEXIC |  |  | LO | NC |  |
|  | 3 | 31 | M | MEXIC |  |  | HI | Smuggling Aliens |  |
|  | 8C | 46 | M | ELSAL |  |  | MH | Robbery |  |
|  | 16 | 24 | M | MEXIC |  |  | ML | Burglary |  |
|  | 2A | 53 | M | ELSAL |  |  | HI | Theft Transport Stole Of veh |  |
|  | 8G | 38 | M | SOMAL |  |  | LO | NC |  |

AM PHOTO ___

FINGERPRINTS ___

Signature Detention Officer, Sheriff or (Receiving Officer)          Date

/ Signature of Officer Requesting Action          Date   12/12/2018

Title          Station

Form I-203 Phila.    DEPARTMENT OF HOMELAND SECURITY- US IMMIGRATION AND CUSTOMS ENFORCEMENT

DRAFT

CONFIDENTIAL

CCOG00043160

Exhibit 11 - Page 341

CONFIDENTIAL

DRAFT

ORDER TO ☐ Detain ☐ ALIEN

**DRAFT**

TC:

ERO - Etowah, AL Sub Office

Please detain or release the following
Detain

NAME OF FACILITY:
ETOWAH COUNTY JAIL (AL)

Nature of Proceedings

| NAME | POUCH NO. | AGE | SEX | NATIONALITY | BIRTHDATE Month/Date/Year | ALIEN NUMBER | CLS CODE | PREVIOUS Criminal History | ENS NUMBER |
|------|-----------|-----|-----|-------------|---------------------------|--------------|----------|---------------------------|------------|
| | | | | | | | | **REMOVAL** | |
| | 8D | 20 | M | MEXIC | | | ML | Possession Of Weapon | |
| | 8C | 59 | M | MEXIC | | | MH | Hit and Run | |
| | 8G | 28 | M | CAMER | | | LO | NC | |
| | 8G | 47 | M | MEXIC | | | LO | NC | |
| | 11 | 47 | M | HONDU | | | HI | Robbery | |
| | 5B | 39 | M | ELSAL | | | HI | Domestic Violence | |
| | 8G | 33 | M | ELSAL | | | LO | Illegal Entry | |
| | 8B | 28 | M | MEXIC | | | MH | NC | |
| | 8G | 30 | M | ETHIO | | | LO | NC | |
| | 8D | 37 | M | MEXIC | | | ML | Domestic Violence Unspec | |
| | | | | | | | AM | PHOTO | |

FINGERPRINTS _____

Signature Detention Officer Sheriff or & (Receiving Officer)   Date _____   Signature of ICE Official, Detention Action   Date   12/12/2018

A5bb0                                                                                       Station: _____

Form 1-203 Phila.

DEPARTMENT OF HOMELAND SECURITY-US IMMIGRATION AND CUSTOMS ENFORCEMENT

**DRAFT**

CONFIDENTIAL

CONFIDENTIAL

DRAFT

ORDER TO ☐ Detain ☐ ALIEN

TO:
ERO - Etowah, AL Sub Office
Please detain or release the following
☐ Detain

NAME OF FACILITY:
ETOWAH COUNTY JAIL (AL)
Nature of Proceedings

| POUCH NO. | NAME | AGE | SEX | NATIONALITY | BIRTHDATE | ALIEN NUMBER | CLS CODE | PREVIOUS Criminal History | REMOVAL | FINS NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 8C | | 38 | M | ELSAL | | | MH | Cruelty Toward Wife | | |
| 8D | | 40 | M | MEXIC | | | ML | Driving Under Influence Drug | | |
| 16 | | 33 | M | MEXIC | | | LO | Fraud - Impersonating | | |
| 16 | | 49 | M | MEXIC | | | LO | NC | | |
| 8C | | 46 | M | MEXIC | | | ML | Amphetamine - Sell | | |
| 8G | | 41 | M | MEXIC | | | LG | Driving Under Influence Liquor | | |
| 8D | | 20 | M | MEXIC | | | ML | Burglary | | |
| 8G | | 50 | M | VENEZ | | | LG | NC | | |

AM PHOTO

FINGERPRINTS

Signature Detention Officer, Sheriff or Receiving Officer _____ Date

Signed _____ Title _____ Date 12/12/2018

Station

DEPARTMENT OF HOMELAND SECURITY- US IMMIGRATION AND CUSTOMS ENFORCEMENT

Form I-203 PReg.

DRAFT

DRAFT

CONFIDENTIAL

CCOG00043164

Exhibit 11 - Page 345

CONFIDENTIAL

DEPARTMENT OF HOMELAND SECURITY
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

DETAINEE TRANSFER NOTIFICATION

DETAINEE NAME ███████████████ A# ███████

NATIONALITY    SOMAL

TRANSFER DESTINATION

NAME OF NEW FACILITY    ETOWAH COUNTY DETENTION CENTER
ADDRESS                 827 FORREST AVENUE
                        GADSDEN, AL 35901

TELEPHONE NUMBER        (256) 549-8454

I hereby acknowledge that I have received the transfer destination information. I have also been notified that it is my responsibility to notify family members, if I so desire, and that I will be provided with one free phone call when I arrive at my destination.

DETAINEE SIGNATURE  ████████  A# █████  DATE 12.12.18

OFFICER SIGNATURE   ████████          DATE 12.12.18

Reason for detainee transfer    BED SPACE TRANSFER

Transfer of Detainees

*cc:detention file*

CCOG00043165

Exhibit 11 - Page 346

CONFIDENTIAL

CCOG00043166

Exhibit 11 - Page 347