# Exhibit 28

| POST ORDERS | | | |
|---|---|---|---|
| POST | FOOD SERVICE | P.O. NUMBER | CoreCivic-PO-14 |
| FSC EFFECTIVE DATE | JUNE 23, 2010 | PAGE 1 OF 6 | |
| FSC SUPERSEDES DATE | NONE | | |
| DIRECTOR, SECURITY | SIGNATURE ON FILE AT THE FACILITY SUPPORT CENTER | | |
| CHIEF CORRECTIONS OFFICER | SIGNATURE ON FILE AT THE FACILITY SUPPORT CENTER | | |
| FACILITY NAME | LAREDO PROCESSING CENTER | | |
| FACILITY EFFECTIVE DATE | JULY 30, 2010 | | |
| FACILITY SUPERSEDES DATE | OCTOBER 7, 2005 (PO 20) | | |
| WARDEN/ADMINISTRATOR | ORLANDO PEREZ | | |

I. **GENERAL ORDERS**

All elements of the General Order (CoreCivic PO-00) apply to this post.

II. **START OF SHIFT**

    A.    Meet with the officer being relieved, when applicable, to receive any pertinent information and obtain all post equipment (keys, radio, etc.) and report any discrepancies to the Shift Supervisor.

    B.    Conduct an inventory to verify that all tools, knives, and utensils are properly accounted for using the shadow board, tool log, and inventory sheet and document completion on the 9-8E Tool Inventory Verification form. In the event any items are unaccounted for, immediately secure the area and notify the Shift Supervisor and Food Service Manager.

    C.    Notify the Food Service Manager/designee upon arrival on post.

    D.    Conduct an informal head count to ensure accountability of assigned inmates/residents. Ensure all inmates/residents present are authorized to be there (according to roster/schedule).

    E.    **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

        NONE

III. **DURING SHIFT**

    A.    INMATE/RESIDENT WORKERS

        1.    Control all inmate/resident movement:

            a.    Every effort should be made to accept and release inmate/resident food service workers as a group.

            b.    Ensure that the work schedule is strictly adhered to.

            c.    Ensure adherence to all pass procedures where applicable.

        2.    If an inmate/resident does not report to work, call the unit to locate and summon the inmate/resident worker. Disciplinary action may be taken for absences and tardiness.

        3.    Inmate/resident workers are prohibited from bringing personal items to the food service area.

Proprietary Information – Not For Distribution – Copyrighted – Property of CoreCivic

| Page 2 of 6 | JUNE 23, 2010 | CoreCivic-PO-14 |

    4.    Ensure inmate/resident food service workers are dressed appropriately, in accordance with facility uniform standards.

■ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

■ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

    7.    Monitor inmate/resident activities and behavior for compliance with rules, regulations and proper safety practices.

    8.    If an inmate/resident is injured, notify the Food Service Manager/designee and the Shift Supervisor/designee prior to escorting the inmate/resident to Health Services. If the injury appears to be life threatening, immediately radio for medical assistance.

    9.    **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

- **IN ACCORDANCE WITH ICE PBNDS, DETAINEES WORKING IN THE GARBAGE ROOM, DISH MACHINE ROOM, PAN-WASHING AREA, ETC., SHALL BE REQUIRED TO WEAR RUBBER OR PLASTIC APRONS SUITED TO THE TASK AND RUBBER BOOTS, IF REQUIRED, FOR SANITATION AND SAFETY.**
- **THIS FACILITY EMPLOYS ESCORTED MOVEMENT FOR WORK DETAILS; THEREFORE, ITEM #2 ABOVE DOES NOT APPLY.**
- **THE DETAINEE WORK PROGRAM IS VOLUNTARY, REMOVAL FROM THE DETAIL (DISCIPLINARY ACTION) SHALL BE IN ACCORDANCE WITH FACILITY POLICY 19-100.**

B.    SEARCHES/INSPECTIONS

■ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

    2.    Any inmate/resident food service worker attempting to pilfer food and/or pass contraband items from the kitchen or to another inmate/resident shall be subject to disciplinary action.

■ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

■ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

    6.    Ensure fire doors remain unobstructed.

    7.    Document all searches/inspections in the post logbook.

    8.    **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

**NONE**

C.    FOOD SERVICE DELIVERIES

■ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

2. Inmates/residents will not be allowed inside any delivery vehicle.

■ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

4. Maintain supervision during the delivery of supplies into the kitchen and storage areas.

5. **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

   <u>ALL DELIVERIES ARE SECURED AND ESCORTED INTO THE SALLYPORT AREA BY THE VEHICLE GATE OFFICER. THE SHIFT SUPERVISOR COORDINATES AND ASSIGNS AN OFFICER FOR SECURITY CONTROL.</u>

D. **AREA SECURITY**

1. Enforce rules and regulations and take corrective action as necessary.
2. Conduct counts in accordance with procedural guidelines.

■ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆


■ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

■ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

E. **WASTE/GARBAGE**

1. Food service waste/garbage will not be left in the food service area between meals.

■ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

3. The removal of waste from the food service area to the dumpster must be under supervision of staff when inmates/residents are utilized for garbage removal.

■ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆


4. **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

   <u>NONE</u>

F. TOOL/EQUIPMENT CONTROL

1. Ensure that all tool cages are secured at all times.

2. All tools/equipment will be maintained, inventoried and issued in accordance with CoreCivic Policy 9-8, Control of Tools and Equipment. All tools/equipment issued will be documented on the Tool Control Log.

   **NOTE**: Picture chits can be used on the tool board in addition to the tool log, but not in lieu of.

   a. Class "A" Tool Issuance

      i. Class "A" tools maintained in food service areas shall be issued and inventoried by correctional employees only.

      ii. Class "A" tools are issued only to employees responsible for maintaining direct supervision of the inmate/residents(s) using the tools. Class "A" tools cannot be issued to inmates/residents.

      iii. Any employee supervising an inmate/resident using a Class "A" tool will have a two-way radio in their possession.



   b. Class "B" Tool Issuance

      i. Class "B" tools maintained in food services areas may be issued and inventoried by contracting agency personnel. Contracting agency personnel will be required to adhere to all issuance and inventory procedures as outlined in CoreCivic Policy 9-8.

      ii. Class B kitchen utensils can be signed out to inmates/residents.



4. In accordance with CoreCivic Policy 9-8, when a tool is broken ensure a 9-8D Tool Disposition Report is filled out and that you receive a tool chit from the Tool Control Officer to place on the tool board, as applicable, until replaced.



6. If a tool is discovered missing, immediately notify the Shift Supervisor.

7. **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

   <u>**NONE**</u>

G. HYGIENE/SANITATION

1. Comply with all sanitation measures as directed by food service employees in accordance with the facility's food service policy.

2. Communicate to inmates/residents their responsibility to maintain high sanitation standards in the food service areas.

CONFIDENTIAL

3. In conjunction with Food Service personnel, ensure all inmates/residents and employees wash their hands upon arrival.

4. Ensure all inmates/residents handling food products are wearing proper protective gear (i.e. hair nets, beard guards, and gloves when appropriate), and changing protective gear when necessary.

   **NOTE:** Any visitor to the food service area must put on a hair net.

H. SERVING LINE/SATELLITE/FOOD TRANSPORT

1. Notify the Shift Supervisor well in advance of any anticipated delays in the feeding process so proper adjustments of feeding can be made.

2. Ensure accountability of meals sent to units.

3. Call a Utility Officer to escort food carts to the housing units and Central Control. Search and count all items on food carts prior to the carts being removed from food service. Maintain communication with housing officers during meal time(s) to ensure arrival of food carts.

4. If the Housing Unit Officer calls to request a tray for a returning inmate/resident, verify that the inmate/resident was not fed in the area returning from (ie. court, medical, detail, etc.) before sending a meal tray.

5. Report all concerns regarding food quality to the Food Service Manager/designee and document in the post log.

I. **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

   ENSURE SACK MEALS ARE COMPLETED AS NECESSARY/REQUESTED.

J. POST CLOSING



4. Assist food service personnel in completing the food service closing checklist.

5. Once the post is closed (kitchen closed), report to the Shift Supervisor for additional assignment(s).

6. **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

   NONE

IV. **END OF SHIFT**

CONFIDENTIAL



B. Make a final inspection of your post area. Note any security breaches, malfunction/damage to equipment/property or safety violations/concerns and notify the Food Service Manager/designee or Shift Supervisor as applicable.

C. If exchanging chits, retrieve your chit from the point of issue and give the receiving officer's chit to the proper point of issue.

D. **AT THIS FACILITY, ADDITIONAL PROCEDURES ARE:**

   <u>**NONE**</u>

Proprietary Information – Not For Distribution – Copyrighted – Property of CoreCivic

CCOG00007642

Exhibit 28 - Page 675