# Exhibit 30

# Disciplinary Log - Simple

Record Count: 646

| Discipline No. | Status | Local No. | Offense | Offense Severity | Offense Date/Time | Offense Location | Inmate Notified Date | Hearing Date/Time |
|---|---|---|---|---|---|---|---|---|
| 246 2012-902-00268-D | CLOSED | 12287 | POSSESSION OF CONTRABAND | Major | 05/02/2012 12:00 | Section: D | 2012-05-02 | 05/03/2012 10:00 |
| 278 2012-902-00306-D | CLOSED | 12323 | UNSANITARY AND DISORDERLY HOUSING CONDITIONS | Minor | 05/23/2012 10:00 | Bed: U | 2012-05-24 | 05/30/2012 13:05 |
| 327 2012-902-00347-D | CLOSED | 12374 | UNSANITARY AND DISORDERLY HOUSING CONDITIONS | Minor | 06/16/2012 15:40 | Bed: L | 2012-06-17 | 06/20/2012 11:20 |
| 366 2012-902-00388-D | CLOSED | 12424 | THEFT | Major | 07/04/2012 09:00 | Block: 2 | 2012-07-05 | 07/06/2012 13:05 |
| 391 2012-902-00418-D | CLOSED | 12453 | UNSANITARY AND DISORDERLY HOUSING CONDITIONS | Minor | 07/18/2012 04:45 | Bed: L | 2012-07-18 | 07/23/2012 12:50 |
| 427 2012-902-00455-D | CLOSED | 12493 | PRESENT IN AN UNAUTHORIZED AREA | Minor | 08/08/2012 11:00 | Section: A | 2012-08-08 | 08/10/2012 14:05 |
| 449 2012-902-00477-D | CLOSED | 12517 | FAILURE TO FOLLOW VERBAL OR POSTED RULES AND/OR ORDERS | Major | 08/20/2012 07:40 | Block : N (Echo 600) | 2012-08-21 | 08/28/2012 08:35 |
| 451 2012-902-00484-D | CLOSED | 12528 | UNSANITARY AND DISORDERLY HOUSING CONDITIONS | Minor | 08/23/2012 01:25 | Bed: L | 2012-08-23 | 08/28/2012 08:45 |
| 484 2012-902-00509-D | CLOSED | 12559 | FAILURE TO FOLLOW VERBAL OR POSTED RULES AND/OR ORDERS | Major | 09/05/2012 11:35 | Block : N (Echo 600) | 2012-09-05 | 09/13/2012 10:50 |
| 492 2012-902-00515-D | CLOSED | 12566 | UNSANITARY AND DISORDERLY HOUSING CONDITIONS | Minor | 09/10/2012 05:00 | Bed: L | 2012-09-10 | 09/13/2012 10:55 |
| 504 2012-902-00527-D | CLOSED | 12582 | FAILURE TO FOLLOW VERBAL OR POSTED RULES AND/OR ORDERS | Major | 09/16/2012 16:30 | Bed: L | 2012-09-17 | 09/19/2012 12:30 |
| 516 2012-902-00542-D | CLOSED | 12594 | FAILURE TO FOLLOW VERBAL OR POSTED RULES AND/OR ORDERS | Major | 09/24/2012 08:25 | Block : N (Echo 600) | 2012-09-24 | 09/28/2012 10:00 |
| 519 2012-902-00550-D | CLOSED | 12601 | UNSANITARY AND DISORDERLY HOUSING CONDITIONS | Minor | 09/28/2012 10:45 | Showers | 2012-09-28 | 10/03/2012 09:30 |
| 522 2012-902-00539-D | CLOSED | 12592 | FAILURE TO FOLLOW VERBAL OR POSTED RULES AND/OR ORDERS | Major | 09/29/2012 11:50 | Showers | 2012-09-21 | 09/25/2012 09:25 |

| | Hearing Disposition | Sanction Delivery Method | Sanction | | Appeal Received Date | Appeal Disposition | CCA ID | Agency ID | Name | Sex | Race |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 246 | Guilty | Verbal | #305 | Warning | | | | | | M | HISPANIC |
| 278 | Guilty | Verbal | #410 | 30 Days Disciplinary Segregation | | | | | | M | WHITE |
| 327 | Guilty | Verbal | #410 | 30 Days Disciplinary Segregation | | | | | | M | WHITE |
| 366 | Guilty | Verbal | #301 | 30 Days Loss of Commissary | | | | | | M | HISPANIC |
| 391 | Guilty | Verbal | #413 | 30 Days Disciplinary Segregation | | | | | | M | WHITE |
| 427 | Guilty | Verbal | #312 | 1 Week Loss of Recreation | | | | | | M | HISPANIC |
| 449 | Guilty | Verbal | #307 | 30 Days Disciplinary Segregation | | | | | | M | WHITE |
| 451 | Guilty | Verbal | #413 | 30 Days Disciplinary Segregation | | | | | | M | WHITE |
| 484 | Guilty | Verbal | #307 | 30 Days Disciplinary Segregation | | | | | | M | WHITE |
| 492 | Guilty | Verbal | #413 | 30 Days Disciplinary Segregation | | | | | | M | WHITE |
| 504 | Guilty | Verbal | #307 and #413 | 30 Days Disciplinary Segregation | | | | | | M | WHITE |
| 516 | Guilty | Verbal | #307 and #308 | 30 Days Disciplinary Segregation | | | | | | M | WHITE |
| 519 | Guilty | Verbal | #413 | 30 Days Disciplinary Segregation | | | | | | M | WHITE |
| 522 | Guilty | Verbal | #307 | 30 Days Disciplinary Segregation | | | | | | M | WHITE |

| | T | U | V | W | X | Y | Z | AA | AB | AC |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 5 | Religion | Birth Date | Agency | Commit Date | Release Date | CCA Class | Agency Class | Section | Block | Cell |
| 246 | CHRISTIAN (CATHOLIC) | | IMMIGRATION AND CUSTOMS ENFORCEMENT | 2013-02-16 | 2013-09-20 | MODERATE | | | | |
| 278 | CHRISTIAN (CATHOLIC) | | IMMIGRATION AND CUSTOMS ENFORCEMENT | 2012-03-29 | 2012-11-29 | HIGH | | | | |
| 327 | CHRISTIAN (CATHOLIC) | | IMMIGRATION AND CUSTOMS ENFORCEMENT | 2012-03-29 | 2012-11-29 | HIGH | | | | |
| 366 | CHRISTIAN (CATHOLIC) | | IMMIGRATION AND CUSTOMS ENFORCEMENT | 2012-06-29 | 2012-07-19 | LOW | | | | |
| 391 | CHRISTIAN (CATHOLIC) | | IMMIGRATION AND CUSTOMS ENFORCEMENT | 2012-03-29 | 2012-11-29 | HIGH | | | | |
| 427 | CHRISTIAN (CATHOLIC) | | IMMIGRATION AND CUSTOMS ENFORCEMENT | 2012-07-25 | 2012-08-22 | LOW | | | | |
| 449 | CHRISTIAN (CATHOLIC) | | IMMIGRATION AND CUSTOMS ENFORCEMENT | 2012-03-29 | 2012-11-29 | HIGH | | | | |
| 451 | CHRISTIAN (CATHOLIC) | | IMMIGRATION AND CUSTOMS ENFORCEMENT | 2012-03-29 | 2012-11-29 | HIGH | | | | |
| 484 | CHRISTIAN (CATHOLIC) | | IMMIGRATION AND CUSTOMS ENFORCEMENT | 2012-03-29 | 2012-11-29 | HIGH | | | | |
| 492 | CHRISTIAN (CATHOLIC) | | IMMIGRATION AND CUSTOMS ENFORCEMENT | 2012-03-29 | 2012-11-29 | HIGH | | | | |
| 504 | CHRISTIAN (CATHOLIC) | | IMMIGRATION AND CUSTOMS ENFORCEMENT | 2012-03-29 | 2012-11-29 | HIGH | | | | |
| 516 | CHRISTIAN (CATHOLIC) | | IMMIGRATION AND CUSTOMS ENFORCEMENT | 2012-03-29 | 2012-11-29 | HIGH | | | | |
| 519 | CHRISTIAN (CATHOLIC) | | IMMIGRATION AND CUSTOMS ENFORCEMENT | 2012-03-29 | 2012-11-29 | HIGH | | | | |
| 522 | CHRISTIAN (CATHOLIC) | | IMMIGRATION AND CUSTOMS ENFORCEMENT | 2012-03-29 | 2012-11-29 | HIGH | | | | |