# Exhibit 31

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Disciplinary Log - Simple** | | | | | | Record Count: 2346 | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | **Discipline No.** | **Status** | **Local No.** | **Offense** | **Offense Severity** | **Offense Date/Time** | **Offense Location** | **Inmate Notified Date** | **Hearing Date/Time** |
| 198 | 2013-2505-00197-D | CLOSED | 2013-2505-00197 | FAILURE TO FOLLOW VERBAL OR POSTED RULES AND/OR ORDERS | Major | 05/17/2013 13:35 | Bed: B | 2013-05-20 | 05/21/2013 13:12 |
| 652 | 2014-2505-00169-D | CLOSED | 2014-2505-00169 | FAILURE TO FOLLOW VERBAL OR POSTED RULES AND/OR ORDERS | Major | 05/20/2014 08:40 | Bed: B | 2014-05-20 | 05/22/2014 14:10 |
| 2341 | 2018-2505-00330-D | CLOSED | 2505 | FAILURE TO FOLLOW VERBAL OR POSTED RULES AND/OR ORDERS | Major | 08/27/2018 11:20 | Chow Hall | 2018-08-27 | 08/29/2018 10:15 |

| | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | **Hearing Disposition** | **Sanction Delivery Method** | **Sanction** | **Appeal Received Date** | **Appeal Disposition** | **CCA ID** | **Agency ID** |
| 198 | Guilty of a Lesser Charge | Verbal | 6 days segregation time codes 314 interfering with count 307 refusing to obey | | | | |
| 652 | Guilty | Custodial | 6 days seg time for Code 307 (Refuse to obey staff) & Coder 306 (Refuse to clean assigned) | | | | |
| 2341 | Guilty | Custodial | received 3 days segregation time | | | | |

| | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name | Sex | Race | Religion | Birth Date | Agency | Commit Date | Release Date | CCA Class | Agency Class | Section | Block | Cell |
| 198 | ███ | M | HISPANIC | CHRISTIAN (OTHER) | ███ | IMMIGRATION AND CUSTOMS ENFORCEMENT | 2013-03-25 | 2013-06-10 | MODERATE | | | | |
| 652 | ███ | M | HISPANIC | CHRISTIAN (CATHOLIC) | ███ | IMMIGRATION AND CUSTOMS ENFORCEMENT | 2014-04-11 | 2014-05-30 | | HIGH | | | |
| 2341 | ███ | M | HISPANIC | | ███ | IMMIGRATION AND CUSTOMS ENFORCEMENT | 2018-07-23 | | HIGH | HIGH | 5 | C | 206 |