# Exhibit 32

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Disciplinary Log - Simple** | | | | | | | Record Count: 1212 | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | Discipline No. | Status | Local No. | Offense | Offense Severity | Offense Date/Time | Offense Location | Inmate Notified Date | Hearing Date/Time | Hearing Disposition | Sanction Delivery Method |
| 864 | 2015-902-00921-D | CLOSED | 15946 | UNSANITARY AND DISORDERLY HOUSING CONDITIONS | Minor | 10/09/2015 09:05 | Bed: L | 2015-10-09 | 10/20/2015 13:25 | Guilty | Verbal |
| 1042 | 2015-902-01086-D | CLOSED | 151133 | UNSANITARY AND DISORDERLY HOUSING CONDITIONS | Minor | 11/19/2015 17:20 | Bed: L | 2015-11-20 | 12/01/2015 10:05 | Guilty | Verbal |

| R | S | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | Sanction | | Appeal Received Date | Appeal Disposition | CCA ID | Agency ID | Name | Sex | Race |
| 864 | #413 10 Days Disc Seg Susp 90 Days, 15 Days Loss of Commissary | | | | | | | M | UNKNOWN |
| 1042 | #413 10 Days Disciplinary Segregation (Concurrent) | | | | | | | M | HISPANIC |

| | T | U | V | W | X | Y | Z | AA | AB | AC |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | Religion | Birth Date | Agency | Commit Date | Release Date | CCA Class | Agency Class | Section | Block | Cell |
| 864 | CHRISTIAN (PROTESTANT) | ███ | IMMIGRATION AND CUSTOMS ENFORCEMENT | 2013-08-22 | 2016-02-16 | MODERATE | MEDIUM-HIGH | | | |
| 1042 | CHRISTIAN (CATHOLIC) | ███ | IMMIGRATION AND CUSTOMS ENFORCEMENT | 2015-05-27 | 2015-12-15 | MODERATE | | | | |