# Exhibit 33

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Disciplinary Log - Simple** | | | | | | | Record Count: 464 | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | Discipline No. | Status | Local No. | Offense | Offense Severity | Offense Date/Time | Offense Location | Inmate Notified Date | Hearing Date/Time | Hearing Disposition |
| 69 | 2011-902-00061-D | CLOSED | 11591 | FAILURE TO FOLLOW VERBAL OR POSTED RULES AND/OR ORDERS | Major | 07/04/2011 21:00 | Block: 3 | 2011-07-05 | 07/13/2011 12:4 | Guilty |
| 392 | 2011-902-00385-D | CLOSED | 11977 | FAILURE TO FOLLOW VERBAL OR POSTED RULES AND/OR ORDERS | Major | 11/26/2011 13:06 | Bed: L | 2011-11-27 | 11/29/2011 09:3 | Guilty |
| 412 | 2011-902-00413-D | CLOSED | 11999 | FAILURE TO FOLLOW VERBAL OR POSTED RULES AND/OR ORDERS | Major | 12/03/2011 16:58 | General Areas | 2011-12-04 | 12/06/2011 13:0 | Guilty |

|   | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 |   |   |   |   |   |   |   |   |   |   |
| 2 |   |   |   |   |   |   |   |   |   |   |
| 3 |   |   |   |   |   |   |   |   |   |   |
| 4 |   |   |   |   |   |   |   |   |   |   |
| 5 | Sanction Delivery Method | Sanction | Appeal Received Date | Appeal Disposition | CCA ID | Agency ID | Name | Sex | Race | Religion |
| 69 | Verbal | #307  15 Days DS Susp 90,  30 Days LP Comm |   |   |   |   |   | F | HISPANIC | CHRISTIAN (CATHOLIC) |
| 392 | Custodial | #307     15 Days Disciplinary Segregation  (Concurrent) |   |   |   |   |   | F | HISPANIC | CHRISTIAN (CATHOLIC) |
| 412 | Verbal | #307 and #410    30 Days Loss of Recreation |   |   |   |   |   | M | HISPANIC | CHRISTIAN (CATHOLIC) |

|   | U | V | W | X | Y | Z | AA | AB | AC |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | Birth Date | Agency | Commit Date | Release Date | CCA Class | Agency Class | Section | Block | Cell |
| 69 | | IMMIGRATION AND CUSTOMS ENFORCEMENT | 2011-01-08 | 2013-08-23 | MODERATE | | | | |
| 392 | | IMMIGRATION AND CUSTOMS ENFORCEMENT | 2010-04-29 | 2012-03-20 | HIGH | | | | |
| 412 | | IMMIGRATION AND CUSTOMS ENFORCEMENT | 2014-05-22 | 2014-08-13 | LOW | MEDIUM-LOW | | | |