# Exhibit 35

CONFIDENTIAL

## Commissary Summary By Receipt Number
Report Date Range: 06/21/2017 - 12/12/2018

Print Date: 02/19/2019  2:15:30PM

| Receipt # | Date/Time | Booking # | Agency # | Inmate Name | Housing Location | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 10052059 | 07/05/2018 06:24 | ▮ | ▮ | ▮ | - - - | $15.49 | $0.62 | $16.11 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 07/05/2018 6:24:07AM | 31120 | SWEETMATE PINK 100 CT. BOX SH* | 2.46 | 1 | 2.46 | Y |
| 07/05/2018 6:24:07AM | 36030 | CHICKEN RAMEN | 0.40 | 2 | 0.80 | Y |
| 07/05/2018 6:24:07AM | 32500 | CACTUS ANNI TORTILLA CHIP GSH* | 2.63 | 1 | 2.63 | Y |
| 07/05/2018 6:24:07AM | 33230 | ZIPPY COOKIE ICED OATMEAL H* | 2.65 | 2 | 5.30 | Y |
| 07/05/2018 6:24:07AM | 34960 | KEEFE MAYONNAISE SQUEEZE BOTTLE | 4.30 | 1 | 4.30 | Y |

| Receipt # | Date/Time | Booking # | Agency # | Inmate Name | Housing Location | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 10267062 | 07/26/2018 06:23 | ▮ | ▮ | ▮ | - - - | $17.40 | $0.33 | $17.73 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 07/26/2018 6:23:51AM | 00008 | STAMPS, FOREVER | 0.49 | 15 | 7.35 | Y |
| 07/26/2018 6:23:51AM | 40460 | THANK YOU CARDS | 1.13 | 1 | 1.13 | Y |
| 07/26/2018 6:23:51AM | 30040 | SODA, SIERRA MIST | 1.53 | 2 | 3.06 | Y |
| 07/26/2018 6:23:51AM | 35920 | CA ORIGINAL FLOUR TORTILLAS 6 CT * | 1.33 | 2 | 2.66 | Y |
| 07/26/2018 6:23:51AM | 36070 | LIME CHILI SHRIMP RAMEN | 0.40 | 8 | 3.20 | Y |

| Receipt # | Date/Time | Booking # | Agency # | Inmate Name | Housing Location | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 10329092 | 08/02/2018 06:28 | ▮ | ▮ | ▮ | - - - | $20.73 | $1.60 | $22.33 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 08/02/2018 6:28:09AM | 34040 | TWIX BAR * | 1.26 | 2 | 2.52 | Y |
| 08/02/2018 6:28:09AM | 36930 | DOVE UNSCENTED BEAUTY BAR | 2.62 | 1 | 2.62 | Y |
| 08/02/2018 6:28:09AM | 46300 | ORALINE TOOTHBRUSH FLEX CROSSOVER | 0.27 | 7 | 1.89 | Y |
| 08/02/2018 6:28:09AM | 43552 | RUSSELL 2 PANEL JERSEY SHORTS SZ L | 13.70 | 1 | 13.70 | Y |

| Receipt # | Date/Time | Booking # | Agency # | Inmate Name | Housing Location | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 10406073 | 08/09/2018 06:15 | ▮ | ▮ | ▮ | - - - | $9.95 | $0.12 | $10.07 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 08/09/2018 6:15:10AM | 31990 | CRUNCHY OATS & HONEY GRANOLA BAR | 0.50 | 2 | 1.00 | Y |
| 08/09/2018 6:15:10AM | 31030 | KEEFE NON DAIRY CREAMER | 2.46 | 1 | 2.46 | Y |
| 08/09/2018 6:15:10AM | 36030 | CHICKEN RAMEN | 0.40 | 5 | 2.00 | Y |
| 08/09/2018 6:15:10AM | 35920 | CA ORIGINAL FLOUR TORTILLAS 6 CT * | 1.33 | 3 | 3.99 | Y |
| 08/09/2018 6:15:10AM | 32000 | CRUNCHY PEANUT BUTTER GRANOLA BAR | 0.50 | 1 | 0.50 | Y |

| Receipt # | Date/Time | Booking # | Agency # | Inmate Name | Housing Location | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 10480006 | 08/16/2018 06:14 | ▮ | ▮ | ▮ | - - - | $25.02 | $1.54 | $26.56 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 08/16/2018 6:14:55AM | 36320 | SUAVE SHAMPOO DAILY CLARIF 12 OZ | 2.37 | 1 | 2.37 | Y |
| 08/16/2018 6:14:55AM | 31850 | RALSTON INSTANT OATMEAL FRUIT | 0.34 | 15 | 5.10 | Y |
| 08/16/2018 6:14:55AM | 31990 | CRUNCHY OATS & HONEY GRANOLA BAR | 0.50 | 5 | 2.50 | Y |
| 08/16/2018 6:14:55AM | 46300 | ORALINE TOOTHBRUSH FLEX CROSSOVER | 0.27 | 5 | 1.35 | Y |
| 08/16/2018 6:14:55AM | 43550 | RUSSELL 2 PANEL JERSEY SHORTS SZ S | 13.70 | 1 | 13.70 | Y |

| Receipt # | Date/Time | Booking # | Agency # | Inmate Name | Housing Location | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 10552705 | 08/23/2018 13:10 | | | | - - - | $12.35 | $0.60 | $12.95 |
| **Date/Time** | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 08/23/2018 1:10:06PM | 38300 | MAGIC REG CREAM SHAVE DEPILATORY | | | 5.21 | 1 | -5.21 | Y |
| **Voided Item:** | **Void Date** | **Description** | **Amt. Voided** | | **Sell Price** | **Tax** | **Voided Total** | |
| | 08/23/2018 | MAGIC REG CREAM SHAVE DEPILATORY | 1 | | $5.21 | -$0.40 | -$5.61 | |
| 08/23/2018 6:23:40AM | 30980 | NESTLE RICH HCM SINGLES * | | | 0.26 | 4 | 1.04 | Y |
| 08/23/2018 6:23:40AM | 31830 | QUAKER OATMEAL VARIETY * | | | 0.36 | 10 | 3.60 | Y |
| 08/23/2018 6:23:40AM | 32000 | CRUNCHY PEANUT BUTTER GRANOLA BAR | | | 0.50 | 5 | 2.50 | Y |
| 08/23/2018 6:23:40AM | 38300 | MAGIC REG CREAM SHAVE DEPILATORY | | | 5.21 | 1 | 5.21 | Y |
| 10611900 | 08/29/2018 06:25 | | | | - - - | $12.99 | $0.20 | $13.19 |
| **Date/Time** | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 08/29/2018 6:25:25AM | 31830 | QUAKER OATMEAL VARIETY * | | | 0.36 | 10 | 3.60 | Y |
| 08/29/2018 6:25:25AM | 32000 | CRUNCHY PEANUT BUTTER GRANOLA BAR | | | 0.50 | 5 | 2.50 | Y |
| 08/29/2018 6:25:25AM | 00008 | STAMPS, FOREVER | | | 0.49 | 5 | 2.45 | Y |
| 08/29/2018 6:25:25AM | 30510 | KEEFE 100% COLOMBIAN RESEAL 3 OZ H* | | | 4.44 | 1 | 4.44 | Y |
| 10688457 | 09/06/2018 06:43 | | | | - - - | $13.53 | $0.48 | $14.01 |
| **Date/Time** | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 09/06/2018 6:43:37AM | 31030 | KEEFE NON DAIRY CREAMER | | | 2.46 | 1 | 2.46 | Y |
| 09/06/2018 6:43:37AM | 32000 | CRUNCHY PEANUT BUTTER GRANOLA BAR | | | 0.50 | 5 | 2.50 | Y |
| 09/06/2018 6:43:37AM | 37030 | IRISH SPRING DEODORANT SOAP | | | 1.21 | 1 | 1.21 | Y |
| 09/06/2018 6:43:37AM | 40730 | CLEAR THERMAL MUG 22 OZ | | | 2.46 | 1 | 2.46 | Y |
| 09/06/2018 6:43:37AM | 31830 | QUAKER OATMEAL VARIETY * | | | 0.36 | 10 | 3.60 | Y |
| 09/06/2018 6:43:37AM | 30980 | NESTLE RICH HCM SINGLES * | | | 0.26 | 5 | 1.30 | Y |
| 10768064 | 09/13/2018 06:23 | | | | - - - | $2.46 | $0.00 | $2.46 |
| **Date/Time** | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 09/13/2018 6:23:42AM | 31030 | KEEFE NON DAIRY CREAMER | | | 2.46 | 1 | 2.46 | N |
| 10888800 | 09/25/2018 06:33 | | | | - - - | $10.98 | $0.20 | $11.18 |
| **Date/Time** | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 09/25/2018 6:33:03AM | 36930 | DOVE UNSCENTED BEAUTY BAR | | | 2.62 | 1 | 2.62 | Y |
| 09/25/2018 6:33:03AM | 30510 | KEEFE 100% COLOMBIAN RESEAL 3 OZ H* | | | 4.44 | 1 | 4.44 | Y |
| 09/25/2018 6:33:03AM | 00008 | STAMPS, FOREVER | | | 0.49 | 8 | 3.92 | Y |
| 10954161 | 10/02/2018 06:23 | | | | - - - | $5.51 | $0.05 | $5.56 |
| **Date/Time** | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 10/02/2018 6:23:41AM | 31030 | KEEFE NON DAIRY CREAMER | | | 2.46 | 1 | 2.46 | Y |
| 10/02/2018 6:23:41AM | 31120 | SWEETMATE PINK 100 CT. BOX SH* | | | 2.46 | 1 | 2.46 | Y |
| 10/02/2018 6:23:41AM | 40820 | TUMBLER WITH LID 22 OZ | | | 0.59 | 1 | 0.59 | Y |
| 11035113 | 10/09/2018 06:25 | | | | - - - | $7.56 | $0.39 | $7.95 |
| **Date/Time** | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 10/09/2018 6:25:40AM | 31030 | KEEFE NON DAIRY CREAMER | | | 2.46 | 1 | 2.46 | Y |
| 10/09/2018 6:25:40AM | 50770 | KELLOGGS FROSTED FLAKES CERAL | | | 1.70 | 3 | 5.10 | Y |

**Commissary Summary By Receipt Number**

| Receipt # | Date/Time | Booking # | Agency # | Inmate Name | Housing Location | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 11121801 | 10/17/2018 06:18 | | | | - - - | $19.52 | $0.40 | $19.92 |
| **Date/Time** | | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 10/17/2018 6:18:24AM | | 36930 | DOVE UNSCENTED BEAUTY BAR | | | 2.62 | 1 | 2.62 | Y |
| 10/17/2018 6:18:24AM | | 40300 | PLAIN PAPER FRIENDSHIP CARDS | | | 1.13 | 2 | 2.26 | Y |
| 10/17/2018 6:18:24AM | | 00008 | STAMPS, FOREVER | | | 0.49 | 10 | 4.90 | Y |
| 10/17/2018 6:18:24AM | | 31030 | KEEFE NON DAIRY CREAMER | | | 2.46 | 1 | 2.46 | Y |
| 10/17/2018 6:18:24AM | | 30720 | TASTERS CHOICE COFFEE 3.7oz | | | 7.01 | 1 | 7.01 | Y |
| 10/17/2018 6:18:24AM | | 46300 | ORALINE TOOTHBRUSH FLEX CROSSOVER | | | 0.27 | 1 | 0.27 | Y |
| 11180864 | 10/23/2018 06:33 | | | | - - - | $2.50 | $0.20 | $2.70 |
| **Date/Time** | | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 10/23/2018 6:33:15AM | | 32000 | CRUNCHY PEANUT BUTTER GRANOLA BAR | | | 0.50 | 5 | 2.50 | Y |
| 11228216 | 10/29/2018 06:22 | | | | - - - | $7.36 | $0.00 | $7.36 |
| **Date/Time** | | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 10/29/2018 6:22:26AM | | 31830 | QUAKER OATMEAL VARIETY * | | | 0.36 | 10 | 3.60 | N |
| 10/29/2018 6:22:26AM | | 31030 | KEEFE NON DAIRY CREAMER | | | 2.46 | 1 | 2.46 | N |
| 10/29/2018 6:22:26AM | | 30980 | NESTLE RICH HCM SINGLES * | | | 0.26 | 5 | 1.30 | N |
| 11320587 | 11/06/2018 06:32 | | | | - - - | $4.98 | $0.00 | $4.98 |
| **Date/Time** | | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 11/06/2018 6:32:45AM | | 31030 | KEEFE NON DAIRY CREAMER | | | 2.46 | 1 | 2.46 | N |
| 11/06/2018 6:32:45AM | | 31830 | QUAKER OATMEAL VARIETY * | | | 0.36 | 7 | 2.52 | N |
| 11384717 | 11/13/2018 06:32 | | | | - - - | $7.35 | $0.18 | $7.53 |
| **Date/Time** | | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 11/13/2018 6:32:11AM | | 36320 | SUAVE SHAMPOO DAILY CLARIF 12 OZ | | | 2.37 | 1 | 2.37 | Y |
| 11/13/2018 6:32:11AM | | 31830 | QUAKER OATMEAL VARIETY * | | | 0.36 | 7 | 2.52 | Y |
| 11/13/2018 6:32:11AM | | 31120 | SWEETMATE PINK 100 CT. BOX SH* | | | 2.46 | 1 | 2.46 | Y |
| 11446776 | 11/18/2018 04:20 | | | | - - - | $4.32 | $0.00 | $4.32 |
| **Date/Time** | | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 11/18/2018 4:20:43AM | | 31830 | QUAKER OATMEAL VARIETY * | | | 0.36 | 12 | 4.32 | N |
| 11533689 | 11/27/2018 06:33 | | | | - - - | $2.46 | $0.19 | $2.65 |
| **Date/Time** | | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 11/27/2018 6:33:52AM | | 40730 | CLEAR THERMAL MUG 22 OZ | | | 2.46 | 1 | 2.46 | Y |
| 11605978 | 12/04/2018 06:31 | | | | - - - | $2.37 | $0.18 | $2.55 |
| **Date/Time** | | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 12/04/2018 6:31:53AM | | 36320 | SUAVE SHAMPOO DAILY CLARIF 12 OZ | | | 2.37 | 1 | 2.37 | Y |
| 11686875 | 12/11/2018 06:29 | | | | - - - | $9.34 | $0.00 | $9.34 |
| **Date/Time** | | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 12/11/2018 6:29:52AM | | 30510 | KEEFE 100% COLOMBIAN RESEAL 3 OZ | | | 4.44 | 1 | 4.44 | N |
| 12/11/2018 6:29:52AM | | 00008 | STAMPS, FOREVER | | | 0.49 | 10 | 4.90 | N |
| 6404120 | 06/27/2017 06:41 | | | | - - - | $4.93 | $0.38 | $5.31 |
| **Date/Time** | | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 06/27/2017 6:41:43AM | | 45740 | SECURITY FLEX PEN | | | 0.57 | 1 | 0.57 | Y |
| 06/27/2017 6:41:43AM | | 40740 | CRAWFORD 1.6 QUART BOWL | | | 2.86 | 1 | 2.86 | Y |
| 06/27/2017 6:41:43AM | | 48300 | STACKABLE COFFEE CUP W/HANDLE 12OZ | | | 1.50 | 1 | 1.50 | Y |

**Commissary Summary By Receipt Number**

| Receipt # | Date/Time | Booking # | Agency # | Inmate Name | Housing Location | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 6470896 | 07/05/2017 07:15 | | | | - - - | $67.51 | $2.33 | $69.84 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 07/05/2017 7:15:07AM | 31040 | NESTLE COFFEE MATE CREAMER G* | 2.87 | 1 | 2.87 | Y |
| 07/05/2017 7:15:07AM | 30510 | KEEFE 100% COLOMBIAN RESEAL 3 OZ H* | 4.44 | 1 | 4.44 | Y |
| 07/05/2017 7:15:07AM | 30960 | NESTLE CARNATION COCOA 2 LB. BAG * | 7.01 | 1 | 7.01 | Y |
| 07/05/2017 7:15:07AM | 36010 | CAJUN SHRIMP RAMEN | 0.40 | 5 | 2.00 | Y |
| 07/05/2017 7:15:07AM | 35590 | FISH STEAKS/LOUISIANHTSAUCE - GH* | 1.26 | 6 | 7.56 | Y |
| 07/05/2017 7:15:07AM | 35830 | KEEFE PACK PRECOOKED RICE GSH* | 1.64 | 6 | 9.84 | Y |
| 07/05/2017 7:15:07AM | 34960 | KEEFE MAYONNAISE SQUEEZE BOTTLE | 4.30 | 1 | 4.30 | Y |
| 07/05/2017 7:15:07AM | 36070 | LIME CHILI SHRIMP RAMEN | 0.40 | 5 | 2.00 | Y |
| 07/05/2017 7:15:07AM | 42802 | PREMIUM SWEATSHIRTS L | 12.70 | 1 | 12.70 | Y |
| 07/05/2017 7:15:07AM | 30910 | KEEFE_HOT COCOA_REGULAR 10 OZ | 2.37 | 1 | 2.37 | Y |
| 07/05/2017 7:15:07AM | 33530 | NABISCO OREO COOKIES | 0.74 | 3 | 2.22 | Y |
| 07/05/2017 7:15:07AM | 31120 | SWEETMATE PINK 100 CT. BOX SH* | 2.46 | 1 | 2.46 | Y |
| 07/05/2017 7:15:07AM | 38670 | SOFTEE HAIR FOOD | 2.95 | 1 | 2.95 | Y |
| 07/05/2017 7:15:07AM | 36250 | ELEMENTZ SHAMPOO W/EUCAL. & MINT | 1.79 | 1 | 1.79 | Y |
| 07/05/2017 7:15:07AM | 37330 | INFUZED COCONUT LIMELOTION W/ALOE | 3.00 | 1 | 3.00 | Y |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 6532633 | 07/11/2017 06:36 | | | | - - - | $24.46 | $1.43 | $25.89 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 07/11/2017 6:36:17AM | 36050 | CHILI RAMEN | 0.40 | 5 | 2.00 | Y |
| 07/11/2017 6:36:17AM | 45480 | BRIGHT XTRA FLEX CLEAR SUPER LED | 16.43 | 1 | 16.43 | Y |
| 07/11/2017 6:36:17AM | 36030 | CHICKEN RAMEN | 0.40 | 5 | 2.00 | Y |
| 07/11/2017 6:36:17AM | 36070 | LIME CHILI SHRIMP RAMEN | 0.40 | 5 | 2.00 | Y |
| 07/11/2017 6:36:17AM | 38010 | ANTI SHANK SECURITY TOOTHBRUSH | 0.49 | 1 | 0.49 | Y |
| 07/11/2017 6:36:17AM | 37920 | DENTAL FLOSS/GUM STIMULATOR 30 PK | 1.54 | 1 | 1.54 | Y |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 6603913 | 07/18/2017 06:54 | | | | - - - | $38.67 | $0.46 | $39.13 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 07/18/2017 6:54:41AM | 35950 | SEVILLA_BEANS&RICE_HOT CHILI 4.4 OZ | 1.11 | 5 | 5.55 | Y |
| 07/18/2017 6:54:41AM | 36050 | CHILI RAMEN | 0.40 | 10 | 4.00 | Y |
| 07/18/2017 6:54:41AM | 39970 | SMALL ADDRESS BOOK | 1.01 | 1 | 1.01 | Y |
| 07/18/2017 6:54:41AM | 34590 | EL PATO SALSA PICANTHTSAUC GS* | 1.93 | 1 | 1.93 | Y |
| 07/18/2017 6:54:41AM | 32400 | CACTUS ANNIE NACHO CHIPS GSH* | 2.51 | 2 | 5.02 | Y |
| 07/18/2017 6:54:41AM | 35990 | BEEF RAMEN | 0.40 | 10 | 4.00 | Y |
| 07/18/2017 6:54:41AM | 30510 | KEEFE 100% COLOMBIAN RESEAL 3 OZ H* | 4.44 | 1 | 4.44 | Y |
| 07/18/2017 6:54:41AM | 30960 | NESTLE CARNATION COCOA 2 LB. BAG * | 7.01 | 1 | 7.01 | Y |
| 07/18/2017 6:54:41AM | 31070 | PARAMOUNT_DRY_MILK 10 OZ | 5.71 | 1 | 5.71 | Y |

**Commissary Summary By Receipt Number**

| Receipt # | Date/Time | Booking # | Agency # | Inmate Name | Housing Location | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 6725861 | 08/01/2017 06:58 | | | | - - - | $45.83 | $1.77 | $47.60 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 08/01/2017 6:58:10AM | 37030 | IRISH SPRING DEODORANT SOAP | 1.14 | 1 | 1.14 | Y |
| 08/01/2017 6:58:10AM | 30910 | KEEFE_HOT COCOA_REGULAR 10 OZ | 2.37 | 1 | 2.37 | Y |
| 08/01/2017 6:58:10AM | 35590 | FISH STEAKS/LOUISIANHTSAUCE - GH* | 1.26 | 5 | 6.30 | Y |
| 08/01/2017 6:58:10AM | 35950 | SEVILLA_BEANS&RICE_HOT CHILI 4.4 OZ | 1.11 | 10 | 11.10 | Y |
| 08/01/2017 6:58:10AM | 30130 | SODA, FAYGO COLA | 1.14 | 3 | 3.42 | Y |
| 08/01/2017 6:58:10AM | 36070 | LIME CHILI SHRIMP RAMEN | 0.40 | 10 | 4.00 | Y |
| 08/01/2017 6:58:10AM | 48350 | FLASH DRIVE 4GB | 11.79 | 1 | 11.79 | Y |
| 08/01/2017 6:58:10AM | 31070 | PARAMOUNT_DRY_MILK 10 OZ | 5.71 | 1 | 5.71 | Y |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 6801973 | 08/08/2017 06:39 | | | | - - - | $22.94 | $0.49 | $23.43 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 08/08/2017 6:39:46AM | 36070 | LIME CHILI SHRIMP RAMEN | 0.40 | 10 | 4.00 | Y |
| 08/08/2017 6:39:46AM | 37790 | COLGATE TOOTHPASTE BAK SDA W/PERIO | 3.94 | 1 | 3.94 | Y |
| 08/08/2017 6:39:46AM | 37030 | IRISH SPRING DEODORANT SOAP | 1.14 | 2 | 2.28 | Y |
| 08/08/2017 6:39:46AM | 31070 | PARAMOUNT_DRY_MILK 10 OZ | 5.71 | 1 | 5.71 | Y |
| 08/08/2017 6:39:46AM | 30960 | NESTLE CARNATION COCOA 2 LB. BAG * | 7.01 | 1 | 7.01 | Y |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 6872093 | 08/15/2017 06:34 | | | | - - - | $5.73 | $0.00 | $5.73 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 08/15/2017 6:34:00AM | 35970 | SEVILLA REFRIED BEANS W/J | 2.53 | 1 | 2.53 | N |
| 08/15/2017 6:34:00AM | 36030 | CHICKEN RAMEN | 0.40 | 5 | 2.00 | N |
| 08/15/2017 6:34:00AM | 36070 | LIME CHILI SHRIMP RAMEN | 0.40 | 3 | 1.20 | N |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 6936711 | 08/22/2017 06:24 | | | | - - - | $3.92 | $0.00 | $3.92 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 08/22/2017 6:24:32AM | 00008 | STAMPS, FOREVER | 0.49 | 8 | 3.92 | N |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 6998755 | 08/29/2017 06:24 | | | | - - - | $1.96 | $0.00 | $1.96 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 08/29/2017 6:24:58AM | 00008 | STAMPS, FOREVER | 0.49 | 4 | 1.96 | N |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 7070629 | 09/06/2017 06:41 | | | | - - - | $1.61 | $0.13 | $1.74 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 09/06/2017 6:41:10AM | 36710 | DIAL- DEODORANT _ROLL ON 1.5 OZ | 1.61 | 1 | 1.61 | Y |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 7208955 | 09/19/2017 06:26 | | | | - - - | $5.14 | $0.09 | $5.23 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 09/19/2017 6:26:55AM | 36030 | CHICKEN RAMEN | 0.40 | 10 | 4.00 | Y |
| 09/19/2017 6:26:55AM | 37030 | IRISH SPRING DEODORANT SOAP | 1.14 | 1 | 1.14 | Y |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 7371654 | 10/06/2017 06:18 | | | | - - - | $2.00 | $0.00 | $2.00 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 10/06/2017 6:18:31AM | 36030 | CHICKEN RAMEN | 0.40 | 5 | 2.00 | N |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 7443645 | 10/13/2017 06:16 | | | | - - - | $3.20 | $0.00 | $3.20 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 10/13/2017 6:16:33AM | 36030 | CHICKEN RAMEN | 0.40 | 8 | 3.20 | N |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 7512259 | 10/20/2017 06:19 | | | | - - - | $4.00 | $0.00 | $4.00 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 10/20/2017 6:19:36AM | 36030 | CHICKEN RAMEN | 0.40 | 10 | 4.00 | N |

**Commissary Summary By Receipt Number**

| Receipt # | Date/Time | Booking # | Agency # | Inmate Name | Housing Location | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 7575480 | 10/27/2017 12:14 | | | | - - - | $4.82 | $0.18 | $5.00 |
| **Date/Time** | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 10/27/2017 12:14:56PM | 39850 | WHITE SKETCH PAD 8 1/2" X 11"-50CT | | | 1.30 | 1 | -1.30 | Y |
| | **Voided Item:** | Void Date | Description | Amt. Voided | Sell Price | Tax | Voided Total | |
| | | 10/27/2017 | WHITE SKETCH PAD 8 1/2" X 11"-50CT | 1 | $1.30 | -$0.10 | -$1.40 | |
| 10/27/2017 6:18:07AM | 37520 | CHAP-ET LIP CONDITIONER REGULAR | | | 1.01 | 1 | 1.01 | Y |
| 10/27/2017 6:18:07AM | 39850 | WHITE SKETCH PAD 8 1/2" X 11"-50CT | | | 1.30 | 1 | 1.30 | Y |
| 10/27/2017 6:18:07AM | 31340 | HAWAIIAN PUNCH JUICY FRUIT RED 8 PK | | | 1.71 | 1 | 1.71 | Y |
| 10/27/2017 6:18:07AM | 36070 | LIME CHILI SHRIMP RAMEN | | | 0.40 | 2 | 0.80 | Y |
| 7581088 | 10/27/2017 12:15 | | | | - - - | $1.26 | $0.10 | $1.36 |
| **Date/Time** | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 10/27/2017 12:15:36PM | 39840 | WHITE 8 1/2" X 11" (50 SHEETS/PAD) | | | 1.26 | 1 | 1.26 | Y |
| 7641314 | 11/03/2017 06:27 | | | | - - - | $4.96 | $0.00 | $4.96 |
| **Date/Time** | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 11/03/2017 6:27:21AM | 36070 | LIME CHILI SHRIMP RAMEN | | | 0.40 | 10 | 4.00 | N |
| 11/03/2017 6:27:21AM | 30980 | NESTLE RICH HCM SINGLES * | | | 0.24 | 4 | 0.96 | N |
| 7703528 | 11/09/2017 06:27 | | | | - - - | $2.90 | $0.00 | $2.90 |
| **Date/Time** | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 11/09/2017 6:27:15AM | 30980 | NESTLE RICH HCM SINGLES * | | | 0.24 | 5 | 1.20 | N |
| 11/09/2017 6:27:15AM | 31850 | RALSTON INSTANT OATMEAL FRUIT | | | 0.34 | 5 | 1.70 | N |
| 7783137 | 11/17/2017 06:18 | | | | - - - | $4.04 | $0.16 | $4.20 |
| **Date/Time** | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 11/17/2017 6:18:56AM | 36390 | DANDRUFF SHAMPOO | | | 2.04 | 1 | 2.04 | Y |
| 11/17/2017 6:18:56AM | 36070 | LIME CHILI SHRIMP RAMEN | | | 0.40 | 5 | 2.00 | Y |
| 7833850 | 11/22/2017 06:20 | | | | - - - | $3.72 | $0.13 | $3.85 |
| **Date/Time** | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 11/22/2017 6:20:18AM | 31850 | RALSTON INSTANT OATMEAL FRUIT | | | 0.34 | 6 | 2.04 | Y |
| 11/22/2017 6:20:18AM | 36620 | PALM BRUSH | | | 0.54 | 1 | 0.54 | Y |
| 11/22/2017 6:20:18AM | 37030 | IRISH SPRING DEODORANT SOAP | | | 1.14 | 1 | 1.14 | Y |
| 7908232 | 12/01/2017 06:26 | | | | - - - | $2.95 | $0.23 | $3.18 |
| **Date/Time** | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 12/01/2017 6:26:55AM | 38670 | SOFTEE HAIR FOOD | | | 2.95 | 1 | 2.95 | Y |
| 7985871 | 12/08/2017 06:16 | | | | - - - | $7.52 | $0.14 | $7.66 |
| **Date/Time** | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 12/08/2017 6:16:32AM | 31070 | PARAMOUNT_DRY_MILK 10 OZ | | | 5.71 | 1 | 5.71 | Y |
| 12/08/2017 6:16:32AM | 37030 | IRISH SPRING DEODORANT SOAP | | | 1.14 | 1 | 1.14 | Y |
| 12/08/2017 6:16:32AM | 37270 | TWO PIECE SOAP DISH (UPC CODED) | | | 0.67 | 1 | 0.67 | Y |
| 8056811 | 12/15/2017 06:18 | | | | - - - | $3.90 | $0.19 | $4.09 |
| **Date/Time** | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 12/15/2017 6:18:20AM | 40730 | CLEAR THERMAL MUG 22 OZ | | | 2.46 | 1 | 2.46 | Y |
| 12/15/2017 6:18:20AM | 30980 | NESTLE RICH HCM SINGLES * | | | 0.24 | 6 | 1.44 | Y |

**Commissary Summary By Receipt Number**

| Receipt # | Date/Time | Booking # | Agency # | Inmate Name | Housing Location | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 8140329 | 12/26/2017 06:26 | | | | - - - | $3.95 | $0.27 | $4.22 |
| Date/Time | | ID Number | Description | | Sellprice | Qty | Total | Taxable |
| 12/26/2017 6:26:07AM | | 37030 | IRISH SPRING DEODORANT SOAP | | 1.14 | 1 | 1.14 | Y |
| 12/26/2017 6:26:07AM | | 30980 | NESTLE RICH HCM SINGLES * | | 0.24 | 2 | 0.48 | Y |
| 12/26/2017 6:26:07AM | | 33160 | SWISS ROLL 6-2 PK | | 2.33 | 1 | 2.33 | Y |
| 8194638 | 01/02/2018 06:26 | | | | - - - | $6.04 | $0.09 | $6.13 |
| Date/Time | | ID Number | Description | | Sellprice | Qty | Total | Taxable |
| 01/02/2018 6:26:42AM | | 30610 | MAXWELL HOUSE COFFEE REGULAR | | 4.90 | 1 | 4.90 | Y |
| 01/02/2018 6:26:42AM | | 37030 | IRISH SPRING DEODORANT SOAP | | 1.14 | 1 | 1.14 | Y |
| 8284878 | 01/09/2018 06:26 | | | | - - - | $6.00 | $0.47 | $6.47 |
| Date/Time | | ID Number | Description | | Sellprice | Qty | Total | Taxable |
| 01/09/2018 6:26:24AM | | 4229 | HOLIDAY KIT | | 6.00 | 1 | 6.00 | Y |
| 8340825 | 01/16/2018 06:20 | | | | - - - | $7.02 | $0.35 | $7.37 |
| Date/Time | | ID Number | Description | | Sellprice | Qty | Total | Taxable |
| 01/16/2018 6:20:06AM | | 39260 | MEDICATED CHEST RUB | | 2.60 | 1 | 2.60 | Y |
| 01/16/2018 6:20:06AM | | 40530 | PINOCHLE AVIATOR PLAYING CARDS | | 1.96 | 1 | 1.96 | Y |
| 01/16/2018 6:20:06AM | | 31120 | SWEETMATE PINK 100 CT. BOX SH* | | 2.46 | 1 | 2.46 | Y |
| 8421981 | 01/23/2018 06:25 | | | | - - - | $5.88 | $0.00 | $5.88 |
| Date/Time | | ID Number | Description | | Sellprice | Qty | Total | Taxable |
| 01/23/2018 6:25:06AM | | 00008 | STAMPS, FOREVER | | 0.49 | 12 | 5.88 | N |
| 8557509 | 02/06/2018 06:23 | | | | - - - | $15.26 | $0.54 | $15.80 |
| Date/Time | | ID Number | Description | | Sellprice | Qty | Total | Taxable |
| 02/06/2018 6:23:22AM | | 39790 | 9 1/2" X 12 1/2" NO CLASP ENVELOPES | | 0.16 | 3 | 0.48 | Y |
| 02/06/2018 6:23:22AM | | 40730 | CLEAR THERMAL MUG 22 OZ | | 2.46 | 1 | 2.46 | Y |
| 02/06/2018 6:23:22AM | | 30740 | BIGELOW 6 ASSORTED TEAS 18 CT. GSH* | | 3.69 | 1 | 3.69 | Y |
| 02/06/2018 6:23:22AM | | 36930 | DOVE UNSCENTED BEAUTY BAR | | 2.62 | 1 | 2.62 | Y |
| 02/06/2018 6:23:22AM | | 48100 | PERCARA MOUTHWASH ORAL | | 1.60 | 1 | 1.60 | Y |
| 02/06/2018 6:23:22AM | | 00008 | STAMPS, FOREVER | | 0.49 | 9 | 4.41 | Y |
| 8629305 | 02/13/2018 06:25 | | | | - - - | $3.67 | $0.15 | $3.82 |
| Date/Time | | ID Number | Description | | Sellprice | Qty | Total | Taxable |
| 02/13/2018 6:25:05AM | | 40620 | ION 3 "AAA" BATTERY - 4PK | | 1.96 | 1 | 1.96 | Y |
| 02/13/2018 6:25:05AM | | 31340 | HAWAIIAN PUNCH JUICY FRUIT RED 8 PK | | 1.71 | 1 | 1.71 | Y |
| 8688392 | 02/20/2018 06:22 | | | | - - - | $13.66 | $0.78 | $14.44 |
| Date/Time | | ID Number | Description | | Sellprice | Qty | Total | Taxable |
| 02/20/2018 6:22:49AM | | 33160 | SWISS ROLL 6-2 PK | | 2.33 | 1 | 2.33 | Y |
| 02/20/2018 6:22:49AM | | 33400 | CHOCOLATE DELUXE MOON PIE | | 0.65 | 1 | 0.65 | Y |
| 02/20/2018 6:22:49AM | | 36930 | DOVE UNSCENTED BEAUTY BAR | | 2.62 | 1 | 2.62 | Y |
| 02/20/2018 6:22:49AM | | 38730 | NAIL CLIPPER (NO FILE) | | 0.46 | 1 | 0.46 | Y |
| 02/20/2018 6:22:49AM | | 30740 | BIGELOW 6 ASSORTED TEAS 18 CT. GSH* | | 3.69 | 1 | 3.69 | Y |
| 02/20/2018 6:22:49AM | | 39840 | WHITE 8 1/2" X 11" (50 SHEETS/PAD) | | 1.26 | 1 | 1.26 | Y |
| 02/20/2018 6:22:49AM | | 33230 | ZIPPY COOKIE ICED OATMEAL  H* | | 2.65 | 1 | 2.65 | Y |
| 8747442 | 02/26/2018 06:27 | | | | - - - | $4.17 | $0.32 | $4.49 |
| Date/Time | | ID Number | Description | | Sellprice | Qty | Total | Taxable |
| 02/26/2018 6:27:16AM | | 36950 | ELEMENTZ BODY WASH | | 2.64 | 1 | 2.64 | Y |
| 02/26/2018 6:27:16AM | | 30040 | SODA, SIERRA MIST | | 1.53 | 1 | 1.53 | Y |

**Commissary Summary By Receipt Number**

| Receipt # | Date/Time | Booking # | Agency # | Inmate Name | Housing Location | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 8837282 | 03/06/2018 06:19 | | | | - - - | $8.36 | $0.45 | $8.81 |
| **Date/Time** | | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 03/06/2018 6:19:57AM | | 31120 | SWEETMATE PINK 100 CT. BOX SH* | | | 2.46 | 1 | 2.46 | Y |
| 03/06/2018 6:19:57AM | | 37320 | INFUZED COCOA & SHEA BODY LOTION | | | 3.00 | 1 | 3.00 | Y |
| 03/06/2018 6:19:57AM | | 33160 | SWISS ROLL 6-2 PK | | | 2.33 | 1 | 2.33 | Y |
| 03/06/2018 6:19:57AM | | 45740 | SECURITY FLEX PEN | | | 0.57 | 1 | 0.57 | Y |
| 8913696 | 03/13/2018 06:23 | | | | - - - | $4.89 | $0.19 | $5.08 |
| **Date/Time** | | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 03/13/2018 6:23:39AM | | 37570 | NOXZEMA SKIN CREAM 2 OZ. | | | 2.49 | 1 | 2.49 | Y |
| 03/13/2018 6:23:39AM | | 30790 | KEEFE TEA BAGS | | | 2.14 | 1 | 2.14 | Y |
| 03/13/2018 6:23:39AM | | 30980 | NESTLE RICH HCM SINGLES * | | | 0.26 | 1 | 0.26 | Y |
| 8985594 | 03/20/2018 06:18 | | | | - - - | $8.47 | $0.63 | $9.10 |
| **Date/Time** | | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 03/20/2018 6:18:15AM | | 33230 | ZIPPY COOKIE ICED OATMEAL  H* | | | 2.65 | 2 | 5.30 | Y |
| 03/20/2018 6:18:15AM | | 30980 | NESTLE RICH HCM SINGLES * | | | 0.26 | 2 | 0.52 | Y |
| 03/20/2018 6:18:15AM | | 39640 | COMFORT PLUS SHOE INSOLE (2 PAIR) | | | 2.65 | 1 | 2.65 | Y |
| 9054594 | 03/27/2018 06:23 | | | | - - - | $2.86 | $0.08 | $2.94 |
| **Date/Time** | | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 03/27/2018 6:23:56AM | | 30980 | NESTLE RICH HCM SINGLES * | | | 0.26 | 7 | 1.82 | Y |
| 03/27/2018 6:23:56AM | | 33220 | ZIPPY COOKIES DUPLEX CREAMES   H* | | | 1.04 | 1 | 1.04 | Y |
| 9138712 | 04/04/2018 06:17 | | | | - - - | $7.31 | $0.25 | $7.56 |
| **Date/Time** | | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 04/04/2018 6:17:25AM | | 31120 | SWEETMATE PINK 100 CT. BOX SH* | | | 2.46 | 1 | 2.46 | Y |
| 04/04/2018 6:17:25AM | | 31790 | GOLDEN VALLEY CIN/RAIS BAGEL* | | | 0.59 | 3 | 1.77 | Y |
| 04/04/2018 6:17:25AM | | 30980 | NESTLE RICH HCM SINGLES * | | | 0.26 | 7 | 1.82 | Y |
| 04/04/2018 6:17:25AM | | 39840 | WHITE 8 1/2" X 11" (50 SHEETS/PAD) | | | 1.26 | 1 | 1.26 | Y |
| 9214341 | 04/11/2018 06:18 | | | | - - - | $11.37 | $0.90 | $12.27 |
| **Date/Time** | | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 04/11/2018 6:18:21AM | | 33230 | ZIPPY COOKIE ICED OATMEAL  H* | | | 2.65 | 2 | 5.30 | Y |
| 04/11/2018 6:18:21AM | | 36930 | DOVE UNSCENTED BEAUTY BAR | | | 2.62 | 1 | 2.62 | Y |
| 04/11/2018 6:18:21AM | | 31790 | GOLDEN VALLEY CIN/RAIS BAGEL* | | | 0.59 | 4 | 2.36 | Y |
| 04/11/2018 6:18:21AM | | 39180 | CHERRY COUGH DROPS 30 CT. BAG | | | 1.09 | 1 | 1.09 | Y |
| 9351908 | 04/25/2018 06:17 | | | | - - - | $10.15 | $0.00 | $10.15 |
| **Date/Time** | | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 04/25/2018 6:17:43AM | | 31070 | PARAMOUNT_DRY_MILK 10 OZ | | | 5.71 | 1 | 5.71 | N |
| 04/25/2018 6:17:43AM | | 30510 | KEEFE 100% COLOMBIAN RESEAL 3 OZ H* | | | 4.44 | 1 | 4.44 | N |
| 9496539 | 05/09/2018 06:21 | | | | - - - | $9.54 | $0.55 | $10.09 |
| **Date/Time** | | **ID Number** | **Description** | | | **Sellprice** | **Qty** | **Total** | **Taxable** |
| 05/09/2018 6:21:28AM | | 38670 | SOFTEE HAIR FOOD | | | 2.95 | 1 | 2.95 | Y |
| 05/09/2018 6:21:28AM | | 31120 | SWEETMATE PINK 100 CT. BOX SH* | | | 2.46 | 1 | 2.46 | Y |
| 05/09/2018 6:21:28AM | | 41560 | GPX EB-CLR CLEAR EAR BUDS | | | 4.13 | 1 | 4.13 | Y |

**Commissary Summary By Receipt Number**

| Receipt # | Date/Time | Booking # | Agency # | Inmate Name | Housing Location | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 9566974 | 05/16/2018 06:15 | | | | - - - | $12.34 | $0.42 | $12.76 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 05/16/2018 6:15:24AM | 33230 | ZIPPY COOKIE ICED OATMEAL   H* | 2.65 | 2 | 5.30 | Y |
| 05/16/2018 6:15:24AM | 30980 | NESTLE RICH HCM SINGLES * | 0.26 | 10 | 2.60 | Y |
| 05/16/2018 6:15:24AM | 30510 | KEEFE 100% COLOMBIAN RESEAL 3 OZ H* | 4.44 | 1 | 4.44 | Y |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 9635632 | 05/23/2018 06:12 | | | | - - - | $5.65 | $0.15 | $5.80 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 05/23/2018 6:12:47AM | 40620 | ION 3 "AAA" BATTERY - 4PK | 1.96 | 1 | 1.96 | Y |
| 05/23/2018 6:12:47AM | 30740 | BIGELOW 6 ASSORTED TEAS 18 CT. GSH* | 3.69 | 1 | 3.69 | Y |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 9694241 | 05/30/2018 06:25 | | | | - - - | $20.43 | $1.43 | $21.86 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 05/30/2018 6:25:02AM | 39840 | WHITE 8 1/2" X 11" (50 SHEETS/PAD) | 1.26 | 1 | 1.26 | Y |
| 05/30/2018 6:25:02AM | 00008 | STAMPS, FOREVER | 0.49 | 4 | 1.96 | Y |
| 05/30/2018 6:25:02AM | 36950 | ELEMENTZ BODY WASH | 2.64 | 1 | 2.64 | Y |
| 05/30/2018 6:25:02AM | 39910 | BEVELED PINK ERASER | 0.47 | 1 | 0.47 | Y |
| 05/30/2018 6:25:02AM | 39680 | TOLNAFTATE ANTIFUNGAL CREAM | 1.83 | 1 | 1.83 | Y |
| 05/30/2018 6:25:02AM | 42792 | PREMIUM SWEATPANTS L | 12.27 | 1 | 12.27 | Y |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 9770123 | 06/06/2018 06:13 | | | | - - - | $18.81 | $0.21 | $19.02 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 06/06/2018 6:13:12AM | 30980 | NESTLE RICH HCM SINGLES * | 0.26 | 3 | 0.78 | Y |
| 06/06/2018 6:13:12AM | 34610 | EL YUCAT XTHOT HABANERO SAUCE  GS | 2.86 | 1 | 2.86 | Y |
| 06/06/2018 6:13:12AM | 33230 | ZIPPY COOKIE ICED OATMEAL   H* | 2.65 | 1 | 2.65 | Y |
| 06/06/2018 6:13:12AM | 30510 | KEEFE 100% COLOMBIAN RESEAL 3 OZ H* | 4.44 | 1 | 4.44 | Y |
| 06/06/2018 6:13:12AM | 34590 | EL PATO SALSA PICANTHTSAUC GS* | 1.93 | 1 | 1.93 | Y |
| 06/06/2018 6:13:12AM | 31120 | SWEETMATE PINK 100 CT. BOX SH* | 2.46 | 1 | 2.46 | Y |
| 06/06/2018 6:13:12AM | 30740 | BIGELOW 6 ASSORTED TEAS 18 CT. GSH* | 3.69 | 1 | 3.69 | Y |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 9838745 | 06/13/2018 06:14 | | | | - - - | $3.39 | $0.27 | $3.66 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 06/13/2018 6:14:04AM | 40260 | PLAIN PAPER BIRTHDAY CARDS | 1.13 | 1 | 1.13 | Y |
| 06/13/2018 6:14:04AM | 40300 | PLAIN PAPER FRIENDSHIP CARDS | 1.13 | 1 | 1.13 | Y |
| 06/13/2018 6:14:04AM | 40330 | PLAIN PAPER JUVENILE BIRTHDAY CARDS | 1.13 | 1 | 1.13 | Y |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 9909593 | 06/20/2018 06:18 | | | | - - - | $12.44 | $0.55 | $12.99 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 06/20/2018 6:18:13AM | 00008 | STAMPS, FOREVER | 0.49 | 11 | 5.39 | Y |
| 06/20/2018 6:18:13AM | 40730 | CLEAR THERMAL MUG 22 OZ | 2.46 | 1 | 2.46 | Y |
| 06/20/2018 6:18:13AM | 30040 | SODA, SIERRA MIST | 1.53 | 3 | 4.59 | Y |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 9967008 | 06/26/2018 06:22 | | | | - - - | $9.75 | $0.76 | $10.51 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 06/26/2018 6:22:56AM | 36930 | DOVE UNSCENTED BEAUTY BAR | 2.62 | 1 | 2.62 | Y |
| 06/26/2018 6:22:56AM | 33230 | ZIPPY COOKIE ICED OATMEAL   H* | 2.65 | 2 | 5.30 | Y |
| 06/26/2018 6:22:56AM | 39680 | TOLNAFTATE ANTIFUNGAL CREAM | 1.83 | 1 | 1.83 | Y |

CONFIDENTIAL

### Original Receipt Grand Totals

| | |
|---|---:|
| Total Commissary Sales: | $693.55 |
| Sales Tax Collected: | $25.30 |
| | $718.85 |

### Commissary Totals Breakdown

| | | |
|---|---:|---|
| Total Commissary Sales: | $693.55 | |
| Total Voided Commissary Sales: | -$7.01 | |
| | $686.54 | |
| Total Non-Taxable Sales: | $368.11 | 53.08% |
| Total Non-Taxable Sales Voided: | $0.00 | |
| | $368.11 | |
| Total Taxable Sales: | $325.44 | 45.99% |
| Total Taxable Sales Voided: | -$7.01 | |
| | $318.43 | |

| | |
|---|---:|
| Sales Tax Collected: | $25.30 |
| Sales Tax Voided: | -$0.50 |
| | $24.80 |