# Exhibit 36

CONFIDENTIAL

# Commissary Summary By Receipt Number

Report Date Range: 06/13/2017 - 06/21/2018

Print Date: 02/19/2019 2:08:22PM

| Receipt # | Date/Time | Booking # | Agency # | Inmate Name | Housing Location | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 6295154 | 06/15/2017 06:46 | | | | | $24.90 | $1.27 | $26.17 |
| Date/Time | | ID Number | Description | | Sellprice | Qty | Total | Taxable |
| 06/15/2017 6:46:15AM | | 00001 | PHONE TIME | | 1.00 | 4 | 4.00 | Y |
| 06/15/2017 6:46:15AM | | 35030 | JACK LINK HOT SUMMER SAUSAGE  S | | 1.80 | 2 | 3.60 | Y |
| 06/15/2017 6:46:15AM | | 30510 | KEEFE 100% COLOMBIAN RESEAL 3 OZ H* | | 4.44 | 1 | 4.44 | Y |
| 06/15/2017 6:46:15AM | | 49940 | VELCRO CANVAS WHT SHOE SZ 7 | | 12.86 | 1 | 12.86 | Y |
| 6360791 | 06/22/2017 06:32 | | | | | $0.80 | $0.00 | $0.80 |
| Date/Time | | ID Number | Description | | Sellprice | Qty | Total | Taxable |
| 06/22/2017 6:32:12AM | | 36070 | LIME CHILI SHRIMP RAMEN | | 0.40 | 2 | 0.80 | N |
| 6765477 | 08/04/2017 06:33 | | | | | $5.55 | $0.39 | $5.94 |
| Date/Time | | ID Number | Description | | Sellprice | Qty | Total | Taxable |
| 08/04/2017 6:33:41AM | | 45730 | GOLF PENCIL | | 0.06 | 5 | 0.30 | Y |
| 08/04/2017 6:33:41AM | | 36610 | NYLON AFRO PICK | | 0.53 | 1 | 0.53 | Y |
| 08/04/2017 6:33:41AM | | 37270 | TWO PIECE SOAP DISH (UPC CODED) | | 0.67 | 1 | 0.67 | Y |
| 08/04/2017 6:33:41AM | | 38440 | MURRAY'S POMADE 4 OZ. PLASTIC JAR | | 2.91 | 1 | 2.91 | Y |
| 08/04/2017 6:33:41AM | | 45740 | SECURITY FLEX PEN | | 0.57 | 2 | 1.14 | Y |
| 6958583 | 08/24/2017 06:16 | | | | | $10.88 | $0.13 | $11.01 |
| Date/Time | | ID Number | Description | | Sellprice | Qty | Total | Taxable |
| 08/24/2017 6:16:50AM | | 35970 | SEVILLA REFRIED BEANS W/J | | 2.53 | 1 | 2.53 | Y |
| 08/24/2017 6:16:50AM | | 36620 | PALM BRUSH | | 0.54 | 1 | 0.54 | Y |
| 08/24/2017 6:16:50AM | | 34590 | EL PATO SALSA PICANTHTSAUC GS* | | 1.93 | 1 | 1.93 | Y |
| 08/24/2017 6:16:50AM | | 30510 | KEEFE 100% COLOMBIAN RESEAL 3 OZ H* | | 4.44 | 1 | 4.44 | Y |
| 08/24/2017 6:16:50AM | | 37270 | TWO PIECE SOAP DISH (UPC CODED) | | 0.67 | 1 | 0.67 | Y |
| 08/24/2017 6:16:50AM | | 30980 | NESTLE RICH HCM SINGLES * | | 0.24 | 1 | 0.24 | Y |
| 08/24/2017 6:16:50AM | | 36610 | NYLON AFRO PICK | | 0.53 | 1 | 0.53 | Y |
| 7101664 | 09/08/2017 06:15 | | | | | $5.37 | $0.00 | $5.37 |
| Date/Time | | ID Number | Description | | Sellprice | Qty | Total | Taxable |
| 09/08/2017 6:15:53AM | | 35920 | CA ORIGINAL FLOUR TORTILLAS 6 CT * | | 1.33 | 2 | 2.66 | N |
| 09/08/2017 6:15:53AM | | 35040 | BRUSHY CREEK SUMMER SAUSAGE | | 2.71 | 1 | 2.71 | N |
| 7119835 | 09/11/2017 07:14 | | | | | $4.00 | $0.00 | $4.00 |
| Date/Time | | ID Number | Description | | Sellprice | Qty | Total | Taxable |
| 09/11/2017 7:14:20AM | | 36070 | LIME CHILI SHRIMP RAMEN | | 0.40 | 10 | 4.00 | N |
| 7161111 | 09/14/2017 06:18 | | | | | $3.41 | $0.18 | $3.59 |
| Date/Time | | ID Number | Description | | Sellprice | Qty | Total | Taxable |
| 09/14/2017 6:18:37AM | | 45730 | GOLF PENCIL | | 0.06 | 6 | 0.36 | Y |
| 09/14/2017 6:18:37AM | | 31790 | GOLDEN VALLEY CIN/RAIS BAGEL* | | 0.59 | 3 | 1.77 | Y |
| 09/14/2017 6:18:37AM | | 32090 | CHEETOS FLAMIN' HOT CRUNCH  G | | 0.80 | 1 | 0.80 | Y |
| 09/14/2017 6:18:37AM | | 30980 | NESTLE RICH HCM SINGLES * | | 0.24 | 2 | 0.48 | Y |

| Receipt # | Date/Time | Booking # | Agency # | Inmate Name | Housing Location | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 7611278 | 11/01/2017 06:21 | | | | | $4.44 | $0.19 | $4.63 |
| Date/Time | | ID Number | Description | | | Sellprice | Qty Total | Taxable |
| 11/01/2017 6:21:58AM | | 32250 | GOLDEN VALLEY SALTINE CRACKERS H* | | | 2.44 | 1  2.44 | Y |
| 11/01/2017 6:21:58AM | | 00001 | PHONE TIME | | | 1.00 | 2  2.00 | Y |
| 8091185 | 12/19/2017 06:32 | | | | | $6.00 | $0.47 | $6.47 |
| Date/Time | | ID Number | Description | | | Sellprice | Qty Total | Taxable |
| 12/19/2017 6:32:16AM | | 4229 | HOLIDAY KIT | | | 6.00 | 1  6.00 | Y |
| 8300971 | 01/10/2018 06:31 | | | | | $18.70 | $0.71 | $19.41 |
| Date/Time | | ID Number | Description | | | Sellprice | Qty Total | Taxable |
| 01/10/2018 6:31:09AM | | 36070 | LIME CHILI SHRIMP RAMEN | | | 0.40 | 5  2.00 | Y |
| 01/10/2018 6:31:09AM | | 35300 | BRUSHY_CREEK_BEEF_BARBACOA 6 OZ | | | 3.80 | 1  3.80 | Y |
| 01/10/2018 6:31:09AM | | 36050 | CHILI RAMEN | | | 0.40 | 10  4.00 | Y |
| 01/10/2018 6:31:09AM | | 37030 | IRISH SPRING DEODORANT SOAP | | | 1.14 | 2  2.28 | Y |
| 01/10/2018 6:31:09AM | | 36710 | DIAL- DEODORANT _ROLL ON 1.5 OZ | | | 1.61 | 2  3.22 | Y |
| 01/10/2018 6:31:09AM | | 31850 | RALSTON INSTANT OATMEAL FRUIT | | | 0.34 | 10  3.40 | Y |
| 8361436 | 01/17/2018 06:28 | | | | | $4.29 | $0.33 | $4.62 |
| Date/Time | | ID Number | Description | | | Sellprice | Qty Total | Taxable |
| 01/17/2018 6:28:22AM | | 33400 | CHOCOLATE DELUXE MOON PIE | | | 0.65 | 2  1.30 | Y |
| 01/17/2018 6:28:22AM | | 32900 | ML HOT! HOT! HOT! PEANUTS G* | | | 0.66 | 1  0.66 | Y |
| 01/17/2018 6:28:22AM | | 33160 | SWISS ROLL 6-2 PK | | | 2.33 | 1  2.33 | Y |
| 8487879 | 01/30/2018 10:51 | | | | | $10.61 | $0.32 | $10.93 |
| Date/Time | | ID Number | Description | | | Sellprice | Qty Total | Taxable |
| 01/30/2018 10:51:23AM | | 31850 | RALSTON INSTANT OATMEAL FRUIT | | | 0.34 | 10  -3.40 | Y |
| Voided Item: | Void Date | Description | | Amt. Voided | Sell Price | Tax | Voided Total | |
| | 01/30/2018 | RALSTON INSTANT OATMEAL FRUIT | | 10 | $0.34 | $0.00 | -$3.40 | |
| 01/30/2018 6:32:00AM | | 36250 | ELEMENTZ SHAMPOO W/EUCAL. & MINT | | | 1.79 | 1  1.79 | Y |
| 01/30/2018 6:32:00AM | | 31850 | RALSTON INSTANT OATMEAL FRUIT | | | 0.34 | 10  3.40 | Y |
| 01/30/2018 6:32:00AM | | 37030 | IRISH SPRING DEODORANT SOAP | | | 1.21 | 2  2.42 | Y |
| 01/30/2018 6:32:00AM | | 00001 | PHONE TIME | | | 1.00 | 3  3.00 | Y |
| 8573117 | 02/07/2018 06:39 | | | | | $37.49 | $1.46 | $38.95 |
| Date/Time | | ID Number | Description | | | Sellprice | Qty Total | Taxable |
| 02/07/2018 6:39:03AM | | 32650 | MOON LODGE JALAPENO CHIPS H* | | | 0.57 | 5  2.85 | Y |
| 02/07/2018 6:39:03AM | | 35950 | SEVILLA_BEANS&RICE_HOT CHILI 4.4 OZ | | | 1.11 | 3  3.33 | Y |
| 02/07/2018 6:39:03AM | | 30160 | SODA, FAYGO ORANGE | | | 1.21 | 2  2.42 | Y |
| 02/07/2018 6:39:03AM | | 33220 | ZIPPY COOKIES DUPLEX CREAMES H* | | | 1.04 | 1  1.04 | Y |
| 02/07/2018 6:39:03AM | | 37030 | IRISH SPRING DEODORANT SOAP | | | 1.21 | 1  1.21 | Y |
| 02/07/2018 6:39:03AM | | 31850 | RALSTON INSTANT OATMEAL FRUIT | | | 0.34 | 20  6.80 | Y |
| 02/07/2018 6:39:03AM | | 36010 | CAJUN SHRIMP RAMEN | | | 0.40 | 8  3.20 | Y |
| 02/07/2018 6:39:03AM | | 00001 | PHONE TIME | | | 1.00 | 5  5.00 | Y |
| 02/07/2018 6:39:03AM | | 35590 | FISH STEAKS/LOUISIANHTSAUCE - GH* | | | 1.26 | 2  2.52 | Y |
| 02/07/2018 6:39:03AM | | 36340 | SUAVE WATERFALL MIST CONDITIONER | | | 2.37 | 1  2.37 | Y |
| 02/07/2018 6:39:03AM | | 34080 | KEEFE CREAMY PEANUT BUTTER GS* | | | 4.08 | 1  4.08 | Y |
| 02/07/2018 6:39:03AM | | 32100 | CHEETOS FLAMIN' HOT CRUNCH 8OZ | | | 2.67 | 1  2.67 | Y |

**Commissary Summary By Receipt Number**

| Receipt # | Date/Time | Booking # | Agency # | Inmate Name | Housing Location | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 8704955 | 02/21/2018 06:28 | | | | | $5.65 | $0.08 | $5.73 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 02/21/2018 6:28:42AM | 00001 | PHONE TIME | 1.00 | 3 | 3.00 | Y |
| 02/21/2018 6:28:42AM | 39970 | SMALL ADDRESS BOOK | 1.01 | 1 | 1.01 | Y |
| 02/21/2018 6:28:42AM | 35830 | KEEFE PACK PRECOOKED RICE GSH* | 1.64 | 1 | 1.64 | Y |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 8765856 | 02/27/2018 06:24 | | | | | $25.15 | $0.85 | $26.00 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 02/27/2018 6:24:17AM | 45920 | ML POPCORN XT BUTTER MICRO^ | 0.64 | 2 | 1.28 | Y |
| 02/27/2018 6:24:17AM | 36340 | SUAVE WATERFALL MIST CONDITIONER | 2.37 | 1 | 2.37 | Y |
| 02/27/2018 6:24:17AM | 00001 | PHONE TIME | 1.00 | 6 | 6.00 | Y |
| 02/27/2018 6:24:17AM | 36250 | ELEMENTZ SHAMPOO W/EUCAL. & MINT | 1.79 | 2 | 3.58 | Y |
| 02/27/2018 6:24:17AM | 31120 | SWEETMATE PINK 100 CT. BOX SH* | 2.46 | 1 | 2.46 | Y |
| 02/27/2018 6:24:17AM | 30510 | KEEFE 100% COLOMBIAN RESEAL 3 OZ H* | 4.44 | 1 | 4.44 | Y |
| 02/27/2018 6:24:17AM | 40620 | ION 3 "AAA" BATTERY - 4PK | 1.96 | 1 | 1.96 | Y |
| 02/27/2018 6:24:17AM | 30040 | SODA, SIERRA MIST | 1.53 | 2 | 3.06 | Y |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 8854972 | 03/07/2018 06:25 | | | | | $10.04 | $0.11 | $10.15 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 03/07/2018 6:25:35AM | 32385 | CACTUS HOT PORK RINDS | 1.40 | 1 | 1.40 | Y |
| 03/07/2018 6:25:35AM | 35830 | KEEFE PACK PRECOOKED RICE GSH* | 1.64 | 1 | 1.64 | Y |
| 03/07/2018 6:25:35AM | 36050 | CHILI RAMEN | 0.40 | 5 | 2.00 | Y |
| 03/07/2018 6:25:35AM | 00001 | PHONE TIME | 1.00 | 5 | 5.00 | Y |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 8925850 | 03/14/2018 06:21 | | | | | $1.11 | $0.00 | $1.11 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 03/14/2018 6:21:29AM | 35950 | SEVILLA_BEANS&RICE_HOT CHILI 4.4 OZ | 1.11 | 1 | 1.11 | N |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 8997800 | 03/21/2018 06:23 | | | | | $11.10 | $0.63 | $11.73 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 03/21/2018 6:23:59AM | 46350 | FOLGERS TRAD. ROAST 4OZ POUCH | 5.58 | 1 | 5.58 | Y |
| 03/21/2018 6:23:59AM | 00001 | PHONE TIME | 1.00 | 3 | 3.00 | Y |
| 03/21/2018 6:23:59AM | 35590 | FISH STEAKS/LOUISIANHTSAUCE - GH* | 1.26 | 2 | 2.52 | Y |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 9065960 | 03/28/2018 06:23 | | | | | $7.28 | $0.26 | $7.54 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 03/28/2018 6:23:26AM | 35820 | HORMEL SPAM SINGLE POUCH GS | 1.64 | 2 | 3.28 | Y |
| 03/28/2018 6:23:26AM | 00001 | PHONE TIME | 1.00 | 4 | 4.00 | Y |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 9150622 | 04/05/2018 06:28 | | | | | $4.37 | $0.18 | $4.55 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 04/05/2018 6:28:26AM | 00001 | PHONE TIME | 1.00 | 2 | 2.00 | Y |
| 04/05/2018 6:28:26AM | 36340 | SUAVE WATERFALL MIST CONDITIONER | 2.37 | 1 | 2.37 | Y |

| Receipt # | Date/Time | | | | | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 9226926 | 04/12/2018 06:23 | | | | | $15.41 | $0.49 | $15.90 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 04/12/2018 6:23:42AM | 00001 | PHONE TIME | 1.00 | 4 | 4.00 | Y |
| 04/12/2018 6:23:42AM | 31340 | HAWAIIAN PUNCH JUICY FRUIT RED 8 PK | 1.71 | 1 | 1.71 | Y |
| 04/12/2018 6:23:42AM | 32100 | CHEETOS FLAMIN' HOT CRUNCH 8OZ | 2.67 | 1 | 2.67 | Y |
| 04/12/2018 6:23:42AM | 31850 | RALSTON INSTANT OATMEAL FRUIT | 0.34 | 10 | 3.40 | Y |
| 04/12/2018 6:23:42AM | 32770 | HEALTH MIX 3.25 OZ. G | 1.27 | 2 | 2.54 | Y |
| 04/12/2018 6:23:42AM | 39180 | CHERRY COUGH DROPS 30 CT. BAG | 1.09 | 1 | 1.09 | Y |

**Commissary Summary By Receipt Number**

| Receipt # | Date/Time | Booking # | Agency # | Inmate Name | Housing Location | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 9295769 | 04/19/2018 06:27 | | | | | $5.82 | $0.44 | $6.26 |
| Date/Time | ID Number | Description | | | Sellprice | Qty | Total | Taxable |
| 04/19/2018 6:27:32AM | 37030 | IRISH SPRING DEODORANT SOAP | | | 1.21 | 2 | 2.42 | Y |
| 04/19/2018 6:27:32AM | 36250 | ELEMENTZ SHAMPOO W/EUCAL. & MINT | | | 1.79 | 1 | 1.79 | Y |
| 04/19/2018 6:27:32AM | 36710 | DIAL- DEODORANT _ROLL ON 1.5 OZ | | | 1.61 | 1 | 1.61 | Y |
| 9362037 | 04/26/2018 06:20 | | | | | $6.00 | $0.11 | $6.11 |
| Date/Time | ID Number | Description | | | Sellprice | Qty | Total | Taxable |
| 04/26/2018 6:20:59AM | 36050 | CHILI RAMEN | | | 0.40 | 4 | 1.60 | Y |
| 04/26/2018 6:20:59AM | 32385 | CACTUS HOT PORK RINDS | | | 1.40 | 1 | 1.40 | Y |
| 04/26/2018 6:20:59AM | 00001 | PHONE TIME | | | 1.00 | 3 | 3.00 | Y |
| 9432483 | 05/03/2018 06:20 | | | | | $3.00 | $0.00 | $3.00 |
| Date/Time | ID Number | Description | | | Sellprice | Qty | Total | Taxable |
| 05/03/2018 6:20:30AM | 00001 | PHONE TIME | | | 1.00 | 3 | 3.00 | N |
| 9578240 | 05/17/2018 06:24 | | | | | $4.00 | $0.00 | $4.00 |
| Date/Time | ID Number | Description | | | Sellprice | Qty | Total | Taxable |
| 05/17/2018 6:24:00AM | 00001 | PHONE TIME | | | 1.00 | 4 | 4.00 | N |
| 9647233 | 05/24/2018 06:20 | | | | | $2.00 | $0.00 | $2.00 |
| Date/Time | ID Number | Description | | | Sellprice | Qty | Total | Taxable |
| 05/24/2018 6:20:23AM | 00001 | PHONE TIME | | | 1.00 | 2 | 2.00 | N |
| 9711691 | 06/01/2018 06:19 | | | | | $6.42 | $0.18 | $6.60 |
| Date/Time | ID Number | Description | | | Sellprice | Qty | Total | Taxable |
| 06/01/2018 6:19:54AM | 37030 | IRISH SPRING DEODORANT SOAP | | | 1.21 | 2 | 2.42 | Y |
| 06/01/2018 6:19:54AM | 00001 | PHONE TIME | | | 1.00 | 4 | 4.00 | Y |
| 9781863 | 06/07/2018 06:19 | | | | | $3.00 | $0.00 | $3.00 |
| Date/Time | ID Number | Description | | | Sellprice | Qty | Total | Taxable |
| 06/07/2018 6:19:02AM | 00001 | PHONE TIME | | | 1.00 | 3 | 3.00 | N |

**Original Receipt Grand Totals**

| | |
|---|---|
| Total Commissary Sales: | $246.79 |
| Sales Tax Collected: | $8.78 |
| | $255.57 |

**Commissary Totals Breakdown**

| | | | | |
|---|---|---|---|---|
| Total Commissary Sales: | $246.79 | | | |
| Total Voided Commissary Sales: | -$3.40 | | | |
| | $243.39 | | | |
| Total Non-Taxable Sales: | $132.30 | 53.61% | Sales Tax Collected: | $8.78 |
| Total Non-Taxable Sales Voided: | -$3.40 | | Sales Tax Voided: | $0.00 |
| | $128.90 | | | |
| Total Taxable Sales: | $114.49 | 46.66% | | |
| Total Taxable Sales Voided: | $0.00 | | | |
| | $114.49 | | | |

Commissary Summary By Receipt Number