# Exhibit 37

# Commissary Summary By Receipt Number

Report Date Range: 02/01/2015 - 03/31/2015

Print Date: 12/11/2018 1:54:09PM

| Receipt # | Date/Time | Booking # | Agency # | Inmate Name | Housing Location | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 334732353 | 02/11/2015 09:25 | | | OWINO, SYLVESTER | - - - | $38.19 | $2.14 | $40.33 |

| Date/Time | ID Number | Description | | | | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|---|---|---|
| 02/11/2015 9:25:00AM | 45740 | SECURITY FLEX PEN | | | | 0.57 | 1 | 0.57 | Y |
| 02/11/2015 9:25:00AM | 30980 | NESTLE RICH HCM SINGLES * | | | | 0.24 | 3 | 0.72 | Y |
| 02/11/2015 9:25:00AM | 37520 | CHAP-ET LIP CONDITIONER REGULAR | | | | 1.01 | 1 | 1.01 | Y |
| 02/11/2015 9:25:00AM | 30160 | SODA, FAYGO ORANGE | | | | 1.07 | 2 | 2.14 | Y |
| 02/11/2015 9:25:00AM | 35740 | CHICKEN OF THE SEA SARDINES/SAUCE * | | | | 1.22 | 2 | 2.44 | Y |
| 02/11/2015 9:25:00AM | 31790 | GOLDEN VALLEY CIN/RAIS BAGEL* | | | | 0.59 | 2 | 1.18 | Y |
| 02/11/2015 9:25:00AM | 35830 | KEEFE PACK PRECOOKED RICE GSH* | | | | 1.44 | 2 | 2.88 | Y |
| 02/11/2015 9:25:00AM | 35190 | JACK LINK ORIGINAL BEEF JERKY | | | | 1.71 | 1 | 1.71 | Y |
| 02/11/2015 9:25:00AM | 36930 | DOVE UNSCENTED BEAUTY BAR | | | | 2.62 | 1 | 2.62 | Y |
| 02/11/2015 9:25:00AM | 33070 | ZIPPY CAKES MONSTER ICED BUNEEZ* | | | | 1.06 | 2 | 2.12 | Y |
| 02/11/2015 9:25:00AM | 00008 | STAMPS, FOREVER | | | | 0.49 | 3 | 1.47 | Y |
| 02/11/2015 9:25:00AM | 35500 | FRESH CATCH JACK MACK/BRIN - GH | | | | 1.46 | 2 | 2.92 | Y |
| 02/11/2015 9:25:00AM | 37320 | INFUZED COCOA & SHEA BODY LOTION | | | | 3.00 | 1 | 3.00 | Y |
| 02/11/2015 9:25:00AM | 38730 | NAIL CLIPPER (NO FILE) | | | | 0.46 | 1 | 0.46 | Y |
| 02/11/2015 9:25:00AM | 38300 | MAGIC REG CREAM SHAVE DEPILATORY | | | | 5.21 | 1 | 5.21 | Y |
| 02/11/2015 9:25:00AM | 36050 | CHILI RAMEN | | | | 0.40 | 10 | 4.00 | Y |
| 02/11/2015 9:25:00AM | 34020 | SNICKERS BAR G* | | | | 1.23 | 1 | 1.23 | Y |
| 02/11/2015 9:25:00AM | 34040 | TWIX BAR * | | | | 1.23 | 1 | 1.23 | Y |
| 02/11/2015 9:25:00AM | 45920 | ML POPCORN XT BUTTER MICRO* | | | | 0.64 | 2 | 1.28 | Y |

| Receipt # | Date/Time | Booking # | Agency # | Inmate Name | Housing Location | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 334750863 | 02/13/2015 05:22 | | | OWINO, SYLVESTER | - - - | $10.00 | $0.00 | $10.00 |

| Date/Time | ID Number | Description | | | | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|---|---|---|
| 02/13/2015 5:22:18AM | 00001 | PHONE TIME | | | | 1.00 | 10 | 10.00 | N |

| Receipt # | Date/Time | Booking # | Agency # | Inmate Name | Housing Location | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 334772601 | 02/17/2015 06:02 | | | OWINO, SYLVESTER | - - - | $10.00 | $0.00 | $10.00 |

| Date/Time | ID Number | Description | | | | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|---|---|---|
| 02/17/2015 6:02:26AM | 00001 | PHONE TIME | | | | 1.00 | 10 | 10.00 | N |

CCOG00045345

Exhibit 37 - Page 727

| Receipt # | Date/Time | Booking # | Agency # | Inmate Name | Housing Location | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 334784876 | 02/18/2015 06:15 | | | OWINO, SYLVESTER | - - - | $52.40 | $3.17 | $55.57 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 02/18/2015 6:15:01AM | 31790 | GOLDEN VALLEY CIN/RAIS BAGEL* | 0.59 | 2 | 1.18 | Y |
| 02/18/2015 6:15:01AM | 35990 | BEEF RAMEN | 0.40 | 10 | 4.00 | Y |
| 02/18/2015 6:15:01AM | 31990 | CRUNCHY OATS & HONEY GRANOLA BAR | 0.50 | 10 | 5.00 | Y |
| 02/18/2015 6:15:01AM | 35590 | FISH STEAKS/LOUISIANHTSAUCE - GH* | 1.26 | 5 | 6.30 | Y |
| 02/18/2015 6:15:01AM | 40620 | ION 3 "AAA" BATTERY - 4PK | 1.96 | 1 | 1.96 | Y |
| 02/18/2015 6:15:01AM | 36010 | CAJUN SHRIMP RAMEN | 0.40 | 10 | 4.00 | Y |
| 02/18/2015 6:15:01AM | 35740 | CHICKEN OF THE SEA SARDINES/SAUCE * | 1.22 | 2 | 2.44 | Y |
| 02/18/2015 6:15:01AM | 30980 | NESTLE RICH HCM SINGLES * | 0.24 | 3 | 0.72 | Y |
| 02/18/2015 6:15:01AM | 36050 | CHILI RAMEN | 0.40 | 7 | 2.80 | Y |
| 02/18/2015 6:15:01AM | 32750 | CASO PORK CRACKLINS HOT & SPICY GS | 1.31 | 1 | 1.31 | Y |
| 02/18/2015 6:15:01AM | 36930 | DOVE UNSCENTED BEAUTY BAR | 2.62 | 1 | 2.62 | Y |
| 02/18/2015 6:15:01AM | 45920 | ML POPCORN XT BUTTER MICRO* | 0.64 | 2 | 1.28 | Y |
| 02/18/2015 6:15:01AM | 33070 | ZIPPY CAKES MONSTER ICED BUNEEZ* | 1.06 | 3 | 3.18 | Y |
| 02/18/2015 6:15:01AM | 33220 | ZIPPY COOKIES DUPLEX CRÈMES H* | 1.04 | 1 | 1.04 | Y |
| 02/18/2015 6:15:01AM | 33440 | MARIA'S COOKIES | 0.74 | 2 | 1.48 | Y |
| 02/18/2015 6:15:01AM | 34020 | SNICKERS BAR G* | 1.23 | 2 | 2.46 | Y |
| 02/18/2015 6:15:01AM | 30160 | SODA, FAYGO ORANGE | 1.07 | 1 | 1.07 | Y |
| 02/18/2015 6:15:01AM | 35500 | FRESH CATCH JACK MACK/BRIN - GH | 1.46 | 4 | 5.84 | Y |
| 02/18/2015 6:15:01AM | 36820 | LADY SPEED STICK DEOD FRESH | 2.65 | 1 | 2.65 | Y |
| 02/18/2015 6:15:01AM | 30130 | SODA, FAYGO COLA | 1.07 | 1 | 1.07 | Y |

| Receipt # | Date/Time | Booking # | Agency # | Inmate Name | Housing Location | Sub-Total | Sales Tax | Receipt Total |
|---|---|---|---|---|---|---|---|---|
| 334630074 | 02/24/2015 06:15 | | | OWINO, SYLVESTER | - - - | $13.67 | $0.60 | $14.27 |

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 02/24/2015 6:15:31AM | 34040 | TWIX BAR * | 1.23 | 1 | 1.23 | Y |
| 02/24/2015 6:15:31AM | 40620 | ION 3 "AAA" BATTERY - 4PK | 1.96 | 1 | 1.96 | Y |
| 02/24/2015 6:15:31AM | 30160 | SODA, FAYGO ORANGE | 1.07 | 1 | 1.07 | Y |
| 02/24/2015 6:15:31AM | 31990 | CRUNCHY OATS & HONEY GRANOLA BAR | 0.50 | 3 | 1.50 | Y |
| 02/24/2015 6:15:31AM | 00001 | PHONE TIME | 1.00 | 5 | 5.00 | Y |
| 02/24/2015 6:15:31AM | 32120 | DORITOS NACHO CHEESE | 0.79 | 1 | 0.79 | Y |
| 02/24/2015 6:15:31AM | 33070 | ZIPPY CAKES MONSTER ICED BUNEEZ* | 1.06 | 2 | 2.12 | Y |

CCOG00045346

Exhibit 37 - Page 728

CONFIDENTIAL

| **Original Receipt Grand Totals** | | **Commissary Totals Breakdown** | | | | |
|---|---|---|---|---|---|---|
| **Total Commissary Sales:** | $124.26 | **Total Commissary Sales:** | $124.26 | | | |
| **Sales Tax Collected:** | $5.89 | **Total Voided Commissary Sales:** | $0.00 | | | |
| | $130.15 | | $124.26 | | | |
| | | **Total Non-Taxable Sales:** | $50.61 | *40.73%* | **Sales Tax Collected:** | $5.89 |
| | | **Total Non-Taxable Sales Voided:** | $0.00 | | **Sales Tax Voided:** | $0.00 |
| | | | $50.61 | | | |
| | | **Total Taxable Sales:** | $73.65 | *59.27%* | | |
| | | **Total Taxable Sales Voided:** | $0.00 | | | |
| | | | $73.65 | | | |

CCOG00045347

Exhibit 37 - Page 729