# Exhibit 38

CONFIDENTIAL

| RECEIPT# | ITEM# | DESCRIPTION | QTY | SELLPRICE | TOTAL SALE |
|---|---|---|---|---|---|
| | | AGENCY#: ▮▮▮ PERM #: ▮▮▮ | | ADMIT DATE: 07/09/2010 | RELEASE DATE 10/17/2010 |
| **SALE DATE: 08/03/2010** | | | | | |
| 16949350 | | | | | |
| | 04320 | SPRITE | 2 | $1.10 | $2.20 |
| | 54053 | NOODLES-HOT CHILI | 10 | $0.31 | $3.10 |
| | 54720 | LA HOT SAUCE | 1 | $1.00 | $1.00 |
| | | TAX THIS SALE | | | $0.18 |
| | | | | | **$6.48** |
| **SALE DATE: 08/05/2010** | | | | | |
| 16970283 | | | | | |
| | 10431 | TOOTHBRUSH | 1 | $0.09 | $0.09 |
| | 10440 | TOOTHBRUSH HLDR | 1 | $0.34 | $0.34 |
| | 54720 | LA HOT SAUCE | 1 | $1.00 | $1.00 |
| | | TAX THIS SALE | | | $0.04 |
| | | | | | **$1.47** |
| **SALE DATE: 08/10/2010** | | | | | |
| 17023025 | | | | | |
| | 10401 | COLGATE TOOTHPASTE | 1 | $1.64 | $1.64 |
| | 10590 | SOAP HOLDER | 1 | $0.34 | $0.34 |
| | 10839 | ALLERGY RELIEF | 1 | $1.97 | $1.97 |
| | 80002 | WASHCLOTH - BROWN | 1 | $0.76 | $0.76 |
| | | TAX THIS SALE | | | $0.23 |
| | | | | | **$4.94** |
| **SALE DATE: 08/17/2010** | | | | | |
| 17104704 | | | | | |
| | 54640 | NOODLES-ORIENTAL | 15 | $0.33 | $4.95 |
| | | TAX THIS SALE | | | $0.00 |
| | | | | | **$4.95** |
| **SALE DATE: 08/19/2010** | | | | | |
| 17131553 | | | | | |
| | 51000 | COFFEE (3 OZ) | 1 | $3.16 | $3.16 |
| | | TAX THIS SALE | | | $0.00 |
| | | | | | **$3.16** |
| **SALE DATE: 08/24/2010** | | | | | |
| 17173003 | | | | | |
| | 54640 | NOODLES-ORIENTAL | 15 | $0.33 | $4.95 |
| | | TAX THIS SALE | | | $0.00 |
| | | | | | **$4.95** |
| **SALE DATE: 08/26/2010** | | | | | |
| 17199149 | | | | | |
| | 10606 | CLEAR STICK DEO | 1 | $1.41 | $1.41 |
| | | TAX THIS SALE | | | $0.12 |
| | | | | | **$1.53** |
| **SALE DATE: 08/30/2010** | | | | | |
| 17224798 | | | | | |
| | 10210 | VO5 SHAM VANILLA MINT | 1 | $1.97 | $1.97 |
| | | TAX THIS SALE | | | $0.00 |
| | | | | | **$1.97** |
| 17233771 | | | | | |
| | 10210 | VO5 SHAM VANILLA MINT | -1 | $1.97 | -$1.97 |
| | | TAX THIS SALE | | | $0.00 |
| | | | | | **-$1.97** |
| **SALE DATE: 09/02/2010** | | | | | |
| 17263150 | | | | | |
| | 10210 | VO5 SHAM VANILLA MINT | 1 | $1.97 | $1.97 |
| | 54640 | NOODLES-ORIENTAL | 10 | $0.33 | $3.30 |
| | | TAX THIS SALE | | | $0.00 |
| | | | | | **$5.27** |
| **SALE DATE: 09/07/2010** | | | | | |
| 17304561 | | | | | |
| | 10359 | HAIR BRUSH | 1 | $0.23 | $0.23 |
| | 10500 | SOAP / IVORY | 1 | $0.66 | $0.66 |
| | 54640 | NOODLES-ORIENTAL | 6 | $0.33 | $1.98 |
| | | TAX THIS SALE | | | $0.07 |
| | | | | | **$2.94** |

| RECEIPT# | ITEM# | DESCRIPTION | QTY | SELLPRICE | TOTAL SALE |
|---|---|---|---|---|---|
| | | AGENCY#:     PERM #: | | ADMIT DATE: 07/09/2010 | RELEASE DATE 10/17/2010 |
| *SALE DATE: 09/14/2010* | | | | | |
| 17397574 | | | | | |
| | 10688 | BABY LOTION | 1 | $1.64 | $1.64 |
| | 54640 | NOODLES-ORIENTAL | 5 | $0.33 | $1.65 |
| | 99999 | PHONE TIME | 1 | $1.00 | $1.00 |
| | | TAX THIS SALE | | | $0.14 |
| | | | | | **$4.43** |
| *SALE DATE: 09/16/2010* | | | | | |
| 17425966 | | | | | |
| | 00044 | STAMPS .44 | 1 | $0.44 | $0.44 |
| | 20091 | GREETING CARD | 1 | $0.79 | $0.79 |
| | | TAX THIS SALE | | | $0.07 |
| | | | | | **$1.30** |
| *SALE DATE: 09/21/2010* | | | | | |
| 17471226 | | | | | |
| | 54640 | NOODLES-ORIENTAL | 7 | $0.33 | $2.31 |
| | | TAX THIS SALE | | | $0.00 |
| | | | | | **$2.31** |