# Exhibit 39

| RECEIPT# | ITEM# | DESCRIPTION | QTY | SELLPRICE | TOTAL SALE |
|---|---|---|---|---|---|
| | | AGENCY#: PERM #: | | ADMIT DATE: 04/12/2013 | RELEASE DATE 07/07/2013 |

**SALE DATE: 04/16/2013**
328149392

| | 99992 | $5 PHONE CARD | 2 | $5.00 | $10.00 |
|---|---|---|---|---|---|
| | | TAX THIS SALE | | | $0.00 |
| | | | | | $10.00 |

**SALE DATE: 05/01/2013**
328300590

| | 99992 | $5 PHONE CARD | 1 | $5.00 | $5.00 |
|---|---|---|---|---|---|
| | | TAX THIS SALE | | | $0.00 |
| | | | | | $5.00 |

**SALE DATE: 05/07/2013**
328374406

| | 99992 | $5 PHONE CARD | 2 | $5.00 | $10.00 |
|---|---|---|---|---|---|
| | | TAX THIS SALE | | | $0.00 |
| | | | | | $10.00 |

**SALE DATE: 05/14/2013**
328463869

| | 99992 | $5 PHONE CARD | 2 | $5.00 | $10.00 |
|---|---|---|---|---|---|
| | | TAX THIS SALE | | | $0.00 |
| | | | | | $10.00 |

**SALE DATE: 05/15/2013**
328469831

| | 10401 | COLGATE TOOTHPASTE 3-OZ. | 1 | $1.84 | $1.84 |
|---|---|---|---|---|---|
| | 10500 | IVORY PERSONAL SIZE SOAP | 1 | $0.84 | $0.84 |
| | 10590 | SOAP DISH PLASTIC | 1 | $0.34 | $0.34 |
| | 10689 | BABY POWDER | 1 | $1.56 | $1.56 |
| | 20021 | BIC CRISTAL PEN BLUE INK | 1 | $0.38 | $0.38 |
| | | TAX THIS SALE | | | $0.40 |
| | | | | | $5.36 |

**SALE DATE: 05/20/2013**
328515579

| | 10369 | RUBBERBAND PONYTAIL HOLDERS | 1 | $1.24 | $1.24 |
|---|---|---|---|---|---|
| | 10673 | LIP BALM | 1 | $0.54 | $0.54 |
| | 51181 | COOL OFF FRUIT PUNCH SF | 10 | $0.11 | $1.10 |
| | 54040 | MARUCHAN RAMEN PICANTE BEEF | 3 | $0.40 | $1.20 |
| | 54041 | MARUCHAN RAMEN PICANTE CHICKEN | 4 | $0.40 | $1.60 |
| | 54042 | MARUCHAN RAMEN LME CHILI SHRIMP | 3 | $0.40 | $1.20 |
| | 54168 | SALTINE CRACKER PACK | 4 | $0.59 | $2.36 |
| | 54870 | MARIAS COOKIES | 3 | $0.68 | $2.04 |
| | | TAX THIS SALE | | | $0.91 |
| | | | | | $12.19 |

**SALE DATE: 05/21/2013**
328534214

| | 99992 | $5 PHONE CARD | 2 | $5.00 | $10.00 |
|---|---|---|---|---|---|
| | | TAX THIS SALE | | | $0.00 |
| | | | | | $10.00 |

**SALE DATE: 05/28/2013**
328591232

| | 10619 | SUAVE ANTIPERSPIRANT DEO | 1 | $2.27 | $2.27 |
|---|---|---|---|---|---|
| | 10692 | PERSONAL CARE STYLING GEL | 1 | $1.65 | $1.65 |
| | 10694 | COCOA BUTTER CREAM | 1 | $1.50 | $1.50 |
| | 54183 | CHOC CHIP COOKIE TRAY | 1 | $0.81 | $0.81 |
| | | TAX THIS SALE | | | $0.49 |
| | | | | | $6.72 |

**SALE DATE: 05/29/2013**
328610114

| | 99992 | $5 PHONE CARD | 3 | $5.00 | $15.00 |
|---|---|---|---|---|---|
| | | TAX THIS SALE | | | $0.00 |
| | | | | | $15.00 |

**SALE DATE: 06/04/2013**
328671970

| | 99992 | $5 PHONE CARD | 2 | $5.00 | $10.00 |
|---|---|---|---|---|---|
| | | TAX THIS SALE | | | $0.00 |
| | | | | | $10.00 |

CONFIDENTIAL

| RECEIPT# | ITEM# | DESCRIPTION | QTY | SELLPRICE | TOTAL SALE |
|---|---|---|---|---|---|
| | | AGENCY#: ▓▓▓  PERM #: ▓▓▓ | | ADMIT DATE: 04/12/2013 | RELEASE DATE 07/07/2013 |

**SALE DATE: 06/05/2013**
328676240

| | ITEM# | DESCRIPTION | QTY | SELLPRICE | TOTAL SALE |
|---|---|---|---|---|---|
| | 10401 | COLGATE TOOTHPASTE 3-OZ. | 1 | $1.84 | $1.84 |
| | 10440 | TOOTHBRUSH HOLDER | 1 | $0.34 | $0.34 |
| | 10502 | IRISH SPRING SOAP 4.5OZ. | 1 | $1.10 | $1.10 |
| | 54168 | SALTINE CRACKER PACK | 4 | $0.59 | $2.36 |
| | 80011 | AAA BATTERY SINGLE | 2 | $0.50 | $1.00 |
| | | TAX THIS SALE | | | $0.54 |
| | | | | | $7.18 |

**SALE DATE: 06/11/2013**
328762457

| | 99992 | $5 PHONE CARD | 1 | $5.00 | $5.00 |
|---|---|---|---|---|---|
| | | TAX THIS SALE | | | $0.00 |
| | | | | | $5.00 |

**SALE DATE: 06/25/2013**
328907650

| | 51000 | FREEZE DRIED COFFEE | 1 | $3.27 | $3.27 |
|---|---|---|---|---|---|
| | | TAX THIS SALE | | | $0.26 |
| | | | | | $3.53 |

328916969

| | 99992 | $5 PHONE CARD | 2 | $5.00 | $10.00 |
|---|---|---|---|---|---|
| | | TAX THIS SALE | | | $0.00 |
| | | | | | $10.00 |

**SALE DATE: 07/01/2013**
328959459

| | 20080 | MANILA ENVELOPE NO CLASP 9X12 | 3 | $0.16 | $0.48 |
|---|---|---|---|---|---|
| | 54041 | MARUCHAN RAMEN PICANTE CHICKEN | 2 | $0.40 | $0.80 |
| | 54042 | MARUCHAN RAMEN LME CHILI SHRIMP | 3 | $0.40 | $1.20 |
| | 54168 | SALTINE CRACKER PACK | 3 | $0.59 | $1.77 |
| | | TAX THIS SALE | | | $0.34 |
| | | | | | $4.59 |