# Exhibit 40

| RECEIPT# | ITEM# | DESCRIPTION | QTY | SELLPRICE | TOTAL SALE |
|---|---|---|---|---|---|
| [redacted] | | AGENCY#: [redacted] PERM #: [redacted] | ADMIT DATE: 06/22/2010 | | RELEASE DATE 08/29/2010 |
| ***SALE DATE:* 06/28/2010** | | | | | |
| 16543800 | | | | | |
| | 10114 | DANDRUFF SHAMPOO | 1 | $1.56 | $1.56 |
| | 10401 | COLGATE TOOTHPASTE 3-OZ. | 1 | $1.64 | $1.64 |
| | 10502 | IRISH SPRING SOAP 4.5OZ. | 1 | $1.06 | $1.06 |
| | 10619 | SUAVE ANTIPERSPIRANT DEO | 1 | $2.39 | $2.39 |
| | | TAX THIS SALE | | | $0.46 |
| | | | | | **$7.11** |
| 16554809 | | | | | |
| | 99992 | $5 PHONE CARD | 6 | $5.00 | $30.00 |
| | | TAX THIS SALE | | | $0.00 |
| | | | | | **$30.00** |
| ***SALE DATE:* 07/06/2010** | | | | | |
| 16633688 | | | | | |
| | 99992 | $5 PHONE CARD | 3 | $5.00 | $15.00 |
| | | TAX THIS SALE | | | $0.00 |
| | | | | | **$15.00** |
| ***SALE DATE:* 07/12/2010** | | | | | |
| 16706389 | | | | | |
| | 99992 | $5 PHONE CARD | 4 | $5.00 | $20.00 |
| | | TAX THIS SALE | | | $0.00 |
| | | | | | **$20.00** |
| ***SALE DATE:* 07/20/2010** | | | | | |
| 16802437 | | | | | |
| | 99992 | $5 PHONE CARD | 3 | $5.00 | $15.00 |
| | | TAX THIS SALE | | | $0.00 |
| | | | | | **$15.00** |
| ***SALE DATE:* 07/26/2010** | | | | | |
| 16849482 | | | | | |
| | 10502 | IRISH SPRING SOAP 4.5OZ. | 2 | $1.06 | $2.12 |
| | 54168 | SALTINE CRACKER PACK | 2 | $0.50 | $1.00 |
| | 54636 | SNACK NOODLES SHRIMP FLAVOR | 5 | $0.33 | $1.65 |
| | | TAX THIS SALE | | | $0.34 |
| | | | | | **$5.11** |
| 16863887 | | | | | |
| | 99992 | $5 PHONE CARD | 6 | $5.00 | $30.00 |
| | | TAX THIS SALE | | | $0.00 |
| | | | | | **$30.00** |
| ***SALE DATE:* 08/03/2010** | | | | | |
| 16938248 | | | | | |
| | 99992 | $5 PHONE CARD | 2 | $5.00 | $10.00 |
| | | TAX THIS SALE | | | $0.00 |
| | | | | | **$10.00** |
| ***SALE DATE:* 08/09/2010** | | | | | |
| 17001998 | | | | | |
| | 50047 | BUTTERSCOTCH BUTTONS | 1 | $0.77 | $0.77 |
| | 54275 | UNSALTED CRACKERS 4 OZ. | 2 | $0.50 | $1.00 |
| | 54636 | SNACK NOODLES SHRIMP FLAVOR | 5 | $0.33 | $1.65 |
| | 80011 | AAA BATTERY SINGLE | 2 | $0.50 | $1.00 |
| | | TAX THIS SALE | | | $0.31 |
| | | | | | **$4.73** |
| 17017310 | | | | | |
| | 99992 | $5 PHONE CARD | 2 | $5.00 | $10.00 |
| | | TAX THIS SALE | | | $0.00 |
| | | | | | **$10.00** |
| ***SALE DATE:* 08/16/2010** | | | | | |
| 17097423 | | | | | |
| | 99992 | $5 PHONE CARD | 2 | $5.00 | $10.00 |
| | | TAX THIS SALE | | | $0.00 |
| | | | | | **$10.00** |

CONFIDENTIAL

| RECEIPT# | ITEM# | DESCRIPTION | QTY | SELLPRICE | TOTAL SALE |
|---|---|---|---|---|---|
| [redacted] | | AGENCY#: [redacted] PERM #: [redacted] | ADMIT DATE: 06/22/2010 | | RELEASE DATE 08/29/2010 |
| *SALE DATE:* 08/23/2010 | | | | | |
| 17156441 | | | | | |
| | 50000 | SNICKERS | 3 | $0.91 | $2.73 |
| | 54168 | SALTINE CRACKER PACK | 2 | $0.50 | $1.00 |
| | | TAX THIS SALE | | | $0.26 |
| | | | | | **$3.99** |
| 17166491 | | | | | |
| | 99992 | $5 PHONE CARD | 3 | $5.00 | $15.00 |
| | | TAX THIS SALE | | | $0.00 |
| | | | | | **$15.00** |