# Exhibit 46

| | | | | | | |
|---|---|---|---|---|---|---|
| CALIFORNIA CITY CORRECTIONAL FAC | | | | | | |
| | Print Date: 10/17/2018 7:20:04AM | INMATE PAY TRANSACTIONS | From: 10/01/1997 To: 10/17/2018 | | | |
| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
| IMMIGRATION AND CUSTOMS ENFORCEMENT | | | | | | |
| ▮ | | 27195259 | G UNIT ORDERLY 1-21-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/22/2013 |
| | | 27153195 | G UNIT ORDERLY 1-16-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/18/2013 |
| | | 27181578 | G-UNIT 1-18-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/22/2013 |
| | | 27182140 | G-UNIT 1-17-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/22/2013 |
| | | 27183242 | G UNIT ORDERLY 1-19-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/22/2013 |
| | | 27194692 | G UNIT ORDERLY 1-20-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/22/2013 |
| | | 27210331 | G UNIT ORDERLY 1-22-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/23/2013 |
| | | 27222880 | G UNIT ORDERLY 1-23-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/24/2013 |
| | | 27242712 | G-Unit 1-24-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/28/2013 |
| | | 27247921 | G-UNIT 1-25-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/28/2013 |
| | | 27249435 | G UNIT ORDERLY 1-26-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/28/2013 |
| | | 27259457 | G UNIT ORDERLY 1-27-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/29/2013 |
| | | 27274831 | G UNIT ORDERLY 1-28-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/29/2013 |
| | | 27286955 | G UNIT ORDERLY 1-29-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/30/2013 |
| | | 27296861 | G UNIT ORDERLY 1-30-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/01/2013 |
| | | 27314359 | G-UNIT 1-31-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/04/2013 |
| | | 27316952 | G-UNIT 2-1-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/04/2013 |
| | | 27319101 | G UNIT ORDERLY 2-2-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/04/2013 |
| | | 27327729 | G UNIT ORDERLY 2-3-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/05/2013 |
| | | 27351410 | G UNIT ORDERLY 2-4-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/05/2013 |
| | | 27379579 | G UNIT ORDERLY 2-5-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/08/2013 |
| | | 27381188 | G UNIT ORDERLY 2-6-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/08/2013 |
| | | 27407071 | G-unit 2-7-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/11/2013 |
| | | 27407243 | G-unit 2-8-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/11/2013 |
| | | 27408509 | G UNIT ORDERLY 2-9-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/11/2013 |
| | | 27413186 | G UNIT ORDERLY 2-10-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/12/2013 |
| | | 27442225 | G UNIT ORDERLY 2-11-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/13/2013 |
| | | 27445861 | G UNIT ORDERLY 2-12-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/14/2013 |
| | | 27458567 | G UNIT ORDERLY 2-13-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/14/2013 |
| | | 27483978 | G-unit 2-14-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/19/2013 |
| | | 27489418 | G-unit 2-15-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/19/2013 |
| | | 27491762 | G-UNIT 2-16-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/19/2013 |
| | | 27498388 | G-UNIT 2-17-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/19/2013 |
| | | 27501690 | G UNIT ORDERLY 2-18-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/20/2013 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| ███████ | ███████ | 27530522 | UNT ORD G  02/19/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/22/2013 |
| ███████ | ███████ | 27533825 | G UNIT ORDERLY 2-20-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/22/2013 |
| ███████ | ███████ | 27554044 | G-UNIT  2-21-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/22/2013 |
| ███████ | ███████ | 27560690 | G-UNIT 2-22-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/25/2013 |
| ███████ | ███████ | 27562350 | G UNIT ORDERLY 2-23-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/25/2013 |
| ███████ | ███████ | 27566626 | G UNIT ORDERLY 2-24-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/25/2013 |
| ███████ | ███████ | 27581776 | G UNIT ORDERLY 2-25-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/27/2013 |
| ███████ | ███████ | 27596348 | G UNIT ORDERLY 2-26-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/01/2013 |
| ███████ | ███████ | 27608308 | G UNIT ORDERLY 2-27-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/01/2013 |
| ███████ | ███████ | 27629722 | G-unit  2-28-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/04/2013 |
| ███████ | ███████ | 27629786 | G-unit  3-1-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/04/2013 |
| ███████ | ███████ | 27631591 | G UNIT ORDERLY 3-2-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/04/2013 |
| ███████ | ███████ | 27646211 | G-UNIT  3-3-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/05/2013 |
| ███████ | ███████ | 27664699 | G-unit  3-4-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/06/2013 |
| ███████ | ███████ | 27683413 | G UNIT ORD  3-5-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/07/2013 |
| ███████ | ███████ | 27707682 | G Unit Orderly 3-6-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/08/2013 |
| ███████ | ███████ | 27717106 | G Unit Orderly 3-7-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/08/2013 |
| ███████ | ███████ | 27722379 | G UNIT ORDERLY 3-8-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/11/2013 |
| ███████ | ███████ | 27835280 | G UNIT ORDERLY 3-18-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/20/2013 |
| ███████ | ███████ | 27842883 | G UNIT ORDERLY 3-19-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/20/2013 |
| ███████ | ███████ | 27859461 | G UNIT ORDERLY 3-20-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/21/2013 |
| ███████ | ███████ | 27878939 | G-UNIT  2-22-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/25/2013 |
| ███████ | ███████ | 27880711 | G-UNIT 3-23-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/25/2013 |
| ███████ | ███████ | 27884254 | G UNIT ORDERLY 3-24-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/26/2013 |
| ███████ | ███████ | 27890342 | G UNIT ORDERLY 3-21-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/26/2013 |
| ███████ | ███████ | 27899855 | G UNIT ORDERLY 3-25-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/26/2013 |
| ███████ | ███████ | 27925811 | G UNIT ORDERLY 3-27-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/29/2013 |
| ███████ | ███████ | 27943829 | G-UNIT   3-28-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/01/2013 |
| ███████ | ███████ | 27945534 | G UNIT ORDERLY 3-30-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/01/2013 |
| ███████ | ███████ | 27946157 | G-UNIT  3-29-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/01/2013 |
| ███████ | ███████ | 328052931 | G UNIT ORDERLY 3-31-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/09/2013 |
| ███████ | ███████ | 26397138 | G UNIT ORDERLY 11-7-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/08/2012 |
| ███████ | ███████ | 26245546 | G UNIT ORDERLY 10-24-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/26/2012 |
| ███████ | ███████ | 26267550 | G-UNIT  10-25-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/26/2012 |
| ███████ | ███████ | 26382889 | G UNIT ORDERLY 11-6-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/08/2012 |
| ███████ | ███████ | 26272514 | G UNIT ORDERLY 10-26-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/29/2012 |
| ███████ | ███████ | 26272559 | G UNIT ORDERLY 10-27-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/29/2012 |
| ███████ | ███████ | 26338325 | G-UNIT   11-2-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/05/2012 |
| ███████ | ███████ | 26344826 | G UNIT ORDERLY 10-28-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/07/2012 |
| ███████ | ███████ | 26345552 | G UNIT ORDERLY 11-01-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/07/2012 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 26345779 | G UNIT ORDERLY 11-04-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/07/2012 |
| | | 26355996 | G-unit  11-3-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/07/2012 |
| | | 26373496 | G UNIT ORDERLY 11-5-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/07/2012 |
| | | 26416431 | G UNIT ORDERLY 11-8-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/09/2012 |
| | | 26431620 | G UNIT ORDERLY 11-09-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/13/2012 |
| | | 26431673 | G UNIT ORDERLY 11-10-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/13/2012 |
| | | 26434520 | G UNIT ORDERLY 11-11-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/13/2012 |
| | | 26505025 | UNT ORD G   11-14-2012 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/19/2012 |
| | | 26506753 | G UNIT ORDERLY 11-15-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/19/2012 |
| | | 26506795 | G UNIT ORDERLY 11-16-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/19/2012 |
| | | 26508578 | G UNIT ORDERLY 11-17-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/19/2012 |
| | | 26521538 | G UNIT ORDERLY 11-18-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/20/2012 |
| | | 26529977 | G UNIT ORDERLY 11-19-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/21/2012 |
| | | 26546109 | G UNIT ORDERLY 11-20-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/21/2012 |
| | | 26556100 | G UNIT ORDERLY 11-21-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/23/2012 |
| | | 26589536 | G UNIT ORDERLY 11-22-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/27/2012 |
| | | 26590695 | G UNIT ORDERLY 11-23-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/27/2012 |
| | | 26591107 | G UNIT ORDERLY 11-24-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/27/2012 |
| | | 26591462 | G UNIT ORDERLY 11-25-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/27/2012 |
| | | 26591875 | G UNIT ORDERLY 11-26-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/27/2012 |
| | | 26613336 | G UNIT ORDERLY 11-28-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/30/2012 |
| | | 26464238 | G UNIT ORDERLY 11-12-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/14/2012 |
| | | 26464535 | G UNIT ORDERLY 11-13-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/14/2012 |
| | | 26602895 | G UNIT ORDERLY 11-27-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/29/2012 |
| | | 26635334 | G UNIT ORDERLY 11-29-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/03/2012 |
| | | 26635378 | G UNIT ORDERLY 11-30-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/03/2012 |
| | | 26635421 | G UNIT ORDERLY 12-01-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/03/2012 |
| | | 26640287 | G UNIT ORDERLY 12-2-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/04/2012 |
| | | 26685562 | 12/03/2012 G UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 12/06/2012 |
| | | 26686415 | 12/04/2012 G UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 12/06/2012 |
| | | 26706061 | 12/05/2012 G UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 12/07/2012 |
| | | 26728067 | G UNIT PRDERLY 12-6-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/10/2012 |
| | | 26728133 | G UNIT PRDERLY 12-7-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/10/2012 |
| | | 26728209 | G UNIT PRDERLY 12-8-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/10/2012 |
| | | 26732967 | G UNIT ORDERLY 12-9-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/11/2012 |
| | | 26769011 | G UNIT ORDERLY 12-11-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/13/2012 |
| | | 26784870 | G UNIT ORDERLY 12-12-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/14/2012 |
| | | 26812626 | G-UNIT ORD 12-13-2012 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/14/2012 |
| | | 26820275 | G UNIT ORDERLY 12-14-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/18/2012 |
| | | 26820524 | G UNIT ORDERLY 12-15-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/18/2012 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 26836747 | G UNIT ORDERLY 12-17-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/19/2012 |
| | | 26844088 | G UNIT ORDERLU 12-16-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/19/2012 |
| | | 26875565 | UNT ORD G 12/18/2012 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/21/2012 |
| | | 26901210 | G-unit 12-19-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/26/2012 |
| | | 26904640 | UNT ORD G 12/20/2012 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/26/2012 |
| | | 26904723 | UNT ORD G 12/21/2012 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/26/2012 |
| | | 26943294 | G Orderly 12/27/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/31/2012 |
| | | 26943452 | G ORDERLY 12/26/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/31/2012 |
| | | 26943653 | UNT ORD G 12/22/2012 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/31/2012 |
| | | 26943735 | UNT ORD G 12/23/2012 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/31/2012 |
| | | 26943780 | UNT ORD G 12/24/2012 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/31/2012 |
| | | 26945655 | UNT ORD G 12/28/2012 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/31/2012 |
| | | 26956892 | G UNIT ORD 12-25-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/31/2012 |
| | | 26961748 | G-UNIT 12-29-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/02/2013 |
| | | 26962653 | G-UNIT 12-30-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/02/2013 |
| | | 26962784 | UNT ORD G 12/31/2012 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/02/2013 |
| | | 27013495 | UNT ORD G 01/03/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/04/2013 |
| | | 26983099 | G UNIT ORDERLY 1-2-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/07/2013 |
| | | 27016814 | G-UNIT 1-04-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/07/2013 |
| | | 27018385 | G UNIT ORDERLY 1-5-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/07/2013 |
| | | 27022329 | G UNIT ORDERLY 1-6-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/07/2013 |
| | | 27041450 | G UNIT ORDERLY 1-7-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/08/2013 |
| | | 27058554 | G UNIT ORDERLY 1-8-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/09/2013 |
| | | 26965857 | G UNIT ORDERLY 1-1-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/02/2013 |
| | | 27083879 | G UNIT ORDERLY 1-9-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/11/2013 |
| | | 27105127 | G-UNIT 1-9-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/14/2013 |
| | | 27105204 | G-UNIT 1-11-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/14/2013 |
| | | 27106198 | G UNIT ORDERLY 1-12-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/14/2013 |
| | | 27111054 | G UNIT ORDERLY 1-13-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/14/2013 |
| | | 27125450 | G UNIT ORDERLY 1-14-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/15/2013 |
| | | 27140160 | G UNIT ORDERLY 1-15-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/17/2013 |
| | | 27153389 | G UNIT ORDERLY 1-16-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/18/2013 |
| | | 27181599 | G-UNIT 1-18-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/22/2013 |
| | | 27182159 | G-UNIT 1-17-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/22/2013 |
| | | 27183260 | G UNIT ORDERLY 1-19-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/22/2013 |
| | | 27194543 | G UNIT ORDERLY 1-20-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/22/2013 |
| | | 27195406 | G UNIT ORDERLY 1-21-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/22/2013 |
| | | 27210397 | G UNIT ORDERLY 1-22-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/23/2013 |
| | | 27222992 | G UNIT ORDERLY 1-23-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/24/2013 |
| | | 27242825 | G-Unit 1-24-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/28/2013 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 27247989 | G-UNIT  1-25-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/28/2013 |
| | | 27249483 | G UNIT ORDERLY 1-26-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/28/2013 |
| | | 27259610 | G UNIT ORDERLY 1-27-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/29/2013 |
| | | 27274960 | G UNIT ORDERLY 1-28-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/29/2013 |
| | | 27287045 | G UNIT ORDERLY 1-29-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/30/2013 |
| | | 27297037 | G UNIT ORDERLY 1-30-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/01/2013 |
| | | 27314338 | G-UNIT  1-31-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/04/2013 |
| | | 27316926 | G-UNIT  2-1-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/04/2013 |
| | | 27319134 | G UNIT ORDERLY 2-2-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/04/2013 |
| | | 27379671 | G UNIT ORDERLY 2-5-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/08/2013 |
| | | 27381253 | G UNIT ORDERLY 2-6-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/08/2013 |
| | | 27407098 | G-unit  2-7-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/11/2013 |
| | | 27407282 | G-unit  2-8-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/11/2013 |
| | | 27408542 | G UNIT ORDERLY 2-9-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/11/2013 |
| | | 27413250 | G UNIT ORDERLY 2-10-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/12/2013 |
| | | 27442439 | G UNIT ORDERLY 2-11-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/13/2013 |
| | | 27445971 | G UNIT ORDERLY 2-12-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/14/2013 |
| | | 27458717 | G UNIT ORDERLY 2-13-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/14/2013 |
| | | 27491802 | G-UNIT  2-16-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/19/2013 |
| | | 27328026 | G UNIT ORDERLY 2-3-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/05/2013 |
| | | 27351355 | G UNIT ORDERLY 2-4-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/05/2013 |
| | | 27484160 | G-unit  2-14-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/19/2013 |
| | | 27489442 | G-unit 2-15-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/19/2013 |
| | | 27498418 | G-UNIT  2-17-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/19/2013 |
| | | 27501813 | G UNIT ORDERLY 2-18-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/20/2013 |
| | | 27530581 | UNT ORD G  02/19/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/22/2013 |
| | | 27533892 | G UNIT ORDERLY 2-20-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/22/2013 |
| | | 27554115 | G-UNIT  2-21-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/22/2013 |
| | | 27560704 | G-UNIT 2-22-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/25/2013 |
| | | 27562364 | G UNIT ORDERLY 2-23-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/25/2013 |
| | | 27566673 | G UNIT ORDERLY 2-24-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/25/2013 |
| | | 27581820 | G UNIT ORDERLY 2-25-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/27/2013 |
| | | 27596378 | G UNIT ORDERLY 2-26-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/01/2013 |
| | | 27608438 | G UNIT ORDERLY 2-27-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/01/2013 |
| | | 27629739 | G-unit  2-28-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/04/2013 |
| | | 27629803 | G-unit  3-1-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/04/2013 |
| | | 27631604 | G UNIT ORDERLY 3-2-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/04/2013 |
| | | 27646014 | G-UNIT  3-3-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/05/2013 |
| | | 27664841 | G-unit  3-4-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/06/2013 |
| | | 27683449 | G UNIT ORD  3-5-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/07/2013 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 27707876 | G Unit Orderly 3-6-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/08/2013 |
| | | 27717242 | G Unit Orderly 3-7-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/08/2013 |
| | | 27577516 | VENTS CLEAN CREW 2-24-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/25/2013 |
| | | 27563523 | VENTS WORK CREW 2-23-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/25/2013 |
| | | 27566667 | G UNIT ORDERLY 2-24-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/25/2013 |
| | | 27581809 | G UNIT ORDERLY 2-25-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/27/2013 |
| | | 27608577 | G UNIT ORDERLY 2-26-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/01/2013 |
| | | 27608401 | G UNIT ORDERLY 2-27-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/01/2013 |
| | | 27683442 | G UNIT ORD  3-5-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/07/2013 |
| | | 27707793 | G Unit Orderly 3-6-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/08/2013 |
| | | 27717209 | G Unit Orderly 3-7-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/08/2013 |
| | | 27722394 | G UNIT ORDERLY 3-8-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/11/2013 |
| | | 27835440 | G UNIT ORDERLY 3-18-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/20/2013 |
| | | 27842923 | G UNIT ORDERLY 3-19-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/20/2013 |
| | | 27859508 | G UNIT ORDERLY 3-20-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/21/2013 |
| | | 27878967 | G-UNIT  2-22-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/25/2013 |
| | | 27880735 | G-UNIT 3-23-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/25/2013 |
| | | 27884322 | G UNIT ORDERLY 3-24-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/26/2013 |
| | | 27890586 | G UNIT ORDERLY 3-21-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/26/2013 |
| | | 27899948 | G UNIT ORDERLY 3-25-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/26/2013 |
| | | 27913640 | G UNIT ORDERLY 3-26-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/27/2013 |
| | | 27926048 | G UNIT ORDERLY 3-27-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/29/2013 |
| | | 27629735 | G-unit  2-28-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/04/2013 |
| | | 27629798 | G-unit  3-1-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/04/2013 |
| | | 27631600 | G UNIT ORDERLY 3-2-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/04/2013 |
| | | 27646000 | G-UNIT  3-3-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/05/2013 |
| | | 27664790 | G-unit  3-4-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/06/2013 |
| | | 27943855 | G-UNIT   3-28-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/01/2013 |
| | | 27945521 | G UNIT ORDERLY 3-30-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/01/2013 |
| | | 27946247 | G-UNIT  3-29-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/01/2013 |
| | | 328052911 | G UNIT ORDERLY 3-31-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/09/2013 |
| | | 328065148 | G UNIT ORDERLY 4-8-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/10/2013 |
| | | 328075069 | G UNIT ORDERLY 4-9-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/10/2013 |
| | | 328091791 | G UNIT ORDERLY 4-10-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/11/2013 |
| | | 328118873 | 04/11/2013 G UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 04/15/2013 |
| | | 328121583 | UNT ORD G  04/12/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/15/2013 |
| | | 328122629 | G UNIT ORDERLY 4-13-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/15/2013 |
| | | 328127273 | G UNIT ORDERLY 4-14-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/15/2013 |
| | | 328142790 | G UNIT ORDERLY 4-15-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/16/2013 |
| | | 328156698 | G UNIT ORDERLY 4-16-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/17/2013 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 328169109 | G UNIT ORDERLY 4-17-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/18/2013 |
| | | 328216140 | G UNIT ORDERLY 4-22-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/24/2013 |
| | | 20097730 | G1 Clean up 050611 | $0.75 | JOB PAY - NONREIMBURSABLE | 05/09/2011 |
| | | 26613237 | G UNIT ORDERLY 11-28-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/30/2012 |
| | | 26635314 | G UNIT ORDERLY 11-29-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/03/2012 |
| | | 26635359 | G UNIT ORDERLY 11-30-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/03/2012 |
| | | 26635403 | G UNIT ORDERLY 12-01-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/03/2012 |
| | | 26685455 | 12/03/2012 G UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 12/06/2012 |
| | | 26640113 | G UNIT ORDERLY 12-2-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/04/2012 |
| | | 26686111 | 12/04/2012 G UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 12/06/2012 |
| | | 26704560 | 12/05/2012 G UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 12/07/2012 |
| | | 26728042 | G UNIT PRDERLY 12-6-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/10/2012 |
| | | 26728107 | G UNIT PRDERLY 12-7-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/10/2012 |
| | | 26728179 | G UNIT PRDERLY 12-8-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/10/2012 |
| | | 26732925 | G UNIT ORDERLY 12-9-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/10/2012 |
| | | 329919016 | G-UNIT ORD 09/26/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/27/2013 |
| | | 329900725 | G UNIT ORDERLY 9-25-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/30/2013 |
| | | 329921337 | G-UNIT ORD 09/27/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/30/2013 |
| | | 329922250 | G UNIT ORDERLY 9-28-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/30/2013 |
| | | 329926706 | G UNIT ORDERLY 9-29-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/01/2013 |
| | | 329936417 | G UNIT ORDERLY 9-30-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/01/2013 |
| | | 329952001 | G UNIT ORDERLY 10-1-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/03/2013 |
| | | 329968370 | G UNIT ORDERLY 10-2-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/03/2013 |
| | | 329997884 | G-Unit Ord 10/03/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/07/2013 |
| | | 330000088 | G-unit ord 10/04/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/07/2013 |
| | | 330000499 | G UNIT ORD  10-05-2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/07/2013 |
| | | 330020461 | G UNIT ORDERLY 10-7-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/08/2013 |
| | | 330005998 | G UNIT ORDERLY 10-6-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/09/2013 |
| | | 330052550 | G UNIT ORDERLY 10-9-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/10/2013 |
| | | 330086183 | UNT ORD G  10/10/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/14/2013 |
| | | 330086336 | G-UNIT ORD 10-08-2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/14/2013 |
| | | 330086488 | G-UNIT ORD 10/11/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/14/2013 |
| | | 330092085 | G UNIT ORDERLY 10-13-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/14/2013 |
| | | 330098818 | G UNIT ORDERLY 10-12-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/14/2013 |
| | | 330106109 | G UNIT ORDERLY 10-14-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/15/2013 |
| | | 330119643 | G UNIT ORDERLY 10-15-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/16/2013 |
| | | 330134521 | G UNIT ORDERLY 10-16-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/17/2013 |
| | | 330152122 | G UNIT ORD 10/17/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/18/2013 |
| | | 330161746 | G UNIT ORDERLY 10-19-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/21/2013 |
| | | 330159677 | G UNIT ORD 10/18/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/21/2013 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 330165333 | G UNIT ORDERLY 10-20-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/21/2013 |
| | | 330187131 | 10-22-2013 CLEANING CREW | $1.00 | JOB PAY - NONREIMBURSABLE | 10/22/2013 |
| | | 330180058 | G UNIT ORDERLY 10-21-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/23/2013 |
| | | 330192302 | G UNIT ORDERLY10-22-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/23/2013 |
| | | 330204444 | G UNIT ORDERLY 10-23-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/24/2013 |
| | | 330212801 | 10-23-2013 CLEANING CREW | $1.00 | JOB PAY - NONREIMBURSABLE | 10/24/2013 |
| | | 330239315 | 10-25-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/29/2013 |
| | | 330239684 | 10-26-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/29/2013 |
| | | 330240052 | 10-27-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/29/2013 |
| | | 330252345 | K UNIT ORDERLY 10-28-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/29/2013 |
| | | 330271735 | 10-30-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 11/01/2013 |
| | | 330282258 | K UNIT ORDERLY 10-31-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/04/2013 |
| | | 330282412 | K UNIT ORDERLY 10-29-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/04/2013 |
| | | 330302144 | K UNIT ORDERLY 11-1-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/04/2013 |
| | | 330301908 | K UNIT ORDERLY 11-2-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/04/2013 |
| | | 330301624 | K UNIT ORDERLY 11-3-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/04/2013 |
| | | 330320738 | K UNIT ORDERLY 11-4-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/05/2013 |
| | | 330328100 | SECOND JOB | $1.00 | JOB PAY - NONREIMBURSABLE | 11/06/2013 |
| | | 330351714 | K UNIT ORDERLY 11-5-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/08/2013 |
| | | 330367868 | K UNIT ORDERLY 11-7-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330385683 | K UNIT ORDERLY 11-8-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330385794 | K UNIT ORDERLY 11-9-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330385903 | K UNIT ORDERLY 11-10-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330397044 | K UNIT ORDERLY 11-11-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330398602 | R&D ORD / PAY 12 NOV 2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330413761 | K UNIT ORDERLY 11-12-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/14/2013 |
| | | 330432263 | K UNIT ORDERLY 11-13-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/15/2013 |
| | | 330468416 | K UNIT 11/15/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/18/2013 |
| | | 330468491 | K UNIT 11/14/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/18/2013 |
| | | 330468709 | K UNIT 11/16/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/18/2013 |
| | | 330489113 | K UNIT ORDERLY 11-18-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/20/2013 |
| | | 330489138 | K UNIT ORDERLY 11-19-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/20/2013 |
| | | 330498902 | K UNIT ORDERLY 11-20-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/21/2013 |
| | | 26047142 | G-UNIT 10-6-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/08/2012 |
| | | 26063561 | G-UNIT 10-7-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/09/2012 |
| | | 26097096 | G UNIT ORDERLY 10-10-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/12/2012 |
| | | 26114311 | G UNIT ORDERLY 10-11-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/15/2012 |
| | | 26126528 | G UNIT ORDERLY 10-12-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/15/2012 |
| | | 26128380 | G-UNIT 10-13-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/15/2012 |
| | | 26132114 | G UNIT ORDERLY 10-14-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/15/2012 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 26065814 | G UNIT ORDERLY 10-8-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/10/2012 |
| | | 26084033 | G UNIT ORDERLY 10-9-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/10/2012 |
| | | 25028643 | 7/13/2012 G 100 POD ORDERLIES | $1.00 | JOB PAY - NONREIMBURSABLE | 07/16/2012 |
| | | 25028582 | 7/12/2012 G 100 POD ORDERLIES | $1.00 | JOB PAY - NONREIMBURSABLE | 07/16/2012 |
| | | 25028493 | 07/11/2012 G 100 POD ORDERLIES | $1.00 | JOB PAY - NONREIMBURSABLE | 07/16/2012 |
| | | 25051263 | G-UNIT 7-16-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/18/2012 |
| | | 25052307 | G-UNIT 7-15-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/18/2012 |
| | | 25078992 | G-UNIT 7-17-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/20/2012 |
| | | 25110166 | G ORD 07-14-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/23/2012 |
| | | 25142313 | G01 ORD 07-20-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/26/2012 |
| | | 25152848 | G-UNIT 7-23-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/26/2012 |
| | | 25153290 | G UNIT ORD 07-21-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/26/2012 |
| | | 25242001 | G-UNIT 7-18-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/26/2012 |
| | | 25251615 | G UNIT ORD 7-19-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/30/2012 |
| | | 25266465 | G-UNIT 7-22-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/30/2012 |
| | | 25268523 | G-UNIT 7-24-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/30/2012 |
| | | 25278181 | G-UNIT 7-25-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/30/2012 |
| | | 25278524 | G-UNIT 7-26-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/30/2012 |
| | | 25278951 | G-UNIT 7-27-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/30/2012 |
| | | 25284839 | G-UNIT 7-28-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/01/2012 |
| | | 25285414 | G-UNIT 7-30-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/01/2012 |
| | | 25290204 | 7-29-12 G Unit 01 POD ORDERLIES | $1.00 | JOB PAY - NONREIMBURSABLE | 08/01/2012 |
| | | 25293873 | G-UNIT 7-31-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/01/2012 |
| | | 25312104 | G-UNIT 8-1-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/03/2012 |
| | | 25341332 | 8/02/2012 G-1 POD ORDERLIES | $1.00 | JOB PAY - NONREIMBURSABLE | 08/06/2012 |
| | | 25341400 | 8/03/2012 G-01 POD ORDERLIES | $1.00 | JOB PAY - NONREIMBURSABLE | 08/06/2012 |
| | | 25389141 | G UNIT ORDERLY 8-7-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/10/2012 |
| | | 25396855 | G UNIT ORDERLY 8-8-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/10/2012 |
| | | 25423629 | G-UNIT 8-9-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/10/2012 |
| | | 25427358 | G-UNIT 8-10-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/13/2012 |
| | | 25429164 | G-UNIT 8-11-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/13/2012 |
| | | 25450723 | G UNIT ORDERLY 8-12-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/15/2012 |
| | | 25451048 | G UNIT ORDERLY 8-13-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/15/2012 |
| | | 25464822 | G UNIT ORDERLY 8-14-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/16/2012 |
| | | 25478282 | G UNIT ORDERLY 8-15-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/17/2012 |
| | | 25495341 | G UNIT ORDERLY 8-16-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/21/2012 |
| | | 25506413 | G UNIT ORDERLY 8-17-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/21/2012 |
| | | 25509316 | G-UNIT 8-18-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/21/2012 |
| | | 25555586 | G UNIT ORDERLY 8-19-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/24/2012 |
| | | 25556331 | G UNIT ORDERLY 8-20-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/24/2012 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 25556668 | G UNIT ORDERLY  8-21-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/24/2012 |
| | | 25557122 | G UNIT ORDERLY  8-22-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/24/2012 |
| | | 25570115 | G UNIT ORDERLY 8-23-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/27/2012 |
| | | 25579854 | G UNIT ORDERLY 8-24-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/27/2012 |
| | | 25602301 | G UNIT ORDERLY 8-25-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2012 |
| | | 25602881 | G UNIT ORDERLY 8-27-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2012 |
| | | 25603453 | G UNIT ORDERLY 8-26-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2012 |
| | | 25615750 | G UNIT ORDERLY 8-28-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/30/2012 |
| | | 25627466 | G UNIT ORDERLY 8-29-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/30/2012 |
| | | 19449345 | KITCHEN 03-03-11 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/15/2011 |
| | | 19448850 | KITCHEN 03-04-11 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/15/2011 |
| | | 19466459 | KITCHEN 03-06-11 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/16/2011 |
| | | 22785526 | G02 orderly  12-28-2011 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/29/2011 |
| | | 22751469 | G02 orderly 12-23-2011 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/27/2011 |
| | | 22751569 | G02 orderly 12-24-2011 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/27/2011 |
| | | 22756148 | jG02  orderly 12-26-2011 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/29/2011 |
| | | 22770705 | G02 orderly 12-27-2011 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/29/2011 |
| | | 22804050 | G02 orderly 12-29-2011 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/03/2012 |
| | | 22804127 | G02 orderly 12-30-2011 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/03/2012 |
| | | 22805960 | G02 orderly 01-01-2012 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/03/2012 |
| | | 22807100 | G02 orderly 12-31-2011 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/03/2012 |
| | | 22816397 | G02 orderly 01-02-2012 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/04/2012 |
| | | 22835276 | G02 orderly 01/03/2012 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/06/2012 |
| | | 22853046 | G02 orderly 01/04/2012 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/06/2012 |
| | | 22889172 | G02  orderly 01/06/2012 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/09/2012 |
| | | 22893616 | G02  orderly  01/07/2012 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/09/2012 |
| | | 22894712 | G02  orderly  01/08/2012 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/09/2012 |
| | | 22911130 | G02 orderly 01/09/2012 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/10/2012 |
| | | 22975683 | G-UNIT  1-12-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/17/2012 |
| | | 26640109 | G UNIT ORDERLY 12-2-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/04/2012 |
| | | 26732910 | G UNIT ORDERLY 12-9-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/11/2012 |
| | | 26752751 | G UNIT ORDERLY 12-10-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/11/2012 |
| | | 26768928 | G UNIT ORDERLY 12-11-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/13/2012 |
| | | 26784971 | G UNIT ORDERLY 12-12-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/14/2012 |
| | | 26843813 | G UNIT ORDERLY 12-16-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/19/2012 |
| | | 26685451 | 12/03/2012 G UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 12/06/2012 |
| | | 26686089 | 12/04/2012 G UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 12/06/2012 |
| | | 26820203 | G UNIT ORDERLY 12-14-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/18/2012 |
| | | 26820392 | G UNIT ORDERLY 12-15-12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/18/2012 |
| | | 26704521 | 12/05/2012 G UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 12/07/2012 |