# Exhibit 56

| CIBOLA COUNTY CORRECTIONAL CENTER | | | | | |
|---|---|---|---|---|---|
| | Print Date: 08/29/2018  2:21:15PM | INMATE PAY TRANSACTION | From: 08/01/2013 To: 08/29/2018 | | |
| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
| IMMIGRATION AND CUSTOMS ENFORCEMENT | | | | | | |

| | | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 7214481 | | $7.00 | JOB PAY - NONREMIBURSABLE | 09/19/2017 |
| | | 7323535 | | $7.00 | JOB PAY - NONREMIBURSABLE | 10/02/2017 |
| | | 7501480 | | $6.00 | JOB PAY - NONREMIBURSABLE | 10/19/2017 |
| | | 8380349 | | $7.00 | JOB PAY - NONREMIBURSABLE | 01/18/2018 |
| | | 8439330 | | $7.00 | JOB PAY - NONREMIBURSABLE | 01/24/2018 |
| | | 8516379 | | $7.00 | JOB PAY - NONREMIBURSABLE | 02/01/2018 |
| | | 8578095 | | $7.00 | JOB PAY - NONREMIBURSABLE | 02/07/2018 |
| | | 8649042 | | $7.00 | JOB PAY - NONREMIBURSABLE | 02/14/2018 |
| | | 5210502 | | $6.00 | JOB PAY - NONREMIBURSABLE | 02/22/2017 |
| | | 5270416 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/01/2017 |
| | | 5357090 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/08/2017 |
| | | 5505854 | | $6.00 | JOB PAY - NONREMIBURSABLE | 03/23/2017 |
| | | 5537803 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/27/2017 |
| | | 5547674 | | $6.00 | JOB PAY - NONREMIBURSABLE | 03/28/2017 |
| | | 5628204 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/05/2017 |
| | | 5702296 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/12/2017 |
| | | 5768948 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/19/2017 |
| | | 5838314 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/27/2017 |
| | | 5892959 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/03/2017 |
| | | 5966233 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/10/2017 |
| | | 6032077 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/17/2017 |
| | | 6094794 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/24/2017 |
| | | 6144604 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/31/2017 |
| | | 6206919 | | $6.00 | JOB PAY - NONREMIBURSABLE | 06/06/2017 |
| | | 6234264 | | $1.00 | JOB PAY - NONREMIBURSABLE | 06/08/2017 |
| | | 6287015 | | $7.00 | JOB PAY - NONREMIBURSABLE | 06/14/2017 |
| | | 6344176 | | $7.00 | JOB PAY - NONREMIBURSABLE | 06/20/2017 |
| | | 6419833 | | $5.00 | JOB PAY - NONREMIBURSABLE | 06/28/2017 |
| | | 6486669 | | $7.00 | JOB PAY - NONREMIBURSABLE | 07/06/2017 |
| | | 6558683 | | $5.00 | JOB PAY - NONREMIBURSABLE | 07/13/2017 |
| | | 6621095 | | $7.00 | JOB PAY - NONREMIBURSABLE | 07/19/2017 |
| | | 6692943 | | $7.00 | JOB PAY - NONREMIBURSABLE | 07/27/2017 |
| | | 6741548 | | $7.00 | JOB PAY - NONREMIBURSABLE | 08/02/2017 |
| | | 6824020 | | $7.00 | JOB PAY - NONREMIBURSABLE | 08/09/2017 |
| | | 6895450 | | $7.00 | JOB PAY - NONREMIBURSABLE | 08/17/2017 |
| | | 6960166 | | $7.00 | JOB PAY - NONREMIBURSABLE | 08/24/2017 |
| | | 7018371 | | $7.00 | JOB PAY - NONREMIBURSABLE | 08/30/2017 |
| | | 7086079 | | $7.00 | JOB PAY - NONREMIBURSABLE | 09/07/2017 |
| | | 7168958 | | $7.00 | JOB PAY - NONREMIBURSABLE | 09/14/2017 |
| | | 7234914 | | $5.00 | JOB PAY - NONREMIBURSABLE | 09/21/2017 |
| | | 7293744 | | $7.00 | JOB PAY - NONREMIBURSABLE | 09/28/2017 |
| | | 7359661 | | $7.00 | JOB PAY - NONREMIBURSABLE | 10/05/2017 |
| | | 7432965 | | $5.00 | JOB PAY - NONREMIBURSABLE | 10/12/2017 |
| | | 7501561 | | $7.00 | JOB PAY - NONREMIBURSABLE | 10/19/2017 |

Exhibit 56 -Page 861

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|----------|------|-----------|--------------|--------|-------------|------|
| | | 7569234 | | $6.00 | JOB PAY - NONREMIBURSABLE | 10/26/2017 |
| | | 7635527 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/02/2017 |
| | | 7713148 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/09/2017 |
| | | 7778666 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/16/2017 |
| | | 7778670 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/16/2017 |
| | | 7892836 | | $6.00 | JOB PAY - NONREMIBURSABLE | 11/29/2017 |
| | | 6603842 | | $4.00 | JOB PAY - NONREMIBURSABLE | 07/18/2017 |
| | | 6674761 | | $7.00 | JOB PAY - NONREMIBURSABLE | 07/25/2017 |
| | | 6740299 | | $1.00 | JOB PAY - NONREMIBURSABLE | 08/02/2017 |
| | | 6744904 | | $5.00 | JOB PAY - NONREMIBURSABLE | 08/02/2017 |
| | | 6818187 | | $7.00 | JOB PAY - NONREMIBURSABLE | 08/09/2017 |
| | | 6878621 | | $7.00 | JOB PAY - NONREMIBURSABLE | 08/15/2017 |
| | | 6943376 | | $3.00 | JOB PAY - NONREMIBURSABLE | 08/22/2017 |
| | | 6955832 | | $8.00 | JOB PAY - NONREMIBURSABLE | 08/23/2017 |
| | | 7031996 | | $15.00 | JOB PAY - NONREMIBURSABLE | 09/01/2017 |
| | | 7079919 | | $15.00 | JOB PAY - NONREMIBURSABLE | 09/06/2017 |
| | | 7166995 | | $15.00 | JOB PAY - NONREMIBURSABLE | 09/14/2017 |
| | | 7231882 | | $15.00 | JOB PAY - NONREMIBURSABLE | 09/21/2017 |
| | | 7289823 | | $15.00 | JOB PAY - NONREMIBURSABLE | 09/27/2017 |
| | | 7364481 | | $15.00 | JOB PAY - NONREMIBURSABLE | 10/05/2017 |
| | | 7424515 | | $15.00 | JOB PAY - NONREMIBURSABLE | 10/11/2017 |
| | | 7502018 | | $15.00 | JOB PAY - NONREMIBURSABLE | 10/19/2017 |
| | | 7530740 | | $8.00 | JOB PAY - NONREMIBURSABLE | 10/23/2017 |
| | | 5134676 | | $7.00 | JOB PAY - NONREMIBURSABLE | 02/14/2017 |
| | | 5270868 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/01/2017 |
| | | 5270880 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/01/2017 |
| | | 5357110 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/08/2017 |
| | | 5427444 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/15/2017 |
| | | 5270552 | | $6.00 | JOB PAY - NONREMIBURSABLE | 03/01/2017 |
| | | 5343909 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/07/2017 |
| | | 9593580 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/18/2018 |
| | | 5892270 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/03/2017 |
| | | 5978209 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/11/2017 |
| | | 6013845 | | $9.00 | JOB PAY - NONREMIBURSABLE | 05/15/2017 |
| | | 5357106 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/08/2017 |
| | | 5436345 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/16/2017 |
| | | 5487617 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/21/2017 |
| | | 9015382 | | $4.00 | JOB PAY - NONREMIBURSABLE | 03/22/2018 |
| | | 9071280 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/28/2018 |
| | | 10483109 | | $3.00 | JOB PAY - NONREMIBURSABLE | 08/16/2018 |
| | | 10546807 | | $4.00 | JOB PAY - NONREMIBURSABLE | 08/22/2018 |
| | | 9856743 | | $5.00 | JOB PAY - NONREMIBURSABLE | 06/14/2018 |
| | | 9909003 | | $5.00 | JOB PAY - NONREMIBURSABLE | 06/20/2018 |
| | | 6941480 | | $7.00 | JOB PAY - NONREMIBURSABLE | 08/22/2017 |
| | | 7001484 | | $3.00 | JOB PAY - NONREMIBURSABLE | 08/29/2017 |
| | | 7059208 | | $7.00 | JOB PAY - NONREMIBURSABLE | 09/05/2017 |
| | | 7146269 | | $7.00 | JOB PAY - NONREMIBURSABLE | 09/12/2017 |
| | | 8515483 | | $7.00 | JOB PAY - NONREMIBURSABLE | 02/01/2018 |
| | | 5283905 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/02/2017 |
| | | 5357126 | | $6.00 | JOB PAY - NONREMIBURSABLE | 03/08/2017 |

Exhibit 56 - Page 862

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 5433299 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/15/2017 |
| | | 5505630 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/23/2017 |
| | | 5548202 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/28/2017 |
| | | 5628593 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/05/2017 |
| | | 5702394 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/12/2017 |
| | | 5768730 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/19/2017 |
| | | 5839323 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/27/2017 |
| | | 5893614 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/03/2017 |
| | | 5966439 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/10/2017 |
| | | 6021594 | | $1.00 | JOB PAY - NONREMIBURSABLE | 05/16/2017 |
| | | 6033713 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/17/2017 |
| | | 10483196 | | $3.00 | JOB PAY - NONREMIBURSABLE | 08/16/2018 |
| | | 10508401 | | $3.00 | JOB PAY - NONREMIBURSABLE | 08/20/2018 |
| | | 6691299 | | $6.00 | JOB PAY - NONREMIBURSABLE | 07/27/2017 |
| | | 6794582 | | $7.00 | JOB PAY - NONREMIBURSABLE | 08/07/2017 |
| | | 6823842 | | $7.00 | JOB PAY - NONREMIBURSABLE | 08/09/2017 |
| | | 6897179 | | $7.00 | JOB PAY - NONREMIBURSABLE | 08/17/2017 |
| | | 6956331 | | $7.00 | JOB PAY - NONREMIBURSABLE | 08/23/2017 |
| | | 7032149 | | $4.00 | JOB PAY - NONREMIBURSABLE | 09/01/2017 |
| | | 7079924 | | $15.00 | JOB PAY - NONREMIBURSABLE | 09/06/2017 |
| | | 7167004 | | $15.00 | JOB PAY - NONREMIBURSABLE | 09/14/2017 |
| | | 7231428 | | $15.00 | JOB PAY - NONREMIBURSABLE | 09/21/2017 |
| | | 7289634 | | $8.00 | JOB PAY - NONREMIBURSABLE | 09/27/2017 |
| | | 7424099 | | $8.00 | JOB PAY - NONREMIBURSABLE | 10/11/2017 |
| | | 7424409 | | $15.00 | JOB PAY - NONREMIBURSABLE | 10/11/2017 |
| | | 7502022 | | $15.00 | JOB PAY - NONREMIBURSABLE | 10/19/2017 |
| | | 7635558 | | $6.00 | JOB PAY - NONREMIBURSABLE | 11/02/2017 |
| | | 7713252 | | $6.00 | JOB PAY - NONREMIBURSABLE | 11/09/2017 |
| | | 7777159 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/16/2017 |
| | | 7777176 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/16/2017 |
| | | 7892657 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/29/2017 |
| | | 7987666 | | $7.00 | JOB PAY - NONREMIBURSABLE | 12/08/2017 |
| | | 8084773 | | $4.00 | JOB PAY - NONREMIBURSABLE | 12/18/2017 |
| | | 9982449 | | $3.00 | JOB PAY - NONREMIBURSABLE | 06/27/2018 |
| | | 5118414 | | $1.00 | JOB PAY - NONREMIBURSABLE | 02/13/2017 |
| | | 5146389 | | $5.00 | JOB PAY - NONREMIBURSABLE | 02/15/2017 |
| | | 5210571 | | $5.00 | JOB PAY - NONREMIBURSABLE | 02/22/2017 |
| | | 5304451 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/03/2017 |
| | | 5365301 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/09/2017 |
| | | 5433300 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/15/2017 |
| | | 5474234 | | $6.00 | JOB PAY - NONREMIBURSABLE | 03/20/2017 |
| | | 9355593 | | $5.00 | JOB PAY - NONREMIBURSABLE | 04/25/2018 |
| | | 9472828 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/07/2018 |
| | | 9513620 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/10/2018 |
| | | 9593457 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/18/2018 |
| | | 7215732 | | $5.00 | JOB PAY - NONREMIBURSABLE | 09/19/2017 |
| | | 7286627 | | $3.00 | JOB PAY - NONREMIBURSABLE | 09/27/2017 |
| | | 7394680 | | $7.00 | JOB PAY - NONREMIBURSABLE | 10/09/2017 |
| | | 4812886 | Jan 5-11 Wages 2017 | $9.00 | JOB PAY - NONREMIBURSABLE | 01/12/2017 |
| | | 4906104 | | $4.00 | JOB PAY - NONREMIBURSABLE | 01/23/2017 |

Exhibit 56 -Page 863

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 5882455 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/02/2017 |
| | | 5146292 | | $4.00 | JOB PAY - NONREMIBURSABLE | 02/15/2017 |
| | | 5205466 | | $13.00 | JOB PAY - NONREMIBURSABLE | 02/22/2017 |
| | | 8869164 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/08/2018 |
| | | 8871873 | | $4.00 | JOB PAY - NONREMIBURSABLE | 03/08/2018 |
| | | 9982543 | | $3.00 | JOB PAY - NONREMIBURSABLE | 06/27/2018 |
| | | 10093073 | | $3.00 | JOB PAY - NONREMIBURSABLE | 07/09/2018 |
| | | 10162647 | | $5.00 | JOB PAY - NONREMIBURSABLE | 07/16/2018 |
| | | 10175718 | | $4.00 | JOB PAY - NONREMIBURSABLE | 07/17/2018 |
| | | 5635797 | | $6.00 | JOB PAY - NONREMIBURSABLE | 04/06/2017 |
| | | 5702508 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/12/2017 |
| | | 5745265 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/17/2017 |
| | | 9466997 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/07/2018 |
| | | 9514149 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/10/2018 |
| | | 9574364 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/16/2018 |
| | | 4985808 | Jan 26 - Jan 31 | $4.00 | JOB PAY - NONREMIBURSABLE | 02/01/2017 |
| | | 10344432 | | $5.00 | JOB PAY - NONREMIBURSABLE | 08/03/2018 |
| | | 10414619 | | $5.00 | JOB PAY - NONREMIBURSABLE | 08/09/2018 |
| | | 10479628 | | $5.00 | JOB PAY - NONREMIBURSABLE | 08/16/2018 |
| | | 6558803 | | $5.00 | JOB PAY - NONREMIBURSABLE | 07/13/2017 |
| | | 6627405 | | $5.00 | JOB PAY - NONREMIBURSABLE | 07/20/2017 |
| | | 6689292 | | $5.00 | JOB PAY - NONREMIBURSABLE | 07/27/2017 |
| | | 6740917 | | $5.00 | JOB PAY - NONREMIBURSABLE | 08/02/2017 |
| | | 6854308 | | $5.00 | JOB PAY - NONREMIBURSABLE | 08/14/2017 |
| | | 5829492 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/26/2017 |
| | | 5898176 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/03/2017 |
| | | 5903954 | | $2.00 | JOB PAY - NONREMIBURSABLE | 05/04/2017 |
| | | 9663635 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/25/2018 |
| | | 5284101 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/02/2017 |
| | | 5357121 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/08/2017 |
| | | 5433388 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/15/2017 |
| | | 5506237 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/23/2017 |
| | | 5552127 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/28/2017 |
| | | 5620011 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/04/2017 |
| | | 5626744 | REVERSED RECEIPT #: 5620011 | -$7.00 | REVERSED JOB PAY - NONREMIBURSABLE | 04/05/2017 |
| | | 5626755 | | $6.00 | JOB PAY - NONREMIBURSABLE | 04/05/2017 |
| | | 5626769 | | $4.00 | JOB PAY - NONREMIBURSABLE | 04/05/2017 |
| | | 5691047 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/11/2017 |
| | | 5691514 | REVERSED RECEIPT #: 5691047 | -$7.00 | REVERSED JOB PAY - NONREMIBURSABLE | 04/11/2017 |
| | | 5691515 | | $4.00 | JOB PAY - NONREMIBURSABLE | 04/11/2017 |
| | | 5691519 | | $6.00 | JOB PAY - NONREMIBURSABLE | 04/11/2017 |
| | | 5771830 | | $15.00 | JOB PAY - NONREMIBURSABLE | 04/19/2017 |
| | | 5864121 | | $15.00 | JOB PAY - NONREMIBURSABLE | 05/01/2017 |
| | | 5890290 | | $17.00 | JOB PAY - NONREMIBURSABLE | 05/03/2017 |
| | | 5971695 | | $15.00 | JOB PAY - NONREMIBURSABLE | 05/10/2017 |
| | | 6044152 | | $15.00 | JOB PAY - NONREMIBURSABLE | 05/18/2017 |
| | | 6095331 | | $15.00 | JOB PAY - NONREMIBURSABLE | 05/24/2017 |
| | | 6157568 | | $15.00 | JOB PAY - NONREMIBURSABLE | 06/01/2017 |
| | | 6217584 | | $15.00 | JOB PAY - NONREMIBURSABLE | 06/07/2017 |
| | | 6288501 | | $15.00 | JOB PAY - NONREMIBURSABLE | 06/14/2017 |

Exhibit 56 -Page 864

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 6356267 | | $15.00 | JOB PAY - NONREMIBURSABLE | 06/21/2017 |
| | | 6421686 | | $15.00 | JOB PAY - NONREMIBURSABLE | 06/28/2017 |
| | | 6478265 | | $15.00 | JOB PAY - NONREMIBURSABLE | 07/05/2017 |
| | | 6564422 | | $15.00 | JOB PAY - NONREMIBURSABLE | 07/13/2017 |
| | | 6620160 | | $15.00 | JOB PAY - NONREMIBURSABLE | 07/19/2017 |
| | | 6741460 | | $5.00 | JOB PAY - NONREMIBURSABLE | 08/02/2017 |
| | | 6823898 | | $5.00 | JOB PAY - NONREMIBURSABLE | 08/09/2017 |
| | | 6896508 | | $5.00 | JOB PAY - NONREMIBURSABLE | 08/17/2017 |
| | | 6956187 | | $4.00 | JOB PAY - NONREMIBURSABLE | 08/23/2017 |
| | | 7031946 | | $15.00 | JOB PAY - NONREMIBURSABLE | 09/01/2017 |
| | | 7079958 | | $15.00 | JOB PAY - NONREMIBURSABLE | 09/06/2017 |
| | | 7166982 | | $15.00 | JOB PAY - NONREMIBURSABLE | 09/14/2017 |
| | | 7231935 | | $15.00 | JOB PAY - NONREMIBURSABLE | 09/21/2017 |
| | | 7293303 | | $15.00 | JOB PAY - NONREMIBURSABLE | 09/28/2017 |
| | | 7364270 | | $15.00 | JOB PAY - NONREMIBURSABLE | 10/05/2017 |
| | | 7424031 | | $15.00 | JOB PAY - NONREMIBURSABLE | 10/11/2017 |
| | | 7501815 | | $15.00 | JOB PAY - NONREMIBURSABLE | 10/19/2017 |
| | | 7530770 | | $6.00 | JOB PAY - NONREMIBURSABLE | 10/23/2017 |
| | | 7713185 | | $5.00 | JOB PAY - NONREMIBURSABLE | 11/09/2017 |
| | | 7778742 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/16/2017 |
| | | 7778745 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/16/2017 |
| | | 7892993 | | $6.00 | JOB PAY - NONREMIBURSABLE | 11/29/2017 |
| | | 5270791 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/01/2017 |
| | | 5347041 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/07/2017 |
| | | 4812932 | Jan 5-11 Wages 2017 | $9.00 | JOB PAY - NONREMIBURSABLE | 01/12/2017 |
| | | 4872513 | Jan 12-18 Wages 2017 | $7.00 | JOB PAY - NONREMIBURSABLE | 01/19/2017 |
| | | 4965442 | REVERSED RECEIPT #: 4872513 | -$7.00 | REVERSED JOB PAY - NONREMIBURSABLE | 01/30/2017 |
| | | 4857812 | | $6.00 | JOB PAY - NONREMIBURSABLE | 01/18/2017 |
| | | 4929564 | | $1.00 | JOB PAY - NONREMIBURSABLE | 01/25/2017 |
| | | 5284093 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/02/2017 |
| | | 5346946 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/07/2017 |
| | | 8644384 | | $1.00 | JOB PAY - NONREMIBURSABLE | 02/14/2018 |
| | | 9243961 | | $5.00 | JOB PAY - NONREMIBURSABLE | 04/13/2018 |
| | | 9284842 | | $5.00 | JOB PAY - NONREMIBURSABLE | 04/18/2018 |
| | | 8644256 | | $3.00 | JOB PAY - NONREMIBURSABLE | 02/14/2018 |
| | | 8723179 | | $7.00 | JOB PAY - NONREMIBURSABLE | 02/22/2018 |
| | | 8736377 | | $5.00 | JOB PAY - NONREMIBURSABLE | 02/23/2018 |
| | | 4812857 | Jan 5-11 Wages 2017 | $4.00 | JOB PAY - NONREMIBURSABLE | 01/12/2017 |
| | | 4872572 | Jan 12-18 Wages 2017 | $2.00 | JOB PAY - NONREMIBURSABLE | 01/19/2017 |
| | | 4900582 | | $6.00 | JOB PAY - NONREMIBURSABLE | 01/23/2017 |
| | | 9513768 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/10/2018 |
| | | 9593976 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/18/2018 |
| | | 9646630 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/24/2018 |
| | | 4812843 | Jan 5-11 Wages 2017 | $2.00 | JOB PAY - NONREMIBURSABLE | 01/12/2017 |
| | | 4812872 | Jan 5-11 Wages 2017 | $1.00 | JOB PAY - NONREMIBURSABLE | 01/12/2017 |
| | | 4872562 | Jan 12-18 Wages 2017 | $5.00 | JOB PAY - NONREMIBURSABLE | 01/19/2017 |
| | | 4910137 | 1-19-17 thru 1-22-17 | $3.00 | JOB PAY - NONREMIBURSABLE | 01/24/2017 |
| | | 8342224 | | $7.00 | JOB PAY - NONREMIBURSABLE | 01/16/2018 |
| | | 8381688 | | $7.00 | JOB PAY - NONREMIBURSABLE | 01/18/2018 |
| | | 8871364 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/08/2018 |

Exhibit 56 -Page 865

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 8944298 | 200C Porter 3-7 - 3-13 | $7.00 | JOB PAY - NONREMIBURSABLE | 03/15/2018 |
| | | 8378285 | | $7.00 | JOB PAY - NONREMIBURSABLE | 01/18/2018 |
| | | 8503546 | | $14.00 | JOB PAY - NONREMIBURSABLE | 02/01/2018 |
| | | 8378276 | | $7.00 | JOB PAY - NONREMIBURSABLE | 01/18/2018 |
| | | 8439029 | | $7.00 | JOB PAY - NONREMIBURSABLE | 01/24/2018 |
| | | 8503554 | | $7.00 | JOB PAY - NONREMIBURSABLE | 02/01/2018 |
| | | 8644412 | | $3.00 | JOB PAY - NONREMIBURSABLE | 02/14/2018 |
| | | 8723235 | | $7.00 | JOB PAY - NONREMIBURSABLE | 02/22/2018 |
| | | 8736388 | | $5.00 | JOB PAY - NONREMIBURSABLE | 02/23/2018 |
| | | 5830588 | | $14.00 | JOB PAY - NONREMIBURSABLE | 04/26/2017 |
| | | 5897484 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/03/2017 |
| | | 5904440 | | $2.00 | JOB PAY - NONREMIBURSABLE | 05/04/2017 |
| | | 5064600 | | $4.00 | JOB PAY - NONREMIBURSABLE | 02/08/2017 |
| | | 5150045 | | $7.00 | JOB PAY - NONREMIBURSABLE | 02/16/2017 |
| | | 5209221 | | $12.00 | JOB PAY - NONREMIBURSABLE | 02/22/2017 |
| | | 5366908 | | $15.00 | JOB PAY - NONREMIBURSABLE | 03/09/2017 |
| | | 5367047 | | $17.00 | JOB PAY - NONREMIBURSABLE | 03/09/2017 |
| | | 5433247 | | $15.00 | JOB PAY - NONREMIBURSABLE | 03/15/2017 |
| | | 5500123 | | $15.00 | JOB PAY - NONREMIBURSABLE | 03/22/2017 |
| | | 5569176 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/30/2017 |
| | | 5569181 | | $10.00 | JOB PAY - NONREMIBURSABLE | 03/30/2017 |
| | | 5574353 | | $10.00 | JOB PAY - NONREMIBURSABLE | 03/30/2017 |
| | | 5626441 | | $1.00 | JOB PAY - NONREMIBURSABLE | 04/05/2017 |
| | | 5642415 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/06/2017 |
| | | 5702648 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/12/2017 |
| | | 5770489 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/19/2017 |
| | | 5834186 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/26/2017 |
| | | 5890276 | | $15.00 | JOB PAY - NONREMIBURSABLE | 05/03/2017 |
| | | 5971700 | | $15.00 | JOB PAY - NONREMIBURSABLE | 05/10/2017 |
| | | 6044164 | | $15.00 | JOB PAY - NONREMIBURSABLE | 05/18/2017 |
| | | 6095275 | | $15.00 | JOB PAY - NONREMIBURSABLE | 05/24/2017 |
| | | 6152945 | | $15.00 | JOB PAY - NONREMIBURSABLE | 06/01/2017 |
| | | 7635128 | | $5.00 | JOB PAY - NONREMIBURSABLE | 11/02/2017 |
| | | 7726991 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/13/2017 |
| | | 7777066 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/16/2017 |
| | | 7777069 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/16/2017 |
| | | 4929127 | | $1.00 | JOB PAY - NONREMIBURSABLE | 01/25/2017 |
| | | 5064327 | | $4.00 | JOB PAY - NONREMIBURSABLE | 02/08/2017 |
| | | 5064492 | | $5.00 | JOB PAY - NONREMIBURSABLE | 02/08/2017 |
| | | 5146335 | | $4.00 | JOB PAY - NONREMIBURSABLE | 02/15/2017 |
| | | 5223979 | | $5.00 | JOB PAY - NONREMIBURSABLE | 02/23/2017 |
| | | 5270637 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/01/2017 |
| | | 5311616 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/04/2017 |
| | | 9289952 | | $5.00 | JOB PAY - NONREMIBURSABLE | 04/18/2018 |
| | | 5562157 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/29/2017 |
| | | 8319938 | | $7.00 | JOB PAY - NONREMIBURSABLE | 01/11/2018 |
| | | 8378371 | | $7.00 | JOB PAY - NONREMIBURSABLE | 01/18/2018 |
| | | 8433563 | | $7.00 | JOB PAY - NONREMIBURSABLE | 01/24/2018 |
| | | 9593532 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/18/2018 |
| | | 9655208 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/24/2018 |

Exhibit 56 -Page 866

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 9705020 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/31/2018 |
| | | 7556182 | | $7.00 | JOB PAY - NONREMIBURSABLE | 10/25/2017 |
| | | 7627051 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/02/2017 |
| | | 7695715 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/08/2017 |
| | | 7755978 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/14/2017 |
| | | 7788001 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/17/2017 |
| | | 7881397 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/28/2017 |
| | | 4812880 | Jan 5-11 Wages 2017 | $4.00 | JOB PAY - NONREMIBURSABLE | 01/12/2017 |
| | | 4880921 | | $7.00 | JOB PAY - NONREMIBURSABLE | 01/20/2017 |
| | | 4906133 | | $4.00 | JOB PAY - NONREMIBURSABLE | 01/23/2017 |
| | | 7215660 | | $5.00 | JOB PAY - NONREMIBURSABLE | 09/19/2017 |
| | | 7286618 | | $3.00 | JOB PAY - NONREMIBURSABLE | 09/27/2017 |
| | | 7432646 | | $7.00 | JOB PAY - NONREMIBURSABLE | 10/12/2017 |
| | | 5779444 | | $4.00 | JOB PAY - NONREMIBURSABLE | 04/20/2017 |
| | | 5839614 | | $5.00 | JOB PAY - NONREMIBURSABLE | 04/27/2017 |
| | | 5906638 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/04/2017 |
| | | 5969385 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/10/2017 |
| | | 5433285 | | $6.00 | JOB PAY - NONREMIBURSABLE | 03/15/2017 |
| | | 5450787 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/17/2017 |
| | | 5270267 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/01/2017 |
| | | 5270298 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/01/2017 |
| | | 5311590 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/04/2017 |
| | | 5076664 | FEB 5 - FEB 11 | $5.00 | JOB PAY - NONREMIBURSABLE | 02/09/2017 |
| | | 5149794 | | $5.00 | JOB PAY - NONREMIBURSABLE | 02/16/2017 |
| | | 5270730 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/01/2017 |
| | | 5270773 | | $6.00 | JOB PAY - NONREMIBURSABLE | 03/01/2017 |
| | | 5357116 | | $6.00 | JOB PAY - NONREMIBURSABLE | 03/08/2017 |
| | | 5772204 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/19/2017 |
| | | 5830194 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/26/2017 |
| | | 5895438 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/03/2017 |
| | | 5970690 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/10/2017 |
| | | 6033513 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/17/2017 |
| | | 6095051 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/24/2017 |
| | | 6132757 | | $4.00 | JOB PAY - NONREMIBURSABLE | 05/30/2017 |
| | | 6132773 | REVERSED RECEIPT #: 6132757 | -$4.00 | REVERSED JOB PAY - NONREMIBURSABLE | 05/30/2017 |
| | | 6132781 | | $1.00 | JOB PAY - NONREMIBURSABLE | 05/30/2017 |
| | | 6289786 | | $4.00 | JOB PAY - NONREMIBURSABLE | 06/14/2017 |
| | | 6488080 | | $7.00 | JOB PAY - NONREMIBURSABLE | 07/06/2017 |
| | | 6559383 | | $7.00 | JOB PAY - NONREMIBURSABLE | 07/13/2017 |
| | | 6620844 | | $7.00 | JOB PAY - NONREMIBURSABLE | 07/19/2017 |
| | | 6694007 | | $7.00 | JOB PAY - NONREMIBURSABLE | 07/27/2017 |
| | | 6741510 | | $7.00 | JOB PAY - NONREMIBURSABLE | 08/02/2017 |
| | | 6823976 | | $4.00 | JOB PAY - NONREMIBURSABLE | 08/09/2017 |
| | | 6896319 | | $6.00 | JOB PAY - NONREMIBURSABLE | 08/17/2017 |
| | | 6959604 | | $7.00 | JOB PAY - NONREMIBURSABLE | 08/24/2017 |
| | | 7018480 | | $7.00 | JOB PAY - NONREMIBURSABLE | 08/30/2017 |
| | | 7085824 | | $7.00 | JOB PAY - NONREMIBURSABLE | 09/07/2017 |
| | | 7214484 | | $7.00 | JOB PAY - NONREMIBURSABLE | 09/19/2017 |
| | | 7323609 | | $7.00 | JOB PAY - NONREMIBURSABLE | 10/02/2017 |
| | | 7460832 | | $3.00 | JOB PAY - NONREMIBURSABLE | 10/16/2017 |

Exhibit 56 -Page 867

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 7713370 | | $4.00 | JOB PAY - NONREMIBURSABLE | 11/09/2017 |
| | | 7805915 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/20/2017 |
| | | 7805926 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/20/2017 |
| | | 7893298 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/29/2017 |
| | | 8021818 | | $7.00 | JOB PAY - NONREMIBURSABLE | 12/12/2017 |
| | | 8107451 | | $5.00 | JOB PAY - NONREMIBURSABLE | 12/20/2017 |
| | | 8110298 | | $5.00 | JOB PAY - NONREMIBURSABLE | 12/20/2017 |
| | | 8223797 | | $7.00 | JOB PAY - NONREMIBURSABLE | 01/03/2018 |
| | | 8226329 | | $7.00 | JOB PAY - NONREMIBURSABLE | 01/03/2018 |
| | | 8301356 | | $7.00 | JOB PAY - NONREMIBURSABLE | 01/10/2018 |
| | | 6896574 | | $1.00 | JOB PAY - NONREMIBURSABLE | 08/17/2017 |
| | | 6959509 | | $6.00 | JOB PAY - NONREMIBURSABLE | 08/24/2017 |
| | | 7214462 | | $7.00 | JOB PAY - NONREMIBURSABLE | 09/19/2017 |
| | | 7234973 | | $5.00 | JOB PAY - NONREMIBURSABLE | 09/21/2017 |
| | | 7293880 | | $6.00 | JOB PAY - NONREMIBURSABLE | 09/28/2017 |
| | | 7359502 | | $7.00 | JOB PAY - NONREMIBURSABLE | 10/05/2017 |
| | | 7432855 | | $7.00 | JOB PAY - NONREMIBURSABLE | 10/12/2017 |
| | | 7501555 | | $7.00 | JOB PAY - NONREMIBURSABLE | 10/19/2017 |
| | | 7570335 | | $7.00 | JOB PAY - NONREMIBURSABLE | 10/26/2017 |
| | | 7641797 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/03/2017 |
| | | 7771980 | | $5.00 | JOB PAY - NONREMIBURSABLE | 11/16/2017 |
| | | 9513929 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/10/2018 |
| | | 9593959 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/18/2018 |
| | | 9663778 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/25/2018 |
| | | 9788599 | | $5.00 | JOB PAY - NONREMIBURSABLE | 06/07/2018 |
| | | 9788861 | | $5.00 | JOB PAY - NONREMIBURSABLE | 06/07/2018 |
| | | 9852067 | | $5.00 | JOB PAY - NONREMIBURSABLE | 06/14/2018 |
| | | 9939163 | | $5.00 | JOB PAY - NONREMIBURSABLE | 06/22/2018 |
| | | 10483461 | | $3.00 | JOB PAY - NONREMIBURSABLE | 08/16/2018 |
| | | 10546804 | | $5.00 | JOB PAY - NONREMIBURSABLE | 08/22/2018 |
| | | 6741147 | | $1.00 | JOB PAY - NONREMIBURSABLE | 08/02/2017 |
| | | 6854674 | | $5.00 | JOB PAY - NONREMIBURSABLE | 08/14/2017 |
| | | 8586073 | | $5.00 | JOB PAY - NONREMIBURSABLE | 02/08/2018 |
| | | 8647729 | | $7.00 | JOB PAY - NONREMIBURSABLE | 02/14/2018 |
| | | 8713075 | | $7.00 | JOB PAY - NONREMIBURSABLE | 02/21/2018 |
| | | 8824941 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/05/2018 |
| | | 8873389 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/08/2018 |
| | | 8935823 | 900B Porter 3-7 - 3-13 | $7.00 | JOB PAY - NONREMIBURSABLE | 03/15/2018 |
| | | 9016056 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/22/2018 |
| | | 9113141 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/02/2018 |
| | | 9201335 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/10/2018 |
| | | 9244403 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/13/2018 |
| | | 9300326 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/19/2018 |
| | | 9377979 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/27/2018 |
| | | 9412885 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/01/2018 |
| | | 9513458 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/10/2018 |
| | | 9593543 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/18/2018 |
| | | 9660054 | | $3.00 | JOB PAY - NONREMIBURSABLE | 05/25/2018 |
| | | 9724051 | | $5.00 | JOB PAY - NONREMIBURSABLE | 06/01/2018 |
| | | 9781440 | | $5.00 | JOB PAY - NONREMIBURSABLE | 06/07/2018 |

Exhibit 56 -Page 868

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 8871577 | | $3.00 | JOB PAY - NONREMIBURSABLE | 03/08/2018 |
| | | 8936011 | 100A Porter 3-7 - 3-13 | $7.00 | JOB PAY - NONREMIBURSABLE | 03/15/2018 |
| | | 8096479 | | $4.00 | JOB PAY - NONREMIBURSABLE | 12/19/2017 |
| | | 5064407 | | $1.00 | JOB PAY - NONREMIBURSABLE | 02/08/2017 |
| | | 5146257 | | $7.00 | JOB PAY - NONREMIBURSABLE | 02/15/2017 |
| | | 5210383 | | $5.00 | JOB PAY - NONREMIBURSABLE | 02/22/2017 |
| | | 5270487 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/01/2017 |
| | | 5365143 | | $6.00 | JOB PAY - NONREMIBURSABLE | 03/09/2017 |
| | | 5395566 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/13/2017 |
| | | 5433279 | | $2.00 | JOB PAY - NONREMIBURSABLE | 03/15/2017 |
| | | 5486672 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/21/2017 |
| | | 9593552 | | $5.00 | JOB PAY - NONREMIBURSABLE | 05/18/2018 |
| | | 9713748 | | $5.00 | JOB PAY - NONREMIBURSABLE | 06/01/2018 |
| | | 9799813 | | $5.00 | JOB PAY - NONREMIBURSABLE | 06/08/2018 |
| | | 9869054 | | $5.00 | JOB PAY - NONREMIBURSABLE | 06/15/2018 |
| | | 9941383 | | $5.00 | JOB PAY - NONREMIBURSABLE | 06/22/2018 |
| | | 9993630 | | $5.00 | JOB PAY - NONREMIBURSABLE | 06/28/2018 |
| | | 10090434 | | $5.00 | JOB PAY - NONREMIBURSABLE | 07/09/2018 |
| | | 10137062 | | $5.00 | JOB PAY - NONREMIBURSABLE | 07/12/2018 |
| | | 10208021 | | $5.00 | JOB PAY - NONREMIBURSABLE | 07/19/2018 |
| | | 10263579 | | $5.00 | JOB PAY - NONREMIBURSABLE | 07/25/2018 |
| | | 5505970 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/23/2017 |
| | | 5547712 | | $6.00 | JOB PAY - NONREMIBURSABLE | 03/28/2017 |
| | | 5626657 | | $6.00 | JOB PAY - NONREMIBURSABLE | 04/05/2017 |
| | | 5691526 | | $17.00 | JOB PAY - NONREMIBURSABLE | 04/11/2017 |
| | | 5771835 | | $15.00 | JOB PAY - NONREMIBURSABLE | 04/19/2017 |
| | | 5864190 | | $15.00 | JOB PAY - NONREMIBURSABLE | 05/01/2017 |
| | | 5890326 | | $8.00 | JOB PAY - NONREMIBURSABLE | 05/03/2017 |
| | | 5971703 | | $15.00 | JOB PAY - NONREMIBURSABLE | 05/10/2017 |
| | | 6037653 | | $15.00 | JOB PAY - NONREMIBURSABLE | 05/17/2017 |
| | | 7651712 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/03/2017 |
| | | 7728744 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/13/2017 |
| | | 7828776 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/21/2017 |
| | | 7828777 | | $7.00 | JOB PAY - NONREMIBURSABLE | 11/21/2017 |
| | | 7887603 | | $5.00 | JOB PAY - NONREMIBURSABLE | 11/29/2017 |
| | | 7967470 | | $10.00 | JOB PAY - NONREMIBURSABLE | 12/06/2017 |
| | | 8002136 | | $5.00 | JOB PAY - NONREMIBURSABLE | 12/11/2017 |
| | | 6094965 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/24/2017 |
| | | 9660076 | | $4.00 | JOB PAY - NONREMIBURSABLE | 05/25/2018 |
| | | 9724057 | | $5.00 | JOB PAY - NONREMIBURSABLE | 06/01/2018 |
| | | 9781471 | | $5.00 | JOB PAY - NONREMIBURSABLE | 06/07/2018 |
| | | 5149930 | | $5.00 | JOB PAY - NONREMIBURSABLE | 02/16/2017 |
| | | 5210343 | | $5.00 | JOB PAY - NONREMIBURSABLE | 02/22/2017 |
| | | 5433224 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/15/2017 |
| | | 5498253 | | $6.00 | JOB PAY - NONREMIBURSABLE | 03/22/2017 |
| | | 5562493 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/29/2017 |
| | | 5629868 | | $3.00 | JOB PAY - NONREMIBURSABLE | 04/05/2017 |
| | | 5699822 | | $4.00 | JOB PAY - NONREMIBURSABLE | 04/12/2017 |
| | | 5747964 | | $3.00 | JOB PAY - NONREMIBURSABLE | 04/17/2017 |
| | | 5790212 | | $5.00 | JOB PAY - NONREMIBURSABLE | 04/21/2017 |

Exhibit 56 -Page 869

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 5433208 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/15/2017 |
| | | 5433234 | | $6.00 | JOB PAY - NONREMIBURSABLE | 03/15/2017 |
| | | 5537541 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/27/2017 |
| | | 8869261 | | $5.00 | JOB PAY - NONREMIBURSABLE | 03/08/2018 |
| | | 8944315 | 200D Porter 3-7 - 3-13 | $7.00 | JOB PAY - NONREMIBURSABLE | 03/15/2018 |
| | | 5211053 | | $5.00 | JOB PAY - NONREMIBURSABLE | 02/22/2017 |
| | | 5270991 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/01/2017 |
| | | 5367701 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/09/2017 |
| | | 5427466 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/15/2017 |
| | | 5834252 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/26/2017 |
| | | 5890765 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/03/2017 |
| | | 5970108 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/10/2017 |
| | | 6043395 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/18/2017 |
| | | 6109018 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/25/2017 |
| | | 6133108 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/30/2017 |
| | | 6224493 | | $7.00 | JOB PAY - NONREMIBURSABLE | 06/07/2017 |
| | | 6292709 | | $7.00 | JOB PAY - NONREMIBURSABLE | 06/14/2017 |
| | | 6344710 | | $7.00 | JOB PAY - NONREMIBURSABLE | 06/20/2017 |
| | | 6488442 | | $7.00 | JOB PAY - NONREMIBURSABLE | 07/06/2017 |
| | | 6577509 | | $7.00 | JOB PAY - NONREMIBURSABLE | 07/14/2017 |
| | | 6621228 | | $7.00 | JOB PAY - NONREMIBURSABLE | 07/19/2017 |
| | | 6693658 | | $7.00 | JOB PAY - NONREMIBURSABLE | 07/27/2017 |
| | | 6741622 | | $7.00 | JOB PAY - NONREMIBURSABLE | 08/02/2017 |
| | | 6824000 | | $7.00 | JOB PAY - NONREMIBURSABLE | 08/09/2017 |
| | | 6895508 | | $7.00 | JOB PAY - NONREMIBURSABLE | 08/17/2017 |
| | | 6931173 | | $6.00 | JOB PAY - NONREMIBURSABLE | 08/21/2017 |
| | | 5971066 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/10/2017 |
| | | 6035016 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/17/2017 |
| | | 6095025 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/24/2017 |
| | | 6135287 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/30/2017 |
| | | 6207102 | | $6.00 | JOB PAY - NONREMIBURSABLE | 06/06/2017 |
| | | 6305960 | | $4.00 | JOB PAY - NONREMIBURSABLE | 06/16/2017 |
| | | 6344608 | | $1.00 | JOB PAY - NONREMIBURSABLE | 06/20/2017 |
| | | 6421370 | | $7.00 | JOB PAY - NONREMIBURSABLE | 06/28/2017 |
| | | 6488286 | | $7.00 | JOB PAY - NONREMIBURSABLE | 07/06/2017 |
| | | 10279402 | | $5.00 | JOB PAY - NONREMIBURSABLE | 07/27/2018 |
| | | 10314405 | | $5.00 | JOB PAY - NONREMIBURSABLE | 08/01/2018 |
| | | 5357120 | | $2.00 | JOB PAY - NONREMIBURSABLE | 03/08/2017 |
| | | 5433366 | | $6.00 | JOB PAY - NONREMIBURSABLE | 03/15/2017 |
| | | 5505701 | | $6.00 | JOB PAY - NONREMIBURSABLE | 03/23/2017 |
| | | 5548180 | | $7.00 | JOB PAY - NONREMIBURSABLE | 03/28/2017 |
| | | 5629103 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/05/2017 |
| | | 5722481 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/14/2017 |
| | | 5768750 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/19/2017 |
| | | 5839473 | | $7.00 | JOB PAY - NONREMIBURSABLE | 04/27/2017 |
| | | 5893316 | | $7.00 | JOB PAY - NONREMIBURSABLE | 05/03/2017 |
| | | 5966381 | | $2.00 | JOB PAY - NONREMIBURSABLE | 05/10/2017 |
| | | 5971694 | | $4.00 | JOB PAY - NONREMIBURSABLE | 05/10/2017 |
| | | 6044193 | | $15.00 | JOB PAY - NONREMIBURSABLE | 05/18/2017 |
| | | 6095282 | | $15.00 | JOB PAY - NONREMIBURSABLE | 05/24/2017 |