# Exhibit 69

| | | | | | | |
|---|---|---|---|---|---|---|
| HOUSTON PROCESSING CENTER | | | | | | |
| | | | | | | |
| | Print Date: 09/07/2018 12:22:02PM | INMATE PAY TRANSACTIONS | From: 08/01/2015 To: 09/01/2016 | | | |
| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
| IMMIGRATION AND CUSTOMS ENFORCEMENT | | | | | | |
| ███████ | | 335832814 | 7/31/15 2ND SHIFT KITCHEN WORKER | $1.00 | JOB PAY - REIMBURSABLE | 08/03/2015 |
| | | 335833770 | KITCHEN 2ND SHIFT | $1.00 | JOB PAY - REIMBURSABLE | 08/03/2015 |
| | | 335835663 | 8/2/15 2ND SHIFT KITCHEN WORKER | $1.00 | JOB PAY - REIMBURSABLE | 08/03/2015 |
| | | 335883928 | 8-11-15 2ND SHIFT KP-FM | $1.00 | JOB PAY - REIMBURSABLE | 08/12/2015 |
| | | 335897956 | 8/13/2015 2nd Shift Kitchen | $1.00 | JOB PAY - REIMBURSABLE | 08/14/2015 |
| | | 335897571 | 8/12/2015 2nd Shift Kitchen | $1.00 | JOB PAY - REIMBURSABLE | 08/14/2015 |
| | | 335904336 | 08/14/2015 2nd shift kp | $1.00 | JOB PAY - REIMBURSABLE | 08/17/2015 |
| | | 335904345 | 8/15/15 2ND SHIFT KITCHEN WORKER | $1.00 | JOB PAY - REIMBURSABLE | 08/17/2015 |
| | | 335910821 | 8.16.15 2nd shift kp | $1.00 | JOB PAY - REIMBURSABLE | 08/18/2015 |
| | | 335921129 | 8-18-15 2ND SHIFT KP-FM | $1.00 | JOB PAY - REIMBURSABLE | 08/20/2015 |
| | | 335921139 | 8-19-15 2ND SHIFT KP-FM | $1.00 | JOB PAY - REIMBURSABLE | 08/20/2015 |
| | | 335927521 | 8-20-15 2ND SHIFT KP-FM | $1.00 | JOB PAY - REIMBURSABLE | 08/21/2015 |
| | | 335932313 | 8-21-15 2nd shift kitchen | $1.00 | JOB PAY - REIMBURSABLE | 08/24/2015 |
| | | 335939353 | 8-24-15 2ND SHIFT KP | $1.00 | JOB PAY - REIMBURSABLE | 08/25/2015 |
| | | 335944462 | 8-25-15 2ND SHIFT KP | $1.00 | JOB PAY - REIMBURSABLE | 08/26/2015 |
| | | 335958207 | 8-26-15 2ND SHIFT KP-FM | $1.00 | JOB PAY - REIMBURSABLE | 08/28/2015 |
| | | 335958279 | 8-27-15 1ST SHIFT KP-FM | $1.00 | JOB PAY - REIMBURSABLE | 08/28/2015 |
| | | 335957860 | 8-28-15 2ND SHIFT KP-FM | $1.00 | JOB PAY - REIMBURSABLE | 08/28/2015 |
| | | 335961930 | 8/30/15 2ND SHIFT KITCHEN WORKER | $1.00 | JOB PAY - REIMBURSABLE | 08/31/2015 |
| | | 335975983 | 9-2-15 2ND SHIFT KP | $1.00 | JOB PAY - REIMBURSABLE | 09/02/2015 |
| | | 335985902 | 9-1-15 2ND SHIFT KP-FM | $1.00 | JOB PAY - REIMBURSABLE | 09/04/2015 |
| | | 335985643 | 9-3-15 2ND SHIFT KP-FM | $1.00 | JOB PAY - REIMBURSABLE | 09/04/2015 |
| | | 335986282 | 8-31-15 2ND SHIFT KP-FM | $1.00 | JOB PAY - REIMBURSABLE | 09/04/2015 |
| | | 335986791 | 8-29-15 2ND SHIFT KP | $1.00 | JOB PAY - REIMBURSABLE | 09/04/2015 |
| | | 3361888 | 08/13/2016 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 08/15/2016 |
| | | 3362579 | 08/14/2016 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 08/15/2016 |
| | | 3368838 | 08/15/2016 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 08/16/2016 |
| | | 3385941 | 08/16/2016 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 08/17/2016 |
| | | 3393972 | 08/17/2016 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 08/18/2016 |
| | | 3405118 | 08/18/2016 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 08/19/2016 |
| | | 3428877 | 08/19/2016 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 08/22/2016 |
| | | 3429430 | 08/20/2016 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 08/22/2016 |
| | | 3429532 | 08/21/2016 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 08/22/2016 |
| | | 3440632 | 08/22/2016 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 08/23/2016 |

Exhibit 69 - Page 991

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 3451942 | 08/23/2016 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 08/24/2016 |
| | | 3459278 | 08/24/2016 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 08/25/2016 |
| | | 3492283 | 8-25-16 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2016 |
| | | 3492379 | 08/26/2016 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2016 |
| | | 3492446 | 08/27/2016 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2016 |
| | | 3492529 | 08/28/2016 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2016 |
| | | 3501506 | 08/29/2016 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 08/30/2016 |
| | | 3510837 | 08/30/2016 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 08/31/2016 |
| | | 3521932 | 08/31/2016 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 09/01/2016 |
| | | 943849 | 10/20/15 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 10/21/2015 |
| | | 950601 | 10/21/15 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 10/22/2015 |
| | | 960647 | 10/23/2015 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 10/23/2015 |
| | | 992117 | 10-28-15 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 10/29/2015 |
| | | 993995 | 10-29-15 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 10/30/2015 |
| | | 1013792 | 11/02/2015 1ST SHIFT Kitchen Males | $1.00 | JOB PAY - NONREIMBURSABLE | 11/03/2015 |
| | | 1078225 | 11--10-15 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2015 |
| | | 1432785 | 01-08-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/08/2016 |
| | | 1452109 | 1/9/2016 1ST SHIFT KITCHEN | $1.00 | JOB PAY - NONREIMBURSABLE | 01/12/2016 |
| | | 1457684 | 1-11-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/12/2016 |
| | | 1458031 | 1-10-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/12/2016 |
| | | 1495001 | 1-14-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/19/2016 |
| | | 1495059 | 1-15-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/19/2016 |
| | | 1497484 | 1-17-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/19/2016 |
| | | 1504837 | 01-18-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/20/2016 |
| | | 1510551 | 01-19-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/21/2016 |
| | | 1516771 | 1-21-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/22/2016 |
| | | 1531589 | 1-25-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/25/2016 |
| | | 1552420 | 01-28-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/28/2016 |
| | | 1557495 | 1-29-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/29/2016 |
| | | 1571719 | 01/31/2016 1st Shift Kitchen | $1.00 | JOB PAY - NONREIMBURSABLE | 02/01/2016 |
| | | 1573012 | 02-01-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 02/01/2016 |
| | | 1573284 | 1-30-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 02/01/2016 |
| | | 1584517 | 02-02-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 02/02/2016 |
| | | 1610953 | 02-04-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 02/05/2016 |
| | | 1626629 | 02-06-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 02/08/2016 |
| | | 1626646 | 02-05-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 02/08/2016 |
| | | 1627032 | 2-8-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 02/08/2016 |
| | | 1639249 | 2-7-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 02/09/2016 |
| | | 1653352 | 02-10-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 02/11/2016 |
| | | 1655101 | 02-11-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 02/11/2016 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 1664810 | 2-12-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 02/12/2016 |
| | | 1676703 | 2-13-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 02/16/2016 |
| | | 1681783 | 02/14/2016 1st Shift Kitchen | $1.00 | JOB PAY - NONREIMBURSABLE | 02/16/2016 |
| | | 1682181 | 02-15-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 02/16/2016 |
| | | 1692899 | 02-16-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 02/17/2016 |
| | | 1704865 | 2-18-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 02/18/2016 |
| | | 1704874 | 2-17-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 02/18/2016 |
| | | 1720942 | 02-19-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 02/22/2016 |
| | | 1721087 | 02-20-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 02/22/2016 |
| | | 1728772 | 2/21/2016 1st Shift Kitchen Worker | $1.00 | JOB PAY - NONREIMBURSABLE | 02/22/2016 |
| | | 1745813 | 2-23-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 02/24/2016 |
| | | 1747331 | 02-22-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 02/24/2016 |
| | | 1753127 | 02-24-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 02/25/2016 |
| | | 1833325 | 03-04-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 03/07/2016 |
| | | 1857977 | 03/07/2016 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 03/09/2016 |
| | | 1870819 | 03-10-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 03/10/2016 |
| | | 1965399 | 3-21-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 03/22/2016 |
| | | 1969728 | 3-22-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 03/23/2016 |
| | | 1983891 | 03-23-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 03/24/2016 |
| | | 2737153 | 6/13/2016 commissary | $1.00 | JOB PAY - NONREIMBURSABLE | 06/13/2016 |
| | | 2745235 | 6/14/2016 commissary | $1.00 | JOB PAY - NONREIMBURSABLE | 06/14/2016 |
| | | 2759310 | 6/15/2016 commissary | $1.00 | JOB PAY - NONREIMBURSABLE | 06/15/2016 |
| | | 2784745 | 6/16/2016 commissary | $1.00 | JOB PAY - NONREIMBURSABLE | 06/17/2016 |
| | | 2803982 | 06/20/2016 commissary | $1.00 | JOB PAY - NONREIMBURSABLE | 06/20/2016 |
| | | 2867971 | 6/27/2016 commissary | $1.00 | JOB PAY - NONREIMBURSABLE | 06/27/2016 |
| | | 2877275 | 6/28/2016 commissary | $1.00 | JOB PAY - NONREIMBURSABLE | 06/28/2016 |
| | | 2887129 | 6/29/2016 commissary | $1.00 | JOB PAY - NONREIMBURSABLE | 06/29/2016 |
| | | 1101971 | 11/14/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 11/16/2015 |
| | | 1102308 | 11/15/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 11/16/2015 |
| | | 1108376 | 11/16/2015 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 11/17/2015 |
| | | 1118529 | 11/17/2015 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 11/18/2015 |
| | | 1125423 | 11/18/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 11/19/2015 |
| | | 1130897 | 11/19/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 11/20/2015 |
| | | 1144624 | 11/20/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 11/23/2015 |
| | | 1145645 | 11/21/15 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 11/23/2015 |
| | | 1147009 | 11/22/2015 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 11/23/2015 |
| | | 1154558 | 11/23/15 2nd Shift DP | $1.00 | JOB PAY - NONREIMBURSABLE | 11/24/2015 |
| | | 1158458 | 11/24/2015 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 11/25/2015 |
| | | 1162301 | 11/26/2015 2nd shift DP | $1.00 | JOB PAY - NONREIMBURSABLE | 11/27/2015 |
| | | 1162452 | 11/25/2015 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 11/27/2015 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 1166251 | 11/27/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 11/30/2015 |
| | | 1168320 | 11/28/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 11/30/2015 |
| | | 1168375 | 11/29/2015 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 11/30/2015 |
| | | 1177514 | 11/30/15 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/01/2015 |
| | | 1190880 | 12/01/15 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/02/2015 |
| | | 1201254 | 12/2/2015 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 12/03/2015 |
| | | 1212720 | 12/3/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/04/2015 |
| | | 1221691 | 12/06/15 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/07/2015 |
| | | 1221812 | 12/05/15 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/07/2015 |
| | | 1221890 | 12/04/2015 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/07/2015 |
| | | 1237658 | 12/07/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/08/2015 |
| | | 1244635 | 12/08/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/09/2015 |
| | | 1253904 | 12/09/2015 2nd Shift DP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/10/2015 |
| | | 1261005 | 12/10/2015 2nd Shift DP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/11/2015 |
| | | 1272714 | 12/11/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/14/2015 |
| | | 1274000 | 12/12/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/14/2015 |
| | | 1275361 | 12/13./15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/14/2015 |
| | | 1285469 | 12/14/2015 2ND DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 12/15/2015 |
| | | 1292949 | 12-15-15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/16/2015 |
| | | 1302818 | 12/16/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/17/2015 |
| | | 1309522 | 12-17-15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/18/2015 |
| | | 1321638 | 12/18/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/21/2015 |
| | | 1323877 | 12/19/15 2nd shift DP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/21/2015 |
| | | 1324891 | 12/20/15 2nd shift DP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/21/2015 |
| | | 1331585 | 12/21/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/22/2015 |
| | | 1339412 | 12/22/2015 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 12/23/2015 |
| | | 1345477 | 12/23/2015 2ND SHIFT DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 12/24/2015 |
| | | 1352568 | 12/24/2015 2ND SHIFT DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 12/28/2015 |
| | | 1353045 | 12/25/2015 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 12/28/2015 |
| | | 1353733 | 12/26/2015 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 12/28/2015 |
| | | 1354068 | 12/27/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/28/2015 |
| | | 1364745 | 12/28/15 2ND SHIFT DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 12/29/2015 |
| | | 1370718 | 12/29/2015 2nd Shift DP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/30/2015 |
| | | 1374612 | 12/30/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/31/2015 |
| | | 1386062 | 12/31/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/04/2016 |
| | | 1391859 | 01/03/2016 2ND SHIFT DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 01/04/2016 |
| | | 1391979 | 1/02/16 2ND SHIFT DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 01/04/2016 |
| | | 1392038 | 1/01/16 2ND SHIFT DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 01/04/2016 |
| | | 1399386 | 1/4/2015 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 01/05/2016 |
| | | 1408805 | 1/5/2016 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 01/06/2016 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 1420752 | 1/6/16 2ND SHIFT DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 01/07/2016 |
| | | 1433270 | 01/07/16 2nd shift DP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/08/2016 |
| | | 1445475 | 1/8/16 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/11/2016 |
| | | 1445542 | 1/9/2016 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 01/11/2016 |
| | | 1446050 | 01/10/16 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/11/2016 |
| | | 1453622 | 1/11/16 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/12/2016 |
| | | 1471902 | 1/12/16 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/14/2016 |
| | | 1472334 | 1/13/16 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/14/2016 |
| | | 1478003 | 1/14/16 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/15/2016 |
| | | 1495257 | 01/15/16 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/19/2016 |
| | | 1497310 | 1/17/2016 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/19/2016 |
| | | 1504306 | 1/19/16 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/20/2016 |
| | | 1504746 | 1/18/16 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/20/2016 |
| | | 1510696 | 1/20/16 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/21/2016 |
| | | 1516674 | 1/21/16 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/22/2016 |
| | | 1529287 | 1/22/16 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/25/2016 |
| | | 1530001 | 1/23/16 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/25/2016 |
| | | 1530110 | 1/24/16 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/25/2016 |
| | | 1540147 | 1-25-16 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/26/2016 |
| | | 1544636 | 1/26/16 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/27/2016 |
| | | 1552960 | 1/27/16 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/28/2016 |
| | | 1555905 | 1/28/16 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/29/2016 |
| | | 1571525 | 01/31/2016 2nd Shift DP | $1.00 | JOB PAY - NONREIMBURSABLE | 02/01/2016 |
| | | 1573081 | 01/29/2016 2nd Shift DP | $1.00 | JOB PAY - NONREIMBURSABLE | 02/01/2016 |
| | | 1573208 | 01/30/2016 2ndShift DP | $1.00 | JOB PAY - NONREIMBURSABLE | 02/01/2016 |
| | | 1581911 | 2/1/16 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 02/02/2016 |
| | | 1591300 | 2/2/16 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 02/03/2016 |
| | | 1599763 | 2/3/16 2nd shift R&D | $1.00 | JOB PAY - NONREIMBURSABLE | 02/04/2016 |
| | | 1607366 | 02/04/2016 2nd Shift DP | $1.00 | JOB PAY - NONREIMBURSABLE | 02/05/2016 |
| | | 335897949 | 8/13/2015 2nd Shift Kitchen | $1.00 | JOB PAY - REIMBURSABLE | 08/14/2015 |
| | | 335897567 | 8/12/2015 2nd Shift Kitchen | $1.00 | JOB PAY - REIMBURSABLE | 08/14/2015 |
| | | 1739415 | 2-23-16 1ST SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 02/23/2016 |
| | | 1747984 | 02-24-16 1st shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 02/24/2016 |
| | | 1755962 | 02-25-16 1st shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 02/25/2016 |
| | | 1762597 | 2-26-16 1ST SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 02/26/2016 |
| | | 1766401 | 02/27/2016 1st shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 02/29/2016 |
| | | 1770767 | 02/28/2016 1st shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 02/29/2016 |
| | | 1771963 | 02-29-16 1st shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 02/29/2016 |
| | | 1790206 | 03-01-16 1st shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 03/01/2016 |
| | | 1799860 | 3-2-16 1ST SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 03/02/2016 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 1807136 | 3-3-16 1ST SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 03/03/2016 |
| | | 1819968 | 03-04-16 1st shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 03/04/2016 |
| | | 1833610 | 03-05-16 1st shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 03/07/2016 |
| | | 1836826 | 03-06-16 1st shift dp female | $1.00 | JOB PAY - NONREIMBURSABLE | 03/07/2016 |
| | | 1839069 | 03/07/2016 1st shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 03/07/2016 |
| | | 1849455 | 03/08/2016 1st shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 03/08/2016 |
| | | 1861929 | 03-09-16 1st shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 03/09/2016 |
| | | 1871719 | 03-10-16 1st shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 03/10/2016 |
| | | 1879093 | 3-11-16 1ST SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 03/11/2016 |
| | | 1898075 | 3-13-16 1ST SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 03/14/2016 |
| | | 1901710 | 03-14-16 1st shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 03/15/2016 |
| | | 1908185 | 03-15-16 1st shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 03/15/2016 |
| | | 1926492 | REVERSED RECEIPT #: 1908185 | -$1.00 | REVERSED JOB PAY - NONREIM | 03/17/2016 |
| | | 1101980 | 11/14/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 11/16/2015 |
| | | 1102316 | 11/15/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 11/16/2015 |
| | | 1108388 | 11/16/2015 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 11/17/2015 |
| | | 1118538 | 11/17/2015 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 11/18/2015 |
| | | 1125431 | 11/18/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 11/19/2015 |
| | | 1130908 | 11/19/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 11/20/2015 |
| | | 1144632 | 11/20/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 11/23/2015 |
| | | 1145652 | 11/21/15 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 11/23/2015 |
| | | 1147017 | 11/22/2015 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 11/23/2015 |
| | | 1154565 | 11/23/15 2nd Shift DP | $1.00 | JOB PAY - NONREIMBURSABLE | 11/24/2015 |
| | | 1158485 | 11/24/2015 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 11/25/2015 |
| | | 1162310 | 11/26/2015 2nd shift DP | $1.00 | JOB PAY - NONREIMBURSABLE | 11/27/2015 |
| | | 1162461 | 11/25/2015 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 11/27/2015 |
| | | 1166260 | 11/27/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 11/30/2015 |
| | | 1168335 | 11/28/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 11/30/2015 |
| | | 1168394 | 11/29/2015 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 11/30/2015 |
| | | 1177524 | 11/30/15 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/01/2015 |
| | | 1190888 | 12/01/15 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/02/2015 |
| | | 1201262 | 12/2/2015 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 12/03/2015 |
| | | 1212728 | 12/3/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/04/2015 |
| | | 1221699 | 12/06/15 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/07/2015 |
| | | 1221819 | 12/05/15 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/07/2015 |
| | | 1221900 | 12/04/2015 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/07/2015 |
| | | 1237665 | 12/07/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/08/2015 |
| | | 1244643 | 12/08/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/09/2015 |
| | | 1253910 | 12/09/2015 2nd Shift DP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/10/2015 |
| | | 1261012 | 12/10/2015 2nd Shift DP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/11/2015 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 1272721 | 12/11/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/14/2015 |
| | | 1274013 | 12/12/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/14/2015 |
| | | 1275372 | 12/13./15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/14/2015 |
| | | 1285478 | 12/14/2015 2ND DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 12/15/2015 |
| | | 1292955 | 12-15-15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/16/2015 |
| | | 1302824 | 12/16/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/17/2015 |
| | | 1309529 | 12-17-15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/18/2015 |
| | | 1321645 | 12/18/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/21/2015 |
| | | 1323884 | 12/19/15 2nd shift DP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/21/2015 |
| | | 1324898 | 12/20/15 2nd shift DP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/21/2015 |
| | | 1331590 | 12/21/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/22/2015 |
| | | 1339417 | 12/22/2015 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 12/23/2015 |
| | | 1345482 | 12/23/2015 2ND SHIFT DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 12/24/2015 |
| | | 1352573 | 12/24/2015 2ND SHIFT DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 12/28/2015 |
| | | 1353055 | 12/25/2015 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 12/28/2015 |
| | | 1353739 | 12/26/2015 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 12/28/2015 |
| | | 1361234 | 12.27.15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/29/2015 |
| | | 1364750 | 12/28/15 2ND SHIFT DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 12/29/2015 |
| | | 1370723 | 12/29/2015 2nd Shift DP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/30/2015 |
| | | 1374618 | 12/30/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/31/2015 |
| | | 1386069 | 12/31/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/04/2016 |
| | | 1391864 | 01/03/2016 2ND SHIFT DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 01/04/2016 |
| | | 1391984 | 1/02/16 2ND SHIFT DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 01/04/2016 |
| | | 1392042 | 1/01/16 2ND SHIFT DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 01/04/2016 |
| | | 1399392 | 1/4/2015 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 01/05/2016 |
| | | 1408811 | 1/5/2016 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 01/06/2016 |
| | | 1420757 | 1/6/16 2ND SHIFT DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 01/07/2016 |
| | | 1433276 | 01/07/16 2nd shift DP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/08/2016 |
| | | 1445481 | 1/8/16 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/11/2016 |
| | | 1445548 | 1/9/2016 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 01/11/2016 |
| | | 1446056 | 01/10/16 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/11/2016 |
| | | 1453628 | 1/11/16 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/12/2016 |
| | | 1471907 | 1/12/16 2ND SHIFT DP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/14/2016 |
| | | 1472339 | 1/13/16 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/14/2016 |
| | | 1478008 | 1/14/16 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/15/2016 |
| | | 1194331 | 12-02-15 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/02/2015 |
| | | 1204284 | 12-03-15 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/03/2015 |
| | | 1222089 | 12-4-15 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/07/2015 |
| | | 1227897 | 12-6-15 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/07/2015 |
| | | 1228325 | 12-07-15 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/07/2015 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 1256193 | 12-9-15 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/10/2015 |
| | | 1261800 | 12-10-15 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/11/2015 |
| | | 1272787 | 12-12-15 1st  shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/14/2015 |
| | | 1286484 | 12-14-15 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/15/2015 |
| | | 1293112 | 12-15-15 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/16/2015 |
| | | 1300626 | 12-16-15 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/17/2015 |
| | | 1321980 | 12-18-15 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/21/2015 |
| | | 1341175 | 12-23-15 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/23/2015 |
| | | 1352138 | 12/24/2015 1ST SHIFT KITCHEN | $1.00 | JOB PAY - NONREIMBURSABLE | 12/28/2015 |
| | | 1353144 | 12/25/2015 1st Shift Kitchen | $1.00 | JOB PAY - NONREIMBURSABLE | 12/28/2015 |
| | | 1365356 | 12-28-15 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/29/2015 |
| | | 1371680 | 12-29-15 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/30/2015 |
| | | 1372821 | 12-30-15 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/30/2015 |
| | | 1375111 | 12.31.15 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/31/2015 |
| | | 1390613 | 1-2-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/04/2016 |
| | | 1391905 | 1-3-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/04/2016 |
| | | 1424914 | 1-7-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/07/2016 |
| | | 1430509 | 1-1-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/08/2016 |
| | | 1458037 | 1-10-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/12/2016 |
| | | 1471751 | 01-13-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/14/2016 |
| | | 1495069 | 1-15-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/19/2016 |
| | | 1504841 | 01-18-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/20/2016 |
| | | 1510396 | 1-20-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/21/2016 |
| | | 1510557 | 01-19-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/21/2016 |
| | | 1516776 | 1-21-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/22/2016 |
| | | 1540249 | 1-26-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/26/2016 |
| | | 1573019 | 02-01-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 02/01/2016 |
| | | 1626653 | 02-05-16 1st shift kp | $1.00 | JOB PAY - NONREIMBURSABLE | 02/08/2016 |
| | | 1627037 | 2-8-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 02/08/2016 |
| | | 1639173 | 2-9-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 02/09/2016 |
| | | 1676708 | 2-13-16 1ST SHIFT KP | $1.00 | JOB PAY - NONREIMBURSABLE | 02/16/2016 |
| | | 1681791 | 02/14/2016 1st Shift Kitchen | $1.00 | JOB PAY - NONREIMBURSABLE | 02/16/2016 |
| | | 1420806 | 1-7-16 1ST SHIFT A-LAUNDRY WKR | $1.00 | JOB PAY - NONREIMBURSABLE | 01/07/2016 |
| | | 1433998 | 01-08-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 01/08/2016 |
| | | 1457025 | 1-11-16 1ST SHIFT A LAUNDRY WKR | $1.00 | JOB PAY - NONREIMBURSABLE | 01/12/2016 |
| | | 1457180 | 1-12-16 1ST SHIFT A-LAUNDRY WKR | $1.00 | JOB PAY - NONREIMBURSABLE | 01/12/2016 |
| | | 1463768 | 01-13-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 01/13/2016 |
| | | 1472983 | 01-14-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 01/14/2016 |
| | | 1504222 | 01-19-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 01/20/2016 |
| | | 1519274 | 01-22-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 01/22/2016 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 1540073 | 1-26-16 1ST SHIFT A-LAUNDRY WK-FM | $1.00 | JOB PAY - NONREIMBURSABLE | 01/26/2016 |
| | | 1546686 | 01-27-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 01/27/2016 |
| | | 1553410 | 01-28-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 01/28/2016 |
| | | 1572979 | 02-01-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 02/01/2016 |
| | | 1581210 | 02-02-16 Launry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 02/02/2016 |
| | | 1601615 | 2-4-16 1ST SHIFT A-LAUNDRY WKR | $1.00 | JOB PAY - NONREIMBURSABLE | 02/04/2016 |
| | | 1612892 | 02-05-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 02/05/2016 |
| | | 1644728 | 2-8-16 1ST SHIFT A-LAUNDRY WKR-FM | $1.00 | JOB PAY - NONREIMBURSABLE | 02/10/2016 |
| | | 1646306 | 02-10-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 02/10/2016 |
| | | 1653803 | 02-11-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 02/11/2016 |
| | | 1682129 | 02-16-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 02/16/2016 |
| | | 1691243 | 02/14/2016 1st shift Laundry-A | $1.00 | JOB PAY - NONREIMBURSABLE | 02/17/2016 |
| | | 1693215 | 2-17-16 1ST SHIFT A-LAUNDRY WKR | $1.00 | JOB PAY - NONREIMBURSABLE | 02/17/2016 |
| | | 1712853 | 02-19-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 02/19/2016 |
| | | 1734858 | 2-22-16 1ST SHIFT A-LAUNDRY WK-FM | $1.00 | JOB PAY - NONREIMBURSABLE | 02/23/2016 |
| | | 1739462 | 2-23-16 1ST SHIFT A-LAUNDRY WKR | $1.00 | JOB PAY - NONREIMBURSABLE | 02/23/2016 |
| | | 1747624 | 02-24-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 02/24/2016 |
| | | 1756482 | 02-25-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 02/25/2016 |
| | | 1762165 | 2-26-16 1ST SHIFT A-LAUNDRY WKR | $1.00 | JOB PAY - NONREIMBURSABLE | 02/26/2016 |
| | | 1771905 | 02-29-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 02/29/2016 |
| | | 1785078 | 03-01-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 03/01/2016 |
| | | 1799826 | 3-2-16 1ST SHIFT A-LAUNDRY WKR | $1.00 | JOB PAY - NONREIMBURSABLE | 03/02/2016 |
| | | 1807111 | 3-3-16 1ST SHIFT A-LAUNDRY WK-FM | $1.00 | JOB PAY - NONREIMBURSABLE | 03/03/2016 |
| | | 1821522 | 03-04-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 03/04/2016 |
| | | 1850919 | 03/08/2016 1st shift A-laundry | $1.00 | JOB PAY - NONREIMBURSABLE | 03/08/2016 |
| | | 1861607 | 03-09-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 03/09/2016 |
| | | 1871190 | 03-10-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 03/10/2016 |
| | | 1891299 | 3-11-16 1ST SHIFT A-LAUNDRY WK | $1.00 | JOB PAY - NONREIMBURSABLE | 03/14/2016 |
| | | 1901548 | 03-14-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 03/15/2016 |
| | | 1907994 | 03-15-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 03/15/2016 |
| | | 1937582 | 03-18-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 03/18/2016 |
| | | 1972808 | 03-23-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 03/23/2016 |
| | | 1987816 | 03-24-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 03/25/2016 |
| | | 2008544 | 03-28-16 Laundry A Female | $1.00 | JOB PAY - NONREIMBURSABLE | 03/28/2016 |
| | | 2018187 | 03-29-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 03/29/2016 |
| | | 2042891 | 04-01-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 04/01/2016 |
| | | 2092519 | 04-06-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 04/06/2016 |
| | | 2103193 | 04-07-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 04/07/2016 |
| | | 2117046 | 4-8-16 1ST SHIFT A LAUNDRY WK-FM | $1.00 | JOB PAY - NONREIMBURSABLE | 04/08/2016 |
| | | 2134798 | 04-11-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 04/11/2016 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 2147507 | 04-12-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 04/12/2016 |
| | | 2181699 | 04-15-16 laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 04/15/2016 |
| | | 2222306 | 4-18-16 1ST SHIFT A-LAUNDRY WK | $1.00 | JOB PAY - NONREIMBURSABLE | 04/20/2016 |
| | | 2222802 | 4-19-16 1ST SHIFT A-LAUNDRY WK | $1.00 | JOB PAY - NONREIMBURSABLE | 04/20/2016 |
| | | 2224004 | 04-20-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 04/20/2016 |
| | | 2234572 | 04-21-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 04/21/2016 |
| | | 2265932 | 04-25-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 04/25/2016 |
| | | 2277289 | 04-26-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 04/26/2016 |
| | | 2299415 | 04-29-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 04/29/2016 |
| | | 2347073 | 05-04-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 05/04/2016 |
| | | 2363261 | 05-05-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 05/05/2016 |
| | | 2412847 | 05-10-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 05/10/2016 |
| | | 2414774 | 05-09-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 05/10/2016 |
| | | 2449929 | 05-13-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 05/13/2016 |
| | | 2494859 | 05-18-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 05/18/2016 |
| | | 2506846 | 05-19-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 05/19/2016 |
| | | 2538077 | 05-23-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 05/23/2016 |
| | | 2550447 | 05-24-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 05/24/2016 |
| | | 2579618 | 05-27-16 Laundry A female | $1.00 | JOB PAY - NONREIMBURSABLE | 05/27/2016 |
| | | 1331564 | 12/21/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/22/2015 |
| | | 1339392 | 12/22/2015 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 12/23/2015 |
| | | 1345458 | 12/23/2015 2ND SHIFT DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 12/24/2015 |
| | | 1352547 | 12/24/2015 2ND SHIFT DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 12/28/2015 |
| | | 1353011 | 12/25/2015 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 12/28/2015 |
| | | 1353714 | 12/26/2015 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 12/28/2015 |
| | | 1354040 | 12/27/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/28/2015 |
| | | 1364725 | 12/28/15 2ND SHIFT DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 12/29/2015 |
| | | 1370700 | 12/29/2015 2nd Shift DP | $1.00 | JOB PAY - NONREIMBURSABLE | 12/30/2015 |
| | | 1374595 | 12/30/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 12/31/2015 |
| | | 1386043 | 12/31/15 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/04/2016 |
| | | 1391840 | 01/03/2016 2ND SHIFT DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 01/04/2016 |
| | | 1391960 | 1/02/16 2ND SHIFT DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 01/04/2016 |
| | | 1392020 | 1/01/16 2ND SHIFT DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 01/04/2016 |
| | | 1399366 | 1/4/2016 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 01/05/2016 |
| | | 1408783 | 1/5/2016 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 01/06/2016 |
| | | 1420733 | 1/6/16 2ND SHIFT DORM PORTER | $1.00 | JOB PAY - NONREIMBURSABLE | 01/07/2016 |
| | | 1433251 | 01/07/16 2nd shift DP | $1.00 | JOB PAY - NONREIMBURSABLE | 01/08/2016 |
| | | 1445457 | 1/8/16 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/11/2016 |
| | | 1445523 | 1/9/2016 2nd Shift Dorm Porter | $1.00 | JOB PAY - NONREIMBURSABLE | 01/11/2016 |
| | | 1446030 | 01/10/16 2nd shift dp | $1.00 | JOB PAY - NONREIMBURSABLE | 01/11/2016 |