J. MARK WAXMAN  (SBN 58579)
  mwaxman@foley.com
NICHOLAS J. FOX (SBN 279577)
  nfox@foley.com
**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130
T:  858.847.6700 // F: 858.792.6773

EILEEN R. RIDLEY (SBN 151735)
  eridley@foley.com
ALAN R. OUELLETTE (SBN 272745)
  aouellette@foley.com
**FOLEY & LARDNER LLP**
555 California Street, Suite 1700
San Francisco, CA 94104-1520
T:  415.434.4484 // F: 415.434.4507

ROBERT L. TEEL  (SBN 127081)
  lawoffice@rlteel.com
**LAW OFFICE OF ROBERT L. TEEL**
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
T: 866. 833.5529 // F:855.609.6911

GEOFFREY M. RAUX (pro hac vice)
  graux@foley.com
**FOLEY & LARDNER LLP**
111 Huntington Ave.
Boston, MA 02199-7610
T: 617.342.4000 // F: 617.342.4001

Attorneys for Plaintiffs SYLVESTER OWINO,
JONATHAN GOMEZ, and the Proposed Class(es)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> vs.<br><br>CORECIVIC, INC.,<br><br>      Defendant. | Case No. 3:17-CV-01112-JLS-NLS<br><br>**CLASS ACTION**<br><br>**NOTICE REGARDING PUBLICLY FILED DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [PER COURT ORDER DKT. NO. 107]** |
| CORECIVIC, INC.,<br><br>     Counter-Claimant,<br><br> vs.<br><br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>     Counter-Defendants. | Date:  October 10, 2019<br>Time:  1:30 p.m.<br>Place:  Courtroom 4D<br><br><br>Judge:  Hon. Janis L. Sammartino<br>Magistrate:  Hon. Nita L. Stormes |

Case No. 17-CV-01112-JLS-NLS

Per Court Order (D.I. 107), the following documents are being publicly filed by Plaintiffs relating to their previously filed Motion For Partial Summary Judgment:

## A.   MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Based on the meet and confer between Parties, the public version of this document is attached hereto as **Exhibit A**.  There are no redactions in the document.

## B.   SEPARATE STATEMENT IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Based on the meet and confer between Parties, the public version of this document is attached hereto as **Exhibit B**.  There are no redactions in the document.

## C.   EXHIBITS TO DECLARATION OF EILEEN R. RIDLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

1.   Attached hereto as **Exhibit 12** is a true and correct copy of a pay report for detainee workers generated from CoreCivic's "Offender Management System."  The document was produced during this litigation by CoreCivic at CCOG00009325.  The public, redacted version of this document as agreed to by the Parties pursuant to this Court's order (D.I. 107) is attached hereto, which redacts detainee names, A-numbers, other identifying numbers, or other personal identifying information.  The sealed, unredacted document was filed on June 5, 2019 under the Proposed Sealed Documents (Dkt. No. 99).

2.   Attached hereto as **Exhibit 13** is a true and correct of a pay report for detainee workers generated from CoreCivic's "Offender Management System."  The document was produced during this litigation by CoreCivic at CCOG00009314.  The public, redacted version of this document as agreed to by the Parties pursuant to this Court's order (D.I. 107) is attached hereto, which redacts detainee names, A-numbers, other identifying numbers, or other personal identifying information.  The sealed, unredacted document was filed on June 5, 2019 under the Proposed Sealed Documents (Dkt. No. 99).

3.    Attached hereto as **<u>Exhibit 14</u>** is a true and correct of a pay report for detainee workers generated from CoreCivic's "Offender Management System." The document was produced during this litigation by CoreCivic at CCOG00025034. The public, redacted version of this document as agreed to by the Parties pursuant to this Court's order (D.I. 107) is attached hereto, which redacts detainee names, A-numbers, other identifying numbers, or other personal identifying information. The sealed, unredacted document was filed on June 5, 2019 under the Proposed Sealed Documents (Dkt. No. 99).

4.    Attached hereto as **<u>Exhibit 15</u>** is a true and correct of a pay report for detainee workers generated from CoreCivic's "Offender Management System." The document was produced during this litigation by CoreCivic at CCOG00009327. The public, redacted version of this document as agreed to by the Parties pursuant to this Court's order (D.I. 107) is attached hereto which redacts detainee names, A-numbers, other identifying numbers, or other personal identifying information. The sealed, unredacted document was filed on June 5, 2019 under the Proposed Sealed Documents (Dkt. No. 99).

5.    Attached hereto as **<u>Exhibit 16</u>** is a true and correct of a pay report for detainee workers generated from CoreCivic's "Offender Management System." The document was produced during this litigation by CoreCivic at CCOG00025043. The public, redacted version of this document as agreed to by the Parties pursuant to this Court's order (D.I. 107) is attached hereto, which redacts detainee names, A-numbers, other identifying numbers, or other personal identifying information. The sealed, unredacted document was filed on June 5, 2019 under the Proposed Sealed Documents (Dkt. No. 99).

6.    Attached hereto as **<u>Exhibit 17</u>** is a true and correct of a pay report for detainee workers generated from CoreCivic's "Offender Management System." The document was produced during this litigation by CoreCivic at CCOG00025044. The public, redacted version of this document as agreed to by the Parties pursuant to this Court's order (D.I. 107) is attached hereto, which redacts detainee names, A-numbers, other identifying numbers, or other personal identifying information. The sealed, unredacted document was filed on June 5, 2019 under the Proposed Sealed Documents (Dkt. No. 99).

7.     Attached hereto as **Exhibit 18** is a true and correct of a pay report for detainee workers generated from CoreCivic's "Offender Management System."  The document was produced during this litigation by CoreCivic at CCOG00025044.  The public, redacted version of this document as agreed to by the Parties pursuant to this Court's order (D.I. 107) is attached hereto, which redacts detainee names, A-numbers, other identifying numbers, or other personal identifying information.  The sealed, unredacted document was filed on June 5, 2019 under the Proposed Sealed Documents (Dkt. No. 99).

8.     Attached hereto as **Exhibit 38** is a true and correct copy of the Contract between the San Diego Correctional Facility and the Office of the Federal Detention Trustee, dated July 2005.  The document was produced during this litigation by CoreCivic at CCOG00006354 – 435.  The public, redacted version of this document as agreed to by the Parties pursuant to this Court's order (D.I. 107) is attached hereto, which redacts unit pricing information that Defendant considers to be private, confidential, and/or proprietary.  The sealed, unredacted document was filed on June 5, 2019 under the Proposed Sealed Documents (Dkt. No. 99).

9.     Attached hereto as **Exhibit 39** is a true and correct copy of CCCF's Contract with the United States Department of Justice, dated September 2010.  The document was produced during this litigation by CoreCivic at CCOG00006439 – 59.  The public, redacted version of this document as agreed to by the Parties pursuant to this Court's order (D.I. 107) is attached hereto, which redacts unit pricing information that Defendant considers to be private, confidential, and/or proprietary.  The sealed, unredacted document was filed on June 5, 2019 under the Proposed Sealed Documents (Dkt. No. 99).

10.    Attached hereto as **Exhibit 41** is a true and correct copy of excerpts from Plaintiff Sylvester Owino's detainee files.  The document was produced during this litigation by CoreCivic at CCOG00025333 – 532.  The public, redacted version of this document is attached hereto.  The sealed, unredacted document was filed on June 5, 2019 under the Proposed Sealed Documents (Dkt. No. 99).

11.     Attached hereto as **Exhibit 42** is a true and correct copy of excerpts from Plaintiff Jonathan Gomez's detainee files.   The document was produced during this litigation by CoreCivic at CCOG00025257 – 332.   The public, redacted version of this document is attached hereto.   The sealed, unredacted document was filed on June 5, 2019 under the Proposed Sealed Documents (Dkt. No. 99).

DATED: July 8, 2019

**FOLEY & LARDNER LLP**
J. Mark Waxman
Eileen R. Ridley
Geoffrey M. Raux
Nicholas J. Fox
Alan R. Ouellette


*/s/ Nicholas J. Fox*
Nicholas J. Fox
Attorneys for Plaintiffs SYLVESTER OWINO, JONATHAN GOMEZ, and the Proposed Class(es)

**LAW OFFICE OF ROBERT L. TEEL**
Robert L. Teel
  lawoffice@rlteel.com
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Telephone:  (866) 833-5529
Facsimile:  (855) 609-6911

Attorneys for Plaintiffs SYLVESTER OWINO, JONATHAN GOMEZ, and the Proposed Class(es)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 8, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

*/s/ Nicholas J. Fox*
Nicholas J. Fox