# EXHIBIT 12

# (REDACTED - PUBLIC VERSION)

| AGENCY # | NAME | Print Date: 09/07/2018 10:34:13AM | INMATE PAY TRANSACTIONS | From: 08/01/2013 To: 09/07/2018 | | | |
|---|---|---|---|---|---|---|---|
| | | | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |

OTAY MESA DETENTION CENTER

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| IMMIGRATION AND CUSTOMS ENFORCEMENT | | | | | | |
| | ▮ | 9528001 | 5/7/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/11/2018 |
| | ▮ | 9528951 | 05/06/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/11/2018 |
| | ▮ | 9562768 | 05/12/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/15/2018 |
| | ▮ | 9562795 | 05/13/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/15/2018 |
| | ▮ | 9562822 | 05/14/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/15/2018 |
| | ▮ | 9596221 | 05/15/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/18/2018 |
| | ▮ | 9596245 | 05/16/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/18/2018 |
| | ▮ | 9641259 | 05/19/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/23/2018 |
| | ▮ | 9641302 | 05/21/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/23/2018 |
| | ▮ | 9642375 | REVERSED RECEIPT #: 9641302 | -$1.00 | REVERSED JOB PAY - NONREIMBURSABLE | 05/23/2018 |
| | ▮ | 9642376 | REVERSED RECEIPT #: 9641259 | -$1.00 | REVERSED JOB PAY - NONREIMBURSABLE | 05/23/2018 |
| | ▮ | 9651026 | 05/20/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/24/2018 |
| | ▮ | 9719059 | REVERSED RECEIPT #: 9651026 | -$1.00 | REVERSED JOB PAY - NONREIMBURSABLE | 06/01/2018 |
| | ▮ | 5489374 | 3/19/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/21/2017 |
| | ▮ | 5489467 | 3/18/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/21/2017 |
| | ▮ | 5489505 | 3/17/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/21/2017 |
| | ▮ | 5572488 | 3/26/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/30/2017 |
| | ▮ | 5572657 | 3/25/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/30/2017 |
| | ▮ | 5572916 | 3/24/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/30/2017 |
| | ▮ | 5573071 | 3/23/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/30/2017 |
| | ▮ | 5575292 | 3/29/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/30/2017 |
| | ▮ | 5616666 | 3/30, 3/31, 4/1 | $3.00 | JOB PAY - NONREIMBURSABLE | 04/04/2017 |
| | ▮ | 5655086 | 4/2/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/07/2017 |
| | ▮ | 5655226 | 4/5 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/07/2017 |
| | ▮ | 5656002 | 4/6/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/07/2017 |
| | ▮ | 5672223 | 4/7, 4/8 | $2.00 | JOB PAY - NONREIMBURSABLE | 04/10/2017 |
| | ▮ | 5699625 | 4/9 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/12/2017 |
| | ▮ | 5713825 | 4/12/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/13/2017 |
| | ▮ | 5746784 | 4/16/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/17/2017 |
| | ▮ | 5746812 | 4/15/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/17/2017 |
| | ▮ | 5746840 | 4/14/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/17/2017 |
| | ▮ | 5747247 | 4/13/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/17/2017 |
| | ▮ | 5790246 | 4/20/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/21/2017 |
| | ▮ | 5790546 | 4/19/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/21/2017 |
| | ▮ | 5822800 | 4/21/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/25/2017 |
| | ▮ | 5823151 | 4/23/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/25/2017 |
| | ▮ | 5823168 | 4/22/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/25/2017 |
| | ▮ | 5869277 | 4/27/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/01/2017 |
| | ▮ | 5870064 | 4/26/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/01/2017 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 5871523 | 4/30/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/01/2017 |
| | | 5871538 | 4/29/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/01/2017 |
| | | 5871559 | 4/28/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/01/2017 |
| | | 5923459 | 5/3 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/05/2017 |
| | | 5957250 | 5/4, 5/6, 5/7 | $3.00 | JOB PAY - NONREIMBURSABLE | 05/09/2017 |
| | | 6011813 | 5/10, 5/11, 5/12, 5/13 | $4.00 | JOB PAY - NONREIMBURSABLE | 05/15/2017 |
| | | 6024957 | 5/14/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/16/2017 |
| | | 6047585 | 5/17/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/18/2017 |
| | | 6088258 | 5/21/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/23/2017 |
| | | 6088280 | 5/20/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/23/2017 |
| | | 6088305 | 5/19/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/23/2017 |
| | | 6146769 | 5/24/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/31/2017 |
| | | 6146797 | 5/25/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/31/2017 |
| | | 6170661 | 5/26/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/02/2017 |
| | | 6170681 | 5/27/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/02/2017 |
| | | 6171091 | 5/29/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/02/2017 |
| | | 6212390 | 6/3/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/06/2017 |
| | | 6212415 | 6/2/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/06/2017 |
| | | 6212442 | 6/1/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/06/2017 |
| | | 6212470 | 5/31/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/06/2017 |
| | | 6224244 | 6/4/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/07/2017 |
| | | 6265040 | 6/8/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/12/2017 |
| | | 6265537 | 6/7/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/12/2017 |
| | | 6276942 | 6/11/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/13/2017 |
| | | 6276961 | 6/10/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/13/2017 |
| | | 6276988 | 6/9/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/13/2017 |
| | | 6355288 | 6/15/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/21/2017 |
| | | 6355374 | 6/17/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/21/2017 |
| | | 6355390 | 6/18/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/21/2017 |
| | | 6355520 | 6/14/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/21/2017 |
| | | 6355543 | 6/16/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/21/2017 |
| | | 6378025 | 6/21/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/23/2017 |
| | | 6409685 | 6/22/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/27/2017 |
| | | 6409723 | 6/24/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/27/2017 |
| | | 6409742 | 6/23/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/27/2017 |
| | | 6012318 | 05/11 | $1.50 | JOB PAY - NONREIMBURSABLE | 05/15/2017 |
| | | 6013091 | 5/12/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 05/15/2017 |
| | | 6046625 | 5/16/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 05/18/2017 |
| | | 6046785 | 5/15/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 05/18/2017 |
| | | 6071935 | 5/18/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 05/22/2017 |
| | | 6089241 | 05/10 | $1.50 | JOB PAY - NONREIMBURSABLE | 05/23/2017 |
| | | 6108184 | kit - 5/23/2017 | $1.50 | JOB PAY - NONREIMBURSABLE | 05/25/2017 |
| | | 6111348 | 5/24/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 05/26/2017 |
| | | 6137374 | 5/29/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 05/30/2017 |
| | | 6137543 | 5/28/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 05/30/2017 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| ███ | ███ | 6137895 | 5/26/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 05/30/2017 |
| ███ | ███ | 6138027 | 5/25/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 05/30/2017 |
| ███ | ███ | 6158817 | 5/30/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 06/01/2017 |
| ███ | ███ | 6170755 | 6/1/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 06/02/2017 |
| ███ | ███ | 6170873 | 5/31/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 06/02/2017 |
| ███ | ███ | 6194178 | 6/4/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 06/05/2017 |
| ███ | ███ | 6194362 | 6/3/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 06/05/2017 |
| ███ | ███ | 6194495 | 6/2/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 06/05/2017 |
| ███ | ███ | 6210525 | 6/5/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 06/06/2017 |
| ███ | ███ | 6247252 | 6/6/20170-kit | $1.50 | JOB PAY - NONREIMBURSABLE | 06/09/2017 |
| ███ | ███ | 6265778 | 6/8/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 06/12/2017 |
| ███ | ███ | 6277031 | 6/11/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 06/13/2017 |
| ███ | ███ | 6277140 | 6/10/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 06/13/2017 |
| ███ | ███ | 6291816 | 6/13/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 06/14/2017 |
| ███ | ███ | 6344712 | 6/19/17 | $5.00 | JOB PAY - NONREIMBURSABLE | 06/20/2017 |
| ███ | ███ | 6344837 | 6/19/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 06/20/2017 |
| ███ | ███ | 6353545 | 6/15/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 06/21/2017 |
| ███ | ███ | 6353758 | 6/18/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 06/21/2017 |
| ███ | ███ | 6355675 | 6/19/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 06/21/2017 |
| ███ | ███ | 6366541 | 6/20/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 06/22/2017 |
| ███ | ███ | 6379349 | 6/22/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 06/23/2017 |
| ███ | ███ | 6408700 | 6/25/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 06/27/2017 |
| ███ | ███ | 6408907 | 6/23/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 06/27/2017 |
| ███ | ███ | 6420337 | 6/26/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/28/2017 |
| ███ | ███ | 6420586 | 6/26/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 06/28/2017 |
| ███ | ███ | 6488730 | 07/03/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 07/06/2017 |
| ███ | ███ | 6504756 | 6/30/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 07/07/2017 |
| ███ | ███ | 6504886 | 7/1/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 07/07/2017 |
| ███ | ███ | 6524871 | 07/06/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 07/10/2017 |
| ███ | ███ | 6564498 | 7/11/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 07/13/2017 |
| ███ | ███ | 6564641 | REVERSED RECEIPT #: 6420337 | -$1.00 | REVERSED JOB PAY - NONREIMBURSABLE | 07/13/2017 |
| ███ | ███ | 6564653 | 7/8 | $1.50 | JOB PAY - NONREIMBURSABLE | 07/13/2017 |
| ███ | ███ | 6565273 | 7/12/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 07/13/2017 |
| ███ | ███ | 6607960 | 7/13/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 07/18/2017 |
| ███ | ███ | 6620336 | 07/17/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 07/19/2017 |
| ███ | ███ | 6621100 | 7/16/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 07/19/2017 |
| ███ | ███ | 6672070 | 07/21/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 07/25/2017 |
| ███ | ███ | 6694731 | 07/24/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 07/27/2017 |
| ███ | ███ | 6714208 | 07/27/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 07/31/2017 |
| ███ | ███ | 6715284 | 07/26/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 07/31/2017 |
| ███ | ███ | 6730073 | 07/28/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 08/01/2017 |
| ███ | ███ | 6774428 | 08/01/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 08/04/2017 |
| ███ | ███ | 6795301 | 08/02/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 08/07/2017 |
| ███ | ███ | 6861359 | 08/11/17-Bonus | $5.00 | JOB PAY - NONREIMBURSABLE | 08/14/2017 |
| ███ | ███ | 6901253 | 08/15/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 08/17/2017 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 7226211 | 9/19/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 09/20/2017 |
| | | 7284999 | 09/23/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 09/27/2017 |
| | | 7285108 | 09/22/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 09/27/2017 |
| | | 7304611 | 09/26/17 | $1.50 | JOB PAY - NONREIMBURSABLE | 09/29/2017 |
| | | 7396071 | 10/05/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/09/2017 |
| | | 7397870 | 10/04/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/09/2017 |
| | | 7410983 | 10/06/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/10/2017 |
| | | 7424547 | 10/09/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/11/2017 |
| | | 7465739 | 10/11/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/16/2017 |
| | | 7468389 | 10/12/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/16/2017 |
| | | 7485575 | 10/13/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/17/2017 |
| | | 7506074 | 10/16/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/19/2017 |
| | | 7516114 | 10/18/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/20/2017 |
| | | 7536162 | 10/19/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/23/2017 |
| | | 7548750 | 10/20/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/24/2017 |
| | | 7559913 | 10/23/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/25/2017 |
| | | 7580710 | 10/25/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/27/2017 |
| | | 7580745 | 10/24/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/27/2017 |
| | | 7595751 | 10/26/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/30/2017 |
| | | 7632677 | 10/31/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/02/2017 |
| | | 7632758 | 10/30/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/02/2017 |
| | | 7632848 | 10/27/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/02/2017 |
| | | 7672198 | 11/02/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/06/2017 |
| | | 7672246 | 11/01/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/06/2017 |
| | | 7684322 | 11/03/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/07/2017 |
| | | 7734743 | 11/07/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/13/2017 |
| | | 7754416 | 11/10/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/14/2017 |
| | | 7765653 | 11/13/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/15/2017 |
| | | 7765744 | 11/09/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/15/2017 |
| | | 7776359 | 11/14/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/16/2017 |
| | | 7789461 | 11/15/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/17/2017 |
| | | 7811863 | 11/16/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/20/2017 |
| | | 7827316 | 11/17/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/21/2017 |
| | | 7837115 | 11/20/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/22/2017 |
| | | 7867028 | 11/21/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/27/2017 |
| | | 7889476 | 11/27/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/29/2017 |
| | | 7890626 | 11/24/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/29/2017 |
| | | 7890664 | 11/23/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/29/2017 |
| | | 7890694 | 11/22/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/29/2017 |
| | | 7914183 | 11/28/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/01/2017 |
| | | 7935163 | 11/29/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/04/2017 |
| | | 7935203 | 11/30/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/04/2017 |
| | | 8109167 | 12/18/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/20/2017 |
| | | 8162554 | 12/20/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/27/2017 |
| | | 8162581 | 12/19/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/27/2017 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 8166936 | 12/24/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/27/2017 |
| | | 8166950 | 12/23/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/27/2017 |
| | | 8203835 | 12/28/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/02/2018 |
| | | 8225166 | 12/30/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/03/2018 |
| | | 8225209 | 12/29/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/03/2018 |
| | | 8278129 | 01/03/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/08/2018 |
| | | 8278702 | 01/04/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/08/2018 |
| | | 8317286 | 01/09/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/11/2018 |
| | | 8317393 | 01/05/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/11/2018 |
| | | 8346274 | 01/11/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/16/2018 |
| | | 8346337 | 01/10/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/16/2018 |
| | | 8370186 | 01/13/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/17/2018 |
| | | 8370279 | 01/12/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/17/2018 |
| | | 8395934 | 01/17/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/19/2018 |
| | | 8395965 | 01/16/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/19/2018 |
| | | 8423301 | | $4.00 | JOB PAY - NONREIMBURSABLE | 01/23/2018 |
| | | 8427674 | 01/21/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/23/2018 |
| | | 8427681 | 01/20/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/23/2018 |
| | | 8427696 | 01/19/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/23/2018 |
| | | 8428916 | REVERSED RECEIPT #: 8427696 | -$1.00 | REVERSED JOB PAY - NONREIMBURSABLE | 01/23/2018 |
| | | 8428919 | REVERSED RECEIPT #: 8427681 | -$1.00 | REVERSED JOB PAY - NONREIMBURSABLE | 01/23/2018 |
| | | 8428921 | REVERSED RECEIPT #: 8427674 | -$1.00 | REVERSED JOB PAY - NONREIMBURSABLE | 01/23/2018 |
| | | 8437942 | 01/18/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/24/2018 |
| | | 8438177 | REVERSED RECEIPT #: 8437942 | -$1.00 | REVERSED JOB PAY - NONREIMBURSABLE | 01/24/2018 |
| | | 5771458 | 4/18/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/19/2017 |
| | | 5779017 | 4/16, 4/17/17 | $2.00 | JOB PAY - NONREIMBURSABLE | 04/20/2017 |
| | | 5790424 | 4/20/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/21/2017 |
| | | 5790902 | 4/19/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/21/2017 |
| | | 5821706 | 4/24/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/25/2017 |
| | | 5822624 | 4/23/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/25/2017 |
| | | 5869451 | 4/27/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/01/2017 |
| | | 5870020 | 4/26/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/01/2017 |
| | | 5870366 | 4/25/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/01/2017 |
| | | 5871765 | 4/30/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/01/2017 |
| | | 5895793 | 5/1/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/03/2017 |
| | | 5909980 | 5/2/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/04/2017 |
| | | 5923289 | 5/3/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/05/2017 |
| | | 5940772 | 5/4, 5/5, 5/6/17 | $3.00 | JOB PAY - NONREIMBURSABLE | 05/08/2017 |
| | | 5963141 | 5/7, 5/8/17 | $2.00 | JOB PAY - NONREIMBURSABLE | 05/10/2017 |
| | | 5981305 | 5/9/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/11/2017 |
| | | 6025845 | 5/10/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/16/2017 |
| | | 6026019 | 5/11, 5/12, 5/13, 5/14/17 | $4.00 | JOB PAY - NONREIMBURSABLE | 05/16/2017 |
| | | 6046557 | 5/15/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/18/2017 |
| | | 6047331 | 5/16/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/18/2017 |
| | | 6047714 | 5/17/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/18/2017 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 6071689 | 5/18/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/22/2017 |
| | | 6088541 | 5/21/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/23/2017 |
| | | 6108094 | 5/23/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/25/2017 |
| | | 6111880 | 5/24/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/26/2017 |
| | | 6158708 | 5/30/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/01/2017 |
| | | 6159157 | 2/29/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/01/2017 |
| | | 6159182 | 5/28/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/01/2017 |
| | | 6194975 | 5/31, 6/1, 6/2, 6/3 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/05/2017 |
| | | 6210853 | 6/5/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/06/2017 |
| | | 6224213 | 6/4/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/07/2017 |
| | | 6265434 | 6/7/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/12/2017 |
| | | 6265470 | 6/6/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/12/2017 |
| | | 6265735 | 6/8/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/12/2017 |
| | | 6276599 | 6/11/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/13/2017 |
| | | 6291032 | 6/12/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/14/2017 |
| | | 6291549 | 6/13/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/14/2017 |
| | | 6354632 | 6/18/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/21/2017 |
| | | 6354653 | 6/15/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/21/2017 |
| | | 6354801 | 6/14/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/21/2017 |
| | | 6355648 | 6/16/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/21/2017 |
| | | 6366363 | 6/20/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/22/2017 |
| | | 6366379 | 6/19/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/22/2017 |
| | | 6378245 | 6/21/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/23/2017 |
| | | 6379307 | 6/22/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/23/2017 |
| | | 6409515 | 6/25/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/27/2017 |
| | | 6420287 | 6/26/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/28/2017 |
| | | 6429594 | 6/27 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/29/2017 |
| | | 6430063 | 6/28/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/29/2017 |
| | | 6489408 | 7/3/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/06/2017 |
| | | 6490761 | 3/29/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/06/2017 |
| | | 6503634 | 07/05/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/07/2017 |
| | | 6505218 | 7/2/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/07/2017 |
| | | 6523834 | 07/06/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/10/2017 |
| | | 6551312 | 7/9, 7/10 | $2.00 | JOB PAY - NONREIMBURSABLE | 07/12/2017 |
| | | 6563467 | 7/11/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/13/2017 |
| | | 6565235 | 7/12/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/13/2017 |
| | | 6610247 | 07/13/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/18/2017 |
| | | 6611126 | 07/16/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/18/2017 |
| | | 6620813 | 07/17/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/19/2017 |
| | | 6630551 | 07/18/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/20/2017 |
| | | 6640048 | 07/19/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/21/2017 |
| | | 6671454 | 07/20/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/25/2017 |
| | | 6672599 | 07/23/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/25/2017 |
| | | 6684262 | 07/24/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/26/2017 |
| | | 6695147 | 07/25/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/27/2017 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 6714676 | 07/27/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/31/2017 |
| | | 6715641 | 07/26/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/31/2017 |
| | | 6746040 | 07/31/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/02/2017 |
| | | 6746060 | 07/30/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/02/2017 |
| | | 6759320 | 08/01/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/03/2017 |
| | | 6774822 | 08/02/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/04/2017 |
| | | 6829334 | 08/07/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/10/2017 |
| | | 6829353 | 08/06/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/10/2017 |
| | | 6829378 | 08/03/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/10/2017 |
| | | 6843802 | 08/09/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/11/2017 |
| | | 6843844 | 08/08/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/11/2017 |
| | | 6877890 | 08/10/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/15/2017 |
| | | 6901622 | 08/15/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/17/2017 |
| | | 6901661 | 08/14/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/17/2017 |
| | | 6913240 | 08/16/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/18/2017 |
| | | 6929933 | 08/17/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/21/2017 |
| | | 6943612 | 08/20/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/22/2017 |
| | | 6955371 | 08/21/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/23/2017 |
| | | 6975582 | 08/23/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/25/2017 |
| | | 6975606 | 08/22/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/25/2017 |
| | | 6993514 | 08/24/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/28/2017 |
| | | 7015970 | 08/28/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/30/2017 |
| | | 7015988 | 08/27/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/30/2017 |
| | | 7025413 | 08/29/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/31/2017 |
| | | 7061223 | 08/31/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/05/2017 |
| | | 7061460 | 08/30/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/05/2017 |
| | | 7079006 | 09/04/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/06/2017 |
| | | 7079023 | 09/03/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/06/2017 |
| | | 7092190 | 09/05/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/07/2017 |
| | | 7092893 | 08/13/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/07/2017 |
| | | 7108081 | 09/06/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/08/2017 |
| | | 7126081 | 09/07/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/11/2017 |
| | | 7144459 | 09/10/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/12/2017 |
| | | 7165258 | 09/11/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/14/2017 |
| | | 7166166 | 09/12/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/14/2017 |
| | | 7180984 | 09/13/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/15/2017 |
| | | 7200638 | 09/14/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/18/2017 |
| | | 7226132 | 9/17/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/20/2017 |
| | | 7276285 | 09/19/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/26/2017 |
| | | 7276496 | 09/24/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/26/2017 |
| | | 7276565 | 09/21/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/26/2017 |
| | | 7297620 | 09/26/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/28/2017 |
| | | 7297647 | 09/25/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/28/2017 |
| | | 7304928 | 09/27/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/29/2017 |
| | | 7324632 | 09/28/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/02/2017 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 7340017 | 10/01/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/03/2017 |
| | | 7363613 | 10/02/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/05/2017 |
| | | 7366428 | 10/03/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/05/2017 |
| | | 7396095 | 10/05/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/09/2017 |
| | | 7396121 | 10/04/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/09/2017 |
| | | 7411006 | 10/08/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/10/2017 |
| | | 7437563 | 10/10/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/12/2017 |
| | | 7465675 | 10/11/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/16/2017 |
| | | 7468449 | 10/12/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/16/2017 |
| | | 7482818 | 10/15/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/17/2017 |
| | | 7506092 | 10/16/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/19/2017 |
| | | 7506633 | 10/17/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/19/2017 |
| | | 7516198 | 10/18/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/20/2017 |
| | | 7536279 | 10/19/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/23/2017 |
| | | 7548781 | 10/22/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/24/2017 |
| | | 7559991 | 10/23/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/25/2017 |
| | | 7572732 | 10/24/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/26/2017 |
| | | 7580778 | 10/25/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/27/2017 |
| | | 7621265 | 10/29/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/01/2017 |
| | | 7632888 | 10/31/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/02/2017 |
| | | 7632904 | 10/30/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/02/2017 |
| | | 7671326 | 11/01/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/06/2017 |
| | | 7672308 | 11/02/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/06/2017 |
| | | 7684268 | 11/05/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/07/2017 |
| | | 7738251 | REVERSED RECEIPT #: 7684268 | -$1.00 | REVERSED JOB PAY - NONREIMBURSABLE | 11/13/2017 |
| | | 3126564 | 7/20 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/22/2016 |
| | | 3145795 | 7/21 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/25/2016 |
| | | 3163953 | 7/24 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/27/2016 |
| | | 3167331 | 7/25 Monday | $1.00 | JOB PAY - NONREIMBURSABLE | 07/27/2016 |
| | | 3174072 | 7/26/2016 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/28/2016 |
| | | 3184082 | 7/27 Wednesday | $1.00 | JOB PAY - NONREIMBURSABLE | 07/29/2016 |
| | | 3195102 | 7/28/16 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/01/2016 |
| | | 3215923 | 7/31 Sunday | $1.00 | JOB PAY - NONREIMBURSABLE | 08/02/2016 |
| | | 3255761 | 8/1/16 Monday | $1.00 | JOB PAY - NONREIMBURSABLE | 08/05/2016 |
| | | 3256165 | 8/2-8/3 | $2.00 | JOB PAY - NONREIMBURSABLE | 08/05/2016 |
| | | 3270617 | 8/4/2016 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/08/2016 |
| | | 3287465 | 8/7 Sunday | $1.00 | JOB PAY - NONREIMBURSABLE | 08/09/2016 |
| | | 3307339 | 8/8/16 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/10/2016 |
| | | 3332302 | 8/9-8/10 | $2.00 | JOB PAY - NONREIMBURSABLE | 08/12/2016 |
| | | 3349304 | 8/11 Thursday | $1.00 | JOB PAY - NONREIMBURSABLE | 08/15/2016 |
| | | 3357441 | 8/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/15/2016 |
| | | 3381475 | 8/15 Monday | $1.00 | JOB PAY - NONREIMBURSABLE | 08/17/2016 |
| | | 3390545 | 8/16/16 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/18/2016 |
| | | 3416422 | 8/17/16 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/22/2016 |
| | | 3416582 | 8/18/16 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/22/2016 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 3447116 | 8/21-8/22 | $2.00 | JOB PAY - NONREIMBURSABLE | 08/24/2016 |
| | | 3469654 | 8/23-8/24 | $2.00 | JOB PAY - NONREIMBURSABLE | 08/26/2016 |
| | | 3479478 | 8/25/16 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2016 |
| | | 3505047 | 8/28/16 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/30/2016 |
| | | 3521001 | 082916 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/01/2016 |
| | | 3522536 | REVERSED RECEIPT #: 3521001 | -$1.00 | REVERSED JOB PAY - NONREIMBURSABLE | 09/01/2016 |
| | | 5798368 | Commissary 4/18-20 | $3.00 | JOB PAY - NONREIMBURSABLE | 04/24/2017 |
| | | 5799194 | Bonus pay 4/19/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/24/2017 |
| | | 5833431 | 4/25/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/26/2017 |
| | | 5870645 | 4/27/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/01/2017 |
| | | 5870683 | 4/21/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/01/2017 |
| | | 5871338 | 4/26/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/01/2017 |
| | | 5882168 | 5/1 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/02/2017 |
| | | 5890062 | 5/2 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/03/2017 |
| | | 5923645 | 5/5 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/05/2017 |
| | | 5923777 | 5/4 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/05/2017 |
| | | 5957650 | 5/8 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/09/2017 |
| | | 5962853 | 5/9/2017 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/10/2017 |
| | | 5993515 | 5/10/2017 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/12/2017 |
| | | 6014435 | 5/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/15/2017 |
| | | 6064811 | Commissary Worker 5/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/22/2017 |
| | | 6116620 | 05242017 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/26/2017 |
| | | 6159877 | 5/26,5/29,5/30/17 | $3.00 | JOB PAY - NONREIMBURSABLE | 06/01/2017 |
| | | 6223730 | 6/5/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/07/2017 |
| | | 6247365 | 6/6/2017 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/09/2017 |
| | | 6265921 | 6/7/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/12/2017 |
| | | 6266452 | 6/8/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/12/2017 |
| | | 6299984 | 6/9/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/15/2017 |
| | | 6355645 | 6/14/17,6/16/17 | $2.00 | JOB PAY - NONREIMBURSABLE | 06/21/2017 |
| | | 6355783 | 6/19/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/21/2017 |
| | | 6355831 | 6/13/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/21/2017 |
| | | 6366845 | 6/20/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/22/2017 |
| | | 6378591 | 6/21/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/23/2017 |
| | | 6409976 | 6/22/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/27/2017 |
| | | 6488693 | 07/03/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/06/2017 |
| | | 6488871 | 7/4/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/06/2017 |
| | | 6490482 | 6/29/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/06/2017 |
| | | 6490505 | 6/23/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/06/2017 |
| | | 6490858 | 6/28/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/06/2017 |
| | | 6505968 | 6/30/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/07/2017 |
| | | 6505983 | 07/05/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/07/2017 |
| | | 6565683 | 7/12/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/13/2017 |
| | | 6565733 | 7/7 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/13/2017 |
| | | 6565892 | 7/10,7/11 | $2.00 | JOB PAY - NONREIMBURSABLE | 07/13/2017 |
| | | 6610416 | 07/14/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/18/2017 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 6621961 | 07/17/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/19/2017 |
| | | 6630826 | 07/18/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/20/2017 |
| | | 6640297 | 07/19/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/21/2017 |
| | | 6671638 | 07/21/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/25/2017 |
| | | 6715906 | 07/27/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/31/2017 |
| | | 6716035 | 07/24/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/31/2017 |
| | | 6733922 | 07/28/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/01/2017 |
| | | 6746488 | 07/31/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/02/2017 |
| | | 6759554 | 08/01/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/03/2017 |
| | | 6774709 | 7/13,7/25,7/26 | $3.00 | JOB PAY - NONREIMBURSABLE | 08/04/2017 |
| | | 6775006 | 08/02/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/04/2017 |
| | | 6794896 | 08/03/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/07/2017 |
| | | 6811998 | 08/04/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/08/2017 |
| | | 6832579 | 08/08/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/10/2017 |
| | | 6843599 | 08/09/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/11/2017 |
| | | 6843655 | 08/09/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/11/2017 |
| | | 6861601 | 08/10/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/14/2017 |
| | | 6888796 | 08/11/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/16/2017 |
| | | 6890133 | REVERSED RECEIPT #: 6843599 | -$1.00 | REVERSED JOB PAY - NONREIMBURSABLE | 08/16/2017 |
| | | 6890226 | 08142017 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/16/2017 |
| | | 6913032 | 08/16/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/18/2017 |
| | | 6914010 | 08/15/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/18/2017 |
| | | 6930303 | 08/17/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/21/2017 |
| | | 6944699 | 08/18/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/22/2017 |
| | | 6955763 | 08/21/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/23/2017 |
| | | 6966185 | 08/22/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/24/2017 |
| | | 6975415 | 08/23/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/25/2017 |
| | | 6993390 | 08/24/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/28/2017 |
| | | 7005195 | 08/25/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2017 |
| | | 7015860 | 08/28/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/30/2017 |
| | | 7025261 | 08/29/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/31/2017 |
| | | 7060601 | 08/30/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/05/2017 |
| | | 7061112 | 08/31/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/05/2017 |
| | | 7076898 | 09/01/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/06/2017 |
| | | 7091355 | 09/05/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/07/2017 |
| | | 7091374 | 09/04/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/07/2017 |
| | | 7107868 | 09/06/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/08/2017 |
| | | 7126368 | 09/07/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/11/2017 |
| | | 7143948 | 09/08/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/12/2017 |
| | | 7225667 | 9/12,13,14,15,18 | $5.00 | JOB PAY - NONREIMBURSABLE | 09/20/2017 |
| | | 7262374 | 9/19/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2017 |
| | | 7262391 | 9/20/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2017 |
| | | 1092183 | 11/11 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/13/2015 |
| | | 1105560 | 11/14,11/15 | $2.00 | JOB PAY - NONREIMBURSABLE | 11/17/2015 |
| | | 1114281 | 11/16/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/18/2015 |