# EXHIBIT 13

# (REDACTED - PUBLIC VERSION)

| | | | | | | |
|---|---|---|---|---|---|---|
| CALIFORNIA CITY CORRECTIONAL FAC | | | | | | |
| | Print Date: 08/29/2018 12:06:42PM | INMATE PAY TRANSACTIONS | From: 08/01/2013 To: 08/29/2018 | | | |
| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
| IMMIGRATION AND CUSTOMS ENFORCEMENT | | | | | | |
| ███ | ███ | 329919016 | G-UNIT ORD 09/26/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/27/2013 |
| | | 329900725 | G UNIT ORDERLY 9-25-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/30/2013 |
| | | 329921337 | G-UNIT ORD 09/27/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/30/2013 |
| | | 329922250 | G UNIT ORDERLY 9-28-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/30/2013 |
| | | 329926706 | G UNIT ORDERLY 9-29-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/01/2013 |
| | | 329936417 | G UNIT ORDERLY 9-30-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/01/2013 |
| | | 329952001 | G UNIT ORDERLY 10-1-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/03/2013 |
| | | 329968370 | G UNIT ORDERLY 10-2-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/03/2013 |
| | | 329997884 | G-Unit Ord 10/03/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/07/2013 |
| | | 330000088 | G-unit ord 10/04/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/07/2013 |
| | | 330000499 | G UNIT ORD  10-05-2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/07/2013 |
| | | 330020461 | G UNIT ORDERLY 10-7-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/08/2013 |
| | | 330005998 | G UNIT ORDERLY 10-6-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/09/2013 |
| | | 330052550 | G UNIT ORDERLY 10-9-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/10/2013 |
| | | 330086183 | UNT ORD G  10/10/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/14/2013 |
| | | 330086336 | G-UNIT ORD 10-08-2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/14/2013 |
| | | 330086488 | G-UNIT ORD 10/11/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/14/2013 |
| | | 330092085 | G UNIT ORDERLY 10-13-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/14/2013 |
| | | 330098818 | G UNIT ORDERLY 10-12-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/14/2013 |
| | | 330106109 | G UNIT ORDERLY 10-14-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/15/2013 |
| | | 330119643 | G UNIT ORDERLY 10-15-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/16/2013 |
| | | 330134521 | G UNIT ORDERLY 10-16-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/17/2013 |
| | | 330152122 | G UNIT ORD 10/17/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/18/2013 |
| | | 330187131 |  10-22-2013  CLEANING CREW | $1.00 | JOB PAY - NONREIMBURSABLE | 10/22/2013 |
| | | 330180058 | G UNIT ORDERLY 10-21-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/23/2013 |
| | | 330192302 | G UNIT ORDERLY10-22-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/23/2013 |
| | | 330204444 | G UNIT ORDERLY 10-23-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/24/2013 |
| | | 330212801 |  10-23-2013  CLEANING CREW | $1.00 | JOB PAY - NONREIMBURSABLE | 10/24/2013 |
| | | 330239315 | 10-25-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/29/2013 |
| | | 330159677 | G UNIT ORD 10/18/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/21/2013 |
| | | 330161746 | G UNIT ORDERLY 10-19-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/21/2013 |
| | | 330165333 | G UNIT ORDERLY 10-20-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/21/2013 |
| | | 330239684 | 10-26-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/29/2013 |
| | | 330240052 | 10-27-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/29/2013 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 330252345 | K UNIT ORDERLY 10-28-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/29/2013 |
| | | 330271735 | 10-30-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 11/01/2013 |
| | | 330282258 | K UNIT ORDERLY 10-31-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/04/2013 |
| | | 330282412 | K UNIT ORDERLY 10-29-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/04/2013 |
| | | 330302144 | K UNIT ORDERLY 11-1-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/04/2013 |
| | | 330301908 | K UNIT ORDERLY 11-2-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/04/2013 |
| | | 330301624 | K UNIT ORDERLY 11-3-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/04/2013 |
| | | 330320738 | K UNIT ORDERLY 11-4-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/05/2013 |
| | | 330328100 | SECOND JOB | $1.00 | JOB PAY - NONREIMBURSABLE | 11/06/2013 |
| | | 330351714 | K UNIT ORDERLY 11-5-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/08/2013 |
| | | 330367868 | K UNIT ORDERLY 11-7-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330385683 | K UNIT ORDERLY 11-8-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330385794 | K UNIT ORDERLY 11-9-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330385903 | K UNIT ORDERLY 11-10-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330397044 | K UNIT ORDERLY 11-11-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330398602 | R&D ORD / PAY 12 NOV 2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330413761 | K UNIT ORDERLY 11-12-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/14/2013 |
| | | 330432263 | K UNIT ORDERLY 11-13-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/15/2013 |
| | | 330468416 | K UNIT 11/15/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/18/2013 |
| | | 330468491 | K UNIT 11/14/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/18/2013 |
| | | 330468709 | K UNIT 11/16/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/18/2013 |
| | | 330489113 | K UNIT ORDERLY 11-18-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/20/2013 |
| | | 330489138 | K UNIT ORDERLY 11-19-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/20/2013 |
| | | 330498902 | K UNIT ORDERLY 11-20-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/21/2013 |
| | | 330385155 | 11-10-13 H UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330384726 | 11-8-13 H UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330385032 | 11-9-13 H UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330396629 | 11-11-13 H UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330413457 | 11-12-13 H UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 11/14/2013 |
| | | 330431633 | 11-13-13 H UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 11/15/2013 |
| | | 330467245 | H UNIT 11/14/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/18/2013 |
| | | 330481233 | 11-14-13 H UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 11/20/2013 |
| | | 330481522 | 11-15-13 H UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 11/20/2013 |
| | | 330481539 | 11-16-13 H UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 11/20/2013 |
| | | 330481697 | 11-17-13 H UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 11/20/2013 |
| | | 330481787 | 11-18-13 H UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 11/20/2013 |
| | | 330494994 | 11-19-13 H UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 11/20/2013 |
| | | 330507714 | 11-20-13 H UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 11/21/2013 |
| | | 329413805 | 08-11-2013 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/12/2013 |
| | | 329430028 | 08/12/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/13/2013 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 329445529 | 08-13-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/14/2013 |
| | | 329461591 | 08/14/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/15/2013 |
| | | 329488068 | K-UNIT ORD 08-16-2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/19/2013 |
| | | 329507368 | 08/17/2013 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/20/2013 |
| | | 329507808 | 08/18/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/20/2013 |
| | | 329521959 | 08/19/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/21/2013 |
| | | 329522322 | 08/20/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/21/2013 |
| | | 329531600 | 08/21/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/22/2013 |
| | | 329553528 | K UNIT ORD 08/22/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/23/2013 |
| | | 329602368 | 08-23-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2013 |
| | | 329605350 | K UNIT ORDERLY 8-28-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2013 |
| | | 329604810 | 08-27-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2013 |
| | | 329619519 | K-UNIT ORD 08/29/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329619573 | K-UNIT ORD 08/30/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329641316 | 09/02/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329634411 | 8/31/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329634800 | 9/01/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329650882 | 09/03/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/05/2013 |
| | | 329667564 | 09/04/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/05/2013 |
| | | 329695007 | K-UNIT ORD 9-05-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/09/2013 |
| | | 329698515 | K-UNIT ORD 09-06-2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/09/2013 |
| | | 329699588 | 09/07/13  K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/09/2013 |
| | | 329711654 | 09/08/13 KUNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/10/2013 |
| | | 329720739 | 09/09/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/10/2013 |
| | | 329751225 | 09/10/13  K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/12/2013 |
| | | 329753910 | 9/11/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/13/2013 |
| | | 329783759 | k-unit ord 09-13-2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2013 |
| | | 329784870 | 9/14/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2013 |
| | | 329781714 | K-UNIT ORD 09/12/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2013 |
| | | 329789241 | 09/15/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2013 |
| | | 329803261 | 09-16-13  K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/17/2013 |
| | | 329829542 | 09-18-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/20/2013 |
| | | 329854666 | K UNIT ORD 09/20/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/23/2013 |
| | | 329875562 | 09-23-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/24/2013 |
| | | 329874871 | 09/21/2013 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/24/2013 |
| | | 329892423 | K-UNIT ORD 09/19/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2013 |
| | | 329407791 | G UNIT ORD 08/09/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/12/2013 |
| | | 329286292 | G UNIT ORDERLY 7-29-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/01/2013 |
| | | 329286420 | G UNIT ORDERLY 7-30-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/01/2013 |
| | | 329294063 | G UNIT ORDERLY 7-31-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/01/2013 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 329323756 | G UNIT ORDERLY 8-2-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/05/2013 |
| | | 329323845 | G UNIT ORDERLY 8-3-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/05/2013 |
| | | 329323662 | G UNIT ORDERLY 8-1-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/05/2013 |
| | | 329259135 | G UNIT ORDERLY 7-28-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/09/2013 |
| | | 329375098 | G UNIT ORDERLY 8-7-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/09/2013 |
| | | 329328023 | G UNIT ORDERLY 8-4-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/05/2013 |
| | | 329393575 | G UNIT ORD 08/08/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/12/2013 |
| | | 329344651 | G UNIT ORDERLY 8-5-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/07/2013 |
| | | 329349083 | Unit Maint. 07/28/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/07/2013 |
| | | 329360580 | G UNIT ORDERLY 8-6-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/08/2013 |
| | | 329432028 | G UNIT ORD 08/10/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/13/2013 |
| | | 329432219 | G UNIT ORD 08/11/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/13/2013 |
| | | 329457738 | 8/12/2013 G UNIT ORD | $1.00 | JOB PAY - NONREIMBURSABLE | 08/15/2013 |
| | | 329457816 | 8/13/2013 G UNIT ORD | $1.00 | JOB PAY - NONREIMBURSABLE | 08/15/2013 |
| | | 329489142 | G UNIT ORDERLY 8-17-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/19/2013 |
| | | 329472494 | 8/14/13 G UNIT ORD | $1.00 | JOB PAY - NONREIMBURSABLE | 08/16/2013 |
| | | 329481011 | G UNIT ORD 08/15/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/16/2013 |
| | | 329487030 | G UNIT ORD 08/16/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/19/2013 |
| | | 329494818 | G UNIT ORDERLY 8-18-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/20/2013 |
| | | 329508015 | G UNIT ORDERLY 8-19-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/20/2013 |
| | | 329521979 | G UNIT ORDERLY 8-20-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/21/2013 |
| | | 329532157 | G UNIT ORDERLY 8-21-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/23/2013 |
| | | 329548920 | G UNIT ORD 08/22/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/23/2013 |
| | | 329559561 | G UNIT ORDERLY 8-23-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/26/2013 |
| | | 329559648 | G UNIT ORDERLY 8-24-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/26/2013 |
| | | 329563504 | G UNIT ORDERLY 8-25-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/26/2013 |
| | | 329577316 | G UNIT ORDERLY 8-26-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/28/2013 |
| | | 329590516 | G UNIT ORDERLY 8-27-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/28/2013 |
| | | 329602334 | G UNIT ORDERLY 8-28-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2013 |
| | | 329624192 | G UNIT ORDERLY 9-1-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329619345 | G UNIT ORDERLY 8-29-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329619265 | G UNIT ORDERLY 8-30-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329620820 | G UNIT ORDERLY 8-31-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329633776 | G UNIT ORDELY 9-2-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329651161 | G UNIT ORDERLY 9-3-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/04/2013 |
| | | 329667999 | G UNIT ORDERLY 9-4-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/06/2013 |
| | | 329703222 | G UNIT ORDERLY 9-8-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/10/2013 |
| | | 329720828 | G UNIT ORDERLY 9-9-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/10/2013 |
| | | 329771663 | G UNIT ORD 09/10/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2013 |
| | | 329695056 | G UNIT ORD 09/05/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/09/2013 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 329698050 | G UNIT ORD 09/06/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/09/2013 |
| | | 329699596 | G UNIT ORDERLY 9-7-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/09/2013 |
| | | 329786259 | G UNIT ORDERLY 9-13-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2013 |
| | | 329779255 | G UNIT ORD 09/11/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2013 |
| | | 329783075 | G UNIT ORD 09/12/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2013 |
| | | 329789860 | G UNIT ORDERLY 9-14-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2013 |
| | | 329790052 | G UNIT ORDERLY 9-15-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2013 |
| | | 329803128 | G UNIT ORDERLY 9-16-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/17/2013 |
| | | 329816666 | G UNIT ORDERLY 9-17-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/19/2013 |
| | | 329829434 | G UNIT ORDERLY 9-18-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/20/2013 |
| | | 329851554 | G UNIT ORD 09/19/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/23/2013 |
| | | 329856526 | G UNIT ORDERLY 9-21-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/23/2013 |
| | | 329860717 | G UNIT ORDERLY 9-22-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/23/2013 |
| | | 329855098 | G UNIT ORD 09/20/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/24/2013 |
| | | 329888201 | G UNIT ORDERLY 9-23-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2013 |
| | | 329888608 | G UNIT ORDERLY 9-24-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2013 |
| | | 329919045 | G-UNIT ORD 09/26/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/27/2013 |
| | | 329900625 | G UNIT ORDERLY 9-25-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/30/2013 |
| | | 329921361 | G-UNIT ORD 09/27/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/30/2013 |
| | | 329922235 | G UNIT ORDERLY 9-28-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/30/2013 |
| | | 329926792 | G UNIT ORDERLY 9-29-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/01/2013 |
| | | 329936800 | G UNIT ORDERLY 9-30-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/01/2013 |
| | | 329951924 | G UNIT ORDERLY 10-1-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/03/2013 |
| | | 329968590 | G UNIT ORDERLY 10-2-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/03/2013 |
| | | 329997988 | G-Unit Ord 10/03/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/07/2013 |
| | | 330000121 | G-unit ord 10/04/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/07/2013 |
| | | 330000521 | G UNIT ORD 10-05-2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/07/2013 |
| | | 330020569 | G UNIT ORDERLY 10-7-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/08/2013 |
| | | 330006138 | G UNIT ORDERLY 10-6-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/09/2013 |
| | | 330052719 | G UNIT ORDERLY 10-9-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/10/2013 |
| | | 330086295 | UNT ORD G 10/10/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/14/2013 |
| | | 330086397 | G-UNIT ORD 10-08-2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/14/2013 |
| | | 330086520 | G-UNIT ORD 10/11/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/14/2013 |
| | | 330092039 | G UNIT ORDERLY 10-13-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/14/2013 |
| | | 330098925 | G UNIT ORDERLY 10-12-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/14/2013 |
| | | 330106059 | G UNIT ORDERLY 10-14-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/15/2013 |
| | | 330119553 | G UNIT ORDERLY 10-15-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/16/2013 |
| | | 330134853 | G UNIT ORDERLY 10-16-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/17/2013 |
| | | 330152255 | G UNIT ORD 10/17/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/18/2013 |
| | | 330180216 | G UNIT ORDERLY 10-21-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/23/2013 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 330204384 | G UNIT ORDERLY 10-23-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/24/2013 |
| | | 330240199 | 10-27-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/29/2013 |
| | | 330159715 | G UNIT ORD 10/18/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/21/2013 |
| | | 330161730 | G UNIT ORDERLY 10-19-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/21/2013 |
| | | 330165405 | G UNIT ORDERLY 10-20-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/21/2013 |
| | | 330239822 | 10-26-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/29/2013 |
| | | 330192474 | G UNIT ORDERLY10-22-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/23/2013 |
| | | 330252473 | K UNIT ORDERLY 10-28-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/29/2013 |
| | | 330271863 | 10-30-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 11/01/2013 |
| | | 330282217 | K UNIT ORDERLY 10-31-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/04/2013 |
| | | 330302047 | K UNIT ORDERLY 11-1-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/04/2013 |
| | | 330301825 | K UNIT ORDERLY 11-2-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/04/2013 |
| | | 330320655 | K UNIT ORDERLY 11-4-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/05/2013 |
| | | 330351353 | K UNIT ORDERLY 11-5-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/08/2013 |
| | | 330367641 | K UNIT ORDERLY 11-7-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330385256 | K UNIT ORDERLY 11-8-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330282512 | K UNIT ORDERLY 10-29-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/04/2013 |
| | | 330301556 | K UNIT ORDERLY 11-3-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/04/2013 |
| | | 330351898 | K UNIT ORDERLY 11-6-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/08/2013 |
| | | 330385758 | K UNIT ORDERLY 11-9-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330385865 | K UNIT ORDERLY 11-10-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330396878 | K UNIT ORDERLY 11-11-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330413638 | K UNIT ORDERLY 11-12-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/14/2013 |
| | | 330432684 | K UNIT ORDERLY 11-13-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/15/2013 |
| | | 330451664 | K UNIT 11/14/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/15/2013 |
| | | 330451731 | K UNIT 11/14/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/15/2013 |
| | | 330467636 | R&D 11/16/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/18/2013 |
| | | 330468288 | K UNIT 11/15/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/18/2013 |
| | | 330468654 | K UNIT 11/14/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/18/2013 |
| | | 330468795 | K UNIT 11/16/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/18/2013 |
| | | 329293993 | 07/31/2013 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/01/2013 |
| | | 329327644 | 08/04/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/05/2013 |
| | | 329321862 | K UNIT ORD 08/02/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/05/2013 |
| | | 329323823 | 08/03/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/05/2013 |
| | | 329401887 | K-UNIT ORD 08/07/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/12/2013 |
| | | 329402221 | K-UNIT ORD 08/08/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/12/2013 |
| | | 329409801 | 08-09-2013 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/12/2013 |
| | | 329409887 | 08-10-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/12/2013 |
| | | 329361728 | 08/06/2013 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/08/2013 |
| | | 329413431 | 08-11-2013 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/12/2013 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 329445247 | 08-13-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/14/2013 |
| | | 329484595 | K-unit ord 08/15/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/19/2013 |
| | | 329488009 | K-UNIT ORD 08-16-2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/19/2013 |
| | | 329499568 | 08/17/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/20/2013 |
| | | 329507481 | 08/18/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/20/2013 |
| | | 329521722 | 08/19/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/21/2013 |
| | | 329522097 | 08/20/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/21/2013 |
| | | 329549425 | K UNIT ORD 08/22/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/23/2013 |
| | | 329602121 | 08-23-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2013 |
| | | 329603263 | 08-27-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2013 |
| | | 329619226 | J UNIT ORDERLY 8-30-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329633767 | J UNIT ORD 09/01/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329633909 | J UNIT ORD 09/02/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329641997 | J UNIT 08/31/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/04/2013 |
| | | 329651686 | J UNIT ORD 09/03/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/05/2013 |
| | | 329666845 | J UNIT ORD 09/04/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/05/2013 |
| | | 329688392 | J UNIT ORD 09/05/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/09/2013 |
| | | 329697666 | J UNIT ORD 09/06/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/09/2013 |
| | | 329700181 | 09/07/13 J UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/09/2013 |
| | | 329722098 | J UNIT ORD 09/09/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/10/2013 |
| | | 329751198 | J UNIT ORD 09/10/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/12/2013 |
| | | 329785272 | 9/14/13 J UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2013 |
| | | 329771169 | J UNIT ORD 09/12/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2013 |
| | | 329783150 | J UNIT ORD 09/13/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2013 |
| | | 329789312 | 09/15/13 J  UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2013 |
| | | 329803464 | J UNIT ORD 09/16/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/17/2013 |
| | | 329321803 | H UNIT ORD 08/01/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/05/2013 |
| | | 329321816 | H UNIT ORD 08/02/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/05/2013 |
| | | 329344126 | H UNIT ORD 08/03/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/06/2013 |
| | | 329344149 | H UNIT 08/04/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/06/2013 |
| | | 329344164 | H UNIT ORD 08/05/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/06/2013 |
| | | 329374959 | H UNIT ORD 08/06/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/09/2013 |
| | | 329375063 | H UNIT ORD 08/07/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/09/2013 |
| | | 329393478 | H UNIT ORD 08/08/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/12/2013 |
| | | 329407670 | H UNIT ORD 08/09/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/12/2013 |
| | | 329427018 | 8/11/2013 h unit ord | $1.00 | JOB PAY - NONREIMBURSABLE | 08/13/2013 |
| | | 329427008 | 8/10/2013 h unit ord | $1.00 | JOB PAY - NONREIMBURSABLE | 08/13/2013 |
| | | 329427029 | 8/12/2013 h unit ord | $1.00 | JOB PAY - NONREIMBURSABLE | 08/13/2013 |
| | | 329451313 | H UNIT ORD 08/13/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/14/2013 |
| | | 329460397 | H UNIT ORD 08/14/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/16/2013 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 329478733 | H UNIT ORD 08/15/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/16/2013 |
| | | 329487056 | H UNIT ORD 08/16/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/19/2013 |
| | | 329508245 | H UNIT ORD 08/18/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/20/2013 |
| | | 329508157 | H UNIT ORD 08/17/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/20/2013 |
| | | 329508374 | H UNIT ORD 08/19/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/20/2013 |
| | | 329520721 | H UNIT ORD 08/20/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/21/2013 |
| | | 329534199 | H UNIT ORD 08/21/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/23/2013 |
| | | 329549091 | H UNIT ORD 08/22/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/23/2013 |
| | | 329558251 | H UNIT ORD 08/23/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/26/2013 |
| | | 329568058 | 08-24-2013 H UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/28/2013 |
| | | 329568141 | 08-25-2013 H UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/28/2013 |
| | | 329600001 | H UNIT ORD 8/27/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2013 |
| | | 329599983 | H UNIT ORD 8/26/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2013 |
| | | 329614189 | J UNIT ORD 08/29/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329602676 | J UNIT ORD 08/28/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329619199 | J UNIT ORDERLY 8-30-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329633717 | J UNIT ORD 09/01/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329633857 | J UNIT ORD 09/02/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329641872 | J UNIT 08/31/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/04/2013 |
| | | 329651604 | J UNIT ORD 09/03/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/05/2013 |
| | | 329666771 | J UNIT ORD 09/04/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/05/2013 |
| | | 329687401 | J UNIT ORD 09/05/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/09/2013 |
| | | 329697607 | J UNIT ORD 09/06/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/09/2013 |
| | | 329700192 | 09/07/13 J UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/09/2013 |
| | | 329711886 | 09/08/13 J UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/10/2013 |
| | | 329722014 | J UNIT ORD 09/09/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/10/2013 |
| | | 329751169 | J UNIT ORD 09/10/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/12/2013 |
| | | 329753902 | J UNIT ORD 09/11/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/13/2013 |
| | | 329785207 | 9/14/13 J UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2013 |
| | | 329771075 | J UNIT ORD 09/12/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2013 |
| | | 329783134 | J UNIT ORD 09/13/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2013 |
| | | 329789278 | 09/15/13 J  UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2013 |
| | | 329803362 | J UNIT ORD 09/16/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/17/2013 |
| | | 329829146 | 09-18-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/20/2013 |
| | | 329854605 | K UNIT ORD 09/20/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/23/2013 |
| | | 329875378 | 09-23-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/24/2013 |
| | | 329874944 | 09/22/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/24/2013 |
| | | 329874804 | 09/21/2013 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/24/2013 |
| | | 329892099 | K-UNIT ORD 09/19/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2013 |
| | | 329888545 | 09/24/13  K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2013 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 329921387 | K-UNIT ORD 09/27/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/30/2013 |
| | | 329922190 | 09/28/2013  K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/30/2013 |
| | | 329925729 | 09/29/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/01/2013 |
| | | 329936292 | 09/30/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/01/2013 |
| | | 329952572 | 10-01-13  K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/03/2013 |
| | | 329967589 | 10-02-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/03/2013 |
| | | 330000014 | k-unit ord 10/03/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/07/2013 |
| | | 330000160 | K-unit ord 10/04/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/07/2013 |
| | | 330006503 | 10-06-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/07/2013 |
| | | 330036505 | 10-7-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/09/2013 |
| | | 330038042 | 10-5-13  K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/09/2013 |
| | | 329413759 | 08-11-2013 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/12/2013 |
| | | 329445492 | 08-13-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/14/2013 |
| | | 329429991 | 08/12/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/13/2013 |
| | | 329485359 | k-unit ord 08-15-2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/19/2013 |
| | | 329488046 | K-UNIT ORD 08-16-2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/19/2013 |
| | | 329507290 | 08/17/2013 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/20/2013 |
| | | 329507746 | 08/18/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/20/2013 |
| | | 329521926 | 08/19/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/21/2013 |
| | | 329461476 | 08/14/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/15/2013 |
| | | 329522273 | 08/20/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/21/2013 |
| | | 329531500 | 08/21/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/22/2013 |
| | | 329553489 | K UNIT ORD 08/22/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/23/2013 |
| | | 329605287 | K UNIT ORDERLY 8-28-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2013 |
| | | 329604636 | 08-27-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2013 |
| | | 329619513 | K-UNIT ORD 08/29/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329619567 | K-UNIT ORD 08/30/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329641037 | 09/02/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329634373 | 8/31/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329634691 | 9/01/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2013 |
| | | 329650850 | 09/03/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/05/2013 |
| | | 329667445 | 09/04/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/05/2013 |
| | | 329694992 | K-UNIT ORD 9-05-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/09/2013 |
| | | 329698509 | K-UNIT ORD 09-06-2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/09/2013 |
| | | 329699573 | 09/07/13  K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/09/2013 |
| | | 329711599 | 09/08/13 KUNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/10/2013 |
| | | 329720585 | 09/09/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/10/2013 |
| | | 329751213 | 09/10/13  K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/12/2013 |
| | | 329753820 | 9/11/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/13/2013 |
| | | 329783752 | k-unit ord 09-13-2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2013 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 329784862 | 9/14/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2013 |
| | | 329781704 | K-UNIT ORD 09/12/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2013 |
| | | 329789223 | 09/15/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2013 |
| | | 329803175 | 09-16-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/17/2013 |
| | | 329816003 | 09-17-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/19/2013 |
| | | 329829494 | 09-18-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/20/2013 |
| | | 329854657 | K UNIT ORD 09/20/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/23/2013 |
| | | 329875520 | 09-23-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/24/2013 |
| | | 329875213 | 09/22/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/24/2013 |
| | | 329874855 | 09/21/2013 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/24/2013 |
| | | 329892289 | K-UNIT ORD 09/19/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2013 |
| | | 329888663 | 09/24/13  K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2013 |
| | | 329900434 | 09/25/13  K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/26/2013 |
| | | 329921414 | K-UNIT ORD 09/27/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/30/2013 |
| | | 329922238 | 09/28/2013  K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 09/30/2013 |
| | | 329925852 | 09/29/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/01/2013 |
| | | 329936741 | 09/30/13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/01/2013 |
| | | 329952798 | 10-01-13  K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/03/2013 |
| | | 329967827 | 10-02-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/03/2013 |
| | | 330000044 | k-unit ord 10/03/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/07/2013 |
| | | 330000186 | K-unit ord 10/04/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/07/2013 |
| | | 330006617 | 10-06-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/07/2013 |
| | | 330036810 | 10-7-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/09/2013 |
| | | 330038164 | 10-5-13  K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/09/2013 |
| | | 330052686 | 10-08-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/10/2013 |
| | | 330053669 | 10-09-13 K UNIT | $1.00 | JOB PAY - NONREIMBURSABLE | 10/10/2013 |
| | | 330367813 | K UNIT ORDERLY 11-7-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330385661 | K UNIT ORDERLY 11-8-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330385785 | K UNIT ORDERLY 11-9-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330385888 | K UNIT ORDERLY 11-10-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330396995 | K UNIT ORDERLY 11-11-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2013 |
| | | 330432233 | K UNIT ORDERLY 11-13-13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/15/2013 |
| | | 330467644 | R&D 11/16/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/18/2013 |
| | | 330468374 | K UNIT 11/15/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/18/2013 |
| | | 330468467 | K UNIT 11/14/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/18/2013 |
| | | 330468695 | K UNIT 11/16/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/18/2013 |
| | | 329478834 | H UNIT ORD 08/15/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/16/2013 |
| | | 329487071 | H UNIT ORD 08/16/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/19/2013 |
| | | 329508196 | H UNIT ORD 08/17/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/20/2013 |
| | | 329508351 | H UNIT ORD 08/18/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/20/2013 |