# EXHIBIT 15

# (REDACTED - PUBLIC VERSION)

| SAN DIEGO CORRECTIONAL FACILITY | | | | | | |
|---|---|---|---|---|---|---|
| | Print Date: 09/07/2018 10:41:5 | INMATE PAY TRANSACTIONS | From: 09/01/2013 To: 09/07/2018 | | | |
| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
| IMMIGRATION AND CUSTOMS ENFORCEMENT | | | | | | |
| ███████ | ███████ | 333141833 | 8/13/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/15/2014 |
| | | 333153814 | 8/14/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/15/2014 |
| | | 333161963 | 08/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/18/2014 |
| | | 333163619 | 8/16 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/18/2014 |
| | | 333194135 | 8/19/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/20/2014 |
| | | 333202587 | 8/20/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/21/2014 |
| | | 333213723 | 8/21/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/22/2014 |
| | | 333228790 | 8/22-23/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 08/25/2014 |
| | | 333262051 | 8/27/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2014 |
| | | 333268615 | 8/28/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/02/2014 |
| | | 333292975 | 8/30/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2014 |
| | | 333296697 | 8/29/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2014 |
| | | 333306490 | 9/2/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2014 |
| | | 333321186 | 9/3/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/04/2014 |
| | | 333333142 | 9/4/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/05/2014 |
| | | 333353313 | 9/5-6/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 09/09/2014 |
| | | 333384711 | 9/9/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/10/2014 |
| | | 333397190 | 9/10/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/11/2014 |
| | | 333414701 | 9/11/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/12/2014 |
| | | 333427865 | 9/12-13/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 09/16/2014 |
| | | 333465557 | 9/16/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/19/2014 |
| | | 333465679 | 9/15/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/19/2014 |
| | | 333474437 | 9/18/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/19/2014 |
| | | 333489008 | 9/19/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/22/2014 |
| | | 333488855 | 9/20/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/22/2014 |
| | | 333499919 | 9/22/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/23/2014 |
| | | 333512189 | 9/23/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/24/2014 |
| | | 333522458 | 9/24/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2014 |
| | | 333531745 | 9/25/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/26/2014 |
| | | 333545299 | 926-27/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 09/29/2014 |
| | | 333561588 | 9/30/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/01/2014 |
| | | 333576664 | 10/1/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/02/2014 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 333591889 | 10/2/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/03/2014 |
| | | 333610316 | 10/3-4/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 10/06/2014 |
| | | 333657858 | 10/8/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/09/2014 |
| | | 333668366 | 10/9/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/10/2014 |
| | | 333687516 | 10/10-11/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 10/13/2014 |
| | | 333712591 | 10/14/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/15/2014 |
| | | 333722463 | 10/15/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/16/2014 |
| | | 333733889 | 10/16/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/17/2014 |
| | | 333748505 | 10/17-18/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 10/20/2014 |
| | | 333771818 | 10/21/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/22/2014 |
| | | 333782059 | 10/22/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/23/2014 |
| | | 333791156 | 10/23/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/24/2014 |
| | | 333804794 | 10/24-25/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 10/27/2014 |
| | | 333828801 | 10/28/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/29/2014 |
| | | 333836043 | 10/29/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/31/2014 |
| | | 333842875 | 10/30/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/03/2014 |
| | | 333859828 | 10/31-11/1/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 11/03/2014 |
| | | 333871604 | 11/3/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/04/2014 |
| | | 333886401 | 11/4/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/05/2014 |
| | | 333904358 | 11/5/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/07/2014 |
| | | 333914477 | 11/6/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/10/2014 |
| | | 333932383 | 11/7-8/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 11/10/2014 |
| | | 333959188 | 11/11/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2014 |
| | | 333971894 | 11/12/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/13/2014 |
| | | 333984240 | 11/13/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/14/2014 |
| | | 334003938 | 11-14-15 | $2.00 | JOB PAY - NONREIMBURSABLE | 11/17/2014 |
| | | 331190194 | 1/24/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/27/2014 |
| | | 331192040 | 1/25/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/27/2014 |
| | | 331218480 | 1/26/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/29/2014 |
| | | 331218289 | 1/27/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/29/2014 |
| | | 331229097 | 1/28/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/03/2014 |
| | | 331244830 | 1/28/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/03/2014 |
| | | 331247733 | 1/31/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/03/2014 |
| | | 331250819 | 2/1/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/03/2014 |
| | | 331264444 | 2/2/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/03/2014 |
| | | 331278773 | 2/3/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/05/2014 |
| | | 331293831 | 2/4/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/06/2014 |
| | | 331330017 | 2/7,8/2014 | $2.00 | JOB PAY - NONREIMBURSABLE | 02/10/2014 |
| | | 331341590 | 2/9/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/10/2014 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 331355123 | 2/10/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/13/2014 |
| | | 331373374 | 2/11/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/13/2014 |
| | | 331386880 | 2/12/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/14/2014 |
| | | 331405744 | 02/14/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/18/2014 |
| | | 331408735 | 2/13/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/18/2014 |
| | | 331441958 | 2/18/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/20/2014 |
| | | 331471569 | 2-20-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/24/2014 |
| | | 331471704 | 2-21-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/24/2014 |
| | | 331482366 | 2/19/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/25/2014 |
| | | 331509322 | 2-25-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/27/2014 |
| | | 331510050 | 02/24/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/27/2014 |
| | | 331519439 | 2-26-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/28/2014 |
| | | 331528030 | 2-27-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/03/2014 |
| | | 331530148 | 2-28-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/03/2014 |
| | | 331564710 | 03/03 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/06/2014 |
| | | 331578318 | 3/4/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/06/2014 |
| | | 331589511 | 3/5/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/07/2014 |
| | | 331611889 | 3-7-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/10/2014 |
| | | 331608904 | 03/06/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/10/2014 |
| | | 331642275 | 3/10/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/11/2014 |
| | | 331657055 | 3/11/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/13/2014 |
| | | 331670447 | 3/12/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/14/2014 |
| | | 331687223 | 3-13-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/17/2014 |
| | | 331688881 | 3/14/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/17/2014 |
| | | 331715108 | 03/17/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/20/2014 |
| | | 331726285 | 3/18/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/20/2014 |
| | | 331738823 | 3/19/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/21/2014 |
| | | 331751512 | 3-20-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/24/2014 |
| | | 331755171 | 3/21/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/24/2014 |
| | | 331686767 | 3/13/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/17/2014 |
| | | 331688940 | 3/14/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/17/2014 |
| | | 331690643 | 3/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/17/2014 |
| | | 331696631 | 3/16 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/18/2014 |
| | | 331733771 | 3/19 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/20/2014 |
| | | 331749033 | 3/20/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/24/2014 |
| | | 331765321 | 3/21,3/22 | $2.00 | JOB PAY - NONREIMBURSABLE | 03/25/2014 |
| | | 331765583 | 3/23 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/25/2014 |
| | | 331796947 | 3/26 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/27/2014 |
| | | 331809291 | 3/27/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/31/2014 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 331814879 | 3/28-29/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 03/31/2014 |
| | | 331818915 | 3/30 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/01/2014 |
| | | 331864805 | 4/2/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/04/2014 |
| | | 331883375 | 4/3/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/07/2014 |
| | | 331889824 | 4/4,4/5 | $2.00 | JOB PAY - NONREIMBURSABLE | 04/07/2014 |
| | | 331898452 | 4/6 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/08/2014 |
| | | 331948450 | 4/9/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/11/2014 |
| | | 331964002 | 4/10/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/14/2014 |
| | | 331969932 | 4/11/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/14/2014 |
| | | 331969955 | 4/12/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/14/2014 |
| | | 331973877 | 4/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/14/2014 |
| | | 332016077 | 4/16/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/17/2014 |
| | | 332027422 | 4/17/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/18/2014 |
| | | 332041404 | 4/18-4/20 | $3.00 | JOB PAY - NONREIMBURSABLE | 04/21/2014 |
| | | 332074586 | 4/23 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/25/2014 |
| | | 332090782 | 4/24/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/28/2014 |
| | | 332095203 | 4/25,4/26 | $2.00 | JOB PAY - NONREIMBURSABLE | 04/28/2014 |
| | | 332098615 | 4/27 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/28/2014 |
| | | 332135895 | 4/30 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/02/2014 |
| | | 332153359 | 5/1/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/05/2014 |
| | | 332158011 | 5/2,5/3 | $2.00 | JOB PAY - NONREIMBURSABLE | 05/05/2014 |
| | | 332300905 | 5/15/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/16/2014 |
| | | 332318363 | 5/16-18/14 | $3.00 | JOB PAY - NONREIMBURSABLE | 05/19/2014 |
| | | 332384306 | 5/24-25/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 05/28/2014 |
| | | 332383319 | 5/26/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/28/2014 |
| | | 332430450 | 5/30-6/1/14 | $3.00 | JOB PAY - NONREIMBURSABLE | 06/03/2014 |
| | | 332444737 | 6/2/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/04/2014 |
| | | 332494033 | 6/5/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/09/2014 |
| | | 332524459 | 6/9/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/10/2014 |
| | | 332569614 | 06/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/16/2014 |
| | | 332578448 | 6/15, 6/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 06/17/2014 |
| | | 332591550 | 6/16 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/17/2014 |
| | | 332593780 | 6/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/18/2014 |
| | | 332511528 | 6/6-8/14 | $3.00 | JOB PAY - NONREIMBURSABLE | 06/18/2014 |
| | | 332630536 | 6/19 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/20/2014 |
| | | 332642882 | 6/20 6/21 6/22 | $3.00 | JOB PAY - NONREIMBURSABLE | 06/23/2014 |
| | | 332653822 | 6/23 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/24/2014 |
| | | 332685566 | 6/26 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/27/2014 |
| | | 332694872 | 6/27,6/28 | $2.00 | JOB PAY - NONREIMBURSABLE | 06/30/2014 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 332699723 | 06/29 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/01/2014 |
| | | 332710783 | 06/30 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/01/2014 |
| | | 333793528 | 10/23 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/24/2014 |
| | | 333807610 | 10/22, 24-26 | $4.00 | JOB PAY - NONREIMBURSABLE | 10/27/2014 |
| | | 333837131 | 10/29 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/31/2014 |
| | | 333843426 | 10/30 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/03/2014 |
| | | 333847660 | 10/31, 11/01 | $2.00 | JOB PAY - NONREIMBURSABLE | 11/03/2014 |
| | | 333876415 | 11/02 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/05/2014 |
| | | 333902054 | 11/05 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/06/2014 |
| | | 333914268 | 11/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/10/2014 |
| | | 333921923 | 11/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/10/2014 |
| | | 333931336 | 11/08-09 | $2.00 | JOB PAY - NONREIMBURSABLE | 11/10/2014 |
| | | 333971897 | 11/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/13/2014 |
| | | 333984905 | 11/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/14/2014 |
| | | 334001268 | 11/14-16 | $3.00 | JOB PAY - NONREIMBURSABLE | 11/17/2014 |
| | | 334037202 | 11/19 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/21/2014 |
| | | 334051054 | 11/20 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/21/2014 |
| | | 334070506 | 11/21-23 | $3.00 | JOB PAY - NONREIMBURSABLE | 11/25/2014 |
| | | 334090381 | 11/26 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/28/2014 |
| | | 334105715 | 11/27-30 | $4.00 | JOB PAY - NONREIMBURSABLE | 12/01/2014 |
| | | 334147125 | 12/03 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/04/2014 |
| | | 334160585 | 12/04 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/05/2014 |
| | | 334179730 | 12/5-12/7 | $3.00 | JOB PAY - NONREIMBURSABLE | 12/08/2014 |
| | | 334222881 | 12/09-10 | $2.00 | JOB PAY - NONREIMBURSABLE | 12/11/2014 |
| | | 334235046 | 12/11 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/12/2014 |
| | | 334242745 | 12/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/15/2014 |
| | | 334252400 | 12/13-14 | $2.00 | JOB PAY - NONREIMBURSABLE | 12/15/2014 |
| | | 334264320 | 12/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/16/2014 |
| | | 334276369 | 12/16 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/17/2014 |
| | | 334286248 | 12/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/18/2014 |
| | | 334299202 | 12/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/19/2014 |
| | | 334316434 | 12/19-21 | $3.00 | JOB PAY - NONREIMBURSABLE | 12/22/2014 |
| | | 334329744 | 12/22 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/23/2014 |
| | | 334340472 | 12/23 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/29/2014 |
| | | 334359770 | 12/24-28 | $5.00 | JOB PAY - NONREIMBURSABLE | 12/29/2014 |
| | | 334369965 | 12/29 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/31/2014 |
| | | 334376213 | 12/30 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/05/2015 |
| | | 334387206 | 12/31, 01/01 | $2.00 | JOB PAY - NONREIMBURSABLE | 01/05/2015 |
| | | 334402808 | 01/02-04 | $3.00 | JOB PAY - NONREIMBURSABLE | 01/05/2015 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| ███ | ███ | 334421301 | 01/05 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/06/2015 |
| ███ | ███ | 334433132 | 01/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/07/2015 |
| ███ | ███ | 334449629 | 01/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/08/2015 |
| ███ | ███ | 334461977 | 01/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/09/2015 |
| ███ | ███ | 334479188 | 01/09-11 | $3.00 | JOB PAY - NONREIMBURSABLE | 01/12/2015 |
| ███ | ███ | 334492372 | 01/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/13/2015 |
| ███ | ███ | 334504553 | 01/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/14/2015 |
| ███ | ███ | 334525699 | 1/14/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/16/2015 |
| ███ | ███ | 334526629 | 01/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/16/2015 |
| ███ | ███ | 334546822 | 01/16-19 | $4.00 | JOB PAY - NONREIMBURSABLE | 01/20/2015 |
| ███ | ███ | 334561532 | 01/20 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/22/2015 |
| ███ | ███ | 334570454 | 01/21 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/22/2015 |
| ███ | ███ | 334581756 | 01/22 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/26/2015 |
| ███ | ███ | 334592065 | 01/23-25 | $3.00 | JOB PAY - NONREIMBURSABLE | 01/26/2015 |
| ███ | ███ | 334601619 | 01/26 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/27/2015 |
| ███ | ███ | 334612115 | 01/27 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/28/2015 |
| ███ | ███ | 334619894 | 01/28 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/29/2015 |
| ███ | ███ | 334626572 | 01/29 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/02/2015 |
| ███ | ███ | 334643154 | 01/30-31, 02/01 | $3.00 | JOB PAY - NONREIMBURSABLE | 02/02/2015 |
| ███ | ███ | 334654234 | 02/02 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/03/2015 |
| ███ | ███ | 334665605 | 02/03 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/04/2015 |
| ███ | ███ | 334677175 | 02/04 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/05/2015 |
| ███ | ███ | 334689716 | 02/05 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/06/2015 |
| ███ | ███ | 332994199 | 7/30/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/01/2014 |
| ███ | ███ | 333031278 | 8/4 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/05/2014 |
| ███ | ███ | 333052092 | 8/5 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/06/2014 |
| ███ | ███ | 333067366 | 8/6 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/07/2014 |
| ███ | ███ | 333085522 | 8/7/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/08/2014 |
| ███ | ███ | 333106506 | 8/8/14-8/10/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/12/2014 |
| ███ | ███ | 333117317 | 8/11/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/12/2014 |
| ███ | ███ | 333129994 | 8/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/13/2014 |
| ███ | ███ | 333141302 | 8/13/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/15/2014 |
| ███ | ███ | 333160139 | 8/14/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/18/2014 |
| ███ | ███ | 333161904 | 08/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/18/2014 |
| ███ | ███ | 333180619 | 8/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/19/2014 |
| ███ | ███ | 333195224 | 8/19/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/20/2014 |
| ███ | ███ | 333202600 | 8/20 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/21/2014 |
| ███ | ███ | 333215237 | 8/21/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/22/2014 |
| ███ | ███ | 333221107 | 8/22 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/25/2014 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 333239087 | 8/25 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/26/2014 |
| | | 333252693 | 8/26/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/27/2014 |
| | | 333262175 | 8/27 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2014 |
| | | 333269232 | 8/28/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/02/2014 |
| | | 333278274 | 8/29 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/02/2014 |
| | | 333288018 | 9/1 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/02/2014 |
| | | 333305463 | 9/2 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2014 |
| | | 333317763 | 9/3/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/04/2014 |
| | | 333340391 | 9/4/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/08/2014 |
| | | 333351698 | 9/5/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/09/2014 |
| | | 333363365 | 9/8 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/10/2014 |
| | | 333393147 | 9/9,9/10 | $2.00 | JOB PAY - NONREIMBURSABLE | 09/11/2014 |
| | | 333417883 | 9/11/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/15/2014 |
| | | 333430271 | 9/12/14-9/14/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2014 |
| | | 333440272 | 9/15/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2014 |
| | | 333454713 | 9/16 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/17/2014 |
| | | 333461434 | 9/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/18/2014 |
| | | 333476426 | 9/18/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/19/2014 |
| | | 333482544 | 9/19/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/22/2014 |
| | | 333503370 | 9/22/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/23/2014 |
| | | 333515112 | 9/23/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2014 |
| | | 333523108 | 9/24/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2014 |
| | | 333532753 | 9/25/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/29/2014 |
| | | 333535291 | 9/26/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/29/2014 |
| | | 333552656 | 9/29/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/01/2014 |
| | | 333566017 | 9/30/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/01/2014 |
| | | 333579087 | 10/1/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/02/2014 |
| | | 329765731 | 9/11/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/13/2013 |
| | | 329629935 | 9/1/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/04/2013 |
| | | 329636896 | 8/30 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/04/2013 |
| | | 329645866 | 9/2/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/04/2013 |
| | | 329673657 | 9/3 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/05/2013 |
| | | 329697759 | 9/6/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/09/2013 |
| | | 329757564 | 9/5 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/13/2013 |
| | | 329783506 | 9/13/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/17/2013 |
| | | 329786615 | 9/14/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/17/2013 |
| | | 329809855 | 9/15 9/16 | $2.00 | JOB PAY - NONREIMBURSABLE | 09/17/2013 |
| | | 329740449 | 9/4 9/7 9/8 9/9 | $4.00 | JOB PAY - NONREIMBURSABLE | 09/17/2013 |
| | | 329811695 | 9/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/17/2013 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 329871494 | 9/21 9/22 | $2.00 | JOB PAY - NONREIMBURSABLE | 09/24/2013 |
| | | 329906322 | 9/25/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/27/2013 |
| | | 329922709 | 9/27/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/01/2013 |
| | | 329922848 | 9/28/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/01/2013 |
| | | 329928545 | 9/29/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/01/2013 |
| | | 329945402 | 9/30 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/01/2013 |
| | | 329955068 | KIT - 10/01/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/02/2013 |
| | | 330008895 | KIT - 10/04/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/07/2013 |
| | | 329832656 | 9/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/19/2013 |
| | | 329832944 | 9/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/19/2013 |
| | | 329847046 | 9/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/20/2013 |
| | | 329927254 | KIT - 09/29/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/30/2013 |
| | | 330001830 | 10/5/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/07/2013 |
| | | 330011253 | 10/6/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/08/2013 |
| | | 330030052 | C Unit 10.7.13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/08/2013 |
| | | 330041523 | 10/8/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/09/2013 |
| | | 330086879 | 10/09 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/14/2013 |
| | | 330101212 | KIT - 10/12/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/14/2013 |
| | | 330109285 | 10/11,13 | $2.00 | JOB PAY - NONREIMBURSABLE | 10/15/2013 |
| | | 330109285 | 10/11,13 | -$2.00 | REVERSED JOB PAY - NONREIMBURSABLE | 10/15/2013 |
| | | 330101517 | 10/10,10/11,10/13 | $3.00 | JOB PAY - NONREIMBURSABLE | 10/15/2013 |
| | | 330111351 | 10/14/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/16/2013 |
| | | 330128525 | 10/15/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/17/2013 |
| | | 330145406 | 10/16 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/18/2013 |
| | | 331385847 | 2/12/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/14/2014 |
| | | 331405712 | 2/13/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/18/2014 |
| | | 331407619 | 2-14-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/18/2014 |
| | | 331408704 | 2-15-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/18/2014 |
| | | 331415044 | 2/16/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/18/2014 |
| | | 331471593 | 2-20-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/24/2014 |
| | | 331471729 | 2-21-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/24/2014 |
| | | 331471760 | 2-22-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/24/2014 |
| | | 331482125 | 2/19/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/25/2014 |
| | | 331485348 | 2/23/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/25/2014 |
| | | 331519273 | 2-26-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/28/2014 |
| | | 331527996 | 2-27-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/03/2014 |
| | | 331530192 | 2-28-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/03/2014 |
| | | 331530330 | 3-1-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/03/2014 |
| | | 331547920 | 3/2/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/04/2014 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 331588797 | 3/5/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/07/2014 |
| | | 331611910 | 3-7-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/10/2014 |
| | | 331608922 | 03/06/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/10/2014 |
| | | 331613802 | 3/8/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/11/2014 |
| | | 331624596 | 3/9/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/11/2014 |
| | | 331671661 | 3-12-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/14/2014 |
| | | 331686549 | 3-13-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/17/2014 |
| | | 331688852 | 3/14/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/17/2014 |
| | | 331690788 | 3/15/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/17/2014 |
| | | 331700814 | 3/16/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/18/2014 |
| | | 331738940 | 3/19/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/21/2014 |
| | | 331751810 | 3-20-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/24/2014 |
| | | 331755062 | 3/21,22/2014 | $2.00 | JOB PAY - NONREIMBURSABLE | 03/24/2014 |
| | | 331763790 | 3/23/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/25/2014 |
| | | 331811344 | 3-27-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/31/2014 |
| | | 331813445 | 3-28-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/31/2014 |
| | | 331814780 | 3/29/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/31/2014 |
| | | 331820375 | 3/30/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/01/2014 |
| | | 331864813 | 4/2/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/04/2014 |
| | | 331885101 | 4-3-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/07/2014 |
| | | 331889643 | 4/5/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/07/2014 |
| | | 331887982 | 4-4-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/08/2014 |
| | | 331906211 | 4/6/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/08/2014 |
| | | 331948963 | 4-9-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/11/2014 |
| | | 331963090 | 4/10/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/14/2014 |
| | | 331969638 | 4/11-12/2014 | $2.00 | JOB PAY - NONREIMBURSABLE | 04/14/2014 |
| | | 331980516 | 4/13/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/15/2014 |
| | | 332019492 | 4/16/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/18/2014 |
| | | 332035181 | 4/17-19/2014 | $3.00 | JOB PAY - NONREIMBURSABLE | 04/21/2014 |
| | | 332046424 | 4/20/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/22/2014 |
| | | 332078663 | 4/23/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/25/2014 |
| | | 332092032 | 4-24-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/28/2014 |
| | | 332093837 | 4-25-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/28/2014 |
| | | 332095278 | 4/26/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/28/2014 |
| | | 332103904 | 4/27/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/28/2014 |
| | | 332138612 | 4/30/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/02/2014 |
| | | 332154271 | 5-1-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/05/2014 |
| | | 332156371 | 5-2-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/05/2014 |
| | | 332158143 | 5/3/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/05/2014 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 332172693 | 5/4/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/07/2014 |
| | | 332214261 | 5/7/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/09/2014 |
| | | 332237821 | 5-8-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/12/2014 |
| | | 332237928 | 5-9-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/12/2014 |
| | | 332239462 | 5/10/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/12/2014 |
| | | 332247872 | 5/11/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/13/2014 |
| | | 332290831 | 5/14/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/16/2014 |
| | | 332306436 | 5-15-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/19/2014 |
| | | 332308675 | 5-16-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/19/2014 |
| | | 332310660 | 5/17/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/20/2014 |
| | | 332321176 | 5/18/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/21/2014 |
| | | 332333920 | 5/19/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/21/2014 |
| | | 332354073 | 5/21/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/23/2014 |
| | | 332366364 | 5/22/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/27/2014 |
| | | 332370654 | 5/23-24/2014 | $2.00 | JOB PAY - NONREIMBURSABLE | 05/27/2014 |
| | | 332373380 | 5/25/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/27/2014 |
| | | 332414065 | 5/28/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/02/2014 |
| | | 332414228 | 5/29/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/02/2014 |
| | | 332420875 | 5/30-31/2014 | $2.00 | JOB PAY - NONREIMBURSABLE | 06/02/2014 |
| | | 332436398 | 6/1/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/03/2014 |
| | | 332459293 | 6/3/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/04/2014 |
| | | 332479357 | 6/4/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/06/2014 |
| | | 332506604 | 6/5-6/2014 | $2.00 | JOB PAY - NONREIMBURSABLE | 06/10/2014 |
| | | 332508468 | 6/7/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/10/2014 |
| | | 332507086 | 6/8/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/10/2014 |
| | | 332550024 | 6/11/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/12/2014 |
| | | 332570582 | 6-12-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/16/2014 |
| | | 332572433 | 6-13-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/16/2014 |
| | | 332573760 | 6/14/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/16/2014 |
| | | 332579867 | 6/15/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/17/2014 |
| | | 329636782 | 8/30 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/04/2013 |
| | | 329645378 | 9/2/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/04/2013 |
| | | 329673413 | 9/3 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/05/2013 |
| | | 329670970 | 8/28-29 | $2.00 | JOB PAY - NONREIMBURSABLE | 09/05/2013 |
| | | 329697794 | 9/6/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/09/2013 |
| | | 329757652 | 9/5 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/13/2013 |
| | | 329765658 | 9/11/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/13/2013 |
| | | 329783481 | 9/13/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/17/2013 |
| | | 329786547 | 9/14/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/17/2013 |