EXHIBIT 16

(REDACTED - PUBLIC VERSION)

| AGENCY # | NAME | SAN DIEGO CORRECTIONAL FACILITY | | | | |
|---|---|---|---|---|---|---|
| | Print Date: 10/17/2018 12:23:50 | INMATE PAY TRANSACTIONS | From: 10/01/1998 To: 10/17/2018 | | | |
| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
| IMMIGRATION AND CUSTOMS ENFORCEMENT | | | | | | |
| ▉ | | 8868588 | 7/8/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/09/2008 |
| ▉ | | 8884430 | 7/9/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/10/2008 |
| ▉ | | 8914744 | 7/11,7/12,7/13/08 | $2.00 | JOB PAY - NONREIMBURSABLE | 07/14/2008 |
| ▉ | | 8953385 | 7/14/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/17/2008 |
| ▉ | | 8953568 | 7/15/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/17/2008 |
| ▉ | | 8964188 | 7/16/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/17/2008 |
| ▉ | | 8974804 | 7/17/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/18/2008 |
| ▉ | | 8994020 | 7/20/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/21/2008 |
| ▉ | | 9012020 | 7/21/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/22/2008 |
| ▉ | | 9022382 | 7/22/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/23/2008 |
| ▉ | | 9045143 | 7/24/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/25/2008 |
| ▉ | | 9045900 | 7/23/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/25/2008 |
| ▉ | | 9066337 | 7/26/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/29/2008 |
| ▉ | | 9067006 | 7/27/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/29/2008 |
| ▉ | | 9080154 | 7/28/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/30/2008 |
| ▉ | | 9089771 | 7/29/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/30/2008 |
| ▉ | | 9129674 | 7/31/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/05/2008 |
| ▉ | | 9130590 | 8/3/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/05/2008 |
| ▉ | | 9159967 | 8-4-08 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/06/2008 |
| ▉ | | 9192975 | 8/7/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/11/2008 |
| ▉ | | 9200780 | 8/6/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/11/2008 |
| ▉ | | 9409244 | 8/28/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2008 |
| ▉ | | 9431750 | 8/31/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2008 |
| ▉ | | 24425676 | kitchen 5/18,20 | $2.00 | JOB PAY - NONREIMBURSABLE | 05/21/2012 |
| ▉ | | 24445022 | KITCHEN 5/21 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/22/2012 |
| ▉ | | 24469412 | kitchen 5/23 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/24/2012 |
| ▉ | | 24494750 | kitchen 5/27/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/29/2012 |
| ▉ | | 24519110 | kitchen 5/28 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/30/2012 |
| ▉ | | 24527884 | kitchen 5/30 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/01/2012 |
| ▉ | | 24564869 | kitchen 6/1,6/3 | $2.00 | JOB PAY - NONREIMBURSABLE | 06/04/2012 |
| ▉ | | 24612330 | kitchen 6/6 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/07/2012 |
| ▉ | | 24651083 | kitchen 6/8,9,10 | $3.00 | JOB PAY - NONREIMBURSABLE | 06/11/2012 |
| ▉ | | 24734337 | kitchen 6/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/18/2012 |
| ▉ | | 24749702 | kitchen 6/15,18 | $2.00 | JOB PAY - NONREIMBURSABLE | 06/19/2012 |
| ▉ | | 24789065 | kitchen 6/20 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/22/2012 |
| ▉ | | 24808588 | kitchen 6/22,24 | $2.00 | JOB PAY - NONREIMBURSABLE | 06/25/2012 |
| ▉ | | 24846672 | kitchen 6/25,27 | $2.00 | JOB PAY - NONREIMBURSABLE | 06/28/2012 |
| ▉ | | 24873377 | KITCHEN 6/29 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/02/2012 |
| ▉ | | 24919351 | KITCHEN 7/2 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/05/2012 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 24936171 | kitchen 7/4 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/06/2012 |
| | | 24957825 | kitchen 7/6 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/09/2012 |
| | | 24973935 | KITCHEN 7/9 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/10/2012 |
| | | 25004235 | kitchen 7/11 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/12/2012 |
| | | 333141833 | 8/13/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/15/2014 |
| | | 333153814 | 8/14/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/15/2014 |
| | | 333161963 | 08/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/18/2014 |
| | | 333163619 | 8/16 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/18/2014 |
| | | 333194135 | 8/19/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/20/2014 |
| | | 333202587 | 8/20/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/21/2014 |
| | | 333213723 | 8/21/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/22/2014 |
| | | 333228790 | 8/22-23/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 08/25/2014 |
| | | 333262051 | 8/27/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2014 |
| | | 333268615 | 8/28/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/02/2014 |
| | | 333292975 | 8/30/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2014 |
| | | 333296697 | 8/29/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2014 |
| | | 333306490 | 9/2/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2014 |
| | | 333321186 | 9/3/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/04/2014 |
| | | 333333142 | 9/4/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/05/2014 |
| | | 333353313 | 9/5-6/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 09/09/2014 |
| | | 333384711 | 9/9/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/10/2014 |
| | | 333397190 | 9/10/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/11/2014 |
| | | 333414701 | 9/11/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/12/2014 |
| | | 333427865 | 9/12-13/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 09/16/2014 |
| | | 333465557 | 9/16/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/19/2014 |
| | | 333465679 | 9/15/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/19/2014 |
| | | 333474437 | 9/18/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/19/2014 |
| | | 333489008 | 9/19/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/22/2014 |
| | | 333488855 | 9/20/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/22/2014 |
| | | 333499919 | 9/22/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/23/2014 |
| | | 333512189 | 9/23/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/24/2014 |
| | | 333522458 | 9/24/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2014 |
| | | 333531745 | 9/25/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/26/2014 |
| | | 333545299 | 926-27/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 09/29/2014 |
| | | 333561588 | 9/30/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/01/2014 |
| | | 333576664 | 10/1/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/02/2014 |
| | | 333591889 | 10/2/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/03/2014 |
| | | 333610316 | 10/3-4/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 10/06/2014 |
| | | 333657858 | 10/8/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/09/2014 |
| | | 333668366 | 10/9/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/10/2014 |
| | | 333687516 | 10/10-11/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 10/13/2014 |
| | | 333712591 | 10/14/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/15/2014 |
| | | 333722463 | 10/15/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/16/2014 |
| | | 333733889 | 10/16/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/17/2014 |
| | | 333748505 | 10/17-18/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 10/20/2014 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 333771818 | 10/21/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/22/2014 |
| | | 333782059 | 10/22/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/23/2014 |
| | | 333791156 | 10/23/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/24/2014 |
| | | 333804794 | 10/24-25/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 10/27/2014 |
| | | 333828801 | 10/28/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/29/2014 |
| | | 333836043 | 10/29/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/31/2014 |
| | | 333842875 | 10/30/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/03/2014 |
| | | 333859828 | 10/31-11/1/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 11/03/2014 |
| | | 333871604 | 11/3/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/04/2014 |
| | | 333886401 | 11/4/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/05/2014 |
| | | 333904358 | 11/5/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/07/2014 |
| | | 333914477 | 11/6/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/10/2014 |
| | | 333932383 | 11/7-8/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 11/10/2014 |
| | | 333959188 | 11/11/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2014 |
| | | 333971894 | 11/12/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/13/2014 |
| | | 333984240 | 11/13/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/14/2014 |
| | | 334003938 | 11-14-15 | $2.00 | JOB PAY - NONREIMBURSABLE | 11/17/2014 |
| | | 331190194 | 1/24/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/27/2014 |
| | | 331192040 | 1/25/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/27/2014 |
| | | 331218480 | 1/26/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/29/2014 |
| | | 331218289 | 1/27/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/29/2014 |
| | | 331229097 | 1/28/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/03/2014 |
| | | 331244830 | 1/28/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/03/2014 |
| | | 331247733 | 1/31/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/03/2014 |
| | | 331250819 | 2/1/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/03/2014 |
| | | 331264444 | 2/2/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/03/2014 |
| | | 331278773 | 2/3/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/05/2014 |
| | | 331293831 | 2/4/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/06/2014 |
| | | 331330017 | 2/7,8/2014 | $2.00 | JOB PAY - NONREIMBURSABLE | 02/10/2014 |
| | | 331341590 | 2/9/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/10/2014 |
| | | 331355123 | 2/10/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/13/2014 |
| | | 331373374 | 2/11/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/13/2014 |
| | | 331386880 | 2/12/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/14/2014 |
| | | 331405744 | 02/14/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/18/2014 |
| | | 331408735 | 2/13/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/18/2014 |
| | | 331441958 | 2/18/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/20/2014 |
| | | 331471569 | 2-20-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/24/2014 |
| | | 331471704 | 2-21-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/24/2014 |
| | | 331482366 | 2/19/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/25/2014 |
| | | 331509322 | 2-25-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/27/2014 |
| | | 331510050 | 02/24/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/27/2014 |
| | | 331519439 | 2-26-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/28/2014 |
| | | 331528030 | 2-27-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/03/2014 |
| | | 331530148 | 2-28-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/03/2014 |
| | | 331564710 | 03/03 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/06/2014 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 331578318 | 3/4/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/06/2014 |
| | | 331589511 | 3/5/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/07/2014 |
| | | 331611889 | 3-7-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/10/2014 |
| | | 331608904 | 03/06/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/10/2014 |
| | | 331642275 | 3/10/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/11/2014 |
| | | 331657055 | 3/11/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/13/2014 |
| | | 331670447 | 3/12/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/14/2014 |
| | | 331687223 | 3-13-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/17/2014 |
| | | 331688881 | 3/14/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/17/2014 |
| | | 331715108 | 03/17/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/20/2014 |
| | | 331726285 | 3/18/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/20/2014 |
| | | 331738823 | 3/19/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/21/2014 |
| | | 331751512 | 3-20-14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/24/2014 |
| | | 331755171 | 3/21/2014 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/24/2014 |
| | | 17662579 | 10/06/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/08/2010 |
| | | 17663826 | 10/07/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/08/2010 |
| | | 17696836 | KIT - 10/08/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/11/2010 |
| | | 17700463 | KIT - 10/09/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/12/2010 |
| | | 17701114 | KIT - 10/10/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/12/2010 |
| | | 17717283 | KIT - 10/11/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/13/2010 |
| | | 17726339 | KIT - 10/12/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/13/2010 |
| | | 17742575 | KIT - 10/13/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/14/2010 |
| | | 17777323 | KIT - 10/14/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/19/2010 |
| | | 17783843 | KIT - 10/15/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/19/2010 |
| | | 17784915 | KIT - 10/16/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/19/2010 |
| | | 17785425 | KIT - 10/17/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/19/2010 |
| | | 17787350 | kit 10/18/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/19/2010 |
| | | 17801690 | KIT - 10/19/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/20/2010 |
| | | 17816651 | KIT - 10/20/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/21/2010 |
| | | 17828211 | KIT- 10/21/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/22/2010 |
| | | 17851374 | KIT - 10/22/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/26/2010 |
| | | 17851874 | KIT - 10/23/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/26/2010 |
| | | 17877933 | | $1.00 | JOB PAY - NONREIMBURSABLE | 10/27/2010 |
| | | 17890844 | KIT - 10/27/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/28/2010 |
| | | 17896898 | KIT - 10/28/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/29/2010 |
| | | 17919696 | KIT - 10/29/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/01/2010 |
| | | 17920270 | kit 10/31 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/01/2010 |
| | | 17920537 | KIT - 10/30/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/01/2010 |
| | | 17933448 | KIT 11/1 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/02/2010 |
| | | 17947838 | Kitchen 11/2 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/03/2010 |
| | | 17985295 | Kitchen 11/5 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/05/2010 |
| | | 18008567 | Kitchen 11/4 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/08/2010 |
| | | 18009268 | Kitchen 11/7 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/08/2010 |
| | | 17991830 | 11/06/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/08/2010 |
| | | 18025089 | Kitchen 11/8 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/09/2010 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 18069338 | KIT - 11/10/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2010 |
| | | 18072100 | KIT - 11/11/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2010 |
| | | 18089095 | Kitchen 11/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/15/2010 |
| | | 18089663 | Kitchen 11/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/15/2010 |
| | | 18092519 | kitchen 11/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/15/2010 |
| | | 18103745 | kitchen 11/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/16/2010 |
| | | 18118386 | kitchen 11/16 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/17/2010 |
| | | 18133334 | Kitchen 11/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/18/2010 |
| | | 18147825 | Kitchen 11/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/19/2010 |
| | | 18166389 | Kitchen 11/19 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/22/2010 |
| | | 18167569 | Kitchen 11/20 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/22/2010 |
| | | 18168383 | Kitchen 11/21 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/22/2010 |
| | | 18200207 | kitchen 11/23 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/24/2010 |
| | | 18203475 | kitchen 11/22 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/24/2010 |
| | | 18220127 | Kitchen 11/28 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/29/2010 |
| | | 18224678 | kitchen 11/24-26 | $3.00 | JOB PAY - NONREIMBURSABLE | 11/29/2010 |
| | | 18233349 | Kitchen 11/29 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/30/2010 |
| | | 18248604 | kitchen 11/30 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/01/2010 |
| | | 18291847 | KIT - 12/01/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/03/2010 |
| | | 18292517 | KIT - 12/02/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/03/2010 |
| | | 18307762 | kitchen 12/3-5 | $3.00 | JOB PAY - NONREIMBURSABLE | 12/06/2010 |
| | | 18328171 | Kitchen 12/6 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/07/2010 |
| | | 18346646 | Kitchen 12/7 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/08/2010 |
| | | 18363279 | Kitchen 12/8 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/09/2010 |
| | | 18378526 | Kitchen 12/9 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/10/2010 |
| | | 18399091 | Kitchen 12/10-12 | $3.00 | JOB PAY - NONREIMBURSABLE | 12/13/2010 |
| | | 18415734 | Kitchen 12/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/14/2010 |
| | | 18434501 | Kitchen 12/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/15/2010 |
| | | 18448398 | Kitchen 12/15 | -$1.00 | REVERSED JOB PAY - REIMBURSABLE | 12/16/2010 |
| | | 18448724 | Kitchen 12/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/16/2010 |
| | | 18462837 | kitchen 12/16 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/17/2010 |
| | | 18488398 | Kitchen 12/18-19 | $2.00 | JOB PAY - NONREIMBURSABLE | 12/20/2010 |
| | | 18502177 | Kitchen 12/20 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/21/2010 |
| | | 18516914 | kitchen 12/21 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/22/2010 |
| | | 18554545 | Kitchen 12/23-26 | $4.00 | JOB PAY - NONREIMBURSABLE | 12/27/2010 |
| | | 18567051 | kitchen 12/27 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/28/2010 |
| | | 18586001 | Kitchen 12/28 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/29/2010 |
| | | 18599611 | 12/29/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/03/2011 |
| | | 18615430 | Kitchen 12/30-31   1/1-2 | $4.00 | JOB PAY - NONREIMBURSABLE | 01/03/2011 |
| | | 18629329 | Kitchen 1/3 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/04/2011 |
| | | 18644953 | Kitchen 1/4 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/05/2011 |
| | | 18686846 | KIT 01/06/11 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/07/2011 |
| | | 18709581 | Kitchen 1/8 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/10/2011 |
| | | 18740447 | Kitchen 1/10-11 | $2.00 | JOB PAY - NONREIMBURSABLE | 01/12/2011 |
| | | 18788727 | Kit 1/15/11 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/17/2011 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 18792520 | Kit 1/16/11 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/18/2011 |
| | | 18802797 | Kitchen 1/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 01/18/2011 |
| | | 331686767 | 3/13/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/17/2014 |
| | | 331688940 | 3/14/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/17/2014 |
| | | 331690643 | 3/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/17/2014 |
| | | 331696631 | 3/16 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/18/2014 |
| | | 331733771 | 3/19 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/20/2014 |
| | | 331749033 | 3/20/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/24/2014 |
| | | 331765321 | 3/21,3/22 | $2.00 | JOB PAY - NONREIMBURSABLE | 03/25/2014 |
| | | 331765583 | 3/23 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/25/2014 |
| | | 331796947 | 3/26 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/27/2014 |
| | | 331809291 | 3/27/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/31/2014 |
| | | 331814879 | 3/28-29/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 03/31/2014 |
| | | 331818915 | 3/30 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/01/2014 |
| | | 331864805 | 4/2/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/04/2014 |
| | | 331883375 | 4/3/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/07/2014 |
| | | 331889824 | 4/4,4/5 | $2.00 | JOB PAY - NONREIMBURSABLE | 04/07/2014 |
| | | 331898452 | 4/6 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/08/2014 |
| | | 331948450 | 4/9/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/11/2014 |
| | | 331964002 | 4/10/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/14/2014 |
| | | 331969932 | 4/11/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/14/2014 |
| | | 331969955 | 4/12/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/14/2014 |
| | | 331973877 | 4/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/14/2014 |
| | | 332016077 | 4/16/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/17/2014 |
| | | 332027422 | 4/17/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/18/2014 |
| | | 332041404 | 4/18-4/20 | $3.00 | JOB PAY - NONREIMBURSABLE | 04/21/2014 |
| | | 332074586 | 4/23 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/25/2014 |
| | | 332090782 | 4/24/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/28/2014 |
| | | 332095203 | 4/25,4/26 | $2.00 | JOB PAY - NONREIMBURSABLE | 04/28/2014 |
| | | 332098615 | 4/27 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/28/2014 |
| | | 332135895 | 4/30 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/02/2014 |
| | | 332153359 | 5/1/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/05/2014 |
| | | 332158011 | 5/2,5/3 | $2.00 | JOB PAY - NONREIMBURSABLE | 05/05/2014 |
| | | 332300905 | 5/15/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/16/2014 |
| | | 332318363 | 5/16-18/14 | $3.00 | JOB PAY - NONREIMBURSABLE | 05/19/2014 |
| | | 332384306 | 5/24-25/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 05/28/2014 |
| | | 332383319 | 5/26/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/28/2014 |
| | | 332430450 | 5/30-6/1/14 | $3.00 | JOB PAY - NONREIMBURSABLE | 06/03/2014 |
| | | 332444737 | 6/2/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/04/2014 |
| | | 332494033 | 6/5/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/09/2014 |
| | | 332524459 | 6/9/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/10/2014 |
| | | 332569614 | 06/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/16/2014 |
| | | 332578448 | 6/15, 6/14 | $2.00 | JOB PAY - NONREIMBURSABLE | 06/17/2014 |
| | | 332591550 | 6/16 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/17/2014 |
| | | 332593780 | 6/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/18/2014 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 332511528 | 6/6-8/14 | $3.00 | JOB PAY - NONREIMBURSABLE | 06/18/2014 |
| | | 332630536 | 6/19 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/20/2014 |
| | | 332642882 | 6/20 6/21 6/22 | $3.00 | JOB PAY - NONREIMBURSABLE | 06/23/2014 |
| | | 332653822 | 6/23 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/24/2014 |
| | | 332685566 | 6/26 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/27/2014 |
| | | 332694872 | 6/27,6/28 | $2.00 | JOB PAY - NONREIMBURSABLE | 06/30/2014 |
| | | 332699723 | 06/29 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/01/2014 |
| | | 332710783 | 06/30 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/01/2014 |
| | | 2171844 | wages 06/05/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/06/2006 |
| | | 2189986 | Wages 6/8/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/09/2006 |
| | | 2189997 | Wages 6/9/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/09/2006 |
| | | 2221632 | wages 06/12/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/15/2006 |
| | | 2221633 | wages 06/13/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/15/2006 |
| | | 2240687 | wages 06/16/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/20/2006 |
| | | 2240688 | wages 06/19/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/20/2006 |
| | | 2257004 | wages 06/20/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/22/2006 |
| | | 2257009 | wages 06/21/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/22/2006 |
| | | 2274608 | wages 06/23/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/26/2006 |
| | | 2274610 | wages 06/26/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/26/2006 |
| | | 2282889 | wages 06/27/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/27/2006 |
| | | 2289711 | Wages 6/28/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/28/2006 |
| | | 2327106 | wages 06/30/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/06/2006 |
| | | 2327107 | wages 07/03/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/06/2006 |
| | | 2327108 | wages 07/05/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/06/2006 |
| | | 2379021 | Wages- 7/7/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/14/2006 |
| | | 2379027 | Wages-7/10/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/14/2006 |
| | | 2379029 | Wages- 7/11/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/14/2006 |
| | | 2379032 | Wages- 7/12/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/14/2006 |
| | | 2391250 | Wages - 7/13/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/17/2006 |
| | | 2391251 | Wages - 7/14/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/17/2006 |
| | | 2402666 | Wages - 7/17/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/18/2006 |
| | | 2402669 | Wages - 7/18/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/18/2006 |
| | | 2444663 | Wages - 7/20/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/26/2006 |
| | | 2444669 | Wages - 7/24/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/26/2006 |
| | | 2444670 | Wages - 7/25/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/26/2006 |
| | | 2466482 | Wages 7/26/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/01/2006 |
| | | 2466484 | Wages - 7/27/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/01/2006 |
| | | 2466486 | Wages - 7/28/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/01/2006 |
| | | 2491756 | 7/31/06-8/1/06-8/2/06 wages | $3.00 | JOB PAY - NONREIMBURSABLE | 08/04/2006 |
| | | 2515910 | wages 08/03/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/09/2006 |
| | | 2515953 | wages 08/04/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/09/2006 |
| | | 2516122 | wages 08/07/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/09/2006 |
| | | 2536090 | wages 08/08/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/11/2006 |
| | | 2536091 | wages 08/09/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/11/2006 |
| | | 2559281 | wages 08/09/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/15/2006 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 2559295 | wages 08/10/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/15/2006 |
| | | 2559306 | wages 08/11/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/15/2006 |
| | | 2564863 | wages 08/14/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/16/2006 |
| | | 2565002 | wages 08/15/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/16/2006 |
| | | 2559281 | wages 08/09/06 | -$1.00 | REVERSED JOB PAY - NONREIMBURSABLE | 08/22/2006 |
| | | 2601286 | wages 8/16/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/22/2006 |
| | | 2601389 | wages 8/16/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/22/2006 |
| | | 2601439 | wages 8/16/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/22/2006 |
| | | 2601495 | wages 8/19/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/22/2006 |
| | | 2603042 | Wages 8/22/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/22/2006 |
| | | 2628689 | | $1.00 | JOB PAY - NONREIMBURSABLE | 08/25/2006 |
| | | 2646706 | wages 8/21/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2006 |
| | | 2646918 | wages 8/23/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/29/2006 |
| | | 2683606 | wages 8/28/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/05/2006 |
| | | 2683684 | wages 8/29/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/05/2006 |
| | | 2683752 | wages 8/30/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/05/2006 |
| | | 2683845 | wages 8/31/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/05/2006 |
| | | 2682215 | | $5.00 | JOB PAY - NONREIMBURSABLE | 09/05/2006 |
| | | 2712814 | | $1.00 | JOB PAY - NONREIMBURSABLE | 09/08/2006 |
| | | 2725403 | | $3.00 | JOB PAY - NONREIMBURSABLE | 09/11/2006 |
| | | 2759481 | | $1.00 | JOB PAY - NONREIMBURSABLE | 09/14/2006 |
| | | 2768244 | | $1.00 | JOB PAY - NONREIMBURSABLE | 09/15/2006 |
| | | 2783553 | | $3.00 | JOB PAY - NONREIMBURSABLE | 09/19/2006 |
| | | 2812133 | | $1.00 | JOB PAY - NONREIMBURSABLE | 09/21/2006 |
| | | 2814389 | | $1.00 | JOB PAY - NONREIMBURSABLE | 09/22/2006 |
| | | 2830581 | | $3.00 | JOB PAY - NONREIMBURSABLE | 09/25/2006 |
| | | 2831847 | wages 9/1/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2006 |
| | | 2831852 | 9/4/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2006 |
| | | 2831855 | 9/5/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2006 |
| | | 2831858 | 9/6/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2006 |
| | | 2831861 | 9/7/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2006 |
| | | 2831864 | 9/8/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2006 |
| | | 2831869 | 9/12/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2006 |
| | | 2831872 | 9/13/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2006 |
| | | 2831883 | 9/14/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2006 |
| | | 2831886 | 9/18/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2006 |
| | | 2831893 | 9/20/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2006 |
| | | 2831896 | 9/21/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2006 |
| | | 2831898 | 9/22/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2006 |
| | | 2831890 | 9/19/06 | -$1.00 | REVERSED JOB PAY - REIMBURSABLE | 09/25/2006 |
| | | 2832094 | wages | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2006 |
| | | 2874818 | | $1.00 | JOB PAY - NONREIMBURSABLE | 10/02/2006 |
| | | 5099401 | | $2.00 | JOB PAY - NONREIMBURSABLE | 06/18/2007 |
| | | 6060976 | 09/29/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/01/2007 |
| | | 6074484 | 09/30/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/02/2007 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 6098022 | 10/02/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/03/2007 |
| | | 6221019 | 10/15/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/16/2007 |
| | | 6262514 | | $1.00 | JOB PAY - NONREIMBURSABLE | 10/19/2007 |
| | | 6281159 | | $3.00 | JOB PAY - NONREIMBURSABLE | 10/23/2007 |
| | | 6291501 | | $1.00 | JOB PAY - NONREIMBURSABLE | 10/23/2007 |
| | | 6314451 | | $1.00 | JOB PAY - NONREIMBURSABLE | 10/25/2007 |
| | | 6328223 | 10/26/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/29/2007 |
| | | 6350317 | | $5.00 | JOB PAY - NONREIMBURSABLE | 10/30/2007 |
| | | 6402956 | | $4.00 | JOB PAY - NONREIMBURSABLE | 11/06/2007 |
| | | 6458645 | 11/7-8 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/09/2007 |
| | | 6458527 | WAGE 11-03-07 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/13/2007 |
| | | 6458762 | WAGE 11-04-07 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/13/2007 |
| | | 6459422 | WAGE 11-06-07 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/13/2007 |
| | | 6459022 | WAGE 11-05-07 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/13/2007 |
| | | 6464040 | 11/5-8 | $2.00 | JOB PAY - NONREIMBURSABLE | 11/13/2007 |
| | | 6475492 | 11/12/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/13/2007 |
| | | 6503817 | 11/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/14/2007 |
| | | 6493888 | | $4.00 | JOB PAY - NONREIMBURSABLE | 11/14/2007 |
| | | 6517082 | | $1.00 | JOB PAY - NONREIMBURSABLE | 11/15/2007 |
| | | 6523173 | 11/13/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/16/2007 |
| | | 6528410 | | $1.00 | JOB PAY - NONREIMBURSABLE | 11/16/2007 |
| | | 6553335 | 11/17/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/20/2007 |
| | | 6564573 | | $1.00 | JOB PAY - NONREIMBURSABLE | 11/20/2007 |
| | | 6620658 | 11/24/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/27/2007 |
| | | 6620759 | 11/25/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/27/2007 |
| | | 6632789 | 11/26 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/28/2007 |
| | | 7838929 | 03/27/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/31/2008 |
| | | 7876790 | 03/29/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/02/2008 |
| | | 7894525 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/03/2008 |
| | | 7909062 | 4/4 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/07/2008 |
| | | 328263131 | 4/25/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/29/2013 |
| | | 328280649 | 4/26/13-4/28/13 | $3.00 | JOB PAY - NONREIMBURSABLE | 04/29/2013 |
| | | 328289572 | 4/29/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/01/2013 |
| | | 328299947 | 4/30/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/01/2013 |
| | | 328345562 | 05/03/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/06/2013 |
| | | 328357362 | 5/4/13-5/5/13 | $2.00 | JOB PAY - NONREIMBURSABLE | 05/07/2013 |
| | | 328376984 | 5/6/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/07/2013 |
| | | 328396243 | 5/7/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/09/2013 |
| | | 328433914 | 05/10/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/13/2013 |
| | | 328436061 | 05/11/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/13/2013 |
| | | 328451087 | 05/12/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/13/2013 |
| | | 328461846 | 5/13/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/14/2013 |
| | | 328478754 | 5/14/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/15/2013 |
| | | 328506299 | 5/16/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/20/2013 |
| | | 328508219 | 05/17/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/21/2013 |

| AGENCY # | NAME | RECEIPT # | DEPOSIT FROM | AMOUNT | DESCRIPTION | DATE |
|---|---|---|---|---|---|---|
| | | 328509512 | 5/18/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/21/2013 |
| | | 328520639 | 5/19/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/21/2013 |
| | | 328537351 | 5/20/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/22/2013 |
| | | 328548753 | 5/15/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/22/2013 |
| | | 328548873 | 5/21/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/22/2013 |
| | | 328582619 | 5/24-26/13 | $3.00 | JOB PAY - NONREIMBURSABLE | 05/28/2013 |
| | | 328593879 | 5/27/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/29/2013 |
| | | 328608594 | 5/28/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/29/2013 |
| | | 328633837 | 5/31 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/03/2013 |
| | | 328653849 | 6/1/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/04/2013 |
| | | 328655855 | 6/2/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/04/2013 |
| | | 328670732 | 6/3/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/04/2013 |
| | | 328685358 | 6/4/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/06/2013 |
| | | 328704692 | 6/5/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/06/2013 |
| | | 328728257 | 6/8 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/10/2013 |
| | | 328744878 | 6/6/13, 6/7/13,6/9/13 | $2.00 | JOB PAY - NONREIMBURSABLE | 06/11/2013 |
| | | 328761029 | 6/10/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/12/2013 |
| | | 328773750 | 6/11/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/12/2013 |
| | | 328793613 | 6/12/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/13/2013 |
| | | 328806266 | 6/13/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/14/2013 |
| | | 328828916 | 6/14 6/15 6/16 | $3.00 | JOB PAY - NONREIMBURSABLE | 06/18/2013 |
| | | 328843049 | 6/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/19/2013 |
| | | 328857505 | 6/18/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/19/2013 |
| | | 328888153 | 06/21/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/24/2013 |
| | | 328899727 | 6/22/13-6/23/13 | $2.00 | JOB PAY - NONREIMBURSABLE | 06/24/2013 |
| | | 328915390 | 6/24 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/26/2013 |
| | | 328930391 | 6/25 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/27/2013 |
| | | 328952139 | 6/28 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/01/2013 |
| | | 328961329 | 6/30 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/01/2013 |
| | | 328954772 | 06/29/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/01/2013 |
| | | 328992041 | 7/1/2013 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/03/2013 |
| | | 329042816 | 7/5 7/6 7/7 | $3.00 | JOB PAY - NONREIMBURSABLE | 07/08/2013 |
| | | 329054076 | 7/8 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/10/2013 |
| | | 329078788 | 7/9 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/12/2013 |
| | | 329125330 | 7/12 7/13 | $2.00 | JOB PAY - NONREIMBURSABLE | 07/16/2013 |
| | | 329191490 | 7/19-20/13 | $2.00 | JOB PAY - NONREIMBURSABLE | 07/22/2013 |
| | | 329212186 | 7/22 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/23/2013 |
| | | 329247998 | 7/25 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/26/2013 |
| | | 329271031 | 7/28 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/30/2013 |
| | | 329333942 | 8/2 8/3 8/4 | $3.00 | JOB PAY - NONREIMBURSABLE | 08/06/2013 |
| | | 333793528 | 10/23 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/24/2014 |
| | | 333807610 | 10/22, 24-26 | $4.00 | JOB PAY - NONREIMBURSABLE | 10/27/2014 |
| | | 333837131 | 10/29 | $1.00 | JOB PAY - NONREIMBURSABLE | 10/31/2014 |
| | | 333843426 | 10/30 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/03/2014 |
| | | 333847660 | 10/31, 11/01 | $2.00 | JOB PAY - NONREIMBURSABLE | 11/03/2014 |