# EXHIBIT 17

(REDACTED - PUBLIC VERSION)

| | | | | | |
|---|---|---|---|---|---|
| 6397678 | | $1.00 | JOB PAY - NONREIMBURSABLE | 11/06/2007 | 1 |
| 6411322 | | $1.00 | JOB PAY - NONREIMBURSABLE | 11/07/2007 | 2 |
| 6432462 | | $1.00 | JOB PAY - NONREIMBURSABLE | 11/07/2007 | 3 |
| 6466468 | | $1.00 | JOB PAY - NONREIMBURSABLE | 11/13/2007 | 4 |
| 6483229 | | $1.00 | JOB PAY - NONREIMBURSABLE | 11/13/2007 | 5 |
| 6505618 | | $1.00 | JOB PAY - NONREIMBURSABLE | 11/14/2007 | 6 |
| 6535670 | | $1.00 | JOB PAY - NONREIMBURSABLE | 11/20/2007 | 7 |
| 6573920 | | $1.00 | JOB PAY - NONREIMBURSABLE | 11/21/2007 | 8 |
| 6578712 | | $1.00 | JOB PAY - NONREIMBURSABLE | 11/21/2007 | 9 |
| 6595588 | | $1.00 | JOB PAY - NONREIMBURSABLE | 11/26/2007 | 10 |
| 6620464 | | $1.00 | JOB PAY - NONREIMBURSABLE | 11/27/2007 | 11 |
| 6656441 | | $1.00 | JOB PAY - NONREIMBURSABLE | 12/03/2007 | 12 |
| 6662363 | | $1.00 | JOB PAY - NONREIMBURSABLE | 12/04/2007 | 13 |
| 6678765 | | $1.00 | JOB PAY - NONREIMBURSABLE | 12/04/2007 | 14 |
| 6749367 | | $1.00 | JOB PAY - NONREIMBURSABLE | 12/10/2007 | 15 |
| 6740982 | | $1.00 | JOB PAY - NONREIMBURSABLE | 12/10/2007 | 16 |
| 6771821 | | $1.00 | JOB PAY - NONREIMBURSABLE | 12/12/2007 | 17 |
| 6695725 | | $1.00 | JOB PAY - NONREIMBURSABLE | 12/14/2007 | 18 |
| 6817413 | | $3.00 | JOB PAY - NONREIMBURSABLE | 12/17/2007 | 19 |
| 6833934 | | $1.00 | JOB PAY - NONREIMBURSABLE | 12/18/2007 | 20 |
| 6849975 | | $1.00 | JOB PAY - NONREIMBURSABLE | 12/20/2007 | 21 |
| 7085735 | | $2.00 | JOB PAY - NONREIMBURSABLE | 01/14/2008 | 22 |
| 7308661 | | $5.00 | JOB PAY - NONREIMBURSABLE | 02/06/2008 | 23 |
| 7301371 | 1/31-2/3 | $4.00 | JOB PAY - NONREIMBURSABLE | 02/06/2008 | 24 |
| 7316347 | 2/4 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/07/2008 | 25 |
| 7364951 | | $3.00 | JOB PAY - NONREIMBURSABLE | 02/11/2008 | 26 |
| 7384247 | | $1.00 | JOB PAY - NONREIMBURSABLE | 02/12/2008 | 27 |
| 7395727 | | $1.00 | JOB PAY - NONREIMBURSABLE | 02/14/2008 | 28 |
| 7406728 | | $1.00 | JOB PAY - NONREIMBURSABLE | 02/14/2008 | 29 |
| 7427788 | | $2.00 | JOB PAY - NONREIMBURSABLE | 02/18/2008 | 30 |
| 7433754 | | $2.00 | JOB PAY - NONREIMBURSABLE | 02/18/2008 | 31 |
| 7443979 | | $1.00 | JOB PAY - NONREIMBURSABLE | 02/19/2008 | 32 |
| 7485510 | | $1.00 | JOB PAY - NONREIMBURSABLE | 02/22/2008 | 33 |
| 7502945 | | $3.00 | JOB PAY - NONREIMBURSABLE | 02/25/2008 | 34 |
| 7562045 | | $3.00 | JOB PAY - NONREIMBURSABLE | 03/03/2008 | 35 |
| 7638820 | | $4.00 | JOB PAY - NONREIMBURSABLE | 03/10/2008 | 36 |
| 7675066 | | $1.00 | JOB PAY - NONREIMBURSABLE | 03/12/2008 | 37 |
| 7718716 | | $4.00 | JOB PAY - NONREIMBURSABLE | 03/17/2008 | 38 |
| 7760476 | 3/17-18 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/20/2008 | 39 |
| 7791431 | | $4.00 | JOB PAY - NONREIMBURSABLE | 03/24/2008 | 40 |
| 7813629 | 3/24 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/26/2008 | 41 |
| 7825912 | | $1.00 | JOB PAY - NONREIMBURSABLE | 03/31/2008 | 42 |
| 7842610 | | $2.00 | JOB PAY - NONREIMBURSABLE | 03/31/2008 | 43 |
| 18062448 | 11/09/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2010 | 44 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 18067905 | 11/10/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2010 | 45 |
| | 18071453 | 11/11/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2010 | 46 |
| | 18135606 | 11/12  11/15-18 | $5.00 | JOB PAY - NONREIMBURSABLE | 11/18/2010 | 47 |
| | 1710598 | | $1.00 | JOB PAY - NONREIMBURSABLE | 02/10/2006 | 48 |
| | 1725691 | | $1.00 | JOB PAY - NONREIMBURSABLE | 02/14/2006 | 49 |
| | 1730083 | | $1.00 | JOB PAY - NONREIMBURSABLE | 02/15/2006 | 50 |
| | 1782863 | | $1.00 | JOB PAY - NONREIMBURSABLE | 03/01/2006 | 51 |
| | 1812962 | | $1.00 | JOB PAY - NONREIMBURSABLE | 03/08/2006 | 52 |
| | 1911889 | | $2.00 | JOB PAY - NONREIMBURSABLE | 04/03/2006 | 53 |
| | 1918297 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/04/2006 | 54 |
| | 1924165 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/05/2006 | 55 |
| | 1928515 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/06/2006 | 56 |
| | 1932404 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/07/2006 | 57 |
| | 1947554 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/11/2006 | 58 |
| | 1954351 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/12/2006 | 59 |
| | 1960885 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/13/2006 | 60 |
| | 1965219 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/14/2006 | 61 |
| | 1974213 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/17/2006 | 62 |
| | 1979407 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/18/2006 | 63 |
| | 1989371 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/20/2006 | 64 |
| | 1992789 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/21/2006 | 65 |
| | 2000608 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/24/2006 | 66 |
| | 2006471 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/25/2006 | 67 |
| | 2012264 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/26/2006 | 68 |
| | 2018325 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/27/2006 | 69 |
| | 2020707 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/28/2006 | 70 |
| | 2025979 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/01/2006 | 71 |
| | 2036890 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/03/2006 | 72 |
| | 2042322 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/04/2006 | 73 |
| | 2046587 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/05/2006 | 74 |
| | 2061247 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/09/2006 | 75 |
| | 2060430 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/09/2006 | 76 |
| | 2060323 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/09/2006 | 77 |
| | 2065509 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/10/2006 | 78 |
| | 2074903 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/11/2006 | 79 |
| | 2078281 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/12/2006 | 80 |
| | 2086219 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/15/2006 | 81 |
| | 2091779 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/16/2006 | 82 |
| | 2104249 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/18/2006 | 83 |
| | 2107740 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/19/2006 | 84 |
| | 2114410 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/22/2006 | 85 |
| | 2121331 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/23/2006 | 86 |
| | 2127639 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/24/2006 | 87 |
| | 2133972 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/25/2006 | 88 |

| ID | Note | Amount | Description | Date | # |
|---|---|---|---|---|---|
| 2136265 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/26/2006 | 89 |
| 2152373 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/01/2006 | 90 |
| 2151364 | | $2.00 | JOB PAY - NONREIMBURSABLE | 06/01/2006 | 91 |
| 2152794 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/01/2006 | 92 |
| 2157547 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/02/2006 | 93 |
| 2167867 | | $3.00 | JOB PAY - NONREIMBURSABLE | 06/06/2006 | 94 |
| 2168344 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/06/2006 | 95 |
| 2175302 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/07/2006 | 96 |
| 2180554 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/08/2006 | 97 |
| 2188775 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/09/2006 | 98 |
| 2196967 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/12/2006 | 99 |
| 2203028 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/13/2006 | 100 |
| 2212223 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/14/2006 | 101 |
| 2217581 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/15/2006 | 102 |
| 2225257 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/16/2006 | 103 |
| 2232775 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/19/2006 | 104 |
| 2251897 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/21/2006 | 105 |
| 2258394 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/22/2006 | 106 |
| 2264477 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/23/2006 | 107 |
| 2271900 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/26/2006 | 108 |
| 2279160 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/27/2006 | 109 |
| 2287694 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/28/2006 | 110 |
| 2294643 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/29/2006 | 111 |
| 2324382 | | $5.00 | JOB PAY - NONREIMBURSABLE | 07/06/2006 | 112 |
| 2330873 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/07/2006 | 113 |
| 2342538 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/10/2006 | 114 |
| 2362026 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/12/2006 | 115 |
| 2370258 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/13/2006 | 116 |
| 2378684 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/14/2006 | 117 |
| 2390495 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/17/2006 | 118 |
| 2399194 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/18/2006 | 119 |
| 2408108 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/19/2006 | 120 |
| 2415540 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/20/2006 | 121 |
| 2419453 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/21/2006 | 122 |
| 2429083 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/24/2006 | 123 |
| 24613502 | 6/6/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/07/2012 | 124 |
| 24652815 | 6/7-8/12 | $2.00 | JOB PAY - NONREIMBURSABLE | 06/11/2012 | 125 |
| 24666162 | 6/11/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/12/2012 | 126 |
| 24684735 | D UNIT 6/12/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/13/2012 | 127 |
| 24698684 | 6/13/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/14/2012 | 128 |
| 24703778 | 6/9/2012 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/15/2012 | 129 |
| 24714299 | D UNIT 6/14/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/15/2012 | 130 |
| 24730481 | 6/15/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/18/2012 | 131 |
| 24733863 | kitchen 6/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/18/2012 | 132 |

| ID | Date Ref | Amount | Type | Date | # |
|---|---|---|---|---|---|
| 24749834 | kitchen 6/22 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/19/2012 | 133 |
| 24752870 | 6/18/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/20/2012 | 134 |
| 24763866 | 6/19/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/20/2012 | 135 |
| 24779303 | D UNIT 6/20/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/21/2012 | 136 |
| 24789116 | 6/21/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/22/2012 | 137 |
| 24825189 | 6/25/2012 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/27/2012 | 138 |
| 24835043 | 6/26/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/28/2012 | 139 |
| 24846680 | 06/27 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/28/2012 | 140 |
| 24854263 | 6/28/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/02/2012 | 141 |
| 24875050 | KITCHEN 7/1 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/02/2012 | 142 |
| 24880065 | D UNIT 6/29/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/03/2012 | 143 |
| 24899816 | 7/2/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/05/2012 | 144 |
| 24905066 | 7/3/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/05/2012 | 145 |
| 24918808 | D UNIT 7/4/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/05/2012 | 146 |
| 24940005 | 07/05/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/09/2012 | 147 |
| 24942530 | 7/6 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/09/2012 | 148 |
| 24978135 | 7/09/2012 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/10/2012 | 149 |
| 24987078 | 7/10/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/11/2012 | 150 |
| 334938791 | 03/06-08 | $3.00 | JOB PAY - NONREIMBURSABLE | 03/09/2015 | 151 |
| 334980437 | 03/11 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/12/2015 | 152 |
| 335240020 | 04/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/16/2015 | 153 |
| 335247700 | 04/16 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/20/2015 | 154 |
| 335259500 | 04/17-19 | $3.00 | JOB PAY - NONREIMBURSABLE | 04/20/2015 | 155 |
| 335266207 | 04/20 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/22/2015 | 156 |
| 335275887 | 04/21 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/22/2015 | 157 |
| 335279736 | 4/22 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/24/2015 | 158 |
| 335290822 | 04/23 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/24/2015 | 159 |
| 335302499 | 04/24-26 | $3.00 | JOB PAY - NONREIMBURSABLE | 04/27/2015 | 160 |
| 335313843 | 04/27 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/29/2015 | 161 |
| 335320740 | 04/28 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/29/2015 | 162 |
| 335327104 | 04/29 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/01/2015 | 163 |
| 335331939 | 04/30 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/01/2015 | 164 |
| 335345490 | 05/01-03 | $3.00 | JOB PAY - NONREIMBURSABLE | 05/04/2015 | 165 |
| 335353690 | 05/04 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/06/2015 | 166 |
| 335366346 | 05/05 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/06/2015 | 167 |
| 335376619 | 05/06 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/07/2015 | 168 |
| 335384187 | 05/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/11/2015 | 169 |
| 335397822 | 05/08-10 | $3.00 | JOB PAY - NONREIMBURSABLE | 05/11/2015 | 170 |
| 335405266 | 05/11 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/12/2015 | 171 |
| 335415513 | 05/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/13/2015 | 172 |
| 335423735 | 05/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/14/2015 | 173 |
| 335431639 | 05/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/15/2015 | 174 |
| 335445338 | 05/15-05/17 | $3.00 | JOB PAY - NONREIMBURSABLE | 05/18/2015 | 175 |
| 335450901 | 5/18/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/19/2015 | 176 |

| | | | | | |
|---|---|---|---|---|---|
| 335462992 | 5/19 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/21/2015 | 177 |
| 335468771 | 05/20 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/21/2015 | 178 |
| 335474343 | 05/21 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/22/2015 | 179 |
| 335489870 | 05/22-25 | $4.00 | JOB PAY - NONREIMBURSABLE | 05/26/2015 | 180 |
| 335504446 | 05/26-27 | $2.00 | JOB PAY - NONREIMBURSABLE | 05/28/2015 | 181 |
| 248960 | 05/28-31, 06/01 | $5.00 | JOB PAY - NONREIMBURSABLE | 06/02/2015 | 182 |
| 273747 | 06/02-07 | $6.00 | JOB PAY - NONREIMBURSABLE | 06/08/2015 | 183 |
| 282732 | 06/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/10/2015 | 184 |
| 290065 | 06/09-10 | $2.00 | JOB PAY - NONREIMBURSABLE | 06/12/2015 | 185 |
| 292815 | 06/11 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/12/2015 | 186 |
| 302774 | 06/12-14 | $3.00 | JOB PAY - NONREIMBURSABLE | 06/16/2015 | 187 |
| 307542 | 06/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/16/2015 | 188 |
| 314626 | 06/16 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/18/2015 | 189 |
| 315207 | 06/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/18/2015 | 190 |
| 323645 | 06/18 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/22/2015 | 191 |
| 331531 | 06/19-21 | $3.00 | JOB PAY - NONREIMBURSABLE | 06/23/2015 | 192 |
| 333690 | 06/22 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/23/2015 | 193 |
| 338492 | 06/23 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/24/2015 | 194 |
| 341070 | 06/24 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/25/2015 | 195 |
| 345847 | 06/25 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/26/2015 | 196 |
| 352479 | 06/26-28 | $3.00 | JOB PAY - NONREIMBURSABLE | 06/29/2015 | 197 |
| 357346 | 06/29 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/01/2015 | 198 |
| 365954 | 06/30 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/02/2015 | 199 |
| 366848 | 07/01 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/02/2015 | 200 |
| 374582 | 07/02 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/06/2015 | 201 |
| 398281 | 7/3 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/08/2015 | 202 |
| 398313 | 7/4 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/08/2015 | 203 |
| 398351 | 7/6 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/08/2015 | 204 |
| 406701 | 07/05 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/09/2015 | 205 |
| 406786 | 07/07-08 | $2.00 | JOB PAY - NONREIMBURSABLE | 07/09/2015 | 206 |
| 411762 | 07/09 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/10/2015 | 207 |
| 426922 | 07/10-12 | $3.00 | JOB PAY - NONREIMBURSABLE | 07/14/2015 | 208 |
| 433931 | 07/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/15/2015 | 209 |
| 440677 | 07/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/16/2015 | 210 |
| 447467 | 07/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/17/2015 | 211 |
| 25131251 | 07/23/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/25/2012 | 212 |
| 25152104 | 7/24/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/26/2012 | 213 |
| 25248173 | 7/25 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/26/2012 | 214 |
| 25279495 | 7/25/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/30/2012 | 215 |
| 25280282 | 7/28/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/30/2012 | 216 |
| 25282280 | 7/29/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/01/2012 | 217 |
| 25290590 | 7/30/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/01/2012 | 218 |
| 25303221 | 7/31 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/01/2012 | 219 |
| 25316720 | 8/1/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/03/2012 | 220 |

| ID | Date | Amount | Description | Posted | # |
|---|---|---|---|---|---|
| 25361230 | 8/4/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/07/2012 | 221 |
| 25361752 | 8/5 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/07/2012 | 222 |
| 25372097 | 8/6/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/07/2012 | 223 |
| 25387716 | 8/7/2012 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/08/2012 | 224 |
| 25405213 | 08/08 | $1.00 | JOB PAY - NONREIMBURSABLE | 08/09/2012 | 225 |
| 333296114 | 8/29/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/03/2014 | 239 |
| 333320664 | 9/3/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/04/2014 | 240 |
| 333354020 | 9/514 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/09/2014 | 241 |
| 333385275 | 9/9/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/10/2014 | 242 |
| 333397391 | 9/10/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/11/2014 | 243 |
| 333414790 | 9/11/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/12/2014 | 244 |
| 333428073 | 9/12/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/16/2014 | 245 |
| 333445058 | 9/15/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/17/2014 | 246 |
| 333464631 | 9/16/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 09/19/2014 | 247 |
| 18009278 | Kitchen 11/7 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/08/2010 | 248 |
| 18009424 | KIT - 11/05/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/08/2010 | 249 |
| 18069206 | KIT - 11/10/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2010 | 250 |
| 18072092 | KIT - 11/11/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/12/2010 | 251 |
| 18089012 | Kitchen 11/12 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/15/2010 | 252 |
| 18089694 | Kitchen 11/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/15/2010 | 253 |
| 18103763 | kitchen 11/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/16/2010 | 254 |
| 18167440 | Kitchen 11/20 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/22/2010 | 255 |
| 18168373 | Kitchen 11/21 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/22/2010 | 256 |
| 18200194 | kitchen 11/23 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/24/2010 | 257 |
| 18203517 | kitchen 11/22 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/24/2010 | 258 |
| 18220221 | Kitchen 11/28 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/29/2010 | 259 |
| 18223164 | kitchen 11/26 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/29/2010 | 260 |
| 18224080 | kitchen 11/24-25 | $2.00 | JOB PAY - NONREIMBURSABLE | 11/29/2010 | 261 |
| 18233318 | Kitchen 11/29 | $1.00 | JOB PAY - NONREIMBURSABLE | 11/30/2010 | 262 |
| 18291834 | KIT - 12/01/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/03/2010 | 263 |
| 18292534 | KIT - 12/02/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/03/2010 | 264 |
| 18308114 | kitchen 12/3,5 | $2.00 | JOB PAY - NONREIMBURSABLE | 12/06/2010 | 265 |
| 18309739 | kitchen 12/4 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/06/2010 | 266 |
| 18327947 | Kitchen 12/6 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/07/2010 | 267 |
| 18347183 | Kitchen 12/7 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/08/2010 | 268 |
| 18378504 | Kitchen 12/9 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/10/2010 | 269 |
| 18398602 | Kitchen 12/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/13/2010 | 270 |
| 18516892 | kitchen 12/21 | $1.00 | JOB PAY - NONREIMBURSABLE | 12/22/2010 | 271 |
| 20511695 | 6/8, 9, 2011 | $2.00 | JOB PAY - NONREIMBURSABLE | 06/13/2011 | 272 |
| 20532626 | 06/13/11 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/14/2011 | 273 |
| 20545036 | 6/14/2011 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/16/2011 | 274 |
| 20575730 | 06/16/11 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/20/2011 | 275 |
| 20612892 | 06/20/11 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/21/2011 | 276 |
| 20626797 | 06/21/11 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/22/2011 | 277 |

| | | | | | |
|---|---|---|---|---|---|
| 20640626 | 06/22/11 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/24/2011 | 278 |
| 20650349 | 06/23/11 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/24/2011 | 279 |
| 20684454 | 06/27/11 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/28/2011 | 280 |
| 20683756 | 06/24/11 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/28/2011 | 281 |
| 20693407 | kitchen 6/28 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/29/2011 | 282 |
| 20780843 | kitchen 7/6 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/07/2011 | 283 |
| 20804513 | kitchen 7/7 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/08/2011 | 284 |
| 20882056 | KIT 07/13 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/14/2011 | 285 |
| 20904319 | KIT 07/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/18/2011 | 286 |
| 20959134 | kitchen 7/20 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/21/2011 | 287 |
| 20994214 | kitchen 7/23-24 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/25/2011 | 288 |
| 282845 | 6/8/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/10/2015 | 289 |
| 285152 | 6/9/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/10/2015 | 290 |
| 290100 | 6/10 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/12/2015 | 291 |
| 296245 | 6/11/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/15/2015 | 292 |
| 300073 | 6/14 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/15/2015 | 293 |
| 307386 | 6/15/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/16/2015 | 294 |
| 312768 | 6/16 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/17/2015 | 295 |
| 319608 | 6/17 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/19/2015 | 296 |
| 321979 | 6/18/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/19/2015 | 297 |
| 330869 | 6/22 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/23/2015 | 298 |
| 331201 | 6/21 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/23/2015 | 299 |
| 338380 | 6/23 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/24/2015 | 300 |
| 341572 | 6/24 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/25/2015 | 301 |
| 348010 | 6/25/15 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/29/2015 | 302 |
| 353550 | 6/28 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/30/2015 | 303 |
| 357164 | 6/29 | $1.00 | JOB PAY - NONREIMBURSABLE | 07/01/2015 | 304 |
| 3995725 | 2/13/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/16/2007 | 305 |
| 4001938 | 2/14/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/16/2007 | 306 |
| 4010604 | 2/17/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/20/2007 | 307 |
| 4012826 | | $1.00 | JOB PAY - NONREIMBURSABLE | 02/20/2007 | 308 |
| 4029732 | | $1.00 | JOB PAY - NONREIMBURSABLE | 02/21/2007 | 309 |
| 4033906 | 2/20/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/22/2007 | 310 |
| 4049056 | | $1.00 | JOB PAY - NONREIMBURSABLE | 02/22/2007 | 311 |
| 4068548 | | $1.00 | JOB PAY - NONREIMBURSABLE | 02/26/2007 | 312 |
| 4061935 | 2/24/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 02/26/2007 | 313 |
| 4081258 | | $1.00 | JOB PAY - NONREIMBURSABLE | 02/28/2007 | 314 |
| 4089740 | | $1.00 | JOB PAY - NONREIMBURSABLE | 02/28/2007 | 315 |
| 4102499 | 2/28/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/01/2007 | 316 |
| 4117408 | 3/3/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/06/2007 | 317 |
| 4127136 | | $1.00 | JOB PAY - NONREIMBURSABLE | 03/06/2007 | 318 |
| 4141761 | | $1.00 | JOB PAY - NONREIMBURSABLE | 03/06/2007 | 319 |
| 4155822 | | $1.00 | JOB PAY - NONREIMBURSABLE | 03/07/2007 | 320 |
| 4168306 | | $1.00 | JOB PAY - NONREIMBURSABLE | 03/08/2007 | 321 |

| ID | Date1 | Amount | Description | Date2 | Num |
|---|---|---|---|---|---|
| 4209422 | 3/10/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/12/2007 | 322 |
| 4210130 | 3/11/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/12/2007 | 323 |
| 4226736 | | $1.00 | JOB PAY - NONREIMBURSABLE | 03/14/2007 | 324 |
| 4237896 | | $1.00 | JOB PAY - NONREIMBURSABLE | 03/14/2007 | 325 |
| 4276868 | | $1.00 | JOB PAY - NONREIMBURSABLE | 03/19/2007 | 326 |
| 4279010 | | $1.00 | JOB PAY - NONREIMBURSABLE | 03/19/2007 | 327 |
| 4247090 | 3/14/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/20/2007 | 328 |
| 4306391 | | $1.00 | JOB PAY - NONREIMBURSABLE | 03/21/2007 | 329 |
| 4299624 | | $1.00 | JOB PAY - NONREIMBURSABLE | 03/21/2007 | 330 |
| 4319745 | | $1.00 | JOB PAY - NONREIMBURSABLE | 03/22/2007 | 331 |
| 4327077 | 3/22/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 03/23/2007 | 332 |
| 4340977 | | $1.00 | JOB PAY - NONREIMBURSABLE | 03/26/2007 | 333 |
| 4370005 | | $1.00 | JOB PAY - NONREIMBURSABLE | 03/28/2007 | 334 |
| 4377737 | | $1.00 | JOB PAY - NONREIMBURSABLE | 03/29/2007 | 335 |
| 4380785 | | $1.00 | JOB PAY - NONREIMBURSABLE | 03/30/2007 | 336 |
| 4391901 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/03/2007 | 337 |
| 4385744 | 3/31/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/03/2007 | 338 |
| 4403169 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/03/2007 | 339 |
| 4418348 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/04/2007 | 340 |
| 4447373 | 4/6/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/09/2007 | 341 |
| 4448938 | 3/07/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/09/2007 | 342 |
| 4449076 | 4/08/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/09/2007 | 343 |
| 4465731 | 4/09/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/10/2007 | 344 |
| 4515655 | 4/1/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/17/2007 | 345 |
| 4515670 | 4/14/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/17/2007 | 346 |
| 4516741 | 4/15/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/17/2007 | 347 |
| 4531325 | 4/16/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/17/2007 | 348 |
| 4547717 | 4/17/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/18/2007 | 349 |
| 4575669 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/23/2007 | 350 |
| 4576827 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/23/2007 | 351 |
| 4577297 | 4/22/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/23/2007 | 352 |
| 4593298 | 4/23/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/24/2007 | 353 |
| 4608716 | 4/24/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 04/25/2007 | 354 |
| 4637091 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/30/2007 | 355 |
| 4637021 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/30/2007 | 356 |
| 4636834 | | $1.00 | JOB PAY - NONREIMBURSABLE | 04/30/2007 | 357 |
| 4642455 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/01/2007 | 358 |
| 4663019 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/02/2007 | 359 |
| 4711442 | 5/4/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/08/2007 | 360 |
| 4711647 | 5/5/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/08/2007 | 361 |
| 4711685 | 5/6/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/08/2007 | 362 |
| 4716689 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/08/2007 | 363 |
| 4728866 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/09/2007 | 364 |
| 4777985 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/14/2007 | 365 |

| | | | | | |
|---|---|---|---|---|---|
| 4778266 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/14/2007 | 366 |
| 4778624 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/14/2007 | 367 |
| 4796668 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/16/2007 | 368 |
| 4835509 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/21/2007 | 369 |
| 4836288 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/21/2007 | 370 |
| 4846919 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/21/2007 | 371 |
| 4857955 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/22/2007 | 372 |
| 4871564 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/23/2007 | 373 |
| 4901033 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/29/2007 | 374 |
| 4901064 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/29/2007 | 375 |
| 4901130 | | $1.00 | JOB PAY - NONREIMBURSABLE | 05/29/2007 | 376 |
| 4909009 | 5/28/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/29/2007 | 377 |
| 4921068 | 5/29/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 05/30/2007 | 378 |
| 4957455 | 6/1/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/05/2007 | 379 |
| 4957655 | 6/2/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/05/2007 | 380 |
| 4957725 | 6/3/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/05/2007 | 381 |
| 4965788 | 6/4/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/05/2007 | 382 |
| 4977172 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/06/2007 | 383 |
| 5027699 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/11/2007 | 384 |
| 5030314 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/11/2007 | 385 |
| 5030458 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/11/2007 | 386 |
| 5041643 | 6/11/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/12/2007 | 387 |
| 5054268 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/13/2007 | 388 |
| 5097914 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/19/2007 | 389 |
| 5102109 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/19/2007 | 390 |
| 5102150 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/19/2007 | 391 |
| 5110573 | 6/18/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/20/2007 | 392 |
| 5124242 | 6/19/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/21/2007 | 393 |
| 5149035 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/25/2007 | 394 |
| 5149049 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/25/2007 | 395 |
| 5158387 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/25/2007 | 396 |
| 5173036 | 6/25/07 | $1.00 | JOB PAY - NONREIMBURSABLE | 06/26/2007 | 397 |
| 5184562 | | $1.00 | JOB PAY - NONREIMBURSABLE | 06/27/2007 | 398 |
| 5217852 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/03/2007 | 399 |
| 5218067 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/03/2007 | 400 |
| 5227950 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/03/2007 | 401 |
| 5231982 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/03/2007 | 402 |
| 5251325 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/06/2007 | 403 |
| 5277418 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/09/2007 | 404 |
| 5277579 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/09/2007 | 405 |
| 5272766 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/09/2007 | 406 |
| 5295553 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/10/2007 | 407 |
| 5310848 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/11/2007 | 408 |
| 5351811 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/16/2007 | 409 |

| ID | Note | Amount | Description | Date | # |
|---|---|---|---|---|---|
| 5352189 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/16/2007 | 410 |
| 5352289 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/16/2007 | 411 |
| 5363649 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/17/2007 | 412 |
| 5376778 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/18/2007 | 413 |
| 5403583 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/23/2007 | 414 |
| 5403645 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/23/2007 | 415 |
| 5411156 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/23/2007 | 416 |
| 5427844 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/24/2007 | 417 |
| 5449542 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/26/2007 | 418 |
| 5473677 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/30/2007 | 419 |
| 5473876 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/30/2007 | 420 |
| 5473984 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/30/2007 | 421 |
| 5484965 | | $1.00 | JOB PAY - NONREIMBURSABLE | 07/31/2007 | 422 |
| 5498635 | | $1.00 | JOB PAY - NONREIMBURSABLE | 08/01/2007 | 423 |
| 5529519 | | $1.00 | JOB PAY - NONREIMBURSABLE | 08/06/2007 | 424 |
| 5529537 | | $1.00 | JOB PAY - NONREIMBURSABLE | 08/06/2007 | 425 |
| 5560964 | | $1.00 | JOB PAY - NONREIMBURSABLE | 08/08/2007 | 426 |
| 5561218 | | $1.00 | JOB PAY - NONREIMBURSABLE | 08/08/2007 | 427 |
| 5570300 | | $1.00 | JOB PAY - NONREIMBURSABLE | 08/09/2007 | 428 |
| 5663410 | | $2.00 | JOB PAY - NONREIMBURSABLE | 08/17/2007 | 429 |
| 5653124 | | $3.00 | JOB PAY - NONREIMBURSABLE | 08/17/2007 | 430 |
| 5669897 | | $1.00 | JOB PAY - NONREIMBURSABLE | 08/20/2007 | 431 |
| 5673035 | | $1.00 | JOB PAY - NONREIMBURSABLE | 08/20/2007 | 432 |
| 5711026 | | $3.00 | JOB PAY - NONREIMBURSABLE | 08/23/2007 | 433 |
| 5738081 | | $2.00 | JOB PAY - NONREIMBURSABLE | 08/27/2007 | 434 |
| 5825946 | 8/27, 8/28 | $2.00 | JOB PAY - NONREIMBURSABLE | 09/06/2007 | 435 |
| 5958661 | | $1.00 | JOB PAY - NONREIMBURSABLE | 09/18/2007 | 436 |
| 5994257 | | $1.00 | JOB PAY - NONREIMBURSABLE | 09/21/2007 | 437 |
| 6010434 | | $1.00 | JOB PAY - NONREIMBURSABLE | 09/24/2007 | 438 |
| 6001176 | | $1.00 | JOB PAY - NONREIMBURSABLE | 09/24/2007 | 439 |
| 6010179 | | $1.00 | JOB PAY - NONREIMBURSABLE | 09/24/2007 | 440 |
| 6023321 | | $1.00 | JOB PAY - NONREIMBURSABLE | 09/25/2007 | 441 |
| 6054057 | | $1.00 | JOB PAY - NONREIMBURSABLE | 09/28/2007 | 442 |
| 6068915 | | $1.00 | JOB PAY - NONREIMBURSABLE | 10/01/2007 | 443 |
| 6069051 | | $1.00 | JOB PAY - NONREIMBURSABLE | 10/01/2007 | 444 |
| 6069267 | | $1.00 | JOB PAY - NONREIMBURSABLE | 10/01/2007 | 445 |
| 6080880 | | $1.00 | JOB PAY - NONREIMBURSABLE | 10/02/2007 | 446 |
| 6122521 | | $1.00 | JOB PAY - NONREIMBURSABLE | 10/05/2007 | 447 |
| 6139144 | | $1.00 | JOB PAY - NONREIMBURSABLE | 10/08/2007 | 448 |
| 6138847 | | $1.00 | JOB PAY - NONREIMBURSABLE | 10/08/2007 | 449 |
| 6138385 | | $1.00 | JOB PAY - NONREIMBURSABLE | 10/08/2007 | 450 |
| 6150925 | | $1.00 | JOB PAY - NONREIMBURSABLE | 10/09/2007 | 451 |
| 6213601 | | $1.00 | JOB PAY - NONREIMBURSABLE | 10/15/2007 | 452 |
| 6214205 | | $1.00 | JOB PAY - NONREIMBURSABLE | 10/15/2007 | 453 |