# EXHIBIT 42

(REDACTED - PUBLIC VERSION)

| | | | | |
|---|---|---|---|---|
| FAMILY NAME<br>GOMEZ, JONATHAN | | 2. AGE<br>[redacted] 25 | 3. COUNTRY OF CITIZENSHIP<br>[redacted] A[redacted] | |
| 4. ALIAS<br>"FACEBOOK" / "Goofy" | | 5. DATE APPREHENDED<br>06/19/2012 | 6. OFFICE<br>ICE Lewel 2 High | |
| 7. BIRTH DATE<br>[redacted] | | 8. BIRTH PLACE<br>[redacted] | | |
| 9. SEX<br>[redacted] | 10. OSC/WA SERVED<br>☐ Yes  ☐ No | | | |
| 11. FILE NUMBER<br>[redacted] | 12. BOND<br>$  DATE POSTED | | | |
| 13. CINS<br>☐ Yes  ☐ No | 14. MEDICAL ALERT<br>☐ No  ☐ Yes (Explain) | | | |
| | | | 14A. | |
| 15. TRANSFER DATE<br>A 06/19/2012<br>B<br>C | FROM | | TO<br>SAN DIEGO CORRECTIONAL FACILITY<br>CCA  SD  B10 | |
| 16. ADMITTED BY:<br>MARQUEZ [redacted]<br>17. SEARCHED IN BY: [redacted]<br>18. DATE ADMITTED:<br>06/19/2012 | | 19. DATE RELEASED:<br>SEP 18 2013<br>FINGERPRINT<br>VERIFIED IN<br>OMS | 22. RT. INDEX PRINT --IN<br>[redacted] | 23. RT. INDEX PRINT --OUT<br>[redacted] |
| 24. REMARKS | | | | |

FORM I-385 11-15-77j   ALIEN BOOKING RECORD

Sidebar (right edge): GOMEZ, JONATHAN  ICE  DATE:06/18/2012  TIME:2050

Exhibit 42 - Page 463

CCOG00025257

# SAN DIEGO CORRECTIONAL FACILITY
# INMATE/DETAINEE SAFETY RULES

Each new commitment will be required to read and sign the below safety regulations. In the event the inmate/detainee cannot read, the regulations will be read and explained to him/her, and this will be indicated in the signature area. If, for any reason, an inmate/detainee refuses to sign, it will be noted on the bottom portion of this form.

## DISCIPLINARY ACTION MAY RESULT FROM FAILURE TO FOLLOW THESE SAFETY REGULATIONS:

1. Every effort will be made to provide a safe environment for inmates/detainees incarcerated in the facility. Matters relating to occupational safety and health policy and practice will adhere to state and local codes. Compliance with established safety practices will be the responsibility of each CCA employee, inmate and detainee.
2. It is the responsibility of each inmate/detainee worker to use the safety equipment issued to protect them against physical injury and/or health hazards. Make certain you follow instructions for properly wearing required personal protective equipment, such as goggles, aprons, and arm guards before you begin an operation.
3. Hearing protection must be worn on all workstations designated as high noise level areas.
4. You must wear work or safety shoes, when instructed to do so.
5. Report all safety hazards immediately to your work supervisor. Do not continue to work in any area or on any machinery or equipment that is deemed unsafe or improperly guarded by the work supervisor. If your work supervisor does not agree that an unsafe work condition exists, you should report the information to the Safety Officer, either verbally or in writing.
6. Inmates/detainees will perform only work that is assigned to them. Operation of equipment, or performing any operation that has not been specifically assigned, is strictly forbidden.
7. Operating equipment without using the safety guard(s) provided or removal of the safety guard(s) is forbidden.
8. The fabrication or repair of personal items using CCA equipment is against safety regulations and is prohibited.
9. Do not try to adjust, oil, repair, or perform any maintenance on any machine while it is in motion. Stop the machine first. Use the lockout devices where possible.
10. Inmate/detainees who are injured while performing their assigned duties will immediately report such injury to their work supervisor (staff member). Report a work injury to your supervisor or any other staff member immediately.
11. It is the responsibility of each inmate/detainee worker to exercise care, cooperation, and common sense in conducting his/her assigned work. Horseplay on the job or in this facility will not be tolerated.
12. Cell and dayroom fixtures and furniture (chairs, tables, etc.) will not be used as ladders or stepstools for reason.

### "I HAVE READ AND UNDERSTAND THE ABOVE SAFETY RULES"

Inmate/detainee Signature: GOMEZ, JONATHAN  ICE
DATE: 06/18/2012   TIME: 2050
Date: 6/19/12

Staff Witness Signature
Date: 6/19/12

Form 19-100B

Exhibit 42 - Page 464

CCOG00025271

# CANTEEN CORRECTIONAL SERVICES
# INMATE TRAINING
# LESSON PLAN

## COURSE TITLE: KITCHEN EQUIPMENT

### Lesson Title: Safety Precautions (all equipment)

Course Objective: To instruct inmate workers on the following safety guidelines for all kitchen equipment.

Equipment/Supplies Required: Slicer or Mixer to be used in demonstration.

Lesson Tools: Presenter Demonstrations/Lecture

Safety precautions must be observed and proper maintenance and cleaning must be consistently applied in order to keep equipment functioning properly and to prevent injury or accidents. Observe the following safety guidelines when working with any kitchen equipment.

1. Obtain proper instruction in the machine's safe operation. Do not be afraid to ask questions.
2. First turn off and then unplug electrical equipment before assembling or breaking down the equipment for cleaning.
3. Use all safety features: Be sure that lids are secure, hand guards are used, and the piece of equipment is stable.
4. Clean and sanitize the equipment thoroughly after each use.
5. Be sure that all pieces of equipment are properly reassembled and left unplugged after each use.
6. Report any problems or malfunctions promptly to your supervisor.

Presenter uses a particular piece of equipment to demonstrate [illegible] and set-up

C8

Exhibit 42 - Page 465

CCOG00025313

# CANTEEN CORRECTIONAL SERVICES
# INMATE TRAINING
# LESSON PLAN

## COURSE TITLE: KITCHEN EQUIPMENT

### Lesson Title: Stoves, Ranges and Ovens – THE BASICS

Course Objective: To instruct and demonstrate to the inmate workers the various pieces of equipment listed above.

Equipment/Supplies Required: Demonstrator to lecture at each piece of equipment listed above, point out its features and explain what it does.

Lesson Tools: Presenter Demonstrations/Lecture

It is difficult to imagine a kitchen without a stove. The stove top is known as the range; the oven is usually below the range. There are a number of different variations on this standard arrangement, however, just as there a number of different range tops and ovens available today.

RANGES – Gas or electric ranges are available in many sizes with various combinations of open burners, flattops (not to be confused with griddle units), and ring tops. Open burners and ring tips supply direct heat, which is easy to change and control. Small units known as candy stoves or stockpot ranges have rings of gas jets that allow for excellent heat control. Flat-tops provide indirect heat, which is more even and less intense than direct heat. Foods that require long, slow cooking, such as stocks, are more effectively cooked on a flat-top.

Open Burner – This is an individual grate-style burner that allows for easy adjustment of heat.

Flat-Top – This consists of a thick plate of cast-iron or steel set over the heat source. Flat-tops give relatively even and consistent heat but do not allow for quick adjustment of temperature.

Ring Top – This is flat-top with concentric rings or plates that can be removed to widen or close the opening, supplying more or less direct heat.

Induction Burner – This is a relatively new technology based on the transference of an electric current into a magnetic vibration. It is the vibration that heats the pan as it sits on the top of the burner. The food is cooked via heat transferred from the pan while the burner itself stays cool. The pan for this type of burner must be made of steel or iron. Copper and aluminum cookware will not accept this type of process.

C3

Exhibit 42 - Page 466

CCOG00025314

CANTEEN CORRECTIONAL SERVICES
INMATE TRAINING
LESSON PLAN

GOMEZ, JONATHAN
ICE
DATE: 06/18/2012   TIME: 2050

COURSE TITLE: KITCHEN EQUIPMENT

Lesson Title: Griddles and Grills – THE BASICS

Course Objective: To instruct and demonstrate to the inmate workers the various pieces of equipment listed above.

Equipment/Supplies Required: Demonstrator to lecture inmate workers the various pieces of equipment (if available), listed above.

Lesson Tools: Presenter Demonstrations/Lecture

There are two other over/range features, the griddle and the grill that are part of the traditional commercial food service setup.

GRIDDLE – Similar to a flat-top range top, a griddle has a heat source located beneath a thick plate of metal, generally cast-iron or steel. The food is cooked directly on this surface. A griddle may be a gas or electric.

GRILLS, BROILERS AND SALAMANDER – In a grill, the heat source is located below the rack, in a boiler or salamander the heat source is above. Some units have adjustable racks, which allow the food to be raised or lowered to control cooking speed. Most units are gas, although electric units with ceramic "rocks" create a bed of coals, producing the effect of a charcoal grill. Salamanders are small broilers used primarily to finish or glaze foods.

C6

Exhibit 42 - Page 467

CCOG00025315

## CANTEEN CORRECTIONAL SERVICES — JOB DESCRIPTION

Our mission is to: Provide wholesome hot meals in a timely manner and in accordance to the established menu, to all residents and staff of San Diego Correctional Facility every day of the year.

### SANITATION WORKER

PURPOSE: To maintain a clean and sanitary kitchen in a correctional food service program.

DUTIES:

A. The *Sanitation Worker* in the area of "Sanitation" will:
  1. Check cleaning schedule daily.
  2. Assist in the cleaning of all areas of the kitchen.
  3. Use only authorized cleaning chemicals.
  4. Clean and sanitize equipment per written instructions.
  5. Sweep and mop floors as required throughout the day.
  6. Keep trash containers emptied.
  7. Clean restrooms, hand sinks, and break areas at designated times.
  8. Clean walls, ceilings and other areas with proper cleaning equipment.
  9. Keep all cleaning chemicals away from food area.
  10. Follow instructions from staff personnel in the cleaning and sanitizing of the kitchen.
  11. Assist in any other duties deemed necessary by food service.

B. The *Sanitation Worker* in the area of "Equipment Usage" will:
  1. Completely understand the operation and safety procedures of all cleaning equipment.
  2. Make sure that equipment is in the proper working condition at all times.
  3. Place cleaning equipment in the proper working condition at all times.
  4. Assist in any other duties deemed necessary by food service.

"All kitchen workers will wear hair restraints, etc. while in the kitchen and gloves when handling food."

Print Name: _____ A#: _____

Signature: [redacted]

6/19/12

GOMEZ, JONATHAN
ICE
DATE: 06/18/2012  TIME: 2050

C11

Exhibit 42 - Page 468

CCOG00025316

# CANTEEN CORRECTIONAL SERVICES
## INMATE AGREEMENT CONTRACT

DATE: 6/19/12

I, __Jonathan__ agree to abide by and follow any and all rules and regulations set by the CANTEEN Company and or any regulatory agency governing to operations of the Food Service Department.

1. I will perform duties as listed and described on any Job Description and any additional work assigned to me by a Food Service Supervisor to the best of my ability.
2. I will work the times assigned me as scheduled by the Food Service Department.
3. I will eat only during designed break times, set by the Food Service Department.
4. I will eat off the service line only those items and portions served to the General Population, unless assigned a special diet or unless permitted by a Food Service Supervisor.
5. I will not be in possession of, nor will I cook or prepare items which are not designated menued items for that particular meal for myself or others, unless directed to do so by a Food Service Supervisor.
6. I will not eat, drink, or smoke in any food preparation area, dish room, or food storage areas.
7. I am not allowed in the Food Service Department Office unless authorized by the Site Manager.
8. I will not attempt to nor remove any food items, supplies, or equipment from the Food Service Building unless directed to do so by Food Service Supervisor.
9. I will take breaks only when scheduled or approved by a Food Service Supervisor.
10. I will not bring any personal property into the kitchen or dining facility, including radios, stereos, games, cards, etc.
11. I will not enter the Food Service Department kitchen at unscheduled times, unless called for or authorized by a Supervisor.
12. I will wear clean kitchen whites and appropriate hair coverings at all times while in any food preparation, dish room or food storage areas.
13. I understand that by not complying with these and other rules and regulations listed and described in the *San Diego Correctional Facility Inmate/Detainee Admission and Orientation Handbook*, it could result in disciplinary action, loss of good time and or loss of my job.
14. I understand that I shall be evaluated on my job performance on a monthly basis, which could effect, pay, promotions, demotions or loss of job.

JOB: _____

Inmate Name: _____
Last    First    M.I.    D.O.B #

SIGNATURE _____   6/19/12

FOOD SERVICE SUPERVISOR: _____
Last    First    MI    Title   Supervisor

SIGNATURE _____   DATE   6 zo K

GOMEZ, JONATHAN
C1    ICE
DATE: 06/18/2012    TIME: 2050

Exhibit 42 - Page 469

CCOG00025317

CANTEEN CORRECTIONAL SERVICES

## INMATE KITCHEN WORKER HYGIENE AND GROOMING STANDARDS

Report to work in a clean uniform as specified by the correctional facility.

Hair restraints are to be worn at all times in the production, storage, and serving areas.

Jewelry is not to be worn, other than a watch, wedding ring or stud earrings.

Practice personal cleanliness:

- Take a bath or shower daily
- Brush your teeth at least twice a day
- Use a deodorant
- Wash hair at least once a week and keep it neat
- Keep nails clean, neat and well-trimmed
- Wear clean undergarments daily

Avoid touching your face, hair or nose. Do not scratch, pick sores or work with open wounds.

Wash hands frequently and every time after having performed one of these activities:

- Visiting the toilet
- Coughing or sneezing into hands or handkerchief
- Touching your face, nose or hair
- Smoking: the saliva from the butt of the cigarette or cigar will contaminate hands
- Handling boxes, crates, packages
- Handling garbage
- Handling anything soiled

Report to your supervisor when you have been injured, including minor injuries such as cuts and burns. Report any skin eruptions, boils and the like.

Report to your supervisor any illness of the respiratory system (head colds, etc.) and intestinal disorders, such as diarrhea.

Keep hands and fingers out of food; do not taste food with your fingers; use a clean tasting spoon each time.

As much as possible, use utensils for preparing food. Use tongs, spoon, forks, etc., for handling ice, butter (Oleo) rolls, breads, etc., instead of using hands. Be sure all utensils are clean before using.

Observe the "No Smoking" rule in all food preparation and service and storage areas

Avoid touching parts of dishes, trays, and utensils that will come in contact with food.

If food must be manipulated by hand, use plastic disposable gloves. Dispose of used gloves.

I HAVE READ, UNDERSTAND, AND AGREE TO ABIDE BY THE ABOVE STATED STANDARDS TO THE BEST OF MY ABILITY.

INMATE SIGNATURE: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   DATE: 6/49/12

TRAINER/MANAGER'S SIGNATURE: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   DATE: 6-20-12

Exhibit 42 - Page 470

CCOG00025318

# Inmate/Resident Pre-Assignment Training Record

11-1E

Inmate Name / **Nombre del Confinado:** _____

Inmate Number / **Numero de Registro:** _____

Date Hired / **Fecha de Inicio:** _____

GOMEZ, JONATHAN
DATE:06/18/2012   ICE
TIME:2050

- [x] Job Description Review
       **Descripcion del Trabajo**
- [x] Food Service Department Rules & Regulations
       **Reglas & Regulaciones del Departamento del Servicio de Comida**
- [x] Food Safety
       **Comida Saludable**
- [x] Accident Prevention
       **Prevencion de Accidentes**
- [x] Use of Safety Equipment
       **Uso del Equipo de Seguridad**
- [x] Chemical Usage
       **Uso de los Quimicos**
- [x] Floor Care
       **Cuidado del Piso**
- [x] Sanitation & Hygiene Issues
       **Limpieza y Higiene**
- [ ] Food Service Space and Equipment – Proper Operation and Cleaning
       **Equipo y Espacio del Servicio de Alimentos – Limpieza y Operacion Adecuada**

- [ ] Other / Otro:
- [ ] Other / Otro:
- [ ] Other / Otro:
- [ ] Other / Otro:
- [ ] Other / Otro:

---

I certify that I have received the training listed above and am responsible [for] my work duties as trained

Yo certifico que he recibido el entrenamiento que esta en el listado de arriba soy responsable de hacer el trabajo basado en el entramiento.

Inmate ▮▮▮▮▮▮    Inmate/Resident Number    Date 6/19/12

Signature of Staff Trainer    Date 6 20 12

Proprietary Information – Not For Distribution – Copyrighted · Property of CCA

Exhibit 42 - Page 471

CCOG00025319

AJD 203

# Detainee/Inmate Voluntary Work Program Agreement
## San Diego Correctional Facility

Detainees/Inmates that participate in the volunteer work program will not be permitted to work in excess of (7) hours daily or (35) hours weekly.

Detainees/Inmates that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees/Inmates must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation will be $1.00 per day.

I, __Gomez__, A# or Reg. # __[redacted]__ have read, and
  Detainee/Inmate Name
understand. I will comply with the above. I have received and understand relevant safety training regarding my work assignment.

__Windows ) Doors__
Work Assignment

[redacted]
Detainee/Inmate Signature

[redacted]
Staff Signature

Date: 8-30-12

Date: 8-30-12

---

## Detendio/Prisionero acuerdo de Programa de Trabajo Voluntario
## Facilidad de Correccion en San Diego

Detenido/Prisionero que participa en el programa de trabajo voluntario no se le permitira trabajar en el exceso de (7) horas diarias o (35) horas a la semana.

Detenido/Prisioneros que participen en el programa de trabajo voluntario requieren que trabajen segun el horario indicado y que participen en todas las clases de entrenamiento relacionado al trabajo. Faltas sin excusas del trabajo o mala conducta de trabajo puede resultar en removerlo del programa voluntario de trabajo. Detenidos/Prisioneros tienen que adherirse a todas las regulaciones de seguridad y todas las normas de medico y limpieza asociado con el trabajo asignado Compensacion sera $1.00 por dia.

Yo, _____, A# or Reg.# _____ yo he leido, entiendo y estoy de acuerdo a cumplir con todo. Recivi y entiendo el entrenamiento de seguridad relevante a my trabajo indicado.

Trabajo indicado

Firma de Detenido/Prisionero

Staff Signature

Fecha

Date

19-100A

Exhibit 42 - Page 472

CCOG00025320

A0109

# Detainee/Inmate Voluntary Work Program Agreement
## San Diego Correctional Facility

Detainees/Inmates that participate in the volunteer work program will not be permitted to work in excess of (7) hours daily or (35) hours weekly.

Detainees/Inmates that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees/Inmates must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation will be $1.00 per day.

I, _____GOMEZ_____, A# or Reg. # _____ have read, and
    Detainee/Inmate Name
understand. I will comply with the above. I have received and understand relevant safety training regarding my work assignment.

STAGING/CHEMICAL (OFF FRI-SAT)
_____
Work Assignment

_____          05/10/13
Detainee/Inmate Signature         Date

_____          05/10/13
Staff Signature                  Date

---

## Detendio/Prisionero acuerdo de Programa de Trabajo Voluntario
## Facilidad de Correccion en San Diego

Detenido/Prisionero que participa en el programa de trabajo voluntario no se le permitira trabajar en el exceso de (7) horas diarias o (35) horas a la semana.

Detenido/Prisioneros que participen en el programa de trabajo voluntario requieren que trabajen segun el horario indicado y que participen en todas las clases de entrenamiento relacionado al trabajo. Faltas sin excusas del trabajo o mala conducta de trabajo puede resultar en removerlo del programa voluntario de trabajo. Detenidos/Prisioneros tienen que adherirse a todas las regulaciones de seguridad y todas las normas de medico y limpieza asociado con el trabajo asignado. Compensacion sera $1.00 por dia.

Yo, _____, A# or Reg.# _____ yo he leido, entiendo y estoy de acuerdo a cumplir con todo. Recivi y entiendo el entrenamiento de seguridad relevante a my trabajo indicado.

_____
Trabajo indicado

_____          _____
Firma de Detenido/Prisionero    Fecha

_____          _____
Staff Signature                 Date

Exhibit 42 - Page 473

CCOG00025321