UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>Defendant. | Case No.: 17-CV-1112 JLS (NLS)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**<br><br>(ECF No. 113) |

Presently before the Court is Defendant CoreCivic, Inc.'s Motion for Leave to Exceed Page Limitation re: Memorandum in Opposition to Plaintiffs' Motion for Class Certification ("Mot.," ECF No. 113). Defendant contends that "[t]he 25-page limit does not allow CoreCivic to adequately present the[] many arguments to the Court" that are necessitated by Plaintiffs' four-page motion and 25-page memorandum seeking to certify five classes, which is supported by more than 1,100 pages of evidence. *Id.* at 2. "Although CoreCivic is still refining [its] Opposition, which could end up being less than 35 pages, it requests leave to file one that does not exceed 35 pages out of an abundance of caution." *Id.* Plaintiffs would not stipulate to the requested increase without Defendant stipulating to an increase in the page limitation for their reply. *Id.* at 3.

17-CV-1112 JLS (NLS)

The Court notes that Plaintiffs were able to address their 1,100 pages of evidence and the seven Rule 23 prerequisites as to their five proposed classes within the 25-page limit set by Civil Local Rule 7.1(h). *See generally* ECF No. 84-1. Nonetheless, good cause appearing and to ensure Defendant is not prejudiced, the Court **GRANTS** Defendant's Motion. Accordingly, Defendant **MAY FILE** an opposition to Plaintiffs' motion for class certification not to exceed thirty-five (35) pages.

**IT IS SO ORDERED.**

Dated: July 10, 2019

Hon. Janis L. Sammartino
United States District Judge

17-CV-1112 JLS (NLS)