| | |
|---|---|
| 1 | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
|   | Daniel P. Struck, AZ Bar #012377 |
| 2 | *(admitted pro hac vice)* |
|   | Rachel Love, AZ Bar #019881 |
| 3 | *(admitted pro hac vice)* |
|   | Nicholas D. Acedo, AZ Bar #021644 |
| 4 | *(admitted pro hac vice)* |
|   | Ashlee B. Hesman, AZ Bar #028874 |
| 5 | *(admitted pro hac vice)* |
|   | Jacob B. Lee, AZ Bar #030371 |
| 6 | *(admitted pro hac vice)* |
|   | 3100 West Ray Road, Suite 300 |
| 7 | Chandler, Arizona  85226 |
|   | Tel.:  (480) 420-1600 |
| 8 | Fax:  (480) 420-1695 |
|   | dstruck@strucklove.com |
| 9 | rlove@strucklove.com |
|   | nacedo@strucklove.com |
| 10 | ahesman@strucklove.com |
|    | jlee@strucklove.com |
| 11 | |
| 12 | LAW OFFICE OF ETHAN H. NELSON |
|    | Ethan H. Nelson, CA Bar #262448 |
|    | 4 Park Plaza, Suite 1025 |
| 13 | Irvine, California 92614 |
|    | Tel.: (949) 229-0961 |
| 14 | Fax: (949) 861-7122 |
|    | ethannelsonesq@gmail.com |
| 15 | |
|    | Attorneys for Defendant/Counter-Claimant |
| 16 | CoreCivic, Inc. |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., a Maryland corporation,<br><br>    Defendant. | NO. 3:17-cv-01112-JLS-NLS<br><br>**INDEX TO EXHIBITS TO DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS** |

Index to Exhibits                                                                                          17cv01112-JLS-NLS

CoreCivic, Inc., a Maryland corporation,

   Counter-Claimant,

v.

Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated,

   Counter-Defendants.

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| 1 | Declaration of S. Simmons in Support of Defendant's Memorandum of Points and Authorities in Support of Motion for Judgment on the Pleadings | 001-077 |
|  | Attachment A – CoreCivic's Form 10-Q for the Quarter Ending June 30, 2017 | 005-055 |
|  | Attachment B – CoreCivic's Supplemental Financial Information for the Quarter Ending June 30, 2017 | 057-077 |
| 2 | Declaration of T. Peaks in Support of Defendant's Memorandum of Points and Authorities in Support of Motion for Judgment on the Pleadings | 078-080 |