**EXHIBIT 2**

**EXHIBIT 2**

| | |
|---|---|
| 1 | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
| | Daniel P. Struck, AZ Bar #012377 |
| 2 | (admitted pro hac vice) |
| | Rachel Love, AZ Bar #019881 |
| 3 | (admitted pro hac vice) |
| | Nicholas D. Acedo, AZ Bar #021644 |
| 4 | (admitted pro hac vice) |
| | Ashlee B. Hesman, AZ Bar #028874 |
| 5 | (admitted pro hac vice) |
| | Jacob B. Lee, AZ Bar #030371 |
| 6 | (admitted pro hac vice) |
| | 3100 West Ray Road, Suite 300 |
| 7 | Chandler, Arizona 85226 |
| | Tel.: (480) 420-1600 |
| 8 | Fax: (480) 420-1695 |
| | dstruck@strucklove.com |
| 9 | rlove@strucklove.com |
| | nacedo@strucklove.com |
| 10 | ahesman@strucklove.com |
| | jlee@strucklove.com |
| 11 | |
| | LAW OFFICE OF ETHAN H. NELSON |
| 12 | Ethan H. Nelson, CA Bar #262448 |
| | 4 Park Plaza, Suite 1025 |
| 13 | Irvine, California 92614 |
| | Tel.: (949) 229-0961 |
| 14 | Fax: (949) 861-7122 |
| | ethannelsonesq@gmail.com |
| 15 | |
| | Attorneys for Defendant/Counter-Claimant |
| 16 | CoreCivic, Inc. |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated, | NO. 3:17-cv-01112-JLS-NLS |
| 20 | | **DECLARATION OF T. PEAKS, II IN SUPPORT OF DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| 21 | Plaintiffs, | |
| 22 | v. | |
| 23 | CoreCivic, Inc., a Maryland corporation, | |
| 24 | | |
| 25 | Defendant. | |

| | |
|---|---|
| 1 | CoreCivic, Inc., a Maryland corporation, |
| 2 | |
| | Counter-Claimant, |
| 3 | |
| | v. |
| 4 | |
| | Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated, |
| 5 | |
| 6 | |
| | Counter-Defendants. |
| 7 | |

I, T. Peaks, II, make the following Declaration:

1. I am over the age of 18 years and competent to testify to the matters set forth in this Declaration.

2. I make this Declaration in support of CoreCivic's Memorandum in Opposition to Plaintiffs' Motion for Class Certification based on my own personal knowledge and my review of the relevant documents as maintained by CoreCivic in the usual course of business.

3. I am employed by CoreCivic as the Headquarters & Facility Support Center in Tennessee at Director of Payroll, a position I have held since July 2018. My previous position was Payroll Manager, which I held from October 2010 until June 2018.

4. My duties as Director of Payroll include management of all aspects of payroll and payroll processing.

5. At the end of June 30, 2017, CoreCivic employed approximately 13,120 employees, of which 418 were employed at its corporate offices and 12,702 were employed at 46 correctional and detention facilities and 28 residential reentry facilities that it owned, controlled, or leased across the United States.

6. Of these employees, CoreCivic employed approximately 459 employees at facilities that it owned, controlled, or leased in California.

I declare under penalty of perjury that the foregoing is true and correct to the

Declaration of T. Peaks, II     2     17cv01112-JLS-NLS

EXHIBIT 2
Page 079

best of my knowledge.

      EXECUTED this <u>11</u> day of July, 2019 at Brentwood, Tennessee.

                                                          _____
                                                          T. Peaks, II

3599861.1