STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, AZ Bar #012377
*(admitted pro hac vice)*
Rachel Love, AZ Bar #019881
*(admitted pro hac vice)*
Nicholas D. Acedo, AZ Bar #021644
*(admitted pro hac vice)*
Ashlee B. Hesman, AZ Bar #028874
*(admitted pro hac vice)*
Jacob B. Lee, AZ Bar #030371
*(admitted pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com

LAW OFFICE OF ETHAN H. NELSON
Ethan H. Nelson, CA Bar #262448
4 Park Plaza, Suite 1025
Irvine, California 92614
Tel.: (949) 229-0961
Fax: (949) 861-7122
ethannelsonesq@gmail.com

Attorneys for Defendant/Counter-Claimant
CoreCivic, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., a Maryland corporation,<br><br>Defendant. | NO. 3:17-cv-01112-JLS-NLS<br><br>**INDEX TO EXHIBITS IN SUPPORT OF DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Index to Exhibits                                                                 17cv01112-JLS-NLS

CoreCivic, Inc., a Maryland corporation,

    Counter-Claimant,

v.

Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated,

    Counter-Defendants.

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| 1 | Declaration of R. Crouch in Support of Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification | 0001-0009 |
|  | Attachment A – Photograph of Hygiene Items (CCOG00002334) | 0007 |
|  | Attachment B – Photograph of Clothing Items (CCOG00103844) | 0009 |
| 2 | Declaration of Michael Donahue in Support of Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification | 0010-0017 |
| 3 | Declaration of Jason Ellis in Support of Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification | 0018-0023 |
| 4 | Declaration of F. Hood in Support of Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification | 0024-0065 |
|  | Attachment A – Stewart Detention Center May 17, 2013 Disciplinary Report (containing confidential detainee information) (CCOG00098516-CCOG00098522)) | 0035-0041 |
|  | Attachment B – Stewart Detention Center May 20, 2014 Disciplinary Report (containing confidential detainee information) (CCOG00098568-CCOG00098575) | 0043-0050 |

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
|  | Attachment C – Stewart Detention Center August 27, 2018 Disciplinary Report (containing confidential detainee information) (CCOG00098618-CCOG00098627) | 0052-0061 |
|  | Attachment D – Photograph of Hygiene and Clothing Items Provided to New Inmates/Residents at Stewart Detention Center (CCOG00103845) | 0063 |
|  | Attachment E – Photograph of Hygiene Items Provided to All Detainees (CCOG00103846) | 0065 |
| 5 | Declaration of Chuck Keeton in Support of Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification | 0066-0071 |
| 6 | Declaration of Kris Kline in Support of Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification | 0072-0084 |
|  | Attachment A – Photograph of Hygiene Items Provided to All Detainees (CCOG00103847-CCOG00103848) | 0079-0080 |
|  | Attachment B – Photograph of Clothing Items Provided to All Detainees (CCOG00103849-CCOG00103851) | 0082-0084 |
| 7 | Declaration of Warden Robert Lacy, Jr., in Support of Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification | 0085-0096 |
|  | Attachment A – Photograph of Hygiene Items Provided to Detainees (CCOG00103852) | 0094 |
|  | Attachment B – Photograph of Clothing Items Provided to Detainees (CCOG00103853) | 0096 |
| 8 | Declaration of L. Mallamas in Support of Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification | 0097-0127 |
|  | Attachment A – Commissary Inventory List, Otay Mesa Detention Center, dated September 14, 2018 (CCOG00095508-CCOG00095510) | 0104-0106 |

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
|  | Attachment B – Commissary Inventory List, San Diego Correctional Facility, dated May 30, 2014 (CCOG00095519-CCOG00095520) | 0108-0109 |
|  | Attachment C – Commissary Inventory List, Houston Processing Center, dated May 17, 2019 (CCOG00095540-CCOG00095541) | 0111-0112 |
|  | Attachment D – Commissary Inventory List, Stewart Detention Center, dated May, 17, 2019 (CCOG00095561-CCOG00095563) | 0114-0116 |
|  | Attachment E – Commissary Inventory List, Central Arizona Florence Correctional Complex, dated May 17, 2019 (CCOG00095521-CCOG00095524) | 0118-0121 |
|  | Attachment F – Commissary Inventory List, Laredo Processing Center, dated May 17, 2019 (CCOG00095545-CCOG00095546) | 0123-0124 |
|  | Attachment G – Commissary Inventory List, Eloy Detention Center, dated May 17, 2019 (CCOG00095535-CCOG00095536) | 0126-0127 |
| 9 | Declaration of Assistant Warden A. Meyers in Support of Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification | 0128-0133 |
| 10 | Declaration of D. Minehart in Support of Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification | 0134-0138 |
| 11 | Declaration of T. Mohn in Support of Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification | 0139-0366 |
|  | Attachment A – Eloy Detention Center Local Disciplinary Report No. 11591 for ICE Detainee CB (CCOG00096967-CCOG00096976) | 0157-0166 |
|  | Attachment B – Eloy Detention Center Local Disciplinary Report No. 11977 for ICE Detainee LBJ (CCOG00096859-CCOG00096867) | 0168-0176 |

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
|  | Attachment C – Eloy Detention Center Disciplinary Summary Report for ICE Detainee LBJ (CCOG00096856-CCOG00096857) | 0178-0179 |
|  | Attachment D – Eloy Detention Center Local Disciplinary Report No. 11999 for ICE Detainee CSV (CCOG00097334-CCOG00097338) | 0181-0185 |
|  | Attachment E – Eloy Detention Center Local Disciplinary Report No. 12287 for ICE Detainee SMB (CCOG00097204-CCOG00097207) | 0187-0190 |
|  | Attachment F – Eloy Detention Center Local Disciplinary Report No. 12323 for ICE Detainee DM (CCOG00097058-CCOG00097065) | 0192-0199 |
|  | Attachment G – Eloy Detention Center Disciplinary Summary Report for ICE Detainee DM (CCOG00097022-CCOG00097048) | 0201-0227 |
|  | Attachment H – Eloy Detention Center Local Disciplinary Report No. 12374 for ICE Detainee DM (CCOG00097066-CCOG00097073) | 0229-0236 |
|  | Attachment I – Eloy Detention Center Local Disciplinary Report No. 12424 for ICE Detainee CHG (CCOG00097002-CCOG00097007) | 0238-0243 |
|  | Attachment J – Eloy Detention Center Local Disciplinary Report No. 12453 for ICE Detainee DM (CCOG00097074-CCOG00097081) | 0245-0252 |
|  | Attachment K – Eloy Detention Center Local Disciplinary Report No. 12493 for ICE Detainee JDB (CCOG00096994-CCOG00096997) | 0254-0257 |
|  | Attachment L – Eloy Detention Center Local Disciplinary Report No. 12517 for ICE Detainee DM (CCOG00097082-CCOG00097090) | 0259-0267 |
|  | Attachment M – Eloy Detention Center Local Disciplinary Report No. 12528 for ICE Detainee DM (CCOG00097099-CCOG00097106) | 0269-0276 |

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| | Attachment N – Eloy Detention Center Local Disciplinary Report No. 12559 for ICE Detainee DM (CCOG00097107-CCOG00097114) | 0278-0285 |
| | Attachment O – Eloy Detention Center Local Disciplinary Report No. 12566 for ICE Detainee DM (CCOG00097123-CCOG00097130) | 0287-0294 |
| | Attachment P – Eloy Detention Center Local Disciplinary Report No. 12582 for ICE Detainee DM (CCOG00097131-CCOG00097138) | 0296-0303 |
| | Attachment Q – Eloy Detention Center Local Disciplinary Report No. 12594 for ICE Detainee DM (CCOG00097155-CCOG00097162) | 0305-0312 |
| | Attachment R – Eloy Detention Center Local Disciplinary Report No. 12601 for ICE Detainee DM (CCOG00097163-CCOG00097170) | 0314-0321 |
| | Attachment S – Eloy Detention Center Local Disciplinary Report No. 12592 for ICE Detainee DM (CCOG00097147-CCOG00097154) | 0323-0330 |
| | Attachment T – Eloy Detention Center Local Disciplinary Report No. 15946 for ICE Detainee AM (CCOG00097323-CCOG00097330) | 0332-0339 |
| | Attachment U – Eloy Detention Center Disciplinary Summary Report for ICE Detainee AM (CCOG00097303-CCOG00097313) | 0341-0351 |
| | Attachment V – Eloy Detention Center Local Disciplinary Report No. 151133 for ICE Detainee YMA (CCOG00097179-CCOG00097186) | 0353-0360 |
| | Attachment W – Eloy Detention Center Disciplinary Summary Report for ICE Detainee YMA (CCOG00097173-CCOG00097177) | 0362-0366 |
| 12 | Declaration of T. Peaks in Support of Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification | 0367-0369 |

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| 13 | Declaration of Warden Orlando Perez in Support of Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification | 0370-0381 |
|  | Attachment A – Photograph of Hygiene Items Provided to Detainees (CCOG00103854) | 0379 |
|  | Attachment B – Photograph of Clothing Items Provided to Detainees (CCOG00103855) | 0381 |
| 14 | Declaration of J. Rodriguez, Jr. in Support of Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification | 0382-0386 |
| 15 | Declaration of S. Simmons in Support of Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification | 0387-0463 |
|  | Attachment A – CoreCivic's Form 10-Q for the Quarter Ending June 30, 2017 | 0390-0441 |
|  | Attachment B – CoreCivic's Supplemental Financial Information for the Quarter Ending June 30, 2017 | 0443-0463 |
| 16 | Declaration of S. Stone in Support of Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification | 0464-0470 |
| 17 | Declaration of D. Topasna in Support of Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification | 0471-0480 |
| 18 | Sections 1.2, 3.1, and 5.8 of 2016 Revisions to 2011 Performance-Based National Detention Standards | 0481-0516 |
| 19 | INS Detention Standards, Voluntary Work Program, September 20, 2000; Disciplinary Policy, September 20, 2000 | 0517-0586 |
| 20 | Otay Mesa Detention Center Policy 18-100 Classification Housing, Work & Program Plan, dated June 30, 2017 (CCOG00035305-CCOG00035315) | 0587-0612 |
| 21 | Otay Mesa Detention Center Policy 19-100 Inmate Detainee Employment System (ICE Only), dated June 30, 2017 (CCOG00002817-CCOG00002822) | 0613-0622 |

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| 22 | ICE National Detainee Handbook, April 2016 | 0623-0650 |
| 23 | *Ahmed, et al. v. CoreCivic, Inc.*, Brief for the United States as Amicus Curiae in Support of Neither Party | 0651-0675 |
| 24 | San Diego Correctional Facility Trust Account Summary of Detainee Owino (CCOG00002338-CCOG00002464) | 0676-0802 |
| 25 | San Diego Correctional Facility Trust Account Summary of Detainee Gomez (CCOG00002465-CCOG00002485) | 0803-0823 |
| 26 | Trust Account Summary of Detainee MAH (OMDC) (CCOG00056567-CCOG00056591) | 0824-0848 |
| 27 | Chart depicting evidence attached in support of Plaintiffs' Motion for Class Certification | 0849 |
| 28 | Deposition Excerpts, Jason Ellis, March 4-5, 2019 | 0850-0882 |
| 29 | Deposition Excerpts, Troy Pollock, February 26, 2019 | 0883-0892 |
| 30 | Deposition Excerpts, Fred Figueroa, February 19, 2019 | 0893-0898 |
| 31 | Deposition Excerpts, Susan Huffman, January 21, 2019 | 0899-0902 |
| 32 | Records of Deportable/Inadmissible Aliens | 0903-0935 |
| 33 | Declaration of Jacob B. Lee in Support of Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification | 0936-0939 |