EXHIBIT 1

EXHIBIT 1

1  STRUCK LOVE BOJANOWSKI & ACEDO, PLC
   Daniel P. Struck, AZ Bar #012377
2  *(admitted pro hac vice)*
   Rachel Love, AZ Bar #019881
3  *(admitted pro hac vice)*
   Nicholas D. Acedo, AZ Bar #021644
4  *(admitted pro hac vice)*
   Ashlee B. Hesman, AZ Bar #028874
5  *(admitted pro hac vice)*
   Jacob B. Lee, AZ Bar #030371
6  *(admitted pro hac vice)*
   3100 West Ray Road, Suite 300
7  Chandler, Arizona 85226
   Tel.: (480) 420-1600
8  Fax: (480) 420-1695
   dstruck@strucklove.com
9  rlove@strucklove.com
   nacedo@strucklove.com
10 ahesman@strucklove.com
   jlee@strucklove.com
11
   LAW OFFICE OF ETHAN H. NELSON
12 Ethan H. Nelson, CA Bar #262448
   4 Park Plaza, Suite 1025
13 Irvine, California 92614
   Tel.: (949) 229-0961
14 Fax: (949) 861-7122
   ethannelsonesq@gmail.com
15
   Attorneys for Defendant/Counter-Claimant
16 CoreCivic, Inc.

17              **UNITED STATES DISTRICT COURT**

18              **SOUTHERN DISTRICT OF CALIFORNIA**

19 | Sylvester Owino and Jonathan Gomez,    | NO. 3:17-cv-01112-JLS-NLS
20 | on behalf of themselves, and all others |
   | similarly situated,                     | **DECLARATION OF R. CROUCH**
21 |                                         | **IN SUPPORT OF DEFENDANT'S**
   |                    Plaintiffs,          | **MEMORANDUM IN OPPOSITION**
22 |                                         | **TO PLAINTIFFS' MOTION FOR**
   | v.                                      | **CLASS CERTIFICATION**
23 | CoreCivic, Inc., a Maryland             |
   | corporation,                            |
24 |                                         |
   |                    Defendant.           |
25
26
27
28

   Declaration of R. Crouch                              17cv01112-JLS-NLS

**EXHIBIT 1**
**Page 0001**

CoreCivic, Inc., a Maryland
corporation,

            Counter-Claimant,

v.

Sylvester Owino and Jonathan Gomez,
on behalf of themselves, and all others
similarly situated,

            Counter-Defendants.

I, R. Crouch, make the following Declaration:

1.    I am over the age of 18 years and competent to testify to the matters set forth in this Declaration. I make this Declaration in support of CoreCivic's Memorandum in Opposition to Plaintiffs' Motion for Class Certification based on my own personal knowledge and my review of the relevant documents as maintained by CoreCivic in the usual course of business.

2.    I have been in corrections for over 14 years, since May 2005. I have been employed by CoreCivic since January 2007, when I started as the Business Manager at CoreCivic's San Diego Correctional Facility ("SDCF"), located in San Diego, California. I remained in that position until the facility closed in 2015, at which time I became the Business Manager at CoreCivic's Otay Mesa Detention Center ("OMDC"), also located in San Diego, California, a position I continue to hold. Except as otherwise specified, my statements in this Declaration apply to both facilities.

3.    As the Business Manager, I am responsible for finance and accounting of all facility funds, financial activity, and detainee accounts. I also provide management and oversight of the facility warehouse, commissary, and laundry.

4.    When new detainees arrive at the facility, they are provided the following clothing and hygiene items consistent with the requirements of the ICE Performance-Based National Detention Standards:

        a. 3 uniforms (shirts and pants);

Declaration of R. Crouch          2          17cv01112-JLS-NLS

**EXHIBIT 1**
**Page 0002**

1        b.  5 t-shirts;

2        c.  5 pair of socks;

3        d.  5 underwear;

4        e.  1 pair of shoes;

5        f.  1 pair of shower shoes;

6        g.  1 combination shampoo/body wash;

7        h.  1 comb;

8        i.  1 toothbrush;

9        j.  1 tube of toothpaste;

10       k.  2 bars of soap;

11       l.  1 packet of lotion;

12       m. 1 sanitary napkin (as applicable); and

13       n.  1 roll of toilet paper.

14   Razors are available upon request. Photographs that accurately depict the types of

15   hygiene and clothing items that are provided to new detainees are attached as

16   Attachments A and B, respectively.

17       5.    Detainees are informed during orientation that if they run out of a

18   hygiene item, or if an item of clothing gets worn out, all they have to do is ask a

19   staff member in the unit for a new one, and it will be provided to them.

20       6.    If an item of clothing is observed to be worn out or to have graffiti on

21   it by the laundry, it will be replaced on a one-to-one basis. To obtain new containers

22   of shampoo/body wash and other hygiene items in a container, the detainee must

23   return the empty container in exchange for the new one.

24       7.    These instructions are also posted on housing unit bulletin boards and

25   covered in the detainee handbook and occasionally during regular town hall

26   meetings. (*See, e.g.,* Doc. 85-22 at CCOG00019849.)

27       8.    Laundry is done every day according to a weekly schedule broken

28   down by clothing item type and color (whites versus colors). The schedule is posted

Declaration of R. Crouch          3          17cv01112-JLS-NLS

**EXHIBIT 1**
**Page 0003**

1   on the housing unit bulletin boards and in a memorandum on the podium in the

2   unit, and is occasionally covered during regular town hall meetings.

3       9.    I am not aware of any detainee ever complaining that they did not have

4   enough clothing to last between laundry cycles, or that they do not have enough

5   clothing in general.

6       10.    Detainees are provided three meals per day that are approved by a

7   registered dietician to ensure they provide sufficient calories and nutrients, and that

8   they provide sufficient variety.

9       11.    The facility also makes a commissary available to detainees, from

10  which they can purchase certain food, hygiene items, clothing, and other items. The

11  commissary inventory is approved by CoreCivic's Facility Support Center.

12      12.    The hygiene and clothing items available from the commissary are

13  different than those provided for free to all detainees in that they generally provide

14  detainees additional options in terms of brands, scents, colors, sizes, styles, etc.

15      13.    Because the facility provides detainees with meals and basic clothing

16  and hygiene items, the commissary is intended to provide detainees options. It is

17  not necessary for a detainee to purchase food, clothing, or hygiene items from the

18  commissary.

19      14.    A trust account is created for every new detainee, whether they arrive

20  with money or not, and whether they state they would like to participate in the

21  facility Voluntary Work Program ("VWP") or not.

22      15.    If a detainee arrives at the facility with cash, it is deposited into their

23  account. If a detainee participates in the VWP, their daily pay is deposited into their

24  account, and will show on their account history as "Job Pay."

25      16.    Detainees' friends and family can also deposit money into their

26  accounts by (1) sending the money through Western Union, or (2) sending a

27  cashier's check or money order to CoreCivic's designated "lockbox" in Atlanta,

28

Declaration of R. Crouch                    4                    17cv01112-JLS-NLS

**EXHIBIT 1**
**Page 0004**

Georgia. Instructions for both methods are in the detainee handbooks. (*See, e.g.,* Doc. 85-22 at CCOG00019863.)

17.     Outside deposits from Western Union will state "Western Union" in the account history. Outside deposits to the lock box will state "Lockbox."

18.     When an ICE detainee leaves the facility, any money remaining in their account is cashed out to the detainee.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 9 day of July, 2019 at San Diego, California.

R. Crouch

3598749.1

Declaration of R. Crouch                             5                        17cv01112-JLS-NLS

**EXHIBIT 1**
**Page 0005**

# ATTACHMENT A

# ATTACHMENT A

**EXHIBIT 1**
**Page 0006**



**CCOG00002334**

**EXHIBIT 1**
**Page 0007**

# ATTACHMENT B

# ATTACHMENT B

**EXHIBIT 1**
**Page 0008**



**EXHIBIT 1**
**Page 0009**

**EXHIBIT 2**

**EXHIBIT 2**

1 STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, AZ Bar #012377
2 *(admitted pro hac vice)*
Rachel Love, AZ Bar #019881
3 *(admitted pro hac vice)*
Nicholas D. Acedo, AZ Bar #021644
4 *(admitted pro hac vice)*
Ashlee B. Hesman, AZ Bar #028874
5 *(admitted pro hac vice)*
Jacob B. Lee, AZ Bar #030371
6 *(admitted pro hac vice)*
3100 West Ray Road, Suite 300
7 Chandler, Arizona 85226
Tel.: (480) 420-1600
8 Fax: (480) 420-1695
dstruck@strucklove.com
9 rlove@strucklove.com
nacedo@strucklove.com
10 ahesman@strucklove.com
jlee@strucklove.com
11
LAW OFFICE OF ETHAN H. NELSON
12 Ethan H. Nelson, CA Bar #262448
4 Park Plaza, Suite 1025
13 Irvine, California 92614
Tel.: (949) 229-0961
14 Fax: (949) 861-7122
ethannelsonesq@gmail.com
15
Attorneys for Defendant/Counter-Claimant
16 CoreCivic, Inc.

17                **UNITED STATES DISTRICT COURT**

18              **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 19 Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others 20 similarly situated,<br><br>21              Plaintiffs,<br><br>22 v.<br><br>23 CoreCivic, Inc., a Maryland corporation,<br>24<br>25              Defendant. | NO. 3:17-cv-01112-JLS-NLS<br><br>**DECLARATION OF MICHAEL DONAHUE IN SUPPORT OF DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

26

27

28

Declaration of Michael Donahue                    17cv01112-JLS-NLS

**EXHIBIT 2**
**Page 0010**

1   CoreCivic, Inc., a Maryland
    corporation,
2
                        Counter-Claimant,
3
4   v.

5   Sylvester Owino and Jonathan Gomez,
    on behalf of themselves, and all others
6   similarly situated,

7                        Counter-Defendants.

8          I, Michael Donahue, make the following Declaration:

9          1.     I am over the age of 18 years and competent to testify to the matters

10  set forth in this Declaration. I make this Declaration in support of CoreCivic's

11  Memorandum in Opposition to Plaintiffs' Motion for Class Certification based on

12  my own personal knowledge and my review of the relevant documents as

13  maintained by CoreCivic in the usual course of business.

14         2.     I have been in corrections for over 30 years. I started as a Correctional

15  Officer with the Connecticut Department of Corrections. I have been employed by

16  CoreCivic since 2009, when I started as an Assistant Warden at CoreCivic's

17  Florence Correctional Center, located in Florence, Arizona. In November 2010, I

18  became Warden at CoreCivic's West Tennessee Detention Facility in Manson,

19  Tennessee, as Warden. In 2012, I became Warden at CoreCivic's Hardeman

20  County Correctional Center, in Whiteville, Tennessee. I served as the Warden of

21  CoreCivic's Eloy Detention Center ("EDC"), located in Eloy, Arizona, from May

22  2015 until February 2019.

23         3.     I am currently the Warden of CoreCivic's Stewart Detention Center,

24  located in Lumpkin, Georgia. As Warden, I am responsible for managing the

25  operational function of the facility, providing guidance and leadership to facility

26  staff, and maintaining standards of compliance for internal and external

27  stakeholders, including contracting agencies.

28

Declaration of Michael Donahue            2                    17cv01112-JLS-NLS

**EXHIBIT 2**
**Page 0011**

**Housekeeping**

4.     I am familiar with the procedures outlined in EDC's Policy 12-100, Daily Housekeeping Plan. This policy is intended to ensure compliance with ICE's Performance-Based National Detention Standards ("PBNDS") as required by the contract with ICE to house immigration detainees at EDC.

5.     EDC uses a cell block-style housing unit. Each cell includes its own toilet and sink. A detainee's cell is their assigned living area.

6.     Policy 12-100 requires all detainees to maintain the common living area in a clean and sanitary manner. The common living area is defined as "Any area in the unit other than the assigned cell that is used by all inmates/residents assigned to that unit." This includes the dayroom.

7.     This policy only requires detainees to clean up after themselves in the common living areas. For example, if a detainee spills a drink on the floor, or if something in the microwave bubbles over, they are expected to clean up the mess, rather than leaving it for someone else to clean up later. Detainees participating in the VWP will clean up the mess if a detainee refuses to do so.

8.     The policy does not, however, require detainees to clean up after other detainees in the common living areas. The only detainees who clean up messes other than those they made themselves are those who volunteer to participate in the VWP and are assigned as unit porters. Such detainees are paid $1 per day for their participation. No other detainees are assigned jobs in the common living area.

9.     Policy 12-100 states that "Trash will not be thrown anywhere except in the trash containers provided in each unit." This statement refers to each detainee's responsibility to clean up after themselves. Detainees are required to throw their trash in the designated trash containers, not on the floor or anywhere else in the common area. Detainees are also required to keep their assigned living area free of trash. Because detainee cells do not include trash bins, they must dispose of their personal trash in the dayroom trash container.

Declaration of Michael Donahue                    3                    17cv01112-JLS-NLS

**EXHIBIT 2**
**Page 0012**

10.     The only detainees who are required to pick up trash that is not their own are those who volunteer to participate in the VWP and are assigned as unit porters. Similarly, the only detainees who are required to empty the trash containers in the unit are those who volunteer to participate in the VWP and are assigned as unit porters.

11.     Policy 12-100 states that "Towels, blankets, clothing or any personal belongings will not be left in the common area." This statement also refers to each detainee's responsibility to clean up after themselves. Detainees are required to keep their own personal belongings in their assigned living areas, and to pick up their own personal belongings from the common living areas. Staff members in the housing units communicate to detainees that their personal belongings must be placed in their cells when not in use.

12.     The only detainees who are required to pick up personal belongings that are not their own are those who volunteer to participate in the VWP and are assigned as unit porters.

13.     Policy 12-100 states in relation to the common living area that "The walls will be kept free of writing." This statement prohibits detainees from writing on the walls. If a detainee writes on a wall, and a staff member sees them doing so, the detainee is expected to clean off their writing. The same applies to their assigned living areas.

14.     The only detainees who are required to clean someone else's writing off the walls are those who volunteer to participate in the VWP and are assigned as unit porters.

15.     Policy 12-100 states that "Inmate/resident workers will be assigned to each area on a regular basis to perform the daily cleaning routine of the common area." This statement refers to detainees who volunteer to participate in the VWP and are assigned as unit porters. Detainees who choose not to participate in the VWP are not expected to assist in the daily cleaning of the common area.

Declaration of Michael Donahue                4                17cv01112-JLS-NLS

**EXHIBIT 2**
**Page 0013**

16.     The daily cleaning routine performed by VWP unit porters, as stated in Policy 12-100, includes removing trash; sweeping and wet mopping the floors (at least once daily and as needed during the day); cleaning and scrubbing the toilets, sinks, and showers; wiping off furniture; and other tasks assigned by unit staff to maintain clean and sanitary conditions in the unit.

17.     These tasks are performed only by detainees who volunteer to participate in the VWP and are assigned as unit porters. Detainees who choose not to participate in the VWP are not required to complete these tasks.

18.     Each housing unit at EDC has three to five porters assigned to the unit. The unit porters perform the daily cleaning routine on an as-needed basis during their shift. Their shifts typically run from 8:00 a.m. to 11:00 a.m., from 1:00 p.m. to 4:00 p.m., and from 7:00 p.m. until 11:00 p.m. Each porter typically spends no more than 20 to 30 minutes performing any one cleaning, and no more than three hours total per day.

19.     Policy 12-100 states that "All inmates/residents are responsible for maintaining their assigned living area in a clean and sanitary manner on a daily basis." Again, the assigned living area at EDC is a detainee's cell.

20.     Detainees are not expected to clean beyond their assigned living areas. Within their assigned living area, however, detainees are expected to keep trash and combustible materials such as boxes, newspapers, magazines, and other papers from accumulating; keep their personal belongings in a neat and orderly manner; keep their windows clean and free of any material; and make their beds.

21.     Unit staff provide detainees the equipment and supplies necessary to complete these tasks each day. Cleaning chemicals are provided to detainees upon request. Cleaning equipment was available in the mop closet, which detainees had access to.

**EXHIBIT 2**
**Page 0014**

1   22.   Detainees do not eat their meals in the common area. EDC has a chow

2   hall where detainees eat their meals. Detainees are expected to return their own tray

3   to the tray rack when they were done eating in the chow hall.

4   **Discipline**

5   23.   If a detainee participating in the VWP does not show up for their shift,

6   or shows up for their shift but then refuses to work, a detention office will speak to

7   them to identify the issue. No disciplinary action is taken against a detainee

8   participating in the VWP who does not want to work, and no detainees participating

9   in the VWP are ever compelled to work. They are simply removed from the

10   program and a note is put in their file about the removal.

11   24.   If a detainee not participating in the VWP walks away from a mess

12   they made in the common area or refuses to clean their assigned living area, they

13   may face disciplinary action. Whether disciplinary action is imposed is determined

14   on a case-by-case basis based on considerations including the detainee's

15   disciplinary history, but where it is imposed, typical sanctions include reprimand,

16   loss of commissary, or loss of privileges.

17   25.   Because EDC is a secure detention facility, it is important for

18   detainees to obey staff orders to maintain the safe and orderly operation of the

19   facility. Nevertheless, disciplinary segregation is not given as a sanction for refusal

20   to obey an order except under extreme circumstances, including where a detainee

21   has previously been disciplined many times for refusing to obey an order. Sanctions

22   for refusal to obey an order typically include loss of privileges (commissary,

23   recreation, etc.). A detainee would not be given disciplinary segregation for

24   refusing an order to clean their assigned living area.

25   26.   Disciplinary sanctions for conduct that disrupts or interferes with the

26   security or orderly running of the facility are not very common. Sanctions typically

27   include loss of privileges (commissary, recreation, etc.), but not segregation. When

28

Declaration of Michael Donahue                 6                 17cv01112-JLS-NLS

EXHIBIT 2
Page 0015

1    segregation is given as a sanction for disruptive behavior, the behavior at issue is

2    usually related to violence or incitement of a riot.

3        27.    I do not recall segregation ever being used as a sanction for failure to

4    clean one's assigned living area or for refusal to participate in the VWP while I was

5    at EDC.

6                            **Commissary/Basic Necessities**

7        28.    When new detainees arrive at EDC, they are provided the following

8    clothing and hygiene items consistent with the requirements of the PBNDS:

9                    a.  2 uniforms (shirts and pants);

10                   b.  4 pair of underwear;

11                   c.  4 pair of socks;

12                   d.  1 pair of shoes

13                   e.  1 toothbrush;

14                   f.  1 tube of toothpaste;

15                   g.  1 bar of soap;

16                   h.  1 bottle of shampoo;

17                   i.  1 comb; and

18                   j.  1 roll of toilet paper.

19   Razors are available upon request.

20       29.    The difference between the shampoo, soap, toothbrush, paste, and

21   comb provided by the facility and the like-items sold at the commissary was brand.

22   The commissary sold brand name basic necessity items typically found at grocery

23   chains, while the facility provided generic basic necessities.

24       30.    If the detainee requested more basic necessities, the facility would

25   provide them. Detainees were not required to participate in the VWP to receive

26   basic necessities.

27

28

Declaration of Michael Donahue              7                    17cv01112-JLS-NLS

**EXHIBIT 2**
**Page 0016**

1      31.   Detainees were not deprived of basic necessities. Detainees could ask

2 for additional basic necessities at any time, and they would receive them.

3      32.   Clothing was laundered twice a week.  Blankets were laundered

4 monthly.

5      33.   If clothing was torn or too big, detainees could do a one-for-one

6 exchange, where they would return the item and receive another one.

7     I declare under penalty of perjury that the foregoing is true and correct to the

8 best of my knowledge.

9     EXECUTED this ___ day of July, 2019 at Shelby, Montana.

12                        Michael Donahue

13 3599660.1

Declaration of Michael Donahue       8       17cv01112-JLS-NLS

EXHIBIT 2
Page 0017

**EXHIBIT 3**

**EXHIBIT 3**

1    STRUCK LOVE BOJANOWSKI & ACEDO, PLC
       Daniel P. Struck, AZ Bar #012377
2    *(admitted pro hac vice)*
       Rachel Love, AZ Bar #019881
3    *(admitted pro hac vice)*
       Nicholas D. Acedo, AZ Bar #021644
4    *(admitted pro hac vice)*
       Ashlee B. Hesman, AZ Bar #028874
5    *(admitted pro hac vice)*
       Jacob B. Lee, AZ Bar #030371
6    *(admitted pro hac vice)*
       3100 West Ray Road, Suite 300
7    Chandler, Arizona  85226
       Tel.:  (480) 420-1600
8    Fax:  (480) 420-1695
       dstruck@strucklove.com
9    rlove@strucklove.com
       nacedo@strucklove.com
10   ahesman@strucklove.com
       jlee@strucklove.com
11
       LAW OFFICE OF ETHAN H. NELSON
12   Ethan H. Nelson, CA Bar #262448
       4 Park Plaza, Suite 1025
13   Irvine, California 92614
       Tel.: (949) 229-0961
14   Fax: (949) 861-7122
       ethannelsonesq@gmail.com
15
       Attorneys for Defendant/Counter-Claimant
16   CoreCivic, Inc.

17              **UNITED STATES DISTRICT COURT**

18          **SOUTHERN DISTRICT OF CALIFORNIA**

19   Sylvester Owino and Jonathan Gomez,     NO. 3:17-cv-01112-JLS-NLS
       on behalf of themselves, and all others
20   similarly situated,                   **DECLARATION OF JASON ELLIS**
                                        **IN SUPPORT OF DEFENDANT'S**
21             Plaintiffs,           **MEMORANDUM IN OPPOSITION**
                                        **TO PLAINTIFFS' MOTION FOR**
22   v.                                  **CLASS CERTIFICATION**

23   CoreCivic, Inc., a Maryland
       corporation,
24
                   Defendant.
25

26

27

28

       Declaration of Jason Ellis                                            17cv01112-JLS-NLS

**EXHIBIT 3**
**Page 0018**

CoreCivic, Inc., a Maryland
corporation,

             Counter-Claimant,

v.

Sylvester Owino and Jonathan Gomez,
on behalf of themselves, and all others
similarly situated,

             Counter-Defendants.

     I, Jason Ellis, make the following Declaration:

     1.    I am over the age of 18 years and competent to testify to the matters set forth in this Declaration.

     2.    I make this Declaration in support of CoreCivic's Memorandum in Opposition to Plaintiffs' Motion for Class Certification based on my own personal knowledge and my review of the relevant documents as maintained by CoreCivic in the usual course of business.

     3.    I am Managing Director of Operations at CoreCivic, Division Four, which includes immigration correction enforcement facilities, contracted facilities, and detention centers or jails.

     4.    For purposes relevant to Plaintiffs' National Class allegations, CoreCivic housed ICE detainees at 24 facilities in 11 States:

| FACILITY NAME | LOCATION | CONTRACT TYPE | CAPACITY |
|---|---|---|---|
| California City Correctional Facility | California City, CA | USMS Contract, with ICE as authorized user | 1300 |
| Central Arizona Detention Center | Florence, AZ | USMS Contract, with ICE as authorized user | N/A |
| Central Arizona Florence Correctional Complex | Florence, AZ | USMS Contract, with ICE as authorized user | 4128 |

Declaration of Jason Ellis          2          17cv01112-JLS-NLS

**EXHIBIT 3**
**Page 0019**

| FACILITY NAME | LOCATION | CONTRACT TYPE | CAPACITY |
|---|---|---|---|
| Cibola County Correctional Center | Milan, NM | Exclusive ICE IGSA with County, with CoreCivic as service provider | 1129 |
| Citrus County Detention Center | Lecanto, FL | ICE Authorized User under County IGSA with USMS - CoreCivic Manages Facility for County | 760 |
| Elizabeth Detention Center | Elizabeth, NJ | ICE Contract Detention Facility | 300 |
| Eloy Detention Center | Eloy, AZ | Dedicated ICE IGSA with City, with CoreCivic as service provider | 1500 |
| Florence Correctional Center | Florence, AZ | USMS Contract, with ICE as authorized user | N/A |
| Hernando County Detention Center | Brooksville, FL | ICE Authorized User under County IGSA with USMS - CoreCivic Manages Facility for County | 876 |
| Houston Processing Center | Houston, TX | ICE Contract Detention Facility | 1000 |
| La Palma Correctional Center | Eloy, AZ | Exclusive ICE IGSA with City, with CoreCivic as service provider | 3060 |
| Laredo Processing Center | Laredo, TX | Dedicated IGSA with County, with CoreCivic as service provider | 258 |
| Nevada Southern Detention Center | Pahrump, NV | USMS Contract, with ICE as authorized user | 1072 |
| North Georgia Detention Center | Gainesville, GA | Dedicated ICE IGSA with County, with CoreCivic as Service Provider | 511 |
| Northeast Ohio Correctional Center | Youngstown, OH | ICE Contract Detention Facility | 2016 |

Declaration of Jason Ellis                3                17cv01112-JLS-NLS

**EXHIBIT 3**
**Page 0020**

| FACILITY NAME | LOCATION | CONTRACT TYPE | CAPACITY |
|---|---|---|---|
| Otay Mesa Detention Center | San Diego, CA | Considered ICE Contract Detention Facility, but actually OFDT Contract with ICE and USMS as authorized users. | 1482 |
| San Diego Correctional Facility | San Diego, CA | Considered ICE Contract Detention Facility, but actually OFDT Contract with ICE and USMS as authorized users. | 1000 |
| South Texas Family Residential Center | Dilley, TX | Dedicated ICE IGSA for Family Residential Center with City, with CoreCivic as Service Provider | 2400 |
| Stewart Detention Center | Lumpkin, GA | Dedicated ICE IGSA with County, with CoreCivic as Service Provider | 1752 |
| T. Don Hutto Residential Center | Taylor, TX | Dedicated ICE IGSA for Family Residential Center with County, with CoreCivic as Service Provider | 512 |
| Tallahatchie County Correctional Facility | Tutwiler, MS | USMS IGSA with County, with ICE as authorized user and CoreCivic as Service Provider | 2672 |
| Torrance County Detention Facility | Estancia, NM | USMS IGSA with County, with ICE as authorized user and CoreCivic as Service Provider | 910 |

Declaration of Jason Ellis                    4                    17cv01112-JLS-NLS

**EXHIBIT 3**
**Page 0021**

| FACILITY NAME | LOCATION | CONTRACT TYPE | CAPACITY |
|---|---|---|---|
| Webb County Detention Center | Laredo, TX | Dedicated IGSA with County, with CBP as additional authorized user and CoreCivic as Service Provider (formerly USMS Contract with ICE and CBP as authorized users) | 480 |
| West Tennessee Detention Facility | Mason, TN | USMS Contract, with ICE as authorized user | 600 |

5.     Otay Mesa Detention Center is currently CoreCivic's only ICE detention facility in California.  The California City Correctional Facility closed on November 28, 2013, and all ICE detainees were transferred to other facilities.  The San Diego Correctional Facility closed in October 2015, and all ICE detainees were transferred to OMDC.

6.     The Central Arizona Detention Center and Florence Correctional Center merged to form the Central Arizona Florence Correctional Complex in June 2017.

7.     CoreCivic is required to comply with ICE's National Detention Standards or ICE's Performance Based National Detention Standards ("PBNDS") at its ICE detention facilities.  The Otay Mesa Detention Center must comply with the PBNDS.  Because the South Texas Family Residential Center houses families, it must comply with ICE's Family Residential Standards. The T. Don Hutto Residential Center housed families until approximately September 2009, and since that time houses female detainees only.  It too must comply with ICE's Family Residential Standards.

8.     When detainees are processed into a facility or center, they are provided a copy of ICE's National Detainee Handbook.

Declaration of Jason Ellis                    5                    17cv01112-JLS-NLS

**EXHIBIT 3**
**Page 0022**

1       9.    CoreCivic is required to provide a Voluntary Work Program ("VWP")

2   for detainees at its ICE detention facilities and family residential centers.

3       10.    The purpose of the VWP is to reduce the negative impact of

4   confinement through decreased idleness, improved morale and fewer disciplinary

5   incidents.  In my opinion, this is true.  In addition, in my experience, detainees

6   enjoy working in the VWP, as it gives them the opportunity to be active, break up

7   their day, leave their unit, gain skills and training, and earn money to purchase

8   luxury items in the commissary.

9       I declare under penalty of perjury that the foregoing is true and correct to the

10  best of my knowledge.

11      EXECUTED this **10** day of July, 2019 in Nashville, Tennessee.

12

13                     _Jason Ellis_

14                Jason Ellis

15  3599861.1

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Jason Ellis          6          17cv01112-JLS-NLS

**EXHIBIT 3**
**Page 0023**

**EXHIBIT 4**

**REDACTED**

**EXHIBIT 4**

1  STRUCK LOVE BOJANOWSKI & ACEDO, PLC
   Daniel P. Struck, AZ Bar #012377
2  *(admitted pro hac vice)*
   Rachel Love, AZ Bar #019881
3  *(admitted pro hac vice)*
   Nicholas D. Acedo, AZ Bar #021644
4  *(admitted pro hac vice)*
   Ashlee B. Hesman, AZ Bar #028874
5  *(admitted pro hac vice)*
   Jacob B. Lee, AZ Bar #030371
6  *(admitted pro hac vice)*
   3100 West Ray Road, Suite 300
7  Chandler, Arizona 85226
   Tel.: (480) 420-1600
8  Fax: (480) 420-1695
   dstruck@strucklove.com
9  rlove@strucklove.com
   nacedo@strucklove.com
10 ahesman@strucklove.com
   jlee@strucklove.com
11
   LAW OFFICE OF ETHAN H. NELSON
12 Ethan H. Nelson, CA Bar #262448
   4 Park Plaza, Suite 1025
13 Irvine, California 92614
   Tel.: (949) 229-0961
14 Fax: (949) 861-7122
   ethannelsonesq@gmail.com
15
   Attorneys for Defendant/Counter-Claimant
16 CoreCivic, Inc.

17              **UNITED STATES DISTRICT COURT**

18            **SOUTHERN DISTRICT OF CALIFORNIA**

19 Sylvester Owino and Jonathan Gomez,        NO. 3:17-cv-01112-JLS-NLS
   on behalf of themselves, and all others
20 similarly situated,                        **DECLARATION OF F. HOOD IN**
                                              **SUPPORT OF DEFENDANT'S**
21              Plaintiffs,                    **MEMORANDUM IN OPPOSITION**
                                              **TO PLAINTIFFS' MOTION FOR**
22 v.                                          **CLASS CERTIFICATION**

23 CoreCivic, Inc., a Maryland
   corporation,
24
                Defendant.
25

26

27

28

   Declaration of F. Hood                                    17cv01112-JLS-NLS

**EXHIBIT 4**
**Page 0024**

CoreCivic, Inc., a Maryland
corporation,

                Counter-Claimant,

v.

Sylvester Owino and Jonathan Gomez,
on behalf of themselves, and all others
similarly situated,

                Counter-Defendants.

I, F. Hood, make the following Declaration:

1.     I am over the age of 18 years and competent to testify to the matters set forth in this Declaration. I make this Declaration in support of CoreCivic's Memorandum in Opposition to Plaintiffs' Motion for Class Certification based on my own personal knowledge and my review of the relevant documents as maintained by CoreCivic in the usual course of business.

2.     I have worked for CoreCivic since July 2007. In July 2007, I began as a Detention Officer at CoreCivic's Stewart Detention Center ("SDC") located in Lumpkin, Georgia. CoreCivic owns and operates SDC pursuant to a correctional services agreement with Immigration and Customs Enforcement ("ICE").

3.     Since that time I have held various positions including Assistant Shift Supervisor, Shift Supervisor, and Unit Manager.

4.     Currently, I am the Assistant Chief of Security ("ACOS"). I have served in this role since May 5, 2016. As the ACOS, I assist in developing policies and procedures to ensure the proper operation of the facility, supervise the enforcement of rules and regulations, cooperate with other managers in their assignment to provide services to inmates/residents, schedule work shifts and provide adequate shift coverage, oversee post assignments, daily inspect of logs, and much more.

Declaration of F. Hood           2           17cv01112-JLS-NLS

**EXHIBIT 4**
**Page 0025**

**Housekeeping**

5.     I am familiar with the procedures outlined in Policy 12-100, Daily Housekeeping Plan. This policy complies with ICE's Performance-Based National Detention Standards ("PBNDS") as is required by the contract with ICE to house immigration inmates/residents at SDC.

6.     Policy 12-100 states that "All inmates/residents assigned to a unit are responsible for maintaining the common living area in a clean and sanitary manner." The common area is defined as any area in the housing unit outside the inmate/resident's assigned living area that is used by all inmates/residents in that unit. This includes the dayroom, sinks, toilets, and showers.

7.     The policy only requires inmates/residents to clean up after themselves in the common areas. For example, if an inmate/resident spills a drink on the floor, or if something they were cooking in the microwave bubbles over, they are expected to clean up their mess, rather than leaving it for the assigned porters to clean up later.

8.     The policy does not, however, require inmates/residents to clean up after other inmates/residents in common areas. The only inmates/residents who clean up messes other than those they made themselves are those inmates/residents who volunteered to participate in the Voluntary Work Program ("VWP") and are assigned as unit or shower porters. VWP unit porters are paid $2 per day for their participation. VWP shower porters are paid $3 per day for their participation. No other inmates/residents are assigned jobs or required to work in or clean up the common area.

9.     Policy 12-100 states that "Trash will not be thrown anywhere except in the trash containers provided in each unit." This statement refers to each inmate/resident's responsibility to clean up after themselves. Inmates/residents are required to throw their trash in the designated trash containers, not on the floor or

Declaration of F. Hood                              3                              17cv01112-JLS-NLS

**EXHIBIT 4**
**Page 0026**

anywhere else in the common areas. Inmates/residents are also required to keep their assigned living areas free of trash.

10.     The only inmates/residents who are required to pick up trash that is not their own are those who volunteer to participate in the VWP and are assigned as unit/shower porters. Similarly, the only inmates/residents who are required to empty the trash containers in the unit are those who volunteer to participate in the VWP and are assigned as unit/shower porters.

11.     Policy 12-100 states that "Towels, blankets, clothing or any personal belongings will not be left in the common area." This statement also refers to each inmate/resident's responsibility to clean up after themselves. Inmates/residents are required to keep their personal belongings in their assigned living areas, and to pick up their own personal belongings from the common areas. Clothing and other personal items left in the common areas are subject to confiscation by staff.

12.     The only inmates/residents who are required to pick up personal belongings that were not their own are those who volunteer to participate in the VWP and are assigned as unit/shower porters.

13.     Policy 12-100 states that "The walls in the common areas will be kept free of writing." This prohibits inmates/residents from writing on the walls. If an inmate/resident writes on a wall, they are expected to clean off the writing. The same goes for their assigned living areas, each of which is inspected prior to a new inmate/resident moving in.

14.     The only inmates/residents who are required to clean someone else's writing off the walls are those who volunteer to participate in the VWP and are assigned as unit/shower porters.

15.     Policy 12-100 states that "Inmate/resident workers will be assigned to each area on a permanent basis to perform the daily cleaning routine of the common area." This statement refers to inmates/residents who volunteer to participate in the VWP and are assigned as unit/shower porters. Inmates/residents who choose not to

Declaration of F. Hood                    4                    17cv01112-JLS-NLS

EXHIBIT 4
Page 0027

participate in the VWP are not expected to assist in the daily cleaning of the common area.

16.     The daily cleaning routine performed by VWP unit/shower porters, as stated in Policy 12-100, includes removing the trash; sweeping and wet mopping the floors (at least once daily and as needed during the day); cleaning and scrubbing the toilets, sinks, and showers; wiping off furniture; and other tasks as assigned by unit staff to maintain clean and sanitary conditions in the unit.

17.     These tasks were performed only by inmates/residents who volunteer to participate in the VWP and are assigned as unit/shower porters. Inmates/residents who choose not to participate in the VWP are not required to complete these tasks.

18.     It is rare to not have enough VWP porters to complete the daily cleaning routine. If this occurs, staff perform the daily cleaning routine.

19.     Each housing pod at SDC has two unit porters and two shower porters assigned to it. The porters perform the daily cleaning routine two to three times per day. Each porter typically spends approximately two to three hours at most performing these tasks each day.

20.     Policy 12-100 states that "All inmates/residents are responsible for maintaining their assigned living area in a clean and sanitary manner on a daily basis." In a dorm setting, the assigned living area includes an inmate/resident's bed and the immediate area around it. In a cell setting, the assigned living area includes an inmate/resident's cell.

21.     Inmates/residents are not required to clean beyond their assigned living areas. Within their assigned living areas, however, inmates/residents are expected to keep trash and combustible materials such as boxes, newspapers, magazines, and other papers from accumulating; keep their personal belongings in a neat and orderly manner; keep their window sills (if they have them) free of any material; keep the walls (if they have them) free of writing; sweep their floors; and make their beds.

**EXHIBIT 4**
**Page 0028**

### Discipline

22.    Prohibited acts and sanctions are divided into categories based on their severity. Among the "high moderate" offenses are 306 (refusal to clean assigned living area), 307 (refusal to obey a staff member/officer's order), and 399 (conduct that disrupts or interferes with the security or orderly running of the facility). These categories and offense codes are required by ICE and ICE's PBNDS.

23.    Disciplinary violations range from 100-series ("greatest" offenses) to 400-series ("low moderate" offenses). 300-series offenses are considered lower-level offenses for which the disciplinary process is handled in-unit. Sanctions for these offenses typically include loss of privileges (commissary, recreation, etc.), loss of job, restriction to housing unit, and a reprimand or warning.

24.    When a staff member observes a violation of faciliy rules/policies, they may issue a disciplinary report and submit it to their supervisor. If the supervisor decides to proceed with the disciplinary report, within 24 hours of the incident, the supervisor will serve the disciplinary report on the inmate/resident, advise him of the infraction, and obtain his side of the story. The supervisor then orders an investigation.

25.    The disciplinary and investigation reports for these offenses are submitted to the Unit Disciplinary Committee ("UDC"). The UDC decides whether a violation occurred and, if so, the appropriate sanction to be imposed under the circumstances, including whether the inmate/resident is a repeat offender and the severity of the offense.

26.    Disciplinary segregation is typically reserved for the most severe offenses that impact the safety and security of the institution, such as assaults or possession of contraband/weapons.

27.    ICE reviews all disciplinary segregation placements. Additionally, each week, CoreCivic and ICE meet to discuss all disciplinary segregation

Declaration of F. Hood                        6                        17cv01112-JLS-NLS

**EXHIBIT 4**
**Page 0029**

1    placements and whether the inmate/resident should remain in disciplinary

2    segregation housing or be released.

3        28.    I was provided and have reviewed Exhibit 31 to the April 15, 2019

4    Declaration of Eileen R. Ridley in Support of Plaintiff's Motion for Class

5    Certification, which are excerpts from the SDC Disciplinary Log. (Doc. 85-32.)

6        29.    **Attachment A** is a true and correct copy of SDC records pertaining to

7    the May 17, 2013 Disciplinary Report for **Begin Confidential Information\*\*\***

8    [REDACTED] **\*\*\*End Confidential Information,** who

9    was charged with disobeying staff directives to stand for count, and which

10   corresponds to the entry identified as Row 198 on Doc. 85-32.

11       30.    **Attachment B** is a true and correct copy of SDC records pertaining to

12   the May 20, 2014 Disciplinary Report for **Begin Confidential Information\*\*\***

13   [REDACTED] **\*\*\*End Confidential Information,** who was

14   charged with refusing to pick up trash and remove paper from the light of the cell in

15   which he was assigned, and which corresponds to the entry identified as Row 652

16   on Doc. 85-32.

17       31.    **Attachment C** is a true and correct copy of SDC records pertaining to

18   the August 27, 2018 Disciplinary Report for **Begin Confidential Information\*\*\***

19   [REDACTED] **\*\*\*End Confidential Information,** who was

20   charged for refusing to obey an order to sit in a certain location in the chow hall,

21   and which corresponds to the entry identified as Row 2341 on Doc. 85-32.

22       32.    In my twelve years working for CoreCivic, I have never seen

23   disciplinary segregation given as a sanction for an inmate/resident's refusal to clean

24   their  assigned living area.

25       33.    Most often, if an inmate/resident refuses to clean his assigned living

26   area, he is given a verbal warning, which usually resolves the issue.

27       34.    Nor has an inmate/resident ever been placed in disciplinary

28   segregation or given any other disciplinary sanction for refusing to participate in the

Declaration of F. Hood                    7                        17cv01112-JLS-NLS

EXHIBIT 4
Page 0030

VWP, volunteering for the VWP and then refusing to report to their assigned work location, or volunteering for the VWP and then refusing to complete their assigned task. Facility supervisors are trained and instructed that participation in the VWP is strictly voluntary.

35.     If an inmate/resident refuses to work, or no longer wishes to participate in the VWP, he is simply removed from the program. No disciplinary report or other sanction is issued.

36.     Inmates/residents who volunteer to participate in the VWP, and whose job assignment is outside their housing unit, are called out and escorted from their housing units to their work areas according to a set schedule. This is done to ensure that inmates/residents do not work more than they are permitted to work by policy, and to ensure that they are paid for the days they work.

37.     Because SDC is a secure detention facility, it is important for inmates/residents to obey staff orders to maintain the safe and orderly operation of the facility. Nevertheless, disciplinary segregation is not given as a sanction for refusal to obey an order except under extreme circumstances. Sanctions for refusal to obey an order typically include loss of privileges (commissary, recreation, etc.) or restriction to housing unit.[1]

38.     Disciplinary sanctions for conduct that disrupts or interferes with the security or orderly running of the facility are rare. When they are given, it is usually related to count procedures (failure to stand for count, not being in the inmate/resident's designated area during count, etc.). Sanctions typically include

---

[1] Disciplinary segregation is a form of separation from the general population in which inmates/residents are confined for a period of time in a segregation cell. While in segregation, an inmate/resident's property and privileges are restricted. Restriction to housing unit requires an inmate/resident to remain in their housing unit for a period of time, but does not restrict them from any in-unit activities or privileges.

Declaration of F. Hood                 8                 17cv01112-JLS-NLS

EXHIBIT 4
Page 0031

loss of privileges (commissary, recreation, etc.) or restriction to housing unit, but not segregation.

### Commissary/Basic Necessities

39.     When new inmates/residents arrive at SDC, they are provided the following clothing and hygiene items consistent with the requirements of the PBNDS.[2]

        a.  3 uniforms (shirts and pants);

        b.  1 pair of standard issued detainee shoes and 1 pair of Crocs;

        c.  4 pair of underwear;

        d.  4 pair of socks;

        e.  1-4 oz. container of soap;

        f.  1-1.5 oz. tube of toothpaste;

        g.  1 toothbrush;

        h.  1-4 oz. container of shampoo;

        i.  1 comb; and

        j.  1 packet of lotion.

Razors are available upon request. **Attachment D** is a photograph that accurately depicts the hygiene and clothing items provided to new inmates/residents at SDC. **Attachment E** is a photograph depicting only the hygiene items issued to all detainees.

40.     Hygiene items are issued to inmates/residents twice a week.

41.     Inmates/residents are informed during orientation that if they run out of a hygiene item in between the distribution times discussed above, or if an item of clothing gets worn out, all they have to do is ask for a new one and return the empty container (toilet paper roll, shampoo bottle, damaged clothing, etc.) and it will be

---

[2] SDC only houses male detainees, and therefore does not issue bras or feminine hygiene products.

**EXHIBIT 4**
**Page 0032**

1  provided to them. This is also covered in the inmate/resident handbook and during

2  regular town hall meetings. (*See, e.g.,* Doc. 85-25 at CCOG00019523.)

3      42.    An inmate/resident's clothing and towels are washed twice a week.

4  Blankets are washed once a week. Each inmate/resident is provided a mesh laundry

5  bag with their initial clothing issue. On laundry days, a laundry officer comes

6  through every housing unit to pick up laundry bags. All laundry is returned to the

7  inmate/resident that same day. Additionally, staff make regular rounds to inspect

8  clothing, and will replace worn out clothing upon request.

9      43.    In addition to the standard issue hygiene and clothing, SDC has a

10  commissary where inmates/residents can purchase certain food, hygiene, clothing,

11  and other items. The commissary inventory is set by CoreCivic's Facility Support

12  Center.

13      44.    The hygiene and clothing items available from the commissary are

14  different than those provided for free to all inmates/residents. For example, soap

15  available from the commissary is generally larger than the soap provided for free,

16  and is available in a variety of types, scents, brands, etc.

17      45.    In addition to the food items inmates/residents can purchase from

18  commissary, they are provided three meals per day that are approved by a

19  registered dietician to ensure they provide sufficient calories and nutrients, and that

20  they provide sufficient variety.

21      I declare under penalty of perjury that the foregoing is true and correct to the

22  best of my knowledge.

23      EXECUTED this ___ day of July, 2019 at Lumpkin, Georgia.

24

25

26                            F. Hood            7/17/19

27  3598152.1

28

Declaration of F. Hood                    10                    17cv01112-JLS-NLS

EXHIBIT 4
Page 0033

# ATTACHMENT A

# ATTACHMENT A

**EXHIBIT 4**
**Page 0034**

2ile

**U.S. Department of Justice**
Immigration and Naturalization Service

**Incident of Prohibited Acts**
**And Notice of Charges**

Detainee Name: REDACTED

A-Number: REDACTED

Nationality: Honduras

Date & Time of Incident: 5/17/2013 1335

Incident Location: Unit 5B/214B

Work Assignment: None

Classification Level: Moderate

Quarters: Unit 5

**PROHIBITED ACTS:**
1. Interfering w/staff duties Code: 298
2. _____ Code: _____
3. _____ Code: _____
4. _____ Code: _____

Description of Incident: On 5-17-13 at aproximatly 1335 detainee REDACTED refused to stand for 1300 standing 7th roster count after the I/c Hernanda and c/c Mayes told them to.

Staff Witnesses? (Y) N    Evidence Attached? Y (N) NA

Supporting Memoranda    Y (N) NA

I Hernandez    5-17-13 1355    TF
Name of Reporting Officer    Date & Time    Signature

Reviewed for accuracy prior to investigation by: REDACTED    5-17-13 1405
Supervisor    Date & Time

D. Judge    5/20/13 1100

Incident Recorded on D.C.S.? Y N    Classification Level Change? Y N

Level change from _____ To _____

Form No I-884 (02/08/00)

CCOG00098516

EXHIBIT 4
Page 0035

CONFIDENTIAL

U.S. Department of Justice
Immigration and Naturalization Service

**Detainee Rights**

### Detainee Rights at The Institution Disciplinary Panel Hearing (IDP)

As a detainee charged with a prohibited act(s), you have been referred to the Institution Disciplinary Panel for disposition. While at the IDP hearing, you have the following rights:

1. The right to have a written copy of the charge(s) against you at least 24 hours prior to appearing before the IDP.

2. The right to have a full time member of staff who is reasonably available to assist you before the IDP.

3. The right to call witnesses and present documentary evidence in your behalf, provided institutional safety would not be jeopardized.

4. The right to remain silent. Your silence may be used to draw an adverse inference against you. However, your silence alone may not be used to support a finding that you committed a prohibited act.

5. The right to be present throughout the IDP decision, except during committee deliberations and where institutional safety would be in jeopardy.

6. The right to be advised of the IDP decision in writing and the facts supporting the panel's decision, except where institutional safety would be jeopardized.

7. The right to appeal the decision of the IDP by means of the Detainee Grievance Procedure to the Officer in Charge, within 15 days of the notice of the panel's decision and disposition.

**I hereby acknowledge that I have been advised of the rights afforded me at the Institution Disciplinary Panel hearing.**

Signed: [REDACTED]                A-Number [REDACTED]      Date: 5-17-13

Notice of Rights given to the detainee by ___ c/c  All ___ 5-17-13
                                                    Staff Member & Date

**Refusal to Sign**

I have personally advised_____of the rights afforded detainees at the Institution Disciplinary Panel hearing. The detainee refused to sign the acknowledgment.

Staff member and date:_____

**Waiver of 24 hours Notice:**

I have been advised that I have at least a 24 hour notice prior to appearing before the IDP. At this time, I wish to waive this right and proceed with the IDP hearing

Detainee Signature, Date and Time:_____

Form No. I-891 (02/08/00)

CCOG00098517

**EXHIBIT 4**
**Page 0036**

**U.S. Department of Justice**
Immigration and Naturalization Service

**Investigation Report**

REDACTED

_5-17-13_
Date of Incident

Name of Detainee                          A-Number

_Unit 5 B-pod_       _7A 220_       _5-17-13_       _298_
Place of Incident      Quarters      Date/Investigation      Code(s)

Name of Investigating Officer : _c/c All_     has advised REDACTED

Detainee

that he/she has the right to remain silent at stages of the disciplinary process, but, that silence may be used to draw an adverse inference against him/her at any stage of the disciplinary process. However, silence alone may not be used to support a finding that he/she committed a prohibited act.

Detainee Statement and Attitude During the Interview: _Detenee was calm_
_Detenee state that he stayed up all night and didn't know_
_it was time to show cell he knew and the Counselor state_
_to yell at him so he got med._

Other Facts about the Incident:

_N/A_

Investigator's Comments and Conclusions:

_Refer to IDP_

Date and Time Investigation Began: _5-17-13  8.25_

Date and Time Investigation Ended: _5-17-13  8~29_

_c/c all_
Signature of Investigating Officer

Reviewed for Accuracy by: (SDEO/DOS)

Form I-890 (02/09/00)

CCOG00098518

**EXHIBIT 4**
**Page 0037**

U.S. Department of Justice
Immigration and Naturalization Service

**Unit Disciplinary Committee**
**Report of Findings & Actions**

REDACTED ██████████████████

Name of Detainee _____ A-Number _____ 5/17/13 Date of Incident

Place of Incident: _Unit 5_ Prohibited Act(s)Code: _298_

Committee Action: Comments to Committee from Detainee Regarding the above Incident: _Detainee_
_stated some one yelled and him and he got angry._

It Is the Finding of the Unite Disciplinary Committee That: _298_
1. You Committed the Prohibited Act as Charged: Code(s) _____
2. You Committed the Following Prohibited Act : Codes(s) _____
3. You Did Not Commit a Prohibited Act as Charged: _____

Committee Findings Are Based on the Following Information: _____

Committee Action:
[ ] Waives IDP Hearing and Accepts the UDCs Sanction: _____

Name of Detainee

[✓] Refer to IDP            Date & Time: ____ / ____
[ ] Loss of Privileges      [ ] Loss of Job           [ ] Quarter Changes
[ ] Restrict to Dorm        [ ] Remove from Program    [ ] Reprimand
[ ] Warning                 [ ] Confiscate Contraband  [ ] Impound Personal Property

Comments: _____

UDC Chairpersons Signature: REDACTED ____

UDC Member's Signature: _____

UDC Time and Date: _0835 / 5/20/13_

Form I-891 (02/08/00)

CCOG00098519

**EXHIBIT 4**
**Page 0038**

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Institution
Disciplinary Panel Hearing**

REDACTED

REDACTED

5/17/13
Date

Name of Detainee

A-Number

298

Alleged Disciplinary Code Violation(s): _____

Date of Offense: 5/ 17/ 13 _____

You are being referred to the Institution Disciplinary panel for the above mentioned charge(s).

The hearing will be held on 5/21/3 , after 1100 (time) at the following location Seg .

You are entitled to have a full time staff member represent you at the hearing. Please indicate below if you desire to have a staff member assist you, and if so, his or her name.

I (do)_____ (do not) ✓_____ wish to have a staff representative.

If so, the staff representative's name is N / A _____.

You also have the right to call witnesses at the hearing and to present documentary evidence in your behalf; provided, that calling your witnesses will not jeopardize facility security. Names of witnesses you wish to call should be listed below. State below what each proposed witness would be able to testify to:

Name: N / A _____ Can testify to : _____

Name: N / A _____ Can testify to : _____

Name: N / A _____ Can testify to : _____

The chairperson of the Institution Disciplinary Panel will call those listed above as witnesses (staff or detainee) who are reasonably available, and who are determined by the chairperson to be necessary for an appreciation of all of the circumstances surround the charge(s). Repetitive witnesses need not be called. Unavailable witnesses may be asked to submit written statements. If additional space is required, use the reverse side of the form.

NO witness

Copy given to detainee — D.Fuch

Form I-893 (02/08/00)

CCOG00098520

**EXHIBIT 4**
**Page 0039**

U.S. Department of Justice
Immigration and Naturalization Service

**Institution Disciplinary Panel Report**

Name of Detainee: REDACTED   A-Number: REDACTED

Date of Incident: 5/17/13   Code(s) 298

I.  Notice of Charge(s):

A.  Advance written notice of charge(s) (copy of Incident Report) was given to the detainee on
5/20/13 at 1100 .
    date          time

B.  The IDP hearing was held on 5/21/13 at 1312 .
                              date              time

C.  The detainee was advised of his/her rights before this IDP by M. Allen
                                                                     officer
on 5/17/13 and a copy of the advisement of rights form is attached.

II  Staff Representative:

A.  Detainee waived his/her right to staff representative: ✓

B.  Detainee requested staff representative and N/A appeared.
                                               staff representative

C.  Requested staff representative declined or could not appear but detainee was advised of option to
    postpone hearing to obtain an alternative staff representative with the result: N/A

III. Presentation of Evidence:

A.  Detainee has been advised of his/her right to present a statement or to remain silent, to present
    documents, including written statements of unavailable witnesses, and for relevant and material
    witnesses to appear on his/her behalf.

B.  Summary of detainee's statement: Detainees States the night
before he and his cell mates stayed up
late and he did not feel like getting
up for count

C.  Witnesses:

1.  The following persons were called as witnesses at this hearing and appeared: N/A

2.  A summary of testimony of each witness is attached
3.  The following persons requested were not called for the reason(s) given N/A

4.  Unavailable witnesses were requested to submit written statements and those statements
    received were considered (statements attached)

5.  Documentary evidence: In addition to the incident report and investigation, the panel
    considered the following documents: N/A

6.  Confidential information was considered by the IDP and was not provided to the detainee
    on N/A .
       date

CCOG00098521

**EXHIBIT 4**
**Page 0040**

IV.   Findings:

    A. The Act Was Committed as Charged

    ✓ B. The Following Act Was Committed: 314, 307

    C. No Prohibited Act Was Committed.

V.   Specific Evidence Relied on to Support Findings:

Detainee admits his quiet charges have been modified to fit findings written in incident report written by T. Fernandez as supporting evidence. Decision of the IDP.

VI.   Sanctions or Action Taken:   Offense Severity:

6 days seg time

VII.   Reason for Sanction or Action Taken:

Prohibited acts 314, 307

REDACTED _____ / RED ACT Drew _____ / W J e _____

Chairperson                     Member                     Member

VIII.   Review and Concur:

    A. Concur with findings:

    B. Proceedings terminated: _____

    C. Discipline Imposed: _____

Signature RED ACT _____ Date: 5/21/13   Time: 1657

Officer in Charge

Copy delivered to detainee by: D. Chudye DHO _____ on 5/21/13

signature and title                     date

Form I-894 (02/08/00)

CCOG00098522

EXHIBIT 4
Page 0041

# ATTACHMENT B

# ATTACHMENT B

**EXHIBIT 4**
**Page 0042**

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## INCIDENT OF PROHIBITED ACTS AND NOTICE OF CHARGES

Detainee Name: REDACTED

A-Number: REDACTED

Nationality: El Salvador

Date & Time of Incident: 5/20/2014/0840hrs

Incident Location: 7A103

Work Assignment: N/A

Classification Level: High

Quarters: 7A103B

**PROHIBITED ACTS:**

1. Refusing to obey Staff   Code: 307
2. Refuse to clean Assigned   Code: 306
3. living Area   Code:
4.    Code:

Description of Incident: On the above date and time Detainee REDACTED refused to take paper off of his light. Detainee also refused to clean his room after being instructed to do so several times. Detainee has thrown toilet paper all over the floor of his cell.

Staff Witnesses? ☐ Yes ☑ No

Evidence Attached? ☐ Yes ☑ No ☐ N/A

Supporting Memoranda ☐ Yes ☑ No ☐ N/A

S.I.F.O.I.P-000

Date & Time: 5/20/14/0840hrs

Signature: S.I.R. 000

Name of Reporting Officer

Reviewed for accuracy prior to investigation by:

[signature] 5/21/14 at 1214p

Supervisor

Date & Time: 5-20-14/1116

Incident Recorded on D.C.S? ☑ Yes ☐ No

Classification Level Change? ☐ Yes ☑ No

Level change from _____ To _____

ICE Form I-884 (09/09)

CCOG00098568

EXHIBIT 4
Page 0043

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## INVESTIGATION REPORT

REDACTED

REDACTED

5-20-14

| Name of Detainee | A-Number | | Date of Incident |
|---|---|---|---|

7A 103     1A 103     5-20-14     307, 308

| Place of Incident | Quarters | Date/Investigation | Code(s) |
|---|---|---|---|

Name of Investigating Officer: _L. Gardner_ has advised REDACTED

Detainee

that he/she has the right to remain silent at stages of the disciplinary process, but, that silence may be used to draw an adverse inference against him/her at any stage of the disciplinary process. However, silence alone may not be used to support a finding that he/she comitted a prohibited act.

Detainee Statement and Attitude During the Interview: _Calm. detainee stated he refused to remove paper from light + floor because seg officers took his drawing paper_

Other Facts about the Incident: _NA_

Investigator's Comments and Conclusions: _refer to IDP_

Date and Time Investigation Began: _5-20-14   1215_

Date and Time Investigation Ended: _5-20-14   1230_

Signature of Investigating Officer

Reviewed for Accuracy by: (Supervisor Name and Title)

ICE Form I-890 (09/09)

CCOG00098569

**EXHIBIT 4**
**Page 0044**

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## UNIT DISCIPLINARY COMMITTEE REPORT OF FINDINGS & ACTIONS

REDACTED

REDACTED

5/20/14

Name of Detainee          A-Number          Date of Incident

Place of Incident: _7A/103_     Prohibited Act(s) Code: _307 & 306_

Committee Action: Comments to Committee from Detainee Regarding the above Incident: _307 & 306 (sw)_
_Detainee refuse to make a statement_

It Is the Finding of the Unite Disciplinary Committee that:
1.  You Committed the Prohibited Act as Charged: Code(s) _307 & 306_
2.  You Committed the Following Prohibited Act: Code(s) _____
3.  You Did Not Commit a Prohibited Act as Charged: _____

Committee Findings Are Based on the Following Information: _____

Committee Action:
☐  Waives IDP Hearing and Accepts the UDCs Sanction: _____                    Name of Detainee
☑  Refer to IDP          Date & Time: _5/21/14_ , _1330 hrs_
☐  Loss of Privileges          ☐  Loss of job          ☐  Quarter Changes
☐  Restrict to Dorm          ☐  Remove from Program          ☐  Reprimand
☐  Warning          ☐  Confiscate Contraband          ☐  Impound Personal Property

Comments: _____

UDC Chairpersons Signature: _____

UDC Member's Signature: _____

UDC Time and Date: _1330 hrs_ , _5/21/14_

ICE Form I-891 (09/09)

CCOG00098570

**EXHIBIT 4**
**Page 0045**

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## DETAINEE RIGHTS AT THE INSTITUTION DISCIPLINARY PANEL HEARING(IDP)

### Detainee Rights at The Institution Disciplinary Panel Hearing (IDP)

As a detainee charged with a prohibited act(s), you have been referred to the Institution Disciplinary Panel for disposition. While at the IDP hearing, you have the following rights:

1.  The right to have a written copy of the charge(s) against you at least 24 hours prior to appearing before the IDP.

2.  The right to have a full time member of staff who is reasonably available to assist you before the IDP.

3.  The right to call witnesses and present documentary evidence in your behalf, provided institutional safety would not be jeopardized.

4.  The right to remain silent. Your silence may be used to draw an adverse inference against you. However, your silence alone may not be used to support a finding that you committed a prohibited act.

5.  The right to be present throughout the IDP decision, except during committee deliberations and where institutional safety would be in jeopardy.

6.  The right to be advised of the IDP decision in writing and the facts supporting the panel's decision, except where institutional safety would be jeopardized.

7.  The right to appeal the decision of the IDP by means of the Detainee Grievance Procedure to the Officer in Charge, within 15 days of the notice of the panel's decision and disposition.

I hereby acknowledge that I have been advised of the rights afforded me at the Institution Disciplinary Panel hearing.

X Signed __REDACTED__ A-Number: __REDACTED__ Date: 5-20-14

Notice of Rights given to the detainee by _____ 5-20-14
Staff Member & Date

**Refusal to Sign**

I have personally advised _____ of the rights afforded detainees at the Institution Disciplinary Panel hearing.
The detainee refused to sign the acknowledgment.

Staff member and date: _____

**Waiver of 24 hours Notice:**

I have been advised that I have at least a 24 hour notice prior to before the IDP. At this time, I wish to waive this right and proceed with the IDP hearing.

Detainee Signature, Date and Time: _____

ICE Form I-892 (09/09)

CCOG00098571

EXHIBIT 4
Page 0046

DEPARTMENT OF HOMELAND SECURITY
~~U.S. Immigration and Customs Enforcement~~

## NOTICE OF INSTITUTION DISCIPLINARY PANEL HEARING

REDACTED

REDACTED

05/21/14

Name of Detainee      A-Number      Date

Alleged Disciplinary Code Violation(s): _(307 & 306_

Date of Offense: _05/20/2014_

You are being referred to the Institution Disciplinary panel for the above mentioned charge(s).

The hearing will be held on _05/22/2014_ , at _1300 1400_ (time) at the following location
_Seg_ .

You are entitled to have a full time staff member represent you at the hearing. Please indicate below if you desire to have a staff member assist you, and if so, his or her name.

I (do)____ (do not) ✓ wish to have a staff representative.

If so, the staff representative's name is _____.

You also have the right to call witnesses at the hearing and to present documentary evidence in your behalf, provided, that calling your witnesses will not jeopardize facility security. Names of witnesses you wish to call should be listed below. State below what each proposed witnesses would be able to testify to:

Name: _N/A_      Can testify to: _____

Name: _N/A_      Can testify to: _____

Name: _N/A_      Can testify to: _____

The chairperson of the Institution Disciplinary Panel will call those listed above as witnesses (staff or detainee) who are reasonably available, and who are determined by the chairperson to be necessary for an appreciation of all of the circumstances surround the charge(s). Repetitive witnesses need not be called. Unavailable witnesses may be asked to submit written statements. If additional space is required, use the reverse side of the form.

Copy to detainee - SBN

ICE Form I-893 (09/09)

CCOG00098572

**EXHIBIT 4**
**Page 0047**

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## INSTITUTION DISCIPLINARY PANEL REPORT

Name of Detainee: REDACTED

A-Number: REDACTED

Date of Incident: 05/20/2014

Code(s): 307 & 300

**I.    Notice of Charge(s):**

A.   Advance written notice of charge(s) (copy of Incident Report) was given to the detainee on
     05/21/2014  at  1346
     ___date___      ___time___

B.   The IDP hearing was held on  05/20/2014  at  1410
                                  ___date___       ___time___

C.   The detainee was advised of his/her rights before this IDP by  Sgt. Gardner
                                                                     ___officer___

     on  05/20/2014  and a copy of the advisement of rights form is attached.

**II.   Staff Representative**

A.   Detainee waived his/her right to staff representative:  Yes

B.   Detainee requested staff representative and  N/A  appeared.
                                                  ___staff representative___

C.   Requested staff representative declined or could not appear but detainee was advised of option to postpone hearing to
     obtain an alternative staff representative with the result:  N/A

**III.  Presentation of Evidence:**

A.   Detainee has been advised of his/her right to present a statement or to remain silent, to present document, including written
     statements of unavailable witnesses, and for relevant and material witnesses to appear on his/her behalf.

B.   Summary of detainee's statement:  Detainee REDACTED Refuse to report
     to the disciplinary hearing

C.   Witnesses:

     1.   The following persons were called as witnesses at this hearing and appeared:  N/A

     2.   A summary of testimony of each witness is attached.

     3.   The following person requested were not called for the reason(s) given  N/A

     4.   Unavailable witnesses were requested to submit written statements and those statements received were considered
          (statements attached)

     5.   Documentary evidence; in addition to the incident report and investigation, the panel considered the following
          documents:  N/A

     6.   Confidential information was considered by the IDP and was not provided to the detainee on  N/A
                                                                                                      ___date___

ICE Form I-894 (09/09)

IV    Findings:

   ✓  A. The Act Was Committed as Charged

       B. The Following Act Was Committed: _____

       C. No Prohibited Act Was Committed.

V.    Specific Evidence Relied on to Support Findings:
Detainee was found guilty based on the incident report by Sgt. Hatfield, investigation report by Sgt. Gardner & IDP decisions

VI.   Sanctions or Action Taken:  Offense Severity:

6 days seg time

VII.  Reason for Sanction or Action Taken:

For Violated Prohibited Acts 307 & 306

_____ Chairperson      _____ Member      _____ Member

VIII.  Review and Concur:

  A.  Concur with findings: ✓ _____

  B.  Proceedings terminated: _____

  C.  Discipline Imposed: _____

Signature [REDACTED] _____ Date: 5/23/14   Time: 0815 hrs
Officer in Charge

Copy delivered to detainee by: _____ 310
Signature and Title            on 05/23/2014
                                      Date

CCOG00098574

**EXHIBIT 4**
**Page 0049**

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## DISCIPLINARY SEGREGATION ORDER

To: **SPECIAL MANAGEMENT UNIT**

From: _____
(Officer In Charge or designee)

Date/Time of _05/22/2014@1410_

Subject: Placement of **REDACTED**
(Detainee Name)

A-Number **REDACTED**

An Institutional Disciplinary Panel Hearing Was Conducted on _05/22/2014_ . The Above
(Date)

Named Detainee Was Found to Have Committed the Specified Prohibited Act(s) listed below.

PROHIBITED ACT(S)   Refusing to Obey Staff   CODE: _307_
Refuse to clean Assigned   CODE: _300_
Living Area   CODE: _____

CODE: _____

CODE: _____

DAYS IMPOSED: _0_

BELOW IS A BRIEF OUTLINE OF SPECIAL INSTRUCTIONS AND/OR INFORMATION:

_____
_____
_____
_____

_____
_____
_____

Admitted:   Date: _06/05/2014_   Time: _0940_

Released:   Date: _06/10/2014_   Time: _____

Released by: _____
(Officer & Title)

ICE Form I-883 (09/09)

CCOG00098575

**EXHIBIT 4**
**Page 0050**

# ATTACHMENT C

# ATTACHMENT C

EXHIBIT 4
Page 0051

CONFIDENTIAL

116

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## INCIDENT OF PROHIBITED ACTS AND NOTICE OF CHARGES

Detainee Name: REDACTED                        A-Number: REDACTED

Nationality: _Hispanic_                        Date & Time of Incident: _8/27/18  1120_

Incident Location: _Chow Hall_                 Work Assignment: _N/A_

Classification Level: _High_                   Quarters: _6/c /217B_

**PROHIBITED ACTS:**

1. _Refusing to Obey_   Code: _307_
2. _____    Code: _____
3. _____    Code: _____
4. _____    Code: _____

Description of Incident: _On 8/27/18 at approximately 1120 hr_
_I Chief Dethrow gave Detainee REDACTED_
_directives to set at a table when he entered the_
_Chow hall. He refused and walked across the_
_Chow hall and sat at another table. Therefore_
_I am charging him with refusing to obey._

Staff Witnesses? ☐ Yes ☐ No              Evidence Attached? ☐ Yes ☐ No ☐ N/A

Supporting Memoranda ☐ Yes ☐ No ☐ N/A

_C. Dethrow_                    _8/24/18  1620_       _C. [signature]_
Name of Reporting Officer            Date & Time              Signature

Reviewed for accuracy prior to investigation by: _[signature]_    _08-27-18/1622_
                                           Supervisor              Date & Time

Incident Recorded on D.C.S?  ☐ Yes ☐ No          Classification Level Change? ☐ Yes ☐ No

Level change from _____ To _____

ICE Form I-884 (09/09)

**DEPARTMENT OF HOMELAND SECURITY**
U.S. Immigration and Customs Enforcement

## INVESTIGATION REPORT

REDACTED

8/27/18

| Name of Detainee | A-Number | Date of Incident |

Chow hall — Unit 6 — 8/27/18 — 307

| Place of Incident | Quarters | Date/Investigation | Code(s) |

Name of Investigating Officer: Sgt L Mitchell has advised REDACTED Detainee

that he/she has the right to remain silent at stages of the disciplinary process, but, that silence may be used to draw an adverse inference against him/her at any stage of the disciplinary process. However, silence alone may not be used to support a finding that he/she committed a prohibited act.

Detainee Statement and Attitude During the Interview: Detainee stated that he wanted to sit with his friends but the officer wouldn't let him sit there and he didn't want to listen to the officer

Other Facts about the Incident: N/A

Investigator's Comments and Conclusions: Refer to IDP

Date and Time Investigation Began: 8/27/18 @ 1805
Date and Time Investigation Ended: 8/27/18 @ 1821

Sgt L Mitchell
Signature of Investigating Officer

AB/s
Reviewed for Accuracy by: (Supervisor Name and Title)

ICE Form I-880 (09/09)

CCOG00098619

EXHIBIT 4
Page 0053

CONFIDENTIAL

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## DETAINEE RIGHTS AT THE INSTITUTION DISCIPLINARY PANEL HEARING(IDP)

**Detainee Rights at The Institution Disciplinary Panel Hearing (IDP)**

As a detainee charged with a prohibited act(s), you have been referred to the Institution Disciplinary Panel for disposition. While at the IDP hearing, you have the following rights:

1. The right to have a written copy of the charge(s) against you at least 24 hours prior to appearing before the IDP.

2. The right to have a full time member of staff who is reasonably available to assist you before the IDP.

3. The right to call witnesses and present documentary evidence in your behalf, provided institutional safety would not be jeopardized.

4. The right to remain silent. Your silence may be used to draw an adverse inference against you. However, your silence alone may not be used to support a finding that you committed a prohibited act.

5. The right to be present throughout the IDP decision, except during committee deliberations and where institutional safety would be in jeopardy.

6. The right to be advised of the IDP decision in writing and the facts supporting the panel's decision, except where institutional safety would be jeopardized.

7. The right to appeal the decision of the IDP by means of the Detainee Grievance Procedure to the Officer in Charge, within 15 days of the notice of the panel's decision and disposition.

I hereby acknowledge that I have been advised of the rights afforded me at the Institution Disciplinary Panel hearing.

Signed: _____ A-Number 203418010 Date: 8/27/18

Notice of Rights given to the detainee by _Sgt Y Mitnel_
_____
Staff Member & Date

**Refusal to Sign**

I have personally advised _____ of the rights afforded detainees at the Institution Disciplinary Panel hearing.
The detainee refused to sign the acknowledgment.

Staff member and date: _____

**Waiver of 24 hours Notice:**

I have been advised that I have at least a 24 hour notice prior to before the IDP. At this time, I wish to waive this right and proceed with the IDP hearing.

Detainee Signature, Date and Time: _____

ICE Form I-892 (09/09)

CCOG00098620

**EXHIBIT 4**
**Page 0054**

CCOG00098621

EXHIBIT 4
Page 0055

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## UNIT DISCIPLINARY COMMITTEE REPORT OF FINDINGS & ACTIONS

_____     _____     _____
Name of Detainee                    A-Number                    Date of Incident

Place of Incident: _____    Prohibited Act(s) Code: _____

Committee Action: Comments to Committee from Detainee Regarding the above Incident: _____
_____
_____
_____
_____

It is the Finding of the Unite Disciplinary Committee that:

1. You Committed the Prohibited Act as Charged: Code(s) _____
2. You Committed the Following Prohibited Act: Code(s) _____
3. You Did Not Commit a Prohibited Act as Charged: _____

Committee Findings Are Based on the Following Information: _____
_____
_____
_____
_____

Committee Action:

☐ Waives IDP Hearing and Accepts the UDCs Sanction: _____
                                                        Name of Detainee

☐ Refer to IDP            Date & Time: _____ / _____
☐ Loss of Privileges      ☐ Loss of job              ☐ Quarter Changes
☐ Restrict to Dorm        ☐ Remove from Program      ☐ Reprimand
☐ Warning                 ☐ Confiscate Contraband    ☐ Impound Personal Property

Comments: _____
_____
_____
_____
_____

UDC Chairpersons Signature: _____

UDC Member's Signature: _____

UDC Time and Date: _____ /. _____

ICE Form I-891 (09/09)

CCOG00098622

**EXHIBIT 4**
**Page 0056**

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## NOTICE OF INSTITUTION DISCIPLINARY PANEL HEARING

| REDACTED | REDACTED | 08/28/2018 |
|---|---|---|
| Name of Detainee | A-Number | Date |

Alleged Disciplinary Code Violation(s): 307

Date of Offense: 08/27/2018

You are being referred to the Institution Disciplinary panel for the above mentioned charge(s).

The hearing will be held on 8/29/18 , at 0915HOURS (time) at the following location SEGREGATION .

You are entitled to have a full time staff member represent you at the hearing. Please indicate below if you desire to have a staff member assist you, and if so, his or her name.

I (do) ____ (do not) ✕ wish to have a staff representative.

If so, the staff representative's name is N/A .

You also have the right to call witnesses at the hearing and to present documentary evidence in your behalf, provided, that calling your witnesses will not jeopardize facility security. Names of witnesses you wish to call should be listed below. State below what each proposed witnesses would be able to testify to:

Name: NO ONE REQUESTED        Can testify to: _____

Name: NO ONE REQUESTED        Can testify to: _____

Name: NO ONE REQUESTED        Can testify to: _____

The chairperson of the Institution Disciplinary Panel will call those listed above as witnesses (staff or detainee) who are reasonably available, and who are determined by the chairperson to be necessary for an appreciation of all of the circumstances surround the charge(s). Repetitive witnesses need not be called. Unavailable witnesses may be asked to submit written statements. If additional space is required, use the reverse side of the form.

ICE Form I-893 (09/09)

CCOG00098623

EXHIBIT 4
Page 0057

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## INSTITUTION DISCIPLINARY PANEL REPORT

Name of Detainee: REDACTED          A-Number: REDACTED

Date of Incident: 8/27/18            Code(s): 307

**I.  Notice of Charge(s):**

A.  Advance written notice of charge(s) (copy of Incident Report) was given to the detainee on 8/27/18 at 1805 time

B.  The IDP hearing was held on 8/29/18 at 1015 hrs time

C.  The detainee was advised of his/her rights before this IDP by Sgt. L. Mitchell officer on 8/27/18 and a copy of the advisement of rights form is attached.

**II.  Staff Representative**

A.  Detainee waived his/her right to staff representative: yes

B.  Detainee requested staff representative and No one requested appeared. staff representative

C.  Requested staff representative declined or could not appear but detainee was advised of option to postpone hearing to obtain an alternative staff representative with the result: No one was required.

**III.  Presentation of Evidence:**

A.  Detainee has been advised of his/her right to present a statement or to remain silent, to present document, including written statements of unavailable witnesses, and for relevant and material witnesses to appear on his/her behalf.

B.  Summary of detainee's statement: Detainee had no statement.

C.  Witnesses:

1.  The following persons were called as witnesses at this hearing and appeared: No witness was called.

2.  A summary of testimony of each witness is attached.
3.  The following person requested were not called for the reason(s) given No one was requested

4.  Unavailable witnesses were requested to submit written statements and those statements received were considered (statements attached)

5.  Documentary evidence: In addition to the incident report and investigation, the panel considered the following documents:

6.  Confidential information was considered by the IDP and was not provided to the detainee on _____ date

ICE Form I-894 (09/09)

CCOG00098624

**EXHIBIT 4**
**Page 0058**

CONFIDENTIAL

IV. **Findings:**

✓ A. The Act Was Committed as Charged
___ B. The Following Act Was Committed: _____
___ C. No Prohibited Act Was Committed.

V. Specific Evidence Relied on to Support Findings:
Disciplinary report by Chief Delthno and Investigation Report by Sgt L. Mitchell

VI. Sanctions or Action Taken; Offense Severity: 3 days segregation time.
Detainee received

VII. Reason for Sanction or Action Taken:
Violation of code 307

Chairperson     Member     Member

VIII. **Review and Concur:**

A. Concur with findings: ✓
B. Proceedings terminated: _____
C. Discipline Imposed: _____

Signature _____ Date: 08-30-18 Time: 0840
Officer In Charge

Copy delivered to detainee by: _____ on 8/30/18
Signature and Title     Date

ICE Form I-894 (09/09)

CCOG00098625

**EXHIBIT 4**
**Page 0059**

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## DISCIPLINARY SEGREGATION ORDER

To:   **SPECIAL MANAGEMENT UNIT**                              Date/Time of  _8/29/18_

From:  _L.Gainer_
(Officer in Charge or designee)

Subject:  Placement of  [REDACTED]                 A-Number  [REDACTED]
                        (Detainee Name)

An Institutional Disciplinary Panel Hearing Was Conducted on  _8/29/18_ . The Above
                                                              (Date)

Named Detainee Was Found to Have Committed the Specified Prohibited Act(s) listed below.

PROHIBITED ACT(S)  _Refuse to obey_        CODE:  _307_
                   _____        CODE:  _____
                   _____        CODE:  _____
                   _____        CODE:  _____
                   _____        CODE:  _____

                                                   DAYS IMPOSED:  _3_

BELOW IS A BRIEF OUTLINE OF SPECIAL INSTRUCTIONS AND/OR INFORMATION:

_____
_____
_____
_____
_____
_____
_____

Admitted:    Date: _8/29/18_          Time: _____

Released:    Date: _____   Time: _____

Released by: _____
             (Officer & Title)

ICE Form I-883 (09/09)

CCOG00098626

**EXHIBIT 4**
**Page 0060**

CONFIDENTIAL



1/6

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## INCIDENT OF PROHIBITED ACTS AND NOTICE OF CHARGES

Detainee Name: REDACTED     A-Number: REDACTED

Nationality: _Hispanic_

Incident Location: _Chow Hall_

Classification Level: _High_

Date & Time of Incident: _8/27/18  1120_

Work Assignment: _N/A_

Quarters: _6/c /217B_

**PROHIBITED ACTS:**

1. _Refusing to Obey_    Code: _307_
2. _____    Code: _____
3. _____    Code: _____
4. _____    Code: _____

Description of Incident: _On 8/27/18 at approximately 1120 hr_
_I Chief Dethlow gave Detainee REDACTED_
_directives to set at a table when he entered the_
_Chow hall. He refused and walked across the_
_Chow hall and sat at another table. Therefore_
_I am charging him with refusing to obey._

Staff Witnesses?  ☐ Yes  ☐ No

Supporting Memoranda  ☐ Yes  ☐ No  ☐ N/A

Evidence Attached?  ☐ Yes  ☐ No  ☐ N/A

_C. Dethlow_     _8/24/18 1620_     _C._
Name of Reporting Officer    Date & Time    Signature

Reviewed for accuracy prior to investigation by: _____
    Supervisor     _08-27-18/1622_
                Date & Time

Incident Recorded on D.C.S?  ☐ Yes  ☐ No

Level change from _____ To _____

Classification Level Change?  ☐ Yes  ☐ No

ICE Form I-884 (09/09)

CCOG00098627

**EXHIBIT 4**
**Page 0061**

# ATTACHMENT D

# ATTACHMENT D

**EXHIBIT 4**
**Page 0062**



CCOG00103845

EXHIBIT 4
Page 0063

# ATTACHMENT E

# ATTACHMENT E

**EXHIBIT 4**
**Page 0064**



CCOG00103846

EXHIBIT 4
Page 0065

**EXHIBIT 5**

**EXHIBIT 5**

1
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, AZ Bar #012377
2
*(admitted pro hac vice)*
Rachel Love, AZ Bar #019881
3
*(admitted pro hac vice)*
Nicholas D. Acedo, AZ Bar #021644
4
*(admitted pro hac vice)*
Ashlee B. Hesman, AZ Bar #028874
5
*(admitted pro hac vice)*
Jacob B. Lee, AZ Bar #030371
6
*(admitted pro hac vice)*
3100 West Ray Road, Suite 300
7
Chandler, Arizona 85226
Tel.: (480) 420-1600
8
Fax: (480) 420-1695
dstruck@strucklove.com
9
rlove@strucklove.com
nacedo@strucklove.com
10
ahesman@strucklove.com
jlee@strucklove.com
11

12
LAW OFFICE OF ETHAN H. NELSON
Ethan H. Nelson, CA Bar #262448
13
4 Park Plaza, Suite 1025
Irvine, California 92614
14
Tel.: (949) 229-0961
Fax: (949) 861-7122
ethannelsonesq@gmail.com
15

16
Attorneys for Defendant/Counter-Claimant
CoreCivic, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated, | NO. 3:17-cv-01112-JLS-NLS |
| Plaintiffs, | **DECLARATION OF CHUCK KEETON IN SUPPORT OF DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| v. | |
| CoreCivic, Inc., a Maryland corporation, | |
| Defendant. | |

Declaration of Chuck Keeton                                    17cv01112-JLS-NLS

**EXHIBIT 5**
**Page 0066**

CoreCivic, Inc., a Maryland
corporation,

              Counter-Claimant,

v.

Sylvester Owino and Jonathan Gomez,
on behalf of themselves, and all others
similarly situated,

              Counter-Defendants.

I, Chuck Keeton, make the following Declaration:

1.    I am over the age of 18 years and competent to testify to the matters set forth in this Declaration. I make this Declaration in support of CoreCivic's Memorandum in Opposition to Plaintiffs' Motion for Class Certification based on my own personal knowledge and my review of the relevant documents as maintained by CoreCivic in the usual course of business

2.    I have been in corrections for over 32 years. I have been employed by CoreCivic since 2003, when I started as Warden at CoreCivic's Dawson State Jail, located in Dallas, Texas. Prior to starting at Dawson State Jail, I spent 16 years with the Texas Department of Criminal Justice, where I held positions ranging from Correctional Officer to Warden.

3.    I am currently the Warden of CoreCivic's La Palma Correctional Center ("LPCC"), located in Eloy, Arizona, a position I have held since March 2016. As Warden, I am responsible for managing the operational functions of the facility, providing guidance and leadership to facility staff, and maintaining standards of compliance for internal and external stakeholders, including contracting agencies.

## Housekeeping

4.    I am familiar with the procedures outlined in Policy 12-100, Daily Housekeeping Plan. This policy, like all policies at LPCC pertaining to ICE

Declaration of Chuck Keeton          2          17cv01112-JLS-NLS

**EXHIBIT 5**
**Page 0067**

1   detainees, is intended to ensure compliance with ICE's Performance-Based

2   National Detention Standards ("PBNDS").

3       5.    Policy 12-100 requires all detainees to maintain the common living

4   area in a clean and sanitary manner. The common living area is defined as any area

5   in the housing unit outside the detainee's assigned living area that is used by all

6   detainees in that unit. This includes the dayroom, recreation area, and showers.

7       6.    This policy only requires detainees to clean up after themselves in the

8   common living areas. For example, if a detainee drops a piece of trash on the floor,

9   or if something they are cooking in the microwave bubbles over, they are expected

10  to clean up the mess, rather than leaving it for the assigned porters to clean up later.

11      7.    This policy does not, however, require detainees to clean up after other

12  detainees in the common living areas. The only detainees who are assigned to clean

13  up messes other than those they made themselves are those detainees who volunteer

14  to participate in the Voluntary Work Program ("VWP") and are assigned as porters.

15  VWP porters are paid $1 per day or more for their participation. No other detainees

16  are assigned jobs or required to work in or clean up the common living areas.

17      8.    Policy 12-100 states that "Trash will not be thrown anywhere except in

18  the trash containers provided in each unit." This statement refers to each detainee's

19  responsibility to clean up after themselves. Detainees are required to throw their

20  trash in the designated trash containers, not on the floor or anywhere else in the

21  common living areas. Detainees are also required to keep their assigned living areas

22  free of trash.

23      9.    The only detainees who are required to pick up trash that is not their

24  own are those who volunteer to participate in the VWP and area assigned as porters.

25  Detainees who are not in the VWP may occasionally be asked to pick up trash if a

26  detention officer notices trash on the floor and a detainee is nearby, but the detainee

27  may refuse the request without consequence. The only detainees who are required

28

Declaration of Chuck Keeton        3        17cv01112-JLS-NLS

**EXHIBIT 5**
**Page 0068**

to empty trash containers in the common living areas are those who volunteer to participate in the VWP and are assigned as porters.

10.    Policy 12-100 states that "Towels, blankets, clothing or any personal belongings will not be left in the common area." This statement also refers to each detainee's responsibility to clean up after themselves. Detainees are required to keep their personal belongings in an orderly manner in their assigned living areas, to deposit their laundry in laundry collection bins, and to pick up their personal belongings from the common areas.

11.    The only detainees who are required to pick up personal belongings that are not their own are those who participate in the VWP and are assigned as porters.

12.    Policy 12-100 states that "The walls in the common areas will be kept free of writing." This statement prohibits detainees from writing on the walls. If a detainee writes on a wall, they are expected to clean off the writing. The same is true for assigned living areas.

13.    The only detainees who are required to clean someone else's writing off the walls are those who volunteer to participate in the VWP and are assigned as porters.

14.    Policy 12-100 states that "Inmate/resident workers will be assigned to each area on a permanent basis to perform the daily cleaning routine of the common area." This statement refers to detainees who volunteer to participate in the VWP and are assigned as porters. Detainees who choose not to participate in the VWP are not mandated to participate in the daily cleaning of the common area, except to clean up their own personal items or messes.

15.    The daily cleaning routine performed by VWP porters, as stated in Policy 12-100, includes removing trash; sweeping and wet mopping the floors (at least once daily and as needed during the day); wiping off furniture; cleaning the

Declaration of Chuck Keeton                    4                    17cv01112-JLS-NLS

**EXHIBIT 5**
**Page 0069**

showers; cleaning the microwaves; and other tasks as assigned by unit staff to maintain clean and sanitary conditions in the unit.

16.    Each housing unit at LPCC has up to 20 porters assigned to it. Each porter typically spends no more than one hour per day on the daily cleaning routine, and no more than two hours total per day on spot-cleaning tasks throughout.

17.    Policy 12-100 states that "All inmates/residents are responsible for maintaining their assigned living area in a clean and sanitary manner." LPCC's housing units are cell-based. Each detainee's assigned living area consists of their cell, including the sink and toilet.

18.    Detainees are not required to clean beyond their assigned living areas, aside from cleaning up after themselves in the common area. Within their assigned living areas, detainees are expected to keep trash and combustible materials such as boxes, newspapers, magazines, and other papers from accumulating; keep their personal belongings in a neat and orderly manner; keep their windows and air vents free of any material; keep the walls free of writing; sweep their floors daily; make their beds; and perform tasks assigned by unit staff to maintain clean and sanitary conditions in the cells.

19.    Policy 12-100 states that "All inmates/residents will be required to perform a daily cleaning routine of their cells." The daily cleaning routine performed by all detainees housed in cells, as stated in policy 12-100, includes removing trash; sweeping floors; making their beds; cleaning cell sinks and toilets; and other tasks assigned by unit staff to maintain clean and sanitary conditions in the cells.

20.    Brooms, mops, and other non-chemical cleaning supplies are kept in a supply closet in the common area and are available for detainees to use any time. Detainees may check out chemical cleaning items from unit staff upon request.

/ / /

/ / /

Declaration of Chuck Keeton                    5                    17cv01112-JLS-NLS

EXHIBIT 5
Page 0070

## Discipline

21.   Prohibited acts and sanctions are divided into categories based on the severity of the prohibited acts. Among the "high moderate" offenses are 306 (refusal to clean assigned living area), 307 (refusal to obey a staff member/officer's order), and 399 (conduct that disrupts or interferes with the security or orderly running of the facility). These categories and offense codes are based on the PBNDS.

22.   Disciplinary violations range from 100-series ("greatest" offenses) to 400-series ("low moderate" offenses). 300-series offenses are considered lower-level offenses for which the disciplinary process is handled in-unit. Sanctions for these types of offenses typically include loss of privileges (commissary, recreation, etc.), loss of job, or a reprimand or warning.

23.   Disciplinary segregation is typically reserved for the most severe offenses that impact the safety and security of the institution, such as assaults or possession of contraband/weapons.

24.   In my three years as Warden of LPCC, no detainee has ever been placed in disciplinary segregation for refusal to clean their assigned living area. At most, such a detainee would be sanctioned with loss of privileges such as commissary or recreation, but even that is rare.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this _11_ day of July, 2019 at Eloy, Arizona.

Charles Keeton

3598423.1

Declaration of Charles Keeton                    6                    17cv01112-JLS-NLS

**EXHIBIT 5**
**Page 0071**

**EXHIBIT 6**

**EXHIBIT 6**

1    STRUCK LOVE BOJANOWSKI & ACEDO, PLC
     Daniel P. Struck, AZ Bar #012377
2    *(admitted pro hac vice)*
     Rachel Love, AZ Bar #019881
3    *(admitted pro hac vice)*
     Nicholas D. Acedo, AZ Bar #021644
4    *(admitted pro hac vice)*
     Ashlee B. Hesman, AZ Bar #028874
5    *(admitted pro hac vice)*
     Jacob B. Lee, AZ Bar #030371
6    *(admitted pro hac vice)*
     3100 West Ray Road, Suite 300
7    Chandler, Arizona 85226
     Tel.: (480) 420-1600
8    Fax: (480) 420-1695
     dstruck@strucklove.com
9    rlove@strucklove.com
     nacedo@strucklove.com
10   ahesman@strucklove.com
     jlee@strucklove.com
11
     LAW OFFICE OF ETHAN H. NELSON
12   Ethan H. Nelson, CA Bar #262448
     4 Park Plaza, Suite 1025
13   Irvine, California 92614
     Tel.: (949) 229-0961
14   Fax: (949) 861-7122
     ethannelsonesq@gmail.com
15
     Attorneys for Defendant/Counter-Claimant
16   CoreCivic, Inc.

17                  **UNITED STATES DISTRICT COURT**

18                 **SOUTHERN DISTRICT OF CALIFORNIA**

19   Sylvester Owino and Jonathan Gomez,        NO. 3:17-cv-01112-JLS-NLS
     on behalf of themselves, and all others
20   similarly situated,                        **DECLARATION OF KRIS KLINE
                                                 IN SUPPORT OF DEFENDANT'S**
21                Plaintiffs,                    **MEMORANDUM IN OPPOSITION
                                                 TO PLAINTIFFS' MOTION FOR**
22   v.                                          **CLASS CERTIFICATION**

23   CoreCivic, Inc., a Maryland
     corporation,
24
                  Defendant.
25

26

27

28

     Declaration of Kris Kline                              17cv01112-JLS-NLS

**EXHIBIT 6**
**Page 0072**

1   CoreCivic, Inc., a Maryland
    corporation,
2
                        Counter-Claimant,
3
    v.
4
    Sylvester Owino and Jonathan Gomez,
5   on behalf of themselves, and all others
    similarly situated,
6
                        Counter-Defendants.
7

8          I, Kris Kline, make the following Declaration:

9          1.      I am over the age of 18 years and competent to testify to the matters set

10  forth in this Declaration. I make this Declaration in support of CoreCivic's

11  Memorandum in Opposition to Plaintiffs' Motion for Class Certification based on

12  my own personal knowledge and my review of the relevant documents as maintained

13  by CoreCivic in the usual course of business.

14         2.      I have been in corrections for over 19 years. I have been employed by

15  CoreCivic since February 2000, when I started as a Correctional Officer at

16  CoreCivic's Bay Correctional Facility, located Panama City, Florida.

17         3.      I am currently the Warden of CoreCivic's Central Arizona Florence

18  Correctional Complex ("CAFCC"),[1] located in Florence, Arizona, a position I have

19  held since August 2016. As Warden, I am responsible for managing the operational

20  functions of the facility, providing guidance and leadership to facility staff, and

21  maintaining standards of compliance for internal and external stakeholders, including

22  contracting agencies.

23                                    **Discipline**

24         4.      The detainee handbook provides a list of prohibited acts and sanctions,

25  divided into categories based on the severity of the prohibited acts. Among the "high

26  moderate" offenses are 306 (refusal to clean assigned living area), 307 (refusal to

27  _____

28  [1] CoreCivic's Florence Correctional Center and Central Arizona Detention Center
    were administratively combined in 2017 to form CAFCC.

    Declaration of Kris Kline                    2                    17cv01112-JLS-NLS

**EXHIBIT 6**
**Page 0073**

obey a staff member/officer's order), and 399 (conduct that disrupts or interferes with the security or orderly running of the facility). (*See* Doc. 85-23.) These categories and offense codes are based on ICE's National Detention Standards ("NDS") and are reviewed and approved by the U.S. Marshals Service.[2]

5.      Disciplinary violations range from 100-series ("Greatest" offenses) to 400-series ("Low Moderate" offenses). 300-series offenses are considered lower-level offenses for which the disciplinary process is handled in-unit. Sanctions for these types of offenses typically include loss of privileges (commissary, recreation, etc.), loss of job, and a reprimand or warning.

6.      When a staff member observes a violation of facility rules or policy, they document it on the disciplinary report form I-884 and identify the violation, giving the facts and clearly articulating the incident. The report is then submitted to the on-duty Shift Supervisor who will review it for completeness and then assign it to a trained supervisor (Sergeant level or above) to conduct an investigation within 24 hours of the report being submitted. The investigating staff will serve the detainee a notice, making them aware of the report. The investigating staff then reviews any video footage, staff statements, and evidence, and interviews any witnesses. The investigator will then complete the investigation form.

7.      The disciplinary report and the investigation report are submitted to the Disciplinary Hearing Officer ("DHO"), who will schedule a hearing with the detainee and allow them to plead their case. After reviewing all of the facts and evidence presented, the DHO will make a decision as to whether the detainee is guilty. The DHO will decide the appropriate sanction to be imposed under the circumstances, including whether the detainee is a repeat offender and the severity of the offense.

---

[2] CAFCC operates pursuant to a contract between CoreCivic and the U.S. Marshals Service, on which ICE is an authorized user.

Declaration of Kris Kline                    3                    17cv01112-JLS-NLS

EXHIBIT 6
Page 0074

8.      Disciplinary segregation is typically reserved for the most severe offenses that impact the safety and security of the institution, such as assaults or possession of contraband/weapons.

9.      In my two-and-a-half years as Warden of CAFCC, no detainee has ever been placed in disciplinary segregation for refusal to clean their assigned living area. At most, such a detainee would be sanctioned with loss of privileges such as commissary or recreation, but even that is rare.

10.     Nor has a detainee ever been placed in disciplinary segregation or given any other disciplinary sanction for refusing to participate in the VWP, volunteering for the VWP and then refusing to report to their assigned work location, or volunteering for the VWP and then refusing to complete their assigned task. Facility supervisors are trained and instructed that participation in the VWP is strictly voluntary.

11.     Detainees who volunteer to participate in the VWP are assigned to certain areas and expected to report according to a set schedule. The facility operates on a very strict 24-hour building schedule, and it is very important that detainees assigned to work report on time to maintain the scheduled times the facility has committed to both internally and with external entities.

12.     If a detainee does not report to their assigned area on time, then the unit will be called and an officer will escort them to the work assignment. Disciplinary action is not taken if they do not report.

13.     If a detainee refuses to report to their assigned work area, the Unit Manager will ask the detainee if they want to continue in the VWP. If they do not want to work, then they will be dropped from the program. They are never given a disciplinary report or sanction for not participating.

14.     Because CAFCC is a secure detention facility, it is important for detainees to obey staff orders to maintain the safe and orderly operation of the

Declaration of Kris Kline                    4                    17cv01112-JLS-NLS

EXHIBIT 6
Page 0075

facility. Nevertheless, disciplinary segregation is not given as a sanction for refusal to obey an order except under extreme circumstances. Sanctions for refusal to obey an order typically include loss of privileges (commissary, recreation, etc.).

15.     Disciplinary sanctions for conduct that disrupts or interferes with the security or orderly running of the facility are rare. When they are given, it is usually related to extremely disruptive behavior (repeated failure to follow orders, disrespecting staff, etc.). Sanctions typically include loss of privileges (commissary, recreation, etc.), but not segregation.

### Commissary/Basic Necessities

16.     When new detainees arrive at CAFCC, they are provided the following clothing and hygiene items consistent with the requirements of the NDS:

     a.  2 uniforms (shirts and pants);

     b.  1 pair of shoes;

     c.  1 jacket (in the winter);

     d.  4 pair of underwear;

     e.  4 pair of socks;

     f.  2 bars of soap;

     g.  1 stick of deodorant;

     h.  1 tube of toothpaste;

     i.  1 toothbrush;

     j.  1 bottle of three-in-one body wash;

     k.  1 comb;

     l.  1 bottle of lotion;

     m. 1 razor per day as needed; and

     n.  2 rolls of toilet paper.

Photographs that accurately depict the types of hygiene and clothing items that are provided to new detainees are attached as Attachments A and B, respectively.

**EXHIBIT 6**
**Page 0076**

17. Detainees are informed during orientation that if they run out of a hygiene item, or if an item of clothing gets worn out, all they have to do is ask for a new one, and it will be provided to them. This is also covered in the detainee handbook. (*See, e.g.,* Doc. 85-23 at CCOG00021869.)

18. Detainees are required to turn in empty items to exchange for new ones if possible. If this is not possible, then staff may conduct an inspection of their belongings to prevent hoarding excess items. This is done for security and sanitary purposes. Toilet paper is provided upon verbal request.

19. Laundry is done every day. Each detainee is provided a laundry bag to store their dirty laundry. A laundry porter comes through every housing unit every day to pick up laundry bags. All laundry is returned to the detainees that same day. Additionally, staff makes regular rounds to inspect clothing, and will replace worn out clothing upon request or on their own initiative if an item of clothing appears unserviceable.

20. In addition to the standard issue hygiene and clothing, CAFCC makes a commissary available to detainees, from which they can purchase certain food, hygiene items, and other items. The commissary inventory is set by the Warden and the CAFCC Business Office on an annual basis.

21. The hygiene items available from the commissary are different than those provided for free to all detainees in that they generally provide detainees additional options in terms of brands, scents, colors, sizes, styles, etc.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this _10_ day of July, 2019 at Florence, Arizona.

_____
Kris Kline

Declaration of Kris Kline        6        17cv01112-JLS-NLS

EXHIBIT 6
Page 0077

# ATTACHMENT A

# ATTACHMENT A

EXHIBIT 6
Page 0078



CCOG00103847

**EXHIBIT 6**
**Page 0079**



CCOG00103848

**EXHIBIT 6**
**Page 0080**

# ATTACHMENT B

# ATTACHMENT B

EXHIBIT 6
Page 0081



CCOG00103849

EXHIBIT 6
Page 0082



CCOG00103850

EXHIBIT 6
Page 0083



CCOG00103851

EXHIBIT 6
Page 0084

**EXHIBIT 7**

**EXHIBIT 7**

1   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
    Daniel P. Struck, AZ Bar #012377
2   *(admitted pro hac vice)*
    Rachel Love, AZ Bar #019881
3   *(admitted pro hac vice)*
    Nicholas D. Acedo, AZ Bar #021644
4   *(admitted pro hac vice)*
    Ashlee B. Hesman, AZ Bar #028874
5   *(admitted pro hac vice)*
    Jacob B. Lee, AZ Bar #030371
6   *(admitted pro hac vice)*
    3100 West Ray Road, Suite 300
7   Chandler, Arizona  85226
    Tel.:  (480) 420-1600
8   Fax:  (480) 420-1695
    dstruck@strucklove.com
9   rlove@strucklove.com
    nacedo@strucklove.com
10  ahesman@strucklove.com
    jlee@strucklove.com
11
    LAW OFFICE OF ETHAN H. NELSON
12  Ethan H. Nelson, CA Bar #262448
    4 Park Plaza, Suite 1025
13  Irvine, California 92614
    Tel: (949) 229-0961
14  Fax: (949) 861-7122
    ethannelsonesq@gmail.com
15
    Attorneys for Defendant/Counter-Claimant
16  CoreCivic, Inc.

17              **UNITED STATES DISTRICT COURT**

18             **SOUTHERN DISTRICT OF CALIFORNIA**

19  Sylvester Owino and Jonathan Gomez,        NO. 3:17-cv-01112-JLS-NLS
    on behalf of themselves, and all others
20  similarly situated,                        **DECLARATION OF WARDEN
                                               ROBERT LACY, JR. IN SUPPORT
21              Plaintiffs,                     OF DEFENDANT'S
                                               MEMORANDUM IN OPPOSITION
22  v.                                         TO PLAINTIFFS' MOTION FOR
                                               CLASS CERTIFICATION**
23  CoreCivic, Inc., a Maryland
    corporation,
24
                Defendant.
25

26

27

28

    Declaration of Warden Robert Lacy, Jr.                    17cv01112-JLS-NLS

**EXHIBIT 7**
**Page 0085**

1   CoreCivic, Inc., a Maryland
    corporation,

2                           Counter-Claimant,

3   v.

4   Sylvester Owino and Jonathan Gomez,
    on behalf of themselves, and all others
5   similarly situated,

6                           Counter-Defendants.

7

8          I, Robert Lacy, Jr., make the following Declaration:

9          1.     I am over the age of 18 years and competent to testify to the matters

10  set forth in this Declaration.  I make this Declaration in support of CoreCivic's

11  Memorandum in Opposition to Plaintiffs' Motion for Class Certification based on

12  my own personal knowledge and my review of the relevant documents as

13  maintained by CoreCivic in the usual course of business.

14         2.     I have been in corrections for 40 years.  I have been employed by

15  CoreCivic since 1989, when I started as the Chief of Security at the Cleveland Pre-

16  Release Center located in Cleveland, Texas.  Prior to starting at the Cleveland Pre-

17  Release Center, I spent ten years at the Texas Department of Criminal Justice,

18  where I held positions ranging from Correctional Officer to Administrative

19  Segregation Captain.

20         3.     I am currently the Warden of CoreCivic's Houston Processing Center

21  ("HPC") in Houston, Texas, a position I have held since 1996.  As Warden, I am

22  responsible for the administrative oversight of policies and procedures, maintaining

23  facility compliance with ICE standards, management of staff, serving as the

24  community liaison, and much more.

25                                **Discipline**

26         4.     The detainee handbook provides a list of prohibited acts and sanctions,

27  divided into categories based on the severity of the prohibited acts.  Among the

28  "high moderate" offenses are 306 (refusal to clean assigned living area), 307

Declaration of Warden Robert Lacy, Jr.          2          17cv01112-JLS-NLS

**EXHIBIT 7**
**Page 0086**

(refusal to obey a staff member/officer's order), and 399 (conduct that disrupts or interferes with the security or orderly running of the facility).  (*See* Doc. 85-27.) These categories and offense codes are required by ICE and ICE's Performance Based National Detention Standards ("PBNDS").

5.    The 300 codes outlined above are minor disciplinary infractions and are processed by the Unit Disciplinary Committee (UDC).  The UDC consists of one to three supervisors. These minor infractions do not carry a segregation type sanction, only restrictive sanctions can be imposed.

6.    When a staff member observes a violation of these rules/policies, they may draft a disciplinary report and submit it to their supervisor.  The supervisor then determines whether to issue a disciplinary report to the detainee.

7.    If the supervisor elects to proceed with the disciplinary report, it is then submitted to the Unit Manager or Shift Supervisor who will review for accuracy.  The detainee is then read his due process rights and an investigation is conducted by someone who was not involved in the incident.

8.    The case is then processed by the UDC.  The UDC will render a finding and impose sanctions as prescribed by the PBNDS disciplinary standards.

9.    Sanctions for the offenses outlined above typically include loss of privileges (commissary, recreation, etc.), loss of job, and a reprimand or warning. These potential sanctions are taken from the PBNDS, as well.

10.    Disciplinary segregation is typically reserved for the most severe offenses that impact the safety and security of the institution, such as assaults or possession of contraband/weapons.

11.    ICE receives notice when a detainee is admitted into segregation and monitors the detainee's placement.

### Housekeeping

12.    All housing units at HPC are dormitories.  In a dormitory setting, the assigned living area includes a detainee's bed and the immediate area around it.

Declaration of Warden Robert Lacy, Jr.          3          17cv01112-JLS-NLS

**EXHIBIT 7**
**Page 0087**

13.     During the intake process, detainees are instructed that they are expected to keep their assigned living areas clean, and that they are expected to clean up after themselves in the dormitories/common areas. Detainees receive these instructions from staff during intake and in an orientation video.  At the conclusion of the video, staff ask the detainees if they have any questions.   Additionally, detainees can raise questions regarding this (as well as any other policy or issue) during town hall meetings.  Town hall meetings are conducted a minimum of once a month, and up to once a week.

14.     Under no circumstances is disciplinary segregation given as a sanction for refusal to clean an assigned living area or refusal to clean up after themselves in the dormitory/common area.

15.     In my 23 years as Warden of HPC, I have never seen disciplinary segregation given as a sanction for refusal to clean an assigned living area or refusal to clean up after themselves in the dormitory/common area.

16.     Most often, if a detainee refuses to clean his assigned living area or clean up after himself in the dormitory/common area, he is given a verbal warning, which usually resolves the issue.

17.     Because HPC is a secure detention facility, it is important for detainees to obey staff orders to maintain the safe and orderly operation of the facility. Nevertheless, disciplinary segregation is not given as a sanction for refusal to obey an order except under extreme circumstances.  Sanctions for refusal to obey an order typically include loss of privileges (commissary, recreation, etc.) or restriction to housing unit.[1]  A detainee would not be given disciplinary segregation for refusing an order to clean their assigned living area.

---

[1]  Disciplinary segregation is a form of separation from the general population in which detainees are confined for a period of time in a segregation cell. While in segregation, a detainee's property and privileges are restricted. Restriction to housing unit requires a detainee to remain in their housing unit for a period of time, but does not restrict them from any in-unit activities or privileges.

Declaration of Warden Robert Lacy, Jr.          4                    17cv01112-JLS-NLS

EXHIBIT 7
Page 0088

18.     Disciplinary sanctions for conduct that disrupts or interferes with the security or orderly running of the facility are rare. When they are given, it is usually related to count procedures (failure to stand for count, not being in the detainee's designated area during count, etc.). Sanctions typically include loss of privileges (commissary, recreation, etc.) or restriction to housing unit, but not segregation.

19.     Detainees are also expected to clean up after themselves in the dormitories/common areas.  For example, if a detainee spills a drink on the floor, or if something they were cooking in the microwave bubbles over, they are expected to clean up their mess, rather than leaving it for the assigned porters to clean up later.

20.     Detainees are not expected to clean up after other detainees in the dormitories/common areas.  The only detainees who clean up messes other than those they made themselves are those who volunteered to participate in the Voluntary Work Program ("VWP") and are assigned as porters.  These detainees are paid $1 per day for their participation.  No other detainees are assigned jobs in the dormitories /common areas.

21.     Nor has a detainee ever been placed in disciplinary segregation or given any other disciplinary sanction for refusing to participate in the VWP, volunteering for the VWP and then refusing to report to their assigned work location, or volunteering for the VWP and then refusing to complete their assigned task.  Facility supervisors are trained and instructed that participation in the VWP is strictly voluntary.

22.     If a detainee refuses to work, or no longer wishes to participate in the VWP, he is simply removed from the program.  No disciplinary report or other sanction is issued.

23.     Similarly, detainees do not receive disciplinary sanctions for not performing job duties properly.

Declaration of Warden Robert Lacy, Jr.          5                    17cv01112-JLS-NLS

EXHIBIT 7
Page 0089

24.     If a detainee does not show up for work, an officer calls the detainee's housing unit to check if the detainee is willing to work that day.  If the detainee declines, no disciplinary sanction is issued.

25.     Escorts are only utilized to escort detainees to their job assignments when the facility is on lockdown.  If an escort attempts to escort a detainee to his job assignment, and he refuses, no disciplinary sanction is issued.

**Commissary/Basic Necessities**

26.     When new detainees arrive at HPC, they are provided the following clothing and hygiene items consistent with the requirements of the PBNDS:

      a.  3 uniforms (shirts and pants);

      b.  1 pair of shoes;

      c.  3 t-shirts;

      d.  3 pair of underwear;

      e.  3 bras (female population);

      f.  3 pair of socks;

      g.  1 packet of 3-in-1 body soap, shampoo & conditioner;

      h.  1 tube of toothpaste;

      i.  1 toothbrush;

      j.  1 comb;

      k.  1 brush (female population);

      l.  1 packet of lotion; and

      m. sanitary napkins upon request for female population (each unit officer has a supply on hand for distribution as needed/requested).

Razors are available upon request. Attachment A is a photograph that accurately depicts the hygiene items provided to new detainees.  Attachment B is a photograph that accurately depicts the clothing items provided to new detainees.

27.     If, at any time, a detainee needs additional hygiene items, he may request them from an officer.  Officers make daily rounds to replenish hygiene

Declaration of Warden Robert Lacy, Jr.          6                    17cv01112-JLS-NLS

**EXHIBIT 7**
**Page 0090**

items.  Detainees are made aware of this process at orientation and through the Detainee Handbook.  (*See, e.g.*, Doc. 85-25 at CCOG00019523.)

28.    Detainee clothing is washed three times a week.  To get their clothes washed, detainees place dirty clothes in their issued laundry bags and provide them to the laundry officer on their scheduled laundry day.  Detainees are made aware of this process through the Detainee Handbook.

29.    If, at any time, a detainee needs additional clothing items, he may request them by submitting a request form to the unit management team.

30.    In addition to the standard issue hygiene and clothing, HPC has a commissary where detainees can purchase certain food, hygiene, clothing, and other items. The commissary inventory is set by CoreCivic's Facility Support Center (headquarters).

31.    The hygiene and clothing items available from the commissary are different than those provided for free to all detainees. For example, soap available from the commissary is generally larger than the soap provided for free, and is available in a variety of types, scents, brands, etc.

32.    Because HPC provides detainees with meals and basic clothing and hygiene items, the commissary is intended to provide detainees options.  It is not necessary for a detainee to purchase food, clothing, or hygiene items from the commissary.

33.    In addition to the food items detainees can purchase from commissary, they are provided three meals per day that are approved by a registered dietician to ensure they provide sufficient calories and nutrients, and that they provide sufficient variety.

///

///

///

Declaration of Warden Robert Lacy, Jr.          7          17cv01112-JLS-NLS

**EXHIBIT 7**
**Page 0091**

1        I declare under penalty of perjury that the foregoing is true and correct to the

2  best of my knowledge.

3        EXECUTED this _10_ day of July, 2019 at Houston, Texas.

4

5                                _____

6                              Robert Lacy, Jr.

7  3598406.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Warden Robert Lacy, Jr.     8            17cv01112-JLS-NLS

**EXHIBIT 7**
**Page 0092**

# ATTACHMENT A

# ATTACHMENT A

**EXHIBIT 7**
**Page 0093**



CCOG00103852

EXHIBIT 7
Page 0094

# ATTACHMENT B

# ATTACHMENT B

EXHIBIT 7
Page 0095



CCOG00103853

EXHIBIT 7
Page 0096

**EXHIBIT 8**

**EXHIBIT 8**

STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, AZ Bar #012377
*(admitted pro hac vice)*
Rachel Love, AZ Bar #019881
*(admitted pro hac vice)*
Nicholas D. Acedo, AZ Bar #021644
*(admitted pro hac vice)*
Ashlee B. Hesman, AZ Bar #028874
*(admitted pro hac vice)*
Jacob B. Lee, AZ Bar #030371
*(admitted pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com

LAW OFFICE OF ETHAN H. NELSON
Ethan H. Nelson, CA Bar #262448
4 Park Plaza, Suite 1025
Irvine, California 92614
Tel.: (949) 229-0961
Fax: (949) 861-7122
ethannelsonesq@gmail.com

Attorneys for Defendant/Counter-Claimant
CoreCivic, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated, | NO. 3:17-cv-01112-JLS-NLS |
| Plaintiffs, | **DECLARATION OF L. MALLAMAS IN SUPPORT OF DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| v. | |
| CoreCivic, Inc., a Maryland corporation, | |
| Defendant. | |

Declaration of L. Mallamas                                   17cv01112-JLS-NLS

**EXHIBIT 8**
**Page 0097**

CoreCivic, Inc., a Maryland corporation,

Counter-Claimant,

v.

Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated,

Counter-Defendants.

I, L. Mallamas, make the following Declaration:

1.     I am over the age of 18 years and competent to testify to the matters set forth in this Declaration. I make this Declaration in support of CoreCivic's Memorandum in Opposition to Plaintiffs' Motion for Class Certification based on my own personal knowledge and my review of the relevant documents as maintained by CoreCivic in the usual course of business.

2.     I have been in corrections for over 19 years. I have been employed by CoreCivic since 2000, when I started as a Correctional Officer at CoreCivic's California City Correctional Center, located in California City, California.

3.     I am currently the Director of Commissary for CoreCivic, a position I have held since 2015. As the Director of Commissary, I oversee commissary operations for all of CoreCivic's facilities nationwide in which CoreCivic manages the facility commissary. Specifically, I ensure that the commissaries offer inmates and detainees an appropriate, comprehensive lineup of goods at fair prices. I also work closely with, and provide training to, the facilities to ensure that their commissary operations are managed appropriately, treating their inmate and detainee populations with respect, and that they are fiscally sound.

4.     Commissaries at all CoreCivic facilities, including facilities housing ICE detainees, are operated solely for the benefit of the inmate and detainee population. Indeed, CoreCivic Policy 2-4, Facility Commissary Checking Account, provides that "[e]ach facility will . . . maintain commissary profits which are

Declaration of L. Mallamas                    2                    17cv01112-JLS-NLS

EXHIBIT 8
Page 0098

generally used to pay for inmate/resident welfare expenses or as otherwise dictated by the terms of the appropriate management contract." CoreCivic makes no money from commissary sales.

5.     CoreCivic's contracts with ICE generally allow CoreCivic to operate its commissaries on a profit margin in order to accomplish this mission, but does not specify the margin to be used. Unless otherwise specified in a particular contract, CoreCivic generally uses a 30% margin to determine the prices of the items it sells in the commissary.

6.     To ensure that items offered in the facility commissary are priced appropriately and fairly, CoreCivic conducts a market-based pricing survey every two years, comparing the prices of items offered in the commissary to the prices of identical (or at least similar) items at local convenience stores. CoreCivic conducted a market-based pricing survey in 2018, and will conduct the next one in 2020.

7.     CoreCivic starts by gathering sales data for the most recent three to six month period from all facilities at which it operates the commissary to identify the 25 top-selling items at each facility. If several items on the resulting list are of the same type—for example, four flavors of ramen noodle soup, or three types of soda—they will be consolidated into one item, such as "ramen noodle soup" or "soda," and the next items on the list will be moved up to create the list of the 25 top-selling items at each facility.

8.     Commissary staff then go to local convenience stores to locate identical items (or substantially similar items if identical items cannot be located) and note the size and price of each item. If staff cannot locate an identical or substantially similar item, they will try another local convenience store. If they still cannot locate an appropriate comparison item, they will move to the next item on the list of top sellers so that 25 items are being compared for each facility.

9.     CoreCivic compares its prices to convenience stores because the commissaries fulfill the same purpose as convenience stores—a place to purchase

**EXHIBIT 8**
**Page 0099**

items as a supplement to the food, clothing, and hygiene items (at facilities housing ICE detainees) provided to all detainees free of charge. CoreCivic does not compare prices at general stores such as Walmart or Dollar Tree, which have a much larger purchasing power and thus are able to offer lower prices than CoreCivic.

10.    CoreCivic then calculates the cost per ounce of each item and compares that to the cost per ounce of the items sold through the commissary. Generally speaking, CoreCivic's prices are comparable to, and often better than, 90% of the items sold in convenience stores. When CoreCivic's price on an item is not better (or at least comparable), CoreCivic contacts its vendor, Keefe Supply Company, to negotiate a lower price for the item. If a lower price for that particular item is not possible, CoreCivic will ensure it has similar items at other price points to give detainees options.

11.    CoreCivic's Facility Support Center ("FSC") (headquarters) approves each facility's commissary inventory. FSC maintains a master inventory list of over 2,400 items that have been approved for sale in secure correctional and detention facilities. CoreCivic tracks the sales performance of each item and pricing variations to ensure that the commissaries are offering items that detainees want to purchase at fair prices, and will add new items from time to time. CoreCivic's goal is to offer items that are meaningful to the detainees.

12.    Each facility can choose what items to offer from the master list based on factors such as sales history at their facility and other facilities, recommendations from Keefe, and the amount of product the facility can store on-site. The facilities then submit the inventories to FSC for approval. True and correct copies of representative facility commissary inventory lists, as maintained by CoreCivic in the usual course of business, are attached as follows: **Attachment A**, Otay Mesa Detention Center, dated September 14, 2018; **Attachment B**, San Diego Correctional Facility, dated May 30, 2014; **Attachment C**, Houston Processing Center, dated May 17, 2019; **Attachment D**, Stewart Detention Center, dated May

**EXHIBIT 8**
**Page 0100**

17, 2019; **Attachment E**, Central Arizona Florence Correctional Complex, dated May 17, 2019; **Attachment F**, Laredo Processing Center, dated May 17, 2019; **Attachment G**, Eloy Detention Center, dated May 17, 2019.

13.     The use of revenue from commissary sales is strictly controlled, which is why Policy 2-4 requires the facility commissary checking account to be separate from all other accounts and to use checks of a different color than other facility checks, and limits the personnel who are authorized to sign checks from the account.

14.     Funds from the facility commissary checking account are used to replenish the commissary inventory and to pay for operating expenses of the commissary as outlined in the applicable management contract. Such expenses may include the salaries of certain staff members specifically identified in the facility staffing pattern (as defined in the applicable contract) as responsible for the commissary. Commissary funds are never used to pay for detention officer salaries—including detention officers who are or may be stationed in commissary to supervise detainee workers participating in the Voluntary Work Program—or other facility operating expenses.

15.     Any profits remaining after payment of these expenses are placed in the Inmate Welfare Fund ("IWF"). Any expenditures from the IWF must benefit all detainees in the facility, and cannot be used for any other purpose.

16.     Such expenditures may include things like recreational materials, such as televisions, exercise equipment, sports equipment, board games, and video games; books; movies; hobby/craft materials; or Christmas packages, to name a few.

17.     Depending on the contract, approval of the contracting agency may be required before funds may be spent out of the IWF. For example, some of CoreCivic's contracts with ICE require approval of the ICE Contracting Officer's Representative before funds may be spent out of the IWF.

Declaration of L. Mallamas                5                17cv01112-JLS-NLS

**EXHIBIT 8**
**Page 0101**

1    I declare under penalty of perjury that the foregoing is true and correct to the

2    best of my knowledge.

3    EXECUTED this ____ day of July, 2019 at Nashville, Tennessee



L. Mallamas

3598786.1

Declaration of L. Mallamas                    6                    17cv01112-JLS-NLS

EXHIBIT 8
Page 0102

# ATTACHMENT A

# ATTACHMENT A

**EXHIBIT 8**
**Page 0103**

**OTAY MESA DETENTION CENTER**

Print Date: 09/14/2018  8:47:32AM

**INVENTORY ITEM LISTING for INMATES/DETAINEES**

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| | **BEVERAGE** | | |
| 30510 | KEEFE 100% COLOMBIAN RESEAL 3 OZ H* | | $4.44 |
| 30550 | KEEFE INSTANT DECAF 3oz | | $4.17 |
| 30720 | TASTERS CHOICE COFFEE 3.7oz | | $7.01 |
| 30740 | BIGELOW 6 ASSORTED TEAS 18 CT. GSH* | | $3.69 |
| 30790 | KEEFE TEA BAGS | | $2.14 |
| 30910 | KEEFE_HOT COCOA_REGULAR 10 OZ | | $2.37 |
| 30960 | NESTLE CARNATION COCOA 2 LB. BAG * | | $7.01 |
| 30980 | NESTLE RICH HCM SINGLES * | | $0.26 |
| 31070 | PARAMOUNT_DRY_MILK 10 OZ | | $5.71 |
| 31340 | HAWAIIAN PUNCH JUICY FRUIT RED 8 PK | | $1.71 |
| 31350 | HAWAIIAN PUNCH LEMON BERRY | | $2.10 |
| 31460 | SEVILLA HORCHATA DRINK MIX | | $2.81 |
| 46350 | FOLGERS TRAD. ROAST 4OZ POUCH | | $5.58 |
| | **BEVERAGE, SODA** | | |
| 30000 | SODA, PEPSI | 24 | $1.65 |
| 30010 | SODA, PEPSI (DIET) | 24 | $1.65 |
| 30060 | SODA, DR. PEPPER | 24 | $1.65 |
| 30130 | SODA, FAYGO COLA | 24 | $1.30 |
| 30180 | WATER | 24 | $1.23 |
| | **CLOTHING** | | |
| 00213 | EricHunter Sweatshirt 8XL Tall,Gray | | $36.95 |
| 41047 | V4ORCE SWAGGER SHOE SZ 14 | 1 | $41.55 |
| 41048 | V4ORCE SWAGGER SHOE SZ 15 | 1 | $41.55 |
| 42443 | SPORTS BRA XL | 1 | $9.84 |
| 42444 | SPORTS BRA 2XL | 1 | $11.22 |
| 42445 | SPORTS BRA 3XL | 1 | $11.22 |
| 42446 | SPORTS BRA 4XL | 1 | $11.22 |
| 42447 | SPORTS BRA 5XL | 1 | $13.23 |
| 42660 | ANKLE SOCKS | 5 | $1.52 |
| 42790 | PREMIUM SWEATPANTS S | 1 | $13.22 |
| 42791 | PREMIUM SWEATPANTS M | 1 | $13.22 |
| 42792 | PREMIUM SWEATPANTS L | 1 | $13.22 |
| 42793 | PREMIUM SWEATPANTS XL | 1 | $13.22 |
| 42794 | PREMIUM SWEATPANTS 2XL | 1 | $25.22 |
| 42800 | PREMIUM SWEATSHIRTS S | 1 | $13.68 |
| 42801 | PREMIUM SWEATSHIRTS M | 1 | $13.68 |
| 42802 | PREMIUM SWEATSHIRTS L | 1 | $13.68 |
| 42803 | PREMIUM SWEATSHIRTS XL | 1 | $13.68 |

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| 42804 | PREMIUM SWEATSHIRTS 2XL | 1 | $21.99 |
| 42805 | PREMIUM SWEATSHIRTS 3XL | 1 | $21.99 |
| 43550 | RUSSELL 2 PANEL JERSEY SHORTS SZ S | 1 | $14.76 |
| 43551 | RUSSELL 2 PANEL JERSEY SHORTS SZ M | 1 | $14.76 |
| 43552 | RUSSELL 2 PANEL JERSEY SHORTS SZ L | 1 | $14.76 |
| 43553 | RUSSELL 2 PANEL JERSEY SHORTS SZ XL | 1 | $14.76 |
| 43554 | RUSSELL 2 PANEL JERSEY SHORTS 2XL | 1 | $14.76 |
| 49925 | VELCRO LEATHER WHT SHOE SZ 5 | 1 | $30.78 |
| 49926 | VELCRO LEATHER WHT SHOE SZ 6.5 | 1 | $30.78 |
| 49927 | VELCRO LEATHER WHT SHOE SZ 7 | 1 | $30.78 |
| 49928 | VELCRO LEATHER WHT SHOE SZ 7.5 | 1 | $30.78 |
| 49929 | VELCRO LEATHER WHT  SHOE SZ 8 | 1 | $30.78 |
| 49930 | VELCRO LEATHER WHT SHOE SZ 8.5 | 1 | $30.78 |
| 49931 | VELCRO LEATHER WHT SHOE SZ 9 | 1 | $30.78 |
| 49932 | VELCRO LEATHER WHT SHOE SZ 9.5 | 1 | $30.78 |
| 49933 | VELCRO LEATHER WHT SHOE SZ 10 | 1 | $30.78 |
| 49934 | VELCRO LEATHER WHT SHOE SZ 10.5 | 1 | $30.78 |
| 49936 | VELCRO LEATHER WHT SHOE SZ 12 | 1 | $30.78 |
| 49937 | VELCRO LEATHER WHT SHOE SZ 13 | 1 | $30.78 |
| 49938 | VELCRO LEATHER WHT SHOE SZ 15 | 1 | $30.78 |
| 49939 | VELCRO CANVAS WHT SHOE SZ 6 | 1 | $13.86 |
| 49940 | VELCRO CANVAS WHT SHOE SZ 7 | 1 | $13.86 |
| 49941 | VELCRO CANVAS WHT SHOE SZ 8 | 1 | $13.86 |
| 49942 | VELCRO CANVAS WHT SHOE SZ 9 | 1 | $13.86 |
| 49943 | VELCRO CANVAS WHT SHOE SZ 10 | 1 | $13.86 |
| 49944 | VELCRO CANVAS WHT SHOE SZ 11 | 1 | $13.86 |
| 49945 | VELCRO CANVAS WHT SHOE SZ 12 | 1 | $13.86 |
| 49946 | VELCRO CANVAS WHT SHOE SZ 13 | 1 | $13.86 |
| 49947 | VELCRO CANVAS WHT SHOE SZ 14 | 1 | $13.86 |
| 49948 | VELCRO CANVAS WHT SHOE SZ 15 | 1 | $13.86 |
| 49949 | VELCRO CANVAS WHT SHOE SZ 16 | 1 | $13.86 |
| 60689 | VELCRO TENNIS SHOE-15 | 1 | $18.22 |
| | **CONDIMENTS** | | |
| 31030 | KEEFE  NON DAIRY CREAMER | 2 | $2.46 |
| 31120 | SWEETMATE PINK 100 CT. BOX SH* | 2 | $2.46 |
| 34150 | PAINTED COW CREAM CHEESE | | $0.75 |
| 34200 | DEL MONTE KETCHUP  G* | | $2.30 |
| 34210 | HOT DILL PICKLE G* | | $1.05 |
| 34310 | TOKYO DINER SOY SAUCE  * | | $1.38 |

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| 34380 | TEXAS TITO JALAP/PEP SLICE . GS | | $0.50 |
| 34420 | VELVEETA SQUZ CHEESE CHEDDAR 16oz | | $4.20 |
| 34450 | VELVEETA JALAPENO SQZ CHZ  - G | | $4.26 |
| 34510 | CITY COW MOZZARELLA CHZ | | $2.26 |
| 34590 | EL PATO SALSA PICANTHTSAUC GS* | | $1.93 |
| 34610 | EL YUCAT XTHOT HABANERO SAUCE  GS | | $2.86 |
| 34630 | HUY FONG SRIRACHA HOT CHILI SAUCE | | $3.80 |
| 34640 | KEEFE LOUISIANA HOT SAUCE  GS* | | $1.52 |
| 34660 | TAPATIO HOT SAUCE 5 OZ GS | | $1.44 |
| 34680 | GOYA SAZON CON ACHIOTE/CILANTRO | | $1.74 |
| 34750 | SPICE CLASSIC BACON BITS | | $1.69 |
| 34810 | SPICE CLASSICS ONION POWDER * | | $1.69 |
| 34820 | SPICE CLASSICS SEASON SALT | | $1.82 |
| 34850 | GARLIC POWDER, G* | | $2.64 |
| 34910 | GRATED ITALIAN CHZ | | $2.00 |
| 34960 | KEEFE MAYONNAISE SQUEEZE BOTTLE | | $4.30 |
| 50020 | KRAFT BBQ SAUCE CHIPOTLE | | $2.93 |
| | **ELECT, BATTERY** | | |
| 40610 | ION 3 "AA" BATTERY- 4 PK | 2 | $2.06 |
| 40620 | ION 3 "AAA" BATTERY - 4PK | 2 | $2.11 |
| | **ELECTRONICS** | | |
| 41480 | GPX R300 CLEAR AM/FM RADIO | 1 | $24.94 |
| 41560 | GPX EB-CLR CLEAR EAR BUDS | | $4.45 |
| 41730 | KOSS CL-5 HEADPHONES | | $11.85 |
| 45480 | BRIGHT XTRA FLEX CLEAR SUPER LED | | $21.54 |
| 48160 | C-ORES Only MP Music Player | 1 | $113.37 |
| 48350 | FLASH DRIVE 4GB | | $13.84 |
| 49290 | C-ORES MP3 Silicone Cover | 1 | $4.19 |
| | **FOOD, ICE CREAM** | | |
| 30210 | CHOCO TACO 4.5oz | 2 | $1.83 |
| 30290 | VANILLA SANDWICH 3.5oz | 2 | $1.15 |
| 30380 | OREO COOKIE SANDWICH 4oz | 2 | $2.33 |
| | **FOOD, OTHER** | | |
| 31760 | KELLOGG'S POPTARTS STRAW 2 PK | | $1.08 |
| 31830 | QUAKER OATMEAL VARIETY * | | $0.36 |
| 31850 | RALSTON INSTANT OATMEAL FRUIT | | $0.34 |
| 34080 | KEEFE CREAMY PEANUT BUTTER  GS* | | $4.40 |
| 34090 | KEEFE GRAPE JELLY  G | | $4.18 |
| 34100 | KEEFE STRAWBERRY SPREAD  G | | $4.66 |

CCOG00095508

**EXHIBIT 8**
**Page 0104**

**OTAY MESA DETENTION CENTER**

Print Date: 09/14/2018  8:47:32AM

**INVENTORY ITEM LISTING for INMATES/DETAINEES**

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| 34140 | NUTELLA * | | $6.41 |
| 35040 | BRUSHY CREEK SUMMER SAUSAGE | | $2.95 |
| 35190 | JACK LINK ORIGINAL BEEF JERKY | | $2.16 |
| 35300 | BRUSHY_CREEK_BEEF_BARBACOA 6 OZ | | $4.09 |
| 35380 | BRUSHY CREEK CHILI W/BEANS (HOT) G | | $2.83 |
| 35400 | BC PORK JERK STYLE 5 OZ | | $4.37 |
| 35430 | PULLED CHICKEN IN BUFFALO SAUCE | | $3.62 |
| 35460 | BRUSHY CREEK CHICKEN BREAST | | $3.99 |
| 35490 | FRESH CATCH CHUNK LIGHT TUNA GH* | | $2.87 |
| 35500 | FRESH CATCH JACK MACK/BRIN - GH | | $1.57 |
| 35550 | FRESH CATCH SARDINES HT TOMATOSAUCE | | $1.26 |
| 35590 | FISH STEAKS/LOUISIANHTSAUCE - GH* | | $1.36 |
| 35730 | CHICKEN OF THE SEA SALMON * | | $4.43 |
| 35790 | HORMEL_BEEF STEW_10 OZ | | $4.32 |
| 35820 | HORMEL SPAM SINGLE POUCH GS | | $1.77 |
| 35830 | KEEFE PACK PRECOOKED RICE  GSH* | | $1.64 |
| 35920 | CA ORIGINAL FLOUR TORTILLAS 6 CT * | | $1.33 |
| 35950 | SEVILLA_BEANS&RICE_HOT CHILI 4.4 OZ | | $1.11 |
| 35961 | KEEFE INSTANT POTATOES 4oz | | $1.36 |
| 35970 | SEVILLA REFRIED BEANS W/J | | $2.53 |
| 50740 | KELLOGGS FROOT LOOPS CEREAL | | $1.83 |
| 50770 | KELLOGGS FROSTED FLAKES CERAL | | $1.83 |
| **FOOD, SOUPS** | | | |
| 35990 | BEEF RAMEN | 10 | $0.40 |
| 36010 | CAJUN SHRIMP RAMEN | 10 | $0.40 |
| 36030 | CHICKEN RAMEN | 10 | $0.40 |
| 36050 | CHILI RAMEN | 10 | $0.40 |
| 36070 | LIME CHILI SHRIMP RAMEN | 10 | $0.40 |
| **HYGIENE** | | | |
| 36250 | ELEMENTZ SHAMPOO W/EUCAL. & MINT | | $1.93 |
| 36320 | SUAVE SHAMPOO DAILY CLARIF 12 OZ | | $2.55 |
| 36340 | SUAVE WATERFALL MIST CONDITIONER | | $2.55 |
| 36390 | DANDRUFF SHAMPOO | | $2.20 |
| 36480 | ELEMENTZ ALOE VERA STYLING GEL | | $3.77 |
| 36500 | PERT PLUS SHAMPOO WITH COND. | | $6.07 |
| 36620 | PALM BRUSH | | $0.58 |
| 36710 | DIAL- DEODORANT _ROLL ON 1.5 OZ | | $1.73 |
| 36930 | DOVE UNSCENTED BEAUTY BAR | 2 | $2.82 |
| 36950 | ELEMENTZ BODY WASH | | $2.84 |

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| 37030 | IRISH SPRING DEODORANT SOAP | 2 | $1.30 |
| 37320 | INFUZED COCOA & SHEA BODY LOTION | | $3.23 |
| 37330 | INFUZED COCONUT LIMELOTION W/ALOE | | $3.23 |
| 37520 | CHAP-ET LIP CONDITIONER REGULAR | | $1.09 |
| 37570 | NOXZEMA SKIN CREAM 2 OZ. | | $2.68 |
| 37600 | NEWDAY BABY POWDER | | $2.61 |
| 37790 | COLGATE TOOTHPASTE BAK SDA W/PERIO | | $4.25 |
| 37920 | DENTAL FLOSS/GUM STIMULATOR 30 PK | | $1.66 |
| 37990 | SENSODYNE TOOTHPASTE | | $10.99 |
| 38000 | STAYDENT DENTURE ADHESIVE | | $4.19 |
| 38010 | ANTI SHANK SECURITY TOOTHBRUSH | | $0.53 |
| 38300 | MAGIC REG CREAM SHAVE DEPILATORY | | $5.61 |
| 38440 | MURRAY'S POMADE 4 OZ. PLASTIC JAR | | $3.14 |
| 38670 | SOFTEE HAIR FOOD | | $3.18 |
| 38730 | NAIL CLIPPER (NO FILE) | | $0.50 |
| 38750 | NEWDAY COTTON SWABS - 300 CT | | $2.09 |
| 38810 | BRAID ELASTIC PONYTAILERS 18 CT BLK | | $1.73 |
| 38970 | PANTILINERS 22 COUNT | | $1.65 |
| 46300 | ORALINE TOOTHBRUSH FLEX CROSSOVER | | $0.29 |
| 48100 | PERCARA MOUTHWASH ORAL | | $1.72 |
| **MEDICATIONS** | | | |
| 37940 | DR. SHEFFIELDS ORAL PAIN RELIEF | | $1.76 |
| 39120 | NEWDAY IBUPROFEN 200 MG 50 CT | | $3.15 |
| 39180 | CHERRY COUGH DROPS 30 CT. BAG | | $1.17 |
| 39260 | MEDICATED CHEST RUB | | $2.90 |
| 39310 | EYE DROPS (LIKE VISINE) | | $2.39 |
| 39680 | TOLNAFTATE ANTIFUNGAL CREAM | | $1.97 |
| 45720 | SALINE SOLUTION | | $5.24 |
| **MISC.** | | | |
| 37270 | TWO PIECE SOAP DISH (UPC CODED) | | $0.72 |
| 39640 | COMFORT PLUS SHOE INSOLE (2 PAIR) | | $2.86 |
| 40720 | CEREAL BOWL WITH LID 24 OZ. | 2 | $1.12 |
| 40730 | CLEAR THERMAL MUG 22 OZ | 1 | $2.65 |
| 40740 | CRAWFORD 1.6 QUART BOWL | 2 | $3.08 |
| 40820 | TUMBLER WITH LID 22 OZ | 1 | $0.64 |
| 44461 | READING GLASSES 1.25 | | $6.15 |
| 44462 | READING GLASSES 1.50 | | $6.15 |
| 44463 | READING GLASSES 1.75 | | $6.15 |
| 44464 | READING GLASSES 2.00 | | $6.15 |

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| 44465 | READING GLASSES 2.25 | | $6.15 |
| 44466 | READING GLASSES 2.50 | | $6.15 |
| 44467 | READING GLASSES 2.75 | | $6.15 |
| 44468 | READING GLASSES 3.00 | | $6.15 |
| 44469 | READING GLASSES 3.25 | | $6.15 |
| 47130 | TAN SPORK | 1 | $0.54 |
| 47820 | C-ORES Account Funds $1 | | $1.00 |
| 48030 | C-ORES Account Funds $10 | | $10.00 |
| **PHONE** | | | |
| 00001 | PHONE TIME | | $1.00 |
| 00002 | $5 PHONE TIME | | $5.00 |
| **POSTAGE** | | | |
| 00008 | STAMPS, FOREVER | | $0.49 |
| **RECREATION** | | | |
| 40470 | AVIATOR PLAYING CARD | 2 | $2.47 |
| 40530 | PINOCHLE AVIATOR PLAYING CARDS | 2 | $2.11 |
| **SNACKS** | | | |
| 31990 | CRUNCHY OATS & HONEY GRANOLA BAR | | $0.54 |
| 32000 | CRUNCHY PEANUT BUTTER GRANOLA BAR | | $0.54 |
| 32180 | AUSTIN CHZ & PEANUT BUTTER CRACK. | | $0.50 |
| 32250 | GOLDEN VALLEY SALTINE CRACKERS H* | | $2.63 |
| 32290 | NABISCO RITZ CRACKERS  BOX * | | $2.45 |
| 32740 | CAJUN MIX | | $1.25 |
| 32770 | HEALTH MIX 3.25 OZ. G | | $1.37 |
| 32870 | CHILE PICANTE CORNNUTS | | $0.97 |
| 32900 | ML HOT! HOT! HOT! PEANUTS  G* | | $0.71 |
| 32910 | ML ROAST/SALTED PEANUTS | | $0.71 |
| 33150 | PEANUT BUTTER WAFER | | $3.08 |
| 33160 | SWISS ROLL 6-2 PK | | $2.51 |
| 33220 | ZIPPY COOKIES DUPLEX CREAMES  H* | | $1.12 |
| 33230 | ZIPPY COOKIE ICED OATMEAL  H* | | $2.86 |
| 33310 | ZIPPY COOKIES LEMON CREAME  H* | | $2.12 |
| 33390 | BANANA DELUXE MOON PIE | | $0.66 |
| 33400 | CHOCOLATE DELUXE MOON PIE | | $0.70 |
| 33440 | MARIA'S COOKIES | | $0.80 |
| 33500 | CHIPS AHOY CHOC CHIP COOKI E * | | $5.51 |
| 33530 | NABISCO OREO COOKIES | | $0.80 |
| 45920 | ML POPCORN XT BUTTER MICRO* | | $0.64 |
| 49861 | OTIS CINNAMON LOAF CAKE | | $1.08 |

CCOG00095509

**EXHIBIT 8**
**Page 0105**

**OTAY MESA DETENTION CENTER**

Print Date: 09/14/2018  8:47:32AM

**INVENTORY ITEM LISTING for INMATES/DETAINEES**

| ITEM # | DESCRIPTION | LIMIT PRICE | ITEM # | DESCRIPTION | LIMIT PRICE | ITEM # | DESCRIPTION | LIMIT PRICE |
|---|---|---|---|---|---|---|---|---|
| | **SNACKS, CANDY** | | | | | | | |
| 33930 | HERSHEY MILK CHOCOLATE BAR G* | $1.44 | | | | | | |
| 33950 | M&M'S PEANUT CANDY  G* | $1.33 | | | | | | |
| 33990 | MILKY WAY BAR  * | $1.33 | | | | | | |
| 34000 | NESTLE CRUNCH | $1.61 | | | | | | |
| 34010 | REESE PEANUT BUTTER CUPS  G* | $1.47 | | | | | | |
| 34020 | SNICKERS BAR  G* | $1.36 | | | | | | |
| 34040 | TWIX BAR * | $1.36 | | | | | | |
| | **SNACKS, CHIP** | | | | | | | |
| 32100 | CHEETOS FLAMIN' HOT CRUNCH  8OZ | $2.88 | | | | | | |
| 32110 | DORITOS COOL RANCH 8 OZ | $2.83 | | | | | | |
| 32130 | DORITOS NACHO CHEESE, 8OZ | $2.83 | | | | | | |
| 32160 | RUFFLES- CHIPS_CHEDDAR&SOUR CREAM | $2.88 | | | | | | |
| 32385 | CACTUS HOT PORK RINDS | $1.51 | | | | | | |
| 32400 | CACTUS ANNIE NACHO CHIPS  GSH* | $2.78 | | | | | | |
| 32500 | CACTUS ANNI TORTILLA CHIP  GSH* | $2.83 | | | | | | |
| 32510 | THE WHOLE SHABANG REGLAR CHIP | $1.94 | | | | | | |
| 32540 | MOON LODGE REG POTATO CHIPS 6OZ | $1.94 | | | | | | |
| 32650 | MOON LODGE JALAPENO CHIPS  H* | $0.61 | | | | | | |
| | **STATIONERY** | | | | | | | |
| 39740 | #10 ENVELOPE WHITE | $0.04 | | | | | | |
| 39790 | 9 1/2" X 12 1/2" NO CLASP ENVELOPES | $0.17 | | | | | | |
| 39840 | WHITE 8 1/2" X 11" (50 SHEETS/PAD) | $1.36 | | | | | | |
| 39850 | WHITE SKETCH PAD 8 1/2" X 11"-50CT | $1.40 | | | | | | |
| 39910 | BEVELED PINK ERASER | $0.51 | | | | | | |
| 39920 | COLORED PENCIL SET 24 COUNT | $2.55 | | | | | | |
| 39970 | SMALL ADDRESS BOOK | $1.09 | | | | | | |
| 40000 | WEBSTER'S II POCKET DICTIONARY | $4.82 | | | | | | |
| 40010 | WEBSTER'S SPAN/ENGL DICTIONARY | $2.65 | | | | | | |
| 40250 | I LOVE YOU CARDS (NOT PICTURED) | $1.22 | | | | | | |
| 40260 | PLAIN PAPER BIRTHDAY CARDS | $1.22 | | | | | | |
| 40300 | PLAIN PAPER FRIENDSHIP CARDS | $1.22 | | | | | | |
| 40310 | PLAIN PAPER GET WELL CARDS | $1.22 | | | | | | |
| 40330 | PLAIN PAPER JUVENILE BIRTHDAY CARDS | $1.22 | | | | | | |
| 40460 | THANK YOU CARDS | $1.22 | | | | | | |
| 45730 | GOLF PENCIL | $0.06 | | | | | | |
| 45740 | SECURITY FLEX PEN | $0.61 | | | | | | |
| | **VITAMINS** | | | | | | | |
| 39390 | DAILY VITAMIN 100 TAB | $3.80 | | | | | | |

CCOG00095510

**EXHIBIT 8**
**Page 0106**

# ATTACHMENT B

# ATTACHMENT B

**EXHIBIT 8**
**Page 0107**

**SAN DIEGO CORRECTIONAL FACILITY**

**INVENTORY ITEM LISTING for INMATES/DETAINEES**

Print Date: 5/30/2014
Print Time: 2:29:05PM

| Number | Description | Lmt | Price |
|---|---|---|---|
| **BEVERAGE** | | | |
| 30510 | KEEFE 100% COLOMBIAN RESEAL 3 OZ H* | | $4.23 |
| 30560 | FOLGERS CRYST PLASTIC JAR | | $10.90 |
| 30740 | BIGELOW 6 ASSORTED TEAS 18 CT. GSH* | | $3.69 |
| 30960 | NESTLE CARNATION COCOA 2 LB. BAG * | | $6.63 |
| 30980 | NESTLE RICH HCM SINGLES * | | $0.24 |
| 31340 | HAWAIIAN PUNCH JUICY FRUIT RED 8 PK | | $1.71 |
| **BEVERAGE, SODA** | | | |
| 30000 | SODA, PEPSI | | $1.47 |
| 30010 | SODA, PEPSI (DIET) | | $1.36 |
| 30040 | SODA, SIERRA MIST | | $1.47 |
| 30130 | SODA, FAYGO COLA | | $1.16 |
| 30160 | SODA, FAYGO ORANGE | | $1.16 |
| 30180 | WATER | 24 | $1.23 |
| **CLOTHING** | | | |
| 41040 | V4ORCE SWAGGER SHOE SZ 7 | 1 | $41.64 |
| 41041 | V4ORCE SWAGGER SHOE SZ 8 | 1 | $41.64 |
| 41042 | V4ORCE SWAGGER SHOE SZ 9 | 1 | $41.64 |
| 41043 | V4ORCE SWAGGER SHOE SZ 10 | 1 | $41.64 |
| 41044 | V4ORCE SWAGGER SHOE SZ 11 | 1 | $41.64 |
| 41045 | V4ORCE SWAGGER SHOE SZ 12 | 1 | $41.64 |
| 41046 | V4ORCE SWAGGER SHOE SZ 13 | 1 | $41.64 |
| 41047 | V4ORCE SWAGGER SHOE SZ 14 | 1 | $41.64 |
| 41048 | V4ORCE SWAGGER SHOE SZ 15 | 1 | $41.64 |
| 42801 | PREMIUM SWEATSHIRTS M | 1 | $13.72 |
| 42802 | PREMIUM SWEATSHIRTS L | 1 | $13.72 |
| 42803 | PREMIUM SWEATSHIRTS XL | 1 | $13.72 |
| 42804 | PREMIUM SWEATSHIRTS 2XL | 1 | $22.04 |
| 42805 | PREMIUM SWEATSHIRTS 3XL | 1 | $22.04 |
| 60230 | VELCRO TENNIS SHOE-5 | 1 | $18.26 |
| 60231 | VELCRO TENNIS SHOE-6 | 1 | $18.26 |
| 60232 | VELCRO TENNIS SHOE-7 | 1 | $18.26 |
| 60237 | VELCRO TENNIS SHOE-12 | 1 | $18.26 |
| 60239 | VELCRO TENNIS SHOE-14 | 1 | $18.26 |
| 60689 | VELCRO TENNIS SHOE-15 | 1 | $18.26 |
| **CONDIMENTS** | | | |
| 31040 | NESTLE COFFEE MATE CREAMER G* | | $2.41 |
| 31050 | NESTLE FREN VANILLA CREAMER G* | | $4.20 |
| 31120 | SWEETMATE PINK 100 CT. BOX SH* | | $2.46 |
| 34200 | DEL MONTE KETCHUP G* | | $2.30 |
| 34210 | HOT DILL PICKLE G* | | $1.00 |
| 34310 | TOKYO DINER SOY SAUCE * | | $1.34 |
| 34360 | CACTUS ANNI SQZ SALSA (MED) G* | | $2.32 |
| 34380 | TEXAS TITO JALAP/PEP SLICE . GS | | $0.46 |
| 34450 | VELVEETA JALAPENO SQZ CHZ - G | | $4.26 |
| 34590 | EL PATO SALSA PICANTHTSAUC GS* | | $1.69 |
| 34610 | EL YUCAT XTHOT HABANERO SAUCE GS | | $2.86 |
| 34630 | HUY FONG SRIRACHA HOT CHILI SAUCE | | $3.58 |
| 34640 | KEEFE LOUISIANA HOT SAUCE GS* | | $1.52 |
| 34660 | TAPATIO HOT SAUCE 5 OZ GS | | $1.34 |
| 34810 | SPICE CLASSICS ONION POWDER * | | $1.69 |
| 34850 | GARLIC POWDER, G* | | $1.33 |
| 34960 | KEEFE MAYONNAISE SQUEEZE BOTTLE | | $4.30 |
| **ELECT, BATTERY** | | | |
| 40610 | ION 3 "AA" BATTERY- 4 PK | 2 | $2.06 |
| 40620 | ION 3 "AAA" BATTERY - 4PK | 2 | $2.12 |
| **ELECTRONICS** | | | |
| 00094 | 1 GB- USB THUMB DRIVES | | $15.33 |
| 00095 | 4 GB- USB THUMB DRIVES | | $17.25 |
| 41480 | GPX R2825 CLEAR AM/FM RADIO | 1 | $25.00 |
| 41530 | SONY SRF-39 FP CLEAR AM/FM RADIO | 1 | $39.21 |
| 41560 | GPX EB-CLR CLEAR EAR BUDS | | $4.46 |
| 41730 | KOSS CL-5 HEADPHONES | | $11.88 |
| **FOOD, ICE CREAM** | | | |
| 30190 | BUTTER PECAN (PINT) - BLUE BELL | | $3.01 |
| 30390 | OREO(PINT) - UNILEVER | | $3.64 |
| 30460 | VANILLA (PINT) - BLUE BELL | | $3.01 |
| **FOOD, OTHER** | | | |
| 31760 | KELLOGG'S POPTARTS STRAW 2 PK | | $1.08 |
| 31830 | QUAKER OATMEAL VARIETY * | | $0.43 |
| 34080 | KEEFE CREAMY PEANUT BUTTER GS* | | $4.41 |
| 34090 | KEEFE GRAPE JELLY G | | $4.18 |
| 34100 | KEEFE STRAWBERRY SPREAD G | | $4.66 |
| 34140 | NUTELLA * | | $6.43 |
| 35030 | JACK LINK HOT SUMMER SAUSAGE S | | $1.79 |
| 35190 | JACK LINK ORIGINAL BEEF JERKY | | $1.85 |
| 35330 | BRUSHY CK LT SEASON BEEF CRUMBLE H | | $3.40 |
| 35380 | BRUSHY CREEK CHILI W/BEANS (HOT) G | | $2.19 |
| 35490 | FRESH CATCH CHUNK LIGHT TUNA GH* | | $2.87 |
| 35500 | FRESH CATCH JACK MACK/BRIN - GH | | $1.58 |
| 35590 | FISH STEAKS/LOUISIANHTSAUCE - GH* | | $1.36 |
| 35730 | CHICKEN OF THE SEA SALMON * | | $3.87 |
| 35740 | CHICKEN OF THE SEA SARDINES/SAUCE * | | $1.32 |
| 35820 | HORMEL SPAM SINGLE POUCH GS | | $1.87 |
| 35830 | KEEFE PACK PRECOOKED RICE GSH* | | $1.34 |
| 35920 | CA ORIGINAL FLOUR TORTILLAS 6 CT * | | $1.29 |
| 35970 | SEVILLA REFRIED BEANS W/J | | $2.53 |
| 36220 | SPICY VELVEETA MACARONI &CHZ H* | | $1.24 |
| **FOOD, SOUPS** | | | |
| 35990 | BEEF RAMEN | 5 | $0.40 |
| 36010 | CAJUN SHRIMP RAMEN | 5 | $0.40 |
| 36030 | CHICKEN RAMEN | 5 | $0.40 |
| 36050 | CHILI RAMEN | 5 | $0.40 |
| 36070 | LIME CHILI SHRIMP RAMEN | 5 | $0.40 |
| **HYGIENE** | | | |
| 10416 | POLYGRIP | | $9.30 |
| 10451 | FLOSS AND GO SINGLE | | $0.21 |
| 36250 | ELEMENTZ SHAMPOO W/EUCAL. & MINT | | $1.93 |
| 36340 | SUAVE WATERFALL MIST CONDITIONER | | $2.56 |
| 36390 | DANDRUFF SHAMPOO | | $2.20 |
| 36430 | SUAVE ANTI-DANDRUFF 2IN1 | | $6.64 |
| 36480 | ELEMENTZ ALOE VERA STYLING GEL | | $3.78 |
| 36500 | PERT PLUS SHAMPOO WITH COND. | | $6.08 |
| 36600 | MILITARY STYLE CLUB BRUSH | | $3.41 |
| 36610 | NYLON AFRO PICK | | $0.57 |
| 36620 | PALM BRUSH | | $0.58 |
| 36720 | MEN'S SPORT TALC PEED STICK | | $4.14 |
| 36820 | LADY SPEED STICK DEOD FRESH | | $2.86 |
| 36930 | DOVE UNSCENTED BEAUTY BAR | 2 | $2.83 |
| 37030 | IRISH SPRING DEODORANT SOAP | 2 | $1.23 |
| 37320 | INFUZED COCOA & SHEA BODY LOTION | | $3.24 |
| 37330 | INFUZED COCONUT LIMELOTION W/ALOE | | $3.24 |
| 37520 | CHAP-ET LIP CONDITIONER REGULAR | | $1.09 |
| 37560 | SUNSCREEN LOTION SPF 30 | | $4.63 |
| 37570 | NOXZEMA SKIN CREAM 2 OZ. | | $2.69 |

**PRICE INCLUDES ANY APPLICABLE TAX**

CCOG00095519

**EXHIBIT 8**
**Page 0108**

Print Date: 5/30/2014
Print Time: 2:29:05PM

**SAN DIEGO CORRECTIONAL FACILITY**

**INVENTORY ITEM LISTING for INMATES/DETAINEES**

| Number | Description | Lmt | Price |
|---|---|---|---|
| 37600 | NEWDAY BABY POWDER | | $2.24 |
| 37760 | COOL WAVE MOUTHWASH FRESH MINT | | $1.73 |
| 37870 | COLGATE TARTAR CONTROL WHIT | | $3.86 |
| 37920 | DENTAL FLOSS/GUM STIMULATOR 30 PK | | $1.66 |
| 37990 | SENSODYNE TOOTHPASTE | | $9.26 |
| 38000 | STAYDENT DENTURE ADHESIVE | | $4.06 |
| 38010 | ANTI SHANK SECURITY TOOTHBRUSH | | $0.53 |
| 38300 | MAGIC REG CREAM SHAVE DEPILATORY | | $5.63 |
| 38390 | D&L DAILY OIL MOISTURIZER | | $7.00 |
| 38440 | MURRAY'S POMADE 4 OZ. PLASTIC JAR | | $2.86 |
| 38670 | SOFTEE HAIR FOOD | | $3.19 |
| 38730 | NAIL CLIPPER (NO FILE) | | $0.50 |
| 38750 | NEWDAY COTTON SWABS - 300 CT | | $2.10 |
| 38810 | BRAID ELASTIC PONYTAILERS 18 CT BLK | | $1.74 |
| 38960 | MASSENGIL CLEANSING DOUCHE | | $3.24 |
| 39000 | SUPER MAXI PADS 24 COUNT | | $3.96 |

**MEDICATIONS**

| Number | Description | Lmt | Price |
|---|---|---|---|
| 10437 | GOODSENSE ORAL PAIN RELIEF GEL | | $4.60 |
| 10806 | IBUPROFEN | | $0.23 |
| 10937 | NATURAL CHOICE FIBER 500MG TABLETS | | $4.96 |
| 37500 | BENZOYL PEROXIDE ACNE TREAT CREAM | | $1.93 |
| 37550 | HYDROCORTISONE CREAM 1% STRGTH | | $2.12 |
| 37940 | DR. SHEFFIELDS ORAL PAIN RELIEF | | $1.76 |
| 39120 | NEWDAY IBUPROFEN 200 MG 50 CT | | $3.15 |
| 39140 | TYLENOL EXTRA STRENGTH 2 PK | | $0.97 |
| 39180 | CHERRY COUGH DROPS 30 CT. BAG | | $1.07 |
| 39310 | EYE DROPS (LIKE VISINE) | | $2.40 |
| 39670 | QUINSANA MEDICATED FOOT POWDER | | $5.27 |
| 39680 | TOLNAFTATE ANTIFUNGAL CREAM | | $1.98 |
| 45720 | SALINE SOLUTION | | $4.86 |

**MISC.**

| Number | Description | Lmt | Price |
|---|---|---|---|
| 10910 | MEN'S INSOLE GEL MASSAGING | | $10.44 |
| 37270 | TWO PIECE SOAP DISH (UPC CODED) | | $0.72 |
| 39640 | COMFORT PLUS SHOE INSOLE (2 PAIR) | | $2.86 |
| 40720 | CEREAL BOWL WITH LID 24 OZ. | 2 | $1.00 |
| 40790 | STACK. COFFEE CUP W/HANDLE 12OZ. | 1 | $0.96 |
| 44461 | READING GLASSES 1.25 | | $6.17 |
| 44462 | READING GLASSES 1.50 | | $6.17 |
| 44463 | READING GLASSES 1.75 | | $6.17 |

| Number | Description | Lmt | Price |
|---|---|---|---|
| 44464 | READING GLASSES 2.00 | | $6.17 |
| 44465 | READING GLASSES 2.25 | | $6.17 |
| 44466 | READING GLASSES 2.50 | | $6.17 |
| 44467 | READING GLASSES 2.75 | | $6.17 |
| 44468 | READING GLASSES 3.00 | | $6.17 |
| 44469 | READING GLASSES 3.25 | | $6.17 |

**POSTAGE**

| Number | Description | Lmt | Price |
|---|---|---|---|
| 00008 | STAMPS, FOREVER | | $0.49 |

**RECREATION**

| Number | Description | Lmt | Price |
|---|---|---|---|
| 40470 | AVIATOR PLAYING CARD | | $2.01 |
| 40530 | PINOCHLE AVIATOR PLAYING CARDS | | $2.12 |
| 70001 | UNO PLAYING CARDS | | $14.57 |

**SNACKS**

| Number | Description | Lmt | Price |
|---|---|---|---|
| 31990 | CRUNCHY OATS & HONEY GRANOLA BAR | | $0.54 |
| 32010 | KRAFT CHOCOLATE PUDDING * | | $2.27 |
| 32180 | AUSTIN CHZ & PEANUT BUTTER CRACK. | | $0.50 |
| 32250 | GOLDEN VALLEY SALTINE CRACKERS H* | | $2.64 |
| 32290 | NABISCO RITZ CRACKERS  BOX * | | $1.93 |
| 32740 | CAJUN MIX | | $1.25 |
| 32750 | CASO PORK CRACKLINS HOT & SPICY GS | | $1.16 |
| 32770 | HEALTH MIX 3.25 OZ. G | | $1.37 |
| 32870 | CHILE PICANTE CORNNUTS | | $0.97 |
| 32900 | ML HOT! HOT! HOT! PEANUTS  G* | | $0.71 |
| 33030 | ZIPPY CAKES CHOCOLATE ICED ZUZU* | | $0.98 |
| 33070 | ZIPPY CAKES MONSTER ICED BUNEEZ* | | $1.14 |
| 33220 | ZIPPY COOKIES DUPLEX CRÈMES  H* | | $1.12 |
| 33230 | ZIPPY COOKIE ICED OATMEAL  H* | | $2.86 |
| 33330 | ZIPPY COOKIES LEMON CRÈME  H* | | $2.13 |
| 33390 | BANANA DELUXE MOON PIE | | $0.66 |
| 33410 | CLOVERHILL APPLE DANISH * | | $0.77 |
| 33440 | MARIA'S COOKIES | | $0.80 |
| 33500 | CHIPS AHOY CHOC CHIP COOKI E * | | $5.52 |
| 45920 | ML POPCORN XT BUTTER MICRO* | | $0.64 |

**SNACKS, CANDY**

| Number | Description | Lmt | Price |
|---|---|---|---|
| 33560 | ATOMIC FIRE BALLS | | $0.80 |
| 33710 | STARLITE MINTS | | $0.79 |
| 33800 | JOLLY RANCHER ASSORTED | | $1.08 |
| 33890 | 3 MUSKETEERS BAR, G* | | $1.22 |

| Number | Description | Lmt | Price |
|---|---|---|---|
| 33920 | BUTTERFINGER CRISP | | $1.24 |
| 33930 | HERSHEY MILK CHOCOLATE BAR G* | | $1.19 |
| 33950 | M&M'S PEANUT CANDY  G* | | $1.22 |
| 33990 | MILKY WAY BAR  * | | $1.22 |
| 34010 | REESE PEANUT BUTTER CUPS  G* | | $1.32 |
| 34020 | SNICKERS BAR  G* | | $1.22 |
| 34040 | TWIX BAR * | | $1.13 |

**SNACKS, CHIP**

| Number | Description | Lmt | Price |
|---|---|---|---|
| 32090 | CHEETOS FLAMIN' HOT CRUNCH  G | | $0.85 |
| 32120 | DORITOS NACHO CHEESE | | $0.85 |
| 32340 | CACTUS ANNIE CHEESE PUFF  GSH* | | $2.53 |
| 32400 | CACTUS ANNIE NACHO CHIPS  GSH* | | $2.71 |
| 32450 | CACTUS ANNIE ENCHILADA MIX | | $2.78 |
| 32500 | CACTUS ANNI TORTILLA CHIP  GSH* | | $2.71 |
| 32650 | MOON LODGE JALAPENO CHIPS  H* | | $0.62 |

**SODA**

| Number | Description | Lmt | Price |
|---|---|---|---|
| 30060 | SODA, DR. PEPPER | | $1.47 |

**STATIONERY**

| Number | Description | Lmt | Price |
|---|---|---|---|
| 39740 | #10 ENVELOPE WHITE | | $0.04 |
| 39790 | 9 1/2" X 12 1/2" NO CLASP ENVELOPES | | $0.17 |
| 39840 | WHITE 8 1/2" X 11" (50 SHEETS/PAD) | | $1.26 |
| 39850 | WHITE SKETCH PAD 8 1/2" X 11"-50CT | | $1.40 |
| 39920 | COLORED PENCIL SET 24 COUNT | | $2.56 |
| 39970 | SMALL ADDRESS BOOK | | $0.96 |
| 40000 | WEBSTER'S II POCKET DICTIONARY | | $4.56 |
| 40010 | WEBSTER'S SPAN/ENGL DICTIONARY | | $2.66 |
| 40250 | I LOVE YOU CARDS (NOT PICTURED) | | $1.22 |
| 40260 | PLAIN PAPER BIRTHDAY CARDS | | $1.22 |
| 40300 | PLAIN PAPER FRIENDSHIP CARDS | | $1.22 |
| 40310 | PLAIN PAPER GET WELL CARDS | | $1.22 |
| 40330 | PLAIN PAPER JUVENILE BIRTHDAY CARDS | | $1.22 |
| 40460 | THANK YOU CARDS | | $1.22 |
| 45730 | GOLF PENCIL | | $0.06 |
| 45740 | SECURITY FLEX PEN | | $0.57 |

**VITAMINS**

| Number | Description | Lmt | Price |
|---|---|---|---|
| 39390 | DAILY VITAMIN (PLAIN) 90 TABLETS | | $2.99 |

**PRICE INCLUDES ANY APPLICABLE TAX**

CCOG00095520

**EXHIBIT 8**
**Page 0109**

# ATTACHMENT C

# ATTACHMENT C

**EXHIBIT 8**
**Page 0110**

**HOUSTON PROCESSING CENTER**

Print Date: 05/17/2019  4:26:50PM

**INVENTORY ITEM LISTING for INMATES/DETAINEES**

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| | **BEVERAGE** | | |
| 30180 | WATER 20 OZ BTL | | $1.14 |
| 30510 | KEEFE 100% COLOMBIAN RESEAL 3 OZ | | $4.44 |
| 30590 | MAXWELL HOUSE COFF 8OZ. PLAST JAR | | $10.84 |
| 30740 | BIGELOW 6 ASSORTED TEAS 18 CT. GSH* | | $3.69 |
| 30870 | SWEET FUSIONS TEA C/LEMON 19 OZ. H* | | $3.33 |
| 30910 | KEEFE HOT COCOA RESEAL 10 OZ.PK H* | | $2.37 |
| 31200 | GATORADE FRUIT PUNCH POUCH 7.5 OZ | | $2.46 |
| | **BEVERAGE, SODA** | | |
| 30000 | SODA, PEPSI 20 OZ. BTL | | $1.89 |
| 30010 | SODA, PEPSI (DIET) 20 OZ. BTL | | $1.89 |
| 30020 | MOUNTAIN DEW SODA | | $1.89 |
| 30060 | SODA, DR. PEPPER 20 OZ. BTL | | $1.89 |
| 30130 | SODA, FAYGO COLA 20OZ | | $1.31 |
| 30160 | SODA, FAYGO ORANGE 20 OZ BTL | | $1.31 |
| 45760 | SODA, DR. PEPPER (DIET) 20 OZ. BTL | | $1.59 |
| | **CONDIMENTS** | | |
| 31010 | KEEFE NON-DAIRY CREAMER 8 OZ. H* | | $1.40 |
| 31070 | PARA NF DRY MILK 10oz pouch | | $5.71 |
| 31110 | SWEETMATE BLUE 100 CT. BOX SH* | | $1.79 |
| 34090 | KEEFE GRAPE JELLY 20.5 OZ. G | | $4.17 |
| 34150 | P.C. CREAM CHEESE PLAIN, 2 oz TUB | | $0.71 |
| 34200 | HEINZ KETCHUP 14 OZ G* | | $2.30 |
| 34310 | TOKYO DINER SOY SAUCE 6 OZ * | | $1.39 |
| 34360 | CACTUS ANNI SQZ SALSA (MED) 15OZ G* | | $2.31 |
| 34380 | TEXAS TITO JALAP/PEP SLICE .7OZ GS | | $0.46 |
| 34450 | VELVEETA JALAPENO SQZ 16 OZ G | | $4.26 |
| 34590 | EL PATO SALSA PICANTHTSAUC 12OZ GS* | | $2.09 |
| 34620 | HUY FONG CHILI GARLIC SAUCE, 8OZ GS | | $3.36 |
| 34630 | HUY FONG SRIRACHA HOT CHILI SAUCE | | $3.80 |
| 34640 | KEEFE LOUISIANA HOT SAUCE 6 OZ GS* | | $1.51 |
| 34820 | SPICE CLASSICS SEASONAL SALT | | $1.91 |
| 34890 | MORTON SALT & PEPPER SHAKERS 5.25 OZ | | $2.83 |
| 34960 | KEEFE MAYONNAISE SQUEEZE BOTTLE | | $4.30 |
| 34970 | KRAFT RANCH DRESSING, 1.5 OZ PKT | | $0.48 |
| | **ELECTRONICS** | | |
| 40610 | ION 3 "AA" BATTERY - 4PK | 1 | $2.07 |
| 40620 | ION 3 "AAA" BATTERY - 4PK | 1 | $2.12 |

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| 41490 | RADIO-JENSEN JSR-1000 | | $37.98 |
| 41680 | KOSS CL-3 CLEAR EAR BUDS | | $5.55 |
| | **FOOD, OTHER** | | |
| 31780 | TOAST'EM STRAWBERRY PASTRIES 2 PK | | $1.06 |
| 31800 | GOLDEN VALLEY PLAIN BAGEL 4 OZ *, KOSHER, HALAL | | $0.71 |
| 31830 | QUAKER OATMEAL VARIETY PACK | | $3.54 |
| 34080 | KEEFE CREAMY PEANUT BUTTER 18OZ GS* | | $4.07 |
| 35040 | JACK LINK HOT SUMMER SAUSAGE 5 OZ S | | $2.74 |
| 35310 | BRUSHY CREEK BEEF STEW 11.25 OZ. G | | $2.61 |
| 35370 | BRUSHY CREEK CHILI NO BEANS | | $3.16 |
| 35380 | BRUSHY CREEK CHILI W/BEANS (HOT) G | | $2.63 |
| 35430 | PULLED CHICKEN IN WING SAUCE G | | $3.21 |
| 35460 | BRUSHY CREEK CHICKEN BREST DICED | | $3.70 |
| 35470 | BRUSHY CREEK BEEF ROAST W/ GRAVY, HALAL | | $3.89 |
| 35490 | FRESH CATCH CHUNK LIGHT TUNA GH* | | $3.03 |
| 35710 | CHICKEN OF SEA MACKERL FILLET 3.5 * | | $1.93 |
| 35740 | CHICKEN OF THE SEA SARDINES/SAUCE * | | $1.21 |
| 35830 | KEEFE PACK PRECOOKED RICE 8 OZ GSH* | | $1.64 |
| 35920 | CA ORIGINAL FLOUR TORTILLAS 6 CT * | | $1.33 |
| 35970 | SEVILLA REFRIED BEANS/JALAPENO H* | | $2.53 |
| 36240 | VELVEETA MACARONI & CHEESE 3.02 H* | | $1.33 |
| 44780 | CHI CHI'S CORN TORTILLA 9 OZ 10CT | | $1.36 |
| 50740 | KELLOGG'S FRUIT LOOPS 3.1 OZ | | $1.70 |
| 50770 | KELLOGG'S FROSTED FLAKES 3.6OZ | | $1.70 |
| | **FOOD, SOUPS** | | |
| 35990 | BEEF RAMEN 2-8 OZ. SERVINGS | | $0.40 |
| 36000 | CAJUN CHICKEN RAMEN 2-8 OZ SERVINGS | | $0.40 |
| 36010 | CAJUN SHRIMP RAMEN, 2-8OZ. SERVINGS | | $0.40 |
| 36030 | CHICKEN RAMEN 2-8 OZ. SERVINGS | | $0.40 |
| 36060 | HOT 'N SPICY VEGETABLE RAMEN 2-8 OZ | | $0.40 |
| 36070 | LIME CHILI SHRIMP RAMEN | | $0.40 |
| 36230 | THAI PALACE NOODLE CHILLI | | $1.06 |
| | **HYGIENE** | | |
| 36280 | ALBERTO VO5 EXTRA BODY CONDITIONER | | $2.24 |
| 36290 | ALBERTO VO5 EXTRA BODY SHAMPOO | | $2.24 |

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| 36450 | SULFUR 8 MEDICATED SHAMPOO 7.5 OZ. | | $4.83 |
| 36480 | ELEMENTZ GEL FIRM HOLD | | $3.79 |
| 36600 | HOT WAVE NO HANDLE | 1 | $3.42 |
| 36840 | LADY'S SPEED STICK POWDER FRESH | | $2.86 |
| 36860 | MENNEN SPEED STICK | | $3.13 |
| 36960 | IVORY SOAP 3.1 OZ | | $0.83 |
| 37030 | IRISH SPRING DEODORANT SOAP 3.75 OZ | | $1.31 |
| 37380 | BALM BARR COCOA BUTTER LOTION 8 OZ. | | $4.50 |
| 37430 | FRESHSCENT BABY OIL 4 OZ. | | $1.09 |
| 37440 | HERITAGE LUBRICATING SKIN LOTION | | $2.38 |
| 37530 | CHAPSTICK, REGULAR FLAVOR | | $2.20 |
| 37560 | NATURE GLOW SUNSCREEN LOTION SPF 30 | | $4.64 |
| 37570 | NOXZEMA SKIN CREAM 2 OZ. | | $2.70 |
| 37610 | FRESHSCENT BABY POWDER 4oz | | $1.31 |
| 37810 | COLGATE CAVITY PROT TOOTHPASTE | | $2.26 |
| 38000 | SENSODYNE TOOTHPASTE 4 OZ. | | $11.04 |
| 38000 | STAYDENT DENTURE ADHESIVE | | $4.21 |
| 38170 | PRO-TECTION AFTER-SHAVE GEL 7OZ | | $3.92 |
| 38190 | PRO-TECTION SHAVE CREAM 7OZ | | $3.97 |
| 38340 | AFRICAN PRIDE MAGIC GRO HERBAL | 1 | $8.72 |
| 38410 | LETS JAM GEL shine & condition | 1 | $5.12 |
| 38480 | SOFTEE SHAMPOO & CONDITION 3 in 1 | 1 | $5.32 |
| 38500 | SPORTIN' WAVES GEL POMADE 3.5 OZ. | | $3.65 |
| 38570 | LUSTERS OI L MOISTURIZER HAIR LOTIO | 1 | $6.97 |
| 38620 | SOFTEE BERGAMOT BLUE HAIR DRESS | | $2.64 |
| 38640 | SOFTEE SKIN CREAM COCOA BUTTER | 1 | $3.14 |
| 38720 | NAIL CLIPPER (NO FILE) | 1 | $1.02 |
| 38740 | NEWDAY COTTON SWABS 100 CT | | $1.30 |
| 38810 | BRAID ELASTIC PONYTAILERS 18 CT BLK | | $1.74 |
| 40860 | 4" SHORT HANDLE TOOTHBRUSH | | $0.08 |
| 45600 | DENTAL FLOSS LOOPS 30/PK | | $3.86 |
| 45720 | GOODSENSE MULTI PURPOSE SOLUTION | | $5.26 |
| 46940 | CONTACT LENS CASE | | $4.29 |
| 48100 | PER CARA MOUTHWASH ORAL HEALTH 8OZ | | $1.73 |
| | **ICE CREAM** | | |
| 30200 | BUTTER PECAN (PINT) - ice cream | | $3.02 |
| 30290 | GIANT VANILLA ice cream  sandwich | | $1.31 |

**EXHIBIT 8**
**Page 0111**

CCOG00095540

**HOUSTON PROCESSING CENTER**

Print Date: 05/17/2019   4:26:50PM

**INVENTORY ITEM LISTING for INMATES/DETAINEES**

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|--------|-------------|-------|-------|
| 30390 | OREO (PINT) ice cream | | $3.65 |
| 30450 | STRAWBERRY (PINT) ice cream | | $3.02 |
| 30470 | VANILLA (pint) ice cream | | $3.02 |
| **MEDICATIONS** | | | |
| 37500 | BENZOYL PEROXIDE ACNE TREAT CREAM | 1 | $2.38 |
| 37550 | HYDROCORTISONE CREAM 1% MAX STRGTH | 1 | $2.12 |
| 39070 | HEMORRHOIDAL OINTMENT 2 OZ | 1 | $4.84 |
| 39080 | MUSCLE RUB ULTRA STRENGTH 3 OZ | 1 | $2.92 |
| 39110 | NEWDAY ASPIRIN TABLETS 325MG 100 CT | 1 | $2.49 |
| 39240 | HALL'S REGULAR COUGH DROPS 9 ROLL | 1 | $1.53 |
| 39310 | EYE DROPS .5 OZ. (LIKE VISINE) | 1 | $2.39 |
| 39350 | MILK OF MAGNESIA REGULAR 12 OZ | 1 | $3.36 |
| 39650 | HERITAGE ANTI-FUNGAL POWDER 3 OZ | | $3.06 |
| 39680 | TOLNAFTATE ANTIFUNGAL CREAM .5 OZ | 1 | $1.98 |
| **MISC.** | | | |
| 37190 | HINGED SOAP DISH (UPC CODED) | | $0.73 |
| 38120 | TOOTHBRUSH HOLDER (2 PIECE) | | $0.64 |
| 40740 | CRAWFORD 1.6 QUART BOWL | 2 | $3.10 |
| 40780 | SINGLE HANDKERCHIEF | | $1.02 |
| 44461 | READING GLASSES 1.25 | 1 | $6.18 |
| 44462 | READING GLASSES 1.50 | 1 | $6.18 |
| 44463 | READING GLASSES 1.75 | 1 | $6.18 |
| 44464 | READING GLASSES 2.00 | 1 | $6.18 |
| 44465 | READING GLASSES 2.25 | 1 | $6.18 |
| 44466 | READING GLASSES 2.50 | 1 | $6.18 |
| 44467 | READING GLASSES 2.75 | 1 | $6.18 |
| 44468 | READING GLASSES 3.00 | 1 | $6.18 |
| 44469 | READING GLASSES 3.25 | 1 | $6.18 |
| 44630 | WASH CLOTH - GREY | 1 | $3.24 |
| 48300 | Gen Coffee Cup W Handle 12 oz | | $1.62 |
| **PHONE** | | | |
| 00001 | PHONE TIME (TYPE 1) | | $1.00 |
| **POSTAGE** | | | |
| 00008 | STAMPS, FOREVER | | $0.55 |
| **RECREATION** | | | |
| 44220 | DISPOSABLE EARPLUGS | | $1.99 |
| **SNACKS** | | | |
| 31990 | CRUNCHY OATS & HONEY GRANOLA BAR | | $0.54 |

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|--------|-------------|-------|-------|
| 32000 | CRUNCHY PEANUT BUTTER GRANOLA BAR | | $0.54 |
| 32270 | NABISCO PREMIUM SALTINES 4 OZ BOX * | | $1.94 |
| 32290 | NABISCO RITZ CRACKERS PK 3.4 OZ | | $2.32 |
| 32330 | NABISCO WHEAT THINS - 9.1 OZ BOX | | $4.87 |
| 32770 | HEALTH MIX 3.25 OZ. G | | $1.37 |
| 32910 | ML ROAST/SALTED PEANUTS 1.75 OZ G* | | $0.71 |
| 32940 | SUNFLOWER KERNELS 3.25 OZ. BAG G | | $0.86 |
| 33040 | DUCHESS CINNAMON ROLL,  4 oz. | | $1.05 |
| 33060 | ZIPPY CAKES MEGA BUNEEZ, 4.75 OZ. * | | $1.28 |
| 33150 | ZIPPY CAKES PB WAFERS 6-2PACKS * | | $3.62 |
| 33210 | ZIPPY COOKIE CHOCOLATE CHIP 16OZ H* | | $2.78 |
| 33220 | ZIPPY COOKIES DUPLEX CREMES 6 OZ H* | | $1.13 |
| 33380 | ZIPPY COOKI VANILLA WAFERS 16OZ H* | | $2.78 |
| 34210 | HOT DILL PICKLE G* | | $1.03 |
| 45750 | ZIPPYCAKE CUPCAKECHOC | | $1.69 |
| 45980 | ML POPCORN XT BUTTER 2.8 OZ/3PK | | $2.20 |
| **SNACKS, CANDY** | | | |
| 33710 | STARLITE MINTS 3.75 OZ. | | $0.83 |
| 33750 | CHICK-O-STICK .70 OZ. G* | | $0.28 |
| 33800 | JOLLY RANCHER ASSORTED 3.7 OZ. | | $1.15 |
| 33930 | HERSHEY MILK CHOCOLATE BAR G* | | $1.45 |
| 33950 | M&M'S PEANUT CANDY, 1.74 OZ. G* | | $1.33 |
| 34020 | SNICKERS BAR, 1.86 OZ G* | | $1.36 |
| 34040 | TWIX BAR, 1.79 OZ * | | $1.36 |
| **SNACKS, CHIP** | | | |
| 32340 | CACTUS ANNIE CHESSE PUFF 10oz GH*, KOSHER, HALAL | | $2.53 |
| 32470 | CACTUS ANNI CHEESE CRUNCH 11OZ GSH* | | $2.85 |
| 32480 | CACT ANN CHILI CHZCRN CHIP 12OZ GH* | | $3.03 |
| 32490 | CACTUS ANNIE CORN CHIP 13OZ GH* | | $2.66 |
| 32500 | CACTUS ANNI TORTILLA CHIP 12OZ GSH* | | $2.85 |
| 32650 | MOON LODGE JALAPENO CHIPS 1.5 OZ H* | | $0.62 |
| **STATIONERY** | | | |
| 39730 | #10 ENVELOPE (50 COUNT) | | $2.07 |
| 39770 | 15" X 10" IMPORTANT DOCUMENT FILE | | $2.07 |
| 39790 | 9 1/2" X 12 1/2" NO CLASP ENVELOPES | | $0.17 |
| 39820 | PRINTER PAPER 8 1/2" X 11" 200 CT | | $6.13 |
| 39840 | WHITE 8 1/2" X 11" (50 SHEETS/PAD) | | $1.36 |

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|--------|-------------|-------|-------|
| 39890 | #2 PENCIL WITH ERASER | | $0.17 |
| 39930 | COLORED PENCILS 12 BOX | | $3.39 |
| 39970 | SMALL ADDRESS BOOK | | $0.96 |
| 40010 | WEBSTER'S SPAN/ENGL DICTIONARY | | $2.66 |
| 40050 | BLACK ROUND STIC | | $0.25 |
| 40140 | Gallant Birthday Card Acetate | | $1.22 |
| 40250 | GALLANT-LOVE YOU CARD | | $1.22 |
| 40260 | BIRTHDAY CARD | | $1.22 |
| 40290 | FATHERS DAY CARD | | $1.22 |
| 40300 | FRIENDSHIP CARD | | $1.22 |
| 40360 | BIRTHDAY CARD-SPANISH | | $1.22 |
| 40380 | FREEDOM FRIENDSHIP SPANISH | | $1.22 |
| 40440 | LOVE CARD-SPANISH | | $1.22 |
| **VITAMINS** | | | |
| 39390 | DAILY VITAMIN (PLAIN) 90 TABLETS | 1 | $3.56 |
| 39450 | PURE VITAMIN C-500 COATED 100 TABS | 1 | $3.65 |

CCOG00095541

**EXHIBIT 8**
**Page 0112**

# ATTACHMENT D

# ATTACHMENT D

**EXHIBIT 8**
**Page 0113**

**STEWART DETENTION CENTER**

Print Date: 05/17/2019  11:29:28PM

**INVENTORY ITEM LISTING for INMATES/DETAINEES**

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| | **BEVERAGE** | | |
| 30510 | KEEFE 100% COLOMBIAN RESEAL | | $4.80 |
| 30540 | KEEFE INSTANT COFFEE BAG | | $4.05 |
| 30550 | DECAF COFFEE 3 OZ. | | $4.50 |
| 30740 | BIGELOW 6 ASSORTED TEAS 18 CT. GSH* | | $3.99 |
| 30910 | KEEFE HOT COCOA RESEAL | | $2.56 |
| 31150 | CNTRY TIME LEMONADE POUCH H* | | $2.53 |
| 31170 | WATERMELON/STRAWB KOOLAID | | $2.55 |
| 31270 | ORANGE DRINK POUCH | | $2.30 |
| | **BEVERAGE, SODA** | | |
| 30020 | SODA, MOUNTAIN DEW 20 OZ. BTL. | | $1.74 |
| 30070 | SODA, COKE 20 OZ. BTL | | $1.47 |
| 30080 | SODA, DIET COKE | | $1.47 |
| 30090 | SODA, SPRITE 20 OZ. BTL | | $1.47 |
| 30160 | SODA, FAYGO ORANGE 20 OZ BTL | | $1.31 |
| 30180 | WATER 20 OZ BTL | | $0.98 |
| | **CLOTHING** | | |
| 42262 | A SCOTT MEN'S CREW NECK TEE L | | $4.21 |
| 42263 | A SCOTT MEN'S CREW NECK TEE  XL | | $4.21 |
| 42264 | A SCOTT MEN'S CREW NECK TEE 2XL | | $5.91 |
| 42265 | 3XL CREWNECK T-SHIRT | | $5.91 |
| 42291 | MEN'S BOXERS SIZE MEDIUM | | $3.53 |
| 42292 | MEN'S BOXERS SIZE LARGE | | $3.53 |
| 42293 | MEN'S BOXERS SIZE X-LARGE | | $3.53 |
| 42294 | MEN'S BOXERS SIZE 2XL | | $5.38 |
| 42552 | MEN'S THERMAL L/S SHIRT NATURAL L | | $7.24 |
| 42553 | MEN'S THERMAL L/S SHIRT NATURAL XL | | $7.24 |
| 42554 | MEN'S THERMAL L/S SHIRT NATURAL 2XL | | $9.71 |
| 42555 | 3XL THERMAL T-SHIRT | | $9.70 |
| 42730 | MEN'S DELUXE CREW SOCKS WHITE | | $1.68 |
| 43680 | BASEBALL CAP, GRAY | | $5.38 |
| | **CONDIMENTS** | | |
| 31040 | NESTLE COFFEE MATE CREAMER | | $3.03 |
| 31070 | PARAMOUNT NF DRY MILK POUCH | | $6.18 |
| 31110 | SWEETMATE BLUE 100 CT. BOX SH* | | $1.93 |
| 31120 | SWEETMATE PINK 100 CT. BOX SH* | | $2.66 |
| 34210 | HOT DILL PICKLE G* | | $1.11 |
| 34310 | TOKYO DINER SOY SAUCE | | $1.50 |
| 34360 | CACTUS ANNI SQZ SALSA (MED) | | $2.49 |

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| 34380 | TEXAS TITO JALAP/PEP SLICE | | $0.49 |
| 34450 | VELVEETA JALAPENO SQZ CHZ | | $4.60 |
| 34630 | HUY FONG SRIRACHA HOT CHILI SAUCE | | $4.10 |
| 34640 | KEEFE LOUISIANA HOT SAUCE | | $1.63 |
| 34680 | GOYA SAZON CON CULANTRO Y ACHIOTE G | | $2.42 |
| 34790 | SPICE CLASSICS GARLIC POWDER * | | $3.56 |
| 34810 | SPICE CLASSICS ONION POWDER * | | $2.33 |
| 34820 | SPICE CLASSICS SEASONED SALT * | | $2.06 |
| 34890 | SALT & PEPPER SHAKER | | $3.06 |
| 34960 | KEEFE MAYONNAISE SQUEEZE BOTTLE | | $4.64 |
| 49080 | HEINZ KETCHUP | | $2.78 |
| 50010 | KRAFT BBQ SAUCE 13 OZ. | | $3.30 |
| 51300 | CURRY POWDER | | $3.06 |
| | **ELECT, BATTERY** | | |
| 40560 | ENERGIZER AA BATTERIES | | $6.48 |
| 40570 | ENERGIZER AAA BATTERIES | | $6.48 |
| 40610 | AA BATTERIES - SINGLE | | $0.51 |
| 40620 | AAA BATTERY - SINGLE | | $0.52 |
| | **ELECTRONICS** | | |
| 41480 | GPX R2825 CLEAR AM/FM RADIO | | $24.99 |
| 41660 | CLEAR HEADPHONES | | $9.40 |
| 45990 | FLASH DRIVES 2GB | | $20.06 |
| | **FOOD, OTHER** | | |
| 31760 | KELLOGG'S POPTARTS STRAWBERRY 2 PK | | $1.08 |
| 31810 | QUAKER INSTANT GRITS | | $4.69 |
| 31830 | QUAKER OATMEAL VARIETY * | | $3.82 |
| 31870 | RALSTON OATMEAL REGULAR FLAVOR * | | $4.82 |
| 31910 | GOLDEN VALLEY FROSTED FLAKES | | $4.72 |
| 31930 | GOLDEN VALLEY HONEY NUT OATS | | $6.33 |
| 34050 | B. BLOSSOM HONEY | | $4.71 |
| 34070 | KEEFE CHUNKY PEANUT BUTTER | | $4.40 |
| 34080 | KEEFE CREAMY PEANUT BUTTER | | $4.40 |
| 34090 | KEEFE GRAPE JELLY | | $4.50 |
| 34100 | KEEFE STRAWBERRY SPREAD | | $5.03 |
| 34140 | NUTELLA | | $6.42 |
| 34510 | MOZZARELLA CHEESE STICKS | | $2.44 |
| 34550 | CHEDDAR CHEESE STICK | | $2.44 |
| 34870 | SPAGHETTI SAUCE | | $2.88 |
| 35070 | REG SUMMER SAUSAGE | | $2.96 |

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| 35260 | O'BRIEN'S HICKORY SMOKBEEF SK | | $1.19 |
| 35270 | O'BRIEN'S HOT & SPICY SAUSAGE G | | $1.12 |
| 35280 | RYAN'S RANCH FULLY COOKED BACON | | $2.88 |
| 35400 | BRUSHY CREEK PORK JERK STYLE | | $4.55 |
| 35460 | CHICKEN BREAST 4.5 OZ | | $4.00 |
| 35470 | ROAST BEEF & GRAVY | | $3.46 |
| 35530 | MACKEREL SRIRACHA HOT CHILI | | $1.72 |
| 35550 | SARDINES IN HOT TOMATO SAUCE | | $1.30 |
| 35590 | FISH STEAKS IN HOT SAUCE | | $1.39 |
| 35670 | CHICKEN OF THE SEA ALBACORE TUNA * | | $3.27 |
| 35710 | CHICKEN OF SEA MACKERL FILLET | | $2.08 |
| 35730 | SALMON IN POUCH | | $4.44 |
| 35740 | CHICKEN OF THE SEA SARDINES/SAUCE * | | $1.31 |
| 35750 | SARDINES IN OIL | | $1.46 |
| 35830 | WHITE RICE 8 OZ | | $1.77 |
| 35840 | KEEFE PRECOOKED BRNRICE | | $1.88 |
| 35850 | SPANISH RICE WITH CHEESE | | $0.70 |
| 35870 | SPICY VELVEET CHEES REFD BEAN | | $1.65 |
| 35900 | SPICY VELVEETA CHEESY RICE | | $0.86 |
| 35920 | CA ORIGINAL FLOUR TORTILLAS | | $1.39 |
| 35970 | SEVILLA REFRIED BEANS/JALAPENO H* | | $2.73 |
| 36240 | VELVEETA MACARONI & CHEESE | | $1.43 |
| 45710 | SPAGHETTI NOODLES | | $2.31 |
| | **FOOD, SOUPS** | | |
| 36000 | CAJUN CHICKEN RAMEN | | $0.43 |
| 36010 | CAJUN SHRIMP RAMEN | | $0.43 |
| 36030 | CHICKEN RAMEN | | $0.43 |
| 36050 | CHILI RAMEN | | $0.43 |
| 36060 | HOT 'N SPICY VEGETABLE RAMEN | | $0.43 |
| 36070 | LIME CHILI SHRIMP RAMEN | | $0.43 |
| | **HYGIENE** | | |
| 36290 | ALBERTO VO5 EXTRA BODY SHAMPOO | | $2.24 |
| 36320 | SUAVE DAILY CLARIFYING SHAMPOO | | $2.56 |
| 36390 | DANDRUFF SHAMPOO 12 OZ. | | $2.20 |
| 36480 | ELEMENTZ ALOE VERA STYLING GEL | | $3.78 |
| 36500 | PERT PLUS SHAMPOO WITH CONDITIONER | | $6.08 |
| 36600 | MILITARY STYLE CLUB BRUSH | | $3.41 |
| 36620 | PALM BRUSH | | $0.58 |
| 36730 | OLD SPICE DEODORANT | | $3.90 |

CCOG00095561

**EXHIBIT 8**
**Page 0114**

**STEWART DETENTION CENTER**

Print Date: 05/17/2019  11:29:28PM

**INVENTORY ITEM LISTING for INMATES/DETAINEES**

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| 36010 | DOVE BEAUTY BAR | | $2.44 |
| 36960 | IVORY SOAP | | $0.83 |
| 37010 | IRISH SPRING ALOE DEODORANT SOAP | | $1.19 |
| 37320 | INFUZED COCOA & SHEA BODY LOTION | | $3.24 |
| 37520 | CHAP-ET LIP CONDITIONER REGULAR | | $1.59 |
| 37810 | COLGATE TOOTHPASTE, SMALL | | $2.31 |
| 37840 | COLGATE TOOTHPASTE, LARGE | | $3.16 |
| 37920 | DENTAL FLOSSER/GUM STIMULATOR 30 PK | | $2.03 |
| 37960 | EFFERGRIP CREAM 2.5 OZ PLASTIC TUBE | | $7.12 |
| 37990 | SENSODYNE TOOTHPASTE 4 OZ. | | $11.26 |
| 38010 | ANTI SHANK SECURITY TOOTHBRUSH | | $0.53 |
| 38440 | MURRAY'S POMADE | | $3.36 |
| 38640 | SOFTEE COCOA BUTTER CREAM 6 OZ. | | $3.13 |
| 38670 | SOFTEE HAIR FOOD | | $3.18 |
| 38710 | EMERY BOARD 4 1/2" (10 PER PACK) | | $1.02 |
| 38740 | NEWDAY COTTON SWABS 100 CT | | $1.30 |
| | **MEDICATIONS** | | |
| 37550 | HYDROCORTISONE CREAM 1% MAX STRGTH | | $2.12 |
| 39050 | ADVIL 2 PACK (UPC CODED) | | $1.04 |
| 39080 | MUSCLE RUB ULTRA STRENGTH 3 OZ | | $2.92 |
| 39130 | TRIPLE ANTIBIOTIC OINTMENT, 1 OZ. | | $2.96 |
| 39230 | HALL'S CHERRY COUGH DROPS | | $1.40 |
| 39240 | HALL'S REGULAR COUGH DROPS | | $1.63 |
| 39420 | MULTIVITAMIN, 60 CT. | | $6.09 |
| 39680 | TOLNAFTATE ANTIFUNGAL CREAM .5 OZ | | $1.98 |
| 48080 | ROLAIDS ANTACID 12/ROLL | | $0.98 |
| | **MISC.** | | |
| 37260 | SOAP DISH (BAGGED) (UPC CODED) | | $0.80 |
| 38120 | TOOTHBRUSH HOLDER (2 PIECE) | | $0.64 |
| 38690 | ACRYLIC MIRROR | | $2.95 |
| 40240 | HANUKKAH CARD | | $1.22 |
| 40270 | CHRISTMAS CARD PLAIN | | $1.22 |
| 40730 | CLEAR THERMAL MUG 22 OZ. | | $2.38 |
| 40740 | CRAWFORD 1.6 QUART BOWL | | $3.09 |
| 40820 | TUMBLER WITH LID 22 OZ. | | $0.95 |
| 41590 | EAR BUDS | | $20.04 |
| 44461 | READING GLASSES 1.25 | | $6.17 |
| 44462 | READING GLASSES 1.50 | | $6.17 |

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| 44463 | READING GLASSES 1.75 | | $6.17 |
| 44464 | READING GLASSES 2.00 | | $6.17 |
| 44465 | READING GLASSES 2.25 | | $6.17 |
| 44466 | READING GLASSES 2.50 | | $6.17 |
| 44467 | READING GLASSES 2.75 | | $6.17 |
| 44468 | READING GLASSES 3.00 | | $6.17 |
| 44469 | READING GLASSES 3.25 | | $6.17 |
| 45520 | PLASTIC SPORK | | $0.11 |
| 46330 | SPORK | | $0.83 |
| 46341 | EAR PLUGS, FOAM | | $0.43 |
| | **PHONE** | | |
| 00001 | PHONE TIME - TALTON | | $1.00 |
| | **POSTAGE** | | |
| 00008 | STAMPS, FOREVER | 20 | $0.55 |
| | **RECREATION** | | |
| 40470 | AVIATOR PLAYING CARD | | $2.01 |
| 46160 | WORD SEARCH PUZZLE | | $1.93 |
| | **RELIGIOUS** | | |
| 00189 | WHITE ROSARY | | $0.49 |
| 38860 | BLUE NILE MUSLIM OIL | | $5.64 |
| 44000 | ISLAMIC PRAYER BEADS | | $6.92 |
| 44010 | PRAYER RUG | | $24.98 |
| 44090 | KUFI CAP, BLACK | | $10.16 |
| 44140 | SANDLEWOOD OIL | | $5.84 |
| 45530 | CITRON OIL | | $5.84 |
| 46270 | KUFI CAP, WHITE | | $10.16 |
| | **SNACKS** | | |
| 32090 | CHEETOS FLAMIN' HOT CRUNCH | | $0.85 |
| 32120 | DORITOS NACHO CHEESE | | $0.85 |
| 32240 | GOLDEN VALLEY SNACK CRACKERS-SINGLE | | $0.87 |
| 32250 | GOLDEN VALLEY SALTINES - SINGLE | | $0.75 |
| 32370 | CACTUS HOT&SPICY CORN CHIP | | $2.74 |
| 32380 | CACTUSHOT & SPICY PORK RINDS | | $1.51 |
| 32400 | CACTUS ANNIE NACHO CHIPS | | $2.80 |
| 32430 | CACTUS ANNI HABANERO CHIPS | | $2.98 |
| 32460 | CACTUS ANNI BBQ CORN CHIP | | $2.69 |
| 32490 | CACTUS ANNIE CORN CHIP | | $2.66 |
| 32570 | MOON LODGE JALAPENO CHIPS | | $1.94 |
| 32720 | ANDY CAPPS HOT FRIES | | $0.37 |
| 32810 | DRIED FRUIT-TROPICAL BLEND | | $1.27 |

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| 32900 | ML HOT! HOT! HOT! PEANUTS | | $0.87 |
| 32910 | ML ROAST/SALTED PEANUTS | | $0.71 |
| 32980 | CINNAMON COFFEE CAKE | | $0.90 |
| 33070 | ZIPPY CAKES MONSTER ICED BUNEEZ * | | $1.23 |
| 33140 | ZIPPY CAKES OATMEAL CREMES * | | $2.96 |
| 33150 | ZIPPY CAKES PB WAFERS 6-2PACKS * | | $3.34 |
| 33210 | ZIPPY COOKIE CHOCOLATE CHIP | | $2.78 |
| 33230 | ZIPPY COOKIE ICED OATMEAL | | $2.95 |
| 33290 | ZIPPY COOKIES DUPLEX CREMES | | $2.13 |
| 33420 | CLOVERHILL CHERRY CHEESE DANISH * | | $1.02 |
| 33440 | MARIA'S COOKIES | | $0.80 |
| 33490 | CHIPS AHOY! CHEWY CHOCOLATE CHIP * | | $5.53 |
| 33500 | CHIPS AHOY CHOC CHIP COOKIE | | $5.53 |
| 35190 | JACK LINKS BEEF JERKY | | $2.16 |
| 45920 | ML POPCORN EXTRA BUTTER | | $0.69 |
| 46401 | PROMAX NUTR. BAR-COOKIES&CREAM | | $3.09 |
| 48170 | PLAINTAIN CHIPS | | $3.67 |
| | **SNACKS, CANDY** | | |
| 33560 | ATOMIC FIRE BALLS | | $0.82 |
| 33620 | BUTTERSCOTCH BUTTON | | $0.93 |
| 33800 | JOLLY RANCHER ASSORTED | | $1.08 |
| 33950 | M & M PEANUT | | $1.32 |
| 34020 | SNICKERS BAR | | $1.36 |
| 34040 | TWIX BAR | | $1.36 |
| | **STATIONERY** | | |
| 39740 | #10 ENVELOPE | | $0.04 |
| 39760 | #6 ENVELOPE 3/4 | | $0.06 |
| 39790 | MANILA ENVELOPES | | $0.17 |
| 39840 | WRITING TABLET | | $1.35 |
| 39890 | #2 PENCIL WITH ERASER | | $0.17 |
| 39910 | BEVELED PINK ERASER | | $0.54 |
| 39920 | COLORED PENCIL SET 24 COUNT | | $2.56 |
| 39970 | SMALL ADDRESS BOOK | | $0.96 |
| 40000 | WEBSTER'S II POCKET DICTIONARY | | $4.83 |
| 40010 | WEBSTER'S SPAN/ENGL DICTIONARY | | $2.66 |
| 40050 | BLACK ROUND STIC | | $0.25 |
| 40090 | BLUE ROUND STIC | | $0.25 |
| 40130 | ACETATE ANNIVERSARY CARDS | | $1.22 |
| 40150 | ACETATE CHRISTMAS CARDS | | $1.22 |

CCOG00095562

**EXHIBIT 8**
**Page 0115**

**STEWART DETENTION CENTER**

Print Date: 05/17/2019  11:29:28PM

**INVENTORY ITEM LISTING for INMATES/DETAINEES**

| ITEM # | DESCRIPTION | LIMIT | PRICE | ITEM # | DESCRIPTION | LIMIT | PRICE | ITEM # | DESCRIPTION | LIMIT | PRICE |
|--------|-------------|-------|-------|--------|-------------|-------|-------|--------|-------------|-------|-------|
| 40170 | FATHER'S DAY CARDS | | $1.22 | | | | | | | | |
| 40180 | ACETATE FRIENDSHIP CARDS | | $1.22 | | | | | | | | |
| 40200 | ACETATE MISS YOU CARDS | | $1.22 | | | | | | | | |
| 40210 | MOTHER'S DAY CARD | | $1.22 | | | | | | | | |
| 40220 | ACETATE THINKING OF YOU CARDS | | $1.22 | | | | | | | | |
| 40230 | ACETATE VALENTINE'S DAY CARDS | | $1.30 | | | | | | | | |
| 40250 | I LOVE YOU CARDS (NOT PICTURED) | | $1.22 | | | | | | | | |
| 40310 | PLAIN PAPER GET WELL CARDS | | $1.22 | | | | | | | | |
| 40360 | PLAIN PAPER SPANISH BIRTHDAY CARDS | | $1.22 | | | | | | | | |
| 40370 | PLAIN PAPER SPANISH CHRISTMAS CARDS | | $1.22 | | | | | | | | |
| 40420 | SEASONS GREETINGS HOLIDAY CARD | | $1.22 | | | | | | | | |
| 40440 | SPANISH LOVE CARDS | | $1.22 | | | | | | | | |
| 48890 | SPANISH CHRISTMAS CARD | | $1.22 | | | | | | | | |

CCOG00095563

**EXHIBIT 8**
**Page 0116**

# ATTACHMENT E

# ATTACHMENT E

EXHIBIT 8
Page 0117

**CENTRAL ARIZONA FLORENCE COMPLEX**

Print Date: 05/17/2019  2:20:55PM

**INVENTORY ITEM LISTING for INMATES/DETAINEES**

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| | **BEVERAGE** | | |
| 30480 | 30480 KFE 100% CLMBN COFFEE 8OZ H* | 3 | $9.64 |
| 30550 | 30550 KEEFE INST DECAF 3OZ. BAG H* | 3 | $4.55 |
| 30790 | 30790 KEEFE TEA BAGS 48 CT. GS* | 1 | $2.34 |
| 31000 | 31000 SWISS MISS COCOA MIX 9OZ HKG*, KOSHER | 3 | $2.76 |
| 98025 | 30790-KEEFE TEA BAGS 48 CT. GS* | 1 | $2.34 |
| 98027 | 31000-SWISS MISS COCOA MIX 9OZ HG* | 3 | $2.76 |
| 98620 | 30480-KFE 100% CLMBN COFFEE 8OZ H* | 2 | $9.64 |
| 98621 | 30550-KEEFE INST DECAF 3OZ. BAG H* | 3 | $4.55 |
| | **BEVERAGE, SODA** | | |
| 00046 | 00046 ORANGE CRUSH 20 OZ BTL | 6 | $0.85 |
| 30000 | 30000 PEPSI 20 OZ. BTL | 6 | $0.85 |
| 30010 | 30010 DIET PEPSI 20 OZ. BTL | 6 | $0.85 |
| 30020 | 30020 MOUNTAIN DEW 20 OZ. BTL | 6 | $0.85 |
| 30180 | 30180 WATER 20 OZ BTL | 10 | $0.76 |
| 98009 | 30000-PEPSI 20 OZ. BTL | 6 | $0.85 |
| 98010 | 30010- DIET PEPSI 20 OZ. BTL | 6 | $0.85 |
| 98011 | 30020- MOUNTAIN DEW 20 OZ. BTL | 6 | $0.97 |
| 98013 | 30180-WATER 20 OZ BTL | 10 | $0.76 |
| 98628 | 00046-ORANGE CRUSH 20 OZ BTL | 6 | $0.85 |
| | **CLOTHING** | | |
| 42750 | 42750 RUSSELL HEAVYWT SWTSHRT S ASH | 2 | $23.15 |
| 42751 | 42751 RUSSELL HEAVYWT SWTSHRT M ASH | 2 | $23.15 |
| 42752 | 42752 RUSSELL HEAVYWT SWTSHRT L ASH | 2 | $23.15 |
| 42753 | 42753 RUSSELL HEVYWT SWTSHRT XL ASH | 2 | $23.15 |
| 42754 | 42754 RUSSELL HVYWT SWTSHRT 2XL ASH | 2 | $23.15 |
| 42755 | 42755 RUSSELL HVYWT SWTSHRT 3XL ASH | 2 | $28.09 |
| 42756 | 42756 RUSSELL HVYWT SWTSHRT 4XL ASH | 2 | $28.09 |
| 42790 | 42790 PREMIUM SWEATPANTS S | 2 | $15.15 |
| 42791 | 42791 PREMIUM SWEATPANTS M | 2 | $15.15 |
| 42792 | 42792 PREMIUM SWEATPANTS L | 2 | $15.15 |
| 42793 | 42793 PREMIUM SWEATPANTS XL | 2 | $15.15 |
| 42794 | 42794 PREMIUM SWEATPANTS 2XL | 2 | $25.56 |
| 42795 | 42795 PREMIUM SWEATPANTS 3XL | | $26.03 |
| 42796 | 42796 PREMIUM SWEATPANTS 4XL | | $29.31 |
| 42797 | 42797 PREMIUM SWEATPANTS 5XL | | $29.31 |
| 42798 | 42798 PREMIUM SWEATPANTS 6XL | | $29.31 |
| 42830 | 42830 COTTON GYM SHORTS S | 2 | $13.72 |
| 42831 | 42831 COTTON GYM SHORTS M | 2 | $13.72 |
| 42832 | 42832 COTTON GYM SHORTS L | 2 | $13.72 |
| 42833 | 42833 COTTON GYM SHORTS XL | 2 | $13.72 |
| 42834 | 42834 COTTON GYM SHORTS 2XL | 2 | $24.79 |
| 42835 | 42835 COTTON GYM SHORTS 3XL | 2 | $24.79 |
| 42836 | 42836 COTTON GYM SHORTS 4XL | 2 | $24.79 |
| 42837 | 42837 COTTON GYM SHORTS 5XL | 2 | $24.79 |
| 43600 | 43600 RUSSELL BASIC T-SHIRT S | 2 | $8.26 |
| 43601 | 43601 RUSSELL BASIC T-SHIRT M | 2 | $8.26 |
| 43602 | 43602 RUSSELL BASIC T-SHIRT L | 2 | $8.26 |
| 43603 | 43603 RUSSELL BASIC T-SHIRT XL | 2 | $8.26 |
| 43604 | 43604 RUSSELL BASIC T-SHIRT 2XL | 2 | $8.26 |
| 43605 | 43605 RUSSELL BASIC T-SHIRT 3XL | 2 | $8.26 |
| 50200 | 50200 RAWLINGS VELCRO SHOE SIZE 7 | 1 | $43.67 |
| 50202 | 50202 RAWLINGS VELCRO SHOE SZ 8 | 1 | $43.67 |
| 50204 | 50204 RAWLINGS VELCRO SHOE SZ 9 | 1 | $43.67 |
| 50206 | 50206 RAWLINGS (VELCRO) SHOE SZ 10 | 1 | $43.67 |
| 50208 | 50208 RAWLINGS (VELCRO) SHOE SZ 11 | 1 | $43.67 |
| 50210 | 50210 RAWLINGS (VELCRO) SHOE SZ 12 | 1 | $43.67 |
| 50211 | 50211 RAWLINGS (VELCRO) SHOE SZ 13 | 1 | $43.67 |
| 98679 | 42750-RUSSELL HEAVYWT SWTSHRT S ASH | 2 | $23.15 |
| 98680 | 42751-RUSSELL HEAVYWT SWTSHRT M ASH | 2 | $23.15 |
| 98681 | 42752-RUSSELL HEAVYWT SWTSHRT L ASH | 2 | $23.15 |
| 98682 | 42753-RUSSELL HEVYWT SWTSHRT XL ASH | 2 | $23.15 |
| 98683 | 42754-RUSSELL HVYWT SWTSHRT 2XL ASH | 2 | $23.15 |
| 98684 | 42755-RUSSELL HVYWT SWTSHRT 3XL ASH | 2 | $28.09 |
| 98685 | 42756-RUSSELL HVYWT SWTSHRT 4XL ASH | 2 | $28.09 |
| 98686 | 42790-PREMIUM SWEATPANTS S | 2 | $15.15 |
| 98687 | 42791-PREMIUM SWEATPANTS M | 2 | $15.15 |
| 98688 | 42792-PREMIUM SWEATPANTS L | 2 | $15.15 |
| 98689 | 42793-PREMIUM SWEATPANTS XL | 2 | $15.15 |
| 98690 | 42794-PREMIUM SWEATPANTS 2XL | 2 | $25.56 |
| 98691 | 42795-PREMIUM SWEATPANTS 3XL | 2 | $26.03 |
| 98692 | 42796-PREMIUM SWEATPANTS 4XL | 2 | $29.31 |
| 98693 | 42797-PREMIUM SWEATPANTS 5XL | 2 | $29.31 |
| 98694 | 42798-PREMIUM SWEATPANTS 6XL | 2 | $29.31 |
| 98695 | 42830-COTTON GYM SHORTS S | 2 | $13.72 |
| 98696 | 42831-COTTON GYM SHORTS M | 2 | $13.72 |
| 98697 | 42832-COTTON GYM SHORTS L | 2 | $13.72 |
| 98698 | 42833-COTTON GYM SHORTS XL | 2 | $13.72 |
| 98699 | 42834-COTTON GYM SHORTS 2XL | 2 | $24.79 |
| 98700 | 42835-COTTON GYM SHORTS 3XL | 2 | $24.79 |
| 98701 | 42836-COTTON GYM SHORTS 4XL | 2 | $24.79 |
| 98702 | 42837-COTTON GYM SHORTS 5XL | 2 | $24.79 |
| 98703 | 43600-RUSSELL BASIC T-SHIRT S | 2 | $8.26 |
| 98704 | 43601-RUSSELL BASIC T-SHIRT M | 2 | $8.26 |
| 98705 | 43602-RUSSELL BASIC T-SHIRT L | 2 | $8.26 |
| 98706 | 43603-RUSSELL BASIC T-SHIRT XL | 2 | $8.26 |
| 98707 | 43604-RUSSELL BASIC T-SHIRT 2XL | 2 | $8.26 |
| 98708 | 43605-RUSSELL BASIC T-SHIRT 3XL | 2 | $8.26 |
| 98714 | 50202-RAWLINGS (VELCRO) SHOE SZ 8 | 1 | $43.67 |
| 98715 | 50204-RAWLINGS (VELCRO) SHOE SZ 9 | 1 | $43.67 |
| 98716 | 50206-RAWLINGS (VELCRO) SHOE SZ 10 | 1 | $43.67 |
| 98717 | 50208-RAWLINGS (VELCRO) SHOE SZ 11 | 1 | $43.67 |
| 98718 | 50210-RAWLINGS (VELCRO) SHOE SZ 12 | 1 | $43.67 |
| 98719 | 50211-RAWLINGS (VELCRO) SHOE SZ13 | 1 | $43.67 |
| 98728 | 50200-Rawlings (Velcro) Shoe Sz 7 | 1 | $43.67 |
| | **CONDIMENTS** | | |
| 31010 | 31010 PRMNT NO-DAIRY CREAMR 8OZ KH* | 2 | $1.67 |
| 31120 | 31120 SWEETMATE PINK 100CT. BOX GS* | 1 | $2.69 |
| 34160 | 34160 SQUEEZUM PB&JELLY 2.12OZ HKG* | 20 | $0.64 |
| 34170 | 34170 SQUEEZUM PNT BTTR 1.12OZ GHK* | 20 | $0.56 |
| 34180 | 34180 SQUEEZUMS GRAPEJELLY 1OZ GHK* | 20 | $0.28 |
| 34210 | 34210 HOT DILL PICKLE GK* | 5 | $1.22 |
| 34310 | 34310 TOKYO DINER SOY SAUCE 6 OZ K* | 1 | $1.46 |
| 34350 | 34350 CAS SLICED JALAPE 12OZ GH* | 2 | $2.87 |
| 34410 | 34410 VELVEETA CHDDR CHZ SPRD 2OZ G | 10 | $0.94 |

CCOG00095521

**EXHIBIT 8**
**Page 0118**

**CENTRAL ARIZONA FLORENCE COMPLEX**

Print Date: 05/17/2019  2:20:55PM

**INVENTORY ITEM LISTING for INMATES/DETAINEES**

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| 34630 | 34630 SRIRACHA HOT CHILISAU 17OZ K* | 1 | $3.90 |
| 34660 | 34660 TAPATIO HOT SAUCE 5 OZ GS | 2 | $1.46 |
| 34790 | 34790 SPICE GARLIC POWDER 2.5OZ K* | 1 | $3.93 |
| 34820 | 34820 SPICE SEASONINGSALT 4.75OZ K* | 1 | $2.28 |
| 34890 | 34890 SALT & PEP SHAKER 5.25OZ GSK* | 1 | $3.09 |
| 34960 | 34960 KEEFE MAYO SQUEEZE 18OZ GSK* | 1 | $4.70 |
| 49080 | 49080 HEINZ KETCHUP 14oz | 1 | $2.81 |
| 98028 | 31010-PRMNT NO-DAIRY CREAMR 8OZ. H* | 2 | $1.67 |
| 98030 | 31120-SWEETMATE PINK 100CT. BOX GS* | 1 | $2.69 |
| 98101 | 34210-HOT DILL PICKLE G* | 1 | $1.22 |
| 98102 | 49080-HEINZ KETCHUP 14oz | 1 | $2.81 |
| 98105 | 34310-TOKYO DINER SOY SAUCE 6 OZ * | 1 | $1.46 |
| 98112 | 34630-SRIRACHA HOT CHILI SAU 17 OZ | 1 | $3.90 |
| 98113 | 34660-TAPATIO HOT SAUCE 5 OZ GS | 2 | $1.46 |
| 98115 | 34790-SPICE GARLIC POWDER 2.5OZ * | 1 | $3.93 |
| 98117 | 34820-SPICE SEASONING SALT 4.75OZ * | 1 | $2.28 |
| 98118 | 34890-SALT & PEP SHAKER 5.25OZ GS* | 1 | $3.09 |
| 98119 | 34960-KEEFE MAYO SQUEEZE 18OZ GS* | 1 | $4.70 |
| 98648 | 34160-SQUEEZUM PB& JELLY 2.12OZ GH* | 5 | $0.69 |
| 98649 | 34170-SQUEEZE PNT BTTR 1.12OZ GH* | 20 | $0.56 |
| 98650 | 34180-SQUEEZUMS GRAPE JELLY 1OZ GH* | 10 | $0.28 |
| 98652 | 34350-CA'S SLICED JALAPE 12OZ GH* | 2 | $2.87 |
| 98653 | 34410-VELVEETA CHDDR CHZ SPRD 2OZ G | 10 | $0.94 |
| **ELECT. BATTERY** | | | |
| 40610 | 40610 ION 3 "AA" BATTERY - 4PK | 1 | $2.09 |
| 40620 | 40620 ION 3 "AAA" BATTERY - 4PK | 1 | $2.14 |
| 98253 | 40610-ION 3 "AA" BATTERY - 4PK | 1 | $2.09 |
| 98254 | 40620-ION 3 "AAA" BATTERY - 4PK | 1 | $2.14 |
| **ELECTRONICS** | | | |
| 41480 | 41480 GPX R300 CLR AM/FM RADIO | 1 | $25.26 |
| 41560 | 41560 GPX EB-CLR CLEAR EAR BUDS | 1 | $4.51 |
| 47820 | 47820 C-ORES TIME & MP3 ($1.00) | | $1.00 |
| 48030 | 48030- C-ORES TIME & MP3 ($10.00) | | $10.00 |
| 48160 | 48160 MP3 MUSIC PLAYER | 1 | $114.89 |
| 98260 | 41560-GPX EB-CLR CLEAR EAR BUDS | 1 | $4.51 |
| 98420 | 47820-C-ORES TIME & MP3($1.00) | | $1.00 |
| 98430 | 48030-C-ORES TIME & MP3($10.00) | | $10.00 |
| 98440 | 48160-MP3 MUSIC PLAYER | 1 | $114.89 |

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| 98678 | 41480-GPX R300 CLR AM/FM RADIO | 1 | $25.26 |
| **FOOD, ICE CREAM** | | | |
| 30200 | 30200 BUTTER PECAN(PINT) - UNILEVER | 2 | $3.05 |
| 30290 | 30290 GIANT VANILLA SAND - UNILEVER | 3 | $1.32 |
| 30350 | 30350 KING CONE VANILLA - UNILEVER | 3 | $1.70 |
| 98014 | 30200-BUTTER PECAN(PINT) - UNILEVER | 2 | $3.05 |
| 98017 | 30290-GIANT VANILLA SAND - UNILEVER | 4 | $1.32 |
| 98018 | 30350-KING CONE VANILLA - UNILEVER | 3 | $1.70 |
| **FOOD, OTHER** | | | |
| 31700 | 31700 KELLOGGS POPTARTS BLUBRRY 2PK | 10 | $1.09 |
| 31760 | 31760 KELLOGGS POPTART STRWBRY 2 PK | 10 | $1.09 |
| 31860 | 31860 RALSTON OATML M&B SUGAR 10CT* | 2 | $5.45 |
| 31910 | 31910 GLD VAL FROSTED FLAKE 20OZ K* | 2 | $5.21 |
| 31940 | 31940 GLDN VLY RAISIN BRAN 20OZ K* | 2 | $6.32 |
| 34070 | 34070 KEEFE CHNK PNT BTR 18OZ GSHK* | 2 | $4.44 |
| 34080 | 34080 KEEFE CRMY PNT BTR 18OZ GSK* | 2 | $4.44 |
| 35040 | 35040 BC HOT BF SUMMR SAUSAG 5OZ GS | 5 | $2.96 |
| 35070 | 35070 BC REG SUMMR SAUSAG 5 OZ GS | 5 | $2.96 |
| 35380 | 35380 BCREEK CHILI W/BEANS HOT G | 10 | $2.86 |
| 35490 | 35490 FCATCHCHNK LT TUNA 4.23 OZGHK* | 10 | $3.61 |
| 35600 | 35600 FC FISH STKS/MUST 3.53OZ GHK* | 10 | $1.40 |
| 35660 | 35660 FCATCH STK/GNCHILI 5.53OZGHK* | 10 | $1.55 |
| 35820 | 35820 HORMEL SPAM SINGL 2.5OZ GS | 10 | $2.04 |
| 35830 | 35830 KEEFE PRECOOKED RICE 8OZ GSK* | 5 | $1.79 |
| 35870 | 35870 SPICY CHEES REFD BEAN 4Z HK* | 5 | $1.67 |
| 35920 | 35920 CA FLOUR TORTILLA 6CT 8OZ HK* | 5 | $1.45 |
| 35940 | 35940 CHILI REF BEANSRICE 4.4OZ HK* | 5 | $1.30 |
| 35970 | 35970 REFRIED BEANS/JALAP 8OZ HK* | 5 | $2.76 |
| 36230 | 36230 RICE NOODLE-CHILI 3.7OZ G | 10 | $1.05 |
| 44780 | 44780 CORN TORTILLA 9OZ 10CT G* | 10 | $1.56 |
| 98037 | 31910-GOLD VALL FROSTED FLAKE 20OZ* | 2 | $5.21 |
| 98096 | 34070 KEEFE CHNK PNT BTTR 18oz | 2 | $4.44 |
| 98097 | 34080-KEEFE CRMY PNT BTTR 18OZ GS* | 2 | $4.44 |

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| 98121 | 35040-BC HOT BF SUMMR SAUSAG 5OZ GS | 5 | $2.96 |
| 98123 | 35070-BC REG SUMMR SAUSAGE 5 OZ GS | 5 | $2.96 |
| 98132 | 35380-BCREEK CHILI W/BEANS HOT G | 5 | $2.86 |
| 98136 | 35490-FCATCH CHNK LT TUNA 4.23OZGH* | 10 | $3.61 |
| 98145 | 35660-FCATCH STK/GNCHILI 3.53OZ GH* | 10 | $1.55 |
| 98146 | 35820-HORMEL SPAM SINGL 2.5OZ GS | 10 | $2.04 |
| 98147 | 35830-KEEFE PRECOOKED RICE 8OZ GS* | 5 | $1.79 |
| 98150 | 35870-SPICY CHEES REFD BEAN 4Z H* | 5 | $1.67 |
| 98152 | 35920-CA FLOUR TORTILLA 6CT 8OZ H* | 5 | $1.45 |
| 98153 | 35940-CHILI REF BEANSRICE 4.4OZ H* | 5 | $1.30 |
| 98155 | 35970-REFRIED BEANS/JALAP 8OZ H* | 5 | $2.76 |
| 98168 | 36230-RICE NOODLE-CHILI 3.7OZ G | 10 | $1.05 |
| 98266 | 44780-CORN TORTILLA 9OZ 10CT | 10 | $1.56 |
| 98480 | 31760-KELLOGGS POPTART STRWBRY 2 PK | 10 | $1.09 |
| 98490 | 31700-KELLOGGS POPTARTS BLUBRRY 2PK | 10 | $1.09 |
| 98623 | 31860-RALSTON OATML M&B SUGAR 10CT* | 2 | $5.45 |
| 98624 | 31940-GOLDN VALLY RAISIN BRAN 20OZ* | 2 | $6.32 |
| **FOOD, SOUPS** | | | |
| 36000 | 36000 CAJUN CHICKEN RAMEN 3OZ | 15 | $0.44 |
| 36060 | 36060 HOT/SPICY VEGTBLE RAMEN 3 OZ | 15 | $0.44 |
| 36070 | 36070 LIME CHILI SHRIMP RAMEN 3 OZ | 15 | $0.44 |
| 36080 | 36080 TEXAS BEEF RAMEN 3OZ | 15 | $0.44 |
| 98158 | 36000-CAJUN CHICKEN RAMEN 3OZ | 15 | $0.44 |
| 98164 | 36060-HOT/SPICY VEGETBLE RAMEN 3 OZ | 15 | $0.44 |
| 98165 | 36070-LIME CHILI SHRIMP RAMEN 3 OZ | 15 | $0.44 |
| 98166 | 36080-TEXAS BEEF RAMEN 3OZ | 15 | $0.44 |
| **HYGIENE** | | | |
| 36260 | 36260 ELEM CNDTNR W/ALM &SHEA 15OZ | 2 | $2.26 |
| 36280 | 36280- ALBERTO VO5 EXTRA BODY COND | 2 | $2.26 |
| 36290 | 36290 ALBERTO V05 EXTRA BODY SHAMP | 2 | $2.26 |
| 36320 | 36320 SUAVE DAILY CLARIF SHAMP 12OZ | 2 | $3.24 |

CCOG00095522

**EXHIBIT 8**
**Page 0119**

**CENTRAL ARIZONA FLORENCE COMPLEX**

Print Date: 05/17/2019  2:20:55PM

**INVENTORY ITEM LISTING for INMATES/DETAINEES**

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|--------|-------------|-------|-------|
| 36410 | 36410 ELEMENTZ DANDSHAMP W/ALM 15OZ | 2 | $4.14 |
| 36740 | 36740 SECRET WIDE SOLID POWD FRESH | | $3.64 |
| 36750 | 36750 SPD STICK ULTA SPORT GEL 3OZ | 2 | $4.15 |
| 36990 | 36990 NEXT1 MOISTURIZING BAR 5OZ H* | 2 | $1.10 |
| 37030 | 37030 IRISH SPRING ORIG SOAP 3.75OZ | 2 | $1.24 |
| 37110 | 37110 TONE SKIN CARE BAR 4.25OZ | 2 | $1.53 |
| 37170 | 37170 DIAL DEODORANT SOAP 4.5 OZ | 2 | $1.24 |
| 37340 | 37340 INFUZED SHEA LOT W/VITAM 15OZ | 2 | $3.28 |
| 37390 | 37390 COCOA BUTTER LOTION 12 OZ. | 2 | $2.22 |
| 37520 | 37520 CHAP-ET LIP CONDITIONER REG | 2 | $1.76 |
| 37810 | 37810 COLGATE CAVIT PROT TPST 2.5OZ | 2 | $2.34 |
| 37920 | 37920 DENTAL FLOSS/GUM STIM 35 PK | 1 | $1.68 |
| 37930 | 37930 DENTURE BATH | | $2.33 |
| 37970 | 37970 FRESHMINT DENTUR CLEANS 40TAB | 1 | $3.73 |
| 37990 | 37990 SENSODYNE TOOTHPASTE | 1 | $11.39 |
| 38000 | 38000 STAYDENT DENTUR ADHESIV 2.5 OZ | 1 | $4.25 |
| 38610 | 38610 SOFTEE AFR CRWN HAIR DRSS 5OZ | 2 | $2.65 |
| 38730 | 38730 NAIL CLIPPER (NO FILE) | 1 | $0.50 |
| 38740 | 38740 NEWDAY COTTON SWABS 100 CT | 1 | $1.31 |
| 38850 | 38850 PONY OS | 5 | $0.17 |
| 38980 | 38980 PLAYTEX GENTGLID TAMPONS 18CT | 1 | $9.17 |
| 39000 | 39000 SUPER MAXI PADS 22CT | 1 | $4.01 |
| 98169 | 36260-ELEM CNDTNR W/ALM &SHEA 15OZ | 2 | $2.26 |
| 98171 | 36410-ELEMENTZ DANDSHAMP W/ALM 15OZ | 2 | $4.14 |
| 98187 | 37340-INFUZED SHEA LOT W/VITAM 15OZ | 2 | $3.28 |
| 98196 | 37990 SENSODYN TOOTHPASTE | 1 | $11.39 |
| 98197 | 37920-DENTAL FLOSS/GUM STIM 35 PK | 1 | $1.68 |
| 98198 | 37930-DENTURE BATH | 1 | $2.33 |
| 98199 | 37970-FRESHMINT DENTUR CLEANS 40TAB | 1 | $3.73 |
| 98201 | 38000-STAYDENT DENTUR ADHESIV 2.5 OZ | 1 | $4.25 |
| 98211 | 38730-NAIL CLIPPER (NO FILE) | 1 | $0.50 |
| 98212 | 38740-NEWDAY COTTON SWABS 100 CT | 1 | $1.31 |
| 98320 | 36320-SUAVE DAILY CLARIF SHAMP 15OZ | 2 | $3.24 |

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|--------|-------------|-------|-------|
| 98654 | 36750-SPD STICK ULTA SPORT GEL 3OZ | 2 | $4.15 |
| 98657 | 36990-NEXT 1 MOISTURIZING BAR 5OZ. | 2 | $1.10 |
| 98658 | 37030-IRISH SPRING ORIG SOAP 3.75OZ | 2 | $1.24 |
| 98659 | 37170-DIAL DEODORANT SOAP 4.5 OZ | 2 | $1.24 |
| 98660 | 37390-COCOA BUTTER LOTION 12 OZ. | 2 | $2.22 |
| 98661 | 37520-CHAP-ET LIP CONDITIONER REG | 2 | $1.76 |
| 98662 | 37810-COLGATE CAVIT PROT TPST 2.5OZ | 2 | $2.34 |
| 98665 | 38610-SOFTEE AFR CRWN HAIR DRSS 5OZ | 2 | $2.65 |
| 98666 | 38850-PONY O'S | 5 | $0.17 |
| 98730 | 36280-ALBERTO VO5 EXTRA BODY COND | 2 | $2.26 |
| 98731 | 36290-ALBERTO VO5 EXTRA BODY SHAMP | 2 | $2.26 |
| 98732 | 36740-SECRET WIDE SOLID POWD FRESH | 2 | $3.64 |
| 98733 | 37110-TONE SKIN CARE BAR 4.25OZ | 4 | $1.53 |
| 98734 | 38980-PLAYTEX GENTLE GLIDE TAMPONS | 2 | $9.17 |
| 98735 | 39000-SUPER MAXI PADS 22 COUNT | 2 | $4.01 |
| **MEDICATIONS** | | | |
| 39110 | 39110 ASPIRIN TABLETS 325MG 100 CT | 1 | $2.32 |
| 39120 | 39120 NEWDAY IBUPROFEN 200 MG 50 CT | 1 | $3.18 |
| 39230 | 39230 HALLS CHERRY COUGH DROPS 9RL | 2 | $1.80 |
| 98217 | 39110-ASPIRIN TABLETS 325MG 100 CT | 1 | $2.32 |
| 98218 | 39120-NEWDAY IBUPROFEN 200 MG 50 CT | 1 | $3.18 |
| 98667 | 39230-HALL'S CHERRY COUGH DROPS 9RL | 2 | $1.80 |
| **MISC.** | | | |
| 00007 | 00007 PHOTO TICKETS | 2 | $2.18 |
| 37190 | 37190 HINGED SOAP DISH (UPC CODED) | 2 | $0.73 |
| 40720 | 40720 CEREAL BOWL WITH LID 24 OZ. | 2 | $1.14 |
| 40730 | 40730 CLEAR THERMAL MUG 22 OZ. | 2 | $2.69 |
| 40740 | 40740 CRAWFORD 1.6 QUART BOWL | 1 | $3.12 |
| 40780 | 40780 SINGLE HANDKERCHIEF | 5 | $1.03 |
| 40820 | 40820 TUMBLER WITH LID 22 OZ. | 2 | $0.64 |
| 44220 | 44220 DISPOSABLE EARPLUGS | 1 | $2.01 |
| 44461 | 44461 READING GLASSES 1.25 | 1 | $6.24 |
| 44462 | 44462 READING GLASSES 1.50 | 1 | $5.61 |
| 44463 | 44463 READING GLASSES 1.75 | 1 | $6.24 |

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|--------|-------------|-------|-------|
| 44465 | 44465 READING GLASSES 2.25 | 1 | $6.24 |
| 44467 | 44467 READING GLASSES 2.75 | 1 | $6.24 |
| 44469 | 44469 READING GLASSES 3.25 | | $6.24 |
| 98001 | 00007-PHOTO TICKETS | 2 | $2.18 |
| 98185 | 37190-HINGED SOAP DISH (UPC CODED) | 2 | $0.73 |
| 98255 | 40720-CEREAL BOWL WITH LID 24 OZ. | 2 | $1.14 |
| 98256 | 40740-CRAWFORD 1.6 QUART BOWL | 2 | $3.12 |
| 98258 | 40820-TUMBLER WITH LID 22 OZ. | 2 | $0.64 |
| 98530 | 44220-DISPOSABLE EARPLUGS | 1 | $2.01 |
| 98676 | 40730-CLEAR THERMAL MUG 22 OZ. | 2 | $2.69 |
| 98677 | 40780-SINGLE HANDKERCHIEF | 5 | $1.03 |
| 98709 | 44461-READING GLASSES 1.25 | 1 | $6.24 |
| 98710 | 44463-READING GLASSES 1.75 | 1 | $6.24 |
| 98711 | 44465-READING GLASSES 2.25 | 1 | $6.24 |
| 98712 | 44467-READING GLASSES 2.75 | 1 | $6.24 |
| 98719 | 44469-READING GLASSES 3.25 | 1 | $6.24 |
| 98720 | 44462-READING GLASSES 1.50 | | $5.63 |
| 98724 | "ICE ONLY" 1 Gig USB FLASH DRIVE | 1 | $12.97 |
| **PHONE** | | | |
| 00001 | 00001 PHONE TIME ($1 increment) | | $1.00 |
| 00002 | 00002 PHONE TIME ($10 increments) | | $10.00 |
| 98000 | 00001-PHONE TIME ($1 increment) | | $1.00 |
| 98003 | 00002 -PHONE TIME ($10 increments) | | $10.00 |
| **POSTAGE** | | | |
| 00008 | 00008 STAMPS, FOREVER- PRE-BAG ONLY | 20 | $0.55 |
| 46370 | 46370 STAMP (FOREVER INT'L) | 20 | $1.15 |
| 98002 | 00008-STAMPS, FOREVER- PRE-BAG ONLY | 20 | $0.50 |
| 98282 | 46370-INTERN'L STAMP, FOREVER | 20 | $1.15 |
| **RECREATION** | | | |
| 40470 | 40470 AVIATOR PLAYING CARD | 1 | $2.50 |
| 98251 | 40470-AVIATOR PLAYING CARD | 1 | $2.50 |
| **SNACKS** | | | |
| 31990 | 31990 CRUNCH OAT&HON GRAN BAR 1.5 OZ | 10 | $0.55 |
| 32000 | 32000 CRUNCHY PB GRANOLA BAR 1.5OZ | 10 | $0.55 |
| 32250 | 32250 GLDNVLY SALTIN CRACK 16OZ HK* | 2 | $3.28 |
| 32740 | 32740 CAJUN MIX 3.5 OZ. K* | 10 | $1.46 |
| 32900 | 32900 ML HOT! PEANUTS 1.75OZ GK* | 10 | $0.97 |

INVENTORY ITEM LISTING for INMATES/DETAINEES          **PRICE INCLUDES ANY APPLICABLE TAX**          Page 3 of 4

CCOG00095523

**EXHIBIT 8**
**Page 0120**

**CENTRAL ARIZONA FLORENCE COMPLEX**

Print Date: 05/17/2019  2:20:55PM

**INVENTORY ITEM LISTING for INMATES/DETAINEES**

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| 33000 | 33000 ZPYCKS STRWB CEREAL BR 1.3 OZ* | 20 | $0.82 |
| 33040 | 33040 ZPYCKS ICED SWIRL, 4 OZ. K* | 7 | $1.16 |
| 33050 | 33050 ZPYCK CHOCICED HBUN 4.75OZ K* | 7 | $1.18 |
| 33120 | 33120 ZPYCK FUDG BROWN 6PK 10.5 OZK* | 2 | $2.89 |
| 33140 | 33140 ZPYCKS OATMEAL CREMES 16OZ K* | 2 | $3.28 |
| 33190 | 33190 ZPYCK SFT OAT RAISN 2.75OZHK* | 7 | $0.59 |
| 33210 | 33210 ZPYCKS CHCLATE CHIP 16OZ HK* | 2 | $2.81 |
| 33230 | 33230 ZPYCKS ICED OATMEAL 16 OZ HK* | 2 | $3.25 |
| 33270 | 33270 ZPYCKS CHCLATE CHIPS 6OZ HK* | 5 | $1.14 |
| 33280 | 33280 ZPYCKS CHOCO. CREMS 14 OZ HK* | 2 | $2.15 |
| 33290 | 33290 ZPYCKS DUPLEX CRMES 14OZ HK* | 2 | $2.15 |
| 33310 | 33310 ZPYCKS ICED OATMEAL 6 OZ HK* | 5 | $1.31 |
| 33340 | 33340 ZPYCKS PNUTBUTTR CRM 14OZ HK* | 2 | $2.40 |
| 33390 | 33390 BANANA DELUXE MOON PIE 2.75 OZ | 10 | $0.67 |
| 33400 | 33400 CHOC DELUXE MOON PIE 2.75OZ | 10 | $0.67 |
| 33440 | 33440 MARIAS COOKIES 4.94 OZ. * | 7 | $0.81 |
| 33530 | 33530 NABISCO OREO COOKIE 2.4 OZ. * | 10 | $0.81 |
| 45920 | 45920 PPCRN X-BUTTER MICRO2.8OZ GK* | 10 | $0.70 |
| 98040 | 31990-CRUNCH OAT&HON GRAN BAR 1.5 OZ | 10 | $0.55 |
| 98041 | 32000-CRUNCHY PB GRANOLA BAR 1.5 OZ | 10 | $0.55 |
| 98044 | 32250-GLDN VLY SALTIN CRACK 16OZ H* | 2 | $3.28 |
| 98061 | 33050-ZPYCK CHOC ICED HBUN 4.75OZ * | 7 | $1.18 |
| 98065 | 33120-ZPYCKS FUDG BROWN 6PK 10.5 OZ* | 2 | $2.89 |
| 98066 | 33140-ZPYCKS OATMEAL CREMES 16OZ * | 2 | $3.28 |
| 98068 | 33210-ZPYCKS CHCLATE CHIP 16OZ H* | 2 | $2.81 |
| 98069 | 33230-ZPYCKS ICED OATMEAL 16 OZ H* | 2 | $3.25 |
| 98070 | 33340-ZPYCKS PNUT BUTTR CRM 14OZ H* | 2 | $2.40 |
| 98276 | 45920-PPCRN X-BUTTER MICRO 2.8OZ G* | 10 | $0.70 |
| 98632 | 32740-CAJUN MIX 3.5 OZ. | 10 | $1.46 |
| 98633 | 32900-ML HOT! PEANUTS 1.75OZ G* | 10 | $0.97 |
| 98634 | 33000-ZPYCKS STRWB CEREAL BR 1.3 OZ* | 20 | $0.82 |

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| 98636 | 33040-ZPYCKS ICED SWIRL, 4 OZ. * | 7 | $1.16 |
| 98638 | 33190-ZPYCK SFT OAT RAISN 2.75OZ H* | 7 | $0.59 |
| 98639 | 33270-ZPYCKS CHCLATE CHIPS 6OZ H* | 5 | $1.14 |
| 98640 | 33280-ZPYCKS CHOCO. CREMES 14 OZ H* | 2 | $2.15 |
| 98641 | 33290-ZPYCKS DUPLEX CREMES 14OZ H* | 2 | $2.15 |
| 98642 | 33310-ZPYCKS ICED OATMEAL 6 OZ H* | 5 | $1.31 |
| 98643 | 33390-BANANA DELUXE MOON PIE 2.75 OZ | 10 | $0.67 |
| 98644 | 33400-CHOC DELUXE MOON PIE 2.75OZ | 10 | $0.67 |
| 98645 | 33440-MARIA'S COOKIES 4.94 OZ. * | 7 | $0.81 |
| 98646 | 33530-NABISCO OREO COOKIE 2.4 OZ. * | 10 | $0.81 |
| | **SNACKS, CANDY** | | |
| 33630 | 33630 BUTTERSCOTCH BUTTONS 7.5 OZ | 2 | $1.28 |
| 33860 | 33860 SF WILD FRUITS 1.75 OZ. BAG | 7 | $0.97 |
| 33950 | 33950 M&MSPEANUT CANDY 1.74 OZ. GK* | 7 | $1.34 |
| 33990 | 33990 MILKY WAY BAR, 1.84 OZ. K* | 7 | $1.34 |
| 34020 | 34020 SNICKERS BAR, 1.86 OZ GK* | 7 | $1.34 |
| 98083 | 33860-SF WILD FRUITS 1.75 OZ. BAG | 7 | $0.97 |
| 98089 | 33950-M&MS PEANUT CANDY 1.74 OZ. G* | 7 | $1.34 |
| 98091 | 33990-MILKY WAY BAR, 1.84 OZ. * | 7 | $1.34 |
| 98094 | 34020-SNICKERS BAR, 1.86 OZ G* | 7 | $1.34 |
| 98647 | 33630-BUTTERSCOTCH BUTTONS 7.5 OZ | 2 | $1.28 |
| | **SNACKS, CHIP** | | |
| 32080 | 32080 CHEETOS CRUNCHY 9 OZ G | 2 | $2.96 |
| 32100 | 32100 CHEETOS FLAM HOT CRUNCH 8OZ G | 2 | $2.92 |
| 32130 | 32130 DORITOS NACHO CHEESE, 8 OZ | 2 | $2.87 |
| 32140 | 32140 FRITOS CHILI COR CHIP 10.5OZ | 2 | $3.66 |
| 32160 | 32160 RUFFLS CHED&SOUR CREAM  5.5 OZ | 2 | $2.85 |
| 32385 | 32385 HOT PORK RINDS 2OZ GS WC ONLY | 5 | $1.53 |
| 32400 | 32400 CANNIE NACHO CHIPS 10 OZ GH* | 5 | $2.74 |
| 32570 | 32570 MN LODGE JALAPNO CHIP 6OZ HK* | 2 | $1.97 |
| 98045 | 32400-CANNIE NACHO CHIPS 10 OZ GH* | 5 | $2.74 |
| 98052 | 32570-MN LODGE JALAPNO CHIP 6OZ H* | 2 | $1.97 |
| 98625 | 32080-CHEETOS CRUNCHY 9 OZ G | 2 | $2.96 |
| 98626 | 32100-CHEETOS FLAM HOT CRUNCH 8OZ G | 2 | $2.92 |
| 98627 | 32130-DORITOS NACHO CHEESE, 8 OZ | 2 | $2.87 |
| 98629 | 32140-FRITOS CHILI COR CHIP 10.5OZ | 2 | $3.66 |

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| 98630 | 32160-RUFFLS CHED&SOUR CREAM  5.5 OZ | 2 | $2.85 |
| 98631 | 32385-HOT PORK RINDS 2OZ GS WC ONLY | 5 | $1.53 |
| | **STATIONERY** | | |
| 39730 | 39730 #10 ENVELOPE (50 COUNT) | 2 | $2.09 |
| 39790 | 39790 9.5"X12.5" NO CLASP ENV | 10 | $0.17 |
| 39830 | 39830 WHITE 5" X 8" (50 SHEETS/PAD) | 3 | $0.99 |
| 39840 | 39840 WHT 8 1/2" X 11" 50-SHEETS/PD | 3 | $1.38 |
| 39910 | 39910 BEVELED PINK ERASER | 2 | $0.60 |
| 39920 | 39920 COLORED PENCIL SET 24 COUNT | 2 | $2.59 |
| 40140 | 40140 ACETATE BIRTHDAY CARDS | 5 | $1.23 |
| 40250 | 40250 I LOVE YOU CARDS | 5 | $1.23 |
| 40330 | 40330 PLN PAPER JUVENILE BDAY CARDS | 5 | $1.23 |
| 40460 | 40460 THANK YOU CARDS | 5 | $1.23 |
| 45730 | 45730 GOLF PENCIL | 5 | $0.07 |
| 45740 | 45740 SECURITY FLEX PEN - BLACK | 5 | $0.62 |
| 98227 | 39730-#10 ENVELOPE (50 COUNT) | 2 | $2.09 |
| 98229 | 39790-9.5"X12.5" NO CLASP ENV | 10 | $0.17 |
| 98231 | 39840-WHT 8 1/2" X 11" 50-SHEETS/PD | 3 | $1.38 |
| 98234 | 39910-BEVELED PINK ERASER | 2 | $0.60 |
| 98241 | 40140-ACETATE BIRTHDAY CARDS | 5 | $1.23 |
| 98245 | 40250-I LOVE YOU CARDS | 5 | $1.23 |
| 98248 | 40330-PLN PAPER JUVENILE BDAY CARDS | | $1.22 |
| 98274 | 45730-GOLF PENCIL | 5 | $0.07 |
| 98275 | 45740-SECURITY FLEX PEN - BLACK | 5 | $0.62 |
| 98520 | 39920-COLORED PENCIL SET 24 COUNT | 2 | $2.59 |
| 98669 | 39830-WHITE 5" X 8" (50 SHEETS/PAD) | 1 | $0.99 |
| 98675 | 40460-THANK YOU CARDS | 5 | $1.23 |
| | **VITAMINS** | | |
| 39420 | 39420 MULTI-VITAMIN, 60 COUNT | 1 | $6.16 |
| 39450 | 39450 PURE VITAMIN C-500 (100 TABS) | 1 | $3.68 |
| 98224 | 39420-MULTI-VITAMIN, 60 COUNT | 1 | $6.16 |
| 98668 | 39450-PURE VITAMIN C-500 (100 TABS) | 1 | $3.68 |

CCOG00095524

**EXHIBIT 8**
**Page 0121**

# ATTACHMENT F

# ATTACHMENT F

**EXHIBIT 8**
**Page 0122**

**LAREDO PROCESSING CENTER**

Print Date: 05/17/2019 10:22:06PM

**INVENTORY ITEM LISTING for INMATES/DETAINEES**

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| | **BEVERAGE** | | |
| 30510 | KEEFE 100% COLOMBIAN RESEAL 3 OZ | | $4.04 |
| 30910 | KEEFE HOT COCOA RESEAL 10 OZ.PK H* | | $2.34 |
| | **BEVERAGE, SODA** | | |
| 30000 | PEPSI 20 OZ | | $1.41 |
| 30010 | PEPSI (DIET) 20 OZ. | | $1.41 |
| 30020 | SODA, MOUNTAIN DEW 20 OZ. BTL | | $1.50 |
| 30160 | SODA, FAYGO ORANGE 20 OZ BTL | | $1.20 |
| 30180 | WATER 20 OZ BTL | | $1.04 |
| | **CLOTHING** | | |
| 39690 | BLACK CROSS STRAPS THONGS - SMALL | | $1.14 |
| 39691 | BLACK CROSS STRAPS THONGS - MEDIUM | | $1.14 |
| 39692 | BLACK CROSS STRAPS THONGS - LARGE | | $1.21 |
| 39693 | BLACK CROSS STRAPS THONGS - XL | | $1.21 |
| 42550 | MEN'S THERMAL L/S SHIRT NATURAL S | | $6.60 |
| 42551 | MEN'S THERMAL L/S SHIRT NATURAL M | | $6.60 |
| 42552 | MEN'S THERMAL L/S SHIRT NATURAL L | | $6.60 |
| 42553 | MEN'S THERMAL L/S SHIRT NATURAL XL | | $6.60 |
| 42554 | MEN'S THERMAL L/S SHIRT NATURAL 2XL | | $8.85 |
| 42555 | MEN'S THERMAL L/S SHIRT NATURAL 3XL | | $8.85 |
| | **CONDIMENTS** | | |
| 31010 | KEEFE NON-DAIRY CREAMER 8 OZ. H* | | $1.22 |
| 31020 | KEEFE SUGAR IN RESEAL 12 OZ. PK H* | | $1.94 |
| 31120 | SWEETMATE PINK 100 CT. BOX SH* | | $2.24 |
| 34450 | VELVEETA JALAPENO SQZ CHZ 16 OZ G | | $3.87 |
| 34640 | KEEFE LOUISIANA HOT SAUCE 6 OZ GS* | | $1.38 |
| 34730 | REALEMON LEMON JUICE 2.5 OZ G* | | $0.72 |
| 34960 | KEEFE MAYONNAISE SQUEEZE BOTTLE | | $3.91 |
| 49080 | HEIZ KETCHUP 14 OZ. | | $2.34 |
| | **ELECT, BATTERY** | | |
| 40560 | Energizer "AA" Batteries 4pk | | $5.21 |
| 40570 | Energizer "AAA" Batteries 4pk | | $5.21 |
| | **ELECTRONICS** | | |
| 41490 | JENSEN RADIO AM-FM EA CLEAR | | $31.93 |
| 41560 | GPX EB-CLR CLEAR EAR BUDS | | $4.07 |
| | **FOOD, OTHER** | | |
| 31830 | QUAKER INSTANT OATMEAL FLAVOR VARIE | | $3.49 |
| 34080 | KEEFE CREAMY PEANUT BUTTER 18OZ GS* | | $3.71 |
| 34090 | KEEFE GRAPE JELLY 20.5 OZ. G | | $3.80 |

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| 34100 | KEEFE STRAWBERRY SPREAD, 20.5 OZ. G | | $4.24 |
| 35390 | BRUSHY CREEK CHILI W/BEANS G | | $2.39 |
| 35460 | PREMIUM CHICKEN BREAST 4.5 OZ. GS | | $3.65 |
| 35490 | FRESH CATCH CHUNK LIGHT TUNA GH* | | $2.42 |
| 35550 | FRESH CATCH SARDINES IN TOMATO GSH | | $1.07 |
| 35820 | HORMEL SPAM SINGLE CLASSIC POUCH GS | | $1.50 |
| 35830 | KEEFE PACK PRECOOKED RICE 8 OZ GSH* | | $1.50 |
| 35970 | SEVILLA REFRIED BEANS/JALAPENO H* | | $2.30 |
| | **FOOD, SOUPS** | | |
| 35990 | BEEF RAMEN 2-8 OZ. SERVINGS | | $0.36 |
| 36000 | CAJUN CHICKEN RAMEN 2-8 OZ SERVINGS | | $0.36 |
| 36030 | CHICKEN RAMEN 2-8 OZ. SERVINGS | | $0.36 |
| 36070 | LIME CHILI SHRIMP RAMEN | | $0.36 |
| | **HYGIENE** | | |
| 36280 | ALBERTO VO5 EXTRA BODY CONDITIONER | | $2.05 |
| 36290 | ALBERTO VO5 EXTRA BODY SHAMPOO | | $2.05 |
| 36750 | SPEED STICK AQUA SPORT GEL 3 OZ. | | $3.75 |
| 36790 | SURE SOLID ANTI-PERSPIRANT 1.7 OZ. | | $3.29 |
| 36820 | LADY SPEED STICK DEOD SHOWER FRESH | | $2.61 |
| 36870 | POWER-UP CLEAR DEODORANT BLOOM | | $2.61 |
| 36910 | DOVE BEAUTY BAR 3.5 OZ. (SINGLES) | | $2.22 |
| 37020 | IRISH SPRING DEODORANT SOAP 3.2 OZ | | $0.83 |
| 37270 | TWO PIECE SOAP DISH (UPC CODED) | | $0.66 |
| 37320 | INFUZED COCOA & SHEA BODY LOTION | | $2.96 |
| 37330 | INFUZED COCONUT LIMELOTION W/ALOE | | $2.96 |
| 37530 | CHAPSTICK, REGULAR FLAVOR | | $2.11 |
| 37590 | NEWDAY BABY OIL 14OZ | | $3.33 |
| 37610 | FRESHSCENT CORNSTARCH BABYPOWDER | | $1.11 |
| 37810 | COLGATE CAVITY PROT TOOTHPASTE | | $2.11 |
| 38600 | PROTEIN STYLING GEL 8 OZ. | | $2.47 |
| 38670 | SOFTEE HAIR FOOD 5 OZ. | | $2.90 |
| 38750 | NEWDAY COTTON SWABS - 300 CT | | $1.92 |
| 38810 | BRAID ELASTIC PONYTAILERS 18 CT BLK | | $1.59 |
| 39000 | SUPER MAXI PADS 22 COUNT | | $3.62 |
| 48100 | PERCARA MOUTHWASH ORAL HEALTH, 8OZ | | $1.58 |

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| 48260 | SUAVE ANTI-DANDRUFF 2IN1 12.6 OZ. | | $5.25 |
| | **MEDICATIONS** | | |
| 39140 | TYLENOL EXTRA STRENGTH 2 PK | 3 | $1.09 |
| 39230 | HALL'S CHERRY COUGH DROPS 9 ROLL | 3 | $1.26 |
| 39260 | MEDICATED CHEST RUB 3.5 OZ | 1 | $2.64 |
| 39680 | TOLNAFTATE ANTIFUNGAL CREAM .5 OZ | | $1.66 |
| | **MISC.** | | |
| 40690 | ALL PURPOSE SPOON 5 7/8" | | $0.10 |
| 40720 | CEREAL BOWL WITH LID 24 OZ. | | $1.03 |
| 40780 | SINGLE HANDKERCHIEF | | $0.93 |
| 48300 | STACKABLE COFFEE CUP W/ HANDLE 12oz | | $1.48 |
| | **PHONE** | | |
| 00004 | PHONE CARD ($5.00) | | $5.00 |
| 00005 | PHONE CARD ($10.00) | | $10.00 |
| 00006 | PHONE CARD ($20.00) | | $20.00 |
| | **POSTAGE** | | |
| 00008 | STAMPS, FOREVER | | $0.50 |
| | **SNACK** | | |
| 32250 | GOLDEN VALLEY SALTINE CRACKERS H* | | $2.40 |
| 32380 | CACTUSHOT & SPICY PORK RINDS 2OZ S | | $1.37 |
| 32400 | CACTUS ANNI NACHO CHIPS 10 OZ GSH* | | $2.54 |
| 32430 | CACTUS ANNI HABANERO CHIP 10OZ GSH* | | $2.72 |
| 32440 | CACTUS ANNI HOT CHZ CRUNCHY 9OZ GH* | | $2.53 |
| 32470 | CACTUS ANNI CHEESE CRUNCH 11OZ GSH* | | $2.59 |
| 32490 | CACTUS ANNIE CORN CHIP 13OZ GH* | | $2.42 |
| 32500 | CACTUS ANNI TORTILLA CHIP 12OZ GSH* | | $2.59 |
| 33060 | ZIPPY CAKES MEGA BUNEEZ, 4.75 OZ. * | | $0.87 |
| 33140 | ZIPPY CAKES OATMEAL CR¿?MES * | | $2.33 |
| 33160 | ZIPPY CAKES SWISS ROLLS 6-2 PACKS * | | $2.12 |
| 33210 | ZIPPY COOKIE CHOCOLATE CHIP 16OZ H* | | $2.34 |
| 33220 | ZIPPY COOKIES DUPLEX CREMES 6 OZ H* | | $0.95 |
| 33230 | ZIPPY COOKIE ICED OATMEAL 16 OZ H* | | $2.41 |
| 33380 | ZIPPY COOKI VANILLA WAFERS 16OZ H* | | $2.34 |
| | **SNACKS, CANDY** | | |
| 33620 | BUTTERSCOTCH BUTTONS 4.25 OZ. | | $0.84 |
| 33700 | SOUR FRUIT BALLS 4.25 OZ. | | $0.75 |

CCOG00095545

**EXHIBIT 8**
**Page 0123**

**LAREDO PROCESSING CENTER**

Print Date: 05/17/2019 10:22:06PM

**INVENTORY ITEM LISTING for INMATES/DETAINEES**

| ITEM # | DESCRIPTION | LIMIT PRICE | ITEM # | DESCRIPTION | LIMIT PRICE | ITEM # | DESCRIPTION | LIMIT PRICE |
|--------|-------------|-------------|--------|-------------|-------------|--------|-------------|-------------|
| 33710 | STARLITE MINTS 3.75 OZ. | $0.76 | | | | | | |
| 33950 | M&M'S PEANUT CANDY, 1.74 OZ. G* | $1.21 | | | | | | |
| 34020 | SNICKERS BAR, 1.86 OZ G* | $1.21 | | | | | | |

**STATIONERY**

| ITEM # | DESCRIPTION | LIMIT PRICE |
|--------|-------------|-------------|
| 39740 | #10 ENVELOPE EA. | $0.04 |
| 39790 | 9 1/2" X 12 1/2" NO CLASP ENVELOPES | $0.15 |
| 39840 | WHITE 8 1/2" X 11" (50 SHEETS/PAD) | $1.23 |
| 39890 | #2 PENCIL WITH ERASER | $0.15 |
| 39910 | BEVELED PINK ERASER | $0.47 |
| 39930 | COLORED PENCILS 12 BOX | $3.09 |
| 39970 | SMALL ADDRESS BOOK | $1.00 |
| 40010 | WEBSTER'S SPAN/ENGL DICTIONARY | $2.42 |
| 47110 | BLACK CRYSTAL PEN | $0.42 |

**VITAMINS**

| ITEM # | DESCRIPTION | LIMIT PRICE |
|--------|-------------|-------------|
| 39400 | DAILY VITAMIN WITH IRON 100 TABLETS | $3.25 |

CCOG00095546

**EXHIBIT 8**
**Page 0124**

# ATTACHMENT G

# ATTACHMENT G

EXHIBIT 8
Page 0125

**ELOY DETENTION CENTER**

Print Date: 05/17/2019  2:24:39PM

**INVENTORY ITEM LISTING for INMATES/DETAINEES**

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| | **ACCESSORIES** | | |
| 44500 | PLASTIC WRAP SUNGLASSES | | $9.70 |
| | **BEVERAGE** | | |
| 00186 | WATER 24 OZ BTL | 30 | $0.29 |
| 30540 | KEEFE INSTANT 4 OZ. BAG | | $4.12 |
| 30560 | FOLGERS COFFEE 8OZ | | $12.55 |
| 30790 | Keefe Tea Bags 48 Ct | | $2.36 |
| 31000 | SWISS MISS HOT COCOA | | $2.78 |
| 31340 | HAWAIIAN PUNCH JUICY FRUIT RED 8 PK | | $1.89 |
| 31350 | HAWAIIAN PUNCH LEMONBERRY 8 PK | | $2.28 |
| 31460 | SEVILLA HORCHATA 5.64 OZ | | $3.08 |
| | **BEVERAGE, SODA** | | |
| 30000 | PEPSI 20 OZ. BTL | | $0.80 |
| 30010 | DIET PEPSI 20 OZ. BTL | | $0.80 |
| | **CLOTHING** | | |
| 39690 | BLACK CROSS STRAP THONGS-SM | | $1.27 |
| 39691 | BLACK CROSS STRAP THONGS-MED | | $1.27 |
| 39692 | BLACK CROSS STRAP THONGS-L | | $1.35 |
| 39693 | BLACK CROSS STRAP THONGS-XL | | $1.35 |
| 43700 | BASEBALL CAPS - ORANGE | | $5.47 |
| 43800 | STOCKING CAPS -ORANGE | | $3.28 |
| | **CONDIMENTS** | | |
| 31040 | COFFEE MATE CREAMER-ORIGINAL | 1 | $3.15 |
| 31050 | FRENCH VANILLA CREAMER | 1 | $5.33 |
| 31070 | PARAMOUNT NF DRY MILK POUCH H* | | $6.26 |
| 31120 | SWEETMATE PINK 100 CT. BOX SH* | | $2.70 |
| 34060 | SUGAR FREE HONEY | | $4.34 |
| 34140 | NUTELLA SPREAD | | $6.52 |
| 34210 | HOT DILL PICKLE G* | | $1.02 |
| 34310 | TOKYO DINER SOY SAUCE 6 OZ * | | $1.47 |
| 34350 | CACTUS ANNIE'S SLICED JALAPENOS G | | $2.89 |
| 34410 | VELVEETA CHEDDAR CHEESE 2 OZ G | | $0.94 |
| 34450 | VELVEETA JALAPENO SQZ CHZ 16 OZ G | | $4.67 |
| 34650 | SHING KEE SRIRACHA HOT SAUCE | | $2.56 |
| 34660 | TAPATIO HOT SAUCE 5 OZ GS | | $1.47 |
| 34730 | REALEMON LEMON JUICE 2.5 OZ G* | | $0.87 |
| 34760 | SPICE CLASSICS CAJUN SEASONING * | | $1.85 |
| 34890 | MORTON SALT AND PEPPER SHAKERS G | | $3.10 |
| 34960 | KEEFE MAYO 12OZ | | $4.72 |
| 49080 | Heinz Ketchup 14 oz | | $2.83 |

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| 50010 | BBQ SAUCE 13 OZ | | $3.21 |
| | **ELECTRONICS** | | |
| 41730 | KOSS CL-5 HEADPHONES | | $12.06 |
| 41880 | SENTRY H0230 EARPHONES | 1 | $4.84 |
| 41980 | 6' HEADPHONE EXT CORD W/MINI JACK | 1 | $6.10 |
| 42070 | HEADPHONE ADAPTER MONO/STEREO | | $3.28 |
| 45990 | FLASH DRIVE | | $20.37 |
| | **FOOD, ICE CREAM** | | |
| 30200 | BUTTER PECAN PINT | | $3.03 |
| 30290 | GIANT ICE CREAM SANDWICH | | $1.33 |
| 30440 | STRAWBERRY SHORTCAKE ICE CREAM | | $1.65 |
| | **FOOD, OTHER** | | |
| 31720 | KELLOGG'S POPTARTS BROWN SUGAR | | $1.10 |
| 31880 | RALSTON OATMEAL VARIETY PACK * | | $3.88 |
| 34070 | KEEFE CHUNKY PEANUT BUTTER | | $3.60 |
| 34180 | SQUEEZE GRAPE JELLY 1 OZ. | | $0.27 |
| 35070 | BUSHY CREEK REG SUMMER SAUSAGE | | $2.97 |
| 35300 | BRUSHY CREEK BEEF BARBACOA | | $4.17 |
| 35310 | BRUSHY CREEK BEEF STEW 11.25 OZ. G | | $2.67 |
| 35390 | BRUSHY CREEK CHILI W/BEANS G | | $2.51 |
| 35460 | PREMIUM CHICKEN BREAST 4.5 OZ. GS | | $2.92 |
| 35490 | FRESH CATCH CHUNK LIGHT TUNA GH* | | $2.92 |
| 35510 | FRESH CATCH JACK MACKEREL | | $2.73 |
| 35540 | FRESH CATCH SARDINES SOY BEAN OIL | | $1.42 |
| 35730 | CHICKEN OF THE SEA SALMON, 5 OZ. * | | $3.92 |
| 35830 | KEEFE PACK PRECOOKED RICE | | $1.80 |
| 35850 | SEVILLA SPICY SPANISH RICE W/ CHS | | $0.70 |
| 35930 | OLD EL PASO FLOUR TORTILLAS 8 CT | | $3.51 |
| 35960 | SEVILLA REFRIED BEANS 7OZ H* | | $3.04 |
| 35970 | SEVILLA REFRIED BEANS/JALAPENO H* | | $2.78 |
| 36230 | THAI NOODLES CHILI 3.7 OZ | | $1.05 |
| 44780 | CHI CHI'S CORN TORTILLA 9 OZ 10CT | | $1.57 |
| | **FOOD, SOUPS** | | |
| 36000 | CAJUN CHICKEN RAMEN | | $0.44 |
| 36060 | HOT 'N SPICY VEGETABLE RAMEN | | $0.44 |
| 36070 | LIME CHILI SHRIMP RAMEN | | $0.44 |
| 36080 | TEXAS BEEF RAMEN | | $0.44 |
| | **HYGIENE** | | |
| 36250 | ELEMENTZ SHAMPOO EUCALY/MINT | | $1.96 |
| 36260 | ELEMENTZ CONDITIONER ALMOND | | $2.27 |

| ITEM # | DESCRIPTION | LIMIT | PRICE |
|---|---|---|---|
| 36320 | SUAVE DAILY CLARIFYING SHAMPOO | | $2.60 |
| 36340 | SUAVE WATERFALL MIST CONDITIONER | | $2.60 |
| 36410 | ELEMENTZ DANDRUFF SHAMPOO | | $4.16 |
| 36480 | ELEMENTZ ALOE VERA STYLING GEL | | $3.84 |
| 36510 | BLACK COMB | | $0.15 |
| 36570 | AFRO PIK | | $0.92 |
| 36600 | MILITARY STYLE CLUB BRUSH | | $3.47 |
| 36620 | PALM BRUSH | | $0.59 |
| 36710 | DIAL ROLL-ON | | $1.77 |
| 36800 | CLEAR STICK DEODORANT | | $3.17 |
| 36820 | LADY SPEED STICK | | $2.90 |
| 36910 | DOVE SOAP | | $2.48 |
| 36940 | ELEMENTZ BODY WASH | | $2.90 |
| 36960 | IVORY SOAP | | $0.84 |
| 37040 | IRISH SPRING ICY BLAST | | $1.21 |
| 37160 | DIAL SOAP | | $1.02 |
| 37220 | NEUTROGENA SOAP | | $4.38 |
| 37410 | Crawford Cocoa Butter Lotion | | $0.78 |
| 37460 | JERGEN'S THERAPY LOTION ORIGINAL | | $6.37 |
| 37520 | CHAP-ET LIP CONDITIONER REGULAR | | $1.11 |
| 37570 | NOXZEMA SKIN CREAM 2 OZ. | | $2.73 |
| 37800 | COLGATE BS & PEROX. WHITENING 6.4oz | | $4.32 |
| 37920 | DENTAL FLOSSER/ STIMULATOR 30 PK | | $1.69 |
| 37990 | SENSODYNE TOOTHPASTE 4 OZ. | | $9.40 |
| 38190 | PRO-TECTION SHAVE CREAM 7OZ | | $3.61 |
| 38300 | MAGIC REG CREAM SHAVE DEPILATORY | | $5.72 |
| 38320 | MENNEN ORIGINAL SCENT AFTER SHAVE | | $3.39 |
| 38400 | DARK & LOVELY CONDITIONING RELAXER | | $11.31 |
| 38480 | SOFTEE 3 IN 1 CONDITIONING SHAMPOO | | $5.39 |
| 38490 | SOFTEE 3 IN 1 DAILY CONDITIONER | | $5.39 |
| 38570 | LUSTER PINK OIL MOISTURIZER 8 OZ. | | $7.06 |
| 38680 | THREE FLOWERS TYPE BRILLIANTINE | | $3.04 |
| 38720 | NAIL CLIPPER (NO FILE) | 1 | $1.03 |
| 38740 | NEWDAY COTTON SWABS 100CT | | $1.32 |
| 38810 | BRAID ELASTIC PONYTAILERS 18 CT BLK | | $1.77 |
| 38870 | PERFUMED OIL W/VITAMIN E - C.K. ONE | | $5.38 |
| 38980 | PLAYTEX GENTLE GLIDE TAMPONS 18 CT | | $9.21 |

CCOG00095535

**EXHIBIT 8**
**Page 0126**

**ELOY DETENTION CENTER**

Print Date: 05/17/2019  2:24:39PM

**INVENTORY ITEM LISTING for INMATES/DETAINEES**

| ITEM # | DESCRIPTION | LIMIT | PRICE | ITEM # | DESCRIPTION | LIMIT | PRICE | ITEM # | DESCRIPTION | LIMIT | PRICE |
|--------|-------------|-------|-------|--------|-------------|-------|-------|--------|-------------|-------|-------|
| 38990 | REGULAR MAXI PADS 24 COUNT | | $3.96 | 33060 | ZIPPY CAKES HONEY BUN | | $1.05 | | | | |
| 51160 | 4in. Anti Shank Toothbrush | | $0.37 | 33120 | ZIPPY CAKES FUDGE BROWNIE 6 PACK * | | $2.48 | | | | |
| | **MEDICATIONS** | | | 33150 | ZIPPY CAKES BUDDY BARS | | $3.14 | | | | |
| 40750 | GOODSENSE SHEER BANDAGE, 10 CT. | | $1.15 | 33290 | ZIPPY COOKIES DUPLEX CREMES | | $2.16 | | | | |
| | **MISC.** | | | 33330 | ZIPPY COOKIES LEMON CREME | | $2.16 | | | | |
| 00007 | PHOTO TICKETS | | $2.19 | 33360 | ZIPPY COOKI STRAWBERRY CREMES | | $2.16 | | | | |
| 37190 | HINGED SOAP DISH | | $0.73 | 33440 | GAMESA MARIA'S COOKIES 4.94 OZ. | | $0.81 | | | | |
| 37280 | WASHCLOTH 12 X 12 | | $0.58 | 33530 | NABISCO OREO COOKIES 2.4 OZ. * | | $0.81 | | | | |
| 38120 | TOOTHBRUSH HOLDER (2 PIECE) | | $0.59 | 45920 | ML MICROWAVE POPCORN | | $0.70 | | | | |
| 39640 | INSOLES-COMFORT PLUS | | $2.90 | | **SNACKS, CANDY** | | | | | | |
| 40690 | ALL PURPOSE SPOON 5 7/8" | | $0.11 | 33560 | ATOMIC FIRE BALLS 3 OZ. | | $0.81 | | | | |
| 40720 | CEREAL BOWL WITH LID 24 OZ. | | $1.14 | 33750 | CHICK-O-STICK .70 OZ. G* | | $0.29 | | | | |
| 40730 | CLEAR THERMAL MUG 22 OZ. | | $2.70 | 33800 | JOLLY RANCHER ASSORTED 3.7 OZ. | | $1.16 | | | | |
| 40740 | CRAWFORD 1.6QT BOWL | | $3.14 | 33860 | SUGAR FREE WILD FRUITS 1.75 OZ. BAG | | $0.88 | | | | |
| 40780 | SINGLE HANDKERCHIEF | | $1.03 | 33890 | 3 MUSKETEERS BAR, 1.92 OZ. G* | | $1.24 | | | | |
| 44220 | DISPOSABLE EARPLUGS | | $2.02 | 33970 | M&M'S PLAIN, 1.69 OZ. G* | | $1.35 | | | | |
| 44461 | READING GLASSES 1.25 | | $6.26 | 34020 | SNICKERS BAR, 1.86 OZ G* | | $1.35 | | | | |
| 44462 | READING GLASSES 1.50 | | $6.26 | 34040 | TWIX BAR, 1.79 OZ * | | $1.35 | | | | |
| 44463 | READING GLASSES 1.75 | | $6.26 | | **STATIONERY** | | | | | | |
| 44464 | READING GLASSES 2.00 | | $6.26 | 39740 | #10 ENVELOPE (10PK) | 3 | $0.47 | | | | |
| 44465 | READING GLASSES 2.25 | | $6.26 | 39770 | 15" X 10" IMPORTANT DOCUMENT FILE | | $2.10 | | | | |
| 44466 | READING GLASSES 2.50 | | $6.26 | 39790 | MANILLA ENVELOPE | | $0.18 | | | | |
| | **PHONE** | | | 39840 | LEGAL PAD | | $1.38 | | | | |
| 00001 | PHONE TIME | | $1.00 | 39890 | #2 PENCIL WITH ERASER | | $0.18 | | | | |
| | **POSTAGE** | | | 39910 | BEVELED PINK ERASER | | $0.52 | | | | |
| 00008 | STAMPS, FOREVER | | $0.47 | 39920 | COLORED PENCIL SET 24 COUNT | | $2.60 | | | | |
| | **RECREATION** | | | 39970 | SMALL ADDRESS BOOK | | $1.11 | | | | |
| 40470 | AVIATOR PLAYING CARD | | $2.51 | 40000 | WEBSTER'S II POCKET DICTIONARY | | $4.62 | | | | |
| 40520 | DOUBLE SIX DOMINOES | | $4.43 | 40010 | WEBSTER'S SPAN/ENGL DICTIONARY | | $2.70 | | | | |
| | **SNACKS** | | | 40050 | BLACK ROUND STIC | | $0.25 | | | | |
| 32100 | CHEETOS FLAMIN' HOT CRUNCHY | | $2.93 | | | | | | | | |
| 32130 | DORITOS NACHO CHEESE, 8 OZ | | $2.89 | | | | | | | | |
| 32160 | RUFFLES CHEDDAR & SOUR CREAM | | $2.86 | | | | | | | | |
| 32250 | GOLDEN VALLEY SALTINE CRACKERS H* | | $2.68 | | | | | | | | |
| 32370 | CACTUS HOT&SPICY CORN CHIP | | $2.79 | | | | | | | | |
| 32385 | Hot and Spicy Pork Rinds 2oz | | $1.54 | | | | | | | | |
| 32570 | MOON LODGE JALAPENO CHIPS | | $1.97 | | | | | | | | |
| 32740 | KING NUT SNACK MIX CAJUN 3.5 OZ | | $1.27 | | | | | | | | |
| 32900 | ML HOT! HOT! HOT! PEANUTS 1.75OZ G* | | $0.72 | | | | | | | | |
| 32910 | ML ROAST/SALTED PEANUTS 1.75 OZ G* | | $0.72 | | | | | | | | |

CCOG00095536

**EXHIBIT 8**
**Page 0127**

**EXHIBIT 9**

**EXHIBIT 9**

1    STRUCK LOVE BOJANOWSKI & ACEDO, PLC
     Daniel P. Struck, AZ Bar #012377
2    *(admitted pro hac vice)*
     Rachel Love, AZ Bar #019881
3    *(admitted pro hac vice)*
     Nicholas D. Acedo, AZ Bar #021644
4    *(admitted pro hac vice)*
     Ashlee B. Hesman, AZ Bar #028874
5    *(admitted pro hac vice)*
     Jacob B. Lee, AZ Bar #030371
6    *(admitted pro hac vice)*
     3100 West Ray Road, Suite 300
7    Chandler, Arizona 85226
     Tel.: (480) 420-1600
8    Fax: (480) 420-1695
     dstruck@strucklove.com
9    rlove@strucklove.com
     nacedo@strucklove.com
10   ahesman@strucklove.com
     jlee@strucklove.com
11
     LAW OFFICE OF ETHAN H. NELSON
12   Ethan H. Nelson, CA Bar #262448
     4 Park Plaza, Suite 1025
13   Irvine, California 92614
     Tel.: (949) 229-0961
14   Fax: (949) 861-7122
     ethannelsonesq@gmail.com
15
     Attorneys for Defendant/Counter-Claimant
16   CoreCivic, Inc.

17              UNITED STATES DISTRICT COURT

18             SOUTHERN DISTRICT OF CALIFORNIA

19   Sylvester Owino and Jonathan Gomez,        NO. 3:17-cv-01112-JLS-NLS
     on behalf of themselves, and all others
20   similarly situated,                        **DECLARATION OF A. MEYERS
                                                IN SUPPORT OF DEFENDANT'S**
21                    Plaintiffs,               **MEMORANDUM IN OPPOSITION
                                                TO PLAINTIFFS' MOTION FOR**
22   v.                                         **CLASS CERTIFICATION**

23   CoreCivic, Inc., a Maryland
     corporation,
24
                      Defendant.
25

26

27

28

Declaration of A. Meyers                              17cv01112-JLS-NLS

**EXHIBIT 9**
**Page 0128**

CoreCivic, Inc., a Maryland
corporation,

                    Counter-Claimant,

v.

Sylvester Owino and Jonathan Gomez,
on behalf of themselves, and all others
similarly situated,

                    Counter-Defendants.

I, A. Meyers, make the following Declaration:

1.    I am over the age of 18 years and competent to testify to the matters set forth in this Declaration. I make this declaration in support of CoreCivic's Memorandum in Opposition to Plaintiffs' Motion for Class Certification based on my own personal knowledge and my review of the relevant documents as maintained by CoreCivic in the usual course of business.

2.    I have been in corrections for over 27 years. I have been employed by CoreCivic since 2007, when I started as the Assistant Warden at CoreCivic's Lindsey State Jail, located in Jacksboro, Texas. In 2013, I became Assistant Facility Administrator of CoreCivic's T. Don Hutto Residential Center ("TDHRC"), located in Taylor, Texas. Prior to starting at CoreCivic, I worked at the Texas Department of Criminal Justice from 1992 to 2007, at several different locations.

3.    An Assistant Facility Administrator is a title specific to TDHRC due to the facility's status as a residential center. The title is equivalent to Assistant Warden.

4.    I am currently the Assistant Facility Administrator of TDHRC, a position I have held since 2013. As Assistant Facility Administrator, I ensure that the facility follows appropriate policies and procedures, including the facility's safety and sanitation procedures. I also act in the capacity of the Facility Administrator if she is absent.

5.    A Facility Administrator is a title specific to TDHRC due to the facility's status as a residential center. The title is equivalent to Warden.

Declaration of A. Meyers                    2                    17cv01112-JLS-NLS

**EXHIBIT 9**
**Page 0129**

1    6.    I am familiar with the procedures outlined in TDHRC's Policy 12-100,

2  Daily Housekeeping Plan. This policy, like all policies intended to ensure compliance

3  with ICE's Family Residential Standards ("FRS") at TDHRC, was approved by ICE

4  as required by the contract with ICE to house immigration residents at TDHRC.

5    7.    At TDHRC "immigration detainees" are referred to as "residents" due

6  to the facility's status as a residential center.

7    8.    TDHRC uses cell block-style housing units. Each cell has its own toilet

8  and sink. A resident's cell is their assigned living area.

9    9.    Policy 12-100 requests that all residents maintain the common living

10  area in a clean and sanitary manner. The common living area is defined as "Any area

11  in the housing unit other than the assigned room that is used by all residents assigned

12  to that unit." This includes the dayroom and showers.

13    10.    Only residents who are participating in the VWP are assigned to clean

14  the common areas in the housing units. Such residents are paid $1 per day for their

15  participation. Residents not part of the VWP are not assigned jobs in the common

16  areas.

17    11.    This policy requests that residents clean up after themselves in the

18  common living areas. For example, if a resident spills a drink on the floor, or if

19  something they are cooking in the microwave bubbles over, they are expected to

20  clean up their mess, rather than leaving it for the assigned porter to clean up later.

21    12.    This policy does not request that residents clean up after other residents

22  in the common living areas. The only residents who clean up messes other than those

23  they made themselves are those who volunteer to participate in the VWP and are

24  assigned as unit porters. Such residents are paid $1 per day for their participation. No

25  other residents are assigned jobs in the common living area.

26    13.    Policy 12-100 states that "Trash will not be thrown anywhere except in

27  the trash containers provided in each unit." This statement refers to each resident's

28  responsibility to clean up after themselves. Residents are requested to throw their

Declaration of A. Meyers                3                17cv01112-JLS-NLS

**EXHIBIT 9**
**Page 0130**

trash in the designated trash containers, not on the floor or anywhere else in the common area. Residents are also requested to keep their assigned living area free of trash. Because resident cells do not include trash bins, they must dispose of their personal trash in the dayroom trash container.

14.    The only residents who are requested to pick up trash that is not their own are those who volunteer to participate in the VWP and are assigned as unit porters. Similarly, the only residents who are requested to empty the trash containers in the unit are those who volunteer to participate in the VWP and are assigned as unit porters.

15.    Policy 12-100 states that "Towels, blankets, clothing or any personal belongings will not be left in the common area." This statement also refers to each resident's responsibility to clean up after themselves. Residents are requested to keep their own personal belongings in their assigned living areas, and to pick up their own personal belongings from the common living areas. Staff members in the housing units communicate to residents that their personal belongings must be placed in their cells when not in use.

16.    The only residents who are requested to pick up personal belongings that are not their own are those who volunteer to participate in the VWP and are assigned as unit porters.

17.    Policy 12-100 states in relation to the common area that "The walls will be kept free of writing." This statement prohibits residents from writing on the walls. If a resident writes on a wall, and a staff member sees them doing so, the resident is expected to clean off their writing. The same applies to their assigned living areas.

18.    The only residents who are requested to clean someone else's writing off the walls are those who volunteer to participate in the VWP and are assigned as unit porters.

19.    Policy 12-100 states that "Residents will be assigned to each area on a regular basis to perform the daily cleaning routine of the common area." This

**EXHIBIT 9**
**Page 0131**

1  statement refers to residents who volunteer to participate in the VWP and are
2  assigned as unit porters. Residents who choose not to participate in the VWP do not
3  assist in the daily cleaning of the common areas.

4      20.    The daily cleaning routine performed by VWP unit porters includes
5  removing trash; sweeping and wet mopping the floors (at least once daily and as
6  needed during the day); cleaning and scrubbing the toilets, sinks, and showers;
7  wiping off furniture; and other tasks assigned by unit staff to maintain clean and
8  sanitary conditions in the unit.

9      21.    Residents who choose not to participate in the VWP are not requested
10  to complete these tasks.

11      22.    Each housing unit at TDHRC has four porters assigned to small units,
12  and seven porters assigned to large units. The unit porters perform the daily cleaning
13  routine once per day at 8:00 a.m. Each porter typically spends no more than 45
14  minutes to one hour total performing these tasks each day.

15      23.    Policy 12-100 states that "All residents are responsible for maintaining
16  their assigned living area in a clean and sanitary manner on a daily basis." Again, the
17  assigned living area at TDHRC is the resident's cell.

18      24.    Residents are not expected to clean beyond their assigned living areas.
19  Within their assigned living area, however, residents are expected to keep trash and
20  combustible materials such as boxes, newspapers, magazines, and other papers from
21  accumulating; keep their personal belongings in a neat and orderly manner; keep their
22  windows clean and free of any material; sweep the floors; and make their beds.

23      25.    Unit staff provides residents the equipment and supplies necessary to
24  complete these tasks each day. Residents are requested to clean their assigned living
25  area each day at 8:00 a.m.  Cleaning equipment and chemicals are kept in a locked
26  cart. The housing unit officer will go around the unit and spray chemicals as needed.
27  If a resident needs to clean their cell at a time other than the regularly scheduled
28

Declaration of A. Meyers                    5                    17cv01112-JLS-NLS

**EXHIBIT 9**
**Page 0132**

1   cleaning time, they can ask unit staff for equipment and supplies, and staff will
2   provide them.

3       26.     Residents do not eat their meals in the common area. TDHRC has a
4   dining hall where residents eat their meals. Residents are expected to return their own
5   tray to the tray rack when they are done eating in the dining hall.

6       27.     Residents do not face any discipline for their refusal to clean their
7   assigned living area. A resident who refuses to clean their assigned living area is
8   given a verbal counseling by a member of the Unit Management staff.

9       28.     Residents in the VWP do not face any discipline for refusing to complete
10  their assigned tasks.  A resident in the VWP who refuses to complete their assigned
11  task is simply removed from the program. Facility supervisors are trained and
12  instructed that participation in the VWP is strictly voluntary.

13      I declare under penalty of perjury that the foregoing is true and correct to the
14  best of my knowledge.

15      EXECUTED this *10* day of July, 2019 at Taylor, Texas.

16
17
18  A. Meyers
19
20  3598053.1
21
22
23
24
25
26
27
28

Declaration of A. Meyers                     6                     17cv01112-JLS-NLS

**EXHIBIT 9**
**Page 0133**

**EXHIBIT 10**

**EXHIBIT 10**

1   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
    Daniel P. Struck, AZ Bar #012377
2   *(admitted pro hac vice)*
    Rachel Love, AZ Bar #019881
3   *(admitted pro hac vice)*
    Nicholas D. Acedo, AZ Bar #021644
4   *(admitted pro hac vice)*
    Ashlee B. Hesman, AZ Bar #028874
5   *(admitted pro hac vice)*
    Jacob B. Lee, AZ Bar #030371
6   *(admitted pro hac vice)*
    3100 West Ray Road, Suite 300
7   Chandler, Arizona  85226
    Tel.:  (480) 420-1600
8   Fax:  (480) 420-1695
    dstruck@strucklove.com
9   rlove@strucklove.com
    nacedo@strucklove.com
10  ahesman@strucklove.com
    jlee@strucklove.com
11
    LAW OFFICE OF ETHAN H. NELSON
12  Ethan H. Nelson, CA Bar #262448
    4 Park Plaza, Suite 1025
13  Irvine, California 92614
    Tel.: (949) 229-0961
14  Fax: (949) 861-7122
    ethannelsonesq@gmail.com
15
    Attorneys for Defendant/Counter-Claimant
16  CoreCivic, Inc.

17              **UNITED STATES DISTRICT COURT**

18           **SOUTHERN DISTRICT OF CALIFORNIA**

19  Sylvester Owino and Jonathan Gomez,          NO. 3:17-cv-01112-JLS-NLS
    on behalf of themselves, and all others
20  similarly situated,                          **DECLARATION OF D. MINEHART
                                                 IN SUPPORT OF DEFENDANT'S**
21                  Plaintiffs,                  **MEMORANDUM IN OPPOSITION
                                                 TO PLAINTIFFS' MOTION FOR**
22  v.                                           **CLASS CERTIFICATION**

23  CoreCivic, Inc., a Maryland
    corporation,
24
                    Defendant.
25

26

27

28

    Declaration of D. Minehart                              17cv01112-JLS-NLS

                              **EXHIBIT 10**
                              **Page 0134**

CoreCivic, Inc., a Maryland
corporation,

          Counter-Claimant,

v.

Sylvester Owino and Jonathan Gomez,
on behalf of themselves, and all others
similarly situated,

          Counter-Defendants.

I, D. Minehart, make the following Declaration:

1.  I am over the age of 18 years and competent to testify to the matters set forth in this Declaration. I make this Declaration in support of CoreCivic's Memorandum in Opposition to Plaintiffs' Motion for Class Certification based on my own personal knowledge and my review of the relevant documents as maintained by CoreCivic in the usual course of business.

2.  I have been in corrections for nearly fourteen years. I have been employed by CoreCivic since July 2005, when I started as a Correctional Officer at CoreCivic's Northeast Ohio Correctional Center ("NEOCC"), located in Youngstown, Ohio.

3.  I am currently a Unit Manager at NEOCC. I have held this position since December 2016. As a Unit Manager, I directly supervise staff assigned to the unit, prepare detainee work assignments, evaluate staff performance by facility and corporate policy, and establish and maintain effective working relations with others.

4.  I am familiar with the procedures outlined in Policy 12-100, Daily Housekeeping Plan. This policy, like all policies intended to ensure compliance with ICE's Performance-Based National Detention Standards ("PBNDS") at NEOCC, was approved by ICE as required by the contract with ICE to house immigration detainees at NEOCC.

5.  Policy 12-100 requires all detainees to maintain the common living area in a clean and sanitary manner. The common living area is defined as any area

Declaration of D. Minehart         2         17cv01112-JLS-NLS

**EXHIBIT 10**
**Page 0135**

in the housing unit outside the detainee's assigned living area that is used by all detainees in that unit.

6.      This policy only requires detainees to clean up after themselves in the common living areas. For example, if a detainee spills a drink on the floor, or if something they are cooking in the microwave bubbles over, they are expected to clean up the mess, rather than leaving it for the assigned porters to clean up later.

7.      This policy does not, however, require detainees to clean up after other detainees in the common living areas. The only detainees who clean up messes other than those they made themselves are those detainees who volunteer to participate in the Voluntary Work Program ("VWP") and are assigned as unit porters or shower porters. VWP unit and shower porters are paid $1 per day or more for their participation. No other detainees are assigned jobs or required to work or clean up in the common living areas.

8.      Policy 12-100 states that "Trash will not be thrown anywhere except in the trash containers provided in each unit." This statement refers to each detainee's responsibility to clean up after themselves. Detainees are required to throw their trash in the designated trash containers, not on the floor or anywhere else in the common living areas. Detainees are also required to keep their assigned living areas free of trash.

9.      The only detainees who are required to pick up trash that is not their own are those who volunteer to participate in the VWP and are assigned as unit porters. Similarly, the only detainees who are required to empty the trash containers in the unit are those who volunteer to participate in the VWP and are assigned as unit porters.

10.     Policy 12-100 states that "Towels, blankets, clothing or any personal belongings will not be left in the common area." This statement also refers to each detainee's responsibility to clean up after themselves. Detainees are required to

Declaration of D. Minehart                    3                    17cv01112-JLS-NLS

**EXHIBIT 10**
**Page 0136**

keep their personal belongings in an orderly manner in their assigned living areas, and to pick up their personal belongings from the common living areas.

11.    The only detainees who are required to pick up personal belongings that are not their own are those who volunteer to participate in the VWP and are assigned as unit porters.

12.    Policy 12-100 states that "The walls in the common areas will be kept free of writing." This statement prohibits detainees from writing on the walls. If a detainee writes on a wall, they are expected to clean off the writing. The same is true for their assigned living areas.

13.    The only detainees who are required to clean someone else's writing off the walls are those who volunteer to participate in the VWP and are assigned as unit porters. Unit porters are sometimes provided a monetary bonus for cleaning writing off of the walls.

14.    Policy 12-100 states that "Inmate/resident workers will be assigned to each area on a regular basis to perform the daily cleaning routine of the common area." This statement refers to detainees who volunteer to participate in the VWP and are assigned as unit porters or shower porters. Detainees who choose not to participate in the VWP are not expected to assist in the daily cleaning of the common area.

15.    The daily cleaning routine performed by VWP porters, as stated in Policy 12-100, includes removing trash; sweeping and wet mopping the floors (at least once daily and as needed during the day); wiping off furniture; cleaning the showers; cleaning the microwaves; and other tasks as assigned by unit staff to maintain clean and sanitary conditions in the unit.

16.    These tasks are performed only by detainees who volunteer to participate in the VWP and are assigned as unit porters or shower porters. Detainees who choose not to participate in the VWP are not required to complete these tasks.

**EXHIBIT 10**
**Page 0137**

17.   Each housing unit at NEOCC has four to six unit and shower porters assigned to it. Each porter typically spends no more than two to three hours total on the daily cleaning routine in the morning, and on spot-cleans and after meal times performed each day.

18.   Policy 12-100 states that "All inmates/residents are responsible for maintaining their assigned living area in a clean and sanitary manner." NEOCC's housing units are cell-based. Each detainee's assigned living area consists of their cell, including the sink and toilet.

19.   Detainees are not required to clean beyond their assigned living areas. Within their assigned living areas, however, detainees are expected to keep trash and combustible materials such as boxes, newspapers, magazines, and other papers from accumulating; keep their personal belongings in a neat and orderly manner; keep their window sills clean and free of any material; keep the walls free of writing; sweep their floors daily; make their beds; and perform other tasks as assigned by unit staff to maintain clean and sanitary conditions in the cells.

20.   Brooms, mops, and other non-chemical cleaning supplies are kept in the common area and are available for detainees to use at any time. Detainees may check out chemical cleaning items from unit staff upon request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this ⎯⎯ day of July, 2019 at Youngstown, Ohio.

D. Minehart

3597441.1

Declaration of D. Minehart                   5                   17cv01112-JLS-NLS

**EXHIBIT 10**
**Page 0138**