**EXHIBIT 20**

**EXHIBIT 20**

**CHAPTER 18:** CLASSIFICATION

**SUBJECT:** CLASSIFICATION HOUSING, WORK AND PROGRAM PLAN (ICE DETAINEES ONLY)

**FACILITY SUPERSEDES:** SEPTEMBER 1, 2015

**FACILITY EFFECTIVE DATE:** JUNE 30, 2017

**APPROVED:** SIGNATURE ON FILE
F. E. FIGUEROA
WARDEN

---

## 18-100.1 POLICY:

All CoreCivic facilities will utilize an approved formal classification system to effectively manage detainees and meet the company's goal to reduce the risk of incidents throughout the company. The classification plan and custody assessments will be administered according to the current U.S. Department of Immigration and Customs Enforcement (ICE) Performance-Based National Detention Standards (PBNDS), Standard 2.2 Custody Classification System. The classification system uses verifiable and documented data about detainees ***(4-ALDF-2A-30)***.

The objectives of the classification system are to reduce the risk of incidents by separating detainees into groups that reduce the probability of assault and disruptive behavior; enable employees to match the level of detainee supervision and oversight with risk in all areas of housing, work, programs, recreation and other activities; and provide a process to conduct systematic reviews to ensure detainees are appropriately assigned in a manner that enhances safety and security. This policy identifies required components of the Classification Plan and establishes the methods for determining appropriate detainee custody levels, housing, work, and program assignments, with the consideration of the detainee custody classification levels. ***(4-4295/4-ALDF-2A-30).*** *All facilities shall ensure that detainees are housed according to their classification levels. Participation in work assignments and available activities shall be determined to be consistent with safety and security considerations. Under no circumstances shall issues of facility management, or other factors external to the detainee classification system, influence a detainee's classification level.*

The facility shall provide communication assistance to detainees with disabilities and detainees who are limited in their English proficiency (LEP). The facility will provide detainees with disabilities with effective communication, which may include the provision of auxiliary aids, such as readers, materials in Braille, audio recordings, telephone handset amplifiers, telephones compatible with hearing aids, telecommunications devices for deaf persons (TTYs), interpreters, and note-takers, as needed. The facility will also provide detainees who are LEP with language assistance, including bilingual staff or professional interpretation and translation services, to provide them with meaningful access to its programs and activities.

## 18-100.2 AUTHORITY:

CoreCivic Company Policy

## 18-100.3 DEFINITIONS:

Direct Supervision – Constant sight and sound supervision by a designated employee.

Facility Support Center (FSC) – C CA's corporate headquarters where employees provide support and oversight in the management and operation of the company's correction and detention facilities.

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic Otay Mesa Detention Center

Initial Classification – The first custody classification assessment at admission that determines a detainee's custody level based upon consideration of factors such as criminal history and social stability factors ***(4-ALDF-2A-30)***.

Detainee – Any adult or juvenile, male or female, housed in a CoreCivic facility. Detainees may also be referred to as detainees, residents, prisoners, or offenders depending on classification and in accordance with facility management contracts.

Intermittent Supervision – Observation by a designated employee(s) on a thirty (30) minute basis.

Juvenile – Any detainee who is under eighteen (18) years of age or still under the jurisdiction of any juvenile court.

Protective Custody – A form of separation for detainees requesting or requiring protection from other detainees for reasons of health or safety.

Security Threat Group (STG) Member – Any individual who, through association, ideology, self-identification, identifying symbols(s), or activities and/or conduct (both inside and outside custodial environments), is known to pose a threat to the safety of the community, the security of staff, facilities, and/or those in ICE custody.

Special Needs Detainee – A detainee whose mental and/or physical condition requires different accommodations or arrangements than a detainee who does not have special needs would receive. Special needs detainees include, but are not limited to, those detainees who are chronically ill or infirm, those with disabilities, and those who are addicted to or in withdrawal from drug or alcohol.

Special Vulnerabilities – Detainees with special vulnerabilities include those who are elderly, pregnant, or nursing; those with serious physical or mental illness, or other disability; those who would be susceptible to harm in general population due in part to their sexual orientation or gender identity; and those who have been victims of sexual assault, torture, trafficking, or abuse

**18-100.4 PROCEDURES:**

A. CLASSIFICATION PLAN

The facility will develop a Classification Plan as outlined in the 18-100AA Classification Plan Guidelines and in conjunction with 18-100EE ICE PBNDS 2.2 Custody Classification System. The Classification Plan will specify the objectives of the classification system and methods for achieving them, and provide a monitoring and evaluation mechanism to determine whether the objectives are being met. ***(4-4295)***

1. At a minimum, each Classification Plan will include the following components:
   a. System monitoring and evaluation;
   b. Level of custody accepted at the facility;
   c. Review of pre-arrival assessment information;
   d. Assignment of staff to ensure supervision and personal contact;
   e. The classification process; and
   f. Review, re-assessment and reclassification.
2. The ICE custody classification score, generated by an ICE Field Office when one is provided, shall be used by the receiving facility. If not provided, the initial 18-100B ICE Custody Classification Worksheet shall be utilized to document and score information about each detainee in order to produce a total custody classification score.
3. Special consideration shall be given to any factor that would raise the risk of vulnerability, victimization or assault. Detainees who may be at risk of victimization or assault include, but are not limited to, persons with disabilities, persons who are transgender, elderly, pregnant, suffering from a serious medical or mental illness,

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic Otay Mesa Detention Center

and victims of torture, trafficking, abuse, or other crimes of violence. This process should incorporate the requirements in CoreCivic Policy 14-2-DHS Sexual Abuse Prevention and Response regarding assessment of risk for victimization or perpetration of sexual abuse or assault.

4. The facility shall use any information about identified disabilities in making classification and housing decisions. Detainees with disabilities shall be housed in the least restrictive and most integrated setting possible consistent with facility safety and security, and provided an equal opportunity to participate in or benefit from the facility's programs and activities.

5. When making classification and housing decisions for a transgender or intersex detainee, staff shall consider the detainee's gender self-identification and an assessment of the effects of placement on the detainee's health and safety. A medical or mental health professional shall be consulted as soon as practicable on this assessment.

   a. Placement decisions of transgender or intersex detainees should not be based solely on the identity documents or physical anatomy of the detainee.

      i. A detainee's self-identification of his/her gender and self-assessment of safety needs shall always be taken into consideration as well.

   b. The placement shall be consistent with the safety and security considerations of the facility.

   c. Placement and programming assignments for each transgender or intersex detainee shall be reassessed at least twice each year to review any threats to safety experienced by the detainee.

6. The Classification Plan will be approved by the Facility Administrator, and a copy submitted to the FSC Director, Unit Management/Classification/Detainee Work Programs, for review/approval.

B. HOUSING PLAN

The facility will develop a Housing Plan to assign detainees to appropriate housing based on their custody classification level, taking into consideration all safety and security needs as outlined in the 18-100BB Housing Plan Guidelines and as indicated on the 18-100B ICE Custody Classification Worksheet. The Housing Plan will be approved by the Facility Administrator, and a copy submitted to the FSC Coordinator, Unit Management/Classification/Detainee Work Programs, for review/approval.

1. At a minimum, each Housing Plan will include the following components:

   a. Identification of the unit;
   b. Number of beds;
   c. Gender of detainees;
   d. Adult or juvenile;
   e. Contracting agency;
   f. Classification level of detainees housed; and
   g. Unit population profile.

C. HOUSING CONSIDERATIONS

1. Detainees of multiple jurisdictions will be separated by jurisdiction, when required by the contract, or as determined by the Facility Administrator.

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic Otay Mesa Detention Center

2. Male and female detainees assigned to the same facility will be housed in separate housing areas.

3. The facility classification system shall assign detainees to the least restrictive housing unit consistent with facility safety and security. Grouping detainees with comparable histories together, and isolating those at each classification level from all others, reduces non-criminal and non-violent detainees' exposure to physical and psychological danger. The system identifies and isolates the detainees whose histories indicated the characteristics of the "hardened criminal" and who are most likely to intimidate, threaten or prey on the vulnerable. The highest custody detainees, those that pose an immediate and serious threat of violence to staff, other detainees, or themselves shall be housed in the most physically-secure cells in an area that provides the maximum level of staff supervision.

4. For the purposes of housing Medium custody ICE detainees with Low or High-level custody detainees, the following ICE guidelines shall apply:

   a. **Low** custody detainees may not be co-mingled with high custody detainees. Low custody detainees:

      i. May not include any detainee with an arrest or conviction that included an act of physical violence, or any detainee with a history of assaultive behavior.

      ii. May not include any detainee with a felony conviction for an offense that is listed under the "High" or "Highest" section of the severity of offense guideline (refer to ICE appendix 2.2.C Severity of Offense Scale).

      iii. May include detainees with minor criminal histories and non-violent felony charges and convictions.

   b. **Medium** custody detainees may not ordinarily be co-mingled with high or Low custody detainees. Medium custody detainees:

      i. May not include a detainee whose most recent conviction was for any offense listed under the "highest" section of the severity of offense guideline (refer to ICE appendix 2.2.C).

      ii. May not include any detainee with a history or pattern of violent assaults.

      iii. May not include a detainee convicted for assault on a Correctional Officer while in custody or where a previous institutional record suggests a pattern of assaults while in custody.

   c. **High** custody detainees may be reclassified to Medium only based on institutional behavior, provided items under 4.b. above do not apply. A detainee must be in custody for a minimum of sixty (60) days before reclassification.

      i. High custody detainees may not be co-mingled with Low custody High custody detainees:

         - Shall not be assigned work duties outside their assigned living areas;
         - Are considered high-risk;
         - Require Medium-to Maximum security housing; and
         - Are always monitored and escorted.

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic Otay Mesa Detention Center

5. Ordinarily, detainees in different custody classification levels are housed separately. When it becomes necessary to house detainees of different classification levels in the same housing unit, the following guidelines shall apply:

   a. High custody detainees **may not** be housed with Low custody detainees.

   b. Low custody detainees and Medium-Low custody detainees may be housed together, and Medium-High custody detainees and high custody detainees may be housed together;

   c. Medium-Low custody detainees are those with no history of violent or assaultive charges or convictions, no institutional misconduct, and no gang affiliation.

   d. Medium-high and high custody detainees are those with a history of violent or assaultive charges, convictions, institutional misconduct, or those with a gang affiliation

   e. **Under no circumstance** may a Medium custody detainee with a history of assaultive or combative behavior be placed in a Low custody housing unit.

6. When separation concerns (e.g. incompatibles, STGs, etc.) are identified, the detainee's file will be reviewed for confirmation and steps taken to ensure separation within the facility (***4-ALDF-2A-30)***.

7. Detainees of all custody levels may be housed in health services and segregation; however, restrictions/handling instructions between the different classification levels will be clearly defined and provided to the staff managing those detainees.

8. Single-occupancy cells/rooms shall be available, when indicated, for detainees falling within the following categories:

   a. Severe medical disabilities;

   b. Suffering from serious mental illness;

   c. Sexual predators;

   d. Likely to be exploited or victimized by others;

   e. Other special needs for single occupancy housing; and

   f. Maximum or High custody to ensure safety and security.

9. Juvenile and/or Youthful Offenders

   a. In jails and local detention facilities, confinement of juveniles under the age of eighteen (18) is prohibited unless otherwise required by the contracting agency ***(4-ALDF-2A-37)***.

   b. Adjudicated delinquent detainees and youths charged with offenses that would not be crimes if committed by adults will not reside in an adult correctional facility ***(4-4306)***.

   c. ***(4-4307/4-ALDF-2A-38)*** If youthful offenders are housed in the facility, they shall be housed in a specialized unit for youthful offenders except when:

      i. A violent, predatory youthful offender poses an undue risk of harm to others within the specialized unit;

      ii. A qualified medical or mental health specialist documents that the youthful offender would benefit from placement outside the unit; and/or

      iii. The total number of youthful offenders within the population does not allow for designating an entire living area as a specialized unit.

d. A written statement shall be prepared of the specific reasons for housing a youthful offender outside the specialized unit and a case management plan specifying what behaviors need to be modified and how the youthful offender may return to the unit. The statement of reasons and case management plan must be approved by the Facility Administrator or designee, and the youthful offender, to determine whether a youthful offender should be returned to the specialized unit.

e. Youthful offenders housed in the specialized unit shall be provided direct supervision to ensure safety and security ***(4-4308/4-ALDF-2A-39)***.

f. Classification plans for youthful offenders shall determine the level of risk and program needs developmentally appropriate for adolescents. Plans shall include consideration of physical, mental, social, and educational maturity of the youthful offender ***(4-4309/4-ALDF-2A-40)***.

g. Adequate program space shall be provided to meet the physical, social, and emotional needs of the youthful offender that allows for their personal interactions and group-oriented activities ***(4-4310/4-ALDF-2A-41)***.

h. Youthful offenders housed in the specialized unit have no more than incidental sight or sound contact with adult offenders from outside the unit in living, program, dining or other common areas of the facility. Any other sight or sound contact is minimized, brief, and in conformance with applicable legal requirements ***(4-4311/4-ALDF-2A-42)***.

i. ***(4-4312/4-ALDF-2A-43)*** Program personnel who work with youthful offenders from the specialized unit shall be trained in the developmental, safety, and other specific needs of youthful offenders. Written job descriptions and qualifications will require training for staff specifically assigned to the unit or staff that is responsible for programming of youthful offenders in the specialized unit before being assigned to work with youthful offenders. The training should include but not be limited to the following areas:

i. Adolescent development;
ii. Educational programming;
iii. Cultural awareness;
iv. Crisis prevention and intervention;
v. Legal issues;
vi. Housing and physical plant;
vii. Policies and procedures;
viii. The management of, and programming for, sex offenders;
ix. Substance abuse services;
x. Cognitive behavioral interventions, including anger management, social skills training, problem solving, and resisting peer pressure;
xi. Suicide prevention;
xii. Nutrition;
xiii. Mental health issues;
xiv. Gender-specific issues; and
xv. Case management planning and implementation.

D. WORK/PROGRAM PLAN

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic Otay Mesa Detention Center

The facility will develop a voluntary Work/Program Plan as outlined in the 18-100CC Work/Program Plan Guidelines and Appendix 18-100EE ICE PBNDS 2.2 Custody Classification System.

1. At a minimum, each Work/Program Plan will include the following components:
   a. Facility expectations;
   b. Listing of approved work/program assignments;
   c. Position descriptions and enrollment procedures;
   d. Approval of work/program assignments; and
   e. Reporting procedures.
2. The Work/Program Plan will include the development of a list of all approved work assignments, which will identify the following:
   a. Level of risk;
   b. Classification level: and
   c. Supervision requirements for each assignment.
3. Work and program assignments will be classified by category based upon classification levels and supervision requirements as noted below in section E.1.
4. Assignments must balance the supervision requirements with classification levels.

E. WORK/PROGRAM MANAGEMENT

Good decisions must be made in the assignment of work and programs to ensure that excessive risk is not being placed upon the facility (e.g. High custody detainees should not be assigned to work with Class "A" tools or work in assignments within close proximity of exterior sally port(s) or the facility's secure perimeter.).

1. Work/Program Pre-Assignment Considerations
   a. Security Factors
      i. Detainees will be considered for voluntary work/program assignments based upon a thorough assessment of the following security factors:
         - Criminal history;
         - Current offense (type and seriousness);
         - Detainers;
         - History of violence;
         - Attempted escape or escape;
         - STG designation;
         - Predatory sexual behavior;
         - Length of sentence; and
         - Institutional conduct.
      ii. The Facility Administrator will evaluate work/program assignments to determine which assignments pose a high risk to the safety and security of the facility.
      iii. High risk areas and supervision requirements will be included in the Approved Work/Program Assignments list.
      iv. Examples of high risk assignments may include, but are not limited to, the following areas:

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic Otay Mesa Detention Center

- Close proximity to exterior security or perimeter fences, exterior sally ports, or loading docks;
- Secured areas, such as the powerhouse, electrical or utility areas; and
- Those with access to materials, equipment or tools that may pose a risk to the facility if in possession of a detainee.

v. Consideration shall be given to assignments that provide access to office areas where records, files, and confidential information may be stored.

b. Work/Program Assignment Categories/Authorizations

The following guidelines shall be used to determine detainee work/program assignments based upon custody.

i. **Category 1 Assignment**

- Eligibility

  Only detainees with a classification level of Low can be placed in a Category 1 assignment.

- Provisions
  - ❖ May have access to high risk areas of the facility.
  - ❖ May work with Class "A" tools.
  - ❖ Detainees with crimes of violence as outlined below in E.2.a. will not be eligible.

- Authorization

  The Facility Administrator must approve all Category 1 assignments that have access to high risk areas. All other Category 1 assignments will be approved by the Unit Team, Jobs Coordinator or designee.

ii. **Category 2 Assignment**

- Eligibility

  Only detainees with a classification level of Low or Medium-Low can be placed in a Category 2 assignment.

- Provisions
  - ❖ May have access to high risk areas of the facility.
  - ❖ May work with Class "A" tools.
  - ❖ Detainees with crimes of violence as outlined below in E.2.a. will not be eligible.

- Authorization

  The Chief of Security or higher authority must approve all Category 2 assignments that have access to high risk areas. All other Category 2 assignments will be approved by the Unit Team, Jobs Coordinator, or designee.

iii. **Category 3 Assignment**

- Eligibility

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic Otay Mesa Detention Center

Detainees with a classification of Low, Medium-Low, Medium-High or High can be placed in a Category 3 assignment.

- Provisions
  - ❖ No access to high risk areas of the facility.
  - ❖ High or Medium-High custody detainees will not be allowed to use Class "A" tools unless determined by the Facility Administrator and approved by the Managing Director, Facility Operations, on a case-by-case basis. **Approval will be limited to instances of critical need.**
  - ❖ High or Medium-High custody detainees may not work outside of their assigned housing unit.
- Authorization

  The Unit Team, Jobs Coordinator, or designee will approve all Category 3 assignments.

c. Supervision Requirements

Supervision requirements (direct or intermittent) shall be determined for all work/program assignments based on the work/program category and location of assignment.

2. Work and Program Assignment Limitations and Exceptions

a. Limitations

i. Detainees having High or Medium-High custody classifications and/or who have been convicted of selected crimes of violence, as outlined below, are limited to Category 3 Work/Program assignments and may work only between the hours of 6:00 a.m. and 8:00 p.m.

- Murder;
- Rape and/or sexual offenses with violence;
- Kidnapping;
- Armed robbery within the last ten (10) years; and/or
- Escape or attempted escape, from a secure correctional facility or law enforcement custody, within the last ten (10) years.

ii. Detainees with an STG designation or ongoing institutional misconduct may be subject to the limited work hours outlined above. The Facility Administrator will determine, on a case-by-case basis, if a potential threat exists and if limitations may be warranted.

b. Exceptions

i. The Facility Administrator may approve limited exceptions to the criteria outlined above in section E.2., based on the following:

- Program needs (as required by court order and/or agency individual classification plan, where applicable); and/or
- Partner agency/judicial/parole board recommendation.

ii. Recommendations for exceptions shall be submitted to the Facility Administrator for consideration. A thorough review of the

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic Otay Mesa Detention Center

detainee's file must be conducted prior to granting an exception. Any exception approved by the Facility Administrator must be documented in writing and maintained in the detainee's institutional file.

F. PLAN REVIEW AND APPROVAL

1. The Facility Administrator or designee will review and approve each of the above-referenced plans (Classification, Housing, Work/Program) prior to implementation and as revisions are made (or at least annually).

2. The facility shall submit a copy of each approved plan (Classification, Housing, Work/Program), as well as any revisions, to the FSC Director, Unit Management/Classification/Detainee Work Programs, for review/approval.

G. REPORTING REQUIREMENTS

A Monthly Classification Report will be provided to the FSC Quality Assurance Department to monitor and evaluate significant fluctuations in custody classification levels ***(4-4295)***. Where available, the report shall be provided electronically via CoreCivic's Offender Management System (OMSe). Where OMSe is not available, or the facility does not input classification information into OMSe, the facility will complete the 18-100A Monthly Classification Report and email the completed form to fscseniormanagerqada@corecivic.com. Reports shall be compiled utilizing the instructions provided in the 18-100DD Monthly Classification Report Instructions. All reports shall be submitted by the fifth day of the month following the reporting period, whether submitted via OMSe or using the 18-100A form.

**18-100.5 REVIEW:**

The Facility Administrator, or designee, will review this policy on an annual basis.

**18-100.6 APPLICABILITY:**

All CoreCivic ICE Facilities

**18-100.7 APPENDICES:**

18-100AA Classification Plan Guidelines

18-100BB Housing Plan Guidelines

18-100CC Work/Program Plan Guidelines

18-100DD Monthly Classification Report Instructions

18-100EE ICE PBNDS 2.2 Custody Classification System

**18-100.8 ATTACHMENTS:**

18-100A Monthly Classification Report

18-100B ICE Attachments to PBNDS 2.2 Custody Classification System

- 2.2A ICE Custody Classification Worksheet
- 2.2B ICE Instructions for Completing the ICE Custody Classification Worksheet
- 2.2C ICE Severity of Offense Scale
- 2.2D Disciplinary Offenses Involving Violence or Behavior Representing a Threat to the Facility

**18-100.9 REFERENCES:**

ICE 2011 Performance-Based National Detention Standards (with 2013 Errata and 2016 Revisions)

- 2.2 Custody Classification System

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic Otay Mesa Detention Center

- 4.8 Disability Identification, Assessment, and Accommodation
- 7.2 Definitions

ACA Standards:

4-4295/4-ALDF-2A-30
4-4296
4-4297
4-4298
4-4299
4-4300
4-4301/4-ALDF-2A-31
4-4302
4-4303
4-4306/4-ALDF-2A-37
4-4307/4-ALDF-2A-38
4-4308/4-ALDF-2A-39
4-4309/4-ALDF-2A-40
4-4310/4-ALDF-2A-41
4-4311/4-ALDF-2A-42
4-4312/4-ALDF-2A-43
4-ALDF-2A-33
4-ALDF-2A-36

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic Otay Mesa Detention Center

CONFIDENTIAL



# CLASSIFICATION PLAN GUIDELINES

Each detainee shall be classified in accordance with an approved classification process and in conjunction with Appendix 18-100EE ICE PBNDS 2.2 Custody Classification System. The facility will develop a Classification Plan that, at a minimum, addresses the areas identified below.

## I. System Monitoring and Evaluation

Specify the objectives of the classification system and methods for achieving them, and provide a monitoring and evaluation mechanism to determine whether the objectives are being met. ***(4-4295)***

**The community, staff, contractors, volunteers and detainees shall be protected from harm through a formal classification process, for managing and separating detainees by threat risk and special vulnerabilities or special management concerns that is based on verifiable and documented data.**

**Each detainee shall be expeditiously classified upon admission to the facility and before being admitted into general population housing.**

**Detainees shall be protected from harm by assigning detainees housing with persons of similar backgrounds and criminal history.**

**Each detainee's custody classification, housing, and work assignment shall be reviewed at regular intervals, as well as when required by changes in the detainee's behavior or circumstances, and upon discovery of additional, relevant information.**

**Detainees shall be able to appeal their custody classification level and other assignments.**

**Detainees with special vulnerabilities will be identified and consideration will be given to providing appropriate accommodation.**

**Detainees shall be assigned to the least restrictive housing unit consistent with facility safety and security.**

**The applicable content and procedures in this plan shall be communicated to the detainee in a language and manner the detainee can understand.**

**The designated Classification Supervisor or Facility Administrator designee shall review the intake processing officer's classification files for accuracy and completeness and ensure that each detainee is assigned to the appropriate housing unit.**

## II. Level of Custody Accepted at the Facility

Identify the custody classification level of the detainees to be accepted into the facility ***(4-4296)***. Some facilities may house multiple custody levels and some may house specific custody levels. Provide a general statement and description to document the level of custody of the detainee population.

**Otay Mesa Detention Center accepts and houses detainees from the U.S. Department of Immigration and Customs Enforcement (ICE) who are designated as Low, Medium-Low, Medium-High or High.**

## III. Review of Pre-Arrival Assessment Information

Describe the admission/booking process. Identify the procedures used to review pre-arrival assessment information regarding the detainee's progress and adjustment ***(4-4298)*** and the factors considered to determine initial housing assignments. For example, custody classification, security, separation and/or special housing needs, medical/mental health concerns and security threat group (STG) indicators are factors commonly used in this process.

**Upon arrival at the Otay Mesa Detention Center, each detainee is interviewed, fingerprinted, photographed, identifying marks noted, personal information collected (emergency contact person, etc.), and processed by a staff member. During this interview, any security concerns or enemies are identified and STG questioning takes place. The detainee continues the admission process by being interviewed and evaluated by medical and mental health staff to identify any**



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

## CLASSIFICATION PLAN GUIDELINES

**medical or mental health concerns. Staff will review, process and enter information obtained from the I-216 and I-213 forms (provided by ICE), in regards to the detainee's background, personal history, etc. An initial classification will be completed at this time. All detainees received are designated as Low, Medium-Low, Medium-High or High, so housing is based on the totality of the process indicators and in conjunction with their assigned custody level.**

**IV. Assignment of Staff to Ensure Supervision and Personal Contact**

At initial classification, identify the staff, by position, that are responsible for the classification process and who will provide supervision and personal contact for the detainee (a function which may be performed by a member of the unit management team) ***(4-4299)***. This may include booking/intake staff; Unit Team members such as Correctional Counselors, Case Managers, Unit Managers, Classification Coordinators; and/or other staff designated to provide services to detainees.

**Based on information and custody rating from the assessment process, to include a STG questionnaire, detainees are assigned a bunk/housing unit where a Unit Team, consisting of Unit Manager, Case Manager, Correctional Counselor, and Unit Officer is specifically assigned to ensure orderly operations within the unit and meet specific needs of the detainee(s) housed therein. The assigned Intake Officer is responsible for conducting the initial classification and reviewed for accuracy by the Case Manager. All detainees view an orientation video in intake explaining services and receive further orientation once inside their assigned unit.**

**V. The Classification Process**

1. Detail the initial classification process, procedures to determine custody classification level, and any time requirements that apply. Describe how detainees are classified under 18-100EE ICE PBNDS 2.2 Custody Classification System and how this assessment determines the detainee's custody level. Include identification and evaluation of the following ***(4-4305/4-ALDF-2A-30)***:

   a. Mental and emotional stability;
   b. Escape history;
   c. History of assaultive behavior;
   d. Medical status;
   e. Age; and
   f. Need to keep separate.

   **'Classification' and 'Reclassification' are initial and periodic staff reviews, not only of a detainee's custody classification, but of that detainee's general case status, disciplinary record, housing, special needs, adjustment to institutional living, opportunities for voluntary work assignments, and general well-being.**

   - **Each detainee shall be expeditiously classified upon admission to the facility and before being admitted into general population housing.**
   - **Ordinarily, the initial classification process and initial housing assignment shall be completed within twelve (12) hours of admission to the facility. If the process takes longer, documentation shall be maintained to explain the cause of the delay and to indicate that the detainee shall be housed appropriately.**
   - **ICE/ERO staff shall provide facilities the data needed from each detainee's file to complete the classification process.**

   **Custody classification is a process of categorizing detainees as Low, Medium or High custody and housing them accordingly. The ICE Custody Classification Worksheet, attached as Appendix 2.2.A, is designed to systematically document and score information about each detainee in order to produce a total custody classification score that may be used, in conjunction with professional experience and judgment, to guide classification decisions.**



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

# CLASSIFICATION PLAN GUIDELINES

**The factors considered for custody classification closely align with the 'public safety factors' that are part of the broader ICE intake risk assessment and classification process that often begins even before a detainee's arrival at a detention facility.**

**While the protection of detainees, staff, contractors, volunteers and the community from harm is an important consideration in determining a detainee's custody classification, a decision about where and how to house a detainee is also based on the detainee's physical and mental health and other important factors relating to a detainee's special needs, which are referred to as 'special vulnerabilities' or 'management concerns.'**

**The process of completing an initial classification will consist of considering the following factors: See/reference 2.2 Custody Classification System, Appendices 2.2.A (Worksheet), 2.2.B (Instructions), 2.2.C (Severity of Offense Scale) and 2.2.D (Disciplinary Offenses Involving Violence or Behavior Representing a Threat to the Facility).**

- **Age;**
- **Special Vulnerabilities and Management Concerns, ;**
- **Severity of Charge/Conviction Associated with the ICE Encounter;**
- **Single Most Serious Conviction in the Individual's Criminal History;**
- **Supervision History;**
- **STG;**
- **History/Pattern of Violence; and**
- **Number of Sustained Institutional Disciplinary Infractions.**

2. Discuss how housing assignments are determined based upon the detainee's custody classification level. Where applicable, identify requirements for detainee separation according to existing laws and regulations and/or according to the contracting agency ***(4-ALDF-2A-33)***.

**Detainees shall be protected from harm by assigning detainees housing with persons of similar backgrounds and criminal history.**

**In the area on the score sheet designated 'Housing Assignment Custody Level', check the level of custody of the individual's housing assignment.**

**For purposes of housing Medium custody individuals with Low or High level custody individuals, use the following guidelines:**

- **Medium-Low may be housed with Low custody individuals;**
- **Medium-High may be housed with High-custody individuals; but**
- **Low custody individuals many never be housed with High-custody individuals or Medium custody individuals who have a history of assaultive or combative behavior.**

**ICE may periodically provide additional recommendations and guidance.**

3. Describe how to ensure that detainees participating in work or educational release programs are separated from detainees in the general population ***(4-ALDF-2A-36)***.

**Otay Mesa Detention Center does not separate detainee's based on work programs.**

**Opportunities for work assignments are voluntary—5.8 Voluntary Work Program.**

## VI. Review, Re-Assessment and Reclassification

1. Describe the ongoing process involved in review, re-classification and/or re-assessment of the detainee to monitor and report institutional progress.



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

# CLASSIFICATION PLAN GUIDELINES

**Each detainee's custody classification, housing, and work assignment shall be reviewed at regular intervals, as well as when required by changes in the detainee's behavior or circumstances, and upon discovery of additional, relevant information.**

**Reclassification: The first reclassification assessment should be completed sixty (60) to ninety (90) days after the initial classification. Subsequent reclassification assessments should be completed at ninety (90) to one-hundred-twenty (120) day intervals.**

2. Specify criteria and procedures for determining and changing a detainee's program status; include at least one level of appeal ***(4-4301/4-ALDF-2A-31)***.

   **Classification decisions should be provided to the detainee, along with information on the appeal process, in a language and manner understood by the detainee.**

   **Classification systems shall include procedures for detainees to appeal their classification levels by filing formal grievances. Information regarding the appeal procedures could be located in the detainee handbook.**

3. Specify the conditions under which a detainee can initiate a review of progress and program status ***(4-4303)***.

   **A detainee may request reclassification in writing by submitting a detainee request form. The Assigned Case Manager shall ordinarily respond in person or in writing as soon as possible and practicable, but no later than within seventy-two (72) hours of receipt. Any classification however requires prior supervisory approval on the custody classification form.**

4. Unless precluded for security or other substantial reasons, detainees may be provided the opportunity to appear at their classification hearing and will be given notice forty-eight (48) hours prior to the hearing; such notice may be waived by the detainee in writing ***(4-4302)***. Identify how such notice will be provided.

   **Ordinarily, the initial classification process and initial housing assignment shall be completed within twelve (12) hours of admission to the facility. Subsequent classifications, following the guidelines in VI.1., require that the detainee receive a forty-eight (48) hour notice.**

5. Identify the time requirements for reviews and describe the system in place to ensure that staff are reviewing and monitoring the detainee's progress regularly. The written plan for detainee classification will specify that each detainee's classification status is reviewed at least every twelve (12) months ***(4-4300)***.

   **Reclassification: The first reclassification assessment should be completed sixty (60) to ninety (90) days after the initial classification. Subsequent reclassification assessments should be completed at ninety (90) to one-hundred-twenty (120) day intervals.**

The Facility Administrator or designee shall review and approve the Classification Plan prior to implementation and as revisions are made (or at least annually). A copy of the approved plan, and any revisions, will be forwarded to the FSC Coordinator, Unit Management/Classification/Inmate Work Programs.



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

# HOUSING PLAN GUIDELINES

Every facility will create a plan to assign inmates/residents to housing based upon their custody classification that at a minimum addresses the following areas:

**I. Identification of the Unit**

Identify each housing unit (e.g. Alpha Unit, Segregation, B Annex, Medical, Skylab, etc.).

A Pod-Female, General Population/ICE

B Pod-Female, General Population/USM

C-1 Pod-Female, General Population/ICE

C-2 Pod-Female, Segregation/ICE & USM

D Pod-Male, Segregation/ ICE & USM

E Pod-Male, General Population/USM

F Pod-Male, General Population (MatWits)/USM

G Pod- Male, General Population/ICE

H Pod- Male, General Population/ICE

J Pod- Male, General Population/ICE

K Pod- Male, General Population/ICE

L Pod- Male, General Population/USM

M Pod- Male, General Population/ICE

N Pod- Male, General Population/ICE

P Pod- Male, General Population/ICE

Medical Housing (1, 2, 3) - ICE & USM as required by Medical

**Agency beds are subject to change, due to high volume of intakes/releases. These pods are designated by agency and classification levels. However, due to the high turn-over rate and multiple contracting agencies, the pod designation may change.*

**II. Number of Beds**

Identify the number of beds available within each designated housing area.

A Pod-128 (open dorm)

B Pod-100 (close cell)

C-1 Pod-14 (close cell)

C-2 Pod-12 (close cell)

D Pod-64 (close cell)

E Pod-64 (close cell)

F Pod-128 (open dorm)

G Pod-128 (close cell)

H pod-128 (close cell)

J Pod-128 (open dorm)

K Pod-128 (open dorm)

L Pod-128 (close cell)



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

**Number of Beds Cont.**

M Pod-128 (close cell)

N Pod-128 (open dorm)

P Pod-128 (open dorm)

Medical (1)-18 (open dorm)

Medical (2)-14 (closed cell)

Medical (3)-6 (closed cell)

**III. Gender of Inmates/Residents**

Identify the gender of the inmates/residents assigned to each housing area.

*See Identification under I.*

**IV. Adult or Juvenile**

Identify whether the inmates/residents assigned to the unit are adult or juvenile.

*Adult*

**V. Contracting Agency (e.g. DOC, BOP, ICE, County, etc.)**

Identify the contracting agency in this section. Multiple agencies may be noted in this section depending upon the contracts in place. Also identify any separation issues such as multiple jurisdictions that may need to be separated by contract requirements.

*OMDC houses ICE and USM detainees. As noted above, they are separated by housing except in segregation/restrictive housing where both jurisdictions are housed.*

**VI. Classification Level of Housing**

Identify the classification custody level of the inmates/residents housed in each area as determined by the facility Classification Plan according to the ICAS levels of Low, Moderate and High. Multiple custody levels may apply.

*See attached housing plan.*

**For the purpose of housing Medium-Custody ICE detainees with Low or High level custody detainees, the following ICE guidelines apply:*

*a. Medium-Low (scoring 3-5) may be housed with Low custody individuals; and*

*b. Medium-High (scoring 6-11) may be housed with High custody individuals; but*

*Low custody individuals may never be housed with High custody individuals, or Medium custody individuals who have any history of assaultive or combative behavior.*

**VII. Unit Population Profile**

Identify the designated housing profile. Housing designations may be stratified by type (e.g. felons, misdemeanors, etc.). In addition, housing designations may be stratified for special programs, work groups, etc. (e.g. Faith Based, Therapeutic Community, SHIP, ISU, food service, education, vocational, etc.).

*See facility housing plan attached.*

The Facility Administrator or designee is required to review and approve the Housing Plan prior to implementation and as revisions are made (or at least annually). A copy of the approved plan, and any revisions, will be forwarded to the FSC Coordinator, Unit Management/Classification/Inmate Work Programs.



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

CONFIDENTIAL

18-100BB

# FACILITY HOUSING PLAN

| Facility | Otay Mesa Detention Center | Date | 05/23/2017 |
|---|---|---|---|
| Administrator Printed Name | Figueroa, F. | | |
| Administrator Signature | | | |

| UNIT/POD | # OF BEDS | GENDER | ADULT/ JUVENILE | AGENCY | CLASS LEVEL | UNIT POPULATION PROFILE |
|---|---|---|---|---|---|---|
| ALPHA | 128 | F | A | ICE | Low, Medium-Low | General Population |
| BRAVO | 100 | F | A | USM | Moderate-High, High | General Population |
| CHARLIE-1 | 14 | F | A | ICE | Medium-High, High | General Population |
| CHARLIE-2 | 12 | F | A | ICE/USM | All | Segregation |
| DELTA | 64 | M | A | ICE/USM | All | Segregation |
| ECHO | 64 | M | A | USM | Moderate-High, High | General Population |
| FOX | 128 | M | A | USM | Moderate-High, High | General Population (MatWits) |
| GOLF | 128 | M | A | ICE | Medium-High, High | General Population |
| HOTEL | 128 | M | A | ICE | Medium-High, High | General Population |
| JULIET | 128 | M | A | ICE | Low, Medium-Low | General Population |
| KILO | 128 | M | A | ICE | Low, Medium-Low | General Population |
| LIMA | 128 | M | A | USM | Moderate-High, High | General Population |
| MIKE | 128 | M | A | ICE | Low, Medium-Low | General Population |
| NOVEMBER | 128 | M | A | ICE | Low, Medium-Low | General Population |
| PAPA | 128 | M | A | ICE | Low, Medium-Low | General Population |
| MEDICAL 1 | 18 | M/F | A | ICE/USM | All | As Directed by Medical |
| MEDICAL 2 | 14 | M/F | A | ICE/USM | All | As Directed by Medical |
| MEDICAL 3 (Negative Pressure) | 6 | M/F | A | ICE/USM | All | As Directed by Medical |

05/07/13

Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

CCOG00026286

# WORK/PROGRAM PLAN GUIDELINES

The facility will develop a plan to assign detainees voluntary work and programs with consideration of custody classification levels. At a minimum, the plan must address the areas outlined below.

## I. Facility Expectations

Describe how facility expectations are explained to the inmates/residents and the procedures inmates/residents must follow to participate in institutional work assignments and programs.

- Upon arrival inmate/residents are oriented on facility procedures including voluntary work/program assignments.
- Inmate/residents interested in working will submit a Request for Assistance form or sign up on the unit's Job Waiting List.
- Unit teams will consider candidates for work assignments after a thorough review of history, current offense, institutional conduct, history of violence, etc. If selected, inmate/residents will be notified by a Unit Team member.

## II. Listing of Approved Work/Programs Assignments

Every facility will develop and maintain a complete listing of all available work/program assignments that are approved by the Warden/Administrator. This list identifies the work/program assignment, category (1, 2, or 3), level of supervision (direct or intermittent), ICAS or agency equivalent custody level of Low, Moderate or High, location whether inside or outside the secure perimeter, special criteria and the required approval(s).

Job Assignments

| ALPHA (32) | FEMALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 |
| Shower Porter | 4 |
| Sink / Toilet Porter | 4 |
| Floors / Buffer Porter | 4 |
| Barber / Rec Yard Porter | 2 |
| Special Detail | 2 |
| Laundry Porter | 2 |
| Chemical / Staging Porter | 2 |
| Dining Hall Porter | 3 |
| Library/Chapel/Gym Porter | 1 |

| BRAVO (23) | FEMALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 6 |
| Shower Porter | 4 |
| Floors / Buffer Porter | 4 |
| Barber / Rec Yard Porter | 2 |
| Special Detail | 2 |
| Laundry Porter | 2 |
| Dining Hall Porter | 2 |
| Library/Chapel/Gym Porter | 1 |



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

CONFIDENTIAL



| CHARLIE 1 (10) | FEMALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 3 |
| Shower Porter | 2 |
| Floors / Buffer Porter | 2 |
| Barber / Rec Yard Porter | 1 |
| Laundry Porter | 1 |
| Chemical / Staging Porter | 1 |

| CHARLIE 2 (1) SEGREGATION | FEMALES |
|---|---|
| Pod Porter | 1 |

| DELTA (3) SEGREGATION | MALES |
|---|---|
| Pod Porters | 3 |

| ECHO (18) | MALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 6 |
| Shower Porter | 2 |
| Floors / Buffer Porter | 2 |
| Barber / Rec Yard Porter | 2 |
| Laundry Porter | 2 |
| Chemical / Staging Porter | 1 |
| Dining Hall Porter | 2 |
| Library/Chapel/Gym Porter | 1 |

| FOX (33) | MALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 |
| Shower Porter | 4 |
| Sink / Toilet Porter | 4 |
| Floors / Buffer Porter | 4 |
| Barber / Rec Yard Porter | 3 |
| Special Detail | 2 |
| Laundry Porter | 2 |
| Chemical / Staging Porter | 2 |
| Dining Hall Porter | 3 |
| Library/Chapel/Gym Porter | 1 |

| GOLF (29) | MALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 |
| Shower Porter | 4 |
| Barber / Rec Yard Porter | 3 |
| Floors / Buffer Porter | 4 |
| Special Detail | 2 |
| Dining Hall Porter | 3 |
| Chemical / Staging Porter | 2 |
| Laundry Porter | 2 |
| Library/Chapel/Gym Porter | 1 |



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

| HOTEL (29) | MALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 |
| Shower Porter | 4 |
| Barber / Rec Yard Porter | 3 |
| Floors / Buffer Porter | 4 |
| Special Detail | 2 |
| Dining Hall Porter | 3 |
| Chemical / Staging Porter | 2 |
| Laundry Porter | 2 |
| Library/Chapel/Gym Porter | 1 |

| JULIET (33) | MALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 |
| Shower Porter | 4 |
| Sink / Toilet Porter | 4 |
| Floors / Buffer Porter | 4 |
| Barber / Rec Yard Porter | 3 |
| Special Detail | 2 |
| Laundry Porter | 2 |
| Chemical / Staging Porter | 2 |
| Dining Hall Porter | 3 |
| Library/Chapel/Gym Porter | 1 |

| KILO (33) | MALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 |
| Shower Porter | 4 |
| Sink / Toilet Porter | 4 |
| Floors / Buffer Porter | 4 |
| Barber / Rec Yard Porter | 3 |
| Special Detail | 2 |
| Laundry Porter | 2 |
| Chemical / Staging Porter | 2 |
| Dining Hall Porter | 3 |
| Library/Chapel/Gym Porter | 1 |

| LIMA (29) | MALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 |
| Shower Porter | 4 |
| Barber / Rec Yard Porter | 3 |
| Floors / Buffer Porter | 4 |
| Special Detail | 2 |
| Dining Hall Porter | 3 |
| Chemical / Staging Porter | 2 |
| Laundry Porter | 2 |
| Library/Chapel/Gym Porter | 1 |



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

| MARY (29) | MALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 |
| Shower Porter | 4 |
| Barber/ Rec Yard Porter | 3 |
| Floors / Buffer Porter | 4 |
| Special Detail | 2 |
| Dining Hall Porter | 3 |
| Chemical / Staging Porter | 2 |
| Laundry Porter | 2 |
| Library/Chapel/Gym Porter | 1 |

| NANCY (33) | MALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 |
| Shower Porter | 4 |
| Sink / Toilet Porter | 4 |
| Floors / Buffer Porter | 4 |
| Barber / Rec Yard Porter | 3 |
| Special Detail | 2 |
| Laundry Porter | 2 |
| Chemical / Staging Porter | 2 |
| Dining Hall Porter | 3 |
| Library/Chapel/Gym Porter | 1 |

| PAPA POD (33) | MALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 |
| Shower Porter | 4 |
| Sink / Toilet Porter | 4 |
| Floors / Buffer Porter | 4 |
| Barber / Rec Yard Porter | 3 |
| Special Detail | 2 |
| Laundry Porter | 2 |
| Chemical / Staging Porter | 2 |
| Dining Hall Porter | 3 |
| Library/Chapel/Gym Porter | 1 |

| MEDICAL (8) | MALES |
|---|---|
| Pod Porters (rails, stairs, tables, windows, phones, microwave, etc.) | 8 |

| MISCELLANIOUS (186) | |
|---|---|
| Admin Detail | 8 |
| Commissary | 6 |
| Intake Detail | 5 |
| Kitchen | 135 |
| Laundry | 12 |
| Maintenance | 4 |
| Medical Porter | 8 |
| Outside Detail | 4 |
| Segregation | 4 |



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

## III. Position Descriptions

Facilities will maintain an updated set of all work and program assignment position descriptions. Explain how inmates/residents familiarize themselves with the position descriptions and job requirements and qualifications during the assignment process. Identify where position descriptions are located and how inmates/residents are advised of the procedures to apply for or enroll in work/program assignments. Information regarding special programs such as the Therapeutic Community, Faith Based Programs, industries etc. will also be referenced within this section.

**Job Description**

| |
|---|
| **ADMINSTRATIVE DETAIL-** Clean Administrative offices and restrooms. Dust and high dust areas, disinfect all counter tops, sweep and mop as needed. Spot clean walls and scuff marks. Vacuum as needed. |
| **BARBER-** Assigned to cut hair of residents in same pod. Keep space and barber equipment clean and sanitary (i.e. combs, clippers guards). Maintain the barbershop clean and orderly. Barbers are required to work the in pod as recreation yard porters the days they are not used in the gymnasium with the exception of days off. |
| **CHEMICAL/STAGING PORTER-** Clean and organize the pod Janitor Closets. Fill all chemical bottles with the correct cleaning chemical using appropriate personal protective equipment. Stage chemicals and equipment out for use during dayroom clean-up and dorm/cell cleaning. Sweep and mop Janitor Closet Daily. |
| **COMMISARY-WAREHOUSE-** Prepare commissary orders, assist Commissary staff with incoming shipments, sweep, mop and clean commissary storeroom. |
| **DINING HALL PORTERS-** Duties consist of wiping down and disinfecting all tables, chairs, sweeping and cleaning the floor upon completion of meal service. Maintain awareness of allotted time to ensure clean-up is completed in a timely manner. |
| **FLOORS/BUFFERS-** Sweep and mop floors daily. Check corners for collection of dust/dirt. Maintain edges clean by scrubbing and wiping down. Maintain waxed floors by re-waxing, stripping or buffing. |
| **INTAKE-** Maintain space by wiping down and disinfecting all surfaces, holding tanks and sweeping and mopping floors. May prep clothing for initial issue. Wax, strip and buff floors as needed. |
| **KITCHEN** - Prepare and cook/bake all menu items. Deliver meals to pods. Prepare special diets. Maintain the cleanliness and sanitation for the kitchen (i.e. clean walls, sweep, mop, spray counter tops, and scrub inside and out of ovens). Clean and sanitize all food trays, utensils, pots and pans. |
| **LAUNDRY PORTER-** Maintain proper inventory of all laundry loops assigned to pod. Be present for the collecting and issuing of clothes, maintaining a check in/out form. Report any discrepancies. |
| **LIBRARY/CHAPEL/GYM PORTER-**Clean and disinfect restrooms. Wipe down all surfaces. Wipe down tables and chairs, organize. Collect all trash. Restock books. Vacuum, sweep and mop as needed. When there is no program available, porter must assist in pod during clean-up times. |
| **LAUNDRY-** Maintain cleanliness of space by dusting, cleaning, sweeping and moping area. Assist Laundry Officer in loading and unloading washing/drying machines. Deliver and pick up laundry from housing pod. Sort, fold, roll and store clean clothes. |
| **MAINTENANCE-** Work under the direction and supervision of Maintenance Personnel. |
| **MEDICAL** - Maintain cleanliness of space by dusting, cleaning, sweeping and |



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

| |
|---|
| moping as necessary. Clean/disinfect all holding tanks not occupied and offices as requested. |
| **OUTSIDE DETAIL-** Expected to complete a variety of task to include, cleaning, raking, painting, etc. inside and outside the perimeter of the facility. Alert at all times for hazards and assigned Officer's directives. |
| **POD PORTER-** Wipe and disinfect all tables, phones, chairs, counter tops, couches and the microwave. Clean all windows, doors and hand-rails. Scrub scuff marks off walls and wipe down. Collect all trash. |
| **RECREATION PORTER-**Sweep Recreation yard floor, wipe down the windows and remove all trash. Scrub scuff marks off walls and high dust corners and lights. |
| **SEGREGATION DETAIL-** May be tasked with a variety of assignments including but not limited to, cleaning, waxing, painting, etc. |
| **SHOWER PORTER** -Clean and sanitize showers, remove soap scum as necessary. Maintain shower curtains in good condition, reporting any discrepancies. |
| **SINK/TOILET PORTER-** Remove all trash from each toilet area. Wipe down and disinfect all doors, walls and fixtures in toilet area. Sink areas must be cleaned and disinfected ensuring paper is stocked in all dispensers. Report all discrepancies. |
| **SPECIAL DETAIL-** Assigned to special detail may include but it is not limited to: painting, corridor cleaning, deep cleaning, spot cleaning, etc. |

## IV. Approving Work/Program Assignments

Describe the process to review and approve work/program assignments. The review and approval process must give consideration to custody classification levels of the inmates/residents. Describe the procedures in place to approve work/program assignments that may be required by contract. Decisions rendered in approving work/program assignments must consider the safety and security of the facility and the general public. This section will also describe the approving authority and the notification process that ensures inmates/residents are advised of the final decision regarding the application for the work/program assignment.

- Unit teams will select inmates/residents eligible for work after reviewing and taking into consideration their classification level, institutional conduct, STG designation, history and specific requirements of the job.
- Inmates/Residents approved to work in assignments categorized as one through three, considered "non-risk" areas, will be selected by Unit Team members.
- Selection of work assignments considered "high-risk" require a thorough assessment of all security factors including classification level, attempted escape or escape, safety and security of the facility and the general public. Unit teams will interview all candidates and select the inmates/residents for final review. Request for final approval will be forwarded to the Chief of Security or higher. Files are reviewed for arrest / past criminal offense and any disciplinary actions.
- Once selected for "high-risk" assignments, identification cards are generated for each inmate/resident identifying their name, picture, agency number and the signature of final approver. The identification cards are maintained in Central Control where they are checked in and out using a chit process by assigned staff. Inmates/residents are required to wear the identification card while on assignment.



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

CONFIDENTIAL



- Inmate/residents approved for work programs will be provided with an on-the-job description as well as signing a Voluntary Work Agreement. Inmate/residents will also be informed on responsibilities, reporting procedures, safety, and pay rate and work schedule.
- Pay vouchers are printed and placed in each housing pod identifying inmate/resident's, work assignment, schedule and signature line for both inmate/resident and staff. Unit Management Clerks collect pay vouchers daily, except weekends, and process for payment.
- Inmates/residents that do not meet the guidelines for work opportunities will be notified and advised of reasons they were not selected. If future opportunities exist, the inmate/resident will be notified.

**V. Reporting Procedures**

Monthly reports of work/program activities may be required by your jurisdiction(s). This section will provide a description of the process used and the staff responsible for monitoring and reporting participation results.

- OMSE work program spread sheet will be used by Unit Management staff and others to track work/program activities. This may be used for statistical purposes as well as tracking detainees work history.

The Warden/Administrator or designee is required to review and approve the Work/Program Plan prior to implementation and then at least annually, or as revisions are made. A copy of the approved plan, and any revisions, will be forwarded to the FSC, Director, Classification & STG



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

CONFIDENTIAL

18-100CC

## APPROVED WORK/PROGRAM ASSIGNMENTS

| Facility Name | OTAY MESA DETENTION CENTER | Date | 5/23/2017 |
|---|---|---|---|

| Type | Category | Supervision (Direct or Intermittent) | Custody Level (Low, Medium or High) | Location (Indicate Inside or Outside) | Special Criteria (Indicate if High Risk and any other special criteria) | Required Approval(s) |
|---|---|---|---|---|---|---|
| Admin Detail | 1 | Direct | Low | Inside | High Risk | Warden |
| Barber | 3 | Intermittent | Low, Medium, or High | Inside | Barbershop located in Gymnasium. Classification separation still applies. | Unit Team |
| Buffer | 3 | Intermittent | Low, Medium, or High | Inside | | Unit Team |
| Commissary | 2 | Direct | Low, Medium-Low | Inside | | Unit Team |
| Dining Hall Porter | 3 | Direct | Low, Medium or High | Inside | | Unit Team |
| Intake | 2 | Direct | Low, Medium-Low | Inside | | Unit Team |
| Kitchen Worker | 2 | Intermittent | Low, Medium-Low | Inside | Medical Clearance Required | Unit Team |
| Laundry | 2 | Direct | Low, Medium-Low | Inside | | Unit Team |
| Library/Chapel/Gym | 3 | Direct | Low, Medium, or High | Inside | | Unit Team |
| Maintenance | 1 | Direct | Low | Inside | High Risk Direct supervision required when using Class "A" tools | Warden |
| Medical Porter | 2 | Direct | Low, Medium Low | Inside | High Risk | Chief of Security or above |
| Outside Detail | 1 | Direct | Low | Outside | High Risk Direct supervision required when using Class "A" tools | Warden |
| Pod Porter | 3 | Intermittent | Low, Medium, or High | Inside | | Unit Team |
| Segregation Porter | 1 | Direct | Low | Inside | High Risk | Warden |

**NOTE: Prior to implementation, this form must be reviewed and approved by the Facility Administrator.**

| Administrator Printed Name | F. FIGUEROA | | |
|---|---|---|---|
| Administrator Signature | [signature] | Date | 5/23/2017 |

05/07/13

Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

CCOG00026294

# EXHIBIT 21

EXHIBIT 21

**CHAPTER 19:** **RESIDENT WORK PROGRAM**

**SUBJECT:** **INMATE/DETAINEE EMPLOYMENT SYSTEM (ICE ONLY)**

**SUPERSEDES:** **SEPTEMBER 1, 2015**

**EFFECTIVE DATE:** **JUNE 30, 2017**

**APPROVED:** **SIGNATURE ON FILE**
**F. E. FIGUEROA**
**WARDEN**

---

**19-100.1 POLICY:**

It is the policy of this facility to provide a detainee work assignment plan that provides for detainee labor, subject to the number of work opportunities available, and within the constraints of the safety, security and good order of the facility.***(4-ALDF-5C-06)*** Detainee working conditions comply with all applicable federal, state, or local work safety laws and regulations. ***(4-ALDF-5C-11)***

**19-100.2 AUTHORITY:**

Facility Policy

**19-100.3 DEFINITIONS:**

None

**19-100.4 PROCEDURES:**

**PROCEDURES INDEX**

| SECTION | SUBJECT |
|---|---|
| A | Voluntary Work Program |
| B | Work Outside the Secure Perimeter |
| C | Personal Housekeeping Required |
| D | Detainee Selection |
| E | Special Details |
| F | Discrimination in Hiring Prohibited |
| G | Physically and Mentally Challenged Detainees |
| H | Hours of Work |
| I | Number of Details in One Day |
| J | Establishing Detainee Classification Level |
| K | Compensation |
| L | Removal of Detainee From Work Detail |
| M | Detainee Responsibility |
| N | Detainee Training and Safety |
| O | Detainee Injury and Reporting Procedures |

A. VOLUNTARY WORK PROGRAM

1. Detainees shall be provided the opportunity to participate in a voluntary work program.

2. There are a variety of work assignments that afford detainees an opportunity to develop good work habits and attitudes. ***(4-ALDF-5C-06)***

   a. Approved work assignments shall be identified in the 18-100CC Work and Program Plan Guidelines.

**Proprietary Information – Not For Distribution – Copyrighted**
**Property of CoreCivic Otay Mesa Detention Center**

3. The detainee's classification level shall determine the type of work assignment for which he/she is eligible.

   a. Generally, high custody detainees shall not be given work opportunities outside their housing units/living areas.

4. Detainee performance is regularly evaluated and recorded.

   a. Detainees receive written recognition of competencies that they acquire. ***(4-ALDF-5C-10)***

B. WORK OUTSIDE THE SECURE PERIMETER

1. ICE detainees may not work outside the secure perimeter of non-dedicated IGSA facilities.

2. Low custody detainees may work outside the secure perimeter on facility grounds.

   a. They must be directly supervised at a ratio of no less than one staff member to four detainees.

   b. The detainee shall be in sight and sound of that staff member at all times.

C. PERSONAL HOUSEKEEPING REQUIRED

Work assignments are voluntary; however, all detainees are responsible for personal housekeeping.

1. Detainees are required to maintain their immediate living areas in a neat and orderly manner by:

   a. Making their beds daily;

   b. Stacking loose papers;

   c. Keeping the floor free of debris and dividers free of clutter; and

   d. Refraining from hanging/draping clothing, pictures, keepsakes, or other objects from beds, overhead lighting fixtures, or other furniture.

D. DETAINEE SELECTION

1. Selection of work detail volunteers shall be in accordance with policy 18-100 Classification, Housing, Work and Program Plan.

2. The primary factors in hiring a detainee as a worker shall be his/her classification level and the specific requirements of the job.

   a. Staff shall present the detainee's name to the Shift Supervisor or the requesting department head.

   b. The Shift supervisor or department head shall review the detainee's classification and other relevant documents in the detainee's detention file.

   c. The Shift Supervisor or department head shall assess the detainee's language skills because these skills affect the detainee's ability to perform the specific requirements of the job under supervision.

      i. To the extent possible, work opportunities shall be provided to detainees who are able to communicate with supervising staff effectively and in a manner that does not compromise safety and security.

**Proprietary Information – Not For Distribution – Copyrighted**
**Property of CoreCivic Otay Mesa Detention Center**

d. Inquiries to staff about the detainee's attitude and behavior may be used as a factor in the supervisor's selection.

3. Staff shall explain the rules and regulations as well as privileges relating to the detainee worker's status.

E. SPECIAL DETAILS

Detainees may volunteer for temporary work details that occasionally arise. The work, which generally lasts from several hours to several days, may involve labor-intensive work.

F. DISCRIMINATION IN HIRING PROHIBITED

There is no discrimination regarding administrative decisions or program access. Detainees shall not be denied voluntary work or program access opportunities on the basis of such factors as a detainee's race, religion, national origin, gender, sexual orientation or disability. ***(4-ALDF06B-02)***

G. PHYSICALLY AND MENTALLY CHALLENGED DETAINEES

The facility shall allow, where possible, detainees with disabilities to participate in the voluntary work program in appropriate work assignments. ***(4-ALDF-5C-06)***

Consistent with the procedures outlined in ICE PBNDS 4.8 "Disability Identification, Assessment, and Accommodation," the facility shall provide reasonable accommodations and modifications to its policies, practices, and/or procedures to ensure that detainees with disabilities have an equal opportunity to access, participate in, and benefit from the voluntary work programs.

H. HOURS OF WORK

1. Detainees who participate in the volunteer work program are required to work according to a schedule.

2. The detainee work day will approximate the workday in the community. ***(4-ALDF-5C-10)***

a. The normal scheduled workday for a detainee employed full time is a maximum of eight (8) hours. Detainees shall not be permitted to work in excess of eight (8) hours daily, forty (40) hours weekly.

3. Unexcused absences from work or unsatisfactory work performance may result in removal from the voluntary work program.

I. NUMBER OF DETAILS IN ONE DAY

1. The Facility Administrator may restrict the number of work details permitted a detainee during one day.

2. In SPCs, CDFs, and dedicated IGSAs a detainee may participate in only one work detail per day.

J. ESTABLISHING DETAINEE CLASSIFICATION LEVEL

If the facility cannot establish the classification level in which the detainee belongs, the detainee shall be ineligible for the voluntary work program.

K. COMPENSATION

Detainees will be compensated one dollar ($1.00) per day. ***(4-ALDF-5C-12)***

L. REMOVAL OF DETAINEE FROM WORK DETAIL

1. A detainee may be removed from a work detail for such causes as:

**Proprietary Information – Not For Distribution – Copyrighted**
**Property of CoreCivic Otay Mesa Detention Center**

a. Unsatisfactory performance;

b. Disruptive behavior, threats to security, etc.;

c. Physical inability to perform the essential elements of the job due to a medical condition or lack of strength;

d. Prevention of injuries to the detainee; and/or

e. A removal sanction imposed by the Institutional Disciplinary Panel for an infraction of a facility rule, regulation or policy.

2. When a detainee is removed from a work detail, the Facility Administrator shall place written documentation of the circumstances and reasons in the detainee detention file.

3. Detainees may file a grievance to the local Field Office Director or Facility Administrator if they believe they were unfairly removed from work, in accordance with ICE PBNDS 6.2 Grievance System and CoreCivic policy 14-5 Inmate/Resident Grievance Procedures.

M. DETAINEE RESPONSIBILITY

1. Detainees will be provided information about on-the-job responsibilities and reporting procedures.

2. The detainee is expected to be ready to report for work at the required time and may not leave an assignment without permission.

a. The detainee shall perform all assigned tasks diligently and conscientiously.

b. The detainee may not evade attendance and performance standards in assigned activities nor encourage others to do so.

c. The detainee shall exercise care in performing assigned work, using safety equipment and taking other precautions in accordance with the work supervisor's instructions.

d. In the event of a work-related injury, the detainee shall notify the work supervisor, who shall immediately implement injury-response procedures.

3. Detainees wishing to change their programming are to notify unit staff or a Shift Supervisor.

N. DETAINEE TRAINING AND SAFETY

1. A detainee shall not undertake any assignment before signing a 19-100A Detainee Voluntary Work Program Agreement that, among other things, confirms that the detainee has received and understood training from the supervisor about the work assignment.

a. The voluntary work program agreement shall be placed in the detainee's detention file.

2. All department heads, in collaboration with the facility's safety/training officer, will develop and institute appropriate training for all detainee workers.

3. The voluntary work program shall operate in compliance with the following codes and regulations:

a. Occupational Safety and Health Administration (OSHA) regulations;

**Proprietary Information – Not For Distribution – Copyrighted**
**Property of CoreCivic Otay Mesa Detention Center**

b. National Fire Protection Association 101 Life Safety Code; and

c. International Council Codes (ICC).

4. The facility Fire Safety Manager is responsible for providing access to complete and current versions of the documents listed above.

5. Upon a detainee's assignment to a job or detail, the supervisor shall provide thorough instructions regarding safe work methods and, if relevant, hazardous materials, including:

a. Safety features and practices demonstrated by the supervisor; and

b. Recognition of hazards in the workplace, including the purpose for protective devices and clothing provided, reporting deficiencies to their supervisors (staff and detainees who do not read nor understand English shall not be authorized to work with hazardous materials).

6. For a food service assignment, medical staff, in conjunction with the Immigration Health Services Corp, shall ensure that detainees are medically screened and certified before undertaking the assignment.

7. The facility shall provide detainees with safety equipment that meets OSHA and other standards associated with the task performed.

O. DETAINEE INJURY AND REPORTING PROCEDURES

1. ICE/ERO will be immediately notified in the event of an on-the-job detainee injury.

2. If a detainee is injured while performing his/her work assignment:

a. The work supervisor shall immediately notify facility medical staff.

i. In the event the accident occurs in a facility that does not provide twenty-four (24) hour medical care, the supervisor shall contact the on-call medical officer for instructions.

3. First aid shall be administered as necessary.

4. Medical staff shall determine what treatment is necessary and where that treatment shall take place.

5. The work supervisor shall complete a detainee accident report and submit it to the Facility Administrator for review and processing and file it in the detainee's detention file and A-file.

**19-100.5 REVIEW:**

This policy will be reviewed annually by the Chief of Security who will recommend necessary changes to the Facility Administrator.

**19-100.6 APPLICABILITY:**

All Facility Employees

**19-100.7 APPENDICES:**

18-100CC Work and Program Plan Guidelines

**19-100.7 APPENDICES:**

18-100CC Work and Program Plan

**19-100.8 ATTACHMENTS:**

**Proprietary Information – Not For Distribution – Copyrighted**
**Property of CoreCivic Otay Mesa Detention Center**

| | |
|---|---|
| 19-100A | Detainee Voluntary Work Program Agreement (English/Spanish) |
| 19-100B | Detainee Safety Rules (English/Spanish) |
| 19-100C | Detainee Volunteer Criteria Checklist |

**19-100.9 REFERENCES:**

CoreCivic Policy 8-5 Control of Hazardous Chemicals/Materials

ACA Standards. The ACA Standards for this facility are:

4-ALDF- 5C-06, 5C-08, 5C-10, 5C-11, 5C-12, and 6B-02

ICE 2011 Performance-Based National Detention Standards (with 2013 Errata and 2016 Revisions)

- 4.8 Disability Identification, Assessment, and Accommodation
- 5.8 Voluntary Work Program

**Proprietary Information – Not For Distribution – Copyrighted**
**Property of CoreCivic Otay Mesa Detention Center**

# Detainee/Inmate Voluntary Work Program Agreement
# San Diego Correctional Facility

Detainees/Inmates that participate in the volunteer work program will not be permitted to work in excess of seven (7) hours daily or forty (40) hours weekly.

Detainees/Inmates that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees/Inmates must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation will be $1.00 per day.

I, ___________________________, A# or Reg. # ____________________have read, and
Detainee/Inmate Name
understand. I will comply with the above. I have received and understand relevant safety training regarding my work assignment.

_________________________
Work Assignment

_________________________ _________________________
Detainee/Inmate Signature Date

_________________________ _________________________
Staff Signature Date

---

## Detendio/Prisionero acuerdo de Programa de Trabajo Voluntario
## Facilidad de Correccion en San Diego

Detenido/Prisionero que participa en el programa de trabajo voluntario no se le permitira trabajar en el exceso de (7) horas diarias o (40) horas a la semana.

Detenido/Prisioneros que participen en el programa de trabajo voluntario requieren que trabajen segun el horario indicado y que participen en todas las clases de entrenamiento relacionado al trabajo. Faltas sin excusas del trabajo o mala conducta de trabajo puede resultar en removerlo del programa voluntario de trabajo. Detenidos/Prisioneros tienen que adherirse a todas las regulaciones de seguridad y todas las normas de medico y limpieza asociado con el trabajo asignado. Compensacion sera $1.00 por dia.

Yo, __________________________________, A# or Reg.# ______________________ yo he leido, entiendo y estoy de acuerdo a cumplir con todo. Recivi y entiendo el entrenamiento de seguridad relevante a my trabajo indicado.

___________________________
Trabajo indicado

___________________________ _________________________
Firma de Detenido/Prisionero Fecha

_________________________ _________________________
Staff Signature Date

**19-100A**

## SAN DIEGO CORRECTIONAL FACILITY
## INMATE/DETAINEE SAFETY RULES

**Each new commitment will be required to read and sign the below safety regulations. In the event the inmate/detainee cannot read, the regulations will be read and explained to him/her, and this will be indicated in the signature area. If, for any reason, an inmate/detainee refuses to sign, it will be noted on the bottom portion of this form.**

## DISCIPLINARY ACTION MAY RESULT FROM FAILURE TO FOLLOW THESE SAFETY REGULATIONS:

1. Every effort will be made to provide a safe environment for inmates/detainees incarcerated in the facility. Matters relating to occupational safety and health policy and practice will adhere to state and local codes. Compliance with established safety practices will be the responsibility of each CCA employee, inmate and detainee.
2. It is the responsibility of each inmate/detainee worker to use the safety equipment issued to protect them against physical injury and/or health hazards. Make certain you follow instructions for properly wearing required personal protective equipment, such as goggles, aprons, and arm guards before you begin an operation.
3. Hearing protection must be worn on all workstations designated as high noise level areas.
4. You must wear work or safety shoes, when instructed to do so.
5. Report all safety hazards immediately to your work supervisor. Do not continue to work in any area or on any machinery or equipment that is deemed unsafe or improperly guarded by the work supervisor. If your work supervisor does not agree that an unsafe work condition exists, you should report the information to the Safety Officer, either verbally or in writing.
6. Inmates/detainees will perform only work that is assigned to them. Operation of equipment, or performing any operation that has not been specifically assigned, is strictly forbidden.
7. Operating equipment without using the safety guard(s) provided or removal of the safety guard(s) is forbidden.
8. The fabrication or repair of personal items using CCA equipment is against safety regulations and is prohibited.
9. Do not try to adjust, oil, repair, or perform any maintenance on any machine while it is in motion. Stop the machine first. Use the lockout devices where possible.
10. Inmate/detainees who are injured while performing their assigned duties will immediately report such injury to their work supervisor (staff member). Report a work injury to your supervisor or any other staff member, immediately.
11. It is the responsibility of each inmate/detainee worker to exercise care, cooperation, and common sense in conducting his/her assigned work. Horseplay on the job or in this facility will not be tolerated.
12. Cell and dayroom fixtures and furniture (chairs, tables, etc.) will not be used as ladders or stepstools for any reason.

**"I HAVE READ AND UNDERSTAND THE ABOVE SAFETY RULES"**

| ______________________ | ______________________ | ______________________ |
|---|---|---|
| Inmate/detainee Signature | Number | Date |
| ______________________ | ______________________ | ______________________ |
| Staff Witness Signature | Title | Date |

Form 19-100B

CCOG00030905

**CORRECTIONS CORPORATION OF AMERICA**
**SAN DIEGO CORRECTIONAL FACILITY**

# HAZARDOUS CHEMICAL TRAINING ACKNOWLEDGEMENT

1. YOU HAVE THE RIGHT TO INFORMATION CONCERNING HAZARDOUS CHEMICALS THAT YOU MAY BE EXPOSED TO IN YOUR WORKPLACE.

2. MATERIAL SAFETY DATA SHEETS **(MSDS),** ARE AVAILABLE TO ALL EMPLOYEES, INMATES/DETAINEES, THEIR DESIGNATED REPRESENTATIVE, AND TREATING HEALTH CARE WORKERS UPON REQUEST, AND AT THE LOCATION WHERE THE MATERIAL IS STORED.

3. ALL CONTAINERS OF HAZARDOUS CHEMICALS MUST BE LABELED WITH CHEMICAL NAME(S), APPROPRIATE WARNINGS, AND MANUFACTURERS NAME AND ADDRESS.

4. YOU MAY NOT BE DISCHARGED FROM YOUR JOB OR DISCIPLINED FOR SEEKING INFORMATION ABOUT ANY HAZARDOUS CHEMICAL.

5. IF PERSONAL PROTECTIVE EQUIPMENT OR SPECIAL INSTRUCTIONS ARE NEEDED BEFORE USING A CHEMICAL THIS INFORMATION WILL BE PROVIDED BY YOUR SUPERVISOR.

6. USE ALL CHEMICALS ACCORDING TO THE MANUFACTURER'S RECOMMENDATIONS. IF YOU HAVE, ANY QUESTIONS ASK YOUR SUPERVISOR.

**I HAVE RECEIVED THE HAZARDOUS COMMUNICATIONS TRAINING AS DESCRIBED IN THE WRITTEN HAZARD COMMUNICATIONS PROGRAM AND THE INSTRUCTOR ANSWERED ANY QUESTIONS THAT I MAY HAVE HAD.**

____________________________ ____________________________
SIGNATURE OF INMATE/DETAINEE SIGNATURE OF INSTRUCTOR

____________________________ ____________________________
INMATE/DETAINEE A or Reg # DATE

19-100C

**Removal from Work Detail**

Detainee Name ______________________________ **A#** ____________________

Position ______________________________ Housing ________________

A inmate / detainee was removed from a work detail for the following reason:

**Please check one of the below reasons removal is required**

| | | |
|---|---|---|
| | | Unsatisfactory performance; |
| | | Disruptive behavior, threats to security, etc.; |
| | | Physical inability to perform all functions required by the job, whether because of a lack of strength or a medical condition; |
| | | Prevention of injuries to the detainee; |
| | | A removal sanction imposed by the Institutional Disciplinary Panel for an infraction of a facility rule, regulation, or policy. |
| | | Other: (describe) |

______________________________ ______________________________
Supervisor Requesting Removal Date

______________________________ ______________________________
Unit Manager Date

Addition Comments:

Proprietary Information – Not For Distribution – Copyrighted – Property of CCA