**EXHIBIT 26**

**REDACTED**

**EXHIBIT 26**

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018**

Print Date: 02/19/2019 2:14:30PM

| INMATE | REDACTED |
|---|---|
| AGENCY #: | |
| PERM #: | |
| HOUSING: | RELEASED |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| **INMATE FUND** | | | | | | | | |
| 06/22/17 07:10 CASH | $200.00 | $200.00 | | | DETAINEE | $200.00 | 6361581 | E2111255 |
| 06/27/17 06:41 REGULAR COMMISSARY PURCHASE | -$5.31 | -$5.31 | | | | $194.69 | 6404120 | |
| 07/05/17 07:15 REGULAR COMMISSARY PURCHASE | -$69.84 | -$69.84 | | | | $124.85 | 6470896 | |
| 07/07/17 10:54 JOB PAY - NONREIMBURSABLE | $1.00 | $1.00 | | | 6/29/13 | $125.85 | 6505352 | p-pod |
| 07/10/17 10:58 JOB PAY - NONREIMBURSABLE | $1.00 | $1.00 | | | 07/06/17 | $126.85 | 6523707 | P-Pod |
| 07/11/17 06:36 REGULAR COMMISSARY PURCHASE | -$25.89 | -$25.89 | | | | $100.96 | 6532633 | |
| 07/13/17 11:09 JOB PAY - NONREIMBURSABLE | $1.00 | $1.00 | | | 7/11/17 | $101.96 | 6563424 | P-POD |
| 07/13/17 12:29 JOB PAY - NONREIMBURSABLE | $1.00 | $1.00 | | | 7/8 | $102.96 | 6564953 | |
| 07/13/17 12:38 JOB PAY - NONREIMBURSABLE | $1.00 | $1.00 | | | 7/12/17 | $103.96 | 6565199 | P-POD |
| 07/18/17 06:54 REGULAR COMMISSARY PURCHASE | -$39.13 | -$39.13 | | | | $64.83 | 6603913 | |
| 07/18/17 09:53 JOB PAY - NONREIMBURSABLE | $1.00 | $1.00 | | | 07/13/17 | $65.83 | 6608182 | P-Pod |
| 07/18/17 11:21 JOB PAY - NONREIMBURSABLE | $1.00 | $1.00 | | | 07/14/17 | $66.83 | 6610452 | P=Pod |
| 07/18/17 12:29 JOB PAY - NONREIMBURSABLE | $1.00 | $1.00 | | | 07/15/17 | $67.83 | 6611002 | P-Pod |
| 07/20/17 11:17 JOB PAY - NONREIMBURSABLE | $1.00 | $1.00 | | | 07/18/17 | $68.83 | 6630471 | P-Pod |
| 07/21/17 09:01 JOB PAY - NONREIMBURSABLE | $1.00 | $1.00 | | | 07/19/17 | $69.83 | 6639905 | P-Pod |

| INMATE NAME: | REDACTED |
|---|---|
| AGENCY #: | |
| PERM: | |

Page 1 of 25

CCOG00056567

**EXHIBIT 26**
**Page 0824**

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018**

Print Date: 02/19/2019  2:14:30PM

**INMATE**
**AGENCY #:** REDACTED
**PERM #:**
**HOUSING:** RELEASED

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 07/25/17 09:50 | $1.00 | $1.00 | | | | $70.83 | 6671939 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/21/17 | | | P-Pod |
| 07/25/17 10:04 | $1.00 | $1.00 | | | | $71.83 | 6672438 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/22/17 | | | P-Pod |
| 08/01/17 06:58 | -$47.60 | -$47.60 | | | | $24.23 | 6725861 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 08/01/17 09:48 | $1.00 | $1.00 | | | | $25.23 | 6730551 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/28/17 | | | P-Pod |
| 08/02/17 11:47 | $1.00 | $1.00 | | | | $26.23 | 6745878 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/31/17 | | | P-Pod |
| 08/03/17 11:49 | $1.00 | $1.00 | | | | $27.23 | 6759183 | |
| JOB PAY - NONREIMBURSABLE | | | | | 08/01/17 | | | P-Pod |
| 08/04/17 12:20 | $1.00 | $1.00 | | | | $28.23 | 6774722 | |
| JOB PAY - NONREIMBURSABLE | | | | | 08/02/17 | | | P-Pod |
| 08/07/17 13:03 | $1.00 | $1.00 | | | | $29.23 | 6794922 | |
| JOB PAY - NONREIMBURSABLE | | | | | 08/03/17 | | | P-Pod |
| 08/08/17 06:39 | -$23.43 | -$23.43 | | | | $5.80 | 6801973 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 08/08/17 11:55 | $1.00 | $1.00 | | | | $6.80 | 6810646 | |
| JOB PAY - NONREIMBURSABLE | | | | | 08/04/17 | | | P-Pod |
| 08/14/17 11:15 | $1.00 | $1.00 | | | | $7.80 | 6862114 | |
| JOB PAY - NONREIMBURSABLE | | | | | 08/10/17 | | | P-Pod |
| 08/15/17 06:34 | -$5.73 | -$5.73 | | | | $2.07 | 6872093 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 08/16/17 12:18 | $1.00 | $1.00 | | | | $3.07 | 6889179 | |
| JOB PAY - NONREIMBURSABLE | | | | | 08/11/17 | | | P-Pod |
| 08/18/17 12:02 | $1.00 | $1.00 | | | | $4.07 | 6913107 | |
| JOB PAY - NONREIMBURSABLE | | | | | 08/16/17 | | | P-Pod |
| 08/21/17 12:29 | $1.00 | $1.00 | | | | $5.07 | 6929817 | |
| JOB PAY - NONREIMBURSABLE | | | | | 08/17/17 | | | P-Pod |
| 08/22/17 06:24 | -$3.92 | -$3.92 | | | | $1.15 | 6936711 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |

**INMATE NAME:** REDACTED
**AGENCY #:**
**PERM:**

Page 2 of 25

CCOG00056568

**EXHIBIT 26**
**Page 0825**

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018**

Print Date: 02/19/2019  2:14:30PM

**INMATE**
**AGENCY #:**  REDACTED
**PERM #:**
**HOUSING:**  RELEASED

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|---|
| 08/22/17 11:30 | $1.00 | $1.00 | | | | | $2.15 | 6943343 | |
| JOB PAY - NONREIMBURSABLE | | | | | 08/18/17 | | | | P-Pod |
| 08/29/17 06:24 | -$1.96 | -$1.96 | | | | | $0.19 | 6998755 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 08/29/17 12:22 | $1.00 | $1.00 | | | | | $1.19 | 7004356 | |
| JOB PAY - NONREIMBURSABLE | | | | | 08/25/17 | | | | P-Pod |
| 08/31/17 11:11 | $1.00 | $1.00 | | | | | $2.19 | 7025304 | |
| JOB PAY - NONREIMBURSABLE | | | | | 08/28/17 | | | | P-Pod |
| 09/05/17 10:37 | $1.00 | $1.00 | | | | | $3.19 | 7059922 | |
| JOB PAY - NONREIMBURSABLE | | | | | 08/30/17 | | | | R&D |
| 09/05/17 11:15 | $1.00 | $1.00 | | | | | $4.19 | 7061080 | |
| JOB PAY - NONREIMBURSABLE | | | | | 08/31/17 | | | | R&D |
| 09/05/17 11:19 | $1.00 | $1.00 | | | | | $5.19 | 7061136 | |
| JOB PAY - NONREIMBURSABLE | | | | | 08/31/17 | | | | P-Pod |
| 09/06/17 06:41 | -$1.74 | -$1.74 | | | | | $3.45 | 7070629 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 09/06/17 11:51 | $1.00 | $1.00 | | | | | $4.45 | 7076916 | |
| JOB PAY - NONREIMBURSABLE | | | | | 09/04/17 | | | | P-Pod |
| 09/11/17 11:27 | $1.00 | $1.00 | | | | | $5.45 | 7125840 | |
| JOB PAY - NONREIMBURSABLE | | | | | 09/07/17 | | | | P-Pod |
| 09/12/17 11:25 | $1.00 | $1.00 | | | | | $6.45 | 7144060 | |
| JOB PAY - NONREIMBURSABLE | | | | | 09/08/17 | | | | P-Pod |
| 09/14/17 08:18 | $1.00 | $1.00 | | | | | $7.45 | 7165934 | |
| JOB PAY - NONREIMBURSABLE | | | | | 09/12/17 | | | | P-Pod |
| 09/19/17 06:26 | -$5.23 | -$5.23 | | | | | $2.22 | 7208955 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 10/06/17 06:18 | -$2.00 | -$2.00 | | | | | $0.22 | 7371654 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 10/09/17 11:05 | $1.00 | $1.00 | | | | | $1.22 | 7395964 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/05/17 | | | | P-Pod |
| 10/09/17 12:29 | $1.00 | $1.00 | | | | | $2.22 | 7397565 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/04/17 | | | | P-Pod |

**INMATE NAME:**  REDACTED
**AGENCY #:**
**PERM:**

Page 3 of 25

CCOG00056569

EXHIBIT 26
Page 0826

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018**

Print Date: 02/19/2019 2:14:30PM

INMATE
AGENCY #:  REDACTED
PERM #:
HOUSING:   RELEASED

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 10/11/17 11:30 | $1.00 | $1.00 | | | | $3.22 | 7424418 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/09/17 | | | P-Pod |
| 10/12/17 11:40 | $1.00 | $1.00 | | | | $4.22 | 7437107 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/10/17 | | | P-Pod |
| 10/13/17 06:16 | -$3.20 | -$3.20 | | | | $1.02 | 7443645 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 10/16/17 09:22 | $1.00 | $1.00 | | | | $2.02 | 7465925 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/11/17 | | | P-Pod |
| 10/16/17 09:58 | $1.00 | $1.00 | | | | $3.02 | 7467191 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/12/17 | | | P-Pod |
| 10/17/17 13:29 | $1.00 | $1.00 | | | | $4.02 | 7485211 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/13/17 | | | P-Pod |
| 10/19/17 11:29 | $1.00 | $1.00 | | | | $5.02 | 7505792 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/16/17 | | | P-Pod |
| 10/19/17 11:50 | $1.00 | $1.00 | | | | $6.02 | 7506476 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/17/17 | | | P-Pod |
| 10/20/17 06:19 | -$4.00 | -$4.00 | | | | $2.02 | 7512259 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 10/23/17 11:04 | $1.00 | $1.00 | | | | $3.02 | 7535999 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/19/17 | | | P-Pod |
| 10/24/17 11:03 | $1.00 | $1.00 | | | | $4.02 | 7548517 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/20/17 | | | P-Pod |
| 10/25/17 11:48 | $1.00 | $1.00 | | | | $5.02 | 7559677 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/23/17 | | | P-Pod |
| 10/26/17 13:34 | $1.00 | $1.00 | | | | $6.02 | 7572413 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/24/17 | | | P-Pod |
| 10/27/17 06:18 | -$5.00 | -$5.00 | | | | $1.02 | 7575480 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 10/27/17 11:45 | $1.00 | $1.00 | | | | $2.02 | 7580582 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/25/17 | | | P-Pod |
| 10/27/17 12:14 | $1.40 | $1.40 | | | | $3.42 | 7581081 | |
| VOIDED REGULAR PURCHASE | | | | | | | | |

INMATE NAME:  REDACTED
AGENCY #:
PERM:

Page 4 of 25

CCOG00056570

**EXHIBIT 26**
**Page 0827**

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018**

Print Date: 02/19/2019 2:14:30PM

**INMATE**
**AGENCY #:**    REDACTED
**PERM #:**
**HOUSING:**    RELEASED

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 10/27/17 12:15 | -$1.36 | -$1.36 | | | | $2.06 | 7581088 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 10/30/17 10:57 | $1.00 | $1.00 | | | | $3.06 | 7595648 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/26/17 | | | P-Pod |
| 11/01/17 10:11 | $1.00 | $1.00 | | | | $4.06 | 7618158 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/30/17 | | | P-Pod |
| 11/01/17 12:34 | $1.00 | $1.00 | | | | $5.06 | 7620654 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/27/17 | | | P-Pod |
| 11/02/17 11:33 | $1.00 | $1.00 | | | | $6.06 | 7632440 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/31/17 | | | P-Pod |
| 11/03/17 06:27 | -$4.96 | -$4.96 | | | | $1.10 | 7641314 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 11/06/17 11:20 | $1.00 | $1.00 | | | | $2.10 | 7671169 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/01/17 | | | P-Pod |
| 11/07/17 10:41 | $1.00 | $1.00 | | | | $3.10 | 7685216 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/03/17 | | | P-Pod |
| 11/08/17 12:11 | $1.00 | $1.00 | | | | $4.10 | 7697531 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/06/17 | | | P-Pod |
| 11/09/17 06:27 | -$2.90 | -$2.90 | | | | $1.20 | 7703528 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 11/13/17 10:38 | $1.00 | $1.00 | | | | $2.20 | 7734509 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/07/17 | | | P-Pod |
| 11/13/17 11:09 | $1.00 | $1.00 | | | | $3.20 | 7735524 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/08/17 | | | P-Pod |
| 11/14/17 11:39 | $1.00 | $1.00 | | | | $4.20 | 7753671 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/10/17 | | | P-Pod |
| 11/14/17 11:40 | $1.00 | $1.00 | | | | $5.20 | 7753709 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/09/17 | | | P-Pod |
| 11/15/17 12:10 | $1.00 | $1.00 | | | | $6.20 | 7765423 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/13/17 | | | P-Pod |
| 11/16/17 11:46 | $1.00 | $1.00 | | | | $7.20 | 7776132 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/14/17 | | | P-Pod |

**INMATE NAME:**    REDACTED
**AGENCY #:**
**PERM:**    Page 5 of 25

CCOG00056571

EXHIBIT 26
Page 0828

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018**

Print Date: 02/19/2019 2:14:30PM

**INMATE** — REDACTED
**AGENCY #:**
**PERM #:**
**HOUSING:** RELEASED

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 11/17/17 06:18 REGULAR COMMISSARY PURCHASE | -$4.20 | -$4.20 | | | | $3.00 | 7783137 | |
| 11/17/17 11:06 JOB PAY - NONREIMBURSABLE | $1.00 | $1.00 | | | 11/15/17 | $4.00 | 7789295 | P-Pod |
| 11/21/17 10:01 JOB PAY - NONREIMBURSABLE | $1.00 | $1.00 | | | 11/17/17 | $5.00 | 7825167 | P-Pod |
| 11/22/17 06:20 REGULAR COMMISSARY PURCHASE | -$3.85 | -$3.85 | | | | $1.15 | 7833850 | |
| 11/22/17 08:21 JOB PAY - NONREIMBURSABLE | $1.00 | $1.00 | | | 11/20/17 | $2.15 | 7836221 | P-Pod |
| 11/27/17 11:27 JOB PAY - NONREIMBURSABLE | $1.00 | $1.00 | | | 11/22/2017 | $3.15 | 7866321 | |
| 11/27/17 11:43 JOB PAY - NONREIMBURSABLE | $1.00 | $1.00 | | | 11/21/17 | $4.15 | 7866840 | P-Pod |
| 11/29/17 08:24 JOB PAY - NONREIMBURSABLE | $1.00 | $1.00 | | | 11/27/17 | $5.15 | 7889401 | P-Pod |
| 11/29/17 08:49 JOB PAY - NONREIMBURSABLE | $1.00 | $1.00 | | | 11/24/17 | $6.15 | 7890073 | P-Pod |
| 11/29/17 08:49 JOB PAY - NONREIMBURSABLE | $1.00 | $1.00 | | | 11/23/17 | $7.15 | 7890175 | P-Pod |
| 12/01/17 06:26 REGULAR COMMISSARY PURCHASE | -$3.18 | -$3.18 | | | | $3.97 | 7908232 | |
| 12/01/17 12:11 JOB PAY - NONREIMBURSABLE | $1.00 | $1.00 | | | 11/28/17 | $4.97 | 7913938 | P-Pod |
| 12/04/17 12:06 JOB PAY - NONREIMBURSABLE | $1.00 | $1.00 | | | 11/30/17 | $5.97 | 7934689 | P-Pod |
| 12/04/17 12:07 JOB PAY - NONREIMBURSABLE | $1.00 | $1.00 | | | 11/29/17 | $6.97 | 7934740 | P-Pod |
| 12/06/17 10:13 JOB PAY - NONREIMBURSABLE | $1.00 | $1.00 | | | 12/04/17 | $7.97 | 7964115 | P-Pod |
| 12/08/17 06:16 REGULAR COMMISSARY PURCHASE | -$7.66 | -$7.66 | | | | $0.31 | 7985871 | |

**INMATE NAME:** REDACTED
**AGENCY #:**
**PERM:**

Page 6 of 25

CCOG00056572

**EXHIBIT 26**
**Page 0829**

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018**

Print Date: 02/19/2019  2:14:30PM

INMATE
AGENCY #:     REDACTED
PERM #:
HOUSING:      RELEASED

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|---|
| 12/08/17 11:58 | $1.00 | $1.00 | | | | | $1.31 | 7992148 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 12/06/17 | | | P-Pod |
| 12/08/17 12:00 | $1.00 | $1.00 | | | | | $2.31 | 7992190 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 12/05/17 | | | P-Pod |
| 12/11/17 11:10 | $1.00 | $1.00 | | | | | $3.31 | 8010935 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 12/07/17 | | | P-Pod |
| 12/13/17 11:41 | $1.00 | $1.00 | | | | | $4.31 | 8037513 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 12/11/17 | | | P-Pod |
| 12/14/17 11:40 | $1.00 | $1.00 | | | | | $5.31 | 8050508 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 12/12/17 | | | P-Pod |
| 12/15/17 06:18 | -$4.09 | -$4.09 | | | | | $1.22 | 8056811 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 12/18/17 11:13 | $1.00 | $1.00 | | | | | $2.22 | 8082914 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 12/13/17 | | | P-Pod |
| 12/19/17 11:44 | $1.00 | $1.00 | | | | | $3.22 | 8097885 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 12/14/17 | | | P-Pod |
| 12/19/17 11:47 | $1.00 | $1.00 | | | | | $4.22 | 8097970 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 12/15/17 | | | P-Pod |
| 12/26/17 06:26 | -$4.22 | -$4.22 | | | | | $0.00 | 8140329 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 12/27/17 09:55 | $1.50 | $1.50 | | | | | $1.50 | 8161182 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 12/20/17 | | | Kitchen |
| 12/27/17 12:25 | $1.50 | $1.50 | | | | | $3.00 | 8165538 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 12/24/17 | | | Kitchen |
| 12/27/17 12:29 | $1.50 | $1.50 | | | | | $4.50 | 8165667 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 12/23/17 | | | Kitchen |
| 12/27/17 12:30 | $1.50 | $1.50 | | | | | $6.00 | 8165788 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 12/22/17 | | | Kitchen |
| 12/28/17 09:09 | $1.50 | $1.50 | | | | | $7.50 | 8174960 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 12/26/17 | | | Kitchen |
| 01/02/18 06:26 | -$6.13 | -$6.13 | | | | | $1.37 | 8194638 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |

INMATE NAME:     REDACTED
AGENCY #:
PERM:

**Page 7 of 25**

CCOG00056573

**EXHIBIT 26**
**Page 0830**

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018**

Print Date: 02/19/2019  2:14:30PM

| INMATE | REDACTED |
|---|---|
| AGENCY #: | |
| PERM #: | |
| HOUSING: | RELEASED |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 01/02/18 11:53 | $1.50 | $1.50 | | | | $2.87 | 8204522 | |
| JOB PAY - NONREIMBURSABLE | | | | | 12/27/17 | | | Kitchen |
| 01/04/18 08:01 | $1.50 | $1.50 | | | | $4.37 | 8233668 | |
| JOB PAY - NONREIMBURSABLE | | | | | 01/02/18 | | | Kitchen |
| 01/04/18 08:12 | $1.50 | $1.50 | | | | $5.87 | 8234013 | |
| JOB PAY - NONREIMBURSABLE | | | | | 12/31/17 | | | Kitchen |
| 01/04/18 08:18 | $1.50 | $1.50 | | | | $7.37 | 8234231 | |
| JOB PAY - NONREIMBURSABLE | | | | | 12/30/17 | | | Kitchen |
| 01/09/18 06:26 | -$6.47 | -$6.47 | | | | $0.90 | 8284878 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 01/09/18 08:13 | $1.50 | $1.50 | | | | $2.40 | 8289287 | |
| JOB PAY - NONREIMBURSABLE | | | | | 01/07/18 | | | Kitchen |
| 01/09/18 08:19 | $1.50 | $1.50 | | | | $3.90 | 8289535 | |
| JOB PAY - NONREIMBURSABLE | | | | | 01/06/18 | | | Kitchen |
| 01/09/18 08:24 | $1.50 | $1.50 | | | | $5.40 | 8289926 | |
| JOB PAY - NONREIMBURSABLE | | | | | 01/05/18 | | | Kitchen |
| 01/09/18 08:51 | $1.50 | $1.50 | | | | $6.90 | 8290995 | |
| JOB PAY - NONREIMBURSABLE | | | | | 01/03/18 | | | Kitchen |
| 01/10/18 09:53 | $1.50 | $1.50 | | | | $8.40 | 8304160 | |
| JOB PAY - NONREIMBURSABLE | | | | | 01/08/18 | | | Kitchen |
| 01/16/18 06:20 | -$7.37 | -$7.37 | | | | $1.03 | 8340825 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 01/17/18 10:04 | $1.50 | $1.50 | | | | $2.53 | 8368545 | |
| JOB PAY - NONREIMBURSABLE | | | | | 01/15/18 | | | Kitchen |
| 01/17/18 10:12 | $1.50 | $1.50 | | | | $4.03 | 8368790 | |
| JOB PAY - NONREIMBURSABLE | | | | | 01/14/18 | | | Kitchen |
| 01/17/18 10:17 | $1.50 | $1.50 | | | | $5.53 | 8368950 | |
| JOB PAY - NONREIMBURSABLE | | | | | 01/13/18 | | | Kitchen |
| 01/19/18 11:54 | $1.50 | $1.50 | | | | $7.03 | 8395495 | |
| JOB PAY - NONREIMBURSABLE | | | | | 01/17/18 | | | Kitchen |
| 01/23/18 06:25 | -$5.88 | -$5.88 | | | | $1.15 | 8421981 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |

| INMATE NAME: | REDACTED |
|---|---|
| AGENCY #: | |
| PERM: | |

Page 8 of 25

CCOG00056574

**EXHIBIT 26**
**Page 0831**

CONFIDENTIAL

| | | | OTAY MESA DETENTION CENTER<br>INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018 | | | | | | Print Date: 02/19/2019  2:14:30PM |
|---|---|---|---|---|---|---|---|---|---|

**INMATE** REDACTED
**AGENCY #:**
**PERM #:**
**HOUSING:** RELEASED

| Transaction<br>Date/Time | Transaction<br>Amount | Deposit/Withdrawl<br>Amount | Collected Cost<br>Recovery | Billed Cost<br>Recovery | Check # | | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|---|
| 01/25/18 11:01 | $1.50 | $1.50 | | | | | $2.65 | 8449773 | |
| JOB PAY - NONREIMBURSABLE | | | | | 01/21/18 | | | | Kitchen |
| 01/25/18 11:03 | $1.50 | $1.50 | | | | | $4.15 | 8449923 | |
| JOB PAY - NONREIMBURSABLE | | | | | 01/20/18 | | | | Kitchen |
| 01/25/18 11:05 | $1.50 | $1.50 | | | | | $5.65 | 8450075 | |
| JOB PAY - NONREIMBURSABLE | | | | | 01/19/18 | | | | Kitchen |
| 01/26/18 09:31 | $1.50 | $1.50 | | | | | $7.15 | 8459881 | |
| JOB PAY - NONREIMBURSABLE | | | | | 01/22/18 | | | | Kitchen |
| 01/26/18 09:39 | $1.50 | $1.50 | | | | | $8.65 | 8460092 | |
| JOB PAY - NONREIMBURSABLE | | | | | 01/23/18 | | | | Kitchen |
| 01/26/18 09:44 | $1.50 | $1.50 | | | | | $10.15 | 8460270 | |
| JOB PAY - NONREIMBURSABLE | | | | | 01/24/18 | | | | Kitchen |
| 02/01/18 10:56 | $1.50 | $1.50 | | | | | $11.65 | 8511307 | |
| JOB PAY - NONREIMBURSABLE | | | | | 01/28/18 | | | | Kitchen |
| 02/01/18 11:11 | $1.50 | $1.50 | | | | | $13.15 | 8511765 | |
| JOB PAY - NONREIMBURSABLE | | | | | 01/30/18 | | | | Kitchen |
| 02/01/18 12:25 | $1.50 | $1.50 | | | | | $14.65 | 8514203 | |
| JOB PAY - NONREIMBURSABLE | | | | | 01/27/18 | | | | Kitchen |
| 02/02/18 11:43 | $1.50 | $1.50 | | | | | $16.15 | 8528266 | |
| JOB PAY - NONREIMBURSABLE | | | | | 01/31/18 | | | | 1 |
| 02/06/18 06:23 | -$15.80 | -$15.80 | | | | | $0.35 | 8557509 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 02/06/18 10:59 | $1.50 | $1.50 | | | | | $1.85 | 8564903 | |
| JOB PAY - NONREIMBURSABLE | | | | | 02/03/18 | | | | Kitchen |
| 02/08/18 09:50 | $1.50 | $1.50 | | | | | $3.35 | 8588118 | |
| JOB PAY - NONREIMBURSABLE | | | | | 2/5/18 | | | | Kitchen |
| 02/08/18 09:51 | $1.50 | $1.50 | | | | | $4.85 | 8588234 | |
| JOB PAY - NONREIMBURSABLE | | | | | 02/06/18 | | | | Kitchen |
| 02/12/18 14:01 | $1.50 | $1.50 | | | | | $6.35 | 8624713 | |
| JOB PAY - NONREIMBURSABLE | | | | | 02/07/18 | | | | Kitchen |
| 02/13/18 06:25 | -$3.82 | -$3.82 | | | | | $2.53 | 8629305 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |

**INMATE NAME:** REDACTED
**AGENCY #:**
**PERM:**                                                                                           Page 9 of 25

CCOG00056575

**EXHIBIT 26**
**Page 0832**

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018**

Print Date: 02/19/2019  2:14:30PM

INMATE
AGENCY #:    REDACTED
PERM #:
HOUSING:    RELEASED

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 02/15/18 08:57 | $1.50 | $1.50 | | | | $4.03 | 8657410 | |
| JOB PAY - NONREIMBURSABLE | | | | | 02/12/18 | | | Kitchen |
| 02/15/18 08:58 | $1.50 | $1.50 | | | | $5.53 | 8657528 | |
| JOB PAY - NONREIMBURSABLE | | | | | 02/11/18 | | | Kitchen |
| 02/15/18 08:59 | $1.50 | $1.50 | | | | $7.03 | 8657648 | |
| JOB PAY - NONREIMBURSABLE | | | | | 02/10/18 | | | Kitchen |
| 02/15/18 09:01 | $1.50 | $1.50 | | | | $8.53 | 8657869 | |
| JOB PAY - NONREIMBURSABLE | | | | | 02/13/18 | | | Kitchen |
| 02/16/18 11:02 | $5.00 | $5.00 | | | | $13.53 | 8674371 | |
| JOB PAY - NONREIMBURSABLE | | | | | 02/15/18-Bonus | | | Kitchen |
| 02/16/18 11:05 | $1.50 | $1.50 | | | | $15.03 | 8674411 | |
| JOB PAY - NONREIMBURSABLE | | | | | 02/14/18 | | | Kitchen |
| 02/20/18 06:22 | -$14.44 | -$14.44 | | | | $0.59 | 8688392 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 02/22/18 12:48 | $1.50 | $1.50 | | | | $2.09 | 8724868 | |
| JOB PAY - NONREIMBURSABLE | | | | | 02/19/18 | | | Kitchen |
| 02/22/18 12:49 | $1.50 | $1.50 | | | | $3.59 | 8724987 | |
| JOB PAY - NONREIMBURSABLE | | | | | 02/18/18 | | | Kitchen |
| 02/22/18 12:50 | $1.50 | $1.50 | | | | $5.09 | 8725101 | |
| JOB PAY - NONREIMBURSABLE | | | | | 02/17/18 | | | Kitchen |
| 02/26/18 06:27 | -$4.49 | -$4.49 | | | | $0.60 | 8747442 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 02/26/18 08:17 | $1.50 | $1.50 | | | | $2.10 | 8752322 | |
| JOB PAY - NONREIMBURSABLE | | | | | 02/21/18 | | | Kitchen |
| 02/27/18 12:15 | $1.50 | $1.50 | | | | $3.60 | 8771344 | |
| JOB PAY - NONREIMBURSABLE | | | | | 02/25/18 | | | Kitchen |
| 02/27/18 12:20 | $1.50 | $1.50 | | | | $5.10 | 8771468 | |
| JOB PAY - NONREIMBURSABLE | | | | | 02/24/18 | | | Kitchen |
| 02/28/18 07:59 | $1.50 | $1.50 | | | | $6.60 | 8777088 | |
| JOB PAY - NONREIMBURSABLE | | | | | 02/26/18 | | | Kitchen |
| 03/02/18 08:56 | $1.50 | $1.50 | | | | $8.10 | 8804864 | |
| JOB PAY - NONREIMBURSABLE | | | | | 02/28/18 | | | Kitchen |

INMATE NAME:    REDACTED
AGENCY #:
PERM:

Page 10 of 25

CCOG00056576

**EXHIBIT 26**
**Page 0833**

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018**

Print Date: 02/19/2019  2:14:30PM

INMATE
AGENCY #:    REDACTED
PERM #:
HOUSING:    RELEASED

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 03/02/18 09:03 | $1.50 | $1.50 | | | | $9.60 | 8805108 | |
| JOB PAY - NONREIMBURSABLE | | | | | 02/27/18 | | | Kitchen |
| 03/06/18 06:19 | -$8.81 | -$8.81 | | | | $0.79 | 8837282 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 03/06/18 08:14 | $1.50 | $1.50 | | | | $2.29 | 8842245 | |
| JOB PAY - NONREIMBURSABLE | | | | | 03/04/18 | | | Kitchen |
| 03/06/18 08:19 | $1.50 | $1.50 | | | | $3.79 | 8842559 | |
| JOB PAY - NONREIMBURSABLE | | | | | 03/03/18 | | | Kitchen |
| 03/07/18 11:03 | $1.50 | $1.50 | | | | $5.29 | 8860607 | |
| JOB PAY - NONREIMBURSABLE | | | | | 03/05/18 | | | Kitchen |
| 03/12/18 10:49 | $1.50 | $1.50 | | | | $6.79 | 8903409 | |
| JOB PAY - NONREIMBURSABLE | | | | | 03/08/18 | | | Kitchen |
| 03/13/18 06:23 | -$5.08 | -$5.08 | | | | $1.71 | 8913696 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 03/13/18 09:52 | $1.50 | $1.50 | | | | $3.21 | 8919021 | |
| JOB PAY - NONREIMBURSABLE | | | | | 03/11/18 | | | Kitchen |
| 03/13/18 09:53 | $1.50 | $1.50 | | | | $4.71 | 8919138 | |
| JOB PAY - NONREIMBURSABLE | | | | | 03/10/18 | | | Kitchen |
| 03/13/18 09:54 | $1.50 | $1.50 | | | | $6.21 | 8919249 | |
| JOB PAY - NONREIMBURSABLE | | | | | 03/09/18 | | | Kitchen |
| 03/14/18 11:47 | $1.50 | $1.50 | | | | $7.71 | 8931542 | |
| JOB PAY - NONREIMBURSABLE | | | | | 03/12/18 | | | Kitchen |
| 03/16/18 10:55 | $1.50 | $1.50 | | | | $9.21 | 8958154 | |
| JOB PAY - NONREIMBURSABLE | | | | | 03/14/18 | | | Kitchen |
| 03/20/18 06:18 | -$9.10 | -$9.10 | | | | $0.11 | 8985594 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 03/20/18 08:11 | $1.50 | $1.50 | | | | $1.61 | 8988658 | |
| JOB PAY - NONREIMBURSABLE | | | | | 03/18/18 | | | Kitchen |
| 03/20/18 08:13 | $1.50 | $1.50 | | | | $3.11 | 8988781 | |
| JOB PAY - NONREIMBURSABLE | | | | | 03/17/18 | | | Kitchen |
| 03/27/18 06:23 | -$2.94 | -$2.94 | | | | $0.17 | 9054594 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |

INMATE NAME:    REDACTED
AGENCY #:
PERM:

Page 11 of 25

CCOG00056577

**EXHIBIT 26**
**Page 0834**

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018**

Print Date: 02/19/2019 2:14:30PM

| INMATE | REDACTED |
|---|---|
| AGENCY #: | |
| PERM #: | |
| HOUSING: | RELEASED |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|---|
| 03/27/18 08:00 | $1.50 | $1.50 | | | | | $1.67 | 9057580 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 03/24/18 | | | Kitchen |
| 03/28/18 08:18 | $1.50 | $1.50 | | | | | $3.17 | 9067776 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 03/26/18 | | | Kitchen |
| 03/28/18 08:19 | $1.50 | $1.50 | | | | | $4.67 | 9067902 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 03/25/18 | | | Kitchen |
| 04/02/18 09:48 | $1.50 | $1.50 | | | | | $6.17 | 9109015 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 03/28/18 | | | Kitchen |
| 04/02/18 09:49 | $1.50 | $1.50 | | | | | $7.67 | 9109173 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 03/27/18 | | | Kitchen |
| 04/03/18 07:50 | $5.00 | $5.00 | | | | | $12.67 | 9126880 | |
| JOB PAY - NONREIMBURSABLE | | | | | 4/01/18-Bonus | | | | Kitchen |
| 04/03/18 07:54 | $1.50 | $1.50 | | | | | $14.17 | 9126939 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 04/01/18 | | | Kitchen |
| 04/03/18 07:55 | $1.50 | $1.50 | | | | | $15.67 | 9127071 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 03/31/18 | | | Kitchen |
| 04/04/18 06:17 | -$7.56 | -$7.56 | | | | | $8.11 | 9138712 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 04/05/18 10:27 | $1.50 | $1.50 | | | | | $9.61 | 9156432 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 04/03/18 | | | Kitchen |
| 04/05/18 10:28 | $1.50 | $1.50 | | | | | $11.11 | 9156543 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 04/02/18 | | | Kitchen |
| 04/09/18 08:23 | $1.50 | $1.50 | | | | | $12.61 | 9187760 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 04/04/18 | | | Kitchen |
| 04/10/18 10:15 | $1.50 | $1.50 | | | | | $14.11 | 9207523 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 04/08/18 | | | Kitchen |
| 04/10/18 10:16 | $1.50 | $1.50 | | | | | $15.61 | 9207647 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 04/07/18 | | | Kitchen |
| 04/11/18 06:18 | -$12.27 | -$12.27 | | | | | $3.34 | 9214341 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 04/12/18 08:07 | $1.50 | $1.50 | | | | | $4.84 | 9229059 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 04/09/18 | | | Kitchen |

| INMATE NAME: | REDACTED |
|---|---|
| AGENCY #: | |
| PERM: | |

Page 12 of 25

CCOG00056578

**EXHIBIT 26**
**Page 0835**

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018**

Print Date: 02/19/2019 2:14:30PM

INMATE
AGENCY #:     REDACTED
PERM #:
HOUSING:      RELEASED

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|---|
| 04/17/18 08:42 | $1.50 | $1.50 | | | | | $6.34 | 9276281 | |
| JOB PAY - NONREIMBURSABLE | | | | | 04/15/18 | | | | Kitchen |
| 04/17/18 09:09 | $1.50 | $1.50 | | | | | $7.84 | 9276935 | |
| JOB PAY - NONREIMBURSABLE | | | | | 04/11/18 | | | | Kitchen |
| 04/18/18 08:01 | $1.50 | $1.50 | | | | | $9.34 | 9287252 | |
| JOB PAY - NONREIMBURSABLE | | | | | 04/16/18 | | | | Kitchen |
| 04/23/18 08:12 | $1.50 | $1.50 | | | | | $10.84 | 9328364 | |
| JOB PAY - NONREIMBURSABLE | | | | | 04/18/18 | | | | Kitchen |
| 04/24/18 08:23 | $1.50 | $1.50 | | | | | $12.34 | 9342210 | |
| JOB PAY - NONREIMBURSABLE | | | | | 04/19/18 | | | | Kitchen |
| 04/24/18 08:25 | $1.50 | $1.50 | | | | | $13.84 | 9342463 | |
| JOB PAY - NONREIMBURSABLE | | | | | 04/21/18 | | | | Kitchen |
| 04/24/18 08:26 | $1.50 | $1.50 | | | | | $15.34 | 9342587 | |
| JOB PAY - NONREIMBURSABLE | | | | | 04/22/18 | | | | Kitchen |
| 04/24/18 14:04 | $1.50 | $1.50 | | | | | $16.84 | 9347793 | |
| JOB PAY - NONREIMBURSABLE | | | | | 04/23/18 | | | | Kitchen |
| 04/25/18 06:17 | -$10.15 | -$10.15 | | | | | $6.69 | 9351908 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 04/27/18 08:02 | $1.50 | $1.50 | | | | | $8.19 | 9373737 | |
| JOB PAY - NONREIMBURSABLE | | | | | 04/25/18 | | | | Kitchen |
| 04/27/18 08:03 | $1.50 | $1.50 | | | | | $9.69 | 9373885 | |
| JOB PAY - NONREIMBURSABLE | | | | | 04/24/18 | | | | Kitchen |
| 05/02/18 10:15 | $1.50 | $1.50 | | | | | $11.19 | 9423027 | |
| JOB PAY - NONREIMBURSABLE | | | | | 04/27/18 | | | | Kitchen |
| 05/02/18 10:19 | $1.50 | $1.50 | | | | | $12.69 | 9423211 | |
| JOB PAY - NONREIMBURSABLE | | | | | 04/28/18 | | | | Kitchen |
| 05/02/18 10:20 | $1.50 | $1.50 | | | | | $14.19 | 9423344 | |
| JOB PAY - NONREIMBURSABLE | | | | | 04/29/18 | | | | Kitchen |
| 05/02/18 10:21 | $1.50 | $1.50 | | | | | $15.69 | 9423480 | |
| JOB PAY - NONREIMBURSABLE | | | | | 04/30/18 | | | | Kitchen |
| 05/03/18 08:11 | $1.50 | $1.50 | | | | | $17.19 | 9435218 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/01/18 | | | | Kitchen |

INMATE NAME:    REDACTED
AGENCY #:
PERM:

Page 13 of 25

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018**

Print Date: 02/19/2019  2:14:30PM

INMATE
AGENCY #: **REDACTED**
PERM #:
HOUSING: RELEASED

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 05/04/18 08:29 | $1.50 | $1.50 | | | | $18.69 | 9449962 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/02/18 | | | Kitchen |
| 05/04/18 08:37 | $1.00 | $1.00 | | | | $19.69 | 9450355 | |
| JOB PAY - NONREIMBURSABLE | | | | | 4/28/18 | | | J-Pod |
| 05/07/18 10:38 | $1.50 | $1.50 | | | | $21.19 | 9471419 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/03/18 | | | Kitchen |
| 05/08/18 09:15 | $1.50 | $1.50 | | | | $22.69 | 9486578 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/04/18 | | | Kitchen |
| 05/08/18 09:25 | $1.50 | $1.50 | | | | $24.19 | 9487059 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/05/18 | | | Kitchen |
| 05/08/18 09:26 | $1.50 | $1.50 | | | | $25.69 | 9487284 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/06/18 | | | Kitchen |
| 05/09/18 06:21 | -$10.09 | -$10.09 | | | | $15.60 | 9496539 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 05/11/18 11:38 | $1.00 | $1.00 | | | | $16.60 | 9528071 | |
| JOB PAY - NONREIMBURSABLE | | | | | 5/8/18 | | | J-pod |
| 05/11/18 11:52 | $1.50 | $1.50 | | | | $18.10 | 9528683 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/08/18 | | | Ktichen |
| 05/11/18 11:53 | $1.50 | $1.50 | | | | $19.60 | 9528799 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/07/18 | | | Kitchen |
| 05/15/18 09:18 | $5.00 | $5.00 | | | | $24.60 | 9558249 | |
| JOB PAY - NONREIMBURSABLE | | | | | 5/14/18-Bonus | | | Kitchen |
| 05/15/18 09:20 | $1.50 | $1.50 | | | | $26.10 | 9558296 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/13/18 | | | Kitchen |
| 05/15/18 09:21 | $1.50 | $1.50 | | | | $27.60 | 9558415 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/10/18 | | | Kitchen |
| 05/15/18 09:25 | $1.50 | $1.50 | | | | $29.10 | 9558598 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/11/18 | | | Kitchen |
| 05/15/18 09:26 | $1.50 | $1.50 | | | | $30.60 | 9558714 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/12/18 | | | Kitchen |
| 05/16/18 06:15 | -$12.76 | -$12.76 | | | | $17.84 | 9566974 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |

INMATE NAME: **REDACTED**
AGENCY #:
PERM:

Page 14 of 25

CCOG00056580

EXHIBIT 26
Page 0837

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018**

Print Date: 02/19/2019 2:14:30PM

| INMATE | REDACTED |
|---|---|
| AGENCY #: | |
| PERM #: | |
| HOUSING: | RELEASED |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 05/16/18 08:37 | $1.50 | $1.50 | | | | $19.34 | 9569103 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/14/18 | | | Kitchen |
| 05/18/18 08:38 | $1.50 | $1.50 | | | | $20.84 | 9595554 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/15/18 | | | Kitchen |
| 05/18/18 08:40 | $1.50 | $1.50 | | | | $22.34 | 9595689 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/16/18 | | | Kitchen |
| 05/22/18 09:00 | $1.50 | $1.50 | | | | $23.84 | 9627855 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/17/18 | | | Kitchen |
| 05/22/18 09:02 | $1.50 | $1.50 | | | | $25.34 | 9627971 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/18/18 | | | Kitchen |
| 05/22/18 09:03 | $1.50 | $1.50 | | | | $26.84 | 9628091 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/19/18 | | | Kitchen |
| 05/22/18 09:05 | $1.50 | $1.50 | | | | $28.34 | 9628247 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/20/18 | | | Kitchen |
| 05/23/18 06:12 | -$5.80 | -$5.80 | | | | $22.54 | 9635632 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 05/24/18 08:15 | $1.50 | $1.50 | | | | $24.04 | 9650232 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/22/18 | | | Kitchen |
| 05/30/18 06:25 | -$21.86 | -$21.86 | | | | $2.18 | 9694241 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 05/30/18 09:53 | $1.50 | $1.50 | | | | $3.68 | 9697328 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/28/18 | | | Kitchen |
| 05/30/18 09:54 | $1.50 | $1.50 | | | | $5.18 | 9697447 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/27/18 | | | Kitchen |
| 05/30/18 09:55 | $1.50 | $1.50 | | | | $6.68 | 9697559 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/23/18 | | | Kitchen |
| 05/30/18 09:56 | $1.50 | $1.50 | | | | $8.18 | 9697667 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/24/18 | | | Kitchen |
| 05/30/18 09:57 | $1.50 | $1.50 | | | | $9.68 | 9697772 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/25/18 | | | Kitchen |
| 05/30/18 09:58 | $1.50 | $1.50 | | | | $11.18 | 9697877 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/26/18 | | | Kitchen |

| INMATE NAME: | REDACTED |
|---|---|
| AGENCY #: | |
| PERM: | |

Page 15 of 25

CCOG00056581

**EXHIBIT 26**
**Page 0838**

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018**

Print Date: 02/19/2019 2:14:30PM

INMATE
AGENCY #: **REDACTED**
PERM #:
HOUSING: RELEASED

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 06/04/18 10:11 | $1.50 | $1.50 | | | | $12.68 | 9743844 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/31/18 | | | Kitchen |
| 06/04/18 10:12 | $1.50 | $1.50 | | | | $14.18 | 9743958 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/29/18 | | | Kitchen |
| 06/04/18 10:13 | $1.50 | $1.50 | | | | $15.68 | 9744089 | |
| JOB PAY - NONREIMBURSABLE | | | | | 05/30/18 | | | Kitchen |
| 06/05/18 08:44 | $1.50 | $1.50 | | | | $17.18 | 9761122 | |
| JOB PAY - NONREIMBURSABLE | | | | | 06/03/18 | | | Kitchen |
| 06/05/18 08:46 | $1.50 | $1.50 | | | | $18.68 | 9761225 | |
| JOB PAY - NONREIMBURSABLE | | | | | 06/01/18 | | | Kitchen |
| 06/05/18 08:47 | $1.50 | $1.50 | | | | $20.18 | 9761332 | |
| JOB PAY - NONREIMBURSABLE | | | | | 06/02/18 | | | Kitchen |
| 06/06/18 06:13 | -$19.02 | -$19.02 | | | | $1.16 | 9770123 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 06/07/18 09:45 | $1.50 | $1.50 | | | | $2.66 | 9787537 | |
| JOB PAY - NONREIMBURSABLE | | | | | 06/04/18 | | | Kitchen |
| 06/07/18 09:46 | $1.50 | $1.50 | | | | $4.16 | 9787641 | |
| JOB PAY - NONREIMBURSABLE | | | | | 06/05/18 | | | Kitchen |
| 06/12/18 07:57 | $1.50 | $1.50 | | | | $5.66 | 9830063 | |
| JOB PAY - NONREIMBURSABLE | | | | | 06/10/18 | | | Kitchen |
| 06/12/18 07:58 | $1.50 | $1.50 | | | | $7.16 | 9830232 | |
| JOB PAY - NONREIMBURSABLE | | | | | 06/09/18 | | | Kitchen |
| 06/12/18 07:59 | $1.50 | $1.50 | | | | $8.66 | 9830399 | |
| JOB PAY - NONREIMBURSABLE | | | | | 06/08/18 | | | Kitchen |
| 06/12/18 08:00 | $1.50 | $1.50 | | | | $10.16 | 9830581 | |
| JOB PAY - NONREIMBURSABLE | | | | | 06/06/18 | | | Kitchen |
| 06/13/18 06:14 | -$3.66 | -$3.66 | | | | $6.50 | 9838745 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 06/14/18 08:57 | $1.50 | $1.50 | | | | $8.00 | 9855271 | |
| JOB PAY - NONREIMBURSABLE | | | | | 06/11/18 | | | Kitchen |
| 06/15/18 11:41 | $1.50 | $1.50 | | | | $9.50 | 9872037 | |
| JOB PAY - NONREIMBURSABLE | | | | | 06/12/18 | | | Kitchen |

INMATE NAME: **REDACTED**
AGENCY #:
PERM:

CCOG00056582

EXHIBIT 26
Page 0839

CONFIDENTIAL

| | | OTAY MESA DETENTION CENTER | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018 | | | | | Print Date: 02/19/2019  2:14:30PM | |

**INMATE**     **REDACTED**
**AGENCY #:**
**PERM #:**
**HOUSING:**    RELEASED

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|---|
| 06/15/18 13:24 | $5.00 | $5.00 | | | | | $14.50 | 9873614 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 06/15/18 | | | Kitchen |
| 06/20/18 06:18 | -$12.99 | -$12.99 | | | | | $1.51 | 9909593 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 06/20/18 16:15 | $1.50 | $1.50 | | | | | $3.01 | 9916585 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 06/13/18 | | | Kitchen |
| 06/20/18 16:16 | $1.50 | $1.50 | | | | | $4.51 | 9916679 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 06/14/18 | | | Kitchen |
| 06/22/18 10:26 | $1.50 | $1.50 | | | | | $6.01 | 9938276 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 6/20/18 | | | Kitchen |
| 06/22/18 10:27 | $1.50 | $1.50 | | | | | $7.51 | 9938382 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 06/19/18 | | | Kitchen |
| 06/22/18 10:28 | $1.50 | $1.50 | | | | | $9.01 | 9938525 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 06/18/18 | | | Kitchen |
| 06/22/18 10:29 | $1.50 | $1.50 | | | | | $10.51 | 9938655 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 06/17/18 | | | Kitchen |
| 06/25/18 12:58 | $1.50 | $1.50 | | | | | $12.01 | 9960778 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 06/23/18 | | | Kitchen |
| 06/25/18 12:59 | $1.50 | $1.50 | | | | | $13.51 | 9960919 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 06/22/18 | | | Kitchen |
| 06/26/18 06:22 | -$10.51 | -$10.51 | | | | | $3.00 | 9967008 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 06/26/18 14:02 | $1.50 | $1.50 | | | | | $4.50 | 9974617 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 06/24/18 | | | Kitchen |
| 07/02/18 09:37 | $1.50 | $1.50 | | | | | $6.00 | 10020687 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 06/25/18 | | | Kitchen |
| 07/03/18 10:23 | $1.50 | $1.50 | | | | | $7.50 | 10039260 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 07/01/18 | | | Kitchen |
| 07/03/18 10:24 | $1.50 | $1.50 | | | | | $9.00 | 10039450 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 06/30/18 | | | Kitchen |
| 07/03/18 10:25 | $1.50 | $1.50 | | | | | $10.50 | 10039613 | |
| JOB PAY - NONREIMBURSABLE | | | | | | 06/29/18 | | | Kitchen |

**INMATE NAME:**   **REDACTED**
**AGENCY #:**
**PERM:**                                                     Page 17 of 25

CCOG00056583

**EXHIBIT 26**
**Page 0840**

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018**

Print Date: 02/19/2019  2:14:30PM

| INMATE | REDACTED |
|---|---|
| AGENCY #: | |
| PERM #: | |
| HOUSING: | RELEASED |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 07/03/18 10:26 | $1.50 | $1.50 | | | | $12.00 | 10039735 | |
| JOB PAY - NONREIMBURSABLE | | | | | 06/28/18 | | | Kitchen |
| 07/03/18 10:28 | $1.50 | $1.50 | | | | $13.50 | 10039884 | |
| JOB PAY - NONREIMBURSABLE | | | | | 06/27/18 | | | Kitchen |
| 07/03/18 10:33 | $1.50 | $1.50 | | | | $15.00 | 10040108 | |
| JOB PAY - NONREIMBURSABLE | | | | | 06/26/18 | | | Kitchen |
| 07/03/18 11:55 | $1.50 | $1.50 | | | | $16.50 | 10041590 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/02/18 | | | Kitchen |
| 07/05/18 06:24 | -$16.11 | -$16.11 | | | | $0.39 | 10052059 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 07/10/18 07:55 | $1.50 | $1.50 | | | | $1.89 | 10106723 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/04/18 | | | Kitchen |
| 07/10/18 07:56 | $1.50 | $1.50 | | | | $3.39 | 10106835 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/03/18 | | | Kitchen |
| 07/11/18 07:48 | $1.50 | $1.50 | | | | $4.89 | 10119221 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/09/18 | | | Kitchen |
| 07/11/18 07:49 | $1.50 | $1.50 | | | | $6.39 | 10119321 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/08/18 | | | Kitchen |
| 07/11/18 07:50 | $1.50 | $1.50 | | | | $7.89 | 10119415 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/07/18 | | | Kitchen |
| 07/11/18 07:50 | $1.50 | $1.50 | | | | $9.39 | 10119513 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/06/18 | | | Kitchen |
| 07/20/18 09:42 | $1.50 | $1.50 | | | | $10.89 | 10218488 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/17/18 | | | Kitchen |
| 07/20/18 09:43 | $1.50 | $1.50 | | | | $12.39 | 10218590 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/16/18 | | | Kitchen |
| 07/20/18 09:44 | $1.50 | $1.50 | | | | $13.89 | 10218682 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/15/18 | | | Kitchen |
| 07/20/18 09:45 | $1.50 | $1.50 | | | | $15.39 | 10218785 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/14/18 | | | Kitchen |
| 07/20/18 09:48 | $1.50 | $1.50 | | | | $16.89 | 10219095 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/11/18 | | | Kitchen |

| INMATE NAME: | REDACTED |
|---|---|
| AGENCY #: | |
| PERM: | |

Page 18 of 25

CCOG00056584

EXHIBIT 26
Page 0841

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018**

Print Date: 02/19/2019 2:14:30PM

INMATE
AGENCY #: REDACTED
PERM #:
HOUSING: RELEASED

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 07/20/18 09:49 | $1.50 | $1.50 | | | | $18.39 | 10219194 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/10/18 | | | Kitchen |
| 07/20/18 10:14 | $1.50 | $1.50 | | | | $19.89 | 10220020 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/19/18 | | | Kitchen |
| 07/24/18 07:02 | $60.00 | $60.00 | | | 02809991861 REDACTED | $79.89 | 10245713 | |
| WESTERN UNION INTERFACE-AUTO ENTERE | | | | | | | | |
| 07/25/18 09:49 | $1.50 | $1.50 | | | | $81.39 | 10259460 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/23/18 | | | Kitchen |
| 07/25/18 09:50 | $1.50 | $1.50 | | | | $82.89 | 10259560 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/22/18 | | | Kitchen |
| 07/25/18 09:51 | $1.50 | $1.50 | | | | $84.39 | 10259653 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/21/18 | | | Kitchen |
| 07/26/18 06:23 | -$17.73 | -$17.73 | | | | $66.66 | 10267062 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 07/27/18 09:04 | $1.50 | $1.50 | | | | $68.16 | 10281438 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/24/18 | | | Kitchen |
| 08/01/18 08:31 | $1.50 | $1.50 | | | | $69.66 | 10319066 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/28/18 | | | Kitchen |
| 08/01/18 09:58 | $1.50 | $1.50 | | | | $71.16 | 10320432 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/29/18 | | | Kitchen |
| 08/01/18 10:01 | $5.00 | $5.00 | | | | $76.16 | 10320559 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/31/18-Bonus | | | Kitchen |
| 08/01/18 10:12 | $5.00 | $5.00 | | | | $81.16 | 10320681 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/31/18-Bonus | | | Kitchen |
| 08/02/18 06:28 | -$22.33 | -$22.33 | | | | $58.83 | 10329092 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 08/06/18 09:27 | $5.00 | $5.00 | | | | $63.83 | 10365730 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/31/18-Bonus | | | Kitchen |
| 08/06/18 09:27 | $1.50 | $1.50 | | | | $65.33 | 10365759 | |
| JOB PAY - NONREIMBURSABLE | | | | | 07/31/2018 | | | Kitchen |
| 08/06/18 09:28 | $1.50 | $1.50 | | | | $66.83 | 10365837 | |
| JOB PAY - NONREIMBURSABLE | | | | | 08/01/18 | | | Kitchen |

INMATE NAME: REDACTED
AGENCY #:
PERM:

Page 19 of 25

CCOG00056585

EXHIBIT 26
Page 0842

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018**

Print Date: 02/19/2019  2:14:30PM

| INMATE | REDACTED |
| --- | --- |
| AGENCY #: | |
| PERM #: | |
| HOUSING: | RELEASED |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 08/09/18 06:15 REGULAR COMMISSARY PURCHASE | -$10.07 | -$10.07 | | | | $56.76 | 10406073 | |
| 08/10/18 09:16 JOB PAY - NONREIMBURSABLE | $1.50 | $1.50 | | | 08/06/18 | $58.26 | 10424247 | Kitchen |
| 08/16/18 06:14 REGULAR COMMISSARY PURCHASE | -$26.56 | -$26.56 | | | | $31.70 | 10480006 | |
| 08/17/18 09:30 JOB PAY - NONREIMBURSABLE | $1.50 | $1.50 | | | 08/15/18 | $33.20 | 10498189 | Kitchen |
| 08/17/18 09:31 JOB PAY - NONREIMBURSABLE | $1.50 | $1.50 | | | 08/14/18 | $34.70 | 10498299 | Kitchen |
| 08/17/18 09:34 JOB PAY - NONREIMBURSABLE | $1.50 | $1.50 | | | 08/11/18 | $36.20 | 10498634 | Kitchen |
| 08/17/18 09:35 JOB PAY - NONREIMBURSABLE | $1.50 | $1.50 | | | 08/09/18 | $37.70 | 10498849 | Kitchen |
| 08/22/18 08:23 JOB PAY - NONREIMBURSABLE | $1.50 | $1.50 | | | 08/16/18 | $39.20 | 10543969 | Kitchen |
| 08/22/18 09:07 JOB PAY - NONREIMBURSABLE | $1.50 | $1.50 | | | 08/17/18 | $40.70 | 10544585 | Kitchen |
| 08/23/18 06:23 REGULAR COMMISSARY PURCHASE | -$12.95 | -$12.95 | | | | $27.75 | 10552705 | |
| 08/23/18 13:10 VOIDED REGULAR PURCHASE | $5.61 | $5.61 | | | | $33.36 | 10560255 | |
| 08/28/18 12:11 JOB PAY - NONREIMBURSABLE | $1.50 | $1.50 | | | 08/27/18 | $34.86 | 10605268 | Kitchen |
| 08/28/18 12:12 JOB PAY - NONREIMBURSABLE | $1.50 | $1.50 | | | 08/26/18 | $36.36 | 10605392 | Kitchen |
| 08/29/18 06:25 REGULAR COMMISSARY PURCHASE | -$13.19 | -$13.19 | | | | $23.17 | 10611900 | |
| 08/30/18 11:28 JOB PAY - NONREIMBURSABLE | $1.50 | $1.50 | | | 08/29/18 | $24.67 | 10627648 | Kitchen |
| 09/05/18 08:30 JOB PAY - NONREIMBURSABLE | $1.50 | $1.50 | | | 09/03/18 | $26.17 | 10676131 | Kitchen |

| INMATE NAME: | REDACTED |
| --- | --- |
| AGENCY #: | |
| PERM: | |

Page 20 of 25

CCOG00056586

EXHIBIT 26
Page 0843

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018**

Print Date: 02/19/2019  2:14:30PM

INMATE
AGENCY #:     REDACTED
PERM #:
HOUSING:      RELEASED

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 09/05/18 08:30 | $1.50 | $1.50 | | | | $27.67 | 10676242 | |
| JOB PAY - NONREIMBURSABLE | | | | | 09/02/18 | | | Kitchen |
| 09/06/18 06:43 | -$14.01 | -$14.01 | | | | $13.66 | 10688457 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 09/10/18 09:13 | $1.50 | $1.50 | | | | $15.16 | 10731245 | |
| JOB PAY - NONREIMBURSABLE | | | | | 09/04/18 | | | Kitchen |
| 09/11/18 09:43 | $1.50 | $1.50 | | | | $16.66 | 10750657 | |
| JOB PAY - NONREIMBURSABLE | | | | | 09/09/18 | | | Kitchen |
| 09/11/18 09:44 | $1.50 | $1.50 | | | | $18.16 | 10750780 | |
| JOB PAY - NONREIMBURSABLE | | | | | 09/08/18 | | | Kitchen |
| 09/11/18 09:47 | $1.50 | $1.50 | | | | $19.66 | 10751016 | |
| JOB PAY - NONREIMBURSABLE | | | | | 09/06/18 | | | Kitchen |
| 09/12/18 13:42 | $1.50 | $1.50 | | | | $21.16 | 10762134 | |
| JOB PAY - NONREIMBURSABLE | | | | | 09/10/18 | | | Kitchen |
| 09/13/18 06:23 | -$2.46 | -$2.46 | | | | $18.70 | 10768064 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 09/20/18 09:48 | $1.50 | $1.50 | | | | $20.20 | 10843469 | |
| JOB PAY - NONREIMBURSABLE | | | | | 09/17/18 | | | Kitchen |
| 09/25/18 06:33 | -$11.18 | -$11.18 | | | | $9.02 | 10888800 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 09/25/18 07:52 | $1.50 | $1.50 | | | | $10.52 | 10891140 | |
| JOB PAY - NONREIMBURSABLE | | | | | 09/23/18 | | | Kitchen |
| 09/25/18 07:53 | $1.50 | $1.50 | | | | $12.02 | 10891288 | |
| JOB PAY - NONREIMBURSABLE | | | | | 09/22/18 | | | Kitchen |
| 09/25/18 07:55 | $1.50 | $1.50 | | | | $13.52 | 10891431 | |
| JOB PAY - NONREIMBURSABLE | | | | | 09/21/18 | | | Kitchen |
| 09/26/18 13:40 | $5.00 | $5.00 | | | | $18.52 | 10907095 | |
| JOB PAY - NONREIMBURSABLE | | | | | 09/25/18-Bonus | | | Kitchen |
| 09/26/18 13:40 | $1.50 | $1.50 | | | | $20.02 | 10907103 | |
| JOB PAY - NONREIMBURSABLE | | | | | 09/24/18 | | | Kitchen |
| 09/27/18 08:21 | $1.50 | $1.50 | | | | $21.52 | 10912934 | |
| JOB PAY - NONREIMBURSABLE | | | | | 09/25/18 | | | Kitchen |

INMATE NAME:    REDACTED
AGENCY #:
PERM:

Page 21 of 25

CCOG00056587

**EXHIBIT 26**
**Page 0844**

CONFIDENTIAL

| | | OTAY MESA DETENTION CENTER | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018 | | | | | Print Date: 02/19/2019 2:14:30PM | |

**INMATE**    REDACTED
**AGENCY #:**
**PERM #:**
**HOUSING:**    RELEASED

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 10/02/18 06:23 | -$5.56 | -$5.56 | | | | $15.96 | 10954161 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 10/02/18 07:42 | $1.50 | $1.50 | | | | $17.46 | 10957279 | |
| JOB PAY - NONREIMBURSABLE | | | | | 09/28/18 | | | Kitchen |
| 10/02/18 10:34 | $1.50 | $1.50 | | | | $18.96 | 10961151 | |
| JOB PAY - NONREIMBURSABLE | | | | | 09/30/18 | | | Kitchen |
| 10/03/18 09:45 | $1.50 | $1.50 | | | | $20.46 | 10973306 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/1/18 | | | Kitchen |
| 10/04/18 08:18 | $1.50 | $1.50 | | | | $21.96 | 10985490 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/2/18 | | | Kitchen |
| 10/09/18 06:25 | -$7.95 | -$7.95 | | | | $14.01 | 11035113 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 10/09/18 08:37 | $1.50 | $1.50 | | | | $15.51 | 11040131 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/7/18 | | | Kitchen |
| 10/09/18 08:39 | $1.50 | $1.50 | | | | $17.01 | 11040429 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/5/18 | | | Kitchen |
| 10/10/18 08:39 | $1.50 | $1.50 | | | | $18.51 | 11053123 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/8/18 | | | Kitchen |
| 10/10/18 13:11 | $1.50 | $1.50 | | | | $20.01 | 11057294 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/9/18 | | | Kitchen |
| 10/16/18 12:44 | $1.50 | $1.50 | | | | $21.51 | 11117418 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/13/18 | | | Kitchen |
| 10/17/18 06:18 | -$19.92 | -$19.92 | | | | $1.59 | 11121801 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 10/17/18 13:48 | $1.50 | $1.50 | | | | $3.09 | 11131804 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/16/18 | | | Kitchen |
| 10/23/18 06:33 | -$2.70 | -$2.70 | | | | $0.39 | 11180864 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 10/23/18 09:00 | $1.50 | $1.50 | | | | $1.89 | 11185148 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/21/18 | | | Kitchen |
| 10/23/18 09:02 | $1.50 | $1.50 | | | | $3.39 | 11185310 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/20/18 | | | Kitchen |

**INMATE NAME:**    REDACTED
**AGENCY #:**
**PERM:**

Page 22 of 25

CCOG00056588

EXHIBIT 26
Page 0845

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018**

Print Date: 02/19/2019 2:14:30PM

**INMATE**
**AGENCY #:** REDACTED
**PERM #:**
**HOUSING:** RELEASED

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 10/23/18 09:04 | $1.50 | $1.50 | | | | $4.89 | 11185474 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/19/18 | | | Kitchen |
| 10/24/18 10:01 | $1.50 | $1.50 | | | | $6.39 | 11198449 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/22/18 | | | Kitchen |
| 10/24/18 14:03 | $1.50 | $1.50 | | | | $7.89 | 11202025 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/23/18 | | | Kitchen |
| 10/29/18 06:22 | -$7.36 | -$7.36 | | | | $0.53 | 11228216 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 10/30/18 08:11 | $1.50 | $1.50 | | | | $2.03 | 11249554 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/28/18 | | | Kitchen |
| 10/30/18 08:13 | $1.50 | $1.50 | | | | $3.53 | 11249708 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/27/18 | | | Kitchen |
| 11/01/18 09:02 | $1.50 | $1.50 | | | | $5.03 | 11271269 | |
| JOB PAY - NONREIMBURSABLE | | | | | 10/29/18 | | | Kitchen |
| 11/06/18 06:32 | -$4.98 | -$4.98 | | | | $0.05 | 11320587 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 11/06/18 10:32 | $1.50 | $1.50 | | | | $1.55 | 11328127 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/3/18 | | | Kitchen |
| 11/06/18 10:33 | $1.50 | $1.50 | | | | $3.05 | 11328235 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/4/18 | | | Kitchen |
| 11/06/18 10:35 | $1.50 | $1.50 | | | | $4.55 | 11328345 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/2/18 | | | Kitchen |
| 11/06/18 13:58 | $1.50 | $1.50 | | | | $6.05 | 11331817 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/5/18 | | | Kitchen |
| 11/09/18 13:25 | $1.50 | $1.50 | | | | $7.55 | 11371489 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/8/18 | | | Kitchen |
| 11/13/18 06:32 | -$7.53 | -$7.53 | | | | $0.02 | 11384717 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 11/14/18 08:09 | $1.50 | $1.50 | | | | $1.52 | 11409465 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/11/18 | | | Kitchen |
| 11/14/18 09:12 | $1.50 | $1.50 | | | | $3.02 | 11410733 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/10/18 | | | Kitchen |

**INMATE NAME:** REDACTED
**AGENCY #:**
**PERM:**

Page 23 of 25

CCOG00056589

**EXHIBIT 26**
**Page 0846**

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018**

Print Date: 02/19/2019  2:14:30PM

| INMATE | |
|---|---|
| AGENCY #: | REDACTED |
| PERM #: | |
| HOUSING: | RELEASED |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 11/14/18 09:13 | $1.50 | $1.50 | | | | $4.52 | 11410852 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/9/18 | | | Kitchen |
| 11/16/18 13:34 | $1.50 | $1.50 | | | | $6.02 | 11443014 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/12/18 | | | Kitchen |
| 11/18/18 04:20 | -$4.32 | -$4.32 | | | | $1.70 | 11446776 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 11/19/18 14:12 | $1.50 | $1.50 | | | | $3.20 | 11469894 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/15/18 | | | Kitchen |
| 11/20/18 12:12 | $1.50 | $1.50 | | | | $4.70 | 11483795 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/19/18 | | | Kitchen |
| 11/21/18 13:41 | $1.50 | $1.50 | | | | $6.20 | 11495889 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/20/18 | | | Kitchen |
| 11/27/18 06:33 | -$2.65 | -$2.65 | | | | $3.55 | 11533689 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 11/27/18 13:12 | $1.50 | $1.50 | | | | $5.05 | 11541766 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/21/18 | | | Kitchen |
| 11/28/18 07:23 | $1.50 | $1.50 | | | | $6.55 | 11549535 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/25/18 | | | Kitchen |
| 11/28/18 07:26 | $1.50 | $1.50 | | | | $8.05 | 11549721 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/24/18 | | | Kitchen |
| 12/04/18 06:31 | -$2.55 | -$2.55 | | | | $5.50 | 11605978 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 12/04/18 08:00 | $1.50 | $1.50 | | | | $7.00 | 11609616 | |
| JOB PAY - NONREIMBURSABLE | | | | | 12/2/18 | | | Kitchen |
| 12/04/18 08:02 | $1.50 | $1.50 | | | | $8.50 | 11609928 | |
| JOB PAY - NONREIMBURSABLE | | | | | 12/1/18 | | | Kitchen |
| 12/04/18 08:04 | $1.50 | $1.50 | | | | $10.00 | 11610065 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/29/18 | | | Kitchen |
| 12/04/18 08:05 | $1.50 | $1.50 | | | | $11.50 | 11610200 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/28/18 | | | Kitchen |
| 12/04/18 08:06 | $1.50 | $1.50 | | | | $13.00 | 11610312 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/27/18 | | | Kitchen |

| INMATE NAME: | REDACTED |
|---|---|
| AGENCY #: | |
| PERM: | |

Page 24 of 25

CCOG00056590

**EXHIBIT 26**
**Page 0847**

CONFIDENTIAL

**OTAY MESA DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/22/2017 to 12/12/2018**

Print Date: 02/19/2019  2:14:30PM

**INMATE**
**AGENCY #:**     REDACTED
**PERM #:**
**HOUSING:**     RELEASED

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 12/04/18 08:08 | $1.50 | $1.50 | | | | $14.50 | 11610427 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/26/18 | | | Kitchen |
| 12/05/18 07:13 | $1.50 | $1.50 | | | | $16.00 | 11621917 | |
| JOB PAY - NONREIMBURSABLE | | | | | 12/3/18 | | | Kitchen |
| 12/06/18 13:37 | $1.50 | $1.50 | | | | $17.50 | 11640050 | |
| JOB PAY - NONREIMBURSABLE | | | | | 11/30/18 | | | Kitchen |
| 12/07/18 12:01 | $1.50 | $1.50 | | | | $19.00 | 11655623 | |
| JOB PAY - NONREIMBURSABLE | | | | | 12/4/18 | | | Kitchen |
| 12/11/18 06:23 | $1.50 | $1.50 | | | | $20.50 | 11686044 | |
| JOB PAY - NONREIMBURSABLE | | | | | 12/8/18 | | | Kitchen |
| 12/11/18 06:24 | $1.50 | $1.50 | | | | $22.00 | 11686233 | |
| JOB PAY - NONREIMBURSABLE | | | | | 12/7/18 | | | Kitchen |
| 12/11/18 06:29 | -$9.34 | -$9.34 | | | | $12.66 | 11686875 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 12/11/18 12:56 | $1.50 | $1.50 | | | | $14.16 | 11695290 | |
| JOB PAY - NONREIMBURSABLE | | | | | 12/9/18 | | | Kitchen |
| 12/12/18 10:48 | -$14.16 | -$14.16 | | | REDACTED | $0.00 | 11704584 | |
| RELEASE - CASH | | | | | | | | |

| CURRENT ACCOUNT BALANCES | |
|---|---|
| **ACCOUNT** | **BALANCE** |
| INMATE FUND | $0.00 |
| INMATE ESCROW FUND | $0.00 |
| **Total Balance:** | **$0.00** |

**INMATE NAME:**     REDACTED
**AGENCY #:**
**PERM:**

Page 25 of 25

CCOG00056591

**EXHIBIT 26**
**Page 0848**

**EXHIBIT 27**

**EXHIBIT 27**

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CaCCC** | | | | | | | | | | | | | | |
| **CADC** | | | | | | | | | | | | | | |
| **CAFCC** | | | | | | | | | | | | | | |
| **CCCC** | | | | | | | | | | | | | | |
| **CCDC** | | | | | | | | | | | | | | |
| **ElDC** | | | | | | | | | | | | | | |
| **EDC** | | | | | | L | L | H | | L | | | | |
| **FCC** | | | | | | | H | | | | | | | |
| **HCDC** | | | | | | | | | | | | | | |
| **HPC** | | | C | | C | | | C, H | | | | | | |
| **LPCC** | | | P | | | | | | | | | | | |
| **LPC** | | | | | P | | | | | | H | | | |
| **NSDC** | | | | | | | | | | | | | | |
| **NGDC** | | | | P | | | | | | | | | | |
| **NEOCC** | P | | | | | | | | | | | | | |
| **OMDC** | | | | | | | | | | P | | C, D, F | C, D, F, H | |
| **SDCF** | | H | | | | | C | C | | X | | | | |
| **STFRC** | | | | | | | | | | | | | | |
| **SDC** | P | | | | C, P | | | C, L | L | | | P | L | |
| **TDHRC** | | | | | | | | | | | | | | |
| **TCCF** | | | | | | | | | | | | | | |
| **TCDF** | | | | | | | | | | | | | | |
| **WCDC** | | | | | | | | | | | | | | |
| **WTDF** | | | | | | | | | | | | | | |

C     Commissary History
D     Declaration
F     Detainee File
H     Handbook
L     Disciplinary Log
P     Policy/Post Order

**EXHIBIT 27**
**Page 0849**

**EXHIBIT 28**

**EXHIBIT 28**

```
 1              UNITED STATES DISTRICT COURT

 2            SOUTHERN DISTRICT OF CALIFORNIA

 3      _____

 4      SYLVESTER OWINO, on behalf of

 5      themselves, and all others similarly

 6      situated, et al.,

 7                      Plaintiff,

 8          vs.           Case No. 3:17-cv-01112-JLS-NLS

 9      CORECIVIC, INC., a Maryland

10       corporation,

11

12                      Defendant.

13      _____

14

15            THE DEPOSITION OF JASON ELLIS

16                 MARCH 4, 2019

17

18

19

20

21      Reported By:

22      PATRICIA A. NILSEN,

23      RMR, CRR, CRC

24      Job No. 3225918

25      Pages 1 - 270
```

Page 1

EXHIBIT 28
Page 0850

```
 1          A.      Yes.

 2          Q.      And do you know what time frame that was?

 3          A.      I'm familiar with one site, which is the

 4       Citrus County Detention Center, which is one of my

 5       jail/detention centers in the state of Florida.

 6       And they held ICE detainees, that I'm aware of, in

 7       early 2000 -- late 1990s, early 2000 period.

 8          Q.      Okay.  So I want to make sure we have an

 9       agreement about some nomenclature, so we both

10       understand what's being discussed.  When we say

11       "ICE detainees," what's your understanding of a

12       person who is an ICE detainee?

13          A.      My understanding of a person that is

14       classified as an ICE detainee is someone that's

15       designated by our partner, ICE, to be housed or

16       detained in one of our facilities, pending a final

17       determination or a decision.

18          Q.      I'm sorry, pending a final ...

19          A.      A final determination to their sentence or

20       final determination of their current

21       classification, pending asylum, etc.  They're not

22       sentenced, or most are not sentenced, that I'm

23       aware of.  Some are, but most of them are just

24       detainees.

25          Q.      So just so I'm clear, when you say "most
```

Page 20

**EXHIBIT 28**
**Page 0851**

1       are not sentenced," I take it most of the ICE

2       detainees are being detained by ICE, but they're

3       not been charged with a -- a crime?

4       A.      That's -- that's correct.  That's my

5       understanding.

6       Q.      Okay.  They may be held based on their

7       status, their immigration status, related to being

8       in the United States, correct?

9       A.      That's correct.

10      Q.      Okay.  Whereas when you have -- when you

11      have someone detained by the US Marshals who are

12      charged with a crime, how -- how would you refer to

13      them?

14      A.      I would refer to a US Marshal's

15      detainee -- US Marshal Service detainee as somebody

16      that we house on behalf of the US Marshal Service.

17      And -- and most are detainees, if not all

18      detainees.  They're pending the -- the resolution

19      of their current sentence or current case.

20              I see them as -- I view them as detainees

21      as well.

22      Q.      Okay.  But in -- in that case, if -- if an

23      individual, to your understanding, is a US Marshal

24      detainee, they either have a criminal charge

25      against them or have a -- a sentence; is that

                                              Page 21

EXHIBIT 28
Page 0852

1           correct?

2           A.      That -- that's my understanding, correct.

3           Q.      Do you ever refer to anyone in the

4           facilities you oversee as "inmates"?

5           A.      Can you repeat the question?

6           Q.      Sure.  Do you ever refer to anyone who are

7           in any of the facilities that you oversee as

8           "inmates"?

9           A.      I refer to the persons in our detention or

10          jail facilities as inmates.  At least the majority

11          of them.  We have some US Marshal detainees at the

12          Citrus County location and some at the Silverdale

13          location in Chattanooga.  Those are jail/detention

14          centers.  But we house US Marshal detainees at both

15          sites.

16          Q.      Okay.  All right.  So just so we're clear

17          with our nomenclature, would I be correct that if I

18          use the phrase "ICE detainees," those individuals

19          are not the ones being retained -- or detained by

20          the US Marshal Service and are not, for the most

21          part -- the majority of them are not charged with a

22          crime?

23          A.      Correct.

24          Q.      If we use "US Marshal detainees," those

25          folks are -- are folks who have been charged with a

                                            Page 22

EXHIBIT 28
Page 0853

```
 1          Q.        In those -- in that experience in more
 2          than one facility, when you've looked at policies,
 3          were there some common policies that you saw?
 4          A.        As a warden, there were -- when I was a
 5          warden, reflecting back on when I was a warden, I
 6          saw policies that were either exact or very
 7          similar, appeared to be exact or very similar in
 8          nature.
 9          Q.        Okay.  To your understanding, is one of
10          the standard policies a sanitation policy?
11          A.        Correct.
12          Q.        And how -- how about a discipline policy?
13          A.        There is a disciplinary policy in
14          CoreCivic.
15          Q.        Are you familiar with the -- the phrase
16          "voluntary work program"?
17          A.        I am familiar with that phrase.
18          Q.        Okay.  Are you aware of standard policies
19          related to the voluntary work program?
20          A.        I am aware of the performance-based
21          national detention standards that governs our ICE
22          facilities, our ICE contracts, and the voluntary
23          work program standards, and I'm aware of the -- the
24          applicable policies with CoreCivic to support the
25          partner standard.
```

Page 75

```
1         Q.      So -- and the partner here is ICE?

2         A.      Correct.

3         Q.      I just want to --

4         A.      I'm with you.

5         Q.      I want to be careful.

6                 So I take it ICE has certain standards, to

7         your understanding, for a voluntary work program,

8         correct?

9         A.      Correct.

10        Q.      And CoreCivic has policies and procedures

11        regarding the voluntary work program, correct?

12        A.      Correct.  As a -- as a direct result of

13        the performance-based national detention standards.

14        Q.      And the performance-based national --

15        A.      Detention standards.

16        Q.      -- detention -- who issues that?

17        A.      ICE.

18        Q.      And to your knowledge, are -- has any

19        facility modified the voluntary work program

20        policies and procedures that CoreCivic has

21        developed?

22                      MR. STRUCK:  Form.

23        A.      I'm sorry.  To my knowledge, has any of

24        the facilities modified any of the voluntary work

25        policies that's been designated for them?
```

Page 76

EXHIBIT 28
Page 0855

1      Q.      No.

2      A.      Or their site at -- can you repeat the

3      question?

4      Q.      Yeah, let me see if I can rearrange this

5      here.

6              So as I understand your testimony, ICE has

7      certain standards and policies regarding the

8      voluntary work program that's referenced in the

9      performance-based --

10     A.      National detention standards.

11     Q.      Is that correct?

12     A.      That's correct.

13     Q.      Okay.  As a result of that, CoreCivic, in

14     its facility support center, has developed some

15     standard voluntary work program policies and

16     procedures to comply with ICE's policies?

17     A.      Correct.

18     Q.      Okay.  Next question is:  To your

19     knowledge, do you know of any facilities who have

20     modified those standard policies and procedures

21     issued by CoreCivic?

22              MR. STRUCK:  Form.

23     A.      I don't -- I don't recall any facilities

24     that have modified the voluntary work program

25     policy or standard.  They -- they wouldn't have the

Page 77

```
1         ability to do that without authorization.
2         Q.      And that's without authorization of the
3         facility support center?
4         A.      It would be authorized by the facility
5         support center in conjunction with our partner's
6         demands.
7         Q.      Meaning ICE?
8         A.      Meaning ICE.
9         Q.      And to your knowledge, that -- that's not
10        happened; in other words --
11                MR. STRUCK:  Form.
12        Q.      -- to your knowledge, there's no specific
13        modification by a CoreCivic facility that has asked
14        for an alteration of those policies and procedures?
15                MR. STRUCK:  Form.
16        A.      I'm unaware of any request by facilities.
17        I'm unaware of any facility warden that has
18        modified that policy to be in conflict with its
19        intended meaning.
20        Q.      Okay.  So I take -- would it be the case,
21        then, at least to your understanding, that the
22        policies and procedures regarding the voluntary
23        work program -- are you all right?
24                Is it your understanding, then, that the
25        implementation of policies and procedures regarding
```

Page 78

1    the voluntary work program at CoreCivic facilities

2    would be the same, regardless of the facility?

3              MR. STRUCK:  Form.

4    A.        The implementation of -- the voluntary

5    work force policies would be in accordance with the

6    policies which are created in support of the PBNDS

7    standards.

8    Q.        Which are the ICE standards?

9    A.        Which are the ICE standards.

10   Q.        So you would not expect any facility to

11   alter from that, correct?

12   A.        I would not expect any facility to alter

13   from that requirement.

14   Q.        Okay.  What is your understanding of the

15   voluntary work program?

16              MR. STRUCK:  Form.

17   A.        Can you be more specific?

18   Q.        Well, we've been using it, so I want to

19   get -- you know, I want to get an understanding

20   of -- how -- if somebody said, "What is the

21   voluntary work program," how would you describe it?

22   A.        So I would describe the -- the voluntary

23   work program as an opportunity for an ICE detainee

24   to work, when he or she doesn't have to work, and

25   be compensated accordingly, at a minimum of -- of

Page 79

EXHIBIT 28
Page 0858

1    Q.      I take it you would make a distinction

2    between the two?

3    A.      I would -- I do.  I make a distinction

4    between maintenance and -- and cleaning, yes.

5    Q.      Okay.  How do -- how does a detainee, an

6    ICE detainee, volunteer for work assignments?

7    A.      An ICE detainee goes through orientation

8    after they're received at the facility, or the

9    applicable facility, and they're advised of

10   voluntary work opportunities.  And they have the

11   ability to sign up at any point during their stay

12   for a particular job assignment.  So they can

13   verbally tell somebody in their housing unit, or

14   they can submit a written request saying that

15   they're interested in a job.

16   Q.      If they've identified a job, and it's

17   approved, do they sign work agreements?

18   A.      Yes.  They are required to sign a work

19   agreement stating that they are volunteering to

20   work.

21           MR. STRUCK:  Just wanted to note for

22   the record that Robert Teel is appearing via

23   Veritext in the deposition.

24           MS. RIDLEY:  Fair enough.

25   Q.      The wording of the work agreement, where

Page 83

```
1        does that come from?

2                    MR. STRUCK:  Form.  Foundation.

3        A.       Everything has to be in compliance with

4        the performance-based national detention standards.

5        They outline the ability for a detainee to work.

6                 At facilities, there are specific

7        nomenclature or verbiage that goes about supporting

8        the applicable work assignment, to ensure that it's

9        fair, they're working in a -- in a safe area,

10       they're working in a secure area; and if at any

11       time they get tired of working or choose not to

12       work anymore, i.e. no longer volunteer, then --

13       then they can stop working or quit at any time.

14       Q.       I appreciate that, but that wasn't my

15       question.  We talked about their actual work

16       agreements that exist, correct?

17       A.       Yes.

18       Q.       These are written --

19       A.       Yes.

20       Q.       And a detainee who's going to do work

21       under the voluntary work program is to sign that,

22       correct?

23       A.       Correct.

24       Q.       Did the facility create -- does each

25       facility create that, or is that something that
```

Page 84

EXHIBIT 28
Page 0860

```
 1          comes from the facility support?
 2          A.      It's my understanding --
 3                      MR. STRUCK:  Form.
 4          A.      It's my understanding that the facilities
 5          initiate the creation of that, or create that form,
 6          and it's approved by the facility support center
 7          and the policies, applicable policies.  And also
 8          approved by ICE.
 9          Q.      Okay.  And when does an ICE detainee who's
10          going to work within the voluntary work program
11          sign the agreement?
12                      MR. STRUCK:  Form.
13          A.      They are required to sign the agreement
14          before they begin work.
15          Q.      And who maintains the agreements?  In
16          other words, are they kept at the facility?  Are
17          they kept at the facility support center?
18                      MR. STRUCK:  Form.
19          A.      It's my understanding that they are
20          retained at each of the facilities.
21          Q.      Do you have -- do you have an
22          understanding of the percentage of ICE detainees
23          who participate in the voluntary work program?
24                      MR. STRUCK:  Form.
25          A.      I do not.
```

Page 85

EXHIBIT 28
Page 0861

```
1        they would have access, or do have access to that.
2        Q.       Okay.  Is there a department at the
3        facility support center that would be likely to
4        have that access?
5        A.       There's a -- there's a business department
6        at the FSC that have business managers that oversee
7        the facility.  I believe they would have access to
8        that information.
9        Q.       If I'm an ICE detainee who's in the
10       voluntary work program, so I -- well, strike that.
11              If I'm an ICE detainee, and I'm in the
12       voluntary work program, is it the case that I will
13       pay -- be paid at least a dollar a day for the work
14       that I'm doing?
15       A.       Yes.
16       Q.       Okay.  Is there any ICE detainee in the
17       voluntary work program that receives zero dollars
18       for that work?
19       A.       For the voluntary work program?
20       Q.       Yes.
21       A.       No.  They shouldn't.  Policy does not
22       allow for that.
23       Q.       Okay.
24       A.       And the standards.
25       Q.       Okay.  What is -- to your understanding,
```

Page 91

```
1        Q.       Right.

2        A.       I'm not sure of any others.

3        Q.       Okay.  Are you aware of any CoreCivic

4     facility that provides bonuses to ICE detainees

5     performing voluntary work, or performing work in

6     the voluntary work program?

7                     MR. STRUCK:  Form.

8        A.       It's my understanding that there were

9     extra incentives or bonuses that were provided

10    by -- at the Otay Mesa facility in the past.

11       Q.       Other than Otay Mesa, are you aware of any

12    other facility that has done that?

13       A.       I believe Stewart has done that, but I'm

14    not sure.

15       Q.       Okay.  Other than Otay Mesa and Stewart,

16    any other facility that has provided bonuses?

17       A.       To my knowledge, I'm not aware of any

18    others.

19       Q.       Okay.  Do you have an understanding of

20    what bonuses were provided by Otay Mesa to ICE

21    detainees performing work in the voluntary work

22    program?

23       A.       It's my understanding that in the form of

24    a bonus, some detainees were provided with extra

25    popcorn, with gift cards or phone cards -- not gift
```

Page 94

1    Q.      And would they purchase that through the

2    commissary?

3    A.      Yes.

4    Q.      Okay.  So if someone was getting a bonus

5    by way of minutes on a phone card, that would go

6    into their general account, I take it?

7    A.      I don't know if the money would be

8    deposited into their account and it would result in

9    them then being issued a phone card, or if the

10   phone card has a certain amount of money on it, and

11   it's just provided to the detainee and it's not put

12   on their books.

13           But they can utilize a phone card or a

14   phone card number, so I'm not sure if it's

15   actually -- the money is actually deposited to

16   their account or if it's separate from that.

17   Q.      Would a detainee hold the -- the phone

18   card on their person while in the facility?

19   A.      I'm not sure if they would or not.  I'm

20   not sure if -- if they're given a number, or

21   they're actually -- they're given an actual phone

22   card.

23   Q.      Okay.  All right.

24           When an ICE detainee is performing work in

25   the voluntary work program, are they given any

Page 98

```
 1          statements of the amount of money that they've
 2          earned?
 3                      MR. STRUCK:  Form.
 4          A.      Each detainee should have access to their
 5          account.  Whether they work or not, they should be
 6          able to access their account to see how much money
 7          they have in their account.
 8          Q.      And if -- if I were a detainee and I had
 9          an account, how would I do that?
10          A.      In most facilities that I'm aware of,
11          there is an OMS or a CORES account, and I believe
12          the CORES account stands for correctional offender
13          and resident electronic system, or so, or offender
14          management system.
15                  It's -- it's their ability to go to access
16          a kiosk.  Most of those are located in their -- in
17          their specific housing pods or housing units, and
18          they're able to -- to query or to see how much
19          money is in their account.
20          Q.      In the kiosk?
21          A.      In the -- yes, in the kiosk, or via the
22          kiosk.
23          Q.      What's an OMS?
24          A.      Offender management system.
25          Q.      Okay.
```

Page 99

EXHIBIT 28
Page 0865

```
1        A.       That's -- that's CoreCivic's system to --
2     to track detainees, inmates, etc., and to -- to
3     keep up with the moneys they have and, you know,
4     their -- their charges, their history, etc.
5        Q.       Okay.  Other than going to the kiosk to
6     access my account, would I ever be given a written
7     statement of the money I've earned over a period of
8     time through the voluntary work program?
9        A.       It's possible they'd be given a -- a
10    written receipt of the money that they've earned.
11       Q.       When you say "it's possible," is that a --
12    the regular course?
13       A.       I don't know if that's a requirement.
14       Q.       Okay.
15       A.       If they have -- if they have access to it,
16    I'm not sure that we would require us to print a
17    paper copy.
18       Q.       You haven't seen that as a standard
19    practice, I take it?
20       A.       I don't recall that as a standard
21    practice.
22       Q.       Okay.  Who -- who pays the ICE detainees
23    who are in the voluntary work program?
24                     MR. STRUCK:  Form.
25       A.       CoreCivic is responsible for providing
```

Page 100

EXHIBIT 28
Page 0866

1     them with the earned revenue as a result of the

2     voluntary work program.

3     Q.      Okay.  If I'm an ICE detainee at a

4     facility, and I've been participating in the

5     voluntary work program, the money's been put in my

6     account, and for whatever reason I'm leaving the

7     facility, what happens to the money in that

8     account?

9     A.      The detainees are requested to provide a

10    future address so that we can send them or the

11    facilities can forward them moneys.  Typically when

12    a detainee leaves, they are provided with

13    everything, all the money in their account,

14    everything that they're -- they've earned.

15            If for some reason not everything has been

16    posted to their account, if they -- as an example,

17    if they were to leave tomorrow morning and they

18    worked today, if the business office knows that

19    they're leaving tomorrow morning, they would do

20    everything that they could to put that money on

21    their -- their account so that they would leave

22    with everything that they've earned and all the

23    money that they have.

24            If for some reason that didn't occur, we

25    ask the detainees to provide a future address so we

Page 101

```
1              can send that money to them.
2              Q.       Okay.  So just -- I take it there's a --
3              you talked about the processing of -- of detainees
4              into facilities, right?  I'm assuming there's a
5              process for detainees leaving the facility?
6              A.       That's correct.
7              Q.       Okay.  Can you describe for me that
8              process.
9              A.       At a minimum, it involves the detainees
10             turning a lot of their issued clothing in, turning
11             that in, and all of the -- the property that
12             they've been provided by the facility and
13             CoreCivic, exchanging that, turning that -- that
14             property back in and getting everything that they
15             came in with, so that they can leave with
16             everything that they've brought into the facility,
17             to include everything that they've earned and the
18             money that they've earned, if they were part of
19             the -- the voluntary work program.
20             Q.       And so if I'm leaving, am I -- in the
21             normal course, am I given a -- a check or cash for
22             the money that remains in my account?
23             A.       It's my understanding they're given cash.
24             Q.       Okay.
25             A.       That's my understanding, because -- I
```

                                                    Page 102

EXHIBIT 28
Page 0868

1          CoreCivic could pay the ICE detainee in the

2          voluntary work program?

3          A.        To my knowledge, no.  There's no

4          limitation of what can be paid.

5                       MR. STRUCK:  Late objection to form.

6          A.        Paid per hour, or paid in total?

7          Q.        Either.

8          A.        No.  To my knowledge, there's no -- no

9          requirement.

10         Q.        Does CoreCivic decide what job assignment

11         an ICE detainee will work?

12                       MR. STRUCK:  Form.

13         A.        CoreCivic decides what job opportunities

14         are available for those that want to participate in

15         the voluntary work assignment, with ICE's approval.

16         Q.        So let's say -- let's say a facility

17         wants -- has available folks to work in maintenance

18         and food services, right?  And let's say they

19         had -- that facility had a few ICE detainees who

20         wanted to participate.  Is it the facility,

21         CoreCivic facility, that determines which of those

22         detainees would do which of the work?

23                       MR. STRUCK:  Form.

24         A.        The detainees apply for certain job

25         details.  So it -- it begins with them, their

Page 115

```
 1        willingness to work a particular job.  So that --
 2        that's where it initiates.  And then CoreCivic,
 3        after they volunteer, would make determinations if
 4        they're able to perform those specific job details.
 5        Q.      Okay.  And if an ICE detainee said, "I'm
 6        willing to work either in the food service or
 7        maintenance," would it be CoreCivic to determine
 8        which one that -- the detainee would actually do
 9        the work at?
10                    MR. STRUCK:  Form.
11        A.      It would be in conjunction with -- with
12        the detainee and medical and -- and other people to
13        ensure that they're capable of -- of working in
14        those particular areas.
15        Q.      You mentioned medical.  Would medical be
16        involved in order to determine whether or not the
17        ICE detainee could actually do the work?
18        A.      Medical would be involved for food service
19        details.
20        Q.      Okay.
21        A.      And maybe some other details, but I know
22        of food service.
23        Q.      Okay.  If any job within the voluntary
24        work program required safety equipment -- you know,
25        goggles, gloves -- who would supply that?
```

Veritext Legal Solutions
866 299-5127

EXHIBIT 28
Page 0870

1          Who would decide how those slots would be

2     filled and who would fill them?

3     A.       It's my understanding the -- the

4     supervisory staff, between the contractor and

5     CoreCivic staff, would make that determination,

6     based on what the detainees are volunteering for

7     and what their certain abilities are.

8     Q.       And -- and if they said they were

9     interested in either, would it ultimately come down

10    to CoreCivic staff and any contractor, if they were

11    involved?

12    A.       Yes.

13             MR. STRUCK:  Form and foundation.

14    Q.       You mentioned earlier on, when we were

15    talking about your own experience about shifts,

16    right, and -- well, let me ask you this:  When --

17    if there is an ICE detainee who is doing work in

18    the voluntary work program and has an eight-hour

19    shift, okay -- because you said it wouldn't be more

20    than eight hours, correct?

21    A.       Wouldn't be more than eight hours a day,

22    correct.

23    Q.       Right.  And there are some ICE detainees

24    in the voluntary work program who work an

25    eight-hour shift, correct?

Veritext Legal Solutions
866 299-5127

EXHIBIT 28
Page 0871

```
1                         MR. STRUCK:  Form.

2       A.       I'm not -- I'm not sure.

3       Q.       When you have common -- common areas,

4       who's responsible for cleaning the common areas?

5                         MR. STRUCK:  Form.

6       A.       Which common areas are you referring to?

7       Just -- like in the dorms, or the units?

8       Q.       Yeah.

9       A.       The voluntary work program, the detainees

10      that are -- are paid to work according to voluntary

11      work program are usually assigned to cleaning those

12      common areas.

13      Q.       Okay.  As opposed to -- there are certain

14      direct areas, right, for an inmate; sometimes

15      they're called pods.  Do -- do you know what I'm

16      referring to?

17                        MR. STRUCK:  Form.

18      A.       I'm sorry.  There are certain direct

19      areas?

20      Q.       Let me -- let me ask you this:  So if you

21      have an ICE detainee, right, they have a bed, and

22      an immediate area around the bed?

23      A.       Yes.

24      Q.       Correct?

25      A.       Correct.
```

Page 153

EXHIBIT 28
Page 0872

1      Q.      Who's responsible for cleaning that

2      immediate area?

3      A.      Each of the detainees is responsible for

4      cleaning his or her own immediate cell area or area

5      inside a dorm.

6      Q.      Okay.  That's their direct area?

7      A.      That's their direct area.

8      Q.      Okay.  When we talk about common areas,

9      that's something different, correct?

10     A.      Yes, it is.

11     Q.      And how is that different?

12     A.      It's different because it's anything

13     outside of their immediate area.

14     Q.      Okay.  That might include, for example,

15     showers, correct?

16     A.      Correct.

17     Q.      Bathroom facilities, correct?

18     A.      Correct.

19     Q.      Common hallways, correct?

20     A.      Correct.

21     Q.      Okay.  All of those that I just described,

22     those all would be common areas, separate from the

23     specific living area of the detainee, correct?

24     A.      Correct.  Instead of the immediate living

25     area.

Page 154

EXHIBIT 28
Page 0873

1      A.       Paid workers could be responsible for

2      cleaning outside of their cells in the common

3      areas.  Staff could clean.  I've seen both do -- do

4      that.

5      Q.       What are the types of discipline that

6      might arise in the course of working in the

7      voluntary working -- work program?  Excuse me.

8                      MR. STRUCK:  Form.

9      A.       What type of discipline?

10     Q.       Yeah.

11     A.       Any of the -- any of the -- the types of

12     discipline is possible in any particular area.

13     Q.       Does that include going into restrictive

14     housing?

15     A.       Certain offenses can lead to being placed

16     into restrictive housing.

17     Q.       Is not timely reporting for a shift an

18     infraction or otherwise something that could be

19     subject to discipline for a detainee in the

20     voluntary work program?

21     A.       Is it subject to discipline?

22     Q.       Yes.

23     A.       It is subject to discipline.

24                     MR. STRUCK:  Form.  Foundation.

25     Q.       How about not reporting for a shift at

Page 157

1          all?

2          A.       They -- they can be just taken off the

3     work detail.

4          Q.       Okay.

5          A.       And then they wouldn't -- they wouldn't be

6     disciplined for not -- for refusing to work, or not

7     coming to work.  They would just be -- at a

8     maximum, they would be removed from that work --

9     work detail.

10         Q.       How about encouraging others not to

11    volunteer for work?  Is that considered an

12    infraction, subject to disciplinary proceedings?

13                      MR. STRUCK:  Form.

14         A.       Encouraging others not to work could be

15    construed as insurrection.  So ...

16         Q.       So who creates the disciplinary record?

17         A.       Who ...

18         Q.       Who creates them?

19                      MR. STRUCK:  Form.

20         A.       Creates the record?

21         Q.       Yes.

22         A.       I'm not understanding what a disciplinary

23    record is.

24         Q.       If -- if an ICE detainee is being

25    disciplined, right, there would be a record of that

                                          Page 158

1      assigned to another job or termination at the unit

2      team's discretion."

3      A.      I see that.

4      Q.      That's similar language that we've seen,

5      correct?

6      A.      It is, yes.

7      Q.      Okay.  All right.

8              Now, I will note, the third -- the

9      sentence at the top, the third sentence, "that

10     failure to do so will result in possible

11     disciplinary action and termination from the

12     position."

13             It suggests that termination is something

14     different than disciplinary action.  Is that how

15     you understand?

16     A.      It is different, yes.

17                  MR. STRUCK:  Form.

18     Q.      Okay.  And how is it different?

19     A.      Somebody can lose their job because -- as

20     a -- as I gave the couple of examples in the past,

21     for not coming to work on time, not working the

22     full shift, or not performing their work

23     satisfactory -- satisfactorily, they can be

24     discontinued from the job; i.e., terminated from --

25     from that job.

                                        Page 259

```
 1                  Discipline is completely different.  You
 2        know, they can -- they can stop their work, they
 3        can not work, they can decide not to participate in
 4        the voluntary work program; and because of that,
 5        there should be no disciplinary action because of
 6        their refusal to work or failure to work, unless
 7        they commit a disciplinary infraction.
 8        Q.       Okay.  You saw previously, though, there
 9        were some documents that talk about failure to
10        comply with safety might result in discipline?
11        A.       Yes.
12        Q.       Do you remember that?
13        A.       I do.
14        Q.       And -- and that's your understanding,
15        correct?
16                  MR. STRUCK:  I'm going to object to
17        the form, and it misstates the exact wording of
18        that document, which I believe said "might result
19        in discipline, including removal from --
20        termination from the volunteer work program."
21        A.       So can you repeat that question?
22                  MS. RIDLEY:  Can you read it.
23                  (Record read)
24        A.       As -- as I recall the question, because of
25        safety deficiencies, they could lose their job, and
```

Page 260

```
1                  COURT REPORTER'S CERTIFICATE

2

     STATE OF TENNESSEE:

3

                         I, PATRICIA A. NILSEN, Licensed
4         Reporter for the State of Tennessee, CERTIFY:
5                         1. The foregoing deposition was
6         taken before me at the time and place stated in the
7         foregoing styled cause with the appearances as
8         noted;
9                         2. Being a Court Reporter, I then
10        reported the deposition in Stenotype to the best of
11        my skill and ability, and the foregoing pages
          contain a full, true and correct transcript of my
12        said Stenotype notes then and there taken;
13                        3. I am not in the employ of and am
14        not related to any of the parties or their counsel,
          and I have no interest in the matter involved.
15
16                        WITNESS MY SIGNATURE, this,
          the 15th day of March, 2019.
17
18
19
20
21        _____
22        PATRICIA A. NILSEN, RMR, CRR, CRC
23        TN Licensed Court Reporter
24        LCR Number: 717
25        Expiration: 6/30/2020


                                               Page 270
```

```
 1              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF CALIFORNIA
 2      _____

 3      SYLVESTER OWINO, on behalf of

        themselves, and all others similarly

 4      situated, et al.,

 5                      Plaintiff,

 6          vs.           Case No. 3:17-cv-01112-JLS-NLS

 7      CORECIVIC, INC., a Maryland

        corporation,

 8
                        Defendant.

 9      _____

10

11

12          THE DEPOSITION OF JASON ELLIS

13                  VOLUME II

14               MARCH 5, 2019

15

16

17

18

19

20

21

22

23      Reported by:

24      PATRICIA A. NILSEN, RMR, CRR, CRC

25      PAGES 271 - 468


                                        Page 271
```

EXHIBIT 28
Page 0879

1          replenished by inmate commissary sales to process

2          all expenses related to the inmate/resident

3          commissary."  Do you see that?

4          A.      I do.

5          Q.      What -- are you aware of a commissary

6          checking account other than from reading this

7          policy?

8          A.      I'm not aware of another account, other

9          than what's reflected in this policy.

10         Q.      Okay.  So the facility support center has

11         created this account, correct?

12         A.      Correct.

13         Q.      Is there an account for each facility?

14         A.      Yes.

15         Q.      Okay.  And essentially is it the case

16         that -- inmate sales at each facility are deposited

17         in the commissary checking account for the

18         facility, correct?

19         A.      Inmate sales -- I'm sorry.  Repeat that,

20         please.

21         Q.      Sure.  Let me just take a step back.

22         A.      Okay.

23         Q.      Okay.  So the facility support center has

24         created a commissary checking account for each

25         facility?

Page 366

EXHIBIT 28
Page 0880

1        A.        Correct.

2        Q.        Okay.  There's a commissary at each

3    facility?

4        A.        Correct.

5        Q.        Inmates and detainees may purchase items

6    at the commissary that -- where they reside,

7    correct?

8        A.        Correct.

9        Q.        Okay.  The money expended by detainees and

10   inmates in purchasing something at the commissary

11   is deposited in the facility's commissary checking

12   account, correct?

13       A.        Correct.

14       Q.        Okay.  I think you mentioned -- well,

15   strike that.

16            Do you have any understanding of what the

17   facilities may use the money in the commissary

18   checking account for?  In other words, expending

19   that money?

20                MR. STRUCK:  Form.

21       A.        Each facility is allowed to utilize the

22   proceeds from the commissary checking in accordance

23   with the contractual requirements and -- and the

24   partners' requirements in the specific policy.

25       Q.        Okay.  So, for example --

                                        Page 367

```
1                    COURT REPORTER'S CERTIFICATE

2

3    STATE OF TENNESSEE:

4                    I, PATRICIA A. NILSEN, Licensed
          Reporter for the State of Tennessee, CERTIFY:

5                    1. The foregoing deposition was
          taken before me at the time and place stated in the

6         foregoing styled cause with the appearances as
          noted;

7                    2. Being a Court Reporter, I then
          reported the deposition in Stenotype to the best of

8         my skill and ability, and the foregoing pages
          contain a full, true and correct transcript of my

9         said Stenotype notes then and there taken;

                     3. I am not in the employ of and am
10        not related to any of the parties or their counsel,
          and I have no interest in the matter involved.

11
                     WITNESS MY SIGNATURE, this,
12        the 18th day of March, 2019.

13

14

15

16

17

18                   <%8338,Signature%>

19                   PATRICIA A. NILSEN, RMR, CRR, CRC

20                   TN Licensed Court Reporter

21                   LCR Number: 717

22                   Expiration: 6/30/2020

23

24

25

                                              Page 469
```

**EXHIBIT 28**
**Page 0882**

**EXHIBIT 29**

**REDACTED**

**EXHIBIT 29**

1                  UNITED STATES DISTRICT COURT

2                SOUTHERN DISTRICT OF CALIFORNIA

3                 CASE NO. 3:17-CV-01112-JLS-NLS

4                JUDGE HON. JANIS L. SAMMARTINO

5               MAGISTRATE HON. NITA L. STORMES

6

7                        CLASS ACTION

8    SLYVESTER OWINO AND JONATHAN GOMEZ, ON BEHALF OF

9    THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,

10          PLAINTIFFS

11

12          V.

13

14    CORECIVIC, Inc.

15          DEFENDANT

16    _____

17

18               DEPONENT: TROY G. POLLOCK

19               DATE:     FEBRUARY 26, 2019

20

21

22    REPORTER:

23    KELLEY BOHAN

24    JOB NO. 3225917

25    PAGES 1 - 203

                                        Page 1

1    worked, is there a difference in terms of how the

2    company handles the detention of these different

3    inmates?

4              MR. STRUCK:  Form, foundation.

5         A.   So the prior places to coming to the detention

6    center have all been inmates, state inmates, convicted

7    felons, so I mean, what -- I guess I need a little bit

8    more what you're asking?

9         Q.   Is there a difference in approach in terms of

10   how you're handling their detention or is it similar to

11   what's done at Stewart?

12             MR. STRUCK:  Form and foundation.

13        A.   My job at each one of these places has been to

14   provide a safe and secure environment and met the basic

15   needs, life safety needs of whether they're inmates or

16   detainees so they're treated the same.

17        Q.   And are the daily experiences of the different

18   detainees or inmates, are they similar or different?

19             MR. STRUCK:  Form.

20        Q.    In your experience?

21             MR. STRUCK:  Form and foundation.

22        A.    It depends on, again, what facilities it is.

23   Some facilities have different programs that they

24   require educational things, vocational things, depending

25   on which facility you have.

Page 57

EXHIBIT 29
Page 0884

1    than on your scheduled laundry day?

2         A.    I don't know.

3         Q.    Section I 5 here, it talks about some cleaning

4    that's done in the laundry area.  Do you know who does

5    that cleaning?

6         A.    Laundry workers.

7         Q.    And are those detainees?

8         A.    Yes.

9         Q.    And are they paid for that work?

10        A.    Yes.

11        Q.    Do you know how much?

12        A.    No.

13        Q.    Section J sanitation of mattresses and

14   pillows.  Who does the cleaning of that work or of those

15   items?

16        A.    I'm not sure.

17        Q.    Okay.  Do you know if that's paid work?

18        A.    Yes.

19        Q.    Okay.  Let's talk a little bit now about

20   disciplinary policy and procedures at Stewart.  Is

21   discipline an important aspect of the facilities

22   operations?

23        A.    Rules are.

24        Q.    Okay.  Why is that?

25        A.    Well, every institution or every organization

Page 66

1    has to have rules to go by in order to maintain a safe

2    and secure environment for the detainees and staff and

3    the public.

4         Q.   Is there a concern with respect to the

5    behavior of the detainees?

6         A.   What do you mean by concern?

7              MR. STRUCK:  Object to the form.

8         Q.   Is that a problem that is anticipated?

9              MR. STRUCK:  Form, foundation.

10        A.   I'm still -- I still don't understand.  I

11   mean, by nature, what we're doing, we're a detention

12   facility that nobody wants to be in.  So does that

13   heighten our alertness?  Yes.  Nobody wants to be there.

14        Q.   And because they don't want to be there, that

15   raises a concern, why?

16             MR. STRUCK:  Form and foundation.

17        A.   So if a person does not want to be somewhere,

18   usually they don't always act appropriately.

19        Q.   The inmate -- or the detainees, sorry, at

20   Stewart are not in criminal custody, correct?

21             MR. STRUCK:  Foundation.

22        A.   Currently, no.  Some of them do have criminal

23   backgrounds and have come straight to us from prison

24   after they have done their prison time.

25        Q.   What's the objective for the disciplinary

Page 67

1   measures imposed at Stewart?

2           MR. STRUCK:   Form.

3        A.   What's the objection?

4        Q.   Objective.

5        A.   Objective of having the disciplinary procedure

6   to ensure that the rules are followed.

7        Q.   Any other objective?

8        A.   The safety and security of the facility, the

9   staff, detainees, and the public.

10       Q.   So safety and security is the objective?

11       A.   Yes.

12       Q.   Let's talk a little bit about disciplinary

13  segregation.  I'd like to know how that fits with the

14  objective of maintaining safety and security?

15       A.   If I have a person's whose behavior has

16  jeopardized the safety and security of them self or

17  anybody else at the facility, then it warrants that they

18  be isolated in disciplinary segregation.

19       Q.   Would lesser measures still achieve those

20  objectives?

21       A.   Not always, depends on the circumstances.

22       Q.   Why wouldn't they?

23       A.   If I have a guy that's going around stabbing

24  other people, there is no lesser thing that you can to

25  do him other than isolate them to keep them from

                                        Page 68

1       A.    Detainee tried to escape.

2    REDAC ████████████████████████████

3    ████████████ REDACTED ████████    ███████████

4    ██████████████ REDACTED ████████████

5         ██████ REDACTED ██    ██████

6    REDAC ████████████████████████████

7    ████████████████ REDACTED ████████████████

8    ████████████████ REDACTED ████████████████

9       Q.    Aside from the detainee who tried to escape,

10   do you recall any other instances of someone being

11   placed?

12      A.    Yes.

13      Q.    What were the circumstances of those?

14      A.    MS-13 gang members trying to assault other

15   gang members.

16      Q.    Any other instances?

17      A.    Not that I recall specifically.

18   REDAC ████    █████████ ██████████████████████

19   ████████████████ REDACTED ████████████████

20   ██████████████ REDACTED ████████████

21   ████████████████ REDACTED ████████████████

22   ██████ REDACTED ██████    ████████████████

23   ████████████████ REDACTED ████████████████

24   ████████████ REDACTED ████████

25   REDAC ████████████████████████████

                                        Page 86

**EXHIBIT 29**
**Page 0888**

1   and I believe T shirts, white T shirts.

2        Q.   Are they allowed to wear baseball caps inside

3   the facility?

4        A.   Yes.  I mean, at recreation and going to and

5   from recreation.

6        Q.   But not inside their unit?

7        A.   Right.

8        Q.   Okay.  Okay.  How often are hygiene items

9   purchased at the commissary?

10       A.   I have no idea.

11       Q.   Can a detainee be terminated from his job as

12  part of the Voluntary Work Program?

13       A.   Yes.

14       Q.   At any time?

15       A.   Yes.

16       Q.   For any reason?

17       A.   No.  There has to be -- they sign a form that

18  tells them, you know, they have their attendance, they

19  can be fired for not coming to work, for failing to

20  do the job, for physical not being able to do the job,

21  and there's, I think, a couple other reasons they can be

22  fired, but just not because -- for the heck of it they

23  just can't be fired.

24       Q.   It has to be some sort of cause?

25       A.   Right.

Page 116

1      Q.    Okay.

2      A.    Their classification may change.

3      Q.    And can a detainee quit his job as part of the

4  Voluntary Work Program?

5      A.    Yes.

6      Q.    At any time?

7      A.    Uh-huh.

8      Q.    Can he do it for any reason?

9      A.    Yes.

10     Q.    Can a detainee be disciplined at all for

11  quitting the job?

12     A.    No.

13           (EXHIBIT 55 MARKED FOR IDENTIFICATION)

14     Q.    I'm handing you what's been marked as 55.

15  This is policy 19-100 covering the detainee Voluntary

16  Work Program.  Are you familiar with this policy?

17     A.    Yes.

18     Q.    So you stated that certain jobs are not

19  available to high custody detainees.  What are those

20  jobs?

21     A.    So the policy generally states that

22  detainees -- high custody detainees cannot have --

23  generally cannot have jobs

24           outside of the housing unit, the living unit

25  that they're assigned to.  We got a waiver to allow high

                                              Page 117

1          A.    That I don't know.

2          Q.    Posted?

3          A.    I don't know.

4          Q.    Okay.  On subsection H 2 it says the detainee

5     workday will approximate the work date in the community,

6     do you know what that means?

7          A.    I have no idea.

8          Q.    Me either.  H 3 states that un-excused

9     absences from work or unsatisfactory work performance

10    may result in removal from the Voluntary Work Program.

11    Aside from removal, are there any other potential

12    consequences for poor performance?

13         A.    No.

14         Q.    Loss of privileges?

15         A.    For poor performance, no.

16         Q.    No discipline?

17         A.    No.

18         Q.    Section K talks about compensation it's on

19    page 8005 it says detainees will be compensated at least

20    $1 per day.  You testified, I believe, there's a range

21    of about $1 to $4?

22         A.    Yes.

23         Q.    Is there any limit to the ability of the

24    facility to pay more than $4 if it deems it appropriate?

25         A.    That's at the warden's discretion.

Page 124

```
 1                    CERTIFICATE OF REPORTER

 2              COMMONWEALTH OF KENTUCKY AT LARGE

 3

 4    I do hereby certify that the witness in the foregoing

 5    transcript was taken on the date, and at the time and

 6    place set out on the Title page here of by me after

 7    first being duly sworn to testify the truth, the whole

 8    truth, and nothing but the truth; and that the said

 9    matter was recorded stenographically and mechanically by

10    me and then reduced to type written form under my

11    direction, and constitutes a true record of the

12    transcript as taken, all to the best of my skill and

13    ability. I certify that I am not a relative or employee

14    of either counsel, and that I am in no way interested

15    financially, directly or indirectly, in this action.

16

17

18

19

20

21         _____

22                    KELLEY BOHAN,

23            COURT REPORTER / NOTARY

24     MY COMMISSION EXPIRES ON: 05/19/2020

25             SUBMITTED ON: 03/01/2019
```

Page  203

EXHIBIT 29
Page 0892

**EXHIBIT 30**

**EXHIBIT 30**

```
 1              UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF CALIFORNIA
 3
 4
 5   SYLVESTER OWINO and JONATHAN    )
     GOMEZ, on behalf of themselves  )
 6   and all others similarly        )
     situated,                       )
 7                                   )
                  Plaintiffs,        )
 8                                   )
         vs.                         ) Case No. 3:17-CV-01112-
 9                                   ) JLS-NLS
     CORECIVIC, INC.,                )
10                                   )
                  Defendants.        )
11   _____/    )
                                     )
12   CORECIVIC, INC.,                )
                                     )
13              Counter-Claimant,    )
                                     )
14       vs.                         )
                                     )
15   SYLVESTER OWINO and JONATHAN    )
     GOMEZ, on behalf of themselves  )
16   and all others similarly        )
     situated,                       )
17                                   )
                  Counter-Defendants.)
18   _____/
19
          VIDEO-RECORDED DEPOSITION OF FRED FIGUEROA
20
                   San Diego, California
21
               Tuesday, February 19, 2019
22
23   Reported by:
     BARBARA A. BAKER
24   RPR, CSR No. 13033
     Job No. 3225065
25   Pages 1 - 183
```

                                                    Page 1

**EXHIBIT 30**
**Page 0893**

1    dollar?

2        A    The $1.50, those detainees, they're working

3    more hours.  When I say working more hours, they have a

4    set schedule compared to a porter, who can get his job

5    done within x amount of hours.                    09:56:11

6            And we use kitchen workers.  Kitchen workers,

7    they have to get the meal out.  They've got to get it

8    prepped.  They got to get it cooked; that kind of stuff.

9        Q    So is there a list of those who get $1.50 as

10   opposed to a dollar?                              09:56:27

11       A    Yes.

12       Q    What's the name of that list or document that

13   would show that?

14       A    There was a memo that was recently put out.  I

15   can't remember the actual subject.  But it reflects    09:56:39

16   those detainees that are eligible for the $1.50 and that

17   kind of stuff.

18       Q    Does the $1.50 go in your budget?

19       A    Yes.

20       Q    Do you prepare or sign off on the budget for   09:56:54

21   your facility?

22       A    I don't sign off on it.  I review it with my

23   supervisors.

24       Q    Who would --

25       A    It's formulated, and we review it.            09:57:04

                                              Page 28

Veritext Legal Solutions
866 299-5127

**EXHIBIT 30**
**Page 0894**

```
 1        Q    Is there a minimum?

 2        A    I would assume minimum of two.  But the maximum

 3   is four.

 4        Q    Why would you assume two?

 5        A    Just it would take two detainees to do          10:02:33

 6   everything that they're doing outside, at least a

 7   minimum of two.

 8        Q    What does an administrative porter do?

 9        A    They clean the various offices both for ICE and

10   for CoreCivic, the courts, for everybody.              10:02:48

11        Q    Do they work in crews?

12        A    There's a morning crew, and then we have an

13   evening crew.

14        Q    You mentioned set hours.

15             Is that done weekly?  Monthly?  How does that   10:03:07

16   work?

17        A    For which?

18        Q    Does it vary?

19        A    Well, for the -- it depends on -- the kitchen

20   is 24/7.  The administrative crew is Monday through     10:03:17

21   Friday.

22        Q    And the outside?

23        A    The outside is Monday through Friday.

24        Q    Monday through Friday are fixed hours every

25   day?                                                    10:03:38

                                                            Page 33
```

EXHIBIT 30
Page 0895

1        A    Yes.  7:30 to 3:00 for the outside crew.

2        Q    And is there a lunch break in the middle?

3        A    Yes.

4        Q    What about other breaks?  Are there any others?

5        A    When the officer takes his break, yes, there      10:03:56

6    may be a break for them, too.

7        Q    But no regularly scheduled break?

8        A    Just the lunch break.

9        Q    And the administrative porter staff, what are

10   their hours?                                                10:04:11

11       A    For the day crew, 7:30 to 3:00.  And then the

12   evening crew is pretty much 11:00 to maybe 3:00 o'clock

13   in the morning.

14       Q    And what do they do?

15       A    They clean up mainly the corridors in the main     10:04:34

16   hallway, the staff restrooms down on the first floor,

17   the lobby.

18       Q    Do they report to any one individual in

19   particular?

20       A    There is a detention officer that carries that    10:04:56

21   crew, yes.

22       Q    So one detention officer in the morning, one on

23   the night shift?

24       A    Yes.

25       Q    And the kitchen workers, you said 24/7.           10:05:10

Page 34

```
 1            What does that mean?

 2       A   It's seven days a week.  They're not actually

 3   open 24 hours a day.  But it's open from 2:00 o'clock in

 4   the morning till 8:00 o'clock in the evening.

 5       Q   So if I'm on a kitchen crew, am I working seven   10:05:30

 6   days a week?

 7       A   No.  You're going to have set days.

 8       Q   Set days within the week?

 9       A   Within the week and two days off.

10       Q   Do I ever work on my days off?                    10:05:46

11       A   There might be a time where you're asked to

12   work on your day off, yes.

13       Q   Do I have a choice?

14       A   Yes.

15       Q   I could say I don't want to, and there wouldn't   10:06:03

16   be any result from that other than I don't work?

17       A   Correct.

18       Q   Go back to the common living area.  You

19   mentioned the porters and orderlies.

20            Just so I'm clear, they're the ones responsible  10:06:28

21   for cleaning the common living area?

22       A   Yes.

23       Q   Is anybody else responsible for that?

24       A   No.

25       Q   How many are on those crews?                      10:06:37
```

                                                        Page 35

**EXHIBIT 30**
**Page 0897**

```
 1                        CERTIFICATE
 2          I, the undersigned, a Certified Shorthand
 3   Reporter of the State of California, do hereby
 4   certify:
            That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were administered an oath; that
 8   a record of the proceedings was made by me using
 9   machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is a
11   true record of the testimony given.
12          Further, that if the foregoing pertains to the
13   original transcript of a deposition in a Federal Case,
14   before completion of the proceedings, review of the
15   transcript [] was [] was not requested.
16          I further certify I am neither financially
17   interested in the action nor a relative or employee of
18   any attorney or any of the parties.
19          IN WITNESS WHEREOF, I have this date subscribed
20   my name.
21   Dated:  February 22, 2019
22
23
24
25          BARBARA A. BAKER, RPR, CSR No. 13033
```

Page 183

EXHIBIT 30
Page 0898

**EXHIBIT 31**

**EXHIBIT 31**

```
 1              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA
 2            Case No.:  3:17-cv-01112-JLS-NLS

 3

    SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of
 4  themselves and all others similarly situated,
 5       Plaintiffs,
 6  vs.
 7  CORECIVIC, INC.,
 8       Defendants.
    _____
 9  CORCIVIC, INC.,
10       Counter-Claimant
11  vs.
12  SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of
    themselves and all others similarly situated,
13       Counter-Defendants.
14  _____

15

16                  DEPOSITION of
17                  SUSAN HUFFMAN
18            taken on behalf of Plaintiffs
19                January 21, 2019
20             10:23 a.m. to 3:30 p.m.

21

22  BEFORE:
    PHILIP RYAN, RPR
23  Notary Public - State of
    Florida at Large
24  Job No. 3178837
25  Pages 1 - 134


                                           Page 1
```

**EXHIBIT 31**
**Page 0899**

1   periods during their shifts?

2       A    Yeah.  They eat a meal.

3       Q    They eat a meal; okay.  Do they get additional

4   rest periods in addition to a meal period?

5       A    I mean, I'm sure it's specific to the

6   facility.

7       Q    Okay.  At Otay Mesa, for example, do you know

8   whether there is a meal period for the first, second,

9   and third shifts?

10      A    There would be, yes.

11      Q    Okay.  Do you know whether there are any

12  additional breaks, rest breaks, for the detainee workers

13  that participate in any of those three shifts?

14      A    I'm not familiar with, you know, specifics to

15  Otay Mesa and their scheduling.

16      Q    Given that under Trinity's contract with

17  Corecivic, Trinity is responsible for supervising inmate

18  and detainee workers, I take it the individuals from

19  Trinity on the ground at Otay Mesa Detention Center

20  would know more about meal and rest breaks at that

21  particular facility?

22      A    Yes.

23      Q    And you've mentioned breaks during the shifts

24  for meals.  Are those meal breaks documented in any way

25  as a policy or practice by Trinity?

Page 115

EXHIBIT 31
Page 0900

```
 1                    CERTIFICATE OF OATH

 2

 3   STATE OF FLORIDA         )

 4   COUNTY OF HILLSBOROUGH  )

 5

 6        I, the undersigned authority, certify that SUSAN

 7   HUFFMAN personally appeared before me and was duly

 8   sworn.

 9        WITNESS my hand and official seal this 5th day of

10   February, 2019.

11

12

13

14             PHILIP RYAN, RPR

15             Notary Public - State of Florida

16             My Commission No.:  GG 194852

17             Expires:  06-28-22.

18

19

20

21

22

23

24

25

                                           Page 133
```

EXHIBIT 31
Page 0901

```
1                        CERTIFICATE

2

3    STATE OF FLORIDA          )

4    COUNTY OF HILLSBOROUGH )

5

6        I, PHILIP RYAN, RPR, certify that I was authorized

7    to and did stenographically report the deposition of

8    SUSAN HUFFMAN; that a review of the transcript was

9    requested; and that the transcript is a true and

10   complete record of my stenographic notes.

11

12       I further certify that I am not a relative,

13   employee, attorney, or counsel of any of the parties,

14   nor am I a relative or employee of any of the parties'

15   attorney or counsel connected with the action, nor am I

16   financially interested in the action.

17

18       DATED this 5th day of February, 2019.

19

20

21

22

23

24            PHILIP RYAN RPR

25

                                               Page 134
```