**EXHIBIT 32**
**REDACTED**

**EXHIBIT 32**

**SIGMA Event:** ▮
**Subject ID :** ▮

**U.S. Department of Homeland Security**

**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | | Middle | | | Sex | Hair | | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|---|---|---|

| Country of Citizenship | | Passport Number and Country of Issue | | | | Height | Weight | Occupation | | |
|---|---|---|---|---|---|---|---|---|---|---|

| U.S. Address | | | | | | Scars and Marks | | | | |

| Date, Place, Time, and Manner of Last Entry | | | | Passenger Boarded at | | F.B.I. Number | | Single Divorced Married Widower Separated | | |

| Number, Street, City, Province (State) and Country of Permanent Residence | | | | | | Method of Location/Apprehension | | | | |

| Date of Birth | Age: | | Date of Action 05/03/2018 | Location Code | | At/Near | | Date/Hour 05/02/2018 1432 | | |

| City, Province (State) and Country of Birth | | | AR ▮ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | | By LLANES | | | | |

| NIV Issuing Post and NIV Number | | | Social Security Account Name | | | Status at Entry No Documents | | Status When Found TRAVEL/SEEKING | | |

| Date Visa Issued | | | Social Security Number | | | Length of Time Illegally in U.S. AT ENTRY | | | | |

| Immigration Record | | | | Criminal Record | | | | | | |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | | | | | Number and Nationality of Minor Children | | | | |

| Father's Name, Nationality, and Address, if Known | | | | Mother's Present and Maiden Name, Nationality, and Address, if Known | | | | | | |

| Monies Due/Property in U.S. Not in Immediate Possession | | | Fingerprinted? ■ Yes ■ No | Systems Checks | Charge Code Words(s) | | | | | |

| Name and Address of (Last)(Current) U.S. Employer | | | Type of Employment | | Salary 0 | Employed from/to Hr / / / / | | | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

**FINS:** ▮

Left Index fingerprint          Right Index fingerprint

SECTION CODES          /
-------------

FUNDS IN POSSESSION
-------------------
... (CONTINUED ON I-831)

08/03/18

| Alien has been advised of communication privileges | (Date/Initials) | LLANES CBP OFFICER | Name and Title of Immigration Officer |
|---|---|---|---|

| Distribution: | | Received: (Subject and | (Report of Interview) |

Officer: LLANES
on: May 3, 2018          (time)
Disposition:
Examining Officer: ▮    TOVAR

Form I-213 (Rev. 08/01/07)

CCOG00023511

**EXHIBIT 32**
**Page 0903**

U.S. Department of Homeland Security          Continuation Page for Form ___I213___

| Alien's Name | File Number ▮▮▮ | Date |
| | SIGMA Event: ▮▮▮ | 05/03/2018 |
| | Event No: ▮▮▮ | |

United States Dollar 52.00

▮▮▮, at approximately 1131 hours, ▮▮▮ applied for admission into the United States from ▮▮▮ via the pedestrian primary lanes at the San Ysidro Port of Entry, California.

Customs and Border Protection (CBP) Officer Johnson was assigned to the pedestrian primary lanes when ▮▮▮ approached for inspection. ▮▮▮ did not have legal documents for entry into the United States. ▮▮▮ was escorted to secondary and turned over to the Admissibility Enforcement Unit office for further inspection.

While in secondary, the biographical information and fingerprints of ▮▮▮ were queried. CBP database queries indicated no prior apprehensions or criminal history for ▮▮▮. ▮▮▮ was detained for further disposition.

During an oral interview and sworn statement, conducted in the Spanish language by CBP Officer ▮ Llanes and witnessed by CBP Officer ▮ Reyes, ▮▮▮ freely and voluntarily admitted the following:

▮▮▮ admitted being a citizen and national of ▮▮▮ by birth in ▮▮▮.

▮▮▮ admitted not possessing any legal entry documents to enter, reside, or pass through the United States.

▮▮▮ admitted to have departed his home in ▮▮▮ because his threatened by the MS-18 and he feared for his life.

▮▮▮ admitted to have departed his home in ▮▮▮ on ▮▮▮.

▮▮▮ admitted to have departed ▮▮▮ and traveled to ▮▮▮ where he stayed for 1 week waiting for the caravan to arrive.

▮▮▮ admitted to have departed ▮▮▮ on ▮▮▮ by caravan and traveled to ▮▮▮ arriving on ▮▮▮.

▮▮▮ admitted that people were talking about the caravan in ▮▮▮ and he did not have to pay money.

▮▮▮ admitted that he did not ask for asylum in any other countries.

▮▮▮ admitted that ▮▮▮ Immigration would not allow him to ask for asylum

▮▮▮ admitted he would like to reunite with his Aunt ▮▮▮ in in the United States.

▮▮▮ admitted to never have applied for a United States visa.

▮▮▮ admitted to never have resided in the United States.
...(CONTINUED ON NEXT PAGE)

| Signature | Title |
| ▮▮▮ LLANES | CBP OFFICER |

___2___ of ___3___ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

CCOG00023512

**EXHIBIT 32**
**Page 0904**

**EXHIBIT 32**
**Page 0905**

SIGMA Event: ▮▮▮
Subject ID : ▮▮▮

**U.S. Department of Homeland Security**

**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|

| U.S. Address | | | Scars and Marks | | |
|---|---|---|---|---|---|

| Date, Place, Time, and Manner of Last Entry | | Passenger Boarded at | F.B.I. Number | Single / Divorced / Widowed / Married / Separated |
|---|---|---|---|---|

| Number, Street, City, Province (State) and Country of Permanent Residence | | | Method of Location/Apprehension |
|---|---|---|---|

| Date of Birth   Age: | Date of Action 05/03/2018 | Location Code | At/Near | Date/Hour 05/02/2018 1434 |
|---|---|---|---|---|

| City, Province (State) and Country of Birth | AR ▮  Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By JOHNSON |
|---|---|---|

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry No Documents | Status When Found TRAVEL/SEEKING |
|---|---|---|---|

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. AT ENTRY |
|---|---|---|

| Immigration Record | Criminal Record |
|---|---|

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ■ Yes ■ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: ▮▮▮                Left Index fingerprint                Right Index fingerprint

RECORDS CHECKED
----------------

... (CONTINUED ON I-831)

| Alien has been advised of communication privileges 05-03-19 ▮▮ (Date/Initials) | RAMSEY CBP OFFICER  *Ramsey CBPO* (Signature and Title of Immigration Officer) |
|---|---|

| Distribution: | Received: (Subject and Documents) (Reptd of Interview) |
|---|---|
| | Officer: ▮▮ RAMSEY  *Ramsey CBPO* |
| | on. May 3, 2018                    (time) |
| | Disposition: |
| | Examining Officer: ▮▮ TOVAR ▮▮ |

Form I-213 (Rev. 08/01/07)

CCOG00023298

EXHIBIT 32
Page 0906

U.S. Department of Homeland Security          Continuation Page for Form __I213__

| Alien's Name | File Number | Date |
|---|---|---|
| | SIGMA Event: | 05/03/2018 |
| | Event No: | |

SECTION CODES
------------

On ▓▓▓▓ at 1049 hrs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ applied for admission
into the United States from ▓▓▓▓ through the pedestrian primary lanes of the San Ysidro,
CA Port of Entry. ▓▓▓▓ was part of a "Migrant Caravan" group traveling through
▓▓▓▓▓▓ was traveling with his wife ▓▓▓▓▓▓, his children,
mother-in-law and sister-in-law. ▓▓▓▓ did not have legal entry documents to enter
the United States. ▓▓▓▓ presented an ▓▓▓▓ identification bearing his name
and photo to the Primary CBP officer. ▓▓▓▓ stated to the primary CBP officer that
he has fears of going back to his home country of ▓▓▓▓. The primary CBP officer
referred ▓▓▓▓ to the secondary office for further inspection. While in secondary
▓▓▓▓ freely and voluntarily admitted to his true name, and was subsequently turned
over to the San Ysidro Admissibility Enforcement Unit (AEU) for further disposition.

▓▓▓▓ did not appear to be ill, intoxicated or under the influence of drugs. He was
alert, responsive and appeared capable of communicating. He offered appropriate responses.
He did not appear to be unusually nervous or fearful. ▓▓▓▓ did not request or
receive any bodily comforts during the interview and no promises or threats were made to
elicit the statement. ▓▓▓▓ stated he did have some medical issues.

On ▓▓▓▓, at 1138hrs. an oral interview and written sworn statement was conducted in
the Spanish language by Customs and Border Protection officer Ramsey at the San Ysidro, Ca
Port of Entry. ▓▓▓▓ and CBPO Reyes (witness) was present at the San Ysidro Port of
Entry Admissibility Enforcement Unit. ▓▓▓▓ made the following statements:
▓▓▓▓ stated that he is a citizen and native of ▓▓▓▓ by birth in
▓▓▓▓. ▓▓▓▓ stated that his mother ▓▓▓▓ and his
father ▓▓▓▓ are ▓▓▓▓. ▓▓▓▓ admitted that he did not
possess any legal entry documents to enter, reside, or pass through the United States, nor
does he have any petitions or applications pending with the U.S. Citizenship and Immigration
Service. ▓▓▓▓ stated he was in a shelter near where the caravan would meet and
the people met in central ▓▓▓▓ to meet the caravan. ▓▓▓▓ stated no
one told him to claim fear and he did not have to pay anyone. ▓▓▓▓ stated he
applied for asylum three times in ▓▓▓▓ and three times he was denied. ▓▓▓▓
stated that the reason why he left ▓▓▓▓ was because some gangs want to kill him and
his family. ▓▓▓▓ stated he is married and has two children. ▓▓▓▓ stated
that he has personally been threatened. ▓▓▓▓ stated that he will be harmed if he
was returned to his home country of ▓▓▓▓. ▓▓▓▓ stated that he has never
been removed or deported from the United States. ▓▓▓▓ stated that he has never
been arrested in ▓▓▓▓. ▓▓▓▓ stated that he is aware that he needs a
passport and visa to enter the United States. ▓▓▓▓ stated that he does not own an
▓▓▓▓ Passport. ▓▓▓▓ stated that he was on his way to ▓▓▓▓.
▓▓▓▓ was unable to provide a name and telephone number. ▓▓▓▓ stated that he has a
fear of being return to his home country of ▓▓▓▓. ▓▓▓▓ stated that he would
be harmed if he returns to his home country of ▓▓▓▓.

...(CONTINUED ON NEXT PAGE)

| Signature | | Title |
|---|---|---|
| | RAMSEY | CBP OFFICER |

__2__ of __3__ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

CCOG00023299

**EXHIBIT 32**
**Page 0907**

**EXHIBIT 32**
**Page 0908**

**U.S. Department of Homeland Security**

SIGMA Event:

Subject ID :

**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|

U.S. Address

Scars and Marks

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | Single / Divorced / Married / Widower / Separated |
|---|---|---|---|

Number, Street, City, Province (State) and Country of Permanent Residence

Method of Location/Apprehension

| Date of Birth   Age: | Date of Action 05/03/2018 | Location Code | At/Near | Date/Hour 05/02/2018 1427 |
|---|---|---|---|---|

| City, Province (State) and Country of Birth | AR | Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By   GARZA |
|---|---|---|---|

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry No Documents | Status When Found TRAVEL/SEEKING |
|---|---|---|---|

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. AT ENTRY |
|---|---|---|

| Immigration Record | Criminal Record | |
|---|---|---|

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children NONE |
|---|---|

| Father's Name, Nationality and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☑ Yes ☐ No   Systems Checks | Charge Code Words(s) |
|---|---|---|

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS:

Left Index fingerprint          Right Index fingerprint

RECORDS CHECKED
----------------

...(CONTINUED ON I-831)

| Alien has been advised of communication privileges  5-3-18 | GOMEZ CBP OFFICER | (Immigration Officer) |
|---|---|---|

(Date/Initials)

Distribution:

Received. (Subject and Documents) (Delivering Officer)

Officer: GOMEZ

on: May 3, 2018

Disposition:

Examining Officer:

Form I-213 (Rev. 08/01/07)

CCOG00023029

**EXHIBIT 32**

**U.S. Department of Homeland Security**                    **Continuation Page for Form** _I213_

| Alien's Name | File Number ▮▮▮ | Date |
| | SIGMA Event: ▮▮▮ | 05/03/2018 |
| | Event No: ▮▮▮ | |

SECTION CODES
-----------

FUNDS IN POSSESSION
-------------------
United States Dollar 41.00

On ▮▮▮ at approximately 1100 hours a male identified as ▮▮▮ a citizen and national of ▮▮▮ applied for admission into the United States from ▮▮▮ through San Ysidro Port of Entry via pedestrian primary lanes. ▮▮▮ presented his identification. ▮▮▮ did not present any valid entry documents for himself to the Customs Border Protection primary officer and was seeking admission into the United States. As a result, ▮▮▮ was escorted to the San Ysidro Port of Entry Admissibility Enforcement Unit (AEU) for further disposition.

While in the San Ysidro Admissibility Enforcement Unit (AEU), database queries in CIS (Central Index System) was negative. Customs and Border Protection (CBP) database queries revealed NCIC record check was negative. Subject was finger printed on the Integrated Automated Fingerprint Identification System (IAFIS) and results came back negative. System Consolidated Consular Database (CCD) results came back negative.  Subject had no previous apprehensions with a Department of Homeland Security (DHS).

On May 3, 2018, at approximately 1100 hours, an oral interview and sworn statement was taken by myself CBPO/▮ Gomez in the Spanish language and witnessed by CBPO Reyes ▮▮▮ ▮▮▮ did not appear to be ill, intoxicated or under the in influence of drugs. ▮▮▮ was alert, responsive and appeared capable of communicating, he did not appear unusually nervous or fearful.

▮▮▮ stated that he was healthy and did not have any medical issues. ▮▮▮ stated he had no physical or medical problems that would prevent him from answering the questions during the interview. ▮▮▮ also stated that he understood the purpose and consequences of the interview and he was willing to answer questions truthfully. ▮▮▮ stated he was comfortable in conducting the interview in the Spanish language and was literate in the Spanish language.

▮▮▮ stated his true and correct name as ▮▮▮ and his date of birth as ▮▮▮. ▮▮▮ claimed he is a citizen and national of ▮▮▮ by virtue of birth in ▮▮▮. ▮▮▮ stated he does not hold citizenship in any other country but currently temporary residency in ▮▮▮. ▮▮▮ stated he is not married. ▮▮▮ stated he has one child who is a citizen of ▮▮▮ and his child is currently in ▮▮▮ with his mother. ▮▮▮ stated that his mother's name is ▮▮▮ and his father's name is ▮▮▮. ▮▮▮ stated that his parents currently live in ▮▮▮. ▮▮▮ stated that his parents are both citizens of ▮▮▮ and they do not have valid documents to enter into the United States. ▮▮▮
...(CONTINUED ON NEXT PAGE)

| Signature | | Title |
| | ▮▮▮ GOMEZ | CBP OFFICER |
| | ▮▮▮ | |

_2_ of _4_ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**EXHIBIT 32**

CCOG00023030

U.S. Department of Homeland Security  '  '   Continuation Page for Form ___I213___

| Alien's Name | File Number ███ | Date |
| | SIGMA Event: ███ | 05/03/2018 |
| | Event No: | |

████ stated that he was currently living at ████ with friends and has been living in ████ since ████.

████ admitted to not possessing the proper documentation to enter into, pass through or remain in the United States. ████ stated that he entered the United States illegally three times. ████ stated that he has never been deported or removed from the United States.

████ stated that he is seeking asylum because the Mara gang organization has threatened to kill him because he refused to work with them and had to flee to ████ because of the threats and injuries he received. ████ stated that on ████ he returned to ████ to visit his mother for the holidays and was apprehended by ten Mara gang member who brutally beat him. ████ claims that one of the main members of the Mara was living in ████ and was recently arrested and claims that the Mara is accusing him for the arrest of the main Mara gang member and they have threatened to harm him and his family. ████ stated that while living in ████ he has not been personally threatened or harmed. ████ stated that he is not involved with a criminal organization.

████ stated that he is seeking asylum because she fears returning to ████. ████ stated that if he is returned to his country he will be harmed. ████ does not plan to return to ████ in the future.

████ stated that he learned of the Migrant caravan in ████ from the people and joined the Caravan in ████. ████ stated that a man known as ████ organized the caravan and claims that he did not pay any money to join the caravan. ████ stated that he was not advised of what to say to U.S. officials and claims that he did not seeks attorney assistance. ████ stated that he did not seek asylum in ████ because he prefers to live in the United States because it's safer. ████ stated that he did not get assistance from any smuggler in attempt to enter the United States.

████ stated that he had knowledge that he needed to present a valid entry documents to enter into the United States. ████ admitted to not presenting proper documentation to enter, pass through, or remain in the United States. ████ stated that he has never applied for a visa to enter into the United States. ████ stated that she has no pending applications with citizenship and Immigration Services. ████ stated that he was detained for 11 days in ████ 3-4 years ago because he was traveling on a bus where there was a minor child who had the same last name as him and they suspected that he was smuggling the child but claims he was released with no charges after their investigation.

████ stated that if admitted into the United States he would like to go with a man ████ he met on the caravan who claims to be part of a church and organization who helps people in the United States with a contact number of ████. ████ stated that if he were unavailable to take him in his brother ████ would be willing to take him in at his home in ████ with a contact ████.

Concluding the interview, ████ stated that he understood all the questions that were asked to her in the Spanish language.

...(CONTINUED ON NEXT PAGE)

| Signature | Title |
| ████ GOMEZ | CBP OFFICER |

___3___ of ___4___ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

CCOG00023031

**EXHIBIT 32**

EXHIBIT 32
Page 0912

**U.S. Department of Homeland Security**   Subject ID :   ███████    **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) ███████ | First ███████ | Middle ███████ | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|

| U.S. Address | Scars and Marks |
|---|---|

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | | Single / Divorced / Widower — Married / Separated |
|---|---|---|---|---|

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|

| Date of Birth   Age: ███ | Date of Action 08/14/2018 | Location Code | At/Near | Date/Hour 07/30/2018 19:18 |
|---|---|---|---|---|

| City, Province (State) and Country of Birth | AR ☐   Form : (Type and No.) Lifted ☐  Not Lifted ☐ | By |
|---|---|---|

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|

| Immigration Record | Criminal Record |
|---|---|

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ■ Yes ☐ No   System Checks | Charge Code Words(s) |
|---|---|---|

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to Hr |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: ███████          Left Index fingerprint          Right Index fingerprint

SCARS MARKS AND TATTOOS
- - - - - - - - - - - - - - - - - - - - -

Subject Health Status
- - - - - - - - - - - - - - - - -

Current Administrative Charges

...(CONTINUED ON I-831)

| Alien has been advised of communication privileges   8/14/3   ███ (Date/Initials) | **Deportation Officer** (Signature and Title of Immigration Officer) |
|---|---|

| Distribution: ███████ | Received: (Subject and Documents) (Report of Interview) |
|---|---|

Officer: ███████

on: August 14, 2018                    (time)

Disposition:

Examining Officer: ███████

08/01/07)

CCOG00023065

**EXHIBIT 32**
**Page 0913**

U.S. Department of Homeland Security

Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| | Event No: | 08/14/2018 |

████████████████████████████████████████

**Previous Criminal History**

████████████████████████████████████████

**Records Checked**
-----------------

████████████████████████████████████████

**At/Near**
-----------------------------------

████████████████████████████

**MOTHER INFORMATION**
--------------------

████████████████████████████████████████

**Record of Deportable/Excludable Alien:**
**Event Number:** ████████████████

█████████████, United States Border Patrol Agent (BPA) ██████ Brown was performing Border Patrol line watch operations near the ████████████████████████████████████ approximately 0.5 mile west of the Calexico, California Port of Entry. During the course of his duties, at approximately 7:16 p.m., Remote Video Surveillance System operators advised BPA Brown of a group of three subjects jumping the International Boundary fence. BPA Brown encountered the subjects before they reached the highway. The location was approximately 200 feet north of the ████████████████████████████████████ a location known to border patrol agents as "Zone 12". One of the individuals was later identified as ████████████████████. BPA Brown approached ████████████ and identified himself as a United States Border Patrol Agent. It was determined through questioning that ████████ is a ████████ citizen and national of ████████ without any immigration documents that would allow him to enter, work, or remain in the United States. ████████████ admitted to climbing over the International Boundary fence prior to being arrested. ████████████ was subsequently arrested for his illegal entry into the United States. ████████████ was then transported to the El Centro Border Patrol Station for further processing.

At the station, ████████████ biographical data, fingerprints, and photograph were entered

| Signature | Title |
|---|---|
| ████████████ | Deportation Officer |

2 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

CCOG00023066

**EXHIBIT 32**
**Page 0914**

**EXHIBIT 32**
**Page 0915**



SIGMA Event:
Subject ID :

**U.S. Department of Homeland Security**

**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |

U.S. Address

Scars and Marks

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | Single / Divorced / Married / Widower / Separated |

Number, Street, City, Province (State) and Country of Permanent Residence

Method of Location/Apprehension

| Date of Birth | Age: | Date of Action 12/15/2017 | Location Code | Officer | Date/Hour 12/12/2017 0546 |

| City, Province (State) and Country of Birth | AR ☐ Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By POPE |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry No Documents | Status When Found TRAVEL/SEEKING |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. AT ENTRY |

| Immigration Record | Criminal Record |

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate)

Number and Nationality of Minor Children

Father's Name, Nationality, and Address, if Known

Mother's Present and Maiden Names, Nationality, and Address, if Known

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☐ Yes ☐ No   Systems Checks | Charge Code Words(s) |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS:

Left Index fingerprint                    Right Index fingerprint

BOARDED AT
- - - - - - - - - -

RECORDS CHECKED
- - - - - - - - - - - - - - -

... (CONTINUED ON I-831)

12/15/2017

POPE
CBP OFFICER

Alien has been advised of communication privilege                    (Date/Initials)

| Distribution: | Received: (Subject and Documents) |
| | Officer: POPE |
| | on: December 15, 2017 |
| | Disposition: |
| | Examining Officer: GOMEZ |

Form I-213 (Rev. 08/01/07)

CCOG00023562

**EXHIBIT 32**
**Page 0916**

**U.S. Department of Homeland Security**                    **Continuation Page for Form** __I213__

| Alien's Name | File Number | Date |
|---|---|---|
| | SIGMA Event: ▮ | 12/15/2017 |
| | Event No: ▮ | |

▮ admitted to being born in ▮ ▮.

▮ denied ever using any other names or dates of birth before.

▮ admitted his biological father ▮ ▮, biological mother ▮
▮, are citizens and nationals of ▮.

▮ admitted to leaving his home country of ▮ ▮ in or around
▮ with his wife ▮ and son ▮. ▮ because he
was receiving death threats from the group "Mara 18 Revolosionarios. ▮ stated he has
proof of the handwritten notes and the police report in his belongings. ▮ admitted
traveling from ▮ to ▮ and staying in ▮ for three months.
▮ stated it was in ▮ where the group Mara 18 Revolosionarios followed him
there saw him and shot him in the back. ▮ stated he has proof of the gun shot to his
back with x-rays and a hospital report in his belongings. ▮ then left ▮ ▮,
and traveled to ▮ and stayed one month from ▮
then traveled to ▮ and stayed 5 months before traveling to the ▮
▮. ▮ admitted not seeking asylum in ▮ because he had been
followed by the ▮ group Mara 18 Revolosionarios.

▮ admitted being married to ▮ for one year,

▮ admitted having on son with ▮ ▮ - ▮
▮.

▮ admitted his wife and son are citizens and nationals of ▮.

▮ admitted he, his wife and son were in two different processing lines and processed
separately by two different U.S. Customs and Border Protection Officers. ▮ admitted he
and his wife and child were processed and released into ICE custody yesterday ▮

▮ admitted seeking free legal advice from a law office in ▮ before leaving for
the United States on or around ▮.

▮ admitted to attempting to enter the United States ▮.

▮ admitted he knew it was illegal not to present a passport/visa to a U.S. Customs
Official.

▮ admitted to attempting to enter the United States as a pedestrian.

▮ admitted that his sole purpose of applying for admission in the United States is for
safety for his wife, son and himself.

▮ admitted his final destination once in the United States is: ▮ ▮
▮ - his contact - is his friend ▮ ▮.
provided a telephone number of ▮ ▮.

▮ denied ever living or working in the United States before.

▮ admitted never having a legal entry document to enter or reside in the United States.
...(CONTINUED ON NEXT PAGE)

| Signature | | Title |
|---|---|---|
| | ▮(FOR) | CBP OFFICER |

____3____ of ____4____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

CCOG00023564

**EXHIBIT 32**
**Page 0917**

U.S. Department of Homeland Security                 Continuation Page for Form  I213

| Alien's Name | File Number | Date |
|---|---|---|
| | SIGMA Event: | 12/15/2017 |
| | Event No: | |

██████ denied having any application or petition pending with the Bureau of Citizenship and Immigration Services.

██████ denied ever being removed or deported from the United States before.

██████ admitted his family member - father in law was murdered in ████████████ by the ████████ group Mara 18 Revolosionarios and his wife has the death certificate as proof.

██████ expressed a fear/concern about being returned to his last residence in ████████████ ██.

██████ expressed harm if he is returned to ████████████████.

██████ admitted understanding if he is not granted asylum he is subject to removal from the United States for a period of five years.

At the end of the interview, ██████ had no questions or anything else to add.

██████ admitted understanding the questions asked of him in the Spanish language by U.S. Customs and Border Protection Officer (CBPO) Pope and that he answered to in the Spanish language to CBPO Pope.

While detained at the San Ysidro AEU area of operations, ██████ was provided with meals, a sleeping cushion and blanket. ██████ was also questioned about his well-being by successfully answering the In Processing Health Screening Form. ██████ admitted experiencing back pain. A referral was sent to the SYS/POE Admissibility Enforcement Unit Physician Assistant on site to address his back pain. ██████ had has no concern or medical issues while in the custody of Homeland Security.

IMMIGRATION BACKGROUND:

No prior adverse actions with the Department of Homeland Security - Bureau of Customs and Border Protection.

DISPOSITION: ██████████████ ████████████████ was served with an I-860 (Notice and Order of Expedited Removal). ██████ was provided with an M-444 (Information of Credible Fear Interview) and Al Aviso Orantes Modificado and was detained in the custody of Department of Homeland Security-Bureau of Customs & Border Protection pending a credible fear interview with an Asylum Officer. ████████████, ████████████ was found inadmissible into the United States in accordance with Section 212 (a) (7) (A) (i) (I) of the Immigration and Nationality Act, as amended.

| Signature | Title |
|---|---|
| ████████ POPE | CBP OFFICER |

_4_ of _4_ Pages

CCOG00023565

**EXHIBIT 32**
**Page 0918**

EXHIBIT 32
Page 0919



**SIGMA Event:**
**Subject ID :**

**U.S. Department of Homeland Security**

**Record of Deportable/Inadmissible Alien**

| Sex | Hair | Eyes | Cmplxn |

| Family Name (CAPS) | First | Middle |

| Height | Weight | Occupation |

| Country of Citizenship | Passport Number and Country of Issue | Case No. |

Scars and Marks

U.S. Address

Date, Place, Time and Manner of Last Entry | Passenger Boarded at

F.B.I. Number | Single / Divorced / Widower / Married / Separated

Method of Location/Apprehension

Number, Street, City, Province (State) and Country of Permanent Residence

| Date of Birth | Age: | Date of Action 05/08/2017 | Location Code |

AR | Form : (Type and No.) Lifted ☐ Not Lifted ☐

Date/Hour 05/07/2017 2137

By

City, Province (State) and Country of Birth

| NIV Issuing Post and NIV Number | Social Security Account Name |

Status at Entry **No Documents** | Status When Found **IN TRAVEL**

| Date Visa Issued | Social Security Number |

Length of Time Illegally in U.S. **AT ENTRY**

Immigration Record | Criminal Record

Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate)

Number and Nationality of Minor Children

Father's Name, Nationality, and Address, if Known

Mother's Present and Maiden Names, Nationality, and Address, if Known

Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? Yes No Systems Checks | Charge Code Words(s)

Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

**FINS:** 

**Left Index fingerprint**          **Right Index fingerprint**

**RECORDS CHECKED**
----------------

**...(CONTINUED ON I-831)**

**BRAY**
**CBP OFFICER**
(Date/Initials)

and Title of Immigration Officer

Alien has been advised of communication privileges

Distribution.

Received: (Subject and Documents) (Report of Interview)

Officer **BRAY**
on: **May 8, 2017**          (time)
Dispositi
Examining Officer:

Form I-213 (Rev. 08/01/07)

CCOG00024284

**EXHIBIT 32**
**Page 0920**

U.S. Department of Homeland Security          '   Continuation Page for Form ___I213___

| Alien's Name | File Number ▮ | Date |
|---|---|---|
| ▮ | SIGMA Event: ▮ | 05/08/2017 |
| | Event No: ▮ | |

SECTION CODES
▮
- - - -

FUNDS IN POSSESSION
-------------------
Mexican Peso 510.00

On or about ▮ at approximately 14:19 hours,
▮, ▮ applied for admission into the United States from ▮ at the San
Ysidro, California Port of Entry (SYS POE) through pedestrian inspection lanes. ▮
▮ traveling in a caravan of 70-80 people and within it his direct family members of
mother, step-father and sister. ▮ approached Branch Chief (BC) ▮ Nee during
inspectional operations at SYS POE pedestrian primary lanes. ▮ presented his
▮ passport when asked for documentation. ▮ stated he was seeking
admission to ▮ and was seeking political asylum. BC ▮ Nee determined that
▮ did not possess any valid documentation allowing his entry, passage through or
legal residency in the United States and he was referred to the Admissibility Enforcement
Unit for further processing.

A personal search of ▮ was conducted for officer safety. Personal search that
resulted negative was conducted by CBPO Manjarrez, witnessed by CBPO Saavedra and authorized
by SCBPO Gomez.

At SYS POE AEU secured area, ▮ was finger printed through IAFIS
(Integrated Automated Fingerprint Identification System). CBP system queries on ▮
MERINO RODAS resulted: IDENT negative; IAFIS negative; ABIS negative; TECS (Treasury
Enforcement Communication System) negative; CIS (Central Index System) negative; CLAIMS
negative, EARM negative, EOIR negative and CCDI negative. ▮ was
assigned immigration record CIS File Number ▮ FINS record ▮ and FBI
record ▮ ▮ does not have criminal record nor has any record
of removal from the U.S.

On ▮ at approximately 10:57 hrs, CBPO ▮ Bray conducted a Record of Sworn
Statement in Proceedings with ▮ ▮ declared that he had no issue or
concern that could prevent him from answering questions as he appeared lucid, coherent and
did not display any sign of confusion or disorientation.

▮ did not appear to be ill, intoxicated or under the influence of drugs. He was
alert, responsive and appeared capable of communicating. He offered appropriate responses
to questions. He did not appear to be unusually nervous or fearful.

▮ stated that he is mentally capable of understanding and answering questions.
▮ stated that he did not have any illnesses that would keep him from
understanding and answering the questions for the interview. ▮ stated that he is
not...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| ▮ BRAY | CBP OFFICER |

___2___ of ___3___ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

CCOG00024285

**EXHIBIT 32**
**Page 0921**

CONFIDENTIAL

U.S. Department of Homeland Security          '     Continuation Page for Form ___I213___

| Alien's Name | File Number ▮▮▮ | Date |
|---|---|---|
| ▮▮▮▮▮▮ | SIGMA Event: ▮▮▮ | 05/08/2017 |
| | Event No: | |

under the influence of drugs, medication, alcohol, or any other substance that would
prevent him from answering the questions for the interview. ▮▮▮▮▮ did not request or
receive any bodily comforts during the interview and no promises or threats were made to
elicit the statement. ▮▮▮▮▮ stated that he was ready to answer questions at that
particular time.

▮▮▮▮▮▮, during an oral interview and sworn statement, freely and voluntarily made the
following statements:

▮▮▮▮▮ stated that he wanted the interview to take place in the Spanish language.
▮▮▮▮▮ stated that that he is a citizen and national of ▮▮▮▮▮ by virtue of her
birth in ▮▮▮▮▮▮. ▮▮▮▮▮▮ stated
that both of his parents are citizens of ▮▮▮▮▮▮ ▮▮▮ stated that his
biological father lives in ▮▮▮▮▮ and his mother currently in custody with the ▮▮
▮▮▮ Admissibility Enforcement Unit. ▮▮▮▮▮ stated that he did not claim citizenship
in any other country.

▮▮▮▮▮ stated that he does not have petitions pending with Citizenship and Immigration
Services at this time. ▮▮▮▮ admitted knowledge the he needs documents to lawfully
enter the United States. ▮▮▮▮▮ stated he has not been removed from the United States
before. ▮▮▮▮ stated that at the time of entry he told the officer that he was here
in U.S. escaping MS13.

▮▮▮▮▮ stated that he never lived nor worked in the U.S. before. ▮▮▮▮▮ stated
he has never applied nor issued a United States visa before nor had any legal papers to
reside or work in the U.S. before.

▮▮▮▮▮ expressed fear and concern about being returned to ▮▮▮▮▮ ▮▮▮
stated that he is afraid of the gang MS13 in ▮▮▮▮▮ ▮▮▮ stated that he is
here in U.S. seeking a new life and work.

▮▮▮▮▮ denied having a problem with the ▮▮▮▮▮ government and declared that he
was not being persecuted by any government agency or institution. ▮▮▮▮ declared that
he was not persecuted due to his sexual preference, race, religion, nationality or political
group. ▮▮▮▮ wants to go to ▮▮▮▮▮ where he has uncles and cousins who are
in the court process seeking asylum as well.

▮▮▮▮▮ stated he afraid of gang MS13. ▮▮▮▮▮ stated he has not been threaten
directly by any gang members, has had two instances where he has been threatened once at
work with a gun and another being followed but cannot attribute it to the gang directly.

It was at that time that ▮▮▮▮▮ was notified that his case will be referred to an
Asylum Officer. Additionally, ▮▮▮▮▮ was notified that in the event his asylum request
is denied that he will be removed from the United States for a period of five years. When
asked, ▮▮▮▮ did not want any questions repeated nor any of her answers changed.

▮▮▮▮▮ stated that he understood she was going to be held in the custody of the
Department of Homeland Security until a decision was made on his case. ▮▮▮▮▮ was
advised that he will need legal representation. ▮▮▮▮▮ was provided with a list of
free legal services for the State of California.

| Signature | | Title |
|---|---|---|
| ▮▮▮▮▮ BRAY | | CBP OFFICER |

___3___ of ___3___ Pages

EXHIBIT 32
Page 0922

CCOG00024286

**EXHIBIT 32**
**Page 0923**

CONFIDENTIAL

U.S. Department of Homeland Security     Subject ID ▊      **Record of Deportable/Inadmissible Alien**

| | First | Middle | | Sex | Hair | Eyes | Complxn |
|---|---|---|---|---|---|---|---|

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|

U.S. Address       Scars and Marks

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | Single / Divorced / Married / Widower / Separated |
|---|---|---|---|

Number, Street, City, Province (State) and Country of Permanent Residence     Method of Location/Apprehension

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour 01/29/2018 0920 |
|---|---|---|---|---|

| City, Province (State) and Country of Birth | AR ▊ Form : (Type and No.) Lifted ▊ Not Lifted ▊ | By   KULAKOWSKI |
|---|---|---|

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found TRAVEL/SEEKING |
|---|---|---|---|

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. AT ENTRY |
|---|---|---|

| Immigration Record | Criminal Record |
|---|---|

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate)     Number and Nationality of Minor Children

Father's Name, Nationality, and Address, if Known     Mother's Present and Maiden Names, Nationality, and Address, if Known

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ▊Yes ▊No   Systems Checks | Charge Code Words(s) |
|---|---|---|

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS # : ▊       I77 ▊

ARREST COORDINATES:
--------------------
Latitude: ▊
Longitude ▊

CONSEQUENCE DELIVERY SYSTEM:
----------------------------

CARRILLO
BORDER PATROL AGENT
(Signature and Title of Immigration Officer)

| Alien has been advised of communication privileges | 01/29/18 (Date/Initials) |
|---|---|

Distribution:

TO FILE     **REMOVAL PROCEEDINGS**
TO SECTOR    **8 USC 1229A**
TO STATION

Received: (Subject and Documents) (Report of Interview)

Officer:   CARRILLO

on:   January 29, 2018 at 1352     (time.)

Disposition:

Examining Officer    HERMOSURA

Form I-213 (Rev. 08/01/07) Y

Reviewed by Prosecutions
Midnights

**EXHIBIT 32**
**Page 0924**

CCOG00024000

U.S. Department of Homeland Security                     Continuation Page for Form _____ I213

| Alien's Name | File Number | Date |
|---|---|---|
| [REDACTED] | | 01/29/2018 |

International boundary towards his location in a place commonly known to United States
Border Patrol agents as "Whiskey 4." This area is approximately one mile west of the San
Ysidro, California, Port of Entry and approximately one hundred yards north of the [REDACTED]
[REDACTED]. As the subject approached Agent's Kulakowski's
location, he noticed that the subject had a set of handcuffs dangling from his left wrist
as well as multiple lacerations and scrapes on his knees. Due to the agent's observations
and the fact that this area is commonly used by aliens to further their illegal entry into
the United States, Agent Kulakowski, who was wearing his agency issued rough duty uniform,
approached the subject, and questioned him as to his citizenship. The subject, who was
later identified as [REDACTED] freely admitted to being a citizen and national
of [REDACTED], and was not in possession of any immigration documents that would allow him to
enter or remain in the United States legally. [REDACTED] also stated to Agent Kulakowski that
he had been cuffed and beaten by [REDACTED] Police Officers and that it was the reason for him
having the handcuffs on. [REDACTED] stated that he was able to get away from the [REDACTED] Police
Officers when they stopped at a road. The San Diego Sector International Liaison Unit
(ILU), was contacted to see if the [REDACTED] Police Department had any reports of a subject
absconding from detention and they confirmed that they had no reports of such incident.

At approximately 9:20 a.m., Agent Kulakowski arrested [REDACTED], and arranged for him to be
transported to the Imperial Beach Border Patrol Station for processing.

At the station, as a routine step in processing, [REDACTED] biographical and biometric
information was entered into the Department of Homeland Security (DHS) processing systems.

IMMIGRATION HISTORY:
POSITIVE: See the reference numbers located on page one of the I-213.

CRIMINAL HISTORY:
POSITIVE: Under the referenced FBI number on page one of the I-213, as well as SID:
[REDACTED].

No wants or warrants were found.

CONSULAR NOTIFICATION:
On [REDACTED] at approximately 1:00 p.m., I, Border Patrol Agent [REDACTED] Carrillo,
notified [REDACTED] in the Spanish language, of his right to speak with a Consular Officer of
[REDACTED], as per Article 36(a)(b) of the Vienna Convention of Consular Relations. This
notification was witnessed by Border Patrol Agent [REDACTED] Lemos. [REDACTED] stated that he
understood his rights and declined to speak with a Consular Officer.

CURRENT IMMIGRATION/CRIMINAL VIOLATION:
At the Imperial Beach Border Patrol Station, [REDACTED] again freely admitted to being a citizen
and national of [REDACTED] without the necessary legal documents to enter, pass through, or
remain in the United States. [REDACTED] also admitted to illegally crossing the [REDACTED]
[REDACTED] on [REDACTED] without being inspected by an
Immigration Officer at a designated Port of Entry.

DISPOSITION:

| Signature | Title |
|---|---|
| [REDACTED] CARRILLO | BORDER PATROL AGENT |

_____3_____ of ____4____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

CCOG00024002

EXHIBIT 32
Page 0925

**EXHIBIT 32**
**Page 0926**

**U.S. Department of Homeland Security**  Subject ID :  [redacted]  **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Complxn |
|---|---|---|---|---|---|---|---|

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|

U S  Address

Scars and Marks
**See Narrative**

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F B I Number | Single / Divorced / Married / Widower / Separated |
|---|---|---|---|

Number, Street, City, Province (State) and Country of Permanent Residence

Method of Location/Apprehension

| Date of Birth  Age: | Date of Action | Location Code | At/Near | Date/Hour 02/21/2018  06:15 |
|---|---|---|---|---|

| City, Province (State) and Country of Birth | AR   Form : (Type and No.) Lifted    Not Lifted | By     KIPP |
|---|---|---|

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|

| Date Visa Issued | Social Security Number | Length of Time Illegally in U S |
|---|---|---|

| Immigration Record | Criminal Record |
|---|---|

| Name , Address and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|

| Monies Due/Property in U S, Not in Immediate Possession | Fingerprinted?  Yes  No  Systems Checks | Charge Code Words(s) |
|---|---|---|

| Name and Address of (Last/Current) U S Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | | | He |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: [redacted]          **Left Index fingerprint**                    **Right Index fingerprint**

**SCARS MARKS AND TATTOOS**
- - - - - - - - - - - - - - - - - - - - - -

**Subject Health Status**
- - - - - - - - - - - - - -

...(CONTINUED ON I-831)

KIPP
**Deportation Officer**

| Alien has been advised of communication privileges | (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|---|

Distribution

AFILE

STATS

EARM

| Received: (Subject and Documents) (Report of Interview) |
|---|
| Officer   KIPP |
| on   March 9, 2018   (time) |
| Disposition |
| Examining Officer   VALLEJO [redacted] |

Form I-213 (Rev. 08/01/07)

CCOG00024046

**EXHIBIT 32**

CONFIDENTIAL

**U.S. Department of Homeland Security**

**Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| | | 03/24/2018 |

line southwest of the "70 Mirror" and walked over to where he was located. This area is approximately three miles east of the Otay Mesa port of entry, and one mile north of the ████████████████ The individual was dressed in camouflage clothing and ducked behind the ridge as I approached. When I crested the ridge I saw the subject and identified myself as a United States Border Patrol Agent in the English and Spanish languages. I asked the subject his citizenship. The subject, who would later be identified as ██████████████████, replied, "██████" I then asked ████ if he possessed the proper immigration documents to enter or remain in the United States legally, to which he replied, "No." At approximately 6:35 a.m., I placed ████ under arrest and arranged for his transportation to the Chula Vista Border Patrol Station for further processing.

At the Station, as a routine step in processing, ██████ biographical, and biometric information was entered into the processing systems. These systems, along with record checks did reveal an immigration and criminal history under the following numbers:

A#: ██████████
FBI#:
SID#:
SID#:
FINS#:

Record checks revealed ████ as being amenable for criminal prosecution for 8 USC 1326 Re-entry after deportation and a videotaped statement was conducted.

VIDEO SYNOPSIS of DEFENDANT POST-MIRANDA STATEMENT:

Name:
Location: Chula Vista Border Patrol Station
Time/Date: 9:25 a.m. on ████
Taken By: Border Patrol Agent ████████ Rivas
Witnessed By: Border Patrol Agent ████ Cuevas
Summary By: Border Patrol Agent ████ Rivas

At the above time, date, and location, Border Patrol Agent ████████ Rivas, took a video statement in the Spanish language from ███████████████████ as witnessed by Border Patrol Agent ████ Cuevas, which in summary depicts the following:

At approximately 9:26 a.m., ████ was advised of his ████ Consulate communication rights in the Spanish language. ████ stated that he understood his rights and declined to exercise them.

At approximately 9:27 a.m., ████ was read his Miranda rights in the Spanish language as witnessed by Agent Cuevas. ████ stated he understood his Miranda rights and was willing to answer questions without an attorney present.

████ stated that his true and correct name is ███████████████████ admitted to being a citizen and national of ████ who was born ███████████████ on ██████. ████ stated that he is a citizen and national of ████ without the proper immigration documents that would allow him to enter or remain in the United States legally. ████ stated that he entered the United States illegally by walking through the mountains near ████████, on ██████. ████ stated that he knew he was entering the United States illegally. ████ stated that he was arrested

| Signature | Title |
|---|---|
| ████████ KIPP | Deportation Officer |

_3_ of _5_ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

CCOG00024048

**EXHIBIT 32**
**Page 0928**

**U.S. Department of Homeland Security**

**Continuation Page for Form** I-213

| Alien's Name | File Number | Date 03/09/2018 |
|---|---|---|

previously for vehicle theft and for violation of a restriction order. ▓ stated that he was enroute to ▓ to reunite with his family and seek employment. ▓ added that he will not hurt anyone in the United States, and he claimed to have reasonable fear of returning to his home country of ▓ stated that if he is returned to ▓ the ▓ Mafia will kill him.

The interview concluded at 9:39 a.m.

▓ has been served with forms I-205, I-871 and I-215B.

▓ is being held in DHS custody pending criminal prosecution for violation of 8 USC 1326.

I, Border Patrol Agent ▓ Albright, placed my initials next to the picture on DHS form I-213. My initials indicate that this photograph depicts the individual that I encountered and apprehended on ▓.

**ADDENDUM:**

Agent Albright, confirmed that ▓ stated at the time of apprehension that he made his illegal entry into the United States, on ▓ at approximately 5:00 a.m.

**** Addendum created by Deportation Officer ▓ Kipp on ▓. ****

On or about ▓ ▓ was released to the San Diego ICE, Criminal Alien Program Unit from GEO to an I-247 Immigration Detainer placed by Deportation Officer ▓ Narvaez.

▓ is a native and citizen of ▓ by virtue of his birth in ▓

▓ makes no claim to United States citizenship.

▓ claims his parents are native and citizens of ▓

▓ claims his grandparents are native and citizens of ▓

▓ does not claim to have any applications/petitions pending with Citizenship and Immigration Services.

▓ has not served in the U.S. Military. There are no appeals pending with the BIA or the Ninth Circuit Court of Appeals at this time.

▓ was provided an opportunity to make a free phone call in accordance with local policy. Documentation of any calls made was placed into the file.

▓ was informed he had the right to contact the consular representatives of his country if he so wished.
▓ stated he did want to contact the consular representatives of his country.

▓ claims to have fear of returning to his home country of ▓

| Signature ▓ KIPP | Title Deportation Officer |
|---|---|

4 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

CCOG00024049

**EXHIBIT 32
Page 0929**

EXHIBIT 32
Page 0930

| U.S. Department of Homeland Security | SIGMA Event: ▉▉▉<br>Subject ID : ▉▉▉ | Record of Deportable/Inadmissible Alien |
|---|---|---|

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| **Country of Citizenship** | Passport Number and Country of Issue | File Number | | Height | Weight | Occupation | |
| **U.S. Address** | | | | Scars and Marks | | | |
| **Date, Place, Time, and Manner of Last Entry** | | Passenger Boarded at | | F.B.I. Number | | Single / Divorced / Widowed — Married / Separated | |
| **Number, Street, City, Province (State) and Country of Permanent Residence** | | | | Method of Location/Apprehension | | | |
| **Date of Birth** | Date of Action **05/03/2018** | Location Code | | At/Near | | Date/Hour **05/02/2018 1400** | |
| **City, Province (State) and Country of Birth** | **AR** ▉ Form : (Type and No.) Lifted ▉ Not Lifted ▉ | | | By | | | |
| **NIV Issuing Post and NIV Number** | Social Security Account Name | | | Status at Entry **No Documents** | | Status When Found **IN TRAVEL** | |
| **Date Visa Issued** | Social Security Number | | | Length of Time Illegally in U.S **AT ENTRY** | | | |
| **Immigration Record** | | Criminal Record | | | | | |
| **Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate)** | | | | Number and Nationality of Minor Children | | | |
| **Father's Name, Nationality, and Address, if Known** | | Mother's Present and Maiden Names, Nationality, and Address, if Known | | | | | |
| **Monies Due/Property in U.S. Not in Immediate Possession** | Fingerprinted? ▉ Yes ▉ No   Systems Checks | Charge Code Words(s) | | | | | |
| **Name and Address of (Last)(Current) U.S. Employer** | Type of Employment | | Salary | Employed from/to | | | |
| | | | Hr | | | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: ▉▉▉          Left Index fingerprint          Right Index fingerprint

RECORDS CHECKED
----------------
  .

... (CONTINUED ON I-831)

| | **CARRILLO**<br>**CBP OFFICER** | |
|---|---|---|
| Alien has been advised of communication privileges ▉▉▉ | (Date/Initials) | (Signature and Title of Immigration Officer) |

| Distribution: ▉▉▉ | Received: (Subject and Documents)   (Report of Interview) |
|---|---|
| | Officer: ▉ **CARRILLO** |
| | on: **May 3, 2018** ▉▉▉ (time) |
| | Disposition: ▉▉▉ |
| | Examining Officer: ▉▉▉ |

Form I-213 (Rev. 08/01/07)

CCOG00023341

**EXHIBIT 32**
**Page 0931**

U.S. Department of Homeland Security                    Continuation Page for Form I213

| Alien's Name | File Number SIGMA Event: Event No: | Date 05/03/2018 |

the U.S. and both of them are in ▮

    ▮ stated he left ▮ and traveled by bus to
▮ where he joined a migrant caravan. ▮ stated he traveled with the
caravan by train and bus to ▮ stated he walked to the San Ysidro POE
and applied for entry asking for political asylum in the U.S. ▮ stated he presented his
▮ identification card to the CBP Officer when asked for his documents. ▮ stated
he told the CBP Officer he is asking for political asylum because he is afraid to go back to
▮ stated he intends to go ▮ where his sponsor lives. ▮
provided his sponsor's contact information, telephone number ▮ stated
the organization that planned the caravan helped him with his travel and paid his travel
expenses.

    ▮ stated he does not have or never ever had legal document neither to enter nor to
travel in the U.S. ▮ stated he knows that he is required legal documents to enter the
U.S. ▮ stated he does not have pending applications or petitions with the U.S.
Citizenship and Immigration Services. ▮ stated he does not have current visa
applications or permit to travel to the U.S.

    ▮ stated the purpose of his entry into the U.S. on ▮ was to ask for political
asylum. ▮ stated he is afraid to go back to ▮ because the Mara gang threatened
to kill him since her refuse to join them. ▮ stated he will not be safe in ▮
expressed fear if returned to ▮

    ▮ stated he gave all his statements freely and voluntarily. ▮ stated that he was
not forced or coerced in any way to answer the questions during interview. ▮ stated
that stated that he understood all the questions that were asked during the interview.

DISPOSITION: ▮ is inadmissible to the U.S. pursuant to sections (a)(7)(a)(i)(I) of the
INA, as amended. ▮ was served and provided in the Spanish language of Form M-444,
Information about Credible Fear Interview in English and Spanish language with attached List
of Pro Bono Legal Service Providers. ▮ was served with Form I-860, Determination of
Inadmissibility and was taken into DHS custody pending credible fear interview with an
Asylum Officer.

| Signature ▮ CARRILLO | Title CBP OFFICER |

Form I-831 Continuation Page (Rev. 08/01/07)

CCOG00023343

**EXHIBIT 32**
**Page 0932**

**EXHIBIT 32**
**Page 0933**

| SIGMA Event: ▮ | |
|---|---|
| **U.S. Department of Homeland Security** Subject ID : ▮ | **Record of Deportable/Inadmissible Alien** |

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|

| U.S. Address | | Scars and Marks |
|---|---|---|

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | Single  Divorced  Married  Widower  Separated |
|---|---|---|---|

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour 05/02/2018 1437 |
|---|---|---|---|---|

| City, Province (State) and Country of Birth | AR ▮  Form (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry No Documents | Status When Found TRAVEL/SEEKING |
|---|---|---|---|

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. AT ENTRY |
|---|---|---|

| Immigration Record | Criminal Record |
|---|---|

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☐ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: ▮  Left Index fingerprint    Right Index fingerprint

SECTION CODES

▮, at approximately 1132 hours, ▮ RODRIGUEZ Pineda applied for admission...(CONTINUED ON I-831)

| 05/03/18 (Date/Initials) | LLANES CBP OFFICER ▮ | Signature and Title of Immigration Officer |
|---|---|---|
| Alien has been advised of communication privileges | | |

| Distribution: | Received: (Subject and | (Report of Interview) |
|---|---|---|
| | Officer: LLANES | |
| | on: May 3, 2018 | (time) |
| | Disposition: ▮ | |
| | Examining Officer: ▮ TOVAR | |

Form I-213 (Rev. 08/01/07)

CCOG00023162

**EXHIBIT 32**
**Page 0934**

CONFIDENTIAL

**U.S. Department of Homeland Security**                     Continuation Page for Form __I213__

| Alien's Name | File Number ▮ | Date |
| | SIGMA Event: ▮ | 05/03/2018 |
| | Event No: ▮ | |

into the United States from▮▮▮via the pedestrian primary lanes at the ▮▮▮

Customs and Border Protection (CBP) Officer Aminston was assigned to the pedestrian primary lanes when▮▮▮approached for inspection. ▮▮▮did not have legal documents for entry into the United States. ▮▮▮was escorted to secondary and turned over to the Admissibility Enforcement Unit office for further inspection.

While in secondary, the biographical information and fingerprints of ▮▮▮were queried. CBP database queries indicated no prior apprehensions or criminal history for ▮▮. ▮▮ was detained for further disposition.

During an oral interview and sworn statement, conducted in the Spanish language by CBP Officer ▮▮Llanes and witnessed by CBP Officer ▮Reyes, ▮▮▮freely and voluntarily admitted the following:

▮▮▮ admitted being a citizen and national of ▮▮▮by birth in ▮▮▮

▮▮▮ admitted not possessing any legal entry documents to enter, reside, or pass through the United States.

▮▮▮ admitted to have departed his home in ▮▮▮because his threatened by the MS-13 and he feared for his life.

▮▮▮ admitted to have departed his home in ▮▮▮

▮▮▮ admitted to have departed ▮▮▮and traveled to ▮▮▮ where he stayed for 1 week waiting for the caravan to arrive.

▮▮▮ admitted to have departed ▮▮▮by caravan and traveled to ▮▮▮arriving on ▮▮▮

▮▮▮ admitted that his friends were talking about the caravan in ▮▮▮and he did not have to pay money.

▮▮▮ admitted that he did not ask for asylum in any other countries.

▮▮▮ admitted that he did not ask for asylum in▮▮▮because he wanted to come to the U.S.

▮▮▮ admitted he would like to reunite with his Aunt ▮▮▮Hernandez in in the United States.

▮▮▮ admitted to never have applied for a United States visa.

▮▮▮ admitted to never have resided in the United States.

▮▮▮ admitted he would like the opportunity seek asylum in the United States.

▮▮▮ admitted he fears being returned to ▮▮▮
...(CONTINUED ON NEXT PAGE)

| Signature | | Title |
| ▮LLANES | | CBP OFFICER |

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

CCOG00023163

**EXHIBIT 32**
**Page 0935**

**EXHIBIT 33**

**EXHIBIT 33**

1   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
    Daniel P. Struck, AZ Bar #012377
2   *(admitted pro hac vice)*
    Rachel Love, AZ Bar #019881
3   *(admitted pro hac vice)*
    Nicholas D. Acedo, AZ Bar #021644
4   *(admitted pro hac vice)*
    Ashlee B. Hesman, AZ Bar #028874
5   *(admitted pro hac vice)*
    Jacob B. Lee, AZ Bar #030371
6   *(admitted pro hac vice)*
    3100 West Ray Road, Suite 300
7   Chandler, Arizona 85226
    Tel.: (480) 420-1600
8   Fax: (480) 420-1695
    dstruck@strucklove.com
9   rlove@strucklove.com
    nacedo@strucklove.com
10  ahesman@strucklove.com
    jlee@strucklove.com
11
    LAW OFFICE OF ETHAN H. NELSON
12  Ethan H. Nelson, CA Bar #262448
    4 Park Plaza, Suite 1025
13  Irvine, California 92614
    Tel.: (949) 229-0961
14  Fax: (949) 861-7122
    ethannelsonesq@gmail.com
15
    Attorneys for Defendant/Counter-Claimant
16  CoreCivic, Inc.

17              **UNITED STATES DISTRICT COURT**

18              **SOUTHERN DISTRICT OF CALIFORNIA**

19  Sylvester Owino and Jonathan Gomez,        NO. 3:17-cv-01112-JLS-NLS
    on behalf of themselves, and all others
20  similarly situated,                        **DECLARATION OF JACOB B. LEE
                                               IN SUPPORT OF DEFENDANT'S
21              Plaintiffs,                     MEMORANDUM IN OPPOSITION
                                               TO PLAINTIFFS' MOTION FOR
22  v.                                         CLASS CERTIFICATION**

23  CoreCivic, Inc., a Maryland
    corporation,
24
                Defendant.
25

26

27

28

Declaration of Jacob B. Lee                    17cv01112-JLS-NLS

**EXHIBIT 33**
**Page 0936**

1   CoreCivic, Inc., a Maryland
    corporation,

2
                        Counter-Claimant,

3
    v.

4
    Sylvester Owino and Jonathan Gomez,

5   on behalf of themselves, and all others
    similarly situated,

6
                        Counter-Defendants.

7

8       I, Jacob B. Lee, make the following Declaration:

9       1.      I am over the age of 18 years and competent to testify to the matters

10  set forth in this Declaration. I am counsel of record for CoreCivic in this matter, and

11  make this Declaration in support of CoreCivic's Memorandum in Opposition to

12  Plaintiffs' Motion for Class Certification based on my own personal knowledge and

13  my review of the relevant documents as maintained by my office in the usual

14  course of business.

15      2.      The foregoing Exhibit 18 is a true and correct copy of Sections 1.2,

16  3.1, and 5.8 of the 2016 Revisions to the 2011 Performance-Based National

17  Detention Standards.

18      3.      The foregoing Exhibit 19 is a true and correct copy of the INS

19  Detention Standards, Voluntary Work Program, September 20, 2000, and

20  Disciplinary Policy, September 20, 2000.

21      4.      The foregoing Exhibit 20 is a true and correct copy of Otay Mesa

22  Detention Center Policy 18-100 Classification Housing, Work & Program Plan,

23  dated June 30, 2017 (CCOG00035305-CCOG00035315).

24      5.      The foregoing Exhibit 21 is a true and correct copy of Otay Mesa

25  Detention Center Policy 19-100 Inmate Detainee Employment System (ICE Only),

26  dated June 30, 2017 (CCOG00002817-CCOG00002822).

27      6.      The foregoing Exhibit 22 is a true and correct copy of the ICE

28  National Detainee Handbook, April 2016.

Declaration of Jacob B. Lee                    2                    17cv01112-JLS-NLS

**EXHIBIT 33**
**Page 0937**

7.     The foregoing Exhibit 23 is a true and correct copy of *Ahmed, et al. v. CoreCivic, Inc.*, Brief for the United States as Amicus Curiae in Support of Neither Party.

8.     The foregoing Exhibit 24 is a true and correct copy of San Diego Correctional Facility Trust Account Summary of Detainee Owino (CCOG00002338-CCOG00002464).

9.     The foregoing Exhibit 25 is a true and correct copy of San Diego Correctional Facility Trust Account Summary of Detainee Gomez (CCOG00002465-CCOG00002485).

10.    The foregoing Exhibit 26 is a true and correct copy of Trust Account Summary of Detainee MAH (OMDC) (CCOG00056567-CCOG00056591).

11.    The foregoing Exhibit 27 is a true and correct copy of a chart depicting evidence attached in support of Plaintiffs' Motion for Class Certification. I prepared this chart after reviewing Plaintiffs' Motion for Class Certification and the exhibits attached to it to determine which of the 24 facilities and 14 years implicated by Plaintiffs' putative classes were covered by Plaintiffs' exhibits.

12.    The foregoing Exhibit 28 is a true and correct copy of excerpts of the deposition of Jason Ellis, taken on March 4-5, 2019.

13.    The foregoing Exhibit 29 is a true and correct copy of excerpts of the deposition of Troy Pollock, taken on February 26, 2019.

14.    The foregoing Exhibit 30 is a true and correct copy of excerpts of the deposition of Fred Figueroa, taken on February 19, 2019.

15.    The foregoing Exhibit 31 is a true and correct copy of excerpts of the deposition of Susan Huffman, taken on January 21, 2019.

16.    The foregoing Exhibit 32 is true and correct copies of various Records of Deportable/Inadmissible Aliens, who were detained at the Otay Mesa Detention Center.

///

**EXHIBIT 33**
**Page 0938**

1       I declare under penalty of perjury that the foregoing is true and correct to the

2  best of my knowledge.

3       EXECUTED this 11th day of July, 2019 at Chandler, Arizona.

4

5

6                          Jacob B. Lee

7

3601612.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Jacob B. Lee          4          17cv01112-JLS-NLS

**EXHIBIT 33**
**Page 0939**