# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>                          Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>                          Defendant. | Case No.: 17-CV-1112 JLS (NLS)<br><br>**ORDER SETTING BRIEFING SCHEDULE RE: PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>(ECF No. 97) |

     Presently before the Court is Plaintiffs Sylvester Owino and Jonathan Gomez's Motion for Partial Summary Judgment ("Mot.," ECF No. 97), noticed for a hearing on October 10, 2019. The Court **SETS** the following briefing schedule for the Motion: Defendant CoreCivic, Inc. **SHALL FILE** its Opposition <u>on or before September 5, 2019</u>, and Plaintiffs **MAY FILE** their Reply, if any, <u>on or before September 26, 2019</u>.

     **IT IS SO ORDERED.**

Dated: July 15, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1

17-CV-1112 JLS (NLS)