UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CORECIVIC, INC., a Maryland corporation, <br><br> Defendant. | Case No.: 17-CV-1112 JLS (NLS) <br><br> **ORDER GRANTING JOINT MOTION FOR TO EXTEND PAGE LIMIT OF PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION FOR CLASS CERTIFICATION BY FIVE PAGES** <br><br> (ECF No. 125) |

Presently before the Court is Plaintiffs Sylvester Owino and Jonathan Gomez and Defendant CoreCivic, Inc.'s Joint Motion for Leave to Extend Page Limit of Plaintiffs' Reply Brief in Support of Motion for Class Certification by Five Pages ("Mot.," ECF No. 125). Good cause appearing, the Court **GRANTS** the Motion. Plaintiffs **MAY FILE** a reply in support of their motion for class certification not to exceed fifteen (15) pages.

**IT IS SO ORDERED.**

Dated: July 31, 2019

Hon. Janis L. Sammartino
United States District Judge

1

17-CV-1112 JLS (NLS)