J. MARK WAXMAN (SBN 58579)
mwaxman@foley.com
NICHOLAS J. FOX (SBN 279577)
nfox@foley.com
**FOLEY & LARDNER LLP**
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
T: 858.847.6700 // F: 858.792.6773

EILEEN R. RIDLEY (SBN 151735)
eridley@foley.com
ALAN R. OUELLETTE (SBN 272745)
aouellette@foley.com
**FOLEY & LARDNER LLP**
555 California Street, Suite 1700
San Francisco, CA 94104-1520
T: 415.434.4484 // F: 415.434.4507

ROBERT L. TEEL (SBN 127081)
lawoffice@rlteel.com
**LAW OFFICE OF ROBERT L. TEEL**
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
T: 866. 833.5529 // F:855.609.6911

GEOFFREY M. RAUX (pro hac vice)
graux@foley.com
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, MA 02199-7610
T: 617.342.4000 // F: 617.342.4001

Attorneys for Plaintiffs SYLVESTER OWINO, JONATHAN GOMEZ, and the Proposed Class(es)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CORECIVIC, INC.,<br><br>　　　　　　　Defendant.<br><br>CORECIVIC, INC.,<br><br>　　　　　　　Counter-Claimant,<br><br>　vs.<br><br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Counter-Defendants. | Case No. 3:17-CV-01112-JLS-NLS<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF EILEEN R. RIDLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: August 22, 2019<br>Time: 2:00 p.m.<br>Place: Courtroom 4D<br><br>Judge: Hon. Janis L. Sammartino<br>Magistrate: Hon. Nita L. Stormes<br><br>DEMAND FOR JURY TRIAL |

Case No. 3:17-CV-01112-JLS-NLS

I, Eileen R. Ridley, hereby declare and state:

1. I am a member in good standing of the State Bar of California and the United States District Court for the Southern District of California. I am a partner with the law firm of Foley & Lardner LLP. I, along with my co-counsel, represent Plaintiffs Sylvester Owino and Jonathan Gomez ("Plaintiffs") and the proposed class(es) in the above-captioned matter. I am familiar with the file, the documents, and the history related to the action. I make this Supplemental Declaration in support of Plaintiffs' Motion for Class Certification. This Declaration is based on my own personal knowledge, and if called to testify, I could and would do so competently on the matters stated herein.

23. Attached hereto as **Exhibit 1** is a true and correct copy of work agreements executed by Plaintiff Sylvester Owino, Bates Nos. CCOG00025523-25532, which were produced by Defendant to Plaintiffs during the course of discovery in this litigation.

23. Attached hereto as **Exhibit 2** is a true and correct copy of an Inmate Account Summary for Plaintiff Jonathan Gomez, Bates Nos. CCOG00002465-2485, which was produced by Defendant to Plaintiffs during the course of discovery in this litigation.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

DATED: August 1, 2019

                              */s/ Eileen R. Ridley*
                              Eileen R. Ridley

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 1, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

                                              */s/* Eileen R. Ridley
                                              Eileen R. Ridley