# Exhibit 1

## CANTEEN CORRECTIONAL SERVICES
## INMATE WORKER KITCHEN RULES

1. Inmate must report to work in the proper uniform. Hair restraints supplied by Canteen Correctional Services must be worn working in the kitchen and during the meal service period.
2. Inmate kitchen workers must be clean and fingernails must be trimmed and clean.
3. Plastic gloves must be worn when handling any food during the various *preparation* and *cooking stages* and *during the serving of food.*
4. There is to be no smoking in any food preparation, storage, or service area. Smoking is allowed only in designated areas.
5. No sitting on the worktables or other equipment is allowed.
6. Horseplay and/or fighting will not be tolerated.
7. There will be no eating in the kitchen except at your scheduled mealtime and in the designated break or eating area.
8. There will be no drinking in any food preparation area. All beverages are to be consumed in the designated break or eating area.
9. *Leaving the kitchen area with food, beverages or utensils* without permission is prohibited.
10. No inmate is permitted a double portion of food.
11. Playing with tools or equipment is prohibited.
12. Only one inmate will be permitted to use the restroom at a time.
13. The use of foul or abusive language in the kitchen is prohibited.
14. Inmates working with knives or utensils are not permitted to leave the work area with those items.
15. Inmates are not allowed to serve themselves.
16. Inmates are expressly forbidden to leave the kitchen and/or department without first obtaining permission from the Canteen Supervisor.
17. Inmates on the serving line must be polite to the inmates they are feeding.
18. No inmate is permitted to operate any equipment without being trained by an employee of Canteen Correctional Services.
19. No inmate is allowed in any office area without permission.

Inmate Signature: [signature] Date: [redacted] FEB 1 1 2015

Trainer/Manager's Signature: [redacted] Date: _____

C2

# CANTEEN CORRECTIONAL SERVICES
# INMATE AGREEMENT CONTRACT

DATE: 2/10/15

I, Sylvester Owino, agree to abide by and follow any and all rules and regulations set by the CANTEEN Company and or any regulatory agency governing to operations of the Food Service Department.

1. I will perform duties as listed and described on any Job Description and any additional work assigned to me by a Food Service Supervisor to the best of my ability.
2. I will work the times assigned me as scheduled by the Food Service Department.
3. I will eat only during designed break times, set by the Food Service Department.
4. I will eat off the service line only those items and portions served to the General Population, unless assigned a special diet or unless permitted by a Food Service Supervisor.
5. I will not be in possession of, nor will I cook or prepare items which are not designated menued items for that particular meal for myself or others, unless directed to do so by a Food Service Supervisor.
6. I will not eat, drink, or smoke in any food preparation area, dish room, or food storage areas.
7. I am not allowed in the Food Service Department Office unless authorized by the Site Manager.
8. I will not attempt to nor remove any food items, supplies, or equipment from the Food Service Building unless directed to do so by Food Service Supervisor.
9. I will take breaks only when scheduled or approved by a Food Service Supervisor.
10. I will not bring any personal property into the kitchen or dining facility, including radios, stereos, games, cards, etc.
11. I will not enter the Food Service Department kitchen at unscheduled times, unless called for or authorized by a Supervisor.
12. I will wear clean kitchen whites and appropriate hair coverings at all times while in any food preparation, dish room or food storage areas.
13. I understand that by not complying with these and other rules and regulations listed and described in the *San Diego Correctional Facility Inmate/Detainee Admission and Orientation Handbook*, it could result in disciplinary action, loss of good time and or loss of my job.
14. I understand that I shall be evaluated on my job performance on a monthly basis, which could effect, pay, promotions, demotions or loss of job.

JOB: _____

Inmate Name: Owino Sylvester O _____
                   Last     First   M.I.      D.O.C.#

SIGNATURE: [signature]    DATE: 2/10/15

FOOD SERVICE SUPERVISOR: [redacted]   Title: [signature]
           Last   First   MI

SIGNATURE           DATE: FEB 11 2015

C1

OWINO, SYLVESTER OTIENO
A# [redacted]   ICE
DATE: 02/09/2015  TIME: 2245
DOB: [redacted]  MALE
KENYA

# CANTEEN CORRECTIONAL FOOD SERVICES

## INMATE JOB DESCRIPTION

JOB TITLE: UTILITY

WORK AREA: KITCHEN

NORMAL WORK HOURS: AM Shift or PM Shift. Shift will be assigned by Food Service Manager.

PAY SCALE: GRADE UNSKILLED

CAPSULE JOB DESCRIPTION: Assist in cleaning and sanitation of all areas in the kitchen. Must be in Utility position for a minimum of 90 and have three (3) evaluations of 2.5 or above to stay in position.

SPECIFIC WORK DUTIES:

1. Clean and sanitize all hot carts, segregation carts, and cambro carts when they are returned to the kitchen.
2. Clean and sanitize all dry storage racks and tray carts.
3. Clean and sanitize baking racks.
4. Keep kitchen floor swept and mopped at all times.
5. Keep floor drains clean.
6. Empty and wash out trash containers, as needed.
7. Assist in trash runs to dispose of trash.
8. Wash and sanitize walls, walk-ins, freezer doors, and tables, etc.
9. Follow all safety instructions and posted operational rules.
10. Any other duties asked of you by Food Service Staff.

SPECIAL REQUIREMENTS: Medical Clearance must be able to lift 40 lbs.

TERMINATION:

1. Failure to follow Safety Procedures.
2. Failure to follow Supervisor's instructions.
3. Excessive absenteeism.
4. Misconduct, horseplay, etc.
5. Theft
6. Unsatisfactory work performance.

NOTE: These are not all of your work duties; other duties may be assigned as deemed necessary.

PRINT NAME: Owino Sylvester Otieno    NUMBER: ███

OFFENDER SIGNATURE: ███    DATE: 2/11/15

SUPERVISOR: ███    DATE: FEB 11 2015

C12

| CANTEEN CORRECTIONAL SERVICES | JOB DESCRIPTION |
|---|---|

Our mission is to: Provide wholesome hot meals in a timely manner and in accordance to the established menu, to all residents and staff of San Diego Correctional Facility every day of the year.

## SANITATION WORKER

PURPOSE: To maintain a clean and sanitary kitchen in a correctional food service program.

DUTIES:

A. The *Sanitation Worker* in the area of "Sanitation" will:
  1. Check cleaning schedule daily.
  2. Assist in the cleaning of all areas of the kitchen.
  3. Use only authorized cleaning chemicals.
  4. Clean and sanitize equipment per written instructions.
  5. Sweep and mop floors as required throughout the day.
  6. Keep trash containers emptied.
  7. Clean restrooms, hand sinks, and break areas at designated times.
  8. Clean walls, ceilings and other areas with proper cleaning equipment.
  9. Keep all cleaning chemicals away from food area.
  10. Follow instructions from staff personnel in the cleaning and sanitizing of the kitchen.
  11. Assist in any other duties deemed necessary by food service.

B. The *Sanitation Worker* in the area of "Equipment Usage" will:
  1. Completely understand the operation and safety procedures of all cleaning equipment.
  2. Make sure that equipment is in the proper working condition at all times.
  3. Place cleaning equipment in the proper working condition at all times.
  4. Assist in any other duties deemed necessary by food service.

"All kitchen workers will wear hair restraints, etc. while in the kitchen and gloves when handling food."

Print Name: Owino Sylvester Otieno     A#: ███

Signature: [signature]     Date: 2/10/15

OWINO, SYLVESTER OTIENO
A# ███                ICE
DATE: 02/09/2015   TIME: 2245
DOB: ███            MALE
KENYA

C11

CCOG00025526

# CANTEEN CORRECTIONAL SERVICES
# INMATE TRAINING
# LESSON PLAN

## COURSE TITLE: KITCHEN EQUIPMENT

### Lesson Title: Kettles and Steamers – THE BASICS

Course Objective: To instruct the inmate on the various pieces of equipment listed above.

Equipment/Supplies Required: Demonstrator to lecture at each piece of equipment listed above point out its features and explain what it does.

Lesson Tools: Presenter Demonstrations/Lecture

Kettles and steamers enable a chef to prepare large amounts of food efficiently, since the heat is applied over a much larger area than is possible when a single burner is used. Cooking times for dishes prepared in steamers and large kettles are often shorter than for those prepared on a range top.

STEAM-JACKET KETTLE – This freestanding or tabletop kettle circulates steam through the walls of the jacket, providing even heat. Units vary: they may tilt, may be insulated and may have spigots or lids. Available in a range of sizes, these kettles are excellent for producing stocks, soups and sauces, as well as some casserole items. They are generally made of stainless steel and sometimes have specially treated non-stick surface. Gas or electric models are available.

TILTING KETTLE – This large, relatively shallow freestanding unit is used for braising, stewing and a hot of other cooking processes. Most tilting kettles have lids, allowing for steaming, as well. They are usually made of stainless steel and are available in gas or electric models.

PRESSURE STEAMER – Water is heated under pressure in a sealed compartment, allowing it to reach higher than boiling temperature (212 degrees F.) The cooking time is controlled by automatic timers, which open the exhaust valves at the end. The doors cannot be opened until the pressure has been released.

CONVECTION STEAMER – The steamer generated in a boiler and then piped to the cooking chamber, where it is vented over the food. Pressure does not build up in the unit; it is continuously exhausted, which means the door may be opened at any time without danger of scalding or burning.

C5

# CANTEEN CORRECTIONAL SERVICES
## INMATE TRAINING
## LESSON PLAN

OWINO, SYLVESTER OTIENO
A# ▮▮▮▮  ICE
DATE: 02/09/2015   TIME: 2245
DOB: ▮▮▮▮   MALE
KENYA

**COURSE TITLE: KITCHEN EQUIPMENT**

Lesson Title: Safety Precautions (all equipment)

Course Objective: To instruct inmate workers on the following safety guidelines for all kitchen equipment.

Equipment/Supplies Required: Slicer or Mixer to be used in demonstration.

Lesson Tools: Presenter Demonstrations/Lecture

Safety precautions must be observed and proper maintenance and cleaning must be consistently applied in order to keep equipment functioning properly and to prevent injury or accidents. Observe the following safety guidelines when working with any kitchen equipment.

1. Obtain proper instruction in the machine's safe operation. Do not be afraid to ask questions.
2. First turn off and then unplug electrical equipment before assembling or breaking down the equipment for cleaning.
3. Use all safety features: Be sure that lids are secure, hand guards are used, and the piece of equipment is stable.
4. Clean and sanitize the equipment thoroughly after each use.
5. Be sure that all pieces of equipment are properly reassembled and left unplugged after each use.
6. Report any problems or malfunctions promptly to your supervisor.

Presenter uses a particular piece of equipment to demonstrate safety features, break down, and set-up.

C8

# CANTEEN CORRECTIONAL SERVICES
# INMATE TRAINING
# LESSON PLAN

## COURSE TITLE: KITCHEN EQUIPMENT

Lesson Title: Stoves, Ranges and Ovens – THE BASICS (Page 2)

OVENS – Ovens cook foods by surrounding them with hot air, a gentler and more even source of heat than the direct heat of a burner. Many types of roasted and baked food are prepared in ovens. Delicate foods, such as custards, are also cooked in an oven usually in a hot water bath (bain-marie). Different ovens are available to suit a variety of needs, and both the establishment's menu and its available space should be evaluated before determining what type and size oven to install.

<u>Convection Oven</u> – Hot air is forced through fans to circulate around the food, cooking it evenly and quickly. Some convection ovens have the capacity to introduce steam. They are available in gas or electric models, in a range of sizes, with stainless steel interiors and exteriors, and glass doors. Special features may include infrared and a convection-microwave combination.

<u>Conventional Oven</u> – The heat source is located on the bottom, underneath the deck, or floor, of the oven. Heat is conducted through the deck into the cavity. Conventional ovens can be located below a range top or as individual shelves arranged one above another. The latter are known as deck ovens, and the food is placed directly on the deck, (in a pan), instead of on a wire rack. Deck ovens usually are gas or electric, although charcoal and wood burning units are also options. The basic deck oven is most often used only for roasting, but several variations are available for other purposes. Additional styles of ovens include pizza ovens, rotary ovens, conveyor ovens and rotating deck ovens.

<u>Slow Cookers/Combi Stoves</u> – These stoves have been used extensively in Europe and are becoming more common in this country. The stove cooks at low temperatures, and may also steam foods. It can be used for both cooking and holding them at the correct serving temperatures, making them desirable in a number of different instances (catering, banquets, large scale operations). Some versions of these stoves are capable of smoking foods, as well.

C4

# CANTEEN CORRECTIONAL SERVICES
# INMATE TRAINING
# LESSON PLAN

## COURSE TITLE: KITCHEN EQUIPMENT

### Lesson Title: Stoves, Ranges and Ovens – THE BASICS

Course Objective: To instruct and demonstrate to the inmate workers the various pieces of equipment listed above.

Equipment/Supplies Required: Demonstrator to lecture at each piece of equipment listed above, point out its features and explain what it does.

Lesson Tools: Presenter Demonstrations/Lecture

It is difficult to imagine a kitchen without a stove. The stove top is known as the range; the oven is usually below the range. There are a number of different variations on this standard arrangement, however, just as there a number of different range tops and ovens available today.

RANGES – Gas or electric ranges are available in many sizes with various combinations of open burners, flattops (not to be confused with griddle units), and ring tops. Open burners and ring tips supply direct heat, which is easy to change and control. Small units known as candy stoves or stockpot ranges have rings of gas jets that allow for excellent heat control. Flat-tops provide indirect heat, which is more even and less intense than direct heat. Foods that require long, slow cooking, such as stocks, are more effectively cooked on a flat-top.

Open Burner – This is an individual grate-style burner that allows for easy adjustment of heat.

Flat-Top – This consists of a thick plate of cast-iron or steel set over the heat source. Flat-tops give relatively even and consistent heat but do not allow for quick adjustment of temperature.

Ring Top – This is flat-top with concentric rings or plates that can be removed to widen or close the opening, supplying more or less direct heat.

Induction Burner – This is a relatively new technology based on the transference of an electric current into a magnetic vibration. It is the vibration that heats the pan as it sits on the top of the burner. The food is cooked via heat transferred from the pan while the burner itself stays cool. All pans used on this type of burner must be made of steel or iron; copper and aluminum cookware will not respond to this type of process.

C3

CANTEEN CORRECTIONAL SERVICES
INMATE TRAINING
LESSON PLAN
COURSE TITLE: KITCHEN EQUIPMENT

Lesson Title: Grinding, Slicing and Pureeing Equipment – THE BASICS

Course Objective: To instruct the inmate on the various pieces of equipment listed above.

Equipment/Supplies Required: Demonstrator to lecture at each piece of equipment listed above, point out its features and explain what it does.

Lesson Tools: Presenter Demonstrations/Lecture

MEAT GRINDER – This is a freestanding machine or an attachment for a standing mixer. A meat grinder should have "dies" of varying sizes and in general will have a feed tray and pusher. The "dies" determine the coarseness of the grind, the smaller the holes in the "die" the finer the grind. All food contact areas should be kept clean.

VERTICAL CHOPPING MACHINE – This machine operates on the same principle as a blender. A motor at the base is permanently attached to a bowl with integral blades. As a safety precaution, the hinged lid must be locked in place before the unit will operate. The vertical chopping machine is used to grind, whip emulsify, blend, or crush foods.

FOOD CHOPPER (Buffalo Chopper) – The food is placed in a rotating bowl that passes under a hood, where blades chop the food. Some units have hoppers or feed tubes and interchangeable disks for slicing, and grating. Food choppers are in floor and tabletop models and are generally made of aluminum with a stainless steel bowl.

FOOD PROCESSOR – This is a processing machine that houses the motor separately from the bowl, blades, and lid. Food processors can grind, crush, knead, and, with special disks, slice, julienne, and shred foods.

FOOD/MEAT SLICER – This machine is used to slice foods in even thickness. A carrier moves the food back and forth against circular blade, which is generally carbon steel. There may be separate motors to operate the carrier and the blade. To avoid injury, all safety features incorporated in a food slicer, especially the hand guard, should be used.

C7

# CANTEEN CORRECTIONAL SERVICES
# INMATE TRAINING
# LESSON PLAN

## COURSE TITLE: KITCHEN EQUIPMENT

### Lesson Title: Griddles and Grills – THE BASICS

Course Objective: To instruct and demonstrate to the inmate workers the various pieces of equipment listed above.

Equipment/Supplies Required: Demonstrator to lecture inmate workers the various pieces of equipment (if available), listed above.

Lesson Tools: Presenter Demonstrations/Lecture

There are two other over/range features, the griddle and the grill that are part of the traditional commercial food service setup.

GRIDDLE – Similar to a flat-top range top, a griddle has a heat source located beneath a thick plate of metal, generally cast-iron or steel. The food is cooked directly on this surface. A griddle may be a gas or electric.

GRILLS, BROILERS AND SALAMANDER – In a grill, the heat source is located below the rack, in a boiler or salamander the heat source is above. Some units have adjustable racks, which allow the food to be raised or lowered to control cooking speed. Most units are gas, although electric units with ceramic "rocks" create a bed of coals, producing the effect of a charcoal grill. Salamanders are small broilers used primarily to finish or glaze foods.

C6