UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>Defendant. | Case No.: 17-CV-1112 JLS (NLS)<br><br>**ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE**<br><br>(ECF Nos. 84, 97, 117, 128) |

Presently before the Court are Plaintiffs' Motions for Class Certification (ECF No. 84), Partial Summary Judgment (ECF No. 97), and to Exclude Evidence from Class Certification Decision (ECF No. 128) and Defendant's Motion for Judgment on the Pleadings (ECF No. 117). So that all pending matters may be heard concurrently, the Court **HEREBY CONTINUES** the hearing on Plaintiffs' Motions for Class Certification (ECF No. 84) and to Exclude (ECF No. 128) and Defendant's Motion for Judgment on the Pleadings (ECF No. 117) to October 10, 2019, at 1:30 p.m.

///

///

///

Those motions that are not yet fully briefed **SHALL FOLLOW** the briefing schedule for Plaintiffs' Motion for Partial Summary Judgment as ordered on July 15, 2019. *See* ECF No. 121.

**IT IS SO ORDERED.**

Dated: August 7, 2019

Hon. Janis L. Sammartino
United States District Judge