**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

CORECIVIC, INC.,

Defendant..

Case No. 17-CV-01112-JLS-NLS

**ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY MOTION DEADLINE AS TO ELECTRONICALLY STORED INFORMATION AND OTHER DISCOVERY MATTERS**

[ECF No. 130]

CORECIVIC, INC.,

Counter-Claimant,

vs.

SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,

Counter-Defendants.

      Before the Court is the parties' joint motion to extend the time to file a potential discovery motion as to several outstanding discovery matters. ECF No. 130. The discovery issues presented are as follows:

- **Electronically Stored Information**: The Court has previously extended the deadline to bring a discovery motion as to this discovery several times. ECF Nos. 75, 77, 81, and 89. The current deadline to bring a motion for this discovery is August 16, 2019.

- **Plaintiffs' Responses to Defendant's First Set of Interrogatories and Requests for Production**: The Court has previously granted two extension requests as to this discovery. ECF Nos. 90, 94. The current deadline to bring a motion for this discovery is August 23, 2019.

- **Defendant's Responses to Plaintiffs' Second Set for Requests for Production**: The Court previously granted one extension request as to this discovery. ECF No. 92. The current deadline to bring a motion for this discovery is August 27, 2019.

- **Defendant's Responses to Plaintiffs' Third Set for Requests for Production**: The Court has not granted any requests as to this discovery and has not been provided with a copy of the responses, but the parties represent that the current deadline to bring a motion as to this discovery is August 15, 2019.

The parties request permission to file a joint discovery dispute as to the above discovery, to be due 60 days following the Court's determination of their pending motions: Plaintiffs' motion for class certification (ECF No. 84), Plaintiffs' motion for partial summary judgment (ECF No. 97), and Defendant's motion for judgment on the pleadings (ECF No. 117). ECF No. 130 at 3. The parties state that having these motions decided before bringing any discovery dispute to the Court would promote judicial economy and resources because the scope of appropriate discovery may be substantially narrowed pending the results on the motions. *Id.* at 2.

The Court agrees with the parties that any discovery dispute would be more efficiently briefed after resolution on the parties' pending motions. Accordingly, the Court **GRANTS** the motion and orders that any discovery dispute as to the above listed discovery must be brought **<u>within 60 days</u>** from the Court's ruling on the last of the three

pending motions (ECF Nos. 84, 97, 117). In light of numerous other extensions the Court has granted in the part, the Court will not be inclined to grant any further extensions on this deadline.[1] Any dispute as to the above discovery must be brought in **a single joint motion** covering all four discovery issues discussed above, and the parties are directed to review and adhere to the Chambers Rules as to the meet and confer requirements and content requirements of the combined joint motion. The Court expects the parties to use the additional time to meet and confer in order to narrow the disputes that are ultimately brought to the Court.

**IT IS SO ORDERED.**

Dated: August 19, 2019

Hon. Nita L. Stormes
United States Magistrate Judge

[1] The Court previously indicated it would give no further extension as to Plaintiffs' Responses to Defendant's First Set of Interrogatories and Requests for Production (ECF No. 94), but will grant this one last extension in order to promote efficiency.