STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, AZ Bar #012377
*(admitted pro hac vice)*
Rachel Love, AZ Bar #019881
*(admitted pro hac vice)*
Nicholas D. Acedo, AZ Bar #021644
*(admitted pro hac vice)*
Ashlee B. Hesman, AZ Bar #028874
*(admitted pro hac vice)*
Jacob B. Lee, AZ Bar #030371
*(admitted pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com

LAW OFFICE OF ETHAN H. NELSON
Ethan H. Nelson, CA Bar #262448
4 Park Plaza, Suite 1025
Irvine, California 92614
Tel.: (949) 229-0961
Fax: (949) 861-7122
ethannelsonesq@gmail.com

Attorneys for Defendant/Counter-Claimant
CoreCivic, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated, | NO. 3:17-cv-01112-JLS-NLS |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| CoreCivic, Inc., a Maryland corporation, | |
| Defendant. | |

| | |
|---|---|
| 1 | CoreCivic, Inc., a Maryland corporation, |
| 2 | |
| 3 | Counter-Claimant, |
| 4 | v. |
| 5 | Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated, |
| 6 | |
| 7 | Counter-Defendants. |

I am a citizen of the United States and am over the age of eighteen years, and not a party to the within action. My business address is Struck Love Bojanowski & Acedo, PLC, 3100 West Ray Road, Suite 300, Chandler, AZ 85226. On September 5, 2019, I served the following document(s):

**DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE EVIDENCE FROM CLASS CERTIFICATION DECISION, DECLARATION OF JACOB B. LEE, and this CERTIFICATE OF SERVICE**

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Phoenix, Arizona addressed as set forth below.

☒ **BY ELECTRONIC SUBMISSION:** submitted electronically by CM/ECF to be posted to the website and notice given to all parties that the document(s) has been served.

LAW OFFICE OF ROBERT L. TEEL
Robert L. Teel
1425 Broadway, Mail Code: 20-6690
Seattle, WA 98122
Telephone: (866) 833-5529
Facsimile: (855) 609-6911
Email: lawoffice@rlteel.com
Attorney for Plaintiffs

FOLEY & LARDNER LLP
J. Mark Waxman
Nicholas J. Fox
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 847-6700
Facsimile: (858) 792-6773
Email: mwaxman@foley.com; nfox@foley.com

Certificate of Service  2  17cv01112-JLS-NLS

| | |
|---|---|
| 1 | FOLEY & LARDNER LLP |
| 2 | Eileen R. Ridley<br>Alan R. Ouellette |
| 3 | 555 California Street, Suite 1700<br>San Francisco, CA 94104-1520 |
| 4 | Telephone: (415) 434-4484<br>Facsimile: (415) 434-4507 |
| 5 | Email: eridley@foley.com<br>aouellette@foley.com |
| 6 | FOLEY & LARDNER LLP |
| 7 | Geoffrey M. Raux<br>111 Huntington Avenue |
| 8 | Boston, MA 02199-07610<br>Telephone: (617) 342-4000 |
| 9 | Facsimile: (617) 342-4001<br>Email: graux@foley.com |
| 10 | *Attorneys for Plaintiffs and the Proposed Class* |

I declare that I am employed in the office of a member who is admitted pro hac vice in this Court at whose direction the service was made. I declare under penalty of perjury that the forgoing is true and correct.

Executed on September 5, 2019, at Chandler, Arizona.

s/ Jacob B. Lee