UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 17-CV-1112 JLS (NLS)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION RE: REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>(ECF No. 135) |
| CORECIVIC, INC., a Maryland corporation,<br><br>　　　　　　　　　　　　Counter-Claimant,<br><br>v.<br><br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　　Counter-Defendants. | |

Presently before the Court is Defendant CoreCivic, Inc.'s Motion for Leave to Exceed Page Limitation re: Reply in Support of Motion for Judgment on the Pleadings ("Mot.," ECF No. 135), as well as Plaintiffs Sylvester Owino and Jonathan Gomez's Opposition (ECF No. 136) and Defendant's Reply (ECF No. 137). Defendant requests

1  leave to "file a reply on its Motion for Judgment on the Pleadings that does not exceed 15
2  pages." Mot. at 3. Plaintiffs oppose the request. *See id.* at 2; *see also generally* Opp'n.
3        Good cause appearing, the Court **GRANTS** the Motion. Defendant **MAY FILE** a
4  reply in support of its motion for judgment on the pleadings <u>not to exceed fifteen (15)</u>
5  <u>pages.</u>
6        **IT IS SO ORDERED.**

8  Dated: September 23, 2019

                                              Hon. Janis L. Sammartino
                                              United States District Judge