UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 17-CV-1112 JLS (NLS)<br><br>**ORDER CONTINUING HEARING**<br><br>(ECF Nos. 84, 97, 117, 128) |

　　　Presently before the Court are Plaintiffs' Motions for Class Certification (ECF No. 84), Partial Summary Judgment (ECF No. 97), and to Exclude Evidence from Class Certification Decision (ECF No. 128) and Defendant's Motion for Judgment on the Pleadings (ECF No. 117) (all together, the "Motions"). To accommodate its calendar, the Court **HEREBY CONTINUES** the hearing the Motions from October 10, 2019, to Thursday, November 14, 2019, at 1:30 p.m., in Courtroom 4D.

　　　**IT IS SO ORDERED.**

Dated: September 27, 2019

　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　United States District Judge