UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>    Defendant. | Case No.: 17-CV-1112 JLS (NLS)<br><br>**ORDER PERMITTING PLAINTIFFS TO FILE A REPLY TO DEFENDANT'S SUPPLEMENTAL BRIEF**<br><br>(ECF No. 145) |
| CORECIVIC, INC., a Maryland corporation,<br><br>    Counter-Claimant,<br><br>v.<br><br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>    Counter-Defendants. | |

Presently before the Court are Plaintiffs and Counter-Defendants Sylvester Owino and Jonathan Gomez's Supplemental Brief in Support of Plaintiffs' Motion for Class Certification ("Pls.' Supp. Br.," ECF No. 144) and Defendant and Cross-Claimant

CoreCivic, Inc.'s Supplemental Brief re: Motion for Class Certification ("Def.'s Supp. Br.," ECF No. 145), filed in response to the Court's November 7, 2019 Order (1) Ordering Additional Briefing on Plaintiffs' Motion for Class Certification, and (2) Continuing Hearing. *See* ECF No. 143. In its supplemental brief, Defendant argues that Plaintiffs cannot pursue prospective equitable relief on a class-wide basis because they failed to seek certification under Federal Rule of Civil Procedure 23(b)(3), *see* Def.'s Supp. Br. at 4–5, and that Plaintiffs' proposed amendments would be futile. *See id.* at 5–10. Defendant also contends that Plaintiffs' Supplemental Brief contains "at least two misstatements." *Id.* at 10–11.

In its Order, the Court did not provide Plaintiffs the opportunity to file a reply; however, the Court believes that Plaintiffs should be allowed the opportunity to respond to these arguments. Accordingly, Plaintiffs **MAY FILE** a reply to Defendant's Supplemental Brief, not to exceed ten (10) pages, on or before December 2, 2019.

**IT IS SO ORDERED.**

Dated: November 25, 2019

Hon. Janis L. Sammartino
United States District Judge

17-CV-1112 JLS (NLS)