STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, AZ Bar #012377
*(admitted pro hac vice)*
Rachel Love, AZ Bar #019881
*(admitted pro hac vice)*
Nicholas D. Acedo, AZ Bar #021644
*(admitted pro hac vice)*
Ashlee B. Hesman, AZ Bar #028874
*(admitted pro hac vice)*
Jacob B. Lee, AZ Bar #030371
*(admitted pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com

LAW OFFICE OF ETHAN H. NELSON
Ethan H. Nelson, CA Bar #262448
4 Park Plaza, Suite 1025
Irvine, California 92614
Tel.: (949) 229-0961
Fax: (949) 861-7122
ethannelsonesq@gmail.com

Attorneys for Defendant/Counter-Claimant
CoreCivic, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., a Maryland corporation,<br><br>Defendant. | NO. 3:17-cv-01112-JLS-NLS<br><br>**DECLARATION OF LINDA BENTON**<br><br>Date: December 19, 2019<br>Time: 2:30pm<br>Courtroom: 4D<br>Judge: Honorable Janis L. Sammartino |

| | |
|---|---|
| CoreCivic, Inc., a Maryland corporation, | |
| Counter-Claimant, | |
| v. | |
| Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated, | |
| Counter-Defendants. | |

I, Linda Benton, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am employed by CoreCivic as the Senior Director, Business Systems Support.

3. My duties as Senior Director, Business Systems Support, include, among other duties, management of a team of information technology professionals who deploy and support the Offender Management System.

4. CoreCivic uses a relational database application known as Offender Management System ("OMS"), a management tool to track inmates and detainees across CoreCivic's correctional and detention facilities. Each time an inmate or detainee enters into a facility, an on-site facility CoreCivic employee enters certain biographic information into OMS regarding each intake, including but not limited to, the governmental partner and the detainee's name and date of birth. In addition, the date the detainee enters a CoreCivic facility, as well as the date the detainee is released from that facility, is entered into OMS at the facility. OMS also assigns an auto-generated, unique Permanent Number for each inmate or detainee who enters a facility.

5. The entry and release dates are used for security purposes to ensure an accurate count of the detainee population, as well as to support CoreCivic's invoices to its government partners.

6. I reviewed a query performed by my team out of the OMS system pertaining to ICE detainees Sylvester Owino and Jonathan Gomez, whom I understand have recently filed declarations in the captioned litigation.

7. OMS data shows that, since December 23, 2008, Sylvester Owino was detained at the San Diego Correctional Facility on three occasions: from May 2, 2008 to December 3, 2009; from March 3, 2010 to May 23, 2013; and from February 9, 2015 to March 9, 2015. There is no record in OMS of him being detained at any other CoreCivic facility, including the Otay Mesa Detention Center.

8. OMS data shows that, since December 23, 2008, Jonathan Gomez was detained at the San Diego Correctional Facility on one occasion: from June 18, 2012 to September 18, 2013. There is no record in OMS of him being detained at any other CoreCivic facility, including the Otay Mesa Detention Center.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 26th day of November, 2019 at Nashville, Tennessee.

/s/ Linda Benton

3643171.1