**Index of Exhibits to Ridley Declaration**

| Exhibit No. | Description | Page(s) |
|---|---|---|
| A | A true and correct copy of email correspondence from CoreCivic's counsel to Plaintiffs' counsel regarding protocol to schedule interviews with detainees. | 1-3 |
| B | A true and correct copy of excerpts from Plaintiff Jonathan Gomez's detainee file.  **(Portions Filed Under Seal)** | 4-7 |
| C | A true and correct copy of excerpts from Plaintiff Sylvester Owino's detainee file.  **(Portions Filed Under Seal)** | 8-12 |
| D | A true and correct copy of excerpts from Plaintiff Sylvester Owino's detainee file.  **(Portions Filed Under Seal)** | 13-20 |