# EXHIBIT A

**From:** Sherri Wolford <SWolford@strucklove.com>
**Sent:** Monday, May 13, 2019 1:27 PM
**To:** Waxman, Mark <mwaxman@foley.com>; lawoffice@rlteel.com; Ouellette, Alan R. <AOuellette@foley.com>; Raux, Geoffrey <GRaux@foley.com>; Ridley, Eileen R. <ERidley@foley.com>; Fox, Nick <NFox@foley.com>
**Cc:** Owino Team <OwinoTeam@strucklove.com>
**Subject:** FW: Owino - CoreCivic's responses to RFPs and other issues

**\*\* EXTERNAL EMAIL MESSAGE \*\***

Mr. Waxman,

The yellow highlighted language toward the bottom of this email should respond to your request.

Best regards,
Sherri



Sherri Wolford
Legal Assistant to Daniel P. Struck and Nicholas D. Acedo
**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 West Ray Road | Suite 300 | Chandler AZ 85226
480.420.1621 | swolford@strucklove.com | STRUCKLOVE.COM

> **From:** Jacob Lee [mailto:JLee@strucklove.com]
> **Sent:** Friday, August 10, 2018 7:09 AM
> **To:** Raux, Geoff
> **Cc:** Waxman, Mark; Fox, Nick; R. L. Teel; Owino Team
> **Subject:** Owino - CoreCivic's responses to RFPs and other issues
>
> Geoff,
>
> This email will confirm our two-part telephonic meet and confer, which occurred on Friday, August 3 and Monday, August 6, 2018, regarding Plaintiffs' First Set of Requests for Production of Documents.
>
> **[Meet and confer portion of email omitted]**

**[For the below, black text is CoreCivic's counsel's original email, red text is Plaintiffs' counsel's response, and dark blue text is CoreCivic's counsel's reply]**

Regarding your request for a site visit and detainee interviews, you will need to submit a formal Rule 34 request identifying the particular areas of OMDC you would like to view. Moreover, in order to speak to detainees, you will need to get agreements from specific detainees to meet with you, at which point legal visits can be arranged pursuant to the usual procedures. Plaintiffs will serve a formal Rule 34 inspection request. Please advise as to the particular procedures for scheduling detainee meetings (including if such procedures differ from facility to facility).

The procedures for scheduling attorney visits at OMDC are as follows (although procedures at other facilities may be similar, we can't guarantee they will be identical, and will have to deal with them on a case by case basis):

Again, before these procedures apply, a specific detainee would need to consent to an attorney visit. Attorneys and/or paralegals may visit detainees seven days a week from 8:30 am until 9:30 pm, including holidays.

Once that has occurred, attorney visits are set up by faxing a letter to the Warden's attention at the facility requesting the visit. The fax number is 619-671-8799. The letter needs to specify who is coming to visit, including translators, paralegals, etc.

The facility checks the letter and attorney name against the list of pre-approved attorneys, i.e., those who represent the ICE detainee in their immigration matter. (A G-28 Notice of Entry of Appearance, is the DHS Form used for those entities: https://www.uscis.gov/sites/default/files/files/form/g-28.pdf.)

If the attorney or staff is not on the approved list, ICE will need to run a background check to approve them to have a legal visit. In addition to the G-28, ICE will need a bar card and driver's license info for each person.

If there are other issues that arise, you will need to contact the ICE Field Office Deportation Officer for each detainee. The Main Telephone Line for the Field Office is 619-557-6117. They usually need to know the detainee name, A#, and County of Citizenship, to be able to forward you to the correct Deportation Officer.

The facility requires a minimum of 24-hours notice (excluding weekends) to set up legal visits for approved counsel. If counsel are not on the pre-approved list, it ultimately is out of the facility's hands how long ICE will take.

**[Remainder of meet and confer portion of email omitted]**

Please let us know if we have misstated our agreements and discussions in any way.

Jacob



Jacob B. Lee
Attorney

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 West Ray Road | Suite 300 | Chandler AZ 85226
480.420.1621 | swolford@strucklove.com | STRUCKLOVE.COM

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

---

The preceding email message may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

.