EXHIBIT B

(REDACTED)

INTAKE

FORM I-216
U.S. DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION & CUSTOMS ENFORCEMENT
(REV.5/22/07)

RECORD OF PERSON(S) AND PROPERTY TRANSFERRED

Sheet No. _____
Transfer Date: 6/18/12

FROM: USBP/OFO BARRACKS -5
ORIGIN FO: San Diego Field Office
VIA (1): _____
VIA (2): _____
TO: ODF/CCA
DEST FO: _____
MODE: _____
OTHER: _____

| File No. | Name of Person (Last / First) | DOB | Nationality | Status | Sex | Convictions | Gang Membership | Class Level | Detainee Money | Property I-77 # | Fins# | Subject ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GOMEZ / Jonathan | | | | | | | | | | | |

I certify compliance with all ICE Detention and Transfer Standards and JPATS Boarding Requirements for this JPATS/Charter movement.

Name and Title: ▮  Office: ODF/SND  Contact Number(s): ▮

(1)- Show whether transfer or removal. For transfers show whether NTA or Final.
(2)- Show medical conditions, high risk, flight risk, epileptic, insane, etc.

Use a separate line for each person transferred.
This form is to be executed in sufficient number of copies to allow the receiving officer to retain one copy of his/her personal expense voucher and two additional copies to the station of final delivery.

Received the above listed persons, property, and baggage checks
Signature: ▮
Title & Star: ▮
Place & Date: 6-18-12 ▮

| HOLDING CELL # | IN | OUT | CELL INSP | D/O |
|---|---|---|---|---|
| | | | | |

Exhibit B Page 4

CCOG00025282

S. Department of Homeland Security

Form I-203A/B, Order to Detain / Release Aliens

Sheet No.

(Name and Title of Person in Charge of Facility)
*Warden or Officer in Charge*

Name of Facility: Otay Detention Facility San Diego / CCA

ase DETAIN / RELEASE the alien(s) listed below

Special Note:

Date and Time of admission / release:

| Name | | A- Number | Nationality | Status | Sex | Convictions | Class Level | DOB | FINS # | Detainee Funds | I-77 | Subject ID# |
| Last | First | | | | | | | | | | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | see I-216 | ■ | ■ |
| ■ | ■ | | | | | | | | | see I-216 | | |
| ■ | ■ | | | | | | | | | see I-216 | | |
| ■ | ■ | | | | | | | | | see I-216 | | |
| ■ | ■ | | | | | | | | | see I-216 | | |
| ■ | ■ | | | | | | | | | see I-216 | | |
| ■ | ■ | | | | | | | | | see I-216 | | |
| ■ | ■ | | | | | | | | | see I-216 | | |
| GOMEZ | Jonathan | | | | | | | | | see I-216 | | |
| ■ | ■ | | | | | | | | | see I-216 | | |
| ■ | ■ | | | | | | | | | see I-216 | | |
| ■ | ■ | | | | | | | | | see I-216 | | |
| | | | | | | | | | | see I-216 | | |
| | | | | | | | | | | see I-216 | | |
| | | | | | | | | | | see I-216 | | |
| | | | | | | | | | | see I-216 | | |
| | | | | | | | | | | see I-216 | | |
| | | | | | | | | | | see I-216 | | |
| | | | | | | | | | | see I-216 | | |
| | | | | | | | | | | see I-216 | | |

* Cite Basis for Detention / Release (e.g., NTA, Reinstatement, Administrative Removal, Expedited Removal, Room & Board, Bond, IJ order, Order of Supervision, Order of Recognizance, etc.)

rinted Name and Signature of Receiving Officer

Printed Name and Signature of Officer Directing Action

Date: 6/18/2012

tle, Office and Telephone Number

Title, Office and Telephone Number

Form I-203A/B (Rev. 05/23/05)N

Exhibit B Page 5

CCOG00025283

Date Request Received by ICE: **JUN 20 2012**




U.S. Department of Homeland Security
Bureau of Immigration and Custom Enforcement
Detention and Removal Operations
446 Alta Road, Suite 5400
San Diego, CA 92158

-- ENT'D

## Detainee Request Form / Peticion del Preso
### Otay Mesa Detention Facility

24170
OD12

Unit __A__ Pod __D__ Room # __215__

**Notice!** You must fill out this form completely, or it will not be delivered to your deportation officer
*Aviso! Debe llenar esta forma completamente, o no sera entregada a su official de deportacion.*

Last Name: __Gomez__
*Apellido*

First Name: __Jonathan__
*Primer Nombre*

Date of Birth: [REDACTED]
*Fecha de Nacimiento*

ICE A #: [REDACTED]
*Numero de Immigracion*

Nationality: [REDACTED]
*Nacionalidad*

Have you been ordered removed? Yes/Si ☐  No/no ☐
*¿Tiene una orden de deportation?*

Detainee Request: __I would like to recive my NTA.__
*Peticion del Preso:*

Do you desire a response? Yes/Si ☒  No/no ☐
*¿Quire una respusta?*

Signature of Detainee: __Jonathan Gomez__   Date __06/19/2012__
*Firma del Preso*   *Fecha*

ICE Response: __YOU DID NOT RECIEVE A COPY OF YOUR NTA WHEN YOU SIGNED IT? I DO NOT HAVE YOUR FILE YET.__
*Repuesta de ICE:*

Signature of ICE Officer: [REDACTED]   Date __6/20/12__
*Firma del Official de ICE*   *Fecha*

602605-10493

Exhibit B Page 6

CCOG00025327

Date Request Received by ICE: **JUN 25 2012**




U.S. Department of Homeland Security
Bureau of Immigration and Custom Enforcement
Detention and Removal Operations
446 Alta Road, Suite 5400
San Diego, CA 92158

**Detainee Request Form / Peticion del Preso**
**Otay Mesa Detention Facility**

OD12 24242

Unit __A__  Pod __D__  Room # __215__

Notice! You must fill out this form completely, or it will not be delivered to your deportation officer
Aviso! Debe llenar esta forma completamente, o no sera entregada a su official de deportacion.

Last Name __Gomez__  First Name __Jonathan__
*Apellido*  *Primer Nombre*

Date of Birth ███  ICE A # ███
*Fecha de Nacimiento*  *Numero del Immigracion*

Nationality ███  Have you been ordered removed? Yes/Si ☐ No/no ☐
*Nacionalidad*  *¿Tiene una orden de deportation?*

Detainee Request: I would like the name of my deportation
Peticion del Preso: officer, if you already have my NTA
can you please send me a copy.

Do you desire a response? Yes/Si ☒  No/no ☐
¿Quire una respusta?

Signature of Detainee __Jonathan Gomez__  Date __06/22/2012__
*Firma del Preso*  *Fecha*

ICE Response: ███ WHERE IS YOUR COPY
Repuesta de ICE: OF YOUR NTA? I DO NOT HAVE YOUR/
FILE TO PROVIDE YOU WITH A COPY. YOU SHOULD
HAVE BDS GIVE A COPY OF IT AFTER YOU
SIGNED IT.

Signature of ICE Officer ███  Date __6/25/12__
*Firma del Official de ICE*  *Fecha*

602605-10493