EXHIBIT C
(REDACTED)

Form I-216J
U. S. DoJ
IMMIGRATION AND NATURALIZATION SERVICE
(Rev. 1-7-99) Supplemental

 INTAKE

Sheet No. _____

## RECORD OF PERSON AND PROPERTY TRANSFERRED

Date of transfer: **February 05, 2007**    From: **FLO**    To: **CCA/ODF VIA JPATS**

| File No. | Name of Person | Nationality | DOB | Alert | IDENT | Status | FINS | Baggage Receipt | Money Receipt / $ | File Location |
|---|---|---|---|---|---|---|---|---|---|---|
| | OWINO, SYLVESTRE | | | | | 9TH CIRC | | 1310592 | 2652031 | SND |
| | | | | | | | | | | |

JPATS Flight Operations: If relevant, include the following information.

1. A-File with body (Yes/No) or it has been FedEx to the subjects final Destination.
2. If the subject has been IDENT'ed, note in the appropriate block.
3. If the subject has property, money or valuables, note the I-77 and G-589 receipt numbers in the appropriate block.

This form is to be executed in sufficient number of copies to allow each receiving officer to retain one copy for his office files.

Received the above listed persons, property and baggage checks

Signature _____

Title _____

Place and Date    ODF    2/5/07

Original Copy - So

**Inmate Request Form/Peticion del Preso**
**Otay Mesa Detention Facility**

JUL 0 9 2007

Unit _____ A _____          Pod _____ D _____          Room# _____ 116 _____

| Notice! You must fill out this form completely, or it will not be delivered to your deportation officer |
| :--- |
| *¡Aviso! Debe llenar esta forma completamente, o no sera entregada a su official de deportacion* |

Last Name _____ Owino _____
*Apellido*

First Name _____ Sylvester _____
*Primer Nombre*

Date of Birth _____ ████████ _____
*Fecha de Nacimiento*

ICE A# _____ ████████ _____
*Numero de Immigracion*

Nationality _____ ████████ _____
*Nacionalidad*

Have you been ordered removed? Yes/si ☒   No/no ☐
*¿Tiene una orden de deportacion?*

**Inmate Request:** Please provide me with the address to the Federal Tort
*Peticion del Preso:* Claims that covers San Diego jurisdiction or closer to
San Diego. If possible, provide with also telephone #. I have
requested this address through Library Assistant ████ but he can
get it. I'm in need of this address so as to communicate with
this court. I've asked ████ for over 3 weeks now. Please help
promptly and if not direct me to the right direction. I need this
address A.S.A.P. Thanks in advance for your anticipated
prompt response with this request. Respectfully submitted Owino

Do you desire a response? Yes/si ☒   No/no ☐
*¿Quiere una respuesta?*

Signature of Inmate _____ [signature] _____
*Firma del Preso*

Date _____ 07/09/07 _____
*Fecha*

ICE Response: _____ It is 880 Front St
Repuesta de ICE: _____ San Diego, Ca, 92101

Signature of ICE Officer _____ ████████ _____
*Firma del Official de ICE*

Date _____ 7/11/07 _____

Exhibit C Page 9

CCOG00025416

$R \& D$

Form I-216
U.S. DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION & CUSTOMS ENFORCEMENT
(Rev 04/26/11)

Transfer Date: _____ 02/09/15 _____

## RECORD OF PERSONS TRANSFERRED

FROM: FLORENCE STAGING FACILITY (IHSC)   VIA (1) IWA   TO: SAN DIEGO, CA   CCA/ODF   MODE: ICE AIR
Origin FO: FLORENCE, AZ, PROCESSING CENTER   VIA (2) SAN   Dest. FO: SAN DIEGO, CA   Other:

| File No. | Name of Person | | DOB | Nationality | Status (1) | Sex | Convictions | Gang Membership | Class. Level | Fins # | Subject ID | Comments (2) |
| | LAST | FIRST | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OWINO | SYLVESTER OTIENO | | | | | | | | | | |

I certify compliance with all ICE Detention and Transfer Standards and ICE Air Boarding Requirements for this ICE Air/Charter movement.

Name and Title   Office   FLO   Contact Number

(1) - Show whether transfer or removal. For transfers show whether NTA or Final Order (F/O)

(2) - Show medical conditions, high risk, flight risk, epileptic, insane, etc.

Use a separate line for each person transferred.
This form is to be executed in sufficient number of copies to allow [  ]
officer to retain one copy of his personal expense voucher and [  ]
copies for station of final delivery.

Received the above listed persons

Signature:

| HOLDING CELL # | IN | OUT | CELL INSP | P/O |
|---|---|---|---|---|
| | | | | |

1

Exhibit C Page 10

CCOG00025478

Sheet No.

# Form I-203A/B, Order to Detain / Release Aliens

| (Name and Title of Person in Charge of Facility) *Warden or Officer in Charge* | Name of Facility: Otay Detention Facility San Diego / CCA |
|---|---|

ase DETAIN / RELEASE the alien(s) listed below

Special Note:

Date and Time of admission / release: *02/09/15; 2100*

| Name | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Last | First | A- Number | Nationality | Status | Sex | Convictions | Class Level | DOB | FINS # | Detainee Funds | I-77 | Subject ID# |
| OWINO | SYLVESTER OTIENO | | | | | | | | | see I-216 | | |
| | | | | | | | | | | see I-216 | | |
| | | | | | | | | | | see I-216 | | |
| | | | #REF! | | | | | | | see I-216 | | |
| | | | | | | | | | | see I-216 | | |
| | | | | | | | | | | see I-216 | | |
| | | | | | | | | | | see I-216 | | |
| | | | | | | | | | | see I-216 | | |
| | | | | | | | | | | see I-216 | | |
| | | | | | | | | | | see I-216 | | |
| | | | | | | | | | | see I-216 | | |
| | | | | | | | | | | see I-216 | | |
| | | | | | | | | | | see I-216 | | |
| | | | | | | | | | | see I-216 | | |
| | | | | | | | | | | see I-216 | | |
| #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | see I-216 | #REF! | #REF! |
| | | LONG TERM R&B | | | | | | | | see I-216 | | |
| | | | | | | | | | | see I-216 | | |

* Cite Basis for Detention / Release (e.g., NTA, Reinstatement, Administrative Removal, Expedited Removal, Room & Board, Bond, IJ order, Order of Supervision, Order of Recognizance, etc.)

| ted Name and Signature of Receiving Officer | Printed Name and Signature of Officer Directing Action | Date |
|---|---|---|
| | | 2/9/2015 |
| , Office and Telephone Number | Title, Office and Telephone Number | |
| , ODF, X8888 | | |

Form I-203A/B (Rev. 05/23/05)N

Exhibit C Page 11

TO:

Please detain or release the following

Detain

NAME OF FACILITY:

CCA/ODF

Nature of Proceedings

| NAME | | POUCH NO. | AGE | SEX | NATIONALITY | BIRTHDATE Month/Date/Year | ALIEN NUMBER | CLS CODE | REMOVAL PREVIOUS CONVICTIONS | FINS NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| OWINO | SYLVESTER OTIEND | ███ | | | | | | | ███ | ███ |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

FINGERPRINTS _____

AM   PHOTO _____

| Signature Detention Officer, Sheriff, etc. Receiving Officer | Date 3/9/2015 | Signature of Officer Directing Action | Date 3/9/2015 |
|---|---|---|---|
| ███ | | Title D.O. | Station SAN DIEGO |

Form I-203 Phila.    DEPARTMENT OF HOMELAND SECURITY- US IMMIGRATION AND CUSTOMS ENFORCEMENT

Exhibit C Page 12

CCOG00025481