EXHIBIT D

(REDACTED)

OWINO, SYLVESTRE
[redacted] 17
DATE: 02-06-07 TIME: 0015
DOB: [redacted]

| | | | |
|---|---|---|---|
| 2. AGE | 3. COUNTRY OF CITIZENSHIP [redacted] | | |
| | 5. DATE APPREHENDED 02/06/2007 | 6. OFFICE ICE | [redacted] |
| [redacted] | BIRTH PLACE [redacted] | | |
| SEX [redacted] | 10. OSC/WA SERVED ☐ Yes ☐ No | | |
| . FILE NUMBER [redacted] | 12. BOND $ | DATE POSTED | |
| . CINS ☐ Yes ☐ No | 14. MEDICAL ALERT ☑ No ☐ Yes (Explain) | | 14A. |

| 5. TRANSFER DATE | FROM | TO |
|---|---|---|
| 02/06/2007 | | SAN DIEGO CORRECTIONAL FACILITY |
| | | |
| | | |

| | | | |
|---|---|---|---|
| . ADMITTED BY: [redacted] | 19. RELEASED TO: ☐ V/R ☐ DEPORT | 22. RT. INDEX PRINT --IN [redacted] | 23. RT. INDEX PRINT --OU |
| [redacted] | 20. RELEASED BY: | | |
| . DATE ADMITTED: 2/06/2007 | 21. DATE RELEASED: | | |
| . REMARKS | | | |

FORM I-385 11-15-77) ALIEN BOOKING RECORD

Full Name: OWINO, SYLVESTER OTIENO

AGENCY ID #

Committed By: IMMIGRATION AND CUSTOMS ENFORCEME

Arrested By:

Transported By: ICE

Admission Type: DETAINEE

Booking Date: 02/06/2007

Booking Time: 04:05AM

Booking Officer:

Shift:

Current Age:
Sex:
Race:
Marital Status:
SSN:
Height:
Weight:
Eye Color:
Hair Color:
Complexion:
Build:

Citizen Of:
Place of Birth:
Country of Birth:
Religion:
Church Attendance:
Gang:
Valid Driver's Lic.?
Driver's Lic. State:
License#:
Commissary Choice:

Custody Level:
CCA #
Permanent ID#:
Booking #

Can Inmate Read English?
Read Language:
Can Inmate Write English?
Write Language:

Legal Address:

Phone #: (XXX)XXX-XXXX

Emergency Contact

Secondary Emergency Contact:

Scars / Tattoos

Known Aliases

## RECEIVING & DISCHARGE CHECKLIST

| Inmate/Resident Name: Nombre del Detenido: | OWINO, SYLVESTER OTIENO | Imate/Resident #: Numero del Detenido: | [redacted] |
|---|---|---|---|

**RECEIVING CHECKLIST:**

[✓] Verification of Commitment Papers
[✓] Searched at intake
[✓] Shower at Intake
[✓] Issue of Clean, laundered clothing
[✓] Disposition of all monies at intake
[✓] Medical, dental, mental health screening
[✓] Assignment of CCA Number
[✓] Personal Property Inventoried (copy given to inmate/resident)

[✓] Assignment to a Housing unit
[✓] Photograph/I.D. Card
[✓] Classification Booking Sheet
[✓] Hygiene items Issued
[✓] Explanation of Mail and Visiting Procedures
[ ] ~~Issue of Lock (if applicable)~~
[✓] Telephone Calls
[✓] Other:

[✓] **INMATE/RESIDENT HANDBOOK ACKNOWLEDGMENT:** BY SIGNING BELOW, I ACKNOWLEDGE RE AN INMATE/RESIDENT HANDBOOK ON THIS DATE.

[✓] **ACUSE DE RECIBO MANUAL POR DETENIDOS:** POR MI FIRMA, YO RECIBO UN MANUAL POR DE EN ESTE DIA.

[redacted]
Inmate/Resident Signature/Firma del Detenido

2/6/07
Date/Fecha

[redacted]
Receiving Officer (Signature)

**VOLUNTARY WORK RELEASE**

As a pre-trial or un-sentenced detainee, I understand that I may not be compelled to work other than to perform hou tasks in my own cell and the community living area. I would like to volunteer for work assignments in addition to my hou tasks. I am aware that I will be working with inmates/residents who are serving a sentence for convictions of crimes. I below I am volunteering to participate in work assignments.

**LIBERACION VOLUNTARIA DE TRABAJO**

Como un detenido antes de prueba o sin sentencia, yo entiendo que no puedo ser obligado a trabajar en ninguna area que sea la limpieza de mi propia celda y el area comun. Me gustaria ser voluntario para asignaciones de trabajo junto c de limpieza de mi celda. Yo estara trabajado con presos que estan cumpliendo su sentencia por convicciones de crim firma abajo yo de voluntario quiero participar en asignaciones de trabajo.

[signature]
Inmate/Resident Signature/Firma del Detenido

2/6/07
Date/Fecha

**DISCHARGE CHECKLIST:**

[ ] Verification of identity of inmate/resident
[ ] Return of all inmate/resident personal property (if any)
[ ] Completion of all pending actions with CCA
[ ] Return of all inmate/resident funds (if any)

[ ] Verification of proper release authority
[ ] Return of all CCA issued property
[ ] Inmate/resident received all release paperw
[ ] Other:

Discharging Officer (Signature)

Date/Fecha

Inmate/Resident (Signature)/Firma del Detenido

**Property of Corrections Corporation of America**

San Diego Correctional Fa...

INMATE/DETAINEE PROPERTY RECEIPT

**NAME:** OWINO, SYLVESTER OTIENO
**AGENCY ID#:** [redacted]

**SEIZED PROPERTY:**

**Property ID:** 269C
**Location:** VALUABLE PROPERTY/DRAWER 5 (241-300)

| QTY | CATEGORY | DESCRIPTION | STYLE | COLOR | ORIGINAL CON |
|---|---|---|---|---|---|
| 1 | JEWELR | NECKLACE | BEADS | BLUE/YELLOW | USED |
| 1 | CLOTHE | SHIRT | L/S | YELLOW | USED |
| 1 | CLOTHE | SOCKS | | WHITE | USED |
| 1 | SHOES | TENNIS SHOES | | WHITE | USED |
| 1 | CLOTHE | TROUSERS/SLACKS | SWEATS | GRAY | USED |
| 1 | CLOTHE | UNDERSHIRT | | WHITE | USED |
| 3 | CLOTHE | UNDERWEAR | BRIEFS | WHITE | USED |
| 1 | JEWELR | WATCH | LEATHER | BROWN | POOR |

**PROPERTY IN INMATE CUSTODY:**

**Property ID:**
**Location:**

| QTY | CATEGORY | DESCRIPTION | STYLE | COLOR | ORIGINAL CON |
|---|---|---|---|---|---|
| 1 | | BLANKET | | | |
| 2 | | CUP | | | |
| 1 | | LAUNDRY BAG | | | |
| 1 | | MATTRESS | | | |
| 2 | | PANTS | | | |
| 1 | | PILLOW | | | |
| 1 | | PILLOW CASE | | | |
| 2 | | SHEETS | | | |
| 2 | | SHIRTS | | | |
| 1 | | SHOES | | | |
| 1 | | SHOWER SHOES | | | |
| 5 | | SOCKS | | | |
| 1 | | SPORK | | | |
| 2 | | TOWEL | | | |
| 5 | | T-SHIRT | | | |
| 5 | | UNDERWEAR | | | |
| 1 | | WASHCLOTH | | | |

**Property ID:** 269C
**Location:** VALUABLE PROPERTY/DRAWER 5 (241-300)

| QTY | CATEGORY | DESCRIPTION | STYLE | COLOR | ORIGINAL CON |
|---|---|---|---|---|---|
| 1 | JEWELR | RING | BAND | YELLOW | USED |

I understand that Corrections Corporation of America is not responsible for items I keep and will only compensate total for damage to or loss of property they store.

Por este medio entiendo que Corrections Corporation of America no es responsable por articulos que yo tenga en propiedad y solamente compensara $50.00 en suma total por dano o perdida de propiedad que ellos guardan o d

Inmate/Detainee Signature — Date: 02/06/07

Discharge Officer Signature — Date Returned

Inmate/Detainee Signature — Date Returned

## SAN DIEGO CORRECTIONAL FACILITY
## INMATE/DETAINEE SAFETY RULES

**Each new commitment will be required to read and sign the below safety regulations. In the event the inmate/detainee cannot read, the regulations will be read and explained to him/her, and this will be indicated in the signature area. If, for any reason, an inmate/detainee refuses to sign, it will be noted on the bottom portion of this form.**

## DISCIPLINARY ACTION MAY RESULT FROM FAILURE TO FOLLOW THESE SAFETY REGULATIONS:

1. Every effort will be made to provide a safe environment for inmates/detainees incarcerated in the facility. Matters relating to occupational safety and health policy and practice will adhere to state and local codes. Compliance with established safety practices will be the responsibility of each CCA employee, inmate and detainee.
2. It is the responsibility of each inmate/detainee worker to use the safety equipment issued to protect them against physical injury and/or health hazards. Make certain you follow instructions for porperly wearing required personal protective equipment, such as goggles, aprons, and arm guards before you begin an operation.
3. Hearing protection must be worn on all workstations designated as high noise level areas.
4. You must wear work or safety shoes, when instructed to do so.
5. Report all safety hazards immediately to your work supervisor. Do not continue to work in any area or on any machinery or equipment that is deemed unsafe or improperly guarded by the work supervisor. If your work supervisor does not agree that an unsafe work condition exists, you should report the information to the Safety Officer, either verbally or in writing.
6. Inmates/detainees will perform only work that is assigned to them. Operation of equipment, or performing any operation that has not been specifically assigned , is strictly forbidden.
7. Operating equipment without using the safety guard(s) provided or removal of the safety guard(s) is for bidden.
8. **The fabrication or repair of personal items using CCA equipment is against safety regulations and is prohibited.**
9. Do not try to adjust, oil, repair, or perform any maintenance on any machine while it is in motion. Stop the machine first. Use the lockout devices where possible.
10. Inmate/detainees who are injured while performing their assigned duties will immediately report such injury to their work supervisor (staff member). Report a work injury to your supervisor or any other staff member, immediately.
11. It is the responsibility of each inmate/detainee worker to exercise care, cooperation, and common sense in conducting his/her assigned work. Horseplay on the job or in this facility will not be tolerated.
12. Cell and dayroom fixtures and furniture (chair, tables, etc.) will not be used as ladders or stepstools for any reason.

**"I HAVE READ AN[D UNDERSTAND THE SAF]ETY RULES"**

OWINO, SYLVESTRE
A# [redacted] 17
DATE: 02-06-07 TIME: 0015
DOB: [redacted]

[signature] 2/6/07

Inmate/detainee Signature | Number | Date

[redacted] [redacted] 2/6/07

Staff Witness Signature | Title | Date

Form 19-100B

# CORRECTIONS CORPORATION OF AMERICA
# SAN DIEGO CORRECTIONAL FACILITY

## HAZARDOUS CHEMICAL
## TRAINING ACKNOWLEDGEMENT

1. YOU HAVE THE RIGHT TO INFORMATION CONCERNING HAZARDOUS CHEMICALS THAT YOU MAY BE EXPOSED TO IN YOUR WORKPLACE.

2. MATERIAL SAFETY DATA SHEETS (MSDS), ARE AVAILABLE TO ALL EMPLOYEES, INMATES/DETAINEES, THEIR DESIGNATED REPRESENTATIVE, AND TREATING HEALTH CARE WORKERS UPON REQUEST, AND AT THE LOCATION WHERE THE MATERIAL IS STORED.

3. ALL CONTAINERS OF HAZARDOUS CHEMICALS MUST BE LABLED WITH CHEMICAL NAME(S), APPROPRIATE WARNINGS, AND MANUFACTURERS NAME AND ADDRESSS.

4. YOU MAY NOT BE DISCHARGED FROM YOUR JOB OR DISCIPLINED FOR SEEKINGT INFORMATION ABOUT ANY HAZARDOUS CHEMICAL.

5. IF PERSONAL PROTECTIVE EQUIPMENT OR SPECIAL INSTRUCTIONS ARE NEEDED BEFORE USING A CHEMICAL, THIS INFORMATION WILL BE PROVIDED BY YOUR SUPERVISOR.

6. USE ALL CHEMICALS ACCORDING TO THE MANUFACTURER'S RECOMMENDATIONS. IF YOU HAVE ANY QUESTIONS, ASK YOUR SUPERVISOR.

**I HAVE RECEIVED THE HAZARDOUS COMMUNICATIONS TRAINING AS DESCRIBED IN THE WRITTEN HAZARD COMMUNICATIONS PROGRAM AND THE INSTRUCTOR ANSWERED ANY QUESTIONS THAT I MAY HAVE HAD.**

SIGNATURE OF INMATE/DETAINEE

SIGNATURE OF INSTRUCTOR

OWINO, SYLVESTRE
A# [redacted]7
DATE: 02-06-07 TIME: 0015
DOB: [redacted]

2/6/07
DATE

# San Diego Correctional Facility
# Receipt of Detainee Orientation Handbook
**(Reconocimiento de Recibido del Libro de Orientacion del Detenido)**

I ______________________________ HEREBY AKNOWLEDGE THAT I
Name and A #

HAVE RECEIVED, READ AND UNDERSTOOD THE INMATE DETAINEE ORIENTATION HANDBOOK. IN ADDITION, I ALSO AKNOWLEDGE THAT I HAVE ATTENDED AND UNDERSTOOD ALL INFORMATION GIVEN DURING AN ORIENTATION SESSION DURING THE ADMISSIONS AND ORIENTATION PROCESS.

______________________ Inmate Signature and A number ______ Date ______ Unit/Cell/Pod

OWINO, SYLVESTRE
A# [redacted] 17
DATE: 02-06-07 TIME: 0015
DOB: [redacted]

YO [redacted] ______ POR LA PRESENTE RECONOSCO QUE
Nombre y Numero de Identificacion

RECIBI, Y HE LEIDO Y ENTENDIDO EL LIBRO DE ORIENTACION DEL DETENIDO. ASI MISMO, RECONSCO QUE HE ATENDIDO Y COMPRENDIDO TODA LA INFORMACION PRESENTADA DURANTE UNA SESION DE ORIENTACION DURANTE EL PROCESO DE ADMISION Y ORIENTACION.

______________________ Firma del Detenido ______ 2/6/07 Fecha ______ Unidad / Celda