UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>Defendant. | Case No.: 17-CV-1112 JLS (NLS)<br><br>**ORDER CHANGING HEARING TIME**<br><br>(ECF Nos. 84, 97, 117, 128) |

Presently before the Court are Plaintiffs' Motions for Class Certification (ECF No. 84), Partial Summary Judgment (ECF No. 97), and to Exclude Evidence from Class Certification Decision (ECF No. 128) and Defendant's Motion for Judgment on the Pleadings (ECF No. 117) (all together, the "Motions"), which are set to be heard on December 19, 2019, at 2:30 p.m. *See* ECF No. 143. To accommodate its calendar, the Court **CHANGES** the hearing on the Motions to 1:30 p.m. on December 19, 2019.

**IT IS SO ORDERED.**

Dated: December 9, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge