STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, AZ Bar #012377
*(admitted pro hac vice)*
Rachel Love, AZ Bar #019881
*(admitted pro hac vice)*
Nicholas D. Acedo, AZ Bar #021644
*(admitted pro hac vice)*
Ashlee B. Hesman, AZ Bar #028874
*(admitted pro hac vice)*
Jacob B. Lee, AZ Bar #030371
*(admitted pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com

LAW OFFICE OF ETHAN H. NELSON
Ethan H. Nelson, CA Bar #262448
4 Park Plaza, Suite 1025
Irvine, California 92614
Tel.: (949) 229-0961
Fax: (949) 861-7122
ethannelsonesq@gmail.com

Attorneys for Defendant/Counter-Claimant
CoreCivic, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., a Maryland corporation,<br><br>Defendant. | NO. 3:17-cv-01112-JLS-NLS<br><br>**JOINT STATUS REPORT REGARDING ALLOCATION OF RESPONSIBILITY FOR REFILING DOCUMENTS AFFECTED BY THE JANUARY 9, 2020 ORDER (Doc. 158)**<br><br>Judge:  Honorable Janis L. Sammartino |

CoreCivic, Inc., a Maryland
corporation,

                Counter-Claimant,

v.

Sylvester Owino and Jonathan Gomez,
on behalf of themselves, and all others
similarly situated,

                Counter-Defendants.

       Plaintiffs/Counter-Defendants, Sylvester Owino and Jonathan Gomez ("Plaintiffs"), and Defendant/Counter-Claimant CoreCivic, Inc. ("CoreCivic"), through their respective counsel, submit the following status report regarding their allocation of responsibility for refiling all documents affected by the Court's January 9, 2020 Order (Doc. 158). The parties have divided the responsibility for removing the redactions of staff names between them—Plaintiffs will be responsible for Exhibit 11 to the Declaration of Eileen R. Ridley in Support of Plaintiffs' Motion for Class Certification (Doc. 114), and CoreCivic will be responsible for Exhibits B, C, and D to the Supplemental Declaration of Eileen R. Ridley in Support of Plaintiffs' Reply Brief in Response to Defendants' Supplemental Brief (Doc. 148) and Exhibits 41 and 42 to the Declaration of Eileen R. Ridley in Support of Plaintiffs' Motion for Partial Summary Judgment (Doc. 110).

       The parties will exchange the corrected copies of the exhibits they are responsible for on or before Friday, January 31, 2020 for review and additional telephonic meet and confers as needed. Plaintiffs will file the corrected copies of all of the exhibits listed above on or before Wednesday, February 5, 2020.

/ / /

/ / /

Joint Status Report Regarding Refiling
Redacted Documents

17cv01112-JLS-NLS

1    Dated:  January 27, 2020

2
                                        By s/ Jacob B. Lee
3                                          Daniel P. Struck
                                           dstruck@strucklove.com
4                                          Rachel Love
                                           rlove@strucklove.com
5                                          Nicholas D. Acedo
                                           nacedo@strucklove.com
6                                          Ashlee B. Hesman
                                           ahesman@strucklove.com
7                                          Jacob B. Lee
                                           jlee@strucklove.com
8                                          STRUCK LOVE BOJANOWSKI & ACEDO,
                                           PLC
9
                                           Ethan H. Nelson
10                                         LAW OFFICE OF ETHAN H. NELSON
                                           ethannelsonesq@gmail.com
11
                                           Attorneys for Defendant/Counter-
12                                         Claimant CoreCivic, Inc.

13

14
                                        By s/ Alan R. Ouellette (with permission)
15                                         J. Mark Waxman
16                                         Eileen R. Ridley
                                           Geoffrey Raux
17                                         Nicholas J. Fox
                                           Alan R. Ouellette
18                                         FOLEY & LARDNER LLP

19                                         Robert L. Teel
20                                         LAW OFFICE OF ROBERT L. TEEL

21                                         Attorneys for Plaintiffs/Counter-
                                           Defendants Sylvester Owino, Jonathan
22                                         Gomez, and the Proposed Class(es)

23

24

25

26

27

28