# Exhibit 41

| | |
|---|---|
| **Full Name:** | OWINO, SYLVESTER OTIENO |

**AGENCY ID #** ▮



| | |
|---|---|
| **Committed By:** | IMMIGRATION AND CUSTOMS ENFORCEME |
| **Arrested By:** | |
| **Transported By:** | ICE |
| **Admission Type:** | DETAINEE |
| **Booking Date:** | 02/06/2007 |
| **Booking Time:** | 04:05AM |
| **Booking Officer:** | MAguir |
| **Shift:** | 3 |

**Current Age:**
**Sex:**
**Race:**
**Marital Status:**
**SSN:**
Height:
Weight:
Eye Color:
Hair Color:
**Complexion:**
**Build:**

**Citizen Of:**
**Place of Birth:**
**Country of Birth:**
**Religion:**
**Church Attendance:**
**Gang:**
**Valid Driver's Lic.?**
**Driver's Lic. State:**
**License#:**
**Commissary Choice:**

| | |
|---|---|
| **Custody Level:** | MODERATE |
| **CCA #** | |
| **Permanent ID#:** | 777515 |
| **Booking #** | 843139 |

Can Inmate Read English?
Read Language:
**Can Inmate Write English?**
**Write Language:**

**Legal Address:**

**Phone #:** (XXX)XXX-XXXX

**Emergency Contact**



**Secondary Emergency Contact:**

**Scars / Tattoos**

**Known Aliases**

Exhibit 41 Page 438

CCOG00025335

# SAN DIEGO CORRECTIONAL FACILITY
## INMATE/DETAINEE SAFETY RULES

**Each new commitment will be required to read and sign the below safety regulations. In the event the inmate/detainee cannot read, the regulations will be read and explained to him/her, and this will be indicated in the signature area. If, for any reason, an inmate/detainee refuses to sign, it will be noted on the bottom portion of this form.**

## DISCIPLINARY ACTION MAY RESULT FROM FAILURE TO FOLLOW THESE SAFETY REGULATIONS:

1. Every effort will be made to provide a safe environment for inmates/detainees incarcerated in the facility. Matters relating to occupational safety and health policy and practice will adhere to state and local codes. Compliance with established safety practices will be the responsibility of each CCA employee, inmate and detainee.

2. It is the responsibility of each inmate/detainee worker to use the safety equipment issued to protect them against physical injury and/or health hazards. Make certain you follow instructions for porperly wearing required personal protective equipment, such as goggles, aprons, and arm guards before you begin an operation.

3. Hearing protection must be worn on all workstations designated as high noise level areas.

4. You must wear work or safety shoes, when instructed to do so.

5. Report all safety hazards immediately to your work supervisor. Do not continue to work in any area or on any machinery or equipment that is deemed unsafe or improperly guarded by the work supervisor. If your work supervisor does not agree that an unsafe work condition exists, you should report the information to the Safety Officer, either verbally or in writing.

6. Inmates/detainees will perform only work that is assigned to them. Operation of equipment, or performing any operation that has not been specifically assigned , is strictly forbidden.

7. Operating equipment without using the safety guard(s) provided or removal of the safety guard(s) is forbidden.

8. The fabrication or repair of personal items using CCA equipment is against safety regulations and is prohibited.

9. Do not try to adjust, oil, repair, or perform any maintenance on any machine while it is in motion. Stop the machine first. Use the lockout devices where possible.

10. Inmate/detainees who are injured while performing their assigned duties will immediately report such injury to their work supervisor (staff member). Report a work injury to your supervisor or any other staff member, immediately.

11. It is the responsibility of each inmate/detainee worker to exercise care, cooperation, and common sense in conducting his/her assigned work. Horseplay on the job or in this facility will not be tolerated.

12. Cell and dayroom fixtures and furniture (chair, tables, etc.) will not be used as ladders or stepstools for any reason.

"I HAVE READ AN[...] OWINO, SYLVESTRE  A#[REDACTED] 17  DATE: 02-06-07  TIME: 0015  FETY RULES"

| | |
|---|---|
| Inmate/detainee Signature | Number | Date |
| Staff Witness Signature | Title | Date |

Form 19-100B

Exhibit 41 Page 439

CCOG00025347

# CORRECTIONS CORPORATION OF AMERICA
## SAN DIEGO CORRECTIONAL FACILITY

## HAZARDOUS CHEMICAL
## TRAINING ACKNOWLEDGEMENT

1. YOU HAVE THE RIGHT TO INFORMATION CONCERNING HAZARDOUS CHEMICALS THAT YOU MAY BE EXPOSED TO IN YOUR WORKPLACE.

2. MATERIAL SAFETY DATA SHEETS (MSDS), ARE AVAILABLE TO ALL EMPLOYEES, INMATES/DETAINEES, THEIR DESIGNATED REPRESENTATIVE, AND TREATING HEALTH CARE WORKERS UPON REQUEST, AND AT THE LOCATION WHERE THE MATERIAL IS STORED.

3. ALL CONTAINERS OF HAZARDOUS CHEMICALS MUST BE LABLED WITH CHEMICAL NAME(S), APPROPRIATE WARNINGS, AND MANUFACTURERS NAME AND ADDRESSS.

4. YOU MAY NOT BE DISCHARGED FROM YOUR JOB OR DISCIPLINED FOR SEEKING INFORMATION ABOUT ANY HAZARDOUS CHEMICAL.

5. IF PERSONAL PROTECTIVE EQUIPMENT OR SPECIAL INSTRUCTIONS ARE NEEDED BEFORE USING A CHEMICAL, THIS INFORMATION WILL BE PROVIDED BY YOUR SUPERVISOR.

6. USE ALL CHEMICALS ACCORDING TO THE MANUFACTURER'S RECOMMENDATIONS. IF YOU HAVE ANY QUESTIONS, ASK YOUR SUPERVISOR.

**I HAVE RECEIVED THE HAZARDOUS COMMUNICATIONS TRAINING AS DESCRIBED IN THE WRITTEN HAZARD COMMUNICATIONS PROGRAM AND THE INSTRUCTOR ANSWERED ANY QUESTIONS THAT I MAY HAVE HAD.**

_____
SIGNATURE OF INMATE/DETAINEE

OWINO, SYLVESTRE
A#▮▮▮▮▮▮▮    17
DATE: 02-06-07    TIME: 0015

_____
SIGNATURE OF INSTRUCTOR

_____
DATE

Exhibit 41 Page 440

CCOG00025348

# Inmate/Resident Pre-Assignment Training Record

Inmate Name: ＿＿DWINO＿＿＿＿＿＿＿＿＿ Inmate Number ▮▮▮▮▮▮▮

Date Hired:＿＿＿＿＿＿＿＿＿＿＿＿

- [x] Job Description Review
- [x] Food Service Department Rules & Regulations
- [x] Food Safety
- [x] Accident Prevention
- [x] Use of Safety Equipment
- [x] Chemical Usage
- [x] Floor Care
- [x] Sanitation & Hygiene Issues
- [x] Proper Cleaning Procedures for Food Service Space and Equipment
- [ ] Other:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
- [ ] Other:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
- [ ] Other:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
- [ ] Other:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
- [ ] Other:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**I certify that I have received the training listed above and am responsible for performing my work duties as trained.**

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿  ▮▮▮▮▮▮▮  01/21/07
Inmate/Resident Signature    Inmate/Resident Number    Date

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿  1/21/07
Signature of Staff Trainer    Date

Proprietary Information – Not For Distribution
Property of Corrections Corporation of America

10/05

Exhibit 41 Page 441

CCOG00025443

# CANTEEN CORRECTIONAL SERVICES

## INMATE KITCHEN WORKER HYGIENE AND GROOMING STANDARDS

Report to work in a clean uniform as specified by the correctional facility.

Hair restraints are to be worn at all times in the production, storage, and serving areas.

Jewelry is not to be worn, other than a watch, wedding ring or stud earrings.

Practice personal cleanliness:
* *Take a bath or shower daily*
* Brush your teeth at least twice a day
* Use a deodorant
* Wash hair at least once a week and keep it neat
* Keep nails clean, neat and well-trimmed
* Wear clean undergarments daily

*Avoid touching your face, hair or nose. Do not scratch, pick sores or work with open wounds.*

Wash hands frequently and every time after having performed one of these activities:
* Visiting the toilet
* Coughing or sneezing into hands or handkerchief
* Touching your face, nose or hair
* Smoking: the saliva from the butt of the cigarette or cigar will *contaminate hands*
* Handling boxes, crates, packages
* Handling garbage
* Handling anything soiled

Report to your supervisor when you have been injured, including minor injuries such as cuts and burns. Report any skin eruptions, boils, and the like.

*Report to your supervisor any illness of the respiratory system (head colds, etc.) and intestinal disorders, such as diarrhea.*

Keep hands and fingers out of food; do not taste food with your fingers; use a clean tasting spoon each time.

As much as possible, use utensils for preparing food. Use tongs, spoons, forks, etc., for handling ice, butter (Oleo) rolls, breads, etc., instead of using hands. Be sure all utensils are clean before using.

Observe the "No Smoking" rule in all food preparation and service and storage areas.

Avoid touching parts of dishes, trays, and utensils that will come in contact with food.

If food must be manipulated by hand, use plastic disposable gloves. Dispose of used gloves.

I HAVE READ, UNDERSTAND, AND AGREE TO ABIDE BY THE ABOVE STATED STANDARDS TO THE BEST OF MY ABILITY.

INMATE SIGNATURE: _____   DATE: 01/21/07

*TRAINER/MANAGER'S SIGNATURE:* _____   DATE: 1/21/07

CLIENT2.doc

Exhibit 41 Page 442

CCOG00025444

# CANTEEN CORRECTIONAL SERVICES
## INMATE WORKER SERVICE SAFETY LIST

- Keep all perishable foods at 40 degrees F or below until ready to use.
- Keep all cold food cold 40 degrees F and below and all hot food hot, 140 degrees F. and above.
- Do not place cooked food on shelves under raw meat. Raw meat must always be stored on bottom shelves.
- Do not use any food if there is a doubt about its freshness or wholesomeness.
- Discard all food dropped on the floor after consulting with your immediate supervisor.
- *Slice, dice, chop and mince on a clean sanitized cutting board. Cut away from yourself when using a peeler.*
- When opening can foods, avoid touching the rim.
- Follow all job procedures. Never short cut approved procedures.
- Use the proper equipment for the job ensuring that it is in good condition.
- *Follow instructions or warning labels on all toxic and flammable materials. Keep work areas clean and clutter free.*
- Observe restricted areas, such as "No Smoking" or "Authorized Personnel Only".
- Report all unsafe conditions to your immediate supervisor.
- Watch where you are going at all times, especially through doorways, busy aisles and around corners.
- Keep aisles, halls and walkways free from clutter, electrical cords, and hoses.
- Pull; do not push carts through doorways.
- Turn down heat once food starts boiling to avoid boiling over.
- Potholders save you from burns. Keep them near the stove or oven. While using potholders keep them away from open flames.
- Turn off oven or stove when cooking process is finished.
- Put plug into electrical appliance, than into wall outlet when using electrical appliance. (Note: Do not let plug or extension cord rest on the floor. When finished, remove the plug from the wall outlet and than from the appliance). Pull the plug, not the cord when unplugging an appliance.
- Do not touch an electrical appliance with wet hands.

Inmate Signature: _____  Date: 01/21/07

Trainer/Manager's Signature: _____  Date: 1/21/07

Exhibit 41 Page 443

CCOG00025445

# CANTEEN CORRECTIONAL SERvICES
## INMATE WORKER KITCHEN RULES

1. Inmate must report to work in the proper uniform. Hair restraints supplied by Canteen Correctional Services must be worn working in the kitchen and during the meal service period.
2. Inmate kitchen workers must be clean and fingernails must be trimmed and clean.
3. Plastic gloves must be worn when handling any food during the various preparation    and cooking stages and during the serving of food.
4. There is to be no smoking in any food preparation, storage, or service area. Smoking   is allowed only in designated areas.
5. No sitting on the worktables or other equipment is allowed.
6. Horseplay and/or fighting will not be tolerated.
7. There will be no eating in the kitchen except at your scheduled mealtime and in the designated break or eating area.
8. There will be no drinking in any food preparation area. All beverages are to be consumed in the designated break or eating area.
9. *Leaving the kitchen area with food, beverages or utensils without permission is prohibited.*
10. No inmate is permitted a double portion of food.
11. Playing with tools or equipment is prohibited.
12. Only one inmate will be permitted to use the restroom at a time.
13. The use of foul or abusive language in the kitchen is prohibited.
14. Inmates working with knives or utensils are not permitted to leave the work area with those items.
15. Inmates are not allowed to serve themselves.
16. Inmates are expressly forbidden to leave the kitchen and/or department without first obtaining permission from the Canteen Supervisor.
17. Inmates on the serving line must be polite to the inmates they are feeding.
18. No inmate is permitted to operate any equipment without being trained by an employee of *Canteen Correctional Services.*
19. No inmate is allowed in any office area without permission.

Inmate Signature: _____   Date: 01/21/07

Trainer/Manager's Signature: _____   Date: 1/21/07

Exhibit 41 Page 444

CCOG00025446

# CANTEEN CORRECTIONAL SERVICES
## INMATE AGREEMENT CONTRACT
### DATE: 01/21/07

I, _Sylvester Owins_ agree to abide by and follow any
and all rules and regulations set by the
CANTEEN Company and or any regulatory agency governing to operations of the Food
Service Department.

1. I will perform duties as listed and described on any Job Description and any additional work assigned to me, by a Food Service Supervisor to the best of my ability.

2. I will work the times assigned me as scheduled by the Food Service Department.

3. I will eat only during designed break times, set by the Food Service Department.

4. I will eat off the service line only those items and portions served to the General Population, unless assigned a special diet or unless permitted by a Food Service Supervisor.

5. I will not be in posession of, nor will I cook or prepare items which are not designated menued items for that particular meal for myself or others, unless directed to do so by a Food Service Supervisor.

6. I will not eat, drink, or smoke in any food preparation area, dishroom, or food storage areas.

7. I am not allowed in the Food Service Department Office unless authorized by the Site Manager.

8. I will not attempt to nor remove any food items, supplies, or equipment from the Food Service Building unless directed to do so by Food Service Supervisor.

9. I will take breaks only when scheduled or approved by a Food Service Supervisor.

10. I will not bring any personal property into the kitchen or dining facility, including radios, stereos, games, cards, etc.

11. I will not enter the Food Service Deparment kitchen at unscheduled times, unless called for or authorized by a Supervisor.

12. I will wear clean kitchen whites and appropriate hair coverings at all times while in any food preparation, dishroom or food storage areas.

13. I understand that by not complying with these and ather rules and regulations listed and described in the Arizona Department of Corrections, rules of Discipline Book*, it could result in disciplinary action, loss of good time and or loss of my job.

14. I understand that I shall be evaluated on my job performance on a monthly basis, which could effect, pay, promotions, demotions or loss of job.

JOB: _COOK'S HELPER_

Inmate Name: _Owins        Sylvester O_
　　　　　　　　　Last　　　　First　　　M.I.　　　D.O.C.#

SIGNATURE _____    DATE: 01/21/07

FOOD SERVICE SUPERVISOR: _Custodio    Eduardo A. - ASST. MGR_
　　　　　　　　　　　　　　　Last　　　First　　　M.I.　　　Title

SIGNATURE _____    DATE 1/21/07

Exhibit 41 Page 445

CCOG00025447

# CORRECTIONS CORPORATION OF AMERICA
## SAN DIEGO DETENTION CENTER

# HAZARDOUS CHEMICAL
# TRAINING
# ACKNOWLEDGMENT

*************************************************

1. YOU HAVE THE RIGHT TO INFORMATION CONCERNING HAZARDOUS CHEMICALS THAT YOU MAY BE EXPOSED TO IN YOUR WORKPLACE.

2. MATERIAL SAFETY DATA SHEETS (MSDS), ARE AVAILABLE TO ALL EMPLOYEES, DETAINEES, THEIR DESIGNATED REPRESENTATIVES, AND TREATING HEALTH CARE WORKERS UPON REQUEST.

3. ALL CONTAINERS OF HAZARDOUS CHEMICALS MUST BE LABELED WITH CHEMICAL NAME (S), APPROPRIATE WARNINGS, AND MANUFACTURERS NAME AND ADDRESS.

4. YOU MAY NOT BE DISCHARGED FROM YOUR JOB OR DISCIPLINED FOR SEEKING INFORMATION ABOUT ANY HAZARDOUS CHEMICAL.

5. IF PERSONAL PROTECTIVE EQUIPMENT OR SPECIAL INSTRUCTIONS ARE NEEDED BEFORE USING A CHEMICAL THIS INFORMATION WILL BE PROVIDED BY YOUR SUPERVISOR.

6. USE OF ALL CHEMICALS ACCORDING TO THE MANUFACTURERS RECOMMENDATIONS. IF YOU HAVE ANY QUESTIONS ASK YOUR SUPERVISOR.

I HAVE RECEIVED THE HAZARDOUS COMMUNICATIONS TRAINING AS DESCRIBED IN THE WRITTEN HAZARD COMMUNICATIONS PROGRAM.

_____     _____
SIGNATURE OF DETAINEE                 SIGNATURE OF INSTRUCTOR

                                      01/21/07
_____     _____
DETAINEE A #                          DATE

Hazard                                                      5/18/99

Exhibit 41 Page 446

CCOG00025449

| | | |
|---|---|---|
| **Full Name:** | OWINO, SYLVESTER | **AGENCY ID #** |



AA209

| | |
|---|---|
| **Committed By:** | IMMIGRATION AND CUSTOMS ENFORCEME |
| **Arrested By:** | |
| **Transported By:** | |
| **Admission Type:** | |
| **Booking Date:** | 02/10/2015 |
| **Booking Time:** | 07:55AM |
| **Booking Officer:** | SHAW, LINDA |
| **Shift:** | 1 |

**Birth Date:**
**Current Age:**
**Sex:**
**Race:**
**Marital Status:**
**SSN:**
**Height:**
**Weight:**
**Eye Color:**
**Hair Color:**
**Complexion:**
**Build:**

**Citizen Of:**
**Place of Birth:**
**Country of Birth:**
**Religion:**
**Church Attendance:**
**Gang:**
**Valid Driver's Lic.?**
**Driver's Lic. State:**
**License#:**
**Commissary Choice:**

| | |
|---|---|
| **Housing:** | INTAKEHOLD002B |
| **Custody Level:** | MODERATE |
| **Permanent ID#:** | 1122306 |
| **Booking #** | 2948837 |

**Can Inmate Read English?**
**Read Language:**
**Can Inmate Write English?**
**Write Language:**

**Legal Address:** NONE GIVEN

**Phone #:** (XXX)XXX-XXXX

**Emergency Contact**



**Secondary Emergency Contact:**

SAME AS SBOVE

**Scars / Tattoos**

**Known Aliases**

FILE OPENED
DATE 8/10/15
TIME: 0755

Exhibit 41 Page 447

CCOG00025451

## CORRECTIONS CORPORATION OF AMERICA
## SAN DIEGO CORRECTIONAL FACILITY

# HAZARDOUS CHEMICAL
# TRAINING ACKNOWLEDGEMENT

1. YOU HAVE THE RIGHT TO INFORMATION CONCERNING HAZARDOUS CHEMICALS THAT YOU MAY BE EXPOSED TO IN YOUR WORKPLACE.

2. SAFETY DATA SHEETS **(SDS),** ARE AVAILABLE TO ALL EMPLOYEES, INMATES/DETAINEES, THEIR DESIGNATED REPRESENTATIVE, AND TREATING HEALTH CARE WORKERS UPON REQUEST, AND AT THE LOCATION WHERE THE MATERIAL IS STORED.

3. ALL CONTAINERS OF HAZARDOUS CHEMICALS MUST BE LABELED WITH CHEMICAL NAME(S), APPROPRIATE WARNINGS, AND MANUFACTURERS NAME AND ADDRESS.

4. YOU MAY NOT BE DISCHARGED FROM YOUR JOB OR DISCIPLINED FOR SEEKING INFORMATION ABOUT ANY HAZARDOUS CHEMICAL.

5. IF PERSONAL PROTECTIVE EQUIPMENT OR SPECIAL INSTRUCTIONS ARE NEEDED BEFORE USING A CHEMICAL THIS INFORMATION WILL BE PROVIDED BY YOUR SUPERVISOR.

6. USE ALL CHEMICALS ACCORDING TO THE MANUFACTURER'S RECOMMENDATIONS. IF YOU HAVE, ANY QUESTIONS ASK YOUR SUPERVISOR.

**I HAVE RECEIVED THE HAZARDOUS COMMUNICATIONS TRAINING AS DESCRIBED IN THE WRITTEN HAZARD COMMUNICATIONS PROGRAM AND THE INSTRUCTOR ANSWERED ANY QUESTIONS THAT I MAY HAVE HAD.**

SIGNATURE OF INMATE/DETAINEE

SIGNATURE OF INSTRUCTOR

2/10/17
DATE

INMATE A#
OWINO, SYLVESTER OTIENO
ICE
DATE: 02/09/2015    TIME: 2245

Exhibit 41 Page 448

CCOG00025468

## SAN DIEGO CORRECTIONAL FACILITY
## INMATE/DETAINEE SAFETY RULES

**Each new commitment will be required to read and sign the below safety regulations. In the event the inmate/detainee cannot read, the regulations will be read and explained to him/her, and this will be indicated in the signature area. If, for any reason, an inmate/detainee refuses to sign, it will be noted on the bottom portion of this form.**

# DISCIPLINARY ACTION MAY RESULT FROM FAILURE TO FOLLOW THESE SAFETY REGULATIONS:

1.  Every effort will be made to provide a safe environment for inmates/detainees incarcerated in the facility. Matters relating to occupational safety and health policy and practice will adhere to state and local codes. Compliance with established safety practices will be the responsibility of each CCA employee, inmate and detainee.
2.  It is the responsibility of each inmate/detainee worker to use the safety equipment issued to protect them against physical injury and/or health hazards. Make certain you follow instructions for properly wearing required personal protective equipment, such as goggles, aprons, and arm guards before you begin an operation.
3.  Hearing protection must be worn on all workstations designated as high noise level areas.
4.  You must wear work or safety shoes, when instructed to do so.
5.  Report all safety hazards immediately to your work supervisor. Do not continue to work in any area or on any machinery or equipment that is deemed unsafe or improperly guarded by the work supervisor. If your work supervisor does not agree that an unsafe work condition exists, you should report the information to the Safety Officer, either verbally or in writing.
6.  Inmates/detainees will perform only work that is assigned to them. Operation of equipment, or performing any operation that has not been specifically assigned, is strictly forbidden.
7.  Operating equipment without using the safety guard(s) provided or removal of the safety guard(s) is forbidden.
8.  The fabrication or repair of personal items using CCA equipment is against safety regulations and is prohibited.
9.  Do not try to adjust, oil, repair, or perform any maintenance on any machine while it is in motion. Stop the machine first. Use the lockout devices where possible.
10. Inmate/detainees who are injured while performing their assigned duties will immediately report such injury to their work supervisor (staff member). Report a work injury to your supervisor or any other staff member, immediately.
11. It is the responsibility of each inmate/detainee worker to exercise care, cooperation, and common sense in conducting his/her assigned work. Horseplay on the job or in this facility will not be tolerated.
12. Cell and dayroom fixtures and furniture (chairs, tables, etc.) will not be used as ladders or stepstools for any reason.

**"I HAVE READ** OWINO, SYLVESTER OTIENO
A# ICE
DATE: 02/09/2015   TIME: 2245 **: SAFETY RULES"**

Inmate/detainee Signature          Number          Date

Staff Witness Signature          Title          Date

Form 12-100D

Exhibit 41 Page 449

CCOG00025469

# Inmate/Resident Pre-Assignment Training Record

Inmate Name / **Nombre del Confinado:**_____

Inmate Number / **Numero de Registro:**

Date Hired / **Fecha de Inicio:** _____

OWINO, SYLVESTER OTIENO
A#         ICE
DATE: 02/09/2015   TIME: 2245

☑ Job Description Review
**Descripcion del Trabajo**

☑ Food Service Department Rules & Regulations
**Reglas & Regulaciones del Departamento del Servicio de Comida**

☑ Food Safety
**Comida Saludable**

☑ Accident Prevention
**Prevencion de Accidentes**

☑ Use of Safety Equipment
**Uso del Equipo de Seguridad**

☑ Chemical Usage
**Uso de los Quimicos**

☑ Floor Care
**Cuidado del Piso**

☑ Sanitation & Hygiene Issues
**Limpieza y Higiene**

☑ Food Service Space and Equipment – Proper Operation and Cleaning
**Equipo y Espacio del Servicio de Alimentos – Limpieza y Operacion Adecuada**

☐ Other / **Otro:**
☐ Other / **Otro:**
☐ Other / **Otro:**
☐ Other / **Otro:**
☐ Other / **Otro:**

I certify that I have received the training listed above and am responsible for performing my work duties as trained.

**Yo certifico que he recibido el entrenamiento que esta en el listado de arriba y soy responsable de hacer el trabajo basado en el entramiento.**

Inmate/Resident Signature      Inmate/Resident Number      Date

Signature of Staff Trainer        Date    FEB 1 1 2015

Proprietary Information – Not For Distribution – Copyrighted - Property of CCA

Exhibit 41 Page 450

CCOG00025518

## CANTEEN CORRECTIONAL SERVICES

## INMATE KITCHEN WORKER HYGIENE AND GROOMING STANDARDS

Report to work in a clean uniform as specified by the correctional facility.

Hair restraints are to be worn at all times in the production, storage, and serving areas.

Jewelry is not to be worn, other than a watch, wedding ring or stud earrings.

Practice personal cleanliness:
- Take a bath or shower daily
- Brush your teeth at least twice a day
- Use a deodorant
- Wash hair at least once a week and keep it neat
- Keep nails clean, neat and well-trimmed
- Wear clean undergarments daily

Avoid touching your face, hair or nose.  Do not scratch, pick sores or work with open wounds.

Wash hands frequently and every time after having performed one of these activities:
- Visiting the toilet
- Coughing or sneezing into hands or handkerchief
- Touching your face, nose or hair
- Smoking: the saliva from the butt of the cigarette or cigar will contaminate hands
- Handling boxes, crates, packages
- Handling garbage
- Handling anything soiled

Report to your supervisor when you have been injured, including minor injuries such as cuts and burns. Report any skin eruptions, boils and the like.

*Report to your supervisor any illness of the respiratory system* (head colds, etc.) and intestinal disorders, such as diarrhea.

Keep hands and fingers out of food; do not taste food with your fingers; use a clean tasting spoon each time.

As much as possible, use utensils for preparing food.  Use tongs, spoon, forks, etc., for handling ice, butter (Oleo) rolls, breads, etc., instead of using hands.  Be sure all utensils are clean before using.

Observe the "No Smoking" rule in all food preparation and service and storage areas.

Avoid touching parts of dishes, trays, and utensils that will come in contact with food.

If food must be manipulated by hand, use plastic disposable gloves.  Dispose of used gloves.

I HAVE READ, UNDERSTAND, AND AGREE TO ABIDE BY THE ABOVE STATED STANDARDS TO THE BEST OF MY ABILITY.

INMATE SIGNATURE:_____    DATE:_____

FEB 1 1 2015

TRAINER/MANAGER'S SIGNATURE:_____    DATE:_____

C10

Exhibit 41 Page 451

CCOG00025519

## CANTEEN CORRECTIONAL SERVICES
## INMATE WORKER SERVICE SAFETY LIST

- Keep all perishable foods at 40 degrees F. or below until ready to use.
- Keep all cold food cold 40 degrees F. and below and all hot food hot, 140 degrees F. and above.
- Do not place cooked food on shelves under raw meat. Raw meat must always be stored on bottom shelves.
- Do not use any food if there is a doubt about its freshness or wholesomeness.
- Discard all food dropped on the floor after consulting with your immediate supervisor.
- *Slice, dice, chop and mince on a clean sanitized cutting* board. Cut away from yourself when using a peeler.
- When opening can foods, avoid touching the rim.
- Follow all job procedures. Never short cut approved procedures.
- Use the proper equipment for the job ensuring that it is in good condition.
- *Follow instructions or warning labels on all toxic and flammable* materials. Keep work areas clean and clutter free.
- Observe restricted areas, such as "No Smoking" or "Authorized Personnel Only".
- Report all unsafe conditions to your immediate supervisor.
- Watch where you are going at all times, especially through doorways, busy isles and around comers.
- Keep isles, halls and walkways free from clutter, electrical cords, and hoses.
- *Pull; do not push carts through doorways.*
- Turn down heat once food starts boiling to avoid boiling over.
- Potholders save you from burns. Keep them near the stove or oven. While using potholders keep them away from open flames.
- Turn off oven or stove when cooking process is finished.
- Put plug into electrical appliance, then into wall outlet when using electrical appliance. (Note: Do not let plug or extension cord rest on the floor. When finished, remove the plug from the wall outlet ad then from the appliance). Pull the plug, not the cord when unplugging an appliance.
- Do not touch an electrical appliance with wet hands.

Inmates Signatures: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Date: ▓▓▓▓▓▓

Trainer/Manager's Signature: _____  Date:___ **FEB 1 1 2015**

OWINO, SYLVESTER OTIENO
A# ▓▓▓▓▓  ICE
DATE: 02/09/2015   TIME: 2245

Exhibit 41 Page 452

CCOG00025520

# CANTEEN CORRECTIONAL SERVICES
## INMATE WORKER KITCHEN RULES

1. Inmate must report to work in the proper uniform. Hair restraints supplied by Canteen Correctional Services must be worn working in the kitchen and during the meal service period.
2. Inmate kitchen workers must be clean and fingernails must be trimmed and clean.
3. Plastic gloves must be worn when handling any food during the various *preparation* and *cooking stages* and *during the serving of food.*
4. There is to be no smoking in any food preparation, storage, or service area. Smoking is allowed only in designated areas.
5. No sitting on the worktables or other equipment is allowed.
6. Horseplay and/or fighting will not be tolerated.
7. There will be no eating in the kitchen except at your scheduled mealtime and in the designated break or eating area.
8. There will be no drinking in any food preparation area. All beverages are to be consumed in the designated break or eating area.
9. *Leaving the kitchen area with food, beverages or utensils* without permission is prohibited.
10. No inmate is permitted a double portion of food.
11. Playing with tools or equipment is prohibited.
12. Only one inmate will be permitted to use the restroom at a time.
13. The use of foul or abusive language in the kitchen is prohibited.
14. Inmates working with knives or utensils are not permitted to leave the work area with those items.
15. Inmates are not allowed to serve themselves.
16. Inmates are expressly forbidden to leave the kitchen and/or department without first obtaining permission from the Canteen Supervisor.
17. Inmates on the serving line must be polite to the inmates they are feeding.
18. No inmate is permitted to operate any equipment without being trained by an employee of Canteen Correctional Services.
19. No inmate is allowed in any office area without permission.

Inmate Signature: _____  Date: _____
FEB 1 1 2015

Trainer/Manager's Signature: _____  Date: _____

C2

Exhibit 41 Page 453

CCOG00025523

# CANTEEN CORRECTIONAL SERVICES
## INMATE AGREEMENT CONTRACT

DATE: ▓▓▓▓▓▓▓

I, ▓▓▓Sylvester Owino▓▓▓ agree to abide by and follow any and all rules and regulations set by the CANTEEN Company and or any regulatory agency governing to operations of the Food Service Department.

1. I will perform duties as listed and described on any Job Description and any additional work assigned to me by a Food Service Supervisor to the best of my ability.
2. I will work the times assigned me as scheduled by the Food Service Department.
3. I will eat only during designed break times, set by the Food Service Department.
4. I will eat off the service line only those items and portions served to the General Population, unless assigned a special diet or unless permitted by a Food Service Supervisor.
5. I will not be in possession of, nor will I cook or prepare items which are not designated menued items for that particular meal for myself or others, unless directed to do so by a Food Service Supervisor.
6. I will not eat, drink, or smoke in any food preparation area, dish room, or food storage areas.
7. I am not allowed in the Food Service Department Office unless authorized by the Site Manager.
8. I will not attempt to nor remove any food items, supplies, or equipment from the Food Service Building unless directed to do so by Food Service Supervisor.
9. I will take breaks only when scheduled or approved by a Food Service Supervisor.
10. I will not bring any personal property into the kitchen or dining facility, including radios, stereos, games, cards, etc.
11. I will not enter the Food Service Department kitchen at unscheduled times, unless called for or authorized by a Supervisor.
12. I will wear clean kitchen whites and appropriate hair coverings at all times while in any food preparation, dish room or food storage areas.
13. I understand that by not complying with these and other rules and regulations listed and described in the *San Diego Correctional Facility Inmate/Detainee Admission and Orientation Handbook*, it could result in disciplinary action, loss of good time and or loss of my job.
14. I understand that I shall be evaluated on my job performance on a monthly basis, which could effect, pay, promotions, demotions or loss of job.

JOB:_____

Inmate Name:___Owino_____Sylvester_____O_____
               Last          First          M.I.         D. O.C.#

SIGNATURE ▓▓▓▓▓▓▓                                      DATE ▓▓▓▓▓▓▓

FOOD SERVICE SUPERVISOR:___Adcox_____,___Sam_____Sep_____
                          Last          First        MI      Title FEB 1 1 2015

SIGNATURE                                              DATE

OWINO, SYLVESTER OTIENO
A▓▓▓▓▓                    ICE
C1                        DATE 02/09/2015   TIME 2245

Exhibit 41 Page 454

CCOG00025524

# CANTEEN CORRECTIONAL FOOD SERVICES

## INMATE JOB DESCRIPTION

JOB TITLE:                UTILITY

WORK AREA:                KITCHEN

NORMAL WORK HOURS:        AM Shift or PM Shift.  Shift will be assigned by Food Service Manager.

PAY SCALE:                GRADE UNSKILLED

CAPSULE JOB DESCRIPTION:  Assist in cleaning and sanitation of all areas in the kitchen.  Must be in Utility
                          position for a minimum of 90 and have three (3) evaluations of 2.5 or above to
                          stay in position.

SPECIFIC WORK DUTIES:

1. Clean and sanitize all hot carts, segregation carts, and cambro carts when they are returned to the kitchen.
2. Clean and sanitize all dry storage racks and tray carts.
3. Clean and sanitize baking racks.
4. Keep kitchen floor swept and mopped at all times.
5. Keep floor drains clean.
6. Empty and wash out trash containers, as needed.
7. Assist in trash runs to dispose of trash.
8. Wash and sanitize walls, walk-ins, freezer doors, and tables, etc.
9. Follow all safety instructions and posted operational rules.
10. Any other duties asked of you by Food Service Staff.

SPECIAL REQUIREMENTS:     Medical Clearance must be able to lift 40 lbs.

TERMINATION:

1. Failure to follow Safety Procedures.
2. Failure to follow Supervisor's instructions.
3. Excessive absenteeism.
4. Misconduct, horseplay, etc.
5. Theft
6. Unsatisfactory work performance.

NOTE:       These are not all of your work duties; other duties may be assigned as deemed necessary.

PRINT NAME: _Owino  Sylvester  Otieno_        NUMBER: ███████

OFFENDER SIGNATURE: _____      DATE: _2/01/15_

SUPERVISOR: _____              DATE: _FEB 1 1 2015_

C12

Exhibit 41 Page 455

CCOG00025525

Our mission is to:  Provide wholesome hot meals in a timely manner and in accordance to the established menu, to all residents and staff of San Diego Correctional Facility every day of the year.

## SANITATION WORKER

PURPOSE:     To maintain a clean and sanitary kitchen in a correctional food service program.

DUTIES:

A.     The *Sanitation Worker* in the area of "Sanitation" will:
   1.   Check cleaning schedule daily.
   2.   Assist in the cleaning of all areas of the kitchen.
   3.   Use only authorized cleaning chemicals.
   4.   Clean and sanitize equipment per written instructions.
   5.   Sweep and mop floors as required throughout the day.
   6.   Keep trash containers emptied.
   7.   Clean restrooms, hand sinks, and break areas at designated times.
   8.   Clean walls, ceilings and other areas with proper cleaning equipment.
   9.   Keep all cleaning chemicals away from food area.
   10.  Follow instructions from staff personnel in the cleaning and sanitizing of the kitchen.
   11.  Assist in any other duties deemed necessary by food service.

B.     The *Sanitation Worker* in the area of "Equipment Usage" will:
   1.   Completely understand the operation and safety procedures of all cleaning equipment.
   2.   Make sure that equipment is in the proper working condition at all times.
   3.   Place cleaning equipment in the proper working condition at all times.
   4.   Assist in any other duties deemed necessary by food service.

*"All kitchen workers will wear hair restraints, etc. while in the kitchen and gloves when handling food."*

Print Name: Owino Sylvester Otieno     A#:

Signature:     Date:

OWINO SYLVESTER OTIENO
A#
ICE
DATE: 02/09/2015     TIME: 2245

C11

Exhibit 41 Page 456

CCOG00025526

## COURSE TITLE: KITCHEN EQUIPMENT

### Lesson Title: Kettles and Steamers – THE BASICS

Course Objective: To instruct the inmate on the various pieces of equipment listed above.

Equipment/Supplies Required: Demonstrator to lecture at each piece of equipment listed above point out its features and explain what it does.

Lesson Tools: Presenter Demonstrations/Lecture

Kettles and steamers enable a chef to prepare large amounts of food efficiently, since the heat is applied over a much larger area than is possible when a single burner is used. Cooking times for dishes prepared in steamers and large kettles are often shorter than for those prepared on a range top.

STEAM-JACKET KETTLE – This freestanding or tabletop kettle circulates steam through the walls of the jacket, providing even heat. Units vary: they may tilt, may be insulated and may have spigots or lids. Available in a range of sizes, these kettles are excellent for producing stocks, soups and sauces, as well as some casserole items. They are generally made of stainless steel and sometimes have specially treated non-stick surface. Gas or electric models are available.

TILTING KETTLE – This large, relatively shallow freestanding unit is used for braising, stewing and a hot of other cooking processes. Most tilting kettles have lids, allowing for steaming, as well. They are usually made of stainless steel and are available in gas or electric models.

PRESSURE STEAMER – Water is heated under pressure in a sealed compartment, allowing it to reach higher than boiling temperature (212 degrees F.) The cooking time is controlled by automatic timers, which open the exhaust valves at the end. The doors cannot be opened until the pressure has been released.

CONVECTION STEAMER – The steamer generated in a boiler and then piped to the cooking chamber, where it is vented over the food. Pressure does not build up in the unit; it is continuously exhausted, which means the door may be opened at any time without danger of scalding or burning.

C5

Exhibit 41 Page 457

CCOG00025527

CANTEEN CORRECTIONAL SERVICES
INMATE TRAINING
LESSON PLAN



OWINO, SYLVESTER OTIENO
A#
ICE
DATE: 02/09/2015    TIME: 2245

## COURSE TITLE: KITCHEN EQUIPMENT

**Lesson Title: Safety Precautions (all equipment)**

Course Objective: To instruct inmate workers on the following safety guidelines for all kitchen equipment.

Equipment/Supplies Required: Slicer or Mixer to be used in demonstration.

Lesson Tools: Presenter Demonstrations/Lecture

Safety precautions must be observed and proper maintenance and cleaning must be consistently applied in order to keep equipment functioning properly and to prevent injury or accidents. Observe the following safety guidelines when working with any kitchen equipment.

1. Obtain proper instruction in the machine's safe operation. Do not be afraid to ask questions.
2. First turn off and then unplug electrical equipment before assembling or breaking down the equipment for cleaning.
3. Use all safety features: Be sure that lids are secure, hand guards are used, and the piece of equipment is stable.
4. Clean and sanitize the equipment thoroughly after each use.
5. Be sure that all pieces of equipment are properly reassembled and left unplugged after each use.
6. Report any problems or malfunctions promptly to your supervisor.

Presenter uses a particular piece of equipment to demonstrate safety features, break down, and set-up.

C8

Exhibit 41 Page 458

CCOG00025528

## COURSE TITLE: KITCHEN EQUIPMENT

**Lesson Title: Stoves, Ranges and Ovens — THE BASICS (Page 2)**

OVENS — Ovens cook foods by surrounding them with hot air, a gentler and more even source of heat than the direct heat of a burner. Many types of roasted and baked food are prepared in ovens. Delicate foods, such as custards, are also cooked in an oven usually in a hot water bath (bain-marie). Different ovens are available to suit a variety of needs, and both the establishment's menu and its available space should be evaluated before determining what type and size oven to install.

<u>Convection Oven</u> — Hot air is forced through fans to circulate around the food, cooking it evenly and quickly. Some convection ovens have the capacity to introduce steam. They are available in gas or electric models, in a range of sizes, with stainless steel interiors and exteriors, and glass doors. Special features may include infrared and a convection-microwave combination.

<u>Conventional Oven</u> — The heat source is located on the bottom, underneath the deck, or floor, of the oven. Heat is conducted through the deck into the cavity. Conventional ovens can be located below a range top or as individual shelves arranged one above another. The latter are known as deck ovens, and the food is placed directly on the deck, (in a pan), instead of on a wire rack. Deck ovens usually are gas or electric, although charcoal and wood burning units are also options. The basic deck oven is most often used only for roasting, but several variations are available for other purposes. Additional styles of ovens include pizza ovens, rotary ovens, conveyor ovens and rotating deck ovens.

<u>Slow Cookers/Combi Stoves</u> — These stoves have been used extensively in Europe and are becoming more common in this country. The stove cooks at low temperatures, and may also steam foods. It can be used for both cooking and holding them at the correct serving temperatures, making them desirable in a number of different instances (catering, banquets, large scale operations). Some versions of these stoves are capable of smoking foods, as well.

C4

Exhibit 41 Page 459

CCOG00025529

# CANTEEN CORRECTIONAL SERVICES
# INMATE TRAINING
# LESSON PLAN

## COURSE TITLE: KITCHEN EQUIPMENT

### Lesson Title: Stoves, Ranges and Ovens – THE BASICS

Course Objective: To instruct and demonstrate to the inmate workers the various pieces of equipment listed above.

Equipment/Supplies Required: Demonstrator to lecture at each piece of equipment listed above, point out its features and explain what it does.

Lesson Tools: Presenter Demonstrations/Lecture

It is difficult to imagine a kitchen without a stove. The stove top is known as the range; the oven is usually below the range. There are a number of different variations on this standard arrangement, however, just as there a number of different range tops and ovens available today.

RANGES – Gas or electric ranges are available in many sizes with various combinations of open burners, flattops (not to be confused with griddle units), and ring tops. Open burners and ring tips supply direct heat, which is easy to change and control. Small units known as candy stoves or stockpot ranges have rings of gas jets that allow for excellent heat control. Flat-tops provide indirect heat, which is more even and less intense than direct heat. Foods that require long, slow cooking, such as stocks, are more effectively cooked on a flat-top.

Open Burner – This is an individual grate-style burner that allows for easy adjustment of heat.

Flat-Top – This consists of a thick plate of cast-iron or steel set over the heat source. Flat-tops give relatively even and consistent heat but do not allow for quick adjustment of temperature.

Ring Top – This is flat-top with concentric rings or plates that can be removed to widen or close the opening, supplying more or less direct heat.

Induction Burner – This is a relatively new technology based on the transference of an electric current into a magnetic vibration. It is the vibration that heats the pan as it sits on the top of the burner. The food is cooked via heat transferred from the pan while the burner itself stays cool. All pans used on this type of burner must be made of steel or iron; copper and aluminum cookware will not respond to this type of process.

C3

Exhibit 41 Page 460

CCOG00025530

# COURSE TITLE:  KITCHEN EQUIPMENT

**Lesson Title:  Grinding, Slicing and Pureeing Equipment – THE BASICS**

Course Objective: To instruct the inmate on the various pieces of equipment listed above.

Equipment/Supplies Required:  Demonstrator to lecture at each piece of equipment listed above, point out its features and explain what it does.

Lesson Tools:  Presenter Demonstrations/Lecture

MEAT GRINDER – This is a freestanding machine or an attachment for a standing mixer.  A meat grinder should have "dies" of varying sizes and in general will have a feed tray and pusher.  The "dies" determine the coarseness of the grind, the smaller the holes in the "die" the finer the grind.  All food contact areas should be kept clean.

VERTICAL CHOPPING MACHINE – This machine operates on the same principle as a blender.  A motor at the base is permanently attached to a bowl with integral blades.  As a safety precaution, the hinged lid must be locked in place before the unit will operate.  The vertical chopping machine is used to grind, whip emulsify, blend, or crush foods.

FOOD CHOPPER (Buffalo Chopper) – The food is placed in a rotating bowl that passes under a hood, where blades chop the food.  Some units have hoppers or feed tubes and interchangeable disks for slicing, and grating.  Food choppers are in floor and tabletop models and are generally made of aluminum with a stainless steel bowl.

FOOD PROCESSOR – This is a processing machine that houses the motor separately from the bowl, blades, and lid.  Food processors can grind, crush, knead, and, with special disks, slice, julienne, and shred foods.

FOOD/MEAT SLICER – This machine is used to slice foods in even thickness.  A carrier moves the food back and forth against circular blade, which is generally carbon steel.  There may be separate motors to operate the carrier and the blade.  To avoid injury, all safety features incorporated in a food slicer, especially the hand guard, should be used.

C7

Exhibit 41 Page 461

CCOG00025531

# CANTEEN CORRECTIONAL SERVICES
## INMATE TRAINING
## LESSON PLAN

## COURSE TITLE:  KITCHEN EQUIPMENT

### Lesson Title:  Griddles and Grills – THE BASICS

Course Objective:  To instruct and demonstrate to the inmate workers the various pieces of equipment listed above.

Equipment/Supplies Required:  Demonstrator to lecture inmate workers the various pieces of equipment (if available), listed above.

Lesson Tools:  Presenter Demonstrations/Lecture

There are two other over/range features, the griddle and the grill that are part of the traditional commercial food service setup.

GRIDDLE – Similar to a flat-top range top, a griddle has a heat source located beneath a thick plate of metal, generally cast-iron or steel.  The food is cooked directly on this surface.  A griddle may be a gas or electric.

GRILLS, BROILERS AND SALAMANDER – In a grill, the heat source is located below the rack, in a boiler or salamander the heat source is above.  Some units have adjustable racks, which allow the food to be raised or lowered to control cooking speed.  Most units are gas, although electric units with ceramic "rocks" create a bed of coals, producing the effect of a charcoal grill.  Salamanders are small broilers used primarily to finish or glaze foods.

C6

Exhibit 41 Page 462

CCOG00025532