UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>                                Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>                                Defendant. | Case No.: 17-CV-1112 JLS (NLS)<br><br>**ORDER REQUESTING SUPPLEMENTAL REPLY BRIEF FROM PLAINTIFFS**<br><br>(ECF Nos. 154, 164) |

      Presently before the Court is Plaintiffs Sylvester Owino and Jonathan Gomez's Motion for Class Certification (ECF No. 84), on which the Court ordered additional briefing following the hearing on December 19, 2019. *See* ECF No. 154. Having reviewed the Parties supplemental briefing, *see* ECF Nos. 160, 164, the Court is troubled by Defendant CoreCivic, Inc.'s argument that the last day Mr. Owino participated in the Voluntary Work Program was May 23, 2013, thereby rendering Mr. Owino's Unfair Competition Law claim barred by the four-year statute of limitations, *see* ECF No. 164 at 2 & n.2, particularly given that Plaintiffs were not permitted leave to file a reply.

      Accordingly, Plaintiffs **MAY FILE** a reply to Defendant's Supplemental Brief re: *Novoa* Class Certification Order (ECF No. 164) addressing the timeliness of Mr. Owino's

claims, <u>on or before March 9, 2020</u>.  The optional, supplemental reply **SHALL NOT EXCEED** <u>five (5) pages</u>.

  **IT IS SO ORDERED.**

Dated:  February 28, 2020

                Hon. Janis L. Sammartino
                United States District Judge