EILEEN R. RIDLEY (SBN 151735)
eridley@foley.com
ALAN R. OUELLETTE (SBN 272745)
aouellette@foley.com
**FOLEY & LARDNER LLP**
555 California Street, Suite 1700
San Francisco, CA 94104-1520
T: 415.434.4484 // F: 415.434.4507

NICHOLAS J. FOX (SBN 279577)
nfox@foley.com
**FOLEY & LARDNER LLP**
11988 El Camino Real, Suite 400
San Diego, CA 92130
T: 858.847.6700 // F: 858.792.6773

ROBERT L. TEEL  (SBN 127081)
lawoffice@rlteel.com
**LAW OFFICE OF ROBERT L. TEEL**
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
T: 866.833.5529 // F: 855.609.6911

GEOFFREY M. RAUX (*pro hac vice*)
graux@foley.com
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, MA 02199-7610
T: 617.342.4000 // F: 617.342.4001

Attorneys for Plaintiffs SYLVESTER OWINO,
JONATHAN GOMEZ, and the Proposed Class(es)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CORECIVIC, INC.,<br><br>　　　　　　　　Defendant.<br><br>CORECIVIC, INC.,<br><br>　　　　　　　　Counter-Claimant,<br><br>vs.<br><br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Counter-Defendants. | Case No. 3:17-CV-01112-JLS-NLS<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY AND OPPOSITION TO REQUEST FOR SUPPLEMENTAL BRIEFING (ECF 172)**<br><br>Judge:  Hon. Janis L. Sammartino<br>Magistrate:  Hon. Nita L. Stormes<br><br>DEMAND FOR JURY TRIAL |

Plaintiffs Sylvester Owino and Jonathan Gomez ("Plaintiffs") submit this response to CoreCivic's Notice of Supplemental Authority regarding the Eleventh Circuit's decision in *Barrientos v. CoreCivic, Inc.*, No. 18-15081, 2020 WL 964358 (11th Cir. Feb. 28, 2020), and opposition to CoreCivic's Request for Supplemental Briefing (ECF 172).

First, the Eleventh Circuit's decision in *Barrientos* supports the Court's tentative decision to certify Plaintiffs' Forced Labor classes. *Barrientos* confirms that ICE detainees may establish claims for violations of the TVPA against CoreCivic where, as here, "CoreCivic coerces alien detainees to perform labor… by, inter alia, the use or threatened use of serious harm, criminal prosecution, solitary confinement, and the withholding of basic necessities." *Id*. at *1.

Second, CoreCivic's argument that the "National Forced Labor Class cannot be certified because each class member must *individually* establish that their particular allegation of forced labor rises to the level of an actionable claim under the [TVPA]" misrepresents the holding of *Barrientos*. The Eleventh Circuit did not address any issue outside of the narrow legal question certified for interlocutory appeal, which followed the district court's denial of CoreCivic's motion to dismiss. *Id*. Indeed, the Eleventh Circuit's review was expressly "limited to the legal question of the TVPA's applicability to private contractors operating federal immigration detention facilities" (which it decided against CoreCivic), not the "factual allegations in the complaint." *Id*. Moreover, CoreCivic's argument is undermined by the holding of *Barrientos*, which confirmed that if CoreCivic "actually forces detainees to provide labor (whether through a work program or not) through any of the illegal coercive means explicitly proscribed by the TVPA, it has 'obtain[ed] the labor or services of a person' in violation of the TVPA." *Id*. at *7.[1]

Third, CoreCivic's request to present further supplemental briefing to repeat

---

[1] CoreCivic's argument is also undermined by *Novoa v. The Geo Group, Inc.*, No. EDCV 17-2514 JGB (SHKx), U.S. Dist. LEXIS 222675 (C.D. Cal. Nov. 26, 2019), which certified plaintiffs' proposed classes for violations of the TVPA because they challenge generally applicable policies and practices that compelled ICE detainees to work under threat of discipline, duress or hardship.

arguments that it has made throughout several years of litigation should be denied. There is nothing about the "discrete and abstract legal issue" decided by the Eleventh Circuit (in favor of the ICE detainees and against CoreCivic) that requires further briefing. *Id*. at *5. Further, CoreCivic's intent to "explain the scope of ICE's detention standards" and "highlight Plaintiffs' allegations that fall—or may fall, depending on the particular circumstances—within the scope of those detention standards" has nothing to do with the narrow legal issue addressed by *Barrientos*. CoreCivic's vague suggestion that the PBNDS somehow presents a defense to Plaintiffs' TVPA claims also does not find any support in *Barrientos*, which held that "[n]othing in the PBNDS permits CoreCivic, or other private contractors operating immigration detention facilities, to force detainees to perform labor (beyond personal housekeeping tasks), and certainly not through the illegal coercive means explicitly listed in the TVPA." *Id*. at *7.

In short, CoreCivic's deliberate misreading of the *Barrientos* decision, which was uniformly decided against it on a defense advanced by CoreCivic that this Court also rejected in its ruling on CoreCivic's motion to dismiss, does not warrant further supplemental briefing or the resulting delay.

DATED: March 20, 2020

**FOLEY & LARDNER LLP**
Eileen R. Ridley
Geoffrey Raux
Nicholas J. Fox
Alan R. Ouellette


*/s/* Eileen R. Ridley
Eileen R. Ridley
Attorneys for Plaintiffs SYLVESTER OWINO, JONATHAN GOMEZ, and the Proposed Class(es)


**LAW OFFICE OF ROBERT L. TEEL**
Robert L. Teel
   lawoffice@rlteel.com
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122

-2-   Case No. 17-CV-01112-JLS-NLS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (866) 833-5529
Facsimile: (855) 609-6911

Attorneys for Plaintiffs SYLVESTER OWINO, JONATHAN GOMEZ, and the Proposed Class(es)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 20, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

*/s/* Eileen R. Ridley
Eileen R. Ridley