# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO, JONATHAN GOMEZ, on behalf of themselves, and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>Defendant.<br><br>AND RELATED CROSS ACTION | Case No.: 3:17-cv-1112-JLS-NLS<br><br>**ORDER SETTING STATUS/CASE MANAGEMENT CONFERENCE** |

Upon consideration of the parties' joint status report submitted regarding their positions on how to proceed with the case (ECF No. 180), the Court **SETS** a telephonic status/case management conference for **June 3, 2020** at **10:00 a.m**. Plaintiffs' counsel must arrange the conference call.

By no later than **May 29, 2020**, the parties are **ORDERED** to submit the following to the Court so that they may be discussed on the conference call: (1) a joint submission outlining a proposed scheduled for all remaining dates in the case; and (2) Plaintiffs shall

1

submit their proposed notification of class action to the class. These submissions may be lodged directly with Chambers at the efile email address found in Judge Stormes' Chamber Rules.

**IT IS SO ORDERED.**

Dated: May 20, 2020

*/s/ Nita L. Stormes*
Hon. Nita L. Stormes
United States Magistrate Judge

2

3:17-cv-1112-JLS-NLS