UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO, JONATHAN GOMEZ, on behalf of themselves, and all other similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>　　　　　　　　　　　　Defendant. | Case No.:  3:17-cv-1112-JLS-NLS<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| AND RELATED CROSS ACTION | |

　　　　The Court held a telephonic case management conference on June 3, 2020.  Pursuant to the discussion therein, the Court **ORDERS** as follows:

　　　　1.　　The Court **SETS** a further telephonic status conference for **July 15, 2020** at **10:00 a.m.**  Plaintiffs' counsel shall initiate the conference call.  Prior to this status conference, the parties shall file a joint status report by **July 8, 2020**, to contain the information as detailed below in this order.  This report is to be lodged directly with Chambers.

2. There will be no stay of discovery pending Defendant's motion for reconsideration. However, the parties should focus their discovery related to the California classes over the next 30 days.

3. The Court will not suspend the 45-day Chamber Rule governing discovery disputes.

4. Defendant CoreCivic shall update the detainee rosters **within 30 days**.

5. Sampling of the detainee files shall begin immediately, pursuant to the protocol largely agreed upon by the parties. If there is an issue regarding the sampling procedure after the detainee rosters are updated, the parties may bring that issue to the Court's attention in the July 8 status report.

6. Regarding the ESI protocol, the Court has the parties' positions on the ESI protocol and will determine the protocol to be followed, unless counsel can agree to a protocol **within the next 30 days**. Counsel shall make their best effort to agree to a protocol but should any outstanding issues remain, the parties may bring the Court's attention to their positions in the July 8 status report.

7. Plaintiffs will submit the final draft of their class notice(s) by **June 15, 2020**. Defendant may respond with any objections by **June 26, 2020**. The Court will rule on the class notice(s) and set a deadline for class notification at the July 15 status conference. The class notice(s) and objections are to be lodged directly with Chambers.

**IT IS SO ORDERED.**

Dated: June 4, 2020

Hon. Nita L. Stormes
United States Magistrate Judge