UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>                              Defendant. | Case No.: 17-CV-1112 JLS (NLS)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 181) |
| CORECIVIC, INC.,<br><br>                              Counter-Claimant,<br><br>v.<br><br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>                              Counter-Defendants. | |

Presently before the Court is Defendant CoreCivic, Inc.'s Motion for Reconsideration (ECF No. 181). The Court **VACATES** the hearing set for June 18, 2020

///

1  and takes the matter under submission without oral argument pursuant to Local Rule
2  7.1(d)(1).

3  **IT IS SO ORDERED.**

5  Dated: June 9, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge