UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO, JONATHAN GOMEZ, on behalf of themselves, and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>Defendant.<br><br>AND RELATED CROSS ACTION | Case No.: 3:17-cv-1112-JLS-NLS<br><br>**ORDER REGARDING CLASS NOTICE AND SETTING FURTHER STATUS CONFERENCE** |

On July 15, 2020, the Court held a telephonic status conference. ECF No. 191. The parties discussed Plaintiffs' proposed Class Notices and Defendant's objections with the Court. As discussed therein, the Court will permit more time for Plaintiffs to consult with a class notice expert to further modify the proposed class notices and plan and for Defendants to provide further objections. During this additional time period, the Court strongly encourages the parties to work together and come to agreement to as much of the class notice and plan as possible.

Accordingly, the Court **ORDERS** as follows:

- On **August 28, 2020**, Plaintiffs shall lodge with the Court and opposing counsel a new proposed class notice and plan.

- On **September 4, 2020**, Defendant shall lodge with the Court and opposing counsel its objections.

- On **September 9, 2020** at **10:00 a.m.**, the Court will hold another telephonic status conference on the class notice issues and permit argument. Plaintiffs shall initiate the conference.

**IT IS SO ORDERED.**

Dated: July 20, 2020

*Nita L. Stormes*
Hon. Nita L. Stormes
United States Magistrate Judge