

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO, JONATHAN GOMEZ, on behalf of themselves, and all other similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>                    Defendant.<br><br>AND RELATED CROSS ACTION | Case No.:  3:17-cv-1112-JLS-NLS<br><br>**ORDER CONVERTING FURTHER STATUS CONFERENCE TO VIDEOCONFERENCE** |

On July 20, 2020, the Court set a telephonic status conference on class notice issues for **September 9, 2020** at **10:00 a.m.**  The Court now **CONVERTS** the status conference to take place at the same time **via videoconference**.  The parties shall abide by the following procedures for the videoconference:

1.     The Court will use its official Zoom video conferencing account to hold the status conference.  If you are unfamiliar with Zoom, Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings).  Participants must use laptops or desktop

3:17-cv-1112-JLS-NLS

computers for the conference.  Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the conference.

2.    Prior to the start of the conference, the Court will email each participant an invitation to join a Zoom video conference.  Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation.  Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding.  Zoom may then prompt participants to enter the password included in the invitation.  All participants will be placed in a waiting room until the conference begins.

3.    Each participant should plan to join the Zoom video conference at least five minutes before the start of the conference to ensure that the conference begins promptly at 10:00 a.m.  The Zoom e-mail invitation may indicate an earlier start time, but the conference will begin at the Court-scheduled time.

4.    By **September 4, 2020**, Counsel must email the Court at efile_stormes@casd.uscourts.gov to identify the name and title of everyone who will be attending the Zoom CMC, an e-mail address for each participant to receive the Zoom invitation, and a telephone number where each participant may be reached in the event of technical issues.

**IT IS SO ORDERED.**

Dated:  September 2, 2020

Hon. Nita L. Stormes
United States Magistrate Judge

3:17-cv-1112-JLS-NLS