EILEEN R. RIDLEY (SBN 151735)
  eridley@foley.com
ALAN R. OUELLETTE (SBN 272745)
  aouellette@foley.com
**FOLEY & LARDNER LLP**
555 California Street, Suite 1700
San Francisco, CA 94104-1520
T: 415.434.4484 // F: 415.434.4507

GEOFFREY M. RAUX (*pro hac vice*)
  graux@foley.com
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, MA 02199-7610
T: 617.342.4000 // F: 617.342.4001

ROBERT L. TEEL  (SBN 127081)
  lawoffice@rlteel.com
**LAW OFFICE OF ROBERT L. TEEL**
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
T: 866.833.5529 // F: 855.609.6911

Attorneys for Plaintiffs SYLVESTER OWINO,
JONATHAN GOMEZ, and the Proposed Class(es)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CORECIVIC, INC., <br><br> Defendant. | Case No. 3:17-CV-01112-JLS-NLS <br><br> **CLASS ACTION** <br><br> **PLAINTIFFS' PROPOSED CONTENT FOR CLASS NOTICES IN RESPONSE TO ECF NO. 203** <br><br> Judge:  Hon. Janis L. Sammartino <br> Magistrate:  Hon. Nita L. Stormes |
| CORECIVIC, INC., <br><br> Counter-Claimant, <br><br> vs. <br><br> SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated, <br><br> Counter-Defendants. | |

Pursuant to the Court's Order On Proposed Class Notice Plan (ECF No. 203) (the "Order"), Plaintiffs Sylvester Owino and Jonathan Gomez ("Plaintiffs") hereby submit the following proposed content for the Class Notice Plan:

1.     The URL for the online informational website is http://www.coreciviclawsuit.com.  A mockup of the online informational website is accessible at http://staging.coreciviclawsuit.com/.

2.     Attached hereto as **<u>Exhibit 1</u>** is a certified translation of the Frequently Asked Questions page of the online informational website in Spanish.

3.     Attached hereto as **<u>Exhibit 2</u>** is a revised version of the Interactive Voice Response script in English for the informational toll-free telephone line.  Plaintiffs do not plan for audio to be played along with the script.

4.     Attached hereto as **<u>Exhibit 3</u>** is a certified translation of the revised Interactive Voice Response script for the informational toll-free telephone line in Spanish.

5.     Attached hereto as **<u>Exhibit 4</u>** is a revised version of the Press Release for publication in English.

6.     Attached hereto as **<u>Exhibit 5</u>** is a certified translation of the revised Press Release for publication in Spanish.

7.     Attached hereto as **<u>Exhibit 6</u>** is a certified translation of the revised Press release for publication in Hindi.

8.     Attached hereto as **<u>Exhibit 7</u>** is a revised version of the script for Plaintiffs' 30 second television advertisement, 30 second radio advertisement, online advertisements, and social media advertisements in English and Spanish.  Exhibit 8 also contains (1) the URL to a website where the television advertisement can be viewed, and (2) mockups for the online and social media advertisements in Spanish (which is the only language in which they will be published per the Notice Plan, *see* ECF No. 198-3).  The audio for the television advertisement accessible through the URL will be used as the audio for the radio advertisement.

9.     Attached hereto as **<u>Exhibit 8</u>** is a certified translation of the online search

keywords in Spanish.

10.    Attached hereto as **Exhibit 9** is a compilation of certifications for the translations discussed above.  The translations were completed by TransPerfect.

11.    Plaintiffs raise two additional issues for the Court's consideration.  First, Plaintiffs respectfully request that the deadline for the completion of the notice program begin ten days from the day on which the Court issues its ruling on Defendant's pending motion for reconsideration.  Plaintiffs submit to the Court that the Court's ruling on Defendant's pending motion for reconsideration has the potential to impact the scope of the program and cause confusion if notice is targeted to individuals who no longer fall within the scope of the certified classes after the Court issues its ruling.  The requested ten day window would afford Plaintiffs sufficient time to determine if the notice program requires any modifications as a result of the Court's ruling on the motion for reconsideration before implementation begins.

12.    Second, in the event that the Court is inclined to sustain any of Defendant's objections to the revised notice plan content submitted herewith, Plaintiffs respectfully request the opportunity to respond to those objections before a final ruling is issued. Plaintiffs believe that the notice plan content submitted herewith is in final form and submit to the Court that its creation required a significant expenditure of time and resources.  As a result, Plaintiffs request the opportunity to respond to any of Defendant's objections that the Court is inclined to sustain.

DATED:  November 18, 2020

**FOLEY & LARDNER LLP**
Eileen R. Ridley
Geoffrey Raux
Alan R. Ouellette


_/s/_ Eileen R. Ridley
Eileen R. Ridley
Attorneys for Plaintiffs SYLVESTER OWINO,
JONATHAN GOMEZ, and the Proposed
Class(es)


**LAW OFFICE OF ROBERT L. TEEL**
Robert L. Teel
    lawoffice@rlteel.com
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Telephone:  (866) 833-5529
Facsimile:  (855) 609-6911

Attorneys for Plaintiffs SYLVESTER OWINO,
JONATHAN GOMEZ, and the Proposed
Class(es)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 18, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

*/s/* Eileen R. Ridley
Eileen R. Ridley