# Exhibit 1

*FAQs - Preguntas frecuentes*

**1. ¿POR QUÉ SE PUBLICÓ ESTE AVISO EN EL INTERNET?**

Respuesta:

El Tribunal autorizó este Aviso para explicar que el Tribunal ha permitido, o "certificado", una demanda colectiva que puede afectarte. Tienes derechos y opciones legales que puedes ejercer en este caso, que se describen a continuación. El Tribunal del Distrito de Estados Unidos para el Distrito Sur de California supervisa esta demanda colectiva. La demanda se conoce como *Owino, et. al. v. CoreCivic, Inc.*, No. 3:17-cv-01112-JLS-NLS (S.D. Cal.).

**2. ¿DE QUÉ TRATA ESTA DEMANDA?**

Respuesta:

Esta demanda declara que CoreCivic violó la Ley Federal de Protección de las Víctimas del Tráfico (Federal Trafficking Victims Protection Act, "TVPA") obligando y forzando a los detenidos a limpiar las instalaciones más allá de las tareas de limpieza personales enumeradas en las Normas de Detención Nacional Basadas en el Rendimiento del ICE bajo amenaza de castigo. Las áreas que los detenidos fueron obligados y forzados a limpiar incluyen áreas comunes y recreativas, baños, duchas, la cafetería, oficinas y la cocina, independientemente si se les pagó a los detenidos por su trabajo.

Para los detenidos en California, la demanda declara que CoreCivic violó la Ley de Protección de Víctimas de Tráfico de California ("CATVPA"), además de la TVPA.

Para los participantes en el Programa de Trabajo Voluntario en California, la demanda también declara que CoreCivic violó la ley de California al no pagar a los detenidos el salario mínimo requerido según la ley de California, al no proporcionar declaraciones salariales, al no pagar los salarios tras el despido y al imponer condiciones de empleo ilegales.

Puedes leer una copia de la Queja operativa de los Demandantes en la sección "Documentos del tribunal" de este Sitio web.

**3. ¿QUÉ ES UNA DEMANDA COLECTIVA?**

Respuesta:

En una demanda colectiva, una o más personas llamadas "Representantes del grupo" (en este caso Sylvester Owino y/o Jonathan Gomez) demandan en nombre de otras personas (tú) que tienen demandas similares. Las personas juntas son un "Grupo" o "Miembros de grupo". Las personas que demandaron, y todos los Miembros de grupo como ellos, se llaman los Demandantes. La empresa que demandaron (en este caso, CoreCivic) se denomina el Demandado. Un tribunal resuelve las reclamaciones de todos los Miembros del grupo.

Puedes leer una copia de la Orden judicial relativa a la Certificación del grupo en la sección "Documentos judiciales" de este Sitio web.

**4. ¿QUÉ ES LO QUE PIDEN LOS DEMANDANTES?**

Respuesta:

Los Demandantes están solicitando daños monetarios y la restitución permitida según la ley federal y de California, así como los honorarios y costos de abogados incurridos en la demanda.

**5. ¿QUÉ DICE EL DEMANDADO SOBRE ESTA DEMANDA?**

Respuesta:

CoreCivic niega que hizo algo mal y afirma que no obligó ni forzó a los detenidos a limpiar las áreas de la instalación fuera de su área personal bajo amenaza de castigo y no violó la ley federal o de California.

CoreCivic también niega que violó la ley de California con respecto a los participantes en el Programa de trabajo voluntario en sus instalaciones de California y busca una compensación de cualquier salario adeudado o daños por la cantidad que costó para alojar a los detenidos y operar el Programa de trabajo voluntario.

Puedes leer la Respuesta operativa del Demandado y las Defensas afirmativas a la Queja de los Demandantes en la sección "Documentos del tribunal" de este Sitio web.

**6. ¿EL TRIBUNAL HA DECIDIDO QUIÉN ESTÁ EN LO CORRECTO?**

Respuesta:

No. Al establecer el grupo y emitir este Aviso, el Tribunal no sugiere que los Demandantes ganarán o perderán este caso. Los Demandantes deben demostrar sus demandas en un juicio y CoreCivic debe demostrar su contrademanda en el juicio.

**7. ¿TENGO QUE PRESENTARME EN EL JUICIO?**

Respuesta:

No es necesario que asistas al juicio. El Abogado del grupo presentará el caso para los Demandantes, y el abogado de CoreCivic presentará las defensas de CoreCivic. Tú o tu propio abogado son bienvenidos a venir por su cuenta.

**8. ¿HAY DINERO DISPONIBLE AHORA?**

Respuesta:

No. No hay garantía de que se pagará dinero o beneficios. Si se paga dinero o beneficios, se te notificarán los siguientes pasos a menos que te excluyas del grupo.

**9. ¿SOY PARTE DEL GRUPO?**

Respuesta:

Estás incluido en esta demanda SI te detuvieron bajo la custodia de ICE y te encuentras dentro de una de estas 3 categorías:

> (1) Te detuvieron en cualquier instalación de CoreCivic en los Estados Unidos en cualquier momento entre el 23 de diciembre de 2008 y el presente, Y te obligaron o forzaron a limpiar áreas de la instalación fuera de tu área personal bajo amenaza de castigo. Se te incluye incluso si se te pagó por este trabajo.
> (2) Te detuvieron en una de estas instalaciones de CoreCivic en California:
>> 1. Centro de Detención de Otay Mesa en Otay Mesa, California
>> 2. Centro de Correcciones de San Diego en Otay Mesa, California
>> 3. Centro penitenciario de California City en California City, California
>
> En cualquier momento entre el 1 de enero de 2006 y el presente, Y te obligaron o forzaron a limpiar áreas de las instalaciones fuera de tu área personal bajo amenaza de castigo. Se te incluye incluso si se te pagó por este trabajo.
> (3) Te detuvieron en cualquier instalación de CoreCivic en California mencionada anteriormente en cualquier momento entre el 31 de mayo de 2013 y el presente, Y participaste en el Programa de trabajo voluntario.

**10. ¿QUIÉN NO ESTÁ INCLUIDO EN LA DEMANDA?**

Respuesta:

Si NO te detuvieron en una instalación de CoreCivic en los Estados Unidos durante los períodos indicados en la Respuesta a la *pregunta 9* anterior, NO se te incluye en esta demanda.

Si NO limpiaste las áreas de la instalación fuera de tu área personal bajo amenaza de castigo, NO eres miembro del Grupo Nacional de Trabajo Forzado o del Grupo de Trabajo Forzado de California.

Si NO participaste en el Programa de Trabajo Voluntario en California, NO eres miembro del Grupo de Derecho Laboral de California.

Si no eres miembro de NINGÚN grupo, NO estás incluido en esta demanda.

**11. ¿TENGO UN ABOGADO EN ESTE CASO?**

Respuesta:

Sí. El Tribunal ha aprobado a Sylvester Owino y Jonathan Gomez para que actúen como Representantes del grupo. El Tribunal también decidió que los bufetes de los abogados Foley & Lardner LLP, y las Oficinas de Robert L. Teel, están calificadas para representar a todos los Miembros del grupo. Juntos, los bufetes de abogados se denominan "Abogado del grupo". Tienen experiencia en el manejo de casos similares. Tú no serás responsable de pagar los costos ni honorarios del Abogado del grupo.
Encontrarás más información sobre estos bufetes de abogados, sus prácticas y la experiencia de sus abogados en https://www.foley.com y https://universaljustice.org.

**12. ¿DEBERÍA CONTRATAR A MI PROPIO ABOGADO?**

Respuesta:

No necesitas contratar a tu propio abogado porque el Abogado del grupo está trabajando en tu nombre. Pero, si deseas contratar a tu propio abogado, puedes hacerlo, pero tendrás que pagar a ese abogado tú mismo. Por ejemplo, puedes pedirle que comparezca en el Tribunal si deseas que alguien que no sea el Abogado del grupo hable por ti.

**13. ¿CÓMO PARTICIPO EN LA DEMANDA COMO MIEMBRO DEL GRUPO?**

Respuesta:

Si deseas ser un Miembro del grupo en esta demanda colectiva, no necesitas hacer nada. No hacer nada significa que formarás parte automáticamente del grupo. Los Representantes del grupo y el Abogado del grupo representarán tus intereses en la demanda. Si se toma alguna decisión o se te paga dinero o beneficios, se te notificará lo que debes hacer a continuación.

**14. ¿QUÉ SUCEDE SI SOY MIEMBRO DEL GRUPO EN LA DEMANDA?**

Respuesta:

Como Miembro del grupo en esta demanda colectiva, tendrás que seguir y cumplir cualquier decisión judicial en el caso, ya sea favorable o desfavorable. Estarás obligado por cualquier acuerdo o sentencia presentada en esta demanda, incluida cualquier indemnización por daños y perjuicios. Cualquier indemnización por daños y perjuicios puede reducirse para pagar los costos y honorarios del Abogado del grupo, y si eres miembro del grupo de Ley de Trabajo de California,

cualquier compensación si CoreCivic prevalece en su contrademanda. Independientemente del resultado del caso, no tendrás que pagar dinero a CoreCivic si eliges ser un Miembro del grupo en este caso.

Si decides permanecer como Miembro del grupo, también perderás todo derecho a presentar quejas similares durante este período de tiempo en tu propio nombre, y no podrás presentar otra demanda sobre quejas similares.

**15. ¿PUEDO EXCLUIRME DE LA DEMANDA?**
Respuesta:
Sí. Si no deseas ser incluido en esta demanda, puedes solicitar ser excluido. Si te excluyes, no formarás parte de ningún acuerdo o sentencia en la demanda. Conservarás tu derecho a presentar reclamaciones similares durante este periodo de tiempo en tu propio nombre.

**16. ¿CÓMO LE PIDO AL TRIBUNAL QUE ME EXCLUYA DEL GRUPO?**
Respuesta:
Para excluirte, debes enviar un Formulario de solicitud de exclusión. Tu formulario de solicitud de exclusión debe estar franqueado antes de [**90 days from the date of notice**] y está disponible **here**. También puedes preparar tu propia solicitud de exclusión, pero tu solicitud debe ser por escrito.
Tu Formulario de solicitud de exclusión debe enviarse al Administrador de avisos por:
(1) Correo:
        **CoreCivic Litigation**
        PO Box 0000
        City, ST 00000
(2) Email:    info@<<urlname>>.com
(3) Fax:      000-000-0000
Las solicitudes de exclusión deben estar franqueadas antes del **Month 00, 2020.**

**17. ¿QUÉ SUCEDE SI ME EXCLUYO DE LA DEMANDA COLECTIVA?**
Si te excluyes de la demanda, no estarás sujeto por ninguna decisión, sentencia o acuerdo en el caso y no recibirás ningún salario adeudado o daños en esta demanda si los Demandantes prueban sus reclamaciones. También conservas tus derechos para demandar a CoreCivic por tu cuenta.

**18. ¿CÓMO PUEDO OBTENER MÁS INFORMACIÓN?**
Puedes hablar con uno de los abogados llamando al [telephone].
También puedes escribir a: Owino v. CoreCivic, Inc. Class Action, PO Box 0000, City, ST 00000.
También puedes ponerte en contacto con el Administrador de avisos en:
www.CoreCivicLawsuit.com y info@<<urlname>>.com y 1-(833)-537-1187].
También puedes solicitar el asesoramiento de tu propio abogado si lo deseas. NO PIDAS INFORMACIÓN AL TRIBUNAL.