# Exhibit 2

---
*IVR*

---

**Owino v. CoreCivic Inc. IVR Script Draft V1**

Welcome to the Owino v. CoreCivic Voice Information System. This system provides information about the proposed class action lawsuit. This Action alleges that CoreCivic violated the Federal Trafficking Victims Protection Act ("TVPA") by coercing and forcing detainees to clean the facilities above and beyond personal housekeeping tasks listed in ICE's Performance Based National Detention Standards under threat of punishment.

**Main Menu (Voiced)**
For 'What is this Lawsuit about?' Press '1'

For 'Am I a part of the Class?' Press '2'

For 'Who is not included in the Lawsuit? Press '3'

For 'What are the Plaintiffs asking for and is there any money available now?" Press '4'

For 'What does Defendant say about this Lawsuit?' Press '5'

For 'What do I need to do to Participate and What happens if I am a class member?' Press '6'

For 'Do I have a lawyer in this case?' Press '7'

For 'Can I opt out or Exclude myself from the Lawsuit?' 'Press '8'

For 'Where can I get additional information?' Press '9'

*Please stay on the line to hear the First Menu Options or Press '#' to repeat these options*

**What is this Lawsuit about? (*Voiced*)**
This lawsuit alleges that CoreCivic violated the Federal Trafficking Victims Protection Act by coercing and forcing detainees to clean the facilities above and beyond personal housekeeping tasks listed in ICE's Performance Based National Detention Standards under threat of punishment. Areas that detainees were coerced and forced to clean include common living and recreational areas, bathrooms, showers, the cafeteria, offices, and the kitchen, regardless of whether detainees were paid for their work.
 For detainees in California, the lawsuit alleges that CoreCivic violated the California Trafficking Victims Protection Act, in addition to the TVPA.
 For participants in the Voluntary Work Program in California, the lawsuit also alleges that CoreCivic violated California law by not paying detainees the minimum wage required under California law, by not providing wage statements, by not paying wages upon termination, and by imposing unlawful conditions of employment.

*You may stay on the line to continue to the next option, press '#' to hear this option again or press '*' to return to the main menu*

**Am I a part of the Class? (Voiced)**
You are included in this lawsuit if you were a detainee in the custody of ICE and fall into one of these 3 categories:

**One:** You were detained at any CoreCivic facility in the United States any time between December 23, 2008 and the present, AND you were forced or coerced to clean areas of the facility outside of your personal living area under threat of punishment. You are included even if you got paid for this work.
**Two:** You were detained at the one of these CoreCivic facilities in California:
- Otay Mesa Detention Center in Otay Mesa, California
- San Diego Correctional Facility in Otay Mesa, California
- California City Correctional Facility in California City, California

Any time between January 1, 2006 and the present, AND you were forced or coerced to clean areas of the facility outside of your personal living area under threat of punishment. You are included even if you got paid for this work.
**Three:** You were detained at any CoreCivic facility in California listed in the Notice any time between May 31, 2013 and the present, AND you participated in the Voluntary Work Program.

*You may stay on the line to continue to the next option, press '#' to hear this option again or press '*' to return to the main menu*
**Who is not included in the Lawsuit?**
If you were NOT detained at a CoreCivic facility in the United States anytime between December 23, 2008 and present you are not included in the Lawsuit.
If you did NOT clean areas of the facility outside of your personal living area under threat of punishment, you are NOT a member of the National Forced Labor Class or California Forced Labor Class.
If you were NOT a participant in the Voluntary Work Program in California, you are NOT a member of the California Labor Law Class.
If you are not a member of ANY class, you are NOT included in this lawsuit.

*You may stay on the line to continue to the next option, press '#' to hear this option again or press '*' to return to the main menu*

**What are the Plaintiffs asking for and is there any money available now? (Voiced)**
The Plaintiffs are asking for money damages and restitution allowed under California and Federal law, as well as attorney's fees and costs incurred in connection with the lawsuit.
There is no guarantee that money or benefits ever will be awarded. If any money or benefits are awarded, you will be notified about next steps unless you exclude yourself from the class.

*You may stay on the line to continue to the next option, press '#' to hear this option again or press '*' to return to the main menu*
**What does the Defendant say about this Lawsuit? (Voiced)**
CoreCivic denies that it did anything wrong, and contends that it did not coerce or force detainees to clean areas of the facility outside of their personal living area under threat of punishment and did not violate Federal or California law.
CoreCivic also denies that it violated California law with respect to participants in the Voluntary Work Program in its California facilities and seeks an offset of any owed wages or damages by the amount it cost to house detainees and operate the Voluntary Work Program.
You can read Defendant's operative Answer and Affirmative Defenses to Plaintiffs' Complaint in the "Court Documents" section of the Website (Website).

*You may stay on the line to continue to the next option, press '#' to hear this option again or press '*' to return to the main menu*
**What do I need to do to Participate and What happens if I am a class member? (Voiced)**
If you would like to be a Class Member in this class action lawsuit, you do not need to do anything.

Doing nothing means you will automatically be part of the Class. The Class Representatives and Class Counsel will represent your interests in the lawsuit. If any decisions are made or money or benefits awarded, you will be notified on what you need to do next.

As a Class Member in this class action, you will have to follow and comply with any court decision in the case, whether favorable or unfavorable. You will be bound by any settlement or judgment entered in this lawsuit, including any damages award. Any damages award may be reduced to pay the costs and fees of Class Counsel, and if you are a member of the California Labor Law class, any offset if CoreCivic prevails on its counterclaim. Regardless of the outcome of the case, you will not have to pay money to CoreCivic by electing to be a Class Member in this case.

If you elect to remain as a Class Member, you will also lose any right to pursue similar claims for this time period on your own behalf, and you will not be able to file another lawsuit raising similar claims

*You may stay on the line to continue to the next option, press '#' to hear this option again or press '*' to return to the main menu*

**Do I have a lawyer in this case? (Voiced)**

Yes. The Court has approved Sylvester Owino and Jonathan Gomez to serve as the Class Representatives. The Court also decided that the law firms Foley & Lardner LLP, and the Law Office of Robert L. Teel, are qualified to represent all Class Members. Together the law firms are called "Class Counsel." They are experienced in handling similar cases. You will not be responsible to pay for costs or fees for Class Counsel.

More information about these law firms, their practices, and their lawyers' experience is available at https://www.foley.com and https://universaljustice.org.

*You may stay on the line to continue to the next option, press '#' to hear this option again or press '*' to return to the main menu*

**Can I opt out or Exclude myself from this Lawsuit? (Voiced)**

Yes. If you do not want to be included in this lawsuit, you can ask to be excluded. If you exclude yourself, you will not be part of any settlement or judgment in the lawsuit. You will retain your right to pursue similar claims for this time period on your own behalf.

To exclude yourself, you must submit an Exclusion Request Form. Your Exclusion Request Form must be postmarked no later than (Exclusion Deadline) and is available at (Website). You can also prepare your own exclusion request, but your request must be in writing.

Your Exclusion Request Form must be sent to the Notice Administrator by:
- Mail: (PO Box)
- Email: (Email)
- Fax: (Fax Number)

Exclusion requests must be postmarked no later than (Exclusion Deadline).

If you exclude yourself from the lawsuit, you will not be bound by any decision, judgment or settlement in the case and will not receive any owed wages or damages in this lawsuit if Plaintiffs prove their claims. You also keep your rights to sue CoreCivic on your own

*You may stay on the line to continue to the next option, press '#' to hear this option again or press '*' to return to the main menu*

**Where can I get additional information? (Voiced)**

You may speak to one of the lawyers by calling (Counsel Telephone Number). You can also write to: Owino v. CoreCivic, Inc. Class Action, (PO Box). You may also contact the Notice Administrator at: (www.CoreCivicLawsuit.com, Email).

You may also seek the advice of your own attorney if you desire.  DO NOT CONTACT THE COURT FOR INFORMATION.

***You may stay on the line to continue to the next option, press '#' to hear this option again or press '*' to return to the main menu***