# Exhibit 3

*IVR*

Bienvenido al Sistema de información de voz Owino v. CoreCivic.  Este sistema proporciona información sobre la demanda colectiva propuesta.  Esta Acción declara que CoreCivic violó la Ley Federal de Protección de las Víctimas de Tráfico ("TVPA") al obligar y forzar a los detenidos a limpiar las instalaciones más allá de las tareas de limpieza personales enumeradas en las Normas de Detención Nacional Basadas en el Rendimiento del ICE bajo amenaza de castigo.

**Menú principal (con voz)**
Para "¿En qué consiste esta demanda?" Pulsa el '1'

Para "¿Soy parte del grupo?" Pulsa el '2'

Para "¿Quién no está incluido en la demanda? Pulsa el '3'

Para "¿Qué piden los demandantes y hay dinero disponible ahora?" Pulsa el '4'

Para "¿Qué dice el Demandado sobre esta demanda?" Pulsa el '5'

Para "¿Qué tengo que hacer para participar y qué sucede si soy un miembro del grupo?" Pulsa el '6'

Para "¿Tengo un abogado en este caso?" Pulsa el '7'

Para "¿Puedo excluirme de la demanda?" Pulsa el '8'

Para "¿Dónde puedo obtener información adicional?" Pulsa el '9'

*Permanece en la línea para escuchar las opciones del primer menú o pulsa "#" para repetir estas opciones*

**¿De qué trata esta demanda? (*Con voz*)**
Esta demanda declara que CoreCivic violó la Ley Federal de Protección de las Víctimas de Tráfico al obligar y forzar a los detenidos a limpiar las instalaciones más allá de las tareas de limpieza personales enumeradas en las Normas de Detención Nacional Basadas en el Rendimiento del ICE bajo amenaza de castigo. Las áreas que los detenidos fueron obligados y forzados a limpiar incluyen áreas comunes y recreativas, baños, duchas, la cafetería, oficinas y la cocina, independientemente si se les pagó a los detenidos por su trabajo.
Para los detenidos en California, la demanda declara que CoreCivic violó la Ley de Protección de Víctimas de Tráfico de California, además de la TVPA.
Para los participantes en el Programa de Trabajo Voluntario en California, la demanda también declara que CoreCivic violó la ley de California al no pagar a los detenidos el salario mínimo requerido según la ley de California, al no proporcionar declaraciones salariales, al no pagar los salarios tras el despido y al imponer condiciones de empleo ilegales.

*Puedes permanecer en la línea para pasar a la siguiente opción, pulsa "#" para volver a escuchar esta opción o pulsa '*' para volver al menú principal*

**¿Soy parte del grupo? (Con voz)**
Estás incluido en esta demanda si te detuvieron bajo la custodia de ICE y te encuentras dentro de una de estas 3 categorías:
**Uno:** Te detuvieron en cualquier instalación de CoreCivic en los Estados Unidos en cualquier momento

entre el 23 de diciembre de 2008 y el presente, Y te obligaron o forzaron a limpiar áreas de la instalación fuera de tu área personal bajo amenaza de castigo. Se te incluye incluso si se te pagó por este trabajo.
**Dos:** Te detuvieron en una de estas instalaciones de CoreCivic en California:
- Centro de Detención de Otay Mesa en Otay Mesa, California
- Centro de Correcciones de San Diego en Otay Mesa, California
- Centro penitenciario de California City en California City, California

En cualquier momento entre el 1 de enero de 2006 y el presente, Y te obligaron o forzaron a limpiar áreas de las instalaciones fuera de tu área personal bajo amenaza de castigo. Se te incluye incluso si se te pagó por este trabajo.
**Tres:** Te detuvieron en cualquier instalación de CoreCivic en California enumerada en el Aviso en cualquier momento entre el 31 de mayo de 2013 y el presente, Y participaste en el Programa de trabajo voluntario.

*Puedes permanecer en la línea para pasar a la siguiente opción, pulsa "#" para volver a escuchar esta opción o pulsa '*' para volver al menú principal*

**¿Quién no está incluido en la demanda?**
Si NO te detuvieron en una instalación de CoreCivic en los Estados Unidos en algún momento entre el 23 de diciembre de 2008 y el presente, no se te incluye en la demanda.
Si NO limpiaste las áreas de la instalación fuera de tu área personal bajo amenaza de castigo, NO eres miembro del Grupo Nacional de Trabajo Forzado o del Grupo de Trabajo Forzado de California.
Si NO participaste en el Programa de Trabajo Voluntario en California, NO eres miembro del Grupo de Derecho Laboral de California.
Si no eres miembro de NINGÚN grupo, NO estás incluido en esta demanda.

*Puedes permanecer en la línea para pasar a la siguiente opción, pulsa "#" para volver a escuchar esta opción o pulsa '*' para volver al menú principal*

**¿Qué piden los Demandantes y hay dinero disponible ahora? (Con voz)**
Los Demandantes están solicitando daños monetarios y la restitución permitida según la ley federal y de California, así como los honorarios y costos de abogados incurridos en la demanda.
No hay garantía de que se te conceda dinero o beneficios. Si se paga dinero o beneficios, se te notificarán los siguientes pasos a menos que te excluyas del grupo.

*Puedes permanecer en la línea para pasar a la siguiente opción, pulsa "#" para volver a escuchar esta opción o pulsa '*' para volver al menú principal*
**¿Qué dice el Demandado sobre esta demanda? (Con voz)**
CoreCivic niega que hizo algo mal y afirma que no obligó ni forzó a los detenidos a limpiar las áreas de la instalación fuera de su área personal bajo amenaza de castigo y no violó la ley federal o de California.
CoreCivic también niega que violó la ley de California con respecto a los participantes en el Programa de trabajo voluntario en sus instalaciones de California y busca una compensación de cualquier salario adeudado o daños por la cantidad que costó para alojar a los detenidos y operar el Programa de trabajo voluntario.
Puedes leer la Respuesta operativa del Demandado y las Defensas afirmativas a la Queja de los Demandantes en la sección "Documentos de la Corte" del Sitio web (Sitio web).

*Puedes permanecer en la línea para pasar a la siguiente opción, pulsa "#" para volver a escuchar esta opción o pulsa '*' para volver al menú principal*
**¿Qué tengo que hacer para participar y qué sucede si soy un miembro del grupo? (Con voz)**
Si deseas ser un Miembro del grupo en esta demanda colectiva, no necesitas hacer nada. No hacer nada significa que formarás parte automáticamente del grupo. Los Representantes del grupo y el Abogado

del grupo representarán tus intereses en la demanda. Si se toma alguna decisión o se te paga dinero o beneficios, se te notificará lo que debes hacer a continuación.

Como Miembro del grupo en esta demanda colectiva, tendrás que seguir y cumplir cualquier decisión judicial en el caso, ya sea favorable o desfavorable. Estarás obligado por cualquier acuerdo o sentencia presentada en esta demanda, incluida cualquier indemnización por daños y perjuicios. Cualquier indemnización por daños y perjuicios puede reducirse para pagar los costos y honorarios del Abogado del grupo, y si eres miembro del grupo de Ley de Trabajo de California, cualquier compensación si CoreCivic prevalece en su contrademanda. Independientemente del resultado del caso, no tendrás que pagar dinero a CoreCivic si eliges ser un Miembro del grupo en este caso.

Si decides permanecer como Miembro del grupo, también perderás cualquier derecho a presentar reclamaciones similares durante este período en tu propio nombre, y no podrás presentar otra demanda que presente reclamaciones similares

***Puedes permanecer en la línea para pasar a la siguiente opción, pulsa "#" para volver a escuchar esta opción o pulsa '\*' para volver al menú principal***

**¿Tengo un abogado en este caso? (Con voz)**

Sí. El Tribunal ha aprobado a Sylvester Owino y Jonathan Gomez para que actúen como Representantes del grupo. El Tribunal también decidió que los bufetes de los abogados Foley & Lardner LLP, y las Oficinas de Robert L. Teel, están calificadas para representar a todos los Miembros del grupo. Juntos, los bufetes de abogados se denominan "Abogado del grupo". Tienen experiencia en el manejo de casos similares. Tú no serás responsable de pagar los costos ni honorarios del Abogado del grupo.

Encontrarás más información sobre estos bufetes de abogados, sus prácticas y la experiencia de sus abogados en https://www.foley.com y https://universaljustice.org.

***Puedes permanecer en la línea para pasar a la siguiente opción, pulsa "#" para volver a escuchar esta opción o pulsa '\*' para volver al menú principal***

**¿Puedo excluirme de esta demanda? (Con voz)**

Sí. Si no deseas ser incluido en esta demanda, puedes solicitar ser excluido. Si te excluyes, no formarás parte de ningún acuerdo o sentencia en la demanda. Conservarás tu derecho a presentar reclamaciones similares durante este periodo de tiempo en tu propio nombre.

Para excluirte, debes enviar un Formulario de solicitud de exclusión. Tu formulario de solicitud de exclusión debe estar franqueado antes del (Exclusion Deadline) y está disponible en (<<Link to Exclusion Form>>). También puedes preparar tu propia solicitud de exclusión, pero tu solicitud debe ser por escrito. Tu Formulario de solicitud de exclusión debe enviarse al Administrador de avisos por:

- Mail: (PO Box)
- Email: info@<<urlname>>.com
- Fax: (Fax Number)

Las solicitudes de exclusión deben estar franqueadas a más tardar el (Exclusion Deadline).

Si te excluyes de la demanda, no estarás sujeto por ninguna decisión, sentencia o acuerdo en el caso y no recibirás ningún salario adeudado o daños en esta demanda si los Demandantes prueban sus reclamaciones. También conservas tus derechos para demandar a CoreCivic por tu cuenta

***Puedes permanecer en la línea para pasar a la siguiente opción, pulsa "#" para volver a escuchar esta opción o pulsa '\*' para volver al menú principal***

**¿Dónde puedo obtener información adicional? (Con voz)**

Puedes hablar con uno de los abogados llamando al (Counsel Telephone Number). También puedes escribir a: Owino v. CoreCivic, Inc. Class Action, (PO Box). También puedes ponerte en contacto con

el Administrador de avisos en: (www.CoreCivicLawsuit.com, <mark>info@<<urlname>>.com</mark>).
　　　　También puedes solicitar el asesoramiento de tu propio abogado si lo deseas.  NO PIDAS INFORMACIÓN AL TRIBUNAL.

***Puedes permanecer en la línea para pasar a la siguiente opción, pulsa "#" para volver a escuchar esta opción o pulsa '*' para volver al menú principal***