# Exhibit 4

*PRESS RELEASE*

**IF YOU WERE DETAINED AT A CORECIVIC FACILITY IN THE UNITED STATES PLEASE READ THIS SUMMARY NOTICE CAREFULLY – YOUR RIGHTS MAY BE AFFECTED.**

City, State Date /PRNewswire/ -- -- The following statement is being issued by Class Counsel regarding a class action lawsuit against CoreCivic, Inc.

**What Is This Notice About?**
A class action lawsuit is currently pending concerning detainees that were detained in the custody of the U.S. Immigration and Customs Enforcement ("ICE") at a facility owned or operated by CoreCivic, Inc. ("CoreCivic").  If you are a Class Member, you have legal rights and options that you may exercise in this case, which are described below.  The United States District Court for the Southern District of California is overseeing this class action. The lawsuit is known as *Owino, et. al. v. CoreCivic, Inc.*, No. 3:17-cv-01112-JLS-NLS (S.D. Cal.).

This is only a summary. You can get more information about the class action lawsuit on the website at www.CoreCivicLawsuit.com or by calling 1-(833)-537-1187.

**What is The Lawsuit About?**
The lawsuit alleges that CoreCivic violated the Federal Trafficking Victims Protection Act ("TVPA") by coercing and forcing detainees to clean the facilities above and beyond personal housekeeping tasks listed in ICE's Performance Based National Detention Standards under threat of punishment. Areas that detainees were coerced and forced to clean include common living and recreational areas, bathrooms, showers, the cafeteria, offices, and the kitchen, regardless of whether detainees were paid for their work. For detainees in California, the lawsuit alleges that CoreCivic violated the California Trafficking Victims Protection Act ("CATVPA"), in addition to the TVPA.

For participants in the Voluntary Work Program in California, the lawsuit also alleges that CoreCivic violated California law by not paying detainees the minimum wage required under California law, by not providing wage statements, by not paying wages upon termination, and by imposing unlawful conditions of employment.
The Plaintiffs in the lawsuit are called "Class Representatives."  They are asking for money damages and restitution allowed under California and Federal law for themselves and the Class Members, as well as attorney's fees and costs incurred in connection with the lawsuit.  CoreCivic denies that it did anything wrong, and for the Voluntary Work Program claim, seeks an offset of any owed wages or damages by the amount it cost to house detainees and operate the program. The Court has not decided who is right.

**Who Is A Class Member?**
You are included in this lawsuit IF you were a detainee in the custody of ICE and fall into one of these 3 categories:

(1) You were detained at any CoreCivic facility in the United States any time between December 23, 2008 and the present, AND you were forced or coerced to clean areas of the facility outside of your personal living area under threat of punishment. You are included even if you got paid for this work.

(2) You were detained at the one of these CoreCivic facilities in California:
       1. Otay Mesa Detention Center in Otay Mesa, California
       2. San Diego Correctional Facility in Otay Mesa, California

      3. California City Correctional Facility in California City, California

Any time between January 1, 2006 and the present, AND you were forced or coerced to clean areas of the facility outside of your personal living area under threat of punishment. You are included even if you got paid for this work.

(3) You were detained at any CoreCivic facility in California listed above any time between May 31, 2013 and the present, AND you participated in the Voluntary Work Program.

**What Happens If I Am A Class Member?**
If you would like to be a Class Member in this class action lawsuit, you do not need to do anything. Doing nothing means you will automatically be part of the Class. The Class Representatives and Class Counsel will represent your interests in the lawsuit. If any decisions are made or money or benefits awarded, you will be notified on what you need to do next.
As a Class Member in this class action, you will have to follow and comply with any court decision in the case, whether favorable or unfavorable. You will be bound by any settlement or judgment entered in this lawsuit. You will also lose any right to pursue similar claims for this time period on your own behalf, and you will not be able to file another lawsuit raising similar claims.

**Can I Exclude Myself From The Class?**
If you do not want to be included in the lawsuit, you can ask to be excluded. If you exclude yourself, you will not be part of any settlement or judgment in the lawsuit. You will retain your right to pursue similar claims for this time period on your own behalf.  To exclude yourself, you must submit an Exclusion Request Form no later than [90 days from the date of postmark] to the Notice Administrator.  The Exclusion Request Form and directions for how to exclude yourself are available at www.CoreCivicLawsuit.com.  You can also exclude yourself by writing to **CoreCivic Litigation**, PO Box 0000, City, ST 00000.

# # #

Source: Class Counsel: Eileen R. Ridley and Alan R. Ouellette, Foley & Lardner LLP; Robert L. Teel, Law Office of Robert L. Teel.
Media Contact(s): _____, Foley & Lardner LLP, _____@foley.com.