# EXHIBIT 1

**Declaration of Yvette Tepper**

STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, AZ Bar #012377
*(admitted pro hac vice)*
Rachel Love, AZ Bar #019881
*(admitted pro hac vice)*
Nicholas D. Acedo, AZ Bar #021644
*(admitted pro hac vice)*
Ashlee B. Hesman, AZ Bar #028874
*(admitted pro hac vice)*
Jacob B. Lee, AZ Bar #030371
*(admitted pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com

LAW OFFICE OF ETHAN H. NELSON
Ethan H. Nelson, CA Bar #262448
4 Park Plaza, Suite 1025
Irvine, California 92614
Tel.: (949) 229-0961
Fax: (949) 861-7122
ethannelsonesq@gmail.com

Attorneys for Defendant/Counter-Claimant
CoreCivic, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., a Maryland corporation,<br><br>Defendant. | NO. 3:17-cv-01112-JLS-NLS<br><br>**DECLARATION OF YVETTE TEPPER**<br><br>Judge: Honorable Janis L. Sammartino<br>Magistrate Judge: Honorable Nita L. Stormes |

| | |
|---|---|
| 1 | CoreCivic, Inc., a Maryland corporation, |
| 2 | |
| 3 | Counter-Claimant, |
| 4 | v. |
| 5 | Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated, |
| 6 | |
| 7 | Counter-Defendants. |

I, YVETTE TEPPER, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am a paralegal at the law firm Struck Love Bojanowski & Acedo, PLC, which represents CoreCivic, Inc. in this matter.

3. I am an active member of the Arizona Paralegal Association, the National Association of Legal Assistants, and the International Legal Technology Association.

4. I have been speaking Spanish for more than 50 years. My parents' primary language is Spanish, and it was my household's primary language during my childhood. Spanish is currently my secondary language.

5. I have reviewed Plaintiffs' purported Spanish translations of their television, radio, on-line, and social-media advertisements (Dkt. 204-7). Throughout those proposed advertisements, they have translated the English phrase "Were you detained by ICE at a CoreCivic Inc. facility in the United States?" to be, in Spanish, "¿El ICE te detuvo en una instalación de CoreCivic Inc. en los Estados Unidos?" That is an incorrect translation. The words "El ICE te detuvo" means "Did ICE stop you," not "Were you detained." A correct translation is: "¿Fue detenido por ICE en una instalación de CoreCivic Inc. en los Estado Unidos."

6. I have also reviewed several of Plaintiffs' recent proposed translations with respect to their website "FAQS" (Dkt. 204-1), Revised Interactive Voice

Response (Dkt. 204-3), Revised Press Release (Dkt. 204-5), and Google Search Ad (Dkt. 204-7). Plaintiffs' translations of several words are incorrect and should be corrected as follows:

| Location | English Phrase | Incorrect Spanish Translation | Proper Spanish Translation |
|---|---|---|---|
| Website FAQ #9 (Dkt. 204-1 at 3) | "IF you were a detainee" | SI te detuvieron | SI fuiste un detenido |
| Website FAQ #9 (Dkt. 204-1 at 3) | "You were detained" | Te detuvieron | Fuiste detenido |
| Website FAQ #10 (Dkt. 204-1 at 4) | "If you were NOT detained" | Si NO te detuvieron | Si NO fuiste detenido |
| Revised Interactive Voice Response (Dkt. 204-3 at 2–3) | "You were detained" | Te detuvieron | Fuiste detenido |
| Revised Interactive Voice Response (Dkt. 204-3 at 3) | "If you were NOT detained" | Si NO te detuvieron | Si NO fuiste detenido |
| Revised Press Release (Dkt. 204-5 at 2) | "If you were detained" | Si te detuvieron | Si fuiste detenido |
| Revised Press Release (Dkt. 204-5 at 2–3) | "You were detained" | Te detuvieron | Fuiste detenido |

///

///

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 25th day of November, 2020 at Chandler, Arizona.

*Yvette Tepper*
Yvette Tepper