EILEEN R. RIDLEY (SBN 151735)
eridley@foley.com
ALAN R. OUELLETTE (SBN 272745)
aouellette@foley.com
**FOLEY & LARDNER LLP**
555 California Street, Suite 1700
San Francisco, CA 94104-1520
T: 415.434.4484 // F: 415.434.4507

GEOFFREY M. RAUX (*pro hac vice*)
graux@foley.com
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, MA 02199-7610
T: 617.342.4000 // F: 617.342.4001

ROBERT L. TEEL  (SBN 127081)
lawoffice@rlteel.com
**LAW OFFICE OF ROBERT L. TEEL**
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
T: 866.833.5529 // F: 855.609.6911

Attorneys for Plaintiffs SYLVESTER OWINO,
JONATHAN GOMEZ, and the Proposed Class(es)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>     vs.<br><br>CORECIVIC, INC.,<br><br>              Defendant.<br><br>CORECIVIC, INC.,<br><br>              Counter-Claimant,<br><br>     vs.<br><br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>              Counter-Defendants. | Case No. 3:17-CV-01112-JLS-NLS<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT'S NOTICE OF NON-COMPLIANCE RE: CLASS NOTICE PLAN [ECF 208]**<br><br>Judge:  Hon. Janis L. Sammartino<br>Magistrate:  Hon. Nita L. Stormes |

Case No. 17-CV-01112-JLS-NLS

Plaintiffs Sylvester Owino and Jonathan Gomez ("Plaintiffs") hereby respond to the filing styled as a "Notice of Plaintiffs' Non-Compliance Re: Class Notice Plan" (ECF 208) (the "Notice") by Defendant CoreCivic, Inc. ("Defendant"). Plaintiffs' notice plan administrator will implement the modifications requested by Defendant. Plaintiffs will provide updated materials to counsel for Defendant by Wednesday, January 13, 2021.

With respect to paragraph 2 of the Notice, Plaintiffs disagree that the television advertisement has not been updated per the Court's prior order. As an initial matter, the Court held that "Plaintiffs may use the video/image of prison bars because there is no dispute that class members were detained in prison." [ECF 206 at 6:1-3.] The image to which Defendant objects is of a prison-type facility. Further, Defendant's characterization of an image as depicting "several individuals crammed into a transport vehicle or cell while handcuffed" is incorrect. The individuals depicted cannot reasonably be characterized as "crammed" and, in any event, Plaintiffs understood the Order as approving the use of prison-type imagery in the television advertisement. Nevertheless, Plaintiffs shall replace the two images to which Defendant objects with images previously approved by the Court.

Defendant did not notify or otherwise seek to meet and confer with Plaintiffs' counsel regarding its objections prior to filing its Notice. Given the minor modifications sought by the filing and Plaintiffs' willingness to promptly make the modifications, Plaintiffs respectfully submit to the Court and counsel for Defendant that counsel for Defendant should discuss any remaining issues with Plaintiffs' counsel before filing additional materials with the Court, which needlessly wastes the Court's time and resources and causes inefficiencies by necessitating an additional filing by Plaintiffs.

DATED: January 8, 2021

**FOLEY & LARDNER LLP**
Eileen R. Ridley
Geoffrey Raux
Alan R. Ouellette


*/s/* Eileen R. Ridley
Eileen R. Ridley
Attorneys for Plaintiffs SYLVESTER OWINO, JONATHAN GOMEZ, and the Proposed Class(es)


**LAW OFFICE OF ROBERT L. TEEL**
Robert L. Teel
  lawoffice@rlteel.com
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Telephone:  (866) 833-5529
Facsimile:  (855) 609-6911

Attorneys for Plaintiffs SYLVESTER OWINO, JONATHAN GOMEZ, and the Proposed Class(es)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 8, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

*/s/* Eileen R. Ridley
Eileen R. Ridley