UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO, JONATHAN GOMEZ, on behalf of themselves, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>Defendant.<br><br>AND RELATED CROSS ACTION | Case No.: 3:17-cv-1112-JLS-NLS<br><br>**ORDER REGARDING CLASS NOTICE PLAN** |

On December 18, 2020, the Court issued its final order on the Plaintiffs' class notice plan. ECF No. 206. The Court set a deadline of December 31, 2020 for Plaintiffs to comply with the rulings and a deadline of January 19, 2021 for Plaintiffs to begin execution of the class notice plan. *Id.*

On December 31, 2020, Plaintiffs filed a notice with the Court that they have complied with the order. ECF No. 207. In the notice, Plaintiffs also request that the Court modify the deadline for execution of the plan, to either 35 days after the Court rules on the pending motion for reconsideration of the class certification order (ECF No.

1

181) or alternatively, to February 9, 2021, which Plaintiffs claim is the earliest date it would be feasible to logistically launch the plan. ECF No. 207 at 2-3. On January 7, Defendant filed a response, not objecting to the request to delay the plan execution, but raising three issues where it believes Plaintiffs did not adhere to the Court's previous order in the class notice plan. ECF No. 208. Defendant also requested that the Court require Plaintiff to submit all future modifications to the Court and Defendant for review and approval. *Id.* at 3. The following day, on January 8, Plaintiffs responded, stating that while they do not agree with the issues raised, they would nevertheless make the changes requested by Defendant. ECF No. 209. Plaintiffs suggest that Defendant should meet and confer with them regarding any future issues to avoid unnecessary filings with the Court. *Id.* at 2.

As to the issue on timing, the Court will **GRANT** the request to enlarge to the time to execute the plan to **February 9, 2021**. In addition, with regards to any future modifications that need to be made to the class notice plan materials, the Court orders as follows. Plaintiffs need to notify Defendant of any future modifications. Defendants may then raise any issues directly to Plaintiffs and counsel shall meet and confer regarding any issues. If there are issues that cannot be resolved between the parties, the parties may raise them to the Court, but must follow the Court's procedures regarding discovery disputes as outlined in Judges Stormes' Civil Case Procedures, Section VI. In particular, the parties must follow the meet and confer requirements and joint motion procedure before the issue can be brought in front of the Court.

**IT IS SO ORDERED.**

Dated: January 13, 2021

*[signature]*

Hon. Nita L. Stormes
United States Magistrate Judge