UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO, JONATHAN GOMEZ, on behalf of themselves, and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CORECIVIC, INC., a Maryland corporation, <br><br> Defendant. <br><br> AND RELATED CROSS ACTION | Case No.: 3:17-cv-1112-JLS-NLS <br><br> **ORDER GRANTING JOINT MOTION TO MODIFY CLASS NOTICE PLAN DEADLINE** <br><br> **[ECF No. 213]** |

    Before the Court is the parties' joint motion to modify the class notice plan deadline. ECF No. 213. The Court previously set a deadline of February 9, 2021 for execution of the plan. *See* ECF No. 211. In the motion, the parties state that Defendant has filed a Petition for Permission to Appeal pursuant to Rule 23(f) in front of the Ninth Circuit, seeking review of the Court's Order denying reconsideration of its class certification order. *See* ECF No. 212. In light of this pending petition, the parties argue that requiring them to execute on the class notice plan may result in wasted resources and confusion if the Ninth Circuit does indeed grant the petition and modify the classes. ECF

No. 213 at 3.  The parties request that the Court delay the deadline to execute the class notice plan to be 30 days after the pending Rule 23(f) Petition for Permission to Appeal is resolved.  *Id.*

Good cause appearing, the Court **GRANTS** the motion.  The parties are **ORDERED** to notify the Court **within 3 days** of a decision on the pending Rule 23(f) Petition for Permission to Appeal.

**IT IS SO ORDERED.**

Dated:  February 9, 2021

Hon. Nita L. Stormes
United States Magistrate Judge