UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 10 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SYLVESTER OWINO; JONATHAN GOMEZ, on behalf of themselves, and all others similarly situated,<br><br>        Plaintiffs-Respondents,<br><br> v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>        Defendant-Petitioner. | No.   21-80003<br><br>D.C. No.<br>3:17-cv-01112-JLS-NLS<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before:  M. SMITH and BUMATAY, Circuit Judges.

Petitioner's motion for leave to file a reply (Docket Entry No. 5) is granted.

The court, in its discretion, grants the petition for permission to appeal the district court's April 1, 2020 order granting class action certification and January 13, 2021 order denying reconsideration.  *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).  Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

SC/MOATT