UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 17-CV-1112 JLS (NLS)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 220) |
| CORECIVIC, INC.,<br><br>　　　　　　　　　　　　Counter-Claimant,<br><br>v.<br><br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　　Counter-Defendants. | |

　　　Presently before the Court is Defendant and Counter-Claimant CoreCivic, Inc.'s Motion to Stay Proceedings Pending Appeal (ECF No. 220). The Court **VACATES** the

/ / /

1 | hearing set for June 10, 2021 and takes the matter under submission without oral argument
2 | pursuant to Local Rule 7.1(d)(1).
3 | **IT IS SO ORDERED.**
4 | Dated: June 3, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge