UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO, JONATHAN GOMEZ, on behalf of themselves, and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>Defendant.<br><br>AND RELATED CROSS ACTION | Case No.: 3:17-cv-1112-JLS-NLS<br><br>**ORDER GRANTING DEFENDANT'S SECOND MOTION TO EXTEND ESI DEADLINES**<br><br>**[ECF No. 228]** |

    Before the Court is Defendant's motion to extend the current ESI deadlines. ECF No. 226. On July 30, 2021, the Court set certain deadlines relating to production of ESI at Defendant's California facilities. ECF No. 225. On August 23, 2021, the Court granted Defendant's first motion to extend these deadlines by 30 days. ECF No. 227. Defendant now moves to extend these deadlines by another 30 days due to the volume of the ESI hits and counsel's schedule in other matters. ECF No. 228 at 3. Defendant states that Plaintiffs do not object to the request, provided that it agrees to continue the bi-weekly productions previously ordered. *Id.*

Good cause appearing, the Court **GRANTS** the motion. The deadlines previously set in the Court's August 23 Order are modified as follows:

1. Production of ADO-level ESI for Otay Mesa Detention Center ("OMDC") and San Diego Correctional Facility ("SDCF") shall be completed by **November 1, 2021** (with interim rolling productions **every two weeks**).

2. For only these two facilities, Defendant shall run the full ESI search across all previously listed custodians (not limited to ADO-level) and produce this ESI to Plaintiffs by **December 1, 2021**.

3. Production of an affidavit from a knowledgeable corporate representative regarding the sufficiency of ESI from ADO-level custodians at facilities housing 25,000+ detainees during the relevant time period shall be provided by **November 1, 2021**.

4. The parties will submit a Joint Status Report comparing the ADO-level ESI to the all-custodians ESI for OMDC and SDCF by **January 5, 2022**.

5. The Court will hold a discovery conference to discuss the Joint Status Report and further discovery in light of the partial stay on **January 12, 2022** at **10:00 a.m.** The Conference will be held via Zoom. The parties shall submit to the Court the names, titles, and email and phone contact information for each person that will be in attendance by **January 5, 2022**.

**IT IS SO ORDERED.**

Dated: October 1, 2021

Hon. Nita L. Stormes
United States Magistrate Judge