UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO, JONATHAN GOMEZ, on behalf of themselves, and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>Defendant.<br><br>AND RELATED CROSS ACTION | Case No.: 3:17-cv-1112-JLS-NLS<br><br>**ORDER GRANTING DEFENDANT'S THIRD MOTION TO EXTEND ESI DEADLINES**<br><br>**[ECF No. 230]** |

Before the Court is Plaintiff's motion to extend the current ESI deadlines. ECF No. 230. On July 30, 2021, the Court set certain deadlines relating to production of ESI at Defendant's California facilities. ECF No. 225. The Court had granted two previous extensions to these deadlines. ECF Nos. 227, 229. Plaintiffs now move to extend these deadlines by due to a delay in Defendant's production of the documents and the volume of the produced documents. ECF No. 230 at 2. Plaintiffs state that Defendants does not object to the request. *Id.* at 1.

Good cause appearing, the Court **GRANTS** the motion. The Court cautions, however, that it has granted several extensions to these deadlines now and expects the parties to adhere to the new deadlines moving forward. The deadlines are modified as follows:

1. The parties will submit a Joint Status Report comparing the ADO-level ESI to the all-custodians ESI for OMDC and SDCF by **February 16, 2022**.

2. The Court will hold a discovery conference to discuss the Joint Status Report and further discovery in light of the partial stay on **February 23, 2022** at **10:00 a.m.** The Conference will be held via Zoom. The parties shall submit to the Court the names, titles, and email and phone contact information for each person that will be in attendance by **February 16, 2022**.

**IT IS SO ORDERED.**

Dated: December 31, 2021

Hon. Nita L. Stormes
United States Magistrate Judge