# *OWINO, et al. v. CORECIVIC, INC.*
# Case No. 3:17-CV-01112-JLS-NLS

# INDEX OF EXHIBITS TO DECLARATION OF ALAN R. OUELLETTE IN SUPPORT OF JOINT STATUS REPORT REGARDING COMPARISON OF ADO-LEVEL AND NON-ADO-LEVEL ESI

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 1 | Document bearing the Bates stamp, CCOG00199520. | 1 |
| 2 | Document bearing the Bates stamp, CCOG00202220. | 2 |
| 3 | Document bearing the Bates stamp, CCOG00199420. | 3-8 |
| 4 | Document bearing the Bates stamp, CCOG00199553. | 9-13 |
| 5 | Document bearing the Bates stamp, CCOG00204703. | 14-16 |
| 6 | Document bearing the Bates stamp, CCOG00205925. | 17-18 |
| 7 | Document bearing the Bates stamp, CCOG00211532. | 19-20 |
| 8 | Document bearing the Bates stamp, CCOG00205909. | 21-22 |
| 9 | Document bearing the Bates stamp, CCOG00202087. | 23 |
| 10 | Document bearing the Bates stamp, CCOG00202924. | 24 |
| 11 | Document bearing the Bates stamp, CCOG00200389. | 25-27 |
| 12 | Document bearing the Bates stamp, CCOG00201751. | 28-29 |
| 13 | Document bearing the Bates stamp, CCOG00201776. | 30-31 |
| 14 | Document bearing the Bates stamp, CCOG00204486. | 32-33 |
| 15 | Document bearing the Bates stamp, CCOG00199436. | 34 |
| 16 | Document bearing the Bates stamp, CCOG00201761. | 35 |
| 17 | Document bearing the Bates stamp, CCOG00201781. | 36 |

4878-0302-5167.1

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 18 | Document bearing the Bates stamp, CCOG00199364. | 37-40 |
| 19 | Document bearing the Bates stamp, CCOG00199499. | 41-42 |
| 20 | Document bearing the Bates stamp, CCOG00199307. | 43-45 |
| 21 | Declaration of Jason Ellis | 46-52 |
| 22 | Email chain between Plaintiffs' counsel and CoreCivic's counsel. | 53-55 |
| 23 | Email chain between Plaintiffs' counsel and CoreCivic's counsel. | 56-57 |

4878-0302-5167.1