# EXHIBIT 5

# OTAY MESA DETENTION CENTER
## Closed Deposit Batch Report

Today's Date: 9/15/20  10:28AM

Batch Number: 18191307

| Inmate Name | Perm # | Agency # | Amount | Receipt # | Transaction Type | Method of Deposit | Deposit From | DLN |
|---|---|---|---|---|---|---|---|---|
| | | | $1.00 | 18191347 | JOB PAY - NONREIMBURSABLE | Other | 09-11 | T |
| | | | $1.00 | 18191329 | JOB PAY - NONREIMBURSABLE | Other | 09-11 | T |
| | | | $1.00 | 18191344 | JOB PAY - NONREIMBURSABLE | Other | 09-11 | T |
| | | | $1.00 | 18191337 | JOB PAY - NONREIMBURSABLE | Other | 09-11 | T |
| | | | $1.00 | 18191339 | JOB PAY - NONREIMBURSABLE | Other | 09-11 | T |
| | | | $1.00 | 18191314 | JOB PAY - NONREIMBURSABLE | Other | 09-11 | T |
| | | | $1.00 | 18191349 | JOB PAY - NONREIMBURSABLE | Other | 09-11 | T |
| | | | $1.00 | 18191332 | JOB PAY - NONREIMBURSABLE | Other | 09-11 | T |
| | | | $1.00 | 18191330 | JOB PAY - NONREIMBURSABLE | Other | 09-11 | T |
| | | | $1.00 | 18191326 | JOB PAY - NONREIMBURSABLE | Other | 09-11 | T |
| | | | $1.00 | 18191317 | JOB PAY - NONREIMBURSABLE | Other | 09-11 | T |
| | | | $1.00 | 18191334 | JOB PAY - NONREIMBURSABLE | Other | 09-11 | T |
| | | | $1.00 | 18191348 | JOB PAY - NONREIMBURSABLE | Other | 09-11 | T |
| | | | $1.00 | 18191361 | JOB PAY - NONREIMBURSABLE | Other | 09-11 | T |
| | | | $1.00 | 18191324 | JOB PAY - NONREIMBURSABLE | Other | 09-11 | T |
| | | | $1.00 | 18191343 | JOB PAY - NONREIMBURSABLE | Other | 09-11 | T |
| | | | $1.00 | 18191307 | JOB PAY - NONREIMBURSABLE | Other | 09-11 | T |
| | | | $1.00 | 18191331 | JOB PAY - NONREIMBURSABLE | Other | 09-11 | T |
| | | | $1.00 | 18191336 | JOB PAY - NONREIMBURSABLE | Other | 09-11 | T |
| | | | $1.00 | 18191327 | JOB PAY - NONREIMBURSABLE | Other | 09-11 | T |
| | | | $1.00 | 18191311 | JOB PAY - NONREIMBURSABLE | Other | 09-11 | T |

CONFIDENTIAL

CCOG00204703

Closed Deposit Batch Report                                                                 Page 1 of 2

Exhibit 5 - Page 14

CONFIDENTIAL

Batch Number: 18191307

| Inmate Name | Perm # | Agency # | Amount | Receipt # | Transaction Type | Method of Deposit | Deposit From | DLN |
|---|---|---|---|---|---|---|---|---|
| VERGARA, JAVIER | 5694118 | 55963048 | $1.00 | 18191341 | JOB PAY - NONREIMBURSABLE | Other | 09-11 | T |

Grand Total: $22.00

Total Transactions: 22

Closed Deposit Batch Report

Page 2 of 2

CCOG00204704

Exhibit 5 - Page 15

| SUPERVISOR | JOB ASSIGNMENT | WORK DAYS/HOURS | NAME | AGENCY # | HOUSING | TIME IN/OUT | TIME IN/OUT | AL HOURS | I/M/STAFF INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| TANGO UNIT COUNSELOR | BARBER | SAT-SUN | ■ | ■ | T/T/208B | ✓ ✓ | ✓ ✓ | ✓ | |
| TANGO UNIT COUNSELOR | MICROWAVE PORTER | FRI-SAT PM | ■ | ■ | T/T/215B | | | | |
| TANGO UNIT COUNSELOR | MICROWAVE PORTER | MON-TUE PM | ■ | ■ | T/T/218C | | | | |
| TANGO UNIT COUNSELOR | MICROWAVE PORTER | SAT-SUN PM | ■ | ■ | T/T/215D | | | | |
| TANGO UNIT COUNSELOR | STAGING/CHEMICAL PORTER | SAT-SUN | ■ | ■ | T/T/206B | | | | |
| TANGO UNIT COUNSELOR | STAGING/CHEMICAL PORTER | SAT-SUN | ■ | ■ | T/T/214B | — — | — — | — | RMC |
| TANGO UNIT COUNSELOR | TABLES/FLOORS POD PORTER | SAT-SUN | ■ | ■ | T/T/207B | | | | |
| TANGO UNIT COUNSELOR | WINDOWS/DOORS POD PORTER | SAT-SUN PM | ■ | ■ | T/T/105D | | | | |
| TANGO UNIT COUNSELOR | LAUNDRY PORTER | SAT-SUN | ■ | ■ | T/T/217B | | | | |
| TANGO UNIT COUNSELOR | LAUNDRY PORTER | SUN-MON | ■ | ■ | T/T/211B | | | | |
| QUBEC UNIT COUNSELOR | SPECIAL DETAIL | MON-TUE PM | ■ | ■ | T/T/113B | — — | — — | — | |
| FOX UNIT COUNSELOR | SPECIAL DETAIL | SAT-SUN | ■ | ■ | T/T/216A | | | | |
| TANGO UNIT COUNSELOR | SPECIAL DETAIL | SAT-SUN PM | ■ | ■ | T/T/218B | | | | |
| QUBEC UNIT COUNSELOR | SPECIAL DETAIL | SUN-MON | ■ | ■ | T/T/102B | — — | — — | — | |
| TANGO UNIT COUNSELOR | SPECIAL DETAIL | THU-FRI AM | ■ | ■ | T/T/105C | | | | |
| TANGO UNIT COUNSELOR | PORTER | FRI-SAT | ■ | ■ | T/T/204A | | | | |
| TANGO UNIT COUNSELOR | PORTER | MON-TUE | ■ | ■ | T/T/103B | 0500 0800 | 0700 1400 | 8 | JS |
| TANGO UNIT COUNSELOR | PORTER | SAT-SUN | ■ | ■ | T/T/101B | | | | |
| TANGO UNIT COUNSELOR | PORTER | SUN-MON | ■ | ■ | T/T/104D | | | | |
| TANGO UNIT COUNSELOR | PORTER | WED-THU | ■ | ■ | T/T/213B | | | | |
| TANGO UNIT COUNSELOR | PORTER | WED-THU AM | ■ | ■ | T/T/209C | | | | |
| FOX UNIT COUNSELOR | DINING HALL DETAIL | SAT-SUN PM | ■ | ■ | T/T/111C | | | | |
| TANGO UNIT COUNSELOR | FLOORS | FRI-SAT PM | ■ | ■ | T/T/110B | | | | |
| TANGO UNIT COUNSELOR | FLOORS | MON-TUE PM | ■ | ■ | T/T/205B | | | | |
| FOX UNIT COUNSELOR | MICROWAVES/PHONES | SAT-SUN | ■ | ■ | T/T/108B | | | | |
| TANGO UNIT COUNSELOR | RECREATION PORTER | FRI-SAT | ■ | ■ | T/T/109B | | | | |
| TANGO UNIT COUNSELOR | RECREATION PORTER | FRI-SAT AM | ■ | ■ | T/T/220C | | | | |
| FOX UNIT COUNSELOR | SHOWERS | FRI-SAT AM | ■ | ■ | T/T/201B | | | | |
| TANGO UNIT COUNSELOR | SHOWERS | SUN-MON PM | ■ | ■ | T/T/220A | | | | |
| FOX UNIT COUNSELOR | SHOWERS | TUE-WED AM | ■ | ■ | T/T/202B | | | | |
| TANGO UNIT COUNSELOR | TABLES | THU-FRI | ■ | ■ | T/T/216B | | | | |

CONFIDENTIAL

INMATE WORKER SIGN - IN:   9/8/20

Fri. 9-11-20

Exhibit 5 - Page 16    Page 18 of 21    CCOG00204705