# EXHIBIT 23

# Ouellette, Alan R.

| | |
|---|---|
| **From:** | Brett Stevens <bstevens@strucklove.com> |
| **Sent:** | Wednesday, December 8, 2021 10:27 AM |
| **To:** | Raux, Geoffrey; Ridley, Eileen R.; NFox@foley.com; Ouellette, Alan R.; R. L. Teel (rlteel@rlteel.com); Delvalle, Wendy A. |
| **Cc:** | Owino Team |
| **Subject:** | RE: Owino v. CoreCivic Supplemental ESI Production |

**\*\* EXTERNAL EMAIL MESSAGE \*\***

Counsel, we have posted a new production volume on our Sharefile site which Mr. Ouellete and Ms. DelValle can access here:

https://strucklove.sharepoint.com/:u:/s/FileShare/Ea6YiIvZB7ZKsfXLm4imLHQBgBY0ZZvBCRm5m2xJ8jrj0A?e=z5Xfkr

Volume Name: CCOG034
Bates Range: CCOG00198820 - CCOG00201046
Doc Count: 760
Page Count: 2,227
Native Count: 24

**From:** Brett Stevens
**Sent:** Monday, November 1, 2021 12:33 PM
**To:** GRaux@foley.com; eridley@foley.com; NFox@foley.com; AOuellette@foley.com; R. L. Teel (rlteel@rlteel.com) <rlteel@rlteel.com>; WDelValle@foley.com
**Cc:** Owino Team <OwinoTeam@strucklove.com>
**Subject:** RE: Owino v. CoreCivic Supplemental ESI Production

Counsel, we have posted a new production volume on our Sharefile site which Mr. Ouellette and Ms. DelValle, can access here:

https://strucklove.sharepoint.com/:u:/s/FileShare/EXg4gxikswNBkJA7US0ph78B3jLnTRWoC17Dj9T3i1hekA?e=Otj70h

Volume Name: CCOG033
Bates Range: CCOG00174619 - CCOG00198819
Doc Count: 4,293
Page Count: 24,202
Native Count: 200

This volume is the fourth rolling production of ESI from the San Diego/Otay Mesa ADO Custodians pursuant to the Court's order.

These documents will be available for download for two weeks, at which time they will be removed.

Please let me know if you have any questions regarding access to these materials.

**From:** Mike Giardina <MGiardina@strucklove.com>
**Sent:** Wednesday, September 29, 2021 3:29 PM
**To:** GRaux@foley.com; eridley@foley.com; NFox@foley.com; AOuellette@foley.com; R. L. Teel (rlteel@rlteel.com) <rlteel@rlteel.com>; WDelValle@foley.com
**Cc:** Owino Team <OwinoTeam@strucklove.com>
**Subject:** Owino v. CoreCivic Supplemental ESI Production

Counsel,

We have posted a new production volume on our SharePoint site which Mr. Ouellette and Ms. DelValle, can access here:
📁 Owino v CoreCivic

Volume Name: CCOG032
Bates Range: CCOG00125589 - CCOG00174618
Doc Count: 15,501
Page Count: 49,030
Native Count: 715

This volume is the third rolling production of ESI from the San Diego/Otay Mesa ADO Custodians pursuant to the Court's order.

These documents will be available for download for two weeks, at which time they will be removed.

Please let me know if you have any questions regarding access to these materials.

- Mike



Michael N. Giardina, ACP
Advanced Certified Paralegal

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 W. Ray Road | Suite 300 | Chandler AZ 85226
480.420.1613 | mgiardina@strucklove.com | strucklove.com

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.