| | |
|---|---|
| 1 | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
| | Daniel P. Struck, AZ Bar #012377 |
| 2 | *(admitted pro hac vice)* |
| | Rachel Love, AZ Bar #019881 |
| 3 | *(admitted pro hac vice)* |
| | Nicholas D. Acedo, AZ Bar #021644 |
| 4 | *(admitted pro hac vice)* |
| | Ashlee B. Hesman, AZ Bar #028874 |
| 5 | *(admitted pro hac vice)* |
| | Jacob B. Lee, AZ Bar #030371 |
| 6 | *(admitted pro hac vice)* |
| | 3100 West Ray Road, Suite 300 |
| 7 | Chandler, Arizona 85226 |
| | Tel.: (480) 420-1600 |
| 8 | Fax: (480) 420-1695 |
| | dstruck@strucklove.com |
| 9 | rlove@strucklove.com |
| | nacedo@strucklove.com |
| 10 | ahesman@strucklove.com |
| | jlee@strucklove.com |
| 11 | |
| 12 | LAW OFFICE OF ETHAN H. NELSON |
| | Ethan H. Nelson, CA Bar #262448 |
| | 4 Park Plaza, Suite 1025 |
| 13 | Irvine, California 92614 |
| | Tel.: (949) 229-0961 |
| 14 | Fax: (949) 861-7122 |
| | ethannelsonesq@gmail.com |

Attorneys for Defendant/Counter-Claimant CoreCivic, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated, | NO. 3:17-cv-01112-JLS-NLS |
| Plaintiffs, | **DECLARATION OF JACOB B. LEE IN SUPPORT OF JOINT STATUS REPORT REGARDING COMPARISON OF ADO-LEVEL AND NON-ADO-LEVEL ESI** |
| v. | |
| CoreCivic, Inc., a Maryland corporation, | |
| Defendant. | |

Declaration of Jacob B. Lee                                                                                               17cv01112-JLS-NLS

|   |   |
|---|---|
| 1 | CoreCivic, Inc., a Maryland corporation, |
| 2 |   |
| 3 | Counter-Claimant, |
| 4 | v. |
| 5 | Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated, |
| 6 |   |
| 7 | Counter-Defendants. |

I, Jacob B. Lee, make the following Declaration:

1.  I am over the age of 18 years and competent to testify to the matters set forth in this Declaration. I am counsel of record for CoreCivic in this matter, and make this Declaration in support of CoreCivic's portion of the parties' Joint Status Report Regarding ADO-Level and Non-ADO-Level ESI based on my own personal knowledge and my review of the relevant documents as maintained by my office in the usual course of business.

2.  On August 31, 2021, CoreCivic made its first production of ADO-level ESI pursuant to the Court's July 30, 2021 Order. (Dkt. 225.)

3.  On September 14, 2021, CoreCivic made its second production of ADO-level ESI pursuant to the Court's July 30, 2021 Order. (Dkt. 225.)

4.  On September 29, 2021, CoreCivic made its third production of ADO-level ESI pursuant to the Court's July 30, 2021 Order. (Dkt. 225.)

5.  On November 1, 2021, CoreCivic made its fourth production of ADO-level ESI pursuant to the Court's July 30, 2021 Order. (Dkt. 225.)

6.  On December 8, 2021, CoreCivic made its fifth production of ESI pursuant to the Court's July 30, 2021 Order. (Dkt. 225.) This production consisted of both non-ADO-level ESI and some additional ADO-level ESI, despite CoreCivic's best efforts to complete the production of ADO-level ESI by November 1, 2021.

7. On December 13, 2021, CoreCivic made its final production of non-ADO-level ESI pursuant to the Court's July 30, 2021 Order. (Dkt. 225.)

8. I have reviewed the documents referenced in Plaintiff's portion of the parties' Joint Status Report Re: ADO and Non-ADO ESI, including the metadata, to determine when they were produced and which custodians they were collected from.

9. The metadata for CCOG00199520 shows it was collected from D. Powell, who was an Assistant Warden, and therefore an ADO-level custodian. This document was part of the December 8, 2021 production.

10. The metadata for CCOG00199420 shows it was collected from R. Garcia, who was an Assistant Warden, and therefore an ADO-level custodian. This document was part of the December 8, 2021 production. The document was produced as a native Excel file that does not contain page numbers. The only reference in it to refusal of detainees to work is on a tab pertaining to "USM Males," which refers to males in the custody of the United States Marshals Service who are not part of this lawsuit.

11. The metadata for CCOG00199553 shows it was collected from J. Roemmich, who was an Assistant Warden, and therefore an ADO-level custodian. This document was part of the December 8, 2021 production. The document was produced as a native Excel file that does not contain page numbers. The only reference in it to the "firing" of detainees is on a tab pertaining to "USM Males," which refers to males in the custody of the United States Marshals Service who are not part of this lawsuit.

12. The metadata for CCOG00199302 shows it was collected from R. Garcia, who was an Assistant Warden, and therefore an ADO-level custodian. This document was part of the December 8, 2021 production.

13.     The metadata for CCOG00199428 shows it was collected from R. Garcia, who was an Assistant Warden, and therefore an ADO-level custodian. This document was part of the December 8, 2021 production.

14.     The metadata for CCOG00199530 shows it was collected from J. Roemmich, who was an Assistant Warden, and therefore an ADO-level custodian. This document was part of the December 8, 2021 production.

15.     The metadata for CCOG00199541 shows it was collected from J. Roemmich, who was an Assistant Warden, and therefore an ADO-level custodian. This document was part of the December 8, 2021 production.

16.     The metadata for CCOG00211532 shows it was coded as Non-Responsive but was produced because it was attached to the same email as a document that was coded Responsive pursuant to the ESI Protocol. Both documents pertain solely to Eloy Detention Center, however, which means they should have been coded Non-Responsive for purposes of this review.

17.     The metadata for CCOG00200389 shows that it was collected from T. Topasna, who was a Chief of Security/Unit Management, and therefore an ADO-level custodian. This document was part of the December 8, 2021 production.

18.     The metadata for CCOG00199436 shows that it was collected from C. LaRose, who is the Warden, and therefore an ADO-level custodian. This document was part of the December 8, 2021 production.

19.     The metadata for CCOG00199364 shows it was collected from R. Garcia, who was an Assistant Warden, and therefore an ADO-level custodian. This document was part of the December 8, 2021 production.

20.     The metadata for CCOG00199499 shows it was collected from D. Powell, who was an Assistant Warden, and therefore an ADO-level custodian. This document was part of the December 8, 2021 production.

21. The metadata for CCOG00199307 shows it was collected from R. Garcia, who was an Assistant Warden, and therefore an ADO-level custodian. This document was part of the December 8, 2021 production.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 16th day of February, 2022 at Chandler, Arizona.

_/s/ Jacob B. Lee_
Jacob B. Lee

3991942.1