UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>                                    Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC.,<br>a Maryland corporation,<br><br>                                    Defendant. | Case No.: 17-CV-1112 JLS (NLS)<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND RELATED DEADLINES IN LIGHT OF STAY PENDING APPEAL**<br><br>(ECF No. 224) |
| CORECIVIC, INC.,<br><br>                                    Counter-Claimant,<br><br>v.<br><br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>                                    Counter-Defendants. | |

        In its July 28, 2021 Order, the Court stayed this matter, apart from limited discovery issues, pending resolution of CoreCivic, Inc.'s Rule 23(f) appeal and ordered the Parties to file a joint status report within twenty-one (21) days after the Ninth Circuit's mandate

issues. *See* ECF No. 224 at 11. In light of the foregoing, the Court **VACATES** the March 24, 2022 Final Pretrial Conference and all attendant deadlines.

**IT IS SO ORDERED.**

Dated: March 9, 2022

Hon. Janis L. Sammartino
United States District Judge

17-CV-1112 JLS (NLS)