# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO, JONATHAN GOMEZ, on behalf of themselves, and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>Defendant.<br><br>AND RELATED CROSS ACTION | Case No.:  3:17-cv-1112-JLS-NLS<br><br>**ORDER RESETTING DISCOVERY/STATUS CONFERENCE** |

The Court **RESETS** the discovery conference related to the parties' ESI discovery for **July 6, 2022** at **10:00 a.m.**, to be held via videoconference.  By **June 29, 2022**, parties/counsel must email the Court at efile_stormes@casd.uscourts.gov to identify the name and title of everyone who will be attending the conference, an e-mail address for each participant to receive the Zoom invitation, and a telephone number where each participant may be reached in the event of technical issues.

//

In addition, parties may submit an updated status report to the Court by **June 29, 2022** if they wish to provide any updates on their previously submitted status report. *See* ECF Nos. 232-35.

     **IT IS SO ORDERED.**

Dated: June 7, 2022

*/s/ Nita L. Stormes*
Hon. Nita L. Stormes
United States Magistrate Judge