UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 13 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SYLVESTER OWINO; JONATHAN GOMEZ, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>Defendant-Appellant. | No.   21-55221<br><br>D.C. No.<br>3:17-cv-01112-JLS-NLS<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before:  McKEOWN and W. FLETCHER, Circuit Judges, and BENNETT,[*] District Judge.

Defendant-Appellant's motion for an extension of time to file a petition for rehearing (Dkt. No. 47) is **GRANTED**.  The petition for rehearing is now due on July 1, 2022.

---

[*] The Honorable Richard D. Bennett, United States District Judge for the District of Maryland, sitting by designation.