UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SYLVESTER OWINO; JONATHAN GOMEZ, on behalf of themselves, and all others similarly situated,<br><br>        Plaintiffs-Appellees,<br><br>  v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>        Defendant-Appellant. | No.   21-55221<br><br>D.C. No.<br>3:17-cv-01112-JLS-NLS<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: McKEOWN and W. FLETCHER, Circuit Judges, and BENNETT,[*] District Judge.

Plaintiff-Appellees are directed to file a response to the Defendant-Appellant's petition for rehearing en banc filed with this Court on July 1, 2022. The response shall not exceed 4,200 words and shall be filed within 28 days of the date of this order. If the response is filed electronically, no paper copies need be submitted. If the response is not filed electronically, Plaintiff-Appellees must file the original response plus 50 paper copies.

---

[*] The Honorable Richard D. Bennett, United States District Judge for the District of Maryland, sitting by designation.