# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 12, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  CoreCivic, Inc.
           v. Sylvester Owino, et al., Individually and on Behalf of All Others Similarly Situated
           No. 22-1019
           (Your No. 21-55221)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk