UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC.,<br><br>Defendant. | Case No.: 17-CV-1112 JLS (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE JULY 13, 2023 APPEAL MANDATE HEARING**<br><br>(ECF No. 255) |
| CORECIVIC, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>Counter-Defendants. | |

Presently before the Court is the Parties' "Joint Motion to Continue July 13, 2023 Appeal Mandate Hearing" ("Joint Mot.," ECF No. 255). The Parties indicate that they are unavailable on July 13, 2023, at 9:00 a.m., due to a previously scheduled vacation and

17-CV-1112 JLS (NLS)

request that the Court continue the hearing to July 19, 2023, at 9:00 a.m., or as soon thereafter as the Court is available. *See generally id.*

Good cause appearing, the Court **GRANTS** the Joint Motion and **CONTINUES** the Appeal Mandate Hearing to 9:00 a.m. on July 19, 2023, in Courtroom 4D of the Edward J. Schwartz Courthouse.

**IT IS SO ORDERED.**

Dated:  July 5, 2023

Hon. Janis L. Sammartino
United States District Judge

17-CV-1112 JLS (NLS)