UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>Defendant.<br>_____<br>CORECIVIC, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>Counter-Defendants. | Case No.: 17-CV-1112 JLS (SBC)<br><br>**ORDER GRANTING DEFENDANT AND COUNTER-CLAIMANT CORECIVIC, INC.'S UNOPPOSED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY**<br><br>(ECF No. 258) |

Presently before the Court is Defendant and Counter-Claimant CoreCivic, Inc.'s ("CoreCivic") Unopposed Motion for Leave to Appear Telephonically ("Mot.," ECF No. 258). CoreCivic requests leave for its counsel Jacob B. Lee, Esq., to appear telephonically

at the July 19, 2023 Appeal Mandate Hearing, and notes that its counsel Daniel P. Struck, Esq., will be attending in person.  *See generally id.*  Plaintiffs and Counter-Defendants Sylvester Owino and Jonathan Gomez do not oppose the Motion.  *See id.*

Good cause appearing, the Court **GRANTS** CoreCivic's Motion.  Mr. Lee **MAY APPEAR** telephonically for the July 19, 2023 Appeal Mandate Hearing and **SHALL CONTACT** the Courtroom Deputy by e-mail at Adrianna_Garcia@casd.uscourts.gov for teleconferencing access information in advance of the Hearing.

**IT IS SO ORDERED.**

Dated:  July 12, 2023

Hon. Janis L. Sammartino
United States District Judge

17-CV-1112 JLS (SBC)