UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>                                   Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>                                   Defendant. | Case No.: 17-CV-1112 JLS (SBC)<br><br>**ORDER TO DESIGNATE LOCAL COUNSEL**<br><br>(ECF Nos. 48, 49, 194) |

Presently before the Court is Defendant CoreCivic, Inc.'s Renewed Motion for Judgment on the Pleadings ("Motion," ECF No. 262). A hearing on Defendant's Motion is scheduled for October 12, 2023. *See* Mot.

Civil Local Rule 83.3(c)(4) requires an attorney appearing pro hac vice to designate "a member of the bar of this court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers will be served." S.D. Cal. CivLR 83.3(c)(4). Plaintiffs' pro hac vice counsel designated Nicholas J. Fox in his application, ECF No. 48, but Mr. Fox has since withdrawn from this case, ECF No. 194.

/ / /

/ / /

1

Accordingly, the Court **ORDERS** Plaintiffs' pro hac vice counsel to designate local counsel within 10 days of the electronic filing date of this order.

**IT IS SO ORDERED**.

Dated:  September 29, 2023

Hon. Janis L. Sammartino
United States District Judge

17-CV-1112 JLS (SBC)