UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>Defendant. | Case No.: 17-CV-1112 JLS (SBC)<br><br>**ORDER DENYING THE PARTIES' UNOPPOSED MOTIONS FOR LEAVE TO APPEAR REMOTELY AND VACATING HEARING**<br><br>(ECF Nos. 262, 268, 269) |
| CORECIVIC, INC., a Maryland corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>Counter-Defendants. | |

Presently before the Court is Defendant and Counter-Claimant CoreCivic, Inc.'s ("CoreCivic") Unopposed Motion for Leave to Appear Remotely ("Mot.," ECF No. 268) and Plaintiffs and Counter-Defendants Sylvester Owino's and Jonathan Gomez's

1

("Plaintiffs") Unopposed Motion for Leave to Appear Remotely ("Pls.' Mot," ECF No. 269).  The Parties request leave for all counsel to attend the October 12, 2023 hearing on CoreCivic's Renewed Motion for Judgment on the Pleadings (ECF No. 262) through videoconference or teleconference.  *See* Mot. at 2; Pls.' Mot. at 2.

The Parties assert that allowing them to appear remotely would conserve resources and would not hinder oral argument.  Mot. at 2; Pls.' Mot at 2.  The Court has no doubt that remote appearances would conserve the Parties' resources.  The Court does not agree, however, that allowing counsel to appear remotely would pose no hindrance to oral argument.  The Court therefore **DENIES** the Parties' Motions.

That said, the Court finds this matter appropriate for decision on the papers without oral argument pursuant to Civil Local Rule 7.1(d)(1).  The Court therefore **VACATES** the October 12, 2023 hearing and takes Defendant's Renewed Motion for Judgment on the Pleadings under submission.

**IT IS SO ORDERED.**

Dated:  October 5, 2023

Hon. Janis L. Sammartino
United States District Judge

17-CV-1112 JLS (SBC)