

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>Defendant. | Case No.: 17-CV-1112 JLS (SBC)<br><br>**ORDER TO DESIGNATE NEW LOCAL COUNSEL**<br><br>(ECF No. 267) |
| CORECIVIC, INC., a Maryland corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>Counter-Defendants. | |

Presently before the Court is Plaintiffs and Counter-Defendants Sylvester Owino's and Jonathan Gomez's ("Plaintiffs") Notice of Designation of Local Counsel ("Not.," ECF No. 267). Pursuant to Civil Local Rule 83.3(c)(5), Plaintiff's pro hac vice counsel has

17-CV-1112 JLS (SBC)

designated Alan R. Ouellette, an attorney based in San Francisco, as local counsel. Not. at 1.

Civil Local Rule 83.3(c)(5) states that, at the discretion of the Court, designated local counsel must "maintain an office within this district." S.D. Cal. CivLR 83.3(c)(5). This Court requires designated local counsel to reside no further away than the Los Angeles area. As current local counsel does not appear to meet this requirement, Plaintiff's pro hac vice counsel **SHALL DESIGNATE** new local counsel within <u>ten (10) days</u> of the electronic filing date of this Order.

**IT IS SO ORDERED.**

Dated: October 13, 2023

Hon. Janis L. Sammartino
United States District Judge

17-CV-1112 JLS (SBC)