UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO, JONATHAN GOMEZ, on behalf of themselves, and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>Defendant.<br><br>AND RELATED CROSS ACTION | Case No.: 3:17-cv-1112-JLS-SBC<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO LODGE JOINT DISCOVERY STATEMENT**<br><br>**[ECF No. 277]** |

Before the Court is Defendant's unopposed motion to extend the deadline to lodge a joint discovery statement. (ECF No. 277.) Good cause appearing, the motion is **GRANTED**. The parties' must lodge their joint discovery statement no later than Friday, **January 19, 2024**.

**IT IS SO ORDERED.**

Dated:  January 17, 2024

Hon. Steve B. Chu
United States Magistrate Judge

3:17-cv-1112-JLS-SBC