UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO, JONATHAN GOMEZ, on behalf of themselves, and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>Defendant.<br><br>AND RELATED CROSS ACTION | Case No.: 3:17-cv-1112-JLS-SBC<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE INITIAL DISCOVERY CONFERENCE**<br><br>**[ECF No. 281]** |

Before the Court is the parties' joint motion to continue the initial discovery conference, currently set for February 2, 2024, at 11:00 a.m. (ECF No. 281.) Good cause appearing, the motion is **GRANTED**. The initial discovery conference is **RESET** to **February 23, 2024, at 3:00 p.m**.

**IT IS SO ORDERED.**

Dated: January 31, 2024

Hon. Steve B. Chu
United States Magistrate Judge

1

3:17-cv-1112-JLS-SBC