UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>                                               Plaintiffs,<br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>                                                 Defendant.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>                                         Counterclaimant,<br>v.<br><br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>                                          Counterdefendants. | Case No.: 17-CV-1112 JLS (SBC)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 285) |

      Presently before the Court is Defendant and Counterclaimant CoreCivic, Inc.'s ("CoreCivic") Motion to Stay ("Mot.," ECF No. 285). The Court finds this matter appropriate for decision on the papers without oral argument pursuant to Civil Local Rule

1

7.1(d)(1).  The Court therefore **VACATES** the April 25, 2024 hearing and takes the Motion under submission.

    **IT IS SO ORDERED.**

Dated:  April 18, 2024

Hon. Janis L. Sammartino
United States District Judge