

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CORECIVIC, INC., a Maryland corporation, <br><br> Defendant. | Case No.: 17-CV-1112 JLS (SBC) <br><br> **ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT AND PROPOSED SCHEDULES** <br><br> (ECF No. 290) |
| CORECIVIC, INC., a Maryland corporation, <br><br> Counterclaimant, <br><br> v. <br><br> SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated, <br><br> Counterdefendants. | |

Presently before the Court is the Parties' Stipulated Motion to Extend Deadline to File Joint Status Report and Proposed Schedules ("Mot.," ECF No. 290).  In a February 27, 2024 Order, United States Magistrate Judge Steve B. Chu ordered the Parties to file a

17-CV-1112 JLS (SBC)

joint status report every ninety days relating to electronically stored information ("ESI") review and production.  ECF No. 284.  On May 6, 2024, this Court further ordered the Parties to file proposed fact-discovery and class-notice schedules within twenty-one days.  ECF No. 289.  The Parties request a one-week extension on both deadlines to accommodate holiday-related and litigation conflicts.  Mot. at 1–2.

Good cause appearing, the Court **GRANTS** the Motion.  The Parties **SHALL FILE** their initial joint status report, proposed fact-discovery schedule, and proposed class-notice schedule <u>on or before June 4, 2024</u>.

**IT IS SO ORDERED**.

Dated:  May 29, 2024

Hon. Janis L. Sammartino
United States District Judge

2

17-CV-1112 JLS (SBC)