UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, *on behalf of themselves and all persons similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC.,<br><br>Defendant. | Case No.:  17cv1112-JLS (MSB)<br><br>**ORDER SETTING SETTLEMENT CONFERENCE** |

Based on the availability of the parties, the Court **SETS** a Settlement Conference ("SC") with the parties on **November 6, 2024**, at **9:30 a.m.** in the chambers of the Honorable Michael S. Berg, United States Magistrate Judge, **located at 221 West Broadway, second floor, San Diego, California, 92101.**  Upon arrival, the parties should check with Judge Berg's chambers using the callbox located by the second-floor elevators.  The following rules and deadlines apply:

1.      **Personal Appearance of Parties Required**: All named parties, party representatives, claims adjusters for insured defendants, and the principal attorney(s) responsible for the litigation, must be present **in person** and prepared to discuss and resolve the case.  Counsel appearing without their clients (whether or not counsel has

17cv1112-JLS (MSB)

been given settlement authority) will be cause for immediate imposition of sanctions and may also result in the immediate termination of the conference.

**2.**    **Full Settlement Authority Required**:  A party or party representative with full settlement authority must be present at the conference.  Retained outside corporate counsel must not appear on behalf of a corporation as the party representative who has the authority to negotiate and enter into a settlement.  A government entity may be excused from this requirement so long as the government attorney who attends the Mandatory Settlement Conference has (1) primary responsibility for handling the case, and (2) authority to negotiate and recommend settlement offers to the government official(s) having ultimate settlement authority.

**3.**    **Confidential SC Statements Required**:  No later than **October 30, 2024**, the parties must submit directly to Magistrate Judge Berg's chambers (via hand delivery or by e-mail to the Court at efile_berg@casd.uscourts.gov), confidential settlement statements.  The SC statement is limited to **five pages or less, and up to ten pages of exhibits or declarations.**  Each party's SC statement must outline (1) the nature of the case and the claims, (2) the strengths of your case, (3) the strengths of the opposing party's case, (4) counsel's insights regarding how best to reach settlement, (5) any previous settlement negotiations or mediation efforts; 6) a **specific demand/offer for settlement**, and (7) the name and title of each expected participant.

If a party cannot make a specific demand or offer at the time the SC statement is submitted, then it must state why a demand or offer cannot be made.  Further, the party must explain when they will be prepared to state a demand or offer.  A general statement, such as a party will "negotiate in good faith," is not a specific demand or offer.  The SC statement should be submitted confidentially and need not be shared with other parties.

//

//

//

17cv1112-JLS (MSB)

**4.**     **Requests to Continue**: A settlement conference may be rescheduled only upon a showing of good cause and adequate notice to the Court.  **Absent good cause, requests for continuances will not be considered unless submitted <u>in writing</u> no fewer than seven calendar days prior to the scheduled conference**.

    **IT IS SO ORDERED**.

Dated:  August 23, 2024

_____
Honorable Michael S. Berg
United States Magistrate Judge

3