STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, AZ Bar #012377
*(admitted pro hac vice)*
Rachel Love, AZ Bar #019881
*(admitted pro hac vice)*
Nicholas D. Acedo, AZ Bar #021644
*(admitted pro hac vice)*
Ashlee B. Hesman, AZ Bar #028874
*(admitted pro hac vice)*
Jacob B. Lee, AZ Bar #030371
*(admitted pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com

LAW OFFICE OF ETHAN H. NELSON
Ethan H. Nelson, CA Bar #262448
4 Park Plaza, Suite 1025
Irvine, California 92614
Tel.: (949) 229-0961
Fax: (949) 861-7122
ethannelsonesq@gmail.com

Attorneys for Defendant/Counter-Claimant
CoreCivic, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., a Maryland corporation,<br><br>        Defendant. | NO. 3:17-cv-01112-JLS-MSB<br><br>**JOINT MOTION FOR SUPPLMENTAL PROTECTIVE ORDER** |

CoreCivic, Inc., a Maryland corporation,

               Counter-Claimant,

v.

Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated,

               Counter-Defendants.

At the telephonic discovery hearing on August 28, 2024, regarding production of detention files and electronically stored information ("ESI") pertaining to U.S. Immigration and Customs Enforcement ("ICE") detainees whose information may be protected by 8 U.S.C. § 1367 and/or 8 C.F.R. § 208.6, the Court ordered that CoreCivic produce the detention files and ESI with an "Attorneys' Eyes Only" designation. To date, the Court has not entered a written order regarding the designation and production of these documents.

Plaintiffs/Counter-Defendants, Sylvester Owino and Jonathan Gomez, and Defendant/Counter-Claimant, CoreCivic, Inc., through their respective counsel, therefore jointly move for a written Supplemental Protective Order to govern production and use of the above-referenced detention files and ESI. The parties have stipulated to the Supplemental Protective Order attached as Exhibit 1. This Supplemental Protective Order provides additional protections to the above-referenced documents and does not replace or otherwise alter the existing Order Granting Joint Motion for Entry of Protective Order ("Protective Order") (Dkt. 60), the provisions of which remain in effect.

For the foregoing reasons, the parties respectfully request that the Court enter the proposed Supplemental Protective Order.

Dated:  September 10, 2024

By s/Jacob B. Lee
    Daniel P. Struck
    dstruck@strucklove.com
    Rachel Love
    rlove@strucklove.com
    Nicholas D. Acedo
    nacedo@strucklove.com
    Ashlee B. Hesman
    ahesman@strucklove.com
    Jacob B. Lee
    jlee@strucklove.com
    STRUCK LOVE BOJANOWSKI & ACEDO, PLC

    Ethan H. Nelson
    LAW OFFICE OF ETHAN H. NELSON
    ethannelsonesq@gmail.com

    Attorneys for Defendant/Counter-Claimant
    CoreCivic, Inc.

By s/Alan R. Ouellette (w/permission)
    Eileen R. Ridley
    Geoffrey Raux
    Alan R. Ouellette
    Mikle S. Jew
    FOLEY & LARDNER LLP

    Robert L. Teel
    LAW OFFICE OF ROBERT L. TEEL

    *Attorneys for Plaintiffs/Counter-Defendants Sylvester Owino, Jonathan Gomez, and the Proposed Class(es)*

Joint Motion Re: Proposed
Supplemental Protective Order

3

17cv01112-JLS-MSB

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to counsel for plaintiffs, and that I have obtained authorization to affix their electronic signature to this document.

Dated:  September 10, 2024

By s/Jacob B. Lee
Jacob B. Lee

Joint Motion Re: Proposed Supplemental Protective Order                4                17cv01112-JLS-MSB

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 10, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

Dated:  September 10, 2024

By s/Jacob B. Lee
Jacob B. Lee
