EILEEN R. RIDLEY (SBN 151735)
eridley@foley.com
ALAN R. OUELLETTE (SBN 272745)
aouellette@foley.com
**FOLEY & LARDNER LLP**
555 California Street, Suite 1700
San Francisco, CA 94104-1520
T: 415.434.4484 // F: 415.434.4507

GEOFFREY M. RAUX (*pro hac vice*)
graux@foley.com
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, MA 02199-7610
T: 617.342.4000 // F: 617.342.4001

ROBERT L. TEEL  (SBN 127081)
lawoffice@rlteel.com
**LAW OFFICE OF ROBERT L. TEEL**
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
T: 866.833.5529 // F: 855.609.6911

MIKLE S. JEW (SBN 316372)
mjew@foley.com
**FOLEY & LARDNER LLP**
11988 El Camino Real, Suite 400
San Diego, CA 92130
T: 858.847.6700 // F: 858.792.6773

Attorneys for Plaintiffs SYLVESTER OWINO,
JONATHAN GOMEZ, and the Certified Classes

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>CORECIVIC, INC.,<br><br>        Defendant. | Case No. 3:17-CV-01112-JLS-MSB<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' UPDATED PROPOSED CLASS NOTICE PROGRAM** |
| CORECIVIC, INC.,<br><br>        Counter-Claimant,<br><br>vs.<br><br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>        Counter-Defendants. | Judge:  Hon. Janis L. Sammartino<br>Magistrate:  Hon. Michael S. Berg |

Pursuant to the Court's Order Setting Fact Discovery and Class Notice Schedule (ECF No. 293) and the Court's Minute Entry following the Status Conference on October 4, 2024 (ECF No. 312), Plaintiffs Sylvester Owino and Jonathan Gomez ("Plaintiffs") hereby submit the following updated class notice program materials:

1. Attached hereto as **Exhibit 1** is the Declaration of Jeanne C. Finegan, APR In Connection With Proposed Class Certification Notice. The Declaration sets forth Plaintiffs' proposed notice program.

2. Attached hereto as **Exhibit 2** is Plaintiffs' Long Form Notice in English previously approved by the Court at Attachment A to the September 15, 2020 Order On Proposed Class Notices (ECF No. 200 at pages 9-16).

3. Attached hereto as **Exhibit 3** is Plaintiffs' Long Form Notice in Spanish and a declaration signed by the court certified interpreter that translated the Notice.

4. Attached hereto as **Exhibit 4** is Plaintiffs' Short Form Notice in English previously approved by the Court at Attachment B to the September 15, 2020 Order On Proposed Class Notices (ECF No. 200 at pages 18-19).

5. Attached hereto as **Exhibit 5** is Plaintiffs' Short Form Notice in Spanish and a declaration signed by the court certified interpreter that translated the Notice.

6. The notice program includes maintaining an online informational website. The URL for the online informational website is https://coreciviclaborclassaction.com. A mockup of the online informational website is accessible at https://staging.coreciviclaborclassaction.com/. The FAQ page on the mockup of the online informational website contains the final text of the FAQ page in English and Spanish.

7. Attached hereto as **Exhibit 6** is a copy of the updated Interactive Voice Response script for the informational toll-free telephone line in English.

8. 10. Attached hereto as **Exhibit 7** is a copy of the updated Interactive Voice Response script for the informational toll-free telephone line in Spanish.

9. Attached hereto as **Exhibit 8** is a copy of the updated Press Release for publication in English.

10. Attached hereto as **Exhibit 9** is a copy of the updated Press Release for publication in Spanish.

11. Attached hereto as **Exhibit 10** is a copy of the script for Plaintiffs' 30 second television advertisement and 30 second radio advertisement. A final mockup of Plaintiffs' advertisement (with video and audio) is located at https://www.dropbox.com/s/vjihtc0bmi1tl97/CoreCivic_V8.mp4?dl=0.

12. Attached hereto as **Exhibit 11** is a copy of Plaintiffs' digital advertisements comprised of banner advertisements, search advertisements, and social medial advertisements.

13. Attached hereto as **Exhibit 12** is the text of Plaintiffs' banner advertisement translated into Spanish.

14. Attached hereto as **Exhibit 13** is a copy of the online search keywords that will trigger the online advertisements.

Plaintiffs provided the notice program materials above to counsel for CoreCivic in advance of this filing. Counsel for CoreCivic advised Plaintiffs they have no objection to the notice program materials above or the entry of an order approving the notice program as set forth in the Declaration of Jeanne C. Finegan attached as Exhibit 1.

DATED: October 11, 2024

**FOLEY & LARDNER LLP**
Eileen R. Ridley
Geoffrey Raux
Alan R. Ouellette
Mikle S. Jew


*/s/* Eileen R. Ridley
Eileen R. Ridley
Attorneys for Plaintiffs SYLVESTER OWINO, JONATHAN GOMEZ, and the Certified Classes


**LAW OFFICE OF ROBERT L. TEEL**
Robert L. Teel
  lawoffice@rlteel.com

-2-    Case No. 17-CV-01112-JLS-MSB

|   |   |
|---|---|
| 1 | 1425 Broadway, Mail Code: 20-6690 |
| 2 | Seattle, Washington 98122 |
|   | Telephone: (866) 833-5529 |
| 3 | Facsimile: (855) 609-6911 |
| 4 | Attorneys for Plaintiffs SYLVESTER OWINO, JONATHAN GOMEZ, and the Certified Classes |

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 11, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

*/s/* Eileen R. Ridley
Eileen R. Ridley