# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

CORECIVIC, INC.,

Defendant.

_____

CORECIVIC, INC.,

Counter-Claimant,

vs.

SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,

Counter-Defendants.

Case No. 3:17cv1112-JLS (MSB)

**CLASS ACTION**

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER [ECF NO. 293] TO EXTEND DEADLINES TO COMMENCE CLASS NOTICE PROGRAM AND COMPLETE CLASS NOTICE PROGRAM**

Judge:  Hon. Janis L. Sammartino
Magistrate:  Hon. Michael S. Berg

17cv1112-JLS (MSB)

Before the Court is Plaintiffs Sylvester Owino and Jonathan Gomez's (collectively, "Plaintiffs") Unopposed Motion to Modify Scheduling Order [ECF No. 293] to Extend Deadlines to Commence Class Notice Program and Complete Class Notice Program ("Motion"). (ECF No. 314.) Because the Motion is not jointly filed with Defendant CoreCivic, Inc. ("Defendant"), the Motion is ex parte. Although Plaintiffs represent that their motion is unopposed, they did not file the requisite affidavits or declarations pursuant to Local Rule 83.3(g)(1) and Magistrate Judge Michael S. Berg's Civil Chambers Rule VII. Nonetheless, Defendant did not file an opposition or contact the Court within the allotted time provided in Judge Berg's Civil Chambers Rule VII. Accordingly, the Court considers the Motion unopposed.

Plaintiffs request that the deadline to commence implementation of the class notice program be extended from November 4, 2024 to November 29, 2024 and the deadline to complete the class notice program be extended from December 4, 2024 to January 3, 2025. (ECF No. 314 at 2.) Plaintiffs explain that they engaged Kroll Notice Media Solutions ("Kroll Media") to develop and implement a class notice program, and it advised them that the class notice program's reach could be impacted by the election on November 5, 2024. (Id. (citing ECF No. 307-1).) Kroll Media recommended that the deadline be extended by two to three weeks to ensure that the class notice program is not less visible due to election-related media coverage and advertising. (Id.) Finding good cause, the Court **GRANTS** the Motion and orders as follows:

1. The deadline to commence implementation of the class notice program is extended to **November 29, 2024**.

2. The deadline to complete the class notice program is extended to **January 3, 2025**.

//

//

//

//

All other deadlines in the Order Setting Fact Discovery and Class Notice Schedule [ECF No. 293] remain the same.

**IT IS SO ORDERED.**

Dated:  October 16, 2024

Honorable Michael S. Berg
United States Magistrate Judge

17cv1112-JLS (MSB)