# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,

        Plaintiffs,

  vs.

CORECIVIC, INC.,

        Defendant.

Case No. 3:17cv1112-JLS (MSB)

**CLASS ACTION**

**ORDER ON UPDATED PROPOSED CLASS NOTICE PROGRAM**

CORECIVIC, INC.,

      Counter-Claimant,

  vs.

SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,

      Counter-Defendants.

Judge:  Hon. Janis L. Sammartino
Magistrate:  Hon. Michael S. Berg

17cv1112-JLS (MSB)

The Court previously issued Orders regarding Plaintiffs Sylvester Owino and Jonathan Gomez's (collectively, "Plaintiffs") Proposed Class Notice Program in 2020. (ECF Nos. 200, 203, 206.)  Pursuant to the Court's Order Setting Fact Discovery and Class Notice Schedule [ECF No. 293], Plaintiffs filed another Proposed Class Notice Program on August 30, 2024.  (ECF No. 307.)  Defendant CoreCivic, Inc. ("Defendant") filed its objections to the Proposed Class Notice Program on September 20, 2024.  (ECF No. 310.)  On October 4, 2024, the Court held a status conference to discuss Defendant's objections, during which the parties informed the Court that they had resolved their dispute and agreed on a final Proposed Class Notice Program.  (ECF No. 312.)  The parties also agreed that Plaintiffs would file the final Proposed Class Notice Program by October 11, 2024.  (Id.)  Having considered the updated Proposed Class Notice Program materials, and given that Defendant represented during the October 4, 2024 status conference that it no longer objects to the updated materials, the Court **ORDERS** the following:

1. Notice to the classes shall be made in accordance with the notice program set forth in the Declaration of Jeanne C. Finegan, APR, filed by Plaintiffs at ECF No. 313-1.

2. The form and content of the Long Form Notice in English shall be in the form filed by Plaintiffs at ECF No. 313-2.

3. The form and content of the Long Form Notice in Spanish shall be in the form filed by Plaintiffs at ECF No. 313-3.

4. The form and content of the Short Form Notice in English shall be in the form filed by Plaintiffs at ECF No. 313-4.

5. The form and content of the Short Form Notice in Spanish shall be in the form filed by Plaintiffs at ECF No. 313-5.

6. The form and content of the online informational website shall be in the form of the mockup website accessible at https://staging.coreciviclaborclassaction.com/. The URL for the online informational website shall be

https://coreciviclaborclassaction.com.

7.    The content of the Interactive Voice Response script for the informational toll-free telephone line shall be in the form filed by Plaintiffs at ECF No. 313-6 in English and at ECF No. 313-7 in Spanish.

8.    The form and content of the Press Release for publication in English shall be in the form filed by Plaintiffs at ECF No. 313-8.

9.    The form and content of the Press Release for publication in Spanish shall be in the form filed by Plaintiffs at ECF No. 313-9.

10.    The form and content of the 30 second television advertisement and 30 second radio advertisement shall be in the form of the mockup provided by Plaintiffs at https://www.dropbox.com/s/vjihtc0bmi1tl97/CoreCivic_V8.mp4?dl=0.

11.    The form and content of the banner advertisements, search advertisements, and social medial advertisements shall be in the form filed by Plaintiffs at ECF No. 313-11.  The Spanish version of the banner advertisement shall be translated as set forth in ECF No. 313-12.

**IT IS SO ORDERED.**

Dated:  October 16, 2024

Honorable Michael S. Berg
United States Magistrate Judge