# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., a Maryland corporation,<br><br>          Defendant. | Case No. 17cv1112-JLS (MSB)<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE MOTION TO EXTEND DEADLINE TO COMPLETE PRODUCTION OF DETENTION FILES [ECF NO. 317]** |
| CoreCivic, Inc., a Maryland corporation,<br><br>          Counter-Claimant,<br><br>v.<br><br>Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated,<br><br>          Counter-Defendants. | |

Before the Court is an ex parte motion filed by Defendant/Counter-Claimant CoreCivic, Inc. ("Defendant"), which asks the Court to extend the current deadline to complete production of randomly selected detention files by two weeks, from November 12, 2024 to November 26, 2024. (ECF No. 317 ("Ex Parte Motion").) Defendant explains that it has made good-faith efforts to meet the current November 12, 2024 deadline, but factors beyond their control have prevented them from meeting this deadline. (Id. at 2-4.) Defendant further requests the Court to establish a contingent deadline to produce documents they need to obtain from U.S.

Immigration and Customs Enforcement ("ICE").  (Id. at 3-6.)  Defendant represents that it has conferred with Plaintiffs, and they do not oppose the Ex Parte Motion. (Id. at 2.)

Finding good cause, the Court **GRANTS** Defendant's Ex Parte Motion as follows:

1.  Defendant's deadline to complete the production of detention files from all facilities at issue other than South Texas Family Residential Center is extended to **Tuesday, November 26, 2024**.

2.  Defendant must submit a Touhy request to ICE for the detention files from South Texas Family Residential Center by **Tuesday, November 26, 2024.**

3.  Defendant shall produce to Plaintiffs any files received from ICE for South Texas Family Residential Center within **two weeks after Defendant's receipt of the files from ICE**.

**IT IS SO ORDERED.**

Dated:  November 13, 2024

_____

Honorable Michael S. Berg
United States Magistrate Judge