# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., a Maryland corporation,<br><br>         Defendant. | Case No. 17cv1112-JLS (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DEADLINES TO COMMENCE CLASS NOTICE PROGRAM [ECF NO. 320]** |
| CoreCivic, Inc., a Maryland corporation,<br><br>         Counter-Claimant,<br><br>v.<br><br>Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated,<br><br>         Counter-Defendants. | |

Before the Court is a joint motion to modify the Court's Order Setting Fact Discovery and Class Notice Schedule. (ECF No. 320 ("Joint Motion").) Plaintiffs Sylvester Owino and Jonathan Gomez (collectively, "Plaintiffs") ask the Court, for a second time, to extend the current deadline for Plaintiffs to commence their implementation of the class notice program from November 29, 2024 to December 20, 2024 and the deadline to complete the class notice program from January 3, 2025 to January 24, 2025. (Id. at 1.) Plaintiffs explain that they engaged Kroll Notice Media Solutions ("Kroll Media") to develop and implement a class notice

program, and they have been working diligently to meet the current deadlines.  (Id.) However, Plaintiffs further explain that they need additional time to finalize the notice program materials and execute the media program.  (Id.)  Defendant CoreCivic, Inc. joins Plaintiffs' request.  (Id. at 2.)  Finding good cause, the Court **GRANTS** the Motion and orders as follows:

1.      The deadline to commence implementation of the class notice program is extended to **December 20, 2024**.

2.      The deadline to complete the class notice program is extended to **January 24, 2025**.

**IT IS SO ORDERED.**

Dated:  November 26, 2024

Honorable Michael S. Berg
United States Magistrate Judge

2                                                  17cv1112-JLS (MSB)