| | |
|---|---|
| EILEEN R. RIDLEY (SBN 151735)<br>eridley@foley.com<br>ALAN R. OUELLETTE (SBN 272745)<br>aouellette@foley.com<br>**FOLEY & LARDNER LLP**<br>555 California Street, Suite 1700<br>San Francisco, CA 94104-1520<br>T: 415.434.4484 // F: 415.434.4507 | ROBERT L. TEEL (SBN 127081)<br>lawoffice@rlteel.com<br>**LAW OFFICE OF ROBERT L. TEEL**<br>1425 Broadway, Mail Code: 20-6690<br>Seattle, Washington 98122<br>T: 866.833.5529 // F: 855.609.6911 |
| GEOFFREY M. RAUX (*pro hac vice*)<br>graux@foley.com<br>**FOLEY & LARDNER LLP**<br>111 Huntington Avenue<br>Boston, MA 02199-7610<br>T: 617.342.4000 // F: 617.342.4001 | MIKLE S. JEW (SBN 316372)<br>mjew@foley.com<br>**FOLEY & LARDNER LLP**<br>11988 EL CAMINO REAL, SUITE 400<br>SAN DIEGO, CA 92130<br>T: 858.847.6700 // F: 858.792.6773 |

Attorneys for Plaintiffs SYLVESTER OWINO, JONATHAN GOMEZ, and the Certified Classes

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>CORECIVIC, INC.,<br><br>       Defendant.<br><br>CORECIVIC, INC.,<br><br>       Counter-Claimant,<br><br>vs.<br><br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>       Counter-Defendants. | Case No. 3:17-cv-01112-JLS-MSB<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF FILING OF IMPLEMENTATION DECLARATION OF JEANNE C. FINEGAN, APR REGARDING CLASS NOTICE PLAN** |

Case No. 3:17-cv-01112-JLS-MSB

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiffs Sylvester Owino and Jonathan Gomez, individually and on behalf of the Certified Classes, hereby file the attached Declaration of Jeanne C. Finegan, APR of Kroll Settlement Administration LLC in Connection with Implementation of Notice Plan.

DATED: February 20, 2025

**FOLEY & LARDNER LLP**
Eileen R. Ridley
Geoffrey Raux
Alan R. Ouellette
Mikle S. Jew


*/s/ Alan R. Ouellette*
Alan R. Ouellette
Attorneys for Plaintiffs SYLVESTER OWINO, JONATHAN GOMEZ, and the Certified Class(es)


**LAW OFFICE OF ROBERT L. TEEL**
Robert L. Teel
  lawoffice@rlteel.com
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Telephone: (866) 833-5529
Facsimile: (855) 609-6911

Attorneys for Plaintiffs SYLVESTER OWINO, JONATHAN GOMEZ, and the Certified Classes

-1-   Case No. 3:17-cv-01112-JLS-MSB