| | |
|---|---|
| 1 | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
| | Daniel P. Struck, AZ Bar #012377 |
| 2 | *(admitted pro hac vice)* |
| | Rachel Love, AZ Bar #019881 |
| 3 | *(admitted pro hac vice)* |
| | Nicholas D. Acedo, AZ Bar #021644 |
| 4 | *(admitted pro hac vice)* |
| | Ashlee B. Hesman, AZ Bar #028874 |
| 5 | *(admitted pro hac vice)* |
| | Jacob B. Lee, AZ Bar #030371 |
| 6 | *(admitted pro hac vice)* |
| | 3100 West Ray Road, Suite 300 |
| 7 | Chandler, Arizona 85226 |
| | Tel.: (480) 420-1600 |
| 8 | Fax: (480) 420-1695 |
| | dstruck@strucklove.com |
| 9 | rlove@strucklove.com |
| | nacedo@strucklove.com |
| 10 | ahesman@strucklove.com |
| | jlee@strucklove.com |
| 11 | |
| 12 | LAW OFFICE OF ETHAN H. NELSON |
| | Ethan H. Nelson, CA Bar #262448 |
| 13 | 4 Park Plaza, Suite 1025 |
| | Irvine, California 92614 |
| 14 | Tel.: (949) 229-0961 |
| | Fax: (949) 861-7122 |
| 15 | ethannelsonesq@gmail.com |
| 16 | Attorneys for Defendant/Counter-Claimant CoreCivic, Inc. |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated, | NO. 3:17-cv-01112-JLS-SBC |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | Judge: Honorable Janis L. Sammartino |
| CoreCivic, Inc., a Maryland corporation, | Magistrate Judge: Honorable Michael S. Berg |
| Defendant. | |

| | |
|---|---|
| CoreCivic, Inc., a Maryland corporation, | |
| Counter-Claimant, | |
| v. | |
| Sylvester Owino and Jonathan Gomez, on behalf of themselves, and all others similarly situated, | |
| Counter-Defendants. | |

Pursuant to ECF No. 284, Plaintiffs Sylvester Owino and Jonathan Gomez ("Plaintiffs") and Defendant CoreCivic, Inc. ("CoreCivic") hereby submit their final Joint Status Report regarding nationwide electronically stored information ("ESI") review and production.

CoreCivic has continued to make bi-weekly rolling productions and is on pace to make its final production of nationwide ESI on February 27, 2025, pursuant to the Court's June 26, 2024 Order (Dkt. 293).

CoreCivic has been using a TAR 2.0 model with Brainspace's Continuous Multi-Modal Learning classification module to prioritize documents for review. On Friday, February 21, 2025, CoreCivic commenced an elusion review of 1,085 documents using a 95% confidence interval and 3% margin of error ("MOE"), which resulted in an elusion rate of 1.47%, with an estimated recall rate of 79.65%, and a richness rate of 15.13% as of the end of the day on February 20, 2025.[1] Based on these numbers, CoreCivic intends to terminate the review and complete production of nationwide ESI by Thursday, February 27, 2025.

Pursuant to the Court's June 26, 2024 Order (Dkt. 293), the parties will submit a proposed Scheduling Order as to the remaining proceedings on or before March 6, 2025.

---

[1] The richness rate has been below 16% since early January.

Dated: February 24, 2025

By s/ Jacob B. Lee
Daniel P. Struck
dstruck@strucklove.com
Rachel Love
rlove@strucklove.com
Nicholas D. Acedo
nacedo@strucklove.com
Ashlee B. Hesman
ahesman@strucklove.com
Jacob B. Lee
jlee@strucklove.com
STRUCK LOVE BOJANOWSKI & ACEDO, PLC

Ethan H. Nelson
LAW OFFICE OF ETHAN H. NELSON
ethannelsonesq@gmail.com

Attorneys for Defendant/Counter-Claimant CoreCivic, Inc.

By s/Alan R. Ouellette(w/permission)
Eileen R. Ridley
Geoffrey Raux
Alan R. Ouellette
FOLEY & LARDNER LLP

Robert L. Teel
LAW OFFICE OF ROBERT L. TEEL

Attorneys for Plaintiffs/Counter-Defendants Sylvester Owino, Jonathan Gomez, and the Proposed Class(es)

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to Alan R. Ouellette, counsel for Plaintiffs, and that I have obtained authorization to affix his electronic signature to this document.

Dated: February 24, 2025     By   Jacob B. Lee
                                  Jacob B. Lee

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 24, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

Dated: February 24, 2025     By   Jacob B. Lee
                                  Jacob B. Lee