EILEEN R. RIDLEY (SBN 151735)
eridley@foley.com
ALAN R. OUELLETTE (SBN 272745)
aouellette@foley.com
**FOLEY & LARDNER LLP**
555 California Street, Suite 1700
San Francisco, CA 94104-1520
T: 415.434.4484 // F: 415.434.4507

GEOFFREY M. RAUX (*pro hac vice*)
graux@foley.com
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, MA 02199-7610
T: 617.342.4000 // F: 617.342.4001

ROBERT L. TEEL (SBN 127081)
lawoffice@rlteel.com
**LAW OFFICE OF ROBERT L. TEEL**
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
T: 866.833.5529 // F: 855.609.6911

MIKLE S. JEW (SBN 316372)
mjew@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130
T: 858.847.6700 // F: 858.792.6773

Attorneys for Plaintiffs SYLVESTER OWINO,
JONATHAN GOMEZ, and the Certified Classes

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>vs.<br>CORECIVIC, INC.,<br>　　　　　　　　Defendant.<br><br>CORECIVIC, INC.,<br>　　　　　　　　Counter-Claimant,<br>vs.<br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br>　　　　　　　　Counter-Defendants. | Case No. 3:17-CV-01112-JLS-MSB<br><br>**CLASS ACTION**<br><br>**JOINT PROPOSED SCHEDULE FOR REMAINDER OF PROCEEDINGS**<br><br><br>Judge: Hon. Janis L. Sammartino<br>Magistrate: Hon. Michael S. Berg |

Case No. 17-CV-01112-JLS-MSB

Plaintiffs Sylvester Owino and Jonathan Gomez ("Plaintiffs"), individually and on behalf of the Certified Classes, and Defendant CoreCivic, Inc. ("CoreCivic") jointly propose the following schedule for the remainder of proceedings. The parties agree the extended timeframe is necessary to allow them and their experts to digest the voluminous documents that have recently been produced in preparation of expert opinions, dispositive motions, and trial. To wit, since the Court's June 26, 2024 Order Setting Fact Discovery and Class Notice Schedule (Dkt. 293), CoreCivic has produced 30,217 randomly selected detention files, consisting of 1,114,774 pages;[1] and 175,183 electronically stored documents, consisting of 880,064 pages, as well as 30,564 native files (e.g., Excel files and other formats that do not lend themselves to easy imaging).[2]

| Date | Description |
|---|---|
| April 17, 2026 | Deadline to serve interrogatories, requests for production, and requests for admissions |
| June 19, 2026 | Fact discovery deadline |
| July 24, 2026 | Expert designations |
| September 4, 2026 | Rebuttal expert designations |
| October 2, 2026 | Rule 26(a)(2)(A) and (B) disclosures |
| November 6, 2026 | Expert discovery deadline |
| December 11, 2026 | Pretrial motions deadline (including dispositive and *Daubert* motions) |
| January 22, 2027 | Memoranda of Contentions of Fact and Law and other filings required by LR 16.1(f)(2) |
| January 22, 2027 | Rule 26(a)(3) pretrial disclosures |
| January 29, 2027 | LR 16.1(f)(4) meet and confer deadline |

---

[1] These numbers will increase once CoreCivic receives the files for South Texas Family Residential Center from ICE. (Dkt. 318.)

[2] This is on top of CoreCivic's prior productions of "loose ESI" (i.e., policies, logs, structured data, detention files that predated the random selection process, etc.) and California-specific ESI, which added up to 50,204 documents, consisting of 261,538 pages, as well as 2,319 native files.

-1-      Case No. 17-CV-01112-JLS-MSB

| | |
|---|---|
| February 5, 2027 | Objections to Rule 26(a)(3) disclosures |
| February 5, 2027 | Plaintiffs to provide proposed Pretrial Conference Order to Defendant |
| February 12, 2027 | Proposed Pretrial Conference Order to be lodged in accordance with LR 16.1(f)(6) |
| February 19, 2027 | Final Pretrial Conference |

**Plaintiffs' Statement:** In addition, Plaintiffs note they intend to move to amend their operative complaint under the existing Scheduling Order and/or Rule 16(b)(4) to clarify they are seeking liquidated damages in connection with their claim for unpaid minimum wage. This is the only amendment contemplated by Plaintiffs, which will not add any new claims or prejudice Defendant.

**Defendant's Statement:** The deadline to amend pleadings expired on October 26, 2018. (Dkt. 57 at 1.) As such, Plaintiffs must move to amend pursuant to Rule 16(b)(4) upon a showing of good cause for the amendment and diligence in timely moving to amend. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608–09 (9th Cir. 1992) (Rule 16(b) "primarily considers the diligence of the party seeking the amendment."); *Lyon v. U.S. Immigration & Customs Enf't*, 308 F.R.D. 203, 216 (N.D. Cal. 2015) ("[C]ourts often find good cause when the motion to amend the scheduling order is based upon new and pertinent information," but not where the amendment is "based on information that had been available to [the party] throughout the suit.") (internal citations omitted). (*See also* Dkt. 179 at 20 n.5.) Defendant reserves the right to oppose any such motion.

DATED: March 6, 2025

**FOLEY & LARDNER LLP**
Eileen R. Ridley
Geoffrey Raux
Alan R. Ouellette
Mikle S. Jew


*/s/ Eileen R. Ridley*
Eileen R. Ridley
Attorneys for Plaintiffs SYLVESTER OWINO, JONATHAN GOMEZ, and the Certified Class(es)

|   |   |   |
|---|---|---|
| 1 |  | **LAW OFFICE OF ROBERT L. TEEL** |
| 2 |  | Robert L. Teel |
|   |  |   lawoffice@rlteel.com |
| 3 |  | 1425 Broadway, Mail Code: 20-6690 |
| 4 |  | Seattle, Washington 98122 |
|   |  | Telephone: (866) 833-5529 |
| 5 |  | Facsimile: (855) 609-6911 |
| 6 |  | Attorneys for Plaintiffs SYLVESTER OWINO, JONATHAN GOMEZ, and the Certified Classes |
| 7 | DATED: March 6, 2025 | **STRUCK LOVE BOJANOWSKI &** |
| 8 |  | **ACEDO, PLC** |

/s/ Jacob B. Lee
Daniel P. Struck
dstruck@strucklove.com
Rachel Love
rlove@strucklove.com
Nicholas D. Acedo
nacedo@strucklove.com
Ashlee B. Hesman
ahesman@strucklove.com
Jacob B. Lee
jlee@strucklove.com

Ethan H. Nelson
LAW OFFICE OF ETHAN H. NELSON
ethannelsonesq@gmail.com

Attorneys for Defendant/Counter-Claimant CoreCivic, Inc.

## CONSENT TO FILE JOINT PROPOSED SCHEDULE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all parties, and I have obtained authorization to affix their electronic signature(s) to this document.

DATED: March 6, 2025

/s/ Eileen R. Ridley
Eileen R. Ridley

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 6, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

DATED:  March 6, 2025

*/s/ Eileen R. Ridley*
Eileen R. Ridley