UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, *on behalf of themselves and all others similarly situated*,<br><br>      Plaintiffs and Counter-Defendants,<br><br>v.<br><br>CORECIVIC, INC.,<br><br>      Defendant and Counter-Claimant. | Case No.:  17cv1112-JLS (MSB)<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

On July 31, 2025, counsel for the parties jointly contacted Judge Berg's chambers requesting an informal discovery conference to address Defendant's production of documents.  Being advised that the parties are available, the Court **SETS** a telephonic Discovery Conference on **August 8, 2025**, at **1:30 p.m.**  To join the conference, counsel must call (619) 657-0677 and enter conference ID number 708 770 526#.  No later than **August 6, 2025**, at **5:00 p.m.**, the parties are **ORDERED** to lodge informal letter briefs of **no more than two pages** outlining their positions.  The parties may attach relevant discovery requests, responses, and correspondence, not to exceed **ten pages**.  The informal letter briefs are to be exchanged between counsel and e-mailed to the Court at efile_berg@casd.uscourts.gov.

17cv1112-JLS (MSB)

**IT IS SO ORDERED**.

Dated:  August 1, 2025

Honorable Michael S. Berg
United States Magistrate Judge

17cv1112-JLS (MSB)