UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation,<br><br>Defendant. | Case No.: 17-CV-1112 JLS (MSB)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO APPOINT CO-CLASS COUNSEL**<br><br>(ECF No. 342) |
| CORECIVIC, INC., a Maryland corporation,<br><br>Counterclaimant,<br><br>v.<br><br>SYLVESTER OWINO and JONATHAN GOMEZ, on behalf of themselves and all others similarly situated,<br><br>Counterdefendants. | |

Presently before the Court is Plaintiffs Sylvester Owino's and Jonathan Gomez's Motion to Appoint Co-Class Counsel ("Mot.," ECF No. 342). On October 2, 2025, counsel for Defendant CoreCivic, Inc. informed Plaintiffs' counsel that CoreCivic does not oppose

the present motion.  *Id.*  On April 1, 2020, the Court certified three classes in this action and appointed Foley & Lardner LLP and the Law Office of Robert L. Teel as Class Counsel (collectively, "Existing Class Counsel").  *See* ECF No. 179.  Plaintiff now requests the Court appoint Mr. Ryan Morgan, Ms. Angeli Murthy, and Ms. Jolie Pavlos of Morgan & Morgan, P.A. (collectively, "Proposed Co-Counsel") as Co-Class Counsel in the instant matter to "assist in the completion of discovery and preparation for trial in this case." *Id.* at 7–8.

Federal Rule of Civil Procedure 23(g)(1)(A) requires courts to consider the following factors when deciding to appoint class counsel: "(i) the work counsel has done in identifying or investigating potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources that counsel will commit to representing the class."  Fed. R. Civ. P. 23(g)(1)(A).  Class counsel must also "fairly and adequately represent the interests of the class."  Fed. R. Civ. P. 23(g)(4).

The Court finds the four factors above satisfied.  First, as Proposed Co-Counsel are being brought on to assist in discovery and trial preparation and not to investigate or identify potential claims, this factor is not relevant.  *See Victorino v. FCA US LLC*, No. 16cv1617-GPC(JLB), 2022 WL 1125769, at *2 (S.D. Cal. Apr. 14, 2022).  Further, Proposed Co-Counsel have significant experience handling Fair Labor Standards Act and wage and hour class actions under Rule 23.  *See* Morgan Decl. ¶ 7; Murthy Decl. ¶ 9; Pavlos Decl. ¶ 8.  Thus, Proposed Co-Counsel have significant experience handling class actions and have significant knowledge of the applicable law—satisfying factors two and three.  Finally, regarding the fourth factor, Morgan & Morgan "is a nationwide trial advocacy firm, currently employing over one thousand (1,000) attorneys . . . with vast resources at its disposal."  Mot. at 11.  Morgan & Morgan also "intends to commit any and all resources needed to successfully complete discovery and to properly prepare this case for trial."  *Id.*  Thus, the fourth factor is also satisfied.  The Court finds that Proposed Co-Counsel can fairly and adequately represent the interests of the class.

17-CV-1112 JLS (MSB)

Accordingly, the Court **GRANTS** Plaintiffs' Motion to Appoint Co-Class Counsel (ECF No. 342).  Mr. Ryan Morgan, Ms. Angeli Murthy, and Ms. Jolie Pavlos of Morgan & Morgan, P.A. **SHALL** be appointed as Co-Counsel for Plaintiffs.  Accordingly, the November 20, 2025, hearing is **VACATED**.

**IT IS SO ORDERED**.

Dated:  October 24, 2025

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

3

17-CV-1112 JLS (MSB)