UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO and JONATHAN GOMEZ, *on behalf of themselves and all others similarly situated*,<br><br>   Plaintiffs and Counter-Defendants,<br><br>v.<br><br>CORECIVIC, INC.,<br><br>   Defendant and Counter-Claimant. | Case No.:  17cv1112-JLS (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY RESPONSE DEADLINE AND ALL REMAINING CASE DEADLINES BY NINETY (90) DAYS WITH MODIFICATION [ECF NO. 349]** |

On May 1, 2026, the parties filed a Joint Motion to Extend Discovery Response Deadline and All Remaining Case Deadlines By Ninety (90) Days.  (ECF No. 349 ("Joint Motion").)  The parties explain that Defendant requires additional time to conduct a diligent, good-faith search, review, and production of materials responsive to Plaintiffs' recently propounded discovery requests.  (Id. at 3.)  The parties request that all remaining deadlines in the Scheduling Order be extended by ninety days to preserve the sequencing of expert discovery, dispositive motion practice, and pretrial proceedings.  (Id. at 2.)  However, the Court can adequately address the parties' concerns by extending the deadline to complete fact discovery to coincide with the deadline to complete expert discovery, while leaving the rest of the Scheduling Order intact.

For good cause shown, the Court **GRANTS** the Joint Motion with the following modification:

1.    The deadline to complete fact discovery is **CONTINUED** to November 6, 2026.

2.    **All other deadlines and guidance in the Scheduling Order [ECF No. 326] remain unchanged**.

**IT IS SO ORDERED**.

Dated:  May 4, 2026

Honorable Michael S. Berg
United States Magistrate Judge

2

17cv1112-JLS (MSB)